NO. 13-212

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
09/11/15 11:24:40 AM
KEITH HOTTLE
Clerk

ROBERTSON ELECTRIC, INC.          )          IN THE DISTRICT COURT
                                  )
                                  )
VS.                               )          216TH JUDICIAL DISTRICT
                                  )
                                  )
SELECT BUILDING SYSTEMS,          )
INC., TRI-BAR RANCH, LTD.         )
AND G&R LAND COMPANY, INC.        )          KENDALL COUNTY, TEXAS

-----------------------------------------------------------------

VOLUME 5 OF 5
(EXHIBITS)

-----------------------------------------------------------------

NO. 13-212

ROBERTSON ELECTRIC, INC.     )     IN THE DISTRICT COURT
                                     )
                                     )
VS.                                )     216TH JUDICIAL DISTRICT
                                     )
                                     )
SELECT BUILDING SYSTEMS,     )
INC., TRI-BAR RANCH, LTD.     )
AND G&R LAND COMPANY, INC.    )     KENDALL COUNTY, TEXAS

---------------------------------------------------------------

                I, TAMI L. WOLFF, Certified Shorthand Reporter in and for the State of Texas, do hereby certify that the following exhibits constitute true and complete duplicates of the original exhibits, excluding physical evidence, offered into evidence during the aforementioned proceeding in the above-entitled and numbered cause as set out herein before the Honorable Bill Palmer, Judge of the County Court of Kendall County, Texas.

                WITNESS MY OFFICIAL HAND on this, the _____ day of _____, 2015.

                             /s/_____
                             TAMI L. WOLFF
                             Texas CSR 5833
                             Expiration: 12/31/15
                             Kendall County Courthouse
                             201 E. San Antonio, Suite 212
                             Boerne, Texas   78006
                             (830) 331-8286

| ROBERTSON ELECTRIC, INC., | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff | § | 4th COURT OF APPEALS<br>SAN ANTONIO, TEXAS<br>09/11/15 11:24:40 AM<br>KEITH E. HOTTLE<br>Clerk |
| | § | |
| v. | § | |
| | § | 216TH JUDICIAL DISTRICT |
| SELECT BUILDING SYSTEMS, INC., | § | |
| TRI-BAR RANCH COMPANY, LTD., | § | |
| G & R LAND COMPANY, INC., and | § | |
| RODNEY R. LEWIS | § | |
| | § | |
| Defendants | § | KENDALL COUNTY, TEXAS |

| REI - TRIAL EXHIBITS | | | | |
|---|---|---|---|---|
| EXHIBIT NUMBER | ITEM | AGREED ADMITTED | ADMITTED | NOT ADMITTED |
| 1 | REI SUBCONTRACT WITH SBS | X | | |
| 2 | ORIGINAL CONTRACT DRAWINGS | X | | |
| 3 | UPDATED CONTRACT DRAWINGS | X | | |
| 4 A | CHANGE ORDER – SBS/REI dtd Dec. 14, 2012 | X | | |
| 4 B | CHANGE ORDER – SBS/REI dtd Jan. 8, 2013 | X | | |

| | | | | |
|---|---|---|---|---|
| **4 C** | CHANGE ORDER – SBS/REI dtd Jan. 21, 2013 | **X** | | |
| **5** | REI EMAILS REGARDING TR-BAR RELATED DELAYS | **X** | | |
| **6** | REI EMAILS REGARDING TR-BAR RELATED DELAYS -SBS RESPONSE | **X** | | |
| **7** | REI REQUEST FOR PAYMENT AND DEFICIENCIES DATED 1-23-2013 | **X** | | |
| **8** | INVOICES OF REI 12/18/2012; 1/21/2013; 2/6/2013 | **X** | | |
| **9** | APPLICATION FOR CERTIFICATION OF REI FOR PAYMENT | **X** | | |
| **10** | AFFIDAVIT OF THOMAS PTTTMAN – Rebuttal/Impeachment | | | |

| | | | | |
|---|---|---|---|---|
| 11 A | Weston Sharpless Email dtd June 7, 2013 | X | | |
| 11 B | Thomas Pittman Ltr dtd Feb. 17, 2013 | X | | |
| 11 C | S. Schiffman Ltr to T. Pittman dtd Feb. 15, 2013 | X | | |
| 11 D | Weigan, Baca, Pittman Email dtd Mar. 14, 2013 | X | | |
| 11 E | Daniel Bodie/Thomas Pittman Email dtd June 7, 2013 | X | | |
| 12 | LOS CERRITOS HANGAR MEETING | X | | |
| 13 | REI PICTURES OF SITE ON TERMINATION DATE 1-24-2013 | X | | |
| 14 | REI PICTURES OF CMU BLOCK WALLS AND BOXES ON TERMINATION DATE 1-24-2013 | X | | |

| | | | | |
|---|---|---|---|---|
| **15** | SBS-TRI-BAR CONTRACT | **X** | | |
| **16** | SBS-TR-BAR CONTRACT ADDITIONS AND DELETIONS | **X** | | |
| **17** | SBS-TRI-BAR CONTRACT CONDITIONS | **X** | | |
| **18** | SBS-TR-BAR SITE MEETING MINUTES dtd Jan. 22, 2013 | **X** | | |
| **19 A** | SBS DAILY FIELD REPORTS dtd 12/18/2012 | **X** | | |
| **19 B** | SBS DAILY FIELD REPORTS dtd 12/19/2012 | **X** | | |
| **19 C** | SBS DAILY FIELD REPORTS dtd 12/20/2012 | **X** | | |
| **19 D** | SBS DAILY FIELD REPORTS dtd 1/2/2013 | **X** | | |
| **19 E** | SBS DAILY FIELD REPORTS dtd 1/3/2013 | **X** | | |

| | | | | |
|---|---|---|---|---|
| **19 F** | SBS DAILY FIELD REPORTS dtd 1/4/2013 | **X** | | |
| **19 G** | SBS DAILY FIELD REPORTS dtd 1/7/2013 | **X** | | |
| **19 H** | SBS DAILY FIELD REPORTS dtd 1/8/2013 | **X** | | |
| **19 I** | SBS DAILY FIELD REPORTS dtd 1/15/2013 | **X** | | |
| **19 J** | SBS DAILY FIELD REPORTS dtd 1/21/2013 | **X** | | |
| **19 K** | SBS DAILY FIELD REPORTS dtd 1/22/2013 | **X** | | |
| **19 L** | SBS DAILY FIELD REPORTS dtd 1/23/2013 | **X** | | |
| **19 M** | SBS WEEKLY REPORTS dtd 12/23/2012 | **X** | | |
| **19 N** | SBS WEEKLY REPORTS dtd 12/30/2012 | **X** | | |

| | | | | |
|---|---|---|---|---|
| **19 O** | SBS WEEKLY REPORTS dtd 1/6/2013 | **X** | | |
| **19 P** | SBS WEEKLY REPORTS dtd 1/13/2013 | **X** | | |
| **19 Q** | SBS WEEKLY REPORTS dtd 1/20/2013 | **X** | | |
| **20** | TRI-BAR NOTICE TO SBS OF TERMINATION | **X** | | |
| **21** | C&S ENTERPRISES, INC. – alleged deficiencies Rebuttal/Impeachment | | | |
| **22 A** | C&S ENTERPRISES, INC. Invoice dtd 7/25/2013 | **X** | | |
| **22 B** | C&S ENTERPRISES, INC. Invoice dtd 11/11/2013 | **X** | | |
| **23 A** | REI – LIGHTING, GEAR, MATERIALS TURNED OVER TO SBS 1/24/2013 | **X** | | |

| | | | | |
|---|---|---|---|---|
| 23 B | REI – LIGHTING, GEAR, MATERIALS TURNED OVER - Pictures | X | | |
| 23 C | REI – LIGHTING, GEAR, MATERIALS TURNED OVER - Value | X | | |
| 24 A | JOHN GRABLE LTR w/Attachments – 12/21/2012 | X | | |
| 24 B | JOHN GRABLE LTR w/Attachments – 12/21/2012 | X | | |
| 24 C | JOHN GRABLE LTR– 2/28/2013 | X | | |
| 25 | ATTORNEY FEES | X | | |
| 26 | REI MARKED-UP UPDATED CONTRACT DRAWINGS | X | | |
| 27 | ON SITE PICTURES | X | | |

| | | | | |
|---|---|---|---|---|
| **28** | TRI-BAR RECEIPT OF LIGHTING GEAR | X | | |
| **29** | C & S ENTERPRISE 1-14-2013 QUOTE | X | | |
| **30** | TRI-BAR VALUATION OF LIGHTING GEAR | X | | |
| **31** | NOV 2 - 4 2012 TRI-BAR EMAILS | X | | |
| **32** | NOV 26 - 28 2012 TRI-BAR EMAILS | X | | |
| **33** | WORK ALLEGED TO BE REI | X | | |
| **34** | REI ELECTRIC SUPPLIES AND COSTS ON PROJECT | X | | |

**Respectfully submitted,**

By: *[signature]*
Jimmie L. J. Brown, Jr.
Law Office of Jimmie L. J. Brown, Jr.
Texas Bar No. 03141210
3102 Cherry Creek Drive
Missouri City, Texas 77459
Tel. (713) 419-1021

**Fax. (713) 583-1352**
**Attorney for Plaintiff**
**Robertson Electric, Inc.**

## CERTIFICATE OF SERVICE

I certify that on March 12, 2015, a true and correct copy of Plaintiff's Exhibit List were served by facsimile transmission on:

John W. Slates
Slates Harwell, LLP

FACSIMILE: (469) 317-1100

TomC. Clark
Dealey, Zimmermann, Clark,
Malouf & Blend, P.C.

FACSIMILE: (214) 559-4466

By: _____
Jimmie L. J. Brown, Jr.
Texas Bar No. 03141210

# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S

# EXHIBIT

# 1

# EXHIBIT 1

# REI SUBCONTRACT
# WITH SBS

# EXHIBIT 1

# REI SUBCONTRACT
# WITH SBS

SUB COPY

## SUBCONTRACT

### Between

### SELECT BUILDING SYSTEMS, INC. ("Contractor")
### dba SBS CONSTRUCTION

### And

### ROBERTSON ELECTRIC   ("Subcontractor")

This Subcontract agreement is made as of the __9th__ day of ____June____ , _2012_ , by and between *Select Building Systems, Inc.*, located at _17 Scenic Loop Road, Boerne, TX 78006_ ("Contractor") and _Robertson Electric, 231 Derrick Dr., Humble, TX 77338_ ("Subcontractor") as follows:

WHEREAS:

1.01.   The Contractor has or is about to enter into a contract with _Tri-Bar Ranch Company, Ltd., 10101 Reunion Place, Ste. 1000, San Antonio, TX 78216_ ("Owner");

1.02   The Contractor has agreed to perform certain labor and furnish certain material for the erection, construction and completion of: _Los Cerritos Hanger, County Road 410, Uvalde, TX 78801_ (Legal Description attached hereto as Exhibit "A") (the "Project");

1.03   The Project is to be constructed and completed as per the plans and specifications prepared by _John Grable Architects, 222 Austin Hwy., San Antonio, TX 78209_ (the "Architect");

1.04   The Contractor and Subcontractor desire to contract with reference to part of the Project upon the following terms and conditions:

### ARTICLE 2 - SCOPE OF WORK

2.01   Subcontractor shall furnish and pay for all necessary labor, materials, equipment, supervision, use fees, permits, licenses, insurance and sales taxes and perform, in and on the Project, in a good and workmanlike manner, and in strict compliance with all of the Contract Documents and all additions, amendments and deletions thereto, all of the work necessary for the satisfactory completion of the part of the Project described below:
Provide all labor, tools, materials, equipment, supervision, use fees, permits, licenses, sales taxes and insurance necessary to accomplish all electrical work, as required for a complete job, to include, but not be limited to:

1.   Coordinate as required (if necessary) electrical plan revisions with project engineer.
2.   Verification of service requirements and all required additional equipment is included.
3.   Temporary power and lighting, as required, in sufficient quantity, to maintain job progress, safety and OSHA requirements, is included. Provide temporary electrical pole as required/coordinated with local power company.
4.   Permanent service transformer and service entrance shall be as coordinated with local power company and project engineer. All required pads, conduits, wiring, etc complete is included.

Page 1 of 24 of Select Building Systems, Inc. Subcontract

Initials:
G.C.
SUB

5. Provide 1 hp motors for hangar doors as required.
6. Provide all fixtures and switchgear per approved submittals.
7. ~~Provide conduits from electrical room to phone board in office.~~ As per drawings. *[initials]*
8. Provide and install all lighting and fixtures per plan, required to complete the project.
9. All egress, exit and emergency lighting, fixtures and circuits, as required for a complete job.
10. All exterior lighting controlled by ~~photo-cell~~ and 7-day timer.
11. Provide conduits for future use in each building.
12. Provide telephone and cable wiring, in labeled conduits, ~~from telephone panel to all plan locations in office and apartment.~~ Terminations by others. *Conduit stub ups to above ceiling only* *[initials]*
13. Provide conduits for telephone and cable entry, ~~from the service pole to termination point.~~ *OK* *[initials]*
14. Fire caulking of all electrical penetrations, of rated assemblies, is included.
15. Provide all panels, wiring, disconnects, ~~sensors~~ as required, for all new HVAC split systems, and heat strips.
16. Provide 120v duplex outlet at each air handling unit.
17. Provide power to all exhaust fans and motorized dampers, as required.
18. All wiring required to provide power for sump pumps, condensate pumps, etc.
19. All conduits and boxes shall be mounted behind the partition walls.
20. Provide power, as required, for fire panels, in each building (?).
21. Provide power for access door electric strikes, as required.
22. Provide all switchgear, panels, disconnecting means, conduits, wiring, receptacles, switches, etc. necessary to complete this electrical subcontract, according to applicable codes and ordinances.
23. Provide all required electrical permits for this subcontract.
24. ~~Provide all hole coring and rock sawing as required to complete this subcontract.~~ *Trenching by others as per Jack Green & as per Bid.* *[initials]* *outside*

NOTE: *"Big Ass Fan" to be furnished and installed by others.*

*Intent of this scope of work, and prior discussions, is that there be no change orders.*

*Subcontractor shall provide any and all MSDS/HazMat information pertaining to your trades use to SBS superintendent prior to starting work.*

Compliance with all applicable OSHA, ADA and local safety regulations is included. Approved Hard hats and footwear shall be worn at all times. Safety glasses and additional safety equipment shall be used as required by specific tasks. All safety equipment shall be maintained, inspected and in good working order and condition.

The project is to be kept clean and orderly at all times. Subcontractor shall clean up daily, and all trash is to be placed in the project provided dumpster daily, or sooner if required. SBS will charge $20 per hour for clean up if SBS provides it. Any silt fence removed and/or damaged by this Subcontractor shall be replaced at this Subcontractor's expense.

Punch out items shall be completed within 48 hours. All work is to be completed as per the contract documents, and all City, County, State and Trade codes. This contract is for a complete project, inspected, tested and ready for the next trade.

Subcontractor's English speaking, on-site foreman is required for safety and communications, and will check-in with the SBS jobsite superintendent at the beginning of work each day. Subcontractor shall be furnished with a construction schedule, designed for the timely completion of this project. Subcontractor will maintain the timeline, in whole and in part, to progress the project. (the "Work")

2.02 Subcontractor shall also furnish and pay for all labor, materials, equipment, supervision, fees, permits, licenses, insurance and work which may be required to conform the Work hereunder to comply with

Page 2 of 24 of Select Building Systems, Inc. Subcontract

Initials:
_____G.C.
_____SUB

all laws, ordinances, orders, rules, regulations, and requirements of all federal, state, and municipal governments and appropriate departments, boards and offices thereof, and of the insurance organization having jurisdiction, or any other body or entity exercising similar functions.

## ARTICLE 3 - CONTRACT DOCUMENTS

3.01    The Contract Documents for this Subcontract consist of this Agreement and all Exhibits attached hereto, the drawings, the plans, the specifications, all addenda issued prior to and all modifications issued after execution of this Agreement. These documents form the "Subcontract" and are considered a part of this Agreement as if fully set forth herein.

3.02    The Contract Documents also include the Bidding Requirements and General Conditions.

3.03    Subcontractor represents that it has examined and is familiar with the Contract Documents. A copy of the above referenced Contract Documents which are applicable to the Work and Project are available to the Subcontractor upon request by Subcontractor to Contractor in writing as provided herein. It shall be no defense that Subcontractor has not seen one or more of the Contract Documents where Subcontractor made no written request for copies of same.

3.04    The Work must be performed and completed in strict conformity with the Contract Documents. Subcontractor shall be bound to Contractor by all of the terms and conditions of the Contract Documents and assumes toward the Contractor all obligations and responsibilities which Contractor under the Contract Documents assumes toward the Owner with respect to Subcontractor's Work. Subcontractor agrees not to violate any terms, covenants or conditions of the Contract Documents, and will commit no act which will cause the Contractor to be in breach of the Contract Documents. Subcontractor further agrees to comply with any additional specifications, drawings or explanations furnished by the Architect, engineer or Contractor to detail and/or illustrate the work to be done.

3.05    If the Owner, for any reason authorized under the Contract Documents, terminates the contract between Owner and Contractor, Contractor shall have the right to terminate this Subcontract. In the event the Contractor terminates this Subcontract under this provision, Subcontractor shall not be entitled to recover any damages from Contractor, whether direct, actual, delay, incidental or consequential, EXCEPT to the extent Contractor recovers and receives payment from the Owner for any direct cost for labor and materials (not profit) incurred by Subcontractor in the prosecution of its Work prior to the date of termination. Subcontractor shall not be entitled to recover any further amounts from Contractor as a result of any such termination, including but not limited to lost profits, incidental damages, delay damages, consequential damages, or any other damage amount.

3.06    Plan Details:  Drawings E101, E102, E201, E202, E301, dated 3/16/2012

*Prints and specification shall be provided on-site by authorized SBS representative. No plans, prints, or specifications are included with this document, other than those details outlined in Article 2.*

The above listed plans are subject to revision by the Engineers,
Architects or other professionals associated with this Project.
Revised Plans will supersede the Plans listed herein.

Page 3 of 24 of Select Building Systems, Inc. Subcontract

Initials:
_____ G.C.
_____ SUB

## ARTICLE 4 - TIME IS OF THE ESSENCE

4.01    The Work shall be commenced by Subcontractor on or before ___July 11th___ , __2012__ . Subject to adjustments authorized in writing by the Contractor, the Work shall be substantially completed not later than ___October 15th___ , _2012_ (the "Time for Performance").

4.02    The Time for Performance by the Subcontractor is of the essence. Subcontractor acknowledges the completion date for the Project as noted in the Contractor Documents. Subcontractor agrees to perform its Work in the areas, at the times, and on the days, including make up for lost days, weather delays or to maintain the necessary job progress as directed by the Contractor's Job Superintendent. Subcontractor shall work weekends or extended hours and provide all necessary equipment to perform the Work and maintain progress, at no extra charge, to make up for lost days, weather delays or to maintain necessary job progress as directed by the Contractor's Job Superintendent.

4.03    No extension of time will be valid without the Contractor's written consent after claim made by the Subcontractor in accordance with Paragraph 8.09. At the Contractor's sole and absolute discretion, the Time for Performance may be extended, for any reason or no reason, without invalidating any part of this Agreement and without subjecting Contractor to any liability under this Agreement, except as expressly authorized herein. Any extension of Time for Performance must be in writing and signed by the Contractor. No verbal extension of time will be recognized, regardless of the source.

## ARTICLE 5 - CONTRACT AMOUNT

5.01    The Contractor shall pay the Subcontractor for the Work performed, subject to adjustments and other applicable provisions of this Subcontract, the Contract Sum of , __One Hundred Twenty Eight Thousand Eight Hundred and 00/100 Dollars ($ _128,800.00_ ).__ (Note: Contract Sum includes all sales taxes, use fees, permits, labor, material, equipment, rentals, and all other expenses of any kind necessary for Subcontractor to satisfactorily complete the Work)

5.02    Within ten (10) days from Subcontractor's execution hereof and before any payments are made hereunder, Subcontractor, utilizing forms provided by Contractor, shall submit to Contractor the following: (i) a true and correct list (name, address, phone number and description of service or material) of all suppliers and any subcontractors which Subcontractor intends to or may use in performing the Work, including all labor, suppliers of material, and rental of equipment (Exhibit "F"), and (ii) a fair and proper itemized schedule of values for all items of Work included in this Subcontract which shall be broken down and itemized as to the value of labor and cost of material for each item (the "Subcontractor's Schedule of Values")(Exhibit "G"). Subcontractor shall provide to Contractor, upon Contractor's request at any time, sufficient evidence as to the correctness of the Subcontractor's Schedule of Values. When approved by Contractor, the Subcontractor's Schedule of Values may be used by the Contractor for computation of partial payments hereunder. If, however, the Contractor should, at any time, determine, in Contractor's sole and absolute discretion, that the Subcontractor's Schedule of Values is incorrect, inflated, understated, or does not accurately reflect the true value of the Work, or portions thereof therein described, Contractor shall have the right to revise the Subcontractor's Schedule of Values to reflect what Contractor believes is the correct value, and the revised schedule shall be utilized as the basis for computation of partial payments thereafter.

5.03    On or before the 15th of each month or otherwise as directed by Contractor, Subcontractor shall present to Contractor an estimate of the Work completed by it prior to the date of the estimate for payment which must be presented, on the forms supplied by Contractor ("Application and Certificate for

Page 4 of 24 of Select Building Systems, Inc. Subcontract

Initials:
_____G.C.
_____SUB

Payment" attached hereto as Exhibits "D-1 & D-2"). Subcontractor's Request for Payment shall be based upon the Subcontractor's Schedule of Values or revised schedule as applicable, and shall state, with respect to each item, the percentage of work completed on that item for which payment is requested.

5.04    Contractor shall review Subcontractor's Request for Payment. Subcontractor understands that Contractor is relying upon Subcontractor's Request for Payment in making Contractor's application for payment to the Owner. Contractor may reject or approve items on the Request for Payment, or Contractor may conditionally approve all or part of Subcontractor's Request for Payment. If Subcontractor's Request for Payment is approved or conditionally approved by Contractor and is received by the Contractor timely, Contractor shall pay Subcontractor, less _10 %_ retainage ("Retainage") on or about the 15th of the following month, or at such time as Subcontractor satisfies the conditions upon which approval was based, such as completion of certain items or repairs of certain items identified by Contractor as provided in Paragraph 8.02. If there is a dispute over any item not approved or not paid by Contractor to Subcontractor based upon the percentage of completion, cost of repair, or other applicable charge against the Work, said dispute will be resolved by the Architect in the Architect's sole and absolute discretion, as provided herein. The obligation of the Contractor to pay the Subcontractor is expressly conditioned upon the Contractor receiving funds from the Owner which cover the portion of the Work covered by the Request for Payment. THE SUBCONTRACTOR IS NOT ENTITLED TO ANY PAYMENT UNLESS AND UNTIL THE CONTRACTOR RECEIVES PAYMENT FROM THE OWNER, and then, Subcontractor is only entitled to payment subject to withholding as provided herein.

5.05    Subcontractor may make a Request for Payment for materials or equipment not yet incorporated into the Work, but which are delivered and suitably stored at the site or some other insured location, on the condition that Subcontractor identify the material or equipment, its quantity, and the cost of same. Subcontractor shall obtain Contractor's written consent to have delivered, store, and Request Payment for said materials at least 20 days before said materials are delivered.

5.06    Before issuance of the payments identified above, Subcontractor shall be required to verify to Contractor, and supply evidence as required by Contractor, that Subcontractor has paid for all labor and material, equipment, and all bills, payrolls, fees permits and all other known indebtedness connected with Subcontractor's Work for which payment is being received, and shall release and hold the Contractor harmless from any all claims which Subcontractor may have against Contractor up to that time, including but not limited to claims for delay. Such verification and release shall be on a form supplied by the Contractor. Falsification of such verification shall be grounds for immediate termination of this Subcontract.

5.07    Thirty days after this Subcontract is fully completed and performed by the Subcontractor and after the Subcontractor delivers, to the Contractor, a binder containing "as built" drawings, warranty information, equipment operating manuals, and other documents of the like, the Subcontractor will make request for final payment in the same manner as provided above. Final payment shall be made after the Work and the aforementioned "binder" is accepted in writing by the Contractor. The Subcontractor shall execute a complete release of any and all claims against the Owner, Architect and Contractor prior to issuance of any final payment. Notwithstanding any provision in this Subcontract to the contrary, final payment will not be issued until 30 days after the Work has been accepted and approved by Contractor or Architect, if required as provided herein.

_Upon Receipt of Payment from Contractor_

5.08  ∧ The Subcontractor shall make prompt payment to anyone furnishing labor, materials, services, or equipment to the Subcontractor for the Project. Such prompt payment is of the essence. In all cases of non-payment by the Subcontractor, the Contractor is authorized, at the Subcontractor's sole expense, to make such

Page 5 of 24 of Select Building Systems, Inc. Subcontract

Initials:

_____G.C.

_____SUB

payment. All payments so made by Contractor, and all expenses incurred by Contractor in making such payments, including but not limited to attorneys fees for lien releases, shall be applied against the next Request for Payment or deducted from any progress payment yet to be paid. In making such payments and discharging such liens, Contractor shall not be required to adjust or determine any claims or disputes between the Subcontractor and the laborer, mechanic, or materialman, nor shall Contractor be required to withhold any money or take any action to protect Subcontractor or any of Subcontractor's rights. Should any lien or claim develop, whether during the Time for Performance or after final payment, Subcontractor shall promptly pay to the Contractor (within 10 days after demand) all monies that may be required in discharging such lien or claim, and shall reimburse the Contractor for all losses, expenses, including reasonable attorneys fees, it may incur or sustain as a result thereof.

5.09    Regardless of the terms of payment provided herein, Contractor shall be permitted to retain from payments due to Subcontractor an amount sufficient to cover: (i) any required Retainage, plus (ii) an amount sufficient to satisfy all delinquent obligations of the Subcontractor for labor, materials, equipment, or services furnished or to be furnished by Subcontractor, plus (iii) an amount sufficient to cover the cost to complete any item or to repair, replace, fix or cure any work performed by Subcontractor. The amount, which Contractor may retain under subpart (ii) and (iii), shall be determined by Contractor in its discretion, with any dispute over the amount to be decided by the Architect in accordance with paragraph 8.02.

5.10    Effect of Payment    No payment, either partial or final, made under this Subcontract shall be construed to be an acceptance of defective Work or improper materials or a waiver of any right of Contractor hereunder, and no partial payment shall be evidence of performance, in whole or in part, or this Subcontract or any of Subcontractor's obligations hereunder.

## ARTICLE 6 - BONDING REQUIREMENTS

6.01    No bonding required. Signed, verified, and notarized affidavits of payment and releases will be required with the delivery of all draws and before issuance of each check. (See Exhibits "B" and "C")

## ARTICLE 7 - INSURANCE

7.01    Prior to starting work, the Subcontractor shall obtain the required insurance from a responsible insurer, and shall furnish satisfactory evidence to the Contractor that the Subcontractor has complied with the requirements of this Article and the Contract Documents:

Special Provisions:_____N/A_____

Subcontractor shall have their insurance agent/company forward a certificate of insurance, listing Select Building Systems, Inc. as an additional named insured, to the Select Building Systems Corporate office before beginning work.  Coverage must include, but not be limited to, general liability insurance of not less than $ 1,000,000 , Worker's Compensation not less than State required minimum coverage, and insurance on any vehicles (if any vehicle of Subcontractor will enter the Project site).

7.02    Subcontractor shall purchase and maintain such insurance as will protect it and Contractor from claims under laws which protect worker from injuries on the job, including but not limited to Worker's Compensation Insurance, disability insurance, disability benefits, and other similar insurance to protect workers of the Subcontractor or those who are injured by the Subcontractor. Subcontractor shall also obtain insurance covering public liability, property damage, fire, casualty, and coverage for any damages caused by

Page 6 of 24 of Select Building Systems, Inc. Subcontract

Initials:
_____G.C.
_____SUB

Subcontractor arising out of Subcontractor's Work with extended coverage up to the minimum limits of the amount stated above in the Special Provisions. Such insurance policies shall contain a provision requiring the Contractor be given at least fifteen (15) days written notice prior to cancellation.

7.03  Subcontractor is responsible to carry and maintain any other insurance coverage it deems necessary to protect said Subcontractor, including insurance on tools, equipment, supplies, and other items or to protect against theft, conversion, breakage, misuse, accidental damage, or other perils, conditions or damages. As a consequence, Subcontractor hereby waives all rights it has against the Contractor, the Architect, other subcontractors, the Owner, and any other person or entity for damages arising out of, or relating to, any matter, event or condition which was or could have been covered by Subcontractor's insurance as provided in this Article.

7.04  In the event of a loss suffered by Contractor, as a result of acts of the subcontractor or their agents, which is covered by insurance obtained by Subcontractor, Contractor shall be entitled to said insurance proceeds up to the amount of its loss. IN THE EVENT THAT SUBCONTRACTOR FAILS TO OBTAIN INSURANCE FOR ANY MATTER REFERENCED IN THIS ARTICLE 7, OR SAID INSURANCE LAPSES, OR FOR ANY REASON SAID INSURANCE DOES NOT PAY A CLAIM, SUBCONTRACTOR HEREBY INDEMNIFIES AND HOLDS CONTACTOR HARMLESS FROM ANY DAMAGES, CLAIMS, OR LOSSES WHICH CONTRACTOR MAY SUFFER OR INCUR, AND AGREES TO PAY THE SAME, INCLUDING ALL COSTS, EXPENSES AND ATTORNEYS FEES TO ENFORCE THOSE RIGHTS.

## ARTICLE 8 - SUBCONTRACTOR RIGHTS AND DUTIES

8.01  No Subcontracting  The Subcontractor shall not assign this Subcontract, nor subcontract the whole or portions of this Subcontract, without the prior written consent of the Contractor. The Subcontractor shall not assign any amounts due or to become due under this Subcontract without prior written notice to the Contractor.

8.02  Satisfaction Clause  All work by Subcontractor shall be done to the satisfaction of the Contractor and Architect. If the Subcontractor decides to dispute, challenge or contest any matter under Articles 2, 3, or 5, Subcontractor shall do so promptly, but in no event later than 48 hours after the Subcontractor receives or becomes aware of the matter (whichever occurs first). To challenge the matter, the Subcontractor shall, within the time stated above, notify the Architect in writing of the nature of the dispute, stating the Contractor's position and the Subcontractor's position, and asking for a determination as to the disputed issues. The Architect will provide the Contractor with copies of all documents submitted by Subcontractor, and Contractor shall make a response, either in writing or verbally. After receiving the Contractor's response, the Architect shall make a decision regarding the dispute. In all disputes relating to the correctness of construction, meaning and requirements of the specifications and drawings, the percentage of completion, the amounts and necessity of repairs, and the value of work performed, the decision of the Architect shall be final and binding on the Subcontractor. Failure of the Subcontractor to timely request a determination shall operate as acceptance by the Subcontractor of Contractor's position, and shall operate to waive Subcontractor's right to challenge the correctness of the position of the Contractor at a later date.

8.03  Subcontractor's Duties  Without limiting any other requirement or obligation of the Subcontractor, Subcontractor:

a.  Shall promptly submit all shop drawings and samples, data and specifications as to materials to be used as may be required by Contractor,

Page 7 of 24 of Select Building Systems, Inc. Subcontract

Initials:
_____ G.C.
_____ SUB

SBS 0294

Architect or the Contract Documents so as not to delay any work on the Project;

b. Shall keep informed as to the progress of the Project and shall have all required workmen and equipment available and all necessary materials fabricated, assembled, delivered and ready for installation so as to commence and prosecute its work as soon as the progress of the Project will permit, and when requested, shall furnish satisfactory evidence that preliminary arrangements have been made;

c. Shall commence its work at the earliest time the progress of the Project will permit and in any event not later than 3 days after written notice to do so from Contractor, shall prosecute its work, including all changes and additions thereto, rapidly, continuously, and uninterruptedly, and shall complete all of its work, including changes and additions, so as not to interfere with or delay the completion of the Project;

d. Shall cooperate and coordinate its work with Contractor and the other subcontractors to avoid delay of or interference with any work of the Contractor or other subcontractors;

e. If directed by the Contractor, shall prosecute its work in such sequence and at such locations as may be directed by Contractor to maintain and expedite the progress of the Project as a whole, and Contractor shall have the right to establish and determine the schedule under which the Subcontractor shall perform its work. If Subcontractor is required to work overtime or additional shifts in order to meet the schedule of the Contractor, the cost thereof shall be solely the responsibility of the Subcontractor and Subcontractor shall have no claim against the Contractor for any additional expense;

f. Shall be liable to the Contractor for all extra costs, expenses and damages of any nature which may be incurred by Contractor as a result of any delay or hindrance of the Project or of the Work or of the work of any other subcontractor; and, without limiting the foregoing, if any delay or hindrance by the Subcontractor shall result in or render the Contractor liable for damages to the Owner, another subcontractor or any other entity, Subcontractor shall be liable to Contractor for the entire amount of such damages and for all other extra costs and expenses incurred by Contractor, and Contractor shall have the right to offset such damages, costs and expenses against any payments due to the Subcontractor under this Subcontract;

g. Shall, at all times, man the Project with competent and adequate supervision and a sufficient number of skilled and competent workmen and sufficient equipment, materials, supplies to perform its Work;

h. Shall be solely responsible for complying with the Immigration Reform and Control Act of 1986, for completing and maintaining "Employment

Initials:
_____ G.C.
_____ SUB

SBS 0295

Eligibility Verification" documentation (INS Form I-9) on all persons who perform work for the Subcontractor on the Project, and shall be solely responsible for complying with all applicable health and safety standards, Federal, state and local, pertaining to its Work, its personnel and equipment, and shall pay and be held liable for all fines, liens, and other costs associated with violation of any provision in Article 8. **Safety is the rule, not the exception;**

i. Shall comply with all laws, ordinances, rules, regulations and orders of any public authority bearing on the performance of the Work, including but not limited to all Department of Labor, Occupational Safety and Health Act ("OSHA"). Subcontractor shall secure and pay for all permits and governmental licenses, fees and inspections necessary for the proper execution and completion of the Work;

j. Shall pay for all materials, equipment and labor used in, or in connection with, the performance of this Subcontract, and shall furnish satisfactory evidence, when requested by the Contractor or Architect to verify compliance with this requirement;

k. Shall, on a daily basis, keep the premises free from accumulation of waste materials or rubbish arising out of the operations of Subcontractor. Subcontractor shall move excess material promptly from one work area to another. If Subcontractor fails to perform this duty, the cost thereof shall be charged to the Subcontractor by the Contractor.

8.04    Warranty The Subcontractor warrants, for a period of 1 year from the date of substantial completion (defined as the issuance of a Certificate of Occupancy or a Temporary Certificate of Occupancy, whichever is issued first), to the Owner and Contractor that all Work shall be performed in a good and workmanlike manner, free from faults and defects, and of such quality as would pass in the trade without exception. All Work shall be completed in accordance with the Contract Documents, except as authorized by Change Order as provided below. In the absence of a Change Order, any substitutions or work not strictly complying with the Contract Documents may be considered defective. The warranty contained herein is in addition to and not a limitation on any other warranty or remedy, and shall survive any termination of this Subcontract.

8.05    Warranty Claims If, within the warranty period described above, or any other applicable warranty period, any of the Work is found to be defective, faulty or not in compliance with the Contract Documents, the Subcontractor shall correct such problem or defect promptly after notice from Contractor or Owner to do so. If Subcontractor fails or refuses to correct such problem or defect within 10 days from receipt of such notice, Contractor may correct the problem, and Subcontractor shall be liable for all costs, expenses and fees associated with the correction.

8.06    Change Orders Changes in, additions to, revisions of and deletions from Subcontractor's Work may be made by Contractor without invalidating this Subcontract. All changes, additions, revisions and deletions, including any deviation from the plans and specifications, shall be in writing in the form of a Change Order (See Exhibit "E") which must be signed by the Contractor in order to be valid. **Subcontractor shall not begin any change, addition, or revision without a written Change Order signed by the Contractor.** If the

Initials:
_____G.C.
_____SUB

change, addition, or revision will increase the Contract Sum, the Change Order must reflect the increase; otherwise, there will be no increase in the Contract Sum. It is the Subcontractor's responsibility to submit to the Contractor any Change Order on the form provided by Contractor, including but not limited to any change in the Contract Sum. If the Contractor requests (either verbally or in writing) that the Subcontractor provide to the Contractor a price for which the Subcontractor will perform work under a change by the Owner, the Subcontractor shall deliver to the Contractor the price in writing within 10 days from the date the Contractor makes the request. If the Subcontractor fails to provide the price within the time, Contractor may insert an amount for the change in its change order with the Owner, and Subcontractor hereby agrees to perform the change for the price inserted by the Contractor into the change order. If Subcontractor seeks to perform any Work which deviates from the engineering plans, in any way, Subcontractor must have any such proposed change signed by the Project Engineer, in addition to having the Contractor's prior written authorization for the change.

8.07    Writing Required for Payment Except as may be specifically and expressly agreed in writing to the contrary, Contractor shall not be liable for any changes in or addition to Subcontractor's Work or for any extra costs incurred by Subcontractor as a result of any such change or addition in any amount in excess of that which Subcontractor or Contractor shall recover and collect from Owner. Please Take Note: it does not matter how many witnesses hear the Contractor make an alleged verbal agreement to pay for a change; if there is no written Change Order in compliance with this section, Subcontractor shall not be entitled to any compensation for the change, addition or revision.

8.08    Claims By Subcontractor Subcontractor shall make all claims promptly to the Contractor for additional costs, damage to property, material or equipment, delay damages (subject to provisions relating specifically thereto), and extensions of time; provided, however, that Subcontractor shall present its claims in writing to Contractor within such time as will provide Contractor a reasonable opportunity to review such claims (at least 3 business days) and present the same to the Architect and/or Owner within the time permitted by the Contract Documents. If Subcontractor fails to present any such claim timely to Contractor, same shall be conclusively deemed to have been waived. In no event will Contractor be liable to Subcontractor for any costs, damage to property, material or equipment, or any other expenses except to the extent that Contractor recovers and collects said amount from the Owner or the responsible party. Please Take Note: CONTRACTOR SHALL NOT BE LIABLE OR RESPONSIBLE FOR ANY DAMAGE TO OR LOSS OF SUBCONTRACTOR'S WORK, MATERIALS OR PROPERTY UNLESS SAME SHALL BE SOLELY CAUSED BY THE DIRECT NEGLIGENCE OF CONTRACTOR, ITSELF.

8.09    Limited Claims for Delay In agreeing to complete its Work, Subcontractor represents that it has taken into consideration and made allowances for all ordinary delays and hindrances incidental to the Work, including but not limited to delays of carriers, delays in fabrication or delivery of material or equipment, unavailability of workmen or materials, and changes, additions and deletions to or from its Work or the work of others, and that it is cognizant of the fact that under the Contract Documents, Contractor is required to complete the Project within a specified period of time and may be liable for damages for failure to do so.

8.09.1    Should the Subcontractor be delayed, obstructed, hindered or interfered with in the commencement, prosecution or completion of the Work ("Delay of Work"), by any cause, whether an act, omission, neglect, or default of Contractor or of anyone employed by Contractor, or by any other contractor or subcontractor on the Project, or by the Architect, the Owner, the engineer, or any of their agents or employees, or by damage due to fire, theft, or other casualty, or by act of God, or any other cause, the Subcontractor shall be entitled to an extension of the Contract Time subject to the restrictions provided herein. In order to be

Page 10 of 24 of Select Building Systems, Inc. Subcontract

Initials:
_____ G.C.
_____ SUB

entitled to an extension of the Contract Time, Subcontractor shall:

    a.    Notify the Contractor in writing of the cause(s) of the Delay of Work within 48 hours of the commencement thereof, and

    b.    Demonstrate to the Contractor in writing, and verbally if requested, that Subcontractor could not have anticipated or avoided the Delay of Work and that Subcontractor has and will use all available means to minimize the consequences thereof.

8.09.2 Subcontractor agrees that it shall not be entitled to nor will it claim any cost reimbursement, compensation or damages of any kind for any Delay of Work except to the extent that Contractor is entitled to a corresponding cost reimbursement, compensation or damages from the Owner under the Contract Documents for such Delay of Work, and then only to the extent of the amount, if any, which Contractor, on behalf of Subcontractor, actually receives from the Owner on account of such Delay of Work. The amount, if any, that the Subcontractor may receive from the amount recovered from the Owner shall be limited to any changes or additions to the Work received therefore by the Contractor from the Owner. Subcontractor shall not be entitled to any additional compensation resulting therefrom. In addition, Subcontractor shall be responsible for paying, in advance, all costs and expenses, including reasonable attorneys fees, for Contractor to submit and pursue such claims against the Owner, and shall sign any and all agreements required to be signed by the Contractor regarding the submission of the claim, and settlement of same, including any releases required.

8.10   Indemnification  To the fullest extent permitted by law the Subcontractor shall fully and completely indemnify and hold harmless the Contractor, Surety, the Owner, the Architect and all of their agents and employees from and against all claims, damages, losses and expenses including but not limited to, attorney's fees, arising out of or resulting from the performance of the Subcontractor's work under, in connection with, in the course of, or incidental to the Subcontractor's Work under this Subcontract, or in connection herewith (regardless of any concurrent fault, cause or negligence of Contractor) or any breach of or failure to comply with any of the provisions of this Subcontract or the Contract Documents by Subcontractor. In entering into this Subcontract, Subcontractor understands and agrees to indemnify and hold harmless Contractor, Owner and Architect from the consequences of Subcontractor's own negligence and actions of Subcontractor's employees, agents, officers and representatives.

8.10.1 Subcontractor shall also indemnify and hold harmless Contractor, Surety, Owner and Architect from any claim, damage, loss or expense which is attributable to bodily injury, sickness, disease, or death, or to injury to or destruction of tangible property, including the loss of use resulting therefrom arising out of or resulting from the performance of the Subcontractor's work under, in connection with, in the course of, or incidental to the Subcontractor's Work under this Subcontract, or in connection herewith (regardless of any concurrent fault, cause or negligence of Contractor) or any breach of or failure to comply with any of the provisions of this Subcontract or the Contract Documents by Subcontractor. In entering into this

Initials:
_____ G.C.
_____ SUB

SBS 0298

Subcontract, Subcontractor understands and agrees to indemnify and hold harmless Contractor, Owner and Architect from the consequences of Subcontractor's own negligence and actions of Subcontractor's employees, agents, officers and representatives.

8.10.2 Subcontractor shall also indemnify and hold harmless Contractor, Surety, Owner and Architect from any claim, damage, loss or expense which is attributable to or arises from work performed by the Subcontractor, or any supplier of the Subcontractor, or any of Subcontractor's agents, that is not performed in accordance with the Contract Documents regardless of cause or any concurrent or contributing fault of Contractor. In entering into this Subcontract, Subcontractor understands and agrees to indemnify and hold harmless Contractor, Owner and Architect from the consequences of Subcontractor's own negligence and actions of Subcontractor's employees, agents, officers and representatives.

8.10.3 In any and all claims against the Contractor, the Owner, the Architect or any of their agents or employees by any employee of the Subcontractor, anyone directly or indirectly employed by it, or anyone for whose acts it may be liable, the indemnification obligation under this Paragraph 8.10 shall not be limited in any way by any limitation on the amount or type of damages, compensation or benefits payable by or for the Subcontractor under workers' or workmen's compensation acts, disability benefit acts or other employee benefit acts.

8.11    Surface Preparation   If Subcontractor deems that the surfaces or work to which its Work is to be applied or affixed, including grading, is unsatisfactory or unsuitable, Subcontractor must provide Contractor with written notification of said condition before taking any remedial action or other proceeding with the Work, otherwise, Subcontractor shall be fully and solely responsible and liable for any and all expense, loss, damages and costs associated or resulting from said condition, and Contractor shall be relieved of any and all liability in connection therewith.

8.12    Subcontractor's Remedies      If the Contractor does not pay the Subcontractor through no fault of the Subcontractor, within 7 (seven) days from the time payment should be made as provided in herein, the Subcontractor may, without prejudice to any other remedy he may have, upon 7 (seven) additional days written notice to the Contractor, stop his work until payment of the amount owing has been received. If the Subcontractor has not timely complied with the provisions of Paragraph 8.02, Subcontractor shall be deemed to have waived the rights stated in this paragraph, and any stoppage of work will be considered a material breach of the Contract Documents.

## ARTICLE IX - Contractor

9.01    Rights and Responsibilities     The Contractor shall be bound to the Subcontractor by the terms of this Agreement.

9.02    Services Provided by the Contractor     The Contractor shall cooperate with the Subcontractor in scheduling and performing its work to avoid conflicts or interference in the Subcontractor's work, and shall expedite written responses to submittals made by the Subcontractor. As soon as practicable after execution of the Subcontract, the Contractor shall provide the Subcontractor a copy of the estimated progress schedule of the Contractor's entire work which the Owner/Contractor has prepared and submitted for

Page 12 of 24 of Select Building Systems, Inc. Subcontract

Initials:
_____ G.C.
_____ SUB

SBS 0299

the Contractor's and the Architect's information, together with such additional scheduling details as will enable the Subcontractor to plan and perform its work properly. It is the responsibility and obligation of the Subcontractor to examine the progress schedule and to keep Contractor informed of any changes which might be necessary to keep Subcontractor on schedule. The Subcontractor shall be notified of any subsequent changes in the progress schedule and the additional scheduling details. If Subcontractor does not receive a progress schedule, or cannot perform the Work within the progress schedule, or notices any deficiencies or problems with the progress schedule, it is the Subcontractor's responsibility to notify the Contractor in writing of same. Failure of Subcontractor to provide written notice of same will result in waiver by Subcontractor of any complaint about the progress of the Project or the progress schedule at a later time.

    9.03    Remedies for Breach    If the Subcontractor, at any time in the opinion of the Contractor, refuses or defaults or neglects to carry out the Work in accordance with the Contract Documents, or becomes insolvent, bankrupt or unable to pay its bills when due, or if Subcontractor fails to provide sufficient men or materials or supervision to diligently complete the Work (to be determined in Contractor's sole discretion), Contractor, after 3 (three) calendar days written notice to Subcontractor of such failure, refusal, default or neglect, may provide any such labor, materials, tools, or equipment and deduct the cost thereof from any money due to the Subcontractor, and/or Contractor may also terminate Subcontractor's right to proceed with its Work or any part of the Work, and/or terminate the Subcontract and finish the work by whatever method Contractor may deem expedient, all in Contractor's sole and absolute discretion. Subcontractor shall be liable for all costs and expenses associated with finishing the Work, whether by Contractor or by other subcontractors hired by Contractor.

    9.03.1    Measure of Damages  In the event that this Subcontract is terminated for any reason, regardless of fault, the parties agree that the measure of damages shall be as follows: (1) if the unpaid balance of the Contract Sum exceeds the expense of finishing the Work, such excess shall be paid to the Subcontractor, or (2) if the expense of finishing the Work exceeds the unpaid balance of the Contract Sum, the Subcontractor shall pay the difference to the Contractor. In addition, Subcontractor shall be liable for any expenses of Contractor relating to extended project overhead, corporate office overhead, profit, Contractor's legal fees, any liquidated damages payable by Contractor, all rental charges and other costs incurred in completing the Work. In calculating damages hereunder, the Subcontractor shall have no claim for unpaid labor performed or materials provided.

    9.03.2    No Payment Due  In the event of termination for any reason, the Contractor may withhold sufficient amounts from any such payment for Work satisfactorily completed to cover any loss which Contractor may suffer as a result of the failure of Subcontractor to satisfactorily fulfill its obligations hereunder. Acceptance of payment upon termination by the Subcontractor shall waive any further rights of Subcontractor against Contractor. Nothing herein shall limit Contractor's rights to damages as a result of Subcontractor's failure to fulfill his obligations hereunder.

## ARTICLE X - Working Conditions

10.01    Special working conditions and labor matters applicable to this Project:

    **100% Hard Hat, 100% Safety Glasses, Glass Containers Are Prohibited.**

Initials:
_____ G.C.
_____ SUB

SBS 0300

## ARTICLE XI  Miscellaneous Provisions

11.01    Terms used in this Agreement which are defined in the Conditions of the Contract shall have the meanings as designated in AIA Document A201, General Conditions of the Contract for Construction.

11.02    If Contractor shall employ an attorney to enforce any provision of this Subcontract, assert a claim against the Subcontractor, to investigate, respond to or settle any claims by any party or third party relating in any way to the Work, or to defend against any claims asserted by Subcontractor or on Subcontractor's behalf, Subcontractor shall pay to Contractor the amount of attorneys fees, costs and expenses incurred by Contractor, and all such amounts may be deducted or paid with any funds owing from Contractor to Subcontractor.

11.03    This Subcontract shall be deemed performable in part in Boerne, Texas. ·Payment is due and payable in Boerne, Texas. The parties agree that Boerne, Texas is an acceptable and convenient location to resolve any disputes, and hereby consent and agree that any dispute arising hereunder shall be resolved in Kendall County, Texas. The parties further agree, regardless of the site of the Project, that Texas law shall govern all aspects of this Subcontract.

11.04    The Subcontractor represents that in the event of any claim or damage arising under this Subcontract, the said Subcontractor can be adequately compensated by money damages. Subcontractor hereby waives any and all other rights and remedies to which it might otherwise be or become entitled, save only for its claim to money damages. Subcontractor hereby agrees to waive any right to seek or recover incidental, consequential and punitive damages against, through or from Contractor.

11.05    This Subcontract and the Contract Documents, insofar as they relate in any way to the Work, constitute the entire agreement between the parties hereto, and it is expressly understood and agreed that there are no other verbal or written agreements between the parties. This Subcontract may only be amended or modified in writing and in accordance with the terms and provisions hereof.

11.06    Notices  All notices, requests, and other demands referenced or provided hereunder must be in writing, and, to the extent required to be given to the Contractor, shall be made by hand delivery, by facsimile transmission or by first class United States mail to the address shown on the first page of this Subcontract, or at such other place as designated in writing by Contractor. If to Subcontractor, all notices shall be made by hand delivery or by certified mail to the address shown below or as otherwise provided in writing by Subcontractor.  ··

11.07    The Contract Sum shall not be subject to adjustment due to fluctuations in material costs, labor rates, or other market conditions; either anticipated or unforeseen. The 'Subcontractor shall perform due diligence during the bidding and estimating of the Work to ensure that the Contract Sum is sufficient compensation for satisfactory completion of the Scope of Work. Equitable adjustment(s) to the Contract Sum resulting from changes to or deviations from the Scope of Work listed herein shall be subject to the terms and provisions hereof.

Initials:
G.C.
SUB ·

SBS 0301

This Agreement entered into as of the day and year first written above.

SELECT BUILDING SYSTEMS, INC.
CONTRACTOR

By: _[signature]_
Signature / Title

Printed
Name: _D. C. Morgan Enfield_

Date: _9-24-12_

Contact Info:

Job Site: _____

Job Site Fax: _____

Corp. Office: _(830) 981-5929_

Corp. Fax: _(830) 981-5308_

ROBERTSON ELECTRIC
SUBCONTRACTOR

By: _[signature] / President_
Signature / Title

Printed
Name: _Jerrod Robertson_

Date: _7/16/12_

Contact Info:

Office: _(281) 441-1304_

Fax: _(281) 441-1342_

Mobile: _(281) 229-4500_

Contact: _Jerrod Robertson_

SBS 0302

# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT

# 2

# EXHIBIT 2

# ORIGINAL CONTRACT DRAWINGS



# ABBREVIATIONS

# GENERAL NOTES

# SYMBOLS

WIRING DEVICES

LIGHTING

DISTRIBUTION AND CONTROLS

ORIGINAL BID SET AND CONTRACT DRAWINGS.

REVISIONS:

Project Status

INTERIM REVIEW

NOTE:
All drawings and written material appearing herein constitute original and unpublished work of the architect and may not be duplicated, used or disclosed without the written consent of the architect.

GLACIER CAPITAL
LOS CERRITOS HANGER

85% REVIEW SET

| DRAWN: | CB |
|---|---|
| CHECKED: | JS |
| APPROVED: | JS |
| DATE: | 2012-03-16 |

SHEET NO.

# E001

Parker & Associates, Inc.
Consulting Engineers

222 AUSTIN HIGHWAY
SAN ANTONIO, TEXAS 78209



GENERAL NOTES:

1. REFER TO SHEET E-100 FOR LEGEND, SYMBOLS, ABBREVIATIONS AND FURTHER GENERAL NOTES.

KEYED NOTES:

1. ROUTE THE HIGH BAY LUMINAIRES CIRCUITS TO THE ELECTRICAL PANEL VIA (2) 8 POLE LIGHTING CONTACTORS FOR DUAL LEVEL SWITCHING; 3P12, 8T2 GND, 3/4"C.

REVISIONS:

Project Status

INTERIM REVIEW

THIS DOCUMENT IS RELEASED FOR THE PURPOSE OF INTERIM REVIEW UNDER THE AUTHORITY OF JOHN GRABLE AND SHALL IS IT NOT TO BE USED FOR CONSTRUCTION, BIDDING, PERMIT OR OTHER PURPOSES WITHOUT THE WRITTEN CONSENT OF THE JOHN GRABLE ARCHITECT BOARD

NOTE:
All drawings and written material appearing herein constitute original and unpublished work of the architect and may not be duplicated, used or disclosed without the written consent of the architect.

JOHN GRABLE FAIA
ARCHITECTS · INC.
222 AUSTIN HIGHWAY
SAN ANTONIO, TEXAS 78209
P 210 820 3552 F 210 820 3556 W JOHNGRABLE.COM

ORIGINAL BID
SET AND
CONTRACT
DRAWINGS

GLACIER CAPITAL
LOS CERRITOS HANGER

85% REVIEW SET

DRAWN: CB
CHECKED: JS
APPROVED: JS
DATE: 2012-03-18
SHEET NO.

E101

Barker & Associates, Inc.
Consulting Engineers

1 FIRST FLOOR - LIGHTING
1/8" = 1'-0"

NEW UTILITY TRANSFORMER
SECONDARY 120/240V/1PH/3W

NEW PANEL "SHOP"
600A/MCB/120/240V/1PH/3W
NEMA 3R



GENERAL NOTES:

REFER TO SHEET E-100 FOR LEGEND, SYMBOLS, ABBREVIATIONS AND FURTHER GENERAL NOTES.

① SECOND FLOOR - LIGHTING
1/8" = 1'-0"

ORIGINAL BID
SET AND
CONTRACT
DRAWINGS

REVISIONS:

Project Status

INTERIM REVIEW

THIS DOCUMENT IS RELEASED
FOR THE PURPOSE OF INTERIM
REVIEW UNDER the AUTHORITY OF
JAMES W. STANDEFER, P.E. No. 115229
IT IS NOT TO BE USED FOR
CONSTRUCTION, BIDDING,
PERMIT, OR OTHER PURPOSES
AND CAN BE PARTLY LOCATED
OF the IDEAS OR DESIGN RECORD.

222 AUSTIN HIGHWAY
SAN ANTONIO, TEXAS 78209
P 210 820 5532  F 210 820 5534  w JOHNGRABLE.COM

NOTE:
All drawings and written
material appearing herein
constitute original and
unpublished work of the
architect and may not be
duplicated, used or disclosed
without the written consent of
the architect.

GLACIER CAPITAL
LOS CERRITOS HANGER

85% REVIEW SET

DRAWN:      CB
CHECKED:    JS
APPROVED:   JS
DATE:  2012-03-16
SHEET NO.

E102

Barker & Associates, Inc.
Consulting Engineers



ORIGINAL BID
SET AND
CONTRACT
DRAWINGS

## GENERAL NOTES:

1. REFER TO SHEET E-100 FOR LEGEND, SYMBOLS, ABBREVIATIONS AND FURTHER GENERAL NOTES.

## KEYED NOTES:

1. FURNISH AND INSTALL A NEW 30A/240V/1 PHASE DISCONNECT SWITCH TO SERVE THE HEAT PUMP. FURNISH AND INSTALL AN ELECTRICAL CONNECTION FROM THE DISCONNECT SWITCH TO THE HEAT PUMP.

2. FURNISH AND INSTALL A NEW 20A/1P MANUAL MOTOR STARTER TO SERVE THE THE EXHAUST FAN. MOUNT THE SWITCH ADJACENT TO THE FAN IN ACCORDANCE WITH THE NEC. FURNISH AND INSTALL AN ELECTRICAL CONNECTION FROM THE SWITCH TO THE FAN, 2#12, #12 GND, 1/2"C.

NEW UTILITY TRANSFORMER
SECONDARY: 120/240V/3W

NEW PANEL "MDP"
600A/W/CB/120/240V/10/3W
NEMA 3R

FIRST FLOOR - POWER
1/8" = 1'-0"

JOHN GRABLE FAIA
ARCHITECTS INC.

222 AUSTIN HIGHWAY
SAN ANTONIO, TEXAS 78209
P 210 820 3332 F 210 820 3334 W JOHNGRABLE.COM

NOTE:
All drawings and written material appearing herein constitute original and unpublished work of the architect and may not be duplicated, used or disclosed without the written consent of the architect.

REVISIONS:

Project Status

INTERIM REVIEW

Barker & Associates, Inc.
Consulting Engineers

GLACIER CAPITAL
LOS CERRITOS HANGER

85% REVIEW SET

| DRAWN: | CB |
|---|---|
| CHECKED: | JS |
| APPROVED: | JS |
| DATE: | 2012-03-16 |

SHEET NO.

# E201



## GENERAL NOTES:

1. REFER TO SHEET E-100 FOR LEGEND, SYMBOLS, ABBREVIATIONS AND FURTHER GENERAL NOTES.

## KEYED NOTES:

1. FURNISH AND INSTALL A NEW 30A/2W/1P/240V DISCONNECT SWITCH TO SERVE THE FAN-COIL UNIT. FURNISH AND INSTALL AN ELECTRICAL CONNECTION FROM THE DISCONNECT SWITCH TO THE FAN-COIL UNIT.

2. FURNISH AND INSTALL A NEW 30A/2W/1P/240V DISCONNECT SWITCH TO SERVE THE AIR COMPRESSOR. FURNISH AND INSTALL AN ELECTRICAL CONNECTION FROM THE DISCONNECT SWITCH TO THE AIR COMPRESSOR.

3. FURNISH AND INSTALL A NEW 30A/2W/1P/240V DISCONNECT SWITCH TO SERVE THE VENTILATION FAN. FURNISH AND INSTALL AN ELECTRICAL CONNECTION FROM THE DISCONNECT SWITCH TO THE FAN.

4. FURNISH AND INSTALL A NEW 30A/2W/1P/240V DISCONNECT SWITCH TO SERVE THE HVAC EQUIPMENT. FURNISH AND INSTALL AN ELECTRICAL CONNECTION FROM THE DISCONNECT SWITCH TO THE EQUIPMENT.

① SECOND FLOOR - POWER
1/8" = 1'-0"

JOHN GRABLE FAIA
ARCHITECTS · INC.

222 AUSTIN HIGHWAY
SAN ANTONIO, TEXAS 78209
P 210 820 3332  F 210 820 3334  W JOHNGRABLE.COM

**Project Status**

**INTERIM REVIEW**

THIS DOCUMENT IS RELEASED FOR THE PURPOSE OF INTERIM REVIEW UNDER THE AUTHORITY OF ARTHUR STOUT, P.E. No. 118100 ON 2012-03-16 IT IS NOT TO BE USED FOR CONSTRUCTION, BIDDING, PERMIT, OR OTHER PURPOSES WITHOUT NOTIFICATION OF OR THE EXPRESSION OF THE RECORD.

**NOTE:**
All drawings and written material appearing herein constitute original and unpublished work of the architect and may not be duplicated, used or disclosed without the written consent of the architect.

ORIGINAL BID
SET AQNO
CONTRACT
DRAWINGS

**REVISIONS:**

GLACIER CAPITAL
LOS CERRITOS HANGER

**85% REVIEW SET**

| | |
|---|---|
| DRAWN: | CB |
| CHECKED: | JS |
| APPROVED: | JS |
| DATE: | 2012-03-16 |

SHEET NO.

# E202

Barker & Associates, Inc.
Consulting Engineers
Firm Registration No. F-4211
834 Broadway St, Suite 301  San Antonio, Texas
78215
Telephone: (210) 828-1591  Fax: (210) 822-9794
Email: barkerassoc.sbcglobal.net



RISER DIAGRAM
1/2" = 1'-0"

LUMINAIRE SCHEDULE

| TYPE | BASIS OF DESIGN MANUFACTURER | MODEL OR SERIES | DESCRIPTION | ELECTRICAL DATA LOAD (VA) | VOLTAGE (V) | WATTAGE (W) | LAMP DATA TYPE | QTY | COLOR TEMP (K) | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|
| CL | PORTFOLIO | C6-1-42E-618141-1 | 6" DOWNLIGHT WITH HORIZONTAL LAMP | 36 | 120 | 32 | CFL | 1 | 4100 | COORDINATE THE TRIM COLOR WITH THE OWNER'S REPRESENTATIVE. FURNISH AND INSTALL A LENS ON FIXTURES IN THE SHOWER. |
| FA | METALUX | 2AC-2-28T5-UNV-EB81 | 2x4 DIRECT/INDIRECT FLUORESCENT | 56 | 120 | 28 | T-5 | 2 | 4100 | FURNISH AND INSTALL AN EMERGENCY BALLAST FOR THE EMERGENCY LUMINAIRES |
| FB | METALUX | WN-2-28T5-UNV-EB81-U | 4FT WRAPAROUND FLUORESCENT | 56 | 120 | 28 | T-5 | 2 | 4100 | |
| HA | METALUX | HBL-6-54T5-W-UNV-EB81-U-PLU | 4FT HIGH BAY FLUORESCENT | 324 | 120 | 54 | T-6 | 6 | 4100 | FURNISH AND INSTALL THE LUMINAIRE WITH TWO BALLASTS FOR DUAL LEVEL SWITCHING |
| WP | LITHONIA | XTOR3A-PC1 | WALL PACK WITH EMERGENCY PACK | 30 | 120 | 30 | LED | 1 | | MOUNT AT 9FT AFF |
| WW | INSAUE | PHO-100-HL-120-AP | PHOCUS FLOOD | 100 | 120 | 100 | "4 HAL | 1 | | |
| VS | AMETRIX | VS-9-C-14-LP-028-UNV-SHP12 | INDIRECT LIGHTING | 28 | 120 | 28 | T5 | - | - | MOUNT IN THE COVE AND DIRECT THE LUMINAIRE UPWARD |
| EM | SURELITES | CC-2U2R1-CK | EMERGENCY LIGHT | 11 | 120 | 11 | MR-16 | 2 | - | MOUNT AT 9FT AFF |
| XA | SURELITES | EDX-7-8 | LED EDGE-LIT EXIT SIGN | 8.5 | 120 | 5 | LED | - | - | |

JOHN ARABLE FAIA
ARCHITECTS-INC.
222 AUSTIN HIGHWAY
SAN ANTONIO, TEXAS 78209
P 210 820 3332  F 210 820 3334  W JOHNARABLE.COM

Barker & Associates, Inc.
Consulting Engineers
San Antonio, Texas

REVISIONS:

Project Status
INTERIM REVIEW

NOTE:
All drawings and written material appearing herein constitute original and unpublished work of the architect and may not be duplicated, used or disclosed without the written consent of the architect.

ORIGINAL BID SET AND CONTRACT DRAWINGS

GLACIER CAPITAL
LOS CERRITOS HANGER

85% REVIEW SET

| DRAWN: | CB |
| CHECKED: | JS |
| APPROVED: | JS |
| DATE: | 2012-03-16 |

SHEET NO.

E301





## GENERAL NOTES

1. REFERENC SHEET M001 FOR SYMBOLS ABBREVIATIONS AND GENERAL NOTES.

## KEYED NOTES

1. FURNISH AND INSTALL FAN AND COIL UNIT ON THE MEZANINE. REFERENCE 3/M201 FOR DETAIL.
2. FURNISH AND INSTALL THE HEAT PUMP UNIT ON GRADE. REFERENCE DETAIL 1/M201.
3. FURNISH AND INSTALL THE FAN AND COIL UNIT IN THE CEILING. REFERENCE DETAIL 2/M201.

① Floor Plan - HVAC
1/8" = 1'-0"

NOTE:
All drawings and written material appearing herein constitute original and unpublished work of the architect and may not be duplicated, used or disclosed without the written consent of the architect.

JOHN GRABLE FAIA
ARCHITECTS, INC.
222 AUSTIN HIGHWAY
SAN ANTONIO, TEXAS 78209
P 210 829 3332  F 210 829 3334  W JOHNGRABLE.COM

REVISIONS:

Project Status

INTERIM REVIEW
THIS DOCUMENT IS RELEASED FOR THE PURPOSE OF INTERIM REVIEW UNDER THE AUTHORITY OF DON B. BARKER, P.E., NO. 93431 IT IS NOT TO BE USED FOR CONSTRUCTION, BIDDING, PERMIT, OR ANY PURPOSE. AROUND THE 85TH (NOTED) F OF THE SUPERVISION OF DCAD

GLACIER CAPITAL
LOS CERRITOS HANGER

85% REVIEW SET

| DRAWN: | RM |
| CHECKED: | DB |
| APPROVED: | DB |
| DATE: | 2012-03-16 |
| SHEET NO. | |

# M101

Barker & Associates, Inc.
Consulting Engineers

# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT

# 3

# EXHIBIT 3

# UPDATED CONTRACT DRAWINGS



# ABBREVIATIONS

# GENERAL NOTES

# LEGEND

ROBERTSON ELECTRIC NOTES:
THESE WERE THE NEW DRAWINGS THAT WERE ISSUED.
THESE DRAWINGS HAVE MULTIPLE CHANGES BUT THEY ARE
NOT NOTED OR MARKED AS CHANGES. WHEN ISSUED A
REQUEST FOR CHANGE WAS NOT ISSUED WITH THE
DRAWINGS. WE NOTIFIED SBS OF THIS ISSUES AND
SUBMITTED PRICING ARRORDMOLY.

REVISIONS:

Project Status

ARCHITECTS · INC.
222 AUSTIN HIGHWAY
SAN ANTONIO, TEXAS 78209

NOTE:
All drawings and written
material appearing herein
constitute original and
unpublished work of the
architect, and may not be
duplicated, used or disclosed
without the written consent of
the architect.

GLACIER CAPITAL
LOS CERRITOS HANGER
UVALDE, TX

LEGEND, ABBREVIATIONS AND GENERAL NOTES - ELECTRICAL

Barker St Associates, Inc.
Consulting Engineers

CONSTRUCTION SET

| DRAWN: | CB |
|---|---|
| CHECKED: | JS |
| APPROVED: | JS |
| DATE: | 2012-11-02 |

SHEET NO.

# E001



## GENERAL NOTES:

1. REFER TO SHEET E001 FOR LEGEND, ABBREVIATIONS AND FURTHER GENERAL NOTES.

## KEYED NOTES:

1. FURNISH AND INSTALL TWO SWITCHES FOR DUAL LEVEL SWITCHING TO CONTROL THE HANGAR HIGH BAY LIGHTS. ROUTE THE LIGHTING CIRCUITS VIA THE LIGHTING CONTACTOR PANEL (REF: KEYED NOTE NO. 2 ON SHEET E102 AND DET. E/E401 FOR ADDITIONAL REQUIREMENTS).

2. ROUTE THE EXTERIOR LIGHTING CIRCUIT TO PANEL "LA" VIA THE INVERTER SYSTEM TO PROVIDE EMERGENCY EGRESS LIGHTING (REF: KEYED NOTE NO. 3 ON SHEET E102 FOR ADDITIONAL REQUIREMENTS).

3. FURNISH AND INSTALL 3-WAY LIGHTING CONTROL SWITCHES TO SERVE THE CLERESTORY LIGHTS TYPE "VS". REFERENCE SHEET E102 FOR THE LOCATION OF THE LIGHTS.

4. FURNISH AND INSTALL A 7-DAY ELECTRONIC ASTRONOMICAL TIME SWITCH (INTERMATIC ET8000 SERIES OR APPROVED EQUAL). INSTALL THE TIME SWITCH ADJACENT TO PANEL "LA" ON THE MEZZANINE. ROUTE THE BRANCH CIRCUIT SERVING THE TYPE "WW" LIGHTS VIA THE TIME SWITCH FOR DUSK TO DAWN CONTROL. COORDINATE THE TIME SETTINGS WITH THE FACILITY MANAGER.

5. FURNISH AND INSTALL AN UNSWITCHED BRANCH CIRCUIT FROM PANEL "LA" TO SERVE THE EMERGENCY LIGHTS. THE EMERGENCY LIGHTS SHALL BE SERVED FROM THE BRANCH CIRCUIT SERVING THE HANGAR HIGH BAY LIGHTS. (REF: SHEET E102 FOR THE LOCATION OF THE HIGH BAY LIGHTS).

6. FURNISH AND INSTALL A LINE VOLTAGE, DUAL-TECHNOLOGY CEILING MOUNTED OCCUPANCY SENSOR (WATTSTOPPER DT-355 OR APPROVED EQUAL) TO CONTROL THE LIGHTING IN THE BREAK ROOM. CIRCUIT THE SENSOR IN ACCORDANCE WITH THE MANUFACTURER'S REQUIREMENTS.

Project Status

ARCHITECTS · INC.

222 AUSTIN HIGHWAY
SAN ANTONIO, TEXAS 78209
P 210 829 3332  F 210 829 3334  w JONESRABLE.com

NOTE:
All drawings and written material appearing herein constitute original and unpublished work of the architect and may not be duplicated, used or disclosed without the written consent of the architect.

### FIRST FLOOR – LIGHTING
1/8" = 1'-0"

## LUMINAIRE SCHEDULE

| | BASIS OF DESIGN | | | ELECTRICAL DATA | | | LAMP DATA | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TYPE | MANUFACTURER | MODEL OR SERIES | DESCRIPTION | LOAD (VA) | VOLTAGE (V) | WATTAGE (W) | TYPE | QTY | COLOR TEMP. (K) | NOTES |
| DL | PORTFOLIO | C61-426-6181-UH | 6" DOWNLIGHT WITH HORIZONTAL LAMP | 35 | 120 | 32 | CFL | 1 | 4100 | COORDINATE THE TRIM COLOR WITH THE OWNER'S REPRESENTATIVE. FURNISH AND INSTALL A LENS ON FIXTURES IN THE SHOWER. |
| FA | METALUX | 2AC-2-28T5-UNV-EB1 | 2x4 DIRECT/INDIRECT FLUORESCENT | 56 | 120 | 28 | T-5 | 2 | 4100 | FURNISH AND INSTALL AN EMERGENCY BALLAST FOR THE EMERGENCY LUMINAIRES. |
| FB | METALUX | WN-3-28TEA-UNV-EB1-U | 4FT WRAPAROUND FLUORESCENT | 56 | 120 | 28 | T-5 | 2 | 4100 | |
| HA | METALUX | 4SL-6-54TS-HP-UNV-EB2-UPLU | 6FT HIGH BAY FLUORESCENT | 324 | 120 | 54 | T-5 | 6 | 4100 | FURNISH AND INSTALL THE LUMINAIRE WITH TWO BALLASTS FOR DUAL LEVEL SWITCHING. |
| WP | LUMARK | XTOR3A-PC1 | WALL PACK WITH EMERGENCY PACK | 30 | 120 | 30 | LED | 1 | | MOUNT AT 9FT AFF |
| WW | INVUE | PHO-100-ML-430-AP | FOCUS FLOOD | 100 | 120 | 100 | T-4 HAL | 1 | | |
| VS | AMETRIX | VSII-C-1-LF-G28-UNV-SPF12 | INDIRECT LIGHTING | 28 | 120 | 28 | T5 | 1 | | MOUNT IN THE COVE AND DIRECT THE LUMINAIRE UPWARD |
| EM | SURELITES | CC2M87-BK | EMERGENCY LIGHT | 11 | 120 | 11 | MR16 | 2 | | MOUNT AT 9FT AFF |
| XA | SURELITES | EDX7-G | LED EDGELIT EXIT SIGN | 8.5 | 120 | 5 | LED | | | |

Barker & Associates, Inc.
Consulting Engineers

GLACIER CAPITAL
LOS CERRITOS HANGER
UVALDE, TX
FLOOR PLAN - LIGHTING

CONSTRUCTION SET

| DRAWN: | CB |
|---|---|
| CHECKED: | JS |
| APPROVED: | JS |
| DATE: | 2012-11-02 |

SHEET NO.

# E101



GENERAL NOTES:

1. REFER TO SHEET E100 FOR LEGEND, ABBREVIATIONS AND FURTHER GENERAL NOTES.

KEYED NOTES:

MEZZANINE LEVEL - LIGHTING
1/8" = 1'-0"

Baker & Associates, Inc.
Consulting Engineers

REVISIONS:

Project Status

222 AUSTIN HIGHWAY
SAN ANTONIO, TEXAS 78209

NOTE:
All drawings and written material appearing herein constitute original and unpublished work of the architect and may not be duplicated, used or disclosed without the written consent of the architect.

GLACIER CAPITAL
LOS CERRITOS HANGER
UVALDE, TX

MEZZANINE LEVEL - LIGHTING

CONSTRUCTION SET

DRAWN: CB
CHECKED: JS
APPROVED: JS
DATE: 2012-11-02
SHEET NO.

E102



**GENERAL NOTES:**

1. REFER TO SHEET E001 FOR LEGEND, ABBREVIATIONS AND FURTHER GENERAL NOTES.

**KEYED NOTES:**

FURNISH AND INSTALL A NEW 20A/240V/1PH/2W DISCONNECT SWITCH TO SERVE THE HEAT PUMP. FURNISH AND INSTALL AN ELECTRICAL CONNECTION FROM THE DISCONNECT SWITCH TO THE HEAT PUMP: 2#12, #12 GND, 1/2"C.

FURNISH AND INSTALL A NEW 20A/1P SWITCH TO SERVE THE EXHAUST FAN. GANG THE EXHAUST FAN SWITCH WITH THE LIGHTING CONTROL SWITCH. FURNISH AND INSTALL AN ELECTRICAL CONNECTION FROM THE SWITCH TO THE FAN: 2#12, #12 GND, 1/2"C.

FURNISH AND INSTALL A NEW 30A/250V RATED RECEPTACLE TO SERVE THE DRYER. COORDINATE THE NEMA TYPE WITH THE NEW DRYER REQUIREMENTS.

FURNISH AND INSTALL A 120V BRANCH CIRCUIT AND ELECTRICAL CONNECTION TO THE MOTORIZED DAMPER: 2#12, #12 GND, 1/2"C. COORDINATE THE CONNECTION POINT WITH THE MECHANICAL INSTALLER.

FURNISH AND INSTALL A BRANCH CIRCUIT TO SERVE THE MOTORIZED DOOR CONTROL PANEL. FURNISH AND INSTALL AN ELECTRICAL CONNECTION FROM THE CONTROL PANEL TO EACH DOOR MOTOR IN ACCORDANCE WITH THE MANUFACTURERS REQUIREMENTS: 2#12, #12 GND, 1/2"C.

FURNISH AND INSTALL A 250V RATED RECEPTACLE TO SERVE THE AIRCRAFT POWER UNIT. COORDINATE THE RECEPTACLE TYPE WITH THE OWNERS REPRESENTATIVE PRIOR TO ROUGH-IN: 2#2, #8 GND, 1"C.

FURNISH AND INSTALL A NEW 60A/240V/1PH/3W DISCONNECT SWITCH TO SERVE THE 5 HP AIR COMPRESSOR. FURNISH AND INSTALL AN ELECTRICAL CONNECTION FROM THE DISCONNECT SWITCH TO THE AIR COMPRESSOR: 3#10, #10 GND, 1/2"C.

FURNISH AND INSTALL A 100A/120/240V/1PH/3W NEMA 3R PANEL "JF" (30 CIRCUITS) TO SERVE THE JET FUEL SYSTEM. COORDINATE THE LOCATION OF THE PANEL WITH THE ARCHITECTURAL DRAWINGS. REFERENCE DETAIL 1/E401 FOR ADDITIONAL REQUIREMENTS: 3#3, #6 GND, 1-1/2".

FIRST FLOOR - POWER
1/8" = 1'-0"

Barker & Associates, Inc.
Consulting Engineers

ARCHITECTS - INC.
222 AUSTIN HIGHWAY
SAN ANTONIO, TEXAS 78209
P 210 820 3332  F 210 820 3334  W JOHNGRABLE.com

**NOTE:**
All drawings and written material appearing herein constitute original and unpublished work of the architect and may not be duplicated, used or disclosed without the written consent of the architect.

REVISIONS:

Project Status

GLACIER CAPITAL
LOS CERRITOS HANGER
UVALDE, TX
FLOOR PLAN - POWER

CONSTRUCTION SET

| DRAWN: | CB |
|---|---|
| CHECKED: | JS |
| APPROVED: | JS |
| DATE: | 2012-11-02 |
| SHEET NO. | |

**E201**



GENERAL NOTES:

1. REFER TO SHEET E001 FOR LEGEND, ABBREVIATIONS AND FURTHER GENERAL NOTES.

KEYED NOTES:

◇ FURNISH AND INSTALL A NEW 30A/240V/1PH/3W DISCONNECT SWITCH TO SERVE THE NEW FAN-COIL UNIT. FURNISH AND INSTALL AN ELECTRICAL CONNECTION FROM THE DISCONNECT SWITCH TO THE FAN-COIL UNIT. 2#12, #12 GND, 1/2"C.

◇ FURNISH AND INSTALL A DEDICATED 20A/120V GFCI RECEPTACLE TO SERVE THE WATER SOFTENER. COORDINATE THE EXACT LOCATION WITH THE WATER SOFTENER INSTALLER PRIOR TO ROUGH-IN.

◇ FURNISH AND INSTALL A NEW 30A/240V/1PH/3W/NEMA "R" DISCONNECT SWITCH/COMBINATION MOTOR STARTER TO SERVE THE PROPELLER FAN. FURNISH AND INSTALL AN ELECTRICAL CONNECTION FROM THE DISCONNECT SWITCH TO THE FAN. 2#10, #10 GND, 1/2"C.

◇ FURNISH AND INSTALL A NEW 30A/240V/1PH/3W DISCONNECT SWITCH TO SERVE THE VENTILATION FAN "VF-1". FURNISH AND INSTALL AN ELECTRICAL CONNECTION FROM THE DISCONNECT SWITCH TO THE EQUIPMENT. 2#12, #12 GND, 1/2"C.

MEZZANINE LEVEL - POWER
1/8" = 1'-0"

Barker & Associates, Inc.
Consulting Engineers

REVISIONS:

Project Status

ARCHITECTS - INC.
222 AUSTIN HIGHWAY
SAN ANTONIO, TEXAS 78209
P 210 826 3332  F 210 820 3334  W JOHNRAISLE.COM

NOTE:
All drawings and written material appearing herein constitute original and unpublished work of the architect and may not be duplicated, used or disclosed without the written consent of the architect.

GLACIER CAPITAL
LOS CERRITOS HANGER
UVALDE, TX

MEZZANINE LEVEL - POWER

CONSTRUCTION SET

DRAWN: CB
CHECKED: JS
APPROVED: JS
DATE: 2018-11-02
SHEET NO.

# E202



Becker & Associates, Inc.
Consulting Engineers

GENERAL NOTES:

1. REFER TO SHEET E00A FOR LEGEND, ABBREVIATIONS AND FURTHER GENERAL NOTES.

ARCHITECTS · INC.
222 AUSTIN HIGHWAY
SAN ANTONIO, TEXAS 78209

NOTE:
All drawings and written material appearing herein constitute original and unpublished work of the architect and may not be duplicated, used or disclosed without the written consent of the architect.

REVISIONS:

Project Status

GLACIER CAPITAL
LOS CERRITOS HANGER
UVALDE, TX

SCHEDULES · ELECTRICAL

CONSTRUCTION SET

| | |
|---|---|
| DRAWN: | CB |
| CHECKED: | JS |
| APPROVED: | JS |
| DATE: | 2012-11-02 |
| SHEET NO. | |

E301



GLACIER CAPITAL
LOS CERRITOS HANGER
UVALDE, TX

DETAILS - ELECTRICAL

CONSTRUCTION SET

DRAWN: CB
CHECKED: JS
APPROVED: JS
DATE: 2012-11-02
SHEET NO.

E401

# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT

# 4 A

# EXHIBIT 4 A

## CHANGE ORDER SUBMISSION BY REI
## SBS/REI DATED DECEMBER 14, 2012

*Exhibit 14 - Change order #1*

**Jerrod Robertson**

| | |
|---|---|
| **From:** | Jerrod Robertson [jrobertson@relectbx.com] |
| **Sent:** | Friday, December 14, 2012 9:43 AM |
| **To:** | 'Jack Green' |
| **Cc:** | 'Kyle Kieke' |
| **Subject:** | RFP 001 – Hanger Changes |
| **Attachments:** | BIZHUB20121214095426.pdf |

**Importance:** High

**Tracking:**

| Recipient | Read |
|---|---|
| 'Jack Green' | Read: 12/14/2012 9:47 AM |
| 'Kyle Kieke' | Read: 12/14/2012 9:44 AM |

Jack,

Attached is our pricing, audit trail for review and scope of work associated with the revised drawings. Please note we will begin conduit rough in next week and need and answer on these changes ASAP in order to accommodate or leave out these conduits as they pertain to many different areas of the building. Please note there will be a lead time on the new equipment.

Please feel free to contact us should you have any questions.

Thank you,

***Robertson Electric, Inc.***
Jerrod Robertson

231 Derrick Dr.
Humble, TX 77338
Office: 281-441-1304
Fax: 281-441-1342

www.relecttx.com



**DISCLAIMER:**
This electronic message transmission contains information from Robertson Electric, Inc., and this information may be confidential. If you are not the intended recipient, be aware that disclosure, copying, distribution or use of all or any portion of the content of this information is prohibited. If you have received this transmission in error, please notify us as soon as possible by e-mail and delete the original message.



**Robertson Electric, Incorporated**

TECL 21614

**ROBERTSON ELECTRIC, INC.**
231 Derrick Dr.
Humble, TX 77338
Telephone: 281-441-1304
Fax: 281-441-1342

## PRICING ONLY PROPOSAL

TO: SBS Construction
17 Scenic Loop Rd
Boerne, TX 78006

DATE: December 14, 2012

ATTN: Jack Green

**PRICING REQUEST: RFP #001 – LOS CERRITOS HANGER**

**DESCRIPTION: Electrical Changes**

Total Amount: $60,276.$^{00}$ (Sales Tax Included)

Note: This proposal is based on the revised electrical drawings. Please note the list of changes on the scopes page.

Excluded: Any extended warranties not directly requested in writing. Repairing or replacing of existing walls, ceiling or floors.

**THIS REQUEST** has been priced in accordance with current pricing levels. Therefore it is subject to adjustment/Cancellation if written authorization is not received within 15 days. This proposal is based solely on usual cost elements, i.e. labor, material and normal markups, and does not include any amount for changes in sequence of work, delays, disruptions, lost productivity, rescheduling, extended overhead, acceleration or any increased cost of performing any unchanged portions of the work, claim for which is specifically reserved.

1.     This proposal is based on work being performed on standard work hours.

This proposal is pricing only. No work will be performed until a written change order is received.

Sincerely,
**ROBERTSON ELECTRIC, INC.**

Jerrod Robertson / Project Manager

JOB NO # C12-124
Q.C. 9
INTERNAL CONTROL
Control File – 1.1/

# SCOPE OF WORK

1. Add Panel LB – 225A / 250V / 1PH Panel Board
2. Add Feeder conduit and wire for new Panel Board LB.
3. Add new distribution breaker for Panel LB.
4. Add new Panel LF.
5. Add new feeder for Panel LF.
6. Add new distribution breaker for Panel LF.
7. Add 4 100A circuits for GPU device by others. (receptacle not included as receptacle type not provided.)
8. Add three way switching for type VS light fixtures.
9. Add three way switching for type HA light fixtures per drawing E102 note 1.
10. Add power to motorized door controller. Controller provided and installed by others.
11. Provide and install inverter as per note 3 on drawing E102.
12. Provide rigid all thread mounting of type HA fixtures per drawing E102 note 5.
13. Provide 2 - 8 pole lighting contactors per note 2 on drawing E102.
14. Add 2 circuits for tug chargers. Receptacles not included as receptacle type not provided.
15. Addition of Water Heater number 2.
16. Addition of circuit for water softener .
17. Not reflected on drawings but included service extension of approximately 80' to new transformer location as directed by Kyle. (Trenching by others)

\*\*All controls conduits and control cables have been excluded from this pricing as there was no scope of work provided.

\*\*\* We have cross referenced the base contract drawings with the revised drawings and noted the above changes. The updated drawing did not have changes clouded / marked on them therefore any items not listed above are not included in this pricing.

\*\*\*\*This pricing is based on working standard hours therefore acceleration / overtime is not included and additional time will be required due to this additional work. Total estimated hours of additional work is 500 man hours.

# TABLE 1

## ESTIMATE WORKSHEETS SUMMARY

| ITEM | | | | PERCENTAGES | TESTING CRITERIA |
|---|---|---|---|---|---|
| 1.) LIGHTING | $0.00 | $0.00 | $0.00 | 0.50 | 5% | 0.00 | |
| 2.) DEVICES | $51.30 | $115.50 | $166.80 | 3.00 | 5% | 0.15 | |
| 3.) GEAR | $0.00 | $365.95 | $365.95 | 14.70 | 10% | | 1.47 |
| 4.) DISCONNECTS/STARTERS | $0.00 | $0.00 | $0.00 | 0.00 | 10% | 0.00 | |
| 5.) OSC | $0.00 | $0.00 | $0.00 | 0.00 | | | |
| 6.) EMT-STEEL FITTINGS | $9,116.13 | $12,509.95 | $21,888.88 | 336.00 | | | |
| 7.) PVC | $846.00 | $904.00 | $1,772.00 | 34.00 | | | |
| 8.) IMC | $0.00 | $0.00 | $0.00 | 0.00 | | | |
| 9.) WIRE | $9,504.50 | $4,261.00 | $13,765.40 | 110.30 | | | |
| 10.) PIPE | $0.00 | $0.00 | $0.00 | 0.00 | 5% | 0.00 | |
| 11.) MISCELLANEOUS | $0.00 | $ — | $0.00 | 0.00 | 15% | | 0.00 |
| 12.) BOXES | $147.15 | $302.43 | $649.58 | 13.00 | | | |
| 13.) | | | | | | | |
| 14.) | | | | 0.00 | | | |
| TOTALS | $19,498.88 | $18,308.43 | $38,367.81 | TOTAL MISC: 501.50 | | 0.15 | 1.47 | 0.00 |

FOREMAN          TOTAL RM: 70.30

| | |
|---|---|
| TOTAL MISC TESTING LEVEL 1 & 2 | 1.47 |
| TOTAL MISC TESTING LEVEL 3 | 0.00 |
| HRLY RATE FOR TESTING LEV 1 & 2 | $68.13 |
| HRLY RATE FOR TESTING LEVEL 3 | $75.00 |
| TOTAL $ FOR TESTING | $77.57 |

| | |
|---|---|
| 15.) LIGHTING | $1,400.00 |
| 16.) GEAR | |
| 17.) FIRE | |
| TOTAL MISC | $1,400.00 |

### MISC RENTALS

| | |
|---|---|
| 18.) RENTAL EQ / TOOLS | $1,500.00 |
| 19.) TRAILER | |
| 20.) EXPENDABLES | $904.78 | ITEM (20) IS BASED ON 3% OF COMBINED LABOR DOLLARS |
| 21.) TEMPORARY PWR & LTG | |
| 22.) CLEANUP | $0.00 | ITEM (22) IS BASED ON 3% OF LABOR W/ X ON HRLY RATE |
| 23.) LOSS PRODUCTIVITY | $0.00 | ADDRESSED CASE BY CASE |
| 24.) DRAWING / LAYOUT | $0.00 | |
| 25.) TESTING | $0.00 | ITEM #(25) IS BASED ON TABLE 1 ADDRESSED CASE BY CASE |
| 26.) SUPERINTENDENT | $0.00 | |
| 27.) PROJECT MANAGER | $0.00 | |
| TOTAL MISC | $2,404.78 | |

### OUTSIDE RENTALS / TOOL RENTAL

Line #

RENTALS

| ITEM | | | |
|---|---|---|---|
| 28.) 60 FT SCISSOR LIFT | 0.00 | $115.00 | $0.00 |
| 29.) 40 FT MANLIFT | 20.00 | $60.00 | $1,000.00 |
| 30.) BACKHOE | 0.00 | | |
| 31.) TRENCHER | 0.00 | | |
| 32.) AIR COMPRESSOR | 0.00 | | |
| 33.) JACK HAMMER | 0.00 | | |
| 34.) TOOL RENT TOTALS | 0.00 | | $0.00 |

TOTAL   $1,000.00

### TOTALS

| | |
|---|---|
| 35.) TOTAL MATERIAL | $19,498.00 |
| 36.) TOTAL LABOR | $19,308.43 |
| 37.) TOTAL FOREMAN LABOR | $1,583.37 |
| 38.) PREMIUM RATE CHARGE | $0.00 |
| 39.) BIDS | $5,400.00 |
| 40.) MISC EXPENDITURES | $2,404.78 |
| 41.) SUB TOTAL | $50,497.56 |
| 43.) OVERHEAD | $4,983.70 | 10% |
| 44.) PROFIT | $2,021.88 | 5% |
| 45.) SUBCONTRACTR MARKUP | $48.85 | 10% |
| 46.) BOND | 0.00 |
| 47.) SALES TAX | 2,312.43 |
| 48.) TOTAL BID | $60,276 |

| | STRAIGHT TIME | OVERTIME | | | |
|---|---|---|---|---|---|
| 49.) LABOR PER HOUR | $39.50 | $53.50 | Est. | $57.75 | Est. |
| 50.) FOREMAN LBR PER HR | $47.25 | $47.25 | Est. | $70.92 | Est. |
| 51.) SUPERINTENDENT | $60.95 | $65.00 | Est. | $97.50 | Est. |
| 52.) PROJECT MANAGER | $85.00 | $85.00 | Est. | $97.50 | Est. |

REVIEWED BY:
DATE:

**ESTIMATE AUDIT TRAIL**

| TYPE | DESCRIPTION | QTY | MAT.COST | MAT.TOTAL | HRS/UNIT | HR. TOTAL | TTL LBR $ | TTL$/UNIT | TTL $ AMT |
|---|---|---|---|---|---|---|---|---|---|
| | 3-WAY SWITCH | 6 | 8.55 | 51.30 | 0.50 | 3.00 | 115.50 | 27.80 | 166.80 |
| 125A | 120/208V 42C PANEL | 1 | 0.00 | 0.00 | 6.00 | 6.00 | 231.00 | 231.00 | 231.00 |
| 225A | 120/208V 42C PANEL | 1 | 0.00 | 0.00 | 8.00 | 8.00 | 308.00 | 308.00 | 308.00 |
| BRKR | NEW/100AMP 2P 120V | 1 | 0.00 | 0.00 | 0.20 | 0.20 | 7.70 | 7.70 | 7.70 |
| BRKR | NEW/225AMP 2P 120V | 1 | 0.00 | 0.00 | 0.50 | 0.50 | 19.25 | 19.25 | 19.25 |
| #12 | COPPER - THHN/THWN STR | 1080 | 0.18 | 194.40 | 0.01 | 8.10 | 311.85 | 0.47 | 506.25 |
| #10 | COPPER - THHN/THWN STR | 2160 | 0.24 | 518.40 | 0.01 | 20.09 | 773.39 | 0.60 | 1,291.79 |
| #8 | COPPER - THHN/THWN STR | 600 | 0.54 | 324.00 | 0.01 | 7.50 | 288.75 | 1.02 | 612.75 |
| #6 | COPPER - THHN/THWN STR | 310 | 0.90 | 279.00 | 0.02 | 4.65 | 179.03 | 1.48 | 458.03 |
| #4 | COPPER - THHN/THWN STR | 600 | 1.77 | 1,062.00 | 0.02 | 12.00 | 462.00 | 2.54 | 1,524.00 |
| #3 | COPPER - THHN/THWN STR | 70 | 1.90 | 133.00 | 0.02 | 1.58 | 60.44 | 2.77 | 193.64 |
| #2 | COPPER - THHN/THWN STR | 930 | 2.24 | 2,083.20 | 0.03 | 23.25 | 895.13 | 3.20 | 2,978.33 |
| #1 | COPPER - THHN/THWN STR | 290 | 5.75 | 1,667.50 | 0.04 | 10.50 | 404.17 | 7.14 | 2,071.67 |
| #4/0 | COPPER - THHN/THWN STR | 480 | 6.75 | 3,240.00 | 0.05 | 23.04 | 887.04 | 8.60 | 4,127.04 |
| 350 MCM | EMT | 740 | 0.46 | 349.60 | 0.06 | 42.56 | 1,638.56 | 2.62 | 1,988.16 |
| 1/2" | EMT TERM STEEL S.S. | 50 | 1.07 | 53.50 | 0.10 | 5.00 | 192.50 | 4.92 | 246.00 |
| 1/2" | EMT COUP&SUP/STEEL S.S. | 84 | 1.61 | 135.96 | 0.05 | 4.22 | 162.56 | 3.54 | 298.51 |
| 3/4" | EMT | 170 | 0.56 | 95.20 | 0.06 | 10.54 | 405.79 | 2.95 | 500.99 |
| 3/4" | EMT TERM STL S.S. | 6 | 1.72 | 10.32 | 0.12 | 0.72 | 27.72 | 6.34 | 38.04 |
| 3/4" | EMT COUP&SUP/STEEL S.S. | 19 | 2.45 | 46.28 | 0.06 | 1.13 | 43.63 | 4.76 | 89.91 |
| 1-1/4" | EMT | 600 | 2.97 | 1,782.00 | 0.08 | 46.80 | 1,801.80 | 5.97 | 3,583.80 |
| 1-1/4" | EMT TERM STL S.S. | 14 | 6.35 | 88.90 | 0.20 | 2.80 | 107.80 | 14.05 | 196.70 |
| 1-1/4" | EMT COUP&SUP/STEEL S.S. | 67 | 8.45 | 563.33 | 0.08 | 5.33 | 205.33 | 11.53 | 768.67 |
| 1-1/2" | EMT | 300 | 3.20 | 960.00 | 0.09 | 26.10 | 1,004.85 | 6.55 | 1,964.85 |
| 1-1/2" | EMT TERM STL S.S. | 8 | 9.15 | 73.20 | 0.25 | 2.00 | 77.00 | 18.78 | 150.20 |
| 1-1/2" | EMT COUP&SUP/STEEL S.S. | 33 | 11.70 | 390.00 | 0.09 | 3.00 | 115.50 | 15.17 | 505.50 |
| 2-1/2" | EMT | 70 | 4.78 | 334.60 | 0.12 | 8.26 | 318.01 | 9.32 | 652.61 |
| 2-1/2" | EMT TERM STL S.S. | 2 | 44.50 | 89.00 | 0.37 | 0.74 | 28.49 | 58.75 | 117.49 |
| 2-1/2" | EMT COUP&SUP/STEEL S.S. | 11 | 38.50 | 414.94 | 0.11 | 1.19 | 45.64 | 42.74 | 460.59 |
| 2-1/2" | EMT ELS | 3 | 46.50 | 139.50 | 0.75 | 2.25 | 86.63 | 75.38 | 226.13 |
| | 2' STRUT/ALLTHRD SUPPORT | 121 | 16.66 | 2,020.03 | 0.57 | 69.11 | 2,660.83 | 38.61 | 4,680.86 |
| | UNISTRUT STRAP to 1" DIA | 50 | 1.36 | 68.00 | 0.04 | 1.88 | 72.19 | 2.80 | 140.19 |
| | UNISTRUT STRAP to 2" DIA | 113 | 2.01 | 226.13 | 0.05 | 5.63 | 216.56 | 3.94 | 442.69 |
| | UNISTRUT STRAP to 3" DIA | 9 | 2.40 | 21.08 | 0.06 | 0.55 | 21.05 | 4.81 | 42.05 |
| | 4 SQ 2 1/8" COMBO KO | 10 | 4.14 | 41.40 | 0.35 | 3.50 | 134.75 | 17.62 | 176.15 |
| | 4 11/16 2 1/8 3/4" - 1 1/4 KO | 25 | 6.10 | 152.50 | 0.35 | 8.75 | 336.88 | 19.58 | 489.38 |

**PRICING BASED ON**

**ESTIMATE AUDIT TRAIL**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| RAISED P-RINGS | 5 | 4.51 | 22.55 | 0.20 | 1.00 | 38.50 | 12.21 | 61.05 |
| BLANK COVERS | 30 | 0.88 | 26.40 | 0.09 | 2.70 | 103.95 | 4.35 | 130.35 |
| HANGER WITH BOLT- 3/4 TO 1" EMT | 116 | 0.88 | 102.30 | 0.31 | 36.27 | 1,396.40 | 12.89 | 1,498.70 |
| ALLTHREADROD - 1/4" X 4" | 80 | 4.28 | 342.40 | 0.22 | 17.60 | 677.60 | 12.75 | 1,020.00 |
| ALLTHREADED ROD - 1/4" X 2' LONG | 151 | 3.28 | 496.10 | 0.18 | 26.47 | 1,019.05 | 10.02 | 1,515.15 |
| SELF TAPPING SCREWS(BOX) | 1 | 65.00 | 65.00 | 0.00 | 0.00 | 0.00 | 65.00 | 65.00 |
| PVC | 160 | 5.30 | 848.00 | 0.15 | 24.00 | 924.00 | 11.08 | 1,772.00 |
| PB W/SC NEMA 1 8" X 8" X 4" | 3 | 15.15 | 45.45 | 1.50 | 4.50 | 173.25 | 72.90 | 218.70 |
| PB W/SC NEMA 1 10" X 10" X 4" | 3 | 19.90 | 59.70 | 1.65 | 4.95 | 190.58 | 83.43 | 250.28 |
| INSERT, BOLT, WASHER, NUT FOR BOX | 12 | 3.50 | 42.00 | 0.30 | 3.60 | 138.60 | 15.05 | 180.60 |
| **TOTALS** | | | 19,658.08 | | 301.54 | 19,309.43 | | 38,967.51 |

# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT

# 4 B

# EXHIBIT 4 B

## CHANGE ORDER SUBMISSION BY REI
## SBS/REI DATED JANUARY 8, 2013

EXHIBIT 14A

## Jerrod Robertson

| | |
|---|---|
| **From:** | Jerrod Robertson [jrobertson@relectbx.com] |
| **Sent:** | Tuesday, January 08, 2013 9:24 AM |
| **To:** | 'Jack Green'; 'Kyle Kieke' |
| **Subject:** | Hanger - RFP 001 - Electrical Changes |
| **Attachments:** | BIZHUB20130108093605.pdf |

Jack,

Attached is our revised RFP 001 with more detail on the scope sheet as you and I discussed. I also found an error on my part on the 1 ¼" conduit and inadvertently used 600' and it should have been 300'. You will see the detailed scope matches the audit trail as for the conduit and wire footages.

This is priced to install incorporating into the base work. If we continue any further this price will be null and void as we will then have additional scope for this work. Please advise if you want us to continue per base scope or stop work.

Please feel free to contact us should you have any questions.

Thank you,

***Robertson Electric, Inc.***
Jerrod Robertson

231 Derrick Dr.
Humble, TX 77338 ·
Office: 281-441-1304
Fax: 281-441-1342

www.relecttx.com



TECL 21614

DISCLAIMER:
This electronic message transmission contains information from Robertson Electric, Inc., and this information may be confidential. If you are not the intended recipient, be aware that disclosure, copying, distribution or use of all or any portion of the content of this information is prohibited. If you have received this transmission in error, please notify us as soon as possible by e-mail and delete the original message.

1



**Robertson Electric, Incorporated**

TECL 21614

## ROBERTSON ELECTRIC, INC.
231 Derrick Dr.
Humble, TX 77338
Telephone: 281-441-1306
Fax: 281-441-1342

# PRICING ONLY PROPOSAL

TO: SBS Construction
17 Scenic Loop Rd
Boerne, TX 78006

DATE: January 8, 2013

ATTN: Jack Green

**PRICING REQUEST: RFP #001 Revision 1 – LOS CERRITOS HANGER**

**DESCRIPTION: Electrical Changes**

Total Amount: $56,611.$^{66}$ (Sales Tax Included)

Note: This proposal is based on the revised electrical drawings. Please note the list of changes on the scopes page.

Excluded: Any extended warranties not directly requested in writing. Repairing or replacing of existing walls, ceiling or floors.

THIS REQUEST has been priced in accordance with current pricing levels. Therefore it is subject to adjustment/Cancellation if written authorization is not received within 15 days. This proposal is based solely on usual cost elements, i.e. labor, material and normal markups, and does not include any amount for changes in sequence of work, delays, disruptions, lost productivity, rescheduling, extended overhead, acceleration or any increased cost of performing any unchanged portions of the work, claim for which is specifically reserved.

1. This proposal is based on work being performed on standard work hours.

This proposal is pricing only. No work will be performed until a written change order is received.

Sincerely,
**ROBERTSON ELECTRIC, INC.**

Jerrod Robertson / Project Manager

JOB NO # C12-124
G.C. #
INTERNAL CONTROL
Control File ~ 1.1/

## SCOPE OF WORK

1. Add Panel LB – 225A / 250V / 1PH Panel Board
2. Add Feeder conduit and wire for new Panel Board LB.
   (70' 2 ½" conduit, fitting, straps, uni-strut, 290' 4/0 THHN, 70' #2 and labor)
3. Add new distribution breaker for Panel LB.
4. Add new Panel LF.
5. Add new feeder for Panel LF. (Approximately 300' 1 ½" conduit, fittings, supports, straps, 930' #1 THHN, 310' #6 THHN and labor)
6. Add new distribution breaker for Panel LF.
7. Add 4 100A circuits for GPU device by others. (receptacle not included as receptacle type not provided.) (Approximately 300' 1 ¼" EMT, 900' #3 THHN, 300' #8 THHN)
8. Add three way switching for type VS light fixtures. (240' ½" conduit, fittings, 960' #10 THHN, Labor)
9. Add three way switching for type HA light fixtures per drawing E102 note 1. (160' ½" EMT, fittings, etc, 1200' #10 THHN, labor)
10. Add power to motorized door controller. Controller provided and installed by others. (160' ½" EMT, fitting, straps, hangers, 480' #12 THHN, labor)
11. Provide and install inverter as per note 3 on drawing E102.
12. Provide rigid all thread mounting of type HA fixtures per drawing E102 note 5. Addition of 320' 3/8" Allthread (64 pieces at 48", 3/8" Washers, 3/8" nuts and 64 Caddy AF146 multi function clips, modify/drill all fixtures to accept new mounting method and additional labor.)
13. Provide 2 - 8 pole lighting contactors per note 2 on drawing E102.
14. Add 2 circuits for tug chargers. Receptacles not included as receptacle type not provided. (120' ½" EMT, fittings, straps, hangers, 600' #12 THHN, labor)
15. Addition of Water Heater number 2. (170' ¾" EMT, fittings, hangers, 550' #8 THHN, labor)
16. Addition of circuit for water softener.
17. Rework of slab rough in due to building changes prior to pour.
18. Not reflected on drawings but included service extension of approximately 80' to new transformer location as directed by Kyle. (Trenching by others) (160' 3" PVC, fittings, misc, 480' 350 MCM THHN, labor.)
19. Majority of labor being installed at 25 – 40 feet utilizing scissor lift.
20. Providing and installing pull boxes as required to meet code.

**All controls conduits and control cables have been excluded from this pricing as there was no scope of work provided.

*** We have cross referenced the base contract drawings with the revised drawings and noted the above changes. The updated drawing did not have changes clouded / marked on them therefore any items not listed above are not included in this pricing.

****This pricing is based on working standard hours therefore acceleration / overtime is not included and additional time will be required due to this additional work. Total estimated hours of additional work is 460 man hours.

## ESTIMATE WORKSHEETS SUMMARY

| | | | | | PERCENTAGE | TABLE 1 TESTING CRITERIA | | |
|---|---|---|---|---|---|---|---|---|
| 1.) LIGHTING | $0.00 | $0.00 | $0.00 | | 0.00 | 5% | 0.0 | |
| 2.) DEVICES | $51.30 | $115.00 | $166.00 | | 3.00 | 5% | 0.15 | |
| 3.) GEAR | $0.00 | $565.95 | $565.95 | | 14.70 | 10% | | 1.47 |
| 4.) DISCONNECTS/STARTERS | $0.00 | $0.00 | $0.00 | | 0.00 | 10% | | 0.00 |
| 5.) GRC | $0.00 | $0.00 | $0.00 | | 0.00 | | | |
| 6.) EMT-STEEL FITTINGS | $7,297.34 | $11,040.57 | $15,116.00 | | 285.78 | | | |
| 7.) PVC | $545.00 | $504.60 | $1,772.00 | | 24.00 | | | |
| 8.) MC | $0.00 | $0.00 | $0.00 | | 0.00 | | | |
| 9.) WIRE | $10,167.90 | $4,443.30 | $14,700.00 | | 119.53 | | | |
| 10.) FIRE | $0.00 | $0.00 | $0.00 | | 0.00 | 5% | 0.00 | |
| 11.) MISCELLANEOUS | $0.00 | $0.00 | $0.00 | | 0.00 | 15% | | 0.00 |
| 12.) BOXES | $142.15 | $502.40 | $649.50 | | 13.05 | | | |
| 13.) | | | | | | | | |
| 14.) | | | | | 0.00 | | | |
| TOTALS | $18,491.19 | $17,782.45 | $34,533.34 TOTAL HRS: | | 401.30 | 0.15 | 1.47 | 0.00 |
| | | FOREMAN | TOTAL HRS: | | 49.71 | TOTAL HRS TESTING LEVEL 1 & 2 | | 1.62 |
| | | | | | | TOTAL HRS TESTING LEVEL 3 | | 0.00 |
| | | | | | | HRLY RATE FOR TESTING LEV 1 & 2 | | $48.13 |
| | | | | | | HRLY RATE FOR TESTING LEVEL 3 | | $75.00 |
| | | | | | | TOTAL $ FOR TESTING | | $97.97 |

| | | OUTSIDE RENTALS | List # | | |
|---|---|---|---|---|---|
| 15.) LIGHTING | $0,000.00 | TOOL RENTAL | | | |
| 16.) GEAR | | | | | |
| 17.) FIRE | | RENTALS | | | |
| TOTAL BIDS | $0,000.00 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 18.) RENTAL EQ / TOOLS | $1,500.00 | | 28.) 26FT SCISSOR LIFT | 0.00 | $125.00 | $0.00 |
| 19.) TRAILER | | | 29.) 12FT SCISSOR LIFT | 30.00 | $80.00 | $1,800.00 |
| 20.) EXPENDABLES | $631.75 | ITEMS A(20) IS BASED ON 3% OF COMBINED LABOR DOLLARS | 30.) BACKHOE | 0.00 | | |
| 21.) TEMPORARY PWR/LTG | | | 31.) TRENCHER | 0.00 | | |
| 22.) CLEANUP | $0.00 | ITEM A(22) IS BASED ON 1% OF LABOR HRS X100 HRLY RATE | 32.) AIR COMPRESSOR | 0.00 | | |
| 23.) LOSS PRODUCTIVITY | $0.00 | ADDRESSED CASE BY CASE | 33.) JACK HAMMER | 0.00 | | |
| 24.) DRAWING / LAYOUT | $0.00 | | 34.) TOOL RENTAL TOTALS | 0.00 | | $0.00 |
| 25.) TESTING | $0.00 | ITEM A(25) IS BASED ON TABLE 1 ADDRESSED CASE BY CASE | | | | |
| 26.) SUPERINTENDENT | $0.00 | | | | | |
| 27.) PROJECT MANAGER | $0.00 | | | | TOTAL | $1,800.00 |
| TOTAL MISC | $2,631.75 | | | | | |

| | |
|---|---|
| 35.) TOTAL MATERIAL | $18,491.29 |
| 36.) TOTAL LABOR | $17,782.05 |
| 37.) TOTAL FOREMAN LABOR | $3,396.12 |
| 38.) FOREMAN RATE CHARGE | $0.00 |
| 39.) BIDS | $5,000.00 |
| 41.) MISC EXPENDITURES | $2,631.75 |
| 42.) SUB TOTAL | $47,341.20 |
| 43.) OVERHEAD | $4,194.12　10% |
| 44.) PROFIT | $2,307.05　5% |
| 45.) SUBCONTRCTR MARKUP | $600.00　10% |
| 46.) BOND | 0.00 |
| 47.) SALES TAX | 2,107.35 |
| 48.) TOTAL BID | $56,611 |

| | STRAIGHT TIME | | | | | |
|---|---|---|---|---|---|---|
| | OVERTIME | | | | | |
| 49.) LABOR PER HOUR | $72.50 | $72.50 | inc. | $87.75 | inc. | |
| 50.) FOREMAN LABR PER HR | $67.25 | $67.25 | inc. | $80.52 | inc. | |
| 51.) SUPERINTENDENT | $65.00 | $65.00 | inc. | $97.50 | inc. | |
| 52.) PROJECT MANAGER | $65.00 | $65.00 | inc. | $97.50 | inc. | |
| | REVIEWED BY: | | | | | |
| | DATE: | | | | | |

## ESTIMATE AUDIT TRAIL

| TYPE | DESCRIPTION | QTY | MAT.COST | MAT.TOTAL | HRS/UNIT | HR. TOTAL | TTL LBR $ | TTL$/UNIT | TTL $ AMT |
|---|---|---|---|---|---|---|---|---|---|
|  | 3-WAY SWITCH | 6 | 8.55 | 51.30 | 0.50 | 3.00 | 115.50 | 27.80 | 166.80 |
| 125A | 120/208V 42C PANEL | 1 | 0.00 | 0.00 | 6.00 | 6.00 | 231.00 | 231.00 | 231.00 |
| 225A | 120/208V 42C PANEL | 1 | 0.00 | 0.00 | 8.00 | 8.00 | 308.00 | 308.00 | 308.00 |
| BRKR | NEW/100AMP 2P 120V | 1 | 0.00 | 0.00 | 0.20 | 0.20 | 7.70 | 7.70 | 7.70 |
| BRKR | NEW/225AMP 2P 120V | 1 | 0.00 | 0.00 | 0.50 | 0.50 | 19.25 | 19.25 | 19.25 |
| #12 | COPPER - TNNH/THWN STR | 1080 | 0.18 | 194.40 | 0.01 | 8.10 | 311.85 | 0.47 | 506.25 |
| #10 | COPPER - THHN/THWN STR | 2160 | 0.24 | 518.40 | 0.01 | 20.09 | 773.39 | 0.60 | 1,291.79 |
| #8 | COPPER - THHN/THWN STR | 850 | 0.54 | 459.00 | 0.01 | 10.63 | 409.06 | 1.02 | 868.06 |
| #6 | COPPER - THHN/THWN STR | 310 | 0.90 | 279.00 | 0.02 | 4.65 | 179.03 | 1.48 | 458.03 |
| #3 | COPPER-THHN/THWN STR | 900 | 1.77 | 1,593.00 | 0.02 | 18.00 | 693.00 | 2.54 | 2,286.00 |
| #2 | COPPER - THHN/THWN STR | 70 | 1.90 | 133.00 | 0.02 | 1.58 | 60.64 | 2.77 | 193.64 |
| #1 | COPPER - THHN/THWN STR | 930 | 2.24 | 2,083.20 | 0.03 | 23.25 | 895.13 | 3.20 | 2,978.33 |
| #4/0 | COPPER - THHN/THWN STR | 290 | 5.75 | 1,667.50 | 0.04 | 10.50 | 404.17 | 7.14 | 2,071.67 |
| 350 MCM | COPPER - THHN/THWN STR | 480 | 6.75 | 3,240.00 | 0.05 | 23.04 | 887.04 | 8.60 | 4,127.04 |
| 1/2" | EMT | 760 | 0.46 | 349.60 | 0.06 | 42.56 | 1,638.56 | 2.62 | 1,988.16 |
| 1/2" | EMT TERM STEEL S.S. | 50 | 1.07 | 53.50 | 0.10 | 5.00 | 192.50 | 4.92 | 246.00 |
| 1/2" | EMT COUP&SUP/STEEL S.S. | 84 | 1.61 | 135.96 | 0.05 | 4.22 | 162.56 | 3.54 | 298.51 |
| 3/4" | EMT | 170 | 0.56 | 95.20 | 0.06 | 10.54 | 405.79 | 2.95 | 500.99 |
| 3/4" | EMT TERM STL.S.S. | 6 | 1.72 | 10.32 | 0.12 | 0.72 | 27.72 | 6.34 | 38.04 |
| 3/4" | EMT COUP&SUP/STEEL.S.S. | 19 | 2.45 | 46.28 | 0.06 | 1.13 | 43.63 | 4.76 | 89.91 |
| 1-1/4" | EMT | 300 | 2.97 | 891.00 | 0.08 | 23.40 | 900.90 | 5.97 | 1,791.90 |
| 1-1/4" | EMT TERM STL. S.S. | 14 | 6.35 | 88.90 | 0.20 | 2.80 | 107.80 | 14.05 | 196.70 |
| 1-1/4" | EMT COUP&SUP/STEEL.S.S. | 33 | 8.45 | 281.67 | 0.08 | 2.67 | 102.67 | 11.53 | 384.33 |
| 1-1/2" | EMT | 300 | 3.20 | 960.00 | 0.07 | 26.10 | 1,004.85 | 6.55 | 1,964.85 |
| 1-1/2" | EMT TERM STL S.S.. | 8 | 9.15 | 73.20 | 0.25 | 2.00 | 77.00 | 18.78 | 150.20 |
| 1-1/2" | EMT COUP&SUP/STEEL S.S. | 33 | 11.70 | 390.00 | 0.09 | 3.00 | 115.50 | 15.17 | 505.50 |
| 2-1/2" | EMT | 70 | 4.78 | 334.60 | 0.12 | 8.26 | 318.01 | 9.32 | 652.61 |
| 2-1/2" | EMT TERM STL. S.S. | 2 | 44.50 | 89.00 | 0.37 | 0.74 | 28.49 | 58.75 | 117.49 |
| 2-1/2" | EMT COUP&SUP/STEEL S.S. | 11 | 38.50 | 414.94 | 0.11 | 1.19 | 45.64 | 42.74 | 460.59 |
| 2-1/2" | EMT ELS | 3 | 46.50 | 139.50 | 0.75 | 2.25 | 86.63 | 75.38 | 226.13 |
|  | 2" STRUT/ALLTHRD SUPPORT | 84 | 16.66 | 1,395.28 | 0.57 | 47.74 | 1,837.89 | 38.61 | 3,233.17 |
|  | UNISTRUT STRAP to 1" DIA | 50 | 1.36 | 68.00 | 0.04 | 1.88 | 72.19 | 2.80 | 140.19 |
|  | UNISTRUT STRAP to 2" DIA | 75 | 2.01 | 150.75 | 0.05 | 3.75 | 144.38 | 3.94 | 295.13 |
|  | UNISTRUT STRAP to 3" DIA | 9 | 2.40 | 21.60 | 0.06 | 0.55 | 21.05 | 4.81 | 42.65 |
|  | 4 SG 2 1/8" COMBO KO | 10 | 4.14 | 41.40 | 0.35 | 3.50 | 134.75 | 17.62 | 176.15 |
|  | 4 11/16 2 1/8 3/4" - 1 1/4 KO | 25 | 6.10 | 152.50 | 0.35 | 8.75 | 336.88 | 19.58 | 489.38 |

**PRICING BASED ON**
**CURRENT MARKET MATERIAL COST AND NECA LABOR RATES**

1/8/2013 9:09 AM

RFP 01 - Electrical Changes R1 1.8.13

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| RAISED P-RINGS | 5 | 4.51 | 22.55 | 0.20 | 1.00 | 38.50 | 12.21 | 61.05 |
| BLANK COVERS | 30 | 0.88 | 26.40 | 0.09 | 2.70 | 103.95 | 4.35 | 130.35 |
| HANGER WITH BOLT- 3/4 TO 1" EMT | 116 | 0.88 | 102.30 | 0.31 | 36.27 | 1,396.40 | 12.89 | 1,498.70 |
| ALLTHREADROD - 1/4" X 4' | 80 | 4.28 | 342.40 | 0.22 | 17.40 | 677.60 | 12.75 | 1,020.00 |
| ALLTHREADED ROD - 1/4" X 2' LONG | 151 | 3.28 | 496.10 | 0.18 | 26.47 | 1,019.05 | 10.02 | 1,515.15 |
| SELF TAPPING SCREWS(BOX) | 1 | 65.00 | 65.00 | 0.00 | 0.00 | 0.00 | 65.00 | 65.00 |
| PVC | 160 | 5.30 | 848.00 | 0.15 | 24.00 | 924.00 | 11.08 | 1,772.00 |
| PB W/SC NEMA 1 8" X 8" X 4" | 3 | 15.15 | 45.45 | 1.50 | 4.50 | 173.25 | 72.90 | 218.70 |
| PB W/SC NEMA 1 10" X 10" X 4" | 3 | 19.90 | 59.70 | 1.65 | 4.95 | 190.58 | 83.43 | 250.28 |
| INSERT, BOLT, WASHER, NUT FOR BOX | 12 | 3.50 | 42.00 | 0.30 | 3.60 | 138.60 | 15.05 | 180.60 |
| TOTALS | | | 18,451.29 | | 461.35 | 17,762.05 | | 36,213.34 |

3"

# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT

# 4 C

# EXHIBIT 4 C

# CHANGE ORDER SUBMISSION BY REI
## SBS/REI DATED JANUARY 21, 2013

#140

## Jerrod Robertson

**From:** Jerrod Robertson [jrobertson@relectbx.com]
**Sent:** Monday, January 21, 2013 11:31 AM
**To:** 'Jack Green'
**Subject:** RE: Hanger - Pay App #4
**Attachments:** BIZHUB20130121114932.pdf

Jack,

I have attached the revised change order we discussed. This reflects what I have determined to be the changes on the recently issued drawings since they were not clouded. I have also made some changes to the neca labor units, labor rates, deleted all foreman hours and revised some of the pricing to assist in this matter. This does not include any of the other work such as rework of the in slab conduits due to the building changes, extension of the service since it has not been established for pricing, etc.

Please feel free to contact us should you have any questions.

Thank you,

*Robertson Electric, Inc.*
Jerrod Robertson

231 Derrick Dr.
Humble, TX 77338
Office: 281-441-1304
Fax: 281-441-1342

www.relectbx.com



TECL 26614

DISCLAIMER:
This electronic message transmission contains information from Robertson Electric, Inc., and this information may be confidential. If you are not the intended recipient, be aware that disclosure, copying, distribution or use of all or any portion of the content of this information is prohibited. If you have received this transmission in error, please notify us as soon as possible by e-mail and delete the original message.

**From:** Jack Green [mailto:joneen@sbsworld.net]
**Sent:** Monday, January 21, 2013 10:44 AM
**To:** jrobertson@relectbx.com
**Subject:** RE: Hanger - Pay App #4

Thanks.

I will be talking to the owner soon and will get back to you.

Jack R Green

1



**Robertson Electric, Incorporated**

TEL 1K14

**ROBERTSON ELECTRIC, INC.**
231 Derrick Dr,
Humble, TX 77338
Telephone: 281-441-1304
Fax: 281-441-1342

## PRICING ONLY PROPOSAL

TO: SBS Construction
17 Scenic Loop Rd
Boerne, TX 78006

DATE: January 21, 2013

ATTN: Jack Green

**PRICING REQUEST: RFP #001 Revision 2 – LOS CERRITOS HANGER**

**DESCRIPTION: Electrical Changes**

Total Amount: $32,356.⁰⁰ (Sales Tax Included)

Note: This proposal is based on the revised electrical drawings. Please note the list of changes on the scopes page.

Excluded: Any extended warranties not directly requested in writing. Repairing or replacing of existing walls, ceiling or floors.

**THIS REQUEST** has been priced in accordance with current pricing levels. Therefore it is subject to adjustment/Cancellation if written authorization is not received within **15** days. This proposal is based solely on usual cost elements, i.e. labor, material and normal markups, and does not include any amount for changes in sequence of work, delays, disruptions, lost productivity, rescheduling, extended overhead, acceleration or any increased cost of performing any unchanged portions of the work, claim for which is specifically reserved.

1. This proposal is based on work being performed on standard work hours.

This proposal is pricing only. No work will be performed until a written change order is received.

Sincerely,
**ROBERTSON ELECTRIC, INC.**

Arnold Robertson / Project Manager

JOB NO # C12-124
G.C. #
INTERNAL CONTROL
Control File – 1.1/

# SCOPE OF WORK

1. Add Panel LB -- 225A / 250V / 1PH Panel Board
2. Add Feeder conduit and wire for new Panel Board LB.
   (70' 2 ½" conduit, fitting, straps, uni-strut, 290' 4/0 THHN, 70' #2 and labor)
3. Add new distribution breaker for Panel LB.
4. Add new Panel LF.
5. Add new feeder for Panel LF. (Approximately 300' 1 ½" conduit, fittings, supports, straps, 930' #1 THHN, 310' #6 THHN and labor)
6. Add new distribution breaker for Panel LF.
7. Add 4 100A circuits for GPU device by others. (receptacle not included as receptacle type not provided.) (Approximately 300' 1 ¼" EMT, 900' #3 THHN, 300' #8 THHN)
8. Add three way switching for type VS light fixtures. (240' ¼" conduit, fittings, 960' #10 THHN, Labor)
9. Add three way switching for type HA light fixtures per drawing E102 note 1. (160' ½" EMT, fittings, etc, 1200' #10 THHN, labor)
10. Add power to motorized door controller. Controller provided and installed by others. (160' ½" EMT, fitting, straps, hangers, 480' #12 THHN, labor)
11. Provide and install inverter as per note 3 on drawing E102.
12. Provide rigid all thread mounting of type HA fixtures per drawing E102 note 5.
    Addition of 320' 3/8" Allthread (64 pieces at 48", 3/8" Washers, 3/8" nuts and 64 Caddy AF146 multi function clips, modify/drill all fixtures to accept new mounting method and additional labor.)
13. Provide 2 - 8 pole lighting contactors per note 2 on drawing E102.
14. Add 2 circuits for tug chargers. Receptacles not included as receptacle type not provided. (120' ½" EMT, fittings, straps, hangers, 600' #12 THHN, labor)
15. Addition of Water Heater number 2. (170' ¾" EMT, fittings, hangers, 550' #8 THHN, labor)
16. Addition of circuit for water softener.
17. Majority of labor being installed at 25 -- 40 feet utilizing scissor lift.
18. Providing and installing pull boxes as required to meet code.

**All controls conduits and control cables have been excluded from this pricing as there was no scope of work provided.
*** We have cross referenced the base contract drawings with the revised drawings and noted the above changes. The updated drawing did not have changes clouded / marked on them therefore any items not listed above are not included in this pricing.
****This pricing is based on working standard hours therefore acceleration / overtime is not included and additional time will be required due to this additional work.

## TABLE 1

ESTIMATE WORKSHEET SUMMARY

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1.) LIGHTING | $0.00 | $0.00 | $0.00 | 0.00 | 5% | 0.00 | | |
| 2.) DEVICES | $31.30 | $94.50 | $145.80 | 3.00 | 5% | 0.15 | | |
| 3.) GEAR | $0.00 | $312.55 | $312.55 | 7.70 | 10% | | 0.77 | |
| 4.) DISCONNECTS/STARTERS | $0.00 | $0.00 | $0.00 | 0.00 | 10% | | 0.00 | |
| 5.) GRC | $0.00 | $0.00 | $0.00 | 0.00 | | | | |
| 6.) EMT-STEEL FITTINGS | $4,276.25 | $6,196.57 | $1,146.42 | 104.79 | | | | |
| 7.) PVC | $0.00 | $0.00 | $0.00 | 0.00 | | | | |
| 8.) IMC | $0.00 | $0.00 | $0.00 | 0.00 | | | | |
| 9.) WIRE | $5,903.00 | $2,498.16 | $8,402.16 | 79.31 | | | | |
| 10.) FIRE | $0.00 | $0.00 | $0.00 | 0.00 | 5% | 0.00 | | |
| 11.) MISCELLANEOUS | $0.00 | $ - | $0.00 | 0.00 | 15% | | | 0.00 |
| 12.) BOXES | $147.15 | $411.05 | $558.20 | 13.85 | | | | |
| 13.) | | | | | | | | |
| 14.) | | | | | | | | |
| TOTALS | $10,360.50 | $9,445.36 | $19,826.86 | 209.65 | | 0.15 | 0.77 | 0.00 |

TOTAL HRS:  
FOREMAN    TOTAL Hrs.    0.00

| | |
|---|---|
| TOTAL HRS TESTING LEVEL 1 & 2 | 0.92 |
| TOTAL HRS TESTING LEVEL 3 | 0.00 |
| HRLY RATE FOR TESTING LEV 1 & 2 | $48.13 |
| HRLY RATE FOR TESTING LEVEL 3 | $52.00 |
| TOTAL $ FOR TESTING | $44.30 |

| | | |
|---|---|---|
| 15.) GEAR AND BREAKERS | $5,663.00 | |
| 16.) GEAR | | |
| 17.) FIRE | | |
| TOTAL BIDS: | $5,663.00 | |

OUTSIDE RENTALS  
TOOL RENTAL

Line #

RENTALS

### MISC/RENTALS

| | | |
|---|---|---|
| 18.) RENTAL EQ / TOOLS | $1,375.00 | |
| 19.) TRAILER | | |
| 20.) EXPENDABLES | $282.36 | ITEM #20 IS BASED ON 3% OF COMBINED LABOR DOLLARS |
| 21.) TEMPORARY PWR/LTG | | |
| 22.) CLEANUP | $0.00 | ITEM #22 IS BASED ON 5% OF LABOR DLRS X LABOR RATE/HR |
| 23.) LOSS PRODUCTIVITY | $0.00 | ADDRESSED CASE BY CASE |
| 24.) DRAWING / LAYOUT | $0.00 | |
| 25.) TESTING | $0.00 | ITEM #(25) IS BASED ON TABLE 1 |
| | | ADDRESSED CASE BY CASE |
| 26.) SUPERINTENDENT | $0.00 | |
| 27.) PROJECT MANAGER | $0.00 | |
| TOTAL MISC | $1,657.36 | |

| | | | |
|---|---|---|---|
| 28.) 19FT SCISSOR LIFT | 0.00 | $125.00 | $0.00 |
| 29.) 26FT SCISSOR LIFT | 25.00 | $55.00 | $1,375.00 |
| 30.) BACKHOE | 0.00 | | |
| 31.) TRENCHER | 0.00 | | |
| 32.) AIR COMPRESSOR | 0.00 | | |
| 33.) JACK HAMMER | 0.00 | | |
| 34.) TOOL RENT TOTALS | 0.00 | | $0.00 |

TOTAL    $1,375.00

### JOB COST SUMMARY

| | | |
|---|---|---|
| 35.) TOTAL MATERIAL | $10,360.50 | |
| 36.) TOTAL LABOR | $9,445.36 | |
| 37.) TOTAL FOREMAN LABOR | $0.00 | |
| 38.) PREMIUM RATE CHARGE | $0.00 | |
| 39.) BIDS | $5,663.00 | |
| 40.) MISC EXPENDITURES | $1,635.36 | |
| 41.) MISC EXPENDITURES | | |
| 42.) SUB TOTAL | $26,804.22 | |
| 43.) OVERHEAD | $2,145.42 | 10% |
| 44.) PROFIT | $1,344.21 | 5% |
| 45.) SUBCONTRCTR MARKUP | $540.00 | 10% |
| 46.) BOND | $0.00 | |
| 47.) SALES TAX | $1,420.71 | |
| 48.) TOTAL BID | $32,355 | |

| | STRAIGHT TIME | | OVERTIME | | | | |
|---|---|---|---|---|---|---|---|
| 49.) LABOR PER HOUR | $31.50 | $31.50 | hr. | | $31.75 | hr. | |
| 50.) FOREMAN LABOR PER HR | $0.00 | $47.25 | hr. | | $70.00 | hr. | |
| 51.) SUPERINTENDENT | $65.00 | $65.00 | hr. | | $97.50 | hr. | |
| 52.) PROJECT MANAGER | $65.00 | $65.00 | hr. | | $97.50 | hr. | |

REVIEWED BY:  
DATE:

## ESTIMATE AUDIT TRAIL

| TYPE | DESCRIPTION | QTY | MAT.COST | MAT.TOTAL | HRS/UNIT | HR. TOTAL | TTL LBR $ | TTL$/UNIT | TTL $ AMT |
|---|---|---|---|---|---|---|---|---|---|
| | 3-WAY SWITCH | 6 | 8.55 | 51.30 | 0.50 | 3.00 | 94.50 | 24.30 | 145.80 |
| A | 120/208V 42C PANEL | 1 | 0.00 | 0.00 | 3.00 | 3.00 | 94.50 | 94.50 | 94.50 |
| A | 120/208V 42C PANEL | 1 | 0.00 | 0.00 | 4.00 | 4.00 | 126.00 | 126.00 | 126.00 |
| R | NEW/100AMP 2P 120V | 1 | 0.00 | 0.00 | 0.20 | 0.20 | 6.30 | 6.30 | 6.30 |
| R | NEW/225AMP 2P 120V | 1 | 0.00 | 0.00 | 0.50 | 0.50 | 15.75 | 15.75 | 15.75 |
| ? | COPPER - TNNH/THWN STR | 1080 | 0.18 | 194.40 | 0.01 | 8.10 | 255.15 | 0.42 | 449.55 |
| , | COPPER - THHN/THWN STR | 2160 | 0.24 | 518.40 | 0.01 | 10.80 | 340.20 | 0.40 | 858.40 |
| | COPPER - THHN/THWN STR | 850 | 0.54 | 459.00 | 0.01 | 4.25 | 133.88 | 0.70 | 592.88 |
| | COPPER - THHN/THWN STR | 310 | 0.90 | 279.00 | 0.02 | 4.65 | 146.48 | 1.37 | 425.48 |
| | COPPER-THHN/THWN STR | 900 | 1.77 | 1,593.00 | 0.02 | 18.00 | 567.00 | 2.40 | 2,160.00 |
| | COPPER - THHN/THWN STR | 70 | 1.90 | 133.00 | 0.02 | 1.58 | 49.61 | 2.61 | 182.61 |
| | COPPER - THHN/THWN STR | 930 | 1.90 | 1,767.00 | 0.03 | 23.25 | 732.38 | 2.69 | 2,499.38 |
| O | COPPER - THHN/THWN STR | 240 | 4.00 | 960.00 | 0.04 | 8.69 | 273.67 | 5.14 | 1,233.67 |
| . | EMT | 760 | 0.30 | 228.00 | 0.05 | 34.20 | 1,077.30 | 1.72 | 1,305.30 |
| . | EMT TERM STEEL S.S. | 50 | 1.07 | 53.50 | 0.10 | 5.00 | 157.50 | 4.22 | 211.00 |
| , | EMT COUP&SUP/STEEL S.S. | 84 | 1.61 | 135.96 | 0.05 | 4.22 | 133.00 | 3.19 | 268.96 |
| . | EMT | 170 | 0.56 | 95.20 | 0.06 | 10.54 | 332.01 | 2.51 | 427.21 |
| . | EMT TERM STL. S.S. | 6 | 1.72 | 10.32 | 0.12 | 0.72 | 22.68 | 5.50 | 33.00 |
| . | EMT COUP&SUP/STEEL S.S. | 19 | 2.45 | 46.28 | 0.06 | 1.13 | 35.70 | 4.34 | 81.98 |
| 1/4" | EMT | 300 | 2.97 | 891.00 | 0.08 | 23.50 | 737.10 | 5.43 | 1,628.10 |
| 1/4" | EMT TERM STL. S.S. | 14 | 6.35 | 88.90 | 0.20 | 2.80 | 88.20 | 12.65 | 177.10 |
| 1/4" | EMT COUP&SUP/STEEL S.S. | 33 | 4.35 | 145.00 | 0.08 | 2.67 | 84.00 | 6.87 | 229.00 |
| 2" | EMT | 300 | 1.95 | 585.00 | 0.09 | 26.10 | 822.15 | 4.69 | 1,407.15 |
| 2" | EMT TERM STL. S.S. | 8 | 9.15 | 73.20 | 0.25 | 2.00 | 63.00 | 17.03 | 136.20 |
| 2" | EMT COUP&SUP/STEEL S.S. | 33 | 6.50 | 216.67 | 0.09 | 3.00 | 94.50 | 9.34 | 311.17 |
| 2" | EMT | 70 | 4.78 | 334.60 | 0.12 | 8.26 | 260.19 | 8.50 | 594.79 |
| 2" | EMT TERM STL. S.S. | 2 | 44.50 | 89.00 | 0.37 | 0.74 | 23.31 | 56.16 | 112.31 |
| 2" | EMT COUP&SUP/STEEL S.S. | 11 | 18.50 | 199.39 | 0.11 | 1.19 | 37.35 | 21.97 | 236.73 |
| 2" | EMT ELS | 3 | 32.50 | 97.50 | 0.75 | 2.25 | 70.88 | 56.13 | 168.38 |
| | 2" STRUT/ALLTHRD SUPPORT | 24 | 16.66 | 399.84 | 0.57 | 13.68 | 430.92 | 34.62 | 830.76 |
| | UNISTRUT STRAP to 1" DIA | 50 | 1.36 | 68.00 | 0.04 | 1.88 | 59.06 | 2.54 | 127.06 |
| | UNISTRUT STRAP to 2" DIA | 75 | 2.01 | 150.75 | 0.05 | 3.75 | 118.13 | 3.59 | 268.88 |
| | UNISTRUT STRAP to 3" DIA | 9 | 2.40 | 21.00 | 0.06 | 0.55 | 17.23 | 4.37 | 38.23 |
| | 4 SQ 2 1/8" COMBO KO | 10 | 4.14 | 41.40 | 0.35 | 3.50 | 110.25 | 15.17 | 151.65 |
| | 4 11/16 2 1/8 3/4" - 1 1/4 KO | 15 | 6.10 | 91.50 | 0.35 | 5.25 | 165.38 | 17.13 | 256.88 |
| | RAISED P-RINGS | 5 | 4.51 | 22.55 | 0.20 | 1.00 | 31.50 | 10.81 | 54.05 |

**PRICING BASED ON**

## ESTIMATE AUDIT TRAIL

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| BLANK COVERS | 30 | 0.88 | 26.40 | 0.09 | 2.70 | 85.05 | 3.72 | 111.45 |
| HANGER WITH BOLT- 3/4 TO 1" EMT | 116 | 0.88 | 102.30 | 0.31 | 36.27 | 1,142.51 | 10.71 | 1,244.81 |
| SELF TAPPING SCREWS(BOX) | 1 | 65.00 | 65.00 | 0.00 | 0.00 | 0.00 | 65.00 | 65.00 |
| PB W/SC NEMA 1 8" X 8" X 4" | 3 | 15.15 | 45.45 | 1.50 | 4.50 | 141.75 | 62.40 | 187.20 |
| PB W/SC NEMA 1 10" X 10" X 4" | 3 | 19.90 | 59.70 | 1.65 | 4.95 | 155.93 | 71.88 | 215.63 |
| INSERT, BOLT, WASHER, NUT FOR BOX | 12 | 3.50 | 42.00 | 0.30 | 3.60 | 113.40 | 12.95 | 155.40 |
| TOTALS | | | 10,380.50 | | 299.85 | 9,445.36 | | 19,825.86 |

**Subject:** [BROWN JIMMIE LARITA] Payment Has Been Received

**From:** Customer Service (customercare@quailvalleyud.org)

**To:** lawserv@sbcglobal.net;

**Date:** Friday, January 23, 2015 11:38 AM



**Transmission Postmark**
01/23/2015 11:38:36 AM

---

## Message from THUNDERBIRD U.D.

---

Dear BROWN JIMMIE LARITA,

We have received your payment of $176.57 and posted it to your THUNDERBIRD U.D. account on 01/23/2015.

If you have any questions or would like to discuss your account, please contact us:

E-mail: customercare@quailvalleyud.org
   Call: 281-499-5539

Thank you very much for your business.

Regards,
THUNDERBIRD U.D.

You received this e-mail because you enrolled in the THUNDERBIRD U.D. My Account feature. If you no longer wish to receive these e-mails, you will need to cancel your enrollment. To cancel your enrollment, please **log in to your account** and from the Edit Profile screen, select the cancel link from the bottom of the page. **SECURITY NOTICE: all our billing emails will include your FULL NAME in the subject line.**

THUNDERBIRD U.D.
P.O. Box 2346
Houston, TX 77252

Unsubscribe from notices: **click here.**

-----Original Message-----
From: scanner@relecttx.com [mailto:scanner@relecttx.com]
Sent: Friday, January 23, 2015 11:58 AM
To: jrobertson@relecttx.com
Subject: [Image File] Jerrod,BIZHUB, #638

FROM:
Image data has been attached to the e-mail.

**Subject:** Exhibit 44

**From:** Jerrod Robertson (jrobertson@relecttx.com)

**To:** lawserv@sbcglobal.net;

**Date:** Friday, January 23, 2015 12:35 PM

Do we really need to object to this exhibit?

1. On the exhibit you will find my notes where they left off pricing for 8 items and changed the scope for the one with the question mark. This does not make a fair comparison of pricing.

2. This clearly shows they priced the lighting and gear which we know we turned over to SBS.

3. As for their superior right saving money this blows this claim out of the water.

   a. They are showing the base scope of work at $76,486 for them to perform. If you take our contract subtract their claim of 25% or $32,200 plus the lighting and gear pkg at $30,000 that's has our finish amount at $66,600. They are approximately $10,000 higher off of those numbers and we know were more then 25% complete.

   b. If you add their adjusted scope change amount of $21,119 that would make their contract amount $97,605.75 and yet their base contract amount was written for $115,163

Please feel free to contact us should you have any questions.

Thank you,

Robertson Electric, Inc.
Jerrod Robertson

PO Box 63626
Pipe Creek, TX 78063..
Cell: 281-229-4500

www.relecttx.com

DISCLAIMER:
This electronic message transmission contains information from Robertson Electric, Inc., and this information may be confidential. If you are not the intended recipient, be aware that disclosure, copying, distribution or use of all or any portion of the content of this information is prohibited. If you have received this transmission in error, please notify us as soon as possible by e-mail and delete the original message.

| Activity | Amount |
|---|---|
| · Outlets: | 0.00 |
| 3- 120V GFI outlets | |
| 17- 120V wall outlets | |
| 7- W/P outlets in hanger area | |
| Power for 1- motorized louver | |
| 6- DED 120V GFI outlets | |
| Power to 2- air compressors | |
| Power to 1- water heater | |
| Power to 2- Largel fans in hanger area | |
| • HVAC: | 0.00 |
| Provide power to- | |
| 3- Air handlers | |
| 3- Outdoor A/C units | |
| 2- Exhaust fans- Restrooms | |
| • Permit | 0.00 |
| • Excludes: *Data/telephone Wiring *Fire Alarm | 0.00 |
| • Total Labor (non taxable) | 26,360.00 |
| • Total Material | 46,360.00T |
| • - | |

*(handwritten, right margin)* REI was $17,346[?]

Adders for additional wiring per revised drawings 11-2-12 as follows:  (difference is between the 85% and the 100% drawings)
Provide and install-
*Panel LB and feeder............................$4,987.00
*Panel LF and feeder............................$5,575.00
*1-Inverter panel per sheet E102 note3............$1,557.00
*3-Aircraft power units............................$3,950.00 ~~(crossed out)~~
*Power to motorized door control panel  (Controls not included).....$1,275.00 — *charged as deficiency*
*120V power to powered ventilation lovers.......................$1,575.00
*Power to 2-Tug chargers.............................$975.00
*Power to 2-additional waterheaters (Instant hots)............$1,225.00
Total adders.............................................................$21,119.00  (This includes tax on all materials only)

*(handwritten "7 —" in left margin)*

*(handwritten list, left side)*

Changes they [crossed out] did not list

1- New Breaker required to Feed Panel LB
2- New Breaker required to Feed Panel LF
3- Relocate light fixtures (noted as deficiency)
4- Power & Hook up for Twin water Softner
5- Add 3 way switching & lighting controls For High Bay lighting
6- Provide 2- 8 pole contactors
7- Rigid all-thread mounting for light Fixtures (Provided by REI)
8- Add water heater #2

## This quote is good for 30 days.

| | |
|---|---|
| SubTotal | $72,720.00 |
| Tax (8.125%) | $3,766.75 |
| Total | $76,486.75 |

Accepted By _____     Accepted Date _____

Now accepting all major credit cards.

*(handwritten, bottom)*
Every thing included · 97,605[?]

Contract written for 115,000

17391[?]

**EXHIBIT 44**

# Proposal

| Date | Proposal # |
|------|-----------|
| 01/14/2013 | 1840 |

| Exp. Date |
|-----------|
| |

**C&S Enterprise, Inc.**
*Electrical Contractor*

155 Remount - San Antonio, TX 78218 - (210) 590-6629
sales@c-s-enterprise.com - LIC# SEC21085
Regulated by the Texas Department of Licensing and Regulation, P.O. Box 12157 Austin TX 78711
(800) 803-9202, (512) 463-6599 web site: www.license.state.tx.us

**Address**

Jennie Briggs
10067 Jones Maltsberger
San Antonio, TX 78216

| | Job Name |
|---|---|
| | Los Cerritos Hanger |

| Activity | Amount |
|----------|--------|
| • Ref: Electrical wiring of new Los Cerritos Hanger as follows: | 0.00 |
| • Service: | 0.00 |
| 20'- Duct bank | |
| 600A Rated sub panel "MDP" | |
| Feeder to panel "MDP" | |
| 400A Rated sub panel "LA" | |
| Feeder to panel "LA" | |
| • Lighting: | 0.00 |
| Provide and install- | |
| 11- Single pole switches | |
| 2- 3-way switches | |
| Lighting controls for High-Bay lighting in hanger area | |
| 14- Type "DL" fixtures ✓ | |
| 9- Type "FA" fixtures | |
| 1- Type "FB" fixture | |
| 32- Type "HA" fixtures (31) | |
| 4- Type "WP" fixtures ✓ | |
| 2- Type "WW" fixtures ✓ | |
| 12- Type "VS" fixtures ✓ | |
| 8- Type "EM" fixtures ✓ | |
| | |
| Continue to the next page. | |

Now accepting all major credit cards.

**EXHIBIT 44**

# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT

# 5

# EXHIBIT 5

# REI EMAILS REGARDING
# TR-BAR RELATED DELAYS

_Exhibit #1_

# Jerrod Robertson

| | |
|---|---|
| **From:** | Jerrod Robertson [jrobertson@relecttx.com] |
| **Sent:** | Wednesday, January 02, 2013 10:45 AM |
| **To:** | 'Jack Green'; 'Kyle Kieke' |
| **Subject:** | RE: Hanger |
| **Attachments:** | Untitled Extract Pages.pdf |

| **Tracking:** | **Recipient** | **Read** |
|---|---|---|
| | 'Jack Green' | Read: 1/2/2013 10:46 AM |
| | 'Kyle Kieke' | |

Jack,
When do you anticipate talking with them about the changes? By Friday we will be pretty close to having the available work complete that does not affect the changes. However in order to keep moving forward next week we will have to begin installing as per base contract which in turn will create additional cost to the change order because we will have to go back and rework these areas. This was priced to incorporate the works to save cost.

Kyle,
Attached is the fixture cut sheet and mounting we discussed. This fixture and mounting is as per the fixture schedule. Based on our conversation this does not match a revised arch drawing you have and needs to be addressed.

Please advise.

Thank you,
Jerrod Robertson

Please feel free to contact us should you have any questions.

Thank you,

Robertson Electric, Inc.
Jerrod Robertson

231 Derrick Dr.
Humble, TX 77338
Office: 281-441-1304
Fax: 281-441-1342

www.relecttx.com

DISCLAIMER:
This electronic message transmission contains information from Robertson Electric, Inc., and this information may be confidential. If you are not the intended recipient, be aware that disclosure, copying, distribution or use of all or any portion of the content of this information is prohibited. If you have received this transmission in error, please notify us as soon as possible by e-mail and delete the original message.

-----Original Message-----
From: Jack Green [mailto:jgreen@sbsworld.net]
Sent: Wednesday, December 12, 2012 11:13 AM

1

EXHIBIT #3A

## Jerrod Robertson

From:           Kyle Kieke [kkieke@sbsworld.net]
Sent:           Wednesday, January 02, 2013 10:26 PM
To:             jrobertson@relecttx.com
Cc:             Jack Green
Subject:        RE: Hanger

Jerrod we're scheduled to have a meeting w/ the client this Friday to review all outstanding issues/change orders.  Hopefully we'll get something finalized during this meeting because your change order will be discussed at this time.  Client rep was out late this afternoon and generally speaking, he's satisfied with the conduit installation thus far.

Thanks,

Kyle Kieke

Project Superintendent
SBS Construction
kkieke@sbsworld.net
C: 830-388-9267
F: 830-981-5303

-----Original Message-----
From: Kyle Kieke
Sent: Wednesday, January 02, 2013 11:21 AM
To: 'jrobertson@relecttx.com'; Jack Green
Subject: RE: Hanger

If you look at the supplementary mounting instructions on pgs 7/8 of the PDF, these fixtures should work fine per the architectural cupola section drawings.

Thanks,

Kyle Kieke

Project Superintendent
SBS Construction
kkieke@sbsworld.net
C: 830-388-9267
F: 830-981-5303

-----Original Message-----
From: Jerrod Robertson [mailto:jrobertson@relecttx.com]
Sent: Wednesday, January 02, 2013 10:45 AM
To: Jack Green; Kyle Kieke
Subject: RE: Hanger

Jack,
When do you anticipate talking with them about the changes? By Friday we will be pretty close to having the available work complete that does not affect the changes.  However in order to keep moving forward next week we will have to begin installing as per base contract which in turn will create additional cost to the change order because we will have to go back and rework these areas.  This was priced to incorporate the works to save cost.

1

Kyle,
Attached is the fixture cut sheet and mounting we discussed. This fixture and mounting is as per the fixture schedule. Based on our conversation this does not match a revised arch drawing you have and needs to be addressed.

Please advise.

Thank you,
Jerrod Robertson

Please feel free to contact us should you have any questions.

Thank you,

Robertson Electric, Inc.
Jerrod Robertson

231 Derrick Dr.
Humble, TX 77338
Office: 281-441-1304
Fax: 281-441-1342

www.relecttx.com

DISCLAIMER:
This electronic message transmission contains information from Robertson Electric, Inc., and this information may be confidential. If you are not the intended recipient, be aware that disclosure, copying, distribution or use of all or any portion of the content of this information is prohibited. If you have received this transmission in error, please notify us as soon as possible by e-mail and delete the original message.

-----Original Message-----
From: Jack Green [mailto:jgreen@sbsworld.net]
Sent: Wednesday, December 12, 2012 11:13 AM
To: Jerrod Robertson
Subject: Re: Hanger

I  checking on that

Jack Green
210-789-1898

On Dec 12, 2012, at 11:12 AM, "Jerrod Robertson"
<jrobertson@relecttx.com>
wrote:

> I did not notice any lighting quantity or layout changes on the
> revised
drawings.  We will begging conduit rough in very soon for the lights.
Are they staying as is?
>
> Thank you,
> Jerrod Robertson
>

## Jerrod Robertson

**From:** Kyle Kieke [kkieke@sbsworld.net]
**Sent:** Tuesday, January 08, 2013 11:48 AM
**To:** jrobertson@relecttx.com; Jack Green
**Subject:** RE: Hanger - Undergound

As of our meeting yesterday, the whole easement/underground situation is on hold. The owner's foreman isn't going to start until his boss gives him the go.

Thanks,

Kyle Kieke

Project Superintendent
SBS Construction
kkieke@sbsworld.net
C: 830-388-9267
F: 830-981-5303

**From:** Jerrod Robertson [mailto:jrobertson@relecttx.com]
**Sent:** Tuesday, January 08, 2013 11:45 AM
**To:** Jack Green; Kyle Kieke
**Subject:** Hanger - Undergound

Jack,
We need to schedule the excavating for the underground service conduits. I understand there are easement issues right now as well as the change order has not been approved. If this location is going to be approved I do not have an issue with installing the conduit at this time as this work needs to be installed ASAP. We would not provide the cable until the change order is approved and signed. Please advise as to when we can have this excavated for conduit installation.

Please feel free to contact us should you have any questions.

Thank you,

***Robertson Electric, Inc.***
Jerrod Robertson

231 Derrick Dr.
Humble, TX 77338
Office: 281-441-1304
Fax: 281-441-1342

www.relecttx.com



TECL 21614

# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT

# 6

# EXHIBIT 6

# REI EMAILS REGARDING
# TR-BAR RELATED DELAYS
# -SBS RESPONSE

## Jerrod Robertson

**From:** Jerrod Robertson [jrobertson@relecttx.com]
**Sent:** Wednesday, January 09, 2013 9:35 AM
**To:** 'Kyle Kieke'; 'Jack Green'
**Subject:** Hanger Schedule

Kyle,

Can you please forward me the schedule for the Hanger project? We have been pushing to try and meet a February – March finish but as of today we will not have much work we can continue with due to the progress of the other trades. Please provide dates for the following:

1. Roof being completed including cupola
2. Exterior walls being up and dried in
3. CMU Block Walls being finished
4. Interior wall framing completed
5. Anticipated date for electrical service excavating to start  (work to be performed by owner

Please feel free to contact us should you have any questions.

Thank you,

**Robertson Electric, Inc.**
Jerrod Robertson

231 Derrick Dr.
Humble, TX 77338
Office: 281-441-1304
Fax: 281-441-1342

www.relecttx.com



*Robertson Electric, Incorporated*

*TECL 21614*

DISCLAIMER:
This electronic message transmission contains information from Robertson Electric, Inc., and this information may be confidential. If you are not the intended recipient, be aware that disclosure, copying, distribution or use of all or any portion of the content of this information is prohibited. If you have received this transmission in error, please notify us as soon as possible by e-mail and delete the original message.

# Jerrod Robertson

| | |
|---|---|
| **From:** | Kyle Kieke [kkieke@sbsworld.net] |
| **Sent:** | Wednesday, January 09, 2013 9:45 AM |
| **To:** | jrobertson@relecttx.com |
| **Subject:** | RE: Hanger Schedule |
| **Attachments:** | Los Cerritos Subcontractor schedule.xlsx; _Certification_.htm |

Latest revised edition, underground utility work is on hold until the owner gives us the go ahead. He won't let his guys trench until then.

Thanks,

Kyle Kieke

Project Superintendent
SBS Construction
kkieke@sbsworld.net
C: 830-388-9267
F: 830-981-5303

**From:** Jerrod Robertson [mailto:jrobertson@relecttx.com]
**Sent:** Wednesday, January 09, 2013 9:35 AM
**To:** Kyle Kieke; Jack Green
**Subject:** Hanger Schedule

Kyle,
Can you please forward me the schedule for the Hanger project? We have been pushing to try and meet a February – March finish but as of today we will not have much work we can continue with due to the progress of the other trades. Please provide dates for the following:

1. Roof being completed including cupola
2. Exterior walls being up and dried in
3. CMU Block Walls being finished
4. Interior wall framing completed
5. Anticipated date for electrical service excavating to start

Please feel free to contact us should you have any questions.

Thank you,

**Robertson Electric, Inc.**
Jerrod Robertson

231 Derrick Dr.
Humble, TX 77338
Office: 281-441-1304
Fax: 281-441-1342

www.relecttx.com

1

| Task | Duration | Start | Finish | Pred | Contractor |
|---|---|---|---|---|---|
| **Los Cerritos Hanger** | 77 days? | 12/7/2012 8:00 | 3/29/2013 17:00 | | |
| **Metal Building** | 51 days? | 12/10/2012 8:00 | 2/22/2013 17:00 | | SMS |
| Roofing | 5 days? | 12/10/2012 8:00 | 12/14/2012 17:00 | | SMS |
| Roof insulation | 5 days? | 12/10/2012 8:00 | 12/14/2012 17:00 | | SMS |
| Envelope wall framing | 8 days | 1/21/2013 8:00 | 1/30/2013 17:00 | 9 | SMS |
| Envelope wall insulation and ext. sheathing | 7 days | 1/31/2013 8:00 | 2/8/2013 17:00 | 5 | SMS |
| Interior sheathing (D-panel) | 5 days | 2/18/2013 8:00 | 2/22/2013 17:00 | 29,35 | SMS |
| **Masonry** | 62 days? | 12/7/2012 8:00 | 3/8/2013 17:00 | | Gallery of Stones |
| CMU | 27 days? | 12/7/2012 8:00 | 1/18/2013 17:00 | | Gallery of Stones |
| Stone veneer | 20 days | 2/11/2013 8:00 | 3/8/2013 17:00 | 9,25,38 | Gallery of Stones |
| **Interior Framing** | 33 days? | 1/10/2013 8:00 | 2/25/2013 17:00 | | |
| Structural steel | 7 days | 1/10/2013 8:00 | 1/18/2013 17:00 | | SMS |
| Infil stud walls and purlins | 5 days | 1/21/2013 8:00 | 1/25/2013 17:00 | 12 | SMS |
| Set pocket door jambs | 1 day | 1/28/2013 8:00 | 1/28/2013 17:00 | 13 | Lamb Construction |
| Suspended ceiling grid | 3 days | 1/28/2013 8:00 | 1/30/2013 17:00 | 13 | Lamb Construction |
| mezzanine decking and angle | 3 days | 1/31/2013 8:00 | 2/4/2013 17:00 | 15 | SMS |
| Ship Ladders and mezzanine railing | 1 day? | 2/25/2013 8:00 | 2/25/2013 17:00 | 22 | SMS |
| **Concrete** | 37 days? | 12/12/2012 8:00 | 2/6/2013 17:00 | | Ace Concrete |
| Taxiway approach pour-HOLD | 1 day? | | | | Ace Concrete |
| Additional parking pads-HOLD | 7 days | | | | Ace Concrete |
| Form/pour additional parking pads-HOLD | 5 days | | | 20 | Ace Concrete |
| Pour mezzanines | 2 days | 2/5/2013 8:00 | 2/6/2013 17:00 | 16 | Ace Concrete |
| **MEPs** | 69 days? | 12/10/2012 8:00 | 3/20/2013 17:00 | | |
| **Mechanical** | 5 days | 2/5/2013 8:00 | 2/11/2013 17:00 | | Compton HVAC |
| Rough in | 4 days | 2/5/2013 8:00 | 2/8/2013 17:00 | 16 | Compton HVAC |
| Set air handlers/trim out | 3 days | 2/7/2013 8:00 | 2/11/2013 17:00 | 22 | Compton HVAC |
| **Electrical** | 64 days? | 12/10/2012 8:00 | 3/13/2013 17:00 | | Roberston Electrical |
| Rough in conduit for hanger lighting | 14 days | 12/17/2012 8:00 | 1/9/2013 17:00 | | Roberston Electrical |
| Interior wall rough in | 5 days | 1/28/2013 8:00 | 2/1/2013 17:00 | 13 | Roberston Electrical |
| Underground electrical - HOLD | 4 days | | | | Roberston Electrical |
| Meter loop | 3 days | 3/11/2013 8:00 | 3/13/2013 17:00 | 10 | Roberston Electrical |
| Trim out | 5 days? | 2/20/2013 8:00 | 2/26/2013 17:00 | 46 | Roberston Electrical |
| Install Big Ass Fans | 2 days | 2/27/2013 8:00 | 2/28/2013 17:00 | | Big Ass Fans |
| **Plumbing** | 28 days | 2/11/2013 8:00 | 3/20/2013 17:00 | | Texas Star Plumbing |

| Task | Duration | Start | Finish | | Contractor |
|---|---|---|---|---|---|
| Top out | 5 days | 2/11/2013 8:00 | 2/15/2013 17:00 | 25 | Texas Star Plumbing |
| Trim out | 4 days | 3/15/2013 8:00 | 3/20/2013 17:00 | 51 | *Texas Star Plumbing* |
| Windows and Storefront | 32 days? | 1/28/2013 8:00 | 3/12/2013 17:00 | | Associated Glass |
| Install clearstory windows | 4 days | 1/31/2013 8:00 | 2/5/2013 17:00 | 5 | Associated Glass |
| Measure interior storefront rough openings | 1 day? | 1/28/2013 8:00 | 1/28/2013 17:00 | 13 | Associated Glass |
| Install interior storefront | 2 days | 3/11/2013 8:00 | 3/12/2013 17:00 | 13 | Associated Glass |
| **Interior Finish Out** | 34 days | 1/28/2013 8:00 | 3/14/2013 17:00 | | |
| Rollup door | 1 day | 2/11/2013 8:00 | 2/11/2013 17:00 | 6 | Janus International |
| Insulation | 1 day | 2/4/2013 8:00 | 2/4/2013 17:00 | 29 | Lamb Construction |
| Drywall | 3 days | 2/5/2013 8:00 | 2/7/2013 17:00 | 43 | Lamb Construction |
| Hang interior doors, trim | 1 day | 2/8/2013 8:00 | 2/8/2013 17:00 | 44 | Lamb Construction |
| Tape, float, texture, paint | 7 days | 2/11/2013 8:00 | 2/19/2013 17:00 | 45 | DABS Painting |
| Tile walls, flooring | 3 days | 2/20/2013 8:00 | 2/22/2013 17:00 | 46 | Floor Systems |
| Measure Cabinets | 1 day | 1/28/2013 8:00 | 1/28/2013 17:00 | 13 | Oscar Felix |
| Set Cabinets | 2 days | 3/11/2013 8:00 | 3/12/2013 17:00 | 47 | Oscar Felix |
| Measure tops | 1 day | 3/13/2013 8:00 | 3/13/2013 17:00 | 49 | |
| Set tops | 1 day | 3/14/2013 8:00 | 3/14/2013 17:00 | 50 | |
| Measure shower enclosures | 1 day | 2/25/2013 8:00 | 2/25/2013 17:00 | 47 | Associated Glass |
| Set Shower enclosures | 1 day | 3/1/2013 8:00 | 3/1/2013 17:00 | | Associated Glass |
| Interior Angelum siding | 8 days | 2/26/2013 8:00 | 3/7/2013 17:00 | 45,17 | Roland Anthony |
| **Punch list** | 10 days | 3/18/2013 8:00 | 3/29/2013 17:00 | | |
| GC Punch | 5 days | 3/18/2013 8:00 | 3/22/2013 17:00 | | GC |
| Owner's punch | 5 days | 3/25/2013 8:00 | 3/29/2013 17:00 | 56 | GC |

# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT

# 7

# EXHIBIT 7

# REI REQUEST FOR PAYMENT
# AND DEFICIENCIES DATED
# 1-23-2013



**Robertson Electric, Incorporated**

*TECL 21614*

January 23, 2013

To:  SBS Construction
     17 Scenic Loop Rd
     Boerne, TX 78006

Attn:  Jack Green

Re:  **Los Cerritos Hanger**          Sub-Contract – 12-10-1378#2242
     **County Rd 410**
     **Uvalde, TX 78801**

Dear Mr. Green,

This letter is being sent at your request based on Select Building Systems, Inc.'s unilateral decision to cancel our contract, and in violation of same (please see ¶¶ 3.05, 5.02, 8.02, 8.06, 8.09.1, 8.12, and 9.03). This letter and demand should not be interpreted as a waiver of any rights and/remedies of the undersigned which arise by the agreement, statute, and/or case law.

This letter does not reflect our acceptance on your position. We are not in agreement with the decision.

The intent of this letter is to sum up the dollar amount owed to date for works in place per the contract in the amount of $128,200 and does not negate our rights to the entire contract amount. Please see detail below:

| | |
|---|---|
| Base Contract: | $128,800 |
| Pay App #1: | $17,262 (Paid) |
| Pay App #2: | $16,628 (Paid) |
| Pay App #3: | $17,739 (Not Paid) |
| Pay App #4: | $28,332 (Not Paid) |
| Retainage: | $8,925 (Not Paid) |

Total monies currently not billed - $39,914

Remaining monies owed not billed - $22,568

Total monies for works not completed - $17,346 (see attached details)

The total monies not paid to date per our contract for work in place is **$77,564** which we are requesting/demanding payment on by Friday February 1, 2013.

As of today Robertson Electric, Inc. provides this notice to you that your position of supplementing our work (which began today January 23, 2013) is unwarranted, unjustified and completely unacceptable. Robertson Electric has manned the project as necessary, produced quality work and has not been in default of our contract.

Although we have not received anything in writing as of this date, January 23, 2013 (only verbal), we view the current actions taken by Select Building System, Inc. to constitute a breach in contract and demand compliance with same.

Should you have any questions please feel free to contact me.

Kind Regards,

Jerrod Robertson
President

CC:
Jimmie Brown – REI
Steve Schiffman – SBS
Dave Morgan - SBS

## Remaining Work

1. Install type HA light fixtures. All wiring, fixture whips and hangers all ready installed.
2. Install type VS fixtures. (Conduit installed to first fixture location.)
3. Complete conduit and wire for type VS fixtures.
4. Install egress lights. (Conduit and wire in place.)
5. Install Hanger receptacles. (Conduit and wire in place)
6. Terminate louvers. (Conduit and wire in place)
7. Conduit in place for Big Ass Fans
8. Rough in walls for 19 receptacle, 10 GFI with MC cable. Homerun conduits already in place. Pull wire in Homerun Conduits.
9. Rough in Build out area lights with MC Cable.
10. Install 9 – 2x4 lights and 14 recess lights.
11. Install 600A panel
12. Run approximately 60' 4" conduit with 3 – 500 and 1 #2 for panel LA
13. Install panel LA
14. Pull wire for HP-1, HP-3, FC-1 and FC-3. (Homerun conduits 95% complete)
15. Pull wire and terminate Air Compressor. (Conduit 95% Complete)
16. Pull wire and Terminate Water Heaters (Conduit 90% Complete)
17. Install Wall Packs (Conduit and wire in close vicinity of location waiting on walls)
18. Install 3" PVC for Service approximately 40' with 3 – 350 KCMIL (Paralleled)
19. Install 200' 4" PVC no wire. (All trenching and backfill provided by others.)

# BID SUMMARY REPORT

**Name:** Hanger - Remaining Works    **Estimator:** Admin    **Job #:** 289

**Job Name:** Hanger - Remaining Works

**Contractor:** SBS

**Estimator:** Admin

**Notes:**

**Bid Date:** Saturday, December 30, 1899

| Included Summary Description | Extended | % | Adjusted Material | Extended | % | Adjusted Labor |
|---|---|---|---|---|---|---|
| Base Bid | $8,746.42 | 100.00 | $8,746.42 | 232.22 | 100.00 | 232.22 |

## Top Sheet

| | | | | |
|---|---|---|---|---|
| Raw Cost | $14,394.08 | Sales Per Month | | $0.00 |
| Tax | $721.58 | Return Per Month | | $0.00 |
| Raw Cost With Tax | $15,115.66 | Price Per Sq Foot | | $0.00 |
| Overhead | $1,439.41 | Hours Per Sq Foot | | 0.00 |
| Profit | $791.67 | Square Feet | | 0.00 |
| Total Return $ | $2,231.08 | Job Months | | 0.00 |
| Total Return % | 12.86 | Hours per Week | | 40.00 |
| Price | $17,346.75 | Workers Per Day | | 0.00 |
| Bond | $0.00 | Total Hours | | 232.22 |
| **Sell Price** | **$17,346.75** | Mark Up Sales Tax? | No | |
| Sell Adjusted By: | $0.00 | Use Bond Table? | No | |
| Adj Sell Return | 0    $0.00 | | | |

### Labor

| ClassDescription | Percent of Total | Hours Distributed | Hourly Rate | Burden Rate | Percent | Labor Cost |
|---|---|---|---|---|---|---|
| J/Mn Tec | 100.00% | 232.22 | $19.00 | $5.32 | 28.00% | $5,647.66 |
| **Totals:** | 100.00% | 232.22 | $19.00 | $5.32 | 28.00% | $5,647.66 |

## MARK UPS

| | | | OVERHEAD | | PROFIT | |
|---|---|---|---|---|---|---|
| | Total | % | Amount | % | Amount | |
| Materials | $8,746.42 | 10.00% | $9,621.06 | 5.00% | $10,102.12 | |
| Labor | $5,647.66 | 10.00% | $6,212.43 | 5.00% | $6,523.05 | |
| Supplier Quotes | $0.00 | 10.00% | $0.00 | 5.00% | $0.00 | |
| SubContractors | $0.00 | 10.00% | $0.00 | 5.00% | $0.00 | |
| Direct Job Expense | $0.00 | 10.00% | $0.00 | 5.00% | $0.00 | |
| Equipment Rental | $0.00 | 10.00% | $0.00 | 5.00% | $0.00 | |
| **Totals:** | $14,394.08 | 10.00% | $15,833.49 | 5.00% | $16,625.17 | |

## TAX Report

| | Taxed Amount | Tax Rate % | Tax Amount |
|---|---|---|---|
| Materials | $8,746.42 | 8.25% | $721.58 |
| Labor | $5,647.66 | 0.00% | $0.00 |
| Supplier Quotes | $0.00 | 0.00% | $0.00 |
| SubContractors | $0.00 | 0.00% | $0.00 |
| Direct Job Expense | $0.00 | 0.00% | $0.00 |
| Equipment Rental | $0.00 | 0.00% | $0.00 |
| | | **Total Tax:** | **$721.58** |

**Name: Hanger - Remaining Works**          **Estimator: Admin**          **Job #:   289**

**Name: Hanger - Remaining Works**          **Estimator: Admin**          **Job #:   289**

**Job Name:** Hanger - Remaining Works

**Contractor:** SBS

**Estimator:** Admin

**Notes:**

**Bid Date:** Saturday, December 30, 1899

**Report Name:** Bid Price & Bid Labor                    Standard

# Extension Labelsets

| Column 1 Combined | | Column 2 Combined | | Column 3 Combined | | Column 4 Combined | |
|---|---|---|---|---|---|---|---|
| * <none> | 1 | * <none> | 1 | * <none> | 1 | * <none> | 1 |

# Users
Users are Combined

**Name:**

* Admin

**Job Name: Hanger - Remaining Works**

## Items+ByProducts

| Item # | Item Name | Quantity | Bid Price | Ext Bid Price | Bid Lbr | Bid Lbr Ext |
|---|---|---|---|---|---|---|
| **Category: CCode  Branch Rough** | | | | | | |
| 486 | 1/2 EMT | 150.00 | $19.96 C | $29.93 | 2.00 C | 3.00 |
| 487 | 3/4 EMT | 60.00 | $41.70 C | $25.02 | 3.00 C | 1.80 |
| 567 | 1/2 EMT CONN S/S | 15.00 | $25.48 C | $3.82 | 4.00 C | .60 |
| 568 | 3/4 EMT CONN S/S | 6.00 | $47.73 C | $2.86 | 5.00 C | .30 |
| 639 | 1/2 EMT COUP S/S | 15.00 | $37.63 C | $5.64 | 3.00 C | .45 |
| 640 | 3/4 EMT COUP S/S | 6.00 | $33.26 C | $2.00 | 3.50 C | .21 |
| 1,641 | 3/4 FLEX STEEL | 9.00 | $31.86 C | $2.87 | 3.00 C | .27 |
| 1,642 | 1 FLEX STEEL | 3.00 | $59.47 C | $1.78 | 3.00 C | .09 |
| 1,653 | 3/4 FLEX SQZ CONN MAL | 3.00 | $210.37 C | $6.31 | 7.00 C | .21 |
| 1,654 | 1 FLEX SQZ CONN MAL | 1.00 | $500.38 C | $5.00 | 8.00 C | .08 |
| 1,665 | 3/4 FLEX 90 SQZ CONN | 3.00 | $395.08 C | $11.85 | 10.00 C | .30 |
| 1,666 | 1 FLEX 90 SQZ CONN | 1.00 | $993.70 C | $9.94 | 10.00 C | .10 |
| 1,678 | 3/4 FLEX WP | 9.00 | $96.00 C | $8.64 | 3.00 C | .27 |
| 1,690 | 3/4 FLEX WP CONN | 3.00 | $351.11 C | $10.53 | 9.00 C | .27 |
| 1,701 | 3/4 FLEX WP 90 CONN | 3.00 | $579.64 C | $17.39 | 11.00 C | .33 |
| 3,223 | 4/S BOX 1-1/2" DEEP | 89.00 | $296.11 C | $263.54 | 10.00 C | 8.90 |
| 3,226 | 4/S SG MUD RING 1/2"DP | 75.00 | $163.76 C | $122.82 | 5.00 C | 3.75 |
| 3,240 | 4/S BLANK COVER | 14.00 | $110.11 C | $15.42 | 5.00 C | .70 |
| 3,287 | 4/0 BOX 1-1/2 DP 1/2" | 10.00 | $233.84 C | $23.38 | 16.60 C | 1.66 |
| **Totals for CCod** | | | | $568.78 | | 23.29 |
| | | | | | | |
| **Category: CCode  Feeder Rough** | | | | | | |
| 495 | 4 EMT | 60.00 | $474.00 C | $284.40 | 14.00 C | 8.40 |
| 648 | 4 EMT COUP S/S | 6.00 | $1,833.76 C | $110.03 | 20.00 C | 1 20 |
| 1,470 | 3 PVC 40 | 80.00 | $129.00 C | $103.20 | 9.00 C | 7.20 |
| 1,472 | 4 PVC 40 | 200.00 | $177.30 C | $354.60 | 11.00 C | 22.00 |
| 1,484 | 3 PVC 40 90 ELBOW | 4.00 | $852.60 C | $34.10 | 25.00 C | 1.00 |
| 1,486 | 4 PVC 40 90 ELBOW | 4.00 | $1,461.60 C | $58.46 | 40.00 C | 1.60 |
| **Totals for CCod** | | | | $944.79 | | 41.40 |
| | | | | | | |
| **Category: CCode  Hangers/Anchors** | | | | | | |
| 1,306 | 10 X 1-1/2 COMB PAN HD T | 26.25 | $1.87 C | $.49 | 9.00 C | 2.36 |
| 1,316 | 1/4 FLAT STL WASHER | 26.25 | $6.90 C | $1.81 | .00 X | .00 |
| 1,319 | 1/2 FLAT CUT WASHER SS | 15.00 | $18.13 C | $2.72 | .00 X | .00 |
| 1,384 | HEX LAG BLT 1/2X2-1/2 | 15.00 | $20.42 C | $3.06 | 16.00 C | 2.40 |
| 1,429 | BOX SUPPORTS-CLIP ON | 75.00 | $71.58 C | $53.69 | 3.00 C | 2.25 |
| 2,792 | MISC. BOX HANGER $3.00 | 24.00 | $3.00 E | $72.00 | .30 E | 7.20 |
| **Totals for CCod** | | | | $133.77 | | 14.21 |
| | | | | | | |
| **Category: CCode  Straps** | | | | | | |
| 738 | 1/2 EMT 1 HOLE STP/STL | 18.75 | $15.02 C | $2.82 | 3.00 C | .56 |
| 739 | 3/4 EMT 1 HOLE STP/STL | 7.50 | $20.09 C | $1.51 | 3.00 C | .22 |
| 764 | 4 EMT 2 HOLE STP/STL | 7.50 | $192.67 C | $14.45 | 5.00 C | .38 |
| **Totals for CCod** | | | | $18.77 | | 1.16 |

**Job Name:** Hanger - Remaining Works

**Category: CCode   Trim Devices/Plates**

| Code | Description | Qty | Price | | Amount | | | Hours |
|------|-------------|-----|-------|---|--------|---|---|-------|
| 3,112 | SP 15A TOGGLE SW, STAN | 10.00 | $66.56 | C | $6.66 | 20.00 | C | 2.00 |
| 3,123 | 1G PLASTIC SWITCH PLAT | 10.00 | $24.66 | C | $2.47 | 5.00 | C | .50 |
| 3,145 | 1G IV PLAS DUPL RECP PL | 55.00 | $24.66 | C | $13.56 | 5.00 | C | 2.75 |
| 3,181 | DUPLEX 15A RECP, STAND | 55.00 | $80.94 | C | $44.52 | 20.00 | C | 11.00 |
| 3,185 | GFI 15A RECP, STANDARD | 10.00 | $9.22 | E | $92.16 | 20.00 | C | 2.00 |

Totals for CCod

$159.36 — 18.25

**Category: CCode   Fixture Accessories**

| Code | Description | Qty | Price | | Amount | | | Hours |
|------|-------------|-----|-------|---|--------|---|---|-------|
| 2,785 | WHIP 16/3 SOLID STEEL | 14.00 | $4.07 | E | $57.01 | .09 | E | 1.26 |

Totals for CCod

$57.01 — 1.26

**Category: CCode   Lighting Fixtures**

| Code | Description | Qty | Price | | Amount | | | Hours |
|------|-------------|-----|-------|---|--------|---|---|-------|
| 2,761 | SURFACE 1'X4' | 12.00 | $.00 | Q | $.00 | .65 | E | 7.80 |
| 2,764 | SURFACE 2'X4' | 42.00 | $.00 | Q | $.00 | .85 | E | 35.70 |
| 2,813 | COMPACT FLUOR REC. CA | 14.00 | $.00 | Q | $.00 | 1.00 | E | 14.00 |

Totals for CCod

$.00 — 57.50

**Category: CCode   Lamps**

| Code | Description | Qty | Price | | Amount | | | Hours |
|------|-------------|-----|-------|---|--------|---|---|-------|
| 3,048 | F40CW/RS/WM * | 20.00 | $3.14 | E | $62.88 | .00 | X | .00 |
| 3,088 | COMPACT FLUOR LAMP Q | 14.00 | $.00 | Q | $.00 | .00 | X | .00 |

Totals for CCod

$62.88 — .00

**Category: CCode   Lugs/Termination/Ground**

| Code | Description | Qty | Price | | Amount | | | Hours |
|------|-------------|-----|-------|---|--------|---|---|-------|
| 1,729 | #4 S-4 CU SPLIT BOLT | 3.00 | $2.60 | E | $7.79 | .33 | E | .99 |
| 1,744 | 30A WIRE TERMINATION | 25.00 | $.00 | X | $.00 | .12 | E | 3.00 |
| 1,747 | 60A WIRE TERMINATION | 3.00 | $.00 | X | $.00 | .17 | E | .51 |
| 1,769 | SCOTCH 33+ VINYL TAPE | .10 | $2.28 | E | $.23 | .00 | X | .00 |
| 1,789 | YELLOW 3M WIRE NUT | 30.00 | $5.68 | C | $1.70 | 8.00 | C | 2.40 |
| 1,790 | RED 3M WIRE NUT | 1.00 | $7.42 | C | $.07 | 10.00 | C | .10 |
| 1,791 | GRAY 3M WIRE NUT | 24.00 | $15.94 | C | $3.83 | 14.00 | C | 3.36 |
| 3,610 | GROUND SCREW/#14 PIGT | 65.00 | $69.52 | C | $45.19 | 6.00 | C | 3.90 |

Totals for CCod

$58.81 — 14.26

**Category: CCode   Panels/Loadcenters**

| Code | Description | Qty | Price | | Amount | | | Hours |
|------|-------------|-----|-------|---|--------|---|---|-------|
| 2,161 | 400/42 120/240V PNL 1PH | 1.00 | $.00 | Q | $.00 | 3.33 | E | 3.33 |
| 2,162 | 600/40 120/240V PNL 1PH | 1.00 | $.00 | Q | $.00 | 4.00 | E | 4.00 |

Totals for CCod

$.00 — 7.33

**Category: CCode   Branch Wire**

| Code | Description | Qty | Price | | Amount | | | Hours |
|------|-------------|-----|-------|---|--------|---|---|-------|
| 36 | 12 THHN CU SOLID | 976.50 | $141.00 | M | $137.69 | 4.00 | M | 3.91 |
| 37 | 10 THHN CU SOLID | 108.00 | $195.00 | M | $21.06 | 5.00 | M | .54 |
| 41 | 12 THHN CU STRANDED | 1,775.00 | $165.00 | M | $292.88 | 4.00 | M | 7.10 |
| 42 | 10 THHN CU STRANDED | 830.00 | $222.00 | M | $184.26 | 5.00 | M | 4.15 |

Totals for CCod

$635.88 — 15.70

**Job Name: Hanger – Remaining Works**

Category: CCode   Feeder Wire

| | | | | | | |
|---|---|---|---|---|---|---|
| 43 | 6 THHN CU STRANDED | 300.00 | $315.00 M | $94.50 | 6.00 M | 1.80 |
| 45 | 4 THHN CU STRANDED | 14.00 | $885.00 M | $12.39 | 8.00 M | .11 |
| 47 | 2 THHN CU STRANDED | 60.00 | $1,368.00 M | $82.08 | 10.00 M | .60 |
| 55 | 350 THHN CU STRANDED | 720.00 | $5,940.00 M | $4,276.80 | 32.00 M | 23.04 |
| 57 | 500 THHN CU STRANDED | 180.00 | $840.00 C | $1,512.00 | 42.00 M | 7.56 |

Totals for CCod

|  |  |
|---|---|
| $5,977.77 | 33.11 |

Category: CCode   Romex/MC/BX

| | | | | | | |
|---|---|---|---|---|---|---|
| 437 | 12/2 MC CU CABLE | 250.00 | $514.46 M | $128.61 | 19.00 M | 4.75 |

Totals for CCod

|  |  |
|---|---|
| $128.61 | 4.75 |

Totals:

|  |  |
|---|---|
| $8,746.42 | 232.22 |

## Report Totals:

## Items+ByProducts

| Ext Bid Price | Bid Lbr Ext |
|---|---|
| $8,746.42 | 232.22 |

7

## Jerrod Robertson

| | |
|---|---|
| **From:** | Jerrod Robertson [jrobertson@relecttx.com] |
| **Sent:** | Monday, March 25, 2013 12:09 PM |
| **To:** | 'sschiffman@sbsworld.net'; 'dmorgan@sbsworld.net' |
| **Cc:** | 'vrobertson@relecttx.com' |
| **Subject:** | Los Cerritos Hanger - Document Request |

**Importance:** High

**Tracking:**

| Recipient | Read |
|---|---|
| 'sschiffman@sbsworld.net' | Read: 3/25/2013 12:10 PM |
| 'dmorgan@sbsworld.net' | |
| 'vrobertson@relecttx.com' | Read: 3/25/2013 2:07 PM |
| Brown, Jimmie | |

Mr. Schiffman,

Good afternoon. I am currently reviewing all the documents for the above stated project and due to the circumstances with this project I am requesting the following information.

1. Copies of all correspondence with SBS and the owner pursuing payment.
2. Please provide proof of all payments made by the owner to SBS.
3. Copies of all correspondence of complaints / contractors notice of deficiencies by owner / owners rep as required in regards to the project. (For all contractors)
4. Copies of transmittals and proof of delivery as to when these deficiencies were issued to said contractors.

Please know it is our intention to work with SBS through this situation however in the same aspect we must protect our interest and insure everything is being done to collect payment.

Please feel free to contact us should you have any questions.

Thank you,

***Robertson Electric, Inc.***
Jerrod Robertson

231 Derrick Dr.
Humble, TX 77338
Office: 281-441-1304
Fax: 281-441-1342

www.relecttx.com



**Robertson Electric, Incorporated**

TECL 21614

DISCLAIMER:
This electronic message transmission contains information from Robertson Electric, Inc., and this information may be confidential. If you are not the intended recipient, be aware that disclosure, copying, distribution or use of all or any

1

**Jerrod Robertson**

**From:**      Steve Schiffman [sschiffman@sbsworld.net]
**Sent:**      Monday, March 25, 2013 12:17 PM
**To:**        jrobertson@relectx.com
**Cc:**        dmorgan@sbsworld.net; vrobertson@relectx.com
**Subject:**   Re: Los Cerritos Hanger - Document Request

Jarred ....we have sent correspondence to the owner with no reply....I am going to his office today to try and catch him...can not report any other progress....Dave Morgan will be handling any requests for information. Please correspond with him and copy me. Steve

Have you heard about my fixtures...where were they manufactured?

Have a great day, Steve

On Mar 25, 2013, at 12:09 PM, "Jerrod Robertson" <jrobertson@relecttx.com> wrote:

> Mr. Schiffman,
> Good afternoon. I am currently reviewing all the documents for the above stated project and due to the circumstances with this project I am requesting the following information.
>   1. Copies of all correspondence with SBS and the owner pursuing payment.
>   2. Please provide proof of all payments made by the owner to SBS.
>   3. Copies of all correspondence of complaints / contractors notice of deficiencies by owner / owners rep as required in regards to the project. (For all contractors)
>   4. Copies of transmittals and proof of delivery as to when these deficiencies were issued to said contractors.
>
> Please know it is our intention to work with SBS through this situation however in the same aspect we must protect our interest and insure everything is being done to collect payment.
>
> Please feel free to contact us should you have any questions.
>
> Thank you,
>
> **Robertson Electric, Inc.**
> Jerrod Robertson
>
> 231 Derrick Dr.
> Humble, TX 77338
> Office: 281-441-1304
> Fax: 281-441-1342
>
> www.relecttx.com
>
>
> <image003.png>

> DISCLAIMER:
> This electronic message transmission contains information from Robertson Electric, Inc., and this information may be confidential. If you are not the intended recipient, be aware that disclosure, copying, distribution or use of all or any portion of the content of this information is prohibited. If you

# ROBERTSON ELECTRIC

PLAINTIFF'S AND DEFENDANT'S EXHIBIT

8

# EXHIBIT 8

# INVOICES OF REI 12/18/2012;
# 1/21/2013; 2/6/2013

# INVOICE

**Robertson Electric, Inc.**

231 Derrick Dr.
Humble, TX 77338
(281) 441-1304
(281) 441-1342



**Terms:** Net 30

**SOLD TO:**

SBS Construction Inc.
17 Scenic Loop Rd
Boerne, TX 78006

**Project Info:**

Los Cerritos Hanger
Highway 55 and County Rd 410

**Project No.** C12-124

| | |
|---|---|
| Estimated Contract Amount | $128,600.00 |
| Plus: Change Orders | $0.00 |
| Adjusted Contract Amount | $128,600.00 |
| 45% Completed To Date | $57,770.00 |
| Less 10% Retention | $5,777.00 |
| Total Less Retention | $51,993.00 |
| Less: Previous Applications | $34,254.00 |

**TOTAL AMOUNT DUE THIS INVOICE**     $17,739.00

**NOTE:** If payment amount differs from invoice amount,
please notify us immediately.

# INVOICE

**Robertson Electric, Inc.**

231 Derrick Dr.
Humble, TX 77338
(281) 441-1304
(281) 441-1342

| | |
|---|---|
| 1/21/2013 | 4 |
| **Terms:** | **Net 30** |

**SOLD TO:**

SBS Construction Inc.
17 Scenic Loop Rd
Boerne, TX 78006

**Project Info:**

Los Cerritos Hanger
Highway 55 and County Rd 410

Project No.    C12-124

| | |
|---|---|
| Estimated Contract Amount | $126,800.00 |
| Plus: Change Orders | $0.00 |
| Adjusted Contract Amount | $126,800.00 |
| | |
| 69% Completed To Date | $89,250.00 |
| Less        10% Retention | $8,925.00 |
| Total Less Retention | $80,325.00 |
| Less: Previous Applications | $51,993.00 |

**TOTAL AMOUNT DUE THIS INVOICE**          $28,332.00

NOTE:   If payment amount differs from invoice amount,
        please notify us immediately.

# INVOICE

**Robertson Electric, Inc.**

231 Derrick Dr.
Humble, TX 77338
(281) 441-1304
(281) 441-1342



**Terms:** Net 30

**SOLD TO:**

SBS Construction Inc.
17 Scenic Loop Rd
Boerne, TX 78006

**Project Info:**

Los Cerritos Hanger
Highway 55 and County Rd 410

Project No.   C12-124

| | |
|---|---|
| Estimated Contract Amount | $128,800.00 |
| Plus: Change Orders | $0.00 |
| Adjusted Contract Amount | $128,800.00 |
| 74% Completed To Date | $95,250.00 |
| Less        10% Retention | $9,525.00 |
| Total Less Retention | $85,725.00 |
| Less: Previous Applications | $80,325.00 |

**TOTAL AMOUNT DUE THIS INVOICE**          $5,400.00

NOTE:   If payment amount differs from invoice amount,
please notify us immediately.

# ROBERTSON ELECTRIC

# PLAINTIFF'S

# AND

# DEFENDANT'S

# EXHIBIT

# 9

# EXHIBIT 9

# APPLICATION FOR CERTIFICATION
# OF REI FOR PAYMENT

17

**Robertson Electric, Inc.**
231 Derrick Dr.
Humble, TX 77338
281-441-1304

| Application and Certificate for Payment | Los Cerritos Hanger | Application No: | 8 |
| Contractor's signed certificate is attached. | Project No. | Application Date: | 02/08/13 |
| In tabulations below, amount are stated to the nearest dollar. | C12-124 | Period To: | 02/06/13 |
| | | Architects Project No: | |

| A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| Item | Description of Work | Schedule Value | Work Completed (D+E) From Previous | This Period | Material Presently | Total Completed And Stored | Per - % | Balance | Retainage |
| 1 | Insurance/Mobilization/Submital | $12,800 | 12,800.00 | 0.00 | | 12,800 | 100% | 0 | 1,280 |
| 2 | Slab Rough-in | $11,500 | 11,500.00 | 0.00 | | 11,500 | 100% | 0 | 1,150 |
| 3 | Distribution/Feeders | $7,000 | 0.00 | 0.00 | | 0 | 0% | 7,000 | 0 |
| 4 | UG Service Conduit | $5,000 | 0.00 | 0.00 | | 0 | 0% | 5,000 | 0 |
| 5 | Light Fixture/Install | $32,000 | 25,600.00 | 0.00 | | 25,600 | 80% | 6,400 | 2,560 |
| 6 | Gear/Equipment install | $14,000 | 9,100.00 | 0.00 | | 9,100 | 65% | 4,900 | 910 |
| 7 | Branch Conduit and Wire | $37,000 | 27,750.00 | 0.00 | | 27,750 | 75% | 9,250 | 2,775 |
| 8 | Temporary Power | $2,500 | 2,500.00 | 0.00 | | 2,500 | 100% | 0 | 250 |
| 9 | Device Trim Out | $1,000 | 0.00 | 0.00 | | 0 | 0% | 1,000 | 0 |
| 10 | Demobilizing | $6,000 | 6,000.00 | 0.00 | | 6,000 | 100% | 0 | 600 |
| 11 | | $0 | 0.00 | 0.00 | | 0 | 0% | 0 | 0 |
| 29 | TOTAL | $128,800 | 95,250.00 | 0.00 | 0.00 | 95,250 | 74% | 33,550 | 9,525 |

*handwritten annotations in left margin:* 10% — , 9% — , 20% — , 9% — , 22% — , 5% —

*handwritten near top right:* Billed 7/20/12

*handwritten above row 6:* Fixtures, lamps, Freight, Storage, Sales Tax, Labor

*handwritten above row 7:* Gear, Freight, Storage, Sales tax, Labor

Submitted By: _____

Title: Jerrod Robertson
Robertson Electric, Inc.

Date: 2/8/2013

*Approximately 27% of the contract value is the cost of the light fixtures, Lamps, Electrical Panels, Disconnects, Contactors, Breakers, Freight, sales Tax, Storage & Labor.

# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT

# 11

# EXHIBIT 11

# REI TERMINATION –
# THOMAS PITTMAN AND
# EMAIL

# ROBERTSON ELECTRIC

## PLAINTIFF'S AND DEFENDANT'S EXHIBIT

## 11 A

# EXHIBIT 11 A

# WESTON SHARPLESS EMAIL DTD JUNE 7, 2013

**From:** Daniel Boddie <danielb@bodenllc.com>
**Sent:** Friday, June 07, 2013 2:37 PM
**To:** Thomas Pittman
**Subject:** Re: Los Cerritos Liens

On it!

Daniel Boddie | Partner
BoDen, LLC | 210.885.9537 Cell |
11560 I.H. 10 West, Suite 395A San Antonio, TX 78230

On Jun 7, 2013, at 2:31 PM, Thomas Pittman <TPittman@lewisenergy.com> wrote:

> I need your help on the following, first let me say that this is for your eyes only and will not be sent to anyone.
>
> I need to get a value of the fixtures that left there and a percentage complete from C & S.
>
> Lets talk about the concrete work. The biggest problem I have is with the exterior grade beam.
>
> Compton HVAC look at my comments and elaborate.
>
> We will be in contact with the stone people.
>
>
> Thomas L. Pittman
> Director of Construction, Lewis Energy Grp.
> tpittman@lewisenergy.com
> work: (210) 384-5892
> cell:  (210) 262-1686
> 10067 Jones Maltsberger
> San Antonio, Tx. 78216
>
>
> ---
> **From:** Weston Sharples <wsharples@lewisenergy.com>
> **Date:** Fri, 7 Jun 2013 12:18:17 -0500
> **To:** Tony Trevino <TonyTrevino@lewisenergy.com>
> **Cc:** Lewis Energy Group Lewis Energy Group <tpittman@lewisenergy.com>
> **Subject:** Los Cerritos Liens
>
> Tony,
>
> In connection with Jennie's summary of the liens in the above-referenced matter, the following is a more detailed discussion of each following my conversation with Tom this morning:
>
>     1.   Robertson Electric –

1

TR_01828

- Robertson was terminated by SBS at our instruction 45-60 days before we terminated SBS – Tom will research and locate any documentation of the termination process.
- The $60,996.00 they are claiming is half of their scheduled value for the entire project – Tom thinks that on the date of termination Robertson was no more than 25% done with their work.
- Robertson claims they had fixtures on site – Tom will research and confirm what fixtures were actually out there and determine their approximate value.
- We paid SBS on a draw for work performed by Robertson – Tom will research to determine what money was paid and whether any amount that was paid should be credited toward the amount claimed in the lien.

2. Ace Concrete Company –

- Work was generally ok, but at least one instance exists where work did not conform to spec and required rework by current contractor – Note: It is unclear whether this was Ace's unilateral mistake or whether mistake derived from SBS's poor performance.
- Amount claimed consists of change orders (approximately $15,000.00) that we did not approve, and 10% retainage against total contract amount which we probably owe – Tom will determine what the total amount of retainage claim is in order to identify the amount, if any, we should pay.

3. Associated Glass –

- Claim is for $14,563.86 and $917.30 – according to Tom we continue to use these guys and they should be paid in full.
- Tom has received correspondence from Associated Glass indicating that they have been paid on these amounts and will issue a letter of retraction and presumably release their lien if they have already filed same.

4. Compton HVAC –

- Claim is for $10,206.00 – According to Tom, a portion of this is for an exhaust fan left at the site which does not conform to spec – Tom will identify the value of the fan.
- Workmanship was unacceptable, but unclear whether their error was unilateral or the result of SBS's poor performance.

5. Gallery of Stone/Morrell –

- Both should be paid, but we need to see contract between SBS and Gallery in order to determine the correct amount which should be paid – i.e. we are unclear on whether the $31,504.13 claimed by Morrell as the supplier is part of Gallery Stone's sub contract claim or separate – While we wait on the contract from Gallery, Tom is going to research and determine an approximation of the total amount we think we owe.

Tom, if you see anything I missed, please let us know.


Weston W. Sharples
Senior Legal Counsel
Lewis Energy Group

2

TR_01600

10101 Reunion Place Suite 1000
San Antonio, TX 78216
Phone: 210-384-5017
wsharpics@lewisenergy.com

<image001.jpg>

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

3

TR_01531

# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT

# 11 B

# EXHIBIT 11 B

# TOM PITTMAN LTR DTD FEB 17 2013

February 17, 2013

Re: Los Carritos Hanger

Mr. John Grable

Dear Mr. Grable,

When we terminated SBS, we asked them to provide us with copies of all of their subcontractor contracts, supplier contracts and any outstanding issues. To date we have not received any of these.

As you know, we have discovered several defects in SBS work. Notwithstanding, CMU walls out of industry standard regarding plumb and true, the anchor bolts at the top of the walls are not installed as per the structural drawings, several A 325 bolts not installed or torqued properly on the PEMB, all of the metal stud framing is not the proper material as specified on the structural drawings and specifications. The CMU at the columns will not allow the Rock to be installed as per the Architectural drawings, so they will have to be demoed. Furthermore, the schedule for the proper install of the frame at the hanger doors has not been submitted. In addition we want Victor DeAnda to verify that the Girts at the termination of the CMU walls are as designed.

Jack Green called me Friday and wanted to forward us their final draw and go over the status of the change orders being executed. Given the afore mentioned defects, we have a much bigger problem. We need to establish a complete list of all of the defects and how we are going to resolve them and at what cost. We will not absorb any cost for resolving these issues. All of the costs associated with these will be deducted from any payments to SBS and or their suppliers.

We have contracted with BoDen LLC to act as our contracting consulting firm. They will assume all the duties necessary to finish the project with the exception of hiring and paying subcontractors and suppliers; Lewis Resource Management will handle this.

As the Construction Administrator, we request that you notify SBS of these discoveries and what our intentions are. We want this handled ASAP. Please copy us on any communications.

We will have another meeting with proposed subcontractors on site Tuesday. The time has not been established but request that you and Victor DeAnda attend.

TR_91394

We will resolve these problems quickly and professionally. We will protect Rod Lewis in the process and assure that he gets the quality building he is paying for.

Regards,


Tom Pittman


TR_01385

# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT

# 11 C

# EXHIBIT 11 C

# S. SCHIFFMAN LTR TO T. PITTMAN DTD
# FEB 15 2013

February 15, 2013

Mr. Tom Pittman
Director of Construction Management
Glacier Cap Construction
10067 Jones Maltsberger
San Antonio, TX 78216

Re: Los Cerritos Hanger Project

Tom,

Attached as per your instructions are the final invoices and related documents necessary to close out our relationship with you on the Uvalde project. I had our accounting department gather all the final costs and expenses from each subcontractor and supplier so that we could prepare this invoice. Sorry that it took a few extra days, but, as with SBS, no one was expecting to have to suddenly close out their project files on this development.

As I mentioned during our last meeting, I am disappointed that our relationship ended in the manner in which it did. While we accepted the challenge to deal with the various parties involved and to manage the ongoing design changes, we at SBS obviously did not meet your expectations or the expectations of Mr. Lewis. For that, I personally apologize and hope that you realize that we did endeavor and were totally committed to complete all the tasks assigned to us.

As Jack and I expressed, SBS will cooperate with you throughout the final stage of this process. We have called upon our relationships with the various subcontractors and suppliers to amicably close out their contracts on this project with minimal additional costs. This was in no small part accomplished but for your representation that everyone would be fairly compensated in a timely manner.

In addition to the final applications for payment and retention, we have prepared a recap of the outstanding amounts due to SBS and provided a list of all subcontractors so that you can contact any of them in the event you desire to continue to utilize their products or services. Upon final payment to SBS, we will immediately pay all outstanding invoices so that we can close out the job cost files on the Los Cerritos development.

Please contact me at 210-379-7708 should you have any questions on the information included.

Sincerely,
Select Building Systems, Inc.

Stephen S. Schiffman, President

# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT

# 11 D

# EXHIBIT 11 D

# WEIGAND, BACA, PITTMAN EMAILS DTD
# MAR 14 2013

**From:** Tony Weigand
**Sent:** Thursday, March 14, 2013 10:48 AM
**To:** Kristine Baca; Thomas Pittman
**Subject:** RE: Notice of Intent to File Lien - Los Cerritos Hangar

Thanks Kristine. Tom P. is handling this situation. He'll contact Robertson to follow up.

Tony

-----Original Message-----
From: Kristine Baca
Sent: Thursday, March 14, 2013 9:41 AM
To: Tony Weigand; Thomas Pittman
Subject: Notice of Intent to File Lien - Los Cerritos Hangar

Attached is a lien notice from Robertson Electric, Inc. They are claiming Select Building Systems owes them $60,996 for work done on the Los Cerritos Hangar project.

Please let me know what you would like me to do with this.


Thank you,
Kristine


-----Original Message-----
From: sa-gcap-savin@lewisenergy.com [mailto:sa-gcap-savin@lewisenergy.com]
Sent: Thursday, March 14, 2013 8:31 AM
To: Kristine Baca
Subject: Message from "sa-gcap-savin"

This E-mail was sent from "sa-gcap-savin" (C9145A).

Scan Date: 03.14.2013 09:30:53 (-0400)
Queries to: sa-gcap-savin@lewisenergy.com

1

TR_01423

# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT

# 11 E

# EXHIBIT 11 E

# DANIEL BODIE/THOMAS PITTMAN EMAILS DTD JUNE 7 2013

Hopefully this helps, my comments below in RED. I will get you numbers for the electrical and concrete in a complete package for your use.

**Daniel Boddie | Partner**
BoDen, LLC | 210.685.9537 Cell |
11550 I.H. 10 West, Suite 995A San Antonio, TX 78230

**BoDen Legal Disclaimer:** This email may contain confidential information. If this email is not intended for you, you must not disclose or use the information contained in it. If you received this email in error, please notify us immediately via return email and delete all information.

From: Thomas Pittman <TPittman@lewisenergy.com>
Date: Friday, June 7, 2013 2:27 PM
To: Daniel Boddie <danielb@bodenllc.com>
Subject: FW: Los Cerritos Liens

I need your help on the following, first let me say that this is for your eyes only and will not be sent to anyone.

I need to get a value of the fixtures that left there and a percentage complete from C & S.

Lets talk about the concrete work. The biggest problem I have is with the exterior grade beam.

Compton HVAC look at my comments and elaborate.

We will be in contact with the stone people.

Thomas L. Pittman
Director of Construction, Lewis Energy Grp.
tpittman@lewisenergy.com
work: (210) 384-5892
cell: (210) 262-1686
10067 Jones Maltsberger
San Antonio, Tx. 78216

From: Weston Sharples <wsharples@lewisenergy.com>
Date: Fri, 7 Jun 2013 12:18:17 -0500

1

TR_01634

# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT

# 12

# EXHIBIT 12

# LOS CERRITOS HANGAR MEETING

# LOS CERRITOS: HANGAR MEETING

Date: FEBRUARY 5, 2013
Time: 2:00 PM .


PLACE: GCC OFFICES
MEETING CALLED BY: TOM
IN ATTENDANCE: STEVE, JACK, KYLE, JOHN,
TOM,


TP: BRIEFLY. MET WITH ROD. HE WANTS TO TERMINATE THE CONTRACT. SO, HE WANTS TO FIND OUT WHERE YOURE AT, MAKE AS AMIABLE AS POSSIBLE. I KNOW YOU HAVE ADDITIONAL MATERIAL NEED TO BE PAID FOR. WE'LL PAY YOUR FEE THAT YOU'RE DUE. AS SOON AS POSSIBLE. HE CAME OUT YESTERDAY. DID YOU SEE HIM?

KYLE: NODS.

TOM: FELT THAT WE GAVE EVERY CHANCE. LOT OF DELAYS.

STEVE: OKAY. WE'RE DISAPPOINTED. WE UNDERSTAND PART OF IT.

TOM: DISAPPOINTED TOO. WE HAVE TO MOVE FORWARD. WE ALL KNEW WHAT KIND OF CLIENT WE HAD. WE NEED TO MAKE SOMETHING HAPPEN.

JOHN: WE'RE NEXT.

STEVE: WE DON'T WISH THAT. WE WOULD LIKE TO CONTINUE. IF APPEAL PROCESS, LIKE TO KNOW WHAT IT WOULD BE. NOT SEEN THE BEST SIDE OF SBS CONSTRUCTION FOR MANY REASONS.

TOM: DON'T WANT TO MAKE THIS A REAL PUBLIC THING. KEEP IT ON THE DOWN LOW FOR BOTH OF US. TOO LATE TO APPEAL.

STEVE: HAVE TO ASK.

TOM: WOULD HAVE ASKED THE SAME THING. NO UNCERTAIN TERMS THIS MORNING WITH ROD. IF WE CAN, LET'S FIND OUT WHERE WE ARE, ANYTHING OUTSTANDING. ALL BILLS THAT YOU'RE OWED. ALL PAYMENTS THAT YOU'RE OWED.

JACK: SOME ISSUE WITH WHAT WE'VE DONE NOT IN CONTRACT. CHANGE ORDER.

TP: NOT BE A PROBLEM. WWANT TO PROTECT YOU ON THIS.

STEVE: WE WANT TO BE FAIR TOO.

TONY: SORRY I'M LATE.

TOM: JUST INFORMED THAT WE'RE TERMINATING AND THAT WE'RE GOING TO BE FAIR. TWO OUTSTANDING DRAWS AND CHANGE ORDERS NOT PROCESSED. WILL GET PROCESSED AND PAID. TRY TO WORK WITH WHOMEVER YOU HAVE CONTRACT WITH IF THEY WANT TO CONTINUE OR IF THEY WANT TO LEAVE.

STEVE: WE'LL BE GLAD TO FORWARD THEIR CONTRACTS TO SEE SCOPE OF WORK AND WHAT FINANCIAL OBLIGATIONS ARE.

TOM: I'D LIKE TO SEE THAT. I GUESS WE BOTH OF SOME HOMEWORK TO DO, BUT TO CONTINUE WITH MEETING IS MOOT.


EXHIBIT 48

STEVE: DO WE DEAL DIRECTLY WITH YOU?

TOM: CONFIRMS.

STEVE: MAY TAKE TIME TO FIGURE OUT WHERE WE ARE WITH SUBCONTRACTORS. NEGOTIATION SOMETHING OUT WITH THEM UNLESS YOU'RE GOING TO CONTINUE. CONTINUE WITH CONTRACTS WOULD BE LESS PROBLEMS BECAUSE WE WOULDN'T HAVE TO DEAL WITH THEM ON FINANCIAL PROCESS.

TOM: BEEN THROUGH IT BEFORE.

STEVE: WE NEVER HAVE IN 45 YEARS OF CONSTRUCTION. I VISITED JOB YESTERDAY AND I UNDERSTAND. WE ARE UP FRONT, FORTHRIGHT PEOPLE. WE HAD SOME PROBLEMS. WE ARE TRULY SORRY ABOUT IT.

TOM: WE ARE TOO. NOT A WIN-WIN SCENARIO FOR ANYONE. WE'VE GOT TO MAINTAIN A CERTAIN PROCESS AND A CERTAIN QUALITY FOR ROD, AND HE WANTS TO CHANGE. SO WE'RE GOING TO MAKE A CHANGE. IF YOU COULD GET WITH ME ON THAT AS SOON AS POSSIBLE. WE'LL GET PAYMENT DONE AS SOON AS POSSIBLE.

STEVE: CAN WE SIGN RELEASES?

TOM: ABSOLUTELY. CONTRACTUALLY, WE DON'T HAVE TO PAY YOU UNTIL PROJECT IS FINISHED. WE AREN'T GOING TO DO THAT. WE DON'T FEEL LIKE THAT IS A GOOD BUSINESS DECISION FOR EITHER OF US. I DON'T WANT TO START POSTURING ONE WAY OR THE OTHER. FINISH IT IN A BUSINESS-LIKE MANNER.

STEVE: WE ARE CAPABLE OF DOING THAT. I'LL LET DAVE MORGAN TAKE IT FROM HERE SINCE HE HANDLES THAT END OF OUR HOUSE.

TONY: WE'LL NEED COMPLETE ACCOUNTING OF ANY MATERIALS FOR THE JOB.

TOM: TALKED ABOUT THAT.

STEVE: WE CAN GET YOU THAT.

JACK: WE CAN WORK THROUGH THAT.

JOHN: DID YOU GET CONFIRMATION FROM SHELTE ON COLUMNS?

KYLE: HAVE ON SITE BY FRIDAY.

JOHN: THE PROCESS THAT WILL START TO BUTTON THAT UP.

KYLE: UVALDE CONCRETE BATCH PLANT IS STILL DOWN. OPEN NEXT WEEK. NO GUARANTEE.

TONY: IS THAT PART OF PROBLEM?

KYLE: ONE OF SEVERAL DIFFERENT THINGS. CAN'T DO FOOTINGS, RAMP. THEY'RE ONLY GAME IN TOWN.

JOHN: ONLY CONCRETE FOR MILES.

JACK: ONLY ONE THAT CAN POUR THE JOB. WE WERE THEIR BIGGEST POUR.

JGA: 300 YARDS?

JACK: 400.

STEVE: ON FAIR BASIS, CONTINUE TO GIVE ALL INFO YOU NEED FOR ANYTHING IN FUTURE.

TONY: WHAT DID YOU DECIDE ON INTERIM? WORK WITH THEM?

TOM: DON'T SEE ANY BENEFIT IN THAT TONY. I THINK WE'RE AT A POINT WHERE WE CAN MAKE CLEAN SPLIT. WE NEED TO DO DAMAGE CONTROL AND SEE WHO/WHAT'S GOING TO HAPPEN. WE'LL FIGURE IT OUT. THAT'S IT.

###

EXHIBIT 48

# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT

# 13

# EXHXBIT 13

# REI PICTURES OF SITE
# ON TERMINATION DATE
# 1-24-2013

EXHIBIT #5 - Work in Place

REI    work in place

Conduit, hangers for lights, Fixture whips

1/24



REI  in slab conduit

1/24

for motor
conduit



1/24/13    Project Progress



1/24/13    REI Conduit, wire, Fixture whips  in place



REI
Wall pack conduit
and wire

REI
CMU wall Rough in & wire pull complete                    1/24



REI lighting conduct, wire, whips, Fixture hangers) 1/24



Home run
conduct/

REI CMU wire pull & Conduct Complete 1/24

R&I CMU Recept Conduit & wire

1/24



uver conduit

R&I overhead conduit, wire, whirl, hangers

1/24



R&I
Egress lights
conduit & wire

R61 overhead conduit, wire, whips, hangers                    1/24



REI
Egress lights
Conduit & wire

REI Homerun conduit,
AK, ☐ Air Compressor, FCU,
Branch Power and Hg.    1/24





REI
Egress ly'

ss light

REI cmu conduit, wire rough in





REI
In slab Home runs
For Equipment & Branch Power

RE2 work in place 1/24



RE3 work in place 1/24



REI Exterior lighting conduit in place with wire.　1/24



REI Exterior lighting conduit + wire in place　1/24



REZ Homerun conduit @ MDP. OTHER Contractor Tools





Juit



RGI - Above Door Conduct Rough In                    1/24



RGI - Receptacle Conduct & wire                    1/24





1/24



1/24

HP3

















































# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT

# 14

# EXHIBIT 14

# REI PICTURES OF CMU
# BLOCK WALLS AND BOXES
# ON TERMINATION DATE
# 1-24-2013

EXHIBIT #6- Boxes Roughed in CMU Walls.        Pictures take 1-24-13

EXHIBIT #6- Boxes Roughed in CMU Walls.        Pictures take 1-24-13

































# ROBERTSON ELECTRIC

# PLAINTIFF'S

# AND

# DEFENDANT'S

# EXHIBIT

# 15

# EXHIBIT 15

# SBS-TRI-BAR CONTRACT

# AIA Document A102™ – 2007

## Standard Form of Agreement Between Owner and Contractor where the basis of payment is the Cost of the Work Plus a Fee with a Guaranteed Maximum Price

AGREEMENT made as of the Seventeenth day of May in the year Two Thousand Twelve
*(In words, indicate day, month and year.)*

BETWEEN the Owner:
*(Name, legal status, address and other information)*

Tri-Bar Ranch Company, Ltd.
10101 Reunion Place, Ste. 1000
San Antonio, TX 78216
Telephone Number: 210-384-5892
Fax Number: 210-375-0823

and the Contractor:
*(Name, legal status, address and other information)*

David L. Morgan, Select Building Systems, Inc.
17 Scenic Loop Rd.
Boerne, TX 78006
Telephone Number: 830-981-5929
Fax Number: 830-981-5308

for the following Project:
*(Name, location and detailed description)*

Los Cerritos Hanger
County Road 410
Uvalde, TX
12,800 SF hanger with a 10,000 SF adjacent taxiway

The Architect:
*(Name, legal status, address and other information)*

John Grable, FAIA, John Grable Architects, Inc.
222 Austin Highway
San Antonio, TX 78209
Telephone Number: 210-820-3332
Fax Number: 210-820-3334

The Owner and Contractor agree as follows.

**ADDITIONS AND DELETIONS:**
The author of this document has added information needed for its completion. The author may also have revised the text of the original AIA standard form. An *Additions and Deletions Report* that notes added information as well as revisions to the standard form text is available from the author and should be reviewed. A vertical line in the left margin of this document indicates where the author has added necessary information and where the author has added to or deleted from the original AIA text.

This document has important legal consequences. Consultation with an attorney is encouraged with respect to its completion or modification.

This document is not intended for use in competitive bidding.

AIA Document A201™–2007, General Conditions of the Contract for Construction, is adopted in this document by reference. Do not use with other general conditions unless this document is modified.

AIA Document A102™ – 2007 (formerly A111™ – 1997). Copyright © 1920, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1978, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:37:16 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:                                                                 (1432439157)

Init.

1

## TABLE OF ARTICLES

1       THE CONTRACT DOCUMENTS

2       THE WORK OF THIS CONTRACT

3       RELATIONSHIP OF THE PARTIES

4       DATE OF COMMENCEMENT AND SUBSTANTIAL COMPLETION

5       CONTRACT SUM

6       CHANGES IN THE WORK

7       COSTS TO BE REIMBURSED

8       COSTS NOT TO BE REIMBURSED

9       DISCOUNTS, REBATES AND REFUNDS

10      SUBCONTRACTS AND OTHER AGREEMENTS

11      ACCOUNTING RECORDS

12      PAYMENTS

13      DISPUTE RESOLUTION

14      TERMINATION OR SUSPENSION

15      MISCELLANEOUS PROVISIONS

16      ENUMERATION OF CONTRACT DOCUMENTS

17      INSURANCE AND BONDS

## ARTICLE 1    THE CONTRACT DOCUMENTS

The Contract Documents consist of this Agreement, Conditions of the Contract (General, Supplementary and other Conditions), Drawings, Specifications, Addenda issued prior to execution of this Agreement, other documents listed in this Agreement and Modifications issued after execution of this Agreement, all of which form the Contract, and are as fully a part of the Contract as if attached to this Agreement or repeated herein. The Contract represents the entire and integrated agreement between the parties hereto and supersedes prior negotiations, representations or agreements, either written or oral. If anything in the other Contract Documents, other than a Modification, is inconsistent with this Agreement, this Agreement shall govern.

## ARTICLE 2    THE WORK OF THIS CONTRACT

The Contractor shall fully execute the Work described in the Contract Documents, except as specifically indicated in the Contract Documents to be the responsibility of others.

## ARTICLE 3    RELATIONSHIP OF THE PARTIES

The Contractor accepts the relationship of trust and confidence established by this Agreement and covenants with the Owner to cooperate with the Architect and exercise the Contractor's skill and judgment in furthering the interests of the Owner; to furnish efficient business administration and supervision; to furnish at all times an adequate supply of workers and materials; and to perform the Work in an expeditious and economical manner consistent with the Owner's interests. The Owner agrees to furnish and approve, in a timely manner, information required by the Contractor and to make payments to the Contractor in accordance with the requirements of the Contract Documents.

Init.

AIA Document A102™ – 2007 (formerly A111™ – 1997). Copyright © 1920, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1978, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:37:16 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:                                                                                                                    (1432439157)

2

TR_00199

All work shall be performed by Contractor as an independent contractor and not as an agent, employee or partner of Owner. Any instruction or direction by Owner with respect to the Work shall be deemed to relate to the results the Owner desires to obtain from the Work, and shall in no way affect Contractor's status as an independent contractor as described herein.

## ARTICLE 4    DATE OF COMMENCEMENT AND SUBSTANTIAL COMPLETION
§ 4.1 The date of commencement of the Work shall be the date of this Agreement unless a different date is stated below or provision is made for the date to be fixed in a notice to proceed issued by the Owner.
*(Insert the date of commencement, if it differs from the date of this Agreement or, if applicable, state that the date will be fixed in a notice to proceed.)*

If, prior to commencement of the Work, the Owner requires time to file mortgages and other security interests, the Owner's time requirement shall be as follows:

N/A

§ 4.2 The Contract Time shall be measured from the date of commencement.

§ 4.3 The Contractor shall achieve Substantial Completion of the entire Work not later than    (  ) days from the date of commencement, or as follows:
CONTRACT TIME:    Contractor shall at all times diligently, continuously and with all possible speed prosecute the Work in accordance with the General Conditions, and consistent with approved construction practices, so as to achieve Final Completion of the Work on or before the 7th day of December, 2012.

The period selected above shall constitute the "Contract Time" for this Agreement. *Contractor acknowledges and agrees that time is of the essence in the performance of Contractor's duties under this Agreement.*
*(Insert number of calendar days. Alternatively, a calendar date may be used when coordinated with the date of commencement. If appropriate, insert requirements for earlier Substantial Completion of certain portions of the Work.)*

The Contractor shall achieve Substantial Completion of the entire Work not later than December 07, 2012.

| Portion of Work | Substantial Completion date |
|---|---|
| N/A | N/A |

, subject to adjustments of this Contract Time as provided in the Contract Documents.

*(Insert provisions, if any, for liquidated damages relating to failure to achieve Substantial Completion on time, or for bonus payments for early completion of the Work.)*

NONE

## ARTICLE 5    CONTRACT SUM
§ 5.1 In return for the timely and proper performance of the Work in the manner required by the Contract Documents, the Owner shall pay the Contractor the Contract Sum in current funds for the Contractor's performance of the Contract. The Contract Sum is the Cost of the Work as defined in Article 7 plus the Contractor's Fee.

§ 5.1.1 The Contractor's Fee:
*(State a lump sum, percentage of Cost of the Work or other provision for determining the Contractor's Fee.)*

Eight Percent (8%)

§ 5.1.2 The method of adjustment of the Contractor's Fee for changes in the Work:

Changes in the Scope of Work shall include a fee of 8%.

**Init.**

**/**

AIA Document A102™ – 2007 (formerly A111™ – 1997). Copyright © 1920, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1978, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:37:16 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:                                                                                         (1432439157)

3

TR_00200

**§ 5.1.3** Limitations, if any, on a Subcontractor's overhead and profit for increases in the cost of its portion of the Work:

**§ 5.1.4** Rental rates for Contractor-owned equipment shall not exceed Zero percent ( 0.00 %) of the standard rate paid at the place of the Project.

**§ 5.1.5** Unit prices, if any:
*(Identify and state the unit price; state the quantity limitations, if any, to which the unit price will be applicable.)*

| Item | Units and Limitations | Price Per Unit ($0.00) |
|------|----------------------|------------------------|
| N/A | N/A | N/A |

### § 5.2 GUARANTEED MAXIMUM PRICE

**§ 5.2.1** The Contract Sum is guaranteed by the Contractor not to exceed One Million Two Hundred Twenty-six Thousand Seventy-four Dollars and Zero Cents ($ 1,226,074.00 ), subject to additions and deductions by Change Order as provided in the Contract Documents. Such maximum sum is referred to in the Contract Documents as the Guaranteed Maximum Price. Costs which would cause the Guaranteed Maximum Price to be exceeded shall be paid by the Contractor without reimbursement by the Owner.
*(Insert specific provisions if the Contractor is to participate in any savings.)*

Savings shall be split 70% to the Owner and 30% to the Contractor.

**§ 5.2.2** The Guaranteed Maximum Price is based on the following alternates, if any, which are described in the Contract Documents and are hereby accepted by the Owner:
*(State the numbers or other identification of accepted alternates. If bidding or proposal documents permit the Owner to accept other alternates subsequent to the execution of this Agreement, attach a schedule of such other alternates showing the amount for each and the date when the amount expires.)*

The following Alternates have NOT been accepted at the time of the execution of this Contract and are therefore NOT included in the Guaranteed Maximum Price:
Alternate 1: Additional Site Paving of 7,352 sf (including 8% fee) = $33,048.00
Alternate 2: Use of ply boo dex decking in lieu of cedar planking (including 8% fee) = $26,466.00

**§ 5.2.3** Allowances included in the Guaranteed Maximum Price, if any:
*(Identify allowance and state exclusions, if any, from the allowance price.)*

| Item | Price |
|------|-------|
| NONE | N/A |

**§ 5.2.4** Assumptions, if any, on which the Guaranteed Maximum Price is based:

Site Work By Owner
Utility, Permit and other related Fees are excluded.
Architectural and Engineering Fees are excluded.
Security Access Systems, Excavation & Grading, Testing & Laboratories are By Owner.
Landscaping and Irrigation are excluded.
Gas Service to the building is excluded.
Fire Sprinkler System is excluded.
Smoke Detection and Fire Alarm are excluded.

**§ 5.2.5** To the extent that the Drawings and Specifications are anticipated to require further development by the Architect, the Contractor has provided in the Guaranteed Maximum Price for such further development consistent with the Contract Documents and reasonably inferable therefrom. Such further development does not include such things as changes in scope, systems, kinds and quality of materials, finishes or equipment, all of which, if required, shall be incorporated by Change Order.

**Init.**

**/**

AIA Document A102™ – 2007 (formerly A111™ – 1997). Copyright © 1920, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1978, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:37:16 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes: (1432424241r~)

**4**

TR_00201

## ARTICLE 6  CHANGES IN THE WORK

§ 6.1 Adjustments to the Guaranteed Maximum Price on account of changes in the Work may be determined by any of the methods listed in Section 7.3.3 of AIA Document A201–2007, General Conditions of the Contract for Construction.

§ 6.2 In calculating adjustments to subcontracts (except those awarded with the Owner's prior consent on the basis of cost plus a fee), the terms "cost" and "fee" as used in Section 7.3.3.3 of AIA Document A201–2007 and the term "costs" as used in Section 7.3.7 of AIA Document A201–2007 shall have the meanings assigned to them in AIA Document A201–2007 and shall not be modified by Articles 5, 7 and 8 of this Agreement. Adjustments to subcontracts awarded with the Owner's prior consent on the basis of cost plus a fee shall be calculated in accordance with the terms of those subcontracts.

§ 6.3 In calculating adjustments to the Guaranteed Maximum Price, the terms "cost" and "costs" as used in the above-referenced provisions of AIA Document A201–2007 shall mean the Cost of the Work as defined in Article 7 of this Agreement and the term "fee" shall mean the Contractor's Fee as defined in Section 5.1.1 of this Agreement.

§ 6.4 If no specific provision is made in Article 5 for adjustment of the Contractor's Fee in the case of changes in the Work, or if the extent of such changes is such, in the aggregate, that application of the adjustment provisions of Article 5 will cause substantial inequity to the Owner or Contractor, the Contractor's Fee shall be equitably adjusted on the same basis that was used to establish the Fee for the original Work, and the Guaranteed Maximum Price shall be adjusted accordingly.

## ARTICLE 7  COSTS TO BE REIMBURSED
### § 7.1 COST OF THE WORK
§ 7.1.1 The term Cost of the Work shall mean costs necessarily incurred by the Contractor in the proper performance of the Work. Such costs shall be at rates not higher than the standard paid at the place of the Project except with prior consent of the Owner. The Cost of the Work shall include only the items set forth in this Article 7.

§ 7.1.2 Where any cost is subject to the Owner's prior approval, the Contractor shall obtain this approval prior to incurring the cost. The parties shall endeavor to identify any such costs prior to executing this Agreement.

### § 7.2 LABOR COSTS
§ 7.2.1 Wages of construction workers directly employed by the Contractor to perform the construction of the Work at the site or, with the Owner's prior approval, at off-site workshops.

§ 7.2.2 Wages or salaries of the Contractor's supervisory and administrative personnel when stationed at the site with the Owner's prior approval.
*(If it is intended that the wages or salaries of certain personnel stationed at the Contractor's principal or other offices shall be included in the Cost of the Work, identify in Article 15, the personnel to be included, whether for all or only part of their time, and the rates at which their time will be charged to the Work.)*

§ 7.2.3 Wages and salaries of the Contractor's supervisory or administrative personnel engaged at factories, workshops or on the road, in expediting the production or transportation of materials or equipment required for the Work, but only for that portion of their time required for the Work.

§ 7.2.4 Costs paid or incurred by the Contractor for taxes, insurance, contributions, assessments and benefits required by law or collective bargaining agreements and, for personnel not covered by such agreements, customary benefits such as sick leave, medical and health benefits, holidays, vacations and pensions, provided such costs are based on wages and salaries included in the Cost of the Work under Sections 7.2.1 through 7.2.3.

§ 7.2.5 Bonuses, profit sharing, incentive compensation and any other discretionary payments paid to anyone hired by the Contractor or paid to any Subcontractor or vendor, with the Owner's prior approval.

### § 7.3 SUBCONTRACT COSTS
Payments made by the Contractor to Subcontractors in accordance with the requirements of the subcontracts.

**Init.**

**/**

AIA Document A102™ – 2007 (formerly A111™ – 1997). Copyright © 1920, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1978, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:37:16 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:                                                                                              (1432439157)

5

TR_00202

## § 7.4 COSTS OF MATERIALS AND EQUIPMENT INCORPORATED IN THE COMPLETED CONSTRUCTION

§ 7.4.1 Costs, including transportation and storage, of materials and equipment incorporated or to be incorporated in the completed construction.

§ 7.4.2 Costs of materials described in the preceding Section 7.4.1 in excess of those actually installed to allow for reasonable waste and spoilage. Unused excess materials, if any, shall become the Owner's property at the completion of the Work or, at the Owner's option, shall be sold by the Contractor. Any amounts realized from such sales shall be credited to the Owner as a deduction from the Cost of the Work.

## § 7.5 COSTS OF OTHER MATERIALS AND EQUIPMENT, TEMPORARY FACILITIES AND RELATED ITEMS

§ 7.5.1 Costs of transportation, storage, installation, maintenance, dismantling and removal of materials, supplies, temporary facilities, machinery, equipment and hand tools not customarily owned by construction workers that are provided by the Contractor at the site and fully consumed in the performance of the Work. Costs of materials, supplies, temporary facilities, machinery, equipment and tools that are not fully consumed shall be based on the cost or value of the item at the time it is first used on the Project site less the value of the item when it is no longer used at the Project site. Costs for items not fully consumed by the Contractor shall mean fair market value.

§ 7.5.2 Rental charges for temporary facilities, machinery, equipment and hand tools not customarily owned by construction workers that are provided by the Contractor at the site and costs of transportation, installation, minor repairs, dismantling and removal. The total rental cost of any Contractor-owned item may not exceed the purchase price of any comparable item. Rates of Contractor-owned equipment and quantities of equipment shall be subject to the Owner's prior approval.

§ 7.5.3 Costs of removal of debris from the site of the Work and its proper and legal disposal.

§ 7.5.4 Costs of document reproductions, facsimile transmissions and long-distance telephone calls, postage and parcel delivery charges, telephone service at the site and reasonable petty cash expenses of the site office.

§ 7.5.5 Costs of materials and equipment suitably stored off the site at a mutually acceptable location, subject to the Owner's prior approval.

## § 7.6 MISCELLANEOUS COSTS

§ 7.6.1 Premiums for that portion of insurance and bonds required by the Contract Documents that can be directly attributed to this Contract. Self-insurance for either full or partial amounts of the coverages required by the Contract Documents, with the Owner's prior approval.

§ 7.6.2 Sales, use or similar taxes imposed by a governmental authority that are related to the Work and for which the Contractor is liable.

§ 7.6.3 Fees and assessments for the building permit and for other permits, licenses and inspections for which the Contractor is required by the Contract Documents to pay.

§ 7.6.4 Fees of laboratories for tests required by the Contract Documents, except those related to defective or nonconforming Work for which reimbursement is excluded by Section 13.5.3 of AIA Document A201–2007 or by other provisions of the Contract Documents, and which do not fall within the scope of Section 7.7.3.

§ 7.6.5 Royalties and license fees paid for the use of a particular design, process or product required by the Contract Documents; the cost of defending suits or claims for infringement of patent rights arising from such requirement of the Contract Documents; and payments made in accordance with legal judgments against the Contractor resulting from such suits or claims and payments of settlements made with the Owner's consent. However, such costs of legal defenses, judgments and settlements shall not be included in the calculation of the Contractor's Fee or subject to the Guaranteed Maximum Price. If such royalties, fees and costs are excluded by the last sentence of Section 3.17 of AIA Document A201–2007 or other provisions of the Contract Documents, then they shall not be included in the Cost of the Work.

§ 7.6.6 Costs for electronic equipment and software, directly related to the Work with the Owner's prior approval.

**Init.**

**/**

AIA Document A102™ – 2007 (formerly A111™ – 1997). Copyright © 1920, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1978, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:37:16 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:                                                                                   (1432439157)

**6**

TR_00203

§ 7.6.7 Deposits lost for causes other than the Contractor's negligence or failure to fulfill a specific responsibility in the Contract Documents.

§ 7.6.8 Legal, mediation and arbitration costs, including attorneys' fees, other than those arising from disputes between the Owner and Contractor, reasonably incurred by the Contractor after the execution of this Agreement in the performance of the Work and with the Owner's prior approval, which shall not be unreasonably withheld.

§ 7.6.9 Subject to the Owner's prior approval, expenses incurred in accordance with the Contractor's standard written personnel policy for relocation and temporary living allowances of the Contractor's personnel required for the Work.

§ 7.6.10 That portion of the reasonable expenses of the Contractor's supervisory or administrative personnel incurred while traveling in discharge of duties connected with the Work.

## § 7.7 OTHER COSTS AND EMERGENCIES
§ 7.7.1 Other costs incurred in the performance of the Work if, and to the extent, approved in advance in writing by the Owner.

§ 7.7.2 Costs incurred in taking action to prevent threatened damage, injury or loss in case of an emergency affecting the safety of persons and property, as provided in Section 10.4 of AIA Document A201–2007.

§ 7.7.3 Costs of repairing or correcting damaged or nonconforming Work executed by the Contractor, Subcontractors or suppliers, provided that such damaged or nonconforming Work was not caused by negligence or failure to fulfill a specific responsibility of the Contractor and only to the extent that the cost of repair or correction is not recovered by the Contractor from insurance, sureties, Subcontractors, suppliers, or others.

## § 7.8 RELATED PARTY TRANSACTIONS
§ 7.8.1 For purposes of Section 7.8, the term "related party" shall mean a parent, subsidiary, affiliate or other entity having common ownership or management with the Contractor; any entity in which any stockholder in, or management employee of, the Contractor owns any interest in excess of ten percent in the aggregate; or any person or entity which has the right to control the business or affairs of the Contractor. The term "related party" includes any member of the immediate family of any person identified above.

§ 7.8.2 If any of the costs to be reimbursed arise from a transaction between the Contractor and a related party, the Contractor shall notify the Owner of the specific nature of the contemplated transaction, including the identity of the related party and the anticipated cost to be incurred, before any such transaction is consummated or cost incurred. If the Owner, after such notification, authorizes the proposed transaction, then the cost incurred shall be included as a cost to be reimbursed, and the Contractor shall procure the Work, equipment, goods or service from the related party, as a Subcontractor, according to the terms of Article 10. If the Owner fails to authorize the transaction, the Contractor shall procure the Work, equipment, goods or service from some person or entity other than a related party according to the terms of Article 10.

## ARTICLE 8    COSTS NOT TO BE REIMBURSED
§ 8.1 The Cost of the Work shall not include the items listed below:
- .1 Salaries and other compensation of the Contractor's personnel stationed at the Contractor's principal office or offices other than the site office, except as specifically provided in Section 7.2. or as may be provided in Article 15;
- .2 Expenses of the Contractor's principal office and offices other than the site office;
- .3 Overhead and general expenses, except as may be expressly included in Article 7;
- .4 The Contractor's capital expenses, including interest on the Contractor's capital employed for the Work;
- .5 Except as provided in Section 7.7.3 of this Agreement, costs due to the negligence or failure of the Contractor, Subcontractors and suppliers or anyone directly or indirectly employed by any of them or for whose acts any of them may be liable to fulfill a specific responsibility of the Contract;
- .6 Any cost not specifically and expressly described in Article 7; and
- .7 Costs, other than costs included in Change Orders approved by the Owner, that would cause the Guaranteed Maximum Price to be exceeded.

**Init.**

*/*

AIA Document A102™ – 2007 (formerly A111™ – 1997). Copyright © 1920, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1978, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:37:16 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:                                                                                          (1432430157)

7

TR_00204

## ARTICLE 9    DISCOUNTS, REBATES AND REFUNDS

§ 9.1 Cash discounts obtained on payments made by the Contractor shall accrue to the Owner if (1) before making the payment, the Contractor included them in an Application for Payment and received payment from the Owner, or (2) the Owner has deposited funds with the Contractor with which to make payments; otherwise, cash discounts shall accrue to the Contractor. Trade discounts, rebates, refunds and amounts received from sales of surplus materials and equipment shall accrue to the Owner, and the Contractor shall make provisions so that they can be obtained.

§ 9.2 Amounts that accrue to the Owner in accordance with the provisions of Section 9.1 shall be credited to the Owner as a deduction from the Cost of the Work.

## ARTICLE 10    SUBCONTRACTS AND OTHER AGREEMENTS

§ 10.1 Those portions of the Work that the Contractor does not customarily perform with the Contractor's own personnel shall be performed under subcontracts or by other appropriate agreements with the Contractor. The Owner may designate specific persons from whom, or entities from which, the Contractor shall obtain bids. The Contractor shall obtain bids from Subcontractors and from suppliers of materials or equipment fabricated especially for the Work and shall deliver such bids to the Architect. The Owner shall then determine, with the advice of the Contractor and the Architect, which bids will be accepted. The Contractor shall not be required to contract with anyone to whom the Contractor has reasonable objection.

§ 10.2 When a specific bidder (1) is recommended to the Owner by the Contractor; (2) is qualified to perform that portion of the Work; and (3) has submitted a bid that conforms to the requirements of the Contract Documents without reservations or exceptions, but the Owner requires that another bid be accepted, then the Contractor may require that a Change Order be issued to adjust the Guaranteed Maximum Price by the difference between the bid of the person or entity recommended to the Owner by the Contractor and the amount of the subcontract or other agreement actually signed with the person or entity designated by the Owner.

§ 10.3 Subcontracts or other agreements shall conform to the applicable payment provisions of this Agreement, and shall not be awarded on the basis of cost plus a fee without the prior consent of the Owner. If the Subcontract is awarded on a cost-plus a fee basis, the Contractor shall provide in the Subcontract for the Owner to receive the same audit rights with regard to the Subcontractor as the Owner receives with regard to the Contractor in Article 11, below.

§ 10.4 The Contractor shall be solely responsible for the acts and omissions of its employees, subcontractors, sub-subcontractors, suppliers and their agents and employees, and other persons or entities performing portions of the Work for or on behalf of the Contractor or any of its subcontractors.

## ARTICLE 11    ACCOUNTING RECORDS

The Contractor shall keep full and detailed records and accounts related to the cost of the Work and exercise such controls as may be necessary for proper financial management under this Contract and to substantiate all costs incurred. The accounting and control systems shall be satisfactory to the Owner. The Owner and the Owner's auditors shall, during regular business hours and upon reasonable notice, be afforded access to, and shall be permitted to audit and copy, the Contractor's records and accounts, including complete documentation supporting accounting entries, books, correspondence, instructions, drawings, receipts, subcontracts, Subcontractor's proposals, purchase orders, vouchers, memoranda and other data relating to this Contract. The Contractor shall preserve these records for a period of three years after final payment, or for such longer period as may be required by law.

## ARTICLE 12    PAYMENTS

§ 12.1 PROGRESS PAYMENTS

§ 12.1.1 Based upon Applications for Payment submitted to the Architect by the Contractor and Certificates for Payment issued by the Architect, the Owner shall make progress payments on account of the Contract Sum to the Contractor as provided below and elsewhere in the Contract Documents.

§ 12.1.2 The period covered by each Application for Payment shall be one calendar month ending on the last day of the month, or as follows:

N/A

**Init.**

**/**

AIA Document A102™ – 2007 (formerly A111™ – 1997). Copyright © 1920, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1978, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:37:16 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:                                                                                                    (1432432457)

8

§ 12.1.3 Provided that an Application for Payment is received by the Architect not later than the 1st day of a month, the Owner shall make payment of the certified amount to the Contractor not later than the 30th day of the same month. If an Application for Payment is received by the Architect after the application date fixed above, payment shall be made by the Owner not later than Thirty ( 30 ) days after the Architect receives the Application for Payment. *(Federal, state or local laws may require payment within a certain period of time.)*

§ 12.1.4 With each Application for Payment, the Contractor shall submit payrolls, petty cash accounts, receipted invoices or invoices with check vouchers attached, and any other evidence required by the Owner or Architect to demonstrate that cash disbursements already made by the Contractor on account of the Cost of the Work equal or exceed (1) progress payments already received by the Contractor; less (2) that portion of those payments attributable to the Contractor's Fee; plus (3) payrolls for the period covered by the present Application for Payment.

§ 12.1.5 Each Application for Payment shall be based on the most recent schedule of values submitted by the Contractor in accordance with the Contract Documents. The schedule of values shall allocate the entire Guaranteed Maximum Price among the various portions of the Work, except that the Contractor's Fee shall be shown as a single separate item. The schedule of values shall be prepared in such form and supported by such data to substantiate its accuracy as the Architect may require. This schedule, unless objected to by the Architect, shall be used as a basis for reviewing the Contractor's Applications for Payment.

§ 12.1.6 Applications for Payment shall show the percentage of completion of each portion of the Work as of the end of the period covered by the Application for Payment. The percentage of completion shall be the lesser of (1) the percentage of that portion of the Work which has actually been completed; or (2) the percentage obtained by dividing (a) the expense that has actually been incurred by the Contractor on account of that portion of the Work for which the Contractor has made or intends to make actual payment prior to the next Application for Payment by (b) the share of the Guaranteed Maximum Price allocated to that portion of the Work in the schedule of values.

§ 12.1.7 Subject to other provisions of the Contract Documents, the amount of each progress payment shall be computed as follows:

.1    Take that portion of the Guaranteed Maximum Price properly allocable to completed Work as determined by multiplying the percentage of completion of each portion of the Work by the share of the Guaranteed Maximum Price allocated to that portion of the Work in the schedule of values. Pending final determination of cost to the Owner of changes in the Work, amounts not in dispute shall be included as provided in Section 7.3.9 of AIA Document A201–2007;

.2    Add that portion of the Guaranteed Maximum Price properly allocable to materials and equipment delivered and suitably stored at the site for subsequent incorporation in the Work, or if approved in advance by the Owner, suitably stored off the site at a location agreed upon in writing;

.3    Add the Contractor's Fee, less retainage of Ten percent ( 10.00 %).The Contractor's Fee shall be computed upon the Cost of the Work at the rate stated in Section 5.1.1 or, if the Contractor's Fee is stated as a fixed sum in that Section, shall be an amount that bears the same ratio to that fixed-sum fee as the Cost of the Work bears to a reasonable estimate of the probable Cost of the Work upon its completion;

.4    Subtract retainage of Ten percent ( 10.00 %) from that portion of the Work that the Contractor self-performs;

.5    Subtract the aggregate of previous payments made by the Owner;

.6    Subtract the shortfall, if any, indicated by the Contractor in the documentation required by Section 12.1.4 to substantiate prior Applications for Payment, or resulting from errors subsequently discovered by the Owner's auditors in such documentation; and

.7    Subtract amounts, if any, for which the Architect has withheld or nullified a Certificate for Payment as provided in Section 9.5 of AIA Document A201–2007.

§ 12.1.8 The Owner and the Contractor shall agree upon a (1) mutually acceptable procedure for review and approval of payments to Subcontractors and (2) the percentage of retainage held on Subcontracts, and the Contractor shall execute subcontracts in accordance with those agreements.

§ 12.1.9 In taking action on the Contractor's Applications for Payment, the Architect shall be entitled to rely on the accuracy and completeness of the information furnished by the Contractor and shall not be deemed to represent that the Architect has made a detailed examination, audit or arithmetic verification of the documentation submitted in

**Init.**

**/**

AIA Document A102™ – 2007 (formerly A111™ – 1997). Copyright © 1920, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1978, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:37:16 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:

9

TR_00206

accordance with Section 12.1.4 or other supporting data; that the Architect has made exhaustive or continuous on-site inspections; or that the Architect has made examinations to ascertain how or for what purposes the Contractor has used amounts previously paid on account of the Contract. Such examinations, audits and verifications, if required by the Owner, will be performed by the Owner's auditors acting in the sole interest of the Owner.

### § 12.2 FINAL PAYMENT
§ 12.2.1 Final payment, constituting the entire unpaid balance of the Contract Sum, shall be made by the Owner to the Contractor when

 .1 the Contractor has fully performed the Contract except for the Contractor's responsibility to correct Work as provided in Section 12.2.2 of AIA Document A201–2007, and to satisfy other requirements, if any, which extend beyond final payment;

 .2 the Contractor has submitted a final accounting for the Cost of the Work and a final Application for Payment; and

 .3 a final Certificate for Payment has been issued by the Architect.

§ 12.2.2 The Owner's auditors will review and report in writing on the Contractor's final accounting within 30 days after delivery of the final accounting to the Architect by the Contractor. Based upon such Cost of the Work as the Owner's auditors report to be substantiated by the Contractor's final accounting, and provided the other conditions of Section 12.2.1 have been met, the Architect will, within seven days after receipt of the written report of the Owner's auditors, either issue to the Owner a final Certificate for Payment with a copy to the Contractor, or notify the Contractor and Owner in writing of the Architect's reasons for withholding a certificate as provided in Section 9.5.1 of the AIA Document A201–2007. The time periods stated in this Section 12.2.2 supersede those stated in Section 9.4.1 of the AIA Document A201–2007. The Architect is not responsible for verifying the accuracy of the Contractor's final accounting.

§ 12.2.3 If the Owner's auditors report the Cost of the Work as substantiated by the Contractor's final accounting to be less than claimed by the Contractor, the Contractor shall be entitled to request mediation of the disputed amount without seeking an initial decision pursuant to Section 15.2 of A201–2007. A request for mediation shall be made by the Contractor within 30 days after the Contractor's receipt of a copy of the Architect's final Certificate for Payment. Failure to request mediation within this 30-day period shall result in the substantiated amount reported by the Owner's auditors becoming binding on the Contractor. Pending a final resolution of the disputed amount, the Owner shall pay the Contractor the amount certified in the Architect's final Certificate for Payment.

§ 12.2.4 The Owner's final payment to the Contractor shall be made no later than 30 days after the issuance of the Architect's final Certificate for Payment, or as follows:

N/A

§ 12.2.5 If, subsequent to final payment and at the Owner's request, the Contractor incurs costs to correct defective or nonconforming Work, the Contractor shall be responsible for such Costs.

### ARTICLE 13 DISPUTE RESOLUTION
### § 13.1 INITIAL DECISION MAKER
The Architect will serve as Initial Decision Maker pursuant to Section 15.2 of AIA Document A201–2007, unless the parties appoint below another individual, not a party to the Agreement, to serve as Initial Decision Maker.
*(If the parties mutually agree, insert the name, address and other contact information of the Initial Decision Maker, if other than the Architect.)*

### § 13.2 BINDING DISPUTE RESOLUTION
For any Claim subject to, but not resolved by mediation pursuant to Section 15.3 of AIA Document A201–2007, the method of binding dispute resolution shall be as follows:

Init.

/

AIA Document A102™ – 2007 (formerly A111™ – 1997). Copyright © 1920, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1978, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:37:16 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes: (1432439157)

10

TR_00207

*(Check the appropriate box. If the Owner and Contractor do not select a method of binding dispute resolution below, or do not subsequently agree in writing to a binding dispute resolution method other than litigation, Claims will be resolved by litigation in a court of competent jurisdiction.)*

> [ ]    Arbitration pursuant to Section 15.4 of AIA Document A201–2007
>
> [ ]    Litigation in a court of competent jurisdiction
>
> [ X ]    Other *(Specify)*
>
> The parties agree to waive their right to a jury trial as to any and all issues, and agree that a judge, sitting without a jury, in Bexar County, Texas, may decide all issues.

## ARTICLE 14    TERMINATION OR SUSPENSION

§ 14.1 Subject to the provisions of Section 14.2 below, the Contract may be terminated by the Owner or the Contractor as provided in Article 14 of AIA Document A201–2007.

§ 14.2 If the Owner terminates the Contract for cause as provided in Article 14 of AIA Document A201–2007, the amount, if any, to be paid to the Contractor under Section 14.2.4 of AIA Document A201–2007 shall not cause the Guaranteed Maximum Price to be exceeded, nor shall it exceed an amount calculated as follows:
- .1    Take the Cost of the Work incurred by the Contractor to the date of termination;
- .2    Add the Contractor's Fee computed upon the Cost of the Work to the date of termination at the rate stated in Section 5.1.1 or, if the Contractor's Fee is stated as a fixed sum in that Section, an amount that bears the same ratio to that fixed-sum Fee as the Cost of the Work at the time of termination bears to a reasonable estimate of the probable Cost of the Work upon its completion; and
- .3    Subtract the aggregate of previous payments made by the Owner.

§ 14.3 The Owner shall also pay the Contractor fair compensation, either by purchase or rental at the election of the Owner, for any equipment owned by the Contractor that the Owner elects to retain and that is not otherwise included in the Cost of the Work under Section 14.2.1. To the extent that the Owner elects to take legal assignment of subcontracts and purchase orders (including rental agreements), the Contractor shall, as a condition of receiving the payments referred to in this Article 14, execute and deliver all such papers and take all such steps, including the legal assignment of such subcontracts and other contractual rights of the Contractor, as the Owner may require for the purpose of fully vesting in the Owner the rights and benefits of the Contractor under such subcontracts or purchase orders.

§ 14.4 The Work may be suspended by the Owner as provided in Article 14 of AIA Document A201–2007; in such case, the Guaranteed Maximum Price and Contract Time shall be increased as provided in Section 14.3.2 of AIA Document A201–2007, except that the term "profit" shall be understood to mean the Contractor's Fee as described in Sections 5.1.1 and Section 6.4 of this Agreement.

## ARTICLE 15    MISCELLANEOUS PROVISIONS

§ 15.1 Where reference is made in this Agreement to a provision of AIA Document A201–2007 or another Contract Document, the reference refers to that provision as amended or supplemented by other provisions of the Contract Documents.

§ 15.2 Payments due and unpaid under the Contract shall bear interest from the date payment is due at the rate stated below, or in the absence thereof, at the legal rate prevailing from time to time at the place where the Project is located. *(Insert rate of interest agreed upon, if any.)*

1.00 % per annum

§ 15.3 The Owner's representative:
*(Name, address and other information)*

Thomas Pittman
10067 Jones Maltsberger
San Antonio, TX 78216

**Init.**

**/**

AIA Document A102™ – 2007 (formerly A111™ – 1997). Copyright © 1920, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1978, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:37:16 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:    (1432439157)

**11**

Telephone Number: 210-384-5892
Fax Number: 210-262-1686
Mobile Number: 210-262-1686
Email Address: tpittman@lewisenergy.com

§ 15.4 The Contractor's representative:
*(Name, address and other information)*

Jack Green
17 Scenic Loop Rd.
Boerne, TX 78006
Telephone Number: 830-981-5943
Fax Number: 830-981-5308
Mobile Number: 210-789-1898
Email Address: jgreen@sbsworld.net

§ 15.5 Neither the Owner's nor the Contractor's representative shall be changed without ten days' written notice to the other party.

§ 15.6 Other provisions:

§ 15.7 The Contractor shall prevent any liens or bond claims from being filed against the Project and shall immediately remove or satisfy any lien or bond claims that may be filed. Contractor shall fully indemnify and save Owner and the Project harmless from and against all liability of any kind whatsoever for claims and liens for labor performed or materials used or supplied by the Contractor, any subcontractor or supplier of any tier in any way related to the Project, including without limitation any and all costs and expenses for attorneys' and other professional fees and all incidental or consequential damages, losses, demands, liabilities and damages, whether at law or in equity, sustained by Owner, or for which Owner may be liable to any third party.

## ARTICLE 16   ENUMERATION OF CONTRACT DOCUMENTS

§ 16.1 The Contract Documents, except for Modifications issued after execution of this Agreement, are enumerated in the sections below.

§ 16.1.1 The Agreement is this executed AIA Document A102–2007, Standard Form of Agreement Between Owner and Contractor.

§ 16.1.2 The General Conditions are AIA Document A201–2007, General Conditions of the Contract for Construction.

§ 16.1.3 The Supplementary and other Conditions of the Contract:

| Document | Title | Date | Pages |
|---|---|---|---|
| | | | |

§ 16.1.4 The Specifications:
*(Either list the Specifications here or refer to an exhibit attached to this Agreement.)*

| Section | Title | Date | Pages |
|---|---|---|---|
| | | | |

§ 16.1.5 The Drawings:
*(Either list the Drawings here or refer to an exhibit attached to this Agreement.)*

**Init.**

**/**

AIA Document A102™ – 2007 (formerly A111™ – 1997). Copyright © 1920, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1978, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:37:16 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:                                                                                                                    (1432424

**12**

TR_00209

| Number | Title | Date |
|--------|-------|------|
| A 200 | Floor Plan | 01/03/2012 |
| A 300 | Sections | 01/03/2012 |
| A 400 | Elevations | 01/03/2012 |
| A 700 | Elevations | 01/03/2012 |
| SD 2 | Exterior Perspectives | 01/03/2012 |
| SD 3 | Interior Perspectives | 01/03/2012 |
| S-1 | Structural Plan | 04/03/2012 |
| S-2 | Structural Plan | 04/03/2012 |
| S-3 | Structural Plan | 04/03/2012 |
| S-4 | Structural Plan | 04/03/2012 |
| S-5 | Structural Plan | 04/03/2012 |
| S-6 | Structural Plan | 04/03/2012 |
| S-7 | Structural Plan | 04/03/2012 |
| SD-1 | Structural Plan | 04/03/2012 |
| E001 | Electrical Notes | 03/16/2012 |
| E101 | First Floor – Lighting | 03/16/2012 |
| E102 | Second Floor – Lighting | 03/16/2012 |
| E201 | First Floor – Power | 03/16/2012 |
| E202 | Second Floor – Power | 03/16/2012 |
| E301 | Riser Diagram | 03/16/2012 |
| M100 | Mechanical Notes | 03/16/2012 |
| M101 | Floor Plan – HVAC | 03/16/2012 |
| M201 | HVAC Details | 03/16/2012 |
| P100 | Plumbing Notes | 03/16/2012 |
| P101 | Below Floor Plan – Plumbing | 03/16/2012 |
| P102 | Floor Plan – Plumbing | 03/16/2012 |
| P201 | Plumbing Details | 03/16/2012 |
| P301 | Assembly Drawing – Plumbing | 03/16/2012 |

**§ 16.1.6** The Addenda, if any:

| Number | Date | Pages |
|--------|------|-------|
| N/A | | |

Portions of Addenda relating to bidding requirements are not part of the Contract Documents unless the bidding requirements are also enumerated in this Article 16.

**§ 16.1.7** Additional documents, if any, forming part of the Contract Documents:

    **.1** AIA Document E201™–2007, Digital Data Protocol Exhibit, if completed by the parties, or the following:

    **.2** Other documents, if any, listed below:
*(List here any additional documents that are intended to form part of the Contract Documents. AIA Document A201–2007 provides that bidding requirements such as advertisement or invitation to bid, Instructions to Bidders, sample forms and the Contractor's bid are not part of the Contract Documents unless enumerated in this Agreement. They should be listed here only if intended to be part of the Contract Documents.)*

Project Cost Proposal - Dated April 13, 2012
Schedule of Values - Dated May 3, 2012

**Init.**

**/**

AIA Document A102™ – 2007 (formerly A111™ – 1997). Copyright © 1920, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1978, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:37:16 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:

**13**

TR_00210

## ARTICLE 17   INSURANCE AND BONDS

The Contractor shall purchase and maintain insurance and provide bonds as set forth in Article 11 of AIA Document A201–2007.

*(State bonding requirements, if any, and limits of liability for insurance required in Article 11 of AIA Document A201–2007.)*

| Type of insurance or bond | Limit of liability or bond amount ($0.00) |
| --- | --- |
| | |

This Agreement entered into as of the day and year first written above.

**OWNER** *(Signature)*                                    **CONTRACTOR** *(Signature)*

Rod Lewis, Owner

David L. Morgan, Executive Vice President / Chief Operating Officer

*(Printed name and title)*                                    *(Printed name and title)*

**Init.**

**/**

AIA Document A102™ – 2007 (formerly A111™ – 1997). Copyright © 1920, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1978, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 20:06:45 on 05/16/2012 under Order No.1283698219_1 which expires on 12/08/2012, and is not for resale.
User Notes:                                                                                      (1466781286)

**15**

TR_00212

# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT 16

# EXHIBIT 16

# SBS-TR-BAR CONTRACT
# ADDITIONS AND DELETIONS

## Additions and Deletions Report for
## AIA® Document A102™ – 2007

This Additions and Deletions Report, as defined on page 1 of the associated document, reproduces below all text the author has added to the standard form AIA document in order to complete it, as well as any text the author may have added to or deleted from the original AIA text. Added text is shown underlined. Deleted text is indicated with a horizontal line through the original AIA text.

Note: This Additions and Deletions Report is provided for information purposes only and is not incorporated into or constitute any part of the associated AIA document. This Additions and Deletions Report and its associated document were generated simultaneously by AIA software at 16:37:16 on 05/18/2012.

### PAGE 1

AGREEMENT made as of the Seventeenth day of May in the year Two Thousand Twelve

...

Tri-Bar Ranch Company, Ltd.
10101 Reunion Place, Ste. 1000
San Antonio, TX 78216
Telephone Number: 210-384-5892
Fax Number: 210-373-0823

...

David L. Morgan, Select Building Systems, Inc.
17 Scenic Loop Rd.
Boerne, TX 78006
Telephone Number: 830-981-5929
Fax Number: 830-981-5308

...

Los Cerritos Hanger
County Road 410
Uvalde, TX
12,800 SF hanger with a 10,000 SF adjacent taxiway

...

John Grable, FAIA, John Grable Architects, Inc.
222 Austin Highway
San Antonio, TX 78209
Telephone Number: 210-820-3332
Fax Number: 210-820-3334

### PAGE 3

All work shall be performed by Contractor as an independent contractor and not as an agent, employee or partner of Owner. Any instruction or direction by Owner with respect to the Work shall be deemed to relate to the results the Owner desires to obtain from the Work, and shall in no way affect Contractor's status as an independent contractor as described herein.

...

Additions and Deletions Report for AIA Document A102™ – 2007 (formerly A111™ – 1997). Copyright © 1920, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1978, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:37:16 on 05/18/2012 under Order No.3477186118_1 which expires on 05/17/2013, and is not for resale.
User Notes:

TR_00213

N/A

...

CONTRACT TIME:   Contractor shall at all times diligently, continuously and with all possible speed prosecute the Work in accordance with the General Conditions, and consistent with approved construction practices, so as to achieve Final Completion of the Work on or before the 7th day of December, 2012.

The period selected above shall constitute the "Contract Time" for this Agreement. *Contractor acknowledges and agrees that time is of the essence in the performance of Contractor's duties under this Agreement.*

The Contractor shall achieve Substantial Completion of the entire Work not later than December 07, 2012.

...

        N/A                              N/A

...

NONE

...

§ 5.1 The In return for the timely and proper performance of the Work in the manner required by the Contract Documents, the Owner shall pay the Contractor the Contract Sum in current funds for the Contractor's performance of the Contract. The Contract Sum is the Cost of the Work as defined in Article 7 plus the Contractor's Fee.

...

Eight Percent (8%)

...

Changes in the Scope of Work shall include a fee of 8%.

PAGE 4

§ 5.1.4 Rental rates for Contractor-owned equipment shall not exceed Zero percent ( 0.00 %) of the standard rate paid at the place of the Project.

...

        N/A                              N/A                              N/A

...

§ 5.2.1 The Contract Sum is guaranteed by the Contractor not to exceed One Million Two Hundred Twenty-six Thousand Seventy-four Dollars and Zero Cents ($ 1,226,074.00 ), subject to additions and deductions by Change Order as provided in the Contract Documents. Such maximum sum is referred to in the Contract Documents as the Guaranteed Maximum Price. Costs which would cause the Guaranteed Maximum Price to be exceeded shall be paid by the Contractor without reimbursement by the Owner.

...

Savings shall be split 70% to the Owner and 30% to the Contractor.

...

Additions and Deletions Report for AIA Document A102™ – 2007 (formerly A111™ – 1997). Copyright © 1920, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1978, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:37:18 on 05/18/2012 under Order No.34771601 18_1 which expires on 05/17/2013, and is not for resale.
User Notes:                                                                                                            (1423444444-

TR_00214

The following Alternates have NOT been accepted at the time of the execution of this Contract and are therefore NOT included in the Guaranteed Maximum Price:
Alternate 1: Additional Site Paving of 7,352 sf (including 8% fee) = $33,048.00
Alternate 2: Use of ply boo dex decking in lieu of cedar planking (including 8% fee) = $26,466.00

...

        NONE                           N/A

...

Site Work By Owner
Utility, Permit and other related Fees are excluded.
Architectural and Engineering Fees are excluded.
Security Access Systems, Excavation & Grading, Testing & Laboratories are By Owner.
Landscaping and Irrigation are excluded.
Gas Service to the building is excluded.
Fire Sprinkler System is excluded.
Smoke Detection and Fire Alarm are excluded.

**PAGE 8**

§ 10.4 The Contractor shall be solely responsible for the acts and omissions of its employees, subcontractors, sub-subcontractors, suppliers and their agents and employees, and other persons or entities performing portions of the Work for or on behalf of the Contractor or any of its subcontractors.

---

N/A

§ 12.1.3 Provided that an Application for Payment is received by the Architect not later than the 1st day of a month, the Owner shall make payment of the certified amount to the Contractor not later than the 30th day of the same month. If an Application for Payment is received by the Architect after the application date fixed above, payment shall be made by the Owner not later than Thirty ( 30 ) days after the Architect receives the Application for Payment.

**PAGE 9**

    .3   Add the Contractor's Fee, less retainage of Ten percent ( 10.00 %).The Contractor's Fee shall be
         computed upon the Cost of the Work at the rate stated in Section 5.1.1 or, if the Contractor's Fee is
         stated as a fixed sum in that Section, shall be an amount that bears the same ratio to that fixed-sum fee
         as the Cost of the Work bears to a reasonable estimate of the probable Cost of the Work upon its
         completion;
    .4   Subtract retainage of Ten percent ( 10.00 %) from that portion of the Work that the Contractor
         self-performs;

**PAGE 10**

N/A

§ 12.2.5 If, subsequent to final payment and at the Owner's request, the Contractor incurs costs described in Article 7 and not excluded by Article 8 to correct defective or nonconforming Work, the Owner shall reimburse the Contractor such costs and the Contractor's Fee applicable thereto on the same basis as if such costs had been incurred prior to final payment, but not in excess of the Guaranteed Maximum Price. If the Contractor has participated in savings as provided in Section 5.2, the amount of such savings shall be recalculated and appropriate credit given to the Owner in determining the net amount to be paid by the Owner to the Contractor. Contractor shall be responsible for such Costs.

Additions and Deletions Report for AIA Document A102™ – 2007 (formerly A111™ – 1997). Copyright © 1920, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1978, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:37:16 on 06/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:

3

**TR_00215**

PAGE 11

[ X ]    Other *(Specify)*

The parties agree to waive their right to a jury trial as to any and all issues, and agree that a judge, sitting without a jury, in Bexar County, Texas, may decide all issues.

...

1.00 % per annum

...

Thomas Pittman
10067 Jones Maltsberger
San Antonio, TX 78216
Telephone Number: 210-384-5892
Fax Number: 210-262-1686
Mobile Number: 210-262-1686
Email Address: tpittman@lewisenergy.com

PAGE 12

Jack Green
17 Scenic Loop Rd.
Boerne, TX 78006
Telephone Number: 830-981-5943
Fax Number: 830-981-5308
Mobile Number: 210-789-1898
Email Address: jgreen@sbsworld.net

...

§ 15.7  The Contractor shall prevent any liens or bond claims from being filed against the Project and shall immediately remove or satisfy any lien or bond claims that may be filed. Contractor shall fully indemnify and save Owner and the Project harmless from and against all liability of any kind whatsoever for claims and liens for labor performed or materials used or supplied by the Contractor, any subcontractor or supplier of any tier in any way related to the Project, including without limitation any and all costs and expenses for attorneys' and other professional fees and all incidental or consequential damages, losses, demands, liabilities and damages, whether at law or in equity, sustained by Owner, or for which Owner may be liable to any third party.

PAGE 13

| | | |
|---|---|---|
| A 200 | Floor Plan | 01/03/2012 |
| A 300 | Sections | 01/03/2012 |
| A 400 | Elevations | 01/03/2012 |
| A 700 | Elevations | 01/03/2012 |
| SD 2 | Exterior Perspectives | 01/03/2012 |
| SD 3 | Interior Perspectives | 01/03/2012 |
| S-1 | Structural Plan | 04/03/2012 |
| S-2 | Structural Plan | 04/03/2012 |
| S-3 | Structural Plan | 04/03/2012 |
| S-4 | Structural Plan | 04/03/2012 |
| S-5 | Structural Plan | 04/03/2012 |
| S-6 | Structural Plan | 04/03/2012 |

Additions and Deletions Report for AIA Document A102™ – 2007 (formerly A111™ – 1997). Copyright © 1920, 1926, 1951, 1958, 1961, 1963, 1967, 1974, 1978, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 10:37:16 on 05/16/2012 under Order No.3477160119_1 which expires on 03/17/2013, and is not for resale.
User Notes:

TR_00216

| | | |
|---|---|---|
| S-7 | Structural Plan | 04/03/2012 |
| SD-1 | Structural Plan | 04/03/2012 |
| E001 | Electrical Notes | 03/16/2012 |
| E101 | First Floor – Lighting | 03/16/2012 |
| E102 | Second Floor – Lighting | 03/16/2012 |
| E201 | First Floor – Power | 03/16/2012 |
| E202 | Second Floor – Power | 03/16/2012 |
| E301 | Riser Diagram | 03/16/2012 |
| M100 | Mechanical Notes | 03/16/2012 |
| M101 | Floor Plan – HVAC | 03/16/2012 |
| M201 | HVAC Details | 03/16/2012 |
| P100 | Plumbing Notes | 03/16/2012 |
| P101 | Below Floor Plan – Plumbing | 03/16/2012 |
| P102 | Floor Plan – Plumbing | 03/16/2012 |
| P201 | Plumbing Details | 03/16/2012 |
| P301 | Assembly Drawing – Plumbing | 03/16/2012 |

N/A

Project Cost Proposal - Dated April 13, 2012
Schedule of Values - Dated May 3, 2012

PAGE 14

Rod Lewis, Owner

David L. Morgan, Executive Vice President / Chief Operating Officer

Additions and Deletions Report for AIA Document A102™ – 2007 (formerly A111™ – 1997). Copyright © 1920, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1978, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:37:16 on 05/18/2012 under Order No.3477165119_1 which expires on 05/17/2013, and is not for resale.
User Notes:

TR_00217

# Additions and Deletions Report for
## AIA® Document A102™ – 2007

This Additions and Deletions Report, as defined on page 1 of the associated document, reproduces below all text the author has added to the standard form AIA document in order to complete it, as well as any text the author may have added to or deleted from the original AIA text. Added text is shown underlined. Deleted text is indicated with a horizontal line through the original AIA text.

Note: This Additions and Deletions Report is provided for information purposes only and is not incorporated into or constitute any part of the associated AIA document. This Additions and Deletions Report and its associated document were generated simultaneously by AIA software at 20:06:45 on 05/16/2012.

PAGE 1

AGREEMENT made us of the Seventeenth day of May in the year Two Thousand Twelve

...

Rod Lewis, Tri-Bar Ranch Company, Ltd.
10101 Reunion Place, Ste. 1000
San Antonio, TX 78216
Telephone Number: 210-384-5892
Fax Number: 210-375-0923

...

David L. Morgan, Select Building Systems, Inc.
17 Scenic Loop Rd.
Boerne, TX 78006
Telephone Number: 830-981-5929
Fax Number: 830-981-5308

...

Los Cerritos/ Hanger
County Road 410
Uvalde, TX
12,000 SF hanger with a 10,000 SF adjacent taxiway

...

John Grable, FAIA, John Grable Architects, Inc.
222 Austin Highway
San Antonio, TX 78209
Telephone Number: 210-820-3332
Fax Number: 210-820-3334

PAGE 3

All work shall be performed by Contractor as an independent contractor and not as an agent, employee or partner of Owner. Any instruction or direction by Owner with respect to the Work shall be deemed to relate to the results the Owner desires to obtain from the Work, and shall in no way affect Contractor's status as an independent contractor as described herein.

...

Additions and Deletions Report for AIA Document A102™ – 2007 (formerly A111™ – 1997). Copyright © 1920, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1978, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 20:06:45 on 05/16/2012 under Order No. 1293003210_1 which expires on 12/08/2012, and is not for resale.
User Notes:

TR_00218

N/A.

...

CONTRACT TIME:   Contractor shall at all times diligently, continuously and with all possible speed prosecute the Work in accordance with the General Conditions, and consistent with approved construction practices, so as to achieve Final Completion of the Work on or before the 7th. day of December, 2012.

The period selected above shall constitute the "Contract Time" for this Agreement. Contractor acknowledges and agrees that time is of the essence in the performance of Contractor's duties under this Agreement.

The Contractor shall achieve Substantial Completion of the entire Work not later than December 07, 2012.

...

N/A                              N/A

...

NONE

...

Eight Percent (8%)

...

Changes in the Scope of Work which do not extend the completion date shall include a fee of 8%. Changes in the Scope of Work which extend the completion date shall include a fee of 14%.

PAGE 4

N/A                    N/A.                   N/A.

...

§ 5.2.1 The Contract Sum is guaranteed by the Contractor not to exceed One Million Two Hundred Twenty-six Thousand Seventy-four Dollars and Zero Cents ($ 1,226,074.00 ), subject to additions and deductions by Change Order as provided in the Contract Documents. Such maximum sum is referred to in the Contract Documents as the Guaranteed Maximum Price. Costs which would cause the Guaranteed Maximum Price to be exceeded shall be paid by the Contractor without reimbursement by the Owner.

...

Savings shall be split 70% to the Owner and 30% to the Contractor.

...

The following Alternates have NOT been accepted at the time of the execution of this Contract and are therefore NOT included in the Guaranteed Maximum Price:
Alternate 1: Additional Site Paving of 7,332 sf (including 8% fee)   $13,048.00
Alternate 2: Use of Ipe boo dex decking in lieu of cedar planking (including 8% fee) = $26,465.00

...

NONE                    N/A

Additions and Deletions Report for AIA Document A102™ – 2007 formerly A111™ – 1997. Copyright © 1920, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1978, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 10:00:00 on 00/00/0000 under Order No.0000000000_1 which expires on 12/00/2012, and is not for resale.
User Notes:

TR_00219

Site Work By Owner
Utility, Permit and other related Fees are excluded.
Architectural and Engineering Fees are excluded.
Security Access Systems, Excavation & Grading, Testing & Laboratories are By Owner.
Landscaping and Irrigation are excluded.
Gas Service to the building is excluded.
Fire Sprinkler System is excluded.
Smoke Detection and Fire Alarm are excluded.

**PAGE 8**

§ 10.1 The Contractor shall be solely responsible for the acts and omissions of its employees, subcontractors, sub-subcontractors, suppliers and their agents and employees, and other persons or entities performing portions of the Work for or on behalf of the Contractor or any of its subcontractors.

N/A

§ 12.1.3 Provided that an Application for Payment is received by the Architect not later than the 1st day of a month, the Owner shall make payment of the certified amount to the Contractor not later than the 15th day of the same month. If an Application for Payment is received by the Architect after the application date fixed above, payment shall be made by the Owner not later than Fifteen ( 15 ) days after the Architect receives the Application for Payment.

**PAGE 9**

.3     Add the Contractor's Fee, less retainage of Ten percent ( 10.00 %). The Contractor's Fee shall be computed upon the Cost of the Work at the rate stated in Section 5.1.1 or, if the Contractor's Fee is stated as a fixed sum in that Section, shall be an amount that bears the same ratio to that fixed-sum fee as the Cost of the Work bears to a reasonable estimate of the probable Cost of the Work upon its completion;

.4     Subtract retainage of Ten percent ( 10.00 %) from that portion of the Work that the Contractor self-performs;

**PAGE 10**

N/A

**PAGE 11**

[ X ]   Other (Specify)

The parties agree to waive their right to a jury trial as to any and all issues, and agree that a Judge, sitting without a jury, may decide all issues.

7.00 % per annum

**PAGE 12**

Thomas Pittman
10067 Jones Maltsberger
San Antonio, TX 78216

Additions and Deletions Report for AIA Document A102™ – 2007 (formerly A111™ – 1997). Copyright © 1920, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1978, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 13:00:00 on 09/18/2012 under Order No. 1234567890_1 which expires on 12/09/2012, and is not for resale.
User Notes:

3

TR_00220

Telephone Number: 210-384-5892
Fax Number: 210-262-1688
Mobile Number: 210-262-1686
Email Address: tmitman@lewisenergy.com


Jack Green
17 Saddle Long Rd.
Boerne, TX 78006
Telephone Number: 830-981-5243
Fax Number: 830-981-5108
Mobile Number: 210-789-1898
Email Address: jgreen@stxwwld.net

§ 15.7 Contractor shall promptly correct all Work rejected by the Owner and/or its architect, if any, for its failing to conform to the requirements of the Contract Documents within a commercially reasonable period of time of no more than five (5) days from Owner's notice of same. The costs of correcting such rejected Work, including additional testing and inspections, shall be at the Contractor's expense. If the Owner rejects any Work that conforms to the Contract Documents, the Owner shall pay all Costs and Fees associating with correcting, changing, removing or remodeling such rejected Work, including additional testing and inspections, all of which will be paid by the Owner.

§ 15.8 Owner shall not be liable to Contractor in any manner whatsoever for any delay from cause beyond Owner's sole and exclusive control. No payment or compensation of any kind shall be due to the Contractor for damages of any kind arising from any delay by Owner or others in the commencement, progress or completion of the Work. If Contractor is delayed in the performance of the Work by any act or delay caused by the Owner, Architect, or by Owner's other contractors performing work or services excluded under 1.2.1, the Substantial Completion Date shall be extended by the number of days associated with such delay.

§ 15.9 The Contractor shall prevent any liens or bond claims from being filed against the Project and shall immediately remove or satisfy any lien or bond claims that may be filed. Contractor shall fully indemnify and save Owner and the Project harmless from and against all liability of any kind whatsoever for claims and liens for labor performed or materials used or supplied by the Contractor and subcontractor or supplier of any tier in any way related to the Project, including without limitation any and all costs and expenses for attorney's and other professional fees and all incidental or consequential damages, losses, demands, liabilities and damages whether at law or in equity, sustained by Owner, or for which Owner may be liable to any third party.

§ 15.10 Without limiting Owner's other rights and remedies hereunder, payments otherwise due Contractor may be withheld on account of defective work not remedied, claims filed, reasonable evidence indicating probability of filing claims, failure of Contractor to make payments to others, or a reasonable doubt that the Work can be completed for the balance then unpaid or within the time set forth in the Contract Documents.

§ 15.11 The Work performed by Contractor shall be at the exclusive risk of Contractor. To the fullest extent permitted by applicable law, Contractor shall and does agree to indemnify, protect, defend, and hold forever harmless the Owner, affiliated companies of Owner and the officers, directors, owners, shareholders, employees and agents thereof (collectively the "Indemnitees") from and against all claims, damages, losses, liens, causes of action, suits, judgments, and expenses, including attorneys' and other professional fees, of any nature, kind or description of any person or entity, directly or indirectly arising out of, caused by, or resulting from (in whole or in part), (a) the Work performed hereunder, or any part thereof, or (b) any act or omission of the Contractor, any subcontractor, anyone directly or indirectly employed by them, or anyone that they control or exercise control over (collectively "the Liabilities"). THE OBLIGATIONS OF CONTRACTOR UNDER THIS SECTION SHALL APPLY TO THE LIABILITIES WHERE SUCH LIABILITIES ARE DETERMINED BY THE TRIER OF FACT TO HAVE BEEN CAUSED IN PART BY THE NEGLIGENCE OR GROSS NEGLIGENCE OF THE INDEMNITEES, BUT ONLY WHERE THE TOTAL FAULT OF THE INDEMNITEES, IN THE AGGREGATE, IS FOUND TO HAVE BEEN LESS THAN 50%. Thus, the

Additions and Deletions Report for AIA Document A201™ – 2007 (formerly A201™ – 1997). Copyright © 1925, 1928, 1937, 1958, 1961, 1963, 1966, 1967, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 09:00:00 on 00/00/2012 under Order No. 0000000000_1 which expires on 00/00/2012, and is not for resale.
User Notes:

4

TR_00221

indemnity obligations of Contractor under this Section shall not apply to that portion of the claims, damages, losses, liens, causes of action, suits, judgments, and expenses, including attorneys' or other professional fees, found by the trier of fact to have been caused by the sole or active negligence of the Indemnitees.

§ 15.12. In the event of any demands, claims, damages, losses, liens, causes of action, suits or judgments being asserted against the Project or Owner allegedly based on acts or omissions that may give rise to an Indemnitee's claim for indemnification by Contractor under Subparagraph 15.11, the Contractor, at its expense, shall assume and conduct, on behalf of the Owner (and the other Indemnitees), with due diligence and in good faith, the defense thereof with counsel satisfactory to Owner; provided, however, that Owner shall have the right, at its option, to be represented by advisory counsel of its own selection and at its own expense. In the event of failure by the Contractor to fully perform in accordance with this Subparagraph 15.12, Owner, at its option, and without relieving Contractor of its obligations hereunder, may so perform, but all costs and expenses so incurred by Owner in that event shall be reimbursed by Contractor, together with interest on the same from the date any such expense was paid by Owner until reimbursed by Contractor, at the highest applicable lawful rate of interest.

§ 15.13. In the event there are any legal limitations now or hereafter in effect that may affect the validity or enforceability of the indemnification obligations set forth in this Agreement, such legal limitations are hereby made a part of such indemnification obligations by reference and shall operate to amend the Agreement to the minimum extent necessary to bring the applicable provisions into conformity with the requirements of such limitations, and as so modified, the indemnification obligations shall continue in full force and effect.

§ 15.14. All indemnification obligations set forth herein shall survive the termination of this Agreement regardless of the reason for termination.

PAGE 14

| | | |
|---|---|---|
| A.200 | Floor Plan | 01/03/2012 |
| A.300 | Sections | 01/03/2012 |
| A.400 | Elevations | 01/03/2012 |
| A.700 | Elevations | 01/03/2012 |
| SD.2 | Exterior Perspectives | 01/03/2012 |
| SD.3 | Interior Perspectives | 01/03/2012 |
| S-1 | Structural Plan | 04/03/2012 |
| S-2 | Structural Plan | 04/03/2012 |
| S-3 | Structural Plan | 04/03/2012 |
| S-4 | Structural Plan | 04/03/2012 |
| S-5 | Structural Plan | 04/03/2012 |
| S-6 | Structural Plan | 04/03/2012 |
| S-7 | Structural Plan | 04/03/2012 |
| SD-1 | Structural Plan | 04/03/2012 |
| E001 | Electrical Notes | 03/16/2012 |
| E101 | First Floor - Lighting | 03/16/2012 |
| E102 | Second Floor - Lighting | 03/16/2012 |
| E201 | First Floor - Power | 03/16/2012 |
| E202 | Second Floor - Power | 03/16/2012 |
| E301 | Riser Diagram | 03/16/2012 |
| M100 | Mechanical Notes | 03/16/2012 |
| M101 | Floor Plan - HVAC | 03/16/2012 |
| M201 | HVAC Details | 03/16/2012 |
| P100 | Plumbing Notes | 03/16/2012 |
| P101 | Below Floor Plan - Plumbing | 03/16/2012 |
| P102 | Floor Plan - Plumbing | 03/16/2012 |
| P201 | Plumbing Details | 03/16/2012 |
| P301 | Assembly Drawing - Plumbing | 03/16/2012 |

Additions and Deletions Report for AIA Document A102™ - 2007 (formerly A111™ - 1997). Copyright © 1920, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1978, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 09:09:25 on 02/16/2012 under Order No. 1283500216_1 which expires on 12/06/2012, and is not for resale.
User Notes: (1889012345)

5

TR_00222

N/A

Project Cost Proposal - Dated April 15, 2012
Schedule of Values - Dated May 3, 2012

PAGE 16

Rod Lewis, Owner

David L. Morgan, Executive Vice President / Chief
Gambling Officer

Additions and Deletions Report for AIA Document A201™ – 2007 (formerly A111™ – 1997). Copyright © 1920, 1925, 1951, 1958, 1961, 1963, 1967, 1974, 1978, 1987, 1991 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 20:00:46 on 06/19/2012 under Order No.3965563516_1 which expires on 12/08/2012, and is not for resale.
User Notes: (1665795290)

6

TR_00223

## Certification of Document's Authenticity
### AIA® Document D401™ – 2003

I, David L. Morgan, hereby certify, to the best of my knowledge, information and belief, that I created the attached final document simultaneously with its associated Additions and Deletions Report and this certification at 20:36:43 on 05/16/2012 under Order No. 1283698219_1 from AIA Contract Documents software and that in preparing the attached final document I made no changes to the original text of AIA® Document A102™ – 2007, Standard Form of Agreement Between Owner and Contractor where the basis of payment is the Cost of the Work Plus a Fee with a Guaranteed Maximum Price, as published by the AIA in its software, other than those additions and deletions shown in the associated Additions and Deletions Report.

_(Signed)_

David L. Morgan Executive V.P.
_(Title)_

5-17-12
_(Dated)_

AIA Document D401™ – 2003. Copyright © 1992 and 2003 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 20:36:43 on 05/16/2012 under Order No. 1283698219_1 which expires on 12/08/2012, and is not for resale.
User Notes: (1644913248)

1

TR_00224

# ROBERTSON ELECTRIC

## PLAINTIFF'S AND DEFENDANT'S

### EXHIBIT

### 17

# EXHIBIT 17

# SBS-TRI-BAR CONTRACT
# CONDITIONS

# ᴀ AIA® Document A201™ – 2007

## General Conditions of the Contract for Construction

for the following PROJECT:
*(Name and location or address)*
Los Cerritos Hanger
County Road 410
Uvalde, TX

THE OWNER:
*(Name, legal status and address)*
Tri-Bar Ranch Company, Ltd.
10101 Reunion Place, Ste. 1000
San Antonio, TX 78216

THE ARCHITECT:
*(Name, legal status and address)*
John Grable, FAIA, John Grable Architects, Inc.
222 Austin Highway
San Antonio, TX 78209

TABLE OF ARTICLES

1       GENERAL PROVISIONS

2       OWNER

3       CONTRACTOR

4       ARCHITECT

5       SUBCONTRACTORS

6       CONSTRUCTION BY OWNER OR BY SEPARATE CONTRACTORS

7       CHANGES IN THE WORK

8       TIME

9       PAYMENTS AND COMPLETION

10      PROTECTION OF PERSONS AND PROPERTY

11      INSURANCE AND BONDS

12      UNCOVERING AND CORRECTION OF WORK

13      MISCELLANEOUS PROVISIONS

14      TERMINATION OR SUSPENSION OF THE CONTRACT

15      CLAIMS AND DISPUTES

ADDITIONS AND DELETIONS:
The author of this document has added information needed for its completion. The author may also have revised the text of the original AIA standard form. An *Additions and Deletions Report* that notes added information as well as revisions to the standard form text is available from the author and should be reviewed. A vertical line in the left margin of this document indicates where the author has added necessary information and where the author has added to or deleted from the original AIA text.

This document has important legal consequences. Consultation with an attorney is encouraged with respect to its completion or modification.

AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:38:42 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:

Init.

/

1

TR_00237

## INDEX
(Topics and numbers in bold are section headings.)

Acceptance of Nonconforming Work
9.6.6, 9.9.3, 12.3
Acceptance of Work
9.6.6, 9.8.2, 9.9.3, 9.10.1, 9.10.3, 12.3
Access to Work
3.16, 6.2.1, 12.1
Accident Prevention
10
Acts and Omissions
3.2, 3.3.2, 3.12.8, 3.18, 4.2.3, 8.3.1, 9.5.1, 10.2.5,
10.2.8, 13.4.2, 13.7, 14.1, 15.2
Addenda
1.1.1, 3.11.1
Additional Costs, Claims for
3.7.4, 3.7.5, 6.1.1, 7.3.7.5, 10.3, 15.1.4
Additional Inspections and Testing
9.4.2, 9.8.3, 12.2.1, 13.5
Additional Insured
11.1.4
Additional Time, Claims for
3.2.4, 3.7.4, 3.7.5, 3.10.2, 8.3.2, 15.1.5
Administration of the Contract
3.1.3, 4.2, 9.4, 9.5
Advertisement or Invitation to Bid
1.1.1
Aesthetic Effect
4.2.13
Allowances
3.8, 7.3.8
All-risk Insurance
11.3.1, 11.3.1.1
Applications for Payment
4.2.5, 7.3.9, 9.2, 9.3, 9.4, 9.5.1, 9.6.3, 9.7, 9.10, 11.1.3
Approvals
2.1.1, 2.2.2, 2.4, 3.1.3, 3.10.2, 3.12.8, 3.12.9, 3.12.10,
4.2.7, 9.3.2, 13.5.1
Arbitration
8.3.1, 11.3.10, 13.1.1, 15.3.2, 15.4
**ARCHITECT**
**4**
Architect, Definition of
**4.1.1**
Architect, Extent of Authority
2.4.1, 3.12.7, 4.1, 4.2, 5.2, 6.3, 7.1.2, 7.3.7, 7.4, 9.2,
9.3.1, 9.4, 9.5, 9.6.3, 9.8, 9.10.1, 9.10.3, 12.1, 12.2.1,
13.5.1, 13.5.2, 14.2.2, 14.2.4, 15.1.3, 15.2.1
Architect, Limitations of Authority and Responsibility
2.1.1, 3.12.4, 3.12.8, 3.12.10, 4.1.2, 4.2.1, 4.2.2, 4.2.3,
4.2.6, 4.2.7, 4.2.10, 4.2.12, 4.2.13, 5.2.1, 7.4, 9.4.2,
9.5.3, 9.6.4, 15.1.3, 15.2
Architect's Additional Services and Expenses
2.4.1, 11.3.1.1, 12.2.1, 13.5.2, 13.5.3, 14.2.4

Architect's Administration of the Contract
3.1.3, 4.2, 3.7.4, 15.2, 9.4.1, 9.5
Architect's Approvals
2.4.1, 3.1.3, 3.5, 3.10.2, 4.2.7
Architect's Authority to Reject Work
3.5, 4.2.6, 12.1.2, 12.2.1
Architect's Copyright
1.1.7, 1.5
Architect's Decisions
3.7.4, 4.2.6, 4.2.7, 4.2.11, 4.2.12, 4.2.13, 4.2.14, 6.3,
7.3.7, 7.3.9, 8.1.3, 8.3.1, 9.2, 9.4.1, 9.5, 9.8.4, 9.9.1,
13.5.2, 15.2, 15.3
Architect's Inspections
3.7.4, 4.2.2, 4.2.9, 9.4.2, 9.8.3, 9.9.2, 9.10.1, 13.5
Architect's Instructions
3.2.4, 3.3.1, 4.2.6, 4.2.7, 13.5.2
Architect's Interpretations
4.2.11, 4.2.12
Architect's Project Representative
4.2.10
Architect's Relationship with Contractor
1.1.2, 1.5, 3.1.3, 3.2.2, 3.2.3, 3.2.4, 3.3.1, 3.4.2, 3.5,
3.7.4, 3.7.5, 3.9.2, 3.9.3, 3.10, 3.11, 3.12, 3.16, 3.18,
4.1.2, 4.1.3, 4.2, 5.2, 6.2.2, 7, 8.3.1, 9.2, 9.3, 9.4, 9.5,
9.7, 9.8, 9.9, 10.2.6, 10.3, 11.3.7, 12, 13.4.2, 13.5, 15.2
Architect's Relationship with Subcontractors
1.1.2, 4.2.3, 4.2.4, 4.2.6, 9.6.3, 9.6.4, 11.3.7
Architect's Representations
9.4.2, 9.5.1, 9.10.1
Architect's Site Visits
3.7.4, 4.2.2, 4.2.9, 9.4.2, 9.5.1, 9.9.2, 9.10.1, 13.5
Asbestos
10.3.1
Attorneys' Fees
3.18.1, 9.10.2, 10.3.3
Award of Separate Contracts
6.1.1, 6.1.2
**Award of Subcontracts and Other Contracts for**
**Portions of the Work**
**5.2**
**Basic Definitions**
**1.1**
Bidding Requirements
1.1.1, 5.2.1, 11.4.1
Binding Dispute Resolution
9.7, 11.3.9, 11.3.10, 13.1.1, 15.2.5, 15.2.6.1, 15.3.1,
15.3.2, 15.4.1
**Boiler and Machinery Insurance**
**11.3.2**
Bonds, Lien
7.3.7.4, 9.10.2, 9.10.3
**Bonds, Performance, and Payment**
7.3.7.4, 9.6.7, 9.10.3, 11.3.9, 11.4
Building Permit
3.7.1

AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:38:42 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:

Init.

/

2

Capitalization
1.3
Certificate of Substantial Completion
9.8.3, 9.8.4, 9.8.5
Certificates for Payment
4.2.1, 4.2.5, 4.2.9, 9.3.3, 9.4, 9.5, 9.6.1, 9.6.6, 9.7,
9.10.1, 9.10.3, 14.1.1.3, 14.2.4, 15.1.3
Certificates of Inspection, Testing or Approval
13.5.4
Certificates of Insurance
9.10.2, 11.1.3
Change Orders
1.1.1, 2.4.1, 3.4.2, 3.7.4, 3.8.2.3, 3.11.1, 3.12.8, 4.2.8,
5.2.3, 7.1.2, 7.1.3, 7.2, 7.3.2, 7.3.6, 7.3.9, 7.3.10, 8.3.1,
9.3.1.1, 9.10.3, 10.3.2, 11.3.1.2, 11.3.4, 11.3.9, 12.1.2,
15.1.3
Change Orders, Definition of
7.2.1
CHANGES IN THE WORK
2.2.1, 3.11, 4.2.8, 7, 7.2.1, 7.3.1, 7.4, 8.3.1, 9.3.1.1,
11.3.9
Claims, Definition of
15.1.1
CLAIMS AND DISPUTES
3.2.4, 6.1.1, 6.3, 7.3.9, 9.3.3, 9.10.4, 10.3.3, 15, 15.4
Claims and Timely Assertion of Claims
15.4.1
Claims for Additional Cost
3.2.4, 3.7.4, 6.1.1, 7.3.9, 10.3.2, 15.1.4
Claims for Additional Time
3.2.4, 3.7.46.1.1, 8.3.2, 10.3.2, 15.1.5
Concealed or Unknown Conditions, Claims for
3.7.4
Claims for Damages
3.2.4, 3.18, 6.1.1, 8.3.3, 9.5.1, 9.6.7, 10.3.3, 11.1.1,
11.3.5, 11.3.7, 14.1.3, 14.2.4, 15.1.6
Claims Subject to Arbitration
15.3.1, 15.4.1
Cleaning Up
3.15, 6.3
Commencement of the Work, Conditions Relating to
2.2.1, 3.2.2, 3.4.1, 3.7.1, 3.10.1, 3.12.6, 5.2.1, 5.2.3,
6.2.2, 8.1.2, 8.2.2, 8.3.1, 11.1, 11.3.1, 11.3.6, 11.4.1,
15.1.4
Commencement of the Work, Definition of
8.1.2
Communications Facilitating Contract
Administration
3.9.1, 4.2.4
Completion, Conditions Relating to
3.4.1, 3.11, 3.15, 4.2.2, 4.2.9, 8.2, 9.4.2, 9.8, 9.9.1,
9.10, 12.2, 13.7, 14.1.2
COMPLETION, PAYMENTS AND
9
Completion, Substantial
4.2.9, 8.1.1, 8.1.3, 8.2.3, 9.4.2, 9.8, 9.9.1, 9.10.3, 12.2,
13.7

Compliance with Laws
1.6.1, 3.2.3, 3.6, 3.7, 3.12.10, 3.13, 4.1.1, 9.6.4, 10.2.2,
11.1, 11.3, 13.1, 13.4, 13.5.1, 13.5.2, 13.6, 14.1.1,
14.2.1.3, 15.2.8, 15.4.2, 15.4.3
Concealed or Unknown Conditions
3.7.4, 4.2.8, 8.3.1, 10.3
Conditions of the Contract
1.1.1, 6.1.1, 6.1.4
Consent, Written
3.4.2, 3.7.4, 3.12.8, 3.14.2, 4.1.2, 9.3.2, 9.8.5, 9.9.1,
9.10.2, 9.10.3, 11.3.1, 13.2, 13.4.2, 15.4.4.2
Consolidation or Joinder
15.4.4
CONSTRUCTION BY OWNER OR BY
SEPARATE CONTRACTORS
1.1.4, 6
Construction Change Directive, Definition of
7.3.1
Construction Change Directives
1.1.1, 3.4.2, 3.12.8, 4.2.8, 7.1.1, 7.1.2, 7.1.3, 7.3,
9.3.1.1
Construction Schedules, Contractor's
3.10, 3.12.1, 3.12.2, 6.1.3, 15.1.5.2
Contingent Assignment of Subcontracts
5.4, 14.2.2.2
Continuing Contract Performance
15.1.3
Contract, Definition of
1.1.2
CONTRACT, TERMINATION OR
SUSPENSION OF THE
5.4.1.1, 11.3.9, 14
Contract Administration
3.1.3, 4, 9.4, 9.5
Contract Award and Execution, Conditions Relating
to
3.7.1, 3.10, 5.2, 6.1, 11.1.3, 11.3.6, 11.4.1
Contract Documents, Copies Furnished and Use of
1.5.2, 2.2.5, 5.3
Contract Documents, Definition of
1.1.1
Contract Sum
3.7.4, 3.8, 5.2.3, 7.2, 7.3, 7.4, 9.1, 9.4.2, 9.5.1.4, 9.6.7,
9.7, 10.3.2, 11.3.1, 14.2.4, 14.3.2, 15.1.4, 15.2.5
Contract Sum, Definition of
9.1
Contract Time
3.7.4, 3.7.5, 3.10.2, 5.2.3, 7.2.1.3, 7.3.1, 7.3.5, 7.4,
8.1.1, 8.2.1, 8.3.1, 9.5.1, 9.7, 10.3.2, 12.1.1, 14.3.2,
15.1.5.1, 15.2.5
Contract Time, Definition of
8.1.1
CONTRACTOR
3
Contractor, Definition of
3.1, 6.1.2

Contractor's Construction Schedules
3.10, 3.12.1, 3.12.2, 6.1.3, 15.1.5.2
Contractor's Employees
3.3.2, 3.4.3, 3.8.1, 3.9, 3.18.2, 4.2.3, 4.2.6, 10.2, 10.3, 11.1.1, 11.3.7, 14.1, 14.2.1.1
Contractor's Liability Insurance
11.1
Contractor's Relationship with Separate Contractors and Owner's Forces
3.12.5, 3.14.2, 4.2.4, 6, 11.3.7, 12.1.2, 12.2.4
Contractor's Relationship with Subcontractors
1.2.2, 3.3.2, 3.18.1, 3.18.2, 5, 9.6.2, 9.6.7, 9.10.2, 11.3.1.2, 11.3.7, 11.3.8
Contractor's Relationship with the Architect
1.1.2, 1.5, 3.1.3, 3.2.2, 3.2.3, 3.2.4, 3.3.1, 3.4.2, 3.5, 3.7.4, 3.10, 3.11, 3.12, 3.16, 3.18, 4.1.3, 4.2, 5.2, 6.2.2, 7, 8.3.1, 9.2, 9.3, 9.4, 9.5, 9.7, 9.8, 9.9, 10.2.6, 10.3, 11.3.7, 12, 13.5, 15.1.2, 15.2.1
Contractor's Representations
3.2.1, 3.2.2, 3.5, 3.12.6, 6.2.2, 8.2.1, 9.3.3, 9.8.2
Contractor's Responsibility for Those Performing the Work
3.3.2, 3.18, 5.3.1, 6.1.3, 6.2, 9.5.1, 10.2.8
Contractor's Review of Contract Documents
3.2
Contractor's Right to Stop the Work
9.7
Contractor's Right to Terminate the Contract
14.1, 15.1.6
Contractor's Submittals
3.10, 3.11, 3.12.4, 4.2.7, 5.2.1, 5.2.3, 9.2, 9.3, 9.8.2, 9.8.3, 9.9.1, 9.10.2, 9.10.3, 11.1.3, 11.4.2
Contractor's Superintendent
3.9, 10.2.6
Contractor's Supervision and Construction Procedures
1.2.2, 3.3, 3.4, 3.12.10, 4.2.2, 4.2.7, 6.1.3, 6.2.4, 7.1.3, 7.3.5, 7.3.7, 8.2, 10, 12, 14, 15.1.3
Contractual Liability Insurance
11.1.1.8, 11.2
Coordination and Correlation
1.2, 3.2.1, 3.3.1, 3.10, 3.12.6, 6.1.3, 6.2.1
Copies Furnished of Drawings and Specifications
1.5, 2.2.5, 3.11
Copyrights
1.5, 3.17
Correction of Work
2.3, 2.4, 3.7.3, 9.4.2, 9.8.2, 9.8.3, 9.9.1, 12.1.2, 12.2
Correlation and Intent of the Contract Documents
1.2
Cost, Definition of
7.3.7
Costs
2.4.1, 3.2.4, 3.7.3, 3.8.2, 3.15.2, 5.4.2, 6.1.1, 6.2.3, 7.3.3.3, 7.3.7, 7.3.8, 7.3.9, 9.10.2, 10.3.2, 10.3.6, 11.3, 12.1.2, 12.2.1, 12.2.4, 13.5, 14

Cutting and Patching
3.14, 6.2.5
Damage to Construction of Owner or Separate Contractors
3.14.2, 6.2.4, 10.2.1.2, 10.2.5, 10.4, 11.1.1, 11.3, 12.2.4
Damage to the Work
3.14.2, 9.9.1, 10.2.1.2, 10.2.5, 10.4.1, 11.3.1, 12.2.4
Damages, Claims for
3.2.4, 3.18, 6.1.1, 8.3.3, 9.5.1, 9.6.7, 10.3.3, 11.1.1, 11.3.5, 11.3.7, 14.1.3, 14.2.4, 15.1.6
Damages for Delay
6.1.1, 8.3.3, 9.5.1.6, 9.7, 10.3.2
Date of Commencement of the Work, Definition of
8.1.2
Date of Substantial Completion, Definition of
8.1.3
Day, Definition of
8.1.4
Decisions of the Architect
3.7.4, 4.2.6, 4.2.7, 4.2.11, 4.2.12, 4.2.13, 15.2, 6.3, 7.3.7, 7.3.9, 8.1.3, 8.3.1, 9.2, 9.4, 9.5.1, 9.8.4, 9.9.1, 13.5.2, 14.2.2, 14.2.4, 15.1, 15.2
Decisions to Withhold Certification
9.4.1, 9.5, 9.7, 14.1.1.3
Defective or Nonconforming Work, Acceptance, Rejection and Correction of
2.3.1, 2.4.1, 3.5, 4.2.6, 6.2.5, 9.5.1, 9.5.2, 9.6.6, 9.8.2, 9.9.3, 9.10.4, 12.2.1
Definitions
1.1, 2.1.1, 3.1.1, 3.5, 3.12.1, 3.12.2, 3.12.3, 4.1.1, 15.1.1, 5.1, 6.1.2, 7.2.1, 7.3.1, 8.1, 9.1, 9.8.1
Delays and Extensions of Time
3.2, 3.7.4, 5.2.3, 7.2.1, 7.3.1, 7.4, 8.3, 9.5.1, 9.7, 10.3.2, 10.4.1, 14.3.2, 15.1.5, 15.2.5
Disputes
6.3, 7.3.9, 15.1, 15.2
Documents and Samples at the Site
3.11
Drawings, Definition of
1.1.5
Drawings and Specifications, Use and Ownership of
3.11
Effective Date of Insurance
8.2.2, 11.1.2
Emergencies
10.4, 14.1.1.2, 15.1.4
Employees, Contractor's
3.3.2, 3.4.3, 3.8.1, 3.9, 3.18.2, 4.2.3, 4.2.6, 10.2, 10.3.3, 11.1.1, 11.3.7, 14.1, 14.2.1.1
Equipment, Labor, Materials or
1.1.3, 1.1.6, 3.4, 3.5, 3.8.2, 3.8.3, 3.12, 3.13.1, 3.15.1, 4.2.6, 4.2.7, 5.2.1, 6.2.1, 7.3.7, 9.3.2, 9.3.3, 9.5.1.3, 9.10.2, 10.2.1, 10.2.4, 14.2.1.1, 14.2.1.2

**Init.**

**/**

AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:38:42 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:

**4**

Execution and Progress of the Work
1.1.3, 1.2.1, 1.2.2, 2.2.3, 2.2.5, 3.1, 3.3.1, 3.4.1, 3.5,
3.7.1, 3.10.1, 3.12, 3.14, 4.2, 6.2.2, 7.1.3, 7.3.5, 8.2,
9.5.1, 9.9.1, 10.2, 10.3, 12.2, 14.2, 14.3.1, 15.1.3
Extensions of Time
3.2.4, 3.7.4, 5.2.3, 7.2.1, 7.3, 7.4, 9.5.1, 9.7, 10.3.2,
10.4.1, 14.3, 15.1.5, 15.2.5
Failure of Payment
9.5.1.3, 9.7, 9.10.2, 13.6, 14.1.1.3, 14.2.1.2
Faulty Work
(See Defective or Nonconforming Work)
Final Completion and Final Payment
4.2.1, 4.2.9, 9.8.2, 9.10, 11.1.2, 11.1.3, 11.3.1, 11.3.5,
12.3.1, 14.2.4, 14.4.3
Financial Arrangements, Owner's
2.2.1, 13.2.2, 14.1.1.4
Fire and Extended Coverage Insurance
11.3.1.1
GENERAL PROVISIONS
1
Governing Law
13.1
Guarantees (See Warranty)
Hazardous Materials
10.2.4, 10.3
Identification of Subcontractors and Suppliers
5.2.1
Indemnification
3.17, 3.18, 9.10.2, 10.3.3, 10.3.5, 10.3.6, 11.3.1.2,
11.3.7
Information and Services Required of the Owner
2.1.2, 2.2, 3.2.2, 3.12.4, 3.12.10, 6.1.3, 6.1.4, 6.2.5,
9.6.1, 9.6.4, 9.9.2, 9.10.3, 10.3.3, 11.2, 11.4, 13.5.1,
13.5.2, 14.1.1.4, 14.1.4, 15.1.3
Initial Decision
15.2
Initial Decision Maker, Definition of
1.1.8
Initial Decision Maker, Decisions
14.2.2, 14.2.4, 15.2.1, 15.2.2, 15.2.3, 15.2.4, 15.2.5
Initial Decision Maker, Extent of Authority
14.2.2, 14.2.4, 15.1.3, 15.2.1, 15.2.2, 15.2.3, 15.2.4,
15.2.5
Injury or Damage to Person or Property
10.2.8, 10.4.1
Inspections
3.1.3, 3.3.3, 3.7.1, 4.2.2, 4.2.6, 4.2.9, 9.4.2, 9.8.3,
9.9.2, 9.10.1, 12.2.1, 13.5
Instructions to Bidders
1.1.1
Instructions to the Contractor
3.2.4, 3.3.1, 3.8.1, 5.2.1, 7, 8.2.2, 12, 13.5.2
Instruments of Service, Definition of
1.1.7
Insurance
3.18.1, 6.1.1, 7.3.7, 9.3.2, 9.8.4, 9.9.1, 9.10.2, 11

Insurance, Boiler and Machinery
11.3.2
Insurance, Contractor's Liability
11.1
Insurance, Effective Date of
8.2.2, 11.1.2
Insurance, Loss of Use
11.3.3
Insurance, Owner's Liability
11.2
Insurance, Property
10.2.5, 11.3
Insurance, Stored Materials
9.3.2
INSURANCE AND BONDS
11
Insurance Companies, Consent to Partial Occupancy
9.9.1
Intent of the Contract Documents
1.2.1, 4.2.7, 4.2.12, 4.2.13, 7.4
Interest
13.6
Interpretation
1.2.3, 1.4, 4.1.1, 5.1, 6.1.2, 15.1.1
Interpretations, Written
4.2.11, 4.2.12, 15.1.4
Judgment on Final Award
15.4.2
Labor and Materials, Equipment
1.1.3, 1.1.6, 3.4, 3.5, 3.8.2, 3.8.3, 3.12, 3.13, 3.15.1,
4.2.6, 4.2.7, 5.2.1, 6.2.1, 7.3.7, 9.3.2, 9.3.3, 9.5.1.3,
9.10.2, 10.2.1, 10.2.4, 14.2.1.1, 14.2.1.2
Labor Disputes
8.3.1
Laws and Regulations
1.5, 3.2.3, 3.6, 3.7, 3.12.10, 3.13.1, 4.1.1, 9.6.4, 9.9.1,
10.2.2, 11.1.1, 11.3, 13.1.1, 13.4, 13.5.1, 13.5.2,
13.6.1, 14, 15.2.8, 15.4
Liens
2.1.2, 9.3.3, 9.10.2, 9.10.4, 15.2.8
Limitations, Statutes of
12.2.5, 13.7, 15.4.1.1
Limitations of Liability
2.3.1, 3.2.2, 3.5, 3.12.10, 3.17, 3.18.1, 4.2.6, 4.2.7,
4.2.12, 6.2.2, 9.4.2, 9.6.4, 9.6.7, 10.2.5, 10.3.3, 11.1.2,
11.2, 11.3.7, 12.2.5, 13.4.2
Limitations of Time
2.1.2, 2.2, 2.4, 3.2.2, 3.10, 3.11, 3.12.5, 3.15.1, 4.2.7,
5.2, 5.3.1, 5.4.1, 6.2.4, 7.3, 7.4, 8.2, 9.2, 9.3.1, 9.3.3,
9.4.1, 9.5, 9.6, 9.7, 9.8, 9.9, 9.10, 11.1.3, 11.3.1.5,
11.3.6, 11.3.10, 12.2, 13.5, 13.7, 14, 15
Loss of Use Insurance
11.3.3
Material Suppliers
1.5, 3.12.1, 4.2.4, 4.2.6, 5.2.1, 9.3, 9.4.2, 9.6, 9.10.5
Materials, Hazardous
10.2.4, 10.3

Materials, Labor, Equipment and
1.1.3, 1.1.6, 1.5.1, 3.4.1, 3.5, 3.8.2, 3.8.3, 3.12, 3.13.1,
3.15.1, 4.2.6, 4.2.7, 5.2.1, 6.2.1, 7.3.7, 9.3.2, 9.3.3,
9.5.1.3, 9.10.2, 10.2.1.2, 10.2.4, 14.2.1.1, 14.2.1.2
Means, Methods, Techniques, Sequences and
Procedures of Construction
3.3.1, 3.12.10, 4.2.2, 4.2.7, 9.4.2
Mechanic's Lien
2.1.2, 15.2.8
Mediation
8.3.1, 10.3.5, 10.3.6, 15.2.1, 15.2.5, 15.2.6, **15.3**,
15.4.1
Minor Changes in the Work
1.1.1, 3.12.8, 4.2.8, 7.1, 7.4
MISCELLANEOUS PROVISIONS
13
Modifications, Definition of
**1.1.1**
Modifications to the Contract
1.1.1, 1.1.2, 3.11, 4.1.2, 4.2.1, 5.2.3, 7, 8.3.1, 9.7,
10.3.2, 11.3.1
Mutual Responsibility
**6.2**
Nonconforming Work, Acceptance of
9.6.6, 9.9.3, **12.3**
Nonconforming Work, Rejection and Correction of
2.3.1, 2.4.1, 3.5, 4.2.6, 6.2.4, 9.5.1, 9.8.2, 9.9.3, 9.10.4,
12.2.1
Notice
2.2.1, 2.3.1, 2.4.1, 3.2.4, 3.3.1, 3.7.2, 3.12.9, 5.2.1, 9.7,
9.10, 10.2.2, 11.1.3, 12.2.2.1, 13.3, 13.5.1, 13.5.2,
14.1, 14.2, 15.2.8, 15.4.1
Notice, Written
2.3.1, 2.4.1, 3.3.1, 3.9.2, 3.12.9, 3.12.10, 5.2.1, 9.7,
9.10, 10.2.2, 10.3, 11.1.3, 11.3.6, 12.2.2.1, 13.3, 14,
15.2.8, 15.4.1
Notice of Claims
3.7.4, 10.2.8, **15.1.2**, 15.4
Notice of Testing and Inspections
13.5.1, 13.5.2
Observations, Contractor's
3.2, 3.7.4
Occupancy
2.2.2, 9.6.6, 9.8, 11.3.1.5
Orders, Written
1.1.1, 2.3, 3.9.2, 7, 8.2.2, 11.3.9, 12.1, 12.2.2.1, 13.5.2,
14.3.1
OWNER
2
Owner, Definition of
**2.1.1**
Owner, Information and Services Required of the
2.1.2, 2.2, 3.2.2, 3.12.10, 6.1.3, 6.1.4, 6.2.5, 9.3.2,
9.6.1, 9.6.4, 9.9.2, 9.10.3, 10.3.3, 11.2, 11.3, 13.5.1,
13.5.2, 14.1.1.4, 14.1.4, 15.1.3

Owner's Authority
1.5, 2.1.1, 2.3.1, 2.4.1, 3.4.2, 3.8.1, 3.12.10, 3.14.2,
4.1.2, 4.1.3, 4.2.4, 4.2.9, 5.2.1, 5.2.4, 5.4.1, 6.1, 6.3,
7.2.1, 7.3.1, 8.2.2, 8.3.1, 9.3.1, 9.3.2, 9.5.1, 9.6.4,
9.9.1, 9.10.2, 10.3.2, 11.1.3, 11.3.3, 11.3.10, 12.2.2,
12.3.1, 13.2.2, 14.3, 14.4, 15.2.7
Owner's Financial Capability
2.2.1, 13.2.2, 14.1.1.4
Owner's Liability Insurance
11.2
Owner's Relationship with Subcontractors
1.1.2, 5.2, 5.3, 5.4, 9.6.4, 9.10.2, 14.2.2
Owner's Right to Carry Out the Work
2.4, 14.2.2
Owner's Right to Clean Up
6.3
Owner's Right to Perform Construction and to
Award Separate Contracts
6.1
Owner's Right to Stop the Work
2.3
Owner's Right to Suspend the Work
14.3
Owner's Right to Terminate the Contract
14.2
Ownership and Use of Drawings, Specifications
and Other Instruments of Service
1.1.1, 1.1.6, 1.1.7, 1.5, 2.2.5, 3.2.2, 3.11.1, 3.17,
4.2.12, 5.3.1
Partial Occupancy or Use
9.6.6, 9.9, 11.3.1.5
Patching, Cutting and
3.14, 6.2.5
Patents
3.17
Payment, Applications for
4.2.5, 7.3.9, 9.2, 9.3, 9.4, 9.5, 9.6.3, 9.7, 9.8.5, 9.10.1,
14.2.3, 14.2.4, 14.4.3
Payment, Certificates for
4.2.5, 4.2.9, 9.3.3, 9.4, 9.5, 9.6.1, 9.6.6, 9.7, 9.10.1,
9.10.3, 13.7, 14.1.1.3, 14.2.4
Payment, Failure of
9.5.1.3, 9.7, 9.10.2, 13.6, 14.1.1.3, 14.2.1.2
Payment, Final
4.2.1, 4.2.9, 9.8.2, 9.10, 11.1.2, 11.1.3, 11.4.1, 12.3.1,
13.7, 14.2.4, 14.4.3
Payment Bond, Performance Bond and
7.3.7.4, 9.6.7, 9.10.3, 11.4
Payments, Progress
9.3, 9.6, 9.8.5, 9.10.3, 13.6, 14.2.3, 15.1.3
PAYMENTS AND COMPLETION
9
Payments to Subcontractors
5.4.2, 9.5.1.3, 9.6.2, 9.6.3, 9.6.4, 9.6.7, 14.2.1.2
PCB
10.3.1

Performance Bond and Payment Bond
7.3.7.4, 9.6.7, 9.10.3, 11.4
Permits, Fees, Notices and Compliance with Laws
2.2.2, 3.7, 3.13, 7.3.7.4, 10.2.2
PERSONS AND PROPERTY, PROTECTION OF
10
Polychlorinated Biphenyl
10.3.1
Product Data, Definition of
3.12.2
Product Data and Samples, Shop Drawings
3.11, 3.12, 4.2.7
Progress and Completion
4.2.2, 8.2, 9.8, 9.9.1, 14.1.4, 15.1.3
Progress Payments
9.3, 9.6, 9.8.5, 9.10.3, 13.6, 14.2.3, 15.1.3
Project, Definition of
1.1.4
Project Representatives
4.2.10
Property Insurance
10.2.5, 11.3
PROTECTION OF PERSONS AND PROPERTY
10
Regulations and Laws
1.5, 3.2.3, 3.6, 3.7, 3.12.10, 3.13, 4.1.1, 9.6.4, 9.9.1,
10.2.2, 11.1, 11.4, 13.1, 13.4, 13.5.1, 13.5.2, 13.6, 14,
15.2.8, 15.4
Rejection of Work
3.5, 4.2.6, 12.2.1
Releases and Waivers of Liens
9.10.2
Representations
3.2.1, 3.5, 3.12.6, 6.2.2, 8.2.1, 9.3.3, 9.4.2, 9.5.1, 9.8.2,
9.10.1
Representatives
2.1.1, 3.1.1, 3.9, 4.1.1, 4.2.1, 4.2.2, 4.2.10, 5.1.1, 5.1.2,
13.2.1
Responsibility for Those Performing the Work
3.3.2, 3.18, 4.2.3, 5.3.1, 6.1.3, 6.2, 6.3, 9.5.1, 10
Retainage
9.3.1, 9.6.2, 9.8.5, 9.9.1, 9.10.2, 9.10.3
Review of Contract Documents and Field
Conditions by Contractor
3.2, 3.12.7, 6.1.3
Review of Contractor's Submittals by Owner and
Architect
3.10.1, 3.10.2, 3.11, 3.12, 4.2, 5.2, 6.1.3, 9.2, 9.8.2
Review of Shop Drawings, Product Data and Samples
by Contractor
3.12
Rights and Remedies
1.1.2, 2.3, 2.4, 3.5, 3.7.4, 3.15.2, 4.2.6, 5.3, 5.4, 6.1,
6.3, 7.3.1, 8.3, 9.5.1, 9.7, 10.2.5, 10.3, 12.2.2, 12.2.4,
13.4, 14, 15.4
Royalties, Patents and Copyrights
3.17

Rules and Notices for Arbitration
15.4.1
Safety of Persons and Property
10.2, 10.4
Safety Precautions and Programs
3.3.1, 4.2.2, 4.2.7, 5.3.1, 10.1, 10.2, 10.4
Samples, Definition of
3.12.3
Samples, Shop Drawings, Product Data and
3.11, 3.12, 4.2.7
Samples at the Site, Documents and
3.11
Schedule of Values
9.2, 9.3.1
Schedules, Construction
3.10, 3.12.1, 3.12.2, 6.1.3, 15.1.5.2
Separate Contracts and Contractors
1.1.4, 3.12.5, 3.14.2, 4.2.4, 4.2.7, 6, 8.3.1, 12.1.2
Shop Drawings, Definition of
3.12.1
Shop Drawings, Product Data and Samples
3.11, 3.12, 4.2.7
Site, Use of
3.13, 6.1.1, 6.2.1
Site Inspections
3.2.2, 3.3.3, 3.7.1, 3.7.4, 4.2, 9.4.2, 9.10.1, 13.5
Site Visits, Architect's
3.7.4, 4.2.2, 4.2.9, 9.4.2, 9.5.1, 9.9.2, 9.10.1, 13.5
Special Inspections and Testing
4.2.6, 12.2.1, 13.5
Specifications, Definition of
1.1.6
Specifications
1.1.1, 1.1.6, 1.2.2, 1.5, 3.11, 3.12.10, 3.17, 4.2.14
Statute of Limitations
13.7, 15.4.1.1
Stopping the Work
2.3, 9.7, 10.3, 14.1
Stored Materials
6.2.1, 9.3.2, 10.2.1.2, 10.2.4
Subcontractor, Definition of
5.1.1
SUBCONTRACTORS
5
Subcontractors, Work by
1.2.2, 3.3.2, 3.12.1, 4.2.3, 5.2.3, 5.3, 5.4, 9.3.1.2, 9.6.7
Subcontractual Relations
5.3, 5.4, 9.3.1.2, 9.6, 9.10, 10.2.1, 14.1, 14.2.1
Submittals
3.10, 3.11, 3.12, 4.2.7, 5.2.1, 5.2.3, 7.3.7, 9.2, 9.3, 9.8,
9.9.1, 9.10.2, 9.10.3, 11.1.3
Submittal Schedule
3.10.2, 3.12.5, 4.2.7
Subrogation, Waivers of
6.1.1, 11.3.7

AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:38:42 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes: (150085947F)

TR_00243

Substantial Completion
4.2.9, 8.1.1, 8.1.3, 8.2.3, 9.4.2, 9.8, 9.9.1, 9.10.3, 12.2, 13.7
Substantial Completion, Definition of
9.8.1
Substitution of Subcontractors
5.2.3, 5.2.4
Substitution of Architect
4.1.3
Substitutions of Materials
3.4.2, 3.5, 7.3.8
Sub-subcontractor, Definition of
5.1.2
Subsurface Conditions
3.7.4
Successors and Assigns
13.2
Superintendent
3.9, 10.2.6
Supervision and Construction Procedures
1.2.2, 3.3, 3.4, 3.12.10, 4.2.2, 4.2.7, 6.1.3, 6.2.4, 7.1.3, 7.3.7, 8.2, 8.3.1, 9.4.2, 10, 12, 14, 15.1.3
Surety
5.4.1.2, 9.8.5, 9.10.2, 9.10.3, 14.2.2, 15.2.7
Surety, Consent of
9.10.2, 9.10.3
Surveys
2.2.3
Suspension by the Owner for Convenience
14.3
Suspension of the Work
5.4.2, 14.3
Suspension or Termination of the Contract
5.4.1.1, 14
Taxes
3.6, 3.8.2.1, 7.3.7.4
Termination by the Contractor
14.1, 15.1.6
Termination by the Owner for Cause
5.4.1.1, 14.2, 15.1.6
Termination by the Owner for Convenience
14.4
Termination of the Architect
4.1.3
Termination of the Contractor
14.2.2
TERMINATION OR SUSPENSION OF THE CONTRACT
14
Tests and Inspections
3.1.3, 3.3.3, 4.2.2, 4.2.6, 4.2.9, 9.4.2, 9.8.3, 9.9.2, 9.10.1, 10.3.2, 11.4.1.1, 12.2.1, 13.5
TIME
8
Time, Delays and Extensions of
3.2.4, 3.7.4, 5.2.3, 7.2.1, 7.3.1, 7.4, 8.3, 9.5.1, 9.7, 10.3.2, 10.4.1, 14.3.2, 15.1.5, 15.2.5

Time Limits
2.1.2, 2.2, 2.4, 3.2.2, 3.10, 3.11, 3.12.5, 3.15.1, 4.2, 5.2, 5.3, 5.4, 6.2.4, 7.3, 7.4, 8.2, 9.2, 9.3.1, 9.3.3, 9.4.1, 9.5, 9.6, 9.7, 9.8, 9.9, 9.10, 11.1.3, 12.2, 13.5, 13.7, 14, 15.1.2, 15.4
Time Limits on Claims
3.7.4, 10.2.8, 13.7, 15.1.2
Title to Work
9.3.2, 9.3.3
Transmission of Data in Digital Form
1.6
UNCOVERING AND CORRECTION OF WORK
12
Uncovering of Work
12.1
Unforeseen Conditions, Concealed or Unknown
3.7.4, 8.3.1, 10.3
Unit Prices
7.3.3.2, 7.3.4
Use of Documents
1.1.1, 1.5, 2.2.5, 3.12.6, 5.3
Use of Site
3.13, 6.1.1, 6.2.1
Values, Schedule of
9.2, 9.3.1
Waiver of Claims by the Architect
13.4.2
Waiver of Claims by the Contractor
9.10.5, 13.4.2, 15.1.6
Waiver of Claims by the Owner
9.9.3, 9.10.3, 9.10.4, 12.2.2.1, 13.4.2, 14.2.4, 15.1.6
Waiver of Consequential Damages
14.2.4, 15.1.6
Waiver of Liens
9.10.2, 9.10.4
Waivers of Subrogation
6.1.1, 11.3.7
Warranty
3.5, 4.2.9, 9.3.3, 9.8.4, 9.9.1, 9.10.4, 12.2.2, 13.7
Weather Delays
15.1.5.2
Work, Definition of
1.1.3
Written Consent
1.5.2, 3.4.2, 3.7.4, 3.12.8, 3.14.2, 4.1.2, 9.3.2, 9.8.5, 9.9.1, 9.10.2, 9.10.3, 11.4.1, 13.2, 13.4.2, 15.4.4.2
Written Interpretations
4.2.11, 4.2.12
Written Notice
2.3, 2.4, 3.3.1, 3.9, 3.12.9, 3.12.10, 5.2.1, 8.2.2, 9.7, 9.10, 10.2.2, 10.3, 11.1.3, 12.2.2, 12.2.4, 13.3, 14, 15.4.1
Written Orders
1.1.1, 2.3, 3.9, 7, 8.2.2, 12.1, 12.2, 13.5.2, 14.3.1, 15.1.2

**Init.**

**/**

AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:38:42 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:

TR_00244

## ARTICLE 1    GENERAL PROVISIONS
## § 1.1 BASIC DEFINITIONS
### § 1.1.1 THE CONTRACT DOCUMENTS

The Contract Documents are enumerated in the Agreement between the Owner and Contractor (hereinafter the Agreement) and consist of the Agreement, Conditions of the Contract (General, Supplementary and other Conditions), Drawings, Specifications, Addenda issued prior to execution of the Contract, other documents listed in the Agreement and Modifications issued after execution of the Contract. A Modification is (1) a written amendment to the Contract signed by both parties, (2) a Change Order, (3) a Construction Change Directive or (4) a written order for a minor change in the Work issued by the Architect. Unless specifically enumerated in the Agreement, the Contract Documents do not include the advertisement or invitation to bid, Instructions to Bidders, sample forms, other information furnished by the Owner in anticipation of receiving bids or proposals, the Contractor's bid or proposal, or portions of Addenda relating to bidding requirements.

### § 1.1.2 THE CONTRACT

The Contract Documents form the Contract for Construction. The Contract represents the entire and integrated agreement between the parties hereto and supersedes prior negotiations, representations or agreements, either written or oral. The Contract may be amended or modified only by a Modification. The Contract Documents shall not be construed to create a contractual relationship of any kind (1) between the Contractor and the Architect or the Architect's consultants, (2) between the Owner and a Subcontractor or a Sub-subcontractor, (3) between the Owner and the Architect or the Architect's consultants or (4) between any persons or entities other than the Owner and the Contractor. The Architect shall, however, be entitled to performance and enforcement of obligations under the Contract intended to facilitate performance of the Architect's duties.

### § 1.1.3 THE WORK

The term "Work" means the construction and services required by the Contract Documents, whether completed or partially completed, and includes all other labor, materials, equipment and services provided or to be provided by the Contractor to fulfill the Contractor's obligations. The Work may constitute the whole or a part of the Project.

### § 1.1.4 THE PROJECT

The Project is the total construction of which the Work performed under the Contract Documents may be the whole or a part and which may include construction by the Owner and by separate contractors.

### § 1.1.5 THE DRAWINGS

The Drawings are the graphic and pictorial portions of the Contract Documents showing the design, location and dimensions of the Work, generally including plans, elevations, sections, details, schedules and diagrams.

### § 1.1.6 THE SPECIFICATIONS

The Specifications are that portion of the Contract Documents consisting of the written requirements for materials, equipment, systems, standards and workmanship for the Work, and performance of related services.

### § 1.1.7 INSTRUMENTS OF SERVICE

Instruments of Service are representations, in any medium of expression now known or later developed, of the tangible and intangible creative work performed by the Architect and the Architect's consultants under their respective professional services agreements. Instruments of Service may include, without limitation, studies, surveys, models, sketches, drawings, specifications, and other similar materials.

### § 1.1.8 INITIAL DECISION MAKER

The Initial Decision Maker is the person identified in the Agreement to render initial decisions on Claims in accordance with Section 15.2 and certify termination of the Agreement under Section 14.2.2.

### § 1.2 CORRELATION AND INTENT OF THE CONTRACT DOCUMENTS

§ 1.2.1 The intent of the Contract Documents is to include all items necessary for the proper execution and completion of the Work by the Contractor. The Contract Documents are complementary, and what is required by one shall be as binding as if required by all; performance by the Contractor shall be required only to the extent consistent with the Contract Documents and reasonably inferable from them as being necessary to produce the indicated results.

**Init.**

**/**

AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:38:42 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:                                                                                                   (1500859475)

9

**§ 1.2.2** Organization of the Specifications into divisions, sections and articles, and arrangement of Drawings shall not control the Contractor in dividing the Work among Subcontractors or in establishing the extent of Work to be performed by any trade.

**§ 1.2.3** Unless otherwise stated in the Contract Documents, words that have well-known technical or construction industry meanings are used in the Contract Documents in accordance with such recognized meanings.

**§ 1.3 CAPITALIZATION**
Terms capitalized in these General Conditions include those that are (1) specifically defined, (2) the titles of numbered articles or (3) the titles of other documents published by the American Institute of Architects.

**§ 1.4 INTERPRETATION**
In the interest of brevity the Contract Documents frequently omit modifying words such as "all" and "any" and articles such as "the" and "an," but the fact that a modifier or an article is absent from one statement and appears in another is not intended to affect the interpretation of either statement.

**§ 1.5 OWNERSHIP AND USE OF DRAWINGS, SPECIFICATIONS AND OTHER INSTRUMENTS OF SERVICE**
**§ 1.5.1** The Architect and the Architect's consultants shall be deemed the authors and owners of their respective Instruments of Service, including the Drawings and Specifications, and will retain all common law, statutory and other reserved rights, including copyrights. The Contractor, Subcontractors, Sub-subcontractors, and material or equipment suppliers shall not own or claim a copyright in the Instruments of Service. Submittal or distribution to meet official regulatory requirements or for other purposes in connection with this Project is not to be construed as publication in derogation of the Architect's or Architect's consultants' reserved rights.

**§ 1.5.2** The Contractor, Subcontractors, Sub-subcontractors and material or equipment suppliers are authorized to use and reproduce the Instruments of Service provided to them solely and exclusively for execution of the Work. All copies made under this authorization shall bear the copyright notice, if any, shown on the Instruments of Service. The Contractor, Subcontractors, Sub-subcontractors, and material or equipment suppliers may not use the Instruments of Service on other projects or for additions to this Project outside the scope of the Work without the specific written consent of the Owner, Architect and the Architect's consultants.

**§ 1.6 TRANSMISSION OF DATA IN DIGITAL FORM**
If the parties intend to transmit Instruments of Service or any other information or documentation in digital form, they shall endeavor to establish necessary protocols governing such transmissions, unless otherwise already provided in the Agreement or the Contract Documents.

**ARTICLE 2   OWNER**
**§ 2.1 GENERAL**
**§ 2.1.1** The Owner is the person or entity identified as such in the Agreement and is referred to throughout the Contract Documents as if singular in number. The Owner shall designate in writing a representative who shall have express authority to bind the Owner with respect to all matters requiring the Owner's approval or authorization. Except as otherwise provided in Section 4.2.1, the Architect does not have such authority. The term "Owner" means the Owner or the Owner's authorized representative.

**§ 2.1.2** The Owner shall furnish to the Contractor within fifteen days after receipt of a written request, information necessary and relevant for the Contractor to evaluate, give notice of or enforce mechanic's lien rights. Such information shall include a correct statement of the record legal title to the property on which the Project is located, usually referred to as the site, and the Owner's interest therein.

**§ 2.2 INFORMATION AND SERVICES REQUIRED OF THE OWNER**
**§ 2.2.1** Prior to commencement of the Work, the Contractor may request in writing that the Owner provide reasonable evidence that the Owner has made financial arrangements to fulfill the Owner's obligations under the Contract. Thereafter, the Contractor may only request such evidence if (1) the Owner fails to make payments to the Contractor as the Contract Documents require; (2) a change in the Work materially changes the Contract Sum; or (3) the Contractor identifies in writing a reasonable concern regarding the Owner's ability to make payment when due. The Owner shall furnish such evidence as a condition precedent to commencement or continuation of the Work or the

**Init.**

**/**

AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:38:42 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes: (1600050475)

**10**

TR_00246

portion of the Work affected by a material change. After the Owner furnishes the evidence, the Owner shall not materially vary such financial arrangements without prior notice to the Contractor.

§ 2.2.2 Except for permits and fees that are the responsibility of the Contractor under the Contract Documents, including those required under Section 3.7.1, the Owner shall secure and pay for necessary approvals, easements, assessments and charges required for construction, use or occupancy of permanent structures or for permanent changes in existing facilities.

§ 2.2.3 The Owner shall furnish surveys describing physical characteristics, legal limitations and utility locations for the site of the Project, and a legal description of the site. The Contractor shall be entitled to rely on the accuracy of information furnished by the Owner but shall exercise proper precautions relating to the safe performance of the Work.

§ 2.2.4 The Owner shall furnish information or services required of the Owner by the Contract Documents with reasonable promptness. The Owner shall also furnish any other information or services under the Owner's control and relevant to the Contractor's performance of the Work with reasonable promptness after receiving the Contractor's written request for such information or services.

§ 2.2.5 Unless otherwise provided in the Contract Documents, the Owner shall furnish to the Contractor one copy of the Contract Documents for purposes of making reproductions pursuant to Section 1.5.2.

§ 2.3 OWNER'S RIGHT TO STOP THE WORK
If the Contractor fails to correct Work that is not in accordance with the requirements of the Contract Documents as required by Section 12.2 fails to carry out Work in accordance with the Contract Documents, the Owner may issue a written order to the Contractor to stop the Work, or any portion thereof, until the cause for such order has been eliminated; however, the right of the Owner to stop the Work shall not give rise to a duty on the part of the Owner to exercise this right for the benefit of the Contractor or any other person or entity, except to the extent required by Section 6.1.3.

§ 2.4 OWNER'S RIGHT TO CARRY OUT THE WORK
If the Contractor defaults or neglects to carry out the Work in accordance with the Contract Documents and fails within a ten-day period after receipt of written notice from the Owner to commence and continue correction of such default or neglect with diligence and promptness, the Owner may, without prejudice to other remedies the Owner may have, correct such deficiencies. In such case an appropriate Change Order shall be issued deducting from payments then or thereafter due the Contractor the reasonable cost of correcting such deficiencies, including Owner's expenses and compensation for the Architect's additional services made necessary by such default, neglect or failure. Such action by the Owner and amounts charged to the Contractor are both subject to prior approval of the Architect. If payments then or thereafter due the Contractor are not sufficient to cover such amounts, the Contractor shall pay the difference to the Owner.

ARTICLE 3   CONTRACTOR
§ 3.1 GENERAL
§ 3.1.1 The Contractor is the person or entity identified as such in the Agreement and is referred to throughout the Contract Documents as if singular in number. The Contractor shall be lawfully licensed, if required in the jurisdiction where the Project is located. The Contractor shall designate in writing a representative who shall have express authority to bind the Contractor with respect to all matters under this Contract. The term "Contractor" means the Contractor or the Contractor's authorized representative.

§ 3.1.2 The Contractor shall perform the Work in accordance with the Contract Documents.

§ 3.1.3 The Contractor shall not be relieved of obligations to perform the Work in accordance with the Contract Documents either by activities or duties of the Architect in the Architect's administration of the Contract, or by tests, inspections or approvals required or performed by persons or entities other than the Contractor.

Init.

/

AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:38:42 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:                                                                                         (1500859475)

11

TR_00247

## § 3.2 REVIEW OF CONTRACT DOCUMENTS AND FIELD CONDITIONS BY CONTRACTOR

§ 3.2.1 Execution of the Contract by the Contractor is a representation that the Contractor has visited the site, become generally familiar with local conditions under which the Work is to be performed and correlated personal observations with requirements of the Contract Documents.

§ 3.2.2 Because the Contract Documents are complementary, the Contractor shall, before starting each portion of the Work, carefully study and compare the various Contract Documents relative to that portion of the Work, as well as the information furnished by the Owner pursuant to Section 2.2.3, shall take field measurements of any existing conditions related to that portion of the Work, and shall observe any conditions at the site affecting it. These obligations are for the purpose of facilitating coordination and construction by the Contractor and are not for the purpose of discovering errors, omissions, or inconsistencies in the Contract Documents; however, the Contractor shall promptly report to the Architect any errors, inconsistencies or omissions discovered by or made known to the Contractor as a request for information in such form as the Architect may require. It is recognized that the Contractor's review is made in the Contractor's capacity as a contractor and not as a licensed design professional, unless otherwise specifically provided in the Contract Documents.

§ 3.2.3 The Contractor is not required to ascertain that the Contract Documents are in accordance with applicable laws, statutes, ordinances, codes, rules and regulations, or lawful orders of public authorities, but the Contractor shall promptly report to the Architect any nonconformity discovered by or made known to the Contractor as a request for information in such form as the Architect may require.

§ 3.2.4 If the Contractor believes that additional cost or time is involved because of clarifications or instructions the Architect issues in response to the Contractor's notices or requests for information pursuant to Sections 3.2.2 or 3.2.3, the Contractor shall make Claims as provided in Article 15. If the Contractor fails to perform the obligations of Sections 3.2.2 or 3.2.3, the Contractor shall pay such costs and damages to the Owner as would have been avoided if the Contractor had performed such obligations. If the Contractor performs those obligations, the Contractor shall not be liable to the Owner or Architect for damages resulting from errors, inconsistencies or omissions in the Contract Documents, for differences between field measurements or conditions and the Contract Documents, or for nonconformities of the Contract Documents to applicable laws, statutes, ordinances, codes, rules and regulations, and lawful orders of public authorities.

## § 3.3 SUPERVISION AND CONSTRUCTION PROCEDURES

§ 3.3.1 The Contractor shall supervise and direct the Work, using the Contractor's best skill and attention. The Contractor shall be solely responsible for, and have control over, construction means, methods, techniques, sequences and procedures and for coordinating all portions of the Work under the Contract, unless the Contract Documents give other specific instructions concerning these matters. If the Contract Documents give specific instructions concerning construction means, methods, techniques, sequences or procedures, the Contractor shall evaluate the jobsite safety thereof and, except as stated below, shall be fully and solely responsible for the jobsite safety of such means, methods, techniques, sequences or procedures. If the Contractor determines that such means, methods, techniques, sequences or procedures may not be safe, the Contractor shall give timely written notice to the Owner and Architect and shall not proceed with that portion of the Work without further written instructions from the Architect. If the Contractor is then instructed to proceed with the required means, methods, techniques, sequences or procedures without acceptance of changes proposed by the Contractor, the Owner shall be solely responsible for any loss or damage arising solely from those Owner-required means, methods, techniques, sequences or procedures.

§ 3.3.2 The Contractor shall be responsible to the Owner for acts and omissions of the Contractor's employees, Subcontractors and their agents and employees, and other persons or entities performing portions of the Work for, or on behalf of, the Contractor or any of its Subcontractors.

§ 3.3.3 The Contractor shall be responsible for inspection of portions of Work already performed to determine that such portions are in proper condition to receive subsequent Work.

## § 3.4 LABOR AND MATERIALS

§ 3.4.1 Unless otherwise provided in the Contract Documents, the Contractor shall provide and pay for labor, materials, equipment, tools, construction equipment and machinery, water, heat, utilities, transportation, and other facilities and services necessary for proper execution and completion of the Work, whether temporary or permanent and whether or not incorporated or to be incorporated in the Work.

**Init.**

**/**

AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:38:42 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:

**12**

TR_00248

**§ 3.4.2** Except in the case of minor changes in the Work authorized by the Architect in accordance with Sections 3.12.8 or 7.4, the Contractor may make substitutions only with the consent of the Owner, after evaluation by the Architect and in accordance with a Change Order or Construction Change Directive.

**§ 3.4.3** The Contractor shall enforce strict discipline and good order among the Contractor's employees and other persons carrying out the Work. The Contractor shall not permit employment of unfit persons or persons not properly skilled in tasks assigned to them.

## § 3.5 WARRANTY
The Contractor warrants to the Owner and Architect that materials and equipment furnished under the Contract will be of good quality and new unless the Contract Documents require or permit otherwise. The Contractor further warrants that the Work will conform to the requirements of the Contract Documents and will be free from defects, except for those inherent in the quality of the Work the Contract Documents require or permit. Work, materials, or equipment not conforming to these requirements may be considered defective. The Contractor's warranty excludes remedy for damage or defect caused by abuse, alterations to the Work not executed by the Contractor, improper or insufficient maintenance, improper operation, or normal wear and tear and normal usage. If required by the Architect, the Contractor shall furnish satisfactory evidence as to the kind and quality of materials and equipment. The terms of the warranties of Section 3.5 shall be in addition to and not in limitation of any other warranty or remedy provided by law, equity and/or the Contract Documents, and shall be interpreted to require Contractor at its expense to cure all defective or deficient Work within a period of not less than one (1) year after Final Completion of the Project, or longer if required by the Contract Documents. The Contractor shall correct such Work promptly upon receipt of written notice from the Owner. If the Contractor fails to do so within a reasonable time of not more than seven (7) days after receipt of such notice, Owner may correct such Work and Contractor shall promptly repay Owner the reasonable cost of such corrective work upon demand. Owner may offset such costs of correction against any payments then or later due Contractor. Any corrective work shall itself be warranted by Contractor for a period of one (1) year from the date such corrective work is performed. Contractor's warranty obligations do not include the repair or correction of defective or deficient Work caused exclusively by Owner's abuse, improper operation or maintenance, or normal wear and tear under normal usage.

## § 3.6 TAXES
The Contractor shall pay sales, consumer, use and similar taxes for the Work provided by the Contractor that are legally enacted when bids are received or negotiations concluded, whether or not yet effective or merely scheduled to go into effect.

## § 3.7 PERMITS, FEES, NOTICES AND COMPLIANCE WITH LAWS
**§ 3.7.1** Unless otherwise provided in the Contract Documents, the Contractor shall secure and pay for the building permit as well as for other permits, fees, licenses, and inspections by government agencies necessary for proper execution and completion of the Work that are customarily secured after execution of the Contract and legally required at the time bids are received or negotiations concluded.

**§ 3.7.2** The Contractor shall comply with and give notices required by applicable laws, statutes, ordinances, codes, rules and regulations, and lawful orders of public authorities applicable to performance of the Work.

**§ 3.7.3** If the Contractor performs Work that it knowingly or should have known to be contrary to applicable laws, statutes, ordinances, codes, rules and regulations, or lawful orders of public authorities, the Contractor shall assume appropriate responsibility for such Work and shall bear the costs attributable to correction.

**§ 3.7.4 Concealed or Unknown Conditions.** If the Contractor encounters conditions at the site that are (1) subsurface or otherwise concealed physical conditions that differ materially from those indicated in the Contract Documents or (2) unknown physical conditions of an unusual nature, that differ materially from those ordinarily found to exist and generally recognized as inherent in construction activities of the character provided for in the Contract Documents, the Contractor shall promptly provide notice to the Owner and the Architect before conditions are disturbed and in no event later than 21 days after first observance of the conditions. The Architect will promptly investigate such conditions and, if the Architect determines that they differ materially and cause an increase or decrease in the Contractor's cost of, or time required for, performance of any part of the Work, will recommend an equitable adjustment in the Contract Sum or Contract Time, or both. If the Architect determines that the conditions at the site are

**Init.**

**/**

AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:38:42 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:

13

TR_00249

not materially different from those indicated in the Contract Documents and that no change in the terms of the Contract is justified, the Architect shall promptly notify the Owner and Contractor in writing, stating the reasons. If either party disputes the Architect's determination or recommendation, that party may proceed as provided in Article 15.

§ 3.7.5 If, in the course of the Work, the Contractor encounters human remains or recognizes the existence of burial markers, archaeological sites or wetlands not indicated in the Contract Documents, the Contractor shall immediately suspend any operations that would affect them and shall notify the Owner and Architect. Upon receipt of such notice, the Owner shall promptly take any action necessary to obtain governmental authorization required to resume the operations. The Contractor shall continue to suspend such operations until otherwise instructed by the Owner but shall continue with all other operations that do not affect those remains or features. Requests for adjustments in the Contract Sum and Contract Time arising from the existence of such remains or features may be made as provided in Article 15.

§ 3.8 ALLOWANCES
§ 3.8.1 The Contractor shall include in the Contract Sum all allowances stated in the Contract Documents. Items covered by allowances shall be supplied for such amounts and by such persons or entities as the Owner may direct, but the Contractor shall not be required to employ persons or entities to whom the Contractor has reasonable objection.

§ 3.8.2 Unless otherwise provided in the Contract Documents,
.1 Allowances shall cover the cost to the Contractor of materials and equipment delivered at the site and all required taxes, less applicable trade discounts;
.2 Contractor's costs for unloading and handling at the site, labor, installation costs, overhead, profit and other expenses contemplated for stated allowance amounts shall be included in the Contract Sum but not in the allowances; and
.3 Whenever costs are more than or less than allowances, the Contract Sum shall be adjusted accordingly by Change Order. The amount of the Change Order shall reflect (1) the difference between actual costs and the allowances under Section 3.8.2.1 and (2) changes in Contractor's costs under Section 3.8.2.2.

§ 3.8.3 Materials and equipment under an allowance shall be selected by the Owner with reasonable promptness.

§ 3.9 SUPERINTENDENT
§ 3.9.1 The Contractor shall employ a competent superintendent and necessary assistants who shall be in attendance at the Project site during performance of the Work. The superintendent shall represent the Contractor, and communications given to the superintendent shall be as binding as if given to the Contractor.

§ 3.9.2 The Contractor, as soon as practicable after award of the Contract, shall furnish in writing to the Owner through the Architect the name and qualifications of a proposed superintendent. The Architect may reply within 14 days to the Contractor in writing stating (1) whether the Owner or the Architect has reasonable objection to the proposed superintendent or (2) that the Architect requires additional time to review. Failure of the Architect to reply within the 14 day period shall constitute notice of no reasonable objection.

§ 3.9.3 The Contractor shall not employ a proposed superintendent to whom the Owner or Architect has made reasonable and timely objection. The Contractor shall not change the superintendent without the Owner's consent, which shall not unreasonably be withheld or delayed.

§ 3.10 CONTRACTOR'S CONSTRUCTION SCHEDULES
§ 3.10.1 The Contractor, promptly after being awarded the Contract, shall prepare and submit for the Owner's and Architect's information a Contractor's construction schedule for the Work. The schedule shall not exceed time limits current under the Contract Documents, shall be revised at appropriate intervals as required by the conditions of the Work and Project, shall be related to the entire Project to the extent required by the Contract Documents, and shall provide for expeditious and practicable execution of the Work.

§ 3.10.2 The Contractor shall prepare a submittal schedule, promptly after being awarded the Contract and thereafter as necessary to maintain a current submittal schedule, and shall submit the schedule(s) for the Architect's approval. The Architect's approval shall not unreasonably be delayed or withheld. The submittal schedule shall (1) be coordinated with the Contractor's construction schedule, and (2) allow the Architect reasonable time to review submittals. If the Contractor fails to submit a submittal schedule, the Contractor shall not be entitled to any increase in Contract Sum or extension of Contract Time based on the time required for review of submittals.

AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:38:42 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013; and is not for resale.
User Notes:

**§ 3.10.3** The Contractor shall perform the Work in general accordance with the most recent schedules submitted to the Owner and Architect.

## § 3.11 DOCUMENTS AND SAMPLES AT THE SITE

The Contractor shall maintain at the site for the Owner one copy of the Drawings, Specifications, Addenda, Change Orders and other Modifications, in good order and marked currently to indicate field changes and selections made during construction, and one copy of approved Shop Drawings, Product Data, Samples and similar required submittals. These shall be available to the Architect and shall be delivered to the Architect for submittal to the Owner upon completion of the Work as a record of the Work as constructed.

## § 3.12 SHOP DRAWINGS, PRODUCT DATA AND SAMPLES

**§ 3.12.1** Shop Drawings are drawings, diagrams, schedules and other data specially prepared for the Work by the Contractor or a Subcontractor, Sub-subcontractor, manufacturer, supplier or distributor to illustrate some portion of the Work.

**§ 3.12.2** Product Data are illustrations, standard schedules, performance charts, instructions, brochures, diagrams and other information furnished by the Contractor to illustrate materials or equipment for some portion of the Work.

**§ 3.12.3** Samples are physical examples that illustrate materials, equipment or workmanship and establish standards by which the Work will be judged.

**§ 3.12.4** Shop Drawings, Product Data, Samples and similar submittals are not Contract Documents. Their purpose is to demonstrate the way by which the Contractor proposes to conform to the information given and the design concept expressed in the Contract Documents for those portions of the Work for which the Contract Documents require submittals. Review by the Architect is subject to the limitations of Section 4.2.7. Informational submittals upon which the Architect is not expected to take responsive action may be so identified in the Contract Documents. Submittals that are not required by the Contract Documents may be returned by the Architect without action.

**§ 3.12.5** The Contractor shall review for compliance with the Contract Documents, approve and submit to the Architect Shop Drawings, Product Data, Samples and similar submittals required by the Contract Documents in accordance with the submittal schedule approved by the Architect or, in the absence of an approved submittal schedule, with reasonable promptness and in such sequence as to cause no delay in the Work or in the activities of the Owner or of separate contractors.

**§ 3.12.6** By submitting Shop Drawings, Product Data, Samples and similar submittals, the Contractor represents to the Owner and Architect that the Contractor has (1) reviewed and approved them, (2) determined and verified materials, field measurements and field construction criteria related thereto, or will do so and (3) checked and coordinated the information contained within such submittals with the requirements of the Work and of the Contract Documents.

**§ 3.12.7** The Contractor shall perform no portion of the Work for which the Contract Documents require submittal and review of Shop Drawings, Product Data, Samples or similar submittals until the respective submittal has been approved by the Architect.

**§ 3.12.8** The Work shall be in accordance with approved submittals except that the Contractor shall not be relieved of responsibility for deviations from requirements of the Contract Documents by the Architect's approval of Shop Drawings, Product Data, Samples or similar submittals unless the Contractor has specifically informed the Architect in writing of such deviation at the time of submittal and (1) the Architect has given written approval to the specific deviation as a minor change in the Work, or (2) a Change Order or Construction Change Directive has been issued authorizing the deviation. The Contractor shall not be relieved of responsibility for errors or omissions in Shop Drawings, Product Data, Samples or similar submittals by the Architect's approval thereof.

**§ 3.12.9** The Contractor shall direct specific attention, in writing or on resubmitted Shop Drawings, Product Data, Samples or similar submittals, to revisions other than those requested by the Architect on previous submittals. In the absence of such written notice, the Architect's approval of a resubmission shall not apply to such revisions.

AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:38:42 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:

Init.

15

TR_00251

§ 3.12.10 The Contractor shall not be required to provide professional services that constitute the practice of architecture or engineering unless such services are specifically required by the Contract Documents for a portion of the Work or unless the Contractor needs to provide such services in order to carry out the Contractor's responsibilities for construction means, methods, techniques, sequences and procedures. The Contractor shall not be required to provide professional services in violation of applicable law. If professional design services or certifications by a design professional related to systems, materials or equipment are specifically required of the Contractor by the Contract Documents, the Owner and the Architect will specify all performance and design criteria that such services must satisfy. The Contractor shall cause such services or certifications to be provided by a properly licensed design professional, whose signature and seal shall appear on all drawings, calculations, specifications, certifications, Shop Drawings and other submittals prepared by such professional. Shop Drawings and other submittals related to the Work designed or certified by such professional, if prepared by others, shall bear such professional's written approval when submitted to the Architect. The Owner and the Architect shall be entitled to rely upon the adequacy, accuracy and completeness of the services, certifications and approvals performed or provided by such design professionals, provided the Owner and Architect have specified to the Contractor all performance and design criteria that such services must satisfy. Pursuant to this Section 3.12.10, the Architect will review, approve or take other appropriate action on submittals only for the limited purpose of checking for conformance with information given and the design concept expressed in the Contract Documents. The Contractor shall not be responsible for the adequacy of the performance and design criteria specified in the Contract Documents.

### § 3.13 USE OF SITE
The Contractor shall confine operations at the site to areas permitted by applicable laws, statutes, ordinances, codes, rules and regulations, and lawful orders of public authorities and the Contract Documents and shall not unreasonably encumber the site with materials or equipment.

### § 3.14 CUTTING AND PATCHING
§ 3.14.1 The Contractor shall be responsible for cutting, fitting or patching required to complete the Work or to make its parts fit together properly. All areas requiring cutting, fitting and patching shall be restored to the condition existing prior to the cutting, fitting and patching, unless otherwise required by the Contract Documents.

§ 3.14.2 The Contractor shall not damage or endanger a portion of the Work or fully or partially completed construction of the Owner or separate contractors by cutting, patching or otherwise altering such construction, or by excavation. The Contractor shall not cut or otherwise alter such construction by the Owner or a separate contractor except with written consent of the Owner and of such separate contractor; such consent shall not be unreasonably withheld. The Contractor shall not unreasonably withhold from the Owner or a separate contractor the Contractor's consent to cutting or otherwise altering the Work.

### § 3.15 CLEANING UP
§ 3.15.1 The Contractor shall keep the premises and surrounding area free from accumulation of waste materials or rubbish caused by operations under the Contract. At completion of the Work, the Contractor shall remove waste materials, rubbish, the Contractor's tools, construction equipment, machinery and surplus materials from and about the Project.

§ 3.15.2 If the Contractor fails to clean up as provided in the Contract Documents, the Owner may do so and Owner shall be entitled to reimbursement from the Contractor.

### § 3.16 ACCESS TO WORK
The Contractor shall provide the Owner and Architect access to the Work in preparation and progress wherever located.

### § 3.17 ROYALTIES, PATENTS AND COPYRIGHTS
The Contractor shall pay all royalties and license fees. The Contractor shall defend suits or claims for infringement of copyrights and patent rights and shall hold the Owner and Architect harmless from loss on account thereof, but shall not be responsible for such defense or loss when a particular design, process or product of a particular manufacturer or manufacturers is required by the Contract Documents, or where the copyright violations are contained in Drawings, Specifications or other documents prepared by the Owner or Architect. However, if the Contractor has reason to believe that the required design, process or product is an infringement of a copyright or a patent, the Contractor shall be responsible for such loss unless such information is promptly furnished to the Architect.

**Init.**

**/**

AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:38:42 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:

**16**

## § 3.18 INDEMNIFICATION

§ 3.18.1 The Work performed by Contractor shall be at the exclusive risk of Contractor. To the fullest extent permitted by applicable law, Contractor shall and does agree to indemnify, protect, defend, and hold forever harmless the Owner, affiliated companies of Owner and the officers, directors, owners, shareholders, employees and agents thereof (collectively the "Indemnitees") from and against all claims, damages, losses, liens, causes of action, suits, judgments, and expenses, including attorneys' and other professional fees, of any nature, kind or description of any person or entity, directly or indirectly arising out of, caused by, or resulting from (in whole or in part), (a) the Work performed hereunder, or any part thereof, or (b) any act or omission of the Contractor, any sub-subcontractor, anyone directly or indirectly employed by them, or anyone that they control or exercise control over (collectively, "the Liabilities"). Thus, the indemnity obligations of Contractor under this Section shall not apply to that portion of the claims, damages, losses, liens, causes of action, suits, judgments, and expenses, including attorneys' or other professional fees arising out of or relating to property damage, found by the trier of fact to have been caused by the negligence of the Indemnitees.

*(Paragraph deleted)*

§ 3.18.2 In the event of any demands, claims, damages, losses, liens, causes of action, suits or judgments being asserted against the Project or Owner allegedly based on acts or omissions that may give rise to an Indemnitee's claim for indemnification by Contractor under Subparagraph 15.11, the Contractor, at its expense, shall assume and conduct, on behalf of the Owner (and the other Indemnitees), with due diligence and in good faith, the defense thereof with counsel satisfactory to Owner; provided, however, that Owner shall have the right, at its option, to be represented by advisory counsel of its own selection and at its own expense. In the event of failure by the Contractor to fully perform, in accordance with this Subparagraph 15.12, Owner, at its option, and without relieving Contractor of its obligations hereunder, may so perform, but all costs and expenses so incurred by Owner in that event shall be reimbursed by Contractor, together with interest on the same from the date any such expense was paid by Owner until reimbursed by Contractor, at the highest applicable lawful rate of interest.

§ 3.18.3 In the event there are any legal limitations now or hereafter in effect that may affect the validity or enforceability of the indemnification obligations set forth in this Agreement, such legal limitations are hereby made a part of such indemnification obligations by reference and shall operate to amend the Agreement to the minimum extent necessary to bring the applicable provisions into conformity with the requirements of such limitations, and as so modified, the indemnification obligations shall continue in full force and effect.

§ 3.18.4 All indemnification obligations set forth herein shall survive the termination of this Agreement regardless of the reason for termination.

## ARTICLE 4   ARCHITECT
## § 4.1 GENERAL

§ 4.1.1 The Owner shall retain an architect lawfully licensed to practice architecture or an entity lawfully practicing architecture in the jurisdiction where the Project is located. That person or entity is identified as the Architect in the Agreement and is referred to throughout the Contract Documents as if singular in number.

§ 4.1.2 Duties, responsibilities and limitations of authority of the Architect as set forth in the Contract Documents shall not be restricted, modified or extended without written consent of the Owner, Contractor and Architect. Consent shall not be unreasonably withheld.

§ 4.1.3 If the employment of the Architect is terminated, the Owner shall employ a successor architect as to whom the Contractor has no reasonable objection and whose status under the Contract Documents shall be that of the Architect.

## § 4.2 ADMINISTRATION OF THE CONTRACT

§ 4.2.1 The Architect will provide administration of the Contract as described in the Contract Documents and will be an Owner's representative during construction until the date the Architect issues the final Certificate for Payment. The Architect will have authority to act on behalf of the Owner only to the extent provided in the Contract Documents.

§ 4.2.2 The Architect will visit the site at intervals appropriate to the stage of construction, or as otherwise agreed with the Owner, to become generally familiar with the progress and quality of the portion of the Work completed, and to determine in general if the Work observed is being performed in a manner indicating that the Work, when fully

**Init.**

**/**

AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:38:42 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:                                                                                                  (1500859475)

**17**

completed, will be in accordance with the Contract Documents. However, the Architect will not be required to make exhaustive or continuous on-site inspections to check the quality or quantity of the Work. The Architect will not have control over, charge of, or responsibility for, the construction means, methods, techniques, sequences or procedures, or for the safety precautions and programs in connection with the Work, since these are solely the Contractor's rights and responsibilities under the Contract Documents, except as provided in Section 3.3.1.

§ 4.2.3 On the basis of the site visits, the Architect will keep the Owner reasonably informed about the progress and quality of the portion of the Work completed, and report to the Owner (1) known deviations from the Contract Documents and from the most recent construction schedule submitted by the Contractor, and (2) defects and deficiencies observed in the Work. The Architect will not have control over or charge of and will not be responsible for acts or omissions of the Contractor, Subcontractors, or their agents or employees, or any other persons or entities performing portions of the Work.

§ 4.2.4 COMMUNICATIONS FACILITATING CONTRACT ADMINISTRATION
Except as otherwise provided in the Contract Documents or when direct communications have been specially authorized, the Owner and Contractor shall endeavor to communicate with each other through the Architect about matters arising out of or relating to the Contract. Communications by and with the Architect's consultants shall be through the Architect. Communications by and with Subcontractors and material suppliers shall be through the Contractor. Communications by and with separate contractors shall be through the Owner.

§ 4.2.5 Based on the Architect's evaluations of the Contractor's Applications for Payment, the Architect will review and certify the amounts due the Contractor and will issue Certificates for Payment in such amounts.

§ 4.2.6 The Architect has authority to reject Work that does not conform to the Contract Documents. Whenever the Architect considers it necessary or advisable, the Architect will have authority to require inspection or testing of the Work in accordance with Sections 13.5.2 and 13.5.3, whether or not such Work is fabricated, installed or completed. However, neither this authority of the Architect nor a decision made in good faith either to exercise or not to exercise such authority shall give rise to a duty or responsibility of the Architect to the Contractor, Subcontractors, material and equipment suppliers, their agents or employees, or other persons or entities performing portions of the Work.

§ 4.2.7 The Architect will review and approve, or take other appropriate action upon, the Contractor's submittals such as Shop Drawings, Product Data and Samples, but only for the limited purpose of checking for conformance with information given and the design concept expressed in the Contract Documents. The Architect's action will be taken in accordance with the submittal schedule approved by the Architect or, in the absence of an approved submittal schedule, with reasonable promptness while allowing sufficient time in the Architect's professional judgment to permit adequate review. Review of such submittals is not conducted for the purpose of determining the accuracy and completeness of other details such as dimensions and quantities, or for substantiating instructions for installation or performance of equipment or systems, all of which remain the responsibility of the Contractor as required by the Contract Documents. The Architect's review of the Contractor's submittals shall not relieve the Contractor of the obligations under Sections 3.3, 3.5 and 3.12. The Architect's review shall not constitute approval of safety precautions or, unless otherwise specifically stated by the Architect, of any construction means, methods, techniques, sequences or procedures. The Architect's approval of a specific item shall not indicate approval of an assembly of which the item is a component.

§ 4.2.8 The Architect will prepare Change Orders and Construction Change Directives, and may authorize minor changes in the Work as provided in Section 7.4. The Architect will investigate and make determinations and recommendations regarding concealed and unknown conditions as provided in Section 3.7.4.

§ 4.2.9 The Architect will conduct inspections to determine the date or dates of Substantial Completion and the date of final completion; issue Certificates of Substantial Completion pursuant to Section 9.8; receive and forward to the Owner, for the Owner's review and records, written warranties and related documents required by the Contract and assembled by the Contractor pursuant to Section 9.10; and issue a final Certificate for Payment pursuant to Section 9.10.

§ 4.2.10 If the Owner and Architect agree, the Architect will provide one or more project representatives to assist in carrying out the Architect's responsibilities at the site. The duties, responsibilities and limitations of authority of such project representatives shall be as set forth in an exhibit to be incorporated in the Contract Documents.

**Init.**

**/**

AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:38:42 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:

**18**

§ 4.2.11 The Architect will interpret and decide matters concerning performance under, and requirements of, the Contract Documents on written request of either the Owner or Contractor. The Architect's response to such requests will be made in writing within any time limits agreed upon or otherwise with reasonable promptness.

§ 4.2.12 Interpretations and decisions of the Architect will be consistent with the intent of, and reasonably inferable from, the Contract Documents and will be in writing or in the form of drawings. When making such interpretations and decisions, the Architect will endeavor to secure faithful performance by both Owner and Contractor, will not show partiality to either and will not be liable for results of interpretations or decisions rendered in good faith.

§ 4.2.13 The Architect's decisions on matters relating to aesthetic effect will be final if consistent with the intent expressed in the Contract Documents.

§ 4.2.14 The Architect will review and respond to requests for information about the Contract Documents. The Architect's response to such requests will be made in writing within any time limits agreed upon or otherwise with reasonable promptness. If appropriate, the Architect will prepare and issue supplemental Drawings and Specifications in response to the requests for information.

## ARTICLE 5 SUBCONTRACTORS
### § 5.1 DEFINITIONS
§ 5.1.1 A Subcontractor is a person or entity who has a direct contract with the Contractor to perform a portion of the Work at the site. The term "Subcontractor" is referred to throughout the Contract Documents as if singular in number and means a Subcontractor or an authorized representative of the Subcontractor. The term "Subcontractor" does not include a separate contractor or subcontractors of a separate contractor.

§ 5.1.2 A Sub-subcontractor is a person or entity who has a direct or indirect contract with a Subcontractor to perform a portion of the Work at the site. The term "Sub-subcontractor" is referred to throughout the Contract Documents as if singular in number and means a Sub-subcontractor or an authorized representative of the Sub-subcontractor.

### § 5.2 AWARD OF SUBCONTRACTS AND OTHER CONTRACTS FOR PORTIONS OF THE WORK
§ 5.2.1 Unless otherwise stated in the Contract Documents or the bidding requirements, the Contractor, as soon as practicable after award of the Contract, shall furnish in writing to the Owner through the Architect the names of persons or entities (including those who are to furnish materials or equipment fabricated to a special design) proposed for each principal portion of the Work. The Architect may reply within 14 days to the Contractor in writing stating (1) whether the Owner or the Architect has reasonable objection to any such proposed person or entity or (2) that the Architect requires additional time for review. Failure of the Owner or Architect to reply within the 14-day period shall constitute notice of no reasonable objection.

§ 5.2.2 The Contractor shall not contract with a proposed person or entity to whom the Owner or Architect has made reasonable and timely objection. The Contractor shall not be required to contract with anyone to whom the Contractor has made reasonable objection.

§ 5.2.3 If the Owner or Architect has reasonable objection to a person or entity proposed by the Contractor, the Contractor shall propose another to whom the Owner or Architect has no reasonable objection. If the proposed but rejected Subcontractor was reasonably capable of performing the Work, the Contract Sum and Contract Time shall be increased or decreased by the difference, if any, occasioned by such change, and an appropriate Change Order shall be issued before commencement of the substitute Subcontractor's Work. However, no increase in the Contract Sum or Contract Time shall be allowed for such change unless the Contractor has acted promptly and responsively in submitting names as required.

§ 5.2.4 The Contractor shall not substitute a Subcontractor, person or entity previously selected if the Owner or Architect makes reasonable objection to such substitution.

### § 5.3 SUBCONTRACTUAL RELATIONS
By appropriate agreement, written where legally required for validity, the Contractor shall require each Subcontractor, to the extent of the Work to be performed by the Subcontractor, to be bound to the Contractor by terms of the Contract Documents, and to assume toward the Contractor all the obligations and responsibilities, including the responsibility

**Init.**

/

AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:38:42 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes: (1500859475)

19

for safety of the Subcontractor's Work, which the Contractor, by these Documents, assumes toward the Owner and Architect. Each subcontract agreement shall preserve and protect the rights of the Owner and Architect under the Contract Documents with respect to the Work to be performed by the Subcontractor so that subcontracting thereof will not prejudice such rights, and shall allow to the Subcontractor, unless specifically provided otherwise in the subcontract agreement, the benefit of all rights, remedies and redress against the Contractor that the Contractor, by the Contract Documents, has against the Owner. Where appropriate, the Contractor shall require each Subcontractor to enter into similar agreements with Sub-subcontractors. The Contractor shall make available to each proposed Subcontractor, prior to the execution of the subcontract agreement, copies of the Contract Documents to which the Subcontractor will be bound, and, upon written request of the Subcontractor, identify to the Subcontractor terms and conditions of the proposed subcontract agreement that may be at variance with the Contract Documents. Subcontractors will similarly make copies of applicable portions of such documents available to their respective proposed Sub-subcontractors.

## § 5.4 CONTINGENT ASSIGNMENT OF SUBCONTRACTS

§ 5.4.1 Each subcontract agreement for a portion of the Work is assigned by the Contractor to the Owner, provided that

 .1 assignment is effective only after termination of the Contract by the Owner for cause pursuant to Section 14.2 and only for those subcontract agreements that the Owner accepts by notifying the Subcontractor and Contractor in writing; and

 .2 assignment is subject to the prior rights of the surety, if any, obligated under bond relating to the Contract.

When the Owner accepts the assignment of a subcontract agreement, the Owner assumes the Contractor's rights and obligations under the subcontract.

§ 5.4.2 Upon such assignment, if the Work has been suspended for more than 30 days, the Subcontractor's compensation shall be equitably adjusted for increases in cost resulting from the suspension.

§ 5.4.3 Upon such assignment to the Owner under this Section 5.4, the Owner may further assign the subcontract to a successor contractor or other entity. If the Owner assigns the subcontract to a successor contractor or other entity, the Owner shall nevertheless remain legally responsible for all of the successor contractor's obligations under the subcontract.

## ARTICLE 6 CONSTRUCTION BY OWNER OR BY SEPARATE CONTRACTORS
## § 6.1 OWNER'S RIGHT TO PERFORM CONSTRUCTION AND TO AWARD SEPARATE CONTRACTS

§ 6.1.1 The Owner reserves the right to perform construction or operations related to the Project with the Owner's own forces, and to award separate contracts in connection with other portions of the Project or other construction or operations on the site under Conditions of the Contract identical or substantially similar to these including those portions related to insurance and waiver of subrogation. If the Contractor claims that delay or additional cost is involved because of such action by the Owner, the Contractor shall make such Claim as provided in Article 15.

§ 6.1.2 When separate contracts are awarded for different portions of the Project or other construction or operations on the site, the term "Contractor" in the Contract Documents in each case shall mean the Contractor who executes each separate Owner-Contractor Agreement.

§ 6.1.3 The Owner shall provide for coordination of the activities of the Owner's own forces and of each separate contractor with the Work of the Contractor, who shall cooperate with them. The Contractor shall participate with other separate contractors and the Owner in reviewing their construction schedules. The Contractor shall make any revisions to the construction schedule deemed necessary after a joint review and mutual agreement. The construction schedules shall then constitute the schedules to be used by the Contractor, separate contractors and the Owner until subsequently revised.

§ 6.1.4 Unless otherwise provided in the Contract Documents, when the Owner performs construction or operations related to the Project with the Owner's own forces, the Owner shall be deemed to be subject to the same obligations and to have the same rights that apply to the Contractor under the Conditions of the Contract, including, without excluding others, those stated in Article 3, this Article 6 and Articles 10, 11 and 12.

Init.

/

AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:38:42 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:

20

## § 6.2 MUTUAL RESPONSIBILITY

§ 6.2.1 The Contractor shall afford the Owner and separate contractors reasonable opportunity for introduction and storage of their materials and equipment and performance of their activities, and shall connect and coordinate the Contractor's construction and operations with theirs as required by the Contract Documents.

§ 6.2.2 If part of the Contractor's Work depends for proper execution or results upon construction or operations by the Owner or a separate contractor, the Contractor shall, prior to proceeding with that portion of the Work, promptly report to the Architect apparent discrepancies or defects in such other construction that would render it unsuitable for such proper execution and results. Failure of the Contractor so to report shall constitute an acknowledgment that the Owner's or separate contractor's completed or partially completed construction is fit and proper to receive the Contractor's Work, except as to defects not then reasonably discoverable.

§ 6.2.3 The Contractor shall reimburse the Owner for costs the Owner incurs that are payable to a separate contractor because of the Contractor's delays, improperly timed activities or defective construction. The Owner shall be responsible to the Contractor for costs the Contractor incurs because of a separate contractor's delays, improperly timed activities, damage to the Work or defective construction.

§ 6.2.4 The Contractor shall promptly remedy damage the Contractor wrongfully causes to completed or partially completed construction or to property of the Owner or separate contractors as provided in Section 10.2.5.

§ 6.2.5 The Owner and each separate contractor shall have the same responsibilities for cutting and patching as are described for the Contractor in Section 3.14.

## § 6.3 OWNER'S RIGHT TO CLEAN UP

If a dispute arises among the Contractor, separate contractors and the Owner as to the responsibility under their respective contracts for maintaining the premises and surrounding area free from waste materials and rubbish, the Owner may clean up and the Architect will allocate the cost among those responsible.

## ARTICLE 7    CHANGES IN THE WORK
## § 7.1 GENERAL

§ 7.1.1 Changes in the Work may be accomplished after execution of the Contract, and without invalidating the Contract, by Change Order, Construction Change Directive or order for a minor change in the Work, subject to the limitations stated in this Article 7 and elsewhere in the Contract Documents.

§ 7.1.2 A Change Order shall be based upon agreement among the Owner, Contractor and Architect; a Construction Change Directive requires agreement by the Owner and Architect and may or may not be agreed to by the Contractor; an order for a minor change in the Work may be issued by the Architect alone.

§ 7.1.3 Changes in the Work shall be performed under applicable provisions of the Contract Documents, and the Contractor shall proceed promptly, unless otherwise provided in the Change Order, Construction Change Directive or order for a minor change in the Work.

## § 7.2 CHANGE ORDERS

§ 7.2.1 A Change Order is a written instrument prepared by the Architect and signed by the Owner, Contractor and Architect stating their agreement upon all of the following:

.1    The change in the Work;

.2    The amount of the adjustment, if any, in the Contract Sum; and

.3    The extent of the adjustment, if any, in the Contract Time.

## § 7.3 CONSTRUCTION CHANGE DIRECTIVES

§ 7.3.1 A Construction Change Directive is a written order prepared by the Architect and signed by the Owner and Architect, directing a change in the Work prior to agreement on adjustment, if any, in the Contract Sum or Contract Time, or both. The Owner may by Construction Change Directive, without invalidating the Contract, order changes in the Work within the general scope of the Contract consisting of additions, deletions or other revisions, the Contract Sum and Contract Time being adjusted accordingly.

**Init.**

**/**

AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:38:42 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:                                                                                                                        (1500----

**21**

§ 7.3.2 A Construction Change Directive shall be used in the absence of total agreement on the terms of a Change Order.

§ 7.3.3 If the Construction Change Directive provides for an adjustment to the Contract Sum, the adjustment shall be based on one of the following methods:

 .1 Mutual acceptance of a lump sum properly itemized and supported by sufficient substantiating data to permit evaluation;

 .2 Unit prices stated in the Contract Documents or subsequently agreed upon;

 .3 Cost to be determined in a manner agreed upon by the parties and a mutually acceptable fixed or percentage fee; or

 .4 As provided in Section 7.3.7.

§ 7.3.4 If unit prices are stated in the Contract Documents or subsequently agreed upon, and if quantities originally contemplated are materially changed in a proposed Change Order or Construction Change Directive so that application of such unit prices to quantities of Work proposed will cause substantial inequity to the Owner or Contractor, the applicable unit prices shall be equitably adjusted.

§ 7.3.5 Upon receipt of a Construction Change Directive, the Contractor shall promptly proceed with the change in the Work involved and advise the Architect of the Contractor's agreement or disagreement with the method, if any, provided in the Construction Change Directive for determining the proposed adjustment in the Contract Sum or Contract Time.

§ 7.3.6 A Construction Change Directive signed by the Contractor indicates the Contractor's agreement therewith, including adjustment in Contract Sum and Contract Time or the method for determining them. Such agreement shall be effective immediately and shall be recorded as a Change Order.

§ 7.3.7 If the Contractor does not respond promptly or disagrees with the method for adjustment in the Contract Sum, the Architect shall determine the method and the adjustment on the basis of reasonable expenditures and savings of those performing the Work attributable to the change, including, in case of an increase in the Contract Sum, an amount for overhead and profit as set forth in the Agreement, or if no such amount is set forth in the Agreement, a reasonable amount. In such case, and also under Section 7.3.3.3, the Contractor shall keep and present, in such form as the Architect may prescribe, an itemized accounting together with appropriate supporting data. Unless otherwise provided in the Contract Documents, costs for the purposes of this Section 7.3.7 shall be limited to the following:

 .1 Costs of labor, including social security, old age and unemployment insurance, fringe benefits required by agreement or custom, and workers' compensation insurance;

 .2 Costs of materials, supplies and equipment, including cost of transportation, whether incorporated or consumed;

 .3 Rental costs of machinery and equipment, exclusive of hand tools, whether rented from the Contractor or others;

 .4 Costs of premiums for all bonds and insurance, permit fees, and sales, use or similar taxes related to the Work; and

 .5 Additional costs of supervision and field office personnel directly attributable to the change.

§ 7.3.8 The amount of credit to be allowed by the Contractor to the Owner for a deletion or change that results in a net decrease in the Contract Sum shall be actual net cost as confirmed by the Architect. When both additions and credits covering related Work or substitutions are involved in a change, the allowance for overhead and profit shall be figured on the basis of net increase, if any, with respect to that change.

§ 7.3.9 Pending final determination of the total cost of a Construction Change Directive to the Owner, the Contractor may request payment for Work completed under the Construction Change Directive in Applications for Payment. The Architect will make an interim determination for purposes of monthly certification for payment for those costs and certify for payment the amount that the Architect determines, in the Architect's professional judgment, to be reasonably justified. The Architect's interim determination of cost shall adjust the Contract Sum on the same basis as a Change Order, subject to the right of either party to disagree and assert a Claim in accordance with Article 15.

§ 7.3.10 When the Owner and Contractor agree with a determination made by the Architect concerning the adjustments in the Contract Sum and Contract Time, or otherwise reach agreement upon the adjustments, such

AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:38:42 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:

22

agreement shall be effective immediately and the Architect will prepare a Change Order. Change Orders may be issued for all or any part of a Construction Change Directive.

## § 7.4 MINOR CHANGES IN THE WORK

The Architect has authority to order minor changes in the Work not involving adjustment in the Contract Sum or extension of the Contract Time and not inconsistent with the intent of the Contract Documents. Such changes will be effected by written order signed by the Architect and shall be binding on the Owner and Contractor.

## ARTICLE 8  TIME
## § 8.1 DEFINITIONS

§ 8.1.1 Unless otherwise provided, Contract Time is the period of time, including authorized adjustments, allotted in the Contract Documents for Substantial Completion of the Work.

§ 8.1.2 The date of commencement of the Work is the date established in the Agreement.

§ 8.1.3 The date of Substantial Completion is the date certified by the Architect in accordance with Section 9.8.

§ 8.1.4 The term "day" as used in the Contract Documents shall mean calendar day unless otherwise specifically defined.

## § 8.2 PROGRESS AND COMPLETION

§ 8.2.1 Time limits stated in the Contract Documents are of the essence of the Contract. By executing the Agreement the Contractor confirms that the Contract Time is a reasonable period for performing the Work.

§ 8.2.2 The Contractor shall not knowingly, except by agreement or instruction of the Owner in writing, prematurely commence operations on the site or elsewhere prior to the effective date of insurance required by Article 11 to be furnished by the Contractor and Owner. The date of commencement of the Work shall not be changed by the effective date of such insurance.

§ 8.2.3 The Contractor shall proceed expeditiously with adequate forces and shall achieve Substantial Completion within the Contract Time.

§ 8.2.4  Owner shall not be liable to Contractor in any manner whatsoever for any delay from causes beyond Owner's sole and exclusive control. No payment or compensation of any kind shall be due to the Contractor for damages of any kind arising from any delay by Owner or others in the commencement, progress or completion of the Work. "If Contractor is delayed in the performance of the Work by any act or delay caused by the Owner, Architect, or by Owner's other contractors performing work or services excluded under 5.2.4, the Substantial Completion Date shall be extended by the number of days associated with such delay.

## § 8.3 DELAYS AND EXTENSIONS OF TIME

§ 8.3.1 If the Contractor is delayed at any time in the commencement or progress of the Work by an act or neglect of the Owner or Architect, or of an employee of either, or of a separate contractor employed by the Owner; or by changes ordered in the Work; or by labor disputes, fire, unusual delay in deliveries, unavoidable casualties or other causes beyond the Contractor's control; or by delay authorized by the Owner pending mediation and arbitration; or by other causes that the Architect determines may justify delay, then the Contract Time shall be extended by Change Order for such reasonable time as the Architect may determine.

§ 8.3.2 Claims relating to time shall be made in accordance with applicable provisions of Article 15.

§ 8.3.3 This Section 8.3 does not preclude recovery of damages for delay by either party under other provisions of the Contract Documents.

## ARTICLE 9  PAYMENTS AND COMPLETION
## § 9.1 CONTRACT SUM

The Contract Sum is stated in the Agreement and, including authorized adjustments, is the total amount payable by the Owner to the Contractor for performance of the Work under the Contract Documents.

**Init.**

**/**

AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:38:42 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:                                                                                                   (1500859475)

**23**

## § 9.2 SCHEDULE OF VALUES

Where the Contract is based on a stipulated sum or Guaranteed Maximum Price, the Contractor shall submit to the Architect, before the first Application for Payment, a schedule of values allocating the entire Contract Sum to the various portions of the Work and prepared in such form and supported by such data to substantiate its accuracy as the Architect may require. This schedule, unless objected to by the Architect, shall be used as a basis for reviewing the Contractor's Applications for Payment.

## § 9.3 APPLICATIONS FOR PAYMENT

§ 9.3.1 At least ten days before the date established for each progress payment, the Contractor shall submit to the Architect an itemized Application for Payment prepared in accordance with the schedule of values, if required under Section 9.2, for completed portions of the Work. Such application shall be notarized, if required, and supported by such data substantiating the Contractor's right to payment as the Owner or Architect may require, such as copies of requisitions from Subcontractors and material suppliers, and shall reflect retainage if provided for in the Contract Documents.

§ 9.3.1.1 As provided in Section 7.3.9, such applications may include requests for payment on account of changes in the Work that have been properly authorized by Construction Change Directives, or by interim determinations of the Architect, but not yet included in Change Orders.

§ 9.3.1.2 Applications for Payment shall not include requests for payment for portions of the Work for which the Contractor does not intend to pay a Subcontractor or material supplier, unless such Work has been performed by others whom the Contractor intends to pay.

§ 9.3.2 Unless otherwise provided in the Contract Documents, payments shall be made on account of materials and equipment delivered and suitably stored at the site for subsequent incorporation in the Work. If approved in advance by the Owner, payment may similarly be made for materials and equipment suitably stored off the site at a location agreed upon in writing. Payment for materials and equipment stored on or off the site shall be conditioned upon compliance by the Contractor with procedures satisfactory to the Owner to establish the Owner's title to such materials and equipment or otherwise protect the Owner's interest, and shall include the costs of applicable insurance, storage and transportation to the site for such materials and equipment stored off the site.

§ 9.3.3 The Contractor warrants that title to all Work covered by an Application for Payment will pass to the Owner no later than the time of payment. The Contractor further warrants that upon submittal of an Application for Payment all Work for which Certificates for Payment have been previously issued and payments received from the Owner shall, to the best of the Contractor's knowledge, information and belief, be free and clear of liens, claims, security interests or encumbrances in favor of the Contractor, Subcontractors, material suppliers, or other persons or entities making a claim by reason of having provided labor, materials and equipment relating to the Work.

## § 9.4 CERTIFICATES FOR PAYMENT

§ 9.4.1 The Architect will, within seven days after receipt of the Contractor's Application for Payment, either issue to the Owner a Certificate for Payment, with a copy to the Contractor, for such amount as the Architect determines is properly due, or notify the Contractor and Owner in writing of the Architect's reasons for withholding certification in whole or in part as provided in Section 9.5.1.

§ 9.4.2 The issuance of a Certificate for Payment will constitute a representation by the Architect to the Owner, based on the Architect's evaluation of the Work and the data comprising the Application for Payment, that, to the best of the Architect's knowledge, information and belief, the Work has progressed to the point indicated and that the quality of the Work is in accordance with the Contract Documents. The foregoing representations are subject to an evaluation of the Work for conformance with the Contract Documents upon Substantial Completion, to results of subsequent tests and inspections, to correction of minor deviations from the Contract Documents prior to completion and to specific qualifications expressed by the Architect. The issuance of a Certificate for Payment will further constitute a representation that the Contractor is entitled to payment in the amount certified. However, the issuance of a Certificate for Payment will not be a representation that the Architect has (1) made exhaustive or continuous on-site inspections to check the quality or quantity of the Work, (2) reviewed construction means, methods, techniques, sequences or procedures, (3) reviewed copies of requisitions received from Subcontractors and material suppliers and other data

Init.

/

AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:38:42 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes: (1500000000000)

24

requested by the Owner to substantiate the Contractor's right to payment, or (4) made examination to ascertain how or for what purpose the Contractor has used money previously paid on account of the Contract Sum.

## § 9.5 DECISIONS TO WITHHOLD CERTIFICATION

§ 9.5.1 The Architect may withhold a Certificate for Payment in whole or in part, to the extent reasonably necessary to protect the Owner, if in the Architect's opinion the representations to the Owner required by Section 9.4.2 cannot be made. If the Architect is unable to certify payment in the amount of the Application, the Architect will notify the Contractor and Owner as provided in Section 9.4.1. If the Contractor and Architect cannot agree on a revised amount, the Architect will promptly issue a Certificate for Payment for the amount for which the Architect is able to make such representations to the Owner. The Architect may also withhold a Certificate for Payment or, because of subsequently discovered evidence, may nullify the whole or a part of a Certificate for Payment previously issued, to such extent as may be necessary in the Architect's opinion to protect the Owner from loss for which the Contractor is responsible, including loss resulting from acts and omissions described in Section 3.3.2, because of

.1 defective Work not remedied;

.2 third party claims filed or reasonable evidence indicating probable filing of such claims unless security acceptable to the Owner is provided by the Contractor;

.3 failure of the Contractor to make payments properly to Subcontractors or for labor, materials or equipment;

.4 reasonable evidence that the Work cannot be completed for the unpaid balance of the Contract Sum;

.5 damage to the Owner or a separate contractor;

.6 reasonable evidence that the Work will not be completed within the Contract Time, and that the unpaid balance would not be adequate to cover actual or liquidated damages for the anticipated delay; or

.7 repeated failure to carry out the Work in accordance with the Contract Documents.

§ 9.5.2 When the above reasons for withholding certification are removed, certification will be made for amounts previously withheld.

§ 9.5.3 If the Architect withholds certification for payment under Section 9.5.1.3, the Owner may, at its sole option, issue joint checks to the Contractor and to any Subcontractor or material or equipment suppliers to whom the Contractor failed to make payment for Work properly performed or material or equipment suitably delivered. If the Owner makes payments by joint check, the Owner shall notify the Architect and the Architect will reflect such payment on the next Certificate for Payment.

## § 9.6 PROGRESS PAYMENTS

§ 9.6.1 After the Architect has issued a Certificate for Payment, the Owner shall make payment in the manner and within the time provided in the Contract Documents, and shall so notify the Architect.

§ 9.6.2 The Contractor shall pay each Subcontractor no later than seven days after receipt of payment from the Owner the amount to which the Subcontractor is entitled, reflecting percentages actually retained from payments to the Contractor on account of the Subcontractor's portion of the Work. The Contractor shall, by appropriate agreement with each Subcontractor, require each Subcontractor to make payments to Sub-subcontractors in a similar manner.

§ 9.6.3 The Architect will, on request, furnish to a Subcontractor, if practicable, information regarding percentages of completion or amounts applied for by the Contractor and action taken thereon by the Architect and Owner on account of portions of the Work done by such Subcontractor.

§ 9.6.4 The Owner has the right to request written evidence from the Contractor that the Contractor has properly paid Subcontractors and material and equipment suppliers amounts paid by the Owner to the Contractor for subcontracted Work. If the Contractor fails to furnish such evidence within seven days, the Owner shall have the right to contact Subcontractors to ascertain whether they have been properly paid. Neither the Owner nor Architect shall have an obligation to pay or to see to the payment of money to a Subcontractor, except as may otherwise be required by law.

§ 9.6.5 Contractor payments to material and equipment suppliers shall be treated in a manner similar to that provided in Sections 9.6.2, 9.6.3 and 9.6.4.

§ 9.6.6 A Certificate for Payment, a progress payment, or partial or entire use or occupancy of the Project by the Owner shall not constitute acceptance of Work not in accordance with the Contract Documents.

**Init.**

AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:38:42 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:                                                                                                  (1500859475)

25

**§ 9.6.7** Unless the Contractor provides the Owner with a payment bond in the full penal sum of the Contract Sum, payments received by the Contractor for Work properly performed by Subcontractors and suppliers shall be held by the Contractor for those Subcontractors or suppliers who performed Work or furnished materials, or both, under contract with the Contractor for which payment was made by the Owner. Nothing contained herein shall require money to be placed in a separate account and not commingled with money of the Contractor, shall create any fiduciary liability or tort liability on the part of the Contractor for breach of trust or shall entitle any person or entity to an award of punitive damages against the Contractor for breach of the requirements of this provision.

## § 9.7 FAILURE OF PAYMENT
Subject to the provisions of Section 9.5.1, if the Architect does not issue a Certificate for Payment, through no fault of the Contractor, within seven days after receipt of the Contractor's Application for Payment, or if the Owner does not pay the Contractor within seven days after the date established in the Contract Documents the amount certified by the Architect or awarded by binding dispute resolution, then the Contractor may, upon seven additional days' written notice to the Owner and Architect, stop the Work until payment of the amount owing has been received. The Contract Time shall be extended appropriately and the Contract Sum shall be increased by the amount of the Contractor's reasonable costs of shut-down, delay and start-up, plus interest as provided for in the Contract Documents.

## § 9.8 SUBSTANTIAL COMPLETION
**§ 9.8.1** Substantial Completion is the stage in the progress of the Work when the Work or designated portion thereof is sufficiently complete in accordance with the Contract Documents so that the Owner can occupy or utilize the Work for its intended use.

**§ 9.8.2** When the Contractor considers that the Work, or a portion thereof which the Owner agrees to accept separately, is substantially complete, the Contractor shall prepare and submit to the Architect a comprehensive list of items to be completed or corrected prior to final payment. Failure to include an item on such list does not alter the responsibility of the Contractor to complete all Work in accordance with the Contract Documents.

**§ 9.8.3** Upon receipt of the Contractor's list, the Architect will make an inspection to determine whether the Work or designated portion thereof is substantially complete. If the Architect's inspection discloses any item, whether or not included on the Contractor's list, which is not sufficiently complete in accordance with the Contract Documents so that the Owner can occupy or utilize the Work or designated portion thereof for its intended use, the Contractor shall, before issuance of the Certificate of Substantial Completion, complete or correct such item upon notification by the Architect. In such case, the Contractor shall then submit a request for another inspection by the Architect to determine Substantial Completion.

**§ 9.8.4** When the Work or designated portion thereof is substantially complete, the Architect will prepare a Certificate of Substantial Completion that shall establish the date of Substantial Completion, shall establish responsibilities of the Owner and Contractor for security, maintenance, heat, utilities, damage to the Work and insurance, and shall fix the time within which the Contractor shall finish all items on the list accompanying the Certificate. Warranties required by the Contract Documents shall commence on the date of Substantial Completion of the Work or designated portion thereof unless otherwise provided in the Certificate of Substantial Completion.

**§ 9.8.5** The Certificate of Substantial Completion shall be submitted to the Owner and Contractor for their written acceptance of responsibilities assigned to them in such Certificate. Upon such acceptance and consent of surety, if any, the Owner shall make payment of retainage applying to such Work or designated portion thereof. Such payment shall be adjusted for Work that is incomplete or not in accordance with the requirements of the Contract Documents.

## § 9.9 PARTIAL OCCUPANCY OR USE
**§ 9.9.1** The Owner may occupy or use any completed or partially completed portion of the Work at any stage when such portion is designated by separate agreement with the Contractor, provided such occupancy or use is consented to by the insurer as required under Section 11.3.1.5 and authorized by public authorities having jurisdiction over the Project. Such partial occupancy or use may commence whether or not the portion is substantially complete, provided the Owner and Contractor have accepted in writing the responsibilities assigned to each of them for payments, retainage, if any, security, maintenance, heat, utilities, damage to the Work and insurance, and have agreed in writing concerning the period for correction of the Work and commencement of warranties required by the Contract Documents. When the Contractor considers a portion substantially complete, the Contractor shall prepare and submit

**Init.**

**/**

AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:38:42 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes: (1500859475)

26

a list to the Architect as provided under Section 9.8.2. Consent of the Contractor to partial occupancy or use shall not be unreasonably withheld. The stage of the progress of the Work shall be determined by written agreement between the Owner and Contractor or, if no agreement is reached, by decision of the Architect.

§ 9.9.2 Immediately prior to such partial occupancy or use, the Owner, Contractor and Architect shall jointly inspect the area to be occupied or portion of the Work to be used in order to determine and record the condition of the Work.

§ 9.9.3 Unless otherwise agreed upon, partial occupancy or use of a portion or portions of the Work shall not constitute acceptance of Work not complying with the requirements of the Contract Documents.

## § 9.10 FINAL COMPLETION AND FINAL PAYMENT

§ 9.10.1 Upon receipt of the Contractor's written notice that the Work is ready for final inspection and acceptance and upon receipt of a final Application for Payment, the Architect will promptly make such inspection and, when the Architect finds the Work acceptable under the Contract Documents and the Contract fully performed, the Architect will promptly issue a final Certificate for Payment stating that to the best of the Architect's knowledge, information and belief, and on the basis of the Architect's on-site visits and inspections, the Work has been completed in accordance with terms and conditions of the Contract Documents and that the entire balance found to be due the Contractor and noted in the final Certificate is due and payable. The Architect's final Certificate for Payment will constitute a further representation that conditions listed in Section 9.10.2 as precedent to the Contractor's being entitled to final payment have been fulfilled.

§ 9.10.2 Neither final payment nor any remaining retained percentage shall become due until the Contractor submits to the Architect (1) an affidavit that payrolls, bills for materials and equipment, and other indebtedness connected with the Work for which the Owner or the Owner's property might be responsible or encumbered (less amounts withheld by Owner) have been paid or otherwise satisfied, (2) a certificate evidencing that insurance required by the Contract Documents to remain in force after final payment is currently in effect and will not be canceled or allowed to expire until at least 30 days' prior written notice has been given to the Owner, (3) a written statement that the Contractor knows of no substantial reason that the insurance will not be renewable to cover the period required by the Contract Documents, (4) consent of surety, if any, to final payment and (5), if required by the Owner, other data establishing payment or satisfaction of obligations, such as receipts, releases and waivers of liens, claims, security interests or encumbrances arising out of the Contract, to the extent and in such form as may be designated by the Owner. If a Subcontractor refuses to furnish a release or waiver required by the Owner, the Contractor may furnish a bond satisfactory to the Owner to indemnify the Owner against such lien. If such lien remains unsatisfied after payments are made, the Contractor shall refund to the Owner all money that the Owner may be compelled to pay in discharging such lien, including all costs and reasonable attorneys' fees.

§ 9.10.3 If, after Substantial Completion of the Work, final completion thereof is materially delayed through no fault of the Contractor or by issuance of Change Orders affecting final completion, and the Architect so confirms, the Owner shall, upon application by the Contractor and certification by the Architect, and without terminating the Contract, make payment of the balance due for that portion of the Work fully completed and accepted. If the remaining balance for Work not fully completed or corrected is less than retainage stipulated in the Contract Documents, and if bonds have been furnished, the written consent of surety to payment of the balance due for that portion of the Work fully completed and accepted shall be submitted by the Contractor to the Architect prior to certification of such payment. Such payment shall be made under terms and conditions governing final payment, except that it shall not constitute a waiver of claims.

§ 9.10.4 The making of final payment shall constitute a waiver of Claims by the Owner except those arising from
  .1    liens, Claims, security interests or encumbrances arising out of the Contract and unsettled;
  .2    failure of the Work to comply with the requirements of the Contract Documents; or
  .3    terms of special warranties required by the Contract Documents.

§ 9.10.5 Acceptance of final payment by the Contractor, a Subcontractor or material supplier shall constitute a waiver of claims by that payee except those previously made in writing and identified by that payee as unsettled at the time of final Application for Payment.

**Init.**

**/**

AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:38:42 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:                                                                                                                          (1500BEA——

**27**

TR_00263

## ARTICLE 10 PROTECTION OF PERSONS AND PROPERTY
## § 10.1 SAFETY PRECAUTIONS AND PROGRAMS
The Contractor shall be responsible for initiating, maintaining and supervising all safety precautions and programs in connection with the performance of the Contract.

## § 10.2 SAFETY OF PERSONS AND PROPERTY
§ 10.2.1 The Contractor shall take reasonable precautions for safety of, and shall provide reasonable protection to prevent damage, injury or loss to

    .1    employees on the Work and other persons who may be affected thereby;

    .2    the Work and materials and equipment to be incorporated therein, whether in storage on or off the site, under care, custody or control of the Contractor or the Contractor's Subcontractors or Sub-subcontractors; and

    .3    other property at the site or adjacent thereto, such as trees, shrubs, lawns, walks, pavements, roadways, structures and utilities not designated for removal, relocation or replacement in the course of construction.

§ 10.2.2 The Contractor shall comply with and give notices required by applicable laws, statutes, ordinances, codes, rules and regulations, and lawful orders of public authorities bearing on safety of persons or property or their protection from damage, injury or loss.

§ 10.2.3 The Contractor shall erect and maintain, as required by existing conditions and performance of the Contract, reasonable safeguards for safety and protection, including posting danger signs and other warnings against hazards, promulgating safety regulations and notifying owners and users of adjacent sites and utilities.

§ 10.2.4 When use or storage of explosives or other hazardous materials or equipment or unusual methods are necessary for execution of the Work, the Contractor shall exercise utmost care and carry on such activities under supervision of properly qualified personnel.

§ 10.2.5 The Contractor shall promptly remedy damage and loss (other than damage or loss insured under property insurance required by the Contract Documents) to property referred to in Sections 10.2.1.2 and 10.2.1.3 caused in whole or in part by the Contractor, a Subcontractor, a Sub-subcontractor, or anyone directly or indirectly employed by any of them, or by anyone for whose acts they may be liable and for which the Contractor is responsible under Sections 10.2.1.2 and 10.2.1.3, except damage or loss attributable to neglect or omissions of the Owner or Architect or anyone directly or indirectly employed by either of them, or by anyone for whose acts either of them may be liable, and not attributable to the fault or negligence of the Contractor. The foregoing obligations of the Contractor are in addition to the Contractor's obligations under Section 3.18. ~neglegent~

§ 10.2.6 The Contractor shall designate a responsible member of the Contractor's organization at the site whose duty shall be the prevention of accidents. This person shall be the Contractor's superintendent unless otherwise designated by the Contractor in writing to the Owner and Architect.

§ 10.2.7 The Contractor shall not permit any part of the construction or site to be loaded so as to cause damage or create an unsafe condition.

*(Paragraphs deleted)*
## § 10.3 HAZARDOUS MATERIALS
§ 10.3.1 The Contractor is responsible for compliance with any requirements included in the Contract Documents regarding hazardous materials. If the Contractor encounters a hazardous material or substance not addressed in the Contract Documents and if reasonable precautions will be inadequate to prevent foreseeable bodily injury or death to persons resulting from a material or substance, including but not limited to asbestos or polychlorinated biphenyl (PCB), encountered on the site by the Contractor, the Contractor shall, upon recognizing the condition, immediately stop Work in the affected area and report the condition to the Owner and Architect in writing.

§ 10.3.2 Upon receipt of the Contractor's written notice, the Owner shall obtain the services of a licensed laboratory to verify the presence or absence of the material or substance reported by the Contractor and, in the event such material or substance is found to be present, to cause it to be rendered harmless. Unless otherwise required by the Contract

AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:38:42 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:

**Init.**

**/**

28

TR_00264

Documents, the Owner shall furnish in writing to the Contractor and Architect the names and qualifications of persons or entities who are to perform tests verifying the presence or absence of such material or substance or who are to perform the task of removal or safe containment of such material or substance. The Contractor and the Architect will promptly reply to the Owner in writing stating whether or not either has reasonable objection to the persons or entities proposed by the Owner. If either the Contractor or Architect has an objection to a person or entity proposed by the Owner, the Owner shall propose another to whom the Contractor and the Architect have no reasonable objection. When the material or substance has been rendered harmless, Work in the affected area shall resume upon written agreement of the Owner and Contractor. By Change Order, the Contract Time shall be extended appropriately and the Contract Sum shall be increased in the amount of the Contractor's reasonable additional costs of shut-down, delay and start-up.

§ 10.3.3 To the fullest extent permitted by law, the Owner shall indemnify and hold harmless the Contractor, Subcontractors, Architect, Architect's consultants and agents and employees of any of them from and against claims, damages, losses and expenses, including but not limited to attorneys' fees, arising out of or resulting from performance of the Work in the affected area if in fact the material or substance presents the risk of bodily injury or death as described in Section 10.3.1 and has not been rendered harmless, provided that such claim, damage, loss or expense is attributable to bodily injury, sickness, disease or death, or to injury to or destruction of tangible property (other than the Work itself), except to the extent that such damage, loss or expense is due to the fault or negligence of the party seeking indemnity.

§ 10.3.4 The Owner shall not be responsible under this Section 10.3 for materials or substances the Contractor brings to the site unless such materials or substances are required by the Contract Documents. The Owner shall be responsible for materials or substances required by the Contract Documents, except to the extent of the Contractor's fault or negligence in the use and handling of such materials or substances.

§ 10.3.5 The Contractor shall indemnify the Owner for the cost and expense the Owner incurs (1) for remediation of a material or substance the Contractor brings to the site and negligently handles, or (2) where the Contractor fails to perform its obligations under Section 10.3.1, except to the extent that the cost and expense are due to the Owner's fault or negligence.

§ 10.3.6 If, without negligence on the part of the Contractor, the Contractor is held liable by a government agency for the cost of remediation of a hazardous material or substance solely by reason of performing Work as required by the Contract Documents, the Owner shall indemnify the Contractor for all cost and expense thereby incurred.

§ 10.4 EMERGENCIES
In an emergency affecting safety of persons or property, the Contractor shall act, at the Contractor's discretion, to prevent threatened damage, injury or loss. Additional compensation or extension of time claimed by the Contractor on account of an emergency shall be determined as provided in Article 15 and Article 7.

## ARTICLE 11  INSURANCE AND BONDS
### § 11.1 CONTRACTOR'S LIABILITY INSURANCE
§ 11.1.1 The Contractor shall purchase from and maintain in a company or companies lawfully authorized to do business in the jurisdiction in which the Project is located such insurance as will protect the Contractor from claims set forth below which may arise out of or result from the Contractor's operations and completed operations under the Contract and for which the Contractor may be legally liable, whether such operations be by the Contractor or by a Subcontractor or by anyone directly or indirectly employed by any of them, or by anyone for whose acts any of them may be liable:

.1  Claims under workers' compensation, disability benefit and other similar employee benefit acts that are applicable to the Work to be performed;

.2  Claims for damages because of bodily injury, occupational sickness or disease, or death of the Contractor's employees;

.3  Claims for damages because of bodily injury, sickness or disease, or death of any person other than the Contractor's employees;

.4  Claims for damages insured by usual personal injury liability coverage;

.5  Claims for damages, other than to the Work itself, because of injury to or destruction of tangible property, including loss of use resulting therefrom;

Init.

AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:38:42 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:

29

TR_00265

.6 Claims for damages because of bodily injury, death of a person or property damage arising out of ownership, maintenance or use of a motor vehicle;

.7 Claims for bodily injury or property damage arising out of completed operations; and

.8 Claims involving contractual liability insurance applicable to the Contractor's obligations under Section 3.18.

**§ 11.1.2** The insurance required by Section 11.1.1 shall be written for not less than limits of liability specified in the Contract Documents or required by law, whichever coverage is greater. Coverages, whether written on an occurrence or claims-made basis, shall be maintained without interruption from the date of commencement of the Work until the date of final payment and termination of any coverage required to be maintained after final payment, and, with respect to the Contractor's completed operations coverage, until the expiration of the period for correction of Work or for such other period for maintenance of completed operations coverage as specified in the Contract Documents.

**§ 11.1.3** Certificates of insurance acceptable to the Owner shall be filed with the Owner prior to commencement of the Work and thereafter upon renewal or replacement of each required policy of insurance. These certificates and the insurance policies required by this Section 11.1 shall contain a provision that coverages afforded under the policies will not be canceled or allowed to expire until at least 30 days' prior written notice has been given to the Owner. An additional certificate evidencing continuation of liability coverage, including coverage for completed operations, shall be submitted with the final Application for Payment as required by Section 9.10.2 and thereafter upon renewal or replacement of such coverage until the expiration of the time required by Section 11.1.2. Information concerning reduction of coverage on account of revised limits or claims paid under the General Aggregate, or both, shall be furnished by the Contractor with reasonable promptness.

**§ 11.1.4** The Contractor shall cause the commercial liability coverage required by the Contract Documents to include (1) the Owner, the Architect and the Architect's consultants as additional insureds for claims caused in whole or in part by the Contractor's negligent acts or omissions during the Contractor's operations; and (2) the Owner as an additional insured for claims caused in whole or in part by the Contractor's negligent acts or omissions during the Contractor's completed operations.

## § 11.2 OWNER'S LIABILITY INSURANCE
The Owner shall be responsible for purchasing and maintaining the Owner's usual liability insurance.

## § 11.3 PROPERTY INSURANCE
**§ 11.3.1** Unless otherwise provided, the Owner shall purchase and maintain, in a company or companies lawfully authorized to do business in the jurisdiction in which the Project is located, property insurance written on a builder's risk "all-risk" or equivalent policy form in the amount of the initial Contract Sum, plus value of subsequent Contract Modifications and cost of materials supplied or installed by others, comprising total value for the entire Project at the site on a replacement cost basis without optional deductibles. Such property insurance shall be maintained, unless otherwise provided in the Contract Documents or otherwise agreed in writing by all persons and entities who are beneficiaries of such insurance, until final payment has been made as provided in Section 9.10 or until no person or entity other than the Owner has an insurable interest in the property required by this Section 11.3 to be covered, whichever is later. This insurance shall include interests of the Owner, the Contractor, Subcontractors and Sub-subcontractors in the Project.

**§ 11.3.1.1** Property insurance shall be on an "all-risk" or equivalent policy form and shall include, without limitation, insurance against the perils of fire (with extended coverage) and physical loss or damage including, without duplication of coverage, theft, vandalism, malicious mischief, collapse, earthquake, flood, windstorm, falsework, testing and startup, temporary buildings and debris removal including demolition occasioned by enforcement of any applicable legal requirements, and shall cover reasonable compensation for Architect's and Contractor's services and expenses required as a result of such insured loss.

**§ 11.3.1.2** If the Owner does not intend to purchase such property insurance required by the Contract and with all of the coverages in the amount described above, the Owner shall so inform the Contractor in writing prior to commencement of the Work. The Contractor may then effect insurance that will protect the interests of the Contractor, Subcontractors and Sub-subcontractors in the Work, and by appropriate Change Order the cost thereof shall be charged to the Owner. If the Contractor is damaged by the failure or neglect of the Owner to purchase or maintain insurance as described

**Init.**

**/**

AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:38:42 on 05/18/2012 under Order No.3477160119_1 which on 05/17/2013, and is not for resale.
User Notes:

TR_00266

above, without so notifying the Contractor in writing, then the Owner shall bear all reasonable costs properly attributable thereto.

**§ 11.3.1.3 DELETED**
§ 11.3.1.4 This property insurance shall cover portions of the Work stored off the site, and also portions of the Work in transit.

§ 11.3.1.5 Partial occupancy or use in accordance with Section 9.9 shall not commence until the insurance company or companies providing property insurance have consented to such partial occupancy or use by endorsement or otherwise. The Owner and the Contractor shall take reasonable steps to obtain consent of the insurance company or companies and shall, without mutual written consent, take no action with respect to partial occupancy or use that would cause cancellation, lapse or reduction of insurance.

**§ 11.3.2 BOILER AND MACHINERY INSURANCE**
The Owner shall purchase and maintain boiler and machinery insurance required by the Contract Documents or by law, which shall specifically cover such insured objects during installation and until final acceptance by the Owner; this insurance shall include interests of the Owner, Contractor, Subcontractors and Sub-subcontractors in the Work, and the Owner and Contractor shall be named insureds.

**§ 11.3.3 LOSS OF USE INSURANCE**
The Owner, at the Owner's option, may purchase and maintain such insurance as will insure the Owner against loss of use of the Owner's property due to fire or other hazards, however caused.
§ 11.3.4 If the Contractor requests in writing that insurance for risks other than those described herein or other special causes of loss be included in the property insurance policy, the Owner shall, if possible, include such insurance, and the cost thereof shall be charged to the Contractor by appropriate Change Order.

§ 11.3.5 If during the Project construction period the Owner insures properties, real or personal or both, at or adjacent to the site by property insurance under policies separate from those insuring the Project, or if after final payment property insurance is to be provided on the completed Project through a policy or policies other than those insuring the Project during the construction period, the Owner shall waive all rights in accordance with the terms of Section 11.3.7 for damages caused by fire or other causes of loss covered by this separate property insurance. All separate policies shall provide this waiver of subrogation by endorsement or otherwise.

§ 11.3.6 Before an exposure to loss may occur, the Owner shall file with the Contractor a copy of each policy that includes insurance coverages required by this Section 11.3. Each policy shall contain all generally applicable conditions, definitions, exclusions and endorsements related to this Project. Each policy shall contain a provision that the policy will not be canceled or allowed to expire, and that its limits will not be reduced, until at least 30 days' prior written notice has been given to the Contractor.

**§ 11.3.7 WAIVERS OF SUBROGATION**
The Owner and Contractor waive all rights against (1) each other and any of their subcontractors, sub-subcontractors, agents and employees, each of the other, and (2) the Architect, Architect's consultants, separate contractors described in Article 6, if any, and any of their subcontractors, sub-subcontractors, agents and employees, for damages caused by fire or other causes of loss to the extent covered by property insurance obtained pursuant to this Section 11.3 or other property insurance applicable to the Work, except such rights as they have to proceeds of such insurance held by the Owner as fiduciary. The Owner or Contractor, as appropriate, shall require of the Architect, Architect's consultants, separate contractors described in Article 6, if any, and the subcontractors, sub-subcontractors, agents and employees of any of them, by appropriate agreements, written where legally required for validity, similar waivers each in favor of other parties enumerated herein. The policies shall provide such waivers of subrogation by endorsement or otherwise. A waiver of subrogation shall be effective as to a person or entity even though that person or entity would otherwise have a duty of indemnification, contractual or otherwise, did not pay the insurance premium directly or indirectly, and whether or not the person or entity had an insurable interest in the property damaged.

§ 11.3.8 A loss insured under the Owner's property insurance shall be adjusted by the Owner as fiduciary and made payable to the Owner as fiduciary for the insureds, as their interests may appear, subject to requirements of any applicable mortgagee clause and of Section 11.3.10. The Contractor shall pay Subcontractors their just shares of

**Init.**

**/**

AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:38:42 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes: (1500000-----)

**31**

TR_00267

insurance proceeds received by the Contractor, and by appropriate agreements, written where legally required for validity, shall require Subcontractors to make payments to their Sub-subcontractors in similar manner.

§ 11.3.9 If required in writing by a party in interest, the Owner as fiduciary shall, upon occurrence of an insured loss, give bond for proper performance of the Owner's duties. The cost of required bonds shall be charged against proceeds received as fiduciary. The Owner shall deposit in a separate account proceeds so received, which the Owner shall distribute in accordance with such agreement as the parties in interest may reach, or as determined in accordance with the method of binding dispute resolution selected in the Agreement between the Owner and Contractor. If after such loss no other special agreement is made and unless the Owner terminates the Contract for convenience, replacement of damaged property shall be performed by the Contractor after notification of a Change in the Work in accordance with Article 7.

§ 11.3.10 The Owner as fiduciary shall have power to adjust and settle a loss with insurers unless one of the parties in interest shall object in writing within five days after occurrence of loss to the Owner's exercise of this power; if such objection is made, the dispute shall be resolved in the manner selected by the Owner and Contractor as the method of binding dispute resolution in the Agreement. If the Owner and Contractor have selected arbitration as the method of binding dispute resolution, the Owner as fiduciary shall make settlement with insurers or, in the case of a dispute over distribution of insurance proceeds, in accordance with the directions of the arbitrators.

## § 11.4 PERFORMANCE BOND AND PAYMENT BOND
§ 11.4.1 The Owner shall have the right to require the Contractor to furnish bonds covering faithful performance of the Contract and payment of obligations arising thereunder as stipulated in bidding requirements or specifically required in the Contract Documents on the date of execution of the Contract.

§ 11.4.2 Upon the request of any person or entity appearing to be a potential beneficiary of bonds covering payment of obligations arising under the Contract, the Contractor shall promptly furnish a copy of the bonds or shall authorize a copy to be furnished.

## ARTICLE 12   UNCOVERING AND CORRECTION OF WORK
### § 12.1 UNCOVERING OF WORK
§ 12.1.1 If a portion of the Work is covered contrary to the Architect's request or to requirements specifically expressed in the Contract Documents, it must, if requested in writing by the Architect, be uncovered for the Architect's examination and be replaced at the Contractor's expense without change in the Contract Time.

§ 12.1.2 If a portion of the Work has been covered that the Architect has not specifically requested to examine prior to its being covered, the Architect may request to see such Work and it shall be uncovered by the Contractor. If such Work is in accordance with the Contract Documents, costs of uncovering and replacement shall, by appropriate Change Order, be at the Owner's expense. If such Work is not in accordance with the Contract Documents, such costs and the cost of correction shall be at the Contractor's expense unless the condition was caused by the Owner or a separate contractor in which event the Owner shall be responsible for payment of such costs.

### § 12.2 CORRECTION OF WORK
#### § 12.2.1 BEFORE OR AFTER SUBSTANTIAL COMPLETION
The Contractor shall promptly correct Work rejected by the Architect, or Owner, or failing to conform to the requirements of the Contract Documents, whether discovered before or after Substantial Completion and whether or not fabricated, installed or completed. Costs of correcting such rejected Work, including additional testing and inspections, the cost of uncovering and replacement, and compensation for the Architect's services and expenses made necessary thereby, shall be at the Contractor's expense.

### § 12.2.2 AFTER SUBSTANTIAL COMPLETION
§ 12.2.2.1 In addition to the Contractor's obligations under Section 3.5, if, within one year after the date of Substantial Completion of the Work or designated portion thereof or after the date for commencement of warranties established under Section 9.9.1, or by terms of an applicable special warranty required by the Contract Documents, any of the Work is found to be not in accordance with the requirements of the Contract Documents, the Contractor shall correct it promptly after receipt of written notice from the Owner to do so unless the Owner has previously given the Contractor a written acceptance of such condition. The Owner shall give such notice promptly after discovery of the condition. During the one-year period for correction of Work, if the Owner fails to notify the Contractor and give the Contractor

**Init.**

AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:38:42 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:

**32**

an opportunity to make the correction, the Owner waives the rights to require correction by the Contractor and to make a claim for breach of warranty. If the Contractor fails to correct nonconforming Work within a reasonable time during that period after receipt of notice from the Owner or Architect, the Owner may correct it in accordance with Section 2.4.

§ 12.2.2.2 The one-year period for correction of Work shall be extended with respect to portions of Work first performed after Substantial Completion by the period of time between Substantial Completion and the actual completion of that portion of the Work.

§ 12.2.2.3 The one-year period for correction of Work shall not be extended by corrective Work performed by the Contractor pursuant to this Section 12.2.

§ 12.2.3 The Contractor shall remove from the site portions of the Work that are not in accordance with the requirements of the Contract Documents and are neither corrected by the Contractor nor accepted by the Owner.

§ 12.2.4 The Contractor shall bear the cost of correcting destroyed or damaged construction, whether completed or partially completed, of the Owner or separate contractors caused by the Contractor's correction or removal of Work that is not in accordance with the requirements of the Contract Documents.

§ 12.2.5 Nothing contained in this Section 12.2 shall be construed to establish a period of limitation with respect to other obligations the Contractor has under the Contract Documents. Establishment of the one-year period for correction of Work as described in Section 12.2.2 relates only to the specific obligation of the Contractor to correct the Work, and has no relationship to the time within which the obligation to comply with the Contract Documents may be sought to be enforced, nor to the time within which proceedings may be commenced to establish the Contractor's liability with respect to the Contractor's obligations other than specifically to correct the Work.

§ 12.3 ACCEPTANCE OF NONCONFORMING WORK
If the Owner prefers to accept Work that is not in accordance with the requirements of the Contract Documents, the Owner may do so instead of requiring its removal and correction, in which case the Contract Sum will be reduced as appropriate and equitable. Such adjustment shall be effected whether or not final payment has been made.

ARTICLE 13    MISCELLANEOUS PROVISIONS
§ 13.1 GOVERNING LAW
The Contract shall be governed by the law of the place where the Project is located except that, if the parties have selected arbitration as the method of binding dispute resolution, the Federal Arbitration Act shall govern Section 15.4.

§ 13.2 SUCCESSORS AND ASSIGNS
§ 13.2.1 The Owner and Contractor respectively bind themselves, their partners, successors, assigns and legal representatives to covenants, agreements and obligations contained in the Contract Documents. Except as provided in Section 13.2.2, neither party to the Contract shall assign the Contract as a whole without written consent of the other. If either party attempts to make such an assignment without such consent, that party shall nevertheless remain legally responsible for all obligations under the Contract.

§ 13.2.2 The Owner may, without consent of the Contractor, assign the Contract to a lender providing construction financing for the Project, if the lender assumes the Owner's rights and obligations under the Contract Documents. The Contractor shall execute all consents reasonably required to facilitate such assignment.

§ 13.3 WRITTEN NOTICE
Written notice shall be deemed to have been duly served if delivered in person to the individual, to a member of the firm or entity, or to an officer of the corporation for which it was intended; or if delivered at, or sent by registered or certified mail or by courier service providing proof of delivery to, the last business address known to the party giving notice.

§ 13.4 RIGHTS AND REMEDIES
§ 13.4.1 Duties and obligations imposed by the Contract Documents and rights and remedies available thereunder shall be in addition to and not a limitation of duties, obligations, rights and remedies otherwise imposed or available by law.

**Init.**

**/**

AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:38:42 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:

33

**§ 13.4.2** No action or failure to act by the Owner, Architect or Contractor shall constitute a waiver of a right or duty afforded them under the Contract, nor shall such action or failure to act constitute approval of or acquiescence in a breach there under, except as may be specifically agreed in writing.

## § 13.5 TESTS AND INSPECTIONS

**§ 13.5.1** Tests, inspections and approvals of portions of the Work shall be made as required by the Contract Documents and by applicable laws, statutes, ordinances, codes, rules and regulations or lawful orders of public authorities. Unless otherwise provided, the Contractor shall make arrangements for such tests, inspections and approvals with an independent testing laboratory or entity acceptable to the Owner, or with the appropriate public authority, and shall bear all related costs of tests, inspections and approvals. The Contractor shall give the Architect timely notice of when and where tests and inspections are to be made so that the Architect may be present for such procedures. The Owner shall bear costs of (1) tests, inspections or approvals that do not become requirements until after bids are received or negotiations concluded, and (2) tests, inspections or approvals where building codes or applicable laws or regulations prohibit the Owner from delegating their cost to the Contractor.

**§ 13.5.2** If the Architect, Owner or public authorities having jurisdiction determine that portions of the Work require additional testing, inspection or approval not included under Section 13.5.1, the Architect will, upon written authorization from the Owner, instruct the Contractor to make arrangements for such additional testing, inspection or approval by an entity acceptable to the Owner, and the Contractor shall give timely notice to the Architect of when and where tests and inspections are to be made so that the Architect may be present for such procedures. Such costs, except as provided in Section 13.5.3, shall be at the Owner's expense.

**§ 13.5.3** If such procedures for testing, inspection or approval under Sections 13.5.1 and 13.5.2 reveal failure of the portions of the Work to comply with requirements established by the Contract Documents, all costs made necessary by such failure including those of repeated procedures and compensation for the Architect's services and expenses shall be at the Contractor's expense.

**§ 13.5.4** Required certificates of testing, inspection or approval shall, unless otherwise required by the Contract Documents, be secured by the Contractor and promptly delivered to the Architect.

**§ 13.5.5** If the Architect is to observe tests, inspections or approvals required by the Contract Documents, the Architect will do so promptly and, where practicable, at the normal place of testing.

**§ 13.5.6** Tests or inspections conducted pursuant to the Contract Documents shall be made promptly to avoid unreasonable delay in the Work.

## § 13.6 INTEREST

Payments due and unpaid under the Contract Documents shall bear interest from the date payment is due at such rate as the parties may agree upon in writing or, in the absence thereof, at the legal rate prevailing from time to time at the place where the Project is located.

## § 13.7 TIME LIMITS ON CLAIMS

The Owner and Contractor shall commence all claims and causes of action, whether in contract, tort, breach of warranty or otherwise, against the other arising out of or related to the Contract in accordance with the requirements of the final dispute resolution method selected in the Agreement within the time period specified by applicable law, but in any case not more than 10 years after the date of Substantial Completion of the Work. The Owner and Contractor waive all claims and causes of action not commenced in accordance with this Section 13.7.

## ARTICLE 14   TERMINATION OR SUSPENSION OF THE CONTRACT
## § 14.1 TERMINATION BY THE CONTRACTOR

**§ 14.1.1** The Contractor may terminate the Contract if the Work is stopped for a period of 30 consecutive days through no act or fault of the Contractor or a Subcontractor, Sub-subcontractor or their agents or employees or any other persons or entities performing portions of the Work under direct or indirect contract with the Contractor, for any of the following reasons:

.1    Issuance of an order of a court or other public authority having jurisdiction that requires all Work to be stopped;

**Init.**

**/**

AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:38:42 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:

TR_00270

**.2** An act of government, such as a declaration of national emergency that requires all Work to be stopped;

**.3** Because the Architect has not issued a Certificate for Payment and has not notified the Contractor of the reason for withholding certification as provided in Section 9.4.1, or because the Owner has not made payment on a Certificate for Payment within the time stated in the Contract Documents; or

**.4** The Owner has failed to furnish to the Contractor promptly, upon the Contractor's request, reasonable evidence as required by Section 2.2.1.

**§ 14.1.2** The Contractor may terminate the Contract if, through no act or fault of the Contractor or a Subcontractor, Sub-subcontractor or their agents or employees or any other persons or entities performing portions of the Work under direct or indirect contract with the Contractor, repeated suspensions, delays or interruptions of the entire Work by the Owner as described in Section 14.3 constitute in the aggregate more than 100 percent of the total number of days scheduled for completion, or 120 days in any 365-day period, whichever is less.

**§ 14.1.3** If one of the reasons described in Section 14.1.1 or 14.1.2 exists, the Contractor may, upon seven days' written notice to the Owner and Architect, terminate the Contract and recover from the Owner payment for Work executed, including reasonable overhead and profit, costs incurred by reason of such termination, and damages.

**§ 14.1.4** If the Work is stopped for a period of 60 consecutive days through no act or fault of the Contractor or a Subcontractor or their agents or employees or any other persons performing portions of the Work under contract with the Contractor because the Owner has repeatedly failed to fulfill the Owner's obligations under the Contract Documents with respect to matters important to the progress of the Work, the Contractor may, upon seven additional days' written notice to the Owner and the Architect, terminate the Contract and recover from the Owner as provided in Section 14.1.3.

**§ 14.2 TERMINATION BY THE OWNER FOR CAUSE**
**§ 14.2.1** The Owner may terminate the Contract if the Contractor

**.1** repeatedly refuses or fails to supply enough properly skilled workers or proper materials;

**.2** fails to make payment to Subcontractors for materials or labor in accordance with the respective agreements between the Contractor and the Subcontractors;

**.3** repeatedly disregards applicable laws, statutes, ordinances, codes, rules and regulations, or lawful orders of a public authority; or

**.4** otherwise is guilty of substantial breach of a provision of the Contract Documents.

**§ 14.2.2** When any of the above reasons exist, the Owner, upon certification by the Initial Decision Maker that sufficient cause exists to justify such action, may without prejudice to any other rights or remedies of the Owner and after giving the Contractor and the Contractor's surety, if any, seven days' written notice, terminate employment of the Contractor and may, subject to any prior rights of the surety:

**.1** Exclude the Contractor from the site and take possession of all materials, equipment, tools, and construction equipment and machinery thereon owned by the Contractor;

**.2** Accept assignment of subcontracts pursuant to Section 5.4; and

**.3** Finish the Work by whatever reasonable method the Owner may deem expedient. Upon written request of the Contractor, the Owner shall furnish to the Contractor a detailed accounting of the costs incurred by the Owner in finishing the Work.

**§ 14.2.3** When the Owner terminates the Contract for one of the reasons stated in Section 14.2.1, the Contractor shall not be entitled to receive further payment until the Work is finished.

**§ 14.2.4** If the unpaid balance of the Contract Sum exceeds costs of finishing the Work, including compensation for the Architect's services and expenses made necessary thereby, and other damages incurred by the Owner and not expressly waived, such excess shall be paid to the Contractor. If such costs and damages exceed the unpaid balance, the Contractor shall pay the difference to the Owner. The amount to be paid to the Contractor or Owner, as the case may be, shall be certified by the Initial Decision Maker, upon application, and this obligation for payment shall survive termination of the Contract.

**§ 14.3 SUSPENSION BY THE OWNER FOR CONVENIENCE**
**§ 14.3.1** The Owner may, without cause, order the Contractor in writing to suspend, delay or interrupt the Work in whole or in part for such period of time as the Owner may determine.

**Init.**

**/**

AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:38:42 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:

**35**

§ 14.3.2 The Contract Sum and Contract Time shall be adjusted for increases in the cost and time caused by suspension, delay or interruption as described in Section 14.3.1. Adjustment of the Contract Sum shall include profit. No adjustment shall be made to the extent

.1      that performance is, was or would have been so suspended, delayed or interrupted by another cause for which the Contractor is responsible; or

.2      that an equitable adjustment is made or denied under another provision of the Contract.

## § 14.4 TERMINATION BY THE OWNER FOR CONVENIENCE
§ 14.4.1 The Owner may, at any time, terminate the Contract for the Owner's convenience and without cause.

§ 14.4.2 Upon receipt of written notice from the Owner of such termination for the Owner's convenience, the Contractor shall

.1      cease operations as directed by the Owner in the notice;

.2      take actions necessary, or that the Owner may direct, for the protection and preservation of the Work; and

.3      except for Work directed to be performed prior to the effective date of termination stated in the notice, terminate all existing subcontracts and purchase orders and enter into no further subcontracts and purchase orders.

§ 14.4.3 In case of such termination for the Owner's convenience, the Contractor shall be entitled to receive payment for Work executed, and costs incurred by reason of such termination, along with reasonable overhead and profit on the Work not executed.

## ARTICLE 15    CLAIMS AND DISPUTES
## § 15.1 CLAIMS
## § 15.1.1 DEFINITION
A Claim is a demand or assertion by one of the parties seeking, as a matter of right, payment of money, or other relief with respect to the terms of the Contract. The term "Claim" also includes other disputes and matters in question between the Owner and Contractor arising out of or relating to the Contract. The responsibility to substantiate Claims shall rest with the party making the Claim.

## § 15.1.2 NOTICE OF CLAIMS
Claims by either the Owner or Contractor must be initiated by written notice to the other party and to the Initial Decision Maker with a copy sent to the Architect, if the Architect is not serving as the Initial Decision Maker. Claims by either party must be initiated within 21 days after occurrence of the event giving rise to such Claim or within 21 days after the claimant first recognizes the condition giving rise to the Claim, whichever is later.

## § 15.1.3 CONTINUING CONTRACT PERFORMANCE
Pending final resolution of a Claim, except as otherwise agreed in writing or as provided in Section 9.7 and Article 14, the Contractor shall proceed diligently with performance of the Contract and the Owner shall continue to make payments in accordance with the Contract Documents. The Architect will prepare Change Orders and issue Certificates for Payment in accordance with the decisions of the Initial Decision Maker.

## § 15.1.4 CLAIMS FOR ADDITIONAL COST
If the Contractor wishes to make a Claim for an increase in the Contract Sum, written notice as provided herein shall be given before proceeding to execute the Work. Prior notice is not required for Claims relating to an emergency endangering life or property arising under Section 10.4.

## § 15.1.5 CLAIMS FOR ADDITIONAL TIME
§ 15.1.5.1 If the Contractor wishes to make a Claim for an increase in the Contract Time, written notice as provided herein shall be given. The Contractor's Claim shall include an estimate of cost and of probable effect of delay on progress of the Work. In the case of a continuing delay, only one Claim is necessary.

§ 15.1.5.2 If adverse weather conditions are the basis for a Claim for additional time, such Claim shall be documented by data substantiating that weather conditions were abnormal for the period of time, could not have been reasonably anticipated and had an adverse effect on the scheduled construction.

**Init.**

**/**

AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:38:42 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:

36

## § 15.1.6 CLAIMS FOR CONSEQUENTIAL DAMAGES

The Contractor and Owner waive Claims against each other for consequential damages arising out of or relating to this Contract. This mutual waiver includes

.1  damages incurred by the Owner for rental expenses, for losses of use, income, profit, financing, business and reputation, and for loss of management or employee productivity or of the services of such persons; and

.2  damages incurred by the Contractor for principal office expenses including the compensation of personnel stationed there, for losses of financing, business and reputation, and for loss of profit except anticipated profit arising directly from the Work.

This mutual waiver is applicable, without limitation, to all consequential damages due to either party's termination in accordance with Article 14. Nothing contained in this Section 15.1.6 shall be deemed to preclude an award of liquidated damages, when applicable, in accordance with the requirements of the Contract Documents.

## § 15.2 INITIAL DECISION

§ 15.2.1 Claims, excluding those arising under Sections 10.3, 10.4, 11.3.9, and 11.3.10, shall be referred to the Initial Decision Maker for initial decision. The Architect will serve as the Initial Decision Maker, unless otherwise indicated in the Agreement. Except for those Claims excluded by this Section 15.2.1, an initial decision shall be required as a condition precedent to mediation of any Claim arising prior to the date final payment is due, unless 30 days have passed after the Claim has been referred to the Initial Decision Maker with no decision having been rendered. Unless the Initial Decision Maker and all affected parties agree, the Initial Decision Maker will not decide disputes between the Contractor and persons or entities other than the Owner.

§ 15.2.2 The Initial Decision Maker will review Claims and within ten days of the receipt of a Claim take one or more of the following actions: (1) request additional supporting data from the claimant or a response with supporting data from the other party, (2) reject the Claim in whole or in part, (3) approve the Claim, (4) suggest a compromise, or (5) advise the parties that the Initial Decision Maker is unable to resolve the Claim if the Initial Decision Maker lacks sufficient information to evaluate the merits of the Claim or if the Initial Decision Maker concludes that, in the Initial Decision Maker's sole discretion, it would be inappropriate for the Initial Decision Maker to resolve the Claim.

§ 15.2.3 In evaluating Claims, the Initial Decision Maker may, but shall not be obligated to, consult with or seek information from either party or from persons with special knowledge or expertise who may assist the Initial Decision Maker in rendering a decision. The Initial Decision Maker may request the Owner to authorize retention of such persons at the Owner's expense.

§ 15.2.4 If the Initial Decision Maker requests a party to provide a response to a Claim or to furnish additional supporting data, such party shall respond, within ten days after receipt of such request, and shall either (1) provide a response on the requested supporting data, (2) advise the Initial Decision Maker when the response or supporting data will be furnished or (3) advise the Initial Decision Maker that no supporting data will be furnished. Upon receipt of the response or supporting data, if any, the Initial Decision Maker will either reject or approve the Claim in whole or in part.

§ 15.2.5 The Initial Decision Maker will render an initial decision approving or rejecting the Claim, or indicating that the Initial Decision Maker is unable to resolve the Claim. This initial decision shall (1) be in writing; (2) state the reasons therefor; and (3) notify the parties and the Architect, if the Architect is not serving as the Initial Decision Maker, of any change in the Contract Sum or Contract Time or both. The initial decision shall be final and binding on the parties but subject to mediation and, if the parties fail to resolve their dispute through mediation, to binding dispute resolution.

§ 15.2.6 Either party may file for mediation of an initial decision at any time, subject to the terms of Section 15.2.6.1.

§ 15.2.6.1 Either party may, within 30 days from the date of an initial decision, demand in writing that the other party file for mediation within 60 days of the initial decision. If such a demand is made and the party receiving the demand fails to file for mediation within the time required, then both parties waive their rights to mediate or pursue binding dispute resolution proceedings with respect to the initial decision.

**Init.**

AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:38:42 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:                                                                                                              (1500859475)

37

**§ 15.2.7** In the event of a Claim against the Contractor, the Owner may, but is not obligated to, notify the surety, if any, of the nature and amount of the Claim. If the Claim relates to a possibility of a Contractor's default, the Owner may, but is not obligated to, notify the surety and request the surety's assistance in resolving the controversy.

**§ 15.2.8** If a Claim relates to or is the subject of a mechanic's lien, the party asserting such Claim may proceed in accordance with applicable law to comply with the lien notice or filing deadlines.

**§ 15.3 MEDIATION**
**§ 15.3.1** Claims, disputes, or other matters in controversy arising out of or related to the Contract except those waived as provided for in Sections 9.10.4, 9.10.5, and 15.1.6 shall be subject to mediation as a condition precedent to binding dispute resolution.

**§ 15.3.2** The parties shall endeavor to resolve their Claims by mediation which, unless the parties mutually agree otherwise, shall be administered by the American Arbitration Association in accordance with its Construction Industry Mediation Procedures in effect on the date of the Agreement. A request for mediation shall be made in writing, delivered to the other party to the Contract, and filed with the person or entity administering the mediation. The request may be made concurrently with the filing of binding dispute resolution proceedings but, in such event, mediation shall proceed in advance of binding dispute resolution proceedings, which shall be stayed pending mediation for a period of 60 days from the date of filing, unless stayed for a longer period by agreement of the parties or court order. If an arbitration is stayed pursuant to this Section 15.3.2, the parties may nonetheless proceed to the selection of the arbitrator(s) and agree upon a schedule for later proceedings.

**§ 15.3.3** The parties shall share the mediator's fee and any filing fees equally. The mediation shall be held in the place where the Project is located, unless another location is mutually agreed upon. Agreements reached in mediation shall be enforceable as settlement agreements in any court having jurisdiction thereof.

**§ 15.4 ARBITRATION**
**§ 15.4.1** If the parties have selected arbitration as the method for binding dispute resolution in the Agreement, any Claim subject to, but not resolved by, mediation shall be subject to arbitration which, unless the parties mutually agree otherwise, shall be administered by the American Arbitration Association in accordance with its Construction Industry Arbitration Rules in effect on the date of the Agreement. A demand for arbitration shall be made in writing, delivered to the other party to the Contract, and filed with the person or entity administering the arbitration. The party filing a notice of demand for arbitration must assert in the demand all Claims then known to that party on which arbitration is permitted to be demanded.

**§ 15.4.1.1** A demand for arbitration shall be made no earlier than concurrently with the filing of a request for mediation, but in no event shall it be made after the date when the institution of legal or equitable proceedings based on the Claim would be barred by the applicable statute of limitations. For statute of limitations purposes, receipt of a written demand for arbitration by the person or entity administering the arbitration shall constitute the institution of legal or equitable proceedings based on the Claim.

**§ 15.4.2** The award rendered by the arbitrator or arbitrators shall be final, and judgment may be entered upon it in accordance with applicable law in any court having jurisdiction thereof.

**§ 15.4.3** The foregoing agreement to arbitrate and other agreements to arbitrate with an additional person or entity duly consented to by parties to the Agreement shall be specifically enforceable under applicable law in any court having jurisdiction thereof.

**§ 15.4.4 CONSOLIDATION OR JOINDER**
**§ 15.4.4.1** Either party, at its sole discretion, may consolidate an arbitration conducted under this Agreement with any other arbitration to which it is a party provided that (1) the arbitration agreement governing the other arbitration permits consolidation, (2) the arbitrations to be consolidated substantially involve common questions of law or fact, and (3) the arbitrations employ materially similar procedural rules and methods for selecting arbitrator(s).

**§ 15.4.4.2** Either party, at its sole discretion, may include by joinder persons or entities substantially involved in a common question of law or fact whose presence is required if complete relief is to be accorded in arbitration, provided that the party sought to be joined consents in writing to such joinder. Consent to arbitration involving an additional

**Init.**

**/**

AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:38:42 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:                                                                                                          (--------59475)

**38**

person or entity shall not constitute consent to arbitration of any claim, dispute or other matter in question not described in the written consent.

§ 15.4.4.3 The Owner and Contractor grant to any person or entity made a party to an arbitration conducted under this Section 15.4, whether by joinder or consolidation, the same rights of joinder and consolidation as the Owner and Contractor under this Agreement.

**Init.**

**/**

AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:38:42 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes: (1500859475)

**39**

# Additions and Deletions Report for
## AIA® Document A201™ – 2007

This Additions and Deletions Report, as defined on page 1 of the associated document, reproduces below all text the author has added to the standard form AIA document in order to complete it, as well as any text the author may have added to or deleted from the original AIA text. Added text is shown underlined. Deleted text is indicated with a horizontal line through the original AIA text.

Note: This Additions and Deletions Report is provided for information purposes only and is not incorporated into or constitute any part of the associated AIA document. This Additions and Deletions Report and its associated document were generated simultaneously by AIA software at 16:38:42 on 05/18/2012.

PAGE 1

Los Cerritos Hanger
County Road 410
Uvalde, TX

...

Tri-Bar Ranch Company, Ltd.
10101 Reunion Place, Ste. 1000
San Antonio, TX 78216

...

John Grable, FAIA, John Grable Architects, Inc.
222 Austin Highway
San Antonio, TX 78209

PAGE 11

If the Contractor fails to correct Work that is not in accordance with the requirements of the Contract Documents as required by Section 12.2 or repeatedly fails to carry out Work in accordance with the Contract Documents, the Owner may issue a written order to the Contractor to stop the Work, or any portion thereof, until the cause for such order has been eliminated; however, the right of the Owner to stop the Work shall not give rise to a duty on the part of the Owner to exercise this right for the benefit of the Contractor or any other person or entity, except to the extent required by Section 6.1.3.

PAGE 13

The Contractor warrants to the Owner and Architect that materials and equipment furnished under the Contract will be of good quality and new unless the Contract Documents require or permit otherwise. The Contractor further warrants that the Work will conform to the requirements of the Contract Documents and will be free from defects, except for those inherent in the quality of the Work the Contract Documents require or permit. Work, materials, or equipment not conforming to these requirements may be considered defective. The Contractor's warranty excludes remedy for damage or defect caused by abuse, alterations to the Work not executed by the Contractor, improper or insufficient maintenance, improper operation, or normal wear and tear and normal usage. If required by the Architect, the Contractor shall furnish satisfactory evidence as to the kind and quality of materials and equipment. The terms of the warranties of Section 3.5 shall be in addition to and not in limitation of any other warranty or remedy provided by law, equity and/or the Contract Documents, and shall be interpreted to require Contractor at its expense to cure all defective or deficient Work within a period of not less than one (1) year after Final Completion of the Project, or longer if required by the Contract Documents. The Contractor shall correct such Work promptly upon receipt of written notice from the Owner. If the Contractor fails to do so within a reasonable time of not more than seven (7) days after receipt of such notice, Owner may correct such Work and Contractor shall promptly repay Owner the reasonable cost of such corrective work upon demand. Owner may offset such costs of correction against any payments then or later due

Additions and Deletions Report for AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:38:42 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:

TR_00276

Contractor. Any corrective work shall itself be warranted by Contractor for a period of one (1) year from the date such corrective work is performed. Contractor's warranty obligations do not include the repair or correction of defective or deficient Work caused exclusively by Owner's abuse, improper operation or maintenance, or normal wear and tear under normal usage.

...

§ 3.7.3 If the Contractor performs Work ~~knowing it~~ that it knowingly or should have known to be contrary to applicable laws, statutes, ordinances, codes, rules and regulations, or lawful orders of public authorities, the Contractor shall assume appropriate responsibility for such Work and shall bear the costs attributable to correction.

## PAGE 17

§ 3.18.1 The Work performed by Contractor shall be at the exclusive risk of Contractor. To the fullest extent permitted by ~~law the Contractor shall indemnify and hold harmless the Owner, Architect, Architect's consultants, and agents and employees of any of them from and against claims, damages, losses and expenses, including but not limited to attorneys' fees, arising out of or resulting from performance of the Work, provided that such claim, damage, loss or expense is attributable to bodily injury, sickness, disease or death, or to injury to or destruction of tangible property (other than the Work itself), but only to the extent caused by the negligent acts or omissions of the Contractor, a Subcontractor,~~ applicable law, Contractor shall and does agree to indemnify, protect, defend, and hold forever harmless the Owner, affiliated companies of Owner and the officers, directors, owners, shareholders, employees and agents thereof (collectively the "Indemnitees") from and against all claims, damages, losses, liens, causes of action, suits, judgments, and expenses, including attorneys' and other professional fees, of any nature, kind or description of any person or entity, directly or indirectly arising out of, caused by, or resulting from (in whole or in part), (a) the Work performed hereunder, or any part thereof, or (b) any act or omission of the Contractor, any sub-subcontractor, anyone directly or indirectly employed by ~~them or anyone for whose acts they may be liable, regardless of whether or not such claim, damage, loss or expense is caused in part by a party indemnified hereunder. Such obligation shall not be construed to negate, abridge, or reduce other rights or obligations of indemnity that would otherwise exist as to a party or person described in this Section 3.18.~~ them, or anyone that they control or exercise control over (collectively, "the Liabilities"). Thus, the indemnity obligations of Contractor under this Section shall not apply to that portion of the claims, damages, losses, liens, causes of action, suits, judgments, and expenses, including attorneys' or other professional fees arising out of or relating to property damage, found by the trier of fact to have been caused by the negligence of the Indemnitees.

~~§ 3.18.2 In claims against any person or entity indemnified under this Section 3.18 by an employee of the Contractor, a Subcontractor, anyone directly or indirectly employed by them or anyone for whose acts they may be liable, the indemnification obligation under Section 3.18.1 shall not be limited by a limitation on amount or type of damages, compensation or benefits payable by or for the Contractor or a Subcontractor under workers' compensation acts, disability benefit acts or other employee benefit acts.~~

§ 3.18.2 In the event of any demands, claims, damages, losses, liens, causes of action, suits or judgments being asserted against the Project or Owner allegedly based on acts or omissions that may give rise to an Indemnitee's claim for indemnification by Contractor under Subparagraph 15.11, the Contractor, at its expense, shall assume and conduct, on behalf of the Owner (and the other Indemnitees), with due diligence and in good faith, the defense thereof with counsel satisfactory to Owner; provided, however, that Owner shall have the right, at its option, to be represented by advisory counsel of its own selection and at its own expense. In the event of failure by the Contractor to fully perform, in accordance with this Subparagraph 15.12, Owner, at its option, and without relieving Contractor of its obligations hereunder, may so perform, but all costs and expenses so incurred by Owner in that event shall be reimbursed by Contractor, together with interest on the same from the date any such expense was paid by Owner until reimbursed by Contractor, at the highest applicable lawful rate of interest.

§ 3.18.3 In the event there are any legal limitations now or hereafter in effect that may affect the validity or enforceability of the indemnification obligations set forth in this Agreement, such legal limitations are hereby made a part of such indemnification obligations by reference and shall operate to amend the Agreement to the minimum extent necessary to bring the applicable provisions into conformity with the requirements of such limitations, and as so modified, the indemnification obligations shall continue in full force and effect.

Additions and Deletions Report for AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:38:42 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:                                                                                        (1500859472)

TR_00277

§ 3.18.4  All indemnification obligations set forth herein shall survive the termination of this Agreement regardless of the reason for termination.


## PAGE 18

§ 4.2.3 On the basis of the site visits, the Architect will keep the Owner reasonably informed about the progress and quality of the portion of the Work completed, and report to the Owner (1) known deviations from the Contract Documents and from the most recent construction schedule submitted by the Contractor, and (2) defects and deficiencies observed in the Work. The Architect will not ~~be responsible for the Contractor's failure to perform the Work in accordance with the requirements of the Contract Documents. The Architect will not~~ have control over or charge of and will not be responsible for acts or omissions of the Contractor, Subcontractors, or their agents or employees, or any other persons or entities performing portions of the Work.

## PAGE 23

§ 8.2.4  Owner shall not be liable to Contractor in any manner whatsoever for any delay from causes beyond Owner's sole and exclusive control.  No payment or compensation of any kind shall be due to the Contractor for damages of any kind arising from any delay by Owner or others in the commencement, progress or completion of the Work.  "If Contractor is delayed in the performance of the Work by any act or delay caused by the Owner, Architect, or by Owner's other contractors performing work or services excluded under 5.2.4, the Substantial Completion Date shall be extended by the number of days associated with such delay.


## PAGE 26

~~If~~ Subject to the provisions of Section 9.5.1, if the Architect does not issue a Certificate for Payment, through no fault of the Contractor, within seven days after receipt of the Contractor's Application for Payment, or if the Owner does not pay the Contractor within seven days after the date established in the Contract Documents the amount certified by the Architect or awarded by binding dispute resolution, then the Contractor may, upon seven additional days' written notice to the Owner and Architect, stop the Work until payment of the amount owing has been received. The Contract Time shall be extended appropriately and the Contract Sum shall be increased by the amount of the Contractor's reasonable costs of shut-down, delay and start-up, plus interest as provided for in the Contract Documents.

## PAGE 28

§ 10.2.5 The Contractor shall promptly remedy damage and loss (other than damage or loss insured under property insurance required by the Contract Documents) to property referred to in Sections 10.2.1.2 and 10.2.1.3 caused in whole or in part by the Contractor, a Subcontractor, a Sub-subcontractor, or anyone directly or indirectly employed by any of them, or by anyone for whose acts they may be liable and for which the Contractor is responsible under Sections 10.2.1.2 and 10.2.1.3, except damage or loss attributable to ~~acts~~ neglect or omissions of the Owner or Architect or anyone directly or indirectly employed by either of them, or by anyone for whose acts either of them may be liable, and not attributable to the fault or negligence of the Contractor. The foregoing obligations of the Contractor are in addition to the Contractor's obligations under Section 3.18.

...

§ ~~10.2.8 INJURY OR DAMAGE TO PERSON OR PROPERTY~~
~~If either party suffers injury or damage to person or property because of an act or omission of the other party, or of others for whose acts such party is legally responsible, written notice of such injury or damage, whether or not insured, shall be given to the other party within a reasonable time not exceeding 21 days after discovery. The notice shall provide sufficient detail to enable the other party to investigate the matter.~~


## PAGE 31

Additions and Deletions Report for AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:38:42 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:                                                                                                        (1500859475)

3

TR_00278

§ 11.3.1.3 ~~If the property insurance requires deductibles, the Owner shall pay costs not covered because of such deductibles.~~
<u>DELETED</u>

...

The Owner, at the Owner's option, may purchase and maintain such insurance as will insure the Owner against loss of use of the Owner's property due to fire or other hazards, however caused. ~~The Owner waives all rights of action against the Contractor for loss of use of the Owner's property, including consequential losses due to fire or other hazards however caused.~~


## PAGE 32

The Contractor shall promptly correct Work rejected by the ~~Architect~~ <u>Architect, or Owner,</u> or failing to conform to the requirements of the Contract Documents, whether discovered before or after Substantial Completion and whether or not fabricated, installed or completed. Costs of correcting such rejected Work, including additional testing and inspections, the cost of uncovering and replacement, and compensation for the Architect's services and expenses made necessary thereby, shall be at the Contractor's expense.

Additions and Deletions Report for AIA Document A201™ – 2007. Copyright © 1911, 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1966, 1970, 1976, 1987, 1997 and 2007 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:38:42 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:

TR_00279

# Certification of Document's Authenticity
## AIA® Document D401™ – 2003

I, David L. Morgan, hereby certify, to the best of my knowledge, information and belief, that I created the attached final document simultaneously with its associated Additions and Deletions Report and this certification at 16:38:42 on 05/18/2012 under Order No. 3477160119_1 from AIA Contract Documents software and that in preparing the attached final document I made no changes to the original text of AIA® Document A201™ – 2007, General Conditions of the Contract for Construction, as published by the AIA in its software, other than those additions and deletions shown in the associated Additions and Deletions Report.


_____
(Signed)


_____
(Title)


_____
(Dated)

AIA Document D401™ – 2003. Copyright © 1992 and 2003 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:38:42 on 05/18/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:                                                                                          (1500850427-

1

TR_00280

# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT

# 18

# EXHIBIT 18

# SBS-TR-BAR SITE MEETING MINUTES

**Dave Morgan**

| | |
|---|---|
| **From:** | Kyle Kieke |
| **Sent:** | Tuesday, January 22, 2013 10:07 PM |
| **To:** | Steve Schiffman; Dave Morgan; Tom Pittman (tpittman@lewisenergy.com) |
| **Cc:** | Jack Green; Bill Leonard |
| **Subject:** | meeting notes - site meeting with Rod Lewis |
| **Attachments:** | Site Meeting with Rod Lewis_22 Jan 13.xlsx |

Thanks,

Kyle Kieke

Project Superintendent
SBS Construction
kkieke@sbsworld.net
C: 830-388-9267
F: 830-981-5303

**Los Cerritos Hanger**
**1378**
Site Meeting

Meeting: **~ 30 Minutes**
Date:     22 Jan 13
**Time:  4:00-4:30**
Location: Jobsite
Prepared by: Kyle Kieke

## Next Meeting
Time:  TBD
Time:  **TBD**
Location:  TBD

## Purpose
To review the status of work, resolve and/or discuss outstanding issues among the team and to plan the work.

## Attended by
Representative - Company - Phone - Email

| Representative - Company | Phone | Email |
|---|---|---|
| Tom Pittman - Lewis Energy Group - | 210-384-5892 | tpittman@lewisenergy.com |
| Rod Lewis - Client | | rlewis@lewisenergy.com |
| Parnak Charchki - Lewis Energy | | pcharchki@lewisenergy.com |
| Benny Esquivel - Lewis Energy | | besquivel@lewisenergy.com |
| Monica Rokhol - Lewis Energy | | mrokhol@lewisenergy.com |
| Kyle Kieke - SBS Construction | 830-388-9267 | kkieke@sbsworld.net |

## Non-Attendees
Jack Green - SBS Construction
John Grable - John Grable Architects
Matt Martinez - John Grable Architects

## SWPPP
N/A

## Job Safety
N/A

## Weather & Site Conditions
Site Weather:  Clear and mild

Site Conditions: Clean and orderly

| Item | Meeting Item Description | | Due Date | Cls'd |
|---|---|---|---|---|
| **SCHEDULE** | | | | |
| **Old Business** | | | | |
| | Change Order 3 - Additional concrete ramp parking - submit to Tom Pittman for approval | | 23-Jan-13 | |
| | Will upgrade to between 800-1000 amp single phase service | | N/A | |
| | Interior deco selections still awaiting approval - Rod Lewis to meet with John Grable this week | | | |
| | | | | |
| **New Business** | | | | |
| | Need to reverify hanger door max opening width - hanger built to accommodate 2000LX (70.17 ft wingspan) | | ASAP | |
| | Door opening previously verified by Bob Cardin on 28 Nov 12 | | | |
| | | | | |
| **QUALITY** | | | | |
| | Overall satisfied with quality of construction to date, no issues identified at this time | | | |

| Outstanding SUBMITTALS | | From GC | Due Date | Cls'd |
|---|---|---|---|---|
| Resubmitted ship ladder shop drawings for approval to John Grable Architects | | 22-Jan-13 | **23-Jan-13** | |
| Submitted shop drawings for HM Doors, Rollup Door, Floor coatings | | 09-Jan-13 | **ASAP** | |

| Outstanding RFI'S | | Date From GC | Due Date | Cls'd |
|---|---|---|---|---|
| RFI 1 | | **05-Dec-12** | **ASAP** | |
| RFI 2 | | **06-Dec-12** | **ASAP** | |
| RFI 4 | | **02-Jan-13** | **ASAP** | |
| RFI 5 | | **03-Jan-13** | **ASAP** | |

| Outstanding PROPOSAL REQUEST / CHANGE PROPOSALS | | Date to GC | Due Date | Cls'd |
|---|---|---|---|---|
| | | | | |
| | | | | |

| Approved Change Order Items NOT IN CHANGE ORDERS: | | | | |
|---|---|---|---|---|
| | | | | |

| **GENERAL CONSTRUCTION ITEMS** | | | | |
|---|---|---|---|---|
| **Old Business** | | | | |
| None discussed during this meeting | | | | |
| | | | | |
| **NEW BUSINESS** | | | | |
| Need to anchor CMU walls to structure - has commenced and will continue throughout rest of this week. | | | | |
| Main ramp pour set for the week of 28 Jan 13 | | | | |

Tom Pittman wants stone delivered for full scale mock up ASAP

**DESIGN ISSUES**

Rod Lewis is considering eliminating the existing office space to accommodate aircraft, considering adding office to exterior of building

Rod Lewis would like to explore adding 2 bedrooms with adjoining bathroom on mezzanine over existing bedroom

Rod Lewis would like to add oven in existing kitchen, move refridgerator to washer/dryer location, move washe/dryer to storage room

Rod Lewis will possibly require additional 110V outlets at shop/kitchen/office area

**Distribution Via Email Only:**

Attendees, Non-Attendees, File

**End of Meeting Minutes**

These minutes reflect the writer's understanding of the issues discussed. These minutes shall become a part of the project record. Any corrections or errors are to be reported to the writer as soon as possible for issuance of corrected minutes.

# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT

# 19 A

# EXHIBIT 19 A

# SBS DAILY FIELD REPORT DTD 12/18/2012

# SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | | Las Cerritos Hanger | | | | | |
|---|---|---|---|---|---|---|---|
| SBS PROJECT NO. | | 1378 | | | | | |
| ARCHITECT PROJECT NO. | | | | | | | |
| DAILY REPORT NO. | 20 | DAY: Tuesday | | DATE: 12/18/2012 | | | |
| CONTRACT DAYS | | REMAINING DAYS | | | | | |

## WEATHER

| TIME | | AM | | | TIME | | PM |
|---|---|---|---|---|---|---|---|
| SUNNY | X | | | | SUNNY | X | |
| CLOUDY | | | | | CLOUDY | | |
| RAIN | | | | | RAIN | | |
| TEMP LOW | 40 | F° | | | TEMP LOW | | F° |
| TEMP HIGH | | F° | | | TEMP HIGH | 80 | F° |

## WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 0 | 0 | |
| SMS | 5 | 9 | Cupola roofing/insulation |
| Robertsone Electric | 0 | 0 | |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 0 | 0 | |
| Gallery of Stones | 5 | 8 | CMU wall construction |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 1 |
| Skytrak | 1 | Generator | 1 |

## INSPECTIONS / TESTING/ VISITORS

Bill Leonard - SMS - site visit to inspect work and drop off hardware

## WORK DESCRIPTION SUMMARY

Continue CMU wall construction
Cupola roofing/insulation complete

## SUBCONTRACTOR PERSONNEL ON SITE

TR_00097

| Nolberto Galarza - Gallery of Stones | Luis Fuentes - SMS |
|---|---|
| Hugo Esquivel - Gallery of Stones | Julio Barriaga - SMS |
| Jose Romo - Gallery of Stones | Beto Rodriguez - Gallery of Stones |
| Jaime Galarza - Gallery of Stones | |
| Martin Rojas - SMS | |
| Alejandro Baldovino - SMS | |
| Fidel Montanyes - SMS | |

| VEHICLES ON SITE | | |
|---|---|---|
| SMS - 39X NN7 | 60LFV9 - Superintendent | |
| O5CSR6 - Gallery of Stones | | |
| **SUPERINTENDENT** | *Kyle Kieke* | DATE: | 12/18/2012 |

TR_00098

# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT

# 19 B

# EXHIBIT 19 B

# SBS DAILY FIELD REPORT DTD 12/19/2012

## SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | | Los Cerritos Hanger | | | | | |
|---|---|---|---|---|---|---|---|
| SBS PROJECT NO. | | | | 1378 | | | |
| ARCHITECT PROJECT NO. | | | | | | | |
| DAILY REPORT NO. | 21 | DAY: | Wedensday | DATE: | 12/19/2012 | | |
| CONTRACT DAYS | | REMAINING DAYS | | | | | |

### WEATHER

| TIME | | AM | | | TIME | | PM |
|---|---|---|---|---|---|---|---|
| SUNNY | | | | | SUNNY | X | |
| CLOUDY | X | | | | CLOUDY | | |
| RAIN | | | | | RAIN | | |
| TEMP LOW | 62 | F° | | | TEMP LOW | | F° |
| TEMP HIGH | | F° | | | TEMP HIGH | 80 | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 1 | 4 | Site visit |
| SUPERINTENDENT | 1 | 9 | |
| SMS | 5 | 9 | Set track for main hanger doors, ridge cap |
| Robertson Electric | 2 | 8 | Install conduit |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 0 | 0 | |
| Gallery of Stones | 5 | 8 | CMU wall construction |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 2 |
| Skytrak | 1 | Generator | 1 |
| | | | |

### INSPECTIONS / TESTING/ VISITORS

Jack Green - SBS - Site visit

### WORK DESCRIPTION SUMMARY

Continue CMU wall construction
Cupola roofing/insulation complete
Exterior walk thru doors set
Roof seamed
Begin installation of main hanger doors
Begin overhead conduit installation

### SUBCONTRACTOR PERSONNEL ON SITE

TR_00099

| Nolberto Galarza - Gallery of Stones | Luis Fuentes - SMS |
|---|---|
| Hugo Esquivel - Gallery of Stones | Julio Barriaga - SMS |
| Jose Romo - Gallery of Stones | Beto Rodriguez - Gallery of Stones |
| Jaime Galarza - Gallery of Stones | Jerrod Robertson - REI |
| Martin Rojas - SMS | Richard Ecterhoff - REI |
| Alejandro Baldovino - SMS | |
| Fidel Montanyes - SMS | |

| VEHICLES ON SITE | |
|---|---|
| SMS - 39X NN7 | SBS - 60LFV9 |
| REI - AR05407 | REI - AF79759 |
| O5CSR6 - Gallery of Stones | Lamb Construction - 10L PL7 |

| SUPERINTENDENT | Kyle Kieke | DATE: | 12/19/2012 |
|---|---|---|---|

TR_00100

# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT

# 19 C

# EXHIBIT 19 C

# SBS DAILY FIELD REPORT DTD 12/20/2012

## SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | | Los Cerritos Hanger | | | | |
|---|---|---|---|---|---|---|
| SBS PROJECT NO. | | 1378 | | | | |
| ARCHITECT-PROJECT NO. | | | | | | |
| DAILY REPORT NO. | 22 | DAY: Thursday | DATE: 12/20/2012 | | | |
| CONTRACT DAYS | | REMAINING DAYS | | | | |

### WEATHER

| TIME | | AM | | | TIME | | PM |
|---|---|---|---|---|---|---|---|
| SUNNY | X | | High wind | | SUNNY | X | |
| CLOUDY | | | | | CLOUDY | | |
| RAIN | | | | | RAIN | | |
| TEMP LOW | 40 | F° | | | TEMP LOW | | F° |
| TEMP HIGH | | F° | | | TEMP HIGH | 59 | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 1 | 9 | |
| SMS | 5 | 9 | Continue hanger door install |
| Robertson Electric | 2 | 8 | Install conduit |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 0 | 0 | |
| Gallery of Stones | 5 | 8 | CMU wall construction |
| PSI Test Lab | 1 | 2 | CMU mortar test |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 2 |
| Skytrak | 1 | Generator | 1 |

### INSPECTIONS / TESTING/ VISITORS

PSI test sampled mortar mix / CMU block

### WORK DESCRIPTION SUMMARY

Continue CMU wall construction

Continue hanger door installation

Continue overhead lighting conduit installation - should complete by COB tomorrow

Additional CMU block delivered today

### SUBCONTRACTOR PERSONNEL ON SITE

TR_00101

| Nolbert Galarza - Gallery of Stones | Luis Fuentes - SMS |
|---|---|
| Hugo Esquivel - Gallery of Stones | Julio Barriaga - SMS |
| Jose Romo - Gallery of Stones | Beto Rodriguez - Gallery of Stones |
| Jaime Galarza - Gallery of Stones | Jerrod Robertson - REI |
| Martin Rojas - SMS | Richard Ecterhoff - REI |
| Alejandro Baldovino - SMS | Carlos Hernandez - PSI Test Labs |
| Fidel Montanyes - SMS | |

| VEHICLES ON SITE | |
|---|---|
| SMS - 39 NN7 | SBS - 60LFV9 |
| REI - AK65407 | REI - AF79759 |
| AL93811 Gallery of Stones | |
| O5CSR6 - Gallery of Stones | |

| SUPERINTENDENT | Kyle Kieke | DATE: | 12/20/2012 |
|---|---|---|---|

TR_00102

# ROBERTSON ELECTRIC

# PLAINTIFF'S

# AND

# DEFENDANT'S

# EXHIBIT

# 19 D

# EXHIBIT 19 D

# SBS DAILY FIELD REPORT DTD 1/2/2013

# SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | | Los Cerritos Hanger | | | | | |
|---|---|---|---|---|---|---|---|
| SBS PROJECT NO. | | 1378 | | | | | |
| ARCHITECT PROJECT NO. | | | | | | | |
| DAILY REPORT NO. | 24 | DAY: | Wednesday | DATE: | 1/2/2013 | | |
| CONTRACT DAYS | | REMAINING DAYS | | | | | |

## WEATHER

| TIME | | AM | | | TIME | | PM |
|---|---|---|---|---|---|---|---|
| SUNNY | | | | | SUNNY | | |
| CLOUDY | X | | | | CLOUDY | X | |
| RAIN | | | | | RAIN | | |
| TEMP LOW | 39 | F° | | | TEMP LOW | | F° |
| TEMP HIGH | | F° | | | TEMP HIGH | 50 | F° |

## WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 1 | 8 | |
| SMS | 0 | 0 | |
| Robertson Electric | 1 | 8 | Install conduit |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 0 | 0 | |
| Gallery of Stones | 4 | 8 | CMU wall construction |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 2 |
| Skytrak | 1 | Generator | 1 |

## INSPECTIONS / TESTING/ VISITORS

Tom Pittman - Lewis Energy - site visit meeting with Kyle

## WORK DESCRIPTION SUMMARY

Pull wire for overhead lighting conduit
Install conduit drops for emergency wallpack lighting
Continue CMU wall construction

## SUBCONTRACTOR PERSONNEL ON SITE

SBS 1558

| Nolberto Galarza - Gallery of Stones | |
|---|---|
| Juan Basurto - Gallery of Stones | |
| Jose Romo - Gallery of Stones | |
| Beto Rodriguez - Gallery of Stones | |
| Richard Ecterhoff - Robertson Electric | |
| | |
| | |
| **VEHICLES ON SITE** | |
| SBS - 60LFV9 | |
| REI - AF79759 | |
| AS37679- Gallery of Stones | |
| O5CSR6 - Gallery of Stones | |
| **SUPERINTENDENT** | Kyle Kieke | **DATE:** | 1/2/2013 |

SBS 1559

# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT

# 19 E

# EXHIBIT 19 E

# SBS DAILY FIELD REPORT DTD 1/3/2013

## SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | | Los Cerritos Hanger | | | |
|---|---|---|---|---|---|
| SBS PROJECT NO. | | 1378 | | | |
| ARCHITECT PROJECT NO. | | | | | |
| DAILY REPORT NO: 25 | | DAY: Thursday | DATE: 1/3/2013 | | |
| CONTRACT DAYS | | REMAINING DAYS | | | |

### WEATHER

| TIME | | AM | | | TIME | | PM |
|---|---|---|---|---|---|---|---|
| SUNNY | | | | | SUNNY | | |
| CLOUDY | X | | | | CLOUDY | X | |
| RAIN | X | | snow flurries | | RAIN | | |
| TEMP LOW | 40 | F° | | | TEMP LOW | | F° |
| TEMP HIGH | | F° | | | TEMP HIGH | 50 | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 1 | 5 | |
| SMS | 0 | 0 | |
| Robertson Electric | 1 | 8 | Install conduit |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 0 | 0 | |
| Gallery of Stones | 6 | 8 | CMU wall construction |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 2 |
| Skytrak | 1 | Generator | 1 |
| | | | |

### INSPECTIONS / TESTING / VISITORS

Jack Green - SBS - Site visit

### WORK DESCRIPTION SUMMARY

Pull wire for overhead lighting conduit

Install conduit drops for emergency wallpack lighting

Continue CMU wall construction

Steel crew will return on 07 Jan

### SUBCONTRACTOR PERSONNEL ON SITE

TR_00105

| Nolberto Galarza - Gallery of Stones | |
|---|---|
| Juan Basurto - Gallery of Stones | |
| Jose Romo - Gallery of Stones | |
| Beto Rodriguez - Gallery of Stones | |
| Richard Ectarhoff - Robertson Electric | |
| Ricardo Lopez - Gallery of Stones | |
| | |
| VEHICLES ON SITE | |
| SBS - 60LFV9 | |
| REI - AF79759 | |
| AS37679- Gallery of Stones | |
| O5CSR6 - Gallery of Stones | |
| SUPERINTENDENT | Kyle Kieke | DATE: | 1/3/2013 |

TR_00106

# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT

# 19 F

# EXHIBIT 19 F

# SBS DAILY FIELD REPORT DTD 1/4/2013

## SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | | Los Cerritos Hanger | | | | |
|---|---|---|---|---|---|---|
| SBS PROJECT NO. | | 1378 | | | | |
| ARCHITECT PROJECT NO. | | | | | | |
| DAILY REPORT NO. | 26 | DAY: Friday | DATE: 1/4/2013 | | | |
| CONTRACT DAYS | | REMAINING DAYS | | | | |

### WEATHER

| TIME | | AM | | | TIME | | PM |
|---|---|---|---|---|---|---|---|
| SUNNY | | | | | SUNNY | | |
| CLOUDY | X | | | | CLOUDY | X | |
| RAIN | X | | | | RAIN | | |
| TEMP LOW | 40 | F° | | | TEMP LOW | | F° |
| TEMP HIGH | | F° | | | TEMP HIGH | 45 | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 1 | 6 | |
| SMS | 0 | 0 | |
| Robertson Electric | 1 | 5 | Install conduit |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 0 | 0 | |
| Gallery of Stones | 0 | 0 | |
| DABS Paint | 2 | 1 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 2 |
| Skytrak | 1 | Generator | 1 |
| | | | |

### INSPECTIONS / TESTING/ VISITORS

PSI - retrieve sample cubes/CMU block sample

Don/Brian Rosso - DABS Paint - Site visit

### WORK DESCRIPTION SUMMARY

Pull wire for overhead lighting conduit

Install conduit drops for emergency wallpack lighting

CMU block rained out

Steel crew will return on 07 Jan

### SUBCONTRACTOR PERSONNEL ON SITE

TR_00107

| | | | |
|---|---|---|---|
| Richard Ecterhoff - REI | | | |
| Don Rosso - DABS Paint | | | |
| Brian Rosso - DABS Paint | | | |
| | | | |
| | | | |
| | | | |

<div align="center">VEHICLES ON SITE</div>

| | |
|---|---|
| SBS - 60LFV9 | DABS Paint - B556109 |
| REI - AF79759 | |
| AS37679- Gallery of Stones | |
| O5CSR6 - Gallery of Stones | |

| SUPERINTENDENT | Kyle Kieke | DATE: | 1/4/1900 |
|---|---|---|---|

TR_00108

# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT

# 19 G

# EXHIBIT 19 G

# SBS DAILY FIELD REPORT DTD 1/7/2013

| PROJECT NAME: | | | Los Cerritos Hanger | | | | |
|---|---|---|---|---|---|---|---|
| SBS PROJECT NO. | | | 1378 | | | | |
| ARCHITECT PROJECT NO. | | | | | | | |
| DAILY REPORT NO. | | 27 | DAY: | Monday | DATE: | 1/7/2013 | |
| CONTRACT DAYS | | | REMAINING DAYS | | | | |

## WEATHER

| TIME | | AM | | | TIME | | | PM |
|---|---|---|---|---|---|---|---|---|
| SUNNY | X | | | | SUNNY | | | |
| CLOUDY | | | | | CLOUDY | X | | |
| RAIN | | | | | RAIN | | | |
| TEMP LOW | 42 | F° | | | TEMP LOW | | | F° |
| TEMP HIGH | | F° | | | TEMP HIGH | | 59 | F° |

## WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 1 | 2 | |
| SMS | 0 | 0 | |
| Robertson Electric | 1 | 8 | Install conduit |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 0 | 0 | |
| Gallery of Stones | 0 | 0 | |
| DABS Paint | 0 | 0 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 2 |
| Skytrak | 1 | Generator | 1 |
| | | | |

## INSPECTIONS / TESTING / VISITORS

## WORK DESCRIPTION SUMMARY

Pull wire, install whips for overhead light fixtures

Steel delivery for interior pods

## SUBCONTRACTOR PERSONNEL ON SITE

TR_00109

# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT

# 19 H

# EXHIBIT 19 H

# SBS DAILY FIELD REPORT DTD 1/8/2013

## SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | | | Los Cerritos Hanger | | | |
|---|---|---|---|---|---|---|
| SBS PROJECT NO. | | | 1378 | | | |
| ARCHITECT PROJECT NO. | | | | | | |
| DAILY REPORT NO. | .. | 28 | DAY: | Tuesday | DATE: 1/8/2013 | |
| CONTRACT DAYS | | | REMAINING DAYS | | | |

### WEATHER

| TIME | | AM | | | TIME | | PM |
|---|---|---|---|---|---|---|---|
| SUNNY | | | | | SUNNY | | |
| CLOUDY | X | | | | CLOUDY | X | |
| RAIN | X | | | | RAIN | X | |
| TEMP LOW | 48 | F° | | | TEMP LOW | | F° |
| TEMP HIGH | | F° | | | TEMP HIGH | 55 | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 1 | 7 | |
| SMS | 0 | 0 | |
| Robertson Electric | 1 | 8 | Install conduit |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 0 | 0 | |
| Gallery of Stones | 3 | 8 | Grout CMU wall cells |
| DABS Paint | 0 | 0 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 2 |
| Skytrak | 1 | Generator | 1 |
| | | | |

### INSPECTIONS / TESTING/ VISITORS

### WORK DESCRIPTION SUMMARY

Additional sand delivered for CMU wall construction

Installed whips for overhead light fixtures

### SUBCONTRACTOR PERSONNEL ON SITE

TR_00110

| Richard Ecterhoff - REI | | |
|---|---|---|
| Jose Romo - Gallery of Stones | | |
| | | |
| | | |
| | | |
| | | |
| **VEHICLES ON SITE** | | |
| SBS - 60LFV9 | | |
| REI - AF79759 | | |
| | | |
| O5CSR6 - Gallery of Stones | | |
| **SUPERINTENDENT** | Kyle Kleke | **DATE:** | 1/8/2013 |

TR_00111

# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT

# 19 I

# EXHIBIT 19 I

# SBS DAILY FIELD REPORT DTD 1/15/2013

## SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | | Los Cerritos Hanger | | | | | |
|---|---|---|---|---|---|---|---|
| SBS PROJECT NO. | | | | 137B | | | |
| ARCHITECT PROJECT NO. | | | | | | | |
| DAILY REPORT NO. | 33 | DAY: | Tuesday | DATE: | 1/15/2013 | | |
| CONTRACT DAYS | | REMAINING DAYS | | | | | |

### WEATHER

| TIME | | AM | | | TIME | | PM |
|---|---|---|---|---|---|---|---|
| SUNNY | | | | | SUNNY | x | |
| CLOUDY | x | | | | CLOUDY | | |
| RAIN | | | | | RAIN | | |
| TEMP LOW | 37 | F° | | | TEMP LOW | | F° |
| TEMP HIGH | | F° | | | TEMP HIGH | 58 | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 1 | 8 | |
| SMS | 4 | 5 | Structural frame punch |
| Robertson Electric | 0 | 0 | |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 0 | 0 | |
| Gallery of Stones | 5 | 8 | CMU wall construction |
| DABS Paint | 0 | 0 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 2 |
| Skytrak | 1 | Generator | 1 |
| | | | |

### INSPECTIONS / TESTING/ VISITORS

Bob Carnwath - C&S Enterprise - site visit and electrical walkthrough

Richard - C&S Enterprise - site visit and electrical walk through

### WORK DESCRIPTION SUMMARY

Align purlin straps

Check structural bolt tightness

CMU wall construction North elevation

### SUBCONTRACTOR PERSONNEL ON SITE

SBS 1574

# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT

# 19 J

# EXHIBIT J

# SBS DAILY FIELD REPORT DTD 1/21/2013

## SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | | Los Cerritos Hanger | | | | | |
|---|---|---|---|---|---|---|---|
| SBS PROJECT NO. | | | | 1378 | | | |
| ARCHITECT PROJECT NO. | | | | | | | |
| DAILY REPORT NO. | 33 | DAY: | Monday | DATE: | 1/21/2013 | | |
| CONTRACT DAYS | | REMAINING DAYS | | | | | |

### WEATHER

| TIME | | AM | | | TIME | | PM |
|---|---|---|---|---|---|---|---|
| SUNNY | X | | | | SUNNY | X | |
| CLOUDY | | | | | CLOUDY | | |
| RAIN | | | | | RAIN | | |
| TEMP LOW | 48 | F° | | | TEMP LOW | | F° |
| TEMP HIGH | | F° | | | TEMP HIGH | 67 | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 1 | 7 | |
| SMS | 0 | 0 | |
| Robertson Electric | 0 | 0 | |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 0 | 0 | |
| Gallery of Stones | 7 | 8 | CMU wall construction |
| DABS Paint | 0 | 0 | |
| C-S Enterprise | 4 | 3 | jobsite familiarization |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 2 |
| Skytrak | 1 | Generator | 1 |

### INSPECTIONS / TESTING / VISITORS

### WORK DESCRIPTION SUMMARY

Continue CMU wall construction north / south elevations

C-S Enterprise walked job again to familiarize themselves with electrical already in place

### SUBCONTRACTOR PERSONNEL ON SITE

SBS 1584

| | |
|---|---|
| Jose Ortiz - Gallery of Stones | Richard Cantu - CS Enterprise |
| Jose Mendoza - Gallery of Stones | Andrew Diaz - CS Enterprise |
| Francisco Escobar - Gallery of Stones | Ray Guerrero - CS Enterprise |
| Jose Romo - Gallery of Stones | Chris Wilson - CS Enterprise |
| Ricardo Lopez - Gallery of Stones | |
| Jose Sanchez - Gallery of Stones | |
| Juan Basurto - Gallery of Stones | |
| VEHICLES ON SITE | |
| Gallery of Stones - 05CSR6 | CS Enterprise - CA84978 |
| Gallery of Stones - 881NBF | CS Enterprise - AZ07315 |
| Gallery of Stones - CA30839 | |

| SUPERINTENDENT | Kyle Kieke | DATE: | 1/19/2013 |
|---|---|---|---|

SBS 1585

# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT

# 19 K

# EXHIBIT K

# SBS DAILY FIELD REPORT DTD 1/22/2013

## SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | | Los Cerritos Hanger | | | | |
|---|---|---|---|---|---|---|
| SBS PROJECT NO. | | 1378 | | | | |
| ARCHITECT PROJECT NO. | | | | | | |
| DAILY REPORT NO. | 34 | DAY: | Tuesday | DATE: | 1/22/2013 | |
| CONTRACT DAYS | | REMAINING DAYS | | | | |

### WEATHER

| TIME | | AM | | | TIME | | PM |
|---|---|---|---|---|---|---|---|
| SUNNY | X | | | | SUNNY | X | |
| CLOUDY | | | | | CLOUDY | | |
| RAIN | | | | | RAIN | | |
| TEMP LOW | 50 | F° | | | TEMP LOW | | F° |
| TEMP HIGH | | F° | | | TEMP HIGH | 65 | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 1 | 9 | |
| SMS | 4 | 8 | Interior framing |
| Robertson Electric | 0 | 0 | |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 0 | 0 | |
| Gallery of Stones | 9 | 8 | CMU wall construction |
| DABS Paint | 0 | 0 | |
| C-S Enterprise | 4 | 8 | Conduit installation |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 2 |
| Skytrak | 1 | Generator | 1 |
| | | | |

### INSPECTIONS / TESTING / VISITORS

Rod Lewis - Client

Tom Pittman - Lewis Energy

Monica Rokhol - Lewis Energy

Parnak Charckhi - Lewis Energy

Benny Esquivel - Lewis Energy

Carlos Hernandez - PSI - grout test samples

### WORK DESCRIPTION SUMMARY

CMU rear elevation complete to 20', continue south elevation

Adjust interior 110V outlet locations, install overhead power to office

SBS 1586

| SUBCONTRACTOR PERSONNEL ON SITE | |
|---|---|
| Jose Ortiz - Gallery of Stones | Richard Cantu - CS Enterprise |
| Jose Mendoza - Gallery of Stones | Andrew Diaz - CS Enterprise |
| Francisco Escobar - Gallery of Stones | Bob Carnwath - CS Enterprise |
| Jose Romo - Gallery of Stones | Jay Carnwath - CS Enterprise |
| Ricardo Lopez - Gallery of Stones | Jonathan Baldovino - SMS |
| Jose Sanchez - Gallery of Stones | Miguel Mendoza - Gallery of Stones |
| Juan Basurto - Gallery of Stones | Mariano Ortiz - Gallery of Stones |
| Martin Rojas - SMS | |
| Luis Fuentes - SMS | |
| Alejandro Baldovino - SMS | |
| VEHICLES ON SITE | |
| Gallery of Stones - 05CSR6 | CS Enterprise - CA84978 |
| Gallery of Stones - 891NBF | CS Enterprise - AZ07315 |
| Gallery of Stones - CA30839 | |
| SMS - 39XNN7 | |

| SUPERINTENDENT | Kyle Kieke | DATE: | 1/22/2013 |
|---|---|---|---|

SBS 1587

# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT

# 19 L

# EXHIBIT L

# SBS DAILY FIELD REPORT DTD 1/23/2013

# SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | | Los Cerritos Hanger | | | | |
|---|---|---|---|---|---|---|
| SBS PROJECT NO. | | 1378 | | | | |
| ARCHITECT PROJECT NO. | | | | | | |
| DAILY REPORT NO. | 35 | DAY: | Wednesday | DATE: | 1/23/2013 | |
| CONTRACT DAYS | | REMAINING DAYS | | | | |

## WEATHER

| TIME | | AM | | | TIME | | PM |
|---|---|---|---|---|---|---|---|
| SUNNY | X | | | | SUNNY | X | |
| CLOUDY | | | | | CLOUDY | | |
| RAIN | | | | | RAIN | | |
| TEMP LOW | 54 | F° | | | TEMP LOW | | F° |
| TEMP HIGH | | F° | | | TEMP HIGH | 72 | F° |

## WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 1 | 9 | |
| SMS | 4 | 8 | Interior framing |
| Robertson Electric | 0 | 0 | |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 0 | 0 | |
| Gallery of Stones | 7 | 8 | CMU wall construction |
| DABS Paint | 0 | 0 | |
| C-S Enterprise | 2 | 8 | Conduit installation |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 2 |
| Skytrak | 1 | Generator | 1 |
| | | | |

## INSPECTIONS / TESTING / VISITORS

## WORK DESCRIPTION SUMMARY

CMU sections to 20' will be complete by COB tomorrow, will begin CMU columns

Install overhead conduit for wall packs, aircraft GPUs

Was instructed by Tom Pittman via phone to cease interior framing due to impending changes

SBS 1588

| SUBCONTRACTOR PERSONNEL ON SITE | |
| --- | --- |
| Jose Ortiz - Gallery of Stones | Jonothan Baldovino - SMS |
| Jose Mendoza - Gallery of Stones | Andrew Diaz - CS Enterprise |
| Francisco Escobar - Gallery of Stones | Richard Cantu - CS Enterprise |
| Jose Romo - Gallery of Stones | |
| Ricardo Lopez - Gallery of Stones | |
| Jose Sanchez - Gallery of Stones | |
| Juan Basurto - Gallery of Stones | |
| Martin Rojas - SMS | |
| Luis Fuentes - SMS | |
| Alejandro Baldovino - SMS | |
| VEHICLES ON SITE | |
| Gallery of Stones - 0SCSR6 | CS Enterprise - CA84978 |
| Gallery of Stones - 881NBF | CS Enterprise - AZ07315 |
| Gallery of Stones - DRIN713 | |
| SMS - 39XNN7 | |

| SUPERINTENDENT | Kyle Kieke | DATE: | 1/23/2013 |
| --- | --- | --- | --- |

SBS 1589

# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT

# 19 M

# EXHIBIT M

# SBS WEEKLY REPORT DTD 12/23/2012

# WEEKLY REPORT



| | | PROJECT # | 1378 |
|---|---|---|---|
| **SBS Construction** P.O. Box 780849 San Antonio, Texas 78278 | | **PROJECT:** | Los Cerritos Hanger |
| | | **Email Distribution** | Rod Lewis, Thomas Pittman, Parnak Charkhchi |
| | | | John Grable, Matt Martinez |
| | | | Steve Schiffman, Jack Green |

| Contract Status Report for the Week Ending: | 23 Dec 12 |
|---|---|
| Submitted By: | Kyle Kleke |
| Date Submitted: | 26 Dec 12 |

| Contract Date: | 05/31/2012 | Original Contract Amount: | $1,226,074.00 |
|---|---|---|---|
| Start Date: | 05/31/2012 | Approved Change: | $0.00 |
| Contract Time: | 173 days | Current Contract Amount: | $1,271,208.00 |
| Estimated Completion Date: | 02/28/2012 | Pending Changes: | $72,144.00 |
| Total Rain Days: | 7 | Pending Contract Amount: | $1,271,208.00 |
| Rain Days This Week: | 0 | Additional Time Required: | 0 |

| **Work Completed This Week** |
|---|
| Main hanger doors/track installed |
| Installed 7 courses CMU south/west walls |
| Exterior walk thru doors set |
| Overhead lighting conduit 75% complete |
| **Work to be Completed Next Week** |
| Install 7 courses CMU at north wall |
| Complete main overhead lighting conduit, pull wire |
| Begin hanging hi-bay fixtures |
| |
| **Project Issues** |
| Change Order # One was submitted on July 7, 2012 still have not received signed copy |
| Change Order # Two was submitted on October 4, 2012 still have not received signed copy |
| Need status of required electrical easement to begin utility work |
| Need status of electrical change approval |
| **Outstanding Issues** |
| Remaining RFIs sent to Matt Martinez 05 Dec, 06 Dec, and 13 Dec |

TR_00164

Exterior walk thru door RFI sent to Philip Weaver on 14 Dec

TR_00165

# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT

# 19 N

# EXHIBIT N

# SBS WEEKLY REPORT DTD 12/30/2012

# WEEKLY REPORT

| | | PROJECT # | 1378 |
|---|---|---|---|
| **SBS Construction**  P.O. Box 780849  San Antonio, Texas 78278 | | PROJECT: | Los Cerritos Hangar |
| | | Email Distribution | Rod Lewis, Thomas Pittman, Pamak Charkhchi |
| | | | John Grable, Matt Martinez |
| | | | Steve Schiffman, Jack Green |

| Contract Status Report for the Week Ending: | 30 Dec 12 |
|---|---|
| Submitted By: | Kyle Kieke |
| Date Submitted: | 02 Jan 13 |

| Contract Date: | 05/31/2012 | Original Contract Amount: | $1,226,074.00 |
|---|---|---|---|
| Start Date: | 05/31/2012 | Approved Change: | $0.00 |
| Contract Time: | 173 days | Current Contract Amount: | $1,271,208.00 |
| Estimated Completion Date: | 02/28/2012 | Pending Changes: | $72,144.00 |
| Total Rain Days: | 7 | Pending Contract Amount: | $1,271,208.00 |
| Rain Days This Week: | 0 | Additional Time Required: | 0 |

| Work Completed This Week |
|---|
| Complete conduit runs for overhead lighting |
| No CMU work complete due to cold weather |

| Work to be Completed Next Week |
|---|
| Install 7 courses CMU at north wall, begin CMU behind structural columns |
| Complete main overhead lighting conduit, pull wire |
| Begin hanging hi-bay fixtures |

| Project Issues |
|---|
| Change Order # One was submitted on July 7, 2012 still have not received signed copy |
| Change Order # Two was submitted on October 4, 2012 still have not received signed copy |
| Need status of required electrical easement to begin utility work |
| Need status of electrical change approvals – work continuing per original drawings |

TR_00166

| Outstanding Issues |
| --- |
| Remaining RFIs sent to Matt Martinez 05 Dec, 06 Dec, and 13 Dec |
| Exterior walk thru door RFI sent to Philip Weaver on 14 Dec |

TR_00167

# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT

# 19 O

# EXHIBIT O

# SBS WEEKLY REPORT DTD 1/6/2013

# WEEKLY REPORT



| | | PROJECT # | 1378 |
|---|---|---|---|
| **SBS Construction** P.O. Box 780849 San Antonio, Texas 78278 | | PROJECT: | Los Cerritos Hangar |
| | | **Email Distribution** | Rod Lewis, Thomas Pittman, Pamak Charkhchi |
| | | | John Grable, Matt Martinez |
| | | | Steve Schiffman, Jack Green |

| Contract Status Report for the Week Ending: | 06 Jan 13 |
|---|---|
| Submitted By: | Kyle Kieke |
| Date Submitted: | 07 Jan 13 |

| Contract Date: | 05/31/2012 | Original Contract Amount: | $1,226,074.00 |
|---|---|---|---|
| Start Date: | 05/31/2012 | Approved Change: | $0.00 |
| Contract Time: | 173 days | Current Contract Amount: | $1,271,208.00 |
| Estimated Completion Date: | 02/28/2012 | Pending Changes: | $72,144.00 |
| Total Rain Days: | 8 | Pending Contract Amount: | $1,271,208.00 |
| Rain Days This Week: | 1 | Additional Time Required: | 0 |

| Work Completed This Week |
|---|
| Continue conduit installation for emergency lighting |
| Pull wire for all overhead circuits |
| Additional CMU completed on south elevation to 11' |
| Rain day Friday 04 Jan |

| Work to be Completed Next Week |
|---|
| Continue CMU wall construction |
| Install interior office pod steel headers |
| Structural frame punch |

| Project Issues |
|---|
| Will address all outstanding issues during scheduled meeting on 07 Jan |

| Outstanding Issues |
|---|
| Will address all outstanding issues during scheduled meeting on 07 Jan. |

TR_00166

# _WEEKLY REPORT_



| | SBS Construction P.O. Box 780849 San Antonio, Texas 78278 | PROJECT # | 1378 |
|---|---|---|---|
| | | PROJECT: | Los Cerritos Hangar |
| | | Email Distribution | Rod Lewis, Thomas Pittman, Pamak Charkhchi |
| | | | John Grable, Matt Martinez |
| | | | Steve Schiffman, Jack Green |

| Contract Status Report for the Week Ending: | 06 Jan 13 |
|---|---|
| Submitted By: | Kyle Kieke |
| Date Submitted: | 07 Jan 13 |

| Contract Date: | 05/31/2012 | Original Contract Amount: | $1,226,074.00 |
|---|---|---|---|
| Start Date: | 05/31/2012 | Approved Change: | $0.00 |
| Contract Time: | 173 days | Current Contract Amount: | $1,271,208.00 |
| Estimated Completion Date: | 02/28/2012 | Pending Changes: | $72,144.00 |
| Total Rain Days: | 8 | Pending Contract Amount: | $1,271,208.00 |
| Rain Days This Week: | 1 | Additional Time Required: | 0 |

| Work Completed This Week |
|---|
| Continue conduit installation for emergency lighting |
| Pull wire for all overhead circuits |
| Additional CMU completed on south elevation to 11' |
| Rain day Friday 04 Jan |

| Work to be Completed Next Week |
|---|
| Continue CMU wall construction |
| Install interior office pod steel headers |
| Structural frame punch |
| |

| Project Issues |
|---|
| Will address all outstanding issues during scheduled meeting on 07 Jan |

| Outstanding Issues |
|---|
| Will address all outstanding issues during scheduled meeting on 07 Jan. |

SBS 1425

# ROBERTSON ELECTRIC PLAINTIFF'S AND DEFENDANT'S EXHIBIT

19 P

# EXHIBIT P

# SBS WEEKLY REPORT DTD 1/13/2013

## WEEKLY REPORT



| | | PROJECT # | 1378 |
|---|---|---|---|
| **SBS Construction** P.O. Box 780849 San Antonio, Texas 78278 | | PROJECT: | Los Cerritos Hangar |
| | | **Email Distribution** | Rod Lewis, Thomas Pittman, Parnak Cherkhchi |
| | | | John Grable, Matt Martinez |
| | | | Steve Schiffman, Jack Green |

| Contract Status Report for the Week Ending: | 13  Jan 13 |
|---|---|
| Submitted By: | Kyle Kieke |
| Date Submitted: | 14 Jan 13 |

| Contract Date: | 05/31/2012 | Original Contract Amount: | $1,226,074.00 |
|---|---|---|---|
| Start Date: | 05/31/2012 | Approved Change: | $0.00 |
| Contract Time: | 173 days | Current Contract Amount: | $1,271,208.00 |
| Estimated Completion Date: | 03/22/2012 | Pending Changes: | $72,144.00 |
| Total Rain Days: | 10 | Pending Contract Amount: | $1,271,208.00 |
| Rain Days This Week: | 2 | Additional Time Required: | 0 |

| **Work Completed This Week** |
|---|
| Installed steel headers for interior offices |
| Installed all whips for overhead lighting |
| Additional CMU completed on rear elevation to 20' |
| Continue CMU construction on north elevation |
| **Work to be Completed Next Week** |
| CMU to 20' complete on north and rear elevations, minus columns |
| Install 6x6 steel tubing in cupola |
| Install motorized power vents in envelope wall |
| **Project Issues** |
| Need status of revised Electrical change pricing submitted 08 Jan 13 |
| **Outstanding Issues** |
| Pending RFIs |
| RFI 1 – need finish selections |
| RFI 2 – Ship ladder shop drawings – 5 week lead time, need approval by 18 Jan 13 |
| RFI 4 – Need structural steel paint color |

TR_00169

RFI 5 – Need hanger door sections to order sheathing/insulation/man door

TR_00170

# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT

# 19 Q

# EXHIBIT Q

# SBS WEEKLY REPORT DTD 1/20/2013

# WEEKLY REPORT

|  **SBS Construction**<br><br>P.O. Box 780849<br><br>San Antonio, Texas 78278 | PROJECT # | 1378 |
|---|---|---|
| | PROJECT: | Los Cerritos Hangar |
| | **Email Distribution** | Rod Lewis, Thomas Pittman, Pamak Charkhchi |
| | | John Grable, Matt Martinez |
| | | Steve Schiffman, Jack Green |

| | |
|---|---|
| Contract Status Report for the Week Ending: | 20 Jan 13 |
| Submitted By: | Kyle Kieke |
| Date Submitted: | 21 Jan 13 |

| | | | |
|---|---|---|---|
| Contract Date: | 05/31/2012 | Original Contract Amount: | $1,226,074.00 |
| Start Date: | 05/31/2012 | Approved Change: | $0.00 |
| Contract Time: | 173 days | Current Contract Amount: | $1,271,208.00 |
| Estimated Completion Date: | 03/22/2012 | Pending Changes: | $72,144.00 |
| Total Rain Days: | 10 | Pending Contract Amount: | $1,271,208.00 |
| Rain Days This Week: | 0 | Additional Time Required: | 0 |

## Work Completed This Week
Continue CMU wall construction
Install power louvered vents at envelope wall
Move trench drain to accommodate main hanger door track

## Work to be Completed Next Week
Frame interior pods
Begin framing envelope walls on top of CMU walls and install Dens Glass

## Project Issues
Electrical subcontractor status

## Outstanding Issues
Pending RFIs
RFI 1 – need finish selections
RFI 2 – Ship ladder shop drawings – 5 week lead time, need approval by 18 Jan 13
RFI 4 – Need structural steel paint color

TR_00171

RFI 5 – Need hanger door sections to order sheathing/insulation/man door

TR_00172

# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT

# 20

# EXHIBIT 20

# TRI-BAR NOTICE TO SBS
# OF TERMINATION

# ■ S B S

CONSTRUCTION ● DEVELOPMENT

P.O. Box 780849
San Antonio, TX 78278-0849

February 6, 2013

To:     Vendors, Suppliers and Subcontractors
Fm:    Jack Green – Project Manager
Re:     Los Cerritos Hanger Project – Uvalde, Texas

Sent Via Email on February 6, 2013

On February 5, 2013, representatives of Tri-Bar Ranch Company, Ltd. (the "Project Owner") and Select Building Systems, Inc. (the "General Contractor") met to discuss the status of the Los Cerritos Hanger Project in Uvalde, Texas. At that time, the Project Owner informed the General Contractor of the Project Owner's intent to complete the remaining scope of work at the Uvalde site utilizing internal construction management personnel. The Project Owner determined that ongoing revisions to the Project Design made it impractical for an outside General Contractor to effectively manage the Project in an efficient manner.

As such, the Project Owner has exercised its option to amend to Scope of Work in the Contract Documents to include only that portion of the Work completed as of February 6, 2013. The Project Owner has instructed the General Contractor to notify each vendor, supplier and subcontractor to similarly cease all work effective February 6, 2013 and to amend to all previously issued contracts, subcontracts or purchase commitments accordingly.

The General Contractor requests each vendor, supplier and subcontractor to submit a status update to me as of the close of business on February 6th and to remove all personnel, equipment and supplies from the Uvalde location. The Project Owner intends to purchase all materials currently onsite that are dedicated for inclusion in the Project. Please coordinate the transfer of all materials with Kyle Kieke, Project Superintendent, as soon as possible.

Final invoices for all work performed and materials transferred to the Project Owner are due at the offices of SBS Construction by Friday, February 8th. Please submit all financial related information to the attention of John Maywald, Vice President of Finance.

The General Contractor has been assured by the Project Owner that there will be a timely review of all final invoices with payment made as soon as possible. Should the Project Owner require the assistance of any vendor, supplier or subcontractor with the completion of any work at the Project Site, you will be contacted directly by representatives of the Project Owner.

Thank you for your cooperation. Representatives of SBS Construction and Tri-Bar Ranch Company, Ltd. are working together through this amicable transition and request that each of you do the same. Please direct.

17 Scenic Loop Rd., Boerne, TX 78006
830.981.5929   Phone           ■           Fax   830.981.5308

SBS 1942

any inquiries to either Steve Schiffman, President or David Morgan, Executive Vice President of Select Building Systems, Inc.

Sincerely,
Select Building Systems, Inc.

Jack Green – Project Manager

cc:     Steve Schiffman
        Dave Morgan
        John Maywald

SBS 1943

# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT

# 22 A

# EXHIBIT 22 A

# C & S ENTERPRISES, INC. – INVOICE JULY 25 2013

F/S

**C&S prise, Inc.**
**Electrical Contractor**

155 Bamont - San Antonio, TX 78218 - (210) 590-6620
sales@c-s-enterprise.com - LIC# SEC18005

Glaskwop
10067 Jones Maltsberger
San Antonio, TX 78216

| | |
|---|---|
| 07/25/2013 | 1123780 |
| | 07/31/2013 |

Proj. Name *Los Cerritos Hanger*
Proj. Code *1206 000*
Cost Code *190-03*

Type **S** M L

Approved By _____ Date 7/31/13

| | Los Cerritos Hanger |
|---|---|
| | 0.00 |
| Ref: submittal for payment of electrical wiring of new Los Cerritos Hanger as follows: | |
| • Total Contract Amount...............$115,163.00 | 0.00 |
| Extras to date...............$87,893.00 | |
| Total new contract amount....$203,056.00 | |
| | 0.00 |

Draw #1 for:
*Wiring in exterior walls
*Home run conduits
Total Draw #1...............$20,000.00
• Total Labor & Material draw #1...............

Draw #2 for:
*Rough-in
Total Draw #2...............$60,000.00
• Total Labor & Material draw #2...............

Draw #3
*Rough-in
*Fixtures
*Gear
Total Draw #3...............$60,000.00
• Total Labor & Material draw #3...............

Draw #4
*Final rough-in
*Electric service
*Feeders
Total Draw #4...............$30,000.00

Continue to the next page

Now accepting all major credit cards.

TR_00874

- Total Labor & Material draw #4..............................
- ▪

▪▪▪▪▪▪
▪▪▪▪▪▪▪▪
▪▪▪▪▪▪
▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪
Balance due.......$13,556.00
- Total Labor & Material draw #5..............................

Thank you for your business!

Now accepting all major credit cards.

TR_00875

# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT

# 22 B

# EXHIBIT 22 B

# C & S ENTERPRISES, INC. – INVOICE NOV 11 2013



**C&S Enterprise, Inc.**
**Electrical Contractor**

155 Remount - San Antonio, TX 78218 - (210) 590-6629
sales@c-s-enterprise.com - LIC# SEC21085

## Invoice

| Date | Invoice No. |
|------|-------------|
| 11/11/2013 | 1123869 |

| | Due Date |
|---|---------|
| | 11/30/2013 |

**Bill To**

Glaciercap
10067 Jones Maltsberger
San Antonio, TX 78216

| | Job Name |
|---|---------|
| | Los Cerritos Hanger |

| Activity | Amount |
|----------|--------|
| • Ref: submittal for payment of electrical wiring of new Los Cerritos Hanger as follows: | 0.00 |
| • Total Contract Amount.....................$115,163.00 | 0.00 |
|   Extras to date.........................$100,093.00 | |
|   Total new contract amount....$215,256.00 | |
| | 0.00 |
| Draw #1 for: | |
| *Wiring in exterior walls | |
| *Home run conduits | |
| Total Draw #1............................$20,000.00 | |
| • Total Labor & Material draw #1............................ | |
| Draw #2 for: | |
| *Rough-in | |
| Total Draw #2............................$60,000.00 | |
| • Total Labor & Material draw #2............................ | |
| Draw #3 | |
| *Rough-in | |
| *Fixtures | |
| *Gear | |
| Total Draw #3............................$60,000.00 | |
| • Total Labor & Material draw #3............................ | |
| Draw #4 | |
| *Final rough-in | |
| *Electric service | |
| *Feeders | |
| Total Draw #4............................$30,000.00 | |
| Continue to the next page | |

**FACILITIES**

Corp/Company: *CxCm*
Job#/AFE#/WO#: *1205-000 Los Cerritos Hangar*
Dept: _____
Entity/Property: *Los Cerritos Ranch*
GL Code: _____
Billing Cat/Cost Code: *140-03*
Approved/Date: _____
Mgr Appr. Sig/Date: _____ *12/5/13*

Now accepting all major credit cards.

TR_01058

| Activity | Amount |
|---|---|
| • Total Labor & Material draw #4................................ | |
| | |
| Draw #5 | |
| *Trim-out | |
| *Service | |
| Total Draw #5.....$20,000.00 | |
| Balance due......$13,056.00 | |
| • Total Labor & Material draw #5................................ | |
| | |
| Draw #6 | |
| *Final trim-out | |
| Total Draw #6.....$13,056.00 | |
| • Total Labor & Material draw #6................................ | |
| | |
| Draw #7 | |
| *Extras | |
| Total Draw #7..$12200.00 | |
| • Total Labor & Material draw #7................................ | |
| | |
| Draw #8 | |
| *Final | |
| Total Draw #8..$1,924.82 | |
| • Total Labor & Material draw #8................................ | 1,924.82 |
| | |
| | Total $1,924.82 |

**Thank you for your business!**

Now accepting all major credit cards.

TR_01059

# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT

# 23 A

# EXHIBIT 23A

# REI – LIGHTING, GEAR, MATERIALS
# TURNED OVER TO SBS 1/24/2013

| QTY. | MATERIAL | PRICE | AMOUNT |
|------|----------|-------|--------|
| 14 | Type DL Cans | | |
| 14 | Type DL Trims | | |
| 14 | Type DL Lamps | | |
| 7 | Type FA | | |
| 2 | Type VS w | | |
| 2 | Type VS Hw Kits | | |
| 24 | Type VS 12" Stems | | |
| 32 | TS Lamps FA, FB, VS | | |
| 2 | WW | | |
| 4 | WP | | |
| 31 | Type HA w/ Lamps | | |
| 1 | Panel MDP Can | | |
| 1 | Panel MDP Interior | | |
| 1 | Panel LA Can | | |
| 1 | Panel LA Interior | | |
| 1 | Panel LA Cover | | |
| 1 | Lighting Contactor | | |
| 4 | DW 321 RB | | |
| 4 | DW 321 | | |
| 300' | 3/4 EMT | | |
| 30' | 4" PVC | | |
| 30' | 3" PVC | | |
| 14 | 3/8 x 2' All thread w/ clips, nuts, washers, installed for HA Fixtures | | |

Robertson Electric, Incorporated
TECH
231 Derrick Dr
Humble, TX 77338
(281) 441-1304   Fax (281) 441-1342

**WORK ORDER** 6218

| JOB PHONE | DATE OF ORDER |
|-----------|---------------|
| | 24 JAN 13 |

JOB NAME / LOCATION

TO: SBS

Hanser Transmittal

PHONE

ORDER TAKEN BY

TERMS:

| DESCRIPTION OF WORK | AMOUNT |
|---------------------|--------|
| Lighting, gear, materials | |
| Turned over on 1/24/2013 | |
| To Kyle with SBS | |

LABOR / MATERIAL

TOTAL MATERIAL

TOTAL LABOR

| WORK ORDERED BY | DATE COMPLETED | TAX |
|-----------------|----------------|-----|

SIGNATURE: I hereby acknowledge the satisfactory completion of the above described work.

**Thank You!**
PAY THIS AMOUNT →

# ROBERTSON ELECTRIC PLAINTIFF'S AND DEFENDANT'S EXHIBIT

# 23 B

# EXHIBIT 23 B

# REI – LIGHTING, GEAR, MATERIALS TURNED OVER TO SBS 1/24/2013 - PICTURES







# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT

# 23 C

# EXHIBIT 23 C

# REI – LIGHTING, GEAR, MATERIALS
# TURNED OVER TO SBS 1/24/2013 - VALUE

Robertson Electric, Inc.
231 Dodd Dr.
Humble, TX 77338
281-441-1304

Application and Certificate for Payment
Contractor's signed certificate is attached.
In tabulations below, amount are stated to the nearest dollar.

Lee Cardiss Hanger
Project No.,
C12-124

Application No: 5
Application Date: 02/08/13
Period To: 02/08/13
Architects Project No:

| A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| Item | Description of Work | Schedule Value | Work Completed (0%) From Previous | This Period | Material Presently | Total Completed And Stored | Per - % | Balance | Retainage |
| 1 | Insurance/Mobilization/Submittal | 12,000 | 12,000.00 | 0.00 | | 12,000 | 100% | 0 | 1,200 |
| 2 | Shell Standby | 11,500 | 11,500.00 | 0.00 | | 11,500 | 100% | 0 | 1,150 |
| 3 | Distribution Feeders | 7,000 | 0.00 | 0.00 | | 0 | 0% | 7,000 | 0 |
| 4 | U/G Service Conduit | 5,000 | 0.00 | 0.00 | | 0 | 0% | 5,000 | 0 |
| 5 | Lighting Installation | 62,000 | 35,000.00 | 0.00 | | 35,500 | 57% | 6,400 | 2,550 |
| 6 | Other Equipment Install | 14,000 | 9,100.00 | 0.00 | | 9,100 | 65% | 4,900 | 910 |
| 7 | Branch Conduit and Wire | 38,000 | 27,700.00 | 0.00 | | 27,700 | 75% | 9,250 | 2,770 |
| 8 | Temporary Power | 2,500 | 2,500.00 | 0.00 | | 2,500 | 100% | 0 | 250 |
| 9 | Distribution HR | 1,000 | 0.00 | 0.00 | | 0 | 0% | 1,000 | 0 |
| 10 | Demolishing | 6,000 | 0.00 | 6,000.00 | | 6,000 | 100% | 0 | 600 |
| 11 | | 0 | 0.00 | 0.00 | | 0 | 0% | 0 | 0 |
| 12 | TOTAL | 132,000 | 98,300.00 | 6,000.00 | 0.00 | 91,300 | 74% | 33,550 | 9,430 |

Submitted By:

Title: Jared Robertson
Robertson Electric, Inc.

Date: 2/08/2013

# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT

# 24 A

# EXHIBIT 24 A

# JOHN GRABLE LTR DTD 12/21/2012
# W/ATTACHMENTS



# JOHN GRABLE
### ARCHITECTS · INC

12-21-12

Los Cerritos Hanger
SBS Draw Application #5
Los Cerritos Ranch

Gentlemen:

Draw Application #6 is approved and signed by JGA on 12-19-12.
SBS has finally gained traction and are moving forward with
construction now that the late PEMB has been delivered to site and is
under erection. JGA and Tom Pittman have agreed to hold back on
payment until we see real progress and promised by SBS.
Please note since Draw App#5 PEMB has been erected and reviewed
by design team and 100% testing of all bolt connection setting is
underway by SBS before payment of PEMB in full is approved. As of
12-20-12 standing seam galvalume metal roof is installed and CMU
infill walls are being poured. Electrical rough –in is underway and real
progress is underway. Keil Kleis project supervisor for SBS has
spearheaded a dramatic turnaround and construction improves daily –
both organized and through execution. See attached SBS Weekly
Report ending 12-16-12 and is one of reasons for approval of Draw
APP#5 by JGA.

Draw Application includes Contractor Release Form – Conditional Waiver & Release
upon Payment & SBS Weekly Report dated 12-16-12 & JGA Excel Spread sheet
outling Draw App #1 - #5 – See attached. JGA delivered hard copy to Tom Pittman,
Glacier Gap Construction, on 12-21-12.

Sincerely,

John Grable FAIA

Cc. via e- mail with attachments:
 Rod Lewis
 Garrett Glass
 Tom Pittman
 SBS Construction – Jack Green

TR_00495

COPY

# SLACIERCAP CONSTRUCTION

## Memorandum

**To:** Garrett Glass

**From:** Jennie Briggs

**CC:** Tom Pittman, Kristine Baca

**Date:** January 2, 2013

**Re:** 1205-0?0: Los Cerritos Hangar Draw Request

Hi Garrett,

Please see attached draw request from SBS Construction. The table below contains the items for which they are drawing for on this request, along with the cost codes used by GCC. Enclosed in this packet is an update from John Grable.

I look forward to answering any questions you have!

| Draw Item | | Amount | Cost Code | Description | Notes |
|---|---|---|---|---|---|
| Project Superintendent | $ | 716.98 | 380-02 | General - project supervision | |
| Project Management | $ | 1,435.14 | 380-02 | General - project supervision | |
| Temporary Facilities | $ | 2,000.82 | 130-01 | Rentals | |
| General Conditions | $ | 21.21 | 380-03 | General - general conditions | |
| Travel | $ | 26.06 | 380-05 | General - contractor admin | |
| Builder's Risk Insurance | $ | 188.82 | 380-01 | General - contractor's fee/insurance | |
| Metal Building | | $ 258,155.24 | 180-01 | Erection - structural Steel | NOTE: This is a pre-engineered metal building - for which there is no existing code on our list. This was the closest in my opinion. |
| Electrical | | $ 18,880.00 | 190-03 | MEP - electrical | |
| Contractor's Fee | | $ 22,350.81 | 380-01 | General - contractor's fee/insurance | |
| | TOTAL | $ 303,774.48 | | | |

Sincerely,

Jennie Briggs

Jennie Briggs

TR_00464

# ▲AIA° Document G702™ – 1992

| | | |
|---|---|---|
| TO OWNER: | PROJECT: | APPLICATION NO: 005 |
| | | PERIOD TO: November 30, 2012 |
| | | CONTRACT FOR: General Construction |
| FROM CONTRACTOR: | VIA ARCHITECT: | CONTRACT DATE: May 03, 2012 |
| | | PROJECT NO: |

ARCHITECT: X
CONTRACTOR: X
FIELD:
OTHER:

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM ............................................ $ 1,226,674.00
2. NET CHANGE BY CHANGE ORDERS ........................... $ 0.00
3. CONTRACT SUM TO DATE (Line 1 ± 2) ....................... $ 1,226,674.00
4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) .... $
5. RETAINAGE:
   a. 10 % of Completed Work
      (Column D + E on G703) $
   b. % of Stored Material
      (Column F on G703) $ 0.00
   Total Retainage (Lines 5a + 5b or Total in Column I of G703) .... $
6. TOTAL EARNED LESS RETAINAGE .................................. $
   (Line 4 Less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT ........... $ 212,774.25
   (Line 6 from prior Certificate)
8. CURRENT PAYMENT DUE .............................................. $ 271,597.13
9. BALANCE TO FINISH, INCLUDING RETAINAGE
   (Line 3 less Line 6) $ 734,692.11

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $ 0.00 | $ 0.00 |
| Total approved this Month | $ 0.00 | $ 0.00 |
| TOTALS | $ 0.00 | $ 0.00 |
| NET CHANGES by Change Order | $ 0.00 | |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:
By: _____ Date: _____

State of: Texas
County of: Kendall

Subscribed and sworn to before me this ___ day of _____

Notary Public: _____
My Commission expires: _____

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ......................................... $ 271,597.13

(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)

ARCHITECT:
By: _____ Date: 12-19-12

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA Document G702™ – 1992. Copyright © 1953, 1963, 1965, 1971, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at ____ on ____ under Order No. ____ which expires on ____, and is not for resale.

1

TR_00482

| A | B | C | D | | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D+E) | | THIS PERIOD | | | | | |
| 18 | Masonry - CMU | 51,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 % | 51,000.00 | 0.00 |
| 19 | Masonry - Stone | 44,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 % | 44,000.00 | 0.00 |
| 20 | Misc Metals | 1,000.00 | 97.70 | | 0.00 | 0.00 | 97.70 | 9.77 % | 902.30 | 0.00 |
| 21 | Rough Carpentry | 3,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 % | 3,000.00 | 0.00 |
| 22 | Cabinets & Millwork | 14,150.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 % | 14,150.00 | 0.00 |
| 23 | Finish Carpentry | 1,500.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 % | 1,500.00 | 0.00 |
| 24 | Color Flash Glazing | 24,000.00 | 981.18 | | 0.00 | 0.00 | 981.18 | 4.09 % | 23,018.82 | 0.00 |
| 25 | Insulation & Fire Proofing | 2,500.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 % | 2,500.00 | 0.00 |
| 26 | Caulking & Sealants | 2,500.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 % | 2,500.00 | 0.00 |
| 27 | Metal Doors & Hardware | 3,600.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 % | 3,600.00 | 0.00 |
| 28 | Storefront / Windows | 4,320.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 % | 4,320.00 | 0.00 |
| 29 | Wood Doors & Hardware | 1,300.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 % | 1,300.00 | 0.00 |
| 30 | Overhead Door-14" | 3,250.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 % | 3,250.00 | 0.00 |
| 31 | Metal Stud / Drywall System | 5,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 % | 5,000.00 | 0.00 |
| 32 | Paint | 17,500.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 % | 17,500.00 | 0.00 |
| 33 | Acoustical Ceilings | 6,500.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 % | 6,500.00 | 0.00 |
| 34 | Ceramic Tile | 2,500.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 % | 2,500.00 | 0.00 |
| 35 | Carpet & Cove Base | 5,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 % | 5,000.00 | 0.00 |
| 36 | Fire Extinguishers & Cabinets | 1,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 % | 1,000.00 | 0.00 |
| 37 | Toilet Accessories | 1,500.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 % | 1,500.00 | 0.00 |
| 38 | HVAC | 353,203.00 | 0.00 | | 256,155.24 | 0.00 | 256,155.24 | 72.52 % | 97,047.76 | 0.00 |
| 39 | Stairs | 6,000.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 % | 6,000.00 | 0.00 |
| 40 | Plumbing | 54,750.00 | 20,000.00 | | 0.00 | 0.00 | 20,000.00 | 37.99 % | 34,750.00 | 0.00 |

AIA Document G703™ – 1992. Copyright © 1963, 1965, 1966, 1967, 1970, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:46:35 on 10/11/2006 under Order No.3477605716_1 which expires on 09/19/2007, and is not for resale.
User Notes:
(1687344005)

2

TR_00484

| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | BALANCE TO FINISH (C-G) | RETAINAGE (IF VARIABLE RATE) |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | FROM PREVIOUS APPLICATION (D+E) | THIS PERIOD | | | | | |
| 41 | HVAC | 28,487.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 28,487.00 | 0.00 |
| 42 | | 15,600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 15,600.00 | 0.00 |
| 43 | | | 18,128.00 | 12,181.00 | 0.00 | | 20.32% | | 0.00 |
| 44 | Carpenter's Fee | | 18,021.24 | 22,389.00 | 0.00 | 40,440.12 | 43.52% | | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% | 0.00 | 0.00 |
| | GRAND TOTAL | 1,226,074.00 | 244,516.51 | 330,714.00 | 0.00 | 545,009.50 | 44.52% | 680,059.01 | 0.00 |

TR_00495

# ROBERTSON ELECTRIC

# PLAINTIFF'S

# AND

# DEFENDANT'S

# EXHIBIT

# 24 B

# EXHIBIT 24 B

# JOHN GRABLE LTR DTD 12/21/2012
# W/ATTACHMENTS

# JOHN GRABLE
ARCHITECTS · INC

12-21-12,

SBS Draw Application #6
Los Cerritos Ranch

Gentlemen:

Draw Application #6 is approved and signed by JGA on 01-02-13. SBS has finally gained traction and are moving forward with construction now that the late PEMB has been delivered to site and is under erection.

Electrical rough –in is underway and real progress is underway. CMU interior walls continue to course up. See attached SBS Weekly Report ending 01-08-13 and is one of reasons for approval of Draw APP#6 by JGA.

Draw Application includes Contractor Partial Final – Conditional Waiver & Release upon Payment & SBS Weekly Report dated 12-28-12. JGA delivered hard copy to Tom Pittman, Glacier Cap Construction, on 01-07-13.

Sincerely,

*John Grable FAIA*

John Grable FAIA

Cc. via e- mail with attachments:
  Rod Lewis
  Garrett Glass
  Tom Pittman
  SBS Construction – Jack Green

TR_00496



# GLACIERCAP
## CONSTRUCTION
# Memorandum

**To:** Garrett Glass

**From:** Jennie Briggs

**CC:** Tom Pittman, Kristine Baca

**Date:** January 21, 2013

**Re:** 1205-000. Los Cerritos Hangar Draw Request

---

Hi Garrett,

Please see attached draw request from SBS Construction. The table below contains the items for which they are drawing for on this request, along with the cost codes used by GCC. Enclosed in this packet is an update from John Grable. *(This figure does not take into account a 10% retainer that we hold until the project is finished.)*

I look forward to answering any questions you have!

| Draw Item | Amount | Cost Code | Description |
|---|---|---|---|
| Project Superintendent | $ 4,536.73 | 380-02 | General – project supervision |
| Project Management | $ 1,230.11 | 380-02 | General – project supervision |
| Temporary Facilities | $ 1,089.82 | 130-01 | Rentals |
| Other General Conditions | $ 518.53 | 380-03 | General – general conditions |
| Builder's Risk Insurance | $ 188.82 | 380-01 | General – contractor's fee/insurance |
| Debris Removal | $ 750.00 | 120-03 | Sitework – dumpsters |
| Masonry – CMU | $ 49,000.00 | 210-01 | Masonry – masonry |
| Metal Doors & Hardware | $ 2,762.68 | 220-02 | Doors/Windows – exterior doors |
| Storefront/Windows | $ 1,019.00 | 220-01 | Doors/Windows – windows |
| Metal Building | $ 59,851.50 | 180-01 | Erection – structural steel (not a perfect match). |
| Electrical | $ 19,710.00 | 190-03 | MEP – electrical |
| Contractor's Fee | $ 11,448.32 | 380-01 | General – contractor's fee/insurance |
| **TOTAL** | **$ 152,044.51** | | |

*Where are we on the total budget?*
*What is the budget and actual?*
*Please attach.*

Sincerely,

Jennie Briggs

TR_00487

# ⬤AIA® Document G702™ – 1992

*Application and Certificate for Payment*

| | | | |
|---|---|---|---|
| **TO OWNER:** Tri-Star Ranch Company, Ltd.<br>10101 Reunion Place, Ste 1000<br>San Antonio, TX 78216 | **PROJECT:** Los Caminos Hangar<br>County Road 410<br>Devine, TX | **APPLICATION NO:** 006<br>**PERIOD TO:** December 31, 2012<br>**CONTRACT FOR:** General Construction | Distribution to:<br>OWNER:<br>**ARCHITECT:** X |
| **FROM<br>CONTRACTOR:** Select Building Systems, Inc.<br>17 Sauls Loop Rd<br>Boerne, TX 78006 | **VIA<br>ARCHITECT:** John Grable Architects, Inc.<br>222 Austin Hwy.<br>San Antonio, TX 78209 | **CONTRACT DATE:** May 03, 2012<br>**PROJECT NOS:** SBS-12-013 / / | **CONTRACTOR:** X<br>FIELD:<br>OTHER: |

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1. ORIGINAL CONTRACT SUM | $ | 1,226,074.60 |
| 2. NET CHANGE BY CHANGE ORDERS | $ | 0.00 |
| 3. CONTRACT SUM TO DATE (Line 1 ± 2) | $ | 1,226,074.60 |
| 4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) | $ | 700,471.39 |
| 5. RETAINAGE: | | |
| a. 10 % of Completed Work<br>(Column D + E on G703) | $ 70,047.14 | |
| b. 0 % of Stored Material<br>(Column F on G703) | $ 0.00 | |
| Total Retainage (Lines 5a + 5b or Total in Column I of G703) | $ | 70,047.14 |
| 6. TOTAL EARNED LESS RETAINAGE<br>(Line 4 Less Line 5 Total) | $ | 630,424.25 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT<br>(Line 6 from prior Certificate) | $ | 491,391.89 |
| 8. CURRENT PAYMENT DUE | $ | 139,032.36 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE<br>(Line 3 less Line 6) | $ | 595,650.75 |

| CHANGE ORDER SUMMARY | | ADDITIONS | DEDUCTIONS |
|---|---|---|---|
| Total changes approved in previous months by Owner | $ | 0.00 | 0.00 |
| Total approved this Month | $ | 0.00 | 0.00 |
| TOTALS | $ | 0.00 | 0.00 |
| NET CHANGES by Change Order | $ | | 0.00 |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _[signature]_ Date: _12/28/12_

State of: Texas
County of: Kendall

Subscribed and sworn to before
me this _28th_ day of _December_ _2012_

Notary Public: _[signature]_
My Commission expires: _1-12-2016_

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ............... $ _139,032.36_

*(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)*

ARCHITECT:

By: _[signature]_ Date: _1-4-13_

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA Document G702™ – 1992. Copyright © 1953, 1963, 1965, 1971, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 10:14:01 on 12/28/12 under Order No.9617488464_1 which expires on 09/17/2013, and is not for resale.
User Notes:

1

TR_00488

# ●AIA Document G703™ – 1992

**Continuation Sheet**

AIA Document, G702™–1992, Application and Certification for Payment, or G736™–2009,
Project Application and Project Certificate for Payment, Construction Manager as Adviser Edition,
containing Contractor's signed certification is attached.
In tabulations below, amounts are in US dollars.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO: 006
APPLICATION DATE: 12/28/2012
PERIOD TO: 12/31/2012
ARCHITECT'S PROJECT NO: 808-12-013

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D+E) | THIS PERIOD | | | | | |
| 1 | Mobilization | 2,000.00 | 2,000.00 | 0.00 | 0.00 | 2,000.00 | 100.00 % | 0.00 | 0.00 |
| 2 | Project Superintendent | 48,000.00 | 716.38 | 4,536.73 | 0.00 | 5,253.11 | 10.94 % | 42,746.89 | 0.00 |
| 3 | Project Management | 10,000.00 | 8,338.22 | 1,230.11 | 0.00 | 9,568.33 | 95.68 % | 431.67 | 0.00 |
| 4 | Rental of Temporary Facilities, Equipment, etc. | 9,000.00 | 2,709.85 | 1,033.82 | 0.00 | 3,743.67 | 41.60 % | 5,256.33 | 0.00 |
| 5 | Other General Conditions Costs | 3,000.00 | 1,042.59 | 518.56 | 0.00 | 1,561.15 | 52.04 % | 1,438.85 | 0.00 |
| 6 | Travel | 12,000.00 | 1,142.08 | 2,485.89 | 0.00 | 3,577.97 | 29.82 % | 8,422.03 | 0.00 |
| 7 | General Liability Insurance | 4,904.00 | 4,904.00 | 0.00 | 0.00 | 4,904.00 | 100.00 % | 0.00 | 0.00 |
| 8 | Builder's Risk Insurance | 1,840.00 | 944.10 | 188.82 | 0.00 | 1,132.92 | 61.57 % | 707.08 | 0.00 |
| 9 | Casual Labor | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,000.00 | 0.00 |
| 10 | Final Cleaning | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,000.00 | 0.00 |
| 11 | Debris Removal | 3,500.00 | 0.00 | 750.00 | 0.00 | 750.00 | 21.43 % | 2,750.00 | 0.00 |
| 12 | Surveying & Staking | 2,177.50 | 2,177.50 | 0.00 | 0.00 | 2,177.50 | 100.00 % | 0.00 | 0.00 |
| 13 | Site Utilities | 16,322.50 | 9,800.00 | 0.00 | 0.00 | 9,800.00 | 60.04 % | 6,522.50 | 0.00 |
| 14 | Foundation 12" thick | 140,000.00 | 139,680.00 | 0.00 | 0.00 | 139,680.00 | 99.77 % | 320.00 | 0.00 |
| 15 | Concrete Paving & Curbs | 71,000.00 | 16,000.00 | 0.00 | 0.00 | 16,000.00 | 22.54 % | 55,000.00 | 0.00 |
| 16 | Mezzanine | 3,000.00 | 0.00 | 0.00 | 0.00 | | | | 0.00 |
| 17 | Concrete Panel | 15,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 15,000.00 | 0.00 |

AIA Document G703™ – 1992. Copyright © 1963, 1965, 1966, 1967, 1970, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 15:13:01 on 12/28/2012 under Order No.5477409142_1 which expires on 03/7/2013, and is not for resale.
User Notes:

TR_00489

TR_00480

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | | | | | |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D+E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| 18 | Masonry - CMU | 51,000.00 | 0.00 | 49,000.00 | 0.00 | 49,000.00 | 96.08 % | 2,000.00 | 0.00 |
| 19 | Masonry - Stone | 44,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 44,000.00 | 0.00 |
| 20 | Misc Metals | 1,000.00 | 97.70 | 0.00 | 0.00 | 97.70 | 9.77 % | 902.30 | 0.00 |
| 21 | Rough Carpentry | 3,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 3,000.00 | 0.00 |
| 22 | Cabinets & Millwork | 14,150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 14,150.00 | 0.00 |
| 23 | Finish Carpentry | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,500.00 | 0.00 |
| 24 | Cedar Plank Cladding | 24,000.00 | 981.18 | 0.00 | 0.00 | 981.18 | 4.09 % | 23,018.82 | 0.00 |
| 25 | Insulation & Fire Stopping | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 2,500.00 | 0.00 |
| 26 | Caulking & Sealants | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 2,500.00 | 0.00 |
| 27 | Metal Doors & Hardware | 3,600.00 | 0.00 | 2,762.68 | 0.00 | 2,762.68 | 76.74 % | 837.32 | 0.00 |
| 28 | Storefront / Windows | 4,520.00 | 0.00 | 1,019.00 | 0.00 | 1,019.00 | 22.64 % | 3,501.00 | 0.00 |
| 29 | Wood Doors & Hardware | 1,300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,300.00 | 0.00 |
| 30 | Overhead Door-14' | 3,250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 3,250.00 | 0.00 |
| 31 | Metal Stud / Drywall System | 5,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 5,000.00 | 0.00 |
| 32 | Paint | 17,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 17,500.00 | 0.00 |
| 33 | Suspended Ceilings | 6,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 6,500.00 | 0.00 |
| 34 | Ceramic Tile | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 2,500.00 | 0.00 |
| 35 | Carpet & Cove Base | 5,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 5,000.00 | 0.00 |
| 36 | Fire Extinguishers & Cabinets | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,000.00 | 0.00 |
| 37 | Toilet Accessories | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,500.00 | 0.00 |
| 38 | Metal Building - Including Hanger Door | 353,300.00 | 256,155.24 | 59,851.50 | 0.00 | 316,006.74 | 89.47 % | 37,196.26 | 0.00 |
| 39 | Stairs | 6,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | 0.00 |
| | | 54,500.00 | 20,910.00 | 0.00 | 0.00 | 20,900.00 | 37.99 % | 33,600.00 | 0.00 |

AIA Document G703 - Continuation Sheet, 1992, ... Copyright © ... by The American Institute of Architects. All rights reserved. WARNING: This AIA Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at ... under Order No. ... which expires on ..., and is not for resale.

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 41 | HVAC | 28,437.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 28,437.00 | 0.00 |
| 42 | Fire Ann Fire | 15,600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 15,600.00 | 0.00 |
| 43 | Electrical | 128,000.00 | 38,600.00 | 18,710.00 | 0.00 | 57,770.00 | 44.35 % | 71,000.00 | 0.00 |
| 44 | Contractor's Fee | 90,820.00 | 40,493.15 | 11,443.32 | 0.00 | 51,883.47 | 57.13 % | 38,934.53 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 0.00 | 0.00 |
| | GRAND TOTAL | $1,226,074.00 | $545,990.99 | $154,480.40 | $0.00 | $700,471.39 | 57.13 % | $525,602.61 | $0.00 |

AIA Document G703™ - 1992, Copyright 1963, 1965, 1966, 1967, 1970, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 10:10:01 on 12/05/2003 under Order No.9477400118_1 which expires on 02/17/2013, and is not for resale. User Notes: (1461068814)

TR_00001

3

# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT

## 24 C

# EXHIBIT 24 C

# JOHN GRABLE LTR DTD FEB 28, 2013



# JOHN GRABLE
### ARCHITECTS · INC

February 28, 2013

Jack Green
Select Building Systems, Inc.
17 Scenic Loop Rd.
Boerne, TX 78006

Re: Los Cerritos Hangar
Project termination procedures for SBS

Dear Jack,

When Glacier Cap terminated SBS General Contracting services on February 5, 2013 you were asked to provide us with copies of all of your subcontractor contracts, supplier contracts, and any outstanding issues. Although you agreed to this request, to date, we have not received any of this critical information. We did receive your final draw application #7 on February 6, 2013 and I assumed that the critical project contacts and suppliers list would be forth coming the following week, but to date, we have not received this list that all parties agreed to.

The collective efforts of the above-mentioned team, as well as the architect and structural engineering team of record have been working to identify these items as we continue to assess all of the SBS work. My office has been in touch with Eric at Schulte Building Systems, who has been helpful in assessing the work that is in place as well as the existing as – built conflicts.

Jack, you may not be aware, but we have discovered several defects in work delivered by SBS. Glacier Cap has hired an independent consultant to test and review all as-built conditions. This effort continues and is still underway to complete a detailed list that outlines these defects, how they will be resolved. Today it was determined that the building is a minimum of two inches out of plumb toward the west (or river side) and that a number of the double lock seam roof panels are not contiguous as specified. The diaphragm function of the roof element will be compromised when the building is plumbed and will have to be completely removed and replaced. The practice of installing a roof before a building is squared and plumb violates quality industry standards.

The Owner will not absorb any cost for resolving these defects. The costs associated with this and any other building specification infraction will be deducted from any outstanding draws requested or due to SBS and/or their suppliers before any payments are released.

We will resolve these problems quickly and professionally. To discover these problems after enduring repeated delays to the pre-engineered building delivery is hard to comprehend. We will protect the Owner in the process and assure that he gets the quality building he is paying for.

Regards,

John Grable, FAIA
Cc. Tom Pittman GCC, Stephen S. Schiffman SBS

# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT

# 25

# EXHIBIT 25

# ATTORNEY FEES

# ATTORNEY HOURS/ACTIVITY

| DATE | ACTIVITY | TIME |
|---|---|---|
| 1-23-2013 | Review of Sub-contract | 1.25 |
| 1-23-2013 | Review of SBS Ltr to REI | 0.75 |
| 3-12-2013 | Draft Subcontract Lien, Ex. A, B, C | 1.50 |
| 3-20-2013 | Review of Uvalde Property Records | 1.15 |
| 4-2-2013 | Notice of Representation to Defendants SBS and Tri-Bar | 1.00 |
| 5-2-2013 | Draft & Original Petition | 2.25 |
| 5-10-2013 | Mail Original Petition to Kendall County | .75 |
| 6-3-2013 | Ltr to Kendall County | .75 |
| 6-29-2013 | Review of Invoices unpaid, 7/20/2012, 12/20/2012, 1/20/2013 | 1.75 |
| 7-10-2013 | Tri-Bar Answer/w-Mtn to Transfer Venue | 1.00 |
| 7-19-2013 | SBS Transfer Response | 1.00 |
| 8-3-2013 | REI Discovery Requests | 2.50 |
| 8-3-2013 | REI Response to Transfer | 3.75 |
|  |  |  |

| | | |
|---|---|---|
| 8-3-2013 | Attorney Correspondence | 1.25 |
| 8-3-2013 | Delivery to Kendall County | .50 |
| 8-19-2013 | Receive/Review SBS Discovery | 2.50 |
| 8-27-2013 | Intervention of Schulte Bus. System | .75 |
| 9-5-2013 | Receive/Review Tri-Bar Production Response to SBS | 1.00 |
| 10-10-2013 | Receive/Review Tri-Bar Interrogs to REI | 1.25 |
| 10-10-2013 | Deficiency Discovery Corres. to Tri-Bar | .75 |
| 10-11-2013 | Review of SBS Production Responses | 3.50 |
| 11-11-2013 | Plaintiff's Request for Admissions | 1.75 |
| 11-11-2013 | Deficiency in Tri-Bar Responses | 1.50 |
| 11-12-2013 | Tri-Bar Responses to Request for Disclosure | 1.25 |
| 12-13-2013 | Plaintiff's Mtn to Cmpl Discovery | 3.50 |
| 12-13-2013 | Mail to Kendall County | .75 |
| 1-2-2014 | Setting of Hearing | .75 |
| 1-23-2014 | Rule 11 Agm Re. Discovery | 1.25 |
| | | |

| | | |
|---|---|---|
| 1-24-2014 | Rec'd Tri-Bar Rule 11 Agm | .75 |
| 1-24-2014 | Tri-Bar Supp. Disc. | 1.50 |
| 1-27-2014 | Tri-Bar Supp. To SBS | 1.50 |
| 2-6-2014 | Plaintiff's 1st AMD Petition | .75 |
| 2-6-2014 | Delivery of Rule 11 Agm | .75 |
| 2-11-2014 | Tri-Bar Priv. Log | .50 |
| 2-12-2014 | Tri-Bar Supp. Disc. to SBS | 1.50 |
| 2-13-2014 | Deficiency Resp. to Tri-Bar | 1.75 |
| 2-13-2014 | Tri-Bar Supp. to REI | 2.50 |
| 2-21-2014 | Tri-Bar Supp. resp to REI | 1.75 |
| 3-7-2014 | Ltr to Kendall County | .50 |
| 3-7-2014 | Plaintiff's 1st AMD MTN to CMPL | 2.50 |
| 3-19-2014 | Order Setting Hearing | .75 |
| 4-3-2014 | A/O Compelling Discovery | .75 |
| 4-3-2014 | 2nd AMD Original Petition | 1.15 |
| 4-9-2014 | Kendall County LTR | .75 |
| 4-16-2014 | Notice of Hearing | .75 |
| | | |

| | | |
|---|---|---|
| 4-29-2014 | Delivery of 2nd AMD Pet | .50 |
| 4-30-2014 | Reviewed Costs, Phone of Plaintiff | .75 |
| 4-30-2014 | Reviewed Supplies of Plaintiff | .75 |
| 4-30-2014 | Tri-Bar Supp. Disclosures & Interrogs | 1.75 |
| 5-7-2014 | REI Disclosure Responses | 1.75 |
| 5-10-2014 | Research Tortious Interference | 3.50 |
| 5-13-2014 | Affidavit of J. Robertson | 1.50 |
| 5-13-2014 | MSJ for Plaintiff | 36.00 |
| 5-13-2014 | Kendall County Ltr | .50 |
| 5-23-2014 | MSJ – Order Setting Hearing | .75 |
| 6-2-2014 | Tri-Bar Supplemental Production | 1.50 |
| 6-23-2014 | Review REI Documents | 1.50 |
| 7-3-2014 | Tri-Bar MSJ Response | 2.50 |
| 7-3-2014 | REI Response to Tri-Bar Mtn for Continuance | 1.50 |
| 7-7-2014 | REI Response to Tri-Bar Response | 3.50 |
| 7-7-2014 | Ltr to Kendall County | .75 |

| 7-9-2014 | Tri-Bar Disclosure Response Revised | 1.50 |
|---|---|---|
| 7-21-2014 | John Grable Correspondence Review | 1.50 |
| 8-19-2014 | Communication w/SBS | .50 |
| 9-2-2014 | Reviewed Projects REI Unable to Pursue | 1.15 |
| | | 125.7 |
| HEARINGS | | |
| 3-31-2014 | MTN to CMPL | 6.50 |
| 6-3-2014 | MTN to Transfer Venue | 6.50 |
| 7-10-2014 | MTN for Summary Judgment | 6.50 |
| 12-18-2014 | MSJ Hearing (Tri-Bar) | 8.30 |
| 12-23-2014 | Trial Exhibit and List | 5.75 |
| | | 33.55 |
| EMAILS | | |
| 5-28-2013 | To me | .50 |
| 6-7-2013 | 5 emails | 2.50 |
| 6-27-2013 | 3 emails | 1.50 |
| 6-28-2013 | 5 emails | 2.50 |

| 7-2-2013 | To me | .50 |
|---|---|---|
|  |  |  |
| 7-8-2013 | 2 emails | 1.0 |
| 7-9-2013 | To me | .50 |
| 7-10-2013 | 11 emails | 5.50 |
| 7-13-2013 | To me | .50 |
| 7-15-2013 | To me | .50 |
| 7-17-2013 | To me | .50 |
| 7-24-2013 | 2 emails | 1.0 |
| 7-25-2013 | 5 emails | 2.50 |
| 7-29-2013 | John Slates | .75 |
| 7-30-2013 | Client | .50 |
| 8-5-2013 | 4 emails | 2.0 |
| 8-7-2013 | To me | .50 |
| 8-8-2013 | 5 emails | 2.50 |
| 8-12-2013 | Client | .50 |
| 8-13-2013 | Client | .50 |
| 8-21-2013 | 2 emails | 1.0 |

| | | |
|---|---|---|
| 8-23-2013 | 3 emails | 1.50 |
| | | |
| 8-27-2013 | From client | .50 |
| 9-1-2013 | 2 emails | 1.0 |
| 9-6-2013 | 4 emails | 2.0 |
| 9-10-2013 | 2 emails | 1.0 |
| 9-11-2013 | To Client | .50 |
| 9-12-2013 | To Client | .50 |
| 9-15-2013 | 3 emails | 1.50 |
| 9-24-2013 | From Client | .50 |
| 9-25-2013 | To Client | .50 |
| 10-10-2013 | 3 emails | 1.50 |
| 10-11-2013 | 7 emails | 3.50 |
| 10-13-2013 | From client | .50 |
| 11-11-2013 | To Client | .50 |
| 12-13-2013 | To Client | .50 |
| 1-4-2014 | From Client | .50 |
| | | |

| | | |
|---|---|---|
| 1-14-2104 | To client | .50 |
| 1-15-2014 | To client | .50 |
| 1-16-2014 | To Court | .50 |
| 1-27-2014 | From Court | .50 |
| 2-3-2014 | To Client | .50 |
| 2-5-2014 | 3 emails | 1.50 |
| 2-6-2014 | 8 emails | 4.00 |
| 2-7-2014 | From client | .50 |
| 2-12-2014 | 4 emails | 2.00 |
| 2-13-2014 | 15 emails | 7.50 |
| 3-4-2014 | 2 emails | 1.0 |
| 3-7-2014 | 3 emails | 1.50 |
| 3-19-2014 | 3 emails | 1.50 |
| 3-25-2014 | To me | .50 |
| 4-3-2014 | 2 emails | 1.0 |
| 4-4-2014 | T. Clark | .50 |
| 4-7-2014 | From C. Brazell | .50 |
| 4-9-2014 | To C. Brazell | .50 |

| | | |
|---|---|---|
| 4-12-2014 | 5 emails | 2.50 |
| | | |
| 4-15-2014 | From Client | .50 |
| 4-26-2014 | 2 emails | 1.0 |
| 4-27-2014 | 4 emails | 2.0 |
| 4-28-2014 | 6 emails | 3.0 |
| 5-1-2014 | To client | .50 |
| 5-6-2014 | 3 emails | 1.50 |
| 5-10-2014 | To client | .50 |
| 5-11-2014 | From client | .50 |
| 5-12-2014 | 8 emails | 4.0 |
| 5-13-2014 | 5 emails | 2.50 |
| 5-14-2014 | 4 emails | 2.0 |
| 5-20-2014 | To client | .50 |
| 5-23-2014 | To client | .50 |
| 6-13-2014 | 2 emails | 1.0 |
| 6-19-2014 | 2 emails | 1.0 |
| 6-22-2014 | 2 emails | 1.0 |

| | | |
|---|---|---|
| 6-27-2014 | 5 emails | 2.50 |
| 7-2-2014 | 2 emails | 1.0 |
| 7-3-2014 | To C. Brazell | .50 |
| 7-4-2014 | From C. Brazell | .50 |
| 7-5-2014 | From C. Brazell | .50 |
| 7-21-2014 | 2 emails | 1.0 |
| 8-6-2014 | From Client | .50 |
| 8-8-2014 | 2 emails | 1.0 |
| 8-18-2014 | 2 emails | 1.0 |
| 8-19-2014 | 2 emails | 1.0 |
| 8-20-2014 | 2 emails | 1.0 |
| 8-23-2014 | From Client | .50 |
| 8-25-2014 | 2 emails | 1.0 |
| 8-27-2014 | From Client | .50 |
| 9-2-2014 | To Client | .50 |
| | | |
| | Total | 266.50 ($79,950.00) |

# ROBERTSON ELECTRIC

# PLAINTIFF'S

# AND

# DEFENDANT'S

# EXHIBIT

# 26

# EXHIBIT 26

# REI MARKED-UP UPDATED CONTRACT DRAWINGS



## ABBREVIATIONS

## GENERAL NOTES

## LEGEND

CHANGES NOTED BY ROBERTSON ELECTRIC

REVISIONS:

Project Status

222 AUSTIN HIGHWAY
SAN ANTONIO, TEXAS 78209

NOTE:
All drawings and written material appearing herein constitute original and unpublished work of the architect and may not be duplicated, used or disclosed without the written consent of the architect.

GLACIER CAPITAL
LOS CERRITOS HANGER
UVALDE, TX

LEGEND, ABBREVIATIONS AND GENERAL NOTES - ELECTRICAL

CONSTRUCTION SET

| DRAWN: | CB |
| CHECKED: | JS |
| APPROVED: | JS |
| DATE: | 2012-11-02 |

SHEET NO.

# E001



GLACIER CAPITAL
LOS CERRITOS HANGER
UVALDE, TX

CONSTRUCTION SET

FLOOR PLAN - LIGHTING

E101



GENERAL NOTES:

KEYED NOTES:

① MEZZANINE LEVEL - LIGHTING
1/8" = 1'-0"

GLACIER CAPITAL
LOS CERRITOS HANGER
UVALDE, TX
MEZZANINE LEVEL - LIGHTING

CONSTRUCTION SET

| | |
|---|---|
| DRAWN: | CB |
| CHECKED: | JS |
| APPROVED: | JS |
| DATE: | 2012-11-02 |

SHEET NO.

# E102

REVISIONS:

222 AUSTIN HIGHWAY
SAN ANTONIO, TEXAS 78209





**GENERAL NOTES:**

1. REFER TO SHEET E001 FOR LEGEND, ABBREVIATIONS AND FURTHER GENERAL NOTES.

**KEYED NOTES:**

◇ FURNISH AND INSTALL A NEW 30A/240V/1PH/3W DISCONNECT SWITCH TO SERVE THE NEW FAN-COIL UNIT. FURNISH AND INSTALL AN ELECTRICAL CONNECTION FROM THE DISCONNECT SWITCH TO THE FAN-COIL UNIT; 2# 12, #12 GND, 1/2"C.

◇ FURNISH AND INSTALL A DEDICATED 20A/120V GFCI RECEPTACLE TO SERVE THE WATER SOFTENER. COORDINATE THE EXACT LOCATION WITH THE WATER SOFTENER INSTALLER PRIOR TO ROUGH-IN.

◇ FURNISH AND INSTALL A NEW 30A/240V/1PH/3W/NEMA 'D' DISCONNECT SWITCH/COMBINATION MOTOR STARTER TO SERVE THE PROPELLER FAN. FURNISH AND INSTALL AN ELECTRICAL CONNECTION FROM THE DISCONNECT SWITCH TO THE FAN; 2#10, #10 GND, 1/2"C.

◇ FURNISH AND INSTALL A NEW 30A/240V/1PH/3W DISCONNECT SWITCH TO SERVE THE VENTILATION FAN "VF-1". FURNISH AND INSTALL AN ELECTRICAL CONNECTION FROM THE DISCONNECT SWITCH TO THE EQUIPMENT; 2#12, #12 GND, 1/2"C.

REVISIONS:

Project Status

ARCHITECTS - INC.
222 AUSTIN HIGHWAY
SAN ANTONIO, TEXAS 78209
P 210 824 3332  F 210 820 3334  W JOHNBARKA.COM

NOTE:
All drawings and written material appearing herein constitute original and unpublished work of the architect and may not be duplicated, used or disclosed without the written consent of the architect.

GLACIER CAPITAL
LOS CERRITOS HANGER
UVALDE, TX
MEZZANINE LEVEL - POWER

CONSTRUCTION SET

DRAWN: CB
CHECKED: JS
APPROVED: JS
DATE: 2012-11-02
SHEET NO.

E202

1 MEZZANINE LEVEL - POWER
  1/8" = 1'-0"

Barker & Associates, Inc.
Consulting Engineers



GLACIER CAPITAL
LOS CERRITOS HANGER
UVALDE, TX

SCHEDULES - ELECTRICAL

222 AUSTIN HIGHWAY
SAN ANTONIO, TEXAS 78209

CONSTRUCTION SET

DRAWN: CB
CHECKED: JS
APPROVED: JS
DATE: 2012-11-02
SHEET NO.

E301



GENERAL NOTES:

Barker & Associates, Inc.
Consulting Engineers

222 AUSTIN HIGHWAY
SAN ANTONIO, TEXAS 78209

GLACIER CAPITAL
LOS CERRITOS HANGER
UVALDE, TX
DETAILS - ELECTRICAL

CONSTRUCTION SET

DRAWN: CB
CHECKED: JS
APPROVED: JS
DATE: 2012-11-02
SHEET NO.

E401

REVISIONS:

① RISER DIAGRAM - ELECTRICAL

② GROUNDING ELECTRODE SYSTEM DETAIL

③ RECESSED FIXTURE MOUNTING DETAIL

④ WALL MOUNTED CONDUIT DETAIL

⑤ CONDUIT SUPPORT DETAIL

⑥ BOX MOUNTING DETAIL

⑦ TYPICAL TRENCH DETAIL

⑧ LIGHTING CONTACTOR DETAIL

# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT 27

# EXHIBIT 27

# ON SITE PICTURES TAKEN BY REI













































































# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT

28

# EXHIBIT 28

# TRI-BAR RECEIPT OF LIGHTING GEAR

Yes, the cost on what was left behind was around $10,000.00

Bob Carnwath

155 Remount San Antonio, TX 78218
bob@c-s-enterprise.com | phone #210-995-2185 | fax #210-967-6613
www.c-s-enterprise.com
C&S Enterprise supports the fundraising initiative: Web: www.limelightproducts.net

Electrical Contractor

---

**From:** Daniel Boddie [mailto:danielb@bodenllc.com]
**Sent:** Wednesday, June 26, 2013 04:54 PM
**To:** Jennifer Swisher <jswisher@lewisenergy.com>; Bob Carnwath
**Subject:** Re: Light fixtures left onsite

Bob,

　ɔ you ball park the cost of the fixtures left on site for Ms. Swisher?

Thanks,

**Daniel Boddie** | Partner
BoDen, LLC | 210.885.9537 Cell |
11550 I.H. 10 West, Suite 395A San Antonio, TX 78230

**BoDen Legal Disclaimer:** This email may contain confidential information. If this email is not intended for you, you must not disclose or use the information contained in it. If you received this email in error, please notify us immediately via return email and delete all information.

---

**From:** Jennifer Swisher <jswisher@lewisenergy.com>
**Date:** Wednesday, June 26, 2013 4:15 PM
**To:** Daniel Boddie <danielb@bodenllc.com>
**Subject:** RE: Light fixtures left onsite

　ɔ we have prices for all of these? Could we get some from Bob Carnwath? We need to see what these fixtures cost so we will know if the lien against us by the electrician are sufficient for not.

1
**EXHIBIT 58**

Thanks,



Lewis Energy Group·
Jennifer Swisher, Construction Coordinator
10067 Jones Maltsberger, San Antonio, Tx, 78216
Email: jswisher@lewisenergy.com
Phone: (210) 384-5036
Cell:   (210) 240-2677

---

**From:** Daniel Boddie [mailto:danielb@bodenllc.com]
**Sent:** Wednesday, June 26, 2013 10:33 AM
**To:** Jennifer Swisher
**Subject:** Light fixtures left onsite

Jennifer,

This is the list from Bob Carnwath regarding quantities of fixtures left behind at the jobsite.

Thanks,

 ᵔiel **Boddie | Partner**
  )en, LLC | **210.885.9537** Cell |
 ⅃1550 I.H. 10 West, Suite **395A San Antonio, TX 78230**

**BoDen Legal Disclaimer:** This email may contain confidential information. If this email is not intended for you, you must not disclose or use the information contained in it. If you received this email in error, please notify us immediately via return email and delete all information.

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

**EXHIBIT 58**

| From: | C & S Enterprise, Inc. <sales@c-s-enterprise.com> |
| --- | --- |
| Sent: | Monday, January 14, 2013 2:39 PM |
| To: | TPittman@lewisenergy.com; mmartinez@johngrable.com |
| Cc: | sales@c-s-enterprise.com |
| Subject: | Revised estimate for Los Cerritos Hangar |
| Attachments: | Proposal_1840_from_C__S_Enterprise_Inc.pdf |

Tom, here is the adders for the Cerritos Hanger project, listed on the bottom of the original quote. these are the things I can see that are not the original drawing I have.

Any questions please give me a call.

Thanks,
Bob Carnwath
C & S Enterprise, Inc.
210-590-6629


---------------------- Proposal Summary ----------------------
Proposal # : 1840
Proposal Date: 01/14/2013
Total: $76,486.75
The complete version has been provided as an attachment to this email.
------------------------------------------------------------

1

**EXHIBIT 44**

# Proposal

| Date | Proposal # |
|------|-----------|
| 01/14/2013 | 1840 |

| Exp. Date |
|-----------|
|           |

## C&S Enterprise, Inc.
### Electrical Contractor

155 Remount - San Antonio, TX 78218 - (210) 590-6629
sales@c-s-enterprise.com - LIC# SEC21085

Regulated by the Texas department of Licensing and Regulation, P.O. box 12157 Austin TX 78711
(800) 803-9202 (512) 463-6599 web site: www.license.state.tx.us

| Address |
|---------|
| Jennie Briggs<br>10067 Jones Maltsberger<br>San Antonio, TX 78216 |

| | Job Name |
|---|----------|
| | Los Cerritos Hanger |

| Activity | Amount |
|----------|--------|
| • Ref: Electrical wiring of new Los Cerritos Hanger as follows: | 0.00 |
| • Service: | 0.00 |
| 20'- Duct bank | |
| 600A Rated sub panel "MDP" | |
| Feeder to panel "MDP" | |
| 400A Rated sub panel "LA" | |
| Feeder to panel "LA" | |
| • Lighting: | 0.00 |
| Provide and install- | |
| 11- Single pole switches | |
| 2- 3-way switches | |
| Lighting controls for High-Bay lighting in hanger area | |
| 14- Type "DL" fixtures | |
| 9- Type "FA" fixtures | |
| 1- Type "FB" fixture | |
| 32- Type "HA" fixtures | |
| 4- Type "WP" fixtures | |
| 2- Type "WW" fixtures | |
| 12- Type "VS" fixtures | |
| 8- Type "EM" fixtures | |
| | |
| Continue to the next page. | |

Now accepting all major credit cards.

**EXHIBIT 44**

| Activity | Amount |
|---|---|
| · Outlets: | 0.00 |
|   3- 120V GFI outlets | |
|   17- 120V wall outlets | |
|   7- W/P outlets in hanger area | |
|   Power for 1- motorized louver | |
|   6- DED 120V GFI outlets | |
|   Power to 2- air compressors | |
|   Power to 1- water heater | |
|   Power to 2- Largel fans in hanger area | |
| · HVAC: | 0.00 |
|   Provide power to- | |
|   3- Air handlers | |
|   3- Outdoor A/C units | |
|   2- Exhaust fans- Restrooms | |
| · Permit | 0.00 |
| · Excludes: *Data/telephone Wiring *Fire Alarm | 0.00 |
| · Total Labor (non taxable) | 26,360.00 |
| · Total Material | 46,360.00T |
| · - | |

Adders for additional wiring per revised drawings 11-2-12 as follows: (difference is between the 85% and the 100% drawings)
Provide and install-
*Panel LB and feeder..........................................$4,987.00
*Panel LF and feeder..........................................$5,575.00
*1-Inverter panel per sheet E102 note3.............$1,557.00
*3-Aircraft power units.......................................$3,950.00
*Power to motorized door control panel (Controls not included).....$1,275.00
*120V power to powered ventilation lovers.........................$1,575.00
*Power to 2-Tug chargers......................................................$975.00
*Power to 2-additional waterheaters (Instant hots)......................$1,225.00
Total adders.........................................................................$21,119.00 (This includes tax on all materials only)

## This quote is good for 30 days.

| | |
|---|---|
| SubTotal | $72,720.00 |
| Tax (8.125%) | $3,766.75 |
| Total | $76,486.75 |

Accepted By _____  Accepted Date _____

Now accepting all major credit cards.

**EXHIBIT 44**



**EXHIBIT 44**

# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT

# 29

# EXHIBIT 29

# C & S ENTERPRISE 1-14-2013 QUOTE

**From:** Jack Green <jgreen@sbsworld.net>
**Sent:** Monday, January 14, 2013 4:04 PM
**To:** Thomas Pittman
**Subject:** Re: Electrician

Will do, currently in a meeting.

Jack Green
SBS Construction and Development
Business Development
210-789-1898

On Jan 14, 2013, at 3:54 PM, "Thomas Pittman" <TPittman@lewisenergy.com> wrote:

Hello Jack,

Give me a call to talk about the electrician. I'm going into a meeting now and should be out by 4:45. We want to make a change.

Thomas L. Pittman
Director of Construction, Lewis Energy Grp.
tpittman@lewisenergy.com
work: (210) 384-5892
cell:  (210) 262-1686
10067 Jones Maltsberger
San Antonio, Tx. 78216

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

1

TR_01823

| | |
|---|---|
| **From:** | C & S Enterprise, Inc. <sales@c-s-enterprise.com> |
| **Sent:** | Monday, January 14, 2013 2:39 PM |
| **To:** | TPittman@lewisenergy.com; mmartinez@johngrable.com |
| **Cc:** | sales@c-s-enterprise.com |
| **Subject:** | Revised estimate for Los Cerritos Hangar |
| **Attachments:** | Proposal_1840_from_C__S_Enterprise_Inc.pdf |

Tom, here is the adders for the Cerritos Hanger project, listed on the bottum of the original quote. these are the things I can see that are not the original drawing I have.

Any questions please give me a call.

Thanks,
Bob Carnwath
C & S Enterprise, Inc.
210-590-6629

----------------------- Proposal Summary -----------------------
Proposal # : 1840
Proposal Date: 01/14/2013
Total: $76,486.75
The complete version has been provided as an attachment to this email.
---------------------------------------------------------------------------------

1

TR_01824

# Proposal

| Date | Proposal # |
|------|-----------|
| 01/14/2013 | 1840 |

| Exp. Date |
|-----------|
| |

## C & S Enterprise, Inc.
### Electrical Contractor

155 Remount - San Antonio, TX 78218 - (210) 590-6629
sales@c-s-enterprise.com - LIC# SEC21085

**Address**

Jennie Briggs
10067 Jones Maltsberger
San Antonio, TX 78216

| | Job Name |
|---|---|
| | Los Cerritos Hanger |

| Activity | Amount |
|----------|--------|
| • Ref: Electrical wiring of new Los Cerritos Hanger as follows: | 0.00 |
| • Service: | 0.00 |
| 20'- Duct bank | |
| 600A Rated sub panel "MDP" | |
| Feeder to panel "MDP" | |
| 400A Rated sub panel "LA" | |
| Feeder to panel "LA" | |
| • Lighting: | 0.00 |
| Provide and Install- | |
| 11- Single pole switches | |
| 2- 3-way switches | |
| Lighting controls for High-Bay lighting in hanger area | |
| 14- Type "DL" fixtures | |
| 9- Type "FA" fixtures | |
| 1- Type "FB" fixture | |
| 32- Type "HA" fixtures | |
| 4- Type "WP" fixtures | |
| 2- Type "WW" fixtures | |
| 12- Type "VS" fixtures | |
| 8- Type "EM" fixtures | |
| | |
| Continue to the next page. | |

Now accepting all major credit cards.

| Activity | Amount |
|---|---:|
| Outlets: | 0.00 |
| 3- 120V GFI outlets | |
| 17- 120V wall outlets | |
| 7- W/P outlets in hanger area | |
| Power for 1- motorized louver | |
| 6- DED 120V GFI outlets | |
| Power to 2- air compressors | |
| Power to 1- water heater | |
| Power to 2- Largei fans in hanger area | |
| • HVAC: | 0.00 |
| Provide power to- | |
| 3- Air handlers | |
| 3- Outdoor A/C units | |
| 2- Exhaust fans- Restrooms | |
| • Permit | 0.00 |
| • Excludes: *Data/telephone Wiring *Fire Alarm | 0.00 |
| • Total Labor (non taxable) | 26,360.00 |
| • Total Material | 46,360.00T |
| • - | |
| Adders for additional wiring per revised drawings 11-2-12 as follows: (difference is between the 85% and the 100% drawings) | |
| Provide and install- | |
| *Panel LB and feeder.................................................$4,987.00 | |
| *Panel LF and feeder.................................................$5,575.00 | |
| *1-Inverter panel per sheet E102 note3.............$1,557.00 | |
| *3-Aircraft power units................................................$3,950.00 | |
| *Power to motorized door control panel (Controls not included).....$1,275.00 | |
| *120V power to powered ventilation lovers.........................................$1,575.00 | |
| *Power to 2-Tug chargers...............................................................................$975.00 | |
| *Power to 2-additional waterheaters (Instant hots)...............................$1,225.00 | |
| Total adders.........................................................................................$21,119.00 (This includes tax on all materials only) | |

This quote is good for 30 days.

| | |
|---|---:|
| SubTotal | $72,720.00 |
| Tax (8.125%) | $3,766.75 |
| Total | $76,486.75 |

Accepted By _____     Accepted Date _____

Now accepting all major credit cards.

TR_01826

# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT

# 30

# EXHIBIT 30

# TRI-BAR VALUATION OF LIGHTING GEAR

**ɔm:**             Bob Carnwath <bob@c-s-enterprise.com>
**nt:**             Wednesday, June 26, 2013 5:02 PM
**Subject:**     Re: Light fixtures left onsite

Yes, the cost on what was left behind was around $10,000.00

Bob Carnwath

155 Remount San Antonio, TX 78218
bob@c-s-enterprise.com | phone #210-995-2185 | fax #210-967-6613
www.c-s-enterprise.com
C&S Enterprise supports the fundraising initiative: Web: www.limelightproducts.net

Electrical Contractor

---

**From:** Daniel Boddie [mailto:danielb@bodenllc.com]
**Sent:** Wednesday, June 26, 2013 04:54 PM
**To:** Jennifer Swisher <jswisher@lewisenergy.com>; Bob Carnwath
**Subject:** Re: Light fixtures left onsite

Bob,

   .1 you ball park the cost of the fixtures left on site for Ms. Swisher?

Thanks,

**Daniel Boddie** | Partner
BoDen, LLC | 210.885.9537 Cell |
11550 I.H. 10 West, Suite 395A San Antonio, TX 78230

**BoDen Legal Disclaimer:** This email may contain confidential Information. If this email is not intended for you, you must not disclose or use the information contained in it. If you received this email in error, please notify us immediately via return email and delete all information.

---

**From:** Jennifer Swisher <jswisher@lewisenergy.com>
**Date:** Wednesday, June 26, 2013 4:15 PM
**To:** Daniel Boddie <danielb@bodenllc.com>
**Subject:** RE: Light fixtures left onsite

/ we have prices for all of these? Could we get some from Bob Carnwath? We need to see what these fixtures cost so we will know if the lien against us by the electrician are sufficient for not.

1
**EXHIBIT 58**

Thanks,



Lewis Energy Group·
**Jennifer Swisher**, Construction Coordinator
10067 Jones Maltsberger, San Antonio, Tx, 78216
Email: jswisher@lewisenergy.com
Phone: (210) 384-5036
Cell:    (210) 240-2677

---

**From:** Daniel Boddie [mailto:danielb@bodenllc.com]
**Sent:** Wednesday, June 26, 2013 10:33 AM
**To:** Jennifer Swisher
**Subject:** Light fixtures left onsite

Jennifer,

This is the list from Bob Carnwath regarding quantities of fixtures left behind at the jobsite.

Thanks,

niel **Boddie** | Partner
Jen, LLC | 210.885.9537 Cell |
11550 I.H. 10 West, Suite 395A San Antonio, TX 78230

**BoDen Legal Disclaimer:** This email may contain confidential information. If this email is not intended for you, you must not disclose or use the information contained in it.  If you received this email in error, please notify us immediately via return email and delete all information.

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

2

**EXHIBIT 58**

# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT

# 31

# EXHIBIT 31

# NOV 2 - 4 2012 TRI-BAR EMAILS

| From: | Rod Lewis |
|---|---|
| Sent: | Friday, November 02, 2012 9:18 PM |
| To: | Thomas Pittman; John Grable; Craig Rosenstein |
| Cc: | 'tony@weigandcmc.com'; Garrett Glass; Parnak Charkhchi; Tony Trevino |
| Subject: | Re: Uvalde Hangar building delivery |

Tony W- let's take care of this asap. Give me your opinion and let's make a quick decision.

Garrett- hold all payments to this company until further notice! Thanks.

---

**From:** Thomas Pittman
**Sent:** Friday, November 02, 2012 09:07 PM
**To:** 'jgrable@johngrable.com' <jgrable@johngrable.com>; Rod Lewis; Craig Rosenstein
**Subject:** Re: Uvalde Hangar building delivery

Time to cut the cord. I don't want to hear the next excuse from them. this is BS. If we don't do this now they will continue to screw us.

---

**From:** John Grable [mailto:jgrable@johngrable.com]
**Sent:** Friday, November 02, 2012 08:27 PM
**To:** Thomas Pittman
**Cc:** Rod Lewis; Parnak Charkhchi; tony@weigandcmc.com <tony@weigandcmc.com>; Matthew Martinez <mmartinez@johngrable.com>
**Subject:** Re: Uvalde Hangar building delivery

Thanks Tom
Rod this initiative has been in progress since we met October 22.

The contract has a check and balance system to protect you

John Grable FAIA

www.johngrable.com

On Nov 2, 2012, at 8:03 PM, "Thomas Pittman" <TPittman@lewisenergy.com> wrote:

> Rod, upon delivery they need to give us erection drawings and certification that the building meets the specs. We will verify the gauge etc.
>
> I think we need to terminate the contract with them. I have Neena working on it. They have breached as far as I'm concerned. We can finish this ourselves.
>
> Talk is cheap with them.
>
> **From:** Rod Lewis
> **Sent:** Friday, November 02, 2012 07:28 PM
> **To:** 'jgrable@johngrable.com' <jgrable@johngrable.com>

1

TR_01858

| From: | Rod Lewis |
|---|---|
| Sent: | Friday, November 02, 2012 9:18 PM |
| To: | Thomas Pittman; John Grable; Craig Rosenstein |
| Cc: | 'tony@weigandcmc.com'; Garrett Glass; Parnak Charkhchi; Tony Trevino |
| Subject: | Re: Uvalde Hangar building delivery |

Tony W- let's take care of this asap. Give me your opinion and let's make a quick decision.

Garrett- hold all payments to this company until further notice! Thanks.

**From:** Thomas Pittman
**Sent:** Friday, November 02, 2012 09:07 PM
**To:** 'jgrable@johngrable.com' <jgrable@johngrable.com>; Rod Lewis; Craig Rosenstein
**Subject:** Re: Uvalde Hangar building delivery

Time to cut the cord. I don't want to hear the next excuse from them. this is BS. If we don't do this now they will continue to screw us.

**From:** John Grable [mailto:jgrable@johngrable.com]
**Sent:** Friday, November 02, 2012 08:27 PM
**To:** Thomas Pittman
**Cc:** Rod Lewis; Parnak Charkhchi; tony@weigandcmc.com <tony@weigandcmc.com>; Matthew Martinez <mmartinez@johngrable.com>
**Subject:** Re: Uvalde Hangar building delivery

Thanks Tom
Rod this initiative has been in progress since we met October 22.

The contract has a check and balance system to protect you

John Grable FAIA

www.johngrable.com

On Nov 2, 2012, at 8:03 PM, "Thomas Pittman" <TPittman@lewisenergy.com> wrote:

> Rod, upon delivery they need to give us erection drawings and certification that the building meets the specs. We will verify the gauge etc.
>
> I think we need to terminate the contract with them. I have Neena working on it. They have breached as far as I'm concerned. We can finish this ourselves.
>
> Talk is cheap with them.
>
> **From:** Rod Lewis
> **Sent:** Friday, November 02, 2012 07:28 PM
> **To:** 'jgrable@johngrable.com' <jgrable@johngrable.com>

1

TR_01858

**To:** John Grable
**Cc:** Parnak Charkhchi; 'tony@weigandcmc.com';
Thomas Pittman; Matthew Martinez
**Subject:** Re: Uvalde Hangar building delivery

Is the metal coming painted the color we want? If not
should we paint it on the ground or in the air? What
color is the metal coming painted? What kind of paint?
Is it a good selection for quality?

---

**From:** John Grable [mailto:jgrable@johngrable.com]
**Sent:** Saturday, November 03, 2012 01:14 PM
**To:** Rod Lewis
**Cc:** Parnak Charkhchi; tony@weigandcmc.com
<tony@weigandcmc.com>; Thomas Pittman; Matthew
Martinez <mmartinez@johngrable.com>; Tony Trevino
**Subject:** Re: Uvalde Hangar building delivery

Yes Rod the building ties it self together   Using masonry
and steel frame and cross bracing. Believe for all the
loads including 90 mph wind L over 360 pretty stout -
but - masonry stiffens it up to a stout mass.

Yes insulated roof and walls to protect interior contents
when no one at structure.

Cupola and clerestory Windows add cross ventilation
when doors closed.

Masonry walls are upgraded to concrete block backup
for stone exterior - all work together. Low maintenance
system too.

Interior has combination of cmu the D Panel metal
panels above with the exotic Brazilian Angelim wood
siding with low maintenance clear polyurethane sealer
for rich rosewood teak finish as displayed on GC
material wall. Hangar material palette rich and
functional as all three material blend well...reminds me
of the richness that old ocean liners had a century ago
but still modern but timeless

I am so angry we have been tooled around but untrue
statements. Tom P. and I have major backup and
contingency plans to protect this project
and get into use for the purpose design
We have hammers in both hands now...no more bs
from anyone

No one deserves this sir

John Grable FAIA

4

TR_01843

| From: | Thomas Pittman <TPittman@lewisenergy.com> |
|---|---|
| Sent: | Saturday, November 03, 2012 9:59 PM |
| To: | Rod Lewis; 'jgrable@johngrable.com' |
| Cc: | Parnak Charkhchi; 'tony@weigandcmc.com' |
| Subject: | Re: Uvalde Hangar building delivery |

Rod best case. We get the building in full they get it and erect it. If they fuck up the erection we hammer them. We take over the project were golden.

**From:** Rod Lewis
**Sent:** Saturday, November 03, 2012 08:58 PM
**To:** 'jgrable@johngrable.com' <jgrable@johngrable.com>
**Cc:** Parnak Charkhchi; 'tony@weigandcmc.com' <tony@weigandcmc.com>; Thomas Pittman
**Subject:** Re: Uvalde Hangar building delivery

I am ready to move forward with selections now John. Let's proceed as we have discussed and you have identified.

What I don't understand right now and we should hold for discussion is how we move forward with this project. So before ordering material, I will have to discuss with Tony W and Tom how we plan to proceed. This can be done in the next 48 hours.

Thanks.

**From:** John Grable [mailto:jgrable@johngrable.com]
**Sent:** Saturday, November 03, 2012 06:10 PM
**To:** Rod Lewis
**Cc:** Parnak Charkhchi; tony@weigandcmc.com <tony@weigandcmc.com>; Thomas Pittman
**Subject:** Re: Uvalde Hangar building delivery

Rod

So glad to hear GG running sweet
Has to be a thrill up there behind the stick!

Material selection deadlines are now as  materials need to be ordered and there are lead times on stone that may require 4 -6 weeks for delivery
Same for clerestory windows
Metal panels are 2 weeks out
Angelim wood in Austin but the sooner you approve i want to go to their warehouse and "cherry pick" the best color and grains- lengths of 20 no problem for material!

In a nutshell this is very important and I want you comfortable with selects- again we can discuss in person M-W if desired
I will be there!

Thanks

John Grable FAIA

1

TR_01864

From:        John Grable <jgrable@johngrable.com>
Sent:        Sunday, November 04, 2012 7:14 AM
To:          Rod Lewis
Cc:          Parnak Charkhchi; tony@weigandcmc.com; Thomas Pittman
Subject:     Re: Uvalde Hangar building delivery

Rod
10 4
I have been operating this way since our 10 -22-12 mtg when you mentioned option 3 as an alternative...

All efforts have been to prepare for this event and organize project remaining design decisions

Respectfully


John Grable FAIA

www.johngrable.com

On Nov 4, 2012, at 5:53 AM, "Rod Lewis" <Rod@lewisenergy.com> wrote:

> John- Tony W and Tom will be getting me all the facts. Until I decide which route I will take, I suggest you don't order anything or commit to any spending of money until you hear from on of them with my decision.
>
> Thanks.
>
> From: John Grable [mailto:jgrable@johngrable.com]
> Sent: Saturday, November 03, 2012 08:44 PM
> To: Rod Lewis
> Cc: Parnak Charkhchi; tony@weigandcmc.com <tony@weigandcmc.com>; Thomas Pittman
> Subject: Re: Uvalde Hangar building delivery
>
> Rod
> This is great news
> We will proceed after careful discussion on alternative plans per Tom Pittman
>
> John Grable FAIA
>
> www.johngrable.com
>
> On Nov 3, 2012, at 8:58 PM, "Rod Lewis" <Rod@lewisenergy.com> wrote:
>
>> I am ready to move forward with selections now John. Let's proceed as we have discussed and you have identified.
>>
>> What I don't understand right now and we should hold for discussion is how we move forward with this project. So before ordering material, I will have to discuss with Tony W

1

TR_01840

# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT

# 32

# EXHIBIT 32

# NOV 26 - 28 2012 TRI-BAR EMAILS

| | |
|---|---|
| **From:** | Thomas Pittman <TPittman@lewisenergy.com> |
| **Sent:** | Monday, November 26, 2012 10:06 AM |
| **To:** | 'jgrable@johngrable.com' |
| **Subject:** | Fw: uvalde hangar |

**From:** Tony Weigand [mailto:tony@weigandcmc.com]
**Sent:** Sunday, November 25, 2012 11:03 AM
**To:** Rod Lewis
**Cc:** Thomas Pittman; Parnak Charkhchi
**Subject:** Re: uvalde hangar

Rod,

I'll go visit the project myself this week. I'll also get with Tom and John for a thorough review. We'll get a handle on what's going on. I'll get back to you asap.

Tony

On Nov 25, 2012, at 8:14, Rod Lewis <Rod@lewisenergy.com> wrote:

> Tony- I was out visiting the site last week and have noticed that this project is really still in slow motion. I saw only 3 guys working on erecting the building and it was going very slow. I am also a little surprised at the quality of the building. Very thin metal structure, much thinner steel than we have at our other hangars. I really want to look at what we have to do to strengthen this building to our over-built specs. I don't want to have any of my expensive airplanes in this structure during a storm and it collapses. I guess we can add more cabling or additional metal bracing where we might need it. Let me know your thoughts.
>
> This brings up another subject and that is saving money by lowering quality. I am not a fan of that method of saving money. I want the highest quality, mostly overbuilt but for the best price we can get it at. I think John G sometimes sacrifices quality for cost. And this is not my aim. Not in something I will directly use or occupy.
>
> To me what I witnessed over a couple of days last week is still a shoddy operation. They did not have the proper lifting equipment or cranes to make the job go smoothly. And they were basically shimmying the metal runners foot by foot along the trusses to place them, wasting a lot of time. They are not using pneumatic or electric tools to tighten the bolts and I would have a concern about that as well. Let's get some real supervision and quality control on this project Tony. I am not happy with what I am seeing.

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

TR_01835

Bob Cardin has reserved the Polatus PC12 for the flight and travel time to site is about 35 minutes each way.

Respectfully

John

www.johngrable.com

**From:** Tony Weigand [mailto:tony@weigandcmc.com]
**Sent:** Monday, November 26, 2012 2:21 PM
**To:** Rod Lewis
**Cc:** John Grable; Parnak Charkhchi; Thomas Pittman; Matthew Martinez; Bob Cardin
**Subject:** Re: Uvalde Hangar flight request site visit

John

Can you delay this trip until Thursday afternoon? I would like to attend and have other meetings on Wednesday and Thursday am.

Tony
General Manager

On 26 Nov 2012, at 14:12, Rod Lewis <Rod@lewisenergy.com> wrote:

> John- I guess you got the jest of my email to the guys. I will feel much more comfortable after we get the torqued checked out and the metal thickness verified.
>
> On location of the fueling station that looks good to me, but coordinate with Bob C as he know what we need and where we need it.
>
> On aircraft, you are welcome to fly out in the Cirrus if it is still there. If not the Pilatus. Thanks.
>
> **From:** John Grable [mailto:jgrable@johngrable.com]
> **Sent:** Monday, November 26, 2012 2:28 PM
> **To:** Rod Lewis
> **Cc:** Parnak Charkhchi; Tony Weigand; Thomas Pittman; Matthew Martinez
> **Subject:** Uvalde Hangar flight request site visit
>
> Rod

3

TR_01830

I appreciate your desire to react quickly to Rod's concerns. I hope the review went well. I expect your report today.

Next time I request to attend a meeting like this, I would appreciate more effort on your part to accomodate my schedule. This project, as are all projects being executed by GCC on any of Rod's properties, are now part of my responsibilities. You, Tom, and I could have taken this opportunity to work on a number of different issues during the flight while ensuring we are all on the same page in regards to the activities at Uvalde.

Tony


------- Original Message -------
Subject: RE: Uvalde Hangar flight request site visit
From: John Grable <jgrable@johngrable.com>
Date: Mon, November 26, 2012 4:26 pm
To: Tony Weigand <tony@weigandcmc.com>

> Tony
>
> My apologies but I can only get the Structural Engineer and Tom
> Pittman to the site on Wed at 10 am and cannot reschedule for
> Thursday
> Their schedules are full and We must act quickly to ease Rod's mind on
> these issues – ( I know I am preaching to the choir on this one)I
> We can report back to you later on that afternoon or call in at the site to
> you to discuss all that is discovered. I plan on extensive photo
> documentation and scrutiny by all.
>
> If the building proves to be everything that is specified and has passed
> not only our reviews - JGA, GC, and Synergy Engineering as well as the
> Schulte Building Systems we are then in a position to decide whether we
> want to continue with the less than satisfactory performance of SBS. I
> know that Tom Pittman has been pricing completion of the hangar
> structure with his group of qualified subs and suppliers so that
> a Alternative Plan of action can be presented and considered as a viable
> alternative.
>
> The failure of SBS to perform in a timely matter and within the project
> schedule has been severely compromised and is a great source of
> frustration to Rod as well as the rest of his team. I know you are
> managing many fires throughout Rod's world and our goal here is not to
> upstage anyone in any way but solve this nagging problem - one way or
> another - so Rod can have peace of mind. This project is supposed to be
> a fun endeavor but has turn sour months ago and we have been
> laboring to resolve this intolerable issue.
>
> I trust this is satisfactory to you...is there any way you can adjust your
> morning schedule to depart with us at Hangar 3 at 8:30 am on Wed. as
> we should return by 1 am same day. It sure would be a great for team.



2

TR_01829

I forgot to copy you
Want to provide you with a heads up as Rod's interests are in jeopardy if we don't act quickly to protect his interests

I am ready to move forward on the alternative plan after i heard SBS has only 4 workers at site yesterday when they stated they would have 6. They are not performing per their schedule or word.

See you at ten!

J

John Grable FAIA

www.johngrable.com

Begin forwarded message:

> **From:** John Grable <jgrable@johngrable.com>
> **Date:** November 28, 2012, 6:44:16 AM CST
> **To:** "tony@weigandcmc.com" <tony@weigandcmc.com>
> **Subject: Re: Uvalde Hangar flight request site visit**
>
> Tony
> Lets all meet when we return?
> I know this is very important and the issues on this project are at a critical mass
> Rod is not happy and this is a unacceptable situation that must be resolved immediately
> Please provide a time we can meet on this based on your schedule
>
> Thank you
>
> John
>
>
> John Grable FAIA
>
> www.johngrable.com
>
> On Nov 28, 2012, at 6:37 AM, "tony@weigandcmc.com" <tony@weigandcmc.com> wrote:
>
> > John,

1

TR_01828

| From: | John Grable <jgrable@johngrable.com> |
|---|---|
| Sent: | Wednesday, November 28, 2012 6:38 PM |
| To: | Rod Lewis |
| Cc: | Parnak Charkhchi; 'tony@weigandcmc.com'; Thomas Pittman; Matthew Martinez |
| Subject: | RE: Re: |

Yes Rod they are - finally.
Tom P and I "tagged teamed" them at separate times during site meeting like "junk yard dogs".
They know how unhappy someone can be.
Tom P stated under no circumstances will we allow only 2 workers on site - only full staff is expectable.

We are still managing this crisis with the above techniques mentioned while formulating a "Alternate Plan B" by pricing an "in house" GCC takeover solution to get this project done once they make any more mistakes.

Rod on another note...
Hangar building is beautiful and fits well with the land - want this project to be fun and exciting for you - not the way it has progress thus far with the PEMB building delay.

We are not letting up pressure for one moment on this stubborn dog.
Respectfully

John

www.johngrable.com

-----Original Message-----
From: Rod Lewis [mailto:Rod@lewisenergy.com]
Sent: Wednesday, November 28, 2012 6:26 PM
To: John Grable
Cc: Parnak Charkhchi; 'tony@weigandcmc.com'; Thomas Pittman; Matthew Martinez
Subject: Re: Re:

Looks like they are making progress. Thanks for the pics

----- Original Message -----
From: John Grable [mailto:jgrable@johngrable.com]
Sent: Wednesday, November 28, 2012 05:12 PM
To: Rod Lewis
Cc: Parnak Charkhchi; tony@weigandcmc.com <tony@weigandcmc.com>; Thomas Pittman; Matthew Martinez
<mmartinez@johngrable.com>
Subject: Re: Re:

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN

1

TR_01833

# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT

# 33

# EXHIBIT 33

# WORK ALLEGED TO BE REI



Exterior wiring roughed in, wrong wire size. Wire needs to be demolished due to incorrect installation.

TR_01804



Exterior wiring roughed in, wrong wire size. Wire needs to be demolished due to incorrect installation.

85

TR_01805



Conduit roughed in with wire pulled. Wire pulled at incorrect length and size. Wire needs to be demolished due to incorrect installation.

86

# ROBERTSON ELECTRIC

# PLAINTIFF'S AND DEFENDANT'S EXHIBIT 34

# ELECTRIC SUPPLIES ON PROJECT

| DATE | COMPANY | INVOICE | AMOUNT |
|------|---------|---------|--------|
| 11/14/2011 | City Electric Supply (Gear Packet Estimate) | | $ 30,250.00 |
| 10/22/2012 - 11/09/2012 | Crawford | PO-124-01 RECAP | $ 5,250.00 |
| 10/24/2012 – 12/07/2012 | Crawford | PO-124-02 RECAP | $ 15,900.00 |
| 12/05/2012 | Crawford | SOO1640015.001 | $ 5,910.76 (unpaid) |
| 12/17/2012 | Crawford | SOO1776706.001 | $ 1,618.98 |
| 12/29/2012 | Elliot Electric Supply | 33-06443-01 | $ 747.00 |
| | | | |
| | | | $ 23,515.98 (base raw cost) |



# City Electric Supply

**Richard Correa**
**281.446.9035 O**
**281.446.9046 F**

| | | | | | |
|---|---|---|---|---|---|
| **Quote Ref:** | Hangar | **Date:** | 11/14/2011 | | |
| **Contractor:** | Robertson Electric | | | | |

| Type | Description | Qty | Lamps | Cost | Ext Cost |
|---|---|---|---|---|---|
| | **Subject to Approval** | | | | |
| DL | **Fixture w / Lamps** | 13 | Yes | | |
| FA | **Fixture w / Lamps** | 9 | Yes | | |
| FB | **Fixture w / Lamps** | 1 | Yes | | |
| HA | **Fixture w / Lamps** | 29 | Yes | | |
| HA/NL | **Fixture w / Lamps** | 3 | Yes | | |
| WP | **Fixture w / Lamps** | 4 | Yes | | |
| WW | **Fixture w / Lamps** | 2 | Yes | | |
| VS | **Fixture w / Lamps** | 12 | Yes | | |
| EM | **Fixture w / Lamps** | 8 | Yes | | |
| XA | **Fixture w / Lamps** | 1 | Yes | | |
| | **Lot** | | | $25,300.00 | $25,300.00 |
| | **Switchgear Includes** | | | | |
| | **Panelboards** | 2 | | | |
| | **Disconnects** | 12 | | | |
| | **Ltg Contactors** | 2 | | | |
| | **Metercan** | 1 | | | |
| | **Lot Price** | | | $4,950.00 | $4,950.00 |

*Original Lighting Quote*

| | | |
|---|---|---|
| | **No Tax** | **$30,250.00** |

| | | | |
|---|---|---|---|
| **Quote Ref:** | | **Date:** | **11/10/2010** |
| **Contractor:** | | | |

*Hanger planl drawing out.*



CRAWFORD ELECTRIC SUPPLY
OF HOUSTON
7390 NORTHCOURT
HOUSTON, TX 77040

**Erik Schindewolf**
Project Sales
PH. 713-476-0788
FAX 713-476-0674

JOB: **LOS CERRITOS HANGER**

DATE: 11-Jun-12

Prices are F.O.B. shipping point, unless
noted. Subject to terms and conditions
of Crawford Electric Supply and are available
upon request. All quotations are valid
for 30 days unless otherwise noted.

TO: **JERROD**
CO: **ROBERTSON**

WE ARE PLEASED TO QUOTE THE FOLLOWING BILL OF MATERIAL. PLEASE REVIEW AND
CONTACT ME IF CHANGES NEED TO BE MADE.

| QTY | TYPE | | UNIT PRICE | | TOTAL |
|---|---|---|---|---|---|
| 1 | | LOT AS FOLLOWS: | | | $ 15,900.00 |
| 14 | DL | | | | |
| 9 | FA | | | | |
| 1 | FB | | | | |
| 32 | HA | | | | |
| 4 | WP | | | | |
| 2 | WW | | | | |
| 12 | VS | | | | |
| 8 | EM | | | | |
| 1 | XA | | | | |
| | | | | | |
| | | **GEAR OPTION #1** | | | $ 3,250.00 |
| 1 | | 320A METER CAN | | | |
| 1 | | GENERAL DUTY FUSED SAFETY SWITCH | | | |
| 3 | | 400A FUSES | | | |
| 1 | | PANEL LA - 400A MLO | | | |
| 8 | | NF SAFETY SWITCHES | | | |
| 1 | | LIGHTING CONTACTOR | | | |
| | | | | | |
| | | **GEAR OPTION #2** | | | $ 5,950.00 |
| 1 | | PANEL MDP - 600A MCB N3R | | | |
| 1 | | PANEL LA - 400A MLO | | | |
| 8 | | NF SAFETY SWITCHES | | | |
| 1 | | LIGHTING CONTACTOR | | | |



**Robertson Electric, Incorporated**

*TECL 21614*

# PO 124-01 RECAP

| VENDOR: | CRAWFORD | | PO AMOUNT | **$5,250.00** |
|---|---|---|---|---|
| JOB NAME: | LOS CERRITOS-GEAR | | CHANGE ORDERS | $0.00 |
| | | | PO TOTAL | $5,250.00 |

| DATE | | INVOICE # | INVOICE AMT | BALANCE |
|---|---|---|---|---|
| 10/22/12 | | 639779.001 | $846.76 | $4,403.24 |
| 10/24/12 | | 639779.003 | $659.51 | $3,743.73 |
| 11/09/12 | | 639779.005 | $3,743.73 | $0.00 |
| | | | | $0.00 |



**CRAWFORD ELECTRIC SUPPLY**
7390 NORTHCOURT RD
HOUSTON TX 77040-4379
713-476-0788 Fax 713-263-1731

Crawford Electric Supply

Locations to serve you:
Alice, TX
Austin, TX
Bryan/College Station, TX
Beaumont, TX
Conroe, TX
Corpus Christi, TX
Dallas, TX
Fort Worth, TX
Houston, TX
Killeen, TX
New Braunfels, TX
Mission, TX
New Orleans, LA
San Antonio, TX

# INVOICE

| INVOICE DATE | ACCOUNT NUMBER |
|---|---|
| 10/22/12 | 9271 |

| INVOICE NUMBER |
|---|
| S001639779.001 |

**PLEASE REMIT PAYMENT TO:**

CRAWFORD ELECTRIC SUPPLY
P.O. BOX 847160
DALLAS TX 75284-7160

**SOLD TO:**
1090 1 AB 0.374   E0015  I0029 D569259224 P1220252 0002:0003

ROBERTSON ELECTRIC, INC.
231 DERRICK DR
HUMBLE TX 77338-5033



**SHIPPED TO: 62970**

C12-124 LOS CERRITOS HANGER
C/O ROBERTSON ELECTRIC, INC.
C/O CRAWFORD ELECTRIC
7390 NORTHCOURT RD
HOUSTON TX 77040-4379

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE NUMBER | ORDERED BY |
|---|---|---|---|
| 9271 | 124-01 | | |

| SALESMAN | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| ERIK SCHINDEWOLF | S001639779.001 | RHOU | 10/19/2012 | PROJECT BILLING |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| | ^LOT BILLING SQD | 1 | 1 | 846.76 | ea | 846.76 |
| | This Lot consists of: | | | | | |
| Type | Description | | Ship Qty | | | |
| | Q2C #31805683 | | | | | |
| | DU321RB | | 6 | | | |
| | DU322RB | | 2 | | | |
| | 8903LG60V02 | | 1 | | | |

**THANK YOU FOR YOUR BUSINESS!**

All payments are due by 11/25/12.

omplete terms and conditions please visit
//www.cescoltd.com/Customers/CESCO_CreditApplication_0209.pdf

| | |
|---|---|
| SUBTOTAL | 846.76 |
| S & H CHARGES | |
| SALES TAX | 0.00 |
| **TOTAL DUE** | **846.76** |

sonepar
usa

Page 1 of 1

0002:0003




**CRAWFORD ELECTRIC SUPPLY**
7390 NORTHCOURT RD
HOUSTON TX 77040-4379
713-476-0788 Fax 713-263-1731

Crawford Electric Supply

*Fear Pkg.*

Locations to serve you:
Alice, TX
Austin, TX
Bryan/College Station, TX
Beaumont, TX
Conroe, TX
Corpus Christi, TX
Dallas, TX
Fort Worth, TX
Houston, TX
Killeen, TX
New Braunfels, TX
Mission, TX
New Orleans, LA
San Antonio, TX

# INVOICE

| INVOICE DATE | ACCOUNT NUMBER |
|---|---|
| 10/24/12 | 9271 |

| INVOICE NUMBER |
|---|
| S001639779.003 |

**PLEASE REMIT PAYMENT TO:**

CRAWFORD ELECTRIC SUPPLY
P.O. BOX 847160
DALLAS TX 75284-7160

**SOLD TO:**
129 2 SP 0.650   E0129  I1039 D570515054 P1222269 0007:0008

ROBERTSON ELECTRIC, INC.
231 DERRICK DR
HUMBLE TX 77338-5033

**SHIPPED TO: 62970**

122-124 LOS CERRITOS HANGER
C/O ROBERTSON ELECTRIC, INC.
C/O CRAWFORD ELECTRIC
7390 NORTHCOURT RD
HOUSTON TX 77040-4379

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE NUMBER | ORDERED BY |
|---|---|---|---|
| 9271 | 124-01 | | |

| SALESMAN | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| ERIK SCHINDEWOLF | S001639779.003 | RHOU | 10/23/2012 | PROJECT BILLING |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| | ^LOT BILLING SQD | 1 | 1 | 659.51 | ea | 659.51 |
| | This Lot consists of: | | | | | |
| Type | Description | | Ship Qty | | | |
| | Q2C #31805683 | | | | | |
| LA | MH50BE | | 1 | | | |
| MDP | HC4268WP | | 1 | | | |

**THANK YOU FOR YOUR BUSINESS!**

All payments are due by 11/25/12.

complete terms and conditions please visit
//www.cescoltd.com/Customers/CESCO_CreditApplication_0209.pdf

| | |
|---|---|
| SUBTOTAL | 659.51 |
| S & H CHARGES | |
| SALES TAX | 0.00 |
| **TOTAL DUE** | **659.51** |

sonepar
usa

Page 1 of 1




**CRAWFORD ELECTRIC SUPPLY**
7390 NORTHCOURT RD
HOUSTON TX 77040-4379
713-476-0788 Fax 713-263-1731

Crawford Electric Supply

Locations to serve you:
Alice, TX
Austin, TX
Bryan/College Station, TX
Beaumont, TX
Conroe, TX
Corpus Christi, TX
Dallas, TX
Fort Worth, TX
Houston, TX
Killeen, TX
New Braunfels, TX
Mission, TX
New Orleans, LA
San Antonio, TX

# INVOICE

| INVOICE DATE | ACCOUNT NUMBER |
|---|---|
| 11/08/12 | 9271 |

| INVOICE NUMBER |
|---|
| S001639779.005 |

| PLEASE REMIT PAYMENT TO: |
|---|
| CRAWFORD ELECTRIC SUPPLY |
| P.O. BOX 847160 |
| DALLAS TX 75284-7160 |

**SOLD TO:**
1871 1 AB 0.374 E0035X I0064 0580562131 P1243516 0001:0001

ROBERTSON ELECTRIC, INC.
231 DERRICK DR
HUMBLE TX 77338-5033

**SHIPPED TO: 62970**

C12-124 LOS CERRITOS HANGER
C/O ROBERTSON ELECTRIC, INC.
C/O CRAWFORD ELECTRIC
7390 NORTHCOURT RD
HOUSTON TX 77040-4379



| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE NUMBER | ORDERED BY |
|---|---|---|---|
| 9271 | 124-01 | | |

| SALESMAN | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| ERIK SCHINDEWOLF | S001639779.005 | RHOU | 11/07/2012 | PROJECT BILLING |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| | ^LOT BILLING SQD | 1 | 1 | 3,743.73 | ea | 3,743.73 |
| | This Lot consists of: | | | | | |
| Type | Description | | Ship Qty | | | |
| | Q2C #31805683 | | | | | |
| LA | NQ ML PNL INT | | 1 | | | |
| LA | NC50VS | | 1 | | | |
| MDP | I-LINE MB PNL INT | | 1 | | | |

## THANK YOU FOR YOUR BUSINESS!

All payments are due by 12/25/12.

complete terms and conditions please visit
//www.cescoltd.com/Customers/CESCO_CreditApplication_0209.pdf

sonepar
usa

| | |
|---|---|
| SUBTOTAL | 3,743.73 |
| S & H CHARGES | |
| SALES TAX | 0.00 |
| **TOTAL DUE** | **3,743.73** |

Page 1 of 1

0001:0001



Robertson Electric, Incorporated

TECL 21614

# PO 124-02 RECAP

| VENDOR: | CRAWFORD | PO AMOUNT | **$15,900.00** |
|---|---|---|---|
| JOB NAME: | LOS CERRITOS-LTG | CHANGE ORDERS | $0.00 |

| | | | PO TOTAL | $15,900.00 |
|---|---|---|---|---|
| DATE | | INVOICE # | INVOICE AMT | BALANCE |
| 10/24/12 | | 639935.001 | $835.67 | $15,064.33 |
| 10/25/12 | | 639935.003 | $54.37 | $15,009.96 |
| 10/25/12 | | 639935.005 | $677.95 | $14,332.01 |
| 10/26/12 | | 639935.007 | $4,974.75 | $9,357.26 |
| 10/26/12 | | 639935.009 | $1,072.05 | $8,285.21 |
| 10/26/12 | | 639935.011 | $934.66 | $7,350.55 |
| 11/19/12 | | 639935.013 | $476.68 | $6,873.87 |
| 11/19/12 | | 639935.015 | $733.87 | $6,140.00 |
| 11/21/12 | | 640158.001 | $229.24 | $5,910.76 |
| 12/07/12 | | 640015.001 | $5,910.76 | $0.00 |
| | | | | $0.00 |
| | | | | $0.00 |



**CRAWFORD ELECTRIC SUPPLY**
7390 NORTHCOURT RD
HOUSTON TX 77040-4379
713-476-0788 Fax 713-263-1731

Crawford Electric Supply

*light pkg*

Locations to serve you:
Alice, TX
Austin, TX
Bryan/College Station, TX
Beaumont, TX
Conroe, TX
Corpus Christi, TX
Dallas, TX
Fort Worth, TX
Houston, TX
Killeen, TX
New Braunfels, TX
Mission, TX
New Orleans, LA
San Antonio, TX

| INVOICE DATE | ACCOUNT NUMBER |
|---|---|
| 10/23/12 | 9271 |

**INVOICE NUMBER**

S001639935.001

**PLEASE REMIT PAYMENT TO:**

CRAWFORD ELECTRIC SUPPLY
P.O. BOX 847160
DALLAS TX 75284-7160

**SOLD TO:**
129 2 SP 0.650   E0129  I1038 D570515053 P1222269 0006:0008

ROBERTSON ELECTRIC, INC.
231 DERRICK DR
HUMBLE TX 77338-5033

**SHIPPED TO: 62970**

C12-124 LOS CERRITOS HANGER
C/O ROBERTSON ELECTRIC, INC.
C/O CRAWFORD ELECTRIC
7390 NORTHCOURT RD
HOUSTON TX 77040-4379

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE NUMBER | ORDERED BY |
|---|---|---|---|
| 9271 | 124-02 | | |

| SALESMAN | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| ERIK SCHINDEWOLF | S001639935.001 | RHOU | 10/22/2012 | PROJECT BILLING |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| | ^LOT BILLING COOPERLT | 1 | 1 | 835.67 | ea | 835.67 |
| | This Lot consists of: | | | | | |
| Type | Description | | Ship Qty | | | |
| | COOPER LIGHTING | | | | | |
| | QUOTE #331-40676-001 | | | | | |
| DL | C6142E | | 14 | | | |

**THANK YOU FOR YOUR BUSINESS!**

All payments are due by 11/25/12.

omplete terms and conditions please visit
.//www.cescoltd.com/Customers/CESCO_CreditApplication_0209.pdf

| | |
|---|---|
| SUBTOTAL | 835.67 |
| S & H CHARGES | |
| SALES TAX | 0.00 |
| TOTAL DUE | 835.67 |

sonepar
usa

0006:0008



**CESCO**
Crawford Electric Supply

**CRAWFORD ELECTRIC SUPPLY**
7390 NORTHCOURT RD
HOUSTON TX 77040-4379
713-476-0788 Fax 713-263-1731

Locations to serve you:
Alice, TX
Austin, TX
Bryan/College Station, TX
Beaumont, TX
Conroe, TX
Corpus Christi, TX
Dallas, TX
Fort Worth, TX
Houston, TX
Killeen, TX
New Braunfels, TX
Mission, TX
New Orleans, LA
San Antonio, TX

# INVOICE

| INVOICE DATE | ACCOUNT NUMBER |
|---|---|
| 10/25/12 | 9271 |

| INVOICE NUMBER |
|---|
| S001639935.003 |

**PLEASE REMIT PAYMENT TO:**

CRAWFORD ELECTRIC SUPPLY
P.O. BOX 847160
DALLAS TX 75284-7160

**SOLD TO:**
692 1 AB 0.374   E0027X I0058 D571233116 P1223168 0001:0003

ROBERTSON ELECTRIC, INC.
231 DERRICK DR
HUMBLE TX 77338-5033

**SHIPPED TO: 62970**

C12-124 LOS CERRITOS HANGER
C/O ROBERTSON ELECTRIC, INC.
C/O CRAWFORD ELECTRIC
7390 NORTHCOURT RD
HOUSTON TX 77040-4379

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE NUMBER | ORDERED BY |
|---|---|---|---|
| 9271 | 124-02 | | |

| SALESMAN | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| ERIK SCHINDEWOLF | S001639935.003 | RHOU | 10/24/2012 | PROJECT BILLING |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| | ^LOT BILLING COOPERLT | 1 | 1 | 54.37 | ea | 54.37 |
| | This Lot consists of: | | | | | |
| Type | Description | | Ship Qty | | | |
| | COOPER LIGHTING | | | | | |
| | QUOTE #331-40676-001 | | | | | |
| FB | WN-228T5A-UNV-EBT1-U | | 1 | | | |

## THANK YOU FOR YOUR BUSINESS!

All payments are due by 11/25/12.

complete terms and conditions please visit
//www.cescoltd.com/Customers/CESCO_CreditApplication_0209.pdf

| SUBTOTAL | 54.37 |
|---|---|
| S & H CHARGES | |
| SALES TAX | 0.00 |
| **TOTAL DUE** | **54.37** |

sonepar
usa

0001:0003

 **CRAWFORD ELECTRIC SUPPLY**
7390 NORTHCOURT RD
HOUSTON TX 77040-4379
713-476-0788 Fax 713-263-1731

Crawford Electric Supply



**Locations to serve you:**
Alice, TX
Austin, TX
Bryan/College Station, TX
Beaumont, TX
Conroe, TX
Corpus Christi, TX
Dallas, TX
Fort Worth, TX
Houston, TX
Killeen, TX
New Braunfels, TX
Mission, TX
New Orleans, LA
San Antonio, TX

# INVOICE

| INVOICE DATE | ACCOUNT NUMBER |
|---|---|
| 10/25/12 | 9271 |

| INVOICE NUMBER |
|---|
| S001639935.005 |

| PLEASE REMIT PAYMENT TO: |
|---|
| CRAWFORD ELECTRIC SUPPLY
P.O. BOX 847160
DALLAS TX 75284-7160 |

**SOLD TO:**
692 1 AB 0.374   E0027 I0059 D571233118 P1223168 0002:0003

ROBERTSON ELECTRIC, INC.
231 DERRICK DR
HUMBLE TX 77338-5033



**SHIPPED TO: 62970**

C12-124 LOS CERRITOS HANGER
C/O ROBERTSON ELECTRIC, INC.
C/O CRAWFORD ELECTRIC
7390 NORTHCOURT RD
HOUSTON TX 77040-4379

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE NUMBER | ORDERED BY |
|---|---|---|---|
| 9271 | 124-02 | | |

| SALESMAN | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| ERIK SCHINDEWOLF | S001639935.005 | RHOU | 10/24/2012 | PROJECT BILLING |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| | ^LOT BILLING COOPERLT | 1 | 1 | 677.95 | ea | 677.95 |
| | This Lot consists of: | | | | | |
| Type | Description | | Ship Qty | | | |
| | COOPER LIGHTING | | | | | |
| | QUOTE #331-40676-001 | | | | | |
| WP | XTOR3A-PC1 | | 4 | | | |

## THANK YOU FOR YOUR BUSINESS!

All payments are due by 11/25/12.

complete terms and conditions please visit
://www.cescoltd.com/Customers/CESCO_CreditApplication_0209.pdf

| | |
|---|---|
| SUBTOTAL | 677.95 |
| S & H CHARGES | |
| SALES TAX | 0.00 |
| **TOTAL DUE** | **677.95** |

sonepar
usa

Page 1 of 1

0002:0003


**CRAWFORD ELECTRIC SUPPLY**
7390 NORTHCOURT RD
HOUSTON TX 77040-4379
713-476-0788 Fax 713-263-1731

Crawford Electric Supply

Locations to serve you:
Alice, TX
Austin, TX
Bryan/College Station, TX
Beaumont, TX
Conroe, TX
Corpus Christi, TX
Dallas, TX
Fort Worth, TX
Houston, TX
Killeen, TX
New Braunfels, TX
Mission, TX
New Orleans, LA
San Antonio, TX

# INVOICE

| INVOICE DATE | ACCOUNT NUMBER |
|---|---|
| 10/26/12 | 9271 |
| INVOICE NUMBER | |
| S001639935.007 | |
| PLEASE REMIT PAYMENT TO: | |

CRAWFORD ELECTRIC SUPPLY
P.O. BOX 847160
DALLAS TX 75284-7160

**SOLD TO:**
1861 1 AT 0.374   E0044X I0067 D572229422 P1227186 0001:0003

ROBERTSON ELECTRIC, INC.
231 DERRICK DR
HUMBLE TX 77338-5033

ENTERED
12/4/12

**SHIPPED TO: 62970**

C12-124 LOS CERRITOS HANGER
C/O ROBERTSON ELECTRIC, INC.
C/O CRAWFORD ELECTRIC
7390 NORTHCOURT RD
HOUSTON TX 77040-4379

Lighting

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE NUMBER | ORDERED BY |
|---|---|---|---|
| 9271 | 124-02 | | |

| SALESMAN | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| ERIK SCHINDEWOLF | S001639935.007 | RHOU | 10/25/2012 | PROJECT BILLING |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| | ^LOT BILLING COOPERLT | 1 | 1 | 4,974.75 | ea | 4,974.75 |
| | This Lot consists of: | | | | | |
| Type | Description | | Ship Qty | | | |
| | COOPER LIGHTING | | | | | |
| | QUOTE #331-40676-001 | | | | | |
| HA | HBL654WHT5-UPL-L5 | | 32 | | | |

## THANK YOU FOR YOUR BUSINESS!

All payments are due by 12/25/12.

complete terms and conditions please visit
://www.cescoltd.com/Customers/CESCO_CreditApplication_0209.pdf

| | |
|---|---|
| SUBTOTAL | 4,974.75 |
| S & H CHARGES | |
| SALES TAX | 0.00 |
| TOTAL DUE | 4,974.75 |

sonepar
usa

0001:0003

 **CRAWFORD ELECTRIC SUPPLY**
7390 NORTHCOURT RD
HOUSTON TX 77040-4379
713-476-0788 Fax 713-263-1731

Crawford Electric Supply



Locations to serve you:
Alice, TX
Austin, TX
Bryan/College Station, TX
Beaumont, TX
Conroe, TX
Corpus Christi, TX
Dallas, TX
Fort Worth, TX
Houston, TX
Killeen, TX
New Braunfels, TX
Mission, TX
New Orleans, LA
San Antonio, TX

# INVOICE

| INVOICE DATE | ACCOUNT NUMBER |
|---|---|
| 10/26/12 | 9271 |
| INVOICE NUMBER | |
| S001639935.009 | |
| PLEASE REMIT PAYMENT TO: | |

CRAWFORD ELECTRIC SUPPLY
P.O. BOX 847160
DALLAS TX 75284-7160

**SOLD TO:**
1861 1 AT 0.374   E0044  I0068 D572229423 P1227186 0002:0003

ROBERTSON ELECTRIC, INC.
231 DERRICK DR
HUMBLE TX 77338-5033

ENTERED
12/4/12

**SHIPPED TO: 62970**

C12-124 LOS CERRITOS HANGER
C/O ROBERTSON ELECTRIC, INC.
C/O CRAWFORD ELECTRIC
7390 NORTHCOURT RD
HOUSTON TX 77040-4379

*Lighting*

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE NUMBER | ORDERED BY |
|---|---|---|---|
| 9271 | 124-02 | | |

| SALESMAN | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| ERIK SCHINDEWOLF | S001639935.009 | RHOU | 10/25/2012 | PROJECT BILLING |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| | ^LOT BILLING COOPERLT | 1 | 1 | 1,072.05 | ea | 1,072.05 |
| | This Lot consists of: | | | | | |
| Type | Description | | Ship Qty | | | |
| | COOPER LIGHTING | | | | | |
| | QUOTE #331-40676-001 | | | | | |
| FA | 2AC-228T5-UNV-L5835-EBT1-U | | 9 | | | |

## THANK YOU FOR YOUR BUSINESS!

All payments are due by 12/25/12.

complete terms and conditions please visit
://www.cescoltd.com/Customers/CESCO_CreditApplication_0209.pdf

| | |
|---|---|
| SUBTOTAL | 1,072.05 |
| S & H CHARGES | |
| SALES TAX | 0.00 |
| **TOTAL DUE** | **1,072.05** |

sonepar
usa

Page 1 of 1

 

**CRAWFORD ELECTRIC SUPPLY**
7390 NORTHCOURT RD
HOUSTON  TX  77040-4379
Crawford Electric Supply  713-476-0788  Fax 713-263-1731

Locations to serve you:
Alice, TX
Austin, TX
Bryan/College Station, TX
Beaumont, TX
Conroe, TX
Corpus Christi, TX
Dallas, TX
Fort Worth, TX
Houston, TX
Killeen, TX
New Braunfels, TX
Mission, TX
New Orleans, LA
San Antonio, TX

# INVOICE

| INVOICE DATE | ACCOUNT NUMBER |
|---|---|
| 10/26/12 | 9271 |
| INVOICE NUMBER | |
| S001639935.011 | |
| PLEASE REMIT PAYMENT TO: | |

CRAWFORD ELECTRIC SUPPLY
P.O. BOX 847160
DALLAS  TX  75284-7160

**SOLD TO:**
1861 1 AT 0.374   E0044  I0069 0572229424 P1227186 0003:0003

ROBERTSON ELECTRIC, INC.
231 DERRICK DR
HUMBLE TX 77338-5033


ENTERED
12 4 12

**SHIPPED TO: 62970**

C12-124 LOS CERRITOS HANGER
C/O ROBERTSON ELECTRIC, INC.
C/O CRAWFORD ELECTRIC
7390 NORTHCOURT RD
HOUSTON TX  77040-4379

*Listing*

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE NUMBER | ORDERED BY |
|---|---|---|---|
| 9271 | 124-02 | | |

| SALESMAN | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| ERIK SCHINDEWOLF | S001639935.011 | RHOU | 10/25/2012 | PROJECT BILLING |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| | ^LOT BILLING COOPERLT | 1 | 1 | 934.66 | ea | 934.66 |
| | This Lot consists of: | | | | | |
| Type | Description | | Ship Qty | | | |
| | COOPER LIGHTING | | | | | |
| | QUOTE #331-40676-001 | | | | | |
| DL | 6181LIL1 | | 14 | | | |
| XA | EEX71R | | 1 | | | |

## THANK YOU FOR YOUR BUSINESS!

All payments are due by 12/25/12.

complete terms and conditions please visit
://www.cescoltd.com/Customers/CESCO_CreditApplication_0209.pdf

| SUBTOTAL | 934.66 |
|---|---|
| S & H CHARGES | |
| SALES TAX | 0.00 |
| TOTAL DUE | 934.66 |

sonepar
usa

 

**CRAWFORD ELECTRIC SUPPLY**
7390 NORTHCOURT RD
HOUSTON TX 77040-4379
713-476-0788 Fax 713-263-1731
Crawford Electric Supply

Locations to serve you:
Alice, TX
Austin, TX
Bryan/College Station, TX
Beaumont, TX
Conroe, TX
Corpus Christi, TX
Dallas, TX
Fort Worth, TX
Houston, TX
Killeen, TX
New Braunfels, TX
Mission, TX
New Orleans, LA
San Antonio, TX

# INVOICE

| INVOICE DATE | ACCOUNT NUMBER |
|---|---|
| 11/19/12 | 9271 |

| INVOICE NUMBER |
|---|
| S001639935.013 |

**PLEASE REMIT PAYMENT TO:**

CRAWFORD ELECTRIC SUPPLY
P.O. BOX 847160
DALLAS TX 75284-7160

**SOLD TO:**
993 1 AB 0.374   E0010  I0024 0584676215 P1250337 0003:0004

ROBERTSON ELECTRIC, INC.
231 DERRICK DR
HUMBLE TX 77338-5033

**SHIPPED TO: 62970**



C12-124 LOS CERRITOS HANGER
C/O ROBERTSON ELECTRIC, INC.
C/O CRAWFORD ELECTRIC
7390 NORTHCOURT RD
HOUSTON TX 77040-4379

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE NUMBER | ORDERED BY |
|---|---|---|---|
| 9271 | 124-02 | | |

| SALESMAN | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| ERIK SCHINDEWOLF | S001639935.013 | RHOU | 11/16/2012 | PROJECT BILLING |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| | ^LOT BILLING COOPERLT | 1 | 1 | 476.68 | ea | 476.68 |
| | This Lot consists of: | | | | | |
| Type | Description | | Ship Qty | | | |
| | COOPER LIGHTING | | | | | |
| | QUOTE #331-40676-001 | | | | | |
| EM | CC2MRTBK | | 8 | | | |

## THANK YOU FOR YOUR BUSINESS!

All payments are due by 12/25/12.

complete terms and conditions please visit
/www.cescoltd.com/Customers/CESCO_CreditApplication_0209.pdf

| | |
|---|---|
| SUBTOTAL | 476.68 |
| S & H CHARGES | |
| SALES TAX | 0.00 |
| **TOTAL DUE** | **476.68** |

sonepar
usa

Page 1 of 1



**CRAWFORD ELECTRIC SUPPLY**
7390 NORTHCOURT RD
HOUSTON TX 77040-4379
713-476-0788 Fax 713-263-1731

Crawford Electric Supply

**Locations to serve you:**
Alice, TX
Austin, TX
Bryan/College Station, TX
Beaumont, TX
Conroe, TX
Corpus Christi, TX
Dallas, TX
Fort Worth, TX
Houston, TX
Killeen, TX
New Braunfels, TX
Mission, TX
New Orleans, LA
San Antonio, TX

# INVOICE

| INVOICE DATE | ACCOUNT NUMBER |
|---|---|
| 11/19/12 | 9271 |

| INVOICE NUMBER |
|---|
| S001639935.015 |

**PLEASE REMIT PAYMENT TO:**

CRAWFORD ELECTRIC SUPPLY
P.O. BOX 847160
DALLAS TX 75284-7160

**SOLD TO:**
993 1 AB 0.374   E0010 I0025 0584676216 P1250337 0004:0004

ROBERTSON ELECTRIC, INC.
231 DERRICK DR
HUMBLE TX 77338-5033

**SHIPPED TO: 62970**

C12-124 LOS CERRITOS HANGER
C/O ROBERTSON ELECTRIC, INC.
C/O CRAWFORD ELECTRIC
7390 NORTHCOURT RD
HOUSTON TX 77040-4379

*Lisetiat*

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE NUMBER | ORDERED BY |
|---|---|---|---|
| 9271 | 124-02 | | |

| SALESMAN | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| ERIK SCHINDEWOLF | S001639935.015 | RHOU | 11/16/2012 | PROJECT BILLING |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| | ^LOT BILLING COOPERLT | 1 | 1 | 733.87 | ea | 733.87 |
| | This Lot consists of: | | | | | |
| Type | Description | | Ship Qty | | | |
| | COOPER LIGHTING | | | | | |
| | QUOTE #331-40676-001 | | | | | |
| WW | PHQ-100-HL-120-HMF-WD-AP-L | | 2 | | | |

## THANK YOU FOR YOUR BUSINESS!

All payments are due by 12/25/12.

complete terms and conditions please visit
p://www.cescoltd.com/Customers/CESCO_CreditApplication_0209.pdf

| | | |
|---|---|---|
| **SUBTOTAL** | | 733.87 |
| **S & H CHARGES** | | |
| **SALES TAX** | | 0.00 |
| **TOTAL DUE** | | 733.87 |

sonepar
USA



**CESCO**
Crawford Electric Supply

**CRAWFORD ELECTRIC SUPPLY**
7390 NORTHCOURT RD
HOUSTON TX 77040-4379
713-476-0788 Fax 713-263-1731

Locations to serve you:
Alice, TX
Austin, TX
Bryan/College Station, TX
Beaumont, TX
Conroe, TX
Corpus Christi, TX
Dallas, TX
Fort Worth, TX
Houston, TX
Killeen, TX
New Braunfels, TX
Mission, TX
New Orleans, LA
San Antonio, TX

# INVOICE

| INVOICE DATE | ACCOUNT NUMBER |
|---|---|
| 11/21/12 | 9271 |

| INVOICE NUMBER |
|---|
| S001640158.001 |

| PLEASE REMIT PAYMENT TO: |
|---|
| CRAWFORD ELECTRIC SUPPLY
P.O. BOX 847160
DALLAS TX 75284-7160 |

**SOLD TO:**
478 1 AB 0.374  E0017 I0032 D586006970 P1253231 0002:0002

ROBERTSON ELECTRIC, INC.
231 DERRICK DR
HUMBLE TX 77338-5033

**SHIPPED TO: 62970**

C12-124 LOS CERRITOS HANGER
C/O ROBERTSON ELECTRIC, INC.
231 DERRICK DRIVE
HUMBLE TX 77338-5033

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE NUMBER | ORDERED BY |
|---|---|---|---|
| 9271 | 124-02 | | |

| SALESMAN | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| ERIK SCHINDEWOLF | S001640158.001 | RHOU | 11/21/2012 | 8A |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 04613520886 | SYL CF32DT/E/IN/841/ECO (20886) FLUOR LMP TYPE DL | 14 | 14 | 0.00 | | |
| 04613520902 | SYL FP28/841/ECO (20902) FLUOR LAMP TYPE FA, FB, VS S001640158.001 Subtotal ------- 229.00 | 32 | 32 | 0.00 | | 229.24 |

## THANK YOU FOR YOUR BUSINESS!

All payments are due by 12/25/12.

complete terms and conditions please visit
//www.cescoltd.com/Customers/CESCO_CreditApplication_0209.pdf

Signature          11/21/12
                   Date
Printed Name

| | |
|---|---|
| SUBTOTAL | 229.24 |
| S & H CHARGES | |
| SALES TAX | 0.00 |
| **TOTAL DUE** | **229.24** |

**sonepar**
USA

0002:0002




**Crawford Electric Supply**

**CRAWFORD ELECTRIC SUPPLY**
7390 NORTHCOURT RD
HOUSTON TX 77040-4379
713-476-0788  Fax 713-263-1731

Locations to serve you:
Alice, TX
Austin, TX
Bryan/College Station, TX
Beaumont, TX
Conroe, TX
Corpus Christi, TX
Dallas, TX
Fort Worth, TX
Houston, TX
Killeen, TX
New Braunfels, TX
Mission, TX
New Orleans, LA
San Antonio, TX

# INVOICE

| INVOICE DATE | ACCOUNT NUMBER |
|---|---|
| 12/05/12 | 9271 |

| INVOICE NUMBER |
|---|
| S001640015.001 |

**PLEASE REMIT PAYMENT TO:**

CRAWFORD ELECTRIC SUPPLY
P.O. BOX 847160
DALLAS  TX  75284-7160

**SOLD TO:**
235 2 SP 0.650   E0051  I0393 D595246048 P1271510 0007:0007

ROBERTSON ELECTRIC, INC.
231 DERRICK DR
HUMBLE TX 77338-5033

ENTERED
12/18/12

**SHIPPED TO: 62970**

C12-124 LOS CERRITOS HANGER
C/O ROBERTSON ELECTRIC, INC.
C/O CRAWFORD ELECTRIC
7390 NORTHCOURT RD
HOUSTON  TX  77040-4379

Lighting

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE NUMBER | ORDERED BY |
|---|---|---|---|
| 9271 | 124-02 | | |

| SALESMAN | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| ERIK SCHINDEWOLF | S001640015.001 | RHOU | 12/04/2012 | PROJECT BILLING |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| | ^LOT BILLING AMETRIX | 1 | 1 | 5,910.76 | ea | 5,910.76 |
| | This Lot consists of: | | | | | |
| Type | Description | | Ship Qty | | | |
| | QUOTE # 331-40676-001 | | | | | |
| VS | VS-SI-C-1-LF-28-1C-UNV-S-PP12 | | 12 | | | |

## THANK YOU FOR YOUR BUSINESS!

All payments are due by 01/25/13.

complete terms and conditions please visit
/www.cescoltd.com/Customers/CESCO_CreditApplication_0209.pdf

| | |
|---|---|
| SUBTOTAL | 5,910.76 |
| S & H CHARGES | |
| SALES TAX | 0.00 |
| TOTAL DUE | 5,910.76 |

**sonepar**
usa

0007:0007

 **CRAWFORD ELECTRIC SUPPLY**
7390 NORTHCOURT RD
HOUSTON TX 77040-4379
713-476-0788 Fax 713-263-1731

Crawford Electric Supply



**Locations to serve you:**
Alice, TX
Austin, TX
Bryan/College Station, TX
Beaumont, TX
Conroe, TX
Corpus Christi, TX
Dallas, TX
Fort Worth, TX
Houston, TX
Killeen, TX
New Braunfels, TX
Mission, TX
New Orleans, LA
San Antonio, TX

# INVOICE

| INVOICE DATE | ACCOUNT NUMBER |
|---|---|
| 12/05/12 | 9271 |

| INVOICE NUMBER |
|---|
| S001640015.001 |

**PLEASE REMIT PAYMENT TO:**

CRAWFORD ELECTRIC SUPPLY
P.O. BOX 847160
DALLAS TX 75284-7160

**SOLD TO:**
235 2 SP 0.850   E0051  I0393 D595246048 P1271510 0007:0007

ROBERTSON ELECTRIC, INC.
231 DERRICK DR
HUMBLE TX 77338-5033

ENTERED
12/18/12

**SHIPPED TO: 62970**

C12-124 LOS CERRITOS HANGER
C/O ROBERTSON ELECTRIC, INC.
C/O CRAWFORD ELECTRIC
7390 NORTHCOURT RD
HOUSTON TX 77040-4379

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE NUMBER | ORDERED BY |
|---|---|---|---|
| 9271 | 124-02 | | |

| SALESMAN | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| ERIK SCHINDEWOLF | S001640015.001 | RHOU | 12/04/2012 | PROJECT BILLING |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| | ^LOT BILLING AMETRIX | 1 | 1 | 5,910.76 | ea | 5,910.76 |
| | This Lot consists of: | | | | | |
| Type | Description | | Ship Qty | | | |
| | QUOTE # 331-40676-001 | | | | | |
| VS | VS-SI-C-1-LF-28-1C-UNV-S-PP12 | | 12 | | | |

## THANK YOU FOR YOUR BUSINESS!

All payments are due by 01/25/13.

complete terms and conditions please visit
//www.cescoltd.com/Customers/CESCO_CreditApplication_0209.pdf


sonepar
usa

| | |
|---|---|
| SUBTOTAL | 5,910.76 |
| S & H CHARGES | |
| SALES TAX | 0.00 |
| TOTAL DUE | 5,910.76 |

0007:0007



CESCO
Crawford Electric Supply

**CRAWFORD ELECTRIC SUPPLY**
7390 NORTHCOURT RD
HOUSTON TX 77040-4379
713-476-0788  Fax 713-263-1731

Locations to serve you:
Alice, TX
Austin, TX
Bryan/College Station, TX
Beaumont, TX
Conroe, TX
Corpus Christi, TX
Dallas, TX
Fort Worth, TX
Houston, TX
Killeen, TX
New Braunfels, TX
Mission, TX
New Orleans, LA
San Antonio, TX

# INVOICE

| INVOICE DATE | ACCOUNT NUMBER |
|---|---|
| 12/17/12 | 9271 |

| INVOICE NUMBER |
|---|
| S001776706.001 |

| PLEASE REMIT PAYMENT TO: |
|---|
| CRAWFORD ELECTRIC SUPPLY<br>P.O. BOX 847160<br>DALLAS TX 75284-7160 |

**SOLD TO:**
541 1 AB 0.374  E0031 I0067 D600954580 P1281343 0004:0005

ROBERTSON ELECTRIC, INC.
231 DERRICK DR
HUMBLE TX 77338-5033

*Entered*
*12-27-12*

**SHIPPED TO: 62970**

C12-124 LOS CERRITOS HANGER
C/O ROBERTSON ELECTRIC, INC.
231 DERRICK DR.
HUMBLE TX 77338-5033

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE NUMBER | ORDERED BY |
|---|---|---|---|
| 9271 | 124-03 | | JERROD |

| SALESMAN | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| RENEE DANKLEFSEN | S001776706.001 | RHOU | 12/17/2012 | 8A |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 78285636406 | ERC AF146TI<br>3/8 PLN ROD PURLIN CLIP | 80 | 80 | 99.00 | c | 79.20 |
| 76466655210 | PRIMES' ATZ38120<br>3/8 x 10 Grip-Rite Zinc All Thread<br>Rod | 320 | 320 | 38.68 | c | 123.78 |
| 972080433 | M-TAL JN165<br>3/8-16 ZINC HEX FIN NUT | 200 | 200 | 3.24 | c | 6.48 |
| 05972080543 | M-TAL JW119<br>3/8X1-1/4 FENDER WASHER | 200 | 200 | 4.35 | c | 8.70 |
| 98001002001 | EMT 012E 1/2IN EMT CONDUIT 10FT | 1,000 | 1,000 | 15.77 | c | 157.70 |
| 05016902022 | RACO 2022<br>1/2"" SS STEEL EMT CPL | 100 | 100 | 17.64 | c | 17.64 |
| 05016902002 | RACO 2002<br>1/2"" SS STEEL EMT CONN | 100 | 100 | 15.92 | c | 15.92 |
| 78174700920 | BRI 920-S<br>1/2 1H STL EMT STRAP | 100 | 100 | 6.53 | c | 6.53 |
| 05016990232 | RACO 232<br>4SQ 2-1/8DP BOX 1/2&3/4 KO'S | 50 | 50 | 124.78 | c | 62.39 |
| 05016990752 | RACO 752<br>4-IN SQ FLAT BLANK COVER | 50 | 50 | 32.38 | c | 16.19 |
| 05016900689 | RACO 689<br>3 1/2 1 GANGABLE MAS BOX | 14 | 14 | 286.77 | c | 40.15 |
| 78174715408 | BRI 408-DC2<br>3/4 SQZ FLEX CONN | 30 | 30 | 85.03 | c | 25.51 |
| 98006006242 | PVCFIT 034P FA<br>3/4 PVC COND FEMALE ADAPTER | 20 | 20 | 22.33 | c | 4.47 |
| 78285625208 | ERC SCH8<br>1/2 EMT TO STRUT CLIP | 50 | 50 | 60.13 | c | 30.07 |
| 78285625212 | ERC SCH12<br>3/4 EMT TO STRUT CLIP | 25 | 25 | 62.85 | c | 15.71 |
| 05400743155 | 3M R/Y+JUG | 1,000 | 1,000 | 90.33 | m | 90.33 |

All payments are due by 01/25/13.

complete terms and conditions please visit
://www.cescoltd.com/Customers/CESCO_CreditApplication_0209.pdf

| | |
|---|---|
| **SUBTOTAL** | |
| **S & H CHARGES** | |
| **SALES TAX** | |
| **TOTAL DUE** | **CONTINUED** |

sonepar
usa

0004:0005



**CRAWFORD ELECTRIC SUPPLY**
7390 NORTHCOURT RD
HOUSTON TX 77040-4379
713-476-0788 Fax 713-263-1731

Crawford Electric Supply



Locations to serve you:
Alice, TX
Austin, TX
Bryan/College Station, TX
Beaumont, TX
Conroe, TX
Corpus Christi, TX
Dallas, TX
Fort Worth, TX
Houston, TX
Killeen, TX
New Braunfels, TX
Mission, TX
New Orleans, LA
San Antonio, TX

# INVOICE

| INVOICE DATE | ACCOUNT NUMBER |
|---|---|
| 12/17/12 | 9271 |

| INVOICE NUMBER |
|---|
| S001776706.001 |

| PLEASE REMIT PAYMENT TO: |
|---|

CRAWFORD ELECTRIC SUPPLY
P.O. BOX 847160
DALLAS TX 75284-7160

**SOLD TO:**
541 1 AB 0.374  E0031 I0068 D600954580 P1281343 0005:0005

ROBERTSON ELECTRIC, INC.
231 DERRICK DR
HUMBLE TX 77338-5033

**SHIPPED TO: 62970**

C12-124 LOS CERRITOS HANGER
C/O ROBERTSON ELECTRIC, INC.
231 DERRICK DR.
HUMBLE TX 77338-5033

| ACCOUNT NUMBER | CUSTOMER PO NUMBER | RELEASE NUMBER | ORDERED BY |
|---|---|---|---|
| 9271 | 124-03 | | JERROD |

| SALESMAN | INVOICE NUMBER | SHIPPING BRANCH | SHIP DATE | SHIP VIA |
|---|---|---|---|---|
| RENEE DANKLEFSEN | S001776706.001 | RHOU | 12/17/2012 | 8A |

| SKU | DESCRIPTION | ORDER QTY | SHIP QTY | UNIT PRICE | UOM | EXT PRICE |
|---|---|---|---|---|---|---|
| 63972080354 | SPRING CONNECTOR RED/YELLOW (500/JUG) M-TAL JTEKD6 | 500 | 500 | 8.06 | c | 40.30 |
| 980022S0057 | 10X3/4 HEX TEK SCREW GSTRUT THIN10PG 1-5/8""X13/16"" 14G SLOTTED PRE-GALV 10FT | 20 | 20 | 95.02 | c | 19.00 |
| 98010022900 | WIC THHN 12 STR BLK 500R | 1,000 | 1,000 | 132.14 | m | 132.14 |
| 98010022920 | WIC. THHN 12 STR RED 500R | 1,000 | 1,000 | 132.14 | m | 132.14 |
| 98010022910 | WIC. THHN 12 STR WHT 500R | 1,000 | 1,000 | 132.14 | m | 132.14 |
| 98010022940 | WIC. THHN 12 STR GRN 500R | 1,500 | 1,500 | 132.14 | m | 198.21 |
| 98010022945 | WIC. THHN 12 STR ORG 500R | 1,000 | 1,000 | 132.14 | m | 132.14 |
| 98010022965 | WIC. THHN 12 STR PNK 500R | 1,000 | 1,000 | 132.14 | m | 132.14 |

## THANK YOU FOR YOUR BUSINESS!

All payments are due by 01/25/13.

complete terms and conditions please visit
//www.cescoltd.com/Customers/CESCO_CreditApplication_0209.pdf

| SUBTOTAL | 1,618.98 |
|---|---|
| S & H CHARGES | |
| SALES TAX | 0.00 |
| **TOTAL DUE** | **1,618.98** |



sonepar
usa

Page 2 of 2

# ELLIOTT ELECTRIC SUPPLY, INC.

SHIP TO:

C12-124 LOS CERRITOS HANGER
COUNTY RD 410
UVALDE, TX 78801

Entered
1/8/13

| INV. NO. | 33-06443-01 | PAGE 1 |
|---|---|---|
| DATE | 12/29/12 | |

| CUSTOMER ORDER NO. 0 | SALESMAN 5071 | STR 33 | DATE SHIPPED 12/27/12 |
|---|---|---|---|
| FROM Humble | FREIGHT PREPAID | VIA Our Truck | |

SOLD TO:
6850667
ROBERTSON ELECTRIC LLC
231 DERRICK DR
HUMBLE TX 77338-5033

REMIT TO P.O. BOX 630610 NACOGDOCHES, TEXAS 75963

ADDITIONAL TERMS ON BACK

| SHIPPED | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1000 | 0 | THHN12STBK500 | COP | 12 THHN STR BLACK-500' | 118.40 | M | 118.40 |
| 1000 | 0 | THHN12STRD500 | COP | 12 THHN STR RED-500' | 118.40 | M | 118.40 |
| 1000 | 0 | THHN12STWH500 | COP | 12 THHN STR WHITE-500' | 118.40 | M | 118.40 |
| 1000 | 0 | THHN12STGN500 | COP | 12 THHN STR GREEN-500' | 118.40 | M | 118.40 |
| 500 | 0 | EMT12 | CON | 1/2" EMT CONDUIT | 17.59 | C | 87.95 |
| 50 | 0 | 230DC2 | BRI | 1/2" EMT SS DIECAST CONNE | 14.88 | C | 7.44 |
| 50 | 0 | 240DC | BRI | 1/2" EMT SET SCREW DIECAS | 16.26 | C | 8.13 |
| 200 | 0 | EMT34 | CON | 3/4" EMT CONDUIT | 36.48 | C | 72.96 |
| 25 | 0 | 231DC2 | BRI | 3/4" EMT SET SCREW DIECAS | 24.51 | C | 6.13 |
| 25 | 0 | 241DC | BRI | 3/4" EMT SET SCREW DIECAS | 24.87 | C | 6.22 |
| 100 | 0 | 921S | BRI | 3/4" ONE HOLE EMT STRAP | 7.32 | C | 7.32 |
| 100 | 0 | 920S | BRI | 1/2" ONE HOLE EMT STRAP | 5.99 | C | 5.99 |
| 50 | 0 | TP414 | CRS | 4" SQ MOLDED COMBO 1/2 & | 73.80 | C | 36.90 |
| 50 | 0 | 560DC2 | BRI | 3/8" DC 1 SCREW STRAP CON | 68.71 | C | 34.36 |

| IF PAID BY | DEDUCT | | | | |
|---|---|---|---|---|---|
| 2/10/13 | 0.00 | 747.00 | 0.00 | | 747.00 |

# ELLIOTT ELECTRIC SUPPLY, INC.

DUPLICATE

SHIP TO:

C12-124 LOS CERRITOS HANGER
COUNTY RD 410
UVALDE, TX 78801

| INV. NO. | 33-06443-01 | PAGE 1 |
|---|---|---|
| DATE | 12/29/12 | |

| CUSTOMER ORDER NO. 0 | SALESMAN 5071 | STR 33 | DATE SHIPPED 12/27/12 |
|---|---|---|---|
| FROM Humble | FREIGHT PREPAID | VIA Our Truck | |

SOLD TO:
6850667
ROBERTSON ELECTRIC LLC
231 DERRICK DR
HUMBLE TX 77338-5033

REMIT TO P.O. BOX 630610 NACOGDOCHES, TEXAS 75963

ADDITIONAL TERMS ON BACK

| SHIPPED | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1000 | 0 | THHN12STBK500 | COP | 12 THHN STR BLACK-500' | 118.40 | M | 118.40 |
| 1000 | 0 | THHN12STRD500 | COP | 12 THHN STR RED-500' | 118.40 | M | 118.40 |
| 1000 | 0 | THHN12STWH500 | COP | 12 THHN STR WHITE-500' | 118.40 | M | 118.40 |
| 1000 | 0 | THHN12STGN500 | COP | 12 THHN STR GREEN-500' | 118.40 | M | 118.40 |
| 500 | 0 | EMT12 | CON | 1/2" EMT CONDUIT | 17.59 | C | 87.95 |
| 50 | 0 | 230DC2 | BRI | 1/2" EMT SS DIECAST CONNE | 14.88 | C | 7.44 |
| 50 | 0 | 240DC | BRI | 1/2" EMT SET SCREW DIECAS | 16.26 | C | 8.13 |
| 200 | 0 | EMT34 | CON | 3/4" EMT CONDUIT | 36.48 | C | 72.96 |
| 25 | 0 | 231DC2 | BRI | 3/4" EMT SET SCREW DIECAS | 24.51 | C | 6.13 |
| 25 | 0 | 241DC | BRI | 3/4" EMT SET SCREW DIECAS | 24.87 | C | 6.22 |
| 100 | 0 | 921S | BRI | 3/4" ONE HOLE EMT STRAP | 7.32 | C | 7.32 |
| 100 | 0 | 920S | BRI | 1/2" ONE HOLE EMT STRAP | 5.99 | C | 5.99 |
| 50 | 0 | TP414 | CRS | 4" SQ MOLDED COMBO 1/2 & | 73.80 | C | 36.90 |
| 50 | 0 | 560DC2 | BRI | 3/8" DC 1 SCREW STRAP CON | 68.71 | C | 34.36 |

| IF PAID BY | DEDUCT | | | | |
|---|---|---|---|---|---|
| 2/10/13 | 0.00 | 747.00 | 0.00 | | 747.00 |

# SBS

# DEFENDANT'S

# EXHIBIT

# 117



# FOUNDATION PLAN
SCALE: 1/8" = 1'-0"

## FOUNDATION NOTES
1. SEE SHEET S-1 FOR GENERAL NOTES.
2. SHEET S-1 & S-2 FOR TYPICAL DETAILS.
3. CONTRACTOR IS RESPONSIBLE FOR LOCATION OF ALL FLOOR DRAINS (F.D.) WHETHER OR NOT THEY ARE NOTED ON THE STRUCTURAL NOTES OR PLANS.
4. DIMENSIONS SHOWN ARE FOR GENERAL INFORMATION, COORDINATE WITH ARCHITECTURAL PLANS.
5. CONTRACTOR/SUBCONTRACTOR IS RESPONSIBLE FOR VERIFYING ALL DIMENSIONS WITH ARCHITECTURAL PLANS BEFORE COMMENCING ANY WORK. THE CONTRACTOR/ SUBCONTRACTOR SHALL REPORT ANY DISCREPANCIES TO THE ARCHITECT/ENGINEER BEFORE THE WORK HAS BEGUN.
6. WALL LEGEND:
   INDICATES 8" CMU WALL. REFER CMU WALL SCHEDULE
7. ABBREVIATIONS:
   CLC=CENTER LINE COLUMN
   FOC=FACE OF COLUMN
   FOW=FACE OF WALL
   FFE=FINISH FLOOR ELEVATION
8. ALL ELEVATIONS REFERENCED HEREIN, ARE FROM THE BUILDING FINISH FLOOR ELEVATION OF 0'-0". REFER TO CIVIL PLANS FOR FINAL BUILDING ELEVATION.

## KEYED FOUNDATION NOTES
1. 12" THICK 4000 PSI CONCRETE SLAB WITH #5 BARS @ 12" O.C. EACH WAY AT 4" FROM TOP OF SLAB OVER 12" OF COMPACTED FILL AS DESCRIBED ON THE GENERAL NOTES FOR SITE PREPARATION GUIDELINES ON SHEET S-1.
2. SLAB CONTROL JOINTS, SEE DETAIL 4/S-1.
3. CMU WALL CONTROL JOINTS RE: 3/S-2.
4. HAIRPINS FOR ANCHOR BOLTS AT SLAB, RE:10 & 11/SD-1.
5. SLAB CONSTRUCTION JOINT, SEE DETAIL 5/S-1.

## CMU WALL REINFORCING SCHEDULE

| WALL TYPE | t | REINFORCING— SEE FOOT NOTE (4) | FOOT NOTE | SPEC. INSP. |
|---|---|---|---|---|
| WL-1 | 8" | #5 BARS (V) @ 32" O.C. CTR. & (1) #5 BAR @ 5'-8" O.C. (H) | (3) | NO |
| WL-2 | | | | |
| WL-3 | | | | |
| WL-4 | | | | |

(1) NOT USED
(2) TYP. 8" CMU INTERIOR WALL U.N.O.
(3) TYP. 8" CMU EXTERIOR WALL U.N.O.
(4) WALL HORIZONTAL (H) REINFORCEMENT TO OCCUR IN CONTINUOUS BOND BEAMS SPACED AS INDICATED IN THE SCHEDULE ABOVE.

## ANCHOR BOLT LENGTH SCHEDULE(1)

| DIAMETER | LENGTH | REMARKS |
|---|---|---|
| 3/4" | 24" | BOTTOM WASHER PL 3/4"x3"x3" WELDED TO BOTTOM NUT |
| 1" | 30" | BOTTOM WASHER PL 3/4"x3"x3" WELDED TO BOTTOM NUT |
| 1-1/4" | 36" | BOTTOM WASHER PL 3/4"x3"x3" WELDED TO BOTTOM NUT |

FOOTNOTES:
(1) REFER TO METAL BUILDING MANUFACTURER FOR DIAMETER OF ANCHOR BOLTS AT THE DIFFERENT COLUMN LOCATIONS.

## FOOTING SCHEDULE
SCALE: N.T.S.

TYPE "T"          TYPE "C"

| TYPE | A | B | C | D | REINFORCING |
|---|---|---|---|---|---|
| | | | | | |

JOHN GRABLE ARCHITECTS INC
222 AUSTIN HIGHWAY
SAN ANTONIO, TEXAS 78209
P 210 820 3352 F 210 820 3334 WWW.JOHNGRABLE.COM

SSE SYNERGY STRUCTURAL ENGINEERING, INC
901 VICTORIA ST. SUITE "C"
LAREDO, TX 78040

THE SEAL APPEARING ON THIS DOCUMENT WAS AUTHORIZED BY VICTOR M. DE ANDA, P.E. 92041 EXPIRES ON 06/30/2012.

REVISIONS:

ROD LEWIS
LOS CERRITOS HANGAR
Address

PROJECT ADDRESS

| | |
|---|---|
| DRAWN: | VDA |
| CHECKED: | VDA |
| PROJECT NO: | SSE-12-013 |
| DATE: | JUNE 26, 2012. |
| SHEET NO. | |

# S-3



### KEYED FRAMING NOTES

1. 12" ZEE PURLINS AT 5'-0" O.C. MAX. PROVIDE BRACING AND LAP AS REQUIRED BY PRE-ENGINEERED BUILDING MANUFACTURER.
2. STANDING SEAM METAL ROOF PER ARCHITECT
3. DIAGONAL BRACING AS REQUIRED BY PRE-ENGINEERED BUILDING MANUFACTURER.
4. PORTAL FRAME AS REQUIRED BY PRE-ENGINEERED BUILDING MANUFACTURER.
5. MEZZANINE METAL JOISTS 1200S200-68 MIL @ 16" O.C. WITH CONT. BLOCKING AT MID-SPAN.
6. PROVIDE TRIPLE STUD AT JAMB BELOW BOX HEADER BEAM
7. STEEL COLUMN HSS 3x3x3/16 WITH BASE PLATE PL 1/2"x8"x0'-8" WITH (4) 1/2" DIA NELSON STUDS x 8" LONG.
8. 4" NORMAL WEIGHT CONCRETE DECK WITH WWF 6x6-W2.9xW2.9 OVER VULCRAFT METAL DECK 1.0C 24 GA. WITH FASTENER PATTERN 33/4 WITH #12 TEK SCREWS AT SUPPORT AND #10 TEKS SCREWS @ 12" O.C. AT SIDELAPS, TOTAL THICKNESS OF SLAB = 4 1/2" CONC. FILL + 1.0" MTL. DECK). PROVIDE SAW CRACK CONTROL JOINTS @ 15'-0" O.C. MAX. EACH WAY 1/4" WIDE x 1" DEEP.

### FRAMING NOTES

1. SEE SHEET S-1 FOR GENERAL NOTES.
2. SHEET S-1 & S-2 FOR TYPICAL DETAILS.
3. REFER TO MECHANICAL AC DRAWINGS FOR LOCATION AND SIZE OF REFRIGERANT PIPING AND DUCT WORK, MECHANICAL UNITS, WEIGHTS, & SUPPORTS.
4. DIMENSIONS SHOWN ARE FOR GENERAL INFORMATION, COORDINATE WITH ARCHITECTURAL PLANS.
5. CONTRACTOR/SUBCONTRACTOR IS RESPONSIBLE FOR VERIFYING ALL DIMENSIONS WITH ARCHITECTURAL PLANS BEFORE COMMENCING ANY WORK. THE CONTRACTOR/ SUBCONTRACTOR SHALL REPORT ANY DISCREPANCIES TO THE ARCHITECT/ENGINEER BEFORE THE WORK HAS BEGUN.
6. WALL LEGEND:
   ▨▨▨ INDICATES 8" CMU WALL. REFER CMU WALL SCHEDULE
7. ABBREVIATIONS:
   C.L.C.=CENTER LINE COLUMN
   F.O.C.=FACE OF COLUMN
   F.O.W.=FACE OF WALL
   F.F.E=FINISH FLOOR ELEVATION
8. ALL ELEVATIONS REFERENCED HEREIN, ARE FROM THE BUILDING FINISH FLOOR ELEVATION OF 0'-0". REFER TO CIVIL PLANS FOR FINAL BUILDING ELEVATION.

**1. ROOF FRAMING PLAN** SCALE: 1/8" = 1'-0"

**2. CMU WALL AND METAL STUD WALL CONNECTION** SCALE: 1" = 1'-0"

JOHN GRABLE
ARCHITECTS, INC.
222 AUSTIN HIGHWAY
SAN ANTONIO, TEXAS 78209
P 210 820 3332 F 210 820 3334 WWW.JOHNGRABLE.COM

SSE
SYNERGY
STRUCTURAL
ENGINEERING, INC.
VICTORIA ST. SUITE 'C'
LAREDO, TX. 78040
synergy-ss.com
TBPE Firm Registration
No. F-9661

REVISIONS:

ROD LEWIS
LOS CERRITOS HANGAR
Address

PROJECT ADDRESS

PROJECT ADDRESS

DRAWN: VDA
CHECKED: VDA
PROJECT NO: SSE-12-013
DATE: JUNE 26, 2012.
SHEET NO.

# S-4

These drawings and specifications are and shall remain the property of the Engineer. They may not be reused, reproduced or altered in any way without prior written approval from and with appropriate compensation to the Engineer.

# SBS

# DEFENDANT'S

# EXHIBIT

# 118

## SECTION II.
## QUESTIONS TO BE PROPOUNDED

1.    State your full name and occupation, address and telephone number.

ANSWER    (NAME) _Thomas L. Pittman_

(OCCUPATION) _General Contractor_

(ADDRESS) _24902 Birdie Ridge St. TX 78260_

(TELEPHONE #) _210-219.1004_

2.    Have you received a Supboena Duces Tecum for the production of documents as enumerated herein?

ANSWER _Yes_

3.    Are you able to identify these records as the originals or true and correct copies of the originals?

ANSWER _I HAVE NO RECORDS IN ANY SUBPOENA CATAGORY._

4.    Were these records made and kept in the regular course of your business?

ANSWER _SEE NUMBER 3_

5.    In the regular course of business of your practice, business, or institution, did the person who signed the records and/or reports either have personal knowledge of the entries shown on the records and/or reports, or obtain the information to make the entries from the sources who have such personal knowledge?

ANSWER _SEE NUMBER 3_

6.    Were such memoranda or documents then transmitted to your files and thereafter maintained under your care, supervision, direction, custody, control or access as custodian of this facility.

ANSWER _SEE NUMBER 3_

7.    Were the memoranda or documents that were transmitted to your files

DEFENDANT'S SUBPOENA TO NON-PARTY-

DEFENDANT'S EXHIBIT 118 S&S PENGAD-Bayonne, N.J.

8

original entries on the part of the Custodian or other employee or member of the staff of this facility?

ANSWER _SEE NUMBER 3_

8.    Were the records or documents prepared at or about the time of the events and conditions they record?

ANSWER _SEE NUMBER 3_

9.    Were these records kept as described in the previous questions?

ANSWER _SEE NUMBER 3_

10.    Please hand the original records or copies thereof, as requested in the Subpoena Duces Tecum, to the Notary Public taking your deposition for attachment to this deposition. Have you done as requested? If not, why not?

ANSWER _SEE NUMBER 3_

11.    Has anything been removed from or altered in the original records before making these copies?

ANSWER _SEE NUMBER 3_

12.    If you have answered the previous question yes, please state fully and precisely what alterations were made in the original records and attach copies of every document removed from the original records.

ANSWER _SEE NUMBER 3_

13.    Please examine the copies of the original requested records pertaining to the above individual, before the Notary Public and state whether or not they are true and correct copies of the original.

ANSWER _I HAVE NO RECORDS AND NONE ARE ATTACHED._

14. In the event that no records can be found, are there documents archives (i.e. microfiche) or document retention policies which explain their absence? If so, please identify who has knowledge of those archives or policies of the above named facility.

ANSWER _ON MAY OR ABOUT MARCH 21ST I RESIGNED FROM LEWIS ENERGY AND DID NOT RETAIN ANY DOCUMENT PERTAINING_

15. Do you understand that Select Building Systems, Inc., is a party in the case referenced above?

ANSWER _YES_

16. Do you understand that this Deposition on Written questions is being served upon you pursuant to a request by Select Building Systems, Inc.'s attorney?

ANSWER _YES_

17. Do you understand that the documents requested in this Deposition on Written Questions are being requested pursuant to a subpoena?

ANSWER _YES_

19. Are the documents you are producing in this Deposition the records, reports, statements, or data compilations of you or your company?

ANSWER _I HAVE NO DOCUMENTS TO PRODUCE_

20. Are you a custodian of records for these documents that are being produced?

ANSWER _NO_

I, ~~Thomas L. Primsal~~ _____ (~~Custodian of Record~~/Witness), do swear or affirm that my answers to the above questions are the truth, the whole truth and nothing but the truth, so help me God.



_____
~~Custodian of Record~~/Witness

The undersigned Notary Public, do hereby certify the above ~~Custodian~~/Witness was duly sworn and the non-stenographic recording of this Written Deposition is a true record of the ~~Custodian~~/Witness testimony.

GIVEN UNDER MY HAND AND SEAL OF OFFICE, THIS 14th DAY OF _January_ 2014

LISA ALICE HENDERSON
Notary Public, State of Texas
My Commission Expires
March 21, 2014

_____
Notary Public in and for the State of Texas

[SEAL]

| | | |
|---|---|---|
| ROBERTSON ELECTRIC, INC., | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | 216<sup>TH</sup> JUDICIAL DISTRICT |
| SELECT BUILDING SYSTEMS, INC., | § | |
| TRI-BAR RANCH COMPANY, LTD., | § | |
| And RODNEY R. LEWIS | § | |
| | § | |
| Defendants. | § | KENDALL COUNTY, TEXAS |

## DEFENDANT SELECT BUILDING SYSTEMS, INC.'S (SBS) TRIAL EXHIIBITS
### (March 6, 2015)

## No.   Description

1.  Change Order No. 1

2.  Change Order No. 2

3.  Change Order No. 3

4.  Email to T. Pittman from J. Maywald dated December 28, 2012

5.  Email to T. Pittman from D. Morgan dated January 18, 2013

6.  Email to T. Pittman from D. Morgan dated January 31, 2013 regarding Change Orders

7.  SBS Draw Recap

8.  Email between T. Pittman and J. Grable dated May 19, 2013

9.  D. Bodie email to Tony Weigand dated June 26, 2013

10.  Draw #7 Application dated February 5, 2013

11.  Email to T. Pittman from D. Morgan dated February 6, 2013 with letter dated same date

12.  Letter to T. Pittman from S. Schiffman dated February 15, 2013 with Final Pay App Feb. 18, 2013

13. Email to T. Pittman from S. Schiffman dated February 28, 2013

14. Letter to J. Green/SBS from John Grable dated February 28, 2013 with attachments

15. Email to J. Robertson from S. Schiffman dated March 14, 2013

16. Letter to J. Green/SBS from J. Grable dated March 15, 2013

17. Letter to T. Pittman from SBS dated March 19, 2013

18. Email (string) to D. Morgan from S. Schiffman w/photos attached dated March 15, 2013

19. Email to S. Schiffman from T. Pittman dated March 26, 2013

20. Emails between T. Pittman and J. Grable dated March 19, 2013

21. Email to J. Green & S. Schiffman dated April 1, 2013

22. Affidavit Claiming Statutory and Constitutional Mechanic's & Materialman's Lien against the Real Property by SBS

23. Chart of Amounts Remaining to be Paid

24. Attorney Fee Invoices

25. Email to T. Pittman from J. Green dated January 14, 2013

26. Email to J. Green from T. Pittman dated January 14, 2013

27. Email to D. Morgan from J. Green dated January 15, 2013

28. Email to J. Green from M. Martinez dated January 9, 2013 – (electrical change)

29. Email to M. Martinez from K. Kieke dated December 3, 2012

30. Email to R. Lewis from J. Grable dated November 26, 2012

31. Email K. Kieke to M. Martinez dated December 4, 2012

32. J. Grable email dated December 7, 2012

33. Email M. Martinez to J. Green dated March 26, 2012

34. K. Kieke email dated December 10, 2012

35. M. Martinez email dated December 10, 2012

36. V. Anda email dated December 12, 2012

37. V. Anda email dated December 12, 2012

38. K. Kieke email dated December 13, 2012

39. K. Kieke email dated December 19, 2013

40. J. Grable email dated January 1, 2013

41. K. Kieke email dated January 23, 2013

42. Email to J. Grable from K. Kieke dated January 23, 2013

43. T. Pittman email dated January 23, 2013

44. Email from K. Kieke dated January 24, 2013

45. Email to J. Grable from R. Lewis dated January 29, 2013

46. Email K. Kieke to M. Martinez dated January 31, 2013

47. Email from M. Martinez to K. Kieke dated January 31, 2013

48. Email from K. Kieke to Bob Carnwath dated January 31, 2013

49. Email from K. Kieke to B. Carnwath dated February 1, 2013

50. Email from K. Kieke to T. Pittman/J. Grable dated February 4, 2013

51. Email from M. Martinez to K. Kieke dated February 4, 2013

52. Email from K. Kieke to T. Pittman dated January 29, 2013

53. Email from K. Kieke to Victor De Anda dated January 30, 2013

54. Email from J. Green to M. Martinez dated November 12, 2012

55. Email from S. Schiffman to J. Grable et al dated November 14, 2012

56. Email from J. Grable to T. Pittman/R. Lewis dated November 26, 2012

57. Email from J. Grable to R. Lewis dated December 3, 2012

58. Email from M. Martinez to J. Grable dated January 23, 2013

59. Email from R. Lewis to T. Pittman dated January 23, 2013

60. Email from K. Kieke to J. Grable dated January 30, 2013

61. Email from J. Grable to R. Lewis dated January 30, 2013

62. Email from J. Green to T. Pittman/J Grable dated October 23, 2012

63. Email from G. Glass and R. Lewis to T. Pittman et al dated Nov. 2, 2012

64. Email from D. Boddie to T. Pittman dated June 6, 2013

65. Email from B. Carnwath to J. Holt dated February 12, 2013

66. Email from T. Weigand to R. Lewis dated November 4, 2012

67. Email from K. Kieke to M. Martinez dated January 22, 2013

68. Email from K. Kieke to V. De Anda dated January 30, 2013

69. Email from K. Kieke to J. Grable dated January 31, 2013

70. Email from K. Kieke to S. Schiffman et al dated February 4, 2013

71. Email from D. Boddie to T. Pittman dated June 8, 2013

72. Email from V. De Anda to K. Kieke dated January 16, 2013

73. Email from T. Pittman to J. Grable dated February 28, 2013

74. Email from T. Pittman to J. Grable dated March 4, 2013

75. Email from M. Martinez to Erik Key dated February 21, 2013

76. Email from E. Key to M. Martinez dated February 25, 2013

77. Email from E. Key to M. Martinez dated March 5, 2013

78. Email from M. Martinez to E. Key dated March 5, 2013

79. Email from M. Martinez to E. Key dated March 6, 2013

80. Email from M. Martinez to E. Key dated March 6, 2013

81. Email from M. Martinez to E. Key dated March 6, 2013

82. Email from E. Key to M. Martinez dated March 7, 2013

83. Email from E. Key to M. Martinez dated March 7, 2013

84. Email from M. Martinez to D. Boddie dated March 8, 2013

85. Email from M. Martinez to E. Key dated March 19, 2013

86. Email from J. Grable to D. Boddie dated March 21, 2013

87. Email from M. Martinez to D. Boddie dated March 21, 2013

88. Email from Xavier Cantu to E. Key dated March 26, 2013

89. Email from E. Key to X. Cantu dated March 26, 2013

90. Email from M. Martinez to E. Key dated March 28, 2013

91.  Email from M. Martinez to D. Boddie dated March 28, 2013

92.  Email from D. Boddie to X. Cantu dated April 1, 2013

93.  Email from E. Key to T. Pittman dated April 12, 2013

94.  Email from D. Boddie to T. Pittman dated April 15, 2013

95.  Email from K. Kieke to M. Martinez dated December 13, 2012

96.  Email from J. Grable to J. Green dated August 9, 2012

97.  Email from J. Grable to V. De Anda dated August 18, 2012

98.  Email from J. Gonzalez to J. Grable dated August 19, 2012

99.  SBS Weekly Job Report dated October 21, 2012

100.  SBS Weekly Job Report dated November 11, 2012

101.  SBS Weekly Job Report dated December 9, 2012

102.  SBS Weekly Job Report dated January 6, 2013

103.  SBS Weekly Job Report dated February 3, 2013

104.  SBS Daily Field Reports beginning dated December 6, 2012

105.  SBS Daily Field Reports beginning dated January 2, 2013

106.  SBS Daily Field Reports beginning dated February 1, 2013

107.  Email from J. Grable to R. Lewis dated November 28, 2012

108.  Email from Parnak Charkhchi to Steve Mowrer dated May 29, 2013

109.  Email from T. Weigand to R. Lewis dated November 4, 2012

110.  Email from J. Briggs to J. Alonzo dated June 27, 2013

111.  Email from T. Pittman to J. Grable dated February 28, 2013

112.  Email from J. Grable to R. Lewis dated April 17, 2013

113.  Email from T. Weigand to J. Grable dated September 17, 2013

114.  Email from M. Martinez to D. Boddie dated April 2, 2013

115.  Email from M. Martinez to D. Boddie dated May 13, 2013

116.  Email from V. De Anda to K. Kieke dated January 17, 2013

117.  Full sized shop drawings and plans

# ▓ AIA® Document G701™ – 2001

## Change Order

| PROJECT (Name and address): | CHANGE ORDER NUMBER: 001 | OWNER: ☒ |
| --- | --- | --- |
| Los Cerritos Hanger | DATE: 7/10/2012 | ARCHITECT: ☒ |
| County Road 410 | | CONTRACTOR: ☒ |
| Uvalde, TX | | |
| TO CONTRACTOR (Name and address): | ARCHITECT'S PROJECT NUMBER: SSB-12-013 | FIELD: ☐ |
| Select Building Systems, Inc. | CONTRACT DATE: May 03, 2012 | OTHER: ☐ |
| 17 Scenic Loop Rd. | CONTRACT FOR: General Construction | |
| Boerne, TX 78006 | | |

THE CONTRACT IS CHANGED AS FOLLOWS:
*(Include, where applicable, any undisputed amount attributable to previously executed Construction Change Directives)*
Additional Cost associated with raising the building height to accommodate a larger aircraft:
Masonry - $ 12,700
Cedar Cladding - $ 6,800
Metal Building - $ 12,000
Electrical - $ 9,800
Contractor Fee - $ 3,300

| | | |
| --- | --- | --- |
| The original Guaranteed Maximum Price was | $ | 1,226,074.00 |
| The net change by previously authorized Change Orders | $ | 0.00 |
| The Guaranteed Maximum Price prior to this Change Order was | $ | 1,226,074.00 |
| The Guaranteed Maximum Price will be increased by this Change Order in the amount of | $ | 44,600.00 |
| The new Guaranteed Maximum Price including this Change Order will be | $ | 1,270,674.00 |

The Contract Time will be increased by Zero (0) days.
The date of Substantial Completion as of the date of this Change Order therefore is 12/7/2012

NOTE: This Change Order does not include changes in the Contract Sum, Contract Time or Guaranteed Maximum Price which have been authorized by Construction Change Directive until the cost and time have been agreed upon by both the Owner and Contractor, in which case a Change Order is executed to supersede the Construction Change Directive.

**NOT VALID UNTIL SIGNED BY THE ARCHITECT, CONTRACTOR AND OWNER.**

| John Grable Architects, Inc. | Select Building Systems, Inc. | Tri-Bar Ranch Company, Ltd. |
| --- | --- | --- |
| ARCHITECT (Firm name) | CONTRACTOR (Firm name) | OWNER (Firm name) |
| 222 Austin Hwy. | 17 Scenic Loop Rd. | 10101 Reunion Place, Ste 1000 |
| San Antonio, TX 78209 | Boerne, TX 78006 | San Antonio, TX 78216 |
| ADDRESS | ADDRESS | ADDRESS |
| BY (Signature) | BY (Signature) | BY (Signature) |
| JOHN GRABLE FAIA | David L. Morgan | |
| (Typed name) | (Typed name) | (Typed name) |
| 7·12·12 | 7·10·12 | |
| DATE | DATE | DATE |

AIA Document G701™ – 2001. Copyright © 1979, 1987, 2000 and 2001 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 09:31:13 on 07/10/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:                                                                 (1246718009)

DEFENDANT'S
EXHIBIT
1

1

TR_00026

 **AIA** Document G701™ – 2001

## Change Order

| | | |
|---|---|---|
| PROJECT *(Name and address):* | CHANGE ORDER NUMBER: 002 | OWNER: ☒ |
| Los Cerritos Hanger | DATE: 10/4/12 | ARCHITECT: ☒ |
| County Road 410 | | CONTRACTOR: ☒ |
| Uvalde, TX | | |
| TO CONTRACTOR *(Name and address):* | ARCHITECT'S PROJECT NUMBER: SSE-12-013 | FIELD: ☐ |
| Select Building Systems, Inc. | CONTRACT DATE: May 03, 2012 | OTHER: ☐ |
| 17 Scenic Loop Rd. | CONTRACT FOR: General Construction | |
| Boerne, TX 78006 | | |

THE CONTRACT IS CHANGED AS FOLLOWS:
*(Include, where applicable, any undisputed amount attributable to previously executed Construction Change Directives)*
Add 4-15'x3' fixed storefront with two equal panels and one projection window between, break metal column cover at center steel column
Add 8-7'81/2" x 3' fixed storefront with two equal panels
Add 4-7'81/2" x 3' projection windows
Add 8 break metal column covers at center steel columns

Materials to be 2x4 ½" center set, thermally broken class II clear anodized aluminum storefront, C2050 series thermally broken class II clear anodized aluminum project out windows with bug screen and standard hardware.
Glazing to be 1" oa, ¼" clear low E, ½" dry air, 1/4 " clear tempered glass. Break metal to match.

Material delivery 4-6 weeks after approved shop drawings.

Cost of Change: $25,504.00
Contractor Fee: $2,040.00

| | | |
|---|---|---:|
| The original Guaranteed Maximum Price was | $ | 1,226,074.00 |
| The net change by previously authorized Change Orders | $ | 44,600.00 |
| The Guaranteed Maximum Price prior to this Change Order was | $ | 1,270,674.00 |
| The Guaranteed Maximum Price will be increased by this Change Order in the amount of | $ | 27,544.00 |
| The new Guaranteed Maximum Price including this Change Order will be | $ | 1,298,218.00 |

The Contract Time will be unchanged by Zero (0) days.
The date of Substantial Completion as of the date of this Change Order therefore is 12/7/12

NOTE: This Change Order does not include changes in the Contract Sum, Contract Time or Guaranteed Maximum Price which have been authorized by Construction Change Directive until the cost and time have been agreed upon by both the Owner and Contractor, in which case a Change Order is executed to supersede the Construction Change Directive.

**NOT VALID UNTIL SIGNED BY THE ARCHITECT, CONTRACTOR AND OWNER.**

| John Grable Architects, Inc. | Select Building Systems, Inc. | Tri-Bar Ranch Company, Ltd. |
|---|---|---|
| ARCHITECT *(Firm name)* | CONTRACTOR *(Firm name)* | OWNER *(Firm name)* |
| 222 Austin Hwy. | 17 Scenic Loop Rd. | 10101 Reunion Place, Ste 1000 |
| San Antonio, TX 78209 | Boerne, TX 78006 | San Antonio, TX 78216 |
| ADDRESS | ADDRESS | ADDRESS |
| BY *(Signature)* | BY *(Signature)* | BY *(Signature)* |
| JOHN GRABLE AIA | Davio L. Morgan EXECVP | |
| *(Typed name)* | *(Typed name)* | *(Typed name)* |
| 10·5·12 | 10/4/12 | |
| DATE | DATE | DATE |

AIA Document G701™ – 2001. Copyright © 1979, 1987, 2000 and 2001 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 12:31:08 on 10/04/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:

1

DEFENDANT'S EXHIBIT
2
SBS

TR_00025

 **AIA** Document G701™ – 2001

## Change Order

| PROJECT *(Name and address):* | CHANGE ORDER NUMBER: 003 | OWNER: ☒ |
|---|---|---|
| Los Cerritos Hanger | DATE: 2/6/13 | ARCHITECT: ☒ |
| County Road 410 | | CONTRACTOR: ☒ |
| Uvalde, TX | | |
| TO CONTRACTOR *(Name and address):* | ARCHITECT'S PROJECT NUMBER: SSB-12-013 | FIELD: ☐ |
| Select Building Systems, Inc. | CONTRACT DATE: May 03, 2012 | OTHER: ☐ |
| 17 Scenic Loop Rd. | CONTRACT FOR: General Construction | |
| Boerne, TX 78006 | | |

THE CONTRACT IS CHANGED AS FOLLOWS:
*(Include, where applicable, any undisputed amount attributable to previously executed Construction Change Directives)*
Changes to the Original Scope of Work:
Additional CMU required for changes/additions of columns............................................$ 2,000.00
Increase in the overall slab width, slab changes at the columns and additional rebar ...................$10,220.00
Generator rental to provide site electricity (12 weeks) ....................................................$ 6,100.00
Contractor Fee ............................................................................................$ 1,466.00

| | | |
|---|---|---|
| The original Guaranteed Maximum Price was | $ | 1,226,074.00 |
| The net change by previously authorized Change Orders | $ | 72,144.00 |
| The Guaranteed Maximum Price prior to this Change Order was | $ | 1,298,218.00 |
| The Guaranteed Maximum Price will be increased by this Change Order in the amount of | $ | 19,786.00 |
| The new Guaranteed Maximum Price including this Change Order will be | $ | 1,318,004.00 |

The Contract Time will be increased by Zero (0) days.
The date of Substantial Completion as of the date of this Change Order therefore is

NOTE: This Change Order does not include changes in the Contract Sum, Contract Time or Guaranteed Maximum Price which have been authorized by Construction Change Directive until the cost and time have been agreed upon by both the Owner and Contractor, in which case a Change Order is executed to supersede the Construction Change Directive.

**NOT VALID UNTIL SIGNED BY THE ARCHITECT, CONTRACTOR AND OWNER.**

| John Grable Architects, Inc. | Select Building Systems, Inc. | Tri-Bar Ranch Company, Ltd. |
|---|---|---|
| ARCHITECT *(Firm name)* | CONTRACTOR *(Firm name)* | OWNER *(Firm name)* |
| 222 Austin Hwy. | 17 Scenic Loop Rd. | 10101 Reunion Place, Ste 1000 |
| San Antonio, TX 78209 | Boerne, TX 78006 | San Antonio, TX 78216 |
| ADDRESS | ADDRESS | ADDRESS |
| | | |
| BY *(Signature)* | BY *(Signature)* | BY *(Signature)* |
| | David L. Morgan - Exec. VP | |
| *(Typed name)* | *(Typed name)* | *(Typed name)* |
| | 2-13-13 | |
| DATE | DATE | DATE |

AIA Document G701™ – 2001. Copyright © 1979, 1987, 2000 and 2001 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:42:29 on 02/13/2013 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes: (1766282561)

1


DEFENDANT'S EXHIBIT
3
SBS

**From:** John Maywald <jmaywald@sbsworld.net>
**Sent:** Friday, December 28, 2012 5:28 PM
**To:** Thomas Pittman
**Cc:** Steve Schiffman; Dave Morgan; Jack Green
**Subject:** Los Cerritos - Draw # 6
**Attachments:** Draw # 6.pdf

Mr. Pittman,

Attached is a copy of our Draw # 6 for the Los Cerritos Project.... The originals will be delivered to John Grable Architects on Wednesday, January 2nd.

As of this day, we still have yet to receive executed Change Orders or payments for the following draws:

September – Draw # 3   $ 28,286.11
October – Draw # 4       $   3,541.66
November – Draw # 5   $271,597.03


Can you update me as to the status of these items.....

Thank you.

*John Maywald*
*Vice President - Finance*
*Select Building Systems, Inc.*
*SBS Construction*
*17 Scenic Loop Rd.*
*Boerne, TX 78006*
*jmaywald@sbsworld.net*
*(830) 981-5937 Phone / Fax*
*(830) 981-5308 Corporate Fax*



DEFENDANT'S
EXHIBIT
4
SBS
PENGAD-Bayonne, N.J.

TR_01337

TR_01338

# ▓AIA® Document G702™ – 1992

## Application and Certificate for Payment

| | | | | | |
|---|---|---|---|---|---|
| **TO OWNER:** | Tri-Bar Ranch Company, Ltd.<br>10101 Reunion Place, Ste 1000<br>San Antonio, TX 78216 | **PROJECT:** | Los Cerritos Hanger<br>County Road 410<br>Uvalde, TX | **APPLICATION NO:** 006<br>**PERIOD TO:** December 31, 2012<br>**CONTRACT FOR:** General Construction | **Distribution to:**<br>OWNER:<br>ARCHITECT: X |
| **FROM CONTRACTOR:** | Select Building Systems, Inc.<br>17 Scenic Loop Rd.<br>Boerne, TX 78006 | **VIA ARCHITECT:** | John Grable Architects, Inc.<br>222 Austin Hwy.<br>San Antonio, TX 78209 | **CONTRACT DATE:** May 03, 2012<br>**PROJECT NOS:** SSE-12-013 / / | CONTRACTOR: X<br>FIELD:<br>OTHER: |

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM .................................................. $ 1,226,074.00
2. NET CHANGE BY CHANGE ORDERS ................................... $ 0.00
3. CONTRACT SUM TO DATE (Line 1 ± 2) .............................. $ 1,226,074.00
4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) ........... $ 700,471.39
5. RETAINAGE:
   a. 10 % of Completed Work
     (Column D + E on G703)                $ 70,047.14
   b. 0 % of Stored Material
     (Column F on G703)                    $ 0.00
   Total Retainage (Lines 5a + 5b or Total in Column I of G703) .............. $ 70,047.14
6. TOTAL EARNED LESS RETAINAGE ................................... $ 630,424.25
   (Line 4 Less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT ............ $ 491,391.89
   (Line 6 from prior Certificate)
8. CURRENT PAYMENT DUE ............................................... $ 139,032.36
9. BALANCE TO FINISH, INCLUDING RETAINAGE
   (Line 3 less Line 6)                $ 595,649.75

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $ 0.00 | $ 0.00 |
| Total approved this Month | $ 0.00 | $ 0.00 |
| TOTALS | $ 0.00 | $ 0.00 |
| NET CHANGES by Change Order | $ | 0.00 |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:
By: _____ Date: 12/28/12
State of: Texas
County of: Kendall
Subscribed and sworn to before
me this 20th day of December 2013
Notary Public: _____
My Commission expires: 11-27-2015

> JOHN C. MAYWALD
> MY COMMISSION EXPIRES
> November 27, 2015

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ......................................................... $ _____
(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)

ARCHITECT:
By: _____ Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA Document G702™ – 1992. Copyright © 1953, 1963, 1965, 1971, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 15:14:46 on 12/28/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:    (1483684200)

| A | B | C | D | E | F | G | % | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 18 | Masonry - CMU | 51,000.00 | 0.00 | 49,000.00 | 0.00 | 49,000.00 | 96.08 % | 2,000.00 | 0.00 |
| 19 | Masonry - Stone | 44,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 44,000.00 | 0.00 |
| 20 | Misc Metals | 1,000.00 | 97.70 | 0.00 | 0.00 | 97.70 | 9.77 % | 902.30 | 0.00 |
| 21 | Rough Carpentry | 8,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 8,000.00 | 0.00 |
| 22 | Cabinets & Millwork | 14,150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 14,150.00 | 0.00 |
| 23 | Finish Carpentry | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,500.00 | 0.00 |
| 24 | Cedar Plank Cladding | 24,000.00 | 981.18 | 0.00 | 0.00 | 981.18 | 4.09 % | 23,018.82 | 0.00 |
| 25 | Insulation & Fire stopping | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 2,500.00 | 0.00 |
| 26 | Caulking & Sealants | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 2,500.00 | 0.00 |
| 27 | MetalDoors & Hardware | 3,600.00 | 0.00 | 2,762.68 | 0.00 | 2,762.68 | 76.74 % | 837.32 | 0.00 |
| 28 | Storefront / Windows | 4,520.00 | 0.00 | 1,019.00 | 0.00 | 1,019.00 | 22.54 % | 3,501.00 | 0.00 |
| 29 | Wood Doors & Hardware | 1,300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,300.00 | 0.00 |
| 30 | Overhead Door-14' | 3,250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 3,250.00 | 0.00 |
| 31 | Metal Stud / Drywall System | 5,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 5,000.00 | 0.00 |
| 32 | Paint | 17,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 17,500.00 | 0.00 |
| 33 | Suspended Ceilings | 6,300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 6,300.00 | 0.00 |
| 34 | Ceramic Tile | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 2,500.00 | 0.00 |
| 35 | Carpet & Cove Base | 5,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 5,000.00 | 0.00 |
| 36 | Fire Extinguishers & Cabinets | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,000.00 | 0.00 |
| 37 | Toilet Accessories | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,500.00 | 0.00 |
| 38 | Metal Building - Including Hangar Doors | 353,203.00 | 256,155.24 | 59,851.50 | 0.00 | 316,006.74 | 89.47 % | 37,196.26 | 0.00 |
| 39 | Stairs | 6,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 6,000.00 | 0.00 |
| 40 | Plumbing | 54,750.00 | 20,800.00 | 0.00 | 0.00 | 20,800.00 | 37.99 % | 33,950.00 | 0.00 |

AIA Document G703™ – 1992. Copyright © 1963, 1965, 1966, 1967, 1970, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 15:15:51 on 12/28/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes: (1481000814)

# CONTRACTOR CONDITIONAL WAIVER AND RELEASE FOR PROGRESS PAYMENTS

\* \* \* \* \* \* \* \* \* \* \* \* \*

Project: Los Cerritos Hangar
County Road 410
Uvalde, TX
Job No. 12-10-1378

Upon receipt by the signer of this document of a check from <u>Tri-Bar Ranch Company, Ltd.</u> (*maker of check*) in the sum of $ <u>139,032.36</u> payable to <u>Select Building Systems, Inc.</u> (*payee or payees of check*) and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release any mechanic's lien right, any right arising from a payment bond that complies with a state or federal statute, any common law payment bond right, any claim for payment, and any rights under any similar ordinance, rule, or statute related to claim or payment rights for persons in the signer's position that the signer has on the property of <u>Tri-Bar Ranch Company, Ltd.</u> (*owner*) located at <u>County Road 410, Uvalde, TX</u> (*location*) to the following extent: <u>General Contractor</u> (*job description*).

This release covers a progress payment for all labor, services, equipment, or materials furnished to the property or to <u>Tri-Bar Ranch Company, Ltd.</u> (*person with whom signer contracted*) as indicated in the attached statement(s) or progress payment request(s), except for unpaid retention, pending modifications and changes, or other items furnished.

Before any recipient of this document relies on this document, the recipient should verify evidence of payment to the signer.

The signer warrants that the signer has already paid or will use the funds received from this progress payment to promptly pay in full all of the signer's laborers, subcontractors, materialmen, and suppliers for all work, materials, equipment, or services provided for or to the above referenced project in regard to the attached statement(s) or progress payment request(s).

Date: _____12/28_____, 20 _12_

___Select Building Systems, Inc._____ (Company Name)

By: _____ (Signature)

Its: __Executive V.P._____ (Title)

## ACKNOWLEDGMENT

STATE OF TEXAS                §

COUNTY OF KENDALL            §

This instrument was acknowledged before me on this the __20th__day of __December_____, 20 _12_, by __David L. Morgan__, the __Executive Vice President__ of __Select Building Systems, Inc.__ a Texas __Corporation__, on behalf of said ____Corporation____.

JOHN C. MAYWALD
MY COMMISSION EXPIRES
November 27, 2015

Notary Public, State of Texas

Printed Name: __John C. Maywald__
My Commission Expires: __11/27/2015__

1

# Dave Morgan

**From:** Dave Morgan
**Sent:** Friday, January 18, 2013 12:02 PM
**To:** 'Thomas Pittman'
**Subject:** RE: SBS/Uvalde

Tom ... by any chance were the pending Change Orders processed and signed at the same time ???

Dave

**David L. Morgan, III**
**Executive Vice President**
**Chief Operating Officer**
**Select Building Systems, Inc.**
    **dba SBS Construction**
**Phone: (830) 981-5929, extension 1946**
**Fax: (830) 981-5308**
**E-mail:** *dmorgan@sbsworld.net*

---

**From:** Thomas Pittman [mailto:TPittman@lewisenergy.com]
**Sent:** Thursday, January 17, 2013 2:04 PM
**To:** Dave Morgan
**Subject:** Re: SBS/Uvalde

Glad I could help

Sent from my iPhone

On Jan 17, 2013, at 1:56 PM, "Dave Morgan" <dmorgan@sbsworld.net> wrote:

> Tom .. was able to get the Los Cerritos checks just before lunch ... THANKS for your assistance ...
> Dave
>
> **David L. Morgan, III**
> **Executive Vice President**
>
> **Chief Operating Officer**
> **Select Building Systems, Inc.**
>     **dba SBS Construction**
> **Phone: (830) 981-5929, extension 1946**
> **Fax: (830) 981-5308**
> **E-mail:** *dmorgan@sbsworld.net*
>
> ---
>
> **From:** Dave Morgan
> **Sent:** Wednesday, January 09, 2013 1:06 PM
> **To:** Thomas Pittman
> **Subject:** SBS/Uvalde
>
> Tom ...
>
> Appreciate the opportunity to meet on Monday ... seems like it was a good meeting ... look
> forward to the continuing dialog on the project and our next meeting on the 22nd ...

DEFENDANT'S
EXHIBIT
5
SBS

1

Thanks for your efforts in trying to get the checks and change orders in time for the meeting ... would it be beneficial for me to contact anyone in your organization to see what is holding up payment and processing of the documents ... I will be glad to take the pressure off you and talk to Tony or anyone you suggest ... we just don't run into this situation often and with a new relationship I don't want to approach the wrong person but am getting equal pressure on this side to resolve this matter as well ...

Your thoughts and guidance are appreciated ... call anytime on my cell at 210-887-1106 ... will follow whatever course of action you recommend ... thanks in advance for all your help ...

Dave

David L. Morgan, III
Executive Vice President

Chief Operating Officer
Select Building Systems, Inc.
   dba SBS Construction
Phone: (830) 981-5929, extension 1946
Fax: (830) 981-5308
E-mail: *dmorgan@sbsworld.net*

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

# Dave Morgan

| | |
|---|---|
| **From:** | Dave Morgan |
| **nt:** | Thursday, January 31, 2013 3:55 PM |
| **o:** | 'Thomas Pittman' |
| **Cc:** | Jack Green; John Maywald; Steve Schiffman |
| **Subject:** | Los Cerritos December Application for Payment - #6 |

Tom ...

Can you update SBS on the status of payment of our December Application for Payment that was sent to you on December 28, 2012 ...

Can you also update SBS on the status of the execution of Change Orders #1 and #2 that have been in your possession for several months ... SBS has been informed in the past that these Change Orders had been signed, but to date we have never received a signed copy ...

As always, you assistance and prompt response is appreciated ...

Dave

**David L. Morgan, III**
**Executive Vice President**
**Chief Operating Officer**
**Select Building Systems, Inc.**
**dba SBS Construction**
**Phone: (830) 981-5929, extension 1946**
**: (830) 981-5308**
**ail:** *dmorgan@sbsworld.net*

1


DEFENDANT'S EXHIBIT
SBS

Tri-Bar Ranch Company, Ltd.
10101 Reunion Place, Ste 100
San Antonio, TX 78216

Los Cerritos Hanger
County Road 410
Uvalde, TX

| | 7/31/2012 Draw # 1 | 8/31/2012 Draw # 2 | 9/30/2012 Draw # 3 | 10/31/2012 Draw # 4 | 11/30/2012 Draw # 5 | 12/31/2012 Draw # 6 | 1/31/2013 Draw # 7 | 2/15/2013 Draw # 8 | 2/18/2013 Draw # 9 Retainage | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Subcontractor / Supplier:** | | | | | | | | | | |
| Ace Concrete | 40,300.00 | 99,380.00 | 16,000.00 | | | | | 18,720.00 | | |
| Associated Glass, Ltd. | | | | | | 1,019.00 | 16,204.29 | 6,684.71 | | |
| Compton A/C & Heating | | | | | | | 6,420.00 | 3,788.00 | | |
| Dynamic Door & Hardware | | | | | | 2,709.65 | | 845.69 | | |
| Gallery of Stone | | | | | | 49,000.00 | 25,000.00 | (2,500.00) | | |
| Guido Lumber | | | | | | | 7,167.83 | | | |
| KFW Engineers | | 2,177.50 | | | | | | | | |
| Robertson Electric | 19,180.00 | | | | 18,880.00 | 19,710.00 | 31,480.00 | | | |
| San Antonio Septic, LLC | | | 9,800.00 | | | | | | | |
| Schulte Building Systems | | | | | 204,755.24 | | 9,029.52 | 8,528.09 | | |
| Superior Metal Services | | | | | 51,400.00 | 59,689.00 | 17,166.54 | 20,074.46 | | |
| Texas Star Plumbing | 19,000.00 | | | 1,800.00 | | | | 650.00 | | |
| **SBS Construction** | | | | | | | | | | |
| Mobilization | 2,000.00 | | | | | | | | | |
| Project Superintendent | | | | | | 716.38 | 4,536.73 | 3,586.98 | 4,017.53 | |
| Project Manager | 1,156.23 | 3,491.55 | 956.78 | 1,298.52 | 1,435.14 | 1,230.11 | 1,614.23 | 585.90 | | |
| Temporary Facility Costs | | 351.81 | | 357.22 | 2,000.82 | 1,033.82 | 930.47 | 7,827.14 | | |
| Other General Condition Costs | | 417.92 | 603.46 | | 21.21 | 518.53 | 316.51 | 198.98 | | |
| Generator Rental | | | | | | | | 6,100.00 | | |
| Travel Costs | 115.23 | 624.91 | 375.88 | | 26.06 | 2,435.89 | 2,035.13 | 2,251.14 | | |
| General Liability Insurance | | 4,904.00 | | | | | | (1,471.20) | | |
| Builder's Risk Insurance | | 188.82 | 377.64 | 188.82 | 188.82 | 188.82 | 188.82 | (33.74) | | |
| Debris Removal | | | | | | 750.00 | | 1,100.00 | | |
| Masonry | | | | | | | | 750.72 | | |
| Misc. Metals | | 97.70 | | | | | | | | |
| Cedar Plank Cladding | | | 981.18 | | | | | | | |
| Metal Doors & Hardware | | | | | | 53.03 | | | | |
| Metal Stud Framing | | | | | | | 161.94 | 64.63 | | |
| Metal Building | | | | | | 162.50 | 989.89 | 397.20 | | |
| Contractor Fee | 6,539.04 | 8,927.61 | 2,334.07 | 290.62 | 22,350.81 | 11,443.32 | 9,785.59 | 6,824.38 | | 68,495.44 |
| **Total Gross Draw** | 88,290.50 | 120,561.82 | 31,429.01 | 3,935.18 | 301,774.48 | 154,480.40 | 132,077.74 | 85,403.63 | 0.00 | |
| Retainage Held | (8,829.05) | (12,056.18) | (3,142.90) | (393.52) | (30,177.45) | (15,448.04) | (13,207.77) | (8,540.36) | 91,795.28 | |
| **Net Draw** | 79,461.45 | 108,505.64 | 28,286.11 | 3,541.66 | 271,597.03 | 139,032.36 | 118,869.97 | 76,863.27 | 91,795.28 | 917,952.77 |
| Amount Paid | 79,461.45 | 108,505.64 | 28,286.11 | 3,541.66 | 271,597.03 | | | | | |
| Payment Date | 9/6/2012 | 10/22/2012 | | 1/17/2013 | | | | | | |
| Check Number | 801188 | 801265 | | 801455 | | | | | | |
| Balance Due by draw | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 139,032.36 | 118,869.97 | 76,863.27 | 91,795.28 | |
| **TOTAL AMOUNT DUE** | | | | | | | | | 426,560.88 | |

DEFENDANT'S EXHIBIT
7
SBS
PENGAD-Bayonne, N.J.

John Grable </O=MEX02/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/ CN=JGRABLE.JOHNGRABLE.COM_55280B3AB>  May 19, 2013  10:23 PM

To: Thomas Pittman <TPittman@lewisenergy.com>

Re: Uvalde Hangar showers

---

not right in my mind to tool around with the working mans paycheck

Sent from my iPad

On May 19, 2013, at 10:22 PM, "Thomas Pittman" <TPittman@lewisenergy.com> wrote:

> Nothing to worry about my friend
>
> Thomas L. Pittman
> Director of Construction, Lewis Energy Grp.
> tpittman@lewisenergy.com
> work:  (210) 384-5892
> cell:   (210) 262-1686
> 10067 Jones Maltsberger
> San Antonio, Tx.  78216
>
> On May 19, 2013, at 9:49 PM, "John Grable" <jgrable@johngrable.com> wrote:
>
>> Seems like we are back in an SBS grind with us pushing the unpaid
>> Does not seem right
>>
>> John Grable FAIA
>>
>> www.johngrable.com
>>
>> On May 19, 2013, at 9:47 PM, "Thomas Pittman" <TPittman@lewisenergy.com> wrote:
>>
>>> No he doesn't.  Let's earn our keep and keep him out of the daily shit we need to do. He doesn't need to know about the crap we do every day
>>>
>>> Thomas L. Pittman
>>> Director of Construction, Lewis Energy Grp.
>>> tpittman@lewisenergy.com
>>> work:  (210) 384-5892
>>> cell:   (210) 262-1686
>>> 10067 Jones Maltsberger
>>> San Antonio, Tx.  78216
>>>
>>> On May 19, 2013, at 9:22 PM, "John Grable" <jgrable@johngrable.com> wrote:



DEFENDANT'S
EXHIBIT
B
SBS

PENGAD-Bayonne, N.J.

Rod needs to know this
Contrary to ranch ban directive ?!!!

John Grable FAIA

www.johngrable.com

On May 19, 2013, at 9:19 PM, "Thomas Pittman" <TPittman@lewisenergy.com> wrote:

Ironically crews are pulling off because I can't get them paid. The cheapest best guys have to be paid every other week. Steve mower in accounting told me that's not going to happen because tiny has to approve everything and he sits on all the invoices tell the cows come home.

Thomas L. Pittman
Director of Construction, Lewis Energy Grp.
tpittman@lewisenergy.com
work: (210) 384-5892
cell: (210) 262-1686
10067 Jones Maltsberger
San Antonio, Tx. 78216

On May 19, 2013, at 9:04 PM, "John Grable" <jgrable@johngrable.com> wrote:

He always second guesses everyone
So sad

John Grable FAIA

www.johngrable.com

On May 19, 2013, at 9:02 PM, "Thomas Pittman" <TPittman@lewisenergy.com> wrote:

Every project Rod has is macro micro managed. He needs to find someone he trusts and let him make all this shit happen. It's not me and damn sure not tiny. Hope he finds someone in his future.

Thomas L. Pittman
Director of Construction, Lewis Energy Grp.
tpittman@lewisenergy.com
work: (210) 384-5892
cell: (210) 262-1686
10067 Jones Maltsberger
San Antonio, Tx. 78216

On May 19, 2013, at 8:58 PM, "John Grable" <jgrable@johngrable.com> wrote:

Agree on all
Remembered he likes the the big water pressure
World class is all about finishing and executing details

Dont want pas on my back
Will be W C when we pull off
No one has done this for him

We are always there with sudden answers to keep forward progress

Feel runway lighting lagging too

John Grable FAIA

www.johngrable.com

On May 19, 2013, at 8:54 PM, "Thomas Pittman" <TPittman@lewisenergy.com>
wrote:

I know that with all my gut and heart. I don't want the the big dog to get focused on
details. We need to focus on the big picture. Getting this one of a kind world class
deal done. Keep him off of the details and focused on the big picture. Neither of us
need an atta boy at this point. Let's press on to the completion of this project.

Thomas L. Pittman
Director of Construction, Lewis Energy Grp.
tpittman@lewisenergy.com
work: (210) 384-5892
cell: (210) 262-1686
10067 Jones Maltsberger
San Antonio, Tx. 78216

On May 19, 2013, at 8:43 PM, "John Grable" <jgrable@johngrable.com> wrote:

Sent Lingo e mail
I am one of the team

John Grable FAIA

www.johngrable.com

On May 19, 2013, at 8:42 PM, "Thomas Pittman" <TPittman@lewisenergy.com>
wrote:

I have your back. I have my teams back. There's a reason I've always been the team captain and point man. At the end of the day it's going to be world class. Just let me be the lead dog. It's all good

Thomas L. Pittman
Director of Construction, Lewis Energy Grp.
tpittman@lewisenergy.com
work: (210) 384-5892
cell: (210) 262-1686
10067 Jones Maltsberger
San Antonio, Tx. 78216

On May 19, 2013, at 8:38 PM, "John Grable" <jgrable@johngrable.com> wrote:

I am all in
We canf afford to be anything but a team
Esprit de corp
Semper fi


John Grable FAIA

www.johngrable.com

On May 19, 2013, at 8:31 PM, "Thomas Pittman" <TPittman@lewisenergy.com> wrote:

Understood John. It's about protecting the team. It's all good just don't want to put Lingo in a bad place. Just like I didn't put Bob C in a hard place. Not a big deal. We will move hard on the water service tomorrow and get it done.

Thomas L. Pittman
Director of Construction, Lewis Energy Grp.
tpittman@lewisenergy.com
work: (210) 384-5892
cell: (210) 262-1686
10067 Jones Maltsberger
San Antonio, Tx. 78216

On May 19, 2013, at 8:26 PM, "John Grable" <jgrable@johngrable.com> wrote:

I mean all wells and septic are in house ranch subs
I will push
Well serves other structures including lodge and future ranch manager per Rod last site mtg tour...

John Grable FAIA

www.johngrable.com

On May 19, 2013, at 8:07 PM, "Thomas Pittman"
<TPittman@lewisenergy.com> wrote:

I understand but lingo hasn't done shit. He needs to move on it and move fast.

Thomas L. Pittman
Director of Construction, Lewis Energy Grp.
tpittman@lewisenergy.com
work:  (210) 384-5892
cell:   (210) 262-1686
10067 Jones Maltsberger
San Antonio, Tx.  78216

On May 19, 2013, at 8:05 PM, "John Grable" <jgrable@johngrable.com> wrote:

Sounds good
Will do
New well was discussed long ago

John Grable FAIA

www.johngrable.com

On May 19, 2013, at 7:56 PM, "Thomas Pittman"
<TPittman@lewisenergy.com> wrote:

Hello John.  Biggest problem we have is the water supply. I understand that Lingo is supposed to handle that. We are way behind the curve getting this done. Not only does the well have to be there, maybe it is, but the water has to be tested, etc. etc. I'm not going to throw Lingo under the bus. Can you touch base with him and see where we are with this before we open up a can a worms?  Hope Rod doesn't pick up on this. But he doesn't miss.  Please don't copy Rod when you get with Lingo

Thomas L. Pittman
Director of Construction, Lewis Energy Grp.
tpittman@lewisenergy.com
work:  (210) 384-5892
cell:   (210) 262-1686
10067 Jones Maltsberger

<u>San Antonio, Tx. 78216</u>

On May 19, 2013, at 7:43 PM, "John Grable" <<u>jgrable@johngrable.com</u>> wrote:

Rod

Not sure if you visited site but please note that All Showers will have 3/4 inch water lines.

Daniel Boddie has this task on his work list for the upcoming week. Plumber are gathering the fittings.

Regards

John Grable FAIA

<u>www.johngrable.com</u>

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY

GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN

CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

must not disclose or use the information contained in it. If you received this email in error, please notify us immediately via return email and delete all information.

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

Tony Weigand <TWeigand@lewisenergy.com>                    June 26, 2013  2:54 PM
To:  Daniel Boddie <danielb@bodenllc.com>
Re: Subcontractor Payment- Los Cerritos

---

Appreciate that.

Sent from my BlackBerry 10 smartphone.

---

**From:** Daniel Boddie
**Sent:** Wednesday, June 26, 2013 12:32 PM
**To:** Tony Weigand
**Subject:** Re: Subcontractor Payment- Los Cerritos

---

I am trying to strike a deal with Robert to double his crew size on Monday to make up for lost time this week.  Ill let you know how it turns out.

**Daniel Boddie** | Partner
BoDen, LLC | 210.885.9537 Cell |
11550 I.H. 10 West, Suite 395A San Antonio. TX 78230

On Jun 26, 2013, at 12:23 PM, Tony Weigand <TWeigand@lewisenergy.com> wrote:

> I don't blame him. I'd have pulled off too.
>
> Tony
> General Manager
>
> On Jun 26, 2013, at 9:34 AM, "Daniel Boddie" <danielb@bodenllc.com> wrote:
>
>> Tony,
>>
>> Citing non payment, United Erectors has left this project to work on other jobs to make payroll for the remainder of this week.  Robert is planning on having crews onsite Monday, however this is a true effect to our schedule and may effect other trades (such as glass/glazing).
>>
>> I hope that you understand that I am doing everything that I can to try to get guys here, however when something like this does happen, it is my duty to make sure that you are informed.
>>
>> Thanks,
>>
>> **Daniel Boddie** | Partner
>> BoDen, LLC | 210.885.9537 Cell |
>> 11550 I.H. 10 West, Suite 395A San Antonio. TX 78230
>>
>> **BoDen Legal Disclaimer:** This email may contain confidential information. If this email is not intended for you, you



DEFENDANT'S
EXHIBIT
9
SBS



ARCHITECTS · INC



DEFENDANT'S
EXHIBIT
TB 71

PENGAD 800-631-6989

11-10-12

Los Cerritos Hangar
SBS Draw Application #4
Los Cerritos Ranch


Gentlemen:

Draw Application #4 is approved.
SBS has a light draw this month as work is at a standstill until the
PEMB is delivered.

SBS scope of work is limited to the septic system install. No concrete
was poured for the concrete approach at front of the hangar. Form and
steel work is installed – local concrete supplier will not provide
concrete unless it is C.O.D. Owner holding back draws until SBS can
deliver PEMB as scheduled.


Draw Application includes Contractor Release Form – Conditional Waiver & Release
upon Payment – See attached. JGA delivered hard copy to Tom Pittman, Glacier Cap
Construction, on 11-10-12.


Sincerely,

John Grable FAIA

Cc. via e- mail with attachments:
    Rod Lewis
    Garrett Glass
    Tom Pittman
    SBS Construction – Jack Green


TR_00064

## John Maywald

**From:** John Maywald
**Sent:** Tuesday, February 05, 2013 9:10 AM
**):** tpittman@lewisenergy.com
**Cc:** Dave Morgan; Jack Green
**Subject:** Los Cerritos - Draw # 7
**Attachments:** Draw # 7.pdf


Mr. Pittman,

Attached is a copy of our draw # 7 for the Los Cerritos Project.  Originals will be delivered to John Grable Architects on Wednesday, February 6th.

Also, can you give me the status of payment of our December draw.

Thank you.

*John Maywald*
*Vice President - Finance*
*Select Building Systems, Inc.*
*SBS Construction*
*17 Scenic Loop Rd.*
*Boerne, TX  78006*
jmaywald@sbsworld.net
*(830) 981-5937 Phone / Fax*
*(830) 981-5308 Corporate Fax*



DEFENDANT'S
EXHIBIT
_10_
SBS

1

SBS 0234

 **AIA®** Document G702™ – 1992

## Application and Certificate for Payment

| | | | | | |
|---|---|---|---|---|---|
| **TO OWNER:** | Tri-Bar Ranch Company, Ltd. 10101 Reunion Place, Ste 1000 San Antonio, TX 78216 | **PROJECT:** | Los Cerritos Hanger County Road 410 Uvalde, TX | **APPLICATION NO:** 007 **PERIOD TO:** January 31, 2013 **CONTRACT FOR:** General Construction | **Distribution to:** OWNER: ARCHITECT: X |
| **FROM CONTRACTOR:** | Select Building Systems, Inc. 17 Scenic Loop Rd. Boerne, TX 78006 | **VIA ARCHITECT:** | John Grable Architects, Inc. 222 Austin Hwy. San Antonio, TX 78209 | **CONTRACT DATE:** May 03, 2012 **PROJECT NOS:** SSE-12-013 / / | CONTRACTOR: X FIELD: OTHER: |

### CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM ............................................................. $ 1,226,074.00
2. NET CHANGE BY CHANGE ORDERS ..................................... $ 72,144.00
3. CONTRACT SUM TO DATE (Line 1 ± 2) ............................... $ 1,298,218.00
4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) ........... $ 832,549.13
5. RETAINAGE:
   a. 10 % of Completed Work
     (Column D + E on G703)     $ 83,254.91
   b. 0 % of Stored Material
     (Column F on G703)     $ 0.00
   Total Retainage (Lines 5a + 5b or Total in Column I of G703) ............... $ 83,254.91
6. TOTAL EARNED LESS RETAINAGE ....................................... $ 749,294.22
   (Line 4 Less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT ................................. $ 630,424.25
   (Line 6 from prior Certificate)
8. CURRENT PAYMENT DUE ................................................................. $ 118,869.97
9. BALANCE TO FINISH, INCLUDING RETAINAGE
   (Line 3 less Line 6)     $ 548,923.78

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $ 72,144.00 | $ 0.00 |
| Total approved this Month | $ 0.00 | $ 0.00 |
| TOTALS | $ 72,144.00 | $ 0.00 |
| NET CHANGES by Change Order | $ | 72,144.00 |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:
By: _____ Date: 2/5/13
State of: TEXAS
County of: KENDALL
Subscribed and sworn to before
me this 5th day of February 2013
Notary Public: _____
My Commission expires: 11-27-2015

JOHN C. MAYWALD
MY COMMISSION EXPIRES
November 27, 2015

### ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ................................................................. $ _____

*(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)*

ARCHITECT:
By: _____ Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

SBS 0235

AIA Document G702™ – 1992. Copyright © 1953, 1963, 1965, 1971, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:52:33 on 02/01/2013 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes: (1129786159)

1

 Document G703™ – 1992

## Continuation Sheet

AIA Document, G702™–1992, Application and Certification for Payment, or G736™–2009,
Project Application and Project Certificate for Payment, Construction Manager as Adviser Edition,
containing Contractor's signed certification is attached.
In tabulations below, amounts are in US dollars.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO: 007

APPLICATION DATE: 01/31/2013

PERIOD TO: 01/31/2013

ARCHITECT'S PROJECT NO: SSE-12-013

| A | B | C | WORK COMPLETED | | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| 1 | Mobilization | 2,000.00 | 2,000.00 | 0.00 | 0.00 | 2,000.00 | 100.00 % | 0.00 | 0.00 |
| 2 | Project Superintendent | 48,000.00 | 5,253.11 | 3,586.98 | 0.00 | 8,840.09 | 18.42 % | 39,159.91 | 0.00 |
| 3 | Project Management | 10,000.00 | 9,568.33 | 1,614.23 | 0.00 | 11,182.56 | 111.83 % | -1,182.56 | 0.00 |
| 4 | Rental of Temporary Facilities, Equipment, etc. | 9,000.00 | 3,743.67 | 930.47 | 0.00 | 4,674.14 | 51.93 % | 4,325.86 | 0.00 |
| 5 | Other General Conditions Costs | 3,000.00 | 1,561.12 | 316.51 | 0.00 | 1,877.63 | 62.59 % | 1,122.37 | 0.00 |
| 6 | Travel | 12,000.00 | 3,577.97 | 2,035.13 | 0.00 | 5,613.10 | 46.78 % | 6,386.90 | 0.00 |
| 7 | General Liability Insurance | 4,904.00 | 4,904.00 | 0.00 | 0.00 | 4,904.00 | 100.00 % | 0.00 | 0.00 |
| 8 | Builder's Risk Insurance | 1,840.00 | 1,132.92 | 188.82 | 0.00 | 1,321.74 | 71.83 % | 518.26 | 0.00 |
| 9 | Casual Labor | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,000.00 | 0.00 |
| 10 | Final Cleaning | 1,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,800.00 | 0.00 |
| 11 | Debris Removal | 3,500.00 | 750.00 | 0.00 | 0.00 | 750.00 | 21.43 % | 2,750.00 | 0.00 |
| 12 | Surveying & Staking | 2,177.50 | 2,177.50 | 0.00 | 0.00 | 2,177.50 | 100.00 % | 0.00 | 0.00 |
| 13 | Site Utilities | 16,322.50 | 9,800.00 | 0.00 | 0.00 | 9,800.00 | 60.04 % | 6,522.50 | 0.00 |
| 14 | Foundation 12" thick | 140,000.00 | 139,680.00 | 0.00 | 0.00 | 139,680.00 | 99.77 % | 320.00 | 0.00 |
| 15 | Concrete Paving & Curbs | 71,000.00 | 16,000.00 | 0.00 | 0.00 | 16,000.00 | 22.54 % | 55,000.00 | 0.00 |
| 16 | Mezzanines | 3,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 3,800.00 | 0.00 |
| 17 | Concrete Staining | 18,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 18,000.00 | 0.00 |

AIA Document G703™ – 1992. Copyright © 1963, 1965, 1966, 1967,1970, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 08:51:43 on 02/05/2013 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes: (2004169594)

1

SBS 0236

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 18 | Masonry - CMU | 51,000.00 | 49,000.00 | 3,650.00 | 0.00 | 52,650.00 | 103.24 % | -1,650.00 | 0.00 |
| 19 | Masonry - Stone | 44,000.00 | 0.00 | 8,650.00 | 0.00 | 8,650.00 | 19.66 % | 35,350.00 | 0.00 |
| 20 | Misc Metals | 1,000.00 | 97.70 | 0.00 | 0.00 | 97.70 | 9.77 % | 902.30 | 0.00 |
| 21 | Rough Carpentry | 8,000.00 | 0.00 | 4,251.64 | 0.00 | 4,251.64 | 53.15 % | 3,748.36 | 0.00 |
| 22 | Cabinets & Millwork | 14,150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 14,150.00 | 0.00 |
| 23 | Finish Carpentry | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,500.00 | 0.00 |
| 24 | Cedar Plank Cladding | 24,000.00 | 981.18 | 0.00 | 0.00 | 981.18 | 4.09 % | 23,018.82 | 0.00 |
| 25 | Insulation & Fire stopping | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 2,500.00 | 0.00 |
| 26 | Caulking & Sealants | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 2,500.00 | 0.00 |
| 27 | Metal Doors & Hardware | 3,600.00 | 2,762.68 | 0.00 | 0.00 | 2,762.68 | 76.74 % | 837.32 | 0.00 |
| 28 | Storefront / Windows | 4,520.00 | 1,019.00 | 3,501.00 | 0.00 | 4,520.00 | 100.00 % | 0.00 | 0.00 |
| 29 | Wood Doors & Hardware | 1,300.00 | 0.00 | 1,242.96 | 0.00 | 1,242.96 | 95.61 % | 57.04 | 0.00 |
| 30 | Overhead Door-14' | 3,250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 3,250.00 | 0.00 |
| 31 | Metal Stud / Drywall System | 5,000.00 | 0.00 | 1,835.17 | 0.00 | 1,835.17 | 36.70 % | 3,164.83 | 0.00 |
| 32 | Paint | 17,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 17,500.00 | 0.00 |
| 33 | Suspended Ceilings | 6,300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 6,300.00 | 0.00 |
| 34 | Ceramic Tile | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 2,500.00 | 0.00 |
| 35 | Carpet & Cove Base | 5,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 5,000.00 | 0.00 |
| 36 | Fire Extinguishers & Cabinets | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,000.00 | 0.00 |
| 37 | Toilet Accessories | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,500.00 | 0.00 |
| 38 | Metal Building - Including Hangar Doors | 353,203.00 | 316,006.74 | 15,185.95 | 0.00 | 331,192.69 | 93.77 % | 22,010.31 | 0.00 |
| 39 | Stairs | 6,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 6,000.00 | 0.00 |
| 40 | Plumbing | 54,750.00 | 20,800.00 | 0.00 | 0.00 | 20,800.00 | 37.99 % | 33,950.00 | 0.00 |

AIA Document G703™ – 1992. Copyright © 1963, 1965, 1966, 1967,1970, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 08:51:43 on 02/05/2013 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes: (2004169594)

2

SBS 0237

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| | | | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 41 | HVAC | 28,437.00 | 0.00 | 6,420.00 | 0.00 | 6,420.00 | 22.58 % | 22,017.00 | 0.00 |
| 42 | Big Ass Fans | 15,600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 15,600.00 | 0.00 |
| 43 | Electrical | 128,800.00 | 57,770.00 | 31,480.00 | 0.00 | 89,250.00 | 69.29 % | 39,550.00 | 0.00 |
| 44 | Contractor's Fee | 90,820.00 | 51,885.47 | 6,793.33 | 0.00 | 58,678.80 | 64.61 % | 32,141.20 | 0.00 |
| CO1 | Masonry | 12,700.00 | 0.00 | 12,700.00 | 0.00 | 12,700.00 | 100.00 % | 0.00 | 0.00 |
| CO1 | Cedar Plank Cladding | 6,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 6,800.00 | 0.00 |
| CO1 | Metal Building | 12,000.00 | 0.00 | 12,000.00 | 0.00 | 12,000.00 | 100.00 % | 0.00 | 0.00 |
| CO1 | Electrical | 9,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 9,800.00 | 0.00 |
| CO1 | Contractor's Fee | 3,300.00 | 0.00 | 1,976.00 | 0.00 | 1,976.00 | 59.88 % | 1,324.00 | 0.00 |
| CO2 | Storefront/Windows | 25,504.00 | 0.00 | 12,703.29 | 0.00 | 12,703.29 | 49.81 % | 12,800.71 | 0.00 |
| CO2 | Contractor's Fee | 2,040.00 | 0.00 | 1,016.26 | 0.00 | 1,016.26 | 49.82 % | 1,023.74 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 0.00 | 0.00 |
| | GRAND TOTAL | $1,298,218.00 | $700,471.39 | $132,077.74 | $0.00 | $832,549.13 | 64.13 % | $465,668.87 | $0.00 |

SBS 0238

AIA Document G703™ – 1992. Copyright © 1963, 1965, 1966, 1967,1970, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 08:51:43 on 02/05/2013 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:                                                                                                                                                     (2004169594)

# CONTRACTOR CONDITIONAL WAIVER AND RELEASE FOR PROGRESS PAYMENTS

\* \* \* \* \* \* \* \* \* \* \* \* \*

Project: Los Cerritos Hangar
County Road 410
Uvalde, TX
Job No. 12-10-1378

Upon receipt by the signer of this document of a check from <u>Tri-Bar Ranch Company, Ltd.</u> (*maker of check*) in the sum of $ <u>118,869.97</u> payable to <u>Select Building Systems, Inc.</u> (*payee or payees of check*) and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release any mechanic's lien right, any right arising from a payment bond that complies with a state or federal statute, any common law payment bond right, any claim for payment, and any rights under any similar ordinance, rule, or statute related to claim or payment rights for persons in the signer's position that the signer has on the property of <u>Tri-Bar Ranch Company, Ltd.</u> (*owner*) located at <u>County Road 410, Uvalde, TX</u> (*location*) to the following extent: <u>General Contractor</u> (*job description*).

This release covers a progress payment for all labor, services, equipment, or materials furnished to the property or to <u>Tri-Bar Ranch Company, Ltd.</u> (*person with whom signer contracted*) as indicated in the attached statement(s) or progress payment request(s), except for unpaid retention, pending modifications and changes, or other items furnished.

Before any recipient of this document relies on this document, the recipient should verify evidence of payment to the signer.

The signer warrants that the signer has already paid or will use the funds received from this progress payment to promptly pay in full all of the signer's laborers, subcontractors, materialmen, and suppliers for all work, materials, equipment, or services provided for or to the above referenced project in regard to the attached statement(s) or progress payment request(s).

Date: _____2/5_____, 20 _13_

_____Select Building Systems, Inc._____ (Company Name)

By: _____ (Signature)

Its: __David L. Morgan  Exec VP__ (Title)

## ACKNOWLEDGMENT

STATE OF TEXAS                §

COUNTY OF KENDALL         §

This instrument was acknowledged before me on this the _5th_ day of _February_, 20_13_, by __David L. Morgan__, the __Executive Vice President__ of __Select Building Systems, Inc.__ a Texas __Corporation__, on behalf of said __Corporation__.

JOHN C. MAYWALD
MY COMMISSION EXPIRES
November 27, 2015

Notary Public, State of Texas

Printed Name: __John C. Maywald__
My Commission Expires: __11/27/2015__

1

SBS 0239

# Dave Morgan

| | |
|---|---|
| **From:** | Dave Morgan |
| **~~nt:~~** | Wednesday, February 06, 2013 11:34 AM |
| **~~.J:~~** | 'Thomas Pittman' |
| **Cc:** | Jack Green; John Maywald; Steve Schiffman |
| **Subject:** | SBS-Los Cerritos |
| **Attachments:** | SBS_CONSTRUCTION_20130206_112349.pdf |

**Importance:**    High

Tom ... please note the attached letter ... please let me know if there is anything we can do during the transition .. thanks for all your assistance ... Dave

David L. Morgan, III
Executive Vice President
Chief Operating Officer
Select Building Systems, Inc.
    dba SBS Construction
Phone: (830) 981-5929, extension 1946
Fax: (830) 981-5308
E-mail: dmorgan@sbsworld.net


DEFENDANT'S EXHIBIT
_11_
SBS

1

SBS 1933

# ⧉ S B S

CONSTRUCTION • DEVELOPMENT

P.O. Box 780849
San Antonio, TX 78278-0849

February 6, 2013

Mr. Tom Pittman
Director of Construction Management
Glacier Cap Construction
10067 Jones Maltsberger
San Antonio, Texas 78216

Sent February 6, 2013 via email to: tpittman@lewisenergy.com

Tom,

Steve and Jack informed me last evening of the decision made by you and representatives of Tri-Bar Ranch
Company, Ltd. to complete the remaining scope of work at the Uvalde Hanger Site utilizing internal
management personnel. We are in the process of notifying each of the vendors, suppliers and
subcontractors of your decision and will issue each of them a notice to cease all work effective today,
February 6, 2013.

We will request that each of them submit a status report to Jack as of the close of business today and that
they coordinate transfer of any materials to you through an on-site verification process with Kyle.
We will also request that a final accounting of all costs incurred to date from each vendor, supplier and
subcontractor be submitted to our office as of the close of business this Friday. SBS will then prepare a final
invoice on behalf of SBS and all the vendors, suppliers and subcontractors and submit to your attention as
quickly as possible. As per Steve and Jack's representation of the discussions during their meeting with you,
we will inform these various entities that we expect a quick review of the final accounting with payment to
be received from Tri-Bar Ranch Company, Ltd. on a timely basis.

Please do not hesitate to contact me at 830-981-5946 or via email at dmorgan@sbsworld.net should you
have any questions or have any different instructions. SBS will endeavor to make this a smooth transition
and will cooperate with you and your staff throughout this process.

Sincerely,
Select Building Systems, Inc.

David L. Morgan
Executive Vice President

cc:    Steve Schiffman, President
       Jack Green, Project Manager
       John Maywald, Vice President of Finance

SBS 1934

# ▦ **S B S**

CONSTRUCTION • DEVELOPMENT

P.O. Box 780849
San Antonio, TX 78278-0849

February 15, 2013

Mr. Tom Pittman
Director of Construction Management
Glacier Cap Construction
10067 Jones Maltsberger
San Antonio, TX 78216

Re: Los Cerritos Hanger Project

Tom,

Attached as per your instructions are the final invoices and related documents necessary to close out our relationship with you on the Uvalde project. I had our accounting department gather all the final costs and expenses from each subcontractor and supplier so that we could prepare this invoice. Sorry that it took a few extra days, but, as with SBS, no one was expecting to have to suddenly close out their project files on this development.

As I mentioned during our last meeting, I am disappointed that our relationship ended in the manner in which it did. While we accepted the challenge to deal with the various parties involved and to manage the ongoing design changes, we at SBS obviously did not meet your expectations or the expectations of Mr. Lewis. For that, I personally apologize and hope that you realize that we did endeavor and were totally committed to complete all the tasks assigned to us.

As Jack and I expressed, SBS will cooperate with you throughout the final stage of this process. We have called upon our relationships with the various subcontractors and suppliers to amicably close out their contracts on this project with minimal additional costs. This was in no small part accomplished but for your representation that everyone would be fairly compensated in a timely manner.

In addition to the final applications for payment and retention, we have prepared a recap of the outstanding amounts due to SBS and provided a list of all subcontractors so that you can contact any of them in the event you desire to continue to utilize their products or services. Upon final payment to SBS, we will immediately pay all outstanding invoices so that we can close out the job cost files on the Los Cerritos development.

Please contact me at 210-379-7708 should you have any questions on the information included.

Sincerely,
Select Building Systems, Inc.

Stephen S. Schiffman, President

**DEFENDANT'S
EXHIBIT
12
SBS**

17 Scenic Loop Rd., Boerne, TX 78006
830.981.5929 Phone    Fax  830.981.5308

SBS 0254

Tri-Bar Ranch Company, Ltd.  
10101 Reunion Place, Ste 100  
San Antonio, TX 78216  

Los Cerritos Hanger  
County Road 410  
Uvalde, TX  

| | 7/31/2012 Draw #1 | 8/31/2012 Draw #2 | 9/30/2012 Draw #3 | 10/31/2012 Draw #4 | 11/30/2012 Draw #5 | 12/31/2012 Draw #6 | 1/31/2013 Draw #7 | 2/15/2013 Draw #8 | 2/18/2013 Draw #9 Retainage |
|---|---|---|---|---|---|---|---|---|---|
| **Subcontractor / Supplier:** | | | | | | | | | |
| Ace Concrete | 40,300.00 | 99,380.00 | 16,000.00 | | | | | 18,720.00 | |
| Associated Glass, Ltd. | | | | | | 1,019.00 | 16,204.29 | 6,684.71 | |
| Compton A/C & Heating | | | | | | | 6,420.00 | 3,788.00 | |
| Dynamic Door & Hardware | | | | | | 2,709.65 | | 845.69 | |
| Gallery of Stone | | | | | | 49,000.00 | 25,000.00 | (2,500.00) | |
| Guido Lumber | | | | | | | 7,167.83 | | |
| KFW Engineers | | 2,177.50 | | | | | | | |
| Robertson Electric | 19,180.00 | | | | 18,880.00 | 19,710.00 | 31,480.00 | | |
| San Antonio Septic, LLC | | | 9,800.00 | | | | | | |
| Schulte Building Systems | | | | | 204,755.24 | | 9,029.52 | 8,528.09 | |
| Superior Metal Services | | | | | 51,400.00 | 59,689.00 | 17,166.54 | 20,074.46 | |
| Texas Star Plumbing | 19,000.00 | | | 1,800.00 | | | | 650.00 | |
| **SBS Construction** | | | | | | | | | |
| Mobilization | 2,000.00 | | | | | | | | |
| Project Superintendent | | | | | | 716.38 | 4,536.73 | 3,586.98 | 4,017.53 |
| Project Manager | 1,156.23 | 3,491.55 | 956.78 | 1,298.52 | 1,435.14 | 1,230.11 | 1,614.23 | 585.90 | |
| Temporary Facility Costs | | 351.81 | | 357.22 | 2,000.82 | 1,033.82 | 930.47 | 7,827.14 | |
| Other General Condition Costs | | 417.92 | 603.46 | | 21.21 | 518.53 | 316.51 | 198.98 | |
| Generator Rental | | | | | | | | 6,100.00 | |
| Travel Costs | 115.23 | 624.91 | 375.88 | | 26.06 | 2,435.89 | 2,035.13 | 2,251.14 | |
| General Liability Insurance | | 4,904.00 | | | | | | (1,471.20) | |
| Builder's Risk Insurance | | 188.82 | 377.64 | 188.82 | 188.82 | 188.82 | 188.82 | (33.74) | |
| Debris Removal | | | | | | 750.00 | | 1,100.00 | |
| Masonry | | | | | | | | 750.72 | |
| Misc. Metals | | 97.70 | | | | | | | |
| Cedar Plank Cladding | | | 981.18 | | | | | | |
| Metal Doors & Hardware | | | | | | 53.03 | | | |
| Metal Stud Framing | | | | | | | 161.94 | 64.63 | |
| Metal Building | | | | | | 162.50 | 989.89 | 397.20 | |
| Contractor Fee | 6,539.04 | 8,927.61 | 2,334.07 | 290.62 | 22,350.81 | 11,443.32 | 9,785.59 | 6,824.38 | |
| **Total Gross Draw** | 88,290.50 | 120,561.82 | 31,429.01 | 3,935.18 | 301,774.48 | 154,480.40 | 132,077.74 | 85,403.63 | 0.00 |
| Retainage Held | (8,829.05) | (12,056.18) | (3,142.90) | (393.52) | (30,177.45) | (15,448.04) | (13,207.77) | (8,540.36) | 91,795.28 |
| **Net Draw** | 79,461.45 | 108,505.64 | 28,286.11 | 3,541.66 | 271,597.03 | 139,032.36 | 118,869.97 | 76,863.27 | 91,795.28 |
| Amount Paid | 79,461.45 | 108,505.64 | 28,286.11 | 3,541.66 | 271,597.03 | | | | |
| Balance Due by draw | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 139,032.36 | 118,869.97 | 76,863.27 | 91,795.28 |
| **TOTAL AMOUNT DUE** | | | | | | | | | 426,560.88 |

SBS 0255

Client:     Tri-Bar Ranch Company, Ltd.

Job:        TriBar-Los Cerritos,Uvalde,TX
            County Road 410
            Uvalde          TX

| Work Performed | Subcontractor | Address | | Phone | Contact |
|---|---|---|---|---|---|
| Concrete | ACE CONCRETE CO. | 851 IH 35, Suite M | New Braunfels, TX  78130 | (830)660-9442 | Dale Witt |
| Storefront/Windows | ASSOCIATED GLASS, LTD. | 333 W. CEVALLOS | SAN ANTONIO, TX  78204 | (210)655-5858 | Billy Baertich |
| Big Ass Fan Installation | BIG ASS FANS COMPANY | 2425 Merchant Street | Lexington, KY  40511 | (859)629-6207 | Jason Carroll |
| HVAC | COMPTON A/C & HEATING | 415 Breesport, Suite 105 | San Antonio, TX  78216 | (210)403-2943 | Ross Compton |
| Painting | DABS PAINTING | P.O. Box 120 | Katy, TX  77492 | (281)693-0419 | Don Rosso |
| HM Doors | DYNAMIC DOOR & HARDWARE | P. O. Box 40785 | Houston, TX  77240 | (713)983-9161 | |
| Masonry | GALLERY OF STONE, INC. | 7113 San Pedro Ave., Suite 304 | San Antonio, TX  78216 | (210)872-6070 | Ricardo Lopez de Castilla |
| Densglass | GUIDO LUMBER CO. INC. | 8526 Vidor Avenue | San Antonio, TX  78216 | (210)344-8321 | Randy Taylor |
| Rollup Door | Janus International Corp. | 134 Janus International Blvd. | Temple, GA  30179 | (770)562-2850 | Pat Nesbitt |
| Electrical | ROBERTSON ELECTRIC, INC. | 231 Derrick Dr. | Humble, TX  77338 | (281)441-1304 | Jerrod Robertson |
| Sanitary Sewer | SAN ANTONIO SEPTIC, LLC | 110 Charring Cross | San Antonio, TX  78227 | (210)673-2808 | Oscar Lopez |
| Building Materials | SCHULTE BUILDING SYSTEMS | P. O. Box 609 | Hockley, TX  77447 | (281)304-6111 | |
| Pre-Engineered Bldg | SUPERIOR METAL SERVICES | P.O. BOX 781929 | SAN ANTONIO, TX  78278 | (830)981-5940 | Randy Ferrell |
| Plumbing | TEXAS STAR PLUMBING | PO BOX 2242 | Bandera, TX  78003 | (210)857-1505 | Max Mayorga III |

SBS 0256



# AIA® Document G702™ – 1992

## Application and Certificate for Payment

| | | | | | |
|---|---|---|---|---|---|
| TO OWNER: | Tri-Bar Ranch Company, Ltd.<br>10101 Reunion Place, Ste 1000<br>San Antonio, TX 78216 | PROJECT: | Los Cerritos Hanger<br>County Road 410<br>Uvalde, TX | APPLICATION NO: 008<br>PERIOD TO: February 06, 2012<br>CONTRACT FOR: General Construction | **Distribution to:**<br>OWNER:<br>ARCHITECT: X |
| FROM<br>CONTRACTOR: | Select Building Systems, Inc.<br>17 Scenic Loop Rd.<br>Boerne, TX 78006 | VIA<br>ARCHITECT: | John Grable Architects, Inc.<br>222 Austin Hwy.<br>San Antonio, TX 78209 | CONTRACT DATE: May 03, 2012<br>PROJECT NOS: SSE-12-013 / / | CONTRACTOR: X<br>FIELD:<br>OTHER: |

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM ............................................... $ 1,226,074.00
2. NET CHANGE BY CHANGE ORDERS ............................. $ 91,930.00
3. CONTRACT SUM TO DATE (Line 1 ± 2) ....................... $ 1,318,004.00
4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) .......... $ 917,952.76
5. RETAINAGE:
   a. 10 % of Completed Work
      (Column D + E on G703)                    $ 91,795.28
   b. 0 % of Stored Material
      (Column F on G703)                        $ 0.00
   Total Retainage (Lines 5a + 5b or Total in Column I of G703) ................ $ 91,795.28
6. TOTAL EARNED LESS RETAINAGE ............................................. $ 826,157.48
   (Line 4 Less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT ...................... $ 749,294.22
   (Line 6 from prior Certificate)
8. CURRENT PAYMENT DUE ....................................................... $ 76,863.27
9. BALANCE TO FINISH, INCLUDING RETAINAGE
   (Line 3 less Line 6)                          $ 491,846.52

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $ 72,144.00 | $ 0.00 |
| Total approved this Month | $ 19,786.00 | $ 0.00 |
| TOTALS | $ 91,930.00 | $ 0.00 |
| NET CHANGES by Change Order | $ | 91,930.00 |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _____ Date: _____

State of: TEXAS

County of: KENDALL

Subscribed and sworn to before
me this _____ day of _____ 2013

Notary Public: _____
My Commission expires: _____



JOHN C. MAYWALD
MY COMMISSION EXPIRES
November 27, 2015

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ........................................................................ $ _____

(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)

ARCHITECT:

By: _____ Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

SBS 0257

AIA Document G702™ – 1992. Copyright © 1953, 1963, 1965, 1971, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 15:21:01 on 02/18/2013 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:                                                                                      (1280398681)

1

 **AIA** Document G703™ – 1992

## Continuation Sheet

AIA Document, G702™–1992, Application and Certification for Payment, or G736™–2009,
Project Application and Project Certificate for Payment, Construction Manager as Adviser Edition,
containing Contractor's signed certification is attached.
In tabulations below, amounts are in US dollars.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO: 008
APPLICATION DATE: 02/15/2013
PERIOD TO: 02/06/2013
ARCHITECT'S PROJECT NO: SSE-12-013

| A | B | C | WORK COMPLETED | | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| 1 | Mobilization | 2,000.00 | 2,000.00 | 0.00 | 0.00 | 2,000.00 | 100.00 % | 0.00 | 0.00 |
| 2 | Project Superintendent | 18,557.41 | 8,840.09 | 4,017.53 | 0.00 | 12,857.62 | 69.29 % | 5,699.79 | 0.00 |
| 3 | Project Management | 16,812.09 | 11,182.56 | 585.90 | 0.00 | 11,768.46 | 70.00 % | 5,043.63 | 0.00 |
| 4 | Rental of Temporary Facilities, Equipment, etc. | 17,858.97 | 4,674.14 | 7,827.14 | 0.00 | 12,501.28 | 70.00 % | 5,357.69 | 0.00 |
| 5 | Other General Conditions Costs | 3,000.00 | 1,877.63 | 198.98 | 0.00 | 2,076.61 | 69.22 % | 923.39 | 0.00 |
| 6 | Travel | 11,234.63 | 5,613.10 | 2,251.14 | 0.00 | 7,864.24 | 70.00 % | 3,370.39 | 0.00 |
| 7 | General Liability Insurance | 4,904.00 | 4,904.00 | -1,471.20 | 0.00 | 3,432.80 | 70.00 % | 1,471.20 | 0.00 |
| 8 | Builder's Risk Insurance | 1,840.00 | 1,321.74 | -33.74 | 0.00 | 1,288.00 | 70.00 % | 552.00 | 0.00 |
| 9 | Casual Labor | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,000.00 | 0.00 |
| 10 | Final Cleaning | 1,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,800.00 | 0.00 |
| 11 | Debris Removal | 2,642.86 | 750.00 | 1,100.00 | 0.00 | 1,850.00 | 70.00 % | 792.86 | 0.00 |
| 12 | Surveying & Staking | 2,177.50 | 2,177.50 | 0.00 | 0.00 | 2,177.50 | 100.00 % | 0.00 | 0.00 |
| 13 | Site Utilities | 12,322.50 | 9,800.00 | 0.00 | 0.00 | 9,800.00 | 79.53 % | 2,522.50 | 0.00 |
| 14 | Foundation 12" thick | 139,680.00 | 139,680.00 | 0.00 | 0.00 | 139,680.00 | 100.00 % | 0.00 | 0.00 |
| 15 | Concrete Paving & Curbs | 71,000.00 | 16,000.00 | 8,500.00 | 0.00 | 24,500.00 | 34.51 % | 46,500.00 | 0.00 |
| 16 | Mezzanines | 3,800.00 | 0.00 | 581.30 | 0.00 | 581.30 | 15.30 % | 3,218.70 | 0.00 |
| 17 | Concrete Staining | 18,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 18,000.00 | 0.00 |

AIA Document G703™ – 1992. Copyright © 1963, 1965, 1966, 1967,1970, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 15:19:15 on 02/18/2013 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:                                                                                                                                                                   (959464520)

1

SBS 0258

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | MATERIALS. PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 18 | Masonry - CMU | 57,100.00 | 52,650.00 | 660.72 | 0.00 | 53,310.72 | 93.36 % | 3,789.28 | 0.00 |
| 19 | Masonry - Stone | 54,000.00 | 8,650.00 | -4,410.00 | 0.00 | 4,240.00 | 7.85 % | 49,760.00 | 0.00 |
| 20 | Misc Metals | 1,000.00 | 97.70 | 0.00 | 0.00 | 97.70 | 9.77 % | 902.30 | 0.00 |
| 21 | Rough Carpentry | 8,000.00 | 4,251.64 | 2,489.00 | 0.00 | 6,740.64 | 84.26 % | 1,259.36 | 0.00 |
| 22 | Cabinets & Millwork | 14,150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 14,150.00 | 0.00 |
| 23 | Finish Carpentry | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,500.00 | 0.00 |
| 24 | Cedar Plank Cladding | 24,000.00 | 981.18 | 2,489.00 | 0.00 | 3,470.18 | 14.46 % | 20,529.82 | 0.00 |
| 25 | Insulation & Fire stopping | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 2,500.00 | 0.00 |
| 26 | Caulking & Sealants | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 2,500.00 | 0.00 |
| 27 | MetalDoors & Hardware | 3,608.37 | 2,762.68 | 845.69 | 0.00 | 3,608.37 | 100.00 % | 0.00 | 0.00 |
| 28 | Storefront / Windows | 4,520.00 | 4,520.00 | 0.00 | 0.00 | 4,520.00 | 100.00 % | 0.00 | 0.00 |
| 29 | Wood Doors & Hardware | 1,300.00 | 1,242.96 | 0.00 | 0.00 | 1,242.96 | 95.61 % | 57.04 | 0.00 |
| 30 | Overhead Door-14' | 3,250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 3,250.00 | 0.00 |
| 31 | Metal Stud / Drywall System | 13,105.67 | 1,835.17 | 4,970.50 | 0.00 | 6,805.67 | 51.93 % | 6,300.00 | 0.00 |
| 32 | Paint | 17,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 17,500.00 | 0.00 |
| 33 | Suspended Ceilings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 0.00 | 0.00 |
| 34 | Ceramic Tile | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 2,500.00 | 0.00 |
| 35 | Carpet & Cove Base | 5,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 5,000.00 | 0.00 |
| 36 | Fire Extinguishers & Cabinets | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,000.00 | 0.00 |
| 37 | Toilet Accessories | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,500.00 | 0.00 |
| 38 | Metal Building - Including Hangar Doors | 355,003.00 | 331,192.69 | 18,534.58 | 0.00 | 349,727.27 | 98.51 % | 5,275.73 | 0.00 |
| 39 | Stairs | 6,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 6,000.00 | 0.00 |
| 40 | Plumbing | 54,750.00 | 20,800.00 | 650.00 | 0.00 | 21,450.00 | 39.18 % | 33,300.00 | 0.00 |

AIA Document G703™ – 1992. Copyright © 1963, 1965, 1966, 1967, 1970, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 15:19:15 on 02/18/2013 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes: (959464520)

2

SBS 0259

| A | B | C | WORK COMPLETED | | F | G | % | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| 41 | HVAC | 25,377.00 | 6,420.00 | 3,788.00 | 0.00 | 10,208.00 | 40.23 % | 15,169.00 | 0.00 |
| 42 | Big Ass Fans | 18,660.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 18,660.00 | 0.00 |
| 43 | Electrical | 128,800.00 | 89,250.00 | 0.00 | 0.00 | 89,250.00 | 69.29 % | 39,550.00 | 0.00 |
| 44 | Contractor's Fee | 90,820.00 | 58,678.80 | 4,823.60 | 0.00 | 63,502.40 | 69.92 % | 27,317.60 | 0.00 |
| CO1 | Masonry | 12,700.00 | 12,700.00 | 0.00 | 0.00 | 12,700.00 | 100.00 % | 0.00 | 0.00 |
| CO1 | Cedar Plank Cladding | 6,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 6,800.00 | 0.00 |
| CO1 | Metal Building | 12,000.00 | 12,000.00 | 0.00 | 0.00 | 12,000.00 | 100.00 % | 0.00 | 0.00 |
| CO1 | Electrical | 9,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 9,800.00 | 0.00 |
| CO1 | Contractor's Fee | 3,300.00 | 1,976.00 | 0.00 | 0.00 | 1,976.00 | 59.88 % | 1,324.00 | 0.00 |
| CO2 | Storefront/Windows | 25,504.00 | 12,703.29 | 6,684.71 | 0.00 | 19,388.00 | 76.02 % | 6,116.00 | 0.00 |
| CO2 | Contractor's Fee | 2,040.00 | 1,016.26 | 534.78 | 0.00 | 1,551.04 | 76.03 % | 488.96 | 0.00 |
| CO3 | Masonry-CMU | 2,000.00 | 0.00 | 2,000.00 | 0.00 | 2,000.00 | 100.00 % | 0.00 | 0.00 |
| CO3 | Foundation 12" thick | 10,220.00 | 0.00 | 10,220.00 | 0.00 | 10,220.00 | 100.00 % | 0.00 | 0.00 |
| CO3 | Generator Rental | 6,100.00 | 0.00 | 6,100.00 | 0.00 | 6,100.00 | 100.00 % | 0.00 | 0.00 |
| CO3 | Contractor's Fee | 1,466.00 | 0.00 | 1,466.00 | 0.00 | 1,466.00 | 100.00 % | 0.00 | 0.00 |
| | GRAND TOTAL | $1,318,004.00 | $832,549.13 | $85,403.63 | $0.00 | $917,952.76 | 69.65 % | $400,051.24 | $0.00 |

SBS 0260

AIA Document G703™ – 1992. Copyright © 1963, 1965, 1966, 1967,1970, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 15:19:15 on 02/18/2013 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes: (959464520)

3

# CONTRACTOR CONDITIONAL WAIVER AND RELEASE FOR PROGRESS PAYMENTS

\* \* \* \* \* \* \* \* \* \* \* \* \*

Project: Los Cerritos Hangar
County Road 410
Uvalde, TX
Job No. 12-10-1378

Upon receipt by the signer of this document of a check from <u>Tri-Bar Ranch Company, Ltd.</u> (*maker of check*) in the sum of $ __76,863.27__ payable to <u>Select Building Systems, Inc.</u> (*payee or payees of check*) and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release any mechanic's lien right, any right arising from a payment bond that complies with a state or federal statute, any common law payment bond right, any claim for payment, and any rights under any similar ordinance, rule, or statute related to claim or payment rights for persons in the signer's position that the signer has on the property of <u>Tri-Bar Ranch Company, Ltd.</u> (*owner*) located at <u>County Road 410, Uvalde, TX</u> (*location*) to the following extent: <u>General Contractor</u> (*job description*).

This release covers a progress payment for all labor, services, equipment, or materials furnished to the property or to <u>Tri-Bar Ranch Company, Ltd.</u> (*person with whom signer contracted*) as indicated in the attached statement(s) or progress payment request(s), except for unpaid retention, pending modifications and changes, or other items furnished.

Before any recipient of this document relies on this document, the recipient should verify evidence of payment to the signer.

The signer warrants that the signer has already paid or will use the funds received from this progress payment to promptly pay in full all of the signer's laborers, subcontractors, materialmen, and suppliers for all work, materials, equipment, or services provided for or to the above referenced project in regard to the attached statement(s) or progress payment request(s).

Date: __Feb 18_____, 20 __13__

__Select Building Systems, Inc._____ (Company Name)

By: _____ (Signature)

Its: __D. C. Morgan Executive V.P_____ (Title)

## ACKNOWLEDGMENT

STATE OF TEXAS                    §

COUNTY OF KENDALL                 §

This instrument was acknowledged before me on this the __18__ day of __February_____, 20 __13__, by __David L. Morgan__, the __Executive Vice President__ of __Select Building Systems, Inc.__ a Texas __Corporation__, on behalf of said __Corporation__.

JOHN C. MAYWALD
MY COMMISSION EXPIRES
November 27, 2015

_____
Notary Public, State of Texas

Printed Name: __John C. Maywald__
My Commission Expires: __11-27-2015__

1

SBS 0261

# AIA® Document G702™ – 1992

## Application and Certificate for Payment

| | | | |
|---|---|---|---|
| **TO OWNER:** Tri-Bar Ranch Company, Ltd.<br>10101 Reunion Place, Ste.1000<br>San Antonio, TX 78216 | **PROJECT:** Los Cerritos Hanger<br>County Road 410<br>Uvalde, TX | **APPLICATION NO:** 009 Retainage<br>**PERIOD TO:** February 06, 2013<br>**CONTRACT FOR:** General Construction | **Distribution to:**<br>OWNER: |
| **FROM CONTRACTOR:** Select Building Systems, Inc.<br>17 Scenic Loop Rd.<br>Boerne, TX 78006 | **VIA ARCHITECT:** John Grable Architects, Inc.<br>222 Austin Hwy.<br>San Antonio, TX 78209 | **CONTRACT DATE:** May 03, 2012<br>**PROJECT NOS:** SSE-12-013 / / | ARCHITECT: X<br>CONTRACTOR: X<br>FIELD:<br>OTHER: |

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM ............................................................... $ 1,226,074.00
2. NET CHANGE BY CHANGE ORDERS ....................................... $ 91,930.00
3. CONTRACT SUM TO DATE (Line 1 ± 2) ......................................... $ 1,318,004.00
4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) .......... $ 917,952.76
5. RETAINAGE:
   a. 0 % of Completed Work
      (Column D + E on G703)      $ 0.00
   b. 0 % of Stored Material
      (Column F on G703)      $ 0.00
   Total Retainage (Lines 5a + 5b or Total in Column I of G703) ................. $ 0.00
6. TOTAL EARNED LESS RETAINAGE ...................................................... $ 917,952.76
   (Line 4 Less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT ....................................... $ 826,157.48
   (Line 6 from prior Certificate)
8. CURRENT PAYMENT DUE ..................................................... $ 91,795.28
9. BALANCE TO FINISH, INCLUDING RETAINAGE
   (Line 3 less Line 6)      $ 400,051.24

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $ 91,930.00 | $ 0.00 |
| Total approved this Month | $ 0.00 | $ 0.00 |
| TOTALS | $ 91,930.00 | $ 0.00 |
| NET CHANGES by Change Order | $ | 91,930.00 |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _____ Date: _Feb 18, 2013_

State of: TEXAS

County of: KENDALL

Subscribed and sworn to before
me this 18th day of February 2013

Notary Public: _____
My Commission expires: 11-27-2015



JOHN C. MAYWALD
MY COMMISSION EXPIRES
November 27, 2015

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ............................................................... $ _____

*(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)*

ARCHITECT:

By: _____ Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

SBS 0262

AIA Document G702™ – 1992. Copyright © 1953, 1963, 1965, 1971, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 15:26:31 on 02/18/2013 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes: (1784300335)

1



# Document G703™ – 1992

## Continuation Sheet

AIA Document, G702™–1992, Application and Certification for Payment, or G736™–2009, Project Application and Project Certificate for Payment, Construction Manager as Adviser Edition, containing Contractor's signed certification is attached.
In tabulations below, amounts are in US dollars.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO: 009 Retainage
APPLICATION DATE: 02/18/2013
PERIOD TO: 02/06/2013
ARCHITECT'S PROJECT NO: SSE-12-013

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 1 | Mobilization | 2,000.00 | 2,000.00 | 0.00 | 0.00 | 2,000.00 | 100.00 % | 0.00 | 0.00 |
| 2 | Project Superintendent | 18,557.41 | 12,857.62 | 0.00 | 0.00 | 12,857.62 | 69.29 % | 5,699.79 | 0.00 |
| 3 | Project Management | 16,812.09 | 11,768.46 | 0.00 | 0.00 | 11,768.46 | 70.00 % | 5,043.63 | 0.00 |
| 4 | Rental of Temporary Facilities, Equipment, etc. | 17,858.97 | 12,501.28 | 0.00 | 0.00 | 12,501.28 | 70.00 % | 5,357.69 | 0.00 |
| 5 | Other General Conditions Costs | 3,000.00 | 2,076.61 | 0.00 | 0.00 | 2,076.61 | 69.22 % | 923.39 | 0.00 |
| 6 | Travel | 11,234.63 | 7,864.24 | 0.00 | 0.00 | 7,864.24 | 70.00 % | 3,370.39 | 0.00 |
| 7 | General Liability Insurance | 4,904.00 | 3,432.80 | 0.00 | 0.00 | 3,432.80 | 70.00 % | 1,471.20 | 0.00 |
| 8 | Builder's Risk Insurance | 1,840.00 | 1,288.00 | 0.00 | 0.00 | 1,288.00 | 70.00 % | 552.00 | 0.00 |
| 9 | Casual Labor | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,000.00 | 0.00 |
| 10 | Final Cleaning | 1,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,800.00 | 0.00 |
| 11 | Debris Removal | 2,642.86 | 1,850.00 | 0.00 | 0.00 | 1,850.00 | 70.00 % | 792.86 | 0.00 |
| 12 | Surveying & Staking | 2,177.50 | 2,177.50 | 0.00 | 0.00 | 2,177.50 | 100.00 % | 0.00 | 0.00 |
| 13 | Site Utilities | 12,322.50 | 9,800.00 | 0.00 | 0.00 | 9,800.00 | 79.53 % | 2,522.50 | 0.00 |
| 14 | Foundation 12" thick | 139,680.00 | 139,680.00 | 0.00 | 0.00 | 139,680.00 | 100.00 % | 0.00 | 0.00 |
| 15 | Concrete Paving & Curbs | 71,000.00 | 24,500.00 | 0.00 | 0.00 | 24,500.00 | 34.51 % | 46,500.00 | 0.00 |
| 16 | Mezzanines | 3,800.00 | 581.30 | 0.00 | 0.00 | 581.30 | 15.30 % | 3,218.70 | 0.00 |
| 17 | Concrete Staining | 18,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 18,000.00 | 0.00 |

AIA Document G703™ – 1992. Copyright © 1963, 1965, 1966, 1967,1970, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 15:25:39 on 02/18/2013 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes: (1181512298)

1

SBS 0263

| A | B | C | D | | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | | | TOTAL | | | |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| 18 | Masonry - CMU | 57,100.00 | 53,310.72 | 0.00 | | 0.00 | 53,310.72 | 93.36 % | 3,789.28 | 0.00 |
| 19 | Masonry - Stone | 54,000.00 | 4,240.00 | 0.00 | | 0.00 | 4,240.00 | 7.85 % | 49,760.00 | 0.00 |
| 20 | Misc Metals | 1,000.00 | 97.70 | 0.00 | | 0.00 | 97.70 | 9.77 % | 902.30 | 0.00 |
| 21 | Rough Carpentry | 8,000.00 | 6,740.64 | 0.00 | | 0.00 | 6,740.64 | 84.26 % | 1,259.36 | 0.00 |
| 22 | Cabinets & Millwork | 14,150.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 % | 14,150.00 | 0.00 |
| 23 | Finish Carpentry | 1,500.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 % | 1,500.00 | 0.00 |
| 24 | Cedar Plank Cladding | 24,000.00 | 3,470.18 | 0.00 | | 0.00 | 3,470.18 | 14.46 % | 20,529.82 | 0.00 |
| 25 | Insulation & Fire stopping | 2,500.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 % | 2,500.00 | 0.00 |
| 26 | Caulking & Sealants | 2,500.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 % | 2,500.00 | 0.00 |
| 27 | MetalDoors & Hardware | 3,608.37 | 3,608.37 | 0.00 | | 0.00 | 3,608.37 | 100.00 % | 0.00 | 0.00 |
| 28 | Storefront / Windows | 4,520.00 | 4,520.00 | 0.00 | | 0.00 | 4,520.00 | 100.00 % | 0.00 | 0.00 |
| 29 | Wood Doors & Hardware | 1,300.00 | 1,242.96 | 0.00 | | 0.00 | 1,242.96 | 95.61 % | 57.04 | 0.00 |
| 30 | Overhead Door-14' | 3,250.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 % | 3,250.00 | 0.00 |
| 31 | Metal Stud / Drywall System | 13,105.67 | 6,805.67 | 0.00 | | 0.00 | 6,805.67 | 51.93 % | 6,300.00 | 0.00 |
| 32 | Paint | 17,500.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 % | 17,500.00 | 0.00 |
| 33 | Suspended Ceilings | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 % | 0.00 | 0.00 |
| 34 | Ceramic Tile | 2,500.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 % | 2,500.00 | 0.00 |
| 35 | Carpet & Cove Base | 5,000.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 % | 5,000.00 | 0.00 |
| 36 | Fire Extinguishers & Cabinets | 1,000.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 % | 1,000.00 | 0.00 |
| 37 | Toilet Accessories | 1,500.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 % | 1,500.00 | 0.00 |
| 38 | Metal Building - Including Hangar Doors | 355,003.00 | 349,727.27 | 0.00 | | 0.00 | 349,727.27 | 98.51 % | 5,275.73 | 0.00 |
| 39 | Stairs | 6,000.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 % | 6,000.00 | 0.00 |
| 40 | Plumbing | 54,750.00 | 21,450.00 | 0.00 | | 0.00 | 21,450.00 | 39.18 % | 33,300.00 | 0.00 |

AIA Document G703™ – 1992. Copyright © 1963, 1965, 1966, 1967, 1970, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 15:25:39 on 02/18/2013 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes: (1181512298)

2

SBS 0264

| A | B | C | WORK COMPLETED | | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| 41 | HVAC | 25,377.00 | 10,208.00 | 0.00 | 0.00 | 10,208.00 | 40.23 % | 15,169.00 | 0.00 |
| 42 | Big Ass Fans | 18,660.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 18,660.00 | 0.00 |
| 43 | Electrical | 128,800.00 | 89,250.00 | 0.00 | 0.00 | 89,250.00 | 69.29 % | 39,550.00 | 0.00 |
| 44 | Contractor's Fee | 90,820.00 | 63,502.40 | 0.00 | 0.00 | 63,502.40 | 69.92 % | 27,317.60 | 0.00 |
| CO1 | Masonry | 12,700.00 | 12,700.00 | 0.00 | 0.00 | 12,700.00 | 100.00 % | 0.00 | 0.00 |
| CO1 | Cedar Plank Cladding | 6,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 6,800.00 | 0.00 |
| CO1 | Metal Building | 12,000.00 | 12,000.00 | 0.00 | 0.00 | 12,000.00 | 100.00 % | 0.00 | 0.00 |
| CO1 | Electrical | 9,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 9,800.00 | 0.00 |
| CO1 | Contractor's Fee | 3,300.00 | 1,976.00 | 0.00 | 0.00 | 1,976.00 | 59.88 % | 1,324.00 | 0.00 |
| CO2 | Storefront/Windows | 25,504.00 | 19,388.00 | 0.00 | 0.00 | 19,388.00 | 76.02 % | 6,116.00 | 0.00 |
| CO2 | Contractor's Fee | 2,040.00 | 1,551.04 | 0.00 | 0.00 | 1,551.04 | 76.03 % | 488.96 | 0.00 |
| CO3 | Masonry-CMU | 2,000.00 | 2,000.00 | 0.00 | 0.00 | 2,000.00 | 100.00 % | 0.00 | 0.00 |
| CO3 | Foundation 12" thick | 10,220.00 | 10,220.00 | 0.00 | 0.00 | 10,220.00 | 100.00 % | 0.00 | 0.00 |
| CO3 | Generator Rental | 6,100.00 | 6,100.00 | 0.00 | 0.00 | 6,100.00 | 100.00 % | 0.00 | 0.00 |
| CO3 | Contractor's Fee | 1,466.00 | 1,466.00 | 0.00 | 0.00 | 1,466.00 | 100.00 % | 0.00 | 0.00 |
| | GRAND TOTAL | $1,318,004.00 | $917,952.76 | $0.00 | $0.00 | $917,952.76 | 69.65 % | $400,051.24 | $0.00 |

SBS 0265

AIA Document G703™ – 1992. Copyright © 1963, 1965, 1966, 1967,1970, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 15:25:39 on 02/18/2013 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes: (1181512298)

**Dave Morgan**

From:            Steve Schiffman
    t:           Thursday, February 28, 2013 12:00 PM
    u:           'TPittman@lewisenergy.com'
Subject:         Uvalde Payment

Tom,

In the meeting you talked about getting SBS a closeout check quickly.  I called yesterday to inquire about the status.  I know you contacted some of the subcontractors to continue with the project, but we still need to closeout SBS's subcontracts financially.  Please give me an update....Steve

*Stephen S. Schiffman, President*

Stephen S. Schiffman, President

SBS Construction
17 Scenic Loop Road
Boerne, Texas 78006
Office: 830-981-5929
Fax:    830-981-5308
Direct Line : 830-981-5945
Cell:    210--379-7708
 ail: sschiffman@sbsworld.net


DEFENDANT'S
EXHIBIT
13
SBS

1

SBS 1946



# JOHN GRABLE

A R C H I T E C T S  -  I N C

February 28, 2013

Jack Green
Select Building Systems, Inc.
17 Scenic Loop Rd.
Boerne, TX 78006

Re: Los Cerritos Hangar
Project termination procedures for SBS

Dear Jack,

When Glacier Cap terminated SBS General Contracting services on February 5, 2013 you were asked to provide us with copies of all of your subcontractor contracts, supplier contracts, and any outstanding issues. Although you agreed to this request, to date, we have not received any of this critical information. We did receive your final draw application #7 on February 6, 2013 and I assumed that the critical project contacts and suppliers list would be forth coming the following week, but to date, we have not received this list that all parties agreed to.

The collective efforts of the above-mentioned team, as well as the architect and structural engineering team of record have been working to identify these items as we continue to assess all of the SBS work. My office has been in touch with Eric at Schulte Building Systems, who has been helpful in assessing the work that is in place as well as the existing as – built conflicts.

Jack, you may not be aware, but we have discovered several defects in work delivered by SBS. Glacier Cap has hired an independent consultant to test and review all as-built conditions. This effort continues and is still underway to complete a detailed list that outlines these defects, how they will be resolved. Today it was determined that the building is a minimum of two inches out of plumb toward the west (or river side) and that a number of the double lock seam roof panels are not contiguous as specified. The diaphragm function of the roof element will be compromised when the building is plumbed and will have to be completely removed and replaced. The practice of installing a roof before a building is squared and plumb violates quality industry standards.

The Owner will not absorb any cost for resolving these defects. The costs associated with this and any other building specification infraction will be deducted from any outstanding draws requested or due to SBS and/or their suppliers before any payments are released.

We will resolve these problems quickly and professionally. To discover these problems after enduring repeated delays to the pre–engineered building delivery is hard to comprehend. We will protect the Owner in the process and assure that he gets the quality building he is paying for.

Regards,

John Grable, FAIA
Cc. Tom Pittman GCC, Stephen S. Schiffman SBS



DEFENDANT'S
EXHIBIT
14
SBS

PENGAD-Bayonne, N.J.



Needs to move down.

SBS 1949



Gap

SBS 1950



Shim plate, not on drawings.

73935
49SB1



Notice dip in roof line.

SBS 1952



Missing Beam, previously installed, damaged roof, uninstalled.

SBS 1953



Better Picture of dip in roof line

SBS 1954



SBS 1955



SBS 1956



Notice change in pitch.

Screw, not on plans.

large gap, investigating clips and their intended use.

SBS 1957



Another picture of the condition at the roofing clips.

SBS 1958



Im proper placement of screw.

SBS 1959



cut improperly

SBS 1960



SBS 1961



not straight.

SBS 1962



Not in alignment

SBS 1963



Missing brace

SBS 1964



Missing bolt

SBS 1965



Large gap
between Z Purlins

SBS 1966



Not attached on the other side

SBS 1967



Notice wave in roof line.

SBS 1968



Roofing clips under investigation.

SBS 1969



not enough screws.

Improper end dams. Water infiltration point

SBS 1970



not enough screws

SBS 1971



spliced roof
panel, no screws.

SBS 1972



notice change in pitch.

SBS 1973



second roof panel splice, no screws.

SBS 1974



not fully welded.

SBS 1975



horrible flashing detail.

not welded

SBS 1976



Incorect material for this applicaiton.

SBS 1977



Incorrect material for this application.

SBS 1978



floating clip, under investigation.

SBS 1979

## Dave Morgan

| | |
|---|---|
| **From:** | Steve Schiffman |
| **nt:** | Thursday, March 14, 2013 2:34 PM |
| | Jerrod Robertson |
| **Cc:** | Jack Green; Dave Morgan |
| **Subject:** | Re: Los Cerritos Hanger - Notice of Lien |

Jerrod... I wish I had an answer for both of us unfortunately I have placed a number of calls to Tom Pitman and have not received a return call I think we will know something more next week.  if you need to file a lien to protect yourself I understand...

Have a great day, Steve

On Mar 13, 2013, at 8:24 AM, "Jerrod Robertson" <jrobertson@relecttx.com> wrote:

> Mr. Schiffman,
>
> Good morning.
>
>
>
> Can you please update me on payment status for the Los Cerritos Hanger project?
>

>
> As per our last letter dated March 4th (also in exhibit B of the attached documents) we will be filing lien on the above project this Friday Marcy 15th.  The original documents are being sent to your office and Tri Bar Ranch Company as well. We would like to resolve this prior to filing lein if possible to minimize any further cost / claims to this project.
>
>
>
> Your immediate attention in this matter is greatly appreciated.
>
>
>
> Please feel free to contact us should you have any questions.
>
>
>
> Thank you,
>
>
>
> Robertson Electric, Inc.
>
> Jerrod Robertson
>
>



DEFENDANT'S
EXHIBIT
15
SBS

1

SBS 1997

>
> 231 Derrick Dr.
>
> Humble, TX 77338

    )ffice: 281-441-1304
>
> Fax: 281-441-1342
>
>
>
> www.relecttx.com <http://www.relecttx.com>
>
>
>
>
>
>
>
> DISCLAIMER:
>
> This electronic message transmission contains information from Robertson Electric, Inc., and this information may be confidential. If you are not the intended recipient, be aware that disclosure, copying, distribution or use of all or any portion of the content of this information is prohibited. If you have received this transmission in error, please notify us as soon as possible by e-mail and delete the original message.
>
>

    <BIZHUB20130313073531.pdf>
> <image002.png>

SBS 1998



# JOHN GRABLE
### A R C H I T E C T S - I N C

March 15, 2013

Jack Green
Select Building Systems, Inc.
17 Scenic Loop Rd.
Boerne, TX 78006

Re: Los Cerritos Hangar
Project deficiencies

Dear Jack,

I am writing this letter to alert you to recent discoveries concerning the hangar structural foundation. It appears that the perimeter masonry lug that is required to support the 20"-0" tall stone veneer is only 10 inches deep and not the specified 3 foot depth. We are continuing to excavate around the reinforced concrete foundation and are finding this condition to be consistent. Victor De Anda our structural engineer of record is analyzing the situation so that we can retrofit this condition in order to support the stone veneer wall as specified.

Tom Pittman has informed me that you have been inquiring about your outstanding draw requests. In view of the fact that we continue to discover deficiencies in your construction work it might be best for you to contact your insurance company and inform them about these unfolding catastrophic conditions.

The project has suffered unreasonable delays and to discover the need to back track to make this and other flawed conditions previously mentioned correct and whole to the project specifications is making this an unbearable hardship. As you recall the original project timeline schedule submitted by SBS called for Substantial Completion on December 15, 2012.

Regards,

John Grable, FAIA
Cc. Tom Pittman GCC, Stephen S. Schiffman SBS



DEFENDANT'S
EXHIBIT
16
SBS

PENGAD-Bayonne, N.J.

## Dave Morgan

| | |
|---|---|
| From: | Steve Schiffman |
| it: | Wednesday, March 20, 2013 4:07 PM |
| To: | 'TPittman@lewisenergy.com' |
| Cc: | Dave Morgan; Jack Green |
| Subject: | SBS_CONSTRUCTION_20130320_150751.pdf - Adobe Reader |
| Attachments: | SBS_CONSTRUCTION_20130320_150751.pdf |

Please read the attached letter and let's set a time to meet.

Steve



DEFENDANT'S
EXHIBIT
17
SBS

1

# 昌 S B S

CONSTRUCTION • DEVELOPMENT

P.O. Box 780849
San Antonio, TX 78278-0849

March 19, 2013

Mr. Tom Pittman
Director of Construction Management
Glacier Cap Construction
10067 Jones Maltsberger
San Antonio, TX 78216

Re: Los Cerritos Hanger Project

Tom:

The lack of any substantive communication with you since our meeting of February 5, 2013 is not only disheartening but also counterproductive. In addition, the communications we have received from Grable are apparently positioning all parties to become involved in a needless litigation.

As you recall, on February 5th, representatives of SBS were intending to participate in the next of a series of regular scheduled meetings with you and representative of Grable to discuss the status of the various design, construction and financial matters associated with the Los Cerritos Hanger Project. Without prior verbal or written communication of any sort, SBS was summarily informed that we would no longer be associated with this project. During your brief remarks, you informed me that SBS would not be provided any due process and assured SBS that all matter would be handled in a professional manner and that SBS and our various vendors, suppliers and subcontractors would be paid promptly.

Taking you at your word and with the assumed common intent of all parties to cooperate, SBS immediately began the process of working to gather the final information you had requested. On February 19th, Jack Green contacted you to inform you that our final application for payment and related documents you requested were ready to be delivered. At your instructions, the information was delivered to and accepted by Grable's office on February 20th.

On February 28th, SBS received a letter from Grable (a copy of which was noted as being provided to you) wherein Grable noted that:
1. The information requested at the February 5th meeting had not yet been delivered even though it was in possession of Grable at their office;
2. That the building was "out of plumb" which is contrary to measurements by SBS, the metal building erector and the metal building provider – Schulte;
3. The "diaphragm function of the roof element will be compromised" is contrary to the approved metal building engineering which is not dependent upon the roof as a diaphragm.

Both Jack and I attempted to communicate with you on the substance of that letter, but did not receive returned phone calls. Assuming that you were intending to complete this close out process in

SBS 2007

an amicable manner as you stated, I felt that communicating directly with you, representing the party to whom we were under contract, was appropriate.

On March 1ˢᵗ, SBS received an email from Grable with several pictures purporting to indicate issues with the work performed to date. It should have been apparent to all that this is an unfinished, un-punched project. SBS had offered to you to assist in any manner but was never afforded any opportunity to return to the project which would have allowed us the opportunity to correct any agreed upon deficiencies. Utilization of such pictures accomplishes nothing but to point out the obvious.

On March 6ᵗʰ, you contacted Jack and stated that you had not received the information pertaining to the subcontractors involved on the project. This information was included in the package of documents that had been delivered to Grable per your instructions. Jack immediately submitted a copy of the entire package of information to you on that same day. At your request and in the spirit to be helpful to you, SBS had previously asked each subcontractor and supplier to assist you in any manner they deemed appropriate.

Throughout the ensuing time frame since February 5ᵗʰ, both Jack and I have submitted emails and numerous phone calls to you seeking the opportunity to meet and/or discuss the steps you are requiring to complete this close out process. No calls have been returned and no exchange of information has been accomplished with you.

In the most disturbing event to date, by letter dated last Friday, March 15ᵗʰ (a copy noted as having been provided to you), Grable issued a veil threat to SBS indicating that we should be contacting our insurance company on matters associated with the foundation for the hanger. The dimensions of the foundation were extended from the original design specifications as a result of meetings and discussions with Grable. The foundation was re-formed and inspected prior to pouring. By several emails among and between SBS, Grable and Victor deAnda on August 18, 2012 and supported by the Field Observation Report issued by Synergy Structural Engineering, both deAnda and Grable approved the pour of the foundation that is currently in place. Any representation of an "unfolding catastrophic condition" is unwarranted based upon the architect's instructions and the architect and engineers inspections and authorization to pour the foundation.

Tom, SBS has professionally dealt with this project since inception. While there have been issues that required adjustments by all parties, SBS continued, until your notification on February 5ᵗʰ, to commit to the completion of this project. We take Grable's letter seriously. We continue to be willing to meet with you to achieve your initial goal of amicably settling all matters associated with your desire to close us out of this project. I have suggested in messages left for you that we settle up with all vendors, suppliers and subcontractors, except for the metal building supplier, in an attempt to limit the hardship being placed on the entire project. SBS would then work with you and the metal building supplier to resolve any issues associated with their product. SBS can not stand by and allow our reputation and relationships with valued vendors, suppliers and subcontractors be tainted by any parties involved with this project.

The relationships among all parties have been hampered since inception by lack of substantive communication and teamwork. As you are aware, it is difficult to effectively manage any

construction project when the payment process is not reasonable; when authorized change orders are not approved and executed timely; and when the project plans and specifications are continually being adjusted. I once again request that we immediately meet to develop and implement a plan to settle the matters associated with this project and fairly and timely pay all parties involved. I can be reached any time at 210-379-7708.

Sincerely,
Select Building Systems, Inc.

Stephen S. Schiffman, President

## Dave Morgan

**From:**       Steve Schiffman
**nt:**       Friday, March 15, 2013 4:03 PM
**To:**       Dave Morgan
**Subject:**       UVALDE - Fwd: Ready for Pour

Have a great day, Steve

Begin forwarded message:

> **From:** "Jack Green" <jgreen@sbsworld.net>
> **To:** "Steve Schiffman" <sschiffman@sbsworld.net>
> **Subject: FW: Ready**
>
> PICS BEFORE WE POURED.
>
>
> Jack R Green
>
> LEED Green Associate
>
> Project Manager|Business Development
>
> SBS Construction and Development
>
> 17 Scenic Loop Rd
>
> Boerne, TX 78006
>
>
> 210-789-1898 cell
>
> 830-981-5308 fax
>
>
> From: John Grable [mailto:jgrable@johngrable.com]
> Sent: Saturday, August 18, 2012 2:06 PM
> To: PE VICTOR M. DE ANDA Jr.; Tom Pittman; Matthew Martinez; Jack Green
> Subject: Fwd: Ready
>
>
> Tes!


DEFENDANT'S EXHIBIT
18
SBS

PENGAD-Bayonne, N.J.

SBS 1999

Agree

Jack said they are still straightening crooked steel in trenches

Pour starts Monday at 3 am

John Grable FAIA

www.johngrable.com

Begin forwarded message:

> From: "Victor M. De Anda Jr." <victor@synergy-se.com>
> To: "John Grable" <jgrable@johngrable.com>
> Subject: Re: Fwd: Ready
>
> Eveything looks nice and clean!!!
>
>
> Victor M. De Anda Jr., P.E.
> Synergy Structural Engineering, Inc.
> 901 Victoria St. Suite "C"
> Laredo, TX. 78040
> O: 956-753-5860
> F: 956-753-6210
> M: 956-237-7908
>
>
> From: John Grable <jgrable@johngrable.com>
> To: PE VICTOR M. DE ANDA Jr. <victor@synergy-se.com>
> Sent: Sat, August 18, 2012 8:29:16 AM
> Subject: Fwd: Ready
>
> Victor
>
> Photos from yesterday by Jack Green
> They are pouring Monday am starting at 3 am

SBS 2000

Tom Pittman once to check one more time for piece of mind
He going today

jack G returns Sunday evening for pour

Any concerns?
John

Sent from my iPad

Begin forwarded message:

From: "Jack Green" <jgreen@sbsworld.net<mailto:jgreen@sbsworld.net>>
To: "John Grable" <jgrable@johngrable.com<mailto:jgrable@johngrable.com>>, "Thomas Pittman" <tpittman@lewisenergy.com<mailto:tpittman@lewisenergy.com>>
Subject: Ready


[cid:1.401300154@web607.biz.mail.mud.yahoo.com]


[cid:2.401300154@web607.biz.mail.mud.yahoo.com]


[cid:3.401300154@web607.biz.mail.mud.yahoo.com]


[cid:4.401300154@web607.biz.mail.mud.yahoo.com]


[cid:5.401300154@web607.biz.mail.mud.yahoo.com] .


Jack Green
210-789-1898
Every

SBS 2001



SBS 2002



SBS 2003



SBS 2004

# Stephen S. Schiffman, President

Stephen S. Schiffman, President

SBS Construction
17 Scenic Loop Road
Boerne, Texas 78006
Office: 830-981-5929
Fax:    830-981-5308
Direct Line : 830-981-5945
Cell:    210--379-7708
Email: sschiffman@sbsworld.net

---

**From:** Thomas Pittman [mailto:TPittman@lewisenergy.com]
**Sent:** Tuesday, March 26, 2013 11:24 AM
**To:** Steve Schiffman; Jack Green
**Cc:** Tony Trevino
**Subject:** Los Cerritos Hangar: Correspondence with LEG Staff

Hello Steve and Jack,

Per the advice of our in-house counsel, Tony Trevino, we are not permitted to discuss the Los Cerritos Hangar project with you, or anyone from SBS Construction, in any manner (to include text messages, voicemail, in person discussions, email, or other written correspondence).

Any inquiries, requests, or comments directed to us will not be answered, but will be forwarded to Tony Trevino, to be answered by him.

You can reach Tony Trevino at ttrevino@lewisenergy.com.

Thank you,

Tom Pittman

Director of Construction

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!


DEFENDANT'S
EXHIBIT
19
SBS
PENGAD-Bayonne, N.J.

John Grable </O=MEX02/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/ CN=JGRABLE.JOHNGRABLE.COM_55280B3AB>

March 19, 2013  8:52 PM

To: Thomas Pittman <TPittman@lewisenergy.com>

Re: Uvalde Hangar

---

I will stand there with you my friend

John Grable FAIA

www.johngrable.com

On Mar 19, 2013, at 8:48 PM, "Thomas Pittman" <TPittman@lewisenergy.com> wrote:

> Huge!! Want to keep you out of the impending fight. It's going to happen and it makes my life easier taking you out of the mix. Unfortunate, but Schiffman has put me in a position I have no other recourse. I have to crush him and I will.
>
> Sent from my iPhone
>
> On Mar 19, 2013, at 8:36 PM, "John Grable" <jgrable@johngrable.com> wrote:
>
>> I wanted you to see this
>>
>> John Grable FAIA
>>
>> www.johngrable.com
>>
>> Begin forwarded message:
>>
>>> **From:** John Grable <jgrable@johngrable.com>
>>> **Date:** March 19, 2013, 8:23:21 PM CDT
>>> **To:** Rod Lewis <Rod@lewisenergy.com>
>>> **Subject: Uvalde Hangar**
>>>
>>> Rod
>>>
>>> I hope you had a good trip.
>>>
>>> I am here to step up to the plate and take some responsibility for the "cluster frack" that SBS has caused you.


DEFENDANT'S EXHIBIT
20
SBS
PENGAD-Bayonne, N.J.

Despite great references like Tim Hixson and viewing a number of the completed SBS projects - in life there are no guarantees.

I can assure you that I will guarantee that I will stand tall and continue to work on this great project to ensure its successful completion.

Not only is my commitment to excellence seeded in my deep respect and admiration for you but also stems from my roots and the way I was raised – to never start something you cannot finish and finish well!

I will reimburse my fees for the Construction Phase per my contract with you.

Everyone is hurt and taking some hits as SBS has forced us all to back track on several of the hangar project phases.

The majority of the bad work performed by SBS occurred in a 45 day period once the PEMB was delivered to the site.

I see greatness coming out of this road block and will stand tall for you in my efforts as part of your fine team to reach this goal.

I also am contributing my set of construction documents for the Hunting Lodge (casa Verde) (ten sheets total) to humbly display my enthusiasm for your vision of Los Cerritos and al the great things this piece of heaven has to offer.

I trust this meets with your approval.

You have a great team assembled and I value their expertise and commitment to you.

Respectfully

John

\<image002.jpg \>

www.johngrable.com

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

## John Maywald

| | |
|---|---|
| **From:** | Dave Morgan |
| **Sent:** | Monday, April 01, 2013 11:38 AM |
| **To:** | Jack Green; Steve Schiffman |
| **Cc:** | John Maywald; Kyle Kieke |
| **Subject:** | Los Cerritos |

**Importance:** High

Just received a call back from Tony Trevino (in-house legal counsel) with Lewis Energy Group .. he was returning my calls from last week and this morning ... he was pleasant and nice ... said that he had not yet had an opportunity to thoroughly review the matter and meet with Tom .. said that he would focus on the matter and committed to call me back on Wednesday ... I will follow up if I don't hear from him ...

David L. Morgan, III
Executive V. P. – Chief Operating Officer
Select Building Systems, Inc.
    dba SBS Construction
17 Scenic Loop Road
Boerne, TX 78006
Email: dmorgan@sbsworld.net
Ph: 830-981-5946
Fx: 830-981-5308



DEFENDANT'S
EXHIBIT
21
SBS

PENGAD-Bayonne, N.J.

SBS 0275

 
## AFFIDAVIT CLAIMING STATUTORY and CONSTITUTIONAL
## MECHANIC'S & MATERIALMAN'S LIEN
### (Original Contractor)
### NOTICE: THIS IS NOT A LIEN. THIS IS ONLY AN AFFIDAVIT CLAIMING A LIEN

STATE OF TEXAS

COUNTY OF UVALDE

BEFORE ME, the undersigned notary public in and for the State of Texas, personally appeared David L. Morgan, who being by me and now duly sworn upon his oath says:

"My name is David L. Morgan. I am the Executive Vice-President of Select Buildings Systems, Inc., hereinafter called "Claimant," and am fully competent and qualified to make this Affidavit, and I have personal knowledge of the facts stated herein, all of which are true and correct. This Affidavit is made to perfect a Statutory and Constitutional Mechanic's and Materialman's lien against the real property described below.

1. Claimant has an unpaid claim in the amount of $426,560.88 ("Claim Amount") for labor and materials furnished on the construction of improvements at the real property described below. The Claim Amount is, within my personal knowledge, just and true, the same is due and unpaid, and all just and lawful offsets, payments and credits have been allowed. The Claim Amount is for labor and materials furnished and described below on which a systematic record has been kept.

2. The name and last known address of the owner or reputed owner ("Owner") of the real property and improvements on which this claim is made is: Tri-Bar Ranch Company, Ltd., 10101 Reunion Place, Suite 1000, San Antonio, Texas 78216. The general partner of Owner is Tercero Navarro, Inc., 10101 Reunion Place, Suite 1000, San Antonio, Texas 78216.

3. Claimant's labor and materials furnished for the construction of improvements on the real property described below are generally described as: the materials, labor and equipment required to construct an airplane hanger of approximately 12,800 square feet with finish-out of interior, plus construction of an adjacent taxiway of approximately 10,000 square feet, compete with all site work, utilities, concrete, metal building and roof, electrical, HVAC, interior and exterior finishes, floorings, metal stairs, store fronts, doors and hardware, windows, drainage, fencing, landscaping, fire safety, masonry, millwork, clean up and signage. This Affidavit is a claim by an original contractor.

4. Claimant furnished the above-described material, labor and equipment under a contract with Owner (Tri-Bar Ranch Company, Ltd.) dated May 17, 2012 whose address is 10101 Reunion Place, Suite 1000, San Antonio, Texas 78216.

A Certified Copy
Page 1 of 15
Attest: Ramona Esquivel Hobbs
Uvalde County Clerk



DEFENDANT'S
EXHIBIT
22
SBS

TR_00506

5. Claimant is the original contractor – Select Building Systems, Inc., 17 Scenic Loop Rd., Boerne, Texas 78006

6. The legal description of the real property improved by Claimant under the original contract with Owner is:

5,252.257 acres of land, more or less, situated about 22.4 miles North 33 degrees West of Uvalde, in Uvalde County, Texas, having acreage in various surveys, and being more particularly described in the corrected warranty deed with vendor's lien granted by Rodney R. Lewis and Kimberly S. Lewis to Tri-Bar Ranch Company, Ltd., recorded in the office public records of Uvalde County, Texas on June 4, 2003 in Volume 506, Pages 263-276, under Document No. 2003001973, and described by Exhibit A and B, attached hereto and made a part hereof for all purposes. The subject property is located in Uvalde County, Texas, and is commonly known as Los Cerritos, County Road 410, Uvalde, Texas. The real property and improvements on it are sought to be charged with Claimant's lien.

7. Claimant is making a claim both for the amount remaining to be paid for work performed or materials supplied. The amount includes retainage which amount is due and owing. Claimant's claim is based upon the Contract, a statutory lien under the provisions of Chapter 53 of the Texas Property Code, and a constitutional lien pursuant to the Texas Constitution, including Article 16, Section 37 to secure payment of the Claim Amount. The Claim Amount does not include any attorney's fees, interest or costs which may be recovered by law.

8. Claimant's address is Select Building Systems, Inc., 17 Scenic Loop Rd., Boerne, Texas, 78006.

9. In compliance with the Texas Property Code, Claimant is sending one copy of this Affidavit to the Owner on April 15, 2013 via certified mail, return receipt requested to the last know address.

The purpose of this Affidavit is to claim a statutory and constitutional mechanic's and materialman's lien on the above described land and improvements.

David L. Morgan
Executive Vice-President of
Select Building Systems, Inc.

SUBSCRIBED and SWORN to before me, the undersigned notary public on this the 12ᵗʰ day of April, 2013 to which witness my hand and seal of office.

JOHN C. MAYWALD
MY COMMISSION EXPIRES
November 27, 2016

Notary Public in and for the State of Texas

After Recording, Return To:
Tom Clark
Dealey, Zimmermann, Clark & Malouf, P.C.
3131 Turtle Creek Blvd, Suite 1201
Dallas, Texas 75219

Certified Copy
ge 3 of 15
Attest: Ramona Esquivel Hobbs
Uvalde County Clerk

Exhibit A

THE STATE OF TEXAS     PREPARED FOR: India Louise Newton,
COUNTY OF UVALDE                         et al

FIELD NOTES TO DESCRIBE

A survey of 5252.257 acres of land situated about 22.4 miles
N 33° W of Uvalde, in Uvalde County, Texas, having acreage
in the following original surveys:

| SURVEY NO. | ABSTRACT NO. | ORIGINAL GRANTEE | ACRES |
|---|---|---|---|
| 179 | 394 | Austin Perkins | 751.366 |
| 182 | 393 | Austin Perkins | 677.092 |
| 183 | 368 | Austin Perkins | 470.432 |
| 186 | 246 | Josiah Huffman | 364.160 |
| 432 | 712 | Uvalde School Land | 4.631 |
| 817 | 1086 | E.L. & R.R. RR. Co. | 627.064 |
| 818 | 1581 | A. B. Collins | 614.463 |
| 819 | 885 | E.L. & R.R. RR. Co. | 59.894 |
| 819 1/2 | 1890 | R. J. Davenport | 168.598 |
| N 1/2 820 | 1580 | A. B. Collins | 301.973 |
| S 1/2 820 | 1582 | A. B. Collins | 2.503 |
| 831 | 1060 | T.M. RR. Co. | 631.046 |
| 832 | 1579 | A. B. Collins | 564.732 |
| 1041 | 1312 | H.E. & W.T. RR. Co. | 14.307 |
|  |  | Total | 5252.257 |

said 5252.257 acres of land being that same property called
5054.999 acres, more or less, described in a Gift Deed to
India Louise Newton Shackleford, et al from India Louise
Newton, et vir, dated June 1, 1999, as recorded in Volume
397 on Page 331 of the Official Public Records of Uvalde
County, Texas, and being more particularly described by
metes and bounds as follows:

BEGINNING:  At a 2" diameter iron pipe set on the East
boundary line of the Nueces River for the new
Southwest corner of said Survey No. 179, the
new Northwest corner of survey No. 178, Abstract
No. 123, John Collins, original Grantee, and the
Southwest corner of this survey;

THENCE:  Along the East boundary line of the Nueces
River, the following courses:

N 56-44-13 W 155.60 feet to an angle point;

N 65-15-20 W 221.77 feet to an angle point;

N 67-14-13 W 349.82 feet to an angle point;

N 34-19-53 W 226.37 feet to an angle point;

N 30-17-21 W 439.78 feet to an angle point;

N 34-41-18 W 272.39 feet to an angle point;

N 02-09-55 W 195.63 feet to an angle point;

N 09-03-54 E 299.49 feet to an angle point;

N 07-49-14 E 138.25 feet to an angle point;

N 07-15-47 E 135.22 feet to an angle point;

N 15-24-42 E 224.46 feet to an angle point;

N 17-57-48 E 277.81 feet to an angle point;

N 21-04-44 E at 15.00 feet pass the center-
line of County Road 410, continuing a total
distance of 247.31 feet to an angle point;

EXHIBIT A - Page 1 of 10

Certified Copy
Page 4 of 15
Attest: Ramona Esquivel Hobbs
Uvalde County Clerk

TR_00509

India Newton (5252:287 Acres) - Page 2

N 39-40-46 E 212.29 feet to an angle point;

N 47-38-18 E 290.97 feet to an angle point;

N 45-57-58 E 199.14 feet to an angle point;

N 40-31-28 E 624.41 feet to an angle point;

N 45-42-17 E 598.40 feet to an angle point;

N 60-32-41 E 472.95 feet to an angle point;

N 31-38-56 E 370.37 feet to an angle point;

N 25-45-43 E 693.18 feet to an angle point;

N 24-12-28 E 630.23 feet to an angle point;

N 33-49-51 E 199.61 feet to an angle point;

N 16-53-49 E 588.67 feet to an angle point;

N 15-03-44 E 705.70 feet to an angle point;

N 05-25-59 E 415.97 feet to an angle point;

N 04-25-28 E 576.54 feet to an angle point;

N 05-45-49 E 404.38 feet to an 8" diameter cedar corner post for an angle point in the upper South line of that certain 565.53 acres of land, more or less, described as Tract (A) of Second in a Partition Deed to Mary Martha Millingham from India Louise Newton, dated July 28, 1966, as recorded in Volume 164 on Page 85 of the Deed Records of Uvalde County, Texas, for the lower Northwest corner of this survey;

THENCE:    Along fence and the Southwest, South, and East line of said 565.53 acre tract of land, the following courses:

N 68-11-10 E 58.27 feet to an 18" diameter cedar tree for an angle point;

S 32-53-04 E 195.49 feet to a railroad tie post for an angle point;

S 45-27-50 E 431.03 feet to a railroad tie post for an angle point;

S 44-25-02 E 577.15 feet to a railroad tie post for an angle point;

S 34-43-42 E 197.08 feet to a railroad tie post for an angle point;

S 41-08-27 E 307.53 feet to a railroad tie post for an angle point;

S 76-16-10 E 513.50 feet to a railroad tie post for an angle point;

S 87-38-07 E 603.70 feet to a railroad tie corner post at the Southwest end of a gate for the lower Southeast corner of said 565.53 acre tract of land and an interior corner of this survey;

EXHIBIT A - Page 2 of 10

Certified Copy
Page 5 of 15
Attest: Ramona Esquivel Hobbs
Uvalde County Clerk

TR_00510

N 25-22-42 E at 7.85 feet pass the center of said gate and the terminus point of a 50-foot-wide Road Easement, continuing a total distance of 123.20 feet to a 10" diameter cedar post for an angle point;

N 26-34-24 E 538.16 feet to a 10" diameter cedar post for an angle point;

N 13-50-36 E 191.64 feet to a railroad tie post for an angle point;

N 39-31-23 E 745.25 feet to a railroad tie corner post for an angle point;

N 39-47-22 E 46.20 feet to an interior corner of said 565.53 acre tract of land and an exterior corner of this survey;

S 79-21-45 E 429.00 feet to a 6" diameter cedar corner post for the middle Southeast corner of said 565.53 acre tract of land and an interior corner of this survey;

N 20-02-24 E 237.07 feet to an 8" diameter cedar post for an angle point;

N 16-34-20 E 247.33 feet to an 18" diameter live oak tree for an interior corner of said 565.53 acre tract of land and an exterior corner of this survey;

N 61-35-26 E 25.09 feet to an 18" diameter live oak tree for an angle point;

N 63-22-03 E 277.85 feet to an 8" diameter cedar corner post for the upper Southeast corner of said 565.53 acre tract of land and an interior corner of this survey;

N 15-11-27 E 854.37 feet to an 8" diameter cedar post for an angle point;

N 06-00-18 E 159.97 feet to an 8" diameter cedar post for an angle point;

N 05-38-52 E 999.42 feet to an 8" diameter cedar post for an angle point;

N 02-13-33 W 425.70 feet to an 8" diameter cedar post for an angle point;

N 01-17-22 E 689.18 feet to an 8" diameter cedar post for an angle point;

N 07-36-50 E 205.52 feet to an 8" diameter cedar post for an angle point;

N 03-05-01 W 727.97 feet to an 8" diameter cedar post for an angle point;

N 00-15-12 E 940.63 feet to a 6" diameter cedar post for an angle point; and

N 06-24-54 E 73.39 feet to a point on the record North line of said Survey No. 186 and the record South line of Survey No. 187, Abstract No. 390, James S. Payne, original Grantee, for the upper Northwest corner of

EXHIBIT A — Page 3 of 10

Certified Copy
Page 16 of 15
Attest: Ramona Esquivel Hobbs
Uvalde County Clerk

TR_00511

this survey from which a 6" diameter cedar corner post for the deeded Northeast corner of said 865.53 acre tract of land bears N 98-24-54 E 229.33 feet;

THENCE: Along the record North line of said Survey No. 186, N 70-37-27 E at 617.67 feet pass the Newton Ranch boundary fence, continuing along the record North line of said Survey No. 186 a total distance of 5278.68 feet to the record Northeast corner of said Survey No. 186, the record lower Northwest corner of the West 1/2 of Survey No. 770, Abstract No. 1765, Barney Hofatter, original Grantee, the West corner of that certain 60.28 acre tract of land described as Tract Seven in a deed to Bailey Four Canyons Ranch Properties, Ltd. from F. Kenneth Bailey, Jr., dated September 30, 1998, as recorded in Volume 411 on Page 236 of the aforementioned Official Public Records, and an exterior corner of this survey;

THENCE: Along the record East line of said Survey No. 186, the record lower West line of said West 1/2 of said Survey No. 770, and the West line of said Tract Seven, S-19-62-59 E at 878.12 feet pass the Newton Ranch boundary fence, continuing a total distance of 919.40 feet to a 5/8" iron pin set for the record Southwest corner of the West 1/2 of Survey No. 770, the record upper Northwest corner of Survey No. 831, the Southwest corner of said Tract Seven, and an interior corner of this survey;

THENCE: Along the record South line of the West 1/2 of Survey No. 770, the record South line of the East 1/2 of Survey No. 770, the record North line of said Survey No. 831, the record North line of said Survey No. 832, the South line of said Tract Seven, the South line of that certain 1250.04 acre tract of land described as Tract Five in the aforementioned deed to Bailey Four Canyons Ranch Properties, Ltd., and the South line of that certain 93.66 acre tract of land described as Tract Six in the said deed to Bailey Four Canyons Ranch Properties, Ltd., N 70-38-07 E at 1888.56 feet pass a 4" diameter pipe corner post for the Southeast corner of said Tract Seven and the Southwest corner of said Tract Five, at 4927.61 feet pass a 4" diameter pipe corner post for a Southeast corner of said Tract Five and the Southwest corner of said Tract Six, at 5549.50 feet pass the record Southeast corner of the West 1/2 of Survey No. 770 and the record Southwest corner of the East 1/2 of said Survey No. 770, at 5755.75 feet pass the record Northeast corner of said Survey No. 831 and the record Northwest corner of Survey No. 832, continuing a total distance of 9855.05 feet to the record Southeast corner of the East 1/2 of Survey No. 770, a record angle point in the North line of said Survey No. 832, the record upper Southwest corner of said Survey No. 819 1/2, the Southeast corner of said Tract Six, and an interior corner of this survey;

THENCE: Along the record East line of the East 1/2 of Survey No. 770, the record upper West line of

A Certified Copy
Page 7 of 15
Attest: Ramona Esquivel Hobbs
Uvalde County Clerk

TR_00512

India Newton (5252.257 Acres) - Page 5

said Survey No. 819 1/2, and the East line of
said Tract Six, N 19-57-59 W 445.61 feet to the
record Northwest corner of Survey No. 819 1/2,
the record Southwest corner of Survey No. 846,
and an exterior corner of this survey;

THENCE: Along the record North line of said Survey No.
819 1/2 and the record South line of said Survey
No. 846, East 5632.00 feet to a point on the
record West line of said Survey No. 1041 for the
record Northeast corner of said Survey No.
819 1/2, the record Southeast corner of Survey
No. 846, and an interior corner of this survey;

THENCE: Along the record East line of said Survey No.
846 and the record West line of said Survey
No. 1041, N 00-44-31 W at 516.45 feet pass the
Southeast corner of that certain 32.71 acre
tract of land described as Tract Sixteen in the
aforementioned deed to Bailey Four Canyons
Ranch Properties, Ltd., continuing along the
East line of said Tract Sixteen a total distance
of 1859.48 feet to a point in fence on the
Southwest line of Tract 234 of Walnut Springs
Subdivision (unrecorded) for the North corner
of that certain 13.859 acre tract of land de-
scribed as Tract 2 in a deed to G. A. Newton,
et ux, et al from Robert L. Shellhammer, et al,
dated November 7, 1973, as recorded in Volume
193 on Page 661 of the aforementioned Deed
Records, and the easternmost North corner of
this survey from which a 6" diameter cedar
corner post for the Northwest corner of said
Tract 234 bears N 48-47-29 W 80.65 feet;

THENCE: Along fence, the East line of said 13.859
acre tract of land, and the West line of Tract
Nos. 234, 244, 297, and 232A of said Walnut
Springs Subdivision, the following courses:

S 48-47-29 E 10.27 feet to a fence post
for an angle point;

S 35-10-11 E 86.44 feet to a fence post
for an angle point;

S 56-02-02 E 68.26 feet to a fence post
for an angle point;

S 46-49-10 E 84.57 feet to a fence post
for an angle point;

S 39-50-04 E 38.74 feet to a 10" diameter
cut off cedar tree for an angle point;

S 14-11-21 W 28.46 feet to a fence post
for an angle point;

S 01-55-28 E 253.24 feet to a fence post
for an angle point;

S 22-27-21 E 93.03 feet to a fence post
for an angle point;

S 30-36-31 E 140.25 feet to a 20" diameter
oak tree for an angle point;

S 24-42-57 E 94.95 feet to a fence post for
an angle point;

EXHIBIT A - Page 5 of 10

Certified Copy
Page 8 of 15
Attest: Ramona Esquivel Hobbs
Uvalde County Clerk

TR_00513

S 07-33-30 W 117.23 feet to a 24" diameter cedar tree for an angle point;

S 02-44-37 E 54.31 feet to a fence post for an angle point;

S 18-17-44 W 253.20 feet to a fence post for an angle point;

S 26-21-58 W 168.34 feet to an 8" diameter cedar post for an angle point;

S 08-10-44 E 157.72 feet to an 8" diameter cedar tree for an angle point;

S 19-36-38 E 350.20 feet to a fence post for an angle point;

S 13-32-36 E 49.72 feet to a fence post for an angle point;

S 03-13-53 E 84.22 feet to a fence post for an angle point;

S 03-45-02 W 137.17 feet to an 8" diameter cedar tree for an angle point;

S 21-48-17 W 66.27 feet to a 12" diameter cut off cedar tree for an angle point;

S 33-04-38 W 393.36 feet to an 18" diameter oak tree for an angle point; and

S 23-28-51 W 125.35 feet to an 18" diameter pinon pine tree for the West corner of said Tract 232A and an angle point of this survey;

THENCE: Along fence, in part along the Southeast line of said 13.859 acre tract of land, in part along the Northwest and West line of that certain 20.020 acre tract of land described as Tract Two in a deed to J. A. Copeland, et al from G. A. Newton, et ux, et al, dated November 7, 1975, as recorded in Volume 193 on Page 565 of the said Deed Records, the East and Southeast line of that certain 61.938 acre tract of land described as Tract One in the aforementioned deed to G. A. Newton, et ux, et al and along the Northwest and West line of Tract Nos. 232, 192, 203, 148, 166, 189, and 275 of Walnut Springs Subdivision, the following courses:

S 49-58-39 W at 37.80 feet pass the record West line of said Survey No. 1041 and the record East line of Survey No. 819 1/2 for the South corner of said 13.859 acre tract of land and the Northeast corner of said 20.020 acre tract of land, continuing a total distance of 510.28 feet to an 8" diameter cedar post for an angle point;

S 23-45-23 W 233.64 feet to a 24" diameter cedar tree for an angle point;

S 55-00-40 W 243.01 feet to a 6" diameter oak tree for an angle point;

S 49-54-41 W 121.35 feet to a 24" diameter cedar tree for an angle point;

A Certified Copy
Page 9 of 15
Attest: Ramona Esquivel Hobbs
Uvalde County Clerk

TR_00514

S 59-50-11 W 182.95 feet to a 12" diameter cedar stump for an angle point;

S 50-52-41 W 85.28 feet to a 12" diameter cedar stump for an angle point;

S 44-25-10 W 238.93 feet to a leaned over 10" diameter cedar tree for an angle point;

S 07-01-17 W 539.85 feet to a fence post for an angle point;

S 06-08-17 W 26.66 feet to a fence post for an angle point;

S 06-24-02 W 159.73 feet to a 3/4" iron pin marked "SW 203 Martinez" found for the Southwest corner of Tract 203 and the Northwest corner of Tract 248 for an angle point;

S 65-30-34 W 513.36 feet to a 4" diameter cedar post for an angle point;

S 03-27-37 W 277.27 feet to a 3/4" iron pin marked "NW 156 Madison" for the Northwest corner of said Tract 156 and the Southwest corner of said Tract 248 for an angle point;

S 05-12-32 W 369.64 feet to a fence post for an angle point;

S 21-54-01 W 149.03 feet to a 4" diameter cedar post for an angle point;

S 23-22-33 W 330.49 feet to a fence post for an angle point;

S 11-02-44 W 59.73 feet to a fence post for an angle point;

S 07-02-40 W 326.38 feet to a 4" diameter cedar post for an angle point;

S 58-17-55 W 224.65 feet to a 4" diameter cedar post for an angle point;

S 57-09-59 W at 278.75 feet pass the record North line of said Survey No. 432 and the record upper South line of said Survey No. 819 for the Southeast corner of said 61.935 acre tract of land, leaving said 61.935 acre tract of land and continuing a total distance of 394.86 feet to a 6" diameter cedar post for an angle point;

S 20-19-21 E 227.35 feet to a 18" pecan tree for an angle point;

Leaving fence, S 01-33-26 W 389.30 feet to a 5/8" iron pin set for an angle point; and

Not along fence, S 28-15-14 E 102.00 feet to a 5/8" iron pin set on the Northeast line of Tract 274 of said Walnut Springs Subdivision for an angle point in the Southwest line of Tract 275 and an exterior corner of this survey;

THENCE: Along the Northeast line of said Tract 274, N 50-06-08 W at 52.01 feet pass an easterly

EXHIBIT A - Page 7 of 10

Certified Copy
Page 10 of 15
Attest: Ramona Esquivel Hobbs
Uvalde County Clerk

exterior corner of that certain 426.315 acre tract of land described as Tract One in the aforementioned deed to J. A. Copeland, et.al., continuing along a Northeast line of said 426.315 acre tract of land a total distance of 154.88 feet to a 5/8" iron pin set for an angle point;

THENCE: Along the Northeast line of said Tract 274 and a Northeast line of said 426.315 acre tract of land, N 32-20-06 W at 18.71 feet pass an 8" diameter cedar corner post at the West end of a gate, continuing along fence a total distance of 127.69 feet to a 12" diameter cedar corner post for the Northeast corner of said Tract 274, a Northeast corner of said 426.315 acre tract of land, and an interior corner of this survey from which the center rod of a windmill bears N 12-21-02 E 71.38 feet;

THENCE: Along fence, the North, Northwest, and West line of said 426.315 acre tract of land and the North, Northwest, and West line of Tract Nos. 274, 249, 285, 316, 247, 246, and 246A, the following courses:

S 86-06-39 W 318.22 feet to an 8" diameter cedar corner post for an angle point;

S 51-18-00 W 444.17 feet to a 3" diameter pipe post for an angle point;

S 52-21-13 W 1668.50 feet to a 6" diameter cedar post for an angle point;

S 49-38-52 W 231.51 feet to a 4" diameter cedar post for an angle point;

S 37-12-08 W 365.10 feet to a 3/4" iron pin found by a 6" diameter cedar post for an angle point;

S 55-52-20 W 340.26 feet to a 4" diameter cedar post for an angle point;

S 57-19-33 W 208.84 feet to a 6" diameter cedar post for an angle point;

S 51-13-52 W 423.87 feet to a fence post for an angle point;

S 50-42-05 W 295.80 feet to a fence post for an angle point;

S 50-42-05 W 100.00 feet to a fence post for an angle point;

S 44-06-21 W 205.44 feet to a fence post for an angle point;

S 52-59-50 W 256.30 feet to a fence post for an angle point;

S 47-16-50 W 151.50 feet to a 6" diameter cedar post for an angle point;

S 20-42-35 W 365.03 feet to a 4" diameter cedar post for an angle point;

EXHIBIT A - Page 8 of 10

Certified Copy
Page 11 of 15
Attest: Ramona Esquivel Hobbs
Uvalde County Clerk

TR_00516

S 23-21-50 E 309.67 feet to a 3/4" iron pin found by fence post for an angle point;

S 32-51-04 E 85.68 feet to a fence post for an angle point;

S 02-13-20 E 235.00 feet to a fence post for an angle point;

S 04-07-20 E 48.60 feet to a fence post for an angle point;

S 11-08-40 W 163.80 feet to a fence post for an angle point;

S 09-47-20 E 656.30 feet to a fence post for an angle point;

S 07-59-57 W 511.85 feet to a 4" diameter cedar post for an angle point; and

S 10-18-28 E 205.91 feet to a 5/8" iron pin set on the record South line of said Survey No. 818 for the Southeast corner of this survey from which a 3/4" iron pin bears S 10-18-28 E 85.32 feet and a 6" diameter 3-way cedar corner post for the Southeast boundary corner of said Newton Ranch bears S 10-53-39 E 96.19 feet;

THENCE: Along the record South line of said Survey No. 818, the record South line of Survey No. 817, and the record South line of said Survey No. 179, S 70-17-39 W at 765.93 feet pass the record Northeast corner of Survey No. 895, Abstract No. 1615, T. R. Stoner, original Grantee; at 4052.78 feet pass the Newton Ranch boundary fence and a Northeast line of an encroaching 800.00 acre tract of land described as First Tract in a deed to Gracia Rae Plummer Whetstein from Davis L. Llanos, dated September 5, 1979, as recorded in Volume 224 on Page 986 of the said Deed Records from which a 6" diameter cedar corner post bears S 60-30-47 E 61.63 feet; at 4498.41 feet pass the record Southwest corner of said Survey No. 818 and the record Southeast corner of said Survey No. 817; at 4553.83 feet pass a fence and the East line of said 800.00 acre tract of land; at 5749.73 feet pass said Newton Ranch boundary fence; at 6247.56 feet pass said Newton Ranch boundary fence, from which a 6" diameter cedar corner post bears N 61-30-00 W 47.99 feet; at 6575.26 feet pass said Newton Ranch boundary fence; at 7009.80 feet pass said Newton Ranch boundary fence, from which a 6" diameter cedar corner post bears S 08-09-11 W 50.14 feet; at 8857.76 feet pass a cedar stake found in an old rock mound for the Northeast corner of the Northwest 1/8 of said Survey No. 895, Abstract No. 1419, A. Junor, original Grantee, from which a 10" diameter cedar tree (now 12" diameter cedar stump) bears S 46-20-17 E 90.34 feet (Rec: S 46 1/2' E 32.6 varas - 90.56 feet); at 10,403.86 feet pass the record Southwest corner of said Survey No. 817 and the record Southeast corner of said Survey No. 179; at 10,550.81 feet pass 4.67 feet N 20° W of a 6" diameter cedar post for an angle in the said Newton Ranch boundary fence; at 11,212.33 feet

A Certified Copy
Page 12 of 15
Attest: Ramona Esquivel Hobbs
Uvalde County Clerk

TR_00517

pass 2.19 feet N 20° W of a 6" diameter fence post for an angle in the Newton Ranch boundary fence; continuing at or near said Newton Ranch boundary fence; at 12,140.58 feet pass a 5/8" iron pin set 5 feet S 20'.W of said Newton Ranch boundary fence for the Northwest corner of the Northwest 1/8 of said Survey No. 898 and the Northeast corner of said Survey No. 178 from which a 12" diameter dead mesquite tree (marks visible) bears S 77-25-00 W 86/06 feet (original); at 21,465.39 feet pass 86.06 feet South of a 6" diameter pecan tree for the Southwest boundary corner of said Newton Ranch, continuing a total distance of 21,847.13 feet to the POINT OF BEGINNING.

The bearings are relative to True North and were taken from GPS observations.

I certify that the foregoing field note description was prepared from an actual survey made under my supervision on the ground and that same is true and correct. Witness my hand and seal, this the 11 day of February, 2000.

Charles W. Rothe
Registered Professional Surveyor No. 2459
1705 Avenue X, P. O. Box 426
Hondo, Texas 78861
Ph. (830) 426-3008
FAX (830) 426-8160

A Certified Copy
Page 13 of 15
Attest: Ramona Esquivel Hobbs
Uvalde County Clerk

*Exhibit B*

Property (including any improvements):

TRACT ONE: Being 565.53 acres of land, more or less, lying and being situated in Uvalde County, Texas, about 20.2 miles N 36° W of the County Seat at Uvalde, containing 316.34 acres out of Survey No. 186, Abstract No. 246, Josiah Huffman; 6.69 acres out of Survey No. 182, Abstract No. 393, Austin Perkins; and 242.50 acres out of Survey No. 183, Abstract No. 368, Austin Perkins, for a total of 565.53 acres, being more fully described by metes and bounds as follows:

BEGINNING at a 6" Cedar Post set at the NW corner of a Survey No. 186, on the east bank of the Nueces River;

THENCE with fence and along the north line of Survey No. 186, N 69° 52' E, 2030.6 vrs. to corner;

THENCE with fence as follows: S 9° 00' W 109.3 vrs.; S 0° 31' W, 340.2 vrs.; S 3° 08' E 262.3 vrs.; S 7° 47' W, 74.1 vrs.; S 1° 28' W, 248.2 vrs.; S 2° 12' E 153.6 vrs.; S 5° 42' W, 417.8 vrs.; S 15° 15' W, 235.5 vrs.; S 63° 49' W, 109.6 vrs.; S 10° 37' W, 88.8 vrs.; S 20° 43' W, 86.3 vrs.;

THENCE, leaving fence, N 83° 47' W, 96.2 vrs. to corner; S 71° 06' W, 108.3 vrs. to corner; S 39° 48' W, 157.1 vrs. to corner; S 25° 39' W, 121.7 vrs. to corner; S 25° 46' W, 238.1 vrs. to corner; N 86° 08' W, 217.4 vrs. to corner; N 74° 33' W, 185.0 vrs. to corner; N 40° 48' W, 110.6 vrs. to corner; N 34° 26' W 71.1 vrs. to corner; N 44° 07' W, 208.0 vrs. to corner; N 45° 15' W, 155.8 vrs. to corner; N 32° 46' W, 70.6 vrs. to 10" Cedar;

THENCE with fence S 70° 00' W, 24.2 vrs. to corner;

THENCE S 89° 00' W, 57.9 vrs. to a point on the east bank of the Nueces River;

THENCE with the meanders of the east bank of said river, upstream as follows: N 2° 15' E, 49.2 vrs.; N 12° 32' W, 63.5 vrs.; N 36° 16' W, 99.6 vrs.; N 10° 35' W, 106.8 vrs.; N 21° 30' E, 72.8 vrs.; N 15° 00' E, 52.3 vrs.; N 2° 11' E 60.0 vrs.; N 19° 47' W, 79.7 vrs.; N 33° 36' W 84.0 vrs.; N 57° 43' W 55.0 vrs.; N 15° 31' W 206.6 vrs.; N 10° 48' E 74.1 vrs.; N 38° 17' E 38.4 vrs.; N 17° 13' E 55.4 vrs.; N 4° 45' W 102.5 vrs.; N 41° 38' W 83.8 vrs.; N 25° 24' W 103.9 vrs.;

THENCE N 36° 14' W 47.1 vrs. to the place of BEGINNING:
Surveyed July 18-25, 1966, by Hilmar J. Koch, Licensed State Land Surveyor. Chain carriers: Alf. M. Lutz and Louis J. Lutz. Variation: 9° 45' East.

TOGETHER WITH, but not limited to, all water rights, claims and permits, and easements pertaining directly to Tract One above, if any.

Certified Copy
Page: 14 of 15
Attest: Ramona Esquivel Hobbs
Uvalde County Clerk

TR_00519

FILED AND RECORDED

OFFICIAL PUBLIC RECORDS

Ramona Esquivel Hobbs

Ramona Esquivel Hobbs, County Clerk

Uvalde County TEXAS

April 12, 2013  03:12:08 PM          2013001290

FEE: $68.00

A Certified Copy
)ge 15 of 15
itest: Ramona Esquivel Hobbs
Uvalde County Clerk

Ramona Esquivel Hobbs, County Clerk, Uvalde County, Texas do hereby certify the
oregoing is a true and correct copy as same appears of record in this office.
:11 NESS my hand and seal of office on 4-12-13

Ramona Esquivel Hobbs, County Clerk

By: _____
Deputy

TR_00520

| | Tri-Bar Ranch Company, Ltd. | Los Cerritos Hanger |
| | 10101 Reunion Place, Suite 100 | County Road 410 |
| | San Antonio, Texas 78216 | Uvalde, Texas |

=====================================================================================

| | Amounts Due<br>Per<br>SBS Books | Amounts Paid<br>directly by<br>Tri-Bar Ranch |
|---|---|---|
| **Due to Subcontractors:** | | |
| Ace Concrete | 34,288.00 | 34,288.00 |
| Associated Glass | 23,908.00 | 22,434.30 |
| Compton A/C | 10,208.00 | 10,208.00 |
| Gallery of Stone/Morrell | 50,500.00 | 51,249.13 |
| Texas Star Plumbing | 2,730.00 | 2,730.00 |
| | | |
| **Due to Subcontractors/unpaid:** | | |
| Robertson Electric | 54,996.00 | |
| San Antonio Septic | 980.00 | |
| Schulte Building Systems | 17,557.61 | |
| Superior Metal Services | 102,070.00 | |
| | | |
| Due to SBS: | | |
| SBS - Advance to Gallery of Stone | 21,000.00 | |
| SBS - Schulte Retainage on Materials | 20,475.52 | |
| SBS - Suppliers | 10,940.92 | |
| SBS - General Conditions | 44,809.33 | |
| SBS - Contractor Fee | 32,097.50 | |
| | ========== | |
| Total Due, but unpaid | $304,926.88 | |

Remaining Work at time of termination: $308,121.30 (without Change Orders)
Profit and Overhead on Remaining Work: 8%
    Profit on Work After Termination = $24,649.70.

Remaining Work at time of termination: $400,51.24 (Change Orders Included)
Profit and Overhead on Remaining Work: 8%
    Profit on Work After Termination = $32,004.10



DEFENDANT'S
EXHIBIT
23
SBS

PENGAD-Bayonne, N.J.

DEALEY, ZIMMERMANN, CLARK, MALOUF & BLEND, P.C.
⁓m C. Clark
;31 Turtle Creek Boulevard, Suite 1201
Ɉallas , TX  75219-5415
(214) 559-4400


Invoice submitted to:
Dave Morgan
SBS Construction
P.O. Box 780849
San Antonio, TX 78278-0849

*4144.⁰⁰* (handwritten)


May 07, 2013
In Reference To:   In the matter of Rod Lewis; Our File No. 4023.39
Invoice #18478


Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| 4/5/2013 Analyzed contracts; Drafted email on recommendation. | 0.90 195.00/hr | 175.50 |
| ⁓/10/2013 Reviewed emails; Worked on property description for lien claims. | 0.80 195.00/hr | 156.00 |
| 4/11/2013 Researched property description, owner and related issues for lien; Reviewed other liens; Drafted mechanic's lien and constitutional lien. | 2.30 195.00/hr | 448.50 |
| 4/12/2013 Drafted notice letter and request for information; Finalized lien affidavit and legal description; Teleconference with client regarding same. | 1.70 195.00/hr | 331.50 |
| 4/25/2013 Researched conflicting venue issue; Teleconference with client; Teleconference with Robertson Electric attorney; Followed up on land owner. | 2.40 195.00/hr | 468.00 |
| 4/30/2013 Teleconference with Dave Morgan and Steve Schifmon regarding how to proceed. | 0.50 195.00/hr | 97.50 |
| For professional services rendered | 8.60 | $1,677.00 |

Accounts receivable transactions

| | |
|---|---|
| 5/7/2013 Payment made from the credit balance on the General Account. | ($351.00) |
| Total payments and adjustments | ($351.00) |
| Balance due | $1,326.00 |


DEFENDANT'S
EXHIBIT
24
SBS
PENGAD-Bayonne, N.J.

DEALEY, ZIMMERMANN, CLARK, MALOUF & BLEND, P.C.
___m C. Clark
   )1 Turtle Creek Boulevard, Suite 1201
   .as , TX  75219-5415
(214) 559-4400


Invoice submitted to:
Dave Morgan
SBS Construction
P.O. Box 780849
San Antonio, TX 78278-0849


June 06, 2013
In Reference To:  In the matter of Rod Lewis; Our File No. 4023.39
Invoice #18529


Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| 5/7/2013 Teleconference with attorney for        contractor; Drafted email on same. | 0.40 195.00/hr | 78.00 |
| 5/15/2013 Reviewed Petition by Robertson; Worked on cross claim against Lewis. | 0.40 195.00/hr | 78.00 |
| 5/24/2013 Left message for Trevino; Worked on crossclaim. | 0.50 195.00/hr | 97.50 |
| 5/30/2013 Drafted email to Tony Trevino; Worked on crossclaim. | 1.10 195.00/hr | 214.50 |
| For professional services rendered | 2.40 | $468.00 |
| Previous balance | | $1,326.00 |
| Accounts receivable transactions | | |
| 6/3/2013 Payment - thank you.  Check #308355. | | ($1,326.00) |
| Total payments and adjustments | | ($1,326.00) |
| Balance due | | $468.00 |

DEALEY, ZIMMERMANN, CLARK, MALOUF & BLEND, P.C.
⌐ ̣n C. Clark
   ]1 Turtle Creek Boulevard, Suite 1201
   ̣as , TX  75219-5415
(214) 559-4400


Invoice submitted to:
Dave Morgan
SBS Construction
P.O. Box 780849
San Antonio, TX 78278-0849


July 08, 2013
In Reference To:   In the matter of Rod Lewis; Our File No. 4023.39
Invoice #18574


Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 6/4/2013 | Worked on Third-Party Petition. ⌐ ̣. ̣ | 0.90 195.00/hr | 175.50 |
| ⌐/5/2013 | Finished draft of Third-Party Petition to email to client for review. | 0.80 195.00/hr | 156.00 |
| 6/6/2013 | Revised Petition with client's revisions; Teleconference with D. Morgan regarding comments to Petition; Attention to filing and service issues. | 1.50 195.00/hr | 292.50 |
| 6/11/2013 | Teleconference with D. Morgan; Teleconference with attorney for Robertson Electric. | 0.30 195.00/hr | 58.50 |
| 6/18/2013 | Worked on discovery to serve. | 1.20 195.00/hr | 234.00 |
| 6/24/2013 | Followed up on service; Teleconference with attorney regarding Lewis. | 0.40 195.00/hr | 78.00 |
|  | For professional services rendered | 5.10 | $994.50 |
|  | Additional Charges : |  |  |
| 6/7/2013 | $-Filing Fee:  Kendall County District Clerk. |  | 94.00 |
| 6/27/2013 | Pronto Process:  Served Tri-Bar Ranch Company - Rodney R. Lewis. |  | 60.00 |
|  | Total additional charges |  | $154.00 |
|  | Total amount of this bill |  | $1,148.50 |

| | Amount |
|---|---|
| Previous balance | $468.00 |
| Accounts receivable transactions | |
| 6/19/2013 Payment - thank you. | ($468.00) |
| Total payments and adjustments | ($468.00) |
| Balance due | $1,148.50 |

DEALEY, ZIMMERMANN, CLARK, MALOUF & BLEND, P.C.

C. Clark

Turtle Creek Boulevard, Suite 1201

Dallas , TX 75219-5415

(214) 559-4400


Invoice submitted to:
Dave Morgan
SBS Construction
P.O. Box 780849
San Antonio, TX 78278-0849


August 06, 2013

In Reference To:   In the matter of Rod Lewis; Our File No. 4023.39

Invoice #18611


### Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| 7/8/2013 Followed up on service of process issues with Lewis; Worked on disclosure response. | 0.40 195.00/hr | 78.00 |
| 7/9/2013 Reviewed Motion to Transfer, Answer and Counterclaim; Began working on response. | 0.90 195.00/hr | 175.50 |
| 7/10/2013 Reviewed emails regarding offers to Robertson Electric; Teleconference with client; Worked on response to Motion to Transfer. | 0.90 195.00/hr | 175.50 |
| 7/12/2013 Drafted and finalized Response to Motion to Transfer Venue; Drafted affidavit in support. | 2.40 195.00/hr | 468.00 |
| 7/22/2013 Teleconference with client regarding status; Left message for attorney; Reviewed lien status; Email to J. Brown regarding status. | 0.90 195.00/hr | 175.50 |
| 7/25/2013 Email to attorney for subcontractors; Teleconference with attorney; Teleconference with client; Reviewed lien records; Worked on discovery. | 1.50 195.00/hr | 292.50 |
| 7/26/2013 Teleconference with D. Morgan regarding status of new subs; Teleconference with attorney for Schulte. | 0.30 195.00/hr | 58.50 |
| 7/29/2013 Teleconference with D. Morgan regarding status; Left message for Schulte attorney; Worked on discovery. | 1.50 195.00/hr | 292.50 |
| 7/30/2013 Finalized discovery request; Teleconference with JLJ Brown; Email regarding local counsel; Followed up on Schulte; Followed up; ____ ____ ____ Reviewed law on ____ ____ Teleconference with attorney for Ace Concrete; Drafted email with documents. | 2.40 195.00/hr | 468.00 |

| | Hrs/Rate | Amount |
|---|---|---|

*Cluck*

7/31/2013 Teleconference with J. ~~Cluck~~ regarding local counsel role.    0.50  97.50
                                                                      195.00/hr

For professional services rendered                                      11.70   $2,281.50

Additional Charges :

7/9/2013 Pronto Process:  Service of process on G & R Land Company.                120.00

7/19/2013 Federal Express.                                                           9.25

7/23/2013 Pronto Process:  Service of Process on Defendant Rodney Lewis.           135.00

Pronto Process:  Service of Process on Robertson Electric.                         135.00

Total additional charges                                                        $399.25

Total amount of this bill                                                      $2,680.75

Previous balance                                                               $1,148.50

Accounts receivable transactions

?/2013 Payment - thank you.  Check #308749.                                   ($1,148.50)

Total payments and adjustments                                                ($1,148.50)

Balance due                                                                    $2,680.75

DEALEY, ZIMMERMANN, CLARK, MALOUF & BLEND, P.C.
Tom C. Clark
3131 Turtle Creek Boulevard, Suite 1201
Dallas , TX  75219-5415
(214) 559-4400


Invoice submitted to:
Dave Morgan
SBS Construction
P.O. Box 780849
San Antonio, TX 78278-0849


September 06, 2013

In Reference To:   In the matter of Rod Lewis; Our File No. 4023.39

Invoice #18651


### Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 8/5/2013 | Email from and to Jimmie Brown regarding discovery; Reviewed discovery requests. | 0.60<br>195.00/hr | 117.00 |
| 8/7/2013 | Teleconference with D. Morgan and S. Schiffmor regarding answers to interrogatories and gathering documents; Worked on responses. | 1.30<br>195.00/hr | 253.50 |
| 8/8/2013 | Drafted discovery responses; Email to J. Brown regarding letters and photos with copies of same. | 0.70<br>195.00/hr | 136.50 |
| 8/9/2013 | Reviewed documents sent by client; Email to attorney for Robertson; Teleconference with client. | 0.80<br>195.00/hr | 156.00 |
| 8/13/2013 | Revised interrogatory responses with new information; Researched new witness names. | 0.70<br>195.00/hr | 136.50 |
| 8/14/2013 | Finalized discovery responses; Attention to service of same on Defendants with production. | 0.60<br>195.00/hr | 117.00 |
| 8/20/2013 | Reviewed Answers from Lewis and G&R Land Co; Drafted email to client; Followed up on production. | 0.50<br>195.00/hr | 97.50 |
| 8/21/2013 | Teleconference with Tom Valega regarding Schulte; Drafted email with documents for intervention. | 0.70<br>195.00/hr | 136.50 |

| | | | |
|---|---|---|---|
| | For professional services rendered | 5.90 | $1,150.50 |
| | Previous balance | | $2,680.75 |

Amount

Accounts receivable transactions

8/22/2013 Payment - thank you.  Check #309010.                                                  ($2,680.75)

Total payments and adjustments                                                                  ($2,680.75)

Balance due                                                                                        $1,150.50

DEALEY, ZIMMERMANN, CLARK, MALOUF & BLEND, P.C.
Tom C. Clark
131 Turtle Creek Boulevard, Suite 1201
Dallas , TX  75219-5415
(214) 559-4400


Invoice submitted to:
Dave Morgan
SBS Construction
P.O. Box 780849
San Antonio, TX 78278-0849


October 07, 2013

In Reference To:   In the matter of Rod Lewis; Our File No. 4023.39

Invoice #18684


### Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 9/3/2013 | Reviewed response to objections to discovery; Began Motion to Compel. | 0.90 195.00/hr | 175.50 |
| 9/5/2013 | Email regarding Motion to Compel; Drafted letter regarding document production. | 0.80 195.00/hr | 156.00 |
| 9/6/2013 | Emails regarding document inspection on Monday. | 0.20 195.00/hr | 39.00 |
| 9/9/2013 | Reviewed opposing party documents; Met with attorneys to begin dialog; Teleconference with client regarding meeting. | 2.70 195.00/hr | 526.50 |
| 9/10/2013 | Reviewed supplemental interrogatory responses; Reviewed interrogatories and requests for documents to SBS from TriBar; Email to client; Marked copies of TriBar documents for client. | 2.10 195.00/hr | 409.50 |
| 9/12/2013 | Email to J. Brown regarding discovery; Reviewed email from Kyle regarding TriBar's claims about Robertson; Reviewed documents produced. | 1.40 195.00/hr | 273.00 |
| 9/17/2013 | Began working on Motion for Summary Judgment. | 1.20 195.00/hr | 234.00 |
| 9/27/2013 | Teleconference with D. Morgan regarding discovery responses; Worked on interrogatory responses. | 0.40 195.00/hr | 78.00 |
| 9/30/2013 | Drafted responses and objections to Request for Documents and Interrogatories; Worked on Motion for Summary Judgment. | 2.80 195.00/hr | 546.00 |
|  | For professional services rendered | 12.50 | $2,437.50 |

Additional Charges :

|  | | Amount |
|---|---|---:|
| 9/10/2013 | Victory Document Service. | 204.59 |
| 9/11/2013 | Federal Express. | 12.81 |
|  | Total additional charges | $217.40 |
|  | Total amount of this bill | $2,654.90 |
|  | Previous balance | $1,150.50 |
|  | Accounts receivable transactions | |
| 10/2/2013 | Payment - thank you.  Check #309245. | ($1,150.50) |
|  | Total payments and adjustments | ($1,150.50) |
|  | Balance due | $2,654.90 |

DEALEY, ZIMMERMANN, CLARK, MALOUF & BLEND, P.C.
⌒n C. Clark
⌐1 Turtle Creek Boulevard, Suite 1201
las , TX 75219-5415
(214) 559-4400


Invoice submitted to:
Dave Morgan
SBS Construction
P.O. Box 780849
San Antonio, TX 78278-0849


November 12, 2013

In Reference To:   In the matter of Rod Lewis; Our File No. 4023.39

Invoice #18723


Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| 10/1/2013 Teleconference with attorney for TriBar; Revised discovery response; Teleconference with D. Morgan. | 1.50 195.00/hr | 292.50 |
| 2/2013 Reviewed all client documents for privilege and content. | 1.00 195.00/hr | 195.00 |
| 10/4/2013 Analyzed valuation and damage model from TriBar; Analyzed notice provisions; Teleconference with client; Analyzed second set of client documents. | 2.20 195.00/hr | 429.00 |
| 10/7/2013 Teleconference with D. Morgan and J. Maywals regarding cost numbers; Revised interrogatories. | 0.80 195.00/hr | 156.00 |
| 10/8/2013 Drafted email regarding documents and demand for additional documents; Revised and finalized discovery responses. | 0.70 195.00/hr | 136.50 |
| 10/9/2013 Drafted non-party subpoenas for documents to John Grable, Tom Pittman, C&S Electric, Speedway and BoDen, LLC. | 3.00 195.00/hr | 585.00 |
| 10/11/2013 Teleconference with J. Slates, attorney for Tri-Bar; Reviewed faxes between Robertson and Tri-Bar's attorneys. | 0.90 195.00/hr | 175.50 |
| 10/18/2013 Conversation with attorney for Tri-Bar regarding mediation and mediators. | 0.20 195.00/hr | 39.00 |
| 10/30/2013 Reviewed Grable documents. | 0.70 195.00/hr | 136.50 |
| For professional services rendered | 11.00 | $2,145.00 |

Additional Charges :

| | | Amount |
|---|---|---:|
| 10/7/2013 | Victory Document Services:  Bates labeled and copied documents | 992.94 |
| 10/9/2013 | On Time Couriers. | 11.55 |
| 10/14/2013 | Federal Express. | 65.42 |
| | Total additional charges | $1,069.91 |
| | Total amount of this bill | $3,214.91 |
| | Previous balance | $2,654.90 |
| | Accounts receivable transactions | |
| 10/28/2013 | Payment - thank you.  Check #309441. | ($2,654.90) |
| | Total payments and adjustments | ($2,654.90) |
| | Balance due | $3,214.91 |

DEALEY, ZIMMERMANN, CLARK, MALOUF & BLEND, P.C.
~~n C. Clark
)1 Turtle Creek Boulevard, Suite 1201
as , TX 75219-5415
(214) 559-4400


Invoice submitted to:
Dave Morgan
SBS Construction
P.O. Box 780849
San Antonio, TX 78278-0849


December 10, 2013
In Reference To:   In the matter of Rod Lewis; Our File No. 4023.39
Invoice #18766


Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 11/1/2013 | Analyzed documents produced. | 1.60 195.00/hr | 312.00 |
| 11/11/2013 | Email regarding documents produced and mediation; Reviewed new discovery from J. Brown to Tri-Bar. | 0.60 195.00/hr | 117.00 |
| 11/12/2013 | Teleconference with client regarding how to proceed; Edited subpoenas to third parties. | 1.40 195.00/hr | 273.00 |
| 11/15/2013 | Finalized documents subpoenas for all third parties. | 1.00 195.00/hr | 195.00 |
| 11/19/2013 | Teleconference with J. Cluck regarding motion; Reviewed emails. | 0.50 195.00/hr | 97.50 |
| | For professional services rendered | 5.10 | $994.50 |

Additional Charges :

| | | |
|---|---|---|
| 11/18/2013 | Federal Express delivery. | 38.77 |
| 11/19/2013 | Proto Process:  Served subpoenas on C&S Enterprises, Speedway Erection Service Co, Boden, LLC and John Grable. | 240.00 |
| | Total additional charges | $278.77 |
| | Total amount of this bill | $1,273.27 |
| | Previous balance | $3,214.91 |

Accounts receivable transactions

12/10/2013 Payment - thank you.  Check #309733.                               ($3,214.91)

        Total payments and adjustments                               ($3,214.91)

        Balance due                                                    $1,273.27

DEALEY, ZIMMERMANN, CLARK, MALOUF & BLEND, P.C.
Tom C. Clark
1 Turtle Creek Boulevard, Suite 1201
as , TX 75219-5415
(   .4) 559-4400

Invoice submitted to:
Dave Morgan
SBS Construction
P.O. Box 780849
San Antonio, TX 78278-0849

January 07, 2014

In Reference To:   In the matter of Rod Lewis; Our File No. 4023.39

Invoice #18797

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 12/5/2013 | Drafted Motion for Substitute Service on T. Pittman. | 0.50 195.00/hr | 97.50 |
| 12/11/2013 | Teleconference with attorney for C&S Enterprises; Drafted Motion to Substitute Service on T. Pittman. | 0.70 195.00/hr | 136.50 |
| 12/13/2013 | Reviewed letter and supplemental production; Emails regarding Motion to Compel with Jonathon Cluck; Teleconference with Jimmy Brown regarding Motion and documents to be produced by Tri-Bar. | 0.90 195.00/hr | 175.50 |
| 12/16/2013 | Teleconference with J. Grables' office regarding subpoena; Email to J. Cluck regarding motion; Email to Slates on format of emails; Reviewed Response to Request for Admissions from Tri-Bar; Reviewed documents produced by BoDen. | 2.70 195.00/hr | 526.50 |
| | For professional services rendered | 4.80 | $936.00 |

Additional Charges :

| | | |
|---|---|---|
| 12/18/2013 | Federal Express. | 67.60 |
| | Total additional charges | $67.60 |

| | |
|---|---|
| Total amount of this bill | $1,003.60 |
| Previous balance | $1,273.27 |

Accounts receivable transactions

| | |
|---|---|
| 12/21/2013 Payment - thank you.  Check #309865, | ($1,273.27) |

|  | Amount |
|---|---|
| Total payments and adjustments | ($1,273.27) |
| Balance due | $1,003.60 |

DEALEY, ZIMMERMANN, CLARK, MALOUF & BLEND, P.C.
~~m C. Clark
1 Turtle Creek Boulevard, Suite 1201
as , TX 75219-5415
(214) 559-4400


Invoice submitted to:
Dave Morgan
SBS Construction
P.O. Box 780849
San Antonio, TX 78278-0849


February 11, 2014
In Reference To:   In the matter of Rod Lewis; Our File No. 4023.39
Invoice #18838


Professional Services

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 12/17/2013 | Teleconference with attorney for Tom Pittman. | 0.10<br>195.00/hr | 19.50 |
| ?0/2013 | Emails with J. Cluck regarding changes to motion; Teleconference with opposing counsel. | 0.30<br>195.00/hr | 58.50 |
| 12/21/2013 | Reviewed letter from TriBar withdrawing objections; Teleconference with Jonathan Cluck regarding how to proceed; Conference regarding mediation. | 0.60<br>195.00/hr | 117.00 |
| 12/23/2013 | Reviewed new documents from TriBar with repairs identified. | 0.80<br>195.00/hr | 156.00 |
| 1/8/2014 | Teleconference with D. Morgan regarding                     related to lawsuit. | 0.70<br>195.00/hr | 136.50 |
| 1/14/2014 | Teleconference with attorneys for TriBar; Hearing and mediation. | 0.60<br>195.00/hr | 117.00 |
| 1/24/2014 | Reviewed Grable documents and emails. | 1.80<br>195.00/hr | 351.00 |

|  | | |
|---|---|---|
| For professional services rendered | 4.90 | $955.50 |

Additional Charges :

| 1/21/2014 | Victory Document Service. | 189.65 |
|---|---|---|
| 1/31/2014 | Victory Document Service. | 48.23 |

|                                                                      | Amount |
|----------------------------------------------------------------------|-----------|
| Total additional charges                                             | $237.88 |
| Total amount of this bill                                            | $1,193.38 |
| Previous balance                                                     | $1,003.60 |
| Accounts receivable transactions                                     |           |
| 1/25/2014  Payment - thank you.  Check #310069.                      | ($1,003.60) |
| Total payments and adjustments                                       | ($1,003.60) |
| Balance due                                                          | $1,193.38. |

DEALEY, ZIMMERMANN, CLARK, MALOUF & BLEND, P.C.
Tom C. Clark
1 Turtle Creek Boulevard, Suite 1201
as , TX  75219-5415
) 559-4400

Invoice submitted to:
Dave Morgan
SBS Construction
P.O. Box 780849
San Antonio, TX 78278-0849

March 07, 2014

In Reference To:   In the matter of Rod Lewis; Our File No. 4023.39

Invoice #18884

Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| 2/5/2014  Teleconference with client regarding status; Reviewed new documents produced. | 0.90 195.00/hr | 175.50 |
| 2/12/2014  Researched notice of cure issue for AIA contract. | 1.90 195.00/hr | 370.50 |
| 2/13/2014  Worked on Motion for Summary Judgment; Emails with Jimmie regarding Pittman; Reviewed letters. | 0.80 195.00/hr | 156.00 |
| For professional services rendered | 3.60 | $702.00 |
| Additional Charges : | | |
| 2/13/2014  Federal Express delivery. | | 53.46 |
| Total additional charges | | $53.46 |
| Total amount of this bill | | $755.46 |
| Previous balance | | $1,193.38 |
| Balance due | | $1,948.84 |

DEALEY, ZIMMERMANN, CLARK, MALOUF & BLEND, P.C.
Tom C. Clark
1 Turtle Creek Boulevard, Suite 1201
as , TX 75219-5415
) 559-4400


Invoice submitted to:
Dave Morgan
SBS Construction
P.O. Box 780849
San Antonio, TX 78278-0849


April 08, 2014

In Reference To:   In the matter of Rod Lewis (Tri-Bar); Our File No. 4023.39

Invoice #18927


Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| 3/7/2014 Drafted memorandum on recoverability; Reviewed Motion to Compel. | 0.70 195.00/hr | 136.50 |
| 3/10/2014 Email from J. L. Brown regarding motions.  (Time between March 10 and March 15) | 0.10 195.00/hr | 19.50 |
| 24/2014 Reviewed letter from TriBar; Researched cases against Pittman and his company. | 0.40 195.00/hr | 78.00 |
| 3/25/2014 Reviewed letter on Pittman; Drafted email on Pittman issues; Worked on Motion for Summary Judgment. | 0.80 195.00/hr | 156.00 |
| Conference with counsel regarding construction contract, claims and summary judgment issues; Reviewed pleadings. | 1.50 195.00/hr | 292.50 |
| 3/26/2014 Reviewed supplemental discovery responses; Worked on Motion for Summary Judgment and amending our discovery responses. | 2.90 195.00/hr | 565.50 |
| Reviewed pleadings and discovery responses; Reviewed contracts; Analyzed summary judgment issues; Strategy conference with counsel regarding summary judgment and mediation strategies. | 2.40 195.00/hr | 468.00 |
| 3/27/2014 Continued research on Texas cases on termination for convenience; Reviewed amended venue motions and new Supreme Court cases. | 2.00 195.00/hr | 390.00 |
| Reviewed construction contracts; Analyzed summary judgment issues; Conference with counsel regarding summary judgment strategies; Reviewed case law on notice of defects and termination for convenience. | 2.50 195.00/hr | 487.50 |

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 3/28/2014 | Reviewed legal research; Analyzed summary judgment issues; Drafted summary judgment arguments. | 3.20 195.00/hr | 624.00 |
| 3/31/2014 | Teleconference with J. Cluck regarding hearing; Researched venue issue. | 0.30 195.00/hr | 58.50 |
| | Drafted Motion for Summary Judgment. | 1.00 195.00/hr | 195.00 |
| | For professional services rendered | 17.80 | $3,471.00 |
| | Additional Charges : | | |
| 3/31/2014 | Victory Document Service.  Copies of documents produced by Grable. | | 1,200.00 |
| | Total additional charges | | $1,200.00 |
| | Total amount of this bill | | $4,671.00 |
| | Previous balance | | $1,948.84 |
| | Accounts receivable transactions | | |
| 3/2014 | Payment - thank you.  Check #310401. | | ($1,193.38) |
| /2014 | Payment - thank you.  Check #310507. | | ($755.46) |
| | Total payments and adjustments | | ($1,948.84) |
| | Balance due | | $4,671.00 |

DEALEY, ZIMMERMANN, CLARK, MALOUF & BLEND, P.C.
Tom C. Clark
1 Turtle Creek Boulevard, Suite 1201
as , TX  75219-5415
(214) 559-4400


Invoice submitted to:
Dave Morgan
SBS Construction
P.O. Box 780849
San Antonio, TX 78278-0849


May 05, 2014
In Reference To:   In the matter of Rod Lewis (Tri-Bar); Our File No. 4023.39
Invoice #18964


Professional Services

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 4/1/2014 | Reviewed legal research; Analyzed summary judgment issues; Drafted Motion for Summary Judgment; Drafted affidavit in support of Motion for Summary Judgment. | 4.50 195.00/hr | 877.50 |
| 4/2/2014 | Edited and revised Motion for Summary Judgment. | 0.90 195.00/hr | 175.50 |
|  | Conducted legal research on summary judgment issues; Revised Motion for Summary Judgment; Revised Affidavits. | 2.30 195.00/hr | 448.50 |
| 4/3/2014 | Conference with counsel regarding summary judgment issues and damages. | 0.10 195.00/hr | 19.50 |
| 4/4/2014 | Conference with counsel regarding summary judgment issues. | 0.10 195.00/hr | 19.50 |
| 4/8/2014 | Worked on Motion for Summary Judgment affidavits and exhibits. | 0.70 195.00/hr | 136.50 |
| 4/9/2014 | Worked on Motion for Summary Judgment. | 2.00 195.00/hr | 390.00 |
| 4/10/2014 | Finalized Motion for Summary Judgment. | 2.20 195.00/hr | 429.00 |
| 4/11/2014 | Edited and revised Motion and Affidavits; Organized and marked exhibits; Emails with client regarding same. | 2.80 195.00/hr | 546.00 |
| 4/16/2014 | Emails regarding mediation and reset to May. | 0.20 195.00/hr | 39.00 |

| | Hrs/Rate | Amount |
|---|---|---|
| 4/24/2014 Drafted and revised Amended Response to Motion to Transfer Venue; Drafted Amended Affidavit ; Drafted Amended Petition; Teleconference with J. Cluck regarding same. | 4.60 195.00/hr | 897.00 |
| 4/29/2014 Revised Response to Motion to Transfer Venue; Reviewed Amended Petition from Jimmie Brown; Attention to filing of responses. | 0.60 195.00/hr | 117.00 |
| For professional services rendered | 21.00 | $4,095.00 |

Additional Charges :

| 4/15/2014 Certified Mail. | 33.76 |
|---|---|
| Total additional charges | $33.76 |
| Total amount of this bill | $4,128.76 |
| Previous balance | $4,671.00 |

Accounts receivable transactions

| 4/26/2014 Payment - thank you.  Check #310806. | ($4,671.00) |
|---|---|
| Total payments and adjustments | ($4,671.00) |
| Balance due | $4,128.76 |

DEALEY, ZIMMERMANN, CLARK, MALOUF & BLEND, P.C.
Tom C. Clark
3131 Turtle Creek Boulevard, Suite 1201
Dallas , TX  75219-5415
(214) 559-4400


Invoice submitted to:
Dave Morgan
SBS Construction
P.O. Box 780849
San Antonio, TX 78278-0849


June 11, 2014

In Reference To:   In the matter of Rod Lewis (Tri-Bar); Our File No. 4023.39

Invoice #18994


### Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/2/2014 | Drafted Amended Answer to TriBar claims; Drafted Amended Disclosure Response. | 1.60 195.00/hr | 312.00 |
| 5/14/2014 | Reviewed Jimmie L. Brown's agreement with TriBar. | 0.60 195.00/hr | 117.00 |
| 5/23/2014 | Reviewed Motion for Continuance and related documents; Prepared for hearing. | 0.80 195.00/hr | 156.00 |
| 5/27/2014 | Reviewed Reply in Support of Motion to Transfer; Reviewed Response to Motion for Summary Judgment. | 0.90 195.00/hr | 175.50 |
| 5/30/2014 | Prepared for Motion to Transfer hearing. | 0.90 195.00/hr | 175.50 |
|  | For professional services rendered | 4.80 | $936.00 |
|  | Previous balance |  | $4,128.76 |
|  | Accounts receivable transactions |  |  |
| 6/3/2014 | Payment - thank you.  Check #31120. |  | ($4,128.76) |
|  | Total payments and adjustments |  | ($4,128.76) |
|  | Balance due |  | $936.00 |

HALEY, ZIMMERMANN, CLARK, MALOUF & BLEND, P.C.
n C. Clark
31 Turtle Creek Boulevard, Suite 1201
Dallas , TX 75219-5415
(214) 559-4400

Invoice submitted to:
Dave Morgan
SBS Construction
P.O. Box 780849
San Antonio, TX 78278-0849

July 02, 2014

In Reference To:   In the matter of Rod Lewis (Tri-Bar); Our File No. 4023.39

Invoice #19016

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 6/2/2014 | Prepared for Motion to Transfer hearing; Prepared for Motion for Summary Judgment; Drafted objections; Drafted proposed Orders; Teleconference with J. Cluck regarding hearing; Drafted letter on hearing. | 3.10 195.00/hr | 604.50 |
| 6/3/2014 | Attended Motion to Transfer hearing. | 4.50 195.00/hr | 877.50 |
| 6/6/2014 | Worked on Amended Motion for Summary Judgment. | 0.70 195.00/hr | 136.50 |
| 6/9/2014 | Revised affidavits of D. Morgan and Steve Schiffman; Revised Motion for Summary Judgment; Teleconference with D. Morgan regarding events; Revised numbers for Motion for Summary Judgment. | 2.70 195.00/hr | 526.50 |
| 6/26/2014 | Reviewed TriBar's Amended Answer; Followed up with Jimmie Brown. | 0.60 195.00/hr | 117.00 |
| 6/27/2014 | Emails regarding Motion for Summary Judgment and possible mediation; Teleconference with client. | 0.50 195.00/hr | 97.50 |
| | For professional services rendered | 12.10 | $2,359.50 |
| | Previous balance | | $936.00 |
| | Accounts receivable transactions | | |
| 6/15/2014 | Payment - thank you.  Check #311263. | | ($936.00) |
| | Total payments and adjustments | | ($936.00) |

Dave Morgan

Amount

Balance due                                   $2,359.50

DEALEY, ZIMMERMANN, CLARK, MALOUF & BLEND, P.C.
Tom C. Clark
3131 Turtle Creek Boulevard, Suite 1201
Dallas , TX  75219-5415
(214) 559-4400


Invoice submitted to:
Dave Morgan
SBS Construction
P.O. Box 780849
San Antonio, TX 78278-0849


August 12, 2014

In Reference To:   In the matter of Rod Lewis (Tri-Bar); Our File No. 4023.39

Invoice #19040


### Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 7/2/2014 | Reviewed Objections to Evidence filed by Tri-Bar. | 0.20<br>195.00/hr | 39.00 |
| 7/7/2014 | Reviewed and analyzed Response to SBS' Amended Motion for Summary Judgment; Reviewed Response to Robertson's Motion for Summary Judgment; Prepared for hearing. | 1.30<br>195.00/hr | 253.50 |
| 7/9/2014 | Prepared for Motion for Summary Judgment hearing. | 4.40<br>195.00/hr | 858.00 |
| 7/10/2014 | Attended and argued Motion for Summary Judgment; Followed up on mediation. | 3.50<br>195.00/hr | 682.50 |
| 7/28/2014 | Drafted email regarding mediation; Conference with Jimmie Brown regarding Grable documents; Reviewed documents. | 0.60<br>195.00/hr | 117.00 |
| | For professional services rendered | 10.00 | $1,950.00 |
| | Previous balance | | $2,359.50 |
| | Balance due | | $4,309.50 |

DEALEY, ZIMMERMANN, CLARK, MALOUF & BLEND, P.C.
Tom C. Clark
31 Turtle Creek Boulevard, Suite 1201
as , TX  75219-5415
4) 559-4400


Invoice submitted to:
Dave Morgan
SBS Construction
P.O. Box 780849
San Antonio, TX 78278-0849


September 08, 2014
In Reference To:   In the matter of Rod Lewis (Tri-Bar); Our File No. 4023.39
Invoice #19072


Professional Services

|  | Hrs/Rate | Amount |
|---|---|---|
| 8/19/2014 Emails regarding mediation to set date in September. | 0.20<br>195.00/hr | 39.00 |
| For professional services rendered | 0.20 | $39.00 |
| Previous balance |  | $4,309.50 |

Accounts receivable transactions

| 8/18/2014 Payment - thank you.  Check #311688. | ($2,359.50) |
|---|---|
| 9/8/2014 Payment - thank you.  Check #311825. | ($4,309.50) |
| Total payments and adjustments | ($6,669.00) |
| Credit balance | ($2,320.50) |

DEALEY, ZIMMERMANN, CLARK, MALOUF & BLEND, P.C.
Tom C. Clark
Turtle Creek Boulevard, Suite 1201
L    s , TX  75219-5415
(2 ı+) 559-4400


Invoice submitted to:
Dave Morgan
SBS Construction
P.O. Box 780849
San Antonio, TX 78278-0849


October 03, 2014
In Reference To:   In the matter of Rod Lewis (Tri-Bar); Our File No. 4023.39
Invoice #19090


### Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| 9/10/2014 Drafted mediation paper; Reviewed Robertson's mediation paper. | 2.40 195.00/hr | 468.00 |
| 9/16/2014 Prepared for mediation; Email with Slater regarding same. | 1.00 195.00/hr | 195.00 |
| 9/17/2014 Attended mediation. | 7.00 195.00/hr | 1,365.00 |
| 9/25/2014 Drafted settlement proposal to J. Brown. | 0.50 195.00/hr | 97.50 |
| 9/26/2014 Emails regarding possible settlement; Teleconference with client to confirm numbers. | 0.80 195.00/hr | 156.00 |
| For professional services rendered | 11.70 | $2,281.50 |

Additional Charges :

| | Amount |
|---|---|
| 9/17/2014 Airfare to San Antonio for mediation of case. | 302.20 |
| Total additional charges | $302.20 |
| Total amount of this bill | $2,583.70 |
| Previous balance | ($2,320.50) |

Dave Morgan

Balance due                                                    $263.20

DEALEY, ZIMMERMANN, CLARK, MALOUF & BLEND, P.C.
Tom C. Clark
1 Turtle Creek Boulevard, Suite 1201
.las , TX 75219-5415
(214) 559-4400


Invoice submitted to:
Dave Morgan
SBS Construction
P.O. Box 780849
San Antonio, TX 78278-0849


November 06, 2014

In Reference To:   In the matter of Rod Lewis (Tri-Bar); Our File No. 4023.39

Invoice #19119


Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 10/7/2014 | Emails with J. Slates regarding case. | 0.20<br>195.00/hr | 39.00 |
| 10/8/2014 | Emails regarding case. | 0.40<br>195.00/hr | 78.00 |
| 10/16/2014 | Teleconference with D. Morgan; Reviewed TriBar Motion for Summary Judgment. | 0.60<br>195.00/hr | 117.00 |
| 10/17/2014 | Drafted email to J. Brown; Drafted email to J. Slates; Teleconference with D. Morgan regarding strategy; Supplemental discovery; Analyzed damages. | 2.60<br>195.00/hr | 507.00 |
| 10/19/2014 | Organized Tri-Bar's Bates numbered production of documents for exhibits; Letter to J. Slates regarding same. | 4.00<br>90.00/hr | 360.00 |
| 10/20/2014 | Reviewed and marked Grable emails and Boden emails. | 4.50<br>195.00/hr | 877.50 |
| 10/21/2014 | Continued review of Grable emails; Email to J. Brown with proposal; Reviewed partial response; Formulated plan to settle. | 4.50<br>195.00/hr | 877.50 |
| 10/22/2014 | Teleconference with J. Slates regarding possible settlement; Teleconference with client regarding same. | 4.60<br>195.00/hr | 897.00 |
| 10/23/2014 | Drafted Amended Petition against Tri-Bar; Drafted Amended Answer to Robertson; Updated discovery responses; Reviewed Martinez documents; Reviewed NonSuit of G&R Land; Revised Petition. | 4.40<br>195.00/hr | 858.00 |
| 10/24/2014 | Updated discovery responses and continued with exhibits; Emails regarding continuance and settlement discussions. | 3.20<br>195.00/hr | 624.00 |

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 10/27/2014 | Continued review of Tri-Bar documents. | 1.30 195.00/hr | 253.50 |
| 10/28/2014 | Emails regarding settlement and Motion for Summary Judgment. | 0.60 195.00/hr | 117.00 |
|  | For professional services rendered | 30.90 | $5,605.50 |
|  | Additional Charges : |  |  |
| 10/31/2014 | Constable, Precinct 3:  Service of two trial subpoenas. |  | 130.00 |
|  | Total additional charges |  | $130.00 |
|  | Total amount of this bill |  | $5,735.50 |
|  | Previous balance |  | $263.20 |
|  | Accounts receivable transactions |  |  |
| 10/20/2014 | Payment - thank you.  Check #312189. |  | ($263.20) |
|  | Total payments and adjustments |  | ($263.20) |
|  | Balance due |  | $5,735.50 |

DEALEY, ZIMMERMANN, CLARK, MALOUF & BLEND, P.C.
m C. Clark
31 Turtle Creek Boulevard, Suite 1201
Dallas , TX  75219-5415
(214) 559-4400


Invoice submitted to:
Dave Morgan
SBS Construction
P.O. Box 780849
San Antonio, TX 78278-0849


December 05, 2014

In Reference To:   In the matter of Rod Lewis (Tri-Bar); Our File No. 4023.39

Invoice #19142


Professional Services

| | Hrs/Rate | Amount |
|---|---|---|
| 11/3/2014 Worked on Exhibit List. | 1.80 195.00/hr | 351.00 |
| 1/4/2014 Worked on exhibits; Outlined ███████████ | 2.60 195.00/hr | 507.00 |
| 11/5/2014 Worked on timeline; Emails regarding new trial setting; Teleconference with D. Morgan regarding same. | 1.20 195.00/hr | 234.00 |
| 11/6/2014 Emails regarding trial and hearings. | 0.40 195.00/hr | 78.00 |
| 11/20/2014 Teleconference with client regarding Schulte; Drafted email, notice and order. | 0.20 195.00/hr | 39.00 |
| For professional services rendered | 6.20 | $1,209.00 |
| Previous balance | | $5,735.50 |
| Accounts receivable transactions | | |
| 11/8/2014 Payment - thank you.  Check #312559. | | ($5,735.50) |
| Total payments and adjustments | | ($5,735.50) |
| Balance due | | $1,209.00 |

DEALEY, ZIMMERMANN, CLARK, MALOUF & BLEND, P.C.
Tom C. Clark
1 Turtle Creek Boulevard, Suite 1201
Dallas , TX 75219-5415
(214) 559-4400

Invoice submitted to:
Dave Morgan
SBS Construction
P.O. Box 780849
San Antonio, TX 78278-0849

January 12, 2015
In Reference To:   In the matter of Rod Lewis (Tri-Bar); Our File No. 4023.39
Invoice #19171

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 12/3/2014 | Reviewed Motion to Strike; Reviewed notes for trial preparation; Email to J. Brown regarding case. | 1.80<br>195.00/hr | 351.00 |
| 12/15/2014 | Reviewed offer; Teleconference with client; Email to opposing party; Researched damages issue; Researched payment issue; Reviewed Reply from Tri-Bar on Motion for Summary Judgment. | 2.80<br>195.00/hr | 546.00 |
| 12/16/2014 | Drafted email to J. Slates regarding hearing and offer; Drafted offer to J. Brown; Email to J. Cluck ~~████████~~ Followed up with J. Slates ~~████████~~ issue. | 2.90<br>195.00/hr | 565.50 |
| 12/17/2014 | Lengthy teleconference with J. Cluck; Teleconference with J. Slates; Reviewed Reply by J. Brown. | 1.90<br>195.00/hr | 370.50 |
| 12/18/2014 | Teleconference with client and local counsel regarding events at Court; Followed up with J. Slates; Drafted email to J. Brown; Teleconference with client. | 1.90<br>195.00/hr | 370.50 |
| 12/31/2014 | Reviewed Exhibit List and demand from J. Brown; Worked on SBS Exhibit List. | 0.70<br>195.00/hr | 136.50 |
| | For professional services rendered | 12.00 | $2,340.00 |
| | Previous balance | | $1,209.00 |
| | Accounts receivable transactions | | |
| 1/7/2015 | Payment - thank you.  Check #312807. | | ($1,209.00) |
| | Total payments and adjustments | | ($1,209.00) |

|  | Amount |
| --- | --- |
| Balance due | $2,340.00 |

ALEY, ZIMMERMANN, CLARK, MALOUF & BLEND, P.C.
C. Clark
3    Turtle Creek Boulevard, Suite 1201
Dallas , TX  75219-5415
(214) 559-4400


Invoice submitted to:
Dave Morgan
SBS Construction
P.O. Box 780849
San Antonio, TX 78278-0849


February 04, 2015
In Reference To:   In the matter of Rod Lewis (Tri-Bar); Our File No. 4023.39
Invoice #19191


Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 1/5/2015 | Drafted Trial Exhibit List; Teleconference with D. Morgan regarding trial preparations. | 3.50 225.00/hr | 787.50 |
| ?/2015 | Worked on trial exhibits; Telephone call to ███████. | 1.50 225.00/hr | 337.50 |
| 1/7/2015 | Worked on Trial Exhibit notebooks; Teleconference with ████████ regarding testimony; Drafted questions; Followed up on trial issues. | 4.20 225.00/hr | 945.00 |
| 1/8/2015 | Worked on exhibits for trial. | 2.20 225.00/hr | 495.00 |
| 1/9/2015 | Organized trial exhibits by witness. | 1.80 225.00/hr | 405.00 |
| 1/12/2015 | Worked on exhibits for trial; Outlined testimony for witnesses. | 1.80 225.00/hr | 405.00 |
| 1/13/2015 | Met with client and witnesses to prepare for trial. | 8.00 225.00/hr | 1,800.00 |
| 1/14/2015 | Analyzed Robertson's exhibits for objections. | 0.70 225.00/hr | 157.50 |
| 1/16/2015 | Analyzed Robertson Electric's exhibits and removed duplications from SBS' Trial Exhibit notebook. | 0.80 225.00/hr | 180.00 |
| 1/19/2015 | Drafted objections and stipulations for Robertson Electric's exhibits; Re-organized SBS' exhibits to remove duplications; Revised Exhibit List; Researched Prompt Pay Act issues; Drafted last offer to J. Slates. | 6.50 225.00/hr | 1,462.50 |

|  | Hrs/Rate | Amount |
|---|---|---|
| 1/20/2015 Drafted email on questions raised by client; Worked on rebuttal exhibits; Organized witness exhibits; Emails with J. Cluck regarding witnesses; Reviewed Motion to Reconsider; Drafted email on same. | 4.90 225.00/hr | 1,102.50 |
| 1/21/2015 Reviewed objections and stipulations on exhibits; Worked on cross examination questions and documents; Email with client; Email regarding settlement offer. | 1.90 225.00/hr | 427.50 |
| 1/22/2015 Reviewed Tri-Bar exhibits; Lengthy teleconference with J. Cluck regarding trial preparation and witness strategies; Worked on cross examination. | 4.00 225.00/hr | 900.00 |
| 1/23/2015 Prepared for trial; Updated research on key issues; Drafted stipulations on Tri-Bar exhibits; Email on settlement rejection. | 3.90 225.00/hr | 877.50 |
| 1/25/2015 Prepared for trial; Multiple emails regarding T. Pittman's motion; Teleconference with client; Teleconference with local counsel regarding continuance. | 2.90 225.00/hr | 652.50 |
| 1/26/2015 Met with S. Schiffman and D. Morgan to review Tri-Bar exhibits and work on trial preparation. | 7.00 225.00/hr | 1,575.00 |
| 1/27/2015 Drafted Motion to Strike Exhibits and for Sanctions. | 1.30 225.00/hr | 292.50 |
| 1/30/2015 Worked on Motion to Strike. | 2.10 225.00/hr | 472.50 |
| For professional services rendered | 59.00 | $13,275.00 |

Additional Charges :

| | | |
|---|---|---|
| 1/13/2015 Southwest Airlines Roundtrip to San Antonio: Trial preparations. | | 442.50 |
| 1/21/2015 Victory Document Service. | | 466.88 |
| 1/23/2015 Witness Fee: Thomas Pittman. | | 10.00 |
| Witness Fee for Jennifer Swisher. | | 10.00 |
| Certified Process Servers: Trial Subpoenas served on Thomas Pittman and Jennifer Swisher in c/o John Slates. | | 200.00 |
| Total additional charges | | $1,129.38 |
| Total amount of this bill | | $14,404.38 |
| Previous balance | | $2,340.00 |

Accounts receivable transactions

1/15/2015 Payment - thank you.  Check #313106.                                ($2,340.00)

|                                    | Amount        |
|------------------------------------|---------------|
| Total payments and adjustments     | ($2,340.00)   |
| Balance due                        | $14,404.38    |

DEALEY, ZIMMERMANN, CLARK, MALOUF & BLEND, P.C.
Tom C. Clark
1 Turtle Creek Boulevard, Suite 1201
L___as, TX 75219-5415
(2   559-4400

Invoice submitted to:
Dave Morgan
SBS Construction
P.O. Box 780849
San Antonio, TX 78278-0849

March 03, 2015
In Reference To:   In the matter of Rod Lewis (Tri-Bar); Our File No. 4023.39
Invoice #19241

Professional Services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/2/2015 | Worked on Motion for Sanctions. | 1.50 225.00/hr | 337.50 |
| 2/3/2015 | Drafted, edited and revised Motion to Strike and for Sanctions; Worked on cross questions. | 2.70 225.00/hr | 607.50 |
| 2015 | Emails with J. Slates regarding settlement; Researched interest issue; Worked on witness folders. | 2.40 225.00/hr | 540.00 |
| 2/9/2015 | Reviewed ▓▓▓▓▓▓▓▓for additional exhibits. | 0.80 225.00/hr | 180.00 |
| 2/10/2015 | Prepared cross documents for▓▓▓▓ | 2.30 225.00/hr | 517.50 |
| 2/11/2015 | Continued to prepare exhibits for trial. | 1.90 225.00/hr | 427.50 |
| 2/13/2015 | Finalized Motion for Sanctions; Email with J. Brown and J. Slates regarding Motion. | 2.10 225.00/hr | 472.50 |
| 2/16/2015 | Continued reviewing and organizing▓▓▓exhibits. | 2.10 225.00/hr | 472.50 |
| 2/17/2015 | Teleconference with D. Morgan regarding status; Continued organizing documents for trial. | 1.30 225.00/hr | 292.50 |
| 2/19/2015 | Organized documents for▓▓▓▓▓▓▓witnesses. | 0.30 225.00/hr | 67.50 |

| | Hrs/Rate | Amount |
|---|---|---|
| 2/20/2015 Organized documents for ▓▓▓▓▓▓▓▓ | 1.10 225.00/hr | 247.50 |
| 2/24/2015 ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ documents; Worked on examination questions. | 9.00 225.00/hr | 2,025.00 |
| 2/25/2015 Edited Motion for Sanctions to add new documents produced; Teleconference with J. Brown regarding same. | 0.90 225.00/hr | 202.50 |
| 2/26/2015 Edited and amended Motion for Sanctions; Attention to setting of same for hearing. | 0.50 225.00/hr | 112.50 |
| 2/27/2015 Emails regarding hearing on sanctions. | 0.30 225.00/hr | 67.50 |
| For professional services rendered | 29.20 | $6,570.00 |

Additional Charges :

| | | |
|---|---|---|
| 1/21/2015 Federal Express delivery. | | 27.16 |
| 2/23/2015 Witness Fee - Thomas Pittman. | | 10.00 |
| 2/24/2015 American Airlines Flight to San Antonio. | | 616.20 |
| 2/26/2015 Bexar County Constable: Service of Trial Subpoena on John Grable and Matthew Martinez. | | 160.00 |
| Total additional charges | | $813.36 |
| Total amount of this bill | | $7,383.36 |
| Previous balance | | $14,404.38 |

Accounts receivable transactions

| | | |
|---|---|---|
| 3/3/2015 Payment - thank you.  Check #313431. | | ($14,404.38) |
| Total payments and adjustments | | ($14,404.38) |
| Balance due | | $7,383.36 |

| Invoice | Description | Invoice Date | Original Amount | Discount Offered | Amount Paid | Amount Open |
|---|---|---|---|---|---|---|
| 31 | 10428.1 Robertson Elect | 10-11-2013 | 45.50 | | 45.50 | .00 |
| 10 | 10428.1 Robertson Elect | 01-10-2014 | 684.00 | | 684.00 | .00 |
| 10211 | 10428.1 Robertson Elect | 02-11-2014 | 1,729.00 | | 1,729.00 | .00 |
| 10310 | 10428.1 Robertson Elect | 03-10-2014 | 199.50 | | 199.50 | .00 |
| 10409 | 10428.1 Robertson Elect | 04-09-2014 | 684.00 | | 684.00 | .00 |
| 10513 | 10428.1 Robertson Elect | 05-13-2014 | 997.50 | | 997.50 | .00 |
| 10613 | 10428.1 Robertson Elect | 06-13-2014 | 114.00 | | 114.00 | .00 |
| 10715 | 10428.1 Robertson Elect | 07-15-2014 | 1,444.00 | | 1,444.00 | .00 |
| 10821 | 10428.1 Robertson Elect | 08-21-2014 | 1,282.50 | | 1,282.50 | .00 |
| 10926 | 10428.1 Robertson Elect | 09-26-2014 | 85.50 | | 85.50 | .00 |
| 11027 | 10428.1 Robertson Elect | 10-27-2014 | 1,710.00 | | 1,710.00 | .00 |

eport Totals:                                                          8,975.50*          .00*       8,975.50*          .00*

## Jack Green

**From:** Jack Green
**Sent:** Monday, January 14, 2013 1:28 PM
**To:** 'Thomas Pittman'
**Cc:** Dave Morgan
**Subject:** FW: Hanger Payment - Pay App 2

Tom,

See below.

Please advise as to how you would like me to handle this type of situation. I am sure other vendor/suppliers will be sending in notices as well.

Thanks,

Jack R Green
LEED Green Associate
Project Manager|Business Development
SBS Construction and Development
17 Scenic Loop Rd
Boerne, TX 78006

210-789-1898 cell
830-981-5308 fax

---

**From:** Jerrod Robertson [mailto:jrobertson@relecttx.com]
**Sent:** Monday, January 14, 2013 11:49 AM
**To:** Jack Green
**Cc:** vrobertson@relecttx.com
**Subject:** Hanger Payment - Pay App 2
**Importance:** High

Jack,
Please advise on payment status for Pay App #2 in the amount of $16,628 for the Hanger. Late / lien notices will be sent either today or tomorrow by our self and our vendors if payment hasn't been received. I am trying to avoid this if possible. Please advise.

Please feel free to contact us should you have any questions.

Thank you,

*Robertson Electric, Inc.*
Jerrod Robertson

231 Derrick Dr.
Humble, TX 77338
Office: 281-441-1304
x: 281-441-1342

www.relecttx.com


DEFENDANT'S EXHIBIT
25
SBS
PENGAD-Bayonne, N.J.



TECL 21614

DISCLAIMER:
This electronic message transmission contains information from Robertson Electric, Inc., and this information may be confidential. If you are not the intended recipient, be aware that disclosure, copying, distribution or use of all or any portion of the content of this information is prohibited. If you have received this transmission in error, please notify us as soon as possible by e-mail and delete the original message.

## Jack Green

Hello Jack,

Give me a call to talk about the electrician. I'm going into a meeting now and should be out by 4:45. We want to make a change.

Thomas L. Pittman
Director of Construction, Lewis Energy Grp.
tpittman@lewisenergy.com
work: (210) 384-5892
cell:  (210) 262-1686
10067 Jones Maltsberger
San Antonio, Tx. 78216

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!


DEFENDANT'S
EXHIBIT
26
SB
PENGAD-Bayonne, N.J.

| | |
|---|---|
| **From:** | Jack Green |
| **Sent:** | Tuesday, January 15, 2013 11:51 AM |
| **To:** | Dave Morgan |
| **Subject:** | Re: Hanger Payment - Pay App 2 |

He wants me to replace the electrician.

Jack Green
210-789-1898

On Jan 15, 2013, at 10:02 AM, "Dave Morgan" <dmorgan@sbsworld.net> wrote:

> Jack .. what did Tom have to say about this matter ????? THANKS
>
> David L. Morgan, III
> Executive Vice President
> Chief Operating Officer
> Select Building Systems, Inc.
>     dba SBS Construction
> Phone: (830) 981-5929, extension 1946
> Fax: (830) 981-5308
> E-mail: *dmorgan@sbsworld.net*
>
> ---
>
> **From:** Jack Green
> **Sent:** Monday, January 14, 2013 1:28 PM
> **To:** Thomas Pittman
> **Cc:** Dave Morgan
> **Subject:** FW: Hanger Payment - Pay App 2
>
> Tom,
>
> See below.
>
> Please advise as to how you would like me to handle this type of situation. I am sure other vendor/suppliers will be sending in notices as well.
>
> Thanks,
>
> Jack R Green
> LEED Green Associate
> Project Manager|Business Development
> SBS Construction and Development
> 17 Scenic Loop Rd
> Boerne, TX 78006
>
> 210-789-1898 cell
> 830-981-5308 fax
>
> ---
>
> **From:** Jerrod Robertson [mailto:jrobertson@relecttx.com]
> **Sent:** Monday, January 14, 2013 11:49 AM
> **To:** Jack Green
> **Cc:** vrobertson@relecttx.com



DEFENDANT'S
EXHIBIT
_27_
SBS

PENGAD-Bayonne, N.J.

1

**Subject:** Hanger Payment - Pay App 2
**Importance:** High

Jack,

Please advise on payment status for Pay App #2 in the amount of $16,628 for the Hanger. Late / lien notices will be sent either today or tomorrow by our self and our vendors if payment hasn't been received. I am trying to avoid this if possible. Please advise.

Please feel free to contact us should you have any questions.

Thank you,

***Robertson Electric, Inc.***
Jerrod Robertson

231 Derrick Dr.
Humble, TX 77338
Office: 281-441-1304
Fax: 281-441-1342

www.relecttx.com

<image001.png>

DISCLAIMER:
This electronic message transmission contains information from Robertson Electric, Inc., and this information may be confidential. If you are not the intended recipient, be aware that disclosure, copying, distribution or use of all or any portion of the content of this information is prohibited. If you have received this transmission in error, please notify us as soon as possible by e-mail and delete the original message.

Matthew Martinez </o=mex02/ou=Exchange Administrative Group ⌘ January 9, 2013  11:31 AM
(FYDIBOHF23SPDLT)/cn=Recipients/
cn=mmartinez.johngrable.com_aa5dd8392>
To: Jack Green <jgreen@sbsworld.net>
ELEC CHANGE ORDER INFO

1 Attachment, 4 KB

HEY JACK, IS THERE ANYTHING YOU COULD SEND US REGARDING THE ELEC.
CHANGE ORDER FROM YOUR SUBS? WE 'RE TRYING TO GET JUSTIN TO CLARIFY
SOME OF THE DIFFERENCES IN THE MEP SETS, AND HE WOULD LIKE TO PILE IN ON
THE CHANGE ORDER SUBMITTALS, LET ME KNOW WHAT YOU CAN GIVE US, THANKS!

MATT



MATTHEW M. MARTINEZ, ASSOC. AIA

222 AUSTIN HWY, SAN ANTONIO, TEXAS 78209

E: MMARTINEZ@JOHNGRABLE.COM

P: 210-820-3332 EX. 35

W: WWW.JOHNGRABLE.COM





DEFENDANT'S
EXHIBIT
28
SBS

PENGAD-Bayonne, N.J.

| From:    | Kyle Kieke <kkieke@sbsworld.net> |
| Sent:    | Monday, December 3, 2012 5:25 PM |
| To:      | Matthew Martinez <mmartinez@johngrable.com> |
| Subject: | Los Cerritos revised floorplan |

Matt,

Need the revised floor plan showing the coves behind the structural columns down both sides of the hanger. Need to get my mason started laying CMU out here and he's going to need it.

Thanks,

**Kyle Kieke**
Project Superintendent

**SBS**
CONSTRUCTION

kkieke@sbsworld.net
C: 830-388-9267


DEFENDANT'S
EXHIBIT
29
SBS

Thomas Pittman <TPittman@lewisenergy.com>       November 26, 2012 6:59 PM

To: John Grable </O=MEX02/OU=EXCHANGE
ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/
CN=Jgrable.johngrable.com_55280b3ab>, Rod Lewis <Rod@lewisenergy.com>

Cc: Parnak Charkhchi <PCharkhchi@lewisenergy.com>, tony@weigandcmc.com
<tony@weigandcmc.com>, Matthew Martinez </O=MEX02/OU=EXCHANGE ADMINISTRATIVE
GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/
CN=Mmartinez.johngrable.com_aa5dd8392>, Bob Cardin <BCardin@lewisenergy.com>

Re: Uvalde Hangar flight request site visit

2 Attachments, 11 KB

To expand. Connection bolts are A325 bolts. Standard bolt. 355 ft lbs of torque. I asked that we have an engineers inspection to verify.

**From** : John Grable [mailto:jgrable@johngrable.com]
**Sent** : Monday, November 26, 2012 06:50 PM
**To** : Rod Lewis
**Cc** : Parnak Charkhchi; Tony Weigand <tony@weigandcmc.com >; Thomas Pittman; Matthew Martinez <mmartinez@johngrable.com >; Bob Cardin
**Subject** : RE: Uvalde Hangar flight request site visit

Rod

Thank you – we are booked on the Pilatus for Wed @ 8:30 am

This is a critical juncture for this project.

We will verify all issues as discuss…a full report with photos will be provided.

If all items turn out to be per plans and specs we will still call for a 100% testing of all bolt torque ratings performed by Schulte Building Systems Engineering Department.

Tom Pittman met with them a couple of weeks ago at site to review all delivered steel components and connections. At that time all was satisfactory.

Knowing that Bob Cardin knows what is required for the fueling station and based on two personal meetings with him I now offer 3 scenarios for fuel station location per attached drawings. My design instincts guided by his feedback has prompted these 3 studies to flush out best location of fuel station for the present and future uses.

I am convinced at this time that the fuel station should be located along the side of the hangar



DEFENDANT'S EXHIBIT
30
SBS

building and not perpendicular to the front concrete apron as originally shown.

I will study this during the site visit and have a review meeting scheduled with Bob Cardin to walk through all 3 schemes for final feedback from him

Not trying to beat a dead horse...just want it right for you.


Respectfully


John


**JOHN GRABLE**
ARCHITECTS · INC

**JOHN GRABLE FAIA**
222 Austin Hwy #1 San Antonio, TX 78209
p 210.820.3332    f 210.820.3334

www.johngrable.com

---

**From:** Rod Lewis [mailto:Rod@lewisenergy.com]
**Sent:** Monday, November 26, 2012 2:13 PM
**To:** John Grable
**Cc:** Parnak Charkhchi; Tony Weigand; Thomas Pittman; Matthew Martinez; Bob Cardin
**Subject:** RE: Uvalde Hangar flight request site visit

John- I guess you got the jest of my email to the guys. I will feel much more comfortable after we get the torqued checked out and the metal thickness verified.


On location of the fueling station that looks good to me, but coordinate with Bob C as he know what we need and where we need it.


On aircraft, you are welcome to fly out in the Cirrus if it is still there. If not the Pilatus. Thanks.

**From:** John Grable [ mailto:jgrable@johngrable.com]
**Sent:** Monday, November 26, 2012 2:28 PM
**To:** Rod Lewis
**Cc:** Parnak Charkhchi; Tony Weigand; Thomas Pittman; Matthew Martinez
**Subject:** Uvalde Hangar flight request site visit

Rod

I am respectfully requesting an early morning flight – Wednesday November 28, 2012 to Los Cerritos Ranch for the purpose of my Construction Observation field visit for Matt Martinez and myself.

I have the structural Engineer Victor De Anda and Tom Pittman scheduled to meet us there to follow up on the Schulte Building engineering team and SBS that met TP for review of install techniques.

Purpose is to perform a thorough review of install techniques and bolt torque.

Building specifications call for a more rigid steel frame with the following structural requirements:

1. LL over 360 more rigi9d requirement due to masonry not metal skin veneer

2. Winds load design data of 90 mph gusts up to 3 second gusts

3. International Building Codes (IBC 2009) floor live load of 150 pounds per sq ft

4. Reinforced concrete foundation using 4000 psi design mix

This building is not a light weight structure and the height may make the steel appear to light or small – we must revivify what Schulte Building Systems has told us

Will also check on upcoming fuel station location...

Have you had a chance to review what I have sent on Friday – trying to provide options that will allow proper information for the correct long term decisions

I would like to meet with you this week to review – perhaps prior to my proposed site visit?

Please see break down of building structural components...

Note that there are structural cmu walls similar to those at LEG Yard that work in tandem to the Rigid Structural Steel Frame – we could present model to you on computer if you have time to meet on the fueling station.

Respectfully

John



**JOHN GRABLE** FAIA
222 Austin Hwy #1 San Antonio, TX 78209
p 210.820.3332    f 210.820.3334

www.johngrable.com

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL

INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

**JOHN GRABLE**
ARCHITECTS - INC

JOHN GRABLE  FAIA
222 Austin Hwy #1 San Antonio, TX 78209
p 210.820.3332     f  210.820.3334

**JOHN GRABLE**
ARCHITECTS - INC

JOHN GRABLE  FAIA
222 Austin Hwy #1 San Antonio, TX 78209
p 210.820.3332     f  210.820.3334

**From:** Kyle Kieke <kkieke@sbsworld.net>
**Sent:** Tuesday, December 4, 2012 12:17 PM
**To:** Matthew Martinez <mmartinez@johngrable.com>
**Subject:** Re: Los Cerritos revised floorplan

Right now we've got 5" behind the structural columns so we should be able to make the coves work. Jack was telling me that we're going to use 8" CMU all the way up the wall, recessing according to the corbeling and using steel lintels to hold the recessed block.

I also need specs for the Big Ass Fans so they can be ordered as well as needing locations for the hanger door motors so my electrician can run his conduit. Right now I've got one conduit stubbed out on the back wall of the south hanger door pocket. My plan is to run a conduit in the recess for the door track behind the floor drain to the other pocket, then pour over it when I set the door tracks.

Thanks,

Kyle Kieke
Project Superintendent
**SBS Construction**
**c: 830-388-9267**
**kkieke@sbsworld.net**


Matthew Martinez <mmartinez@johngrable.com> wrote:

kyle,
    i will work on the drawings for this spot in particular, it looks like the foundation was poured with enough space to accomodate the cmu outboard of the outter edge of the rigid frame based on the location of the reinforcing. earlier on in the project, we were planning with jack to do the niches because we thought that we didn't have enough foundation for the infill wall s to slide outside of the rigid frame bays. could i get some field dimensions of how the portion of the foundation was built. from the photos it looks like we still have the oportunity to do the niches, the only question is how much of a niche offset can we get based on what is out in the field. just from the pics it looks like we gained about 5" of width in the infill walls. fyi, i am showing 100'-8" out to out of the cmu wall across the infill walls and 103'-4" out to out of cmu niches @ the rigid frame bays.   let me know what you think, and feel free to call with any questions, thanks, we'll talk tomorrow morning.
-matt

**From:** Kyle Kieke [kkieke@sbsworld.net]
**Sent:** Monday, December 03, 2012 6:25 PM
**To:** Matthew Martinez
**Subject:** Los Cerritos revised floorplan

Matt,



Need the revised floor plan showing the coves behind the structural columns down both sides of the hanger. Need to get my mason started laying CMU out here and he's going to need it.



Thanks,

**Kyle Kieke**

Project Superintendent

clip_image001

kkieke@sbsworld.net

C: 830-388-9267

Matthew Martinez </O=MEX02/OU=EXCHANGE      December 7, 2012 5:54 PM
ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/
CN=RECIPIENTS/CN=MMARTINEZ.JOHNGRABLE.COM_AA5DD8392>
To: Kyle Kieke <kkieke@sbsworld.net>
Cc: John Grable </O=MEX02/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Jgrable.johngrable.com_55280b3ab>
RE: Los Cerritos Hanger RFI 1

_____
5 Attachments, 2.2 MB

Kyle, please see my responses to the individual items below in all caps, im working on the rest
that done have a response, ill continue to stream this stuff to you as i get info on em.

     -matt



MATTHEW M. MARTINEZ, ASSOC. AIA

222 AUSTIN HWY, SAN ANTONIO, TEXAS 78209

E: MMARTINEZ@JOHNGRABLE.COM

P: 210-820-3332 EX. 35

W: WWW.JOHNGRABLE.COM

_____

**From:** Kyle Kieke [mailto:kkieke@sbsworld.net]
**Sent:** Wednesday, December 05, 2012 3:04 PM
**To:** Matthew Martinez
**Cc:** Jack Green
**Subject:** Los Cerritos Hanger RFI 1

Matt,

As per our earlier conversation today, this is a compiled list of RFIs which cover topics
previously discussed. This will just help us both keep track of them.



DEFENDANT'S
EXHIBIT
32
SBS

1. Regarding the flange beams indicated on the Victor's drawings under the cupola. The PEMB engineer determined that these were not required, which is acceptable according to Mr. DeAnda according to his email he sent to myself yesterday. COULD WE GET AN ELECTRONIC COPY OF THAT CONVERSATION FOR OUR RECORDS, ON THE PLUS SIDE WE'LL HAVE LESS VISUAL CLUTTER WITHOUT THOSE WIDE FLANGES. . .

2. Need drawings for cove behind structural columns at all frame lines. I HAVE PRIMED JACK AND VICTOR TRYING TO SEE WHAT OPTIONS WE HAVE AS FAR AS WIDENING THE LUGS ON EITHER SIDE OF THE RIGID FRAME GRIDS BASED ON THE DIFFERENCE BETWEEN WHAT WAS BUILT AND WHAT WE WERE SHOWING IN THE DRAWINGS, IT LOOKS LIKE ANOTHER DISCREPENCY BETWEEN THE STRUCTURAL DRAWINGS AND ARCHITECTURAL, KIND OF THE SAME DIFFERENCE WITH THE HANGAR DOOR SEE ATTACHED EMAIL TO JACK YESTERDAY

3. Need soffit details

4. Need sections/details showing relationships of interior cupola wall framing, with galvalume siding and insulation, where these walls meet the main roofline.

5. Need locations of main hanger door motors for electrical stub out placement

6. Need specs for Big Ass Fans SEE ATTACHED CUT SHEET, WE APPROVED THIS SUBMITTAL AND SENT IT TO JACK . . .

7. Need layout for extra hi-bay lighting SEE MEP SHEET E102 FROM BARKER AND ASSOCIATES

8. Need interior wall elevations and sections, specifically insulation R value , WE WERE LOOKING FOR AT LEAST 5.5 " OF CLOSED CELL SPRAY FOAM

9. Need all cabinet specs and elevations (potential lead time requirement)

). Need color selections for paint, flooring, etc.

11. Need to finalize masonry veneer selection in detail

12. Tom Pittman is telling me he is going to supply the aircraft tie-downs for the taxiway/additional parking. Don 't know if you were aware of this or not. I AM, HE IS IN TOUCH WITH THE SALES REP . . .

13. Drawings for additional plane parking, avgas tanks, etc once they are approved. SEE SITE PLAN A100

Thanks,

Kyle Kieke

Project Superintendent

SBS Construction

kkieke@sbsworld.net

C: 830-388-9267

F: 830-981-5303



JOHN GRABLE
ARCHITECTS · INC    BAF – Power...pdf (359 KB)



ALTERATIONS TO THIS DRAWING
RELATING TO BIG ASS FANS EQUIPMENT IS
PROPRIETARY AND CONFIDENTIAL. ANY
REPRODUCTION WITHOUT THE CONSENT
OF BIG ASS FANS IS PROHIBITED.

DRAWING IS NOT INTENDED FOR
CONSTRUCTION PURPOSES. CONSULT
MECHANICAL AND STRUCTURAL
ENGINEERS FOR FINAL DESIGN LAYOUT.
DRAWING IS SUGGESTED DESIGN ONLY.

FINAL PLACEMENT OF FANS MAY CHANGE
BASED ON INDIVIDUAL JOB
REQUIREMENTS AND INPUT FROM
MECHANICAL AND STRUCTURAL
ENGINEERS.

## PROJECT

## Los Ceritos Hangar

**BIG ASS FANS**
www.BIGASSFANS.COM

BAF Consultant: JP
Date: 03-26-2012
Drawing By: DB
DWG#: BS12-0161

### BIG ASS FANS SCHEDULE

| Tag | Qty | Description |
|---|---|---|
| BAF01 | 2 | 20' POWERFOIL X |

NOTES:
A. VERIFY EXTENISON TUBE LENGTH AND MOUNTING
BRACKET WITH MANUFACTURER PRIOR TO ORDERING.
B. SUPPLY WITH POWERFOIL AIRFOILS AND WINGLETS.
C. SUPPLY WITH WALL MOUNTED CONTROL PAD FULLY
INTEGRATED WITH THE ONBOARD CONTROL.
D. SUPPLY WITH C-FACED MOTOR AND HERMETICALLY
SEALED GEARBOX.
E. SUPPLY WITH FACTORY INSTALLATION AND
CORRESPONDING 10 YEAR, NON-PRORATED PARTS
WARRANTY AND 1 YEAR FULL LABOR.
F. CONTACT BIG ASS FANS AT 877-244-3267 FOR PRICING
INFORMATION AND FACTORY INSTALLATION SCOPE OF
WORK.

MINIMUM FAN PLACEMENT REQUIREMENTS:
1. BOTTOM OF FAN SHOULD BE AT LEAST 10' AFF
2. FAN SHOULD BE AT LEAST 2' AWAY, IN ANY
DIRECTION, FROM ANY POSSIBLE OBSTRUCTIONS
3. FANS SHOULD NOT BE MOUNTED WITHIN TWO FAN
DIAMETERS OF ANY LARGE AIR MOVING EQUIPMENT.



## Powerfoil® X
### with Nitro Seal Drive

20 ft

### Extension Tubes

| 1 ft (0.3 m) to 15 ft (4.5 m) |
|---|
| Standard 1 ft (0.3 m) shown |

24" (614 mm)
45" (114 cm)
29" (736 mm)
240" (6097 mm)

### Technical Specifications

| | |
|---|---|
| Model number | PFX20 |
| Number and type of airfoils | 10 patented Powerfoil® airfoils |
| Airfoil finish | Mill finish aluminum or custom color finish |
| Winglet (standard color) | Powerfoil winglet (safety yellow) |
| Fan weight (as shown) | 442 lbs (200 kg) |
| Motor | 2.0 HP (1.5 kw) |
| Maximum speed | 47 RPM |
| Maximum amps | 6.4 A @ 200-250 V<br>3.2 A @ 400-480 V |
| Input power and required breaker | 200-250 VAC, 50/60 Hz, 1 Φ 30 A<br>200-250 VAC, 50/60 Hz, 3 Φ 15 A<br>400-480 VAC, 50/60 Hz, 3 Φ 10 A |

10 Year WARRANTY
With Factory Installation

X-Series Wall Keypad

| Average power usage - min/max speed | 60 W/1200 W |
|---|---|
| Purpose-built STOBER Drives gearbox | NitroSeal Drive™ with <11 arc minutes backlash, HeliCamber® gear technology, SKF tapered roller bearings, 2-½" hollow output shaft, Simrit® double lipped output seals, lifetime synthetic oil, Nitrogen filled and permanently sealed |
| Controller | X-Series wall keypad |
| Controller connection | Cat 5 |
| Sound level at maximum speed¹ | < 55 dBA |
| Minimum airfoil clearances required | 2 ft (0.6 m) on sides, 5 ft (1.5 m) below ceiling deck |
| Certifications | ANSI/UL 507 CAN/CSA C.22.2 No. 113-08 |

¹ Sound level measured at a blade height of 20 ft and 20 ft horizontally from center of fan.

Covered by one or more of the following U.S. Patents: 6,244,821; 6,589,016; 6,817,835; 6,939,108; 7,252,478; 7,284,960; 7,654,798; D587,799; D607,988 and other patents pending.

7.25"
(184.2 mm)

3.825"
(97.2 mm)

- Provides full control of all fan functions
- Can be located up to 1,000 ft from fan
- Single keypad can operate unlimited number of fans

## POWERFOIL X FEATURES

- 10 year, non-prorated warranty with factory installation*
- NitroSeal Drive™ purpose-built gearbox for increased durability, cooler operation and no maintenance
- BAS integration without additional communications card
- Preinstalled relay kit for fire alarm interfacing
- Control multiple fans from a single controller without any additional hardware
- Powerfoil winglet and airfoil

## POWERFOIL X OPTIONS

- SmartSense365 for year-round automated control
- Clear, lockable keypad enclosure
- Custom color packages
- 100 W Halide light
- Security camera
- 8-ft – 24-ft diameter

*10 year parts, lifetime airfoils and hub, 1 year labor warranty; certain exclusions apply. See complete warranty for details.

🏃 BIG ASS FANS
WWW.BIGASSFANS.COM
No Equal.

800 Winchester Road | Lexington, KY 40505 | 877-BIG FANS (244-3267)
An ISO 9001:2008 certified company



3 SITE PLAN RAMP OPTION 3
SCALE: 1" = 20'-0"

REVISIONS:

PRICING/BID SET

222 AUSTIN HIGHWAY
SAN ANTONIO, TEXAS 78209
210 820 5352 F 210 820 3354 W JOHNGRABLE.COM

NOTE:
All drawings and written material appearing herein constitute original and unpublished work of the architect and may not be duplicated, used or disclosed without the written consent of the architect.

TRI-BAR RANCH COMPANY
LOS CERRITOS HANGAR
UVALDE, TX

PROJECT ADDRESS

DRAWN:
CHECKED:
APPROVED:
DATE: 12-7-12
SHEET NO.

A100

| From: | Matthew Martinez <mmartinez@johngrable.com> |
|---|---|
| Sent: | Monday, March 26, 2012 3:22 PM |
| To: | 'Jack Green' <jgreen@sbsworld.net> |
| Cc: | John Grable <jgrable@johngrable.com> |
| Subject: | FW: Fan Layout Recommendation Information |

HERES A NUMBER FOR THE FAN . . .



**MATTHEW M. MARTINEZ, ASSOC. AIA**
222 AUSTIN HWY, SAN ANTONIO, TEXAS 78209
E: MMARTINEZ@JOHNGRABLE.COM
P: 210-820-3332 EX. 35
W: WWW.JOHNGRABLE.COM

**From:** Jeff Proctor [mailto:jproctor@bigassfans.com]
**Sent:** Monday, March 26, 2012 3:17 PM
**To:** Matthew Martinez
**Subject:** RE: Fan Layout Recommendation Information

As far as budgetary pricing for the 20' Powerfoil X fan if you plugged in $7500 per fan it would cover you for the standard fan. This doesn't include appearance packages, specialty or nonstandard accessories, or installation. Please let me know if you need anything else.

Thank you,

**Jeff Proctor**
Project Design Consultant
BIG ASS FANS
(877) BIG-FANS X 4412
Phone: (859) 967-0533
Fax: (859) 233-0139
Email: jproctor@bigassfans.com
www.bigassfans.com | www.elementfan.com

**\* Please note that as of June 1, 2010, all mail addressed to me should be delivered to 800 Winchester Road, Lexington, KY 40505. Thank you for updating your address records accordingly.**



*The Buyer must ensure that product specifications are consistent with actual field installation requirements. Big Ass Fans product recommendations are based on product specifications as transmitted to the company. As such, Big Ass Fans is not responsible for inaccuracies between the communicated product specifications and actual field installation requirements. The Buyer of the specified products assumes responsibility for the cost of returning or exchanging specified product where specified product does not meet field requirements.*

DEFENDANT'S
EXHIBIT
33
PENGAD-Bayonne, N.J.
SBS

**Confidential Statement**
NOTICE: This communication and the information attached to or included with this transmission is for the use of the named individual to which it is directed and DOES contain information that is privileged AND confidential. It is NOT to be transmitted to or received by anyone other than the named addressee (or a person authorized to deliver it to the named addressee). It is NOT to be copied or forwarded to any unauthorized persons. If you have received this electronics mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email or by calling Delta T Corporation at (877) BIG-FANS (TOLL FREE), so that our address record can be corrected.

**From:** Matthew Martinez [mailto:mmartinez@johngrable.com]
**Sent:** Monday, March 26, 2012 4:11 PM
**To:** Jeff Proctor
**Subject:** RE: Fan Layout Recommendation Information

JEFF,

THIS IS A GREAT STARTING POINT, IS THERE ANY PRICING/COST INFORMATION THAT YOU COULD PROVIDE SO WE COULD UPDATE OUR COSTS SPREADSHEET? ANYTHING YOU COULD GET US WOULD BE GREAT! THANKS AGAIN,

-MATT



**MATTHEW M. MARTINEZ, ASSOC. AIA**
222 AUSTIN HWY, SAN ANTONIO, TEXAS 78209
E: MMARTINEZ@JOHNGRABLE.COM
P: 210-820-3332 EX. 35
W: WWW.JOHNGRABLE.COM

**From:** Jeff Proctor [mailto:jproctor@bigassfans.com]
**Sent:** Monday, March 26, 2012 3:04 PM
**To:** Matthew Martinez
**Subject:** RE: Fan Layout Recommendation Information

Attached is our recommendation for the Los Cerritos Hangar project in Uvalde, TX as requested. I have included cutsheets and specifications for the fans shown. Below is a link to the fan's installation guide.

http://www.bigassfans.com/onlineguides/powerfoilx/Welcome.htm

Please let me know if you have any questions or need anything else.

Thank you,

**Jeff Proctor**
Project Design Consultant
BIG ASS FANS
(877) BIG-FANS X 4412
Phone: (859) 967-0533
Fax: (859) 233-0139
Email: jproctor@bigassfans.com
www.bigassfans.com | www.elementfan.com

* **Please note that as of June 1, 2010, all mail addressed to me should be delivered to 800 Winchester Road, Lexington, KY 40505. Thank you for updating your address records accordingly.**



*The Buyer must ensure that product specifications are consistent with actual field installation requirements. Big Ass Fans product recommendations are based on product specifications as transmitted to the company. As such, Big Ass Fans is not responsible for inaccuracies between the communicated product specifications and actual field installation requirements. The Buyer of the specified products assumes responsibility for the cost of returning or exchanging specified product where specified product does not meet field requirements.*

**Confidential Statement**
NOTICE: This communication and the information attached to or included with this transmission is for the use of the named individual to which it is directed and DOES contain information that is privileged AND confidential. It is NOT to be transmitted to or received by anyone other than the named addressee (or a person authorized to deliver it to the named addressee). It is NOT to be copied or forwarded to any unauthorized persons. If you have received this electronics mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email or by calling Delta T Corporation at (877) BIG-FANS (TOLL FREE), so that our address record can be corrected.

**From:** Matthew Martinez [mailto:mmartinez@johngrable.com]
**Sent:** Friday, March 23, 2012 3:31 PM
**To:** Jeff Proctor
**Cc:** John Grable; 'jgreen@sbsworld.net'
**Subject:** RE: Fan Layout Recommendation Information

Jeff, attached is a cad building section and plan, you should be able to discern hts from these drawings, aslo, i have attached a preliminary elec service drawings from out mep engineers, e202. please let me know if there is anything else you need.

thanks for your help,

-matt



**MATTHEW M. MARTINEZ, ASSOC. AIA**
222 AUSTIN HWY, SAN ANTONIO, TEXAS 78209
E: MMARTINEZ@JOHNGRABLE.COM
P: 210-820-3332 EX. 35
W: WWW.JOHNGRABLE.COM

**From:** Jeff Proctor [mailto:jproctor@bigassfans.com]
**Sent:** Friday, March 23, 2012 2:05 PM
**To:** Matthew Martinez
**Subject:** Fan Layout Recommendation Information

Matthew,

If you could provide a layout of the space you'd like addressed and as much of the following information as possible I can get together with my applications engineers and we can size the fans and insert them into the layout to show optimal placement. This is a complimentary service that we offer.

**Building dimensions** (usually on drawing)
**Roof pitch or eve height** (if roof structure is sloped)- so that we can account for that with our clearances
**Lighting grid**- so that we can avoid any strobing effects and account for the lights in our recommendation
**Areas of interest** (where are the areas you would like fans)

**Purpose of fans in those areas** (destratification, cooling, ...)
**Available power-** in order to provide the correct motor configuration and to help us select which fans would be most appropriate for your application
**HVAC ducts and diffuser locations-** so that we can account for them with our placement and observe our clearances
**Heating equipment info and locations-** so that we can account for them with our placement and observe our clearances
**Other obstructions** (cranes, racking, columns, ...)

Thank you,

Jeff Proctor
Project Design Consultant
BIG ASS FANS
(877) BIG-FANS X 4412
Phone: (859) 967-0533
Fax: (859) 233-0139
Email: jproctor@bigassfans.com
www.bigassfans.com | www.elementfan.com

**\* Please note that as of June 1, 2010, all mail addressed to me should be delivered to 800 Winchester Road, Lexington, KY 40505. Thank you for updating your address records accordingly.**



*The Buyer must ensure that product specifications are consistent with actual field installation requirements. Big Ass Fans product recommendations are based on product specifications as transmitted to the company. As such, Big Ass Fans is not responsible for inaccuracies between the communicated product specifications and actual field installation requirements. The Buyer of the specified products assumes responsibility for the cost of returning or exchanging specified product where specified product does not meet field requirements.*

Confidential Statement
NOTICE: This communication and the information attached to or included with this transmission is for the use of the named individual to which it is directed and DOES contain information that is privileged AND confidential. It is NOT to be transmitted to or received by anyone other than the named addressee (or a person authorized to deliver it to the named addressee). It is NOT to be copied or forwarded to any unauthorized persons. If you have received this electronics mail transmission in error, delete it from your system without copying or forwarding it, and notify the sender of the error by replying via email or by calling Delta T Corporation at (877) BIG-FANS (TOLL FREE), so that our address record can be corrected.

Kyle Kieke <kkieke@sbsworld.net>✐ December 10, 2012 10:26 AM
To: Matthew Martinez </O=MEX02/OU=EXCHANGE
ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/
CN=Mmartinez.johngrable.com_aa5dd8392>, John Grable </O=MEX02/OU=EXCHANGE
ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/
CN=Jgrable.johngrable.com_55280b3ab>
Cc: Jack Green <jgreen@sbsworld.net>
FW: Los Cerritos Hanger - framing question

1 Attachment, 27 KB

Matt/John,


Here is the correspondence between Victor and I regarding the flange beams under the cupola.


Thanks,


Kyle Kieke


Project Superintendent

SBS Construction

kkieke@sbsworld.net

C: 830-388-9267

F: 830-981-5303


**From:** Victor M. De Anda Jr. [mailto:victor@synergy-se.com]
**Sent:** Tuesday, December 04, 2012 3:43 PM
**To:** Kyle Kieke
**Subject:** Re: Los Cerritos Hanger - framing schedule


The cupula framing was done a little different from our plans, but they made it work by doing the column directly on top of the rafters.

DEFENDANT'S
EXHIBIT
34
SBS
PENGAD-Bayonne, N.J.

There is no action required to add these beams

Thanks


Victor M. De Anda Jr., P.E.
Synergy Structural Engineering, Inc.
901 Victoria St. Suite "C "
Laredo, TX. 78040
O: 956-753-5860
F: 956-753-6210
M: 956-237-7908

---

**From:** Kyle Kieke <kkieke@sbsworld.net>
**To:** Victor M. De Anda Jr. <victor@synergy-se.com>
**Sent:** Tue, December 4, 2012 3:25:34 PM
**Subject:** RE: Los Cerritos Hanger - framing schedule

Victor,


On sheet S-5, drawing 1, you show two flange beams to be supplied by the PEMB manufacturer. These flange beams are not on my shop drawings from my PEMB and I need to know if you are still requiring them.   If so, what size do you spec out?


Thanks,


**Kyle Kieke**

Project Superintendent


**SBS** CONSTRUCTION

kkieke@sbsworld.net

C: 830-388-9267

---

**From:** Victor M. De Anda Jr. [ mailto:victor@synergy-se.com]
**Sent:** Monday, December 03, 2012 10:14 AM
**To:** Kyle Kieke
**Subject:** Re: Los Cerritos Hanger - framing schedule

Kyle,

The framing for the offices is in sheets S-6 and S-7,

If you do not have them, plaease ask the Architect for the most current set.

Thanks

Victor M. De Anda Jr., P.E.
Synergy Structural Engineering, Inc.
901 Victoria St. Suite "C "
Laredo, TX. 78040
O: 956-753-5860
F: 956-753-6210
M: 956-237-7908

---

**From:** Kyle Kieke <kkieke@sbsworld.net>
**To:** victor@synergy-se.com

Victor,

I'm looking for the interior framing schedule for Rod Lewis' hanger but I don't see anything on the structurals I have.   Can you please forward this information because I need to get it out for bid ASAP.

Thanks,

**Kyle Kieke**

Project Superintendent



kkieke@sbsworld.net

C: 830-388-9267

Those



Matthew Martinez </O=MEX02/OU=EXCHANGE      December 10, 2012  11:40 AM
ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/
CN=RECIPIENTS/CN=MMARTINEZ.JOHNGRABLE.COM_AA5DD8392>
To: Kyle Kieke <kkieke@sbsworld.net>
Cc: John Grable </O=MEX02/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Jgrable.johngrable.com_55280b3ab>
(No Subject)

18 Attachments, 10 MB

KYLE, JOHN ASKED ME TO FOREWARD SOME UPDATED DRAWINGS FOR THE HANGAR,
I HAVE LEFT OUT A COUPLE SHEETS THAT I NEED TO COORDINATE BASED ON YOUR
RFIs. I WILL COMPLETE THE PACKAGE AND GET THEM TO YOU. ALSO ATTACHED ARE
THE RENDERINGS THAT SHOW THE SAMPLE STONE WALL HERE IN SAN ANTONIO,  AS
WELL AS SOME ATTACHEMENTS THAT WE HAVE SHOWN TO THE CLIENT IDENTIFYING
THE APPROVED MATERIALS FOR THE HANGAR AND THE CONSTRUCTION DRAWINS
FOR THE STONE COURSE, . . . . TALK SOON, THANKS

-MATT



MATTHEW M. MARTINEZ, ASSOC. AIA

222 AUSTIN HWY, SAN ANTONIO, TEXAS 78209

E: MMARTINEZ@JOHNGRABLE.COM

P: 210-820-3332 EX. 35

W: WWW.JOHNGRABLE.COM



DEFENDANT'S
EXHIBIT
35
SBS

PENGAD-Bayonne, N.J.

Victor M. De Anda Jr. <victor@synergy-se.com>                December 12, 2012  11:25 AM
To: Kyle Kieke <kkieke@sbsworld.net>, John Grable </
O=MEX02/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/
CN=RECIPIENTS/CN=Jgrable.johngrable.com_55280b3ab>
Cc: Jack Green <jgreen@sbsworld.net>
Re: Los Cerritos Hanger - questions

---

Kyle,
Did you mean sheet S-6??

The expansion anchor bolts can be installed instead of the nelson studs since they needed to be installed when the concrete was poured.
The base plate for the column will need to change to fit inside the wall, the plate can be elongated along the wall in order to install the anchor bolts and conceal the plate. The plate will need to be at least 1/4" bigger on each side of the column in order to get a 1/4" fillet weld all around the column to the base plate. The anchor bolts can be 5/8X8 with a minimum of (2) anchor bolts per column.

You can do the lifts on the CMU grout all the way to the top of the bond beam that is placed every 6'-8"

thanks

Victor M. De Anda Jr., P.E.
Synergy Structural Engineering, Inc.
901 Victoria St. Suite "C"
Laredo, TX. 78040
O: 956-753-5860
F: 956-753-6210
M: 956-237-7908

---

**From:** Kyle Kieke <kkieke@sbsworld.net >
**To:** Victor M De Anda Jr <victor@synergy-se.com >
**Cc:** Jack Green <jgreen@sbsworld.net >
**Sent:** Wed, December 12, 2012 11:07:24 AM
**Subject:** Los Cerritos Hanger - questions

Victor,

Is there any way we can get around using nelson studs on the base plates for the structural steel components of the hanger offices on sheet S-5? I really don't want to run the risk of messing up the concrete floors by cutting the plates into the slab.

DEFENDANT'S
EXHIBIT
36
SBS
PENGAD-Bayonne, N.J.

Could we weld some angle footings on these columns and set wedge anchors?

Also, the general masonry notes on S-1 say we have to pour grout in the CMU walls in 4' lifts.   Can we go to 6' lifts instead to speed up the process?

Thanks,

Kyle Kieke

Project Superintendent

SBS Construction

kkieke@sbsworld.net

C: 830-388-9267

F: 830-981-5303

Victor M. De Anda Jr. <victor@synergy-se.com>     December 12, 2012  11:27 AM
To: Kyle Kieke <kkieke@sbsworld.net>
Cc: John Grable </O=MEX02/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Jgrable.johngrable.com_55280b3ab>
Re: Hanger office framing conflicts

---

You only need 18 ga but it will have to be a structural stud 600S162-43 @ 16" o.c.

Thanks


Victor M. De Anda Jr., P.E.
Synergy Structural Engineering, Inc.
901 Victoria St. Suite "C"
Laredo, TX. 78040
O: 956-753-5860
F: 956-753-6210
M: 956-237-7908

---

**From:** Kyle Kieke <kkieke@sbsworld.net >
**To:** Victor M De Anda Jr <victor@synergy-se.com >; Matthew Martinez <mmartinez@johngrable.com >
**Cc:** Jack Green <jgreen@sbsworld.net >
**Sent:** Wed, December 12, 2012 11:15:08 AM
**Subject:** Hanger office framing conflicts


Victor/Matt,


The architectural drawings are calling for 16 gauge stud walls (A600) but Victor's drawings are calling for 18 gauge (S-5).  Can you please clarify this?


Thanks,


Kyle Kieke


Project Superintendent

SBS Construction


DEFENDANT'S
EXHIBIT
37
SBS
PENGAD-Bayonne, N.J.

kkieke@sbsworld.net

C: 830-388-9267

F: 830-981-5303

Kyle Kieke <kkieke@sbsworld.net>  December 13, 2012  10:26 AM
To: Matthew Martinez </O=MEX02/OU=EXCHANGE
ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/
CN=Mmartinez.johngrable.com_aa5dd8392>
Cc: Jack Green <jgreen@sbsworld.net>, John Grable </O=MEX02/OU=EXCHANGE
ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/
CN=Jgrable.johngrable.com_55280b3ab>
RE: finalized stone selection

2 Attachments, 10 KB

Working on the corbel CMU layout to make sure it will work.   Can you tell me how to run the
courses using the various heights of stone?   If you can send me a drawing that would be great.


Thanks,


Kyle Kieke


Project Superintendent

SBS Construction

kkieke@sbsworld.net

C: 830-388-9267

F: 830-981-5303

**From:** Matthew Martinez [mailto:mmartinez@johngrable.com]
**Sent:** Wednesday, December 12, 2012 6:34 PM
**To:** Kyle Kieke
**Cc:** Jack Green; John Grable
**Subject:** RE: finalized stone selection

TEAM, HERES THE SUMMARY FOR THE STONE VENEER MIX:


DEFENDANT'S
EXHIBIT
38
SBS

4 " THK. VENEER @ INFILL WALLS BETWEEN RIGID FRAME BAYS

12 " MILL BLOCK @ FIRST CORBELL/ BUTRESS BASE @ EACH RIGID FRAME BAY

8 " MILL BLOCK @ SECOND CORBELL OF BUTRESS

4 " MILL BLOCK @ THIRD CORBELL OF BUTRESS

1: SISTEDALE "OLD YELLER " LIMESTONE--40% OF SURFACE AREA INCLUDING 100% OF FIRST CORBEL 12 " THK. MILL BLOCKS @         BUTRESSES, 24 " LENGTHS AND 12 ", 8 ",6 ",4 " HEIGHTS.

2: NICOTENE LIMESTONE -- 40% OF SURFACE AREA

    24 " LENGTHS AND 12 ", 8 ",6 ",4 " HEIGHTS

3: TEXAS CREME -- 20% OF SURFACE AREA

    24 " LENGTHS AND 12 ", 8 ",6 ",4 " HEIGHTS

2- PIECE 4 " VERT. MOVEMENT MASONRY VENEER WALL TIES

ATTACHED IS VICTOR'S RESOLUTION OF EXPANDING THE LUG WIDTH IN REGARDS TO THE DIFFERENCE IN THE AS-BUILT CONDITIONS @ THE MASONRY LUG AT THE RIGID FRAME BAYS, THIS WILL GIVE US THE WIDTH AND DEPTH THAT WE'VE BEEN SHOWING IN DRAWINGS. I'VE ALSO INCLUDED OUR INTERPRETATION OF THE BUTRESSES WITH THIS EXPANSION, LET US KNOW IF THIS CAN BE DONE, ILL KEEP STREAMING THE RFI INFO TO YOU. . .

ALSO, ROD WOULD LIKE TO FLIP THE RAMP CONFIGURATION TO THE NORTH SIDE OF THE HANGAR, THE TAKE-OFFS SHOULD BE THE SAME BUT WE WOULD LIKE TO ADD ANOTHER HELI-PAD . . . WE HAVEN'T RECEIVED FINAL APPROVAL FOR THIS BUT IT WAS DIRECTED BY HIM SO I WANTED TO GIVE YOU A HEADS UP.

WE ARE ALSO WORKING ON FINDING A SPOT FOR A RUNWAY LIGHT SWITCH CONTROL PANEL, SO THERE WILL BE SOME ADJUSTMENT FOR SOME ELECTRICAL CONDUIT IN THE RAMP AND FOR THE CONTROL PANEL, MORE INFO SOON TO COME . .

-MATT



MATTHEW M. MARTINEZ, ASSOC. AIA

222 AUSTIN HWY, SAN ANTONIO, TEXAS 78209

E: MMARTINEZ@JOHNGRABLE.COM

P: 210-820-3332 EX. 35

W: WWW.JOHNGRABLE.COM

---

**From:** John Grable
**Sent:** Wednesday, December 12, 2012 1:55 PM
**To:** Kyle Kieke; Matthew Martinez
**Cc:** Jack Green
**Subject:** RE: finalized stone selection

Kyle

Good

We have a good idea on mix now

Just the accent beltline is up in the air

We will get this done

Thanks


How is the roof install going – send me some pics!


Thks

j



**JOHN GRABLE** FAIA
222 Austin Hwy #1 San Antonio, TX 78209
p 210.820.3332    f 210.820.3334

www.johngrable.com

---

**From:** Kyle Kieke [ mailto:kkieke@sbsworld.net]
**Sent:** Wednesday, December 12, 2012 1:53 PM
**To:** Matthew Martinez; John Grable
**Cc:** Jack Green
**Subject:** finalized stone selection

Just a friendly reminder because I know that both of you have a lot going on.   I'd like to have this mock-up done out here by the end of next week.


Thanks,

**Kyle Kieke**

Project Superintendent

SBS Construction

kkieke@sbsworld.net

C: 830-388-9267

F: 830-981-5303

**JOHN GRABLE**
ARCHITECTS - INC

**JOHN GRABLE**
ARCHITECTS - INC

**JOHN GRABLE FAIA**
222 Austin Hwy #1 San Antonio, TX 78209
p 210.820.3332     f 210.820.3334

Kyle Kieke <kkieke@sbsworld.net> 📎        December 19, 2012  10:28 AM
To: Matthew Martinez </O=MEX02/OU=EXCHANGE
ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/
CN=Mmartinez.johngrable.com_aa5dd8392>, John Grable </O=MEX02/OU=EXCHANGE
ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/
CN=Jgrable.johngrable.com_55280b3ab>
Cc: Jack Green <jgreen@sbsworld.net>
CMU/conduit issue

4 Attachments, 8.9 MB

Could we run two courses of CMU along the original wall line to hide this conduit?   We can fill
the cells with grout to create a bench effect and you 'll still have the cove going all the way up
minus 16 " off the slab.

The other issue we have is that on the revised MEPs, the outlets are now being shown as
mounting to the face of the structural steel.   Only way to do this is to drill into the flange and
mount the box.   Two issues with this; Victor has to approve it and the box stands a greater
chance of being knocked off the column because it sticks out so far versus mounting on the
CMU.



DEFENDANT'S
EXHIBIT
39
SBS
PENGAD-Bayonne, N.J.











Matthew Martinez </O=MEX02/OU=EXCHANGE ADMINISTRATIVE  January 1, 2013  8:24 PM
GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/
CN=MMARTINEZ.JOHNGRABLE.COM_AA5DD8392>
To: John Grable </O=MEX02/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Jgrable.johngrable.com_55280b3ab>, Kyle Kieke
<kkieke@sbsworld.net>
RE: Los Cerritos Weekly Report - 23 Dec

---

i forwarded the latest and greatest MEP drawings to kyle earlier last month, shortly after our site visit. i don't know if there was a change in the fixture type, but barker had revisited the light output levels with the higher roof ht, and said is was ok with the original layout

From: John Grable
Sent: Friday, December 28, 2012 5:55 PM
To: Kyle Kieke; Matthew Martinez
Subject: RE: Los Cerritos Weekly Report - 23 Dec

Kyle and Matt

Regarding the high bay light fixtures – I assume you are using the revised (Latest) lighting layout by MEP…assume layout basically same just fixture had some kind of adjustment?

Please advise
Thanks
John

[cid:image003.jpg@01CDE51C.31730940]
    www.johngrable.com<http://www.johngrable.com/>

From: Kyle Kieke [mailto:kkieke@sbsworld.net]
Sent: Wednesday, December 26, 2012 8:40 AM
To: tpittman@lewisenergy.com; John Grable; Matthew Martinez
Cc: Steve Schiffman; Jack Green
Subject: Los Cerritos Weekly Report - 23 Dec

Thanks,

Kyle Kieke

Project Superintendent
SBS Construction
kkieke@sbsworld.net<mailto:kkieke@sbsworld.net>
C: 830-388-9267
F: 830-981-5303


DEFENDANT'S
EXHIBIT
40
SBS
PENGAD-Bayonne, N.J.

Kyle Kieke <kkieke@sbsworld.net>           January 23, 2013  11:18 AM

To: Matthew Martinez </O=MEX02/OU=EXCHANGE
ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/
CN=Mmartinez.johngrable.com_aa5dd8392>, John Grable </O=MEX02/OU=EXCHANGE
ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/
CN=Jgrable.johngrable.com_55280b3ab>
FW: meeting notes - site meeting with Rod Lewis

1 Attachment, 162 KB

FYSA, my meeting with Rod yesterday.   He wants to look at changing some things up, read down at the bottom of meeting notes.


Thanks,


Kyle Kieke


Project Superintendent

SBS Construction

kkieke@sbsworld.net

C: 830-388-9267

F: 830-981-5303

---

**From:** Kyle Kieke
**Sent:** Tuesday, January 22, 2013 10:07 PM
**To:** Steve Schiffman; Dave Morgan; Tom Pittman (tpittman@lewisenergy.com)
**Cc:** Jack Green; Bill Leonard
**Subject:** meeting notes - site meeting with Rod Lewis


Thanks,

DEFENDANT'S
EXHIBIT
41
SBS
PENGAD-Bayonne, N.J.

Kyle Kieke

Project Superintendent

SBS Construction

kkieke@sbsworld.net

C: 830-388-9267

F: 830-981-5303

Site Meeting...lsx (162 KB)

**Los Cerritos Hanger**
**1378**
Site Meeting

Meeting:  **~ 30 Minutes**
Date:     22 Jan 13
**Time:  4:00-4:30**
Location: Jobsite
Prepared by: Kyle Kieke

## Next Meeting
Time:  TBD
Time: **TBD**
Location:  TBD

## Purpose
To review the status of work, resolve and/or discuss outstanding issues among the team and to plan the work.

## Attended by

| Representative - Company - Phone - Email | Phone | Email |
|---|---|---|
| Tom Pittman - Lewis Energy Group - | 210-384-5892 | tpittman@lewisenergy.com |
| Rod Lewis - Client | | rlewis@lewisenergy.com |
| Parnak Charchki - Lewis Energy | | pcharchki@lewisenergy.com |
| Benny Esquivel - Lewis Energy | | besquivel@lewisenergy.com |
| Monica Rokhol - Lewis Energy | | mrokhol@lewisenergy.com |
| Kyle Kieke - SBS Construction | 830-388-9267 | kkieke@sbsworld.net |

## Non-Attendees
Jack Green - SBS Construction
John Grable - John Grable Architects
Matt Martinez - John Grable Architects

## SWPPP
N/A

## Job Safety
N/A

## Weather & Site Conditions
Site Weather:  Clear and mild

Site Conditions: Clean and orderly

| Item | Meeting Item Description | | Due Date | Cls'd |
|---|---|---|---|---|
| **SCHEDULE** | | | | |
| **Old Business** | | | | |
| Change Order 3 - Additional concrete ramp parking - submit to Tom Pittman for approval | | | 23-Jan-13 | |
| Will upgrade to between 800-1000 amp single phase service | | | N/A | |
| Interior deco selections still awaiting approval - Rod Lewis to meet with John Grable this week | | | | |
| | | | | |
| | | | | |
| | | | | |
| **New Business** | | | | |
| Need to reverify hanger door max opening width - hanger built to accommodate 2000LX (70.17 ft wingspan) | | | ASAP | |
| Door opening previously verified by Bob Cardin on 28 Nov 12 | | | | |
| | | | | |
| | | | | |
| | | | | |
| **QUALITY** | | | | |
| Overall satisfied with quality of construction to date, no issues identified at this time | | | | |

| Outstanding SUBMITTALS | | From GC | Due Date | Cls'd |
|---|---|---|---|---|
| Resubmitted ship ladder shop drawings for approval to John Grable Architects | | 22-Jan-13 | **23-Jan-13** | |
| Submitted shop drawings for HM Doors, Rollup Door, Floor coatings | | 09-Jan-13 | **ASAP** | |
| | | | | |
| | | | | |
| | | | | |

| Outstanding RFI'S | | Date From GC | Due Date | Cls'd |
|---|---|---|---|---|
| RFI 1 | | 05-Dec-12 | ASAP | |
| RFI 2 | | 06-Dec-12 | ASAP | |
| RFI 4 | | 02-Jan-13 | ASAP | |
| RFI 5 | | 03-Jan-13 | ASAP | |

| Outstanding PROPOSAL REQUEST / CHANGE PROPOSALS | | Date to GC | Due Date | Cls'd |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Approved Change Order Items NOT IN CHANGE ORDERS: | | | | |
|---|---|---|---|---|
| | | | | |
| | | | | |

| **GENERAL CONSTRUCTION ITEMS** | | | | |
|---|---|---|---|---|
| **Old Business** | | | | |
| None discussed during this meeting | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| **NEW BUSINESS** | | | | |
| Need to anchor CMU walls to structure - has commenced and will continue throughout rest of this week. | | | | |
| Main ramp pour set for the week of 28 Jan 13 | | | | |

17 Scenic Loop Rd, Boerne, TX 78006

SBS 1918

| Tom Pittman wants stone delivered for full scale mock up ASAP | |
| --- | --- |
| | |
| | |
| | |
| | |
| **DESIGN ISSUES** | |
| Rod Lewis is considering eliminating the existing office space to accommodate aircraft, considering adding office to exterior of building | |
| Rod Lewis would like to explore adding 2 bedrooms with adjoining bathroom on mezzanine over existing bedroom | |
| Rod Lewis would like to add oven in existing kitchen, move refridgerator to washer/dryer location, move washe/dryer to storage room | |
| Rod Lewis will possibly require additional 110V outlets at shop/kitchen/office area | |
| **Distribution Via Email Only:** | |
| Attendees, Non-Attendees, File | |
| **End of Meeting Minutes** | |
| These minutes reflect the writer's understanding of the issues discussed. These minutes shall become a part of the project record. Any corrections or errors are to be reported to the writer as soon as possible for issuance of corrected minutes. | |

SBS 1919

Kyle Kieke <kkieke@sbsworld.net>                    January 23, 2013  2:40 PM
To: John Grable </O=MEX02/OU=EXCHANGE ADMINISTRATIVE
GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Jgrable.johngrable.com_55280b3ab>,
Matthew Martinez </O=MEX02/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Mmartinez.johngrable.com_aa5dd8392>
Cc: Jack Green <jgreen@sbsworld.net>
Call me after you meet with Rod

---

I need to know the office configuration because yesterday he wanted to eliminate the office but keep the bathroom.   I 'm framing the other interior pods as I write this email.

Thanks,

Kyle Kieke
Project Superintendent
**SBS Construction**
**c: 830-388-9267**
<u>kkieke@sbsworld.net</u>


DEFENDANT'S
EXHIBIT
42
SBS
PENGAD-Bayonne, N.J.

John Grable </o=mex02/ou=Exchange Administrative Group       January 23, 2013  1:06 PM
(FYDIBOHF23SPDLT)/cn=Recipients/
cn=jgrable.johngrable.com_55280b3ab>
To: Thomas Pittman <TPittman@lewisenergy.com>, Rod Lewis <Rod@lewisenergy.com>
Cc: tony@weigandcmc.com <tony@weigandcmc.com>, Parnak Charkhchi
<PCharkhchi@lewisenergy.com>, Monica Rokohl <MRokohl@lewisenergy.com>
RE: More thoughts

---

Rod and Tom

We are drawing good solutions to your hangar refinements from yesterdays site visit
We will present to you at our 2:30 meeting
I think you will like them

John


www.johngrable.com


-----Original Message-----
From: Thomas Pittman [mailto:TPittman@lewisenergy.com]
Sent: Wednesday, January 23, 2013 11:36 AM
To: Rod Lewis
Cc: tony@weigandcmc.com; Parnak Charkhchi; Monica Rokohl; John Grable
Subject: Re: More thoughts

I agree and will have an answer for you ASAP

Sent from my iPhone

On Jan 23, 2013, at 11:26 AM, "Rod Lewis" <Rod@lewisenergy.com> wrote:

> This should take care of the problem at hand. Thanks for digging into it and coming up with a reasonable resolution.
>
> On getting things back to 80' opening, let's discuss how that is to be done and what effect that has on the project. I don't want anything that looks scabbed on as you well know.
>
> -----Original Message-----
> From: Thomas Pittman
> Sent: Wednesday, January 23, 2013 11:07 AM
> To: Rod Lewis
> Cc: 'tony@weigandcmc.com'; Parnak Charkhchi; Monica Rokohl; John
> Grable
> Subject: Re: More thoughts
>
> Hello Rod,
>
> 1. Agree on the windows and will get with John on that.
> 2. Meeting with Benny on Monday to get a game plan for the capturing the rain run off. Also will get Lingo involved and notified.
> 3. Let us explore the options we have on the office, Rod, and get them in front of you ASAP.
>
> After further review on the hangar door I have found the following: On December 3rd a site report by JGA highlighted the fact that the opening was 75' and the original intent was to have an 80' opening. SBS said they could modify to give us the 80' opening. To clarify, the clearance we have right now is 76'2" giving us approximately 2'6" on each side of the 2000LX. Regardless, you were told you would have an 80' opening and you will.
>
> This identifies a fundamental problem... A lack of communication, and I will take this responsibility on myself. As of today, everyone involved will be required to issue documentation of any supplemental instruction, any field modification, any pending or proposed Change Order or anything that differs from the Construction Documents that we have. All of these will be in writing and reflected in the CD's. In turn, I will forward these to you and Tony to make sure we are all on the same sheet of paper.
>
> I think we have the production ramping up into the gear it needs to be and will make sure that we continue in that mode. I will also make sure that everyone knows that a failure to notify me of any alterations or field modifications could lead to termination.
>
>
>
> Thomas L. Pittman
> Director of Construction, Lewis Energy Grp.
> tpittman@lewisenergy.com
> work: (210) 384-5892
> cell:   (210) 262-1686
> 10067 Jones Maltsberger
> San Antonio, Tx. 78216
>
>
>
>


DEFENDANT'S
EXHIBIT
43
SBS
PENGAD-Bayonne, N.J.

&gt;
&gt;
&gt; On 1/23/13 10:26 AM, "Rod Lewis" <Rod@lewisenergy.com> wrote:
&gt;
&gt;&gt; 1) Windows in bedroom- there is the northwest corner of the bedroom
&gt;&gt; that we can still frame out for a window. The room might feel better
&gt;&gt; with a window in it. What are the thoughts. We can also frame one or
&gt;&gt; two out to the inside hangar as well.
&gt;&gt; 2) Drainage off the roof. I spoke to Tom and Benny about my ideas
&gt;&gt; there to feed the closest tank.
&gt;&gt; 3) Office area is too small. What are we going to do there? We can
&gt;&gt; use that area for a shower bathroom and build me a separate office
&gt;&gt; near the other buildings to the north. Or place a separate building
&gt;&gt; to the south to match what is on the north. We can also pull the wall
&gt;&gt; in the 3' it is extending into the inside of the hangar.
&gt;

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

Kyle Kieke <kkieke@sbsworld.net>   January 24, 2013 7:46 AM

To: texmax52@yahoo.com <texmax52@yahoo.com>, Ross
Compton <ross@comptonhvac.com>, Bob Carnwath </O=FIRST ORGANIZATION/
OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/
CN=Bob Carnwath>

mechanical rough-ins

---

As of this morning, we are on hold for our mechanical rough-ins for the interior hanger areas.  I was told last night by the owner's rep that there will be significant framing changes coming our way.   I know I have spoken to each of you about starting next week and I apologize for the inconvenience but my hands are tied on this one.

When I receive new drawings I'll forward as soon as possible so you can update your pricing.

Thanks,

Kyle Kieke

Project Superintendent

SBS Construction

kkieke@sbsworld.net

C: 830-388-9267

F: 830-981-5303



DEFENDANT'S
EXHIBIT
44
SBS

PENGAD-Bayonne, N.J.

Rod Lewis <Rod@lewisenergy.com> January 29, 2013 9:42 PM
To: John Grable </O=MEX02/OU=EXCHANGE ADMINISTRATIVE
GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Jgrable.johngrable.com_55280b3ab>
Cc: Parnak Charkhchi <PCharkhchi@lewisenergy.com>, Thomas Pittman
<TPittman@lewisenergy.com>, Tony Weigand <TWeigand@lewisenergy.com>, Matthew
Martinez </O=MEX02/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/
CN=RECIPIENTS/CN=Mmartinez.johngrable.com_aa5dd8392>
Re: Uvalde Hangar living quarter expansion

1 Attachment, 6 KB

John- I like the plan of the upper bedrooms. We can sleep a lot of people now with plenty of bathrooms. I am not quite happy with the south side kitchen and living room. Is the recess necessary? If not can we get rid of or minimize the recess.

Also I have the following ideas;

1) Make a real bar against the north side of the kitchen wall. Similar to our Chuc skeet range bar. How do we expand this "real bar idea "?
2) Make a kitchen with a real useful island.


Let's discuss further. Thanks for getting on this. I will be around tomorrow after lunch in SA.

**From** : John Grable [mailto:jgrable@johngrable.com]
**Sent** : Tuesday, January 29, 2013 08:07 PM
**To** : Rod Lewis
**Cc** : Parnak Charkhchi; Thomas Pittman; Tony Weigand; Matthew Martinez <mmartinez@johngrable.com >
**Subject** : Uvalde Hangar living quarter expansion


Rod


Attached please find proposed living quarter expansion floor plans per our 2-23-13 meeting discussions for the Uvalde Hangar.

Tom Pittman and Raven worked on these ideas Saturday so we could produce these drawings for you tonight.

This is a very cool space now for great airplanes and people!!!!


Your personal quarters are located on the ground floor

The break room and shop are now to be converted to kitchen/dining/bar/and media room – we can repurpose the shop barn doors and use at the opening from kitchen/dining to close off


DEFENDANT'S
EXHIBIT
45
SBS
PENGAD-Bayonne, N.J.

media room if desired

We propose to back up to your personal bathroom plumbing to provide a powder room/laundry room for use for guests when using the kitchen media room (this keeps everyone out of your personal bedroom space!)

Stackable washer/dryer essential to support cleaning requirements for new living quarters that originally was located in the shop/storage area.

The second floor quarters stack nicely above and provide 2 bedroom sleeping quarters with shared bathroom

Each side can sleep 4 comfortably

We still provide a pull down stair to access the storage loft space above – believe it is wise to keep this option open since structural framing specs can support 100 pound per sq ft live loads

Like the way the hand rail at storage loft "tops offy? or finishes the two story quarters form and ties into the second floor access stairs!!!

I believe this is a great idea and will allow you to resolve an immediate need for personal/guest housing through integration with your new hangar!

I hope your schedule opens up this week so we can present in person…

If you like this design direction we would like to complete drawings for pricing by SBS or GC so we can integrate into the ongoing construction!

The metal stud framing is continuing around this potential change and will complete the upper exterior wall framing on top of the cmu walls by Friday.



JOHN GRABLE FAIA
222 Austin Hwy #1 San Antonio, TX 78209
p 210.820.3332    f 210.820.3334

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

# JOHN GRABLE
ARCHITECTS · INC

**JOHN GRABLE FAIA**
222 Austin Hwy #1 San Antonio, TX 78209
p 210.820.3332    f 210.820.3334

| From: | Kyle Kieke <kkieke@sbsworld.net> |
|---|---|
| Sent: | Thursday, January 31, 2013 10:43 AM |
| To: | Matthew Martinez <mmartinez@johngrable.com> |
| Cc: | Jack Green <jgreen@sbsworld.net> |
| Subject: | RE: Hanger revisions |

I'm going through the drawings now but the biggest thing so far is plumbing. I have to chip 12' of concrete out to move drain lines and toilets at the kitchen, powder bath, and at the pilot locker bathroom. Going to be a very substantial amount of chipping and moving lines. Will need some type of flooring at these areas to cover up the concrete patches. I'll be working on this throughout the day.

Thanks,

Kyle Kieke

Project Superintendent
SBS Construction
kkieke@sbsworld.net
C: 830-388-9267
F: 830-981-5303

**From:** Matthew Martinez [mailto:mmartinez@johngrable.com]
**Sent:** Thursday, January 31, 2013 10:12 AM
**To:** Kyle Kieke; John Grable
**Cc:** Jack Green
**Subject:** RE: Hanger revisions

WE RECEIVED APPROVAL FROM ROD YESTERDAY AFTERNOON, SO WHAT XAVIER SENT WAS FAIRLY COMPLETE AS FAR AS SCOPE IS CONCERENED, WE'RE PUTTING MORE DETAILED INFO TODAY, CAN YOU LIST WHAT'S ON YOUR MIND?
                                        -MATT



MATTHEW M. MARTINEZ, ASSOC. AIA
222 AUSTIN HWY, SAN ANTONIO, TEXAS 78209
E: MMARTINEZ@JOHNGRABLE.COM
P: 210-820-3332 EX. 35
W: WWW.JOHNGRABLE.COM

**From:** Kyle Kieke [mailto:kkieke@sbsworld.net]
**Sent:** Thursday, January 31, 2013 10:08 AM
**To:** John Grable; Matthew Martinez
**Cc:** Jack Green
**Subject:** Hanger revisions

John/Matt,


DEFENDANT'S EXHIBIT
46
SBS

I'm looking over the preliminary drawings Xavier sent me and I've got some questions/suggestions based off of what I've got on the ground out here. When are you trying to get Rod's final approval because what I'm finding could affect final decision making.

Thanks,

Kyle Kieke

Project Superintendent
SBS Construction
kkieke@sbsworld.net
C: 830-388-9267
F: 830-981-5303

| **From:** | Matthew Martinez </o=mex02/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=mmartinez.johngrable.com_aa5dd8392> |
|---|---|
| **Sent:** | Thursday, January 31, 2013 10:08 AM |
| **To:** | 'Kyle Kieke' <kkieke@sbsworld.net> |
| **Cc:** | John Grable <jgrable@johngrable.com>; Xavier Cantu <xcantu@johngrable.com> |
| **Subject:** | RE: Los Cerritos's Review Sheets |

WE'RE WORKING ON LINING ALL THAT STUFF OUT TODAY, WE'LL GET YOU AN ORGANIZED SET REAL SOON, KYLE. WE JUST WANTED TO GIVE YOU A HEAD START! THANKS,

-MATT



**MATTHEW M. MARTINEZ, ASSOC. AIA**
222 AUSTIN HWY, SAN ANTONIO, TEXAS 78209
E: MMARTINEZ@JOHNGRABLE.COM
P: 210-820-3332 EX. 35
W: WWW.JOHNGRABLE.COM

---

**From:** Kyle Kieke [mailto:kkieke@sbsworld.net]
**Sent:** Thursday, January 31, 2013 10:06 AM
**To:** Xavier Cantu
**Cc:** John Grable; Matthew Martinez
**Subject:** RE: Los Cerritos's Review Sheets

Xavier,

If you could bubble all changes on the finalized revisions that would be extremely helpful. Just want to make sure we don't miss anything.

Thanks,

Kyle Kieke

Project Superintendent
SBS Construction
kkieke@sbsworld.net
C: 830-388-9267
F: 830-981-5303

---

**From:** Xavier Cantu [mailto:xcantu@johngrable.com]
**Sent:** Wednesday, January 30, 2013 6:47 PM
**To:** Kyle Kieke
**Cc:** John Grable; Matthew Martinez
**Subject:** Los Cerritos's Review Sheets



Good Afternoon Kyle,

Per your request. Please see attached sheets of the Hanger at Los Cerritos's First Floor Plan, Enlarged Floor plans, and 3d views for your review. Per Matt, we will be sending this out to Victor and our MEP engineers tomorrow.

Thank you,



**XAVIER CANTU**
222 AUSTIN HWY #1, SAN ANTONIO, TEXAS 78209
E: XCANTU@JOHNGRABLE.COM
P: 210-820-3332 EX. 34
W: WWW.JOHNGRABLE.COM

Kyle Kieke <kkieke@sbsworld.net> January 31, 2013  2:33 PM
To: Bob Carnwath </O=FIRST ORGANIZATION/OU=EXCHANGE
ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Bob Carnwath>
revised architectural drawings - for review only

1 Attachment, 2 MB

Just to give you an idea of what the changes are.   Don't know when I'll get MEP drawings.


Thanks,


Kyle Kieke


Project Superintendent

SBS Construction

kkieke@sbsworld.net

C: 830-388-9267

F: 830-981-5303


LOS CERRIT...w.pdf (2 MB)



**DEFENDANT'S
EXHIBIT
48
SBS**



## 2 CUPOLA PLAN
SCALE : 1/4" = 1'-0"

## 3 CLERESTORY PLAN
SCALE : 1/4" = 1'-0"

## 1 FIRST FLOOR
SCALE : 1/8" = 1'-0"

JOHN GRABLE FAIA
ARCHITECTS - INC.
222 AUSTIN HIGHWAY
SAN ANTONIO, TEXAS 78209
P 210 820 3332  F 210 820 3334  W JOHNGRABLE.COM

**A200**

SHEET NO.
DATE: 1/29/13
APPROVED:
CHECKED:
DRAWN:

PROJECT ADDRESS

TRI-BAR RANCH COMPANY
LOS CERRITOS HANGAR
UVALDE, TX

PRICING/BID SET

REVISIONS:



**4 KEY PLAN**
SCALE : 3/64" = 1'-0"

### Plumbing Fixture Schedule

| Mark | Description | Type | Model | Manufacturer | Comments |
|---|---|---|---|---|---|
| 3 | SHOWER HEAD | shower head | | TBD | ROOM 3: SHOWER |
| 4A | TOILET | Toilet-Domestic-3D | | TBD | ROOM 4: W/C |
| 4B | SINK | 19" x 19" | | TBD | ROOM 4: W/C |
| 6 | DOUBLE SINK | 42" x 21" | | TBD | ROOM 6: KITCHEN |
| 11A | SINK | 19" x 19" | | TBD | ROOM 11: BATHROOM |
| 11B | TOILET | Toilet-Domestic-3D | | TBD | ROOM 11: BATHROOM |
| 11C | SHOWER HEAD | shower head | | TBD | ROOM 11: BATHROOM |
| 16A | TOILET | Toilet-Domestic-3D | | TBD | ROOM 16: PDR/LDRY |
| 16B | SINK | 19" x 19" | | TBD | ROOM 16: PDR/LDRY |
| 19A | SINK | 19" x 19" | | TBD | ROOM 19: JACK & JILL |
| 19B | SINK | 19" x 19" | | TBD | ROOM 19: JACK & JILL |
| 20 | TOILET | Toilet-Domestic-3D | | TBD | ROOM 20: W/C |
| 21 | SHOWER HEAD | shower head | | TBD | ROOM 21: SHOWER |
| 23 | Linear Drain | PVC Base | 8601031 | Noble Company | |
| 25A | SINK | 19" x 19" | | TBD | ROOM 25: JACK & JILL |
| 25B | SINK | 19" x 19" | | TBD | ROOM 25: JACK & JILL |
| 26 | SHOWER HEAD | shower head | | TBD | ROOM 26: SHOWER |
| 27 | TOILET | Toilet-Domestic-3D | | TBD | ROOM 27: W/C |

**3 ENLARGED PLAN - FIRST FLOOR FRONT**
SCALE : 1/4" = 1'-0"

SUNSET SITTING AREA

**1 ENLARGED PLAN - FIRST FLOOR REAR**
SCALE : 1/4" = 1'-0"

**2 ENLARGED PLAN - SECOND FLOOR REAR**
SCALE : 1/4" = 1'-0"

PROJECT: TRI-BAR RANCH COMPANY
LOS CERRITOS HANGAR
UVALDE, TX

SHEET NO. A220
DATE: 1/30/13
DRAWN:
CHECKED:
APPROVED:

JOHN GRABLE FAIA
ARCHITECTS - INC.
222 AUSTIN HIGHWAY
SAN ANTONIO, TEXAS 78209
P 210 820 3332  F 210 820 3334  W JOHNGRABLE.COM

PRICING/BID SET

REVISIONS:

NOTE:
All drawings and written material appearing herein constitute original and unpublished work of the architect and may not be duplicated, used or disclosed without the written consent of the architect.



3D View 5
① SCALE:

3D View 10
② SCALE:

3D View 11
④ SCALE:

3D View 14
③ SCALE:

JOHN GRABLE
ARCHITECTS · INC.

222 AUSTIN HIGHWAY
SAN ANTONIO, TEXAS 78209
F 210 820 3332 F 210 820 3334 W JOHNGRABLE.COM

REVISIONS:

PRICING/BID SET

NOTE:
All drawings and written
material appearing herein
constitute original and
unpublished work of the
architect and may not be
duplicated, used or disclosed
without the written consent of
the architect.

TRI-BAR RANCH COMPANY
LOS CERRITOS HANGAR
UVALDE, TX

PROJECT ADDRESS

| DRAWN: | |
| CHECKED: | |
| APPROVED: | |
| DATE: 1/30/13 | |
| SHEET NO. | |

# SD-2

Kyle Kieke <kkieke@sbsworld.net> 📎        February 1, 2013  9:55 AM

To: Bob Carnwath </O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Bob Carnwath>, texmax52@yahoo.com <texmax52@yahoo.com>

Los Cerritos revised architecturals

5 Attachments, 8.1 MB

MEP engineer still working on their stuff.   This should give you an idea of the additional requirements.


Thanks,


Kyle Kieke


Project Superintendent

SBS Construction

kkieke@sbsworld.net

C: 830-388-9267

F: 830-981-5303



DEFENDANT'S
EXHIBIT
49
SBS



TRI-BAR RANCH COMPANY
LOS CERRITOS HANGAR

PROJECT ADDRESS

DRAWN:
CHECKED:
APPROVED:
DATE: 1/29/13
SHEET NO.

A700

(2) HANGER N
SCALE: 3/16" = 1'-0"

REVISIONS:

PRICING/BID SET

222 AUSTIN HIGHWAY
SAN ANTONIO, TEXAS 78209

NOTE:
All drawings and written
material appearing herein
constitute original and
unpublished work of the
architect and may not be
duplicated, used or disclosed
without the written consent of
the architect.

(1) BLDG. SECTION-SHORT
SCALE: 3/16" = 1'-0"

(2) BLDG. SECTION-LONG
SCALE: 3/16" = 1'-0"

TRI-BAR RANCH COMPANY
LOS CERRITOS HANGAR

PROJECT ADDRESS

DRAWN:
CHECKED:
APPROVED:
DATE: 1/29/13
SHEET NO.

A300

REVISIONS:

PRICING/BID SET

222 AUSTIN HIGHWAY
SAN ANTONIO, TEXAS 78209

NOTE:
All drawings and written
material appearing herein
constitute original and

unpublished work of the architect and may not be duplicated, used or disclosed without the written consent of the architect.

① SECTION DETAIL @ BEDROOM
SCALE: 1 1/2" = 1'-0"

② SECTION DETAIL @ KITCHEN
SCALE: 1 1/2" = 1'-0"

③ SECTION DETAIL @ OFFICE
SCALE: 1 1/2" = 1'-0"

④ WALL SECTION @ OFFICE
SCALE: 3/4" = 1'-0"

TRI-BAR RANCH COMPANY
LOS CERRITOS HANGAR

PROJECT ADDRESS
DRAWN:
CHECKED:
APPROVED:
DATE: 1/09/13
SHEET NO.

**A601**

REVISIONS:

PRICING/BID SET

222 Austin Highway
San Antonio, Texas 78209

NOTE:
All drawings and written material appearing herein constitute original and unpublished work of the architect and may not be duplicated, used or disclosed without the written consent of the architect.

③ WALL SECTION @ BEDROOM
SCALE: 3/4" = 1'-0"

④ WALL SECTION @ KITCHEN
SCALE: 3/4" = 1'-0"

TRI-BAR RANCH COMPANY
LOS CERRITOS HANGAR

PROJECT ADDRESS
DRAWN:
CHECKED:
APPROVED:
DATE: 1/09/13
SHEET NO.

**A600**



LOFT BEDROOM
170 SF

PERSONAL BEDROOM

PERSONAL BATHROOM & SHOWER

POWDER ROOM AND LAUNDRY



### 4 — KEY PLAN
SCALE: 3/64" = 1'-0"

**Plumbing Fixture Schedule**

| Mark | Description | Type | Model | Manufacturer | Comments |
|---|---|---|---|---|---|
| 3 | SHOWER HEAD | shower head | | TBD | ROOM 3: SHOWER |
| 4A | TOILET | Toilet-Domestic-3D | | TBD | ROOM 4: W/C |
| 4B | SINK | 19" x 19" | | TBD | ROOM 4: W/C |
| 6 | DOUBLE SINK | 42" x 21" | | TBD | ROOM 6: KITCHEN |
| 11A | SINK | 19" x 19" | | TBD | ROOM 11: BATHROOM |
| 11B | TOILET | Toilet-Domestic-3D | | TBD | ROOM 11: BATHROOM |
| 11C | SHOWER HEAD | shower head | | TBD | ROOM 11: BATHROOM |
| 16A | TOILET | Toilet-Domestic-3D | | TBD | ROOM 16: PDR/LDRY |
| 16B | SINK | 19" x 19" | | TBD | ROOM 16: PDR/LDRY |
| 19A | SINK | 19" x 19" | | TBD | ROOM 19: JACK & JILL |
| 19B | SINK | 19" x 19" | | TBD | ROOM 19: JACK & JILL |
| 20 | TOILET | Toilet-Domestic-3D | | TBD | ROOM 20: W/C |
| 21 | SHOWER HEAD | shower head | | TBD | ROOM 21: SHOWER |
| 23 | Linear Drain | PVC Base | 860103 1 | Noble Company | |
| 25A | SINK | 19" x 19" | | TBD | ROOM 25: JACK & JILL |
| 25B | SINK | 19" x 19" | | TBD | ROOM 25: JACK & JILL |
| 26 | SHOWER HEAD | shower head | | TBD | ROOM 26: SHOWER |
| 27 | TOILET | Toilet-Domestic-3D | | TBD | ROOM 27: W/C |

SUNSET SITTING AREA

### 3 — ENLARGED PLAN - FIRST FLOOR FRONT
SCALE: 1/4" = 1'-0"

### 1 — ENLARGED PLAN - FIRST FLOOR REAR
SCALE: 1/4" = 1'-0"

### 2 — ENLARGED PLAN - SECOND FLOOR REAR
SCALE: 1/4" = 1'-0"

**A220**

SHEET NO.
DATE: 1/30/13
APPROVED:
CHECKED:
DRAWN:

PROJECT ADDRESS
PROJECT

TRI-BAR RANCH COMPANY
LOS CERRITOS HANGAR
Vialde, TX

JOHN GRABLE FAIA
ARCHITECTS - INC.
222 AUSTIN HIGHWAY
SAN ANTONIO, TEXAS 78209
P 210 820 3332  F 210 820 3334  W JOHNGRABLE.COM

PRICING/BID SET

REVISIONS:

NOTE: All drawings and written material appearing herein constitute original and unpublished work of the architect and may not be duplicated, used or disclosed without the written consent of the architect.

Kyle Kieke <kkieke@sbsworld.net>           February 4, 2013  8:56 AM
To: Steve Schiffman <sschiffman@sbsworld.net>,
tpittman@lewisenergy.com <tpittman@lewisenergy.com>, John Grable </O=MEX02/
OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/
CN=Jgrable.johngrable.com_55280b3ab>, Matthew Martinez </O=MEX02/OU=EXCHANGE
ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/
CN=Mmartinez.johngrable.com_aa5dd8392>
Cc: Jack Green <jgreen@sbsworld.net>
Los Cerritos Weekly Report - 03 Feb

1 Attachment, 47 KB

Received new interior floorplan/elevation/wall section drawings on Friday.   Still awaiting interior elevations, new door and window schedules, revised MEP and Engineering drawings.


Thanks,


Kyle Kieke


Project Superintendent

SBS Construction

kkieke@sbsworld.net

C: 830-388-9267

F: 830-981-5303


1378 Los C...3.doc (47 KB)



DEFENDANT'S
EXHIBIT
50
SBS

Kyle Kieke <kkieke@sbsworld.net>                    February 4, 2013  9:55 AM
To: Matthew Martinez </O=MEX02/OU=EXCHANGE
ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/
CN=Mmartinez.johngrable.com_aa5dd8392>, John Grable </O=MEX02/OU=EXCHANGE
ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/
CN=Jgrable.johngrable.com_55280b3ab>
Cc: Jack Green <jgreen@sbsworld.net>, tpittman@lewisenergy.com
<tpittman@lewisenergy.com>
revised floorplan questions

Matt/John,

Couple questions regarding the revised interior plans:

- Can we label the bedrooms/baths for clarification?

- Downstairs bedroom, new drawings give dimension of 19' 5" and old drawings give dimension of 18' 8 ½".  This dimension cannot be 19' 5" because of the structural column next to the armoire area.  Please check to make sure this won't conflict with anything (I don't see a problem with it).

- Why frame the corner of the media room so large around the corner structural column?   If this is a true media room then why not use this space for media equipment, surround sound, etc. Will this room be pre-wired for surround sound?

- Are all additional bedroom egress windows 2-0x5-0?

- Will the upper mezzanine guardrails and stairs to 2nd floor be painted?

- Also need updated door/window schedules.

- Plumber is asking for plumbing fixture schedule.   This is critical for rough-in.

Trying to get pricing for all of this so the sooner the better.

Thanks,

Kyle Kieke

Project Superintendent

SBS Construction

kkieke@sbsworld.net

C: 830-388-9267

F: 830-981-5303

Matthew Martinez </O=MEX02/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/ CN=RECIPIENTS/CN=MMARTINEZ.JOHNGRABLE.COM_AA5DD8392>

February 4, 2013  9:56 AM

To: Kyle Kieke <kkieke@sbsworld.net>
Cc: Thomas Pittman <TPittman@lewisenergy.com>, John Grable </O=MEX02/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/ CN=Jgrable.johngrable.com_55280b3ab>

RE: Los Cerritos Weekly Report - 03 Feb

3 Attachments, 1 MB

Kyle,

here are some updated plans with more info, and building sections through the back pods. Unfortunately we are going to have to drop the floor level, we can 't make the HVAC systems work the way the owner has asked or get the ext stairs to work, without dropping the f.f. level to 10 ' 11-3/4 "

we are working with rod right now regarding the ext sheathing for the living units, we may end up doing a mix of angelim and metal siding, just want to give you a heads up, I should have some interior elevations to you by the end of the day and ill check in with mep and structural for any updates, thanks

-matt



**JOHN GRABLE**
A · R · C · H · I · T · E · C · T · S · - · I · N · C

MATTHEW M. MARTINEZ, ASSOC. AIA

222 AUSTIN HWY, SAN ANTONIO, TEXAS 78209

E: MMARTINEZ@JOHNGRABLE.COM

P: 210-820-3332 EX. 35

W: WWW.JOHNGRABLE.COM

**From:** Kyle Kieke [mailto:kkieke@sbsworld.net]
**Sent:** Monday, February 04, 2013 8:56 AM



DEFENDANT'S
EXHIBIT
51
SBS

**To:** Steve Schiffman; tpittman@lewisenergy.com; John Grable; Matthew Martinez
**Cc:** Jack Green
**Subject:** Los Cerritos Weekly Report - 03 Feb

Received new interior floorplan/elevation/wall section drawings on Friday.   Still awaiting interior elevations, new door and window schedules, revised MEP and Engineering drawings.

Thanks,

Kyle Kieke

Project Superintendent

SBS Construction

kkieke@sbsworld.net

C: 830-388-9267

F: 830-981-5303





TRI-BAR RAN
LOS CERRITC

PROJECT ADDRESS

DRAWN:
CHECKED:
APPROVED:
DATE: 1/30/13
SHEET NO.

A600

③ WALL SECTION @ BEDROOM
SCALE: 3/4" = 1'-0"

④ WALL SECTION @ KITCHEN
SCALE: 3/4" = 1'-0"

④ KEY PLAN
SCALE: 3/16" = 1'-0"

SUNSET
SITTING
AREA

③ ENLARGED PLAN - FIRST FLOOR FRONT
SCALE: 1/4" = 1'-0"

## Plumbing Fixture Schedule

| Mark | Description | Type | Model | Manufacturer | Comments |
|---|---|---|---|---|---|
| 3 | SHOWER HEAD | shower head | | TBD | ROOM 2: SHOWER |
| 4A | TOILET | Toilet-Dom estic-2D | | TBD | ROOM 4: W/C |
| 4B | SINK | 19" x 19" | | TBD | ROOM 4: W/C |
| 4 | DOUBLE SINK | 42" x 21" | | TBD | ROOM 4: KITCHEN |
| 11A | SINK | 19" x 19" | | TBD | ROOM 11: BATHROOM |
| 11B | TOILET | Toilet-Dom estic-2D | | TBD | ROOM 11: BATHROOM |
| 11C | SHOWER HEAD | shower head | | TBD | ROOM 11: BATHROOM |
| 16A | TOILET | Toilet-Dom estic-2D | | TBD | ROOM 16: PDR/LDRY |
| 16B | | Pedestal_Sink_7086 | | | ROOM 16: PDR/LDRY |
| 19A | SINK | 19" x 19" | | TBD | ROOM 19: JACK & JILL |
| 19B | SINK | 19" x 19" | | TBD | ROOM 19: JACK & JILL |
| 20 | TOILET | Toilet-Dom estic-2D | | TBD | ROOM 20: W/C |
| 21 | SHOWER HEAD | shower head | | TBD | ROOM 21: SHOWER |
| 22 | Linear Drain | PVC Base | 596102 | Nicole Company | |
| 23A | SINK | 19" x 19" | | TBD | ROOM 23: JACK & JILL |
| 23B | SINK | 19" x 19" | | TBD | ROOM 23: JACK & JILL |
| 26 | SHOWER HEAD | shower head | | TBD | ROOM 26: SHOWER |
| 27 | TOILET | Toilet-Dom estic-2D | | TBD | ROOM 27: W/C |

# JOHN GRABLE
A R C H I T E C T S - I N C

Kyle Kieke <kkieke@sbsworld.net> 📎        January 29, 2013   9:05 PM
To: tpittman@lewisenergy.com <tpittman@lewisenergy.com>, John
Grable </O=MEX02/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/
CN=RECIPIENTS/CN=Jgrable.johngrable.com_55280b3ab>, Matthew Martinez </O=MEX02/
OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/
CN=Mmartinez.johngrable.com_aa5dd8392>
Cc: Jack Green <jgreen@sbsworld.net>
anchor bolt pictures

5 Attachments, 10.3 MB

I have to re-tap some of the holes because we're hitting reinforcing steel.    We should be 100%
tomorrow.


Thanks,


Kyle Kieke


Project Superintendent

SBS Construction

kkieke@sbsworld.net

C: 830-388-9267

F: 830-981-5303



DEFENDANT'S
EXHIBIT
52
SBS







| From: | Kyle Kieke <kkieke@sbsworld.net> |
|---|---|
| Sent: | Wednesday, January 30, 2013 1:59 PM |
| To: | Victor M. De Anda Jr. <victor@synergy-se.com>; John Grable <jgrable@johngrable.com> |
| Cc: | Matthew Martinez <mmartinez@johngrable.com>; Jack Green <jgreen@sbsworld.net> |
| Subject: | Window framing conflict |
| Attach: | IMG_20130130_103059_744.jpg; LOS CERRITOS HANGAR_A400_EXT. ELEVS.pdf |

Here is the window picture you requested. I just spoke to John and he said that if we need to break up the windows at the mullions and add supports, that's ok.

Thanks,

Kyle Kieke

Project Superintendent
SBS Construction
kkieke@sbsworld.net
C: 830-388-9267
F: 830-981-5303


DEFENDANT'S
EXHIBIT
53
SBS

IMG_20130130_103059_744.jpg



LOS CERRITOS HANGAR_A400_EXT. ELEVS.pdf



① FRONT ELEV.
SCALE : 1/8" = 1'-0"

SCALE 1/8"

② REAR ELEV.
SCALE : 1/8" = 1'-0"

SCALE 1/8"

③ SIDE ELEVATIONS
SCALE : 1/8" = 1'-0"

SCALE 1/8"

JOHN GRABLE, FAIA
ARCHITECTS · INC.
222 AUSTIN HIGHWAY
SAN ANTONIO, TEXAS 78209
P 210 820 3332  F 210 820 3334  W JOHNGRABLE.COM

A400

SHEET NO.
DATE: 12-10-12
DRAWN:
CHECKED:
APPROVED:

PROJECT
PROJECT ADDRESS

TRI-BAR RANCH COMPANY

LOS CERRITOS HANGAR

UVALDE, TX

PRICING/BID SET

REVISIONS:

NOTE:
All drawings and written
material appearing herein
constitute original and
unpublished work of the
architect and may not be
duplicated, used or disclosed
without the written consent of
the architect.

**From:** Jack Green <jgreen@sbsworld.net>
**Sent:** Monday, November 12, 2012 5:31 PM
**To:** Matthew Martinez <mmartinez@johngrable.com>
**Cc:** Jack Green <jgreen@sbsworld.net>; John Grable <jgrable@johngrable.com>; Tom Pittman <tpittman@lewisenergy.com>
**Subject:** Re: RIGID FRAME - WIND BENT CONFLICTS

---

Aware of this issue, working on remedies, have some answers tomorrow.

Thanks,

Jack Green
SBS Construction and Development
Business Development
210-789-1898

On Nov 12, 2012, at 5:17 PM, "Matthew Martinez" <mmartinez@johngrable.com> wrote:

> JACK, PLEASE FIND ATTACHED SHOP DRAWINGS, PAGES 14 AND 15 SHOW THE CONFLICT AREAS WITH RED ANNOTATIONS. IN SUMMARY, THE CROSS BRACING NEEDS TO INTERSECT WITH THE UPPER SPANDREL BEAM, AND THERE ARE SOME MISSALIGNMENTS IN THE BOLT HOLE LOCATIONS @ THE WIND BENT TO RIGID FRAME CONNECTIONS. ALL PARTIES ARE WORRIED THAT THE SLOTS MADE TO ACCOMMODATE THESE ALIGNMENTS MIGHT UNDERMINE THE STRUCTURAL INTEGRITY OF THE BUILDING . . . WE'RE EVENTUALLY LOOKING FOR SOME DOCUMENTED REMEDIES FROM THE PEMB. LET ME KNOW IF YOU HAVE ANY QUESTIONS, THANKS
> -MATT
>
> <image001.jpg>
>> MATTHEW M. MARTINEZ, ASSOC. AIA
>> 222 AUSTIN HWY, SAN ANTONIO, TEXAS 78209
>> E: MMARTINEZ@JOHNGRABLE.COM
>> P: 210-820-3332 EX. 35
>> W: WWW.JOHNGRABLE.COM
>
> <Los Cerritos - Drawing Set MARKUP.pdf>


DEFENDANT'S
EXHIBIT
54
SBS
PENGAD-Bayonne, N.J.

RE   (65).msg

| From: | Steve Schiffman <sschiffman@sbsworld.net> |
| --- | --- |
| Sent: | Wednesday, November 14, 2012 7:00 PM |
| To: | John Grable <jgrable@johngrable.com>; Tom Pittman <tpittman@lewisenergy.com> |
| Cc: | Matthew Martinez <mmartinez@johngrable.com>; Jack Green <jgreen@sbsworld.net>; Dave Morgan <dmorgan@sbsworld.net>; erickk@sbslp.com; Bill Leonard <bleonard@sbsworld.net>; Randy Ferrell <rferrell@superiormetal.net>; Fred Koetting <FredK@SBSLP.COM> |
| Subject: | RE: |

Gentlemen:

I received the email from John. I have called John and talked with Tom. We have had discussions and consulted with Schulte Building Systems. Along with Jack Green we have assessed comments. We have forwarded letters from Schulte's engineer in regards to future action to be taken. I have reviewed the erection today along with our metal building erection team Bill Leonard and Randy Ferrell.

The time period in the specifications has never been enforced by Schulte Building Materials upon SBS Construction due to the ongoing relationship between the parties and the volume of business SBS does with Schulte and therefore SBS was not concerned with the time period limitation of the specification. To ease concern the specification has formally been extended to thirty days by Schulte in the letter forwarded today. Schulte and SBS have teamed on many projects and neither has used the denotations in the specifications to circumvent responsibility for justified actions or structural compliance.

SBS in discussion with the erector knew of field modifications prior to correspondence from the architect. SBS instructed the erection crew to cease further modifications. SBS after learning from the erection crew that modifications were necessary dispatched Bill Leonard first thing yesterday morning to access the erection and gather appropriate information to professionally analyze and discuss the erection process with Schulte. SBS contacted Schulte shortly after the assessment was made and pictures were forwarded to discuss the areas that had been field modified with Schulte. Without proper photographs and personal review a discussion with Schulte would have been simply to put Schulte on notice about perceived erection field modifications that are not considered irregular in the industry.

The two field modifications that have been reflected upon were the misalignment of bolt holes marrying the wind bents to the taped column and the flange on the wind bent being modified to fit inside the taped column flange where they marry. Neither have been deemed concerns by Schulte's structural engineer. Nevertheless, Schulte is arranging their engineer to be on site before week end to visually inspect the modifications and write a report.

All components when unloaded as normal procedure were segregated by type, inventoried and verified.

The SBS team will wait for Schulte's field assessment and consult with the owner's representatives in regards to any corrective action/process recommended by the structural engineer and proceed from that point. SBS will continue the erection process but will not proceed with any future erection discrepancies without giving the owner representative notice to assess and respond with direction.

Both SBS and Schulte's sole intent is to deliver a quality new structure that will service the owner appropriately for years to come.

DEFENDANT'S
EXHIBIT
55
SBS

PENGAD-Bayonne, N.J.

*Stephen S. Schiffman, President*

Stephen S. Schiffman, President

SBS Construction
17 Scenic Loop Road
Boerne, Texas 78006
Office: 830-981-5929
Fax:    830-981-5308
Direct Line : 830-981-5945
Cell:    210--379-7708
Email: sschiffman@sbsworld.net

On Nov 13, 2012, at 4:59 PM, "John Grable" <jgrable@johngrable.com> wrote:

Jack

Notifying you that we called Schulte Building Systems just before noon to discuss concerns with Eric Keys that the Wind Bents predrilled holes were not aligning up and were being field modified (or slotted) to fit by your erection crew. My main concern that promted my call was (after reading today on shop drawings that contractor had 5 days to alert Schulte of any defects) and that today was last day per shop drawing specs that replacement of defected parts were not allowed – I wanted know what plan of action you had taken. Eric said he had not heard from you yet and would probably call you to discuss this issue.

Specs also called for no field adjustments to delivered building without contacting Schulte and receiving approval for field modifications and since your erection crews were doing this without prior consent from PEBM manufacturer (unless someone from SBS had contacted another party at Schulte) I am alerting you to this fact.

Has anyone from SBS visited the site and verified that all PEBM building components are true and correct to the plans and specifications?

The Owner is paying for a brand new PEMB and will not accept anything less than same. Based on my series of statements and questions above - the Owner wants a written plan of action to rectify all known and unknown problems by noon tomorrow. Considering how building delivery process history – I would like to think that all building components were inspected and verified immediately after delivery in case there were any adjustments to be made based on the Schulte Building System specifications outlined on the shop drawings.

Awaiting your plan of action
Thank you

John

www.johngrable.com

**From:** John Grable <jgrable@johngrable.com>
**Sent:** Monday, November 26, 2012 7:02 PM
**To:** Thomas Pittman <TPittman@lewisenergy.com>; Rod Lewis <Rod@lewisenergy.com>
**Cc:** Parnak Charkhchi <PCharkhchi@lewisenergy.com>; 'tony@weigandcmc.com'; Matthew Martinez <mmartinez@johngrable.com>; Bob Cardin <BCardin@lewisenergy.com>
**Subject:** RE: Uvalde Hangar flight request site visit

Thank you Tom
Victor De Anda has some other follow up/backup ideas as well
He is satisfied with the PEMB supplier

Best

John



JOHN GRABLE  FAIA
222 Austin Hwy #1 San Antonio, TX 78209
p 210.820.3332    · 210.820.3334
www.johngrable.com

---

**From:** Thomas Pittman [mailto:TPittman@lewisenergy.com]
**Sent:** Monday, November 26, 2012 6:59 PM
**To:** John Grable; Rod Lewis
**Cc:** Parnak Charkhchi; 'tony@weigandcmc.com'; Matthew Martinez; Bob Cardin
**Subject:** Re: Uvalde Hangar flight request site visit

To expand. Connection bolts are A325 bolts. Standard bolt. 355 ft lbs of torque. I asked that we have an engineers inspection to verify.

---

**From:** John Grable [mailto:jgrable@johngrable.com]
**Sent:** Monday, November 26, 2012 06:50 PM
**To:** Rod Lewis
**Cc:** Parnak Charkhchi; Tony Weigand <tony@weigandcmc.com>; Thomas Pittman; Matthew Martinez <mmartinez@johngrable.com>; Bob Cardin
**Subject:** RE: Uvalde Hangar flight request site visit

Rod

Thank you – we are booked on the Pilatus for Wed @ 8:30 am
This is a critical juncture for this project.
We will verify all issues as discuss...a full report with photos will be provided.



DEFENDANT'S
EXHIBIT
56
SBS

If all items turn out to be per plans and specs we will still call for a 100% testing of all bolt torque ratings performed by Schulte Building Systems Engineering Department.
Tom Pittman met with them a couple of weeks ago at site to review all delivered steel components and connections. At that time all was satisfactory.

Knowing that Bob Cardin knows what is required for the fueling station and based on two personal meetings with him I now offer 3 scenarios for fuel station location per attached drawings. My design instincts guided by his feedback has prompted these 3 studies to flush out best location of fuel station for the present and future uses.
I am convinced at this time that the fuel station should be located along the side of the hangar building and not perpendicular to the front concrete apron as originally shown.
I will study this during the site visit and have a review meeting scheduled with Bob Cardin to walk through all 3 schemes for final feedback from him
Not trying to beat a dead horse...just want it right for you.

Respectfully

John

# JOHN GRABLE
ARCHITECTS · INC

JOHN GRABLE FAIA
222 Austin Hwy #1 San Antonio, TX 78209
p 210.820.3332   · 210.820.3334
www.johngrable.com

---

**From:** Rod Lewis [mailto:Rod@lewisenergy.com]
**Sent:** Monday, November 26, 2012 2:13 PM
**To:** John Grable
**Cc:** Parnak Charkhchi; Tony Weigand; Thomas Pittman; Matthew Martinez; Bob Cardin
**Subject:** RE: Uvalde Hangar flight request site visit

John- I guess you got the jest of my email to the guys. I will feel much more comfortable after we get the torqued checked out and the metal thickness verified.

On location of the fueling station that looks good to me, but coordinate with Bob C as he know what we need and where we need it.

On aircraft, you are welcome to fly out in the Cirrus if it is still there. If not the Pilatus. Thanks.

---

**From:** John Grable [mailto:jgrable@johngrable.com]
**Sent:** Monday, November 26, 2012 2:28 PM
**To:** Rod Lewis
**Cc:** Parnak Charkhchi; Tony Weigand; Thomas Pittman; Matthew Martinez
**Subject:** Uvalde Hangar flight request site visit

Rod

I am respectfully requesting an early morning flight – Wednesday November 28, 2012 to Los Cerritos Ranch for the purpose of my Construction Observation field visit for Matt Martinez and myself.

I have the structural Engineer Victor De Anda and Tom Pittman scheduled to meet us there to follow up on the Schulte Building engineering team and SBS that met TP for review of install techniques.

Purpose is to perform a thorough review of install techniques and bolt torque.

Building specifications call for a more rigid steel frame with the following structural requirements:

1. LL over 360 more rigi9d requirement due to masonry not metal skin veneer
2. Winds load design data of 90 mph gusts up to 3 second gusts
3. International Building Codes (IBC 2009) floor live load of 150 pounds per sq ft
4. Reinforced concrete foundation using 4000 psi design mix

This building is not a light weight structure and the height may make the steel appear to light or small – we must revivify what Schulte Building Systems has told us

Will also check on upcoming fuel station location...

Have you had a chance to review what I have sent on Friday – trying to provide options that will allow proper information for the correct long term decisions

I would like to meet with you this week to review – perhaps prior to my proposed site visit?

Please see break down of building structural components...

Note that there are structural cmu walls similar to those at LEG Yard that work in tandem to the Rigid Structural Steel Frame – we could present model to you on computer if you have time to meet on the fueling station.

Respectfully

John



JOHN GRABLE FAIA
222 Austin Hwy # 1 San Antonio, TX 78209
p 210.820.3332   · 210.820.3334
www.johngrable.com

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!
THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT

OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

| From: | John Grable <jgrable@johngrable.com> |
|---|---|
| Sent: | Monday, December 3, 2012 10:46 PM |
| To: | Rod Lewis <Rod@lewisenergy.com> |
| c: | Parnak Charkhchi <PCharkhchi@lewisenergy.com>; Tony Weigand <TWeigand@lewisenergy.com>; tpittman@lewisenergy.com; Matthew Martinez <mmartinez@johngrable.com>; bcardin@lewisenergy.com |
| Subject: | Uvalde Hangar site visit |
| Attach: | LOS CERRITOS SITE VISIT_11-28-12.pdf |

Rod

Attached please find my report for the Uvalde Hangar site visit.
Please note the smaller hangar door size as originally requested by Don Wilson but reviewed and not identified as a problem by Bo Cardin or TP or JGA based on actual aircraft dimensions – (highlighted in yellow)

Best

John

**JOHN GRABLE**
ARCHITECTS · INC

JOHN GRABLE FAIA
222 Austin Hwy #1 San Antonio, TX 78209
p 210.820.3332   · 210.820.3334
www.johngrable.com


DEFENDANT'S
EXHIBIT
57
SBS

LOS CERRITOS SITE VISIT_11-28-12.pdf

**LOS CERRITOS SITE VISIT – 11/28/12**
Attending: Bob Cardin LEG, Tom Pittman GCC, Jack Green & Kyle (superintendant) SBS, Victor De Anda SSEI, John Grable – Matt Martinez JGA

**RAMP LAYOUT**

- CURRENT 100 X 100' CONCRETE APRON FORMED AND REINFORCING STEEL IN PLACE – NO NEED FOR CONDUIT FOR ELECTRICAL LIGHTING OR PLANE TIE DOWNS. BC RECOMMENDS WE INCREASE THE WIDTH OF THE CONC. RAMP BY 50' X 100'@ NORTH AND 50' X 120' ON SOUTH FOR HELO LANDING PAD WITH 20' SQUARE GRID WITH FLUSH MOUNTED ROLL-OVER BOLLARD LANDING LIGHTS – THIS ALLOWS FOR SAFE NOCTURNAL LANDINGS WITH SAFE DISTANCE FROM HANGAR. PROVIDE 6 MOORING STATIONS, THREE @ EACH OF THE FLANKING NORTH AND SOUTH END OF THE RAMP EXTENSIONS. LOCATE 2 TANK FUELING STATION ON SOUTH END – TANK CAPACITY TO BE 2K OR 4 K GALLON CAPACITIES - (SEE ATTACHED DRAWINGS).

- FORGED CAST IRON MOORING EYES LOCATED AT THE 2 FLANKING 50' WIDE APRON EXTENSIONS ARE TO BE CAST IN THE CONC. FOR THE MOORING STATIONS—MANUFACTURED BY NEENAH FOUNDRY.



**LANDING/RUNWAY LIGHTING**
- BOB CARDIN HAS INITIATED THE GENERAL REQUREMENTS FOR RUNWAY LIGHTS:

    o WHITE LIGHTS FOR THE RUNWAY PROPER

    o BLUE LIGHTS FOR THE TAXI-WAY

    WE HAVE IDENTIFIED THAT THERE IS FUTURE CONDUIT UNDER RUNWAY IS INSTALLED FOR THIS LIGHTING AT NORTH AND SOUTH ENDS.

**RIGID FRAME ERECTION**
- VICTOR DE ANDA, P.E. IS SATIFIED WITH PEMB UPON VISUAL INSPECTION, AND WILL COMPILE REPORT BASED ON SAID INSPECTION ON 11/27/12

- VICTOR APPROVED THE PRE-DRILLING OF HOLES IN LATERAL WALL GIRTS, PRIOR TO C.M.U. INSTALLATION WHICH ALLOWS EXPANSION ANCHORS TO BE COURSED INTO C.M.U. WALL

- T P DIRECTED THAT INSTALLED WIND BENT FRAME 6" F.F. TO EXTEND DOWN TO FINISH FLOOR LEVEL – A FLAT STEEL PLATE WILL RECEIVE THE EXTENDED FLANGE ON CONCRETE FLOOR.

- JGA WILL COORDINATE THE ADDITION OF A GALVANIZED METAL PANEL SOFFIT TO ENCLOSE THE CURRENTLY EXPOSED OVERHANGS ON BOTH THE RAKE AND EAVE OVERHANGS FOR PRICING AND APPROVAL – TO MINIMIZE ANY OPPORTUNITY FOR NESTING CRITTERS.

- AN INDEPENDENT TESTING LAB WILL TEST ALL BOLT TORQUEING SETTINGS TO VERIFIY THAT PEMB CONFORMS TO ALL STRUCTURAL DESIGN SPECIFICATIONS.

- WHEN ORIGINALLY DESIGN FORMER GCC DON WILSON DIRECTED THAT HANGAR DOOR TO OPEN 80' CLEAR – THE PEMB HAS CONFIGURED THE DOOR TO OPEN AT 75'. SBS STATED THEY WOULD PROVIDE HANGAR DOOR POCKET EXTENSIONS OF 2'-6" AT EACH END PER SSEI SUPLEMENTAL DRAWINGS. HANGAR DOOR WAS RAISE FROM 22' TO 26' WHEN THE BUILDING HEIGHT WAS RAISED 4 'IN HEIGHT TO HOUSE THE NEWLY PURCHASED 2000LXs – WITH A WINGSPAN OF 70'. 2.5' CLEAR AT EACH WING END IS SATIFACTORY PER BC AND SEES NO NEED TO CHANGE 75' WIDE OPENING TO 80'.

- THE HANGAR WILL NOT ACCOMMODATE THE FALCON 7X, AS THE WINGSPAN IS ABOVE 83' IN LENGTH AND THE TAIL IS 26'-1", THE HANGAR DOOR AS ROUGHED - IN IS 75' AND 26' TALL – SO ADJUSTING THE FUNCTIONAL WIDTH DIMENSION SERVES NO FUNCTION.

**SITE INFRASTRUCTURE LOGISTICS:**
- GCC TO INITIATE TESTING OF THE QUALITY AND FLOW RATE OF THE EXISINTG WATER WELL LOCATED TO THE SOUTH OF THE GREEN RANCH HAND HEADQUARTERS TO VERIFY HANGAR CAN BE SERVED

- SBS TO INITIATE TESTING OF SOILS AT PROPOSED NEW RAMP EXPANSION WINGS AND PROPOSED REAR DRIVE LEADING UP TO HANGAR REAR OVERHEAD COIL DOOR – THE SLOPED EDGE OF THIS RAISED COMPACTED FILL BASE IS TOO STEEP FOR ACCESS DRIVE APPROACH REQUESTED EARLIER BY ROD.

- GCC TO FINALIZE ELECTRICAL EASEMENT ISSUE SO LOCAL UTILITY CAN INSTALL NEW SINGLE PHASE UNDERGROUND SERVICE TO HANGAR.

**STRUCTURAL ENGINEERING REPORT:**

- VICTOR DE ANDA IS WORKING ON HIS REPORT BUT OVERALL WAS PLEASED WITH ALL ATRIBUTES OF THE PEMB INCLUDING QUALITY OF MANUFACTURE AND STRUCTURAL INTEGRITY. SBS DELIVERED SHULTE BUILDING SHOP DRAWINGS THAT WERE SIGN AND SEALED BY THEIR IN HOUSE STRUCTURAL ENGINEER. VICTOR IS REVIEWING THEM THIS WEEK.

- VICTOR 'S RESEARCH OF THE COMPANY PROVED THAT THEIR CREDENTIALS WERE UP TO ALL INDUSTRY STANDARDS AND HE WAS IMPRESSED BY THE MANY DECADES THIS COMPOANY HAS BEEN IN BUSINESS.

**MATERIAL SELCTION PALETTE:**

- JGA TO FORWARD EXTERIOR MATERIAL PALLETTE SELECTIONS AS APPROVED BY RL TO SBS INCLUDING THE FOLLOWING:
  - CMU INFILL WALLS
  - EXTERIOR LIMESTONE – 3 TYPE MIX – SISTERDALE, NICOTENE, & TEXAS CRÈME BLEND WITH GERMAN SMEAR JOINT
  - ANGELIN HARDWOOD FOR OFFICE POD INFILL
  - PEMB RIGID FRAME PAINT COLORS MINIMUM (2 )- DARKER VALUE FOR MAIN STRUCUTRE AND LIGHTER SHADE FOR SECONDARY STRUCTURE

ROOF EAVE OVERHANG



**HANGAR CLERESTORY**



**HANGAR DOOR POCKET**

| **From:** | Matthew Martinez <mmartinez@johngrable.com> |
|---|---|
| **Sent:** | Wednesday, January 23, 2013 9:20 AM |
| **To:** | John Grable <jgrable@johngrable.com> |
| **Cc:** | Thomas Pittman <TPittman@lewisenergy.com> |
| **Subject:** | FW: Uvalde Hangar site visit |
| **Attach:** | LOS CERRITOS SITE VISIT_11-28-12.pdf |

DOOR ISSUE WAS HIGHLIGHTED IN YELLOW, SEE ATTACHED, THIS WAS SUBMITTED ON THE 3<sup>RD</sup> OF DEC.



**JOHN GRABLE**
ARCHITECTS · INC

MATTHEW M. MARTINEZ, ASSOC. AIA
222 AUSTIN HWY, SAN ANTONIO, TEXAS 78209
E: MMARTINEZ@JOHNGRABLE.COM
P: 210-820-3332 EX. 35
W: WWW.JOHNGRABLE.COM

**From:** John Grable
**Sent:** Wednesday, January 23, 2013 9:18 AM
**To:** Matthew Martinez
**Subject:** FW: Uvalde Hangar site visit



**JOHN GRABLE**
ARCHITECTS · INC

JOHN GRABLE FAIA
222 Austin Hwy #1 San Antonio, TX 78209
p 210.820.3332    f 210.820.3334
www.johngrable.com

**From:** John Grable
**Sent:** Monday, December 03, 2012 10:46 PM
**To:** Rod Lewis
**Cc:** Parnak Charkhchi; Tony Weigand; tpittman@lewisenergy.com; Matthew Martinez; bcardin@lewisenergy.com
**Subject:** Uvalde Hangar site visit

Rod

Attached please find my report for the Uvalde Hangar site visit.
Please note the smaller hangar door size as originally requested by Don Wilson but reviewed and not identified as a problem by Bo Cardin or TP or JGA based on actual aircraft dimensions – (highlighted in yellow)

Best



**DEFENDANT'S EXHIBIT**
**58**
SBS

PENGAD—Bayonne, N.J.

John

# JOHN GRABLE
### ARCHITECTS · INC

**JOHN GRABLE FAIA**
222 Austin Hwy #1 San Antonio, TX 78209
p 210.820.3332    f 210.820.3334
[www.johngrable.com](www.johngrable.com)

LOS CERRITOS SITE VISIT_11-28-12.pdf

**LOS CERRITOS SITE VISIT – 11/28/12**
Attending: Bob Cardin LEG, Tom Pittman GCC, Jack Green & Kyle (superintendant) SBS, Victor De Anda SSEI, John Grable – Matt Martinez JGA

**RAMP LAYOUT**

- CURRENT 100 X 100' CONCRETE APRON FORMED AND REINFORCING STEEL IN PLACE – NO NEED FOR CONDUIT FOR ELECTRICAL LIGHTING OR PLANE TIE DOWNS. BC RECOMMENDS WE INCREASE THE WIDTH OF THE CONC. RAMP BY 50' X 100'@ NORTH AND 50' X 120' ON SOUTH FOR HELO LANDING PAD WITH 20' SQUARE GRID WITH FLUSH MOUNTED ROLL-OVER BOLLARD LANDING LIGHTS – THIS ALLOWS FOR SAFE NOCTURNAL LANDINGS WITH SAFE DISTANCE FROM HANGAR. PROVIDE 6 MOORING STATIONS, THREE @ EACH OF THE FLANKING NORTH AND SOUTH END OF THE RAMP EXTENSIONS. LOCATE 2 TANK FUELING STATION ON SOUTH END – TANK CAPACITY TO BE 2K OR 4 K GALLON CAPACITIES - (SEE ATTACHED DRAWINGS).

- FORGED CAST IRON MOORING EYES LOCATED AT THE 2 FLANKING 50' WIDE APRON EXTENSIONS ARE TO BE CAST IN THE CONC. FOR THE MOORING STATIONS—MANUFACTURED BY NEENAH FOUNDRY.



**LANDING/RUNWAY LIGHTING**
- BOB CARDIN HAS INITIATED THE GENERAL REQUREMENTS FOR RUNWAY LIGHTS:

    o WHITE LIGHTS FOR THE RUNWAY PROPER

    o BLUE LIGHTS FOR THE TAXI-WAY

    WE HAVE IDENTIFIED THAT THERE IS FUTURE CONDUIT UNDER RUNWAY IS INSTALLED FOR THIS LIGHTING AT NORTH AND SOUTH ENDS.

**RIGID FRAME ERECTION**
- VICTOR DE ANDA, P.E. IS SATIFIED WITH PEMB UPON VISUAL INSPECTION, AND WILL COMPILE REPORT BASED ON SAID INSPECTION ON 11/27/12

- VICTOR APPROVED THE PRE-DRILLING OF HOLES IN LATERAL WALL GIRTS, PRIOR TO C.M.U. INSTALLATION WHICH ALLOWS EXPANSION ANCHORS TO BE COURSED INTO C.M.U. WALL

- T P DIRECTED THAT INSTALLED WIND BENT FRAME 6" F.F. TO EXTEND DOWN TO FINISH FLOOR LEVEL – A FLAT STEEL PLATE WILL RECEIVE THE EXTENDED FLANGE ON CONCRETE FLOOR.

- JGA WILL COORDINATE THE ADDITION OF A GALVANIZED METAL PANEL SOFFIT TO ENCLOSE THE CURRENTLY EXPOSED OVERHANGS ON BOTH THE RAKE AND EAVE OVERHANGS FOR PRICING AND APPROVAL – TO MINIMIZE ANY OPPORTUNITY FOR NESTING CRITTERS.

- AN INDEPENDENT TESTING LAB WILL TEST ALL BOLT TORQUEING SETTINGS TO VERIFIY THAT PEMB CONFORMS TO ALL STRUCTURAL DESIGN SPECIFICATIONS.

- WHEN ORIGINALLY DESIGN FORMER GCC DON WILSON DIRECTED THAT HANGAR DOOR TO OPEN 80' CLEAR – THE PEMB HAS CONFIGURED THE DOOR TO OPEN AT 75'. SBS STATED THEY WOULD PROVIDE HANGAR DOOR POCKET EXTENSIONS OF 2'-6" AT EACH END PER SSEI SUPLEMENTAL DRAWINGS. HANGAR DOOR WAS RAISE FROM 22' TO 26' WHEN THE BUILDING HEIGHT WAS RAISED 4 'IN HEIGHT TO HOUSE THE NEWLY PURCHASED 2000LXs – WITH A WINGSPAN OF 70'. 2.5' CLEAR AT EACH WING END IS SATIFACTORY PER BC AND SEES NO NEED TO CHANGE 75' WIDE OPENING TO 80'.

- THE HANGAR WILL NOT ACCOMMODATE THE FALCON 7X, AS THE WINGSPAN IS ABOVE 83' IN LENGTH AND THE TAIL IS 26'-1", THE HANGAR DOOR AS ROUGHED - IN IS 75' AND 26' TALL – SO ADJUSTING THE FUNCTIONAL WIDTH DIMENSION SERVES NO FUNCTION.

**SITE INFRASTRUCTURE LOGISTICS:**
- GCC TO INITIATE TESTING OF THE QUALITY AND FLOW RATE OF THE EXISINTG WATER WELL LOCATED TO THE SOUTH OF THE GREEN RANCH HAND HEADQUARTERS TO VERIFY HANGAR CAN BE SERVED

- SBS TO INITIATE TESTING OF SOILS AT PROPOSED NEW RAMP EXPANSION WINGS AND PROPOSED REAR DRIVE LEADING UP TO HANGAR REAR OVERHEAD COIL DOOR – THE SLOPED EDGE OF THIS RAISED COMPACTED FILL BASE IS TOO STEEP FOR ACCESS DRIVE APPROACH REQUESTED EARLIER BY ROD.

- GCC TO FINALIZE ELECTRICAL EASEMENT ISSUE SO LOCAL UTILITY CAN INSTALL NEW SINGLE PHASE UNDERGROUND SERVICE TO HANGAR.

**STRUCTURAL ENGINEERING REPORT:**

- VICTOR DE ANDA IS WORKING ON HIS REPORT BUT OVERALL WAS PLEASED WITH ALL ATRIBUTES OF THE PEMB INCLUDING QUALITY OF MANUFACTURE AND STRUCTURAL INTEGRITY. SBS DELIVERED SHULTE BUILDING SHOP DRAWINGS THAT WERE SIGN AND SEALED BY THEIR IN HOUSE STRUCTURAL ENGINEER. VICTOR IS REVIEWING THEM THIS WEEK.

- VICTOR 'S RESEARCH OF THE COMPANY PROVED THAT THEIR CREDENTIALS WERE UP TO ALL INDUSTRY STANDARDS AND HE WAS IMPRESSED BY THE MANY DECADES THIS COMPOANY HAS BEEN IN BUSINESS.

**MATERIAL SELCTION PALETTE:**

- JGA TO FORWARD EXTERIOR MATERIAL PALLETTE SELECTIONS AS APPROVED BY RL TO SBS INCLUDING THE FOLLOWING:

  - CMU INFILL WALLS

  - EXTERIOR LIMESTONE – 3 TYPE MIX – SISTERDALE, NICOTENE, & TEXAS CRÈME BLEND WITH GERMAN SMEAR JOINT

  - ANGELIN HARDWOOD FOR OFFICE POD INFILL

  - PEMB RIGID FRAME PAINT COLORS MINIMUM (2 )- DARKER VALUE FOR MAIN STRUCUTRE AND LIGHTER SHADE FOR SECONDARY STRUCTURE


**ROOF EAVE OVERHANG**



**HANGAR CLERESTORY**



**HANGAR DOOR POCKET**

Re  Corrugated Panels (221).msg

| From: | Rod Lewis <Rod@lewisenergy.com> |
|---|---|
| Sent: | Wednesday, January 23, 2013 11:27 AM |
| To: | Thomas Pittman <TPittman@lewisenergy.com> |
| Cc: | 'tony@weigandcmc.com'; Parnak Charkhchi <PCharkhchi@lewisenergy.com>; Monica Rokohl <MRokohl@lewisenergy.com>; John Grable <jgrable@johngrable.com> |
| Subject: | RE: More thoughts |

This should take care of the problem at hand. Thanks for digging into it and coming up with a reasonable resolution.

On getting things back to 80' opening, let's discuss how that is to be done and what effect that has on the project. I don't want anything that looks scabbed on as you well know.

-----Original Message-----
From: Thomas Pittman
Sent: Wednesday, January 23, 2013 11:07 AM
To: Rod Lewis
Cc: 'tony@weigandcmc.com'; Parnak Charkhchi; Monica Rokohl; John Grable
Subject: Re: More thoughts

Hello Rod,

1. Agree on the windows and will get with John on that.
2. Meeting with Benny on Monday to get a game plan for the capturing the rain run off. Also will get Lingo involved and notified.
3. Let us explore the options we have on the office, Rod, and get them in front of you ASAP.

After further review on the hangar door I have found the following: On December 3rd a site report by JGA highlighted the fact that the opening was 75' and the original intent was to have an 80' opening. SBS said they could modify to give us the 80' opening. To clarify, the clearance we have right now is 76'2" giving us approximately 2'6" on each side of the 2000LX. Regardless, you were told you would have an 80' opening and you will.

This identifies a fundamental problem... A lack of communication, and I will take this responsibility on myself. As of today, everyone involved will be required to issue documentation of any supplemental instruction, any field modification, any pending or proposed Change Order or anything that differs from the Construction Documents that we have. All of these will be in writing and reflected in the CD's. In turn, I will forward these to you and Tony to make sure we are all on the same sheet of paper.

I think we have the production ramping up into the gear it needs to be and will make sure that we continue in that mode. I will also make sure that everyone knows that a failure to notify me of any alterations or field modifications could lead to termination.

Thomas L. Pittman
Director of Construction, Lewis Energy Grp.
tpittman@lewisenergy.com


DEFENDANT'S
EXHIBIT
59
SBS

work: (210) 384-5892
cell: (210) 262-1686
10067 Jones Maltsberger
San Antonio, Tx. 78216

On 1/23/13 10:26 AM, "Rod Lewis" <Rod@lewisenergy.com> wrote:

>1) Windows in bedroom- there is the northwest corner of the bedroom
>that we can still frame out for a window. The room might feel better
>with a window in it. What are the thoughts. We can also frame one or
>two out to the inside hangar as well.
>2) Drainage off the roof. I spoke to Tom and Benny about my ideas there
>to feed the closest tank.
>3) Office area is too small. What are we going to do there? We can use
>that area for a shower bathroom and build me a separate office near the
>other buildings to the north. Or place a separate building to the south
>to match what is on the north. We can also pull the wall in the 3' it
>is extending into the inside of the hangar.

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

Kyle Kieke <kkieke@sbsworld.net>        January 30, 2013  8:23 AM
To: John Grable </O=MEX02/OU=EXCHANGE ADMINISTRATIVE
GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Jgrable.johngrable.com_55280b3ab>,
Matthew Martinez </O=MEX02/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Mmartinez.johngrable.com_aa5dd8392>
Cc: Jack Green <jgreen@sbsworld.net>
steps for extending door pockets

---

- Pour additional slab footing and cut existing slab to allow for bottom door track extension.

- Install two additional heavy steel columns which will form new pocket end wall.

- Install additional lateral framing between new columns and existing structure.

- Remove old end wall framing and cable cross braces and move all pieces to new end wall.

- Install rafter extensions and purlins for additional roofing

- Extend lower and upper door track.

- Remove 13 roof sheets (per side), re-roll and install longer roof sheets.

Thanks,

Kyle Kieke

Project Superintendent

SBS Construction

kkieke@sbsworld.net

C: 830-388-9267

F: 830-981-5303



DEFENDANT'S
EXHIBIT
60
SBS

**From:** John Grable <jgrable@johngrable.com>
**Sent:** Wednesday, January 30, 2013 11:33 AM
**To:** Rod Lewis <Rod@lewisenergy.com>; Tom Pittman <tpittman@lewisenergy.com>
**Cc:** Matthew Martinez <mmartinez@johngrable.com>; Parnak Charkhchi <PCharkhchi@lewisenergy.com>
**Subject:** FW: steps for extending door pockets

Rod

Tom Pittman and I had a conference call with Kyle regarding the steps required to make right the original spec for an 80 foot wide door.
Kyle has submitted the procedure as listed below.
These adjustment are not "scab –on" fixes but brand new additional components and will not affect the look and functionality of the hangar structure.

This will not result in any additional cost to you – SBS will pay for this out of their own pocket since this was the original specification.
Kyle Kieke stated he estimates it will take 3 weeks to complete these adjustments abut is waiting for the metal building supplier to confirm delivery of the additional steel columns that are located in the back of the interior of the hangar door pocket.



JOHN GRABLE FAIA
222 Austin Hwy # 1 San Antonio, TX 78209
p 210.820.3332  f 210.820.3334
www.johngrable.com

**From:** Kyle Kieke [mailto:kkieke@sbsworld.net]
**Sent:** Wednesday, January 30, 2013 8:23 AM
**To:** John Grable; Matthew Martinez
**Cc:** Jack Green
**Subject:** steps for extending door pockets

- Pour additional slab footing and cut existing slab to allow for bottom door track extension.
- Install two additional heavy steel columns which will form new pocket end wall.
- Install additional lateral framing between new columns and existing structure.
- Remove old end wall framing and cable cross braces and move all pieces to new end wall.
- Install rafter extensions and purlins for additional roofing
- Extend lower and upper door track.
- Remove 13 roof sheets (per side), re-roll and install longer roof sheets.

Thanks,

Kyle Kieke



DEFENDANT'S
EXHIBIT
lol
SBS

Project Superintendent
SBS Construction
kkieke@sbsworld.net
C: 830-388-9267
F: 830-981-5303

| From: | Jack Green <jgreen@sbsworld.net> |
|---|---|
| Sent: | Tuesday, October 23, 2012 6:45 PM |
| To: | Thomas Pittman <TPittman@lewisenergy.com>; John Grable <jgrable@johngrable.com> |
| Subject: | 1378 Los Cerritos Hangar Week Ending 121023 |
| Attach: | 1378 Los Cerritos Hangar Week Ending 121023.pdf |

---

Tom/John,

Please see the attached report.

I feel a little clarification is warranted regarding our draws;

Draw one was submitted on July 27th for work that was completed during the month of July, this was paid on 9/6/2012.

Draw two was submitted on August 31st for work that was completed during the month of August, this was paid on 10/19/2012.

Draw three was submitted on September 29th for work completed during the month of September, this payment is still pending.

Steve misspoke on regards to the number of payments that have been paid, but the implication that SBS is ahead of its draws is neither fair nor accurate, only work that has been completed has been drawn against.

The delay in payment on draw number two has caused problems in regards to maintaining a project schedule, mostly with the pouring of the remainder of the concrete, we only have one supplier to work with and now they have requested all payments COD. I am still trying to negotiate this with the supplier and will keep you informed of my progress, the outcome of these negotiations will determine a pour date.

I am receiving my first load of steel for the building on Thursday (10/25/2012). Skytrack is being delivered tomorrow and I will be onsite Thursday to observe the material delivery.

Let me know if you have any questions.

Regards,

Jack R Green
LEED Green Associate
Project Manager|Business Development
SBS Construction and Development
17 Scenic Loop Rd
Boerne, TX 78006

210-789-1898 cell
830-981-5308 fax



DEFENDANT'S
EXHIBIT
62
SBS

| From: | Jack Green <jgreen@sbsworld.net> |
|---|---|
| Sent: | Tuesday, October 23, 2012 6:45 PM |
| To: | Thomas Pittman <TPittman@lewisenergy.com>; John Grable <jgrable@johngrable.com> |
| Subject: | 1378 Los Cerritos Hangar Week Ending 121023 |
| Attach: | 1378 Los Cerritos Hangar Week Ending 121023.pdf |

Tom/John,

Please see the attached report.

I feel a little clarification is warranted regarding our draws;

Draw one was submitted on July 27th for work that was completed during the month of July, this was paid on 9/6/2012.

Draw two was submitted on August 31st for work that was completed during the month of August, this was paid on 10/19/2012.

Draw three was submitted on September 29th for work completed during the month of September, this payment is still pending.

Steve misspoke on regards to the number of payments that have been paid, but the implication that SBS is ahead of its draws is neither fair nor accurate, only work that has been completed has been drawn against.

The delay in payment on draw number two has caused problems in regards to maintaining a project schedule, mostly with the pouring of the remainder of the concrete, we only have one supplier to work with and now they have requested all payments COD. I am still trying to negotiate this with the supplier and will keep you informed of my progress, the outcome of these negotiations will determine a pour date.

I am receiving my first load of steel for the building on Thursday (10/25/2012). Skytrack is being delivered tomorrow and I will be onsite Thursday to observe the material delivery.

Let me know if you have any questions.

Regards,


Jack R Green
LEED Green Associate
Project Manager|Business Development
SBS Construction and Development
17 Scenic Loop Rd
Boerne, TX 78006

210-789-1898 cell
830-981-5308 fax

**From:** Garrett Glass &lt;GGlass@lewisenergy.com&gt;
**Sent:** Friday, November 2, 2012 10:28 PM
**To:** Rod Lewis &lt;Rod@lewisenergy.com&gt;
**Cc:** Thomas Pittman &lt;TPittman@lewisenergy.com&gt;; John Grable &lt;jgrable@johngrable.com&gt;; Craig Rosenstein &lt;Craig@lewisenergy.com&gt;; tony@weigandcmc.com; Parnak Charkhchi &lt;PCharkhchi@lewisenergy.com&gt;; Tony Trevino &lt;TonyTrevino@lewisenergy.com&gt;
**Subject:** Re: Uvalde Hangar building delivery

---

10-4

On Nov 2, 2012, at 9:17 PM, "Rod Lewis" &lt;Rod@lewisenergy.com&gt; wrote:

> Tony W- let's take care of this asap. Give me your opinion and let's make a quick decision.
>
> Garrett- hold all payments to this company until further notice! Thanks.
>
> ---
>
> **From:** Thomas Pittman
> **Sent:** Friday, November 02, 2012 09:07 PM
> **To:** 'jgrable@johngrable.com' &lt;jgrable@johngrable.com&gt;; Rod Lewis; Craig Rosenstein
> **Subject:** Re: Uvalde Hangar building delivery
>
> Time to cut the cord. I don't want to hear the next excuse from them. this is BS. If we don't do this now they will continue to screw us.
>
> ---
>
> **From:** John Grable [mailto:jgrable@johngrable.com]
> **Sent:** Friday, November 02, 2012 08:27 PM
> **To:** Thomas Pittman
> **Cc:** Rod Lewis; Parnak Charkhchi; tony@weigandcmc.com &lt;tony@weigandcmc.com&gt;; Matthew Martinez &lt;mmartinez@johngrable.com&gt;
> **Subject:** Re: Uvalde Hangar building delivery
>
> Thanks Tom
> Rod this initiative has been in progress since we met October 22.
>
> The contract has a check and balance system to protect you
>
>
> John Grable FAIA
>
> www.johngrable.com
>
> On Nov 2, 2012, at 8:03 PM, "Thomas Pittman" &lt;TPittman@lewisenergy.com&gt; wrote:
>
>> Rod, upon delivery they need to give us erection drawings and certification that the building meets the specs. We will verify the gauge etc.
>>
>> I think we need to terminate the contract with them. I have Neena working on it.



DEFENDANT'S
EXHIBIT
63
SBS

They have breached as far as I'm concerned. We can finish this ourselves.

Talk is cheap with them.

---

**From**: Rod Lewis
**Sent**: Friday, November 02, 2012 07:28 PM
**To**: 'jgrable@johngrable.com' <jgrable@johngrable.com>
**Cc**: Parnak Charkhchi; 'tony@weigandcmc.com' <tony@weigandcmc.com>; Thomas Pittman; 'mmartinez@johngrable.com' <mmartinez@johngrable.com>
**Subject**: Re: Uvalde Hangar building delivery

Tony/Tom/John- if this company in Hockely Texas is that swamped, I am concerned that we are going to receive the quality of metal structure that we ordered. Who can verify the thickness of the iron and the wind load of the structure. I would hate to put up a half-assed structure at this time. Let's make double and triple sure as I will have very very expensive airplanes inside this structure.

Let me know how you will assure yourselves we are not getting screwed on this structure. This is like a bad dream!!

---

**From**: John Grable [mailto:jgrable@johngrable.com]
**Sent**: Friday, November 02, 2012 05:33 PM
**To**: Rod Lewis
**Cc**: Parnak Charkhchi; 'tony@weigandcmc.com' <tony@weigandcmc.com>; Thomas Pittman; Matthew Martinez <mmartinez@johngrable.com>
**Subject**: Uvalde Hangar building delivery

Rod

Following up on our last discussions regarding rigid building frame delivery for the Uvalde Hangar discussed during our meeting October 22, 2012:

**BOTTOM LINE AFTER VERIFYING TODAY @ 4 PM WITH ERIC KEYES – BUILDING SALESMAN WITH BUILDING SUPPLIER SHULTE BUILDING SYSTEMS that on TUESDAY 11-6-12 – FOUR –FIVE TRUCKS WILL BE LOADED WITH REMAINING BUILDING COMPONENTS AND DELIVERED TO UVALDE SITE ON WED 11-7-12.**
**SBS HAS INFORMED TOM PITTMAN AND I THEY ARE SENDING OUT EQUIPTMENT TO SITE TO BEGIN THE IMMEDIATE ERECTION OF THE RIGID BUILDING FRAME.**

With building delivery and erection at Uvalde site for Wed/Thursday next week outlined below is proactive backup plan to ensure timely completion of Hangar Structure.
Outline of Tom Pittman and JGA immediate response to the chronic misinformation for specific building delivery dates provided by SBS after our discussions during 10-22-12 meeting to prepare for Option #3 (Glacier Cap take over construction)

1.  Ascertain real schedule of building delivery schedule – not "inconsistent and incorrect☐ delivery dates provided by SBS.
    a.  Answer : JGA made direct contact with Building Supplier - Shulte Building Systems located in Hockley, Texas. After numerous conversations with the salesman Eric Keys 281-304-6111 regarding exact building delivery dates versus dates provided by

SBS productions schedules were completely different than what we have been informed by SBS Contractors. Building supplier stated over commitment on their part has exceeded their capacity to provide a timely delivery of building product. Their response was honest and straight forward leaving us befuddled by SBS responses to specific delivery dates.

2.  Call to action by TP and JGA that simple truthful answers by Schulte Building Systems were better than ones provided by SBS on delivery dates – JGA delivered Construction Documents to TP who has released to skillful and qualified subs and suppliers for pricing for same scope of work as contracted by SBS.


Rod

We are moving forward to provide you options as we continue to press SBS to perform as negotiated – discussed – and contracted for. Payment status to SBS foir work performed is not overdrawn or payed. We want to proivide more options to protect and complete this great project without any further delays and mis information received by SBS..

Respectfully

John

PS
Office sending up to date Construction Documentslater today
 I am available to discuss if required but we have a proactive game plan moving forward to protect your interests

   www.johngrable.com

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

| From: | Daniel Boddie <danielb@bodenllc.com> |
|---|---|
| Sent: | Thursday, June 06, 2013 4:38 PM |
| To: | Thomas Pittman |
| Subject: | FW: Invoice from Morrell Masonry Supply Inc |
| Attachments: | uvalde.pdf; Inv_21704_from_Morrell_Maso.pdf |

Can we put this on your amex again? This should be what we need to finish the job (both invoices combined)

Thanks,

**Daniel Boddie | Partner**
BoDen, LLC | 210.885.9537 Cell |
11550 I.H. 10 West, Suite 395A San Antonio, TX 78230

**From:** Jay Warnke <jayw@bodenllc.com>
**Date:** Wednesday, June 5, 2013 4:46 PM
**To:** Daniel Boddie <danielb@bodenllc.com>
**Subject:** Fwd: Invoice from Morrell Masonry Supply Inc

Jay Warnke | Project Manager
BoDen, LLC | 210.701.5558
11550 IH 10 West | Suite 395A
San Antonio | TX 78230

BoDen Legal Disclaimer: This email may contain confidential information. If this email is not intended for you, you must not disclose or use the information contained in it. If you received this email in error, please notify us immediately via return email and delete all information.

Begin forwarded message:

> **From:** "Silvia Rodriguez" <silviar@Morrellmasonry.com>
> **Date:** June 5, 2013, 4:44:26 PM CDT
> **To:** <jayw@bodenllc.com>
> **Subject: Invoice from Morrell Masonry Supply Inc**
>
> <<Inv_21704_from_Morrell_Maso.pdf>>
> Hello jay,
>
> Your total will be $3486.00. This is between 2 tickets since it will be
> two deliveries. The warehouse manager has scheduled this to be delivered
> on Friday pending payment. Please provide payment so we can move forward
> on this order. If you have any questions, please feel free to contact
> me.
>
> Thanks

1



DEFENDANT'S EXHIBIT 64 SBS

TR_01525

Silvia Rodriguez
Office Manager
Morrell Masonry Supply Co.
Main: 210-641-0500
Cell: 210-632-1158
Fax: 210-641-1141

TR_01526

# Morrell Masonry Supply Inc - San Antonio

**Invoice**

5830 Rocky Point Drive
San Antonio, TX 78249

Phone #   210-641-0500

Fax #   210-641-1141

| Date | Invoice # |
|------|-----------|
| 6/5/2013 | 21705 |

| Bill To | Ship To |
|---------|---------|
| Cash Sale | Los Cerritos Ranch<br>Airport Hanger Country Rd. 410<br>Uvalde, TX<br>Conact: Daniel B.<br>210-882-2364 |

| P.O. No. | Terms | Rep | Ship Date | Ship Via | FOB | Completed By: |
|----------|-------|-----|-----------|----------|-----|---------------|
| Daniel | Due on receipt | Jose | 6/5/2013 | Our Truck | Origin | Sil |

| Quantity | Item | Description | Price Each | Amount |
|----------|------|-------------|------------|--------|
| 360 | Block 8" x 8" x 16" | Block 8" x 8" x 16" (90/pallet)(16 pallets) | 1.23 | 442.80T |
| 4 | Pallet Fee-Customer | Pallet Fee-Customer | 12.00 | 48.00T |
| 1 | Freight | Freight and Delivery Charges | 364.00 | 364.00 |
|  |  | Sales Tax |  | 40.50 |

**25% restocking fee on all approved returns, all returns subject to managers approval. No custom or special ordered items can be returned. All returns will be for in-store credit only, no cash. No returns after 30 days.**

| **Total** | $895.30 |
|-----------|---------|
| **Balance Due** | $895.30 |

TR_01527

# Morrell Masonry Supply Inc - San Antonio

5830 Rocky Point Drive
San Antonio, TX 78249

Phone #    210-641-0500

Fax #    210-641-1141

# Invoice

| Date | Invoice # |
|------|-----------|
| 6/5/2013 | 21704 |

| Bill To | Ship To |
|---------|---------|
| Cash Sale | Los Cerritos Ranch<br>Airport Hanger Country Rd. 410<br>Uvalde, TX<br>Conact: Daniel B.<br>210-882-2364 |

| P.O. No. | Terms | Rep | Ship Date | Ship Via | FOB | Completed By: |
|----------|-------|-----|-----------|----------|-----|---------------|
| Daniel | Due on receipt | Jose | 6/5/2013 | Our Truck | Origin | Sil |

| Quantity | Item | Description | Price Each | Amount |
|----------|------|-------------|------------|--------|
| 1,440 | Block 8" x 8" x 16" | Block 8" x 8" x 16" (90/pallet)(16 pallets) | 1.23 | 1,771.20T |
| 16 | Pallet Fee-Customer | Pallet Fee-Customer | 12.00 | 192.00T |
| 1 | Administrative Fees | Administrative Fees | 101.53 | 101.53 |
| 1 | Freight | Freight and Delivery Charges | 364.00 | 364.00 |
| | | Sales Tax | | 161.97 |

**25% restocking fee on all approved returns, all returns subject to managers approval. No custom or special ordered items can be returned. All returns will be for in-store credit only, no cash. No returns after 30 days.**

| | |
|---|---|
| **Total** | $2,590.70 |
| **Balance Due** | $2,590.70 |

TR_01528

Bob Carnwath </O=FIRST ORGANIZATION/OU=EXCHANGE     🖉 February 12, 2013  9:05 AM
ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/
CN=RECIPIENTS/CN=BOB CARNWATH>
To: Jeff Holt </O=FIRST ORGANIZATION/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Jeff Holt>
FW: Los Cerritos Hangar Architectural, MEP, and Structural Drawing Set

4 Attachments, 6.1 MB

Jeff, here are the original drawings Tom sent me.

**From:** Thomas Pittman [mailto:TPittman@lewisenergy.com]
**Sent:** Wednesday, October 31, 2012 11:15 AM
**To:** Bob Carnwath; Jeff Holt; Jerry Taliaferro
**Subject:** FW: Los Cerritos Hangar Architectural, MEP, and Structural Drawing Set

We may be taking over this project and finish it in house. The foundation is poured and the PEMB should be delivered in two weeks. Can you give me a price for the balance of the project. I would like the numbers as soon as possible. Thanks.

Thomas L. Pittman

Director of Construction, Lewis Energy Grp.

tpittman@lewisenergy.com

work: (210) 384-5892

cell:    (210) 262-1686

10067 Jones Maltsberger

San Antonio, Tx.  78216



DEFENDANT'S
EXHIBIT
65
S BS

| From: | Tony Weigand <tony@weigandcmc.com> |
|---|---|
| Sent: | Sunday, November 4, 2012 1:32 AM |
| To: | Thomas Pittman <TPittman@lewisenergy.com> |
| Cc: | Rod Lewis <Rod@lewisenergy.com>; John Grable <jgrable@johngrable.com>; Parnak Charkhchi <PCharkhchi@lewisenergy.com> |
| Subject: | Re: Uvalde Hangar building delivery |

Rod

I'll call Tom tomorrow then send you a note. Since I haven't been involved in this project, I have some catching up to do before I feel comfortable agreeing to a plan to move forward either with or without this contractor.

Tony

On Nov 3, 2012, at 21:59, Thomas Pittman <TPittman@lewisenergy.com> wrote:

> Rod best case. We get the building in full they get it and erect it. If they fuck up the erection we hammer them. We take over the project were golden.
>
> **From:** Rod Lewis
> **Sent:** Saturday, November 03, 2012 08:58 PM
> **To:** 'jgrable@johngrable.com' <jgrable@johngrable.com>
> **Cc:** Parnak Charkhchi; 'tony@weigandcmc.com' <tony@weigandcmc.com>; Thomas Pittman
> **Subject:** Re: Uvalde Hangar building delivery
>
> I am ready to move forward with selections now John. Let's proceed as we have discussed and you have identified.
>
> What I don't understand right now and we should hold for discussion is how we move forward with this project. So before ordering material, I will have to discuss with Tony W and Tom how we plan to proceed. This can be done in the next 48 hours.
>
> Thanks.
>
> **From:** John Grable [mailto:jgrable@johngrable.com]
> **Sent:** Saturday, November 03, 2012 06:10 PM
> **To:** Rod Lewis
> **Cc:** Parnak Charkhchi; tony@weigandcmc.com <tony@weigandcmc.com>; Thomas Pittman
> **Subject:** Re: Uvalde Hangar building delivery
>
> Rod
>
> So glad to hear GG running sweet
> Has to be a thrill up there behind the stick!
>
> Material selection deadlines are now as  materials need to be ordered and there are lead times on stone that may require 4 -6 weeks for delivery
> Same for clerestory windows

DEFENDANT'S EXHIBIT 66 SBS

Metal panels are 2 weeks out
Angelim wood in Austin but the sooner you approve i want to go to their warehouse and "cherry pick" the best color and grains- lengths of 20 no problem for material!

In a nutshell this is very important and I want you comfortable with selects- again we can discuss in person M-W if desired
I will be there!

Thanks


John Grable FAIA

www.johngrable.com

On Nov 3, 2012, at 5:04 PM, "Rod Lewis" <Rod@lewisenergy.com> wrote:

> Yea I flew her yesterday evening. She is running great!
>
> John- What is the deadline to choose the materials?
>
> Tom/Tony- we need to discuss movement forward and how that will be handled.
>
> ---
>
> **From:** John Grable [mailto:jgrable@johngrable.com]
> **Sent:** Saturday, November 03, 2012 03:54 PM
> **To:** Rod Lewis
> **Cc:** Parnak Charkhchi; tony@weigandcmc.com <tony@weigandcmc.com>; Thomas Pittman
> **Subject:** Re: Uvalde Hangar building delivery
>
> Rod
>
>
> We can use 24 gauge
> The profile makes this surface perform armor like!
>
> The wood warms up and adds richness to the interior space
> Will help with acoustics control as well...
> If something runs into the wood damage is minimized with this forgiving surface
>
> I can meet with you anytime Monday thru Wednesday on this or anything else
>
> Thanks
> John Grable FAIA
>
> Saw GG flying yesterday around 5:30
> Beautiful in the air!
>
> www.johngrable.com

On Nov 3, 2012, at 3:44 PM, "Rod Lewis" <Rod@lewisenergy.com> wrote:

I will try to look at samples and make a final decision. But I don't see a problem with the wood inside the hangar. And on the D panel what gauge are we considering using?

**From**: John Grable [mailto:jgrable@johngrable.com]
**Sent**: Saturday, November 03, 2012 03:10 PM
**To**: Rod Lewis
**Cc**: Parnak Charkhchi; 'tony@weigandcmc.com' <tony@weigandcmc.com>; Thomas Pittman
**Subject**: RE: Uvalde Hangar building delivery

Rod

Here are the materials and renderings for the Hangar
All materials low maintenance and durable
Love the exotic wood Angelim from Brazil
The Galvanized metal D Panel will  mellow into a nice pewter grey

John

John


<image003.jpg>
   www.johngrable.com


**From**: Rod Lewis [mailto:Rod@lewisenergy.com]
**Sent**: Saturday, November 03, 2012 1:19 PM
**To**: John Grable
**Cc**: Parnak Charkhchi; 'tony@weigandcmc.com'; Thomas Pittman; Matthew Martinez
**Subject**: Re: Uvalde Hangar building delivery

Is the metal coming painted the color we want? If not should we paint it on the ground or in the air? What color is the metal coming painted? What kind of paint? Is it a good selection for quality?


**From**: John Grable [mailto:jgrable@johngrable.com]
**Sent**: Saturday, November 03, 2012 01:14 PM
**To**: Rod Lewis
**Cc**: Parnak Charkhchi; tony@weigandcmc.com <tony@weigandcmc.com>; Thomas Pittman; Matthew Martinez <mmartinez@johngrable.com>; Tony Trevino
**Subject**: Re: Uvalde Hangar building delivery

Yes Rod the building ties it self together   Using masonry and steel frame and cross bracing.  Believe for all the loads including 90 mph wind L over 360 pretty stout - but - masonry stiffens it up to a stout mass.

Yes insulated roof and walls to protect interior contents when no one at structure.

Cupola and clerestory Windows add cross ventilation when doors closed.

Masonry walls are upgraded to concrete block backup for stone exterior - all work together. Low maintenance system too.

Interior has combination of cmu the D Panel metal panels above with the exotic Brazilian Angelim wood siding with low maintenance clear polyurethane sealer for rich rosewood teak finish as displayed on GC material wall. Hangar material palette rich and functional as all three material blend well...reminds me of the richness that old ocean liners had a century ago but still modern but timeless

I am so angry we have been tooled around but untrue statements. Tom P and I have major backup and contingency plans to protect this project and get into use for the purpose design
We have hammers in both hands now...no more bs from anyone

No one deserves this sir

John Grable FAIA

www.johngrable.com

On Nov 3, 2012, at 12:54 PM, "Rod Lewis" <Rod@lewisenergy.com> wrote:

> John- I think the steel building will work. It is a little light I think. But we can look at how masonry structure will help add strength as well as possibly add cabling. Is the building finished on the inside and insulated? Is the portion that is masonry also sheathed in metal?
>
> Thanks.
>
> **From:** John Grable [mailto:jgrable@johngrable.com]
> **Sent:** Saturday, November 03, 2012 10:05 AM
> **To:** Rod Lewis
> **Cc:** Parnak Charkhchi; 'tony@weigandcmc.com' <tony@weigandcmc.com>; Thomas Pittman; Matthew Martinez <mmartinez@johngrable.com>; Tony Trevino
> **Subject:** RE: Uvalde Hangar building delivery
>
> Rod
>
> Building dimension depth is 120'-7" overall to center of steel columns (front to rear) – that requires 5 columns to

define the four 30 foot bays
The building dimension width is 98"-6" to center line of
steel columns (left to right) – that requires 6 columns to
define the five 20'-)" bays

The wall heath is 31' – 3" with a 2:12 roof pitch that tops
out at the ridge height at 38'-8 – ¼ +- - the cupola sitting
on top of the ridge is 5'-2" making the total building height
of 43'-10"

It is a large and tall structure

John


<image002.jpg>
www.johngrable.com

**From:** Rod Lewis [mailto:Rod@lewisenergy.com]
**Sent:** Friday, November 02, 2012 10:20 PM
**To:** John Grable
**Cc:** Parnak Charkhchi; 'tony@weigandcmc.com'; Thomas
Pittman; Matthew Martinez; Tony Trevino
**Subject:** Re: Uvalde Hangar building delivery

Guys- I think I might want to use this building for a farm
building like a warehouse on the ranch. Then we can order
a new building from Varco Pruden who is a real company.
We will order through Gary Ley to get the building at cost.
What is the dimension of the building again John?

**From:** John Grable [mailto:jgrable@johngrable.com]
**Sent:** Friday, November 02, 2012 08:08 PM
**To:** Rod Lewis
**Cc:** Parnak Charkhchi; tony@weigandcmc.com
<tony@weigandcmc.com>; Thomas Pittman; Matthew
Martinez <mmartinez@johngrable.com>
**Subject:** Re: Uvalde Hangar building delivery

Rod

Rest assured
Building is L over 360 design
We have not paid for structure and you have not only the
three of us reviewing we have the structural design team

We will protect and move forward and serve your needs

We are preparing a proactive game plan

The bottom line is we have a building delivered on site mid week...if there is any fault with structure it is rejected.. Steps thus far on approval process adhered to all specs...

Timely delivery not satisfactory
We will protect your interests

John Grable FAIA

www.johngrable.com

On Nov 2, 2012, at 7:28 PM, "Rod Lewis" <Rod@lewisenergy.com> wrote:

> Tony/Tom/John- if this company in Hockely Texas is that swamped, I am concerned that we are going to receive the quality of metal structure that we ordered. Who can verify the thickness of the iron and the wind load of the structure. I would hate to put up a half-assed structure at this time. Let's make double and triple sure as I will have very very expensive airplanes inside this structure.
>
> Let me know how you will assure yourselves we are not getting screwed on this structure. This is like a bad dream!!
>
> **From:** John Grable [mailto:jgrable@johngrable.com]
> **Sent:** Friday, November 02, 2012 05:33 PM
> **To:** Rod Lewis
> **Cc:** Parnak Charkhchi; 'tony@weigandcmc.com' <tony@weigandcmc.com>; Thomas Pittman; Matthew Martinez <mmartinez@johngrable.com>
> **Subject:** Uvalde Hangar building delivery
>
> Rod
>
> Following up on our last discussions regarding rigid building frame delivery for the Uvalde Hangar discussed during our meeting October 22, 2012:
>
> **BOTTOM LINE AFTER VERIFYING TODAY @ 4 PM WITH ERIC KEYES – BUILDING SALESMAN WITH BUILDING SUPPLIER SHULTE BUILDING SYSTEMS that on TUESDAY 11-6-12 – FOUR –FIVE TRUCKS**

**WILL BE LOADED WITH REMAINING
BUILDING COMPONENTS AND DELIVERED
TO UVALDE SITE ON WED 11-7-12.
SBS HAS INFORMED TOM PITTMAN AND I
THEY ARE SENDING OUT EQUIPTMENT TO
SITE TO BEGIN THE IMMEDIATE ERECTION
OF THE RIGID BUILDING FRAME.**

With building delivery and erection at Uvalde site for Wed/Thursday next week outlined below is proactive backup plan to ensure timely completion of Hangar Structure. Outline of Tom Pittman and JGA  immediate response to the chronic misinformation for specific building delivery dates provided by SBS after our discussions during 10-22-12 meeting to prepare for Option #3 (Glacier Cap take over construction)

1. Ascertain real schedule of building delivery schedule – not "inconsistent and incorrect� delivery dates provided by SBS.

   a. Answer : JGA made direct contact with Building Supplier  - Shulte Building Systems located in Hockley, Texas. After numerous conversations with the salesman Eric Keys 281-304-6111 regarding exact building delivery dates versus dates provided by SBS productions schedules were completely different than what we have been informed by SBS Contractors. Building supplier stated over commitment on their part has exceeded their capacity  to provide a timely delivery of building product. Their response was honest and straight forward leaving us befuddled by SBS responses to specific delivery dates.

2. Call to action by TP and JGA that simple truthful answers by Schulte Building Systems were better than ones provided by SBS on delivery dates – JGA delivered Construction Documents to TP who has released to skillful and qualified subs and suppliers for pricing for same scope of work as contracted by SBS.

Rod

We are moving forward to provide you options as we continue to press SBS to perform as negotiated – discussed – and contracted for. Payment status to SBS foir work performed is not overdrawn or payed. We want to proivide more options to protect and complete this great project without any further delays and mis information received by SBS..

Respectfully

John

PS
Office sending up to date Construction Documentslater today
I am available to discuss if required but we have a proactive game plan moving forward to protect your interests

<image002.jpg>
www.johngrable.com

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND

DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT
TO AND FROM US MAY BE MONITORED. THANK YOU!

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS
ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION
BELONGING TO THE SENDER THAT IS PROTECTED BY THE
ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS
2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE
(AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF
THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO
COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE
INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY
DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR
FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF
YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE
NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY
BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE.
MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!
THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS
ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION
BELONGING TO THE SENDER THAT IS PROTECTED BY THE
ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS
2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE
(AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF
THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY
CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO
COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE
INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY
DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR
FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF
YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE
NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY
BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE.
MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY
CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS
PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C.
SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY
ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY
TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL,
SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE
INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION,
COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS
MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY
BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES
SENT TO AND FROM US MAY BE MONITORED. THANK YOU!
THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY
CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS
PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C.
SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND
ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR
ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS
CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU
ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY
DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES
ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED
THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL
DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE
ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK
YOU!

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN
CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC
COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY
PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE
INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS
CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE
INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR
DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY
PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS
ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY
THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL
INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY
ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED
FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY

CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

| From:    | Kyle Kieke <kkieke@sbsworld.net> |
| -------- | --- |
| Sent:    | Tuesday, January 22, 2013 11:59 AM |
| To:      | Matthew Martinez <mmartinez@johngrable.com>; John Grable <jgrable@johngrable.com> |
| Subject: | FW: Los Cerritos Hanger submittals - ship ladders |
| Attach:  | Q5352FCIR.pdf |

Matt/John

Take a look at these revised drawings for final approval.  Note that they lowered the stair angle to 57 degrees and added some treads.

Thanks,

Kyle Kieke

Project Superintendent
SBS Construction
kkieke@sbsworld.net
C: 830-388-9267
F: 830-981-5303

**From:** Faith Carosi [mailto:fcarosi@fsindustries.com]
**Sent:** Tuesday, January 22, 2013 9:00 AM
**To:** Kyle Kieke
**Subject:** RE: Los Cerritos Hanger submittals

Hello Kyle,

Please see attached for your revised ships ladder quote, please review quote and contact me with any questions or changes you may have.  I also have enclosed a link to our OSHA stair page for your review, the stair design may be more comfortable for your application.

Thank you,

*Faith Carosi*

Technical Sales
FS Industries Inc.
1-800-421-0314 ext. 1048

**From:** Kyle Kieke [mailto:kkieke@sbsworld.net]
**Sent:** Monday, January 21, 2013 10:25 PM
**To:** Faith Carosi
**Cc:** Jack Green; Matthew Martinez; John Grable
**Subject:** FW: Los Cerritos Hanger submittals

Faith,

Please see attached shop drawings with revisions noted by the architect.  Please contact me with any questions you may have.

DEFENDANT'S
EXHIBIT
67
SBS

Thanks,

Kyle Kieke

Project Superintendent
SBS Construction
kkieke@sbsworld.net
C: 830-388-9267
F: 830-981-5303

---

**From:** Matthew Martinez [mailto:mmartinez@johngrable.com]
**Sent:** Monday, January 21, 2013 5:00 PM
**To:** Kyle Kieke
**Cc:** John Grable
**Subject:** RE: Los Cerritos Hanger submittals

I SIGNED THEIR APPROVAL SHEET AT THE END OF THE SUBMITTAL, WE EXTEDED THE "RUN" TO 94-1/2" AS
ALLOWED BY THE FLOORPLAN, THANKS



MATTHEW M. MARTINEZ, ASSOC. AIA
222 AUSTIN HWY, SAN ANTONIO, TEXAS 78209
E: MMARTINEZ@JOHNGRABLE.COM
P: 210-820-3332 EX. 35
W: WWW.JOHNGRABLE.COM

---

**From:** Kyle Kieke [mailto:kkieke@sbsworld.net]
**Sent:** Monday, January 21, 2013 3:57 PM
**To:** John Grable; Matthew Martinez
**Cc:** Jack Green
**Subject:** FW: Los Cerritos Hanger submittals

Here are the submittals I sent back on the 9th.

Thanks,

Kyle Kieke

Project Superintendent
SBS Construction
kkieke@sbsworld.net
C: 830-388-9267
F: 830-981-5303

---

**From:** Kyle Kieke
**Sent:** Wednesday, January 09, 2013 6:14 PM
**To:** 'John Grable'; 'Matthew Martinez'

Forgot transmittal letters and added some additional submittals as well.

Thanks,

Kyle Kieke

Project Superintendent
SBS Construction
kkieke@sbsworld.net
C: 830-388-9267
F: 830-981-5303

Q5352FCIR.pdf

REV. NOTE - **-43                              REVISION OF:
QUOTE #: Q5352FCIR                              DATE/TIME:  01-22-2013 - 09:42:45



**✶✶ STOR-DECK MEZZANINES ✶✶**
PO BOX 72659
PROVIDENCE, RI  02907
PHONE  (800)421-0314    FAX  (401)421-5679

WWW.FSINDUSTRIES.COM

CUSTOMER:  SBS CONSTRUCTION

                                               PROJECT:

   ATTN:  KYLE 830-388-9267

## STAIR QUOTATION - PHYSICAL DESCRIPTION:

| QTY | NAME | HEIGHT | WDTH X LGTH (IN.) | WT EA. | TYPE | DRAWING | PRICE EACH |
|---|---|---|---|---|---|---|---|
| 2 | STR-1 | 138 | 36 | 156 | SHIP | CM810 | $ 2521.00 |
| | BLK BAR GRATING 8 9/16 IN. | | | | | | |
| | 56.70 DEGREES | | COLOR:  GRAY PAINT | | | | |
| 2 | EXTSTR-1 | 138 | 36  X  36 | 34 | EXT | XT554 | $  549.67 |
| | BLK BAR GRATING 8 9/16 IN. | | | | | | |
| | | | COLOR:  GRAY PAINT | | | | |

☐

## ICING TOTALS

NET MATERIAL COST F.O.B. PROVIDENCE RI                       $  6141.32
SPECIAL CHARGES -                                            $     0.00
INSTALLATION COST - NOT QUOTED                               $     0.00
ESTIMATED FREIGHT COST - NOT QUOTED                          $     0.00
TOTAL SHIPPING WEIGHT -    348 (CLASS 85 - ITEM #105300)

TOTAL QUOTED PRICE                                           $  6141.32

QUOTE SUBMITTED BY: FAITH CAROSI
☐

## PAYMENT TERMS & DELIVERY

STANDARD TERMS ARE:  DEPOSIT REQUIRED WITH PROGRESS PAYMENTS
PRESENT LEAD TIME (DELIVERY) ON THIS PRODUCT IS APPROXIMATELY  4-5  WEEKS AFTER
RETURN OF SIGNED APPROVAL DRAWINGS.
☐

**DISCLAIMER**
FS INDUSTRIES ASSUMES NO RESPONSIBILITY OR LIABILITY FOR COMPLYING WITH ANY FEDERAL, STATE, OR LOCAL BUILDING
CODE REQUIREMENTS.  FS INDUSTRIES DOES NOT IMPLY OR ACCEPT RESPONSIBILITY FOR CONFORMANCE TO ANY CONSTRUCTION
SPECIFICATIONS OR REQUIREMENTS OTHER THAN THOSE SPECIFICALLY STATED ABOVE.

| CUSTOMER: SBS CONSTRUCTION | JOB NO: Q5352FCIR   M:Q | FS INDUSTRIES ENGINEERED STEEL PRODUCTS P.O. BOX 72659 PROVIDENCE, RI 02907 | CM810 |
|---|---|---|---|
| PROJECT: | COLOR: GRAY PAINT | DESCRIPTION: STR-1 | |



01-22-2013 - 09:42:45

**A  STAIR HEIGHT =**   @ 56.70 DEGREES   | 138 |

**B  SHOP USE ONLY**   | LL   = 30.2 |

**C  SHOP USE ONLY**   | STUB = 15.4 |

**MAKE: __2__ SET(S)**

**D  RISER HEIGHT =**   | 9 7/8 |

RUN =  6 1/2

**E  BOTTOM OF TREAD ENDPLT TO FLOOR**   | 7 3/8 |

**F  TREAD TYPE =**   | BLK BAR GRATING 8 9/16 IN. |

**G  TREADS NEEDED =**   | 26 |

**H  TREAD WIDTH =**   | 36 |

**I  TREAD DEPTH =**   | 8 9/16 |

FLAT LENGTH

3 7/8   TOP OF DECK

DETAIL A

36"

1½" x 11 GA.
SQ. TUBE TYP.

SEE
DETAIL A

7/16" HOLE        7/16"x1 3/8" SLOT
TREAD END PLATE
FRONT OF
TREAD
1 3/4"
2 1/2"
1 1/8    4 1/2

MC 10 x 8.4 #
CHANNEL

TREAD
RUN

3"

7 ½"

3/8" - 16 x 1½"
BOLT

A

D=   9 7/8

D=   9 7/8

94 1/2

RUN=

FLOOR LAGS
BY OTHERS

DISCLAIMER:
FS INDUSTRIES ASSUMES NO LIABILITY OR RESPONSIBILITY
FOR DETERMINING IF THIS STAIRWAY IS IN CONFORMANCE
TO ANY FEDERAL, STATE, AND/OR LOCAL BUILDING CODES.
IT IS THE RESPONSIBILITY OF THE PURCHASER AND END
USER TO VERIFY (WITH LOCAL AUTHORITIES) THIS
STAIRWAY'S SUITABILITY AND CODE CONFORMANCE FOR
ITS INTENDED USAGE.

THIS DRAWING CONTAINS CONFIDENTIAL DESIGNS AND INFORMATION
WHICH ARE THE PROPERTY OF FS INDUSTRIES.  THIS DRAWING AND THE
INFORMATION CONTAINED HEREIN MAY NOT BE DISCLOSED OR
DUPLICATED IN WHOLE OR IN PART, UTILITZED IN ANY WORK OR USED
FOR MANUFACTURE OF DESIGNS WITHOUT THE PRIOR WRITTEN
PERMISSION OF FS INDUSTRIES.

TYP. DRAWING - NOT TO SCALE

**LEVEL 1 SHIPS LADDER - STANDARD RAIL**

Appd. _____ Date: _____ Rev: 10/4/10                    **CM810**

| CUSTOMER: SBS CONSTRUCTION | JOB NO: Q5352FCIR M:Q | FS INDUSTRIES ENGINEERED STEEL PRODUCTS P.O. BOX 72659 PROVIDENCE, RI 02907 | CM811 |
|---|---|---|---|
| PROJECT: | COLOR: GRAY PAINT | DESCRIPTION: STR-1 END PLATE | |



01-22-2013 - 09:42:45

**TOP END PLATE - LEFT**
3/8" x 2" x  12 3/8

¾" HOLES    2 3/16"

3

5

4 3/8

12 3/8

1 3/16"    1"    *from back of chan.*

**SECTION "A-A"**

**TOP END PLATE - RIGHT**
3/8" x 2" x  12 3/8

2 3/16"    ¾" HOLES

3

5

4 3/8

12 3/8

*from back of chan.*    1"    1 3/16"

**SECTION "B-B"**

MOUNTING HARDWARE
BY OTHERS

TOP OF LADDER

A  A                B  B

BOTTOM OF LADDER

C  C                D  D

**BOTTOM FOOTPLATE - LEFT**
1/4" x 2" x 10 3/4"

9/16" HOLES    2 3/16"

3"

3"

4 ¾"

10 ¾"

1 ½"

**SECTION "C-C"**

**BOTTOM FOOTPLATE - RIGHT**
1/4" x 2" x 10 3/4"

2 3/16"    9/16" HOLES

3"

3"

4 ¾"

10 ¾"

1 ½"

**SECTION "D-D"**

**LEVEL 1 SHIPS LADDER END PLATES**

Appd. _____ Date: _____ Rev: 7/16/10                    CM811

| CUSTOMER: SBS CONSTRUCTION | JOB NO: Q5352FCIR    M:Q | FS INDUSTRIES ENGINEERED STEEL PRODUCTS P.O. BOX 72659 PROVIDENCE, RI 02907 | XT554 |
|---|---|---|---|
| PROJECT: | COLOR: GRAY PAINT | DESCRIPTION: STR-1 CROSSOVER/EXTENSION | |

01-22-2013 - 09:42:45

OVERALL LENGTH

130 1/2

94 1/2
STAIR RUN

36
SPAN

**MAKE:** 2

*Note: Stairs are not included with the crossover shown on this drawing.
They are drawn as typical for configuration clarification and overall dimensions only.
Actual stairs are quoted and detailed separately.

OAL WIDTH

40

**PLAN VIEW**

←TREADS→    ← DECK →

TREAD WIDTH

36

**END PLATE:**
3/8" x 2" x 10"



1 ½"x14 GA. SQ. TUBE RAIL TYP.

20"

42"

STR NAME:  STR-1

15"

4" KICKPLATE

10"

¾" HOLES

3"

5"    10"

2"

←1"

2 3/16"

**VIEW "A-A"**

10x8.4# STRUCTURAL CHANNEL TYP.

UNDER CLEARANCE

128

7 ½"

9/16" HOLES TYP.

STAIR RUN

94 1/2

SPAN

36

130 1/2

OVERALL LENGTH

STR HEIGHT

138

NOTE: STAIRS/EXTENSION MUST BE LAGGED
(LAGS NOT PROVIDED)

TYP. DRAWING - NOT TO SCALE

Rev: 02/08/10

**SIDE ELEVATION**

XT554

| CUSTOMER: SBS CONSTRUCTION | JOB NO: Q5352FCIR    M:Q | FS INDUSTRIES ENGINEERED STEEL PRODUCTS P.O. BOX 72659 PROVIDENCE, RI 02907 | CA100 |
|---|---|---|---|
| PROJECT: | COLOR: SEE IND SHEETS | DESCRIPTION: CUSTOMER APPROVAL SHEET | |

01-22-2013 - 09:42:45

# CHECK THE FOLLOWING PRINTS CAREFULLY
## APPROVAL IS REQUIRED FOR MUTUAL PROTECTION OF PURCHASER AND SELLER

| Component | Description | Dwg # | Satisfactory and **APPROVED** for fabrication | **APPROVED** for fabrication **WITH CHANGES** as indicated | **UNSATISFACTORY** Requires revised print with changes as indicated |
|---|---|---|---|---|---|
| STR-1 | SHIPS LADDER - STD | CM810 | ☐ | ☐ | ☐ |
| EXTSTR-1 | EXTENSION | XT554 | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |
| | | | ☐ | ☐ | ☐ |

SIGNATURE _____    TITLE _____

PRINTED NAME _____    DATE _____

*Signed approval sheet must be received prior to fabrication

Rev: 1/29/10                                                                 CA100

| | |
|---|---|
| **From:** | Kyle Kieke <kkieke@sbsworld.net> |
| **Sent:** | Wednesday, January 30, 2013 1:59 PM |
| **To:** | Victor M. De Anda Jr. <victor@synergy-se.com>; John Grable <jgrable@johngrable.com> |
| **Cc:** | Matthew Martinez <mmartinez@johngrable.com>; Jack Green <jgreen@sbsworld.net> |
| **Subject:** | Window framing conflict |
| **Attach:** | IMG_20130130_103059_744.jpg; LOS CERRITOS HANGAR_A400_EXT. ELEVS.pdf |

Here is the window picture you requested.  I just spoke to John and he said that if we need to break up the windows at the mullions and add supports, that's ok.

Thanks,

Kyle Kieke

Project Superintendent
SBS Construction
kkieke@sbsworld.net
C: 830-388-9267
F: 830-981-5303



DEFENDANT'S
EXHIBIT
68
SBS

IMG_20130130_103059_744.jpg



| **From:** | Kyle Kieke <kkieke@sbsworld.net> |
|---|---|
| **Sent:** | Thursday, January 31, 2013 10:08 AM |
| **To:** | John Grable <jgrable@johngrable.com>; Matthew Martinez <mmartinez@johngrable.com> |
| **Cc:** | Jack Green <jgreen@sbsworld.net> |
| **Subject:** | Hanger revisions |

John/Matt,

I'm looking over the preliminary drawings Xavier sent me and I've got some questions/suggestions based off of what I've got on the ground out here. When are you trying to get Rod's final approval because what I'm finding could affect final decision making.

Thanks,

Kyle Kieke

Project Superintendent
SBS Construction
kkieke@sbsworld.net
C: 830-388-9267
F: 830-981-5303



DEFENDANT'S
EXHIBIT
69
SBS

| **From:** | Kyle Kieke <kkieke@sbsworld.net> |
| --- | --- |
| **Sent:** | Monday, February 4, 2013 8:56 AM |
| **To:** | Steve Schiffman <sschiffman@sbsworld.net>; tpittman@lewisenergy.com; John Grable <jgrable@johngrable.com>; Matthew Martinez <mmartinez@johngrable.com> |
| **Cc:** | Jack Green <jgreen@sbsworld.net> |
| **Subject:** | Los Cerritos Weekly Report - 03 Feb |
| **Attach:** | 1378 Los Cerritos Hangar Week Ending 130203.doc |

Received new interior floorplan/elevation/wall section drawings on Friday. Still awaiting interior elevations, new door and window schedules, revised MEP and Engineering drawings.

Thanks,

Kyle Kieke

Project Superintendent
SBS Construction
kkieke@sbsworld.net
C: 830-388-9267
F: 830-981-5303



DEFENDANT'S
EXHIBIT
70
SBS

PENGAD-Bayonne, N.J.

**From:** Daniel Boddie <danielb@bodenllc.com>
**Sent:** Saturday, June 08, 2013 12:38 PM
**To:** Thomas Pittman
**Subject:** Re: Los Cerritos Liens

Hopefully this helps, my comments below in RED. I will get you numbers for the electrical and concrete in a complete package for your use.

**Daniel Boddie | Partner**
BoDen, LLC | **210.885.9537** Cell |
11550 I.H. 10 West, Suite **395A San Antonio, TX 78230**

**BoDen Legal Disclaimer:** This email may contain confidential information. If this email is not intended for you, you must not disclose or use the information contained in it. If you received this email in error, please notify us immediately via return email and delete all information.

---

**From:** Thomas Pittman <TPittman@lewisenergy.com>
**Date:** Friday, June 7, 2013 2:27 PM
**To:** Daniel Boddie <danielb@bodenllc.com>
**Subject:** FW: Los Cerritos Liens

I need your help on the following, first let me say that this is for your eyes only and will not be sent to anyone.

I need to get a value of the fixtures that left there and a percentage complete from C & S.

Lets talk about the concrete work. The biggest problem I have is with the exterior grade beam.

Compton HVAC look at my comments and elaborate.

We will be in contact with the stone people.

Thomas L. Pittman
Director of Construction, Lewis Energy Grp.
tpittman@lewisenergy.com
work: (210) 384-5892
cell:   (210) 262-1686
10067 Jones Maltsberger
San Antonio, Tx.  78216

---

**From:** Weston Sharples <wsharples@lewisenergy.com>
**Date:** Fri, 7 Jun 2013 12:18:17 -0500

1



DEFENDANT'S
EXHIBIT
71
SBS
PENGAD-Bayonne, N.J.

TR_01534

**To:** Tony Trevino <TonyTrevino@lewisenergy.com>
**Cc:** Lewis Energy Group Lewis Energy Group <tpittman@lewisenergy.com>
**Subject:** Los Cerritos Liens

Tony,

In connection with Jennie's summary of the liens in the above-referenced matter, the following is a more detailed discussion of each following my conversation with Tom this morning:

1.  Robertson Electric –
    - Robertson was terminated by SBS at our instruction 45-60 days before we terminated SBS – Tom will research and locate any documentation of the termination process.
    - The $60,996.00 they are claiming is half of their scheduled value for the entire project – Tom thinks that on the date of termination Robertson was no more than 25% done with their work. I would venture to say that this is about right. They scrambled to get an incomplete light fixture package onsite as well some underground feeds. They had very little rough in done-nothing in the living areas, and the high bay lights were piped in. They didn't have any of the gear or panels onsite and nothing piped in for data.
    - Robertson claims they had fixtures on site – Tom will research and confirm what fixtures were actually out there and determine their approximate value. Bob is going to provide us a value of the fixtures onsite as well a detailed inventory of the fixtures left behind.
    - We paid SBS on a draw for work performed by Robertson – Tom will research to determine what money was paid and whether any amount that was paid should be credited toward the amount claimed in the lien.

2.  Ace Concrete Company –

    - Work was generally ok, but at least one instance exists where work did not conform to spec and required rework by current contractor – Note: it is unclear whether this was Ace's unilateral mistake or whether mistake derived from SBS's poor performance. This grade beam mistake cost the project 17,500 (labor, rebar, epoxy and equipment only). They also screwed up the footing extensions and the pilaster sizes. RMJ is going to provide a broken out cost for all of this work. I will add the concrete material prices to RMJ's price for a complete package.
    - Amount claimed consists of change orders (approximately $15,000.00) that we did not approve, and 10% retainage against total contract amount which we probably owe – Tom will determine what the total amount of retainage claim is in order to identify the amount, if any, we should pay. If I had to venture to guess, I would say that this is an SBS mistake. Based on the stories I have heard from Uvalde concrete and Ace Concrete, it sounds like it was a communication error in which ACE was not provided the updated plans until right before the pour. Lingo made mention that the forms were dropped and moved right before the pour thus creating the condition where the grade beam sat inside of the brick lug.
        The footings for the hangar door pockets seem to be a communication error based on not having updated structural drawings from synergy. The dimensions shown on the structural drawings match what was in place, however on a PEMB all dimensions should always match the PEMB drawings, which is not what was worked off of to pour the slab.
3.  Associated Glass –

    - Claim is for $14, 583.86 and $917.10 – according to Tom we continue to use these guys and they should be paid in full.
    - Tom has received correspondence from Associated Glass indicating that they have been paid on these amounts and will issue a letter of retraction and presumably release their lien if they have already filed same.

4.  Compton HVAC –

2

TR_01535

- Claim is for $10,208.00 – According to Tom, a portion of this is for an exhaust fan left at the site which does not conform to spec – Tom will identify the value of the fan. -This seems a little high as holts was able to provide 2 fans for $7,564.00. The only other work they did was install the side wall louvers.
- Workmanship was unacceptable, but unclear whether their error was unilateral or the result of SBS's poor performance.

5. Gallery of Stone/Morrell –

- Both should be paid, but we need to see contract between SBS and Gallery in order to determine the correct amount which should be paid – i.e. we are unclear on whether the $31,504.13 claimed by Morrell as the supplier is part of Gallery Stone's sub contract claim or separate – While we wait on the contract from Gallery, Tom is going to research and determine an approximation of the total amount we think we owe.

Tom, if you see anything I missed, please let us know.

Weston W. Sharples
Senior Legal Counsel
Lewis Energy Group
10101 Reunion Place Suite 1000
San Antonio, TX 78216
Phone: 210-384-5017
wsharples@lewisenergy.com



Lewis Energy Group°

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

TR_01536

| From: | Victor M. De Anda Jr <victor@synergy-se.com> |
| --- | --- |
| Sent: | Wednesday, January 16, 2013 5:57 PM |
| To: | Kyle Kieke <kkieke@sbsworld.net> |
| Cc: | John Grable <jgrable@johngrable.com> |
| Subject: | Re: Inspect CMU construction? |

Kyle,

I been having a very tough week with two deadlines for this Friday, please send me pictures of the block erection.

The following items need to be checked when erecting the CMU (this is what I typically see that the masons do not do right):

01.- Lap of the rebar needs to be 40db for a #5 is 25" lap on vertical and horizontal.
02.-Grouting needs to be done at the bond beam with enough length on the vertical rebar to do the next lap. The lift of the grout should not exceed the distance between bond beams.
03.- Follow the schedule on the plans for the lintels.
04.- Have a clean joint at all expansion joints and stop the horizontal bond beam reinforcing at the joint and provide smooth dowels to connect across the joint.
05.- Provide corner bars at bond beam location at all corners.

If you follow these simple guidelines, you should be okay.

Thanks

WE JUST MOVED TO OUR NEW OFFICE!!!!!!!!

Victor M. De Anda Jr., P.E.
Synergy Structural Engineering, Inc.
6909 Springfield Ave. Suite 105
Laredo, TX. 78041
O: 956-753-5860
M: 956-237-7908

**From:** Kyle Kieke <kkieke@sbsworld.net>
**To:** Victor M. De Anda Jr. <victor@synergy-se.com>
**Sent:** Mon, January 14, 2013 9:14:08 AM



DEFENDANT'S
EXHIBIT
72
SBS

**Subject:** Inspect CMU construction?

The crew will be here all week, do you want to come out?

Thanks,

Kyle Kieke

Project Superintendent
SBS Construction
kkieke@sbsworld.net
C: 830-388-9267
F: 830-981-5303

| From: | Thomas Pittman <TPittman@lewisenergy.com> |
|---|---|
| Sent: | Thursday, February 28, 2013 7:35 PM |
| To: | John Grable |
| Subject: | Hangar |

Looks like we're going to have to take the roof off before we can rack the building to plumb. Usually this would have been done prior to the roof going on. Another example of poor workmanship

Sent from my iPhone

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

1



DEFENDANT'S
EXHIBIT
73
SBS

Thomas Pittman <TPittman@lewisenergy.com>                March 4, 2013  5:50 PM

To:

John Grable </O=MEX02/OU=EXCHANGE ADMINISTRATIVE...

sbs

---

Lets check with the PEMB standard to see what the tolerances are as far as being plumb

Thomas L. Pittman
Director of Construction, Lewis Energy Grp.
tpittman@lewisenergy.com
work: (210) 384-5892
cell:   (210) 262-1686
10067 Jones Maltsberger
San Antonio, Tx.  78216

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!


DEFENDANT'S
EXHIBIT
74
SBS
PENGAD-Bayonne, N. J.

Matthew Martinez </o=mex02/ou=Exchange Administrative Group  February 21, 2013  2:34 PM
(FYDIBOHF23SPDLT)/cn=Recipients/
cn=mmartinez.johngrable.com_aa5dd8392>
To: ERICKK@SBSLP.COM <ERICKK@SBSLP.COM>
(No Subject)

2 Attachments, 75 KB

## JOHN GRABLE
### A R C H I T E C T S  ·  I N C

MATTHEW M. MARTINEZ, ASSOC. AIA

222 AUSTIN HWY, SAN ANTONIO, TEXAS 78209

E: MMARTINEZ@JOHNGRABLE.COM

P: 210-820-3332 EX. 35

W: WWW.JOHNGRABLE.COM



DEFENDANT'S
EXHIBIT
75
SBS

PENGAD-Bayonne, N. J.



JOHN GRABLE
ARCHITECTS · INC

| **From:** | Erick Key <ErickK@SBSLP.COM> |
|---|---|
| **Sent:** | Monday, February 25, 2013 9:51 AM |
| **To:** | Matthew Martinez <mmartinez@johngrable.com> |
| **Subject:** | RE: LATERALL WALL GIRT UPDATE |

Matt,

The spandrels cannot be removed but they can be moved. After the engineer looked at the picture, his question was, can you move them to the bottom of the window opening?
This would allow for them to be moved easier due to not having the x-bracing connection to deal with.

Call me with any questions.

ERICK KEY
SCHULTE BUILDING SYSTEMS
17600 BADTKE ROAD
HOCKLEY, TX 77447
877-257-2534
Project[]

**From:** Matthew Martinez [mailto:mmartinez@johngrable.com]
**Sent:** Monday, February 25, 2013 9:22 AM
**To:** Erick Key
**Subject:** LATERALL WALL GIRT UPDATE

GOOD MORNING ERICK, JUST WANTED TO CHECK IN, I COULD REALLY USE AN UPDATE ON INFO YOU MAY HAVE REGARDING THE RAISING OR REMOVAL OF THE GIRTS WE DISCUSSED ON THURSDAY, THANKS
        -MATT



JOHN GRABLE
A R C H I T E C T S  ·  I N C

MATTHEW M. MARTINEZ, ASSOC. AIA
222 AUSTIN HWY, SAN ANTONIO, TEXAS 78209
E: MMARTINEZ@JOHNGRABLE.COM
P: 210-820-3332 EX. 35
W: WWW.JOHNGRABLE.COM


DEFENDANT'S EXHIBIT
76
SBS

Erick Key <ErickK@SBSLP.COM>                     March 5, 2013  8:52 AM

To: Matthew Martinez </O=MEX02/OU=EXCHANGE ADMINISTR...

Uvalde Hanger

---

Matt,


What were the findings from Speedway on the building.   I am waiting to hear back from them so I can go to the engineer just one more time.


Please advise,


ERICK KEY

SCHULTE BUILDING SYSTEMS

17600 BADTKE ROAD

HOCKLEY, TX 77447

877-257-2534

Project[]



DEFENDANT'S
EXHIBIT
77
SBS

| From: | Matthew Martinez </o=mex02/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=mmartinez.johngrable.com_aa5dd8392> |
|---|---|
| Sent: | Tuesday, March 5, 2013 9:46 AM |
| To: | 'Erick Key' <ErickK@SBSLP.COM> |
| Subject: | RE: Uvalde Hanger |

HEY ERICK,

      I JUST SPOKE WITH DANIEL AND WE SHOULD BE EXPECTING A SYNOPSIS FROM SPEEDWAY SOON, AND THEN DANIEL WOULD LIKE TO PUT TOGETHER A CONFERENCE MEETING IN REGARDS TO THEIR FINDINGS. ILL LET YOU KNOW AS SOON AS I HEAR SOMETHING. WAS THEIR ANY HEADWAY ON GETTING US SOME WRITTEN DIRECTIONS/PERMISSION ON SLIDING THE WALL GIRTS MOVED DOWN? ALSO, I KNOW ONE OF THE CONCERNS OF THE NEW GC WAS THE "OUT OF PLUMB" NATURE OF THE RIGID FRAME, WHAT IS YOUR INDUSTRY'S STANDARD FOR TOLERANCE TO VERTICAL FOR THESE MAIN FRAMES?

      TALK TO YOU SOON, THANKS

      -MATT



MATTHEW M. MARTINEZ, ASSOC. AIA
222 AUSTIN HWY, SAN ANTONIO, TEXAS 78209
E: MMARTINEZ@JOHNGRABLE.COM
P: 210-820-3332 EX. 35
W: WWW.JOHNGRABLE.COM

**From:** Erick Key [mailto:ErickK@SBSLP.COM]
**Sent:** Tuesday, March 05, 2013 8:53 AM
**To:** Matthew Martinez
**Subject:** Uvalde Hanger

Matt,

What were the findings from Speedway on the building. I am waiting to hear back from them so I can go to the engineer just one more time.

Please advise,

ERICK KEY
SCHULTE BUILDING SYSTEMS
17600 BADTKE ROAD
HOCKLEY, TX 77447
877-257-2534
Project[]



DEFENDANT'S
EXHIBIT
78
SBS

| From: | Matthew Martinez <mmartinez@johngrable.com> |
| Sent: | Wednesday, March 6, 2013 8:20 AM |
| To: | erickk@sbslp.com |
| Subject: | FW: Los Cerritos Structural pictures |
| Attach: | Structural Issues discovered 2.27.13.pdf |

Eric, here's the documentation of the issues that the inspectors bound with the building in particular the roofing system, john and I will call in a bit, thanks

Sent from MobileMatt

-------- Original message --------
From: John Grable <jgrable@johngrable.com>
Date:
To: Matthew Martinez <mmartinez@johngrable.com>
Subject: FW: Los Cerritos Structural pictures



JOHN GRABLE FAIA
222 Austin Hwy #1 San Antonio, TX 78209
p 210.820.3332   f 210.820.3334

www.johngrable.com

**From:** John Grable
**Sent:** Friday, March 01, 2013 5:56 PM
**To:** Jack Green (jgreen@sbsworld.net)
**Cc:** Tom Pittman <tpittman@lewisenergy.com>; Stephen S. Schiffman (sschiffman@sbsworld.net)
**Subject:** FW: Los Cerritos Structural pictures

Jack



DEFENDANT'S
EXHIBIT
79
SBS
PENGAD-Bayonne, N.J.

I wanted to share with you these images as the inspection reports are start to file in.

..ve are not finish with all the investigative research – this is still in process.

All payment requests are on hold until replacement/repair costs are identified.

Will continue to keep you apprised of the situation

John



**JOHN GRABLE  FAIA**
222 Austin Hwy #1 San Antonio, TX 78209
p 210.820.3332     f 210.820.3334

www.johngrable.com

Structural Issues discovered 2.27.13.pdf



SBS 1949



Gap

SBS 1950



Shim plate, not on drawings.

SBS 1951



Notice dip in roof line.

SBS 1952



Missing Beam, previously installed, damaged roof, uninstalled.

SBS 1953



Better Picture of dip in roof line

SBS 1954



SBS 1955



SBS 1956



Notice change in pitch.

Screw, not on plans.

large gap, investigating clips and their intended use.

SBS 1957



Another picture of the condition at the roofing clips.

SBS 1958



Im proper placement of screw.

SBS 1959



cut improperly

SBS 1960



SBS 1961



not straight.

SBS 1962



Not in alignment

SBS 1963



Missing brace

SBS 1964



Missing bolt

SBS 1965



Large gap
between Z Purlins

SBS 1966



Not attached on the other side

SBS 1967



Notice wave in roof line.

SBS 1968



Roofing clips under investigation.

SBS 1969



not enough screws.

Improper end dams. Water infiltration point

SBS 1970



not enough screws

SBS 1971



spliced roof panel, no screws.

SBS 1972



notice change in pitch.

SBS 1973



second roof panel splice, no screws.

SBS 1974



not fully welded.

SBS 1975



horrible flashing detail.

not welded

SBS 1976



Incorect material for this applicaiton.

SBS 1977



SBS 1978



floating clip,
under
investigation.

SBS 1979

Circle C.msg

| **From:** | Matthew Martinez </o=mex02/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=mmartinez.johngrable.com_aa5dd8392> |
|---|---|
| **Sent:** | Wednesday, March 6, 2013 3:39 PM |
| **To:** | 'Erick Key' <ErickK@SBSLP.COM> |
| **Subject:** | RE: 4:00 pm |

---

THANKS ERICK, I ALSO LEFT A MESSAGE WITH YOUR RECEPTIONIST,
DANIEL WOULD LIKE TO PRICE OUT WHAT A NEW ROOF, ACCESSORIES, I.E. CLIPS, RIDGE CAPS ETC WOULD COST. MATERIAL AND DELIVERY. AND OF COURSE, WE HAVE TO REQUEST THAT YOU IMPROVE THE LEAD TIME BY ANY MEANS POSSIBLE. TALK TO YOU SOON, THANKS
-MATT



MATTHEW M. MARTINEZ, ASSOC. AIA
222 AUSTIN HWY, SAN ANTONIO, TEXAS 78209
E: MMARTINEZ@JOHNGRABLE.COM
P: 210-820-3332 EX. 35
W: WWW.JOHNGRABLE.COM

---

**From:** Erick Key [mailto:ErickK@SBSLP.COM]
**Sent:** Wednesday, March 06, 2013 3:36 PM
**To:** Matthew Martinez
**Subject:** 4:00 pm

4 o'clock is good

ERICK KEY
SCHULTE BUILDING SYSTEMS
17600 BADTKE ROAD
HOCKLEY, TX 77447
877-257-2534
Project[]



DEFENDANT'S
EXHIBIT
80
SBS

| **From:** | Matthew Martinez </o=mex02/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=mmartinez.johngrable.com_aa5dd8392> |
|---|---|
| **Sent:** | Wednesday, March 6, 2013 4:16 PM |
| **To:** | 'Erick Key' <ErickK@SBSLP.COM> |
| **Subject:** | RE: 4:00 pm |

NO NOT A PROBLEM, YOU LEARN SOMETHING NEW EVERY DAY . . .ILL GET BACK TO YOU ON THAT . . .



MATTHEW M. MARTINEZ, ASSOC. AIA
222 AUSTIN HWY, SAN ANTONIO, TEXAS 78209
E: MMARTINEZ@JOHNGRABLE.COM
P: 210-820-3332 EX. 35
W: WWW.JOHNGRABLE.COM

**From:** Erick Key [mailto:ErickK@SBSLP.COM]
**Sent:** Wednesday, March 06, 2013 4:14 PM
**To:** Matthew Martinez
**Subject:** RE: 4:00 pm

Sorry for that....just a list of material needed to finish the job.

ERICK KEY
SCHULTE BUILDING SYSTEMS
17600 BADTKE ROAD
HOCKLEY, TX 77447
877-257-2534
Project[]

**From:** Matthew Martinez [mailto:mmartinez@johngrable.com]
**Sent:** Wednesday, March 06, 2013 4:14 PM
**To:** Erick Key
**Subject:** RE: 4:00 pm

I GOTTA PLEAD IGNORANCE ON THIS ONE, BUT BY CUT LIST, DO YOU REFER TO MEMBERS/PIECES THAT ARE IN-PLACE VS. WHAT MEMBERS ARE STILL PENDING FOR DELIVERY AND/OR NEEDED FOR REPLACEMENT?



MATTHEW M. MARTINEZ, ASSOC. AIA
222 AUSTIN HWY, SAN ANTONIO, TEXAS 78209
E: MMARTINEZ@JOHNGRABLE.COM
P: 210-820-3332 EX. 35
W: WWW.JOHNGRABLE.COM



DEFENDANT'S
EXHIBIT
81
SBS

**From:** Erick Key [mailto:ErickK@SBSLP.COM]
**Sent:** Wednesday, March 06, 2013 4:08 PM
**To:** Matthew Martinez
**Subject:** RE: 4:00 pm

Matt,

Is Daniel going to produce the cut list for the new roof?

Please advise.

Thanks,

ERICK KEY
SCHULTE BUILDING SYSTEMS
17600 BADTKE ROAD
HOCKLEY, TX 77447
877-257-2534
Project[]

---

**From:** Matthew Martinez [mailto:mmartinez@johngrable.com]
**Sent:** Wednesday, March 06, 2013 3:39 PM
**To:** Erick Key
**Subject:** RE: 4:00 pm

THANKS ERICK, I ALSO LEFT A MESSAGE WITH YOUR RECEPTIONIST,
        DANIEL WOULD LIKE TO PRICE OUT WHAT A NEW ROOF, ACCESSORIES, I.E. CLIPS, RIDGE CAPS ETC
WOULD COST. MATERIAL AND DELIVERY. AND OF COURSE, WE HAVE TO REQUEST THAT YOU IMPROVE THE
LEAD TIME BY ANY MEANS POSSIBLE. TALK TO YOU SOON, THANKS
                -MATT



MATTHEW M. MARTINEZ, ASSOC. AIA
222 AUSTIN HWY, SAN ANTONIO, TEXAS 78209
E: MMARTINEZ@JOHNGRABLE.COM
P: 210-820-3332 EX. 35
W: WWW.JOHNGRABLE.COM

---

**From:** Erick Key [mailto:ErickK@SBSLP.COM]
**Sent:** Wednesday, March 06, 2013 3:36 PM
**To:** Matthew Martinez
**Subject:** 4:00 pm

4 o'clock is good

ERICK KEY
SCHULTE BUILDING SYSTEMS
17600 BADTKE ROAD
HOCKLEY, TX 77447

877-257-2534
Project[]

| From: | Erick Key <ErickK@SBSLP.COM> |
| Sent: | Thursday, March 7, 2013 4:48 PM |
| To: | Matthew Martinez <mmartinez@johngrable.com> |
| Subject: | Material Tolerances |
| Attach: | 4557_001.pdf |

Matt,

Attached are the tolerances we work with in material.

Thanks,

ERICK KEY
SCHULTE BUILDING SYSTEMS
17600 BADTKE ROAD
HOCKLEY, TX 77447
877-257-2534
Project[]



DEFENDANT'S
EXHIBIT
82
SBS

4557_001.pdf

**Table 10.1**
**Cold-formed Structural Members**

| Formed Structural Members | | | |
|---|---|---|---|
| | Dimension | Tolerances | |
| | | + | - |
| Geometry | D | 3/16" | 3/16" |
| | B | 3/16" | 3/16" |
| | d | 3/8" | 1/8" |
| | $\theta_1$ | 3° | 3° |
| | $\theta_2$ | 5° | 5° |
| Hole Location | $E_1$ | 1/8" | 1/8" |
| | $E_2$ | 1/8" | 1/8" |
| | $E_3$ | 1/8" | 1/8" |
| | $S_1$ | 1/16" | 1/16" |
| | $S_2$ | 1/16" | 1/16" |
| | F | 1/8" | 1/8" |
| | P | 1/8" | 1/8" |
| Length (L) | | 1/8" | 1/8" |
| Camber (C) | | 1/4" x L (ft)/ 10 | |
| Minimum Thickness (t) | | 0.95 (Design t) | |

*IAS/MB/004*
*August 10, 2012*

**Figure 10.1**
**Cold-formed Structural Members**



*IAS/MB/004*
*August 10, 2012*

**Table 10.2**
**Built-up Structural Members**

| Built-up Structural Members | | | |
|---|---|---|---|
| | **Dimension** | **Tolerances** | |
| | | **+** | **-** |
| | a | 3°- 1/4" Max | 3°- 1/4" Max |
| | b | 1/4" | 1/4" |
| | d | 3/16" | 3/16" |
| | e | 1/8" | 1/8" |
| | c | D/72" | |
| | f | D/72" | |
| | E1 | 1/8" | 1/8" |
| | E2 | 1/8" | 1/8" |
| | E3 | 1/8" | 1/8" |
| | S1 | 1/16" | 1/16" |
| | S2 | 1/16" | 1/16" |
| | F | 1/8" | 1/8" |
| Length (L) | | 1/4" | 1/4" |
| Sweep (S) | | Runway Beams 1/8" x L(ft)/ 10 | |
| | | All Other members 1/4" x L(ft)/ 10 | |
| Camber (C) | | 1/4" x L(ft)/ 10 | |
| Splice Plates | $N_1$ | 1/8" | 1/8" |
| | $N_2$ | 3/16" | 3/16" |
| | $G_1$ | 1/16" | 1/16" |
| | $G_2$ | 1/16" | 1/16" |
| | H Up to 24" | 1/8" | 1/8" |
| | H 24" to 48" | 3/16" | 3/16" |
| | H Over 48" | 1/4" | 1/4" |
| | J | 1/4" | 1/4" |

14

## Figure 10.2(a)
## Built-up Structural Member



**Section AA**

## Figure 10.2(b)
## Built-up Structural Member



IAS/MB/004
August 10, 2012

Erick Key <ErickK@SBSLP.COM> 🖉                      March 7, 2013  4:46 PM
To: Matthew Martinez </O=MEX02/OU=EXCHANGE
ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/
CN=Mmartinez.johngrable.com_aa5dd8392>
Erection Tolerances

1 Attachment, 818 KB

Matt,

Attached are the erection tolerances.   Sorry for the way it comes out.   I had to copy it from a
manual.   I was trying to get it electronically but to no avail.

Call me with any questions.

Thank you,

ERICK KEY

SCHULTE BUILDING SYSTEMS

17600 BADTKE ROAD

HOCKLEY, TX 77447

877-257-2534

Project[]



4556_001.pdf (818 KB)



DEFENDANT'S
EXHIBIT
83
SBS

(d) ~~that this protection complies with applica~~ ~~being used by other trades; and,~~

(e) ~~Remove this~~ ~~is no longer~~ ~~quired~~ and return it to the ~~in the sa~~ ~~condition~~ ~~received~~

~~Safety~~ ~~protection for other trades~~ that are ~~not under the direct employment of the~~ Erector shall be ~~the responsibility~~ ~~of the Owner's Designated Representative for~~ ~~Construction.~~

~~7.11.4~~ ~~When permanent steel decking is used for protective flooring and is~~ installed by the Owner's Designated Representative for Construction, all such ~~work shall be~~ scheduled and ~~performed in a timely manner so as not to interfere with~~ or delay the work of the Fabricator or the Erector. The ~~sequence~~ of installation that ~~is~~ used shall meet all ~~safety regulations.~~

~~7.11.5~~ ~~Unless the integration and safety of~~ activities of others, ~~such as construction by~~ others or the storage of materials that belong to others, are ~~coordinated with the~~ work ~~of the Erector by the Owner's Designated Representative for Construction,~~ such activities shall not be permitted until the erection of the ~~Structural Steel~~ frame or portion thereof is ~~completed by the Erector and accepted by the~~ ~~Owner's Designated Representative for Construction.~~

~~7.12~~ **Structural Steel Frame Tolerances**
The accumulation of the ~~mill tolerances~~ and fabrication tolerances shall ~~not~~ cause the ~~erection tolerances to be exceeded.~~

**Commentary:**
~~In previous editions of this Code, steel plumbness~~ variations are ~~decided to~~ be within the limits of good practice when they do not exceed the ~~cumulative~~ effect ~~of rolling tolerances, fabricating tolerances and erection tolerances.~~ It ~~is~~ recogn~~ized in the current provision in this Section that accumulations of mill~~ tolerances and fabrication tolerances generally occur between the ~~locations at~~ which ~~erection tolerances are applied,~~ and not at the same locations.

**7.13. Erection Tolerances**
Erection tolerances shall be defined relative to member working points and working lines, which shall be defined as follows:

(a) For members other than horizontal members, the member work point shall be the actual center of the member at each end of the shipping piece.
(b) For horizontal members, the working point shall be the actual centerline of the top flange or top surface at each end.
(c) The member working line shall be the straight line that connects the member working points.

The substitution of other working points is permitted for ease of reference, provided they are based upon the above definitions.

The tolerances on Structural Steel erection shall be in accordance with the requirements in Sections 7.13.1 through 7.13.3.

**Commentary:**
The erection tolerances defined in this Section have been developed through long-standing usage as practical criteria for the erection of Structural Steel. Erection tolerances were first defined in the 1924 edition of this Code in Section 7(f), "Plumbing Up." With the changes that took place in the types and use of materials in building construction after World War II, and the increasing demand by Architects and Owners for more specific tolerances, AISC adopted new standards for erection tolerances in Section 7(h) of the March 15, 1959 edition of this Code. Experience has proven that those tolerances can be economically obtained.

Differential column shortening may be a consideration in design and construction. In some cases, it may occur due to variability in the accumulation of dead load among different columns (see Figure C-7.1). In other cases, it may be characteristic of the structural system that is employed in the design. Consideration of the effects of differential column shortening may be very important, such as when the slab thickness is reduced, when electrical and other similar fittings mounted on the Structural Steel are intended to be flush with the finished floor and when there is little clearance between bottoms of beams and the tops of door frames or ductwork.

Expansion and contraction in a Structural Steel frame may also be a consideration in the design and construction. Steel will expand or contract approximately 1/8 in. per 100 ft for each change of 15°F [2 mm per 10 000 mm for each change of 15°C] in temperature. This change in length can be assumed to act about the center of rigidity. When anchored to their foundations, end columns will be plumb only when the steel is at normal temperature (see Figure C-7.2). It is therefore necessary to correct field measurements of offsets to the structure from established baselines for the expansion or contraction of the exposed Structural Steel frame. For example, a 200-ft-long [60 000-m-long] building that is plumbed up at 100°F [38°C] should have working points at the tops of the end columns positioned 1/2 in. [14 mm] further apart than the working points at the corresponding bases in order for the columns to be plumb at 70°F [21°C]. Differential temperature effects on column length should also be taken into account in plumbing surveys when tall Structural Steel frames are subjected to sun exposure on one side.

The alignment of lintels, spandrels, wall supports and similar members that are used to connect other building construction units to the Structural Steel frame should have an adjustment of sufficient magnitude to allow for the accumulation of mill tolerances and fabrication tolerances, as well as the erection tolerances. See Figure C-7.3.

A      B

Splice elevation shown in Design Drawings

Finish Line

Finish Line

Finish Line

Finish Line

Shortening in column A due to partial dead load
Shortening in column B due to partial dead load
Differential column shortening

Beam elevation from finish line. See section 7.13.1.3

Floor elevation set by measurement from top of beams

Floor elevation set by measurement from top of beams

Beam elevation from finish line. See section 7.13.1.3

*Figure C-7.1. Effects of differential column shortening.*

When plumbing columns, apply a temperature adjustment at a rate of 1/8 in. per 100 ft. for each change of 15° F [2 mm per 10 000 mm for each change of 15° C] between the temperature at the time of erection and the working temperature.



*Figure C-7.2. Tolerances in plan location of column.*

7.13.1. The tolerances on position and alignment of member working points and working lines shall be as described in Sections 7.13.1.1 through 7.13.1.3.

7.13.1.1. For an individual column shipping piece, the angular variation of the working line from a plumb line shall be equal to or less than 1/500 of the distance between working points, subject to the following additional limitations:

(a) For an individual column shipping piece that is adjacent to an elevator shaft, the displacement of member working points shall be equal to or less than 1 in. [25 mm] from the Established Column Line in the first 20 stories. Above this level, an increase in the displacement of 1/32 in. [1 mm] is permitted for each additional story up to a maximum displacement of 2 in. [50 mm] from the Established Column Line.

(b) For an exterior individual column shipping piece, the displacement of member working points from the Established Column Line in the first 20 stories shall be equal to or less than 1 in. [25 mm] toward and 2 in. [50 mm] away from the building line. Above this level, an increase in the displacement of 1/16 in. [2 mm] is permitted for each additional story up to a maximum displacement of 2 in. [50 mm] toward and 3 in. [75 mm] away from the building line.



If facia joints are set from nearest column finish line, allow ±5/8 in. [16mm] for vertical adjustment. The entity responsible for the facia details must allow for progressive shortening of steel columns.

D= Tolerances required by manufacturer of wall units plus survey tolerances.

*Figure C-7.3. Clearance required to accommodate fascia.*

Commentary:
The limitations that are described in this Section and illustrated in Figures C-7.4 and C-7.5 make it possible to maintain built-in-place or prefabricated facades in a true vertical plane up to the 20th story, if Connections that provide for 3 in. [75 mm] of adjustment are used. Above the 20th story, the facade may be maintained within 1/16 in. [2 mm] per story with a maximum total deviation of 1 in. [25 mm] from a true vertical plane, if Connections that provide for 3 in. [75 mm] of adjustment are used. Connections that permit adjustments of plus 2 in. [50 mm] to minus 3 in. [75 mm] (5 in. [125 mm] total) will be necessary in cases where it is desired to construct the facade to a true vertical plane above the 20th story.

(c) For an exterior individual column shipping piece, the member working points at any splice level for multi-Tier buildings and at the tops of columns for single-Tier buildings shall fall within a horizontal envelope, parallel to the building line, that is equal to or less than 1 1/2 in. [38 mm] wide for buildings up to 300 ft [90 000 mm] in length. An increase in the width of this horizontal envelope of 1/2 in. [13 mm] is permitted for each additic 100 ft [30 000 m] in length up to a maximum width of 3 in. [75 mm].

Commentary:
This Section limits the position of exterior column working points at given splice elevation to a narrow horizontal envelope parallel to building line (see Figure C-7.6). This envelope is limited to a width of 1/2 in. [38 mm], normal to the building line, in up to 300 ft [90 000 mm building length. The horizontal location of this envelope is not necessa directly above or below the corresponding envelope at the adjacent sp elevations, but should be within the limitation of the 1 in 500 plumbr tolerance specified for the controlling columns (see Figure C-7.5)

(d) For an exterior column shipping piece, the displacement of mem working points from the Established Column Line, parallel to the build line, shall be equal to or less than 2 in. [50 mm] in the first 20 stor Above this level, an increase in the displacement of 1/16 in. [2 mm permitted for each additional story up to a maximum displacement of 3 [75 mm] parallel to the building line.

7.13.1.2. For members other than column shipping pieces, the following limitations sl apply:

(a) For a member that consists of an individual, straight shipping piece with field splices, other than a cantilevered member, the variation in alignm shall be acceptable if it is caused solely by variations in column alignm and/or primary supporting member alignment that are within permissible variations for the fabrication and erection of such members.

(b) For a member that consists of an individual, straight shipping piece t connects to a column, the variation in the distance from the mem working point to the upper finished splice line of the column shall be eq to or less than plus 3/16 in. [5 mm] and minus 5/16 in. [8 mm].

(c) For a member that consists of an individual shipping piece that does connect to a column, the variation in elevation shall be acceptable if i caused solely by the variations in the elevations of the supporting memb within the permissible variations for the fabrication and erection of th members.

(d) For a member that consists of an individual, straight shipping piece and t is a segment of a field assembled unit containing field splices betwe points of support, the plumbness, elevation and alignment shall acceptable, if the angular variation of the working line from the p alignment is equal to or less than 1/500 of the distance between worki points.



For enclosures or attachments that may follow column alignment.



For enclosures or attachments that must be held to precise plan location.

$L$ = Actual center to center of columns = plan dimensions $\pm$ column cross section tolerance of columns $\pm$ beam length tolerance.

$T_a$ = Plumbness tolerance away from building line (varies, see Fig. C-7.5)

$T_t$ = Plumbness tolerance toward building line (varies, see Fig. C-7.5)

$T_p$ = Plumbness tolerance parallel to building line (=$T_a$)

*Figure 7.4. Clearance required to accommodate accumulated column tolerance.*

*Code of Standard Practice for Steel Buildings and Bridges, March 18, 2005*



Individual pieces within envelope defined at left

Between brace points (usually stories)

Tolerance on location of W.P. at base.

Note: The plumb line through the base working point for an individual column is not necessarily the precise plan location because Sect. 7.13.1.1 deals only with plumbness tolerances and does not include inaccuracies in location of the Established Column Line, foundations and anchor rods beyond the Erector's control

*Figure C-7.5. Exterior column plumbness tolerances normal    uilding line.*

*Code of Standard Practice for Steel Buildings and Bridges, March 18, 2005*



Maximum envelope for working points of all columns at any given elevation E=1 1/2 in. [ 38 mm ] for up to 300 ft. [ 90 000 mm ] of length; add 1/2 in. [ 13 mm ] for each 100 ft. [ 30 000 mm ] of length with 3 in. [ 75 mm ] max. total.

Column plumbness tolerance - See Figures C-7.4 and C-7.5

$\leftarrow\!\!\rightarrow$ Indicates column working points

At any splice elevation, envelope "E" is located within the limits $T_a$ and $T_t$
At any splice elevation, envelope "E" may be located offset from the corresponding envelope at the adjacent splice elevations, above and below, by an amount not greater than $\frac{1}{500}$ of the column length.

*Figure C-7.6. Tolerances in plan at any splice elevation of exterior columns.*

(e) For a cantilevered member that consists of an individual, straight shipping piece, the plumbness, elevation and alignment shall be acceptable if the angular variation of the working line from a straight line that is extended in the plan direction from the working point at its supported end is equal to or less than 1/500 of the distance from the working point at the free end.

(f) For a member of irregular shape, the plumbness, elevation and alignment shall be acceptable if the fabricated member is within its tolerances and the members that support it are within the tolerances specified in this Code.

Commentary:
The angular misalignment of the working line of all fabricated shipping pieces relative to the line between support points of the member as a whole in erected position must not exceed 1 in 500. Note that the tolerance is not stated in terms of a linear displacement at any point and is not to be taken as the overall length between supports divided by 500. Typical examples are

shown in Figure C-7.7. Numerous conditions within tolerance for these and other cases are possible. This condition applies to both plan and elevation tolerances.

(g) For a member that is fully assembled in the field in an unstressed condition the same tolerances shall apply as if fully assembled in the shop.

(h) For a member that is field-assembled, element-by-element in place temporary support shall be used or an alternative erection plan shall be submitted to the Owner's Designated Representatives for Design and Construction. The tolerance in Section 7.13.1.2(d) shall be met in the supported condition with working points taken at the point(s) of temporary support.

Commentary:
Trusses fabricated and erected as a unit or as an assembly of truss segments normally have excellent controls on vertical position regardless of fabrication and erection techniques. However, a truss fabricated and erected by assembling individual components in place in the field is potentially more sensitive to deflections of the individual truss components and the partially completed work during erection, particularly the chord members. In such a case, the erection process should follow an erection plan that addresses this issue.

7.13.1.3. For members that are identified as Adjustable Items by the Owner's Designated Representative for Design in the Contract Documents, the Fabricator shall provide adjustable Connections for these members to the supporting Structural Steel frame. Otherwise, the Fabricator is permitted to provide non-adjustable Connections. When Adjustable Items are specified, the Owner's Designated Representative for Design shall indicate the total adjustability that is required for the proper alignment of these supports for other trades. The variation in the position and alignment of Adjustable Items shall be as follows:

(a) The variation in the vertical distance from the upper finished splice line of the nearest column to the support location specified in the structural Design Drawings shall be equal to or less than plus or minus 3/8 in. [10 mm].

(b) The variation in the horizontal distance from the established finish line at the particular floor shall be equal to or less than plus or minus 3/8 in. [10 mm].

(c) The variation in vertical and horizontal alignment at the abutting ends of Adjustable Items shall be equal to or less than plus or minus 3/16 in. [5 mm].



+ Support Points
● Field Splices

*Figure C-7.7. Alignment tolerances for members with field splices.*

**Commentary:**
When the alignment of lintels, wall supports, curb angles, mullions and similar supporting members for the use of other trades is required to be closer than that permitted by the foregoing tolerances for Structural Steel, the Owner's Designated Representative for Design must identify such items in the Contract Documents as Adjustable Items.

7.13.2. In the design of steel structures, the Owner's Designated Representative for Design shall provide for the necessary clearances and adjustments for material furnished by other trades to accommodate the mill tolerances, fabrication tolerances and erection tolerances in this Code for the Structural Steel frame.

**Commentary:**
In spite of all efforts to minimize inaccuracies, deviations will still exist; therefore, in addition, the designs of prefabricated wall panels, partition panels, fenestrations, floor-to-ceiling door frames and similar elements must provide for clearance and details for adjustment as described in Section 7.13.2. Designs must provide for adjustment in the vertical dimension of prefabricated facade panels that are supported by the Structural Steel frame because the accumulation of shortening of loaded steel columns will result in the unstressed facade supported at each floor level being higher than the Structural Steel framing to

which it must be attached. Observations in the field have shown that where a heavy facade is erected to a greater height on one side of a multistory building than on the other, the Structural Steel framing will be pulled out of alignment Facades should be erected at a relatively uniform rate around the perimeter of the structure.

7.13.3. Prior to placing or applying any other materials, the Owner's Designated Representative for Construction shall determine that the location of the Structural Steel is acceptable for plumbness, elevation and alignment. The Erector shall be given either timely notice of acceptance by the Owner's Designated Representative for Construction, or a listing of specific items that are to be corrected in order to obtain acceptance. Such notice shall be rendered promptly upon completion of any part of the work and prior to the start of work by other trades that may be supported, attached or applied to the Structural Steel frame.

7.14. **Correction of Errors**
The correction of minor misfits by moderate amounts of reaming, grinding, welding or cutting, and the drawing of elements into line with drift pins, shall be considered to be normal erection operations. Errors that cannot be corrected using the foregoing means, or that require major changes in member or Connection configuration, shall be promptly reported to the Owner's Designated Representatives for Design and Construction and the Fabricator by the Erector, to enable the responsible entity to either correct the error or approve the most efficient and economical method of correction to be used by others.

**Commentary:**
As used in this Section, the term "moderate" refers to the amount of reaming, grinding, welding or cutting that must be done on the project as a whole, not the amount that is required at an individual location. It is not intended to address limitations on the amount of material that is removed by reaming, at an individual bolt hole, for example, which is limited by the bolt-hole size and tolerance requirements in the AISC and RCSC Specifications.

7.15. **Cuts, Alterations and Holes for Other Trades**
Neither the Fabricator nor the Erector shall cut, drill or otherwise alter their work, nor the work of other trades, to accommodate other trades, unless such work is clearly specified in the Contract Documents. When such work is so specified, the Owner's Designated Representatives for Design and Construction shall furnish complete information as to materials, size, location and number of alterations in a timely manner so as not to delay the preparation of Shop and Erection Drawings.

7.16. **Handling and Storage**
The Erector shall take reasonable care in the proper handling and storage of the Structural Steel during erection operations to avoid the accumulation of excess

| From: | Matthew Martinez </o=mex02/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=mmartinez.johngrable.com_aa5dd8392> |
|---|---|
| Sent: | Friday, March 8, 2013 10:27 AM |
| To: | 'Daniel Boddie' <danielb@bodenllc.com>; 'Thomas Pittman' <TPittman@lewisenergy.com> |
| Cc: | John Grable <jgrable@johngrable.com> |
| Subject: | METAL BLDG AND MATERIAL TOLERANCES |
| Attach: | 4557_001.pdf; 4556_001.pdf |

TEAM, PLEASE FIND ATTACHED PDFS OF ALLOWABLE TOLERANCES FOR MATERIALS AND PEMB ERECTION STANDARDS SUPPLIED BY SCHULTE, THANKS

 -MATT

# JOHN GRABLE
A R C H I T E C T S  ·  I N C

MATTHEW M. MARTINEZ, ASSOC. AIA
222 AUSTIN HWY, SAN ANTONIO, TEXAS 78209
E: MMARTINEZ@JOHNGRABLE.COM
P: 210-820-3332 EX. 35
W: WWW.JOHNGRABLE.COM


DEFENDANT'S
EXHIBIT
84
SBS

4557_001.pdf

**Table 10.1**
**Cold-formed Structural Members**

| Formed Structural Members | | | |
|---|---|---|---|
| | Dimension | Tolerances | |
| | | + | – |
| Geometry | D | 3/16" | 3/16" |
| | B | 3/16" | 3/16" |
| | d | 3/8" | 1/8" |
| | $\theta_1$ | 3° | 3° |
| | $\theta_2$ | 5° | 5° |
| Hole Location | $E_1$ | 1/8" | 1/8" |
| | $E_2$ | 1/8" | 1/8" |
| | $E_3$ | 1/8" | 1/8" |
| | $S_1$ | 1/16" | 1/16" |
| | $S_2$ | 1/16" | 1/16" |
| | F | 1/8" | 1/8" |
| | P | 1/8" | 1/8" |
| Length (L) | | 1/8" | 1/8" |
| Camber (C) | | 1/4" x L (ft)/ 10 | |
| Minimum Thickness (t) | | 0.95 (Design t) | |

*IAS/MB/004*
*August 10, 2012*

## Figure 10.1
## Cold-formed Structural Members



*IAS/MB/004*
*August 10, 2012*

**Table 10.2**
**Built-up Structural Members**

| Built-up Structural Members | | | | |
|---|---|---|---|---|
| | | Dimension | Tolerances | |
| | | | + | − |
| | | a | 3°- 1/4" Max | 3°- 1/4" Max |
| | | b | 1/4" | 1/4" |
| | | d | 3/16" | 3/16" |
| | | e | 1/8" | 1/8" |
| | | c | D/72" | |
| | | f | D/72" | |
| | | E1 | 1/8" | 1/8" |
| | | E2 | 1/8" | 1/8" |
| | | E3 | 1/8" | 1/8" |
| | | S1 | 1/16" | 1/16" |
| | | S2 | 1/16" | 1/16" |
| | | F | 1/8" | 1/8" |
| | Length (L) | | 1/4" | 1/4" |
| | Sweep (S) | | Runway Beams 1/8" x  L(ft)/ 10 | |
| | | | All Other members 1/4" x  L(ft)/ 10 | |
| | Camber (C) | | 1/4" x  L(ft)/ 10 | |
| Splice Plates | | $N_1$ | 1/8" | 1/8" |
| | | $N_2$ | 3/16" | 3/16" |
| | | $G_1$ | 1/16" | 1/16" |
| | | $G_2$ | 1/16" | 1/16" |
| | H | Up to 24" | 1/8" | 1/8" |
| | | 24" to 48" | 3/16" | 3/16" |
| | | Over 48" | 1/4" | 1/4" |
| | J | | 1/4" | 1/4" |

*IAS/MB/004*
*August 10, 2012*

## Figure 10.2(a)
## Built-up Structural Member



**Section AA**

*IAS/MB/004*
*August 10, 2012*

## Figure 10.2(b)
## Built-up Structural Member



IAS/MB/004
August 10, 2012

4556_001.pdf

(d) Ensure that this protection complies with applicable safety regulations being used by other trades; and,

(e) Remove this protection when it is no longer required and return it to the ~~Erector in the same condition as it was received.~~

Safety protection for other trades that are not under the direct employment of the Erector shall be the responsibility of the Owner's Designated Representative for Construction.

7.11.4 When permanent steel decking is used for protective flooring and is installed by the Owner's Designated Representative for Construction, all such work shall be scheduled and performed in a timely manner so as not to interfere with or delay the work of the Fabricator or the Erector. The sequence of installation that is used shall meet all safety regulations.

7.11.5 Unless the ~~protection and safety~~ of activities of others, such as construction by others or the storage of materials that belong to others, are coordinated with the work of the Erector by the Owner's Designated Representative for Construction, such activities shall not be permitted until the erection of the Structural Steel frame or portion thereof is completed by the Erector and accepted by the Owner's Designated Representative for Construction.

### 7.12. Structural Steel Frame Tolerances

The accumulation of the mill tolerances and fabrication tolerances shall not cause the erection tolerances to be exceeded.

**Commentary:**
In ~~accordance with good practice, mill and fabricating~~ variations are deemed to be within the limits of good practice when they do not exceed the cumulative effect of rolling tolerances, fabricating tolerances and erection tolerances. It is recognized in the current provision in this Section that accumulations of mill tolerances and fabrication tolerances generally occur between the locations at which erection tolerances are applied, and not at the same locations.

### 7.13. Erection Tolerances

Erection tolerances shall be defined relative to member working points and working lines, which shall be defined as follows:

(a) For members other than horizontal members, the member work point shall be the actual center of the member at each end of the shipping piece.

(b) For horizontal members, the working point shall be the actual centerline of the top flange or top surface at each end.

(c) The member working line shall be the straight line that connects the member working points.

The substitution of other working points is permitted for ease of reference, provided they are based upon the above definitions.

The tolerances on Structural Steel erection shall be in accordance with the requirements in Sections 7.13.1 through 7.13.3.

**Commentary:**
The erection tolerances defined in this Section have been developed through long-standing usage as practical criteria for the erection of Structural Steel. Erection tolerances were first defined in the 1924 edition of this Code in Section 7(f), "Plumbing Up." With the changes that took place in the types and use of materials in building construction after World War II, and the increasing demand by Architects and Owners for more specific tolerances, AISC adopted new standards for erection tolerances in Section 7(h) of the March 15, 1959 edition of this Code. Experience has proven that those tolerances can be economically obtained.

Differential column shortening may be a consideration in design and construction. In some cases, it may occur due to variability in the accumulation of dead load among different columns (see Figure C-7.1). In other cases, it may be characteristic of the structural system that is employed in the design. Consideration of the effects of differential column shortening may be very important, such as when the slab thickness is reduced, when electrical and other similar fittings mounted on the Structural Steel are intended to be flush with the finished floor and when there is little clearance between bottoms of beams and the tops of door frames or ductwork.

Expansion and contraction in a Structural Steel frame may also be a consideration in the design and construction. Steel will expand or contract approximately 1/8 in. per 100 ft for each change of 15°F [2 mm per 10 000 mm for each change of 15°C] in temperature. This change in length can be assumed to act about the center of rigidity. When anchored to their foundations, end columns will be plumb only when the steel is at normal temperature (see Figure C-7.2). It is therefore necessary to correct field measurements of offsets to the structure from established baselines for the expansion or contraction of the exposed Structural Steel frame. For example, a 200-ft-long [60 000-m-long] building that is plumbed up at 100°F [38°C] should have working points at the tops of the end columns positioned 1/2 in. [14 mm] further apart than the working points at the corresponding bases in order for the columns to be plumb at 70°F [21°C]. Differential temperature effects on column length should also be taken into account in plumbing surveys when tall Structural Steel frames are subjected to sun exposure on one side.

The alignment of lintels, spandrels, wall supports and similar members that are used to connect other building construction units to the Structural Steel frame should have an adjustment of sufficient magnitude to allow for the accumulation of mill tolerances and fabrication tolerances, as well as the erection tolerances. See Figure C-7.3.

A    B

Splice elevation shown in Design Drawings

Finish Line

Finish Line

Shortening in column A due to partial dead load

Shortening in column B due to partial dead load

Differential column shortening

Beam elevation from finish line. See section 7.13.1.3

Floor elevation set by measurement from top of beams

Finish Line

Finish Line

Floor elevation set by measurement from top of beams

Beam elevation from finish line. See section 7.13.1.3

Figure C-7.1. Effects of differential column shortening.

When plumbing columns, apply a temperature adjustment at a rate of 1/8 in. per 100 ft. for each change of 15° F [2 mm per 10 000 mm for each change of 15° C] between the temperature at the time of erection and the working temperature.



Figure C-7.2. Tolerances in plan location of column.

7.13.1. The tolerances on position and alignment of member working points and working lines shall be as described in Sections 7.13.1.1 through 7.13.1.3.

7.13.1.1. For an individual column shipping piece, the angular variation of the working line from a plumb line shall be equal to or less than 1/500 of the distance between working points, subject to the following additional limitations:

(a) For an individual column shipping piece that is adjacent to an elevator shaft, the displacement of member working points shall be equal to or less than 1 in. [25 mm] from the Established Column Line in the first 20 stories. Above this level, an increase in the displacement of 1/32 in. [1 mm] is permitted for each additional story up to a maximum displacement of 2 in. [50 mm] from the Established Column Line.

(b) For an exterior individual column shipping piece, the displacement of member working points from the Established Column Line in the first 20 stories shall be equal to or less than 1 in. [25 mm] toward and 2 in. [50 mm] away from the building line. Above this level, an increase in the displacement of 1/16 in. [2 mm] is permitted for each additional story up to a maximum displacement of 2 in. [50 mm] toward and 3 in. [75 mm] away from the building line.



*Figure C-7.3. Clearance required to accommodate fascia.*

**Commentary:**
The limitations that are described in this Section and illustrated in Figures C-7.4 and C-7.5 make it possible to maintain built-in-place or prefabricated facades in a true vertical plane up to the 20th story, if Connections that provide for 3 in. [75 mm] of adjustment are used. Above the 20th story, the facade may be maintained within 1/16 in. [2 mm] per story with a maximum total deviation of 1 in. [25 mm] from a true vertical plane, if Connections that provide for 3 in. [75 mm] of adjustment are used. Connections that permit adjustments of plus 2 in. [50 mm] to minus 3 in. [75 mm] (5 in. [125 mm] total) will be necessary in cases where it is desired to construct the facade to a true vertical plane above the 20th story.

(c) For an exterior individual column shipping piece, the member working points at any splice level for multi-Tier buildings and at the tops of columns for single-Tier buildings shall fall within a horizontal envelope, parallel to the building line, that is equal to or less than 1 1/2 in. [38 mm] wide for buildings up to 300 ft [90 000 mm] in length. An increase in the width of

this horizontal envelope of 1/2 in. [13 mm] is permitted for each addition 100 ft [30 000 m] in length up to a maximum width of 3 in. [75 mm].

**Commentary:**
This Section limits the position of exterior column working points at a given splice elevation to a narrow horizontal envelope parallel to building line (see Figure C-7.6). This envelope is limited to a width of 1/2 in. [38 mm] normal to the building line, in up to 500 ft [90 000 mm] building length. The horizontal location of this envelope is not necessar directly above or below the corresponding envelope at the adjacent spli elevations, but should be within the limitation of the 1 in 500 plumbne tolerance specified for the controlling columns (see Figure C-7.5).

(d) For an exterior column shipping piece, the displacement of memb working points from the Established Column Line, parallel to the buildi line, shall be equal to or less than 2 in. [50 mm] in the first 20 stori Above this level, an increase in the displacement of 1/16 in. [2 mm] permitted for each additional story up to a maximum displacement of 3 i [75 mm] parallel to the building line.

7.13.1.2. For members other than column shipping pieces, the following limitations sh apply:

(a) For a member that consists of an individual, straight shipping piece witho field splices, other than a cantilevered member, the variation in alignme shall be acceptable if it is caused solely by variations in column alignme and/or primary supporting member alignment that are within t permissible variations for the fabrication and erection of such members.

(b) For a member that consists of an individual, straight shipping piece th connects to a column, the variation in the distance from the memb working point to the upper finished splice line of the column shall be equ to or less than plus 3/16 in. [5 mm] and minus 5/16 in. [8 mm].

(c) For a member that consists of an individual shipping piece that does n connect to a column, the variation in elevation shall be acceptable if it caused solely by the variations in the elevations of the supporting membe within the permissible variations for the fabrication and erection of tho members.

(d) For a member that consists of an individual, straight shipping piece and th is a segment of a field assembled unit containing field splices betwee points of support, the plumbness, elevation and alignment shall t acceptable if the angular variation of the working line from the pl alignment is equal to or less than 1/500 of the distance between workir points.

16.3-48



For enclosures or attachments that
may follow column alignment.



For enclosures or attachments that
must be held to precise plan location.

$L$ = Actual center to center of columns = plan dimensions $\pm$ column
    cross section tolerance of columns $\pm$ beam length tolerance.

$T_a$ = Plumbness tolerance away from building line (varies, see Fig. C-7.5)

$T_t$ = Plumbness tolerance toward building line (varies, see Fig. C-7.5)

$T_p$ = Plumbness tolerance parallel to building line (=$T_a$)

*Figure C-7.4. Clearance required to accommodate accumulated column tolerance.*

16.3-4



Note: The plumb line through the base working point for an individual column
is not necessarily the precise plan location because Sect. 7.13.1.1 deals only
with plumbness tolerances and does not include inaccuracies in location of the
Established Column Line, foundations and anchor rods beyond the Erector's control

*Figure C-7.5. Exterior column plumbness tolerances normal to building line.*



Maximum envelope for working points of all columns at any given elevation E=1 1/2 in. [ 38 mm ] for up to 300 ft. [ 90 000 mm ] of length; add 1/2 in. [ 13 mm ] for each 100 ft. [ 30 000 mm ] of length with 3 in. [ 75 mm ] max. total.

Column plumbness tolerance - See Figures C-7.4 and C-7.5

-+- Indicates column working points

At any splice elevation, envelope "E" is located within the limits $T_a$ and $T_t$

At any splice elevation, envelope "E" may be located offset from the corresponding envelope at the adjacent splice elevations, above and below, by an amount not greater than $\frac{1}{500}$ of the column length.

*Figure C-7.6. Tolerances in plan at any splice elevation of exterior columns.*

(e) For a cantilevered member that consists of an individual, straight shipping piece, the plumbness, elevation and alignment shall be acceptable if the angular variation of the working line from a straight line that is extended in the plan direction from the working point at its supported end is equal to or less than 1/500 of the distance from the working point at the free end.

(f) For a member of irregular shape, the plumbness, elevation and alignment shall be acceptable if the fabricated member is within its tolerances and the members that support it are within the tolerances specified in this Code.

Commentary:
The angular misalignment of the working line of all fabricated shipping pieces relative to the line between support points of the member as a whole in erected position must not exceed 1 in 500. Note that the tolerance is not stated in terms of a linear displacement at any point and is not to be taken as the overall length between supports divided by 500. Typical examples are

shown in Figure C-7.7. Numerous conditions within tolerance for these and other cases are possible. This condition applies to both plan and elevation tolerances.

(g) For a member that is fully assembled in the field in an unstressed condition, the same tolerances shall apply as if fully assembled in the shop.

(h) For a member that is field-assembled, element-by-element in place, temporary support shall be used or an alternative erection plan shall be submitted to the Owner's Designated Representatives for Design and Construction. The tolerance in Section 7.13.1.2(d) shall be met in the supported condition with working points taken at the point(s) of temporary support.

Commentary:
Trusses fabricated and erected as a unit or as an assembly of truss segments normally have excellent controls on vertical position regardless of fabrication and erection techniques. However, a truss fabricated and erected by assembling individual components in place in the field is potentially more sensitive to deflections of the individual truss components and the partially completed work during erection, particularly the chord members. In such a case, the erection process should follow an erection plan that addresses this issue.

7.13.1.3. For members that are identified as Adjustable Items by the Owner's Designated Representative for Design in the Contract Documents, the Fabricator shall provide adjustable Connections for these members to the supporting Structural Steel frame. Otherwise, the Fabricator is permitted to provide non-adjustable Connections. When Adjustable Items are specified, the Owner's Designated Representative for Design shall indicate the total adjustability that is required for the proper alignment of these supports for other trades. The variation in the position and alignment of Adjustable Items shall be as follows:

(a) The variation in the vertical distance from the upper finished splice line of the nearest column to the support location specified in the structural Design Drawings shall be equal to or less than plus or minus 3/8 in. [10 mm].

(b) The variation in the horizontal distance from the established finish line at the particular floor shall be equal to or less than plus or minus 3/8 in. [10 mm].

(c) The variation in vertical and horizontal alignment at the abutting ends of Adjustable Items shall be equal to or less than plus or minus 3/16 in. [5 mm].



+ Support Points

● Field Splices

*Figure C-7.7. Alignment tolerances for members with field splices.*

**Commentary:**
When the alignment of lintels, wall supports, curb angles, mullions and similar supporting members for the use of other trades is required to be closer than that permitted by the foregoing tolerances for Structural Steel, the Owner's Designated Representative for Design must identify such items in the Contract Documents as Adjustable Items.

7.13.2. In the design of steel structures, the Owner's Designated Representative for Design shall provide for the necessary clearances and adjustments for material furnished by other trades to accommodate the mill tolerances, fabrication tolerances and erection tolerances in this Code for the Structural Steel frame.

**Commentary:**
In spite of all efforts to minimize inaccuracies, deviations will still exist; therefore, in addition, the designs of prefabricated wall panels, partition panels, fenestrations, floor-to-ceiling door frames and similar elements must provide for clearance and details for adjustment as described in Section 7.13.2. Designs must provide for adjustment in the vertical dimension of prefabricated facade panels that are supported by the Structural Steel frame because the accumulation of shortening of loaded steel columns will result in the unstressed facade supported at each floor level being higher than the Structural Steel framing to

**Commentary (top right):**
which it must be attached. Observations in the field have shown that where a heavy facade is erected to a greater height on one side of a multistory building than on the other, the Structural Steel framing will be pulled out of alignment. Facades should be erected at a relatively uniform rate around the perimeter of the structure.

7.13.3. Prior to placing or applying any other materials, the Owner's Designated Representative for Construction shall determine that the location of the Structural Steel is acceptable for plumbness, elevation and alignment. The Erector shall be given either timely notice of acceptance by the Owner's Designated Representative for Construction, or a listing of specific items that are to be corrected in order to obtain acceptance. Such notice shall be rendered promptly upon completion of any part of the work and prior to the start of work by other trades that may be supported, attached or applied to the Structural Steel frame.

7.14. **Correction of Errors**
The correction of minor misfits by moderate amounts of reaming, grinding, welding or cutting, and the drawing of elements into line with drift pins, shall be considered to be normal erection operations. Errors that cannot be corrected using the foregoing means, or that require major changes in member or Connection configuration, shall be promptly reported to the Owner's Designated Representatives for Design and Construction and the Fabricator by the Erector, to enable the responsible entity to either correct the error or approve the most efficient and economical method of correction to be used by others.

**Commentary:**
As used in this Section, the term "moderate" refers to the amount of reaming, grinding, welding or cutting that must be done on the project as a whole, not the amount that is required at an individual location. It is not intended to address limitations on the amount of material that is removed by reaming, at an individual bolt hole, for example, which is limited by the bolt-hole size and tolerance requirements in the AISC and RCSC Specifications.

7.15. **Cuts, Alterations and Holes for Other Trades**
Neither the Fabricator nor the Erector shall cut, drill or otherwise alter their work, nor the work of other trades, to accommodate other trades, unless such work is clearly specified in the Contract Documents. When such work is so specified, the Owner's Designated Representatives for Design and Construction shall furnish complete information as to materials, size, location and number of alterations in a timely manner so as not to delay the preparation of Shop and Erection Drawings.

7.16. **Handling and Storage**
The Erector shall take reasonable care in the proper handling and storage of the Structural Steel during erection operations to avoid the accumulation of excess

Matthew Martinez </o=mex02/ou=Exchange Administrative Group   March 19, 2013   12:20 PM
(FYDIBOHF23SPDLT)/cn=Recipients/
cn=mmartinez.johngrable.com_aa5dd8392>
To: Erick Key <ErickK@SBSLP.COM>
RE: Material Tolerances

1 Attachment, 4 KB

HEY ERICK, I HAD A QUESTION REGARDING THE MOTOR FOR THE HANGAR DOORS, IS
THAT SOMETHING TYPICALLY INCLUDED IN THE METAL BUILDING? IF NOT HOW
COULD I GO ABOUT DEFINING A SPEC FOR THAT? IS THERE A MANUFACTURER OR
SOMETHING YOU OR YOUR ENGINNER COULD SPEC, SINCE IT 'S A SCHULTE DOOR?



MATTHEW M. MARTINEZ, ASSOC. AIA

222 AUSTIN HWY, SAN ANTONIO, TEXAS 78209

E: MMARTINEZ@JOHNGRABLE.COM

P: 210-820-3332 EX. 35

W: WWW.JOHNGRABLE.COM

**From:** Erick Key [mailto:ErickK@SBSLP.COM]
**Sent:** Thursday, March 07, 2013 4:48 PM
**To:** Matthew Martinez
**Subject:** Material Tolerances

Matt,

Attached are the tolerances we work with in material.

Thanks,



DEFENDANT'S
EXHIBIT
85
SBS

ERICK KEY

SCHULTE BUILDING SYSTEMS

17600 BADTKE ROAD

HOCKLEY, TX 77447

877-257-2534

Project[]

JOHN GRABLE
ARCHITECTS · INC

John Grable </O=MEX02/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/ CN=JGRABLE.JOHNGRABLE.COM_55280B3AB>    March 21, 2013  9:18 AM

To: Daniel Boddie <danielb@bodenllc.com>
Cc: Matthew Martinez </O=MEX02/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Mmartinez.johngrable.com_aa5dd8392>
Re: Off the top of my head

---

Daniel
Matt is calling Schulte Building Systems to verify proper door dimensions
We will have an answer this am
Plan on moving out

Sent from my iPad

On Mar 21, 2013, at 9:10 AM, "Daniel Boddie" <danielb@bodenllc.com> wrote:

> We have the south side paving extension formed up at 50'.  Rebar is onsite.  Please advise quickly as the longer we wait- the more cost we are going to incur.
>
> **Daniel Boddie** | Partner
> BoDen, LLC  |  210.885.9537 Cell |
> 11550 I.H. 10 West, Suite  395A San Antonio, TX 78230
>
> On Mar 21, 2013, at 8:58 AM, Matthew Martinez <mmartinez@johngrable.com> wrote:
>
>> hey Daniel, now that I think about it we never accounted for the possible 3 feet of extension for the door pockets because we never knew the actual number, so now would be the time to move the outside lines of the side ramps out 3 feet to accommodate for that pocket expansion. This will make the overall width of the ramps 53 feet, but I don't think that's hurting anything. Let me know what you think
>>
>> Sent from MobileMatt



DEFENDANT'S
EXHIBIT
86
SBS

**From:** Matthew Martinez </O=MEX02/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=MMARTINEZ.JOHNGRABLE.COM_AA5DD8392>

**Sent:** Thursday, March 21, 2013 1:53 PM

**To:** danielb@bodenllc.com

**Subject:** Re: LATERALL WALL GIRT UPDATE

---

I wanted to try to get you an accurate direction, but we agreed to say "top of girt flush w/ bottom of clerestory window sill" unless the rough opening hasn't been framed, in which case we can say "aligned w rear wall high girts" and then we can adjust the window size . .

Sent from MobileMatt

-------- Original message --------
From: Daniel Boddie <danielb@bodenllc.com>
Date: 03/21/2013 13:48 (GMT-06:00)
To: Matthew Martinez <mmartinez@johngrable.com>
Subject: Re: LATERALL WALL GIRT UPDATE

Did we ever get a final elevation on this?

**From:** Matthew Martinez <mmartinez@johngrable.com>
**Date:** Tuesday, February 26, 2013 11:27 AM
**To:** Erick Key <ErickK@SBSLP.COM>
**Cc:** Daniel Boddie <danielb@bodenllc.com>
**Subject:** RE: LATERALL WALL GIRT UPDATE

ERICK,
        THIS IS DEFINITELY DOABLE, WE WOULD LIKE TO PROPOSE TO MOVE ALL SIDE WALL HIGH SPANDRELS TO ALIGN WITH THE HIGH SPANDRELS ON THE HANGAR BACK WALL. SHOP DRAWINGS SHOW A CL HT. OF 27'-6", SO WE WOULD LIKE TO SET ALL GIRTS TO THIS HEIGHT. I, SUBBMITING THIS EMAIL WITH AN RFI WE RECEIVED FROM THE GC, WE HAVE TO ASK FOR SOME SIGNED APPROVAL AND DIRECTIONS FOR THIS ADJUSTMENT FROM SCHULTE'S ENGINEER TO GET THIS GOING. THANKS FOR YOUR HELP ERICK, TALK TO YOU SOON.
        THANKS
                -MATT
        SEE ATTACHED PIC OF THIS CONDITION AND A GRAPHIC SHOWING THE ALIGNMENT.



JOHN GRABLE
A R C H I T E C T S - I N C

MATTHEW M. MARTINEZ, ASSOC. AIA
222 AUSTIN HWY, SAN ANTONIO, TEXAS 78209
E: MMARTINEZ@JOHNGRABLE.COM
P: 210-820-3332 EX. 35
W: WWW.JOHNGRABLE.COM


DEFENDANT'S
EXHIBIT
87
SBS

**From:** Erick Key [mailto:ErickK@SBSLP.COM]
**Sent:** Monday, February 25, 2013 9:51 AM
**To:** Matthew Martinez
**Subject:** RE: LATERALL WALL GIRT UPDATE

Matt,

The spandrels cannot be removed but they can be moved. After the engineer looked at the picture, his question was, can you move them to the bottom of the window opening?
This would allow for them to be moved easier due to not having the x-bracing connection to deal with.

Call me with any questions.

ERICK KEY
SCHULTE BUILDING SYSTEMS
17600 BADTKE ROAD
HOCKLEY, TX 77447
877-257-2534
Project[]

---

**From:** Matthew Martinez [mailto:mmartinez@johngrable.com]
**Sent:** Monday, February 25, 2013 9:22 AM
**To:** Erick Key
**Subject:** LATERALL WALL GIRT UPDATE

GOOD MORNING ERICK, JUST WANTED TO CHECK IN, I COULD REALLY USE AN UPDATE ON INFO YOU MAY HAVE REGARDING THE RAISING OR REMOVAL OF THE GIRTS WE DISCUSSED ON THURSDAY, THANKS
　　　-MATT

# JOHN GRABLE
### A R C H I T E C T S · I N C

MATTHEW M. MARTINEZ, ASSOC. AIA
222 AUSTIN HWY, SAN ANTONIO, TEXAS 78209
E: MMARTINEZ@JOHNGRABLE.COM
P: 210-820-3332 EX. 35
W: WWW.JOHNGRABLE.COM

| From: | Xavier Cantu <xcantu@johngrable.com> |
|---|---|
| Sent: | Tuesday, March 26, 2013 11:02 AM |
| To: | ErickK@SBSLP.COM |
| Cc: | Matthew Martinez <mmartinez@johngrable.com> |
| Subject: | Door Leaf at Hanger Door. |
| Attach: | SBS - DIAGRAM 1.jpg; SBS - DIAGRAM 2.jpg |

Good Morning Eric,

Please see attached diagrams.

We need your approval for changes that are required for the door leafs at the Hanger. We want the metal paneling to horizontal and not vertical, as it is currently shown.

Can you approve our changes and if required, make the appropriate suggestions?

Thank you,



**JOHN GRABLE**
A R C H I T E C T S · I N C

XAVIER CANTU
  222 AUSTIN HWY #1, SAN ANTONIO, TEXAS 78209
  E: XCANTU@JOHNGRABLE.COM
  P: 210-820-3332 EX. 34
  W: WWW.JOHNGRABLE.COM



DEFENDANT'S
EXHIBIT
88
SBS

SBS - DIAGRAM 1.jpg



HORIZONTAL Z PURLINS ROTATED
TO VERTICAL TO SUPPORT
HORIZONTAL METAL PANELING

HORIZONTAL Z PURLINS ROTATED
TO VERTICAL TO SUPPORT
HORIZONTAL METAL PANELING

SECTION "X"

SECTION "Y"

SBS - DIAGRAM 2.jpg



ROTATE PBR PANEL TO RUN HORIZONTAL

ROTATE PBR PANEL TO RUN HORIZONTAL

ROTATE PBR PANEL TO RUN HORIZONTAL

ROTATE PBR PANEL TO RUN HORIZONTAL

ROTATE PBR PANEL TO RUN HORIZONTAL

ROTATE Z PURLINS TO SUPPORT HORIZONTAL PBR PANELING. ADD SUPPORT WHERE NEEDED

| From: | Erick Key <ErickK@SBSLP.COM> |
|---|---|
| Sent: | Tuesday, March 26, 2013 11:30 AM |
| To: | Xavier Cantu <xcantu@johngrable.com> |
| Cc: | Matthew Martinez <mmartinez@johngrable.com> |
| Subject: | RE: Door Leaf at Hanger Door. |

Xavier,

The material to fill in on the hanger doors is already on site. The door can be left as is with the extra material being added.

Let me know if I can help.

ERICK KEY
SCHULTE BUILDING SYSTEMS
17600 BADTKE ROAD
HOCKLEY, TX 77447
877-257-2534
Project[]

---

**From:** Xavier Cantu [mailto:xcantu@johngrable.com]
**Sent:** Tuesday, March 26, 2013 11:02 AM
**To:** Erick Key
**Cc:** Matthew Martinez
**Subject:** Door Leaf at Hanger Door.

Good Morning Eric,

Please see attached diagrams.

We need your approval for changes that are required for the door leafs at the Hanger. We want the metal paneling to horizontal and not vertical, as it is currently shown.

Can you approve our changes and if required, make the appropriate suggestions?

Thank you,



XAVIER CANTU
222 AUSTIN HWY #1, SAN ANTONIO, TEXAS 78209
E: XCANTU@JOHNGRABLE.COM
P: 210-820-3332 EX. 34
W: WWW.JOHNGRABLE.COM



DEFENDANT'S
EXHIBIT
89
SBS

Matthew Martinez </o=mex02/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/ cn=mmartinez.johngrable.com_aa5dd8392> ✎ March 28, 2013 2:36 PM

To: Erick Key <ErickK@SBSLP.COM>
Cc: Daniel Boddie <danielb@bodenllc.com>
spandrel beam adjustment

2 Attachments, 82 KB

Erick, I don 't believe there are any further issues at this point that we want to put in front of your engineer, so we would like to solicit official written permission from your engineer to adjust the height of the spandrel beams in the hangar as follows:

· The side wall purlins will be places below the sill of the clerestory windows of the center bays, this actual dimension a.f.f. will be determined by as built framing conditions on site

· The rear wall purlins will be adjusted accordingly to be in line with the side wall purlins ' final ht. a.f.f.

Please see attached detail of the proposed condition, let me know if you have any questions, thanks

-matt



MATTHEW M. MARTINEZ, ASSOC. AIA

222 AUSTIN HWY. SAN ANTONIO. TEXAS 78209

E: MMARTINEZ@JOHNGRABLE.COM

P: 210-820-3332 EX. 35

W: WWW.JOHNGRABLE.COM





DEFENDANT'S EXHIBIT
90
SBS



**T.O.W. @ RIGID FRAME**

31' - 3"

(C)

## ① ASI-5  SPANDREL BEAM ADJUSTMENT
SCALE : 3/8" = 1'-0"

JOHN GRABLE FAIA
ARCHITECTS · INC

**TRI-BAR RANCH COMPANY**
UVALDE, TX
CITY, STATE

PROJECT ADDRESS

DRAWN:
CHECKED:
DATE:    00-00-00
SHEET NO.

**ASI-5**
OF          SHEETS



T.O.W. @ RIGID
FRAME
⊕ 31' - 3"

Ⓒ

**① ASI-5 SPANDREL BEAM ADJUSTMENT**

SCALE : 3/8" = 1'-0"

JOHN GRABLE, FAIA
ARCHITECTS - INC.
222 AUSTIN HIGHWAY, SAN ANTONIO, TEXAS 78209
P 210.820.3332  F 210.820.3334  W JOHNGRABLE.COM

# TRI-BAR RANCH COMPANY
## UVALDE, TX
## CITY, STATE

PROJECT ADDRESS

DRAWN:
CHECKED:
DATE:    00-00-00
SHEET NO.
## ASI-5
OF          SHEETS

| From: | Matthew Martinez </o=mex02/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=mmartinez.johngrable.com_aa5dd8392> |
|---|---|
| Sent: | Thursday, March 28, 2013 1:37 PM |
| To: | 'Daniel Boddie' <danielb@bodenllc.com> |
| Subject: | hangar door leaf |

Daniel,

I talked to eric, he's saying that the infill members were cut to size and delivered with all mounting clips, etc. for the door, and recommends that they be used, but im sure you've done your due diligence and took inventory of whats out there . . . he doesn't seem to think that adding metal stud members will compromise the design of the door . . .

On another note, im sure we have an erector on board, so I think we should move ahead with ordering the materials for the pocket door extensions, how do you want to go about this, should we solicit these members from shulte, because I know there was talk about letting the erector get a hold of it . . .

## JOHN GRABLE
ARCHITECTS · INC

MATTHEW M. MARTINEZ, ASSOC. AIA
222 AUSTIN HWY, SAN ANTONIO, TEXAS 78209
E: MMARTINEZ@JOHNGRABLE.COM
P: 210-820-3332 EX. 35
W: WWW.JOHNGRABLE.COM


DEFENDANT'S
EXHIBIT
91
SBS

**From:** Daniel Boddie <danielb@bodenllc.com>
**Sent:** Monday, April 1, 2013 11:08 AM
**To:** Xavier Cantu <xcantu@johngrable.com>
**Cc:** Matthew Martinez <mmartinez@johngrable.com>
**Subject:** Re: Door Leaf at Hanger Door.

Xavier/ Matt,

I went and checked onsite, we have a bundle of light gauge channels (14) that are stamped with Door pocket on them. We do not have any 10" z purlins.

Please advise.

**Daniel Boddie | Partner**
BoDen, LLC | 210.885.9537 Cell |
11550 I.H. 10 West, Suite 395A San Antonio, TX 78230

**From:** Xavier Cantu <xcantu@johngrable.com>
**Date:** Tuesday, March 26, 2013 3:01 PM
**To:** Daniel Boddie <danielb@bodenllc.com>
**Cc:** Matthew Martinez <mmartinez@johngrable.com>
**Subject:** FW: Door Leaf at Hanger Door.

Daniel,

Please see Erick's response below to the attached diagram and email we sent him.

The diagrams includes our suggestions to the horizontal paneling.



XAVIER CANTU
  222 AUSTIN HWY #1, SAN ANTONIO, TEXAS 78209
  E: XCANTU@JOHNGRABLE.COM
  P: 210-820-3332 EX. 34
  W: WWW.JOHNGRABLE.COM

**From:** Erick Key [mailto:ErickK@SBSLP.COM]
**Sent:** Tuesday, March 26, 2013 11:30 AM
**To:** Xavier Cantu
**Cc:** Matthew Martinez
**Subject:** RE: Door Leaf at Hanger Door.



DEFENDANT'S EXHIBIT 92 SBS

Xavier,

The material to fill in on the hanger doors is already on site. The door can be left as is with the extra material

being added.

Let me know if I can help.

ERICK KEY
SCHULTE BUILDING SYSTEMS
17600 BADTKE ROAD
HOCKLEY, TX 77447
877-257-2534
Project[]

---

**From:** Xavier Cantu [mailto:xcantu@johngrable.com]
**Sent:** Tuesday, March 26, 2013 11:02 AM
**To:** Erick Key
**Cc:** Matthew Martinez
**Subject:** Door Leaf at Hanger Door.

Good Morning Eric,

Please see attached diagrams.

We need your approval for changes that are required for the door leafs at the Hanger. We want the metal paneling to horizontal and not vertical, as it is currently shown.

Can you approve our changes and if required, make the appropriate suggestions?

Thank you,

# JOHN GRABLE
A R C H I T E C T S  -  I N C

XAVIER CANTU
222 AUSTIN HWY #1, SAN ANTONIO, TEXAS 78209
E: XCANTU@JOHNGRABLE.COM
P: 210-820-3332 EX. 34
W: WWW.JOHNGRABLE.COM

Erick Key <ErickK@SBSLP.COM>                 April 12, 2013  4:23 PM
To: "'tpittman@lewisenergy.com'" <tpittman@lewisenergy.com>
Cc: "DANIELB@BODENLLC.COM" <DANIELB@BODENLLC.COM>
Proposal on replacement material

_____ 1 Attachment, 186 KB

Tom,

Attached is the proposal for the replacement material for the hanger in Uvalde.  Please have the erector verify quantities and materials.

I can have this material delivered the week of the 22nd.

To be able to do this we have to get all of the outstanding balances that are owed to Schulte Building Systems for this job paid for.  We need to get this resolved before any fabrication can take place.

Let me know how you want to proceed.

Thank you,

ERICK KEY
SCHULTE BUILDING SYSTEMS
17600 BADTKE ROAD
HOCKLEY, TX 77447
877-257-2534
Project[]

0093_001.pdf (186 KB)

DEFENDANT'S
EXHIBIT
93
SBS




**SBS**
BUILDING COMPONENTS
A DIVISION OF SCHULTE BUILDING SYSTEMS, L.P.
17600 BADTKE RD, HOCKLEY, TX 77447
PHONE: 281.213.6100  FAX: 281.213.6101
1.866.749.COMP(2667)

| PLEASE NOTE: THIS ORDER WILL NOT BE PROCESSED BY SBS UNTIL WE HAVE THE FOLLOWING INFORMATION | Quote No. 88611 | Quote Date: 04/12/13 |
|---|---|---|
| 1. SIGNED CONFIRMATION OF THE QUOTATION<br>2. JOBSITE INFORMATION<br>   A. WRITTEN DIRECTIONS TO THE JOBSITE<br>   B. THE PHYSICAL ADDRESS<br>   C. CONTACT NAME AND PHONE NUMBER | Load Date:  TBD | |

**SoldTo:** GLACIERCAP CONSTRUCTION
10067 JONES MALTSBERGER
SAN ANTONIO, TX 78216
United States
Phone: (210) 384-5892  Fax: (210) 375-0823

**Ship To:** LOS CERRITOS
COUNTY ROAD 410
UVALDE, TX 78802
United States
Phone: 210-262-1686  Fax: 210-375-0823

| Salesperson | Customer | Terms | Purchase Order Number | Contact | Ship Via |
|---|---|---|---|---|---|
| House Account | GCO019 | COD | HANGER REPLACEMENT | | |

| Line # | Piece Mark | Description | Qty | Length | Sq. Feet Per Sheet | Total Units of Material | Total Weight | Punch LE | Punch TE | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 45C1R | BUILT UP SECTION Column<br>RED OXIDE | 2 | 28' 11-9/16" | 0 | 920.0000 | 920 | | | 0.9200 LBS | 846.40 |
| 2 | 45C1L | BUILT UP SECTION Column<br>RED OXIDE | 2 | 28' 11-9/16" | 0 | 920.0000 | 920 | | | 0.9200 LBS | 846.40 |
| 3 | 49SB2 | STRUCTURAL WF BEAM SPANDREL<br>W10X12<br>Color:RED OXIDE | 4 | 12' 6-1/2" | 0 | 604.0000 | 604 | | | 0.9200 LBS | 555.68 |
| 4 | 49SB1 | STRUCTURAL WF BEAM SPANDREL<br>W10X12<br>Color:RED OXIDE | 4 | 12' 6-1/2" | 0 | 604.0000 | 604 | | | 0.9200 LBS | 555.68 |
| 5 | 47R1 | STRUCTURAL WF BEAM RAFTER<br>W10X12<br>Color:RED OXIDE | 4 | 11' 11-5/8" | 0 | 656.0000 | 656 | | | 0.9200 LBS | 603.52 |
| 6 | 85B1 | STRUCTURAL WF BEAM RAFTER<br>W8X10<br>Color:RED OXIDE | 4 | 20' 10-5/8" | 0 | 856.0000 | 856 | | | 0.9200 LBS | 787.52 |
| 7 | 90CH1R | FABRICATED CEE 10 X 3.5 14GA RED OXIDE<br>SEE DETAIL | 1 | 16' 1-3/4" | 0 | 16.2500 | 69 | Special | Special | 6.2500 FT | 101.56 |
| 8 | 90CH1L | FABRICATED CEE 10 X 3.5 14GA RED OXIDE<br>SEE DETAIL | 1 | 16' 1-3/4" | 0 | 16.2500 | 69 | Special | Special | 6.2500 FT | 101.56 |
| 9 | DOOR TOP T | STRUCTURAL WF BEAM OTHER<br>W8X10<br>Color:RED OXIDE<br>PLAIN MATERIAL  TO BE FIELD CUT AND INSTALLED. | 1 | 20' 0" | 0 | 200.0000 | 200 | | | 0.9200 LBS | 184.00 |





BUILDING COMPONENTS

A DIVISION OF SCHULTE BUILDING SYSTEMS, L.P.
17600 BADTKE RD, HOCKLEY, TX 77447
PHONE: 281.213.6100 FAX: 281.213.6101
1.866.749.COMP(2667)

PLEASE NOTE: THIS ORDER WILL NOT BE PROCESSED BY SBS UNTIL WE HAVE THE FOLLOWING INFORMATION

1. SIGNED CONFIRMATION OF THE QUOTATION
2. JOBSITE INFORMATION
   A. WRITTEN DIRECTIONS TO THE JOBSITE
   B. THE PHYSICAL ADDRESS
   C. CONTACT NAME AND PHONE NUMBER

| Quote No. | Quote Date: |
|---|---|
| 88611 | 04/12/13 |

**Load Date:** TBD

| Line # | Piece Mark | Description | Qty | Length | Sq. Feet Per Sheet | Total Units of Material | Total Weight | Punch LE | Punch TE | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | | ANGLE 3 X 3 X 14GA RED OXIDE X 20 SPANDREL ANGLE TO BE CUT IN FIELD | 3 | 20' 0" | 0 | 60.0000 | 85 | | | 1.0000 FT | 60.00 |
| 11 | DOOR RAIL | STRUCTURAL CRANE BEAM #20 LB RAIL #20 LB RAIL NO PAINT - BLACK CRANE BEAM 20 # DOOR RAIL 20# DOOR RAIL | 1 | 20' 0" | 0 | 400.0000 | 400 | | | 0.7500 LBS | 300.00 |
| 12 | PM-10 | STRUCTURAL ANGLE CLIP ANGLE SEE BELOW Color:RED OXIDE ANGLE 2 1/2" X 2-1/4" X 1/4"    0'-2" LONG DOOR STOPS | 16 | 2" | 0 | 16.0000 | 16 | | | 2.0000 LBS | 32.00 |
| 13 | | WAREHOUSE BUYOUT 50' ROLL EPDM RUBBER GASKET 1/8" X 6" WIDE | 2 | | 0 | 2.0000 | | | | 91.5000 EA | 183.00 |
| 14 | BAR | WAREHOUSE BUYOUT 10 GAUGE FLAT BAR 1" WIDE TO ATTACH EPDM | 24 | 10' 0" | 0 | 240.0000 | 120 | | | 6.0000 EA | 144.00 |
| 15 | GASKET | WAREHOUSE BUYOUT 1/8" X 10" X 27' LONG EPDM GASKET | 4 | | 0 | 4.0000 | | | | 126.0000 EA | 504.00 |
| 16 | | 12-24 X 1-1/4 SELF DRILLING HWH TEK 5 W/O WASHER PLAIN | 300 | | 0 | 300.0000 | 5 | | | 151.5000 M | 45.45 |

THE FOLLOWING SBS STANDARD TERMS AND CONDITIONS OF SALE ARE A PART OF THIS QUOTATION/ORDER FINAL ACCEPTANCE OR REJECTION OF THIS QUOTATION/ORDER SHALL ONLY BE MADE BY AN AUTHORIZED EMPLOYEE OR AGENT. THE PRICE IS SUBJECT TO CHANGE IF NOT SHIPPED WITHIN 30 DAYS OF THE ORDER DATE. SBS IS NOT RESPONSIBLE FOR THE DETERMINATION OF THE GAUGES, LENGTH, COLORS, QUANTITIES, ETC. REQUIRED IN THIS QUOTATION/ORDER. PLEASE REVIEW THIS QUOTATION/ORDER CAREFULLY. YOUR SIGNATURE HEREON CONSTITUTES FULL ACCEPTANCE OF THIS QUOTATION/ORDER. IF THE ORDER IS CANCELLED AFTER A SIGNED CONFIRMATION HAS BEEN MADE, THE CUSTOMER WILL BE RESPONSIBLE FOR ALL ENGINEERING, DRAFTING OR PRODUCTION COSTS INCURRED AT THE TIME OF CANCELLATION.

AGREED AND ACCEPTED BY:

COMPANY NAME _____ DATE _____

BY: _____ TITLE: _____

| | |
|---|---|
| Sub-Total | 5,850.77 |
| **Total Weight** | |
| 5525.132 | |
| Freight | 1,100.00 |
| Tax Amount | 503.94 |
| | |
| Total | 7,454.71 |



BUILDING COMPONENTS
A DIVISION OF SCHULTE BUILDING SYSTEMS, L.P.
17600 BADTKE RD, HOCKLEY, TX 77447
PHONE: 281.213.6100 FAX: 281.213.6101
1.866.749.COMP(2667)

**Master Rev Level: 0**

| PLEASE NOTE: THIS ORDER WILL NOT BE PROCESSED BY SBS UNTIL WE HAVE THE FOLLOWING INFORMATION | Sales Order No. 79497 | Order Date: 12/18/12 |
|---|---|---|
| 1. SIGNED CONFIRMATION OF THE QUOTATION<br>2. JOBSITE INFORMATION<br>A. WRITTEN DIRECTIONS TO THE JOBSITE<br>B. THE PHYSICAL ADDRESS<br>C. CONTACT NAME AND PHONE NUMBER | **Load Date: 12/20/12** | |

TR_01470

**Sold To:** SELECT BUILDING SYSTEMS
17 SCENIC LOOP RD
BOERNE, TX 78006

Phone: 830-981-5929 Fax: 830-981-5308

**Ship To:** ROD LEWIS LOS CERRITOS HANGAR BUILDING-SHIP TO
TBD
UVALDE, TX 78801

Phone: Fax:

| Order Entered By | Customer | Terms | Purchase Order Number | Contact | Ship Via |
|---|---|---|---|---|---|
| Erick Key | SBS003 | NO COD REQUIRED | 1 | | ZONE 6 MILK RUN |

| L# | R# | Piece Mark | Description | Qty | Length | Sq. Feet Per Sheet | Total Units of Material | Total Weight | Punch LE | Punch TE | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | TS-1 | STRUCTURAL SQUARE TUBING COLUMN<br>3 x 3 x3/16<br>Color:RED OXIDE<br>TS-1 | 4 | 11' 11-1/4" | 0 | 340.00 | 340 | | | 1.0000 LBS | 340.00 |
| 2 | | TS-2 | STRUCTURAL RECTANGULAR TUBING RAFTER<br>10 x 6x 1/4<br>Color:RED OXIDE<br>TS-2 | 1 | 12' 6" | 0 | 331.00 | 331 | | | 1.0000 LBS | 331.00 |
| 3 | | TS-3 | STRUCTURAL RECTANGULAR TUBING RAFTER<br>10 x 6x 1/4<br>Color:RED OXIDE<br>TS-3 | 1 | 10' 5" | 0 | 280.00 | 280 | | | 1.0000 LBS | 280.00 |
| 4 | | | ZEE 12 X 2-3/8 X 2-1/8 14GA RED OXIDE | 54 | 15' 2" | 0 | 823.50 | 3,513 | None | None | 2.6500 FT | 2,182.28 |
| 5 | | | ZEE 12 X 2-3/8 X 2-1/8 14GA RED OXIDE | 18 | 11' 5" | 0 | 207 00 | 881 | None | None | 2.6500 FT | 548.55 |



**BUILDING COMPONENTS**

A DIVISION OF SCHULTE BUILDING SYSTEMS, L.P.
17600 BADTKE RD, HOCKLEY, TX 77447
PHONE: 281.213.6100 FAX: 281.213.6101
1.866.749.COMP(2667)

THE FOLLOWING SBS STANDARD TERMS AND CONDITIONS OF SALE ARE A PART OF THIS QUOTATION/ORDER.
FINAL ACCEPTANCE OR REJECTION OF THIS QUOTATION/ORDER SHALL ONLY BE MADE BY AN AUTHORIZED
EMPLOYEE OR AGENT  THE PRICE IS SUBJECT TO CHANGE IF NOT SHIPPED WITHIN 30 DAYS OF THE ORDER
DATE  SBS IS NOT RESPONSIBLE FOR THE DETERMINATION OF THE GAUGES, LENGTH, COLORS, QUANTITIES,
ETC  REQUIRED IN THIS QUOTATION/ORDER  PLEASE REVIEW THIS QUOTATION/ORDER CAREFULLY.  YOUR
SIGNATURE HEREON CONSTITUTES FULL ACCEPTANCE OF THIS QUOTATION/ORDER.  IF THE ORDER IS
CANCELLED AFTER A SIGNED CONFIRMATION HAS BEEN MADE. THE CUSTOMER WILL BE RESPONSIBLE FOR
ALL ENGINEERING, DRAFTING OR PRODUCTION COSTS INCURRED AT THE TIME OF CANCELLATION

AGREED AND ACCEPTED BY:

COMPANY NAME _____  DATE _____

BY: _____  TITLE: _____

**Master Rev Level:**

| PLEASE NOTE: THIS ORDER WILL NOT BE PROCESSED BY SBS UNTIL WE HAVE THE FOLLOWING INFORMATION | Sales Order No. | Order Date: |
|---|---|---|
| | 79497 | 12/18/12 |

1. SIGNED CONFIRMATION OF THE QUOTATION
2. JOBSITE INFORMATION
   A. WRITTEN DIRECTIONS TO THE JOBSITE
   B. THE PHYSICAL ADDRESS
   C. CONTACT NAME AND PHONE NUMBER

**Load Date:  12/20/12**

| | | |
|---|---|---|
| Sub-Total | $ | 3,681.83 |
| | | |

| Total Weight (lbs) | 5,346.1 |
|---|---|

| Freight | $ | 400.00 |
|---|---|---|
| Sales Tax | $ | 336.75 |
| | | |
| Total | $ | 4,418.58 |

TR_01471

**SBS**

BUILDING COMPONENTS

A DIVISION OF SCHULTE BUILDING SYSTEMS, L.P.
17600 BADTKE RD, HOCKLEY, TX 77447
PHONE: 281.213.6100 FAX: 281.213.6101
1.866.749.COMP(2667)

**Master Rev Level:** 0

TR_01472

| PLEASE NOTE: THIS ORDER WILL NOT BE PROCESSED BY SBS UNTIL WE HAVE THE FOLLOWING INFORMATION | Sales Order No. 79756 | Order Date: 01/02/13 |
|---|---|---|
| 1. SIGNED CONFIRMATION OF THE QUOTATION 2. JOBSITE INFORMATION A. WRITTEN DIRECTIONS TO THE JOBSITE B. THE PHYSICAL ADDRESS C. CONTACT NAME AND PHONE NUMBER | **Load Date: 01/03/13** | |

**Sold To:** SELECT BUILDING SYSTEMS
17 SCENIC LOOP RD
BOERNE, TX 78006

Phone: 830-981-5929 Fax: 830-981-5308

**Ship To:** ROD LEWIS LOS CERRITOS HANGAR BUILDING-SHIP TO
TBD
UVALDE, TX 78801

Phone: Fax:

Kyle

| Order Entered By | Customer | Terms | Purchase Order Number | Contact | Ship Via |
|---|---|---|---|---|---|
| Erick Key | SBS003 | COD - COMPANY CHECK | | Kyle | ZONE 6 MILK RUN |

| L# | R# | Piece Mark | Description | Qty | Length | Sq. Feet Per Sheet | Total Units of Material | Total Weight | Punch LE | TE | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | STRUCTURAL ANGLE PERIMETER ANGLE 4 x 4 x 1/4 | | | | | | | | | |
| | | A-1 | Color:RED OXIDE | 7 | 40' 0" | 0 | 1,848.00 | 1,848 | | | 0 9500 LBS | 1,755.60 |

THE FOLLOWING SBS STANDARD TERMS AND CONDITIONS OF SALE ARE A PART OF THIS QUOTATION/ORDER FINAL ACCEPTANCE OR REJECTION OF THIS QUOTATION/ORDER SHALL ONLY BE MADE BY AN AUTHORIZED EMPLOYEE OR AGENT THE PRICE IS SUBJECT TO CHANGE IF NOT SHIPPED WITHIN 30 DAYS OF THE ORDER DATE. SBS IS NOT RESPONSIBLE FOR THE DETERMINATION OF THE GAUGES. LENGTH, COLORS, QUANTITIES, ETC REQUIRED IN THIS QUOTATION/ORDER PLEASE REVIEW THIS QUOTATION/ORDER CAREFULLY YOUR SIGNATURE HEREON CONSTITUTES FULL ACCEPTANCE OF THIS QUOTATION/ORDER IF THE ORDER IS CANCELLED AFTER A SIGNED CONFIRMATION HAS BEEN MADE, THE CUSTOMER WILL BE RESPONSIBLE FOR ALL ENGINEERING, DRAFTING OR PRODUCTION COSTS INCURRED AT THE TIME OF CANCELLATION

| Total Weight (lbs) | 1,848.0 |
|---|---|

| Sub-Total | $ | 1,755.60 |
|---|---|---|
| Freight | $ | 400.00 |
| Sales Tax | $ | 177.84 |
| Total | $ | 2,333.44 |

AGREED AND ACCEPTED BY:

COMPANY NAME _____ DATE _____

BY: _____ TITLE: _____

# SBS
## BUILDING COMPONENTS
A DIVISION OF SCHULTE BUILDING SYSTEMS, L.P.
17600 BADTKE RD, HOCKLEY, TX 77447
PHONE: 281.213.6100 FAX: 281.213.6101
1.866.749.COMP(2667)

**Master Rev Level:**

| PLEASE NOTE: THIS ORDER WILL NOT BE PROCESSED BY SBS UNTIL WE HAVE THE FOLLOWING INFORMATION | Sales Order No. 80065 | Order Date: 01/16/13 |
|---|---|---|
| 1. SIGNED CONFIRMATION OF THE QUOTATION<br>2. JOBSITE INFORMATION<br>A. WRITTEN DIRECTIONS TO THE JOBSITE<br>B. THE PHYSICAL ADDRESS<br>C. CONTACT NAME AND PHONE NUMBER | **Load Date: 01/17/13** | |

TR_01473

**Sold To:** SELECT BUILDING SYSTEMS
17 SCENIC LOOP RD
BOERNE, TX 78006

Phone: 830-981-5929  Fax: 830-981-5308

**Ship To:** ROD LEWIS LOS CERRITOS HANGAR BUILDING-SHIP TO
TBD
UVALDE, TX 78801

Phone:  Fax:

| Order Entered By | Customer | Terms | Purchase Order Number | Contact | Ship Via |
|---|---|---|---|---|---|
| Erick Key | SBS003 | 1/2% 10 Days, Net 30 Days | | Kyle | ZONE 6 MILK RUN |

| L# | R# | Piece Mark | Description | Qty | Length | Sq. Feet Per Sheet | Total Units of Material | Total Weight | Punch LE | TE | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | 5/8" X 1-1/2" A325 HIGH STRENGTH STRUCTURAL BOLT WITH A194 HEAVY HEX NUT ZINC-BRONZE | 75 | | 0 | 75.00 | 24 | | | 93.6500 C | 70.24 |

THE FOLLOWING SBS STANDARD TERMS AND CONDITIONS OF SALE ARE A PART OF THIS QUOTATION/ORDER FINAL ACCEPTANCE OR REJECTION OF THIS QUOTATION/ORDER SHALL ONLY BE MADE BY AN AUTHORIZED EMPLOYEE OR AGENT. THE PRICE IS SUBJECT TO CHANGE IF NOT SHIPPED WITHIN 30 DAYS OF THE ORDER DATE. SBS IS NOT RESPONSIBLE FOR THE DETERMINATION OF THE GAUGES, LENGTH, COLORS, QUANTITIES, ETC REQUIRED IN THIS QUOTATION/ORDER. PLEASE REVIEW THIS QUOTATION/ORDER CAREFULLY  YOUR SIGNATURE HEREON CONSTITUTES FULL ACCEPTANCE OF THIS QUOTATION/ORDER  IF THE ORDER IS CANCELLED AFTER A SIGNED CONFIRMATION HAS BEEN MADE, THE CUSTOMER WILL BE RESPONSIBLE FOR ALL ENGINEERING, DRAFTING OR PRODUCTION COSTS INCURRED AT THE TIME OF CANCELLATION.

AGREED AND ACCEPTED BY:

COMPANY NAME _____ DATE _____

BY: _____ TITLE: _____

| Total Weight (lbs) | 24.8 |
|---|---|

| Sub-Total | $ | 70.24 |
|---|---|---|
| | | |
| | | |
| Sales Tax | $ | 5.79 |
| | | |
| Total | $ | 76.03 |



BUILDING COMPONENTS
A DIVISION OF SCHULTE BUILDING SYSTEMS, L.P.
17600 BADTKE RD, HOCKLEY, TX 77447
PHONE: 281.213.6100 FAX: 281.213.6101
1.866.749.COMP(2667)

**Master Rev Level:    0**

| PLEASE NOTE: THIS ORDER WILL NOT BE PROCESSED BY SBS UNTIL WE HAVE THE FOLLOWING INFORMATION | Sales Order No. | Order Date: |
|---|---|---|
| | 80066 | 01/16/13 |

| 1. SIGNED CONFIRMATION OF THE QUOTATION 2. JOBSITE INFORMATION A. WRITTEN DIRECTIONS TO THE JOBSITE B. THE PHYSICAL ADDRESS C. CONTACT NAME AND PHONE NUMBER | **Load Date: 01/17/13** |
|---|---|

**Sold To:** SELECT BUILDING SYSTEMS
17 SCENIC LOOP RD
BOERNE, TX 78006

Phone: 830-981-5929 Fax: 830-981-5308

**Ship To:** ROD LEWIS LOS CERRITOS HANGAR BUILDING-SHIP TO
TBD
UVALDE, TX 78801

Phone:  Fax:

| Order Entered By | Customer | Terms | Purchase Order Number | Contact | Ship Via |
|---|---|---|---|---|---|
| Erick Key | SBS003 | 1/2% 10 Days, Net 30 Days | Kyle | | ZONE 6 MILK RUN |

| L# | R# | Piece Mark | Description | Qty | Length | Sq. Feet Per Sheet | Total Units of Material | Total Weight | Punch LE | Punch TE | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | CEE 6 X 2.5 16GA RED OXIDE | 236 | 10' 1-3/4" | 0 | 2,419.00 | 5,722 | None | None | 1.4700 FT | 3,555.93 |
| 2 | | | CEE 6 X 2.5 16GA RED OXIDE | 4 | 20' 0" | 0 | 80.00 | 191 | None | None | 1.4700 FT | 117.60 |
| 3 | | | CHANNEL 6.125 X 3 16GA RED OXIDE | 10 | 20' 0" | 0 | 200.00 | 477 | None | None | 1.4700 FT | 294.00 |
| 4 | | | CHANNEL 6.125 X 3 16GA RED OXIDE | 4 | 16' 0" | 0 | 64.00 | 152 | None | None | 1.4700 FT | 94.08 |
| 5 | | | CHANNEL 6.125 X 3 16GA RED OXIDE | 4 | 12' 0" | 0 | 48.00 | 114 | None | None | 1.4700 FT | 70.56 |
| 6 | | | CHANNEL 6.125 X 3 16GA RED OXIDE | 4 | 24' 0" | 0 | 96.00 | 229 | None | None | 1.4700 FT | 141.12 |
| 7 | | | 12 X 1 SELF DRILLING HWH CARBON SCREW W/O WASHER PLAIN | 2500 | | 0 | 2,500.00 | 45 | | | 37.5000 M | 93.75 |



**BUILDING COMPONENTS**

A DIVISION OF SCHULTE BUILDING SYSTEMS, L.P.
17600 BADTKE RD, HOCKLEY, TX 77447
PHONE: 281.213.6100  FAX: 281.213.6101
1.866.749.COMP(2667)

THE FOLLOWING SBS STANDARD TERMS AND CONDITIONS OF SALE ARE A PART OF THIS QUOTATION/ORDER FINAL ACCEPTANCE OR REJECTION OF THIS QUOTATION/ORDER SHALL ONLY BE MADE BY AN AUTHORIZED EMPLOYEE OR AGENT  THE PRICE IS SUBJECT TO CHANGE IF NOT SHIPPED WITHIN 30 DAYS OF THE ORDER DATE. SBS IS NOT RESPONSIBLE FOR THE DETERMINATION OF THE GAUGES, LENGTH, COLORS, QUANTITIES, ETC  REQUIRED IN THIS QUOTATION/ORDER. PLEASE REVIEW THIS QUOTATION/ORDER CAREFULLY  YOUR SIGNATURE HEREON CONSTITUTES FULL ACCEPTANCE OF THIS QUOTATION/ORDER  IF THE ORDER IS CANCELLED AFTER A SIGNED CONFIRMATION HAS BEEN MADE, THE CUSTOMER WILL BE RESPONSIBLE FOR ALL ENGINEERING, DRAFTING OR PRODUCTION COSTS INCURRED AT THE TIME OF CANCELLATION

AGREED AND ACCEPTED BY:

COMPANY NAME :_____  DATE _____

BY: _____  TITLE:_____

**Master Rev Level:**

| PLEASE NOTE: THIS ORDER WILL NOT BE PROCESSED BY SBS UNTIL WE HAVE THE FOLLOWING INFORMATION | Sales Order No. | Order Date: |
|---|---|---|
| | 80066 | 01/16/13 |

1. SIGNED CONFIRMATION OF THE QUOTATION
2. JOBSITE INFORMATION
 A. WRITTEN DIRECTIONS TO THE JOBSITE
 B. THE PHYSICAL ADDRESS
 C. CONTACT NAME AND PHONE NUMBER

**Load Date:  01/17/13**

| Total Weight (lbs) | 6,932.3 |
|---|---|

| | | |
|---|---|---|
| Sub-Total | $ | 4,367.04 |
| | | |
| Freight | $ | 400.00 |
| Sales Tax | $ | 393.28 |
| | | |
| Total | $ | 5,160.32 |

TR_01475

# SBS
BUILDING COMPONENTS
A DIVISION OF SCHULTE BUILDING SYSTEMS, L.P.
17600 BADTKE RD, HOCKLEY, TX 77447
PHONE: 281.213.6100 FAX: 281.213.6101
1.866.749.COMP(2667)

**Master Rev Level:    0**

| PLEASE NOTE: THIS ORDER WILL NOT BE PROCESSED BY SBS UNTIL WE HAVE THE FOLLOWING INFORMATION | Sales Order No. 80140 | Order Date: 01/17/13 |
|---|---|---|
| 1. SIGNED CONFIRMATION OF THE QUOTATION 2. JOBSITE INFORMATION A. WRITTEN DIRECTIONS TO THE JOBSITE B. THE PHYSICAL ADDRESS C. CONTACT NAME AND PHONE NUMBER | Load Date:  01/17/13 | |

TR_01476

**Sold To:** SELECT BUILDING SYSTEMS
17 SCENIC LOOP RD
BOERNE, TX  78006

Phone: 830-981-5929  Fax: 830-981-5308

**Ship To:** ROD LEWIS LOS CERRITOS HANGAR BUILDING-SHIP TO
TBD
UVALDE, TX  78801

Phone:  Fax:

| Order Entered By | Customer | Terms | Purchase Order Number | Contact | Ship Via |
|---|---|---|---|---|---|
| Erick Key | SBS003 | 1/2% 10 Days, Net 30 Days | Kyle | | |

| L# | R# | Piece Mark | Description | Qty | Length | Sq. Feet Per Sheet | Total Units of Material | Total Weight | Punch LE | TE | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | STRUCTURAL ANGLE PERIMETER ANGLE 3 x 3 x 1/4 | | | | | | | | | |
| | | A-1 | Color:NO PAINT - BLACK | 1 | 40' 0" | 0 | 196.00 | 196 | | | 0.9500 LBS | 186.20 |
| 2 | | | STRUCTURAL ANGLE PERIMETER ANGLE 4 x 4 x 1/4 | | | | | | | | | |
| | | A-2 | Color:NO PAINT - BLACK | 1 | 40' 0" | 0 | 264.00 | 264 | | | 0.9500 LBS | 250.80 |

THE FOLLOWING SBS STANDARD TERMS AND CONDITIONS OF SALE ARE A PART OF THIS QUOTATION/ORDER FINAL ACCEPTANCE OR REJECTION OF THIS QUOTATION/ORDER SHALL ONLY BE MADE BY AN AUTHORIZED EMPLOYEE OR AGENT  THE PRICE IS SUBJECT TO CHANGE IF NOT SHIPPED WITHIN 30 DAYS OF THE ORDER DATE  SBS IS NOT RESPONSIBLE FOR THE DETERMINATION OF THE GAUGES, LENGTH, COLORS, QUANTITIES, ETC REQUIRED IN THIS QUOTATION/ORDER  PLEASE REVIEW THIS QUOTATION/ORDER CAREFULLY  YOUR SIGNATURE HEREON CONSTITUTES FULL ACCEPTANCE OF THIS QUOTATION/ORDER  IF THE ORDER IS CANCELLED AFTER A SIGNED CONFIRMATION HAS BEEN MADE, THE CUSTOMER WILL BE RESPONSIBLE FOR ALL ENGINEERING, DRAFTING OR PRODUCTION COSTS INCURRED AT THE TIME OF CANCELLATION

AGREED AND ACCEPTED BY:

COMPANY NAME _____  DATE _____

BY: _____  TITLE: _____

| Total Weight (lbs) | 460.0 |
|---|---|

| Sub-Total | $ | 437.00 |
|---|---|---|
| Freight | $ | 100.00 |
| Sales Tax | $ | 44.30 |
| Total | $ | 581.30 |



**BUILDING COMPONENTS**

A DIVISION OF SCHULTE BUILDING SYSTEMS, L.P.
17600 BADTKE RD, HOCKLEY, TX 77447
PHONE: 281.213.6100  FAX: 281.213.6101
1.866.749.COMP(2667)

| PLEASE NOTE: THIS ORDER WILL NOT BE PROCESSED BY SBS UNTIL WE HAVE THE FOLLOWING INFORMATION | Sales Order No. 80319 | Order Date: 01/23/13 |
|---|---|---|
| 1. SIGNED CONFIRMATION OF THE QUOTATION<br>2. JOBSITE INFORMATION<br>A. WRITTEN DIRECTIONS TO THE JOBSITE<br>B. THE PHYSICAL ADDRESS<br>C. CONTACT NAME AND PHONE NUMBER | Load Date: 01/24/13 | |

**Sold To:** SELECT BUILDING SYSTEMS
17 SCENIC LOOP RD
BOERNE, TX 78006

Phone: 830-981-5929 Fax: 830-981-5308

**Ship To:** ROD LEWIS LOS CERRITOS HANGAR BUILDING-SHIP TO
TBD
UVALDE, TX 78801

Phone:  Fax:

**mezzanine**

| Order Entered By | Customer | Terms | Purchase Order Number | Contact | Ship Via |
|---|---|---|---|---|---|
| Erick Key | SBS003 | 1/2% 10 days, net 30 | KYLE | | |

| L# | R# | Piece Mark | Description | Qty | Length | Sq. Feet Per Sheet | Total Units of Material | Total Weight | Punch LE | Punch TE | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | CHANNEL 12.125 X 2 14GA RED OXIDE | 17 | 20' 0" | 0 | 340.00 | 1,295 | None | None | 2.6500 FT | 901.00 |
| 2 | | | CEE 12 X 2.5 14GA RED OXIDE | 100 | 1' 4" | 0 | 500.00 | 572 | None | None | 0.7500 FT | 375.00 |
| 3 | | | LGC-7 2 X 4 X 7.75 14GA RED OXIDE ANGLE CLIP | 200 | | 0 | 200.00 | 220 | | | 1.2500 EA | 250.00 |
| 4 | | | 12-24 X 1-1/4 SELF DRILLING HWH TEK 5 W/O WASHER PLAIN | 250 | | 0 | 250.00 | 4 | | | 151.5000 M | 37.88 |
| 5 | | | STRUCTURAL ANGLE LEDGER ANGLE<br>4 x 4 x 1/4<br>Color:RED OXIDE | 4 | 40' 0" | 0 | 1,056.00 | 1,056 | | | 0.9500 LBS | 1,003.20 |

TR_01477



**BUILDING COMPONENTS**

A DIVISION OF SCHULTE BUILDING SYSTEMS, L.P.
17600 BADTKE RD, HOCKLEY, TX 77447
PHONE: 281.213.6100 FAX: 281.213.6101
1.866.749.COMP(2667)

| PLEASE NOTE: THIS ORDER WILL NOT BE PROCESSED BY SBS UNTIL WE HAVE THE FOLLOWING INFORMATION | Sales Order No.<br>80319 | Order Date:<br>01/23/13 |
|---|---|---|
| 1. SIGNED CONFIRMATION OF THE QUOTATION<br>2. JOBSITE INFORMATION<br>  A. WRITTEN DIRECTIONS TO THE JOBSITE<br>  B. THE PHYSICAL ADDRESS<br>  C. CONTACT NAME AND PHONE NUMBER | **Load Date:  01/24/13** | |

TR_01478

THE FOLLOWING SBS STANDARD TERMS AND CONDITIONS OF SALE ARE A PART OF THIS QUOTATION/ORDER FINAL ACCEPTANCE OR REJECTION OF THIS QUOTATION/ORDER SHALL ONLY BE MADE BY AN AUTHORIZED EMPLOYEE OR AGENT  THE PRICE IS SUBJECT TO CHANGE IF NOT SHIPPED WITHIN 30 DAYS OF THE ORDER DATE   SBS IS NOT RESPONSIBLE FOR THE DETERMINATION OF THE GAUGES, LENGTH, COLORS. QUANTITIES, ETC  REQUIRED IN THIS QUOTATION/ORDER.  PLEASE REVIEW THIS QUOTATION/ORDER CAREFULLY  YOUR SIGNATURE HEREON CONSTITUTES FULL ACCEPTANCE OF THIS QUOTATION/ORDER  IF THE ORDER IS CANCELLED AFTER A SIGNED CONFIRMATION HAS BEEN MADE, THE CUSTOMER WILL BE RESPONSIBLE FOR ALL ENGINEERING, DRAFTING OR PRODUCTION COSTS INCURRED AT THE TIME OF CANCELLATION.

AGREED AND ACCEPTED BY:

COMPANY NAME _____ DATE _____

BY: _____ TITLE: _____

| | | |
|---|---|---|
| **Sub-Total** | $ | 2,567.08 |
| | | |
| **Freight** | $ | 400.00 |
| **Sales Tax** | $ | 244.79 |
| | | |
| **Total** | $ | 3,211.87 |

| Total Weight (lbs) | 3,148.4 |
|---|---|

# SBS
## BUILDING COMPONENTS
A DIVISION OF SCHULTE BUILDING SYSTEMS, L.P.
17600 BADTKE RD, HOCKLEY, TX 77447
PHONE: 281.213.6100  FAX: 281.213.6101
1.866.749.COMP(2667)

| PLEASE NOTE: THIS ORDER WILL NOT BE PROCESSED BY SBS UNTIL WE HAVE THE FOLLOWING INFORMATION | Sales Order No. 80323 | Order Date: 01/23/13 |
|---|---|---|
| 1. SIGNED CONFIRMATION OF THE QUOTATION<br>2. JOBSITE INFORMATION<br>  A. WRITTEN DIRECTIONS TO THE JOBSITE<br>  B. THE PHYSICAL ADDRESS<br>  C. CONTACT NAME AND PHONE NUMBER | Load Date:  02/01/13 | 1 |

TR_01479

**Sold To:** SELECT BUILDING SYSTEMS
17 SCENIC LOOP RD
BOERNE, TX  78006

Phone: 830-981-5929  Fax: 830-981-5308

**Ship To:** ROD LEWIS LOS CERRITOS HANGAR BUILDING-SHIP TO
TBD
UVALDE, TX  78801

Phone:  Fax:

**HANGER DOOR**

| Order Entered By | Customer | Terms | Purchase Order Number | Contact | Ship Via |
|---|---|---|---|---|---|
| Erick Key | SBS003 | COD - COMPANY CHECK | HANGER DOOR | | |

| L# | R# | Piece Mark | Description | Qty | Length | Sq. Feet Per Sheet | Total Units of Material | Total Weight | Punch LE | Punch TE | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | CEE 10 X 2.5 16GA RED OXIDE | 8 | 2' 11-1/2" | 0 | 40.00 | 75 | None | None | 2.0100 FT | 80.40 |
| 2 | | | CEE 10 X 2.5 16GA RED OXIDE | 12 | 16' 0" | 0 | 192.00 | 612 | None | None | 2.0100 FT | 385.92 |
| 3 | | | LGC-7 2 X 4 X 7.75 14GA RED OXIDE ANGLE CLIP | 92 | | 0 | 92.00 | 101 | | | 1.2500 EA | 115.00 |
| 4 | | DOOR | DOOR CAP TRIM Gauge and Material:24ga Galvalume<br>Girth:1' 4-1/2"<br>Bends:6<br>Strippable Film:No<br>Mitered:None<br>Color:Clear Acrylic Galvalume | 16 | 13' 2" | 0 | 210.66 | 278 | | | 1.5855 FT | 334.01 |
| 5 | | | FL-51 26GA HEAD TRIM "U" PANEL GALVALUME - ACRYLIC COATED | 4 | 21' 0" | 0 | 84.00 | 29 | | | 0.9180 FT | 77.11 |
| 6 | | | 12-24 X 1-1/4 SELF DRILLING HWH TEK 5 W/O WASHER PLAIN | 250 | | 0 | 250.00 | 4 | | | 151.5000 M | 37.88 |
| 7 | | | 12 X 1 SELF DRILLING HWH CARBON SCREW W/O WASHER PLAIN | 250 | | 0 | 250.00 | 4 | | | 37.5000 M | 9.38 |
| 8 | | | PBD PANEL 26 GA  GALVANIZED<br>******************GALVANIZED | | | | | | | | | |

# SBS
## BUILDING COMPONENTS
A DIVISION OF SCHULTE BUILDING SYSTEMS, L.P.
17600 BADTKE RD, HOCKLEY, TX 77447
PHONE: 281.213.6100 FAX: 281.213.6101
1.866.749.COMP(2667)

**Master Rev Level:    1**

| PLEASE NOTE: THIS ORDER WILL NOT BE PROCESSED BY SBS UNTIL WE HAVE THE FOLLOWING INFORMATION | Sales Order No. | Order Date: |
|---|---|---|
| | 80323 | 01/23/13 |

1. SIGNED CONFIRMATION OF THE QUOTATION
2. JOBSITE INFORMATION
   A. WRITTEN DIRECTIONS TO THE JOBSITE
   B. THE PHYSICAL ADDRESS
   C. CONTACT NAME AND PHONE NUMBER

**Load Date:   02/01/13**

1

TR_01480

| L# | R# | Piece Mark | Description | Qty | Length | Sq. Feet Per Sheet | Total Units of Material | Total Weight | Punch LE | TE | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | PBD | ************************************* | 82 | 20' 11" | 0 | 1,715.16 | | | | 61.9600 EA | 5,080.72 |

THE FOLLOWING SBS STANDARD TERMS AND CONDITIONS OF SALE ARE A PART OF THIS QUOTATION/ORDER FINAL ACCEPTANCE OR REJECTION OF THIS QUOTATION/ORDER SHALL ONLY BE MADE BY AN AUTHORIZED EMPLOYEE OR AGENT   THE PRICE IS SUBJECT TO CHANGE IF NOT SHIPPED WITHIN 30 DAYS OF THE ORDER DATE   SBS IS NOT RESPONSIBLE FOR THE DETERMINATION OF THE GAUGES, LENGTH, COLORS, QUANTITIES, ETC REQUIRED IN THIS QUOTATION/ORDER   PLEASE REVIEW THIS QUOTATION/ORDER CAREFULLY   YOUR SIGNATURE HEREON CONSTITUTES FULL ACCEPTANCE OF THIS QUOTATION/ORDER  IF THE ORDER IS CANCELLED AFTER A SIGNED CONFIRMATION HAS BEEN MADE, THE CUSTOMER WILL BE RESPONSIBLE FOR ALL ENGINEERING, DRAFTING OR PRODUCTION COSTS INCURRED AT THE TIME OF CANCELLATION

AGREED AND ACCEPTED BY:

COMPANY NAME _____ DATE _____

BY: _____ TITLE: _____

| Total Weight (lbs) | 1,105.6 |
|---|---|

| Sub-Total | $ | 6,120.42 |
|---|---|---|
| Freight | $ | 400.00 |
| Sales Tax | $ | 537.94 |
| Total | $ | 7,058.36 |



BUILDING COMPONENTS

A DIVISION OF SCHULTE BUILDING SYSTEMS, L.P.
17600 BADTKE RD, HOCKLEY, TX 77447
PHONE: 281.213.6100 FAX: 281.213.6101
1.866.749.COMP(2667)

**Master Rev Level:**

TR_01481

| PLEASE NOTE: THIS ORDER WILL NOT BE PROCESSED BY SBS UNTIL WE HAVE THE FOLLOWING INFORMATION | Sales Order No. 80608 | Order Date: 01/31/13 |
|---|---|---|
| 1. SIGNED CONFIRMATION OF THE QUOTATION 2. JOBSITE INFORMATION A. WRITTEN DIRECTIONS TO THE JOBSITE B. THE PHYSICAL ADDRESS C. CONTACT NAME AND PHONE NUMBER | Load Date: 02/01/13 | 1 |

**Sold To:** SELECT BUILDING SYSTEMS
17 SCENIC LOOP RD
BOERNE, TX 78006

Phone: 830-981-5929 Fax: 830-981-5308

**Ship To:** ROD LEWIS LOS CERRITOS HANGAR BUILDING-SHIP TO
TBD
UVALDE, TX 78801

Phone: Fax:

| Order Entered By | Customer | Terms | Purchase Order Number | Contact | Ship Via |
|---|---|---|---|---|---|
| Erick Key | SBS003 | COD - COMPANY CHECK | KYLE K. | | ZONE 6 MILK RUN |

| L# | R# | Piece Mark | Description | Qty | Length | Sq. Feet Per Sheet | Total Units of Material | Total Weight | Punch LE | TE | Unit Price | Total Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | CHANNEL 6.125 X 3 14GA RED OXIDE | 6 | 20' 0" | 0 | 120.00 | 342 | None | None | 1.7600 FT | 211.20 |
| 2 | | | CHANNEL 6.125 X 3 14GA RED OXIDE | 8 | 15' 0" | 0 | 120.00 | 342 | None | None | 1.7600 FT | 211.20 |
| 3 | | | ANGLE 2 X 4 X 14GA RED OXIDE X 20 | 5 | 20' 0" | 0 | 100.00 | 142 | | | 1.1000 FT | 110.00 |
| 4 | | | CEE 6 X 2.5 14GA RED OXIDE | 32 | 2' 9-3/4" | 0 | 160.00 | 257 | None | None | 1.7600 FT | 281.60 |
| 5 | | | 12-24 X 1-1/4 SELF DRILLING LONG LIFE TEK 5 WITH WASHER PLAIN | 100 | | 0 | 100.00 | 3 | | | 147.6500 M | 14.77 |
| 6 | | | 12 X 1 SELF DRILLING HWH CARBON SCREW W/O WASHER PLAIN | 250 | | 0 | 250.00 | 4 | | | 31.0000 M | 7.75 |



**BUILDING COMPONENTS**

A DIVISION OF SCHULTE BUILDING SYSTEMS, L.P.
17600 BADTKE RD, HOCKLEY, TX 77447
PHONE: 281.213.6100 FAX: 281.213.6101
1.866.749.COMP(2667)

THE FOLLOWING SBS STANDARD TERMS AND CONDITIONS OF SALE ARE A PART OF THIS QUOTATION/ORDER
FINAL ACCEPTANCE OR REJECTION OF THIS QUOTATION/ORDER SHALL ONLY BE MADE BY AN AUTHORIZED
EMPLOYEE OR AGENT   THE PRICE IS SUBJECT TO CHANGE IF NOT SHIPPED WITHIN 30 DAYS OF THE ORDER
DATE   SBS IS NOT RESPONSIBLE FOR THE DETERMINATION OF THE GAUGES, LENGTH, COLORS, QUANTITIES,
ETC  REQUIRED IN THIS QUOTATION/ORDER   PLEASE REVIEW THIS QUOTATION/ORDER CAREFULLY   YOUR
SIGNATURE HEREON CONSTITUTES FULL ACCEPTANCE OF THIS QUOTATION/ORDER   IF THE ORDER IS
CANCELLED AFTER A SIGNED CONFIRMATION HAS BEEN MADE, THE CUSTOMER WILL BE RESPONSIBLE FOR
ALL ENGINEERING, DRAFTING OR PRODUCTION COSTS INCURRED AT THE TIME OF CANCELLATION

AGREED AND ACCEPTED BY:

COMPANY NAME _____ DATE _____

BY: _____ TITLE: _____

## Master Rev Level:   1

| PLEASE NOTE: THIS ORDER WILL NOT BE PROCESSED BY SBS UNTIL WE HAVE THE FOLLOWING INFORMATION | Sales Order No. | Order Date: |
|---|---|---|
| | 80608 | 01/31/13 |

1. SIGNED CONFIRMATION OF THE QUOTATION
2. JOBSITE INFORMATION
A. WRITTEN DIRECTIONS TO THE JOBSITE
B. THE PHYSICAL ADDRESS
C. CONTACT NAME AND PHONE NUMBER

**Load Date:  02/01/13**

| | | 1 |
|---|---|---|

| | | |
|---|---|---|
| Sub-Total | $ | 836.52 |
| | | |
| | | |

| Total Weight (lbs) | 1,092.1 |
|---|---|

| Sales Tax | $ | 69.01 |
|---|---|---|
| | | |
| Total | $ | 905.53 |

TR_01482

**From:** Daniel Boddie <danielb@bodenllc.com>
**Sent:** Monday, April 15, 2013 11:46 AM
**To:** Thomas Pittman
**Subject:** Re: Invoice amounts past due for Los Cerritos

We are probably going to use 80323 since its already onsite. But we still lack the vinyl pieces for the doors...

The other stuff is all laying in the giant pile of metal next to the hangar. Rod instructed lingo to put it somewhere safe on the ranch to use at some point in the future...

**Daniel Boddie** | Partner
BoDen, LLC | 210.885.9537 Cell |
11550 I.H. 10 West, Suite 395A San Antonio, TX 78230

On Apr 15, 2013, at 11:41 AM, Thomas Pittman <TPittman@lewisenergy.com> wrote:

> Do we need any of this? It's out of spec anyway
>
> Thomas L. Pittman
> Director of Construction, Lewis Energy Grp.
> tpittman@lewisenergy.com
> work: (210) 384-5892
> cell:   (210) 262-1686
> 10067 Jones Maltsberger
> San Antonio, Tx. 78216
>
> Begin forwarded message:
>
>> **From:** Erick Key <ErickK@SBSLP.COM>
>> **Date:** April 15, 2013, 11:31:29 AM CDT
>> **To:** 'Thomas Pittman' <TPittman@lewisenergy.com>
>> **Cc:** notes <notes@SBSLP.COM>
>> **Subject: RE: Invoice amounts past due for Los Cerritos**
>>
>> Tom,
>>
>> No sir, none of this was used for the hanger pockets that I know of. It was mainly for the interior buildouts and sheeting the hanger doors which was not a part of the original building contract.
>>
>> We did not know what panel was being used until Select Building Systems ordered the panels for the hanger doors.
>>
>> Orders #79497, #79756, #80065, #80066, #80319, and #80608 look to be material that was used to build the interior rooms inside the building.



DEFENDANT'S
EXHIBIT
94
SBS

1

TR_01483

Order #80323 was for the structural pieces to mount the panels horizontally and for the panels to cover the hanger doors.

Order #80140 was used for perimeter angle on the interior buildings or was used to span the gap between the spandrel beams and block walls.


ERICK KEY
SCHULTE BUILDING SYSTEMS
17600 BADTKE ROAD
HOCKLEY, TX 77447
877-257-2534
Projid[73935]

---

**From:** Thomas Pittman [mailto:TPittman@lewisenergy.com]
**Sent:** Monday, April 15, 2013 11:03 AM
**To:** Erick Key
**Subject:** Re: Invoice amounts past due for Los Cerritos
**Importance:** High

What is this for Erick? Is this to fix the hanger pockets? Or is this something left over from the main building?


Thomas L. Pittman
Director of Construction, Lewis Energy Grp.
tpittman@lewisenergy.com
work: (210) 384-5892
cell:   (210) 262-1686
10067 Jones Maltsberger
San Antonio, Tx.  78216

---

**From:** Erick Key <ErickK@SBSLP.COM>
**Date:** Mon, 15 Apr 2013 13:47:59 +0000
**To:** Lewis Energy Group Lewis Energy Group <tpittman@lewisenergy.com>
**Cc:** notes <notes@SBSLP.COM>
**Subject:** Invoice amounts past due for Los Cerritos

Tom,

Attached is the past due invoices on what is owed by Select Building Systems on the hanger project.
I will send you the detailed orders on another e-mail.

Thank you,

ERICK KEY
SCHULTE BUILDING SYSTEMS
17600 BADTKE ROAD
HOCKLEY, TX 77447
877-257-2534

2

TR_01484

Projid[73935]

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

TR_01485

Kyle Kieke <kkieke@sbsworld.net>  
To: Matthew Martinez </O=MEX02/OU=EXCHANGE
ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/
CN=Mmartinez.johngrable.com_aa5dd8392>  
Cc: Jack Green <jgreen@sbsworld.net>  
RE: Ext doors

December 13, 2012  2:40 PM

1 Attachment, 4 KB

Probably going to be an issue with the doors but I won't know until I talk to the LEG rep.   I
ordered the exterior doors last Thursday because I need them to build the CMU walls.
Hopefully it won't be a problem but we may have to order new doors because they are bored for
standard hardware (no door schedule).


Thanks,


Kyle Kieke


Project Superintendent

SBS Construction

kkieke@sbsworld.net

C: 830-388-9267

F: 830-981-5303


**From:** Matthew Martinez [mailto:mmartinez@johngrable.com]
**Sent:** Thursday, December 13, 2012 11:09 AM
**To:** Kyle Kieke
**Subject:** RE: Ext doors


i can track the contact down, but the "what " is for access control hardware that LEG uses for all
their facilities, i dont think Rod wants to keep track of keys for all these buildings . . . i believe he
has a magnetic badge for the card reader on doors of most of his buildings . . .



DEFENDANT'S
EXHIBIT
95
SBS



**JOHN GRABLE**
A R C H I T E C T S · I N C

MATTHEW M. MARTINEZ, ASSOC. AIA

222 AUSTIN HWY, SAN ANTONIO, TEXAS 78209

E: MMARTINEZ@JOHNGRABLE.COM

P: 210-820-3332 EX. 35

W: WWW.JOHNGRABLE.COM

---

**From:** Kyle Kieke [ mailto:kkieke@sbsworld.net]
**Sent:** Thursday, December 13, 2012 11:05 AM
**To:** Matthew Martinez
**Cc:** Jack Green
**Subject:** Ext doors

On your floor plans you denote consulting the "Leg Security Consultant" regarding all 3 exterior doors.   Any idea what for and do you have contact information?

Thanks,

Kyle Kieke

Project Superintendent

SBS Construction

kkieke@sbsworld.net

C: 830-388-9267

F: 830-981-5303

JOHN GRABLE
ARCHITECTS · INC

| **From:** | John Grable <jgrable@johngrable.com> |
| --- | --- |
| **Sent:** | Thursday, August 9, 2012 6:33 PM |
| **To:** | Jack Green <jgreen@sbsworld.net> |
| **Subject:** | Fwd: Los Cerritos Ranch Hangar Field Report |
| **Attach:** | FR001 D2012.08.09 PN12013.pdf; ATT00001.htm |

Hi Jack
Victor is first to report in

John Grable FAIA

www.johngrable.com

Begin forwarded message:

> **From:** "Victor M. De Anda Jr." <victor@synergy-se.com>
> **To:** "John Grable" <jgrable@johngrable.com>
> **Subject: Los Cerritos Ranch Hangar Field Report**
>
>
> Victor M. De Anda Jr., P.E.
> Synergy Structural Engineering, Inc.
> 901 Victoria St. Suite "C"
> Laredo, TX. 78040
> O: 956-753-5860
> F: 956-753-6210
> M: 956-237-7908



DEFENDANT'S
EXHIBIT
96
SBS

FR001 D2012.08.09 PN12013.pdf



# SYNERGY STRUCTURAL ENGINEERING, INC.

901 Victoria St. Suite "C" Laredo, TX. 78040
(956) 753-5860 (fax) 753-6210 synergy@synergy-se.com
TBPE Firm Registration No.: F-7661

## FIELD OBSERVATIONS REPORT

| | | | |
|---|---|---|---|
| PROJECT NAME: | Los Cerritos Ranch Hangar- Uvalde, TX. | | |
| PROJECT NO.: | SSE-12-013 | TIME OF DAY: | 9:00 A.M. |
| FIELD REPORT NO.: | 001 | WEATHER: | 86°F |
| REPORT DATE: | August 9, 2012 | REPORT BY: | Victor M. De Anda Jr., P.E. |
| SUBJECT: | Foundation Reinforcing Observation | | |

*State of Texas Licensed Professional Engineer seal — VICTOR M. DeANDA JR. 92641*

Exp. 09/30/12

08/09/12

**COMMENTS:**



Picture #1: Reinforcing in place over vapor barrier.



Picture #2: Corner bars installed.



Picture #3: Rebar lap okay on slab.



Picture #4: Spread footing reinforcing in place.

Site Visit Total Time:    1.00    Hrs.                    Review By:    VDA

 SYNERGY STRUCTURAL ENGINEERING, INC.                    Laredo, TX.



Picture #5: Need to straighten the grade beam reinforcing and tie it to the slab reinforcing to prevent it from moving when pouring concrete.



Picture #6: Keyway for construction joint has been installed.



Picture #7: Trench and reinforcing for drain is in place.



Picture #8: Template for anchor bolts are being installed.

Additional comments:

1. Provide support at slab reinforcing not to exceed 4 ft centers.
2. Clean all debris from trenches and slab before pour.
3. Repair all punctures on moisture barrier with pressure sensitive tape.
4. Align grade beam reinforcing and tie to slab steel.
5. Clean mud from rebar at grade beam drop at trench drains.
6. Complete the saw cut control joints in a period not to exceed 12 hrs after the pour. Depth of saw cut control joints shall be at a minimum 2" deep.
7. Do not pour in temperatures exceeding 90° F without taking precautions for hot weather concreting.

 SYNERGY STRUCTURAL ENGINEERING, INC. Laredo, TX.

| | |
|---|---|
| **From:** | John Grable <jgrable@johngrable.com> |
| **Sent:** | Saturday, August 18, 2012 2:06 PM |
| **To:** | PE VICTOR M. DE ANDA Jr. <victor@synergy-se.com>; Tom Pittman <tpittman@lewisenergy.com>; Matthew Martinez <mmartinez@johngrable.com>; Jack Green <jgreen@sbsworld.net> |
| **Subject:** | Fwd: Ready |

---

Tes!
Agree

Jack said they are still straightening crooked steel in trenches

Pour starts Monday at 3 am


John Grable FAIA

www.johngrable.com

Begin forwarded message:

> **From:** "Victor M. De Anda Jr." <victor@synergy-se.com>
> **To:** "John Grable" <jgrable@johngrable.com>
> **Subject: Re: Fwd: Ready**
>
> Eveything looks nice and clean!!!
>
>
> Victor M. De Anda Jr., P.E.
> Synergy Structural Engineering, Inc.
> 901 Victoria St. Suite "C"
> Laredo, TX. 78040
> O: 956-753-5860
> F: 956-753-6210
> M: 956-237-7908
>
>
> ---
> From: John Grable <jgrable@johngrable.com>
> To: PE VICTOR M. DE ANDA Jr. <victor@synergy-se.com>
> Sent: Sat, August 18, 2012 8:29:16 AM
> Subject: Fwd: Ready
>
>
> Victor
>
> Photos from yesterday by Jack Green
> They are pouring Monday am starting at 3 am
>
> Tom Pittman once to check one more time for piece of mind
> He going today



DEFENDANT'S EXHIBIT 97 SBS PENGAD-Bayonne, N.J.

jack G returns Sunday evening for pour

Any concerns?
John

Sent from my iPad

Begin forwarded message:

From: "Jack Green" <jgreen@sbsworld.net<mailto:jgreen@sbsworld.net>>
To: "John Grable" <jgrable@johngrable.com<mailto:jgrable@johngrable.com>>, "Thomas
Pittman" <tpittman@lewisenergy.com<mailto:tpittman@lewisenergy.com>>
Subject: Ready


[cid:1.401300154@web607.biz.mail.mud.yahoo.com]


[cid:2.401300154@web607.biz.mail.mud.yahoo.com]


[cid:3.401300154@web607.biz.mail.mud.yahoo.com]


[cid:4.401300154@web607.biz.mail.mud.yahoo.com]


[cid:5.401300154@web607.biz.mail.mud.yahoo.com]


Jack Green
210-789-1898
Every











Jorge Gonzalez <jgonzalez@lewisenergy.com>                  August 19, 2012  11:00 AM
To: Thomas Pittman <TPittman@lewisenergy.com>
Cc: John Grable </O=MEX02/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Jgrable.johngrable.com_55280b3ab>,
jgreen@sbsworld.net <jgreen@sbsworld.net>
Re: los Cerritos

---

Guys it rained 1 1/2 in this morrning   I have a guy there and he said its very wet !!!
I'll be there late today . I'll send Some pics
Sent from my iPhone

On Aug 18, 2012, at 5:22 PM, "Thomas Pittman" <TPittman@lewisenergy.com> wrote:

> The foundation looks good.  Couple of minor details that Jack and I talked about.  We are good to go.
>
> FYI guys, so I get a call from Lingo and he tells me about how the sheriff was tailing me the whole way and how I missed the turn...I said WTF over...how do you know that?  So be careful out there Lingo and God are watching you!
>
> See you Monday morning!
>
> I have friends all over too Lingo so you better watch out!!  Haha!
>
>
> Thomas L. Pittman
> Director of Construction, Lewis Energy Grp.
> tpittman@lewisenergy.com
> work: (210) 384-5892
> cell:   (210) 262-1686
> 10067 Jones Maltsberger
> San Antonio, Tx.  78216
>
THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!


DEFENDANT'S
EXHIBIT
98
SBS

# WEEKLY REPORT

| | | PROJECT # | 1378 |
|---|---|---|---|
|  **SBS Construction**<br>P.O. Box 780849<br>San Antonio, Texas 78278 | | PROJECT: | Los Cerritos Hangar |
| | | Email Distribution | Rod Lewis, Thomas Pittman, Parnak Charkhchi |
| | | | John Grable, Matt Martinez |
| | | | Steve Schiffman, Jack Green |

| Contract Status Report for the Week Ending: | 10/21/2012 |
|---|---|
| Submitted By: | Jack Green |
| Date Submitted: | 10/23/2012 |

| | | | |
|---|---|---|---|
| Contract Date: | 05/31/2012 | Original Contract Amount: | $1,226,074.00 |
| Start Date: | 05/31/2012 | Approved Change: | $0.00 |
| Contract Time: | 173 days | Current Contract Amount: | $1,271,208.00 |
| Estimated Completion Date: | 01/30/2012 | Pending Changes: | $72,144.00 |
| Total Rain Days: | 6 | Pending Contract Amount: | $1,271,208.00 |
| Rain Days This Week: | 0 | Additional Time Required: | 0 |

| Work Completed This Week |
|---|
| Rebar for paving and septic system installed week ending 9/30/2012 |
| |
| |

| Work to be Completed Next Week |
|---|
| Partial delivery of PEMB on Thursday 10-25-2012, layout steel. |
| |

| Project Issues |
|---|
| Change Order # One was submitted on **July 7, 2012** still have not received signed copy |
| Change Order # Two was submitted on **October 4, 2012** still have not received signed copy |
| The continual delay of not receiving signed and approved change orders will delay the project, as both of these change orders reflect items that have a substantial lead time. Change order two has a specific lead time from approved shop drawings which cannot be processed without a signed/ approved change order. |

| Outstanding Issues |
|---|
| Still waiting on modeling of wood selections for interior siding, still waiting on approval of exterior wall selection-masonry and steel exterior. |


DEFENDANT'S EXHIBIT
99
SBS

TR_00158

## WEEKLY REPORT



| SBS Construction<br>P.O. Box 780849<br>San Antonio, Texas 78278 | PROJECT # | 1378 |
| | PROJECT: | Los Cerritos Hangar |
| | Email Distribution | Rod Lewis, Thomas Pittman, Parnak Charkhchi |
| | | John Grable, Matt Martinez |
| | | Steve Schiffman, Jack Green |

| Contract Status Report for the Week Ending: | 10/28/2012 |
| --- | --- |
| Submitted By: | Jack Green |
| Date Submitted: | 10/23/2012 |

| | | | |
| --- | --- | --- | --- |
| Contract Date: | 05/31/2012 | Original Contract Amount: | $1,226,074.00 |
| Start Date: | 05/31/2012 | Approved Change: | $0.00 |
| Contract Time: | 173 days | Current Contract Amount: | $1,271,208.00 |
| Estimated Completion Date: | 01/30/2012 | Pending Changes: | $72,144.00 |
| Total Rain Days: | 6 | Pending Contract Amount: | $1,271,208.00 |
| Rain Days This Week: | 0 | Additional Time Required: | 0 |

| Work Completed This Week |
| --- |
| Rebar for paving and septic system installed week ending 9/30/2012 |
| Received first load of steel for project, more loads to follow next week as steel is out of production. |
| |
| **Work to be Completed Next Week** |
| Begin steel erection, deliver more equipment, and continue steel delivery. |
| |
| **Project issues** |
| Change Order # One was submitted on **July 7, 2012** still have not received signed copy |
| Change Order # Two was submitted on **October 4, 2012** still have not received signed copy |
| **Outstanding Issues** |
| Still waiting on modeling of wood selections for interior siding, still waiting on approval of exterior wall selection-masonry and steel exterior. |
| Still working with concrete contractor to negotiate cod/ pour date. |

TR_00159

# WEEKLY REPORT



| | | PROJECT # | 1378 |
|---|---|---|---|
| **SBS Construction** P.O. Box 780849 San Antonio, Texas 78278 | | PROJECT: | Los Cerritos Hangar |
| | | **Email Distribution** | Rod Lewis, Thomas Pittman, Parnak Charkhchi |
| | | | John Grable, Matt Martinez |
| | | | Steve Schiffman, Jack Green |

| Contract Status Report for the Week Ending: | 11/11/2012 |
|---|---|
| Submitted By: | Jack Green |
| Date Submitted: | 11/9/2012 |

| | | | |
|---|---|---|---|
| Contract Date: | 05/31/2012 | Original Contract Amount: | $1,226,074.00 |
| Start Date: | 05/31/2012 | Approved Change: | $0.00 |
| Contract Time: | 173 days | Current Contract Amount: | $1,271,208.00 |
| Estimated Completion Date: | 01/30/2012 | Pending Changes: | $72,144.00 |
| Total Rain Days: | 6 | Pending Contract Amount: | $1,271,208.00 |
| Rain Days This Week: | 0 | Additional Time Required: | 0 |

| Work Completed This Week |
|---|
| Rebar for paving and septic system installed week ending 9/30/2012 |
| Delivery of PEMB, begin steel erection. |
| |
| **Work to be Completed Next Week** |
| Continue Steel erection. |
| |
| **Project issues** |
| Change Order # One was submitted on July 7, 2012 still have not received signed copy |
| Change Order # Two was submitted on October 4, 2012 still have not received signed copy |
| **Outstanding Issues** |
| Still waiting on modeling of wood selections for interior siding, still waiting on approval of exterior wall selection-masonry and steel exterior. Still working with concrete contractor to negotiate cod/ pour date. |



DEFENDANT'S EXHIBIT
100
SBS

TR_00160

# *WEEKLY REPORT*



| | | | |
|---|---|---|---|
| **SBS Construction**<br>P.O. Box 780849<br>San Antonio, Texas 78278 | | **PROJECT #** | 1378 |
| | | **PROJECT:** | Los Cerritos Hangar |
| | | **Email Distribution** | Rod Lewis, Thomas Pittman, Parnak Charkhchi |
| | | | John Grable, Matt Martinez |
| | | | Steve Schiffman, Jack Green |

| | |
|---|---|
| **Contract Status Report for the Week Ending:** | 11/17/2012 |
| **Submitted By:** | Jack Green |
| **Date Submitted:** | 11/21/2012 |

| | | | |
|---|---|---|---|
| **Contract Date:** | 05/31/2012 | **Original Contract Amount:** | $1,226,074.00 |
| **Start Date:** | 05/31/2012 | **Approved Change:** | $0.00 |
| **Contract Time:** | 173 days | **Current Contract Amount:** | $1,271,208.00 |
| **Estimated Completion Date:** | 01/30/2012 | **Pending Changes:** | $72,144.00 |
| **Total Rain Days:** | 6 | **Pending Contract Amount:** | $1,271,208.00 |
| **Rain Days This Week:** | 0 | **Additional Time Required:** | 0 |

| **Work Completed This Week** |
|---|
| Layout and erection of PEMB |
| |
| |

| **Work to be Completed Next Week** |
|---|
| Continue Steel erection. |
| |

| **Project issues** |
|---|
| Change Order # One was submitted on **July 7, 2012** still have not received signed copy |
| Change Order # Two was submitted on **October 4, 2012** still have not received signed copy |

| **Outstanding Issues** |
|---|
| Still waiting on modeling of wood selections for interior siding, still waiting on approval of exterior wall selection-masonry and steel exterior.<br>Minor Issues with detailing on building, issues have been resolved. |

TR_00161

# WEEKLY REPORT

| | | PROJECT # | 1378 |
|---|---|---|---|
|  **SBS Construction** P.O. Box 780849 San Antonio, Texas 78278 | | PROJECT: | Los Cerritos Hangar |
| | | Email Distribution | Rod Lewis, Thomas Pittman, Parnak Charkhchi |
| | | | John Grable, Matt Martinez |
| | | | Steve Schiffman, Jack Green |

| Contract Status Report for the Week Ending: | 11/25/2012 |
|---|---|
| Submitted By: | Jack Green |
| Date Submitted: | 11/21/2012 |

| Contract Date: | 05/31/2012 | Original Contract Amount: | $1,226,074.00 |
|---|---|---|---|
| Start Date: | 05/31/2012 | Approved Change: | $0.00 |
| Contract Time: | 173 days | Current Contract Amount: | $1,271,208.00 |
| Estimated Completion Date: | 01/30/2012 | Pending Changes: | $72,144.00 |
| Total Rain Days: | 6 | Pending Contract Amount: | $1,271,208.00 |
| Rain Days This Week: | 0 | Additional Time Required: | 0 |

| Work Completed This Week |
|---|
| Continue with steel erection. Per conversation with Tom Pittman on 11/21/2012, we are suspending work on site until Monday due to the Thanksgiving weekend. |
| |

| Work to be Completed Next Week |
|---|
| Continue steel erection. |
| |

| Project Issues |
|---|
| Change Order # One was submitted on **July 7, 2012** still have not received signed copy |
| Change Order # Two was submitted on **October 4, 2012** still have not received signed copy |

| Outstanding Issues |
|---|
| Moving forward with Uvalde Concrete (Supplier) trying to schedule for end of next week to pour remaining concrete. |

TR_00162

# WEEKLY REPORT

|  **SBS Construction** P.O. Box 780849 San Antonio, Texas 78278 | PROJECT # | 1378 |
|---|---|---|
| | PROJECT: | Los Cerritos Hangar |
| | Email Distribution | Rod Lewis, Thomas Pittman, Parnak Charkhchi |
| | | John Grable, Matt Martinez |
| | | Steve Schiffman, Jack Green |

| Contract Status Report for the Week Ending: | 09 Dec 12 |
|---|---|
| Submitted By: | Kyle Kieke |
| Date Submitted: | 10 Dec 12 |

| Contract Date: | 05/31/2012 | Original Contract Amount: | $1,226,074.00 |
|---|---|---|---|
| Start Date: | 05/31/2012 | Approved Change: | $0.00 |
| Contract Time: | 173 days | Current Contract Amount: | $1,271,208.00 |
| Estimated Completion Date: | 01/30/2012 | Pending Changes: | $72,144.00 |
| Total Rain Days: | 6 | Pending Contract Amount: | $1,271,208.00 |
| Rain Days This Week: | 0 | Additional Time Required: | 0 |

| Work Completed This Week |
|---|
| Steel erection of hanger substantially complete except for main hanger door. All roofing sheets have been rolled and will begin installation Monday, 10 December 2012 |
| |
| |

| Work to be Completed Next Week |
|---|
| Install roofing/insulation. CMU block work will commence along with electrical overhead conduit installation |
| |

| Project Issues |
|---|
| Change Order # One was submitted on **July 7, 2012** still have not received signed copy |
| Change Order # Two was submitted on **October 4, 2012** still have not received signed copy |
| Need status of required electrical easement to begin utility work |

| Outstanding Issues |
|---|
| Remaining RFIs sent to Matt Martinez 05 Dec 12 |
| |



DEFENDANT'S EXHIBIT
101
SBS

# WEEKLY REPORT



Comment [j1]:

| | | PROJECT # | 1378 |
|---|---|---|---|
| **SBS Construction**<br>P.O. Box 780849<br>San Antonio, Texas 78278 | | PROJECT: | Los Cerritos Hangar |
| | | Email<br>Distribution | Rod Lewis, Thomas Pittman, Parnak Charkhchi |
| | | | John Grable, Matt Martinez |
| | | | Steve Schiffman, Jack Green |

| | |
|---|---|
| Contract Status Report for the Week Ending: | 16 Dec 12 |
| Submitted By: | Kyle Kieke |
| Date Submitted: | 17 Dec 12 |

| | | | |
|---|---|---|---|
| Contract Date: | 05/31/2012 | Original Contract Amount: | $1,226,074.00 |
| Start Date: | 05/31/2012 | Approved Change: | $0.00 |
| Contract Time: | 173 days | Current Contract Amount: | $1,271,208.00 |
| Estimated Completion Date: | 02/28/2012 | Pending Changes: | $72,144.00 |
| Total Rain Days: | 7 | Pending Contract Amount: | $1,271,208.00 |
| Rain Days This Week: | 0 | Additional Time Required: | 0 |

| Work Completed This Week |
|---|
| Roofing/insulation 90% complete and will finish by COB Monday, 17 Dec |
| CMU wall installation has begun |
| |
| **Work to be Completed Next Week** |
| Hanger door/track will be installed |
| CMU wall projected to be at 10' by end of coming week |
| Exterior walk thru doors to be set |
| Overhead electrical conduit installation to begin |
| **Project issues** |
| Change Order # One was submitted on **July 7, 2012** still have not received signed copy |
| Change Order # Two was submitted on **October 4, 2012** still have not received signed copy |
| Need status of required electrical easement to begin utility work |
| **Outstanding Issues** |
| Remaining RFIs sent to Matt Martinez 05 Dec, 06 Dec, and 13 Dec |
| Exterior walk thru door RFI sent to Philip Weaver on 14 Dec |

TR_00163

## WEEKLY REPORT

| | | PROJECT # | 1378 |
|---|---|---|---|
|  **SBS Construction** P.O. Box 780849 San Antonio, Texas 78278 | | PROJECT: | Los Cerritos Hangar |
| | Email Distribution | Rod Lewis, Thomas Pittman, Parnak Charkhchi | |
| | | John Grable, Matt Martinez | |
| | | Steve Schiffman, Jack Green | |

| Contract Status Report for the Week Ending: | 23 Dec 12 |
|---|---|
| Submitted By: | Kyle Kieke |
| Date Submitted: | 26 Dec 12 |

| Contract Date: | 05/31/2012 | Original Contract Amount: | $1,226,074.00 |
|---|---|---|---|
| Start Date: | 05/31/2012 | Approved Change: | $0.00 |
| Contract Time: | 173 days | Current Contract Amount: | $1,271,208.00 |
| Estimated Completion Date: | 02/28/2012 | Pending Changes: | $72,144.00 |
| Total Rain Days: | 7 | Pending Contract Amount: | $1,271,208.00 |
| Rain Days This Week: | 0 | Additional Time Required: | 0 |

| Work Completed This Week |
|---|
| Main hanger doors/track installed |
| Installed 7 courses CMU south/west walls |
| Exterior walk thru doors set |
| Overhead lighting conduit 75% complete |
| **Work to be Completed Next Week** |
| Install 7 courses CMU at north wall |
| Complete main overhead lighting conduit, pull wire |
| Begin hanging hi-bay fixtures |
| |
| **Project issues** |
| Change Order # One was submitted on **July 7, 2012** still have not received signed copy |
| Change Order # Two was submitted on **October 4, 2012** still have not received signed copy |
| Need status of required electrical easement to begin utility work |
| Need status of electrical change approval |
| **Outstanding Issues** |
| Remaining RFIs sent to Matt Martinez 05 Dec, 06 Dec, and 13 Dec |

TR_00164

| Exterior walk thru door RFI sent to Philip Weaver on 14 Dec |
| --- |
| |

TR_00165

# WEEKLY REPORT

| | | PROJECT # | 1378 |
|---|---|---|---|
|  **SBS Construction** <br> P.O. Box 780849 <br> San Antonio, Texas 78278 | | PROJECT: | Los Cerritos Hangar |
| | Email Distribution | Rod Lewis, Thomas Pittman, Parnak Charkhchi | |
| | | John Grable, Matt Martinez | |
| | | Steve Schiffman, Jack Green | |

| Contract Status Report for the Week Ending: | 30 Dec 12 |
|---|---|
| Submitted By: | Kyle Kieke |
| Date Submitted: | 02 Jan 13 |

| Contract Date: | 05/31/2012 | Original Contract Amount: | $1,226,074.00 |
|---|---|---|---|
| Start Date: | 05/31/2012 | Approved Change: | $0.00 |
| Contract Time: | 173 days | Current Contract Amount: | $1,271,208.00 |
| Estimated Completion Date: | 02/28/2012 | Pending Changes: | $72,144.00 |
| Total Rain Days: | 7 | Pending Contract Amount: | $1,271,208.00 |
| Rain Days This Week: | 0 | Additional Time Required: | 0 |

| Work Completed This Week |
|---|
| Complete conduit runs for overhead lighting |
| No CMU work complete due to cold weather |
| |
| |

| Work to be Completed Next Week |
|---|
| Install 7 courses CMU at north wall, begin CMU behind structural columns |
| Complete main overhead lighting conduit, pull wire |
| Begin hanging hi-bay fixtures |
| |

| Project Issues |
|---|
| Change Order # One was submitted on **July 7, 2012** still have not received signed copy |
| Change Order # Two was submitted on **October 4, 2012** still have not received signed copy |
| Need status of required electrical easement to begin utility work |
| Need status of electrical change approvals – work continuing per original drawings |

TR_00166

| Outstanding Issues |
| --- |
| Remaining RFIs sent to Matt Martinez 05 Dec, 06 Dec, and 13 Dec |
| Exterior walk thru door RFI sent to Philip Weaver on 14 Dec |
| |

TR_00167

Kyle Kieke <kkieke@sbsworld.net> 📎          January 2, 2013  9:43 AM
To: Steve Schiffman <sschiffman@sbsworld.net>, Jack Green
<jgreen@sbsworld.net>, tpittman@lewisenergy.com <tpittman@lewisenergy.com>, John Grable
</O=MEX02/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/
CN=RECIPIENTS/CN=Jgrable.johngrable.com_55280b3ab>
Los Cerritos Weekly Report - week ending 121230

Thanks,


Kyle Kieke


Project Superintendent

SBS Construction

kkieke@sbsworld.net

C: 830-388-9267

F: 830-981-5303



1378 Los C...0.doc (49 KB)

# WEEKLY REPORT

| | | PROJECT # | 1378 |
|---|---|---|---|
|  **SBS Construction** <br> P.O. Box 780849 <br> San Antonio, Texas 78278 | | PROJECT: | Los Cerritos Hangar |
| | Email Distribution | Rod Lewis, Thomas Pittman, Parnak Charkhchi | |
| | | John Grable, Matt Martinez | |
| | | Steve Schiffman, Jack Green | |

| Contract Status Report for the Week Ending: | 06  Jan 13 |
|---|---|
| Submitted By: | Kyle Kieke |
| Date Submitted: | 07 Jan 13 |

| Contract Date: | 05/31/2012 | Original Contract Amount: | $1,226,074.00 |
|---|---|---|---|
| Start Date: | 05/31/2012 | Approved Change: | $0.00 |
| Contract Time: | 173 days | Current Contract Amount: | $1,271,208.00 |
| Estimated Completion Date: | 02/28/2012 | Pending Changes: | $72,144.00 |
| Total Rain Days: | 8 | Pending Contract Amount: | $1,271,208.00 |
| Rain Days This Week: | 1 | Additional Time Required: | 0 |

| Work Completed This Week |
|---|
| Continue conduit installation for emergency lighting |
| Pull wire for all overhead circuits |
| Additional CMU completed on south elevation to 11' |
| Rain day Friday 04 Jan |
| **Work to be Completed Next Week** |
| Continue CMU wall construction |
| Install interior office pod steel headers |
| Structural frame punch |
| |
| **Project issues** |
| Will address all outstanding issues during scheduled meeting on 07 Jan |
| **Outstanding Issues** |
| Will address all outstanding issues during scheduled meeting on 07 Jan. |


DEFENDANT'S EXHIBIT
102
SBS

TR_00168

# WEEKLY REPORT

| | | PROJECT # | 1378 |
|---|---|---|---|
|  **SBS Construction** P.O. Box 780849 San Antonio, Texas 78278 | | PROJECT: | Los Cerritos Hangar |
| | Email Distribution | Rod Lewis, Thomas Pittman, Parnak Charkhchi | |
| | | John Grable, Matt Martinez | |
| | | Steve Schiffman, Jack Green | |

| Contract Status Report for the Week Ending: | 13 Jan 13 |
|---|---|
| Submitted By: | Kyle Kieke |
| Date Submitted: | 14 Jan 13 |

| Contract Date: | 05/31/2012 | Original Contract Amount: | $1,226,074.00 |
|---|---|---|---|
| Start Date: | 05/31/2012 | Approved Change: | $0.00 |
| Contract Time: | 173 days | Current Contract Amount: | $1,271,208.00 |
| Estimated Completion Date: | 03/22/2012 | Pending Changes: | $72,144.00 |
| Total Rain Days: | 10 | Pending Contract Amount: | $1,271,208.00 |
| Rain Days This Week: | 2 | Additional Time Required: | 0 |

| Work Completed This Week |
|---|
| Installed steel headers for interior offices |
| Installed all whips for overhead lighting |
| Additional CMU completed on rear elevation to 20' |
| Continue CMU construction on north elevation |
| **Work to be Completed Next Week** |
| CMU to 20' complete on north and rear elevations, minus columns |
| Install 6x8 steel tubing in cupola |
| Install motorized power vents in envelope wall |
| |
| **Project issues** |
| Need status of revised Electrical change pricing submitted 08 Jan 13 |
| **Outstanding Issues** |
| Pending RFIs |
| RFI 1 – need finish selections |
| RFI 2 – Ship ladder shop drawings – 5 week lead time, need approval by 18 Jan 13 |
| RFI 4 – Need structural steel paint color |

TR_00169

RFI 5 – Need hanger door sections to order sheathing/insulation/man door

TR_00170

# WEEKLY REPORT

| | | PROJECT # | 1378 |
|---|---|---|---|
|  **SBS Construction**<br>P.O. Box 780849<br>San Antonio, Texas 78278 | | PROJECT: | Los Cerritos Hangar |
| | Email Distribution | Rod Lewis, Thomas Pittman, Parnak Charkhchi | |
| | | John Grable, Matt Martinez | |
| | | Steve Schiffman, Jack Green | |

| Contract Status Report for the Week Ending: | 20 Jan 13 |
|---|---|
| Submitted By: | Kyle Kieke |
| Date Submitted: | 21 Jan 13 |

| Contract Date: | 05/31/2012 | Original Contract Amount: | $1,226,074.00 |
|---|---|---|---|
| Start Date: | 05/31/2012 | Approved Change: | $0.00 |
| Contract Time: | 173 days | Current Contract Amount: | $1,271,208.00 |
| Estimated Completion Date: | 03/22/2012 | Pending Changes: | $72,144.00 |
| Total Rain Days: | 10 | Pending Contract Amount: | $1,271,208.00 |
| Rain Days This Week: | 0 | Additional Time Required: | 0 |

| Work Completed This Week |
|---|
| Continue CMU wall construction |
| Install power louvered vents at envelope wall |
| Move trench drain to accommodate main hanger door track |

| Work to be Completed Next Week |
|---|
| Frame interior pods |
| Begin framing envelope walls on top of CMU walls and install Dens Glass |
| |
| |

| Project issues |
|---|
| Electrical subcontractor status |

| Outstanding Issues |
|---|
| Pending RFIs |
| RFI 1 – need finish selections |
| RFI 2 – Ship ladder shop drawings – 5 week lead time, need approval by 18 Jan 13 |
| RFI 4 – Need structural steel paint color |

TR_00171

RFI 5 -- Need hanger door sections to order sheathing/insulation/man door

TR_00172

# WEEKLY REPORT



| | | **PROJECT #** | 1378 |
|---|---|---|---|
| **SBS Construction** P.O. Box 780849 San Antonio, Texas 78278 | | **PROJECT:** | Los Cerritos Hangar |
| | **Email Distribution** | Rod Lewis, Thomas Pittman, Parnak Charkhchi | |
| | | John Grable, Matt Martinez | |
| | | Steve Schiffman, Jack Green | |

| Contract Status Report for the Week Ending: | 27 Jan 13 |
|---|---|
| Submitted By: | Kyle Kieke |
| Date Submitted: | 28 Jan 13 |

| Contract Date: | 05/31/2012 | Original Contract Amount: | $1,226,074.00 |
|---|---|---|---|
| Start Date: | 05/31/2012 | Approved Change: | $0.00 |
| Contract Time: | 173 days | Current Contract Amount: | $1,271,208.00 |
| Estimated Completion Date: | 03/22/2012 | Pending Changes: | $72,144.00 |
| Total Rain Days: | 10 | Pending Contract Amount: | $1,271,208.00 |
| Rain Days This Week: | 0 | Additional Time Required: | 0 |

| **Work Completed This Week** |
|---|
| CMU walls complete to 20' |
| Begin CMU columns |
| Interior apartment pod framing complete – remaining internal framing on hold until further notice |
| Begin framing envelope walls |
| **Work to be Completed Next Week** |
| Continue envelope wall framing and Dens Glass |
| Con tinue CMU column construction |
| Stone veneer mock-up |
| Pour main ramp |
| **Project issues** |
| Need approved revised drawings for change order pricing |
| **Outstanding Issues** |
| Pending RFIs |
| Resubmitted ship ladder shop drawings on 22 Jan – awaiting final approval |

TR_00173

# WEEKLY REPORT

| | | PROJECT # | 1378 |
|---|---|---|---|
|  **SBS Construction** P.O. Box 780849 San Antonio, Texas 78278 | | PROJECT: | Los Cerritos Hangar |
| | | Email Distribution | Rod Lewis, Thomas Pittman, Parnak Charkhchi |
| | | | John Grable, Matt Martinez |
| | | | Steve Schiffman, Jack Green |

| Contract Status Report for the Week Ending: | 03 Feb 13 |
|---|---|
| Submitted By: | Kyle Kieke |
| Date Submitted: | 04 Feb 13 |

| | | | |
|---|---|---|---|
| Contract Date: | 05/31/2012 | Original Contract Amount: | $1,226,074.00 |
| Start Date: | 05/31/2012 | Approved Change: | $0.00 |
| Contract Time: | 173 days | Current Contract Amount: | $1,271,208.00 |
| Estimated Completion Date: | 03/22/2012 | Pending Changes: | $72,144.00 |
| Total Rain Days: | 10 | Pending Contract Amount: | $1,271,208.00 |
| Rain Days This Week: | 0 | Additional Time Required: | 0 |

| Work Completed This Week |
|---|
| CMU wall sections anchored to structural steel frame |
| Framed 50% envelope walls, needed to re-engineer framing to accommodate clearstory windows |
| Interior apartment pod decking complete |
| Begin CMU columns to 20' |
| Initial stone mock-up incorrect, will ship new material for mock-up to be completed next week |
| Uvalco Concrete batch plant still down |

| Work to be Completed Next Week |
|---|
| Take-offs and revised pricing for interior changes |
| Continue CMU columns |
| Remaining framing at cupola |
| Measure clearstory/cupola windows |
| New stone mock-up will be complete for approval |

| Project issues |
|---|
| Received new architectural drawings on 01 Feb |

| Outstanding Issues |
|---|
| None at this time |



DEFENDANT'S
EXHIBIT
103
SBS

TR_00174

| Outstanding Issues |
|---|
| None at this time |

# SBS CONSTRUCTION DAILY FIELD REPORT

| | | | | | | |
|---|---|---|---|---|---|---|
| **PROJECT NAME:** | | *Los Cerritos Hanger* | | | | |
| **SBS PROJECT NO.** | | *1378* | | | | |
| **ARCHITECT PROJECT NO.** | | | | | | |
| **DAILY REPORT NO.** | *11* | **DAY:** | *Thursday* | **DATE:** | *12/6/2012* | |
| **CONTRACT DAYS** | | **REMAINING DAYS** | | | | |

## WEATHER

| TIME | | AM | | | TIME | | PM |
|---|---|---|---|---|---|---|---|
| SUNNY | X | | | | SUNNY | X | |
| CLOUDY | | | | | CLOUDY | | |
| RAIN | | | | | RAIN | | |
| TEMP LOW | 40 | F° | | | TEMP LOW | | F° |
| TEMP HIGH | | F° | | | TEMP HIGH | 74 | F° |

## WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 1 | 9 | |
| SMS | 7 | 10 | Install roofing/insulation |
| Robertsone Electric | 0 | 0 | |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 0 | 0 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 1 |
| Skytrak | 1 | Generator | 1 |
| 40 ton crane | 1 | Roofing machine | 1 |

## INSPECTIONS / TESTING/ VISITORS

Bill Leonard - SMS - roofing

Chris Fruedenrich - SMS - roofing

Rod Lewis - Client

Amanda Lewis - Client

## WORK DESCRIPTION SUMMARY

Rolling roof sheets, approximately 40% complete by COB

Walked job with Mr. Lewis, answered several general questions about project related to door locations, additional plane parking areas, and possibly adding a walk through door in the main hanger door. Mr. Lewis did not bring up any concerns about project during this walk through.

## SUBCONTRACTOR PERSONNEL ON SITE


DEFENDANT'S EXHIBIT 104 SBS

TR_00093

| Martin Rojas - SMS | |
|---|---|
| Luis Fuentes - SMS | |
| Fidel Montanyes - SMS | |
| Alejandro Baldovino - SMS | |
| Julio Barriaga - SMS | |
| | |
| | |
| VEHICLES ON SITE | |
| Superintendent - 60L FV9 | SMS - 39X NN7 |
| | |
| SUPERINTENDENT | Kyle Kieke | DATE: | 12/6/2012 |

TR_00094

## SBS CONSTRUCTION DAILY FIELD REPORT

| | | |
|---|---|---|
| PROJECT NAME: | Los Cerritos Hanger | |
| SBS PROJECT NO. | 1378 | |
| ARCHITECT PROJECT NO. | | |
| DAILY REPORT.NO. 19 | DAY: Monday | DATE: 12/17/2012 |
| CONTRACT DAYS | REMAINING DAYS | |

### WEATHER

| TIME | AM | | | TIME | | PM |
|---|---|---|---|---|---|---|
| SUNNY | X | | | SUNNY | X | |
| CLOUDY | | | | CLOUDY | | |
| RAIN | | | | RAIN | | |
| TEMP LOW | 45 | F° | | TEMP LOW | | F° |
| TEMP HIGH | | F° | | TEMP HIGH | 72 | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 0 | 0 | |
| SMS | 5 | 9 | Complete main roof/insulation |
| Robertsone Electric | 0 | 0 | |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 0 | 0 | |
| Gallery of Stones | 4 | 8 | CMU wall construction |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 1 |
| Skytrak | 1 | Generator | 1 |
| | | | |

### INSPECTIONS / TESTING/ VISITORS

### WORK DESCRIPTION SUMMARY

Continue CMU wall construction

Main hanger roof/insulation complete, begin cupola roofing

### SUBCONTRACTOR PERSONNEL ON SITE

TR_00095

| | |
|---|---|
| Nolberto Galarza - Gallery of Stones | Luis Fuentes - SMS |
| Hugo Esquivel - Gallery of Stones | Julio Barriaga - SMS |
| Jose Romo - Gallery of Stones | |
| Jaime Galarza - Gallery of Stones | |
| Martin Rojas - SMS | |
| Alejandro Baldovino - SMS | |
| Fidel Montanyes - SMS | |
| VEHICLES ON SITE | |
| SMS - 39X NN7 | |
| O5CSR6 - Gallery of Stones | |
| SUPERINTENDENT | Kyle Kieke | DATE: | 12/17/2012 |

TR_00096

## SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | | Los Cerritos Hanger | | | |
|---|---|---|---|---|---|
| SBS PROJECT NO. | | | 1378 | | |
| ARCHITECT PROJECT NO. | | | | | |
| DAILY REPORT NO. | 20 | DAY: Tuesday | DATE: 12/18/2012 | | |
| CONTRACT DAYS | | REMAINING DAYS | | | |

### WEATHER

| TIME | AM | | | TIME | | PM |
|---|---|---|---|---|---|---|
| SUNNY | X | | | SUNNY | X | |
| CLOUDY | | | | CLOUDY | | |
| RAIN | | | | RAIN | | |
| TEMP LOW | 40 | F° | | TEMP LOW | | F° |
| TEMP HIGH | | F° | | TEMP HIGH | 80 | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 0 | 0 | |
| SMS | 5 | 9 | Cupola roofing/insulation |
| Robertsone Electric | 0 | 0 | |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 0 | 0 | |
| Gallery of Stones | 5 | 8 | CMU wall construction |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 1 |
| Skytrak | 1 | Generator | 1 |
| | | | |

### INSPECTIONS / TESTING/ VISITORS

Bill Leonard - SMS - site visit to inspect work and drop off hardware

### WORK DESCRIPTION SUMMARY

Continue CMU wall construction

Cupola roofing/insulation complete

### SUBCONTRACTOR PERSONNEL ON SITE

TR_00097

| | |
|---|---|
| Nolberto Galarza - Gallery of Stones | Luis Fuentes - SMS |
| Hugo Esquivel - Gallery of Stones | Julio Barriaga - SMS |
| Jose Romo - Gallery of Stones | Beto Rodriguez - Gallery of Stones |
| Jaime Galarza - Gallery of Stones | |
| Martin Rojas - SMS | |
| Alejandro Baldovino - SMS | |
| Fidel Montanyes - SMS | |

| VEHICLES ON SITE | |
|---|---|
| SMS - 39X NN7 | 60LFV9 - Superintendent |
| O5CSR6 - Gallery of Stones | |

| SUPERINTENDENT | Kyle Kieke | DATE: | 12/18/2012 |
|---|---|---|---|

TR_00098

## SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | | Los Cerritos Hanger | | |
|---|---|---|---|---|
| SBS PROJECT NO. | | 1378 | | |
| ARCHITECT PROJECT NO. | | | | |
| DAILY REPORT NO. | 21 | DAY: Wedensday | DATE: | 12/19/2012 |
| CONTRACT DAYS | | REMAINING DAYS | | |

### WEATHER

| TIME | | AM | | | TIME | | | PM |
|---|---|---|---|---|---|---|---|---|
| SUNNY | | | | | SUNNY | X | | |
| CLOUDY | X | | | | CLOUDY | | | |
| RAIN | | | | | RAIN | | | |
| TEMP LOW | 62 | F° | | | TEMP LOW | | F° | |
| TEMP HIGH | | F° | | | TEMP HIGH | 80 | F° | |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 1 | 4 | Site visit |
| SUPERINTENDENT | 1 | 9 | |
| SMS | 5 | 9 | Set track for main hanger doors, ridge cap |
| Robertson Electric | 2 | 8 | Install conduit |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 0 | 0 | |
| Gallery of Stones | 5 | 8 | CMU wall construction |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 2 |
| Skytrak | 1 | Generator | 1 |

### INSPECTIONS / TESTING/ VISITORS

Jack Green - SBS - Site visit

### WORK DESCRIPTION SUMMARY

Continue CMU wall construction

Cupola roofing/insulation complete

Exterior walk thru doors set

Roof seamed

Begin installation of main hanger doors

Begin overhead conduit installation

### SUBCONTRACTOR PERSONNEL ON SITE

TR_00099

| | |
|---|---|
| Nolberto Galarza - Gallery of Stones | Luis Fuentes - SMS |
| Hugo Esquivel - Gallery of Stones | Julio Barriaga - SMS |
| Jose Romo - Gallery of Stones | Beto Rodriguez - Gallery of Stones |
| Jaime Galarza - Gallery of Stones | Jerrod Robertson - REI |
| Martin Rojas - SMS | Richard Ecterhoff - REI |
| Alejandro Baldovino - SMS | |
| Fidel Montanyes - SMS | |

**VEHICLES ON SITE**

| | |
|---|---|
| SMS - 39X NN7 | SBS - 60LFV9 |
| REI - AK05407 | REI - AF79759 |
| O5CSR6 - Gallery of Stones | Lamb Construction - 10L PL7 |

| SUPERINTENDENT | | Kyle Kieke | DATE: | | 12/19/2012 |
|---|---|---|---|---|---|

TR_00100

## SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | Los Cerritos Hanger | |
|---|---|---|
| SBS PROJECT NO. | 1378 | |
| ARCHITECT-PROJECT NO. | | |
| DAILY REPORT NO. | 22 | DAY: Thursday DATE: 12/20/2012 |
| CONTRACT DAYS | | REMAINING DAYS |

### WEATHER

| TIME | | AM | | | TIME | | | PM |
|---|---|---|---|---|---|---|---|---|
| SUNNY | X | | High wind | | SUNNY | X | | |
| CLOUDY | | | | | CLOUDY | | | |
| RAIN | | | | | RAIN | | | |
| TEMP LOW | 40 | F° | | | TEMP LOW | | F° | |
| TEMP HIGH | | F° | | | TEMP HIGH | | 59 | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 1 | 9 | |
| SMS | 5 | 9 | Continue hanger door install |
| Robertson Electric | 2 | 8 | Install conduit |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 0 | 0 | |
| Gallery of Stones | 5 | 8 | CMU wall construction |
| PSI Test Lab | 1 | 2 | CMU mortar test |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 2 |
| Skytrak | 1 | Generator | 1 |
| | | | |

### INSPECTIONS / TESTING / VISITORS

PSI test sampled mortar mix / CMU block

### WORK DESCRIPTION SUMMARY

Continue CMU wall construction

Continue hanger door installation

Continue overhead lighting conduit installation – should complete by COB tomorrow

Additional CMU block delivered today

### SUBCONTRACTOR PERSONNEL ON SITE

TR_00101

| Nolberto Galarza - Gallery of Stones | Luis Fuentes - SMS |
|---|---|
| Hugo Esquivel - Gallery of Stones | Julio Barriaga - SMS |
| Jose Romo - Gallery of Stones | Beto Rodriguez - Gallery of Stones |
| Jaime Galarza - Gallery of Stones | Jerrod Robertson - REI |
| Martin Rojas - SMS | Richard Ecterhoff - REI |
| Alejandro Baldovino - SMS | Carlos Hernandez - PSI Test Labs |
| Fidel Montanyes - SMS | |

| VEHICLES ON SITE | |
|---|---|
| SMS - 39X NN7 | SBS - 60LFV9 |
| REI - AK05407 | REI - AF79759 |
| AL93811 - Gallery of Stones | |
| O5CSR6 - Gallery of Stones | |

| SUPERINTENDENT | Kyle Kieke | DATE: | 12/20/2012 |
|---|---|---|---|

TR_00102

## SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | Los Cerritos Hanger | | |
|---|---|---|---|
| SBS PROJECT NO. | 1378 | | |
| ARCHITECT PROJECT NO. | | | |
| DAILY REPORT NO: 24 | DAY: Wednesday | DATE: 1/2/2013 | |
| CONTRACT DAYS | REMAINING DAYS | | |

### WEATHER

| TIME | AM | | | TIME | | PM |
|---|---|---|---|---|---|---|
| SUNNY | | | | SUNNY | | |
| CLOUDY | X | | | CLOUDY | X | |
| RAIN | | | | RAIN | | |
| TEMP LOW | 39 | F° | | TEMP LOW | | F° |
| TEMP HIGH | | F° | | TEMP HIGH | 50 | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 1 | 8 | |
| SMS | 0 | 0 | |
| Robertson Electric | 1 | 8 | Install conduit |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 0 | 0 | |
| Gallery of Stones | 4 | 8 | CMU wall construction |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 2 |
| Skytrak | 1 | Generator | 1 |
| | | | |

### INSPECTIONS / TESTING/ VISITORS

Tom Pittman - Lewis Energy - site visit meeting with Kyle

### WORK DESCRIPTION SUMMARY

Pull wire for overhead lighting conduit

Install conduit drops for emergency wallpack lighting

Continue CMU wall construction

### SUBCONTRACTOR PERSONNEL ON SITE


DEFENDANT'S EXHIBIT 105 SBS

1of2

TR_00103

| | |
|---|---|
| Nolberto Galarza - Gallery of Stones | |
| Juan Basurto - Gallery of Stones | |
| Jose Romo - Gallery of Stones | |
| Beto Rodriguez - Gallery of Stones | |
| Richard Ecterhoff - Robertson Electric | |
| | |
| | |

**VEHICLES ON SITE**

| | |
|---|---|
| SBS - 60LFV9 | |
| REI - AF79759 | |
| AS37679- Gallery of Stones | |
| O5CSR6 - Gallery of Stones | |

| SUPERINTENDENT | | Kyle Kieke | DATE: | | 1/2/2013 |
|---|---|---|---|---|---|

TR_00104

## SBS CONSTRUCTION DAILY FIELD REPORT

| | | |
|---|---|---|
| PROJECT NAME: | Los Cerritos Hanger | |
| SBS PROJECT NO. | 1378 | |
| ARCHITECT PROJECT NO. | | |
| DAILY REPORT NO. 25 | DAY: Thursday | DATE: 1/3/2013 |
| CONTRACT DAYS | REMAINING DAYS | |

### WEATHER

| TIME | | AM | | | TIME | | PM |
|---|---|---|---|---|---|---|---|
| SUNNY | | | | | SUNNY | | |
| CLOUDY | X | | | | CLOUDY | X | |
| RAIN | X | | snow flurries | | RAIN | | |
| TEMP LOW | 40 | F° | | | TEMP LOW | | F° |
| TEMP HIGH | | F° | | | TEMP HIGH | 50 | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 1 | 5 | |
| SMS | 0 | 0 | |
| Robertson Electric | 1 | 8 | Install conduit |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 0 | 0 | |
| Gallery of Stones | 6 | 8 | CMU wall construction |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 2 |
| Skytrak | 1 | Generator | 1 |
| | | | |

### INSPECTIONS / TESTING/ VISITORS

Jack Green - SBS - Site visit

### WORK DESCRIPTION SUMMARY

Pull wire for overhead lighting conduit

Install conduit drops for emergency wallpack lighting

Continue CMU wall construction

Steel crew will return on 07 Jan

### SUBCONTRACTOR PERSONNEL ON SITE

TR_00105

| | | |
|---|---|---|
| Nolberto Galarza - Gallery of Stones | | |
| Juan Basurto - Gallery of Stones | | |
| Jose Romo - Gallery of Stones | | |
| Beto Rodriguez - Gallery of Stones | | |
| Richard Ecterhoff - Robertson Electric | | |
| Ricardo Lopez - Gallery of Stones | | |
| | | |
| VEHICLES ON SITE | | |
| SBS - 60LFV9 | | |
| REI - AF79759 | | |
| AS37679- Gallery of Stones | | |
| O5CSR6 - Gallery of Stones | | |
| **SUPERINTENDENT** | *Kyle Kieke* | DATE: | *1/3/2013* |

TR_00106

## SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | Los Cerritos Hanger | | | | | |
|---|---|---|---|---|---|---|
| SBS PROJECT NO. | 1378 | | | | | |
| ARCHITECT PROJECT NO. | | | | | | |
| DAILY REPORT NO. | 26 | DAY: Friday | | DATE: 1/4/2013 | | |
| CONTRACT DAYS | | REMAINING DAYS | | | | |

### WEATHER

| TIME | | AM | | | TIME | | PM |
|---|---|---|---|---|---|---|---|
| SUNNY | | | | | SUNNY | | |
| CLOUDY | X | | | | CLOUDY | X | |
| RAIN | X | | | | RAIN | | |
| TEMP LOW | 40 | F° | | | TEMP LOW | | F° |
| TEMP HIGH | | F° | | | TEMP HIGH | 45 | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 1 | 6 | |
| SMS | 0 | 0 | |
| Robertson Electric | 1 | 5 | Install conduit |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 0 | 0 | |
| Gallery of Stones | 0 | 0 | |
| DABS Paint | 2 | 1 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 2 |
| Skytrak | 1 | Generator | 1 |

### INSPECTIONS / TESTING/ VISITORS

PSI - retrieve sample cubes/CMU block sample

Don/Brian Rosso - DABS Paint - Site visit

### WORK DESCRIPTION SUMMARY

Pull wire for overhead lighting conduit

Install conduit drops for emergency wallpack lighting

CMU block rained out

Steel crew will return on 07 Jan

### SUBCONTRACTOR PERSONNEL ON SITE

TR_00107

| | |
|---|---|
| *Richard Ecterhoff - REI* | |
| *Don Rosso - DABS Paint* | |
| *Brian Rosso - DABS Paint* | |
| | |
| | |
| | |
| | |

| VEHICLES ON SITE | |
|---|---|
| *SBS - 60LFV9* | *DABS Paint - B556109* |
| *REI - AF79759* | |
| *AS37679- Gallery of Stones* | |
| *O5CSR6 - Gallery of Stones* | |

| SUPERINTENDENT | Kyle Kieke | DATE: | 1/4/1900 |
|---|---|---|---|

TR_00108

## SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | | Los Cerritos Hanger | | | |
|---|---|---|---|---|---|
| SBS PROJECT NO. | | 1378 | | | |
| ARCHITECT PROJECT NO. | | | | | |
| DAILY REPORT NO. | 27 | DAY: Monday | DATE: 1/7/2013 | | |
| CONTRACT DAYS | | REMAINING DAYS | | | |

### WEATHER

| TIME | | AM | | | TIME | | PM |
|---|---|---|---|---|---|---|---|
| SUNNY | X | | | | SUNNY | | |
| CLOUDY | | | | | CLOUDY | X | |
| RAIN | | | | | RAIN | | |
| TEMP LOW | 42 | F° | | | TEMP LOW | | F° |
| TEMP HIGH | | F° | | | TEMP HIGH | 59 | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 1 | 2 | |
| SMS | 0 | 0 | |
| Robertson Electric | 1 | 8 | Install conduit |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 0 | 0 | |
| Gallery of Stones | 0 | 0 | |
| DABS Paint | 0 | 0 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 2 |
| Skytrak | 1 | Generator | 1 |
| | | | |

### INSPECTIONS / TESTING/ VISITORS

### WORK DESCRIPTION SUMMARY

Pull wire, install whips for overhead light fixtures

Steel delivery for interior pods

### SUBCONTRACTOR PERSONNEL ON SITE

TR_00109

## SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | | Los Cerritos Hanger | | | |
|---|---|---|---|---|---|
| SBS PROJECT NO. | | 1378 | | | |
| ARCHITECT PROJECT NO. | | | | | |
| DAILY REPORT NO. | 28 | DAY: Tuesday | DATE: 1/8/2013 | | |
| CONTRACT DAYS | | REMAINING DAYS | | | |

### WEATHER

| TIME | | AM: | | | TIME | | PM |
|---|---|---|---|---|---|---|---|
| SUNNY | | | | | SUNNY | | |
| CLOUDY | X | | | | CLOUDY | X | |
| RAIN | X | | | | RAIN | X | |
| TEMP LOW | 48 | F° | | | TEMP LOW | | F° |
| TEMP HIGH | | F° | | | TEMP HIGH | 55 | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 1 | 7 | |
| SMS | 0 | 0 | |
| Robertson Electric | 1 | 8 | Install conduit |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 0 | 0 | |
| Gallery of Stones | 3 | 8 | Grout CMU wall cells |
| DABS Paint | 0 | 0 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 2 |
| Skytrak | 1 | Generator | 1 |
| | | | |

### INSPECTIONS / TESTING / VISITORS

### WORK DESCRIPTION SUMMARY

Additional sand delivered for CMU wall construction

Installed whips for overhead light fixtures

### SUBCONTRACTOR PERSONNEL ON SITE

TR_00110

| | |
|---|---|
| Richard Ecterhoff - REI | |
| Jose Romo - Gallery of Stones | |
| | |
| | |
| | |
| | |
| **VEHICLES ON SITE** | |
| SBS - 60LFV9 | |
| REI - AF79759 | |
| | |
| O5CSR6 - Gallery of Stones | |

| SUPERINTENDENT | Kyle Kieke | DATE: | 1/8/2013 |
|---|---|---|---|

TR_00111

## SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | | Los Cerritos Hanger | | | | | |
|---|---|---|---|---|---|---|---|
| SBS PROJECT NO. | | 1378 | | | | | |
| ARCHITECT PROJECT NO. | | | | | | | |
| DAILY REPORT NO. | 29 | DAY: | Wednesday | DATE: | 1/9/2013 | | |
| CONTRACT DAYS | | REMAINING DAYS | | | | | |

### WEATHER

| TIME | | AM | | | TIME | | PM |
|---|---|---|---|---|---|---|---|
| SUNNY | | | | | SUNNY | | |
| CLOUDY | X | | | | CLOUDY | X | |
| RAIN | | | | | RAIN | X | |
| TEMP LOW | 51 | F° | | | TEMP LOW | | F° |
| TEMP HIGH | | F° | | | TEMP HIGH | 67 | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 1 | 8 | |
| SMS | 4 | 6 | Install pod headers, repair door track |
| Robertson Electric | 2 | 8 | Install overhead conduit |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 3 | 4 | Move drain @ hanger door |
| Compton HVAC | 0 | 0 | |
| Gallery of Stones | 6 | 8 | Continue CMU wall construction |
| DABS Paint | 0 | 0 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 2 |
| Skytrak | 1 | Generator | 1 |
| | | | |

### INSPECTIONS / TESTING/ VISITORS

### WORK DESCRIPTION SUMMARY

Continue CMU wall construction rear elevation

Pull wire and install whips for overhead conduit

Install interior office pod steel headers

Repair main hanger door track

Move drain line at hanger doors to allow for door track

### SUBCONTRACTOR PERSONNEL ON SITE

TR_00112

| | |
|---|---|
| Richard Ecterhoff - REI | Alejandro Baldovino - SMS |
| Jerrod Robertson - REI | Fidel Montanyes -SMS |
| Jose Romo - Gallery of Stones | Luis Fuentes - SMS |
| Nolberto Galarza - Gallery of Stones | Jonathon Baldovino - SMS |
| Arnunfo Santos - Gallery of Stones | Max Mayorga - Texas Star Plumbing |
| Jose Sanchez - Gallery of Stones | John Mayorga - Texas Star Plumbing |
| Beto Rodriguez - Gallery of Stones | Oscar - Texas Star Plumbing |
| Juan Basurto - Gallery of Stones | |
| VEHICLES ON SITE | |
| SBS - 60LFV9 | Gallery of Stones - 63FKG8 |
| REI - AF79759 | REI - AK05407 |
| SMS - 534ST9 | Texas Star - |
| O5CSR6 - Gallery of Stones | Texas Star - |

| SUPERINTENDENT | Kyle Kieke | DATE: | 1/9/2013 |
|---|---|---|---|

TR_00113

## SBS CONSTRUCTION DAILY FIELD REPORT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **PROJECT NAME:** | | *Los Cerritos Hanger* | | | | | |
| **SBS PROJECT NO.** | | *1378* | | | | | |
| **ARCHITECT PROJECT NO.** | | | | | | | |
| **DAILY REPORT NO.** | *30* | **DAY:** | *Friday* | **DATE:** | *1/11/2013* | | |
| **CONTRACT DAYS** | | **REMAINING DAYS** | | | | | |

### WEATHER

| TIME | | AM | | | TIME | | PM |
|---|---|---|---|---|---|---|---|
| SUNNY | | | | | SUNNY | X | |
| CLOUDY | X | | | | CLOUDY | | |
| RAIN | | | | | RAIN | | |
| TEMP LOW | 42 | F° | | | TEMP LOW | | F° |
| TEMP HIGH | | F° | | | TEMP HIGH | 67 | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 1 | 8 | |
| SMS | 4 | 9 | Install pod headers, repair door track |
| Robertson Electric | 1 | 4 | Install overhead conduit |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 0 | 0 | |
| Gallery of Stones | 6 | 8 | Continue CMU wall construction |
| DABS Paint | 0 | 0 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 2 |
| Skytrak | 1 | Generator | 1 |
| | | | |

### INSPECTIONS / TESTING / VISITORS

### WORK DESCRIPTION SUMMARY

Continue CMU wall construction rear elevation

Pull wire and install whips for overhead conduit

Install interior office pod steel headers

Repair main hanger door track

### SUBCONTRACTOR PERSONNEL ON SITE

TR_00114

| | |
|---|---|
| Richard Ecterhoff - REI | Alejandro Baldovino - SMS |
| | Fidel Montanyes -SMS |
| Jose Romo - Gallery of Stones | Luis Fuentes - SMS |
| Nolberto Galarza - Gallery of Stones | Jonathon Baldovino - SMS |
| Arnunfo Santos - Gallery of Stones | |
| Jose Sanchez - Gallery of Stones | |
| Beto Rodriguez - Gallery of Stones | |
| Juan Basurto - Gallery of Stones | |
| VEHICLES ON SITE | |
| SBS - 60LFV9 | Gallery of Stones - 63FKG8 |
| REI - AF79759 | |
| SMS - 534ST9 | |
| 05CSR6 - Gallery of Stones | |

| SUPERINTENDENT | Kyle Kieke | DATE: | 1/11/2013 |
|---|---|---|---|

TR_00115

## SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | | Los Cerritos Hanger | |
|---|---|---|---|
| SBS PROJECT NO. | | 1378 | |
| ARCHITECT PROJECT NO. | | | |
| DAILY REPORT NO. | 32 | DAY: Monday | DATE: 1/14/2013 |
| CONTRACT DAYS | | REMAINING DAYS | |

### WEATHER

| TIME | | AM | | | TIME | | PM |
|---|---|---|---|---|---|---|---|
| SUNNY | | | | | SUNNY | X | |
| CLOUDY | X | | | | CLOUDY | | |
| RAIN | | | | | RAIN | | |
| TEMP LOW | 35 | F° | | | TEMP LOW | | F° |
| TEMP HIGH | | F° | | | TEMP HIGH | 57 | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 1 | 8 | |
| SMS | 3 | 8 | Structural frame punch |
| Robertson Electric | 0 | 0 | |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 0 | 0 | |
| Gallery of Stones | 5 | 7 | CMU wall construction |
| DABS Paint | 0 | 0 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 2 |
| Skytrak | 1 | Generator | 1 |
| | | | |

### INSPECTIONS / TESTING/ VISITORS

### WORK DESCRIPTION SUMMARY

Align purlin straps

Check structual bolt tightness

CMU wall construction North elevation

### SUBCONTRACTOR PERSONNEL ON SITE

TR_00116

| | | | |
|---|---|---|---|
| Alejandro Baldovino - SMS | | | |
| Fidel Montanyes -SMS | | | |
| Jonathon Baldovino - SMS | | | |
| Jose Romo - Gallery of Stones | | | |
| Arnunfo Santos - Gallery of Stones | | | |
| Jose Sanchez - Gallery of Stones | | | |
| Beto Rodriguez - Gallery of Stones | | | |
| Juan Basurto - Gallery of Stones | | | |
| VEHICLES ON SITE | | | |
| SBS - 60LFV9 | | | |
| SMS - 534ST9 | | | |
| Gallery of Stones - 05CSR6 | | | |
| Gallery of Stones - 881NBF | | | |
| **SUPERINTENDENT** | *Kyle Kieke* | **DATE:** | *1/14/2013* |

TR_00117

## SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | | Los Cerritos Hanger | | | | |
|---|---|---|---|---|---|---|
| SBS PROJECT NO. | | 1378 | | | | |
| ARCHITECT PROJECT NO. | | | | | | |
| DAILY REPORT NO. | 33 | DAY: | Tuesday | DATE: | 1/15/2013 | |
| CONTRACT DAYS | | REMAINING DAYS | | | | |

### WEATHER

| TIME | | AM | | | TIME | | PM |
|---|---|---|---|---|---|---|---|
| SUNNY | | | | | SUNNY | X | |
| CLOUDY | X | | | | CLOUDY | | |
| RAIN | | | | | RAIN | | |
| TEMP LOW | 37 | F° | | | TEMP LOW | | F° |
| TEMP HIGH | | F° | | | TEMP HIGH | 58 | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 1 | 8 | |
| SMS | 4 | 5 | Structural frame punch |
| Robertson Electric | 0 | 0 | |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 0 | 0 | |
| Gallery of Stones | 5 | 8 | CMU wall construction |
| DABS Paint | 0 | 0 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 2 |
| Skytrak | 1 | Generator | 1 |
| | | | |

### INSPECTIONS / TESTING / VISITORS

Bob Carnwath - C&S Enterprise - site visit and electrical walkthrough

Richard - C&S Enterprise - site visit and electrical walk through

### WORK DESCRIPTION SUMMARY

Align purlin straps

Check structual bolt tightness

CMU wall construction North elevation

### SUBCONTRACTOR PERSONNEL ON SITE

TR_00118

| | |
|---|---|
| Alejandro Baldovino - SMS | Luis Fuentes - SMS |
| Fidel Montanyes -SMS | |
| Jonathon Baldovino - SMS | |
| Jose Romo - Gallery of Stones | |
| Arnunfo Santos - Gallery of Stones | |
| Jose Sanchez - Gallery of Stones | |
| Beto Rodriguez - Gallery of Stones | |
| Juan Basurto - Gallery of Stones | |
| VEHICLES ON SITE | |
| SBS - 60LFV9 | |
| SMS - 534ST9 | |
| Gallery of Stones - 05CSR6 | |
| Gallery of Stones - 881NBF | |

| SUPERINTENDENT | Kyle Kieke | DATE: | 1/15/2013 |
|---|---|---|---|

TR_00119

# SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | | Los Cerritos Hanger | | | | | |
|---|---|---|---|---|---|---|---|
| SBS PROJECT NO. | | | | 1378 | | | |
| ARCHITECT PROJECT NO. | | | | | | | |
| DAILY REPORT NO. | 34 | DAY: | Wednesday | DATE: | 1/16/2013 | | |
| CONTRACT DAYS | | REMAINING DAYS | | | | | |

## WEATHER

| TIME | | AM | | | TIME | | | PM |
|---|---|---|---|---|---|---|---|---|
| SUNNY | X | | | | SUNNY | X | | |
| CLOUDY | | | | | CLOUDY | | | |
| RAIN | | | | | RAIN | | | |
| TEMP LOW | 24 | F° | | | TEMP LOW | | | F° |
| TEMP HIGH | | F° | | | TEMP HIGH | | 55 | F° |

## WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 1 | 4 | Site visit |
| SUPERINTENDENT | 1 | 8 | |
| SMS | 0 | 0 | |
| Robertson Electric | 0 | 0 | |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 3 | 4 | Move drain at main hanger door |
| Compton HVAC | 0 | 0 | |
| Gallery of Stones | 4 | 8 | CMU wall construction |
| DABS Paint | 0 | 0 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 2 |
| Skytrak | 1 | Generator | 1 |
| | | | |

## INSPECTIONS / TESTING / VISITORS

Rod Lewis - Client - site visit

Tom Pittman - Lewis Energy - site visit and meeting with Jack Green and Kyle Kieke

Jack Green - SBS - site visit and meeting with Tom Pittman

## WORK DESCRIPTION SUMMARY

Continue CMU wall construction north elevation

Trench drain moved ~ 6" to accommodate hanger door track

## SUBCONTRACTOR PERSONNEL ON SITE

TR_00120

| | |
|---|---|
| Max Mayorga - Texas Star Plumbing | |
| John Medley - Texas Star Plumbing | |
| Oscar Amos - Texas Star Plumbing | |
| Jose Romo - Gallery of Stones | |
| Ricardo Lopez - Gallery of Stones | |
| Jose Sanchez - Gallery of Stones | |
| Beto Rodriguez - Gallery of Stones | |
| Juan Basurto - Gallery of Stones | |
| VEHICLES ON SITE | |
| SBS - 60LFV9 | Gallery of Stones - |
| SMS - 534ST9 | Texas Star Plumbing - 88PRL7 |
| Gallery of Stones - 05CSR6 | Texas Star Plumbing - T610B2 |
| Gallery of Stones - 881NBF | |

| SUPERINTENDENT | Kyle Kieke | DATE: | 1/16/2013 |
|---|---|---|---|

TR_00121

## SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | | Los Cerritos Hanger | | | | |
|---|---|---|---|---|---|---|
| SBS PROJECT NO. | | 1378 | | | | |
| ARCHITECT PROJECT NO. | | | | | | |
| DAILY REPORT NO. | 35 | DAY: Thursday | DATE: | 1/17/2013 | | |
| CONTRACT DAYS | | REMAINING DAYS | | | | |

### WEATHER

| TIME | | AM | | | TIME | | PM |
|---|---|---|---|---|---|---|---|
| SUNNY | X | | | | SUNNY | X | |
| CLOUDY | | | | | CLOUDY | | |
| RAIN | | | | | RAIN | | |
| TEMP LOW | 40 | F° | | | TEMP LOW | | F° |
| TEMP HIGH | | F° | | | TEMP HIGH | 68 | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 1 | 8 | |
| SMS | 0 | 0 | |
| Robertson Electric | 0 | 0 | |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 0 | 0 | |
| Gallery of Stones | 7 | 8 | CMU wall construction |
| DABS Paint | 0 | 0 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 2 |
| Skytrak | 1 | Generator | 1 |
| | | | |

### INSPECTIONS / TESTING/ VISITORS

### WORK DESCRIPTION SUMMARY

Continue CMU wall construction north elevation

DensGlass delivered

### SUBCONTRACTOR PERSONNEL ON SITE

TR_00122

| | |
|---|---|
| Jose Ortiz - Gallery of Stones | |
| Jose Mendoza - Gallery of Stones | |
| Francisco Escobar - Gallery of Stones | |
| Jose Romo - Gallery of Stones | |
| Ricardo Lopez - Gallery of Stones | |
| Jose Sanchez - Gallery of Stones | |
| Juan Basurto - Gallery of Stones | |
| VEHICLES ON SITE | |
| SBS - 60LFV9 | Gallery of Stones - 36YZH8 |
| SMS - 534ST9 | |
| Gallery of Stones - 05CSR6 | |
| Gallery of Stones - 881NBF | |

| SUPERINTENDENT | Kyle Kieke | DATE: | 1/17/2013 |
|---|---|---|---|

TR_00123

## SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | | Los Cerritos Hanger | | | |
|---|---|---|---|---|---|
| SBS PROJECT NO. | | 1378 | | | |
| ARCHITECT PROJECT NO. | | | | | |
| DAILY REPORT NO. | 36 | DAY: Friday | DATE: | 1/18/2013 | |
| CONTRACT DAYS | | REMAINING DAYS | | | |

### WEATHER

| TIME | | AM | | | TIME | | PM |
|---|---|---|---|---|---|---|---|
| SUNNY | X | | | | SUNNY | X | |
| CLOUDY | | | | | CLOUDY | | |
| RAIN | | | | | RAIN | | |
| TEMP LOW | 38 | F° | | | TEMP LOW | | F° |
| TEMP HIGH | | F° | | | TEMP HIGH | 60 | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 1 | 5 | |
| SMS | 0 | 0 | |
| Robertson Electric | 0 | 0 | |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 2 | 4 | Install power vents |
| Gallery of Stones | 7 | 8 | CMU wall construction |
| DABS Paint | 0 | 0 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 2 |
| Skytrak | 1 | Generator | 1 |
| | | | |

### INSPECTIONS / TESTING / VISITORS

### WORK DESCRIPTION SUMMARY

Continue CMU wall construction north / south elevations

Installed 4 power vents in envelope wall

### SUBCONTRACTOR PERSONNEL ON SITE

TR_00124

| | |
|---|---|
| Jose Ortiz - Gallery of Stones | Mario Andretti - Compton HVAC |
| Jose Mendoza - Gallery of Stones | Chris Pinson - Compton HVAC |
| Francisco Escobar - Gallery of Stones | |
| Jose Romo - Gallery of Stones | |
| Ricardo Lopez - Gallery of Stones | |
| Jose Sanchez - Gallery of Stones | |
| Juan Basurto - Gallery of Stones | |

### VEHICLES ON SITE

| | |
|---|---|
| SBS - 60LFV9 | Gallery of Stones - CA30839 |
| SMS - 534ST9 | Compton HVAC - BZ32453 |
| Gallery of Stones - 05CSR6 | |
| Gallery of Stones - 881NBF | |

| SUPERINTENDENT | Kyle Kieke | DATE: | 1/18/2013 |
|---|---|---|---|

TR_00125

## SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | | Los Cerritos Hanger | | | | |
|---|---|---|---|---|---|---|
| SBS PROJECT NO. | | 1378 | | | | |
| ARCHITECT PROJECT NO. | | | | | | |
| DAILY REPORT NO. | 3 | DAY: Saturday | DATE: 1/19/2013 | | | |
| CONTRACT DAYS | | REMAINING DAYS | | | | |

### WEATHER

| TIME | | AM | | | TIME | | PM |
|---|---|---|---|---|---|---|---|
| SUNNY | X | | | | SUNNY | X | |
| CLOUDY | | | | | CLOUDY | | |
| RAIN | | | | | RAIN | | |
| TEMP LOW | 43 | F° | | | TEMP LOW | | F° |
| TEMP HIGH | | F° | | | TEMP HIGH | 60 | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 0 | 0 | |
| SMS | 0 | 0 | |
| Robertson Electric | 0 | 0 | |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 0 | 0 | |
| Gallery of Stones | 7 | 8 | CMU wall construction |
| DABS Paint | 0 | 0 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 2 |
| Skytrak | 1 | Generator | 1 |

### INSPECTIONS / TESTING/ VISITORS

### WORK DESCRIPTION SUMMARY

Continue CMU wall construction north / south elevations

### SUBCONTRACTOR PERSONNEL ON SITE

TR_00126

| | |
|---|---|
| Jose Ortiz - Gallery of Stones | |
| Jose Mendoza - Gallery of Stones | |
| Francisco Escobar - Gallery of Stones | |
| Jose Romo - Gallery of Stones | |
| Ricardo Lopez - Gallery of Stones | |
| Jose Sanchez - Gallery of Stones | |
| Juan Basurto - Gallery of Stones | |
| VEHICLES ON SITE | |
| Gallery of Stones - 05CSR6 | |
| Gallery of Stones - 881NBF | |
| Gallery of Stones - CA30839 | |
| | |

| SUPERINTENDENT | Kyle Kieke | DATE: | 1/19/2013 |
|---|---|---|---|

TR_00127

## SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | | Los Cerritos Hanger | | | | |
|---|---|---|---|---|---|---|
| SBS PROJECT NO. | | | | 1378 | | |
| ARCHITECT PROJECT NO. | | | | | | |
| DAILY REPORT NO. | 33 | DAY: | Monday | DATE: | 1/21/2013 | |
| CONTRACT DAYS | | REMAINING DAYS | | | | |

### WEATHER

| TIME | | AM | | | TIME | | PM |
|---|---|---|---|---|---|---|---|
| SUNNY | X | | | | SUNNY | X | |
| CLOUDY | | | | | CLOUDY | | |
| RAIN | | | | | RAIN | | |
| TEMP LOW | 48 | F° | | | TEMP LOW | | F° |
| TEMP HIGH | | F° | | | TEMP HIGH | 67 | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 1 | 7 | |
| SMS | 0 | 0 | |
| Robertson Electric | 0 | 0 | |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 0 | 0 | |
| Gallery of Stones | 7 | 8 | CMU wall construction |
| DABS Paint | 0 | 0 | |
| C-S Enterprise | 4 | 3 | Jobsite familiarization |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 2 |
| Skytrak | 1 | Generator | 1 |
| | | | |

### INSPECTIONS / TESTING/ VISITORS

### WORK DESCRIPTION SUMMARY

Continue CMU wall construction north / south elevations

C-S Enterprise walked job again to familiarize themselves with electrical already in place

### SUBCONTRACTOR PERSONNEL ON SITE

TR_00128

| | |
|---|---|
| Jose Ortiz - Gallery of Stones | Richard Cantu - CS Enterprise |
| Jose Mendoza - Gallery of Stones | Andrew Diaz - CS Enterprise |
| Francisco Escobar - Gallery of Stones | Ray Guerrero - CS Enterprise |
| Jose Romo - Gallery of Stones | Chris Wilson - CS Enterprise |
| Ricardo Lopez - Gallery of Stones | |
| Jose Sanchez - Gallery of Stones | |
| Juan Basurto - Gallery of Stones | |
| VEHICLES ON SITE | |
| Gallery of Stones - 05CSR6 | CS Enterprise - CA84978 |
| Gallery of Stones - 881NBF | CS Enterprise - AZ07315 |
| Gallery of Stones - CA30839 | |
| | |

| SUPERINTENDENT | Kyle Kieke | DATE: | 1/19/2013 |
|---|---|---|---|

TR_00129

## SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | | Los Cerritos Hanger | | | | |
|---|---|---|---|---|---|---|
| SBS PROJECT NO. | | 1378 | | | | |
| ARCHITECT PROJECT NO. | | | | | | |
| DAILY REPORT NO. | 34 | DAY: | Tuesday | DATE: | 1/22/2013 | |
| CONTRACT DAYS | | REMAINING DAYS | | | | |

### WEATHER

| TIME | | AM | | | TIME | | PM |
|---|---|---|---|---|---|---|---|
| SUNNY | X | | | | SUNNY | X | |
| CLOUDY | | | | | CLOUDY | | |
| RAIN | | | | | RAIN | | |
| TEMP LOW | 50 | F° | | | TEMP LOW | | F° |
| TEMP HIGH | | F° | | | TEMP HIGH | 65 | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 1 | 9 | |
| SMS | 4 | 8 | Interior framing |
| Robertson Electric | 0 | 0 | |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 0 | 0 | |
| Gallery of Stones | 9 | 8 | CMU wall construction |
| DABS Paint | 0 | 0 | |
| C-S Enterprise | 4 | 8 | Conduit installation |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 2 |
| Skytrak | 1 | Generator | 1 |
| | | | |

### INSPECTIONS / TESTING/ VISITORS

Rod Lewis - Client

Tom Pittman - Lewis Energy

Monica Rokhol - Lewis Energy

Parnak Charckhi - Lewis Energy

Benny Esquivel - Lewis Energy

Carlos Hernandez - PSI - grout test samples

### WORK DESCRIPTION SUMMARY

CMU rear elevation complete to 20', continue south elevation

Adjust interior 110V outlet locations, install overhead power to office

TR_00130

| SUBCONTRACTOR PERSONNEL ON SITE | |
|---|---|
| Jose Ortiz - Gallery of Stones | Richard Cantu - CS Enterprise |
| Jose Mendoza - Gallery of Stones | Andrew Diaz - CS Enterprise |
| Francisco Escobar - Gallery of Stones | Bob Carnwath - CS Enterprise |
| Jose Romo - Gallery of Stones | Jay Carnwath - CS Enterprise |
| Ricardo Lopez - Gallery of Stones | Jonothan Baldovino - SMS |
| Jose Sanchez - Gallery of Stones | Miguel Mendoza - Gallery of Stones |
| Juan Basurto - Gallery of Stones | Mariano Ortiz - Gallery of Stones |
| Martin Rojas - SMS | |
| Luis Fuentes - SMS | |
| Alejandro Baldovino - SMS | |
| VEHICLES ON SITE | |
| Gallery of Stones - 05CSR6 | CS Enterprise - CA84978 |
| Gallery of Stones - 881NBF | CS Enterprise - AZ07315 |
| Gallery of Stones - CA30839 | |
| SMS - 39XNN7 | |
| SUPERINTENDENT | Kyle Kieke | DATE: | 1/22/2013 |

TR_00131

## SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | | Los Cerritos Hanger | | | | |
|---|---|---|---|---|---|---|
| SBS PROJECT NO. | | 1378 | | | | |
| ARCHITECT PROJECT NO. | | | | | | |
| DAILY REPORT NO. | 35 | DAY: | Wednesday | DATE: | 1/23/2013 | |
| CONTRACT DAYS | | REMAINING DAYS | | | | |

### WEATHER

| TIME | | AM | | | TIME | | PM |
|---|---|---|---|---|---|---|---|
| SUNNY | X | | | | SUNNY | X | |
| CLOUDY | | | | | CLOUDY | | |
| RAIN | | | | | RAIN | | |
| TEMP LOW | 54 | F° | | | TEMP LOW | | F° |
| TEMP HIGH | | F° | | | TEMP HIGH | 72 | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 1 | 9 | |
| SMS | 4 | 8 | Interior framing |
| Robertson Electric | 0 | 0 | |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 0 | 0 | |
| Gallery of Stones | 7 | 8 | CMU wall construction |
| DABS Paint | 0 | 0 | |
| C-S Enterprise | 2 | 8 | Conduit installation |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 2 |
| Skytrak | 1 | Generator | 1 |
| | | | |

### INSPECTIONS / TESTING/ VISITORS

### WORK DESCRIPTION SUMMARY

CMU sections to 20' will be complete by COB tomorrow, will begin CMU columns

Install overhead conduit for wall packs, aircraft GPUs

Was instructed by Tom Pittman via phone to cease interior framing due to impending changes

TR_00132

| SUBCONTRACTOR PERSONNEL ON SITE | |
|---|---|
| Jose Ortiz - Gallery of Stones | Jonothan Baldovino - SMS |
| Jose Mendoza - Gallery of Stones | Andrew Diaz - CS Enterprise |
| Francisco Escobar - Gallery of Stones | Richard Cantu - CS Enterprise |
| Jose Romo - Gallery of Stones | |
| Ricardo Lopez - Gallery of Stones | |
| Jose Sanchez - Gallery of Stones | |
| Juan Basurto - Gallery of Stones | |
| Martin Rojas - SMS | |
| Luis Fuentes - SMS | |
| Alejandro Baldovino - SMS | |
| VEHICLES ON SITE | |
| Gallery of Stones - 05CSR6 | CS Enterprise - CA84978 |
| Gallery of Stones - 881NBF | CS Enterprise - AZ07315 |
| Gallery of Stones - DR1N713 | |
| SMS - 39XNN7 | |

| SUPERINTENDENT | Kyle Kieke | DATE: | 1/23/2013 |
|---|---|---|---|

TR_00133

## SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | | Los Cerritos Hanger | | | | |
|---|---|---|---|---|---|---|
| SBS PROJECT NO. | | 1378 | | | | |
| ARCHITECT PROJECT NO. | | | | | | |
| DAILY REPORT NO. | 36 | DAY: Thursday | DATE: 1/24/2013 | | | |
| CONTRACT DAYS | | REMAINING DAYS | | | | |

### WEATHER

| TIME | | AM | | | TIME | | PM |
|---|---|---|---|---|---|---|---|
| SUNNY | | | | | SUNNY | X | |
| CLOUDY | X | | | | CLOUDY | | |
| RAIN | | | | | RAIN | | |
| TEMP LOW | 54 | F° | | | TEMP LOW | | F° |
| TEMP HIGH | | F° | | | TEMP HIGH | 78 | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 1 | 8 | |
| SMS | 4 | 9 | Frame punch |
| Robertson Electric | 1 | 2 | Inventory material for turnover |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 0 | 0 | |
| Gallery of Stones | 7 | 8 | CMU wall construction |
| DABS Paint | 0 | 0 | |
| C-S Enterprise | 3 | 8 | Conduit installation, inventory materials for turnover |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 2 |
| Skytrak | 1 | Generator | 1 |
| | | | |

### INSPECTIONS / TESTING / VISITORS

PSI picked up grout samples for testing

Bob Carnwath walked job with Superintendent to review work completed by REI and inventory material left by REI for turnover

Bob Carnwath also requested to work 4-10s as long as job schedule allows

### WORK DESCRIPTION SUMMARY

CMU sections to 20' complete

Have begun CMU columns

Steel crew is continuing to install brackets for CMU wall

Install strongbacks on 28' spandrel beams @ 20' line to eliminate sagging

C-S Electrical installed additional conduit drops and set boxes in apartment area

TR_00134

| SUBCONTRACTOR PERSONNEL ON SITE | |
|---|---|
| Jose Ortiz - Gallery of Stones | Jonothan Baldovino - SMS |
| Jose Mendoza - Gallery of Stones | Andrew Diaz - CS Enterprise |
| Francisco Escobar - Gallery of Stones | Richard Cantu - CS Enterprise |
| Jose Romo - Gallery of Stones | |
| Ricardo Lopez - Gallery of Stones | |
| Jose Sanchez - Gallery of Stones | |
| Juan Basurto - Gallery of Stones . | |
| Martin Rojas - SMS | |
| Luis Fuentes - SMS | |
| Alejandro Baldovino - SMS | |
| VEHICLES ON SITE | |
| Gallery of Stones - 05CSR6 | CS Enterprise - CA84978 |
| Gallery of Stones - 881NBF | CS Enterprise - AZ07315 |
| Gallery of Stones - DR1N713 | |
| SMS - 39XNN7 | |

| SUPERINTENDENT | Kyle Kieke | DATE: | 1/24/2013 |
|---|---|---|---|

TR_00135

## SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | | | Los Cerritos Hanger | | | | | |
|---|---|---|---|---|---|---|---|---|
| SBS PROJECT NO. | | | 1378 | | | | | |
| ARCHITECT PROJECT NO. | | | | | | | | |
| DAILY REPORT NO. | 37 | | DAY: | Friday | DATE: | 1/25/2013 | | |
| CONTRACT DAYS | | | REMAINING DAYS | | | | | |

### WEATHER

| TIME | | AM | | | TIME | | | PM |
|---|---|---|---|---|---|---|---|---|
| SUNNY | | | | | SUNNY | X | | |
| CLOUDY | X | | | | CLOUDY | | | |
| RAIN | | | | | RAIN | | | |
| TEMP LOW | 60 | F° | | | TEMP LOW | | F° | |
| TEMP HIGH | | F° | | | TEMP HIGH | | 79 | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 1 | 6 | |
| SMS | 4 | 9 | Frame envelope walls |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 0 | 0 | |
| Gallery of Stones | 0 | 0 | |
| DABS Paint | 0 | 0 | |
| C-S Enterprise | 0 | 0 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 2 |
| Skytrak | 1 | Generator | 1 |

### INSPECTIONS / TESTING/ VISITORS

### WORK DESCRIPTION SUMMARY

Install bottom channel for framed envelope walls

Purlins for mezzanine delivered

TR_00136

| SUBCONTRACTOR PERSONNEL ON SITE | |
|---|---|
| Martin Rojas - SMS | |
| Luis Fuentes - SMS | |
| Alejandro Baldovino - SMS | |
| Jonothan Baldovino - SMS | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| VEHICLES ON SITE | |
| SMS - 39XNN7 | |
| SBS - 60LFV9 | |
| | |
| | |

| SUPERINTENDENT | Kyle Kieke | DATE: | 1/25/2013 |
|---|---|---|---|

TR_00137

# SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | | Los Cerritos Hanger | | | | |
|---|---|---|---|---|---|---|
| SBS PROJECT NO. | | 1378 | | | | |
| ARCHITECT PROJECT NO. | | | | | | |
| DAILY REPORT NO. | 38 | DAY: | Saturday | DATE: | 1/26/2013 | |
| CONTRACT DAYS | | REMAINING DAYS | | | | |

## WEATHER

| TIME | | AM | | | TIME | | PM |
|---|---|---|---|---|---|---|---|
| SUNNY | | | | | SUNNY | X | |
| CLOUDY | X | | | | CLOUDY | | |
| RAIN | | | | | RAIN | | |
| TEMP LOW | 50 | F° | | | TEMP LOW | | F° |
| TEMP HIGH | | F° | | | TEMP HIGH | 73 | F° |

## WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 0 | 0 | |
| SMS | 4 | 8 | Frame envelope walls |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 0 | 0 | |
| Gallery of Stones | 0 | 0 | |
| DABS Paint | 0 | 0 | |
| C-S Enterprise | 0 | 0 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 2 |
| Skytrak | 1 | Generator | 1 |

## INSPECTIONS / TESTING/ VISITORS

## WORK DESCRIPTION SUMMARY

Begin envelope wall framing and dens glass installation

Continue installing CMU wall brackets

TR_00138

| SUBCONTRACTOR PERSONNEL ON SITE | |
|---|---|
| Martin Rojas - SMS | |
| Luis Fuentes - SMS | |
| Alejandro Baldovino - SMS | |
| Jonothan Baldovino - SMS | |
| | |
| | |
| | |
| | |
| | |
| | |
| VEHICLES ON SITE | |
| SMS - 39XNN7 | |
| | |
| | |

| SUPERINTENDENT | Kyle Kieke | DATE: | 1/26/2013 |
|---|---|---|---|

TR_00139

## SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | | | Los Cerritos Hanger | | | | |
|---|---|---|---|---|---|---|---|
| SBS PROJECT NO. | | | 1378 | | | | |
| ARCHITECT PROJECT NO. | | | | | | | |
| DAILY REPORT NO. | 39 | DAY: | Monday | DATE: | 1/28/2013 | | |
| CONTRACT DAYS | | REMAINING DAYS | | | | | |

### WEATHER

| TIME | | AM | | | TIME | | PM |
|---|---|---|---|---|---|---|---|
| SUNNY | | | | | SUNNY | X | |
| CLOUDY | X | | | | CLOUDY | | |
| RAIN | | | | | RAIN | | |
| TEMP LOW | 60 | F° | | | TEMP LOW | | F° |
| TEMP HIGH | | F° | | | TEMP HIGH | 78 | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 1 | 7 | |
| SMS | 4 | 8 | Frame envelope walls |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 0 | 0 | |
| Gallery of Stones | 0 | 0 | |
| DABS Paint | 0 | 0 | |
| C-S Enterprise | 0 | 0 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 2 |
| Skytrak | 1 | Generator | 1 |
| | | | |

### INSPECTIONS / TESTING / VISITORS

Tom Pittman - Lewis Energy Group

### WORK DESCRIPTION SUMMARY

Continue envelope wall framing and dens glass installation

TR_00140

| SUBCONTRACTOR PERSONNEL ON SITE | |
|---|---|
| Martin Rojas - SMS | |
| Luis Fuentes - SMS | |
| Alejandro Baldovino - SMS | |
| Jonothan Baldovino - SMS | |
| | |
| | |
| | |
| | |
| | |
| | |
| VEHICLES ON SITE | |
| SMS - 39XNN7 | |
| SBS - 60LFV9 | |
| | |
| | |

| SUPERINTENDENT | Kyle Kieke | DATE: | 1/28/2013 |
|---|---|---|---|

TR_00141

## SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | | Los Cerritos Hanger | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SBS PROJECT NO. | | 1378 | | | | | | |
| ARCHITECT PROJECT NO. | | | | | | | | |
| DAILY REPORT NO. | 40 | DAY: | Tuesday | DATE: | 1/29/2013 | | | |
| CONTRACT DAYS | | REMAINING DAYS | | | | | | |

### WEATHER

| TIME | | AM | | | TIME | | | PM |
|---|---|---|---|---|---|---|---|---|
| SUNNY | | | | | SUNNY | | | |
| CLOUDY | X | | | | CLOUDY | X | | |
| RAIN | | | | | RAIN | | | |
| TEMP LOW | 60 | F° | | | TEMP LOW | | | F° |
| TEMP HIGH | | F° | | | TEMP HIGH | | 80 | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 1 | 9 | |
| SMS | 4 | 8 | Frame envelope walls |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 0 | 0 | |
| Gallery of Stones | 4 | 9 | Anchor CMU walls |
| DABS Paint | 0 | 0 | |
| C-S Enterprise | 0 | 0 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 2 |
| Skytrak | 1 | Generator | 1 |
| | | | |

### INSPECTIONS / TESTING/ VISITORS

Bill Leonard - SMS

### WORK DESCRIPTION SUMMARY

Additional cement/rebar delivered for CMU walls

Set anchors for CMU walls, various locations which need to be re-drilled due to anchor bolt hitting reinforcing steel inside wall

Frame envelope wall at rear of hanger

John Grable needs to submit revised drawings to client for approval, should have drawings by end of this week

TR_00142

| SUBCONTRACTOR PERSONNEL ON SITE | |
| --- | --- |
| Martin Rojas - SMS | |
| Luis Fuentes - SMS | |
| Alejandro Baldovino - SMS | |
| Jonothan Baldovino - SMS | |
| Jose Romo - Gallery of Stones | |
| Jose Sanchez - Gallery of Stones | |
| Juan Basurto - Gallery of Stones | |
| Francisco Escobar - Gallery of Stones | |
| | |
| | |
| VEHICLES ON SITE | |
| SMS - 39XNN7 | |
| SBS -60LFV9 | |
| | |
| | |

| SUPERINTENDENT | Kyle Kieke | DATE: | 1/29/2013 |
| --- | --- | --- | --- |

TR_00143

## SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | | Los Cerritos Hanger | | | | |
|---|---|---|---|---|---|---|
| SBS PROJECT NO. | | 1378 | | | | |
| ARCHITECT PROJECT NO. | | | | | | |
| DAILY REPORT NO. | 41 | DAY: | Wednesday | DATE: | 1/30/2013 | |
| CONTRACT DAYS | | REMAINING DAYS | | | | |

### WEATHER

| TIME | | AM | | | TIME | | | PM |
|---|---|---|---|---|---|---|---|---|
| SUNNY | X | | Windy | | SUNNY | Windy | | |
| CLOUDY | | | | | CLOUDY | | | |
| RAIN | | | | | RAIN | | | |
| TEMP LOW | 48 | F° | | | TEMP LOW | | | F° |
| TEMP HIGH | | F° | | | TEMP HIGH | | 61 | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 1 | 9 | |
| SMS | 4 | 9 | Frame envelope walls |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 0 | 0 | |
| Gallery of Stones | 7 | 9 | CMU columns, stone mock up |
| DABS Paint | 0 | 0 | |
| C-S Enterprise | 0 | 0 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 2 |
| Skytrak | 1 | Generator | 1 |

### INSPECTIONS / TESTING / VISITORS

### WORK DESCRIPTION SUMMARY

Continue CMU columns

Stone veneer mock up - incorrect mix ratio, ordering additional material

Install purlins over apartment area

re-tap CMU anchor bolt holes as needed

TR_00144

| SUBCONTRACTOR PERSONNEL ON SITE | |
|---|---|
| Martin Rojas - SMS | Jesus Perez - Gallery of Stones |
| Luis Fuentes - SMS | |
| Alejandro Baldovino - SMS | |
| Jonothan Baldovino - SMS | |
| Jose Romo - Gallery of Stones | |
| Jose Sanchez - Gallery of Stones | |
| Juan Basurto - Gallery of Stones | |
| Francisco Escobar - Gallery of Stones | |
| Ricardo Lopez - Gallery of Stones | |
| Saul Cardenza - Gallery of Stones | |
| VEHICLES ON SITE | |
| SMS - 39XNN7 | Gallery of Stones - P09NNH |
| SBS - 60LFV9 | |
| Gallery of Stones - BT38150 | |
| Gallery of Stones - O5CSR6 | |

| SUPERINTENDENT | Kyle Kieke | DATE: | 1/30/2013 |
|---|---|---|---|

TR_00145

## SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | | Los Cerritos Hanger | | | | |
|---|---|---|---|---|---|---|
| SBS PROJECT NO. | | 1378 | | | | |
| ARCHITECT PROJECT NO. | | | | | | |
| DAILY REPORT NO. | 42 | DAY: Thursday | DATE: 1/31/2013 | | | |
| CONTRACT DAYS | | REMAINING DAYS | | | | |

### WEATHER

| TIME | | AM | | | TIME | | PM |
|---|---|---|---|---|---|---|---|
| SUNNY | X | | Windy | | SUNNY | | |
| CLOUDY | | | | | CLOUDY | | |
| RAIN | | | | | RAIN | | |
| TEMP LOW | 35 | F° | | | TEMP LOW | | F° |
| TEMP HIGH | | F° | | | TEMP HIGH | 62 | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 1 | 9 | |
| SMS | 4 | 9 | Frame envelope walls |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 0 | 0 | |
| Gallery of Stones | 4 | 9 | CMU columns |
| DABS Paint | 0 | 0 | |
| C-S Enterprise | 0 | 0 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 2 |
| Skytrak | 1 | Generator | 1 |
| | | | |

### INSPECTIONS / TESTING/ VISITORS

### WORK DESCRIPTION SUMMARY

Continue CMU columns

Install purlins / decking over apartment area

Continue envelope wall framing

TR_00146

| SUBCONTRACTOR PERSONNEL ON SITE | |
|---|---|
| Martin Rojas - SMS | |
| Luis Fuentes - SMS | |
| Alejandro Baldovino - SMS | |
| Jonothan Baldovino - SMS | |
| Jose Romo - Gallery of Stones | |
| Jose Sanchez - Gallery of Stones | |
| Juan Basurto - Gallery of Stones | |
| Francisco Escobar - Gallery of Stones | |
| | |
| | |
| VEHICLES ON SITE | |
| SMS - 39XNN7 | |
| SBS -60LFV9 | |
| Gallery of Stones - 881NBF | |
| Gallery of Stones - O5CSR6 | |

| SUPERINTENDENT | Kyle Kieke | DATE: | 1/31/2013 |
|---|---|---|---|

TR_00147

## SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | | Los Cerritos Hanger | | | | |
|---|---|---|---|---|---|---|
| SBS PROJECT NO. | | | | 1378 | | |
| ARCHITECT PROJECT NO. | | | | | | |
| DAILY REPORT NO. | 43 | DAY: | Friday | DATE: | 2/1/2013 | |
| CONTRACT DAYS | | REMAINING DAYS | | | | |

### WEATHER

| TIME | | AM | | | TIME | | PM |
|---|---|---|---|---|---|---|---|
| SUNNY | X | | | | SUNNY | X | |
| CLOUDY | | | | | CLOUDY | | |
| RAIN | | | | | RAIN | | |
| TEMP LOW | 54 | F° | | | TEMP LOW | | F° |
| TEMP HIGH | | F° | | | TEMP HIGH | 75 | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 1 | 7 | |
| SMS | 4 | 4 | Interior pod decking |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 0 | 0 | |
| Gallery of Stones | 4 | 8 | CMU columns |
| DABS Paint | 0 | 0 | |
| C-S Enterprise | 0 | 0 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 2 |
| Skytrak | 1 | Generator | 1 |
| | | | |

### INSPECTIONS / TESTING / VISITORS

### WORK DESCRIPTION SUMMARY

Continue CMU columns

Install purlins / decking over apartment area

Received revised interior drawings from John Grable & Associates, will begin change order pricing


DEFENDANT'S EXHIBIT
106
SBS
PENGAD-Bayonne, N. J.

1of 2

TR_00148

| SUBCONTRACTOR PERSONNEL ON SITE | |
|---|---|
| Martin Rojas - SMS | |
| Luis Fuentes - SMS | |
| Alejandro Baldovino - SMS | |
| Jonothan Baldovino - SMS | |
| Jose Romo - Gallery of Stones | |
| Jose Sanchez - Gallery of Stones | |
| Juan Basurto - Gallery of Stones | |
| Francisco Escobar - Gallery of Stones | |
| | |
| | |
| VEHICLES ON SITE | |
| SMS - 39XNN7 | |
| SBS -60LFV9 | |
| Gallery of Stones - 881NBF | |
| Gallery of Stones - O5CSR6 | |

| SUPERINTENDENT | Kyle Kieke | DATE: | 2/1/2013 |
|---|---|---|---|

TR_00149

## SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | | Los Cerritos Hanger | | | | |
|---|---|---|---|---|---|---|
| SBS PROJECT NO. | | 1378 | | | | |
| ARCHITECT PROJECT NO. | | | | | | |
| DAILY REPORT NO. | 44 | DAY: | Monday | DATE: | 2/4/2013 | |
| CONTRACT DAYS | | REMAINING DAYS | | | | |

### WEATHER

| TIME | | AM | | | TIME | | PM |
|---|---|---|---|---|---|---|---|
| SUNNY | X | | | | SUNNY | X | |
| CLOUDY | | | | | CLOUDY | | |
| RAIN | | | | | RAIN | | |
| TEMP LOW | 56 | F° | | | TEMP LOW | | F° |
| TEMP HIGH | | F° | | | TEMP HIGH | 77 | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 1 | 8 | |
| SMS | 4 | 4 | Cupola framing |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 0 | 0 | |
| Gallery of Stones | 0 | 0 | |
| DABS Paint | 0 | 0 | |
| C-S Enterprise | 0 | 0 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 2 |
| Skytrak | 1 | Generator | 1 |
| | | | |

### INSPECTIONS / TESTING/ VISITORS

Steve Schiffman - site visit

### WORK DESCRIPTION SUMMARY

Install cupola tube steel framing members

TR_00150

| From: | John Grable <jgrable@johngrable.com> |
|---|---|
| Sent: | Wednesday, November 28, 2012 6:38 PM |
| To: | Rod Lewis <Rod@lewisenergy.com> |
| c: | Parnak Charkhchi <PCharkhchi@lewisenergy.com>; 'tony@weigandcmc.com'; Thomas Pittman <TPittman@lewisenergy.com>; Matthew Martinez <mmartinez@johngrable.com> |
| Subject: | RE: Re: |

---

Yes Rod they are - finally.
Tom P and I "tagged teamed" them at separate times during site meeting like "junk yard dogs".
They know how unhappy someone can be.
Tom P stated under no circumstances will we allow only 2 workers on site - only full staff is expectable.

We are still managing this crisis with the above techniques mentioned while formulating a "Alternate Plan B" by pricing an "in house" GCC takeover solution to get this project done once they make any more mistakes.

Rod on another note...
Hangar building is beautiful and fits well with the land - want this project to be fun and exciting for you - not the way it has progress thus far with the PEMB building delay.

We are not letting up pressure for one moment on this stubborn dog.
Respectfully

John

www.johngrable.com

-----Original Message-----
From: Rod Lewis [mailto:Rod@lewisenergy.com]
Sent: Wednesday, November 28, 2012 6:26 PM
To: John Grable
Cc: Parnak Charkhchi; 'tony@weigandcmc.com'; Thomas Pittman; Matthew Martinez
Subject: Re: Re:

Looks like they are making progress. Thanks for the pics

----- Original Message -----
From: John Grable [mailto:jgrable@johngrable.com]
Sent: Wednesday, November 28, 2012 05:12 PM
To: Rod Lewis
Cc: Parnak Charkhchi; tony@weigandcmc.com <tony@weigandcmc.com>; Thomas Pittman; Matthew Martinez <mmartinez@johngrable.com>
Subject: Re: Re:

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR



DEFENDANT'S
EXHIBIT
107
SBS
PENGAD-Bayonne, N.J.

CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

| | |
|---|---|
| **From:** | Parnak Charkhchi |
| **Sent:** | Wednesday, May 29, 2013 3:42 PM |
| **To:** | Steve Mowrer |
| **Subject:** | FW: Invoice Approvals |

Working on signature for those 2 checks

---

**From:** Rod Lewis
**Sent:** Tuesday, May 28, 2013 10:24 PM
**To:** Parnak Charkhchi
**Subject:** Re: Invoice Approvals

These can be paid. Thanks.

---

**From:** Parnak Charkhchi
**Sent:** Tuesday, May 28, 2013 05:17 PM
**To:** Rod Lewis
**Subject:** Fw: Invoice Approvals

Pls see below

They are on the conference table outside your office

---

**From:** Steve Mowrer
**Sent:** Tuesday, May 28, 2013 12:42 PM
**To:** Parnak Charkhchi
**Cc:** Garrett Glass
**Subject:** Invoice Approvals

Parnak,

I have the following invoices that need Rod's signature:

1. RMJ Construction for $80,000.00 (Check attached since over $50k for Rod's signature)
2. United Erectors for $61,229.86 (Check attached since over $50k for Rod's signature)
3. MBCI for $42,341.01
4. AG Masonry for $30,000.00
5. Holts Mechanical for $25,000.00
6. BoDen for $22,000.00

**Total Invoices** $260,570.87

These are all for the Los Cerritos Hangar job.

Thanks,

Steve

1



DEFENDANT'S
EXHIBIT
108
PENGAD-Bayonne, N.J.
SBS

TR_01301

| From: | Tony Weigand <tony@weigandcmc.com> |
|---|---|
| Sent: | Sunday, November 4, 2012 7:38 AM |
| To: | Rod Lewis <Rod@lewisenergy.com> |
| Cc: | Thomas Pittman <TPittman@lewisenergy.com>; John Grable <jgrable@johngrable.com>; Parnak Charkhchi <PCharkhchi@lewisenergy.com>; Tony Trevino <TonyTrevino@lewisenergy.com> |
| Subject: | Re: Uvalde Hangar building delivery |

Understood. I'll get to work on it.

Tony

On Nov 4, 2012, at 5:51, Rod Lewis <Rod@lewisenergy.com> wrote:

> That sounds good Tony W. Let's get all the facts together to present to me for a final decision after you are finished talking to Tom. As always I will need a chronological order of events along with costs along the way.
>
> I will also need to know the following;
> 1) Where we are now on scheduling and where we should have been.
> 2) Spent to date versus scheduled spend to date.
> 3) What have we gotten for our money to date. What should we have gotten.
> 4) Estimated contractor profit to date.
> 5) Tony T should get us terms of the contract and termination clause language. I think Neena may have reviewed this contract.
> 6) Options to move forward and cost to the company of changing contractors midstream.
>
> Where we fucked this up and how to keep this from happening again. Write new company policy and procedures for GCC to prevent this from happening again.
>
> Thanks.
>
> ---
>
> **From:** Tony Weigand [mailto:tony@weigandcmc.com]
> **Sent:** Sunday, November 04, 2012 12:31 AM
> **To:** Thomas Pittman
> **Cc:** Rod Lewis; jgrable@johngrable.com <jgrable@johngrable.com>; Parnak Charkhchi
> **Subject:** Re: Uvalde Hangar building delivery
>
> Rod
>
> I'll call Tom tomorrow then send you a note. Since I haven't been involved in this project, I have some catching up to do before I feel comfortable agreeing to a plan to move forward either with or without this contractor.
>
> Tony
>
> On Nov 3, 2012, at 21:59, Thomas Pittman <TPittman@lewisenergy.com> wrote:
>
>> Rod best case. We get the building in full they get it and erect it. If they fuck up the erection we hammer them. We take over the project were golden.



DEFENDANT'S EXHIBIT 109 SBS PENGAD-Bayonne, N.J.

**From:** Rod Lewis
**Sent:** Saturday, November 03, 2012 08:58 PM
**To:** 'jgrable@johngrable.com' <jgrable@johngrable.com>
**Cc:** Parnak Charkhchi; 'tony@weigandcmc.com' <tony@weigandcmc.com>; Thomas Pittman
**Subject:** Re: Uvalde Hangar building delivery

I am ready to move forward with selections now John. Let's proceed as we have discussed and you have identified.

What I don't understand right now and we should hold for discussion is how we move forward with this project. So before ordering material, I will have to discuss with Tony W and Tom how we plan to proceed. This can be done in the next 48 hours.

Thanks.

---

**From:** John Grable [mailto:jgrable@johngrable.com]
**Sent:** Saturday, November 03, 2012 06:10 PM
**To:** Rod Lewis
**Cc:** Parnak Charkhchi; tony@weigandcmc.com <tony@weigandcmc.com>; Thomas Pittman
**Subject:** Re: Uvalde Hangar building delivery

Rod

So glad to hear GG running sweet
Has to be a thrill up there behind the stick!

Material selection deadlines are now as materials need to be ordered and there are lead times on stone that may require 4 -6 weeks for delivery
Same for clerestory windows
Metal panels are 2 weeks out
Angelim wood in Austin but the sooner you approve i want to go to their warehouse and "cherry pick" the best color and grains- lengths of 20 no problem for material!

In a nutshell this is very important and I want you comfortable with selects- again we can discuss in person M-W if desired
I will be there!

Thanks


John Grable FAIA

www.johngrable.com

On Nov 3, 2012, at 5:04 PM, "Rod Lewis" <Rod@lewisenergy.com> wrote:

> Yea I flew her yesterday evening. She is running great!

John- What is the deadline to choose the materials?

Tom/Tony- we need to discuss movement forward and how that will be handled.

**From:** John Grable [mailto:jgrable@johngrable.com]
**Sent:** Saturday, November 03, 2012 03:54 PM
**To:** Rod Lewis
**Cc:** Parnak Charkhchi; tony@weigandcmc.com <tony@weigandcmc.com>;
Thomas Pittman
**Subject:** Re: Uvalde Hangar building delivery

Rod


We can use 24 gauge
The profile makes this surface perform armor like!

The wood warms up and adds richness to the interior space
Will help with acoustics control as well...
If something runs into the wood damage is minimized with this
forgiving surface

I can meet with you anytime Monday thru Wednesday on this or
anything else

Thanks
John Grable FAIA

Saw GG flying yesterday around 5:30
Beautiful in the air!

www.johngrable.com

On Nov 3, 2012, at 3:44 PM, "Rod Lewis" <Rod@lewisenergy.com>
wrote:

> I will try to look at samples and make a final decision. But I
> don't see a problem with the wood inside the hangar. And on
> the D panel what gauge are we considering using?

> **From:** John Grable [mailto:jgrable@johngrable.com]
> **Sent:** Saturday, November 03, 2012 03:10 PM
> **To:** Rod Lewis
> **Cc:** Parnak Charkhchi; 'tony@weigandcmc.com'
> <tony@weigandcmc.com>; Thomas Pittman
> **Subject:** RE: Uvalde Hangar building delivery

> Rod


> Here are the materials and renderings for the Hangar
> All materials low maintenance and durable

Love the exotic wood Angelim from Brazil
The Galvanized metal D Panel will mellow into a nice pewter grey

John

John

www.johngrable.com

From: Rod Lewis [mailto:Rod@lewisenergy.com]
Sent: Saturday, November 03, 2012 1:19 PM
To: John Grable
Cc: Parnak Charkhchi; 'tony@weigandcmc.com'; Thomas Pittman; Matthew Martinez
Subject: Re: Uvalde Hangar building delivery

Is the metal coming painted the color we want? If not should we paint it on the ground or in the air? What color is the metal coming painted? What kind of paint? Is it a good selection for quality?

From: John Grable [mailto:jgrable@johngrable.com]
Sent: Saturday, November 03, 2012 01:14 PM
To: Rod Lewis
Cc: Parnak Charkhchi; tony@weigandcmc.com <tony@weigandcmc.com>; Thomas Pittman; Matthew Martinez <mmartinez@johngrable.com>; Tony Trevino
Subject: Re: Uvalde Hangar building delivery

Yes Rod the building ties it self together   Using masonry and steel frame and cross bracing.  Believe for all the loads including 90 mph wind L over 360 pretty stout - but - masonry stiffens it up to a stout mass.

Yes insulated roof and walls to protect interior contents when no one at structure.

Cupola and clerestory Windows add cross ventilation when doors closed.

Masonry walls are upgraded to concrete block backup for stone exterior - all work together. Low maintenance system too.

Interior has combination of cmu the D Panel metal panels above with the exotic Brazilian Angelim wood siding with low maintenance clear polyurethane sealer for rich rosewood

teak finish as displayed on GC material wall. Hangar material palette rich and functional as all three material blend well...reminds me of the richness that old ocean liners had a century ago but still modern but timeless

I am so angry we have been tooled around but untrue statements. Tom P and I have major backup and contingency plans to protect this project
and get into use for the purpose design
We have hammers in both hands now...no more bs from anyone

No one deserves this sir

John Grable FAIA

www.johngrable.com

On Nov 3, 2012, at 12:54 PM, "Rod Lewis" <Rod@lewisenergy.com> wrote:

> John- I think the steel building will work. It is a little light I think. But we can look at how masonry structure will help add strength as well as possibly add cabling. Is the building finished on the inside and insulated? Is the portion that is masonry also sheathed in metal?
>
>
> Thanks.
>
> ---
>
> **From:** John Grable [mailto:jgrable@johngrable.com]
> **Sent:** Saturday, November 03, 2012 10:05 AM
> **To:** Rod Lewis
> **Cc:** Parnak Charkhchi; 'tony@weigandcmc.com' <tony@weigandcmc.com>; Thomas Pittman; Matthew Martinez <mmartinez@johngrable.com>; Tony Trevino
> **Subject:** RE: Uvalde Hangar building delivery
>
> Rod
>
> Building dimension depth is 120'-7" overall to center of steel columns (front to rear) – that requires 5 columns to define the four 30 foot bays
> The building dimension width is 98"-6" to center line of steel columns (left to right) – that requires 6 columns to define the five 20'-)" bays

The wall heath is 31' – 3" with a 2:12 roof pitch that tops out at the ridge height at 38'-8 – ¼ +- - the cupola sitting on top of the ridge is 5'-2" making the total building height of 43'-10"

It is a large and tall structure

John


<image002.jpg>
   www.johngrable.com

**From:** Rod Lewis
[mailto:Rod@lewisenergy.com]
**Sent:** Friday, November 02, 2012 10:20 PM
**To:** John Grable
**Cc:** Parnak Charkhchi; 'tony@weigandcmc.com';
Thomas Pittman; Matthew Martinez; Tony
Trevino
**Subject:** Re: Uvalde Hangar building delivery

Guys- I think I might want to use this building for a farm building like a warehouse on the ranch. Then we can order a new building from Varco Pruden who is a real company. We will order through Gary Ley to get the building at cost. What is the dimension of the building again John?

**From**: John Grable
[mailto:jgrable@johngrable.com]
**Sent:** Friday, November 02, 2012 08:08 PM
**To**: Rod Lewis
**Cc**: Parnak Charkhchi; tony@weigandcmc.com
<tony@weigandcmc.com>; Thomas Pittman;
Matthew Martinez
<mmartinez@johngrable.com>
**Subject**: Re: Uvalde Hangar building delivery

Rod

Rest assured
Building is L over 360 design
We have not paid for structure and you have not only the three of us reviewing we have the structural design team

We will protect and move forward and serve your needs

We are preparing a proactive game plan

The bottom line is we have a building delivered on site mid week...if there is any fault with structure it is rejected..
Steps thus far on approval process adhered to all specs...

Timely delivery not satisfactory
We will protect your interests

John Grable FAIA

www.johngrable.com

On Nov 2, 2012, at 7:28 PM, "Rod Lewis" <Rod@lewisenergy.com> wrote:

> Tony/Tom/John- if this company in Hockely Texas is that swamped, I am concerned that we are going to receive the quality of metal structure that we ordered. Who can verify the thickness of the iron and the wind load of the structure. I would hate to put up a half-assed structure at this time. Let's make double and triple sure as I will have very very expensive airplanes inside this structure.
>
> Let me know how you will assure yourselves we are not getting screwed on this structure. This is like a bad dream!!
>
> ---
>
> **From:** John Grable [mailto:jgrable@johngrable.com]
> **Sent:** Friday, November 02, 2012 05:33 PM
> **To:** Rod Lewis
> **Cc:** Parnak Charkhchi; 'tony@weigandcmc.com' <tony@weigandcmc.com>; Thomas Pittman; Matthew Martinez <mmartinez@johngrable.com>
> **Subject:** Uvalde Hangar building delivery
>
> Rod
>
> Following up on our last discussions regarding rigid

building frame delivery for the Uvalde Hangar discussed during our meeting October 22, 2012:

**BOTTOM LINE AFTER VERIFYING TODAY @ 4 PM WITH ERIC KEYES – BUILDING SALESMAN WITH BUILDING SUPPLIER SHULTE BUILDING SYSTEMS that on TUESDAY 11-6-12 – FOUR –FIVE TRUCKS WILL BE LOADED WITH REMAINING BUILDING COMPONENTS AND DELIVERED TO UVALDE SITE ON WED 11-7-12.**
**SBS HAS INFORMED TOM PITTMAN AND I THEY ARE SENDING OUT EQUIPTMENT TO SITE TO BEGIN THE IMMEDIATE ERECTION OF THE RIGID BUILDING FRAME.**

With building delivery and erection at Uvalde site for Wed/Thursday next week outlined below is proactive backup plan to ensure timely completion of Hangar Structure. Outline of Tom Pittman and JGA immediate response to the chronic misinformation for specific building delivery dates provided by SBS after our discussions during 10-22-12 meeting to prepare for Option #3 (Glacier Cap take over construction)

     1.   Ascertain real schedule of building delivery schedule – not "inconsistent and incorrect� delivery dates provided by SBS.

         a.   Answer : JGA made direct contact with Building Supplier - Shulte Building

Systems located in Hockley, Texas. After numerous conversations with the salesman Eric Keys 281-304-6111 regarding exact building delivery dates versus dates provided by SBS productions schedules were completely different than what we have been informed by SBS Contractors. Building supplier stated over commitment on their part has exceeded their capacity to provide a timely delivery of building product. Their response was honest and straight forward leaving us befuddled by SBS responses to specific delivery dates.

2. Call to action by TP and JGA that simple truthful answers by Schulte Building

Systems were better than ones provided by SBS on delivery dates – JGA delivered Construction Documents to TP who has released to skillful and qualified subs and suppliers for pricing for same scope of work as contracted by SBS.

Rod

We are moving forward to provide you options as we continue to press SBS to perform as negotiated – discussed – and contracted for. Payment status to SBS foir work performed is not overdrawn or payed. We want to proivide more options to protect and complete this great project without any further delays and mis information received by SBS..

Respectfully

John

PS
Office sending up to date Construction Documentslater today
I am available to discuss if required but we have a proactive game plan moving forward to protect your interests

<image002.jpg>
www.johngrable.com

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE

INDIVIDUAL OR ENTITY TO WHICH IT IS
ADDRESSED AND MAY CONTAIN
INFORMATION THAT IS CONFIDENTIAL,
SUBJECT TO COPYRIGHT OR
CONSTITUTES A TRADE SECRET. IF YOU
ARE NOT THE INTENDED RECIPIENT YOU
ARE HEREBY NOTIFIED THAT ANY
DISSEMINATION, COPYING OR
DISTRIBUTION OF THIS MESSAGE, OR
FILES ASSOCIATED WITH THIS MESSAGE
IS STRICTLY PROHIBITED. IF YOU HAVE
RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY LEWIS ENERGY
GROUP'S LEGAL DEPARTMENT
IMMEDIATELY BY TELEPHONE (210-384-
3200) AND DESTROY THE ORIGINAL
MESSAGE. MESSAGES SENT TO AND
FROM US MAY BE MONITORED. THANK
YOU!

THE ELECTRONIC TRANSMISSION (AND/OR THE
DOCUMENTS ACCOMPANYING IT) MAY CONTAIN
CONFIDENTIAL INFORMATION BELONGING TO THE
SENDER THAT IS PROTECTED BY THE ELECTRONIC
COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS
2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS
MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED
ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO
WHICH IT IS ADDRESSED AND MAY CONTAIN
INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO
COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU
ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY
NOTIFIED THAT ANY DISSEMINATION, COPYING OR
DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED
WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU
HAVE RECEIVED THIS COMMUNICATION IN ERROR,
PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL
DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-
3200) AND DESTROY THE ORIGINAL MESSAGE.
MESSAGES SENT TO AND FROM US MAY BE MONITORED.
THANK YOU!
THE ELECTRONIC TRANSMISSION (AND/OR THE
DOCUMENTS ACCOMPANYING IT) MAY CONTAIN
CONFIDENTIAL INFORMATION BELONGING TO THE
SENDER THAT IS PROTECTED BY THE ELECTRONIC
COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS
2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS
MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED
ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO
WHICH IT IS ADDRESSED AND MAY CONTAIN
INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO
COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU
ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY
NOTIFIED THAT ANY DISSEMINATION, COPYING OR
DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED
WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU
HAVE RECEIVED THIS COMMUNICATION IN ERROR,
PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL
DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-
3200) AND DESTROY THE ORIGINAL MESSAGE.
MESSAGES SENT TO AND FROM US MAY BE MONITORED.
THANK YOU!

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS
ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION
BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC
COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND
MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED
FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY
TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS
CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE
SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY
NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS
MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY
PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR,
PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT
IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE
ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE
MONITORED. THANK YOU!
THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS
ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION
BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC
COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521
AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY

ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

| From: | Jennie Briggs <JBriggs@lewisenergy.com> |
| --- | --- |
| Sent: | Thursday, June 27, 2013 6:15 PM |
| To: | Javier Alonso <jalonso@johngrable.com>; Matthew Martinez <mmartinez@johngrable.com> |
| Subject: | RE: what we have for weekly reports, more to follow |

Thanks, Javier!
This is all very helpful!

Have a great weekend,
Jennie

**From:** Javier Alonso [jalonso@johngrable.com]
**Sent:** Thursday, June 27, 2013 6:06 PM
**To:** Matthew Martinez; Jennie Briggs
**Subject:** RE: what we have for weekly reports, more to follow

Jennie,

T.Pittman sent John an email on 01.29 requesting John provide SBS 72 hour notice. Unfortunately John did not ever send that 72 hour notice as far as I can find in our email records. The next official letter John wrote to SBS was on 3.15.2013 outlining SBS defaults in work (at which point SBS had all ready been terminated). If you refer to the timeline we produced, which I have attached here, you will see that date listed. I have also attached a .zip folder with the emails referenced in the timeline (including the two emails discussed above). Please let me know if we can provide any additional information, thank you.

Respectfully,
Javier



JAVIER D. ALONSO
222 Austin Hwy #1 San Antonio, TX 78209
p 210.820.3332   · 210.820.3334

**From:** Matthew Martinez
**Sent:** Thursday, June 27, 2013 5:02 PM
**To:** Jennie Briggs
**Cc:** Javier Alonso
**Subject:** RE: what we have for weekly reports, more to follow

No prb, javi is working on digging that email up, he worked with john on putting some of that stuff together . . .



MATTHEW M. MARTINEZ, ASSOC. AIA
222 AUSTIN HWY, SAN ANTONIO, TEXAS 78209
E: MMARTINEZ@JOHNGRABLE.COM
P: 210-820-3332 EX. 35
W: WWW.JOHNGRABLE.COM



DEFENDANT'S
EXHIBIT
110
SBS

**From:** Jennie Briggs [mailto:JBriggs@lewisenergy.com]
**Sent:** Thursday, June 27, 2013 4:43 PM
**To:** Matthew Martinez
**Subject:** RE: what we have for weekly reports, more to follow

Sweet biz, MM. Thanks a million!
Don't forget the 72 hour warning email!
Many thanks,
JB

---

**From:** Matthew Martinez [mailto:mmartinez@johngrable.com]
**Sent:** Thursday, June 27, 2013 4:07 PM
**To:** Jennie Briggs
**Subject:** what we have for weekly reports, more to follow



MATTHEW M. MARTINEZ, ASSOC. AIA
222 AUSTIN HWY, SAN ANTONIO, TEXAS 78209
E: MMARTINEZ@JOHNGRABLE.COM
P: 210-820-3332 EX. 35
W: WWW.JOHNGRABLE.COM

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!
THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

Thomas Pittman <TPittman@lewisenergy.com>      February 28, 2013  1:22 PM
To: John Grable </O=MEX02/OU=EXCHANGE ADMINISTRATIVE
GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Jgrable.johngrable.com_55280b3ab>
Cc: Jennie Briggs <JBriggs@lewisenergy.com>
Fwd: Grable Letter to SBS - edited

1 Attachment, 192 KB

Sent from my iPhone

Begin forwarded message:

**From:** "Jennie Briggs " <JBriggs@lewisenergy.com>
**To:** "Thomas Pittman " <TPittman@lewisenergy.com>
**Subject: Grable Letter to SBS - edited**

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

# JOHN GRABLE
### A R C H I T E C T S  -  I N C

February ~~29,~~ 2$\emptyset$, 2013 - DRAFT FOR REVIEW

David Morgan ?  ~~Jack Green ?~~
~~SBS Contractors~~ ⟶ Select Building Systems Inc.
17 Scenic Loop Rd.
Boerne, TX 78006

Re: Los Cerritos ~~Hanger~~ Hangar
Project termination procedures for SBS

Dear Jack,

     Glacier      cont /       Feb 5, 2013 ?
When ~~Glazier Cap~~ terminated SBS General Contracting services on January 22, 2013, you were asked to provide us with copies of all of your subcontractor contracts, supplier contracts, and any outstanding issues.  To date, we have not received any of this critical information.  We did receive your final draw application #7 on February 6, 2013, and assumed that the critical project contacts and suppliers list would forth coming the following week, but to date, we have not received this list as all parties agreed to.

The collective efforts of the above-mentioned team, as well as the architect and structural



engineering team of record have been working to indentify these items as we continue to assess all of the SBS work. My office has been in touch with Eric at Schulte Building Systems who has been helpful in assessing the work that is in place as well as the existing as – built conflicts.

Jack, you may not be aware, but we have discovered several defects in work delivered by SBS. Glacier Cap has hired an independent consultant to test and review all as-built conditions. This effort continues and is still underway to complete a detailed list that outlines these defects, how they will be resolved and at what cost.

The Owner will not absorb any cost for resolving these issues, and the costs associated with these will be deducted from any payments requested or due to SBS and/or their suppliers.

We will resolve these problems quickly and professionally. We will protect Rod Lewis in the process and assure that he gets the quality building he is paying for.

*the Owner?*

Regards,

John Grable, FAIA


# JOHN GRABLE
A R C H I T E C T S  -  I N C

February 2~~9~~ 20, 2013 - DRAFT FOR REVIEW

~~David Morgan?~~ ~~Jack Green?~~
~~SBS Contractors~~ ————→ Select Building Systems Inc.
17 Scenic Loop Rd.
Boerne, TX 78006

Re: Los Cerritos ~~Hanger~~ Hangar
Project termination procedures for SBS

Dear Jack,

*Glacier*                    *cont* ↑              *Feb 5, 2013?*

When ~~Glazier~~ Glacier Cap terminated SBS General Contracting services on January 22, 2013, you were asked to provide us with copies of all of your subcontractor contracts, supplier contracts, and any outstanding issues. To date, we have not received any of this critical information. We did receive your final draw application #7 on February 6, 2013, and assumed that the critical project contacts and suppliers list would *be* forth coming the following week, but to date, we have not received this list as all parties agreed to.

The collective efforts of the above-mentioned team, as well as the architect and structural engineering team of record have been working to identify these items as we continue to assess all of the SBS work. My office has been in touch with Eric at Schulte Building Systems, who has been helpful in assessing the work that is in place as well as the existing as – built conflicts.

Jack, you may not be aware, but we have discovered several defects in work delivered by SBS. Glacier Cap has hired an independent consultant to test and review all as-built conditions. This effort continues and is still underway to complete a detailed list that outlines these defects, how they will be resolved and at what cost.

The Owner will not absorb any cost for resolving these issues, and the costs associated with these will be deducted from any payments requested or due to SBS and/or their suppliers.

We will resolve these problems quickly and professionally. We will protect Rod Lewis in the process and assure that he gets the quality building he is paying for.    *the Owner?*

Regards,


John Grable, FAIA

| **From:** | John Grable </o=mex02/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=jgrable.johngrable.com_55280b3ab> |
|---|---|
| **Sent:** | Wednesday, April 17, 2013 9:18 PM |
| **To:** | 'Rod Lewis' <Rod@lewisenergy.com> |
| **Cc:** | 'Tony Weigand' <TWeigand@lewisenergy.com>; Tom Pittman <tpittman@lewisenergy.com>; 'Parnak Charkhchi' <PCharkhchi@lewisenergy.com>; MMartinez@johngrable.com |
| **Subject:** | reimburse professional fees & unbilled professional fees |
| **Attach:** | El Jardin Casa Verde Hunting Lodge_Invoice_01.pdf; Cerritos Hangar_Invoice_07.pdf; LTR_ROD L_4-17-13.pdf |

Rod

After the GC project management meeting at GC offices Tony Weigand requested that I write you this letter. Please see attached.

Respectfully

John



JOHN GRABLE FAIA
222 Austin Hwy #1 San Antonio, TX 78309
p 210.820.3332    f 210.820.3334
www.johngrable.com



DEFENDANT'S
EXHIBIT
112
SBS

PENGAD-Bayonne, N.J.



# JOHN GRABLE
A R C H I T E C T S  -  I N C

April 17, 2013

Rod Lewis
10101 Reunion Place, #1000
San Antonio, Texas  78216

RE: Reimbursement of professional fees
    Donation of professional fees

Dear Rod,

This letter serves to recap my conversation with you during our meeting at your office on 4-5-13.   I am reimbursing and donating the following professional fees for the following two projects.

**1. Construction Phase - Los Cerritos Hangar: $12,144.00**

**2. Design and Complete Construction Documents**
   **Casa Verde Hunting Lodge: $18,350.00**

This is my way of expressing my commitment to you for the SBS Contractor mishandling of the Uvalde Hangar. I believe the project is back on track and will be of great value and service for you.

Over the past 4 years I have delivered design documents and have not billed for my professional fees for the following projects:

**3. El Jardin Airport Master Plan**
   - **Control Tower**
   - **Observation canopy**
   - **Hangar #2**

**4. Chuc Compound**
   - **Dining Hall Facility**

When we first met back in December of 2005 I clearly stated that before I earn your money – I will earn your respect. I was taught that actions speak louder than words.

Respectfully,

John Grable, FAIA

El Jardin Casa Verde Hunting Lodge_Invoice_01.pdf

# JOHN GRABLE
ARCHITECTS · INC

Bill To:

From:

Tri-Bar Ranch Company Ltd.
10067 Jones Maltsberger Rd.
San Antonio, TX 78216

John Grable Architects
222 Austin Highway, Suite 1
San Antonio, TX 78209

## PROJECT NAME

| Invoice # | 00001 | Labor Cost | $18,350.00 |
|---|---|---|---|
| Client | Tri-Bar Ranch | Reimbursables | $0.00 |
| Project | Casa Verde' Hunting Lodge | Total | $18,350.00 |
| Phase | *SD / DD* | Payments | $0.00 |
| | | Balance | $0.00 |
| | | Date Due | 00/00/0000 |

| | |
|---|---|
| **Services for Project Provided Pro-Bono** | **($18,350.00)** |
| **Total Fees Paid** | **$0.00** |

*From March 18, 2013 through April 16, 2012*

## SUMMARY OF WORK PERFORMED

| Description | Qty. | Rate | Amount |
|---|---|---|---|
| Principal | 32 | $175.00 | $5,600.00 |
| Architect | 0 | $105.00 | $0.00 |
| Technical | 150 | $85.00 | $12,750.00 |
| Clerical | 0 | $45.00 | $0.00 |
| | **182** | | **$18,350.00** |

## SUMMARY OF REIMBURSABLES

| Description | Cost | Mark-Up | Amount |
|---|---|---|---|
| Printing (In House) | $0.00 | 0% | $0.00 |
| Travel | $0.00 | 0% | $0.00 |
| Communication | $0.00 | 0% | $0.00 |
| Consultants | $0.00 | 4% | $0.00 |
| | | | **$0.00** |

## PROJECT STATUS

| 0% | 10% | 20% | 30% | 40% | 50% | 60% | 70% | 80% | 90% | 100% |
|---|---|---|---|---|---|---|---|---|---|---|

▦ MP  ▦ SD  ▦ DD  ▦ CD  ▦ CA

*Thank you for the opportunity to work on your project.*

*Regards,*



## DETAILS OF WORK PERFORMED

| Phase | Employee | Task | Date | Qt. | Rate | Amount |
|-------|----------|------|------|-----|------|--------|
| CD | JG | design, communications, meetings | | 32 | $175.00 | $5,600.00 |
| CD | MM | model | | 16 | $85.00 | $1,360.00 |
| CD | KS | model | | 134 | $85.00 | $11,390.00 |
| CD | JA | model | | 0 | $85.00 | $0.00 |
| | | | | **182** | | **$18,350.00** |

## DELIVERABLES

3D-1 Perspective Views
3D-2 Perspective Views
3D-3 Perspective Views
A100 - Proposed Expanded Site Plan
A101 - Proposed Site Plan
A200 - First Floor - As Built
A201 - First Floor - Proposed
A230 - First Floor - Proposed Room Finish
A260 - Door and Window Schedual
A300 - Building Sections
A400 - Building Elevations - As Built
A401 - Building Elevations - Proposed
A700 - Interior Elevations
A701 - Interior Elevations
D100 - Demolition Plan
E100 - Electrical Plan

Cerritos Hangar_Invoice_07.pdf



Bill To:

From:

Tri-Bar Ranch Company Ltd.
10067 Jones Maltsberger Rd.
San Antonio, TX 78216

John Grable Architects
222 Austin Highway, Suite 1
San Antonio, TX 78209

**PROJECT NAME**

| | | | |
|---|---|---|---|
| Invoice # | 00007 | Labor Cost | $29,750.00 |
| Client | Tri-Bar Ranch | Reimbursables | $0.00 |
| Project | Los Cerritos Hangar | Total | $29,750.00 |
| Phase | *CD/CA* | Payments | $0.00 |
| | | Returned Construction Phase | ($12,144.00) |
| | | Balance | **$17,606.00** |
| | | Date Due | 4/30/2013 |

| | |
|---|---|
| TOTAL FEES billed to date: | $117,331.50 |
| TOTAL REIMBURSABLES billed to date: | $319.00 |

*From February 1, 2013 through March 31, 2013*

**SUMMARY OF WORK PERFORMED**

| Description | Qty. | Rate | Amount |
|---|---|---|---|
| Principal | 0 | $175.00 | $0.00 |
| Architect | 0 | $105.00 | $0.00 |
| Technical | 350 | $85.00 | $29,750.00 |
| Clerical | 0 | $45.00 | $0.00 |
| | **350** | | **$29,750.00** |

**SUMMARY OF REIMBURSABLES**

| Description | Cost | Mark-Up | Amount |
|---|---|---|---|
| Printing (In House) | $0.00 | 0% | $0.00 |
| Travel | $0.00 | 0% | $0.00 |
| Communication | $0.00 | 0% | $0.00 |
| Consultants | $0.00 | 4% | $0.00 |
| | | | **$0.00** |

**PROJECT STATUS**



| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0% | 10% | 20% | 30% | 40% | 50% | 60% | 70% | 80% | 90% | 100% |

▦ MP     ▦ SD     ▦ DD     ▦ CD     ▦ CA

*Thank you for the opportunity to work on your project.*

*Regards,*





### DETAILS OF WORK PERFORMED (IN CONTRACT SCOPE)

| Phase | Employee | Task | Date | Qt. | Rate | Amount |
|---|---|---|---|---|---|---|
| CD | JG | design, communications, meet | | 0 | $175.00 | $0.00 |
| CD | MM | model, coordination, revisions | | 14 | $85.00 | $1,190.00 |
| CD | XC | model, coordination, revisions | | 11 | $85.00 | $935.00 |
| CD | JA | model, coordination, revisions | | 0 | $85.00 | $0.00 |
| | | | | 25 | | $2,125.00 |

### DETAILS OF WORK PERFORMED (ADDITIONAL SERVICES*)

| Phase | Employee | Task | Date | Qt. | Rate | Amount |
|---|---|---|---|---|---|---|
| CD | JG | design, communications, meet | | 0 | $175.00 | $0.00 |
| CD | MM | model, coordination, revisions | | 117 | $85.00 | $9,945.00 |
| CD | XC | model, coordination, revisions | | 208 | $85.00 | $17,680.00 |
| CD | JA | model, coordination, revisions | | 0 | $85.00 | $0.00 |
| | | | | 325 | | $27,625.00 |

**\*Additional Services Include:**

New Auxiliary Building
New Two Story Housing Finish-Out
AV-GAS Fueling Station
Ramp Extension
Helo Pad
Runway Lighting

### DELIVERABLES

A 100 Site Plan
A 200 Floor- Cupola Plans
A 220 Enlarged Floor Plans
A 300 Building Sections
A 400 Exterior Elevations
A 500 Wall Sections
A 600 Interior Wall Section
A 601 Interior Wall Sections
A 700 Interior Elevations
A 701 Interior Elevations
A 702 Interior Elevations
A 940 Roof Plan
Color Study
New Scope 3D Views
New Scope A 220 Enlarged Floor Plan
New Scope A 700 Interior Elevations
SD 2 Supplimental Drawings
Los Cerritos Hangar - ASI 1
Los Cerritos Hangar - ASI 2
Los Cerritos Hangar - ASI 4
Los Cerritos Hangar - ASI 4.1
Various RFIs


JOHN GRABLE
ARCHITECTS · INC

**PREVIOUS BILLS PAID TO DATE (IN CONTRACT SCOPE)**

|  | Invoices paid to date | Reimbursables | Fees paid to date | Date |
|---|---|---|---|---|
| Retainer |  |  |  |  |
| Bill 1 | $85,097.00 | $97.00 | $85,000.00 | 07.19.2012 |
| Bill 2 | $8,471.00 | $36.00 | $8,435.00 | 09.27.2012 |
| Bill 3 | $7,265.00 | $30.00 | $7,235.00 | 10.18.2012 |
| Bill 4 | $8,506.50 | $24.00 | $8,482.50 | 02.14.2013 |
| Bill 5 | $4,250.00 | $66.00 | $4,184.00 | 02.14.2013 |
| Bill 6 | $4,061.00 | $66.00 | $3,995.00 | 02.14.2013 |
| Bill 7 |  |  | $0.00 |  |
| Bill 8 |  |  | $0.00 |  |
| Bill 9 |  |  | $0.00 |  |
| Bill 10 |  |  | $0.00 |  |
| Bill 11 |  |  | $0.00 |  |
| Bill 12 |  |  | $0.00 |  |
| Bill 13 |  |  | $0.00 |  |
| Bill 14 |  |  | $0.00 |  |
| Bill 15 |  |  | $0.00 |  |
| Bill 16 |  |  | $0.00 |  |
| Bill 17 |  |  | $0.00 |  |
| Bill 18 |  |  | $0.00 |  |
| Bill 19 |  |  | $0.00 |  |
| Bill 20 |  |  | $0.00 |  |
|  |  |  |  |  |
| Total | $117,650.50 | $319.00 | $117,331.50 |  |
| **BASIC SERVICE CAP FEE** |  |  | **$121,440.00** |  |
| **Return Construction Phase (%10)** |  |  | **($12,144.00)** |  |
| **Also Includes Free Services for Los Cerittos 'Casa Verde'** |  |  |  |  |
| **Hunting Lodge See Separate Bill** |  |  | **($18,350.00)** |  |

**PREVIOUS BILLS PAID TO DATE (ADDITIONAL SERVICES*)**

|  | Invoices paid to date | Reimbursables | Fees paid to date | Date |
|---|---|---|---|---|
| Bill 5 | $3,272.50 |  | $3,272.50 | 02.14.2013 |
| Bill 6 | $5,057.50 |  | $5,057.50 | 02.14.2013 |
| Bill 7 |  |  | $0.00 |  |
| Bill 8 |  |  | $0.00 |  |
| Bill 9 |  |  | $0.00 |  |
| Bill 10 |  |  | $0.00 |  |
|  |  |  |  |  |
| Total | $8,330.00 | $0.00 | $8,330.00 |  |

**\*Additional Services Include:**
New Auxiliary Building
New Two Story Housing Finish-Out
AV-GAS Fueling Station
Ramp Extension
Helo Pad
Runway Lighting

LTR_ROD L_4-17-13.pdf

| From: | Tony Weigand <TWeigand@lewisenergy.com> |
|---|---|
| Sent: | Tuesday, September 17, 2013 9:02 AM |
| To: | John Grable <jgrable@johngrable.com> |
| Cc: | Garrett Glass <GGlass@lewisenergy.com> |
| Subject: | RE: past due invoices for John Grable Architects |
| Attach: | Laundry Facility Invoice 01.pdf; Cerritos Hangar_Invoice_07.pdf; Reception and Laundry Center Invoice 02.pdf |

John,

Are the three attached invoices the only ones you have outstanding?

Tony

**From:** John Grable [mailto:jgrable@johngrable.com]
**Sent:** Monday, September 16, 2013 7:14 PM
**To:** Garrett Glass; Tony Weigand
**Subject:** past due invoices for John Grable Architects

Garrett and Tony

I trust that you both are well.
I am sending 3 invoices for professional serves rendered.

Please note that there are two invoices for the LEG Laundry and Reception Facility

**Invoice #1 is for $14,364.50 and dated 8-7-13 for 3 design options**
**Invoice #2 is for $3,471 and dated 9-14-13 for the selected version now under construction**

**Please note**
**Invoice #7 dated 4-17-2013 is for the Uvalde Hangar $17,606.00 and is for additional services for new outbuildings and expanded scope of work as listed**

**Please note**
Included in **Invoice #7 dated 9-14-13 is for the Uvalde Hangar JGA** Returned Construction Phase Fee of ($12,144.00) as outlined in my 4-17-13 letter to Rod

**Please note**
**For Invoice #1 dated** 4/17/2013 for the Los Cerritos Casa Verde Hunting Lodge JGA **Provided Pro-Bono Services for Project ($18,350.00) as outlined in my 4-17-13 letter to Rod**

Please note that the attached letter to Rod dated 4-17-13 reimburses the following fees:
**1. Construction Phase - Los Cerritos Hangar: ($12,144.00)**



DEFENDANT'S EXHIBIT 113 PENGAD-Bayonne, N.J.

**2. Design and Complete Construction Documents Casa Verde Hunting Lodge: ($18,350.00)**
**This totals to $30,494.00**

I know we have been dealing with personnel changes and I feel I have stepped up to the plate when required for Rod's best interests.
I would like to now the current procedure for timely payment invoicing and who to copy for my invoices.
As a small business there are so many projects to float so that I can dedicate the time required to serve Rod's best interests
It is always a pleasure working with Rod's team but I know what to expect so I can formulate my business plan

Parnak has requested that we provide submittals to complete a number of projects for Rod and respectfully I would direction from you all on how I must submit to successfully receive payment

Thank you for your help in this matter

Respectfully

John Grable FAIA

## JOHN GRABLE
A R C H I T E C T S  -  I N C

JOHN GRABLE FAIA
222 Austin Hwy #1 San Antonio, TX 78209
p 210.820.3332    · 210.820.3334
www.johngrable.com

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

Laundry Facility Invoice 01.pdf


**JOHN GRABLE**
ARCHITECTS · INC

Bill To:                                        From:

Lewis Energy Group                             John Grable Architects
10101 Reunion Pl #1000                         222 Austin Highway, Suite 1
San Antonio, TX 78216                          San Antonio, TX 78209

**LAUNDRY FACILITY**

| | | | | | |
|---|---|---|---|---|---|
| Invoice # | 00001 | | Labor Cost | $14,322.50 | |
| Client | Lewis Energy Group | | Reimbursables | $42.00 | |
| Project | Laundry Facility | | Total | $14,364.50 | |
| Phase | *MP/SD* | | Payments | $0.00 | |
| | | | Balance | **$14,364.50** | |
| | | | Date Due | 8/21/2013 | |

TOTAL FEES Paid to Date:                    $0.00
TOTAL REIMBURSABLES Paid to Date            $0.00

**NOTE: Invoice includes work performed and deliverables for three separate design options**

*From July 02, 2013 through July 31, 2013*
**SUMMARY OF WORK PERFORMED**

| Description | Qty. | Rate | Amount |
|---|---|---|---|
| Principal | 17 | $175.00 | $2,975.00 |
| Architect | 0 | $105.00 | $0.00 |
| Architectural Intern | 133.5 | $85.00 | $11,347.50 |
| Clerical | 0 | $45.00 | $0.00 |
| | **150.5** | | **$14,322.50** |

**SUMMARY OF REIMBURSABLES**

| Description | Cost | Mark-Up | Amount |
|---|---|---|---|
| Printing (In House) | $42.00 | 0% | $42.00 |
| Printing (ARC) | $0.00 | 0% | $0.00 |
| Travel (0 mi x 0.565 $/mi) | $0.00 | 0% | $0.00 |
| Communication | $0.00 | 20% | $0.00 |
| Consultants | $0.00 | 20% | $0.00 |
| | | | **$42.00** |

**PROJECT STATUS**

| 0% | 10% | 20% | 30% | 40% | 50% | 60% | 70% | 80% | 90% | 100% |
|---|---|---|---|---|---|---|---|---|---|---|

■ MP          ■ SD          ■ DD          ■ CD          ▨ CA

*Thank you for the opportunity to work on your project.*
*Regards,*



## DETAILS OF WORK PERFORMED     (DESIGN OPTION 1)

| Phase | Employee | Task | Date | Qt. | Rate | Amount |
|-------|----------|------|------|-----|------|--------|
| SD/DD | JG | Design, Communication | | 16 | $175.00 | $2,800.00 |
| SD/DD | MM | Model, Meetings | | 30 | $85.00 | $2,550.00 |
| SD/DD | XC | | | 0 | $85.00 | $0.00 |
| SD/DD | JA | Model | | 6 | $85.00 | $510.00 |
| SD/DD | KS | Model | | 65 | $85.00 | $5,525.00 |
| | | | | 117 | | $11,385.00 |

## DETAILS OF WORK PERFORMED     (DESIGN OPTION 2)

| Phase | Employee | Task | Date | Qt. | Rate | Amount |
|-------|----------|------|------|-----|------|--------|
| SD/DD | JG | Design, Communication | | 0.5 | $175.00 | $87.50 |
| SD/DD | MM | Model, Meetings | | 6 | $85.00 | $510.00 |
| SD/DD | XC | | | 0 | $85.00 | $0.00 |
| SD/DD | JA | Model | | 1.5 | $85.00 | $127.50 |
| SD/DD | KS | Model | | 9 | $85.00 | $765.00 |
| | | | | 17 | | $1,490.00 |

## DETAILS OF WORK PERFORMED     (DESIGN OPTION 3)

| Phase | Employee | Task | Date | Qt. | Rate | Amount |
|-------|----------|------|------|-----|------|--------|
| SD/DD | JG | Design, Communication | | 0.5 | $175.00 | $87.50 |
| SD/DD | MM | Model, Meetings | | 5 | $85.00 | $425.00 |
| SD/DD | XC | | | 0 | $85.00 | $0.00 |
| SD/DD | JA | Model | | 3 | $85.00 | $255.00 |
| SD/DD | KS | Model | | 8 | $85.00 | $680.00 |
| | | | | 16.5 | | $1,447.50 |

## DELIVERABLES

A100 - Site Plan **(Design Option 1)**
A101 - Site Plan **(Design Option 2)**
A102 - Site Plan **(Design Option 3)**
A200 - Floor Plan **(Design Option 1)**
A201 - Floor Plan **(Design Option 2)**
A202 - Floor Plan **(Design Option 3)**
A240 - Roof Plan **(Design Option 1)**
A241 - Roof Plan **(Design Option 2)**
A242 - Roof Plan **(Design Option 3)**
A400 - Exterior Elevations **(Design Option 1)**
A401 - Exterior Elevations **(Design Option 2)**
A402 - Exterior Elevations **(Design Option 3)**
A500 - Building Sections **(Design Option 1)**
A501 - Building Sections **(Design Option 2)**
A502 - Building Sections **(Design Option 3)**
3D1 - Persepective Views **(Design Option 1)**
3D2 - Persepective Views **(Design Option 2)**
3D3 - Persepective Views **(Design Option 3)**

NOTE: Invoice includes work performed and deliverables for three separate design options

**PREVIOUS BILLS PAID TO DATE**

|  | Total paid to date | Reimbursables | Fees paid to date | Date |
|---|---|---|---|---|
| Retainer* | WAIVED |  | $0.00 |  |
| Bill 1 |  |  | $0.00 |  |
| Bill 2 |  |  | $0.00 |  |
| Bill 3 |  |  | $0.00 |  |
| Bill 4 |  |  | $0.00 |  |
| Bill 5 |  |  | $0.00 |  |
| Bill 6 |  |  | $0.00 |  |
| Bill 7 |  |  | $0.00 |  |
| Bill 8 |  |  | $0.00 |  |
| Bill 9 |  |  | $0.00 |  |
| Bill 10 |  |  | $0.00 |  |
| Bill 11 |  |  | $0.00 |  |
| Bill 12 |  |  | $0.00 |  |
| Bill 13 |  |  | $0.00 |  |
| Bill 14 |  |  | $0.00 |  |
| Bill 15 |  |  | $0.00 |  |
| Bill 16 |  |  | $0.00 |  |
| Bill 17 |  |  | $0.00 |  |
| Bill 18 |  |  | $0.00 |  |
| Bill 19 |  |  | $0.00 |  |
| Bill 20 |  |  | $0.00 |  |
| Total | $0.00 | $0.00 | $0.00 |  |

*Retainer to be Credited to Final Bill

Cerritos Hangar_Invoice_07.pdf



Bill To:

Tri-Bar Ranch Company Ltd.
10067 Jones Maltsberger Rd.
San Antonio, TX 78216

From:

John Grable Architects
222 Austin Highway, Suite 1
San Antonio, TX 78209

## PROJECT NAME

| | | | |
|---|---|---|---|
| Invoice # | 00007 | Labor Cost | $29,750.00 |
| Client | Tri-Bar Ranch | Reimbursables | $0.00 |
| Project | Los Cerritos Hangar | Total | $29,750.00 |
| Phase | *CD/CA* | Payments | $0.00 |
| | Returned Construction Phase | | ($12,144.00) |
| | | Balance | $17,606.00 |
| | | Date Due | 4/30/2013 |

| | |
|---|---|
| TOTAL FEES billed to date: | $117,331.50 |
| TOTAL REIMBURSABLES billed to date: | $319.00 |

*From February 1, 2013 through March 31, 2013*

### SUMMARY OF WORK PERFORMED

| Description | Qty. | Rate | Amount |
|---|---|---|---|
| Principal | 0 | $175.00 | $0.00 |
| Architect | 0 | $105.00 | $0.00 |
| Technical | 350 | $85.00 | $29,750.00 |
| Clerical | 0 | $45.00 | $0.00 |
| | 350 | | $29,750.00 |

### SUMMARY OF REIMBURSABLES

| Description | Cost | Mark-Up | Amount |
|---|---|---|---|
| Printing (In House) | $0.00 | 0% | $0.00 |
| Travel | $0.00 | 0% | $0.00 |
| Communication | $0.00 | 0% | $0.00 |
| Consultants | $0.00 | 4% | $0.00 |
| | | | $0.00 |

### PROJECT STATUS

| 0% | 10% | 20% | 30% | 40% | 50% | 60% | 70% | 80% | 90% | 100% |
|---|---|---|---|---|---|---|---|---|---|---|

▨ MP          ▨ SD          ▨ DD          ▨ CD          ▨ CA

*Thank you for the opportunity to work on your project.*

*Regards,*





## DETAILS OF WORK PERFORMED (IN CONTRACT SCOPE)

| Phase | Employee | Task | Date | Qt. | Rate | Amount |
|-------|----------|------|------|-----|------|--------|
| CD | JG | design, communications, meet | | 0 | $175.00 | $0.00 |
| CD | MM | model, coordination, revisions | | 14 | $85.00 | $1,190.00 |
| CD | XC | model, coordination, revisions | | 11 | $85.00 | $935.00 |
| CD | JA | model, coordination, revisions | | 0 | $85.00 | $0.00 |
| | | | | 25 | | $2,125.00 |

## DETAILS OF WORK PERFORMED (ADDITIONAL SERVICES*)

| Phase | Employee | Task | Date | Qt. | Rate | Amount |
|-------|----------|------|------|-----|------|--------|
| CD | JG | design, communications, meet | | 0 | $175.00 | $0.00 |
| CD | MM | model, coordination, revisions | | 117 | $85.00 | $9,945.00 |
| CD | XC | model, coordination, revisions | | 208 | $85.00 | $17,680.00 |
| CD | JA | model, coordination, revisions | | 0 | $85.00 | $0.00 |
| | | | | 325 | | $27,625.00 |

**\*Additional Services Include:**  New Auxiliary Building
New Two Story Housing Finish-Out
AV-GAS Fueling Station
Ramp Extension
Helo Pad
Runway Lighting

## DELIVERABLES

A 100 Site Plan
A 200 Floor- Cupola Plans
A 220 Enlarged Floor Plans
A 300 Building Sections
A 400 Exterior Elevations
A 500 Wall Sections
A 600 Interior Wall Section
A 601 Interior Wall Sections
A 700 Interior Elevations
A 701 Interior Elevations
A 702 Interior Elevations
A 940 Roof Plan
Color Study
New Scope 3D Views
New Scope A 220 Enlarged Floor Plan
New Scope A 700 Interior Elevations
SD 2 Supplimental Drawings
Los Cerritos Hangar - ASI 1
Los Cerritos Hangar - ASI 2
Los Cerritos Hangar - ASI 4
Los Cerritos Hangar - ASI 4.1
Various RFIs



**JOHN GRABLE**
ARCHITECTS · INC

PREVIOUS BILLS PAID TO DATE (IN CONTRACT SCOPE)

| | Invoices paid to date | Reimbursables | Fees paid to date | Date |
|---|---|---|---|---|
| Retainer | | | | |
| Bill 1 | $85,097.00 | $97.00 | $85,000.00 | 07.19.2012 |
| Bill 2 | $8,471.00 | $36.00 | $8,435.00 | 09.27.2012 |
| Bill 3 | $7,265.00 | $30.00 | $7,235.00 | 10.18.2012 |
| Bill 4 | $8,506.50 | $24.00 | $8,482.50 | 02.14.2013 |
| Bill 5 | $4,250.00 | $66.00 | $4,184.00 | 02.14.2013 |
| Bill 6 | $4,061.00 | $66.00 | $3,995.00 | 02.14.2013 |
| Bill 7 | | | $0.00 | |
| Bill 8 | | | $0.00 | |
| Bill 9 | | | $0.00 | |
| Bill 10 | | | $0.00 | |
| Bill 11 | | | $0.00 | |
| Bill 12 | | | $0.00 | |
| Bill 13 | | | $0.00 | |
| Bill 14 | | | $0.00 | |
| Bill 15 | | | $0.00 | |
| Bill 16 | | | $0.00 | |
| Bill 17 | | | $0.00 | |
| Bill 18 | | | $0.00 | |
| Bill 19 | | | $0.00 | |
| Bill 20 | | | $0.00 | |
| | | | | |
| Total | $117,650.50 | $319.00 | $117,331.50 | |
| BASIC SERVICE CAP FEE | | | $121,440.00 | |
| Return Construction Phase (%10) | | | ($12,144.00) | |
| Also Includes Free Services for Los Cerittos 'Casa Verde' | | | | |
| Hunting Lodge See Separate Bill | | | ($18,350.00) | |

PREVIOUS BILLS PAID TO DATE (ADDITIONAL SERVICES*)

| | Invoices paid to date | Reimbursables | Fees paid to date | Date |
|---|---|---|---|---|
| Bill 5 | $3,272.50 | | $3,272.50 | 02.14.2013 |
| Bill 6 | $5,057.50 | | $5,057.50 | 02.14.2013 |
| Bill 7 | | | $0.00 | |
| Bill 8 | | | $0.00 | |
| Bill 9 | | | $0.00 | |
| Bill 10 | | | $0.00 | |
| | | | | |
| Total | $8,330.00 | $0.00 | $8,330.00 | |

*Additional Services Include:    New Auxiliary Building
New Two Story Housing Finish-Out
AV-GAS Fueling Station
Ramp Extension
Helo Pad
Runway Lighting

Reception and Laundry Center Invoice 02.pdf


**JOHN GRABLE**
A R C H I T E C T S · I N C

Bill To:                                         From:

Lewis Energy Group                               John Grable Architects
10101 Reunion Pl #1000                           222 Austin Highway, Suite 1
San Antonio, TX 78216                            San Antonio, TX 78209

### RECEPTION and LAUNDRY CENTER

| | | | |
|---|---|---|---|
| Invoice # | 00002 | Labor Cost | $3,435.00 |
| Client | Lewis Energy Group | Reimbursables | $36.00 |
| Project | Reception and Laundry Center | Total | $3,471.00 |
| Phase | *MP/SD* | Payments | $0.00 |
| | | Balance | **$3,471.00** |
| | | Date Due | 9/28/2013 |

| | |
|---|---|
| TOTAL FEES Paid to Date: | $14,322.50 |
| TOTAL REIMBURSABLES Paid to Date | $42.00 |

**NOTE: Invoice includes work performed and deliverables for three separate design options**

*From August 01, 2013 through August 31, 2013*

### SUMMARY OF WORK PERFORMED

| Description | Qty. | Rate | Amount |
|---|---|---|---|
| Principal | 7 | $175.00 | $1,225.00 |
| Architect | 0 | $105.00 | $0.00 |
| Architectural Intern | 26 | $85.00 | $2,210.00 |
| Clerical | 0 | $45.00 | $0.00 |
| | 33 | | $3,435.00 |

### SUMMARY OF REIMBURSABLES

| Description | Cost | Mark-Up | Amount |
|---|---|---|---|
| Printing (In House) | $36.00 | 0% | $36.00 |
| Printing (ARC) | $0.00 | 0% | $0.00 |
| Travel (0 mi x 0.565 $/mi) | $0.00 | 0% | $0.00 |
| Communication | $0.00 | 20% | $0.00 |
| Consultants | $0.00 | 20% | $0.00 |
| | | | $36.00 |

### PROJECT STATUS

| 0% | 10% | 20% | 30% | 40% | 50% | 60% | 70% | 80% | 90% | 100% |
|---|---|---|---|---|---|---|---|---|---|---|

■ MP          ■ SD          ■ DD          ■ CD          ■ CA

*Thank you for the opportunity to work on your project.*
*Regards,*

 JOHN GRABLE
A R C H I T E C T S - I N C

## DETAILS OF WORK PERFORMED          (DESIGN OPTION 1)

| Phase | Employee | Task | Date | Qt. | Rate | Amount |
|-------|----------|------|------|-----|------|--------|
| SD/DD | JG | Design, Communication | | 7 | $175.00 | $1,225.00 |
| SD/DD | MM | Model, Meetings | | 6 | $85.00 | $510.00 |
| SD/DD | JA | Model | | 0 | $85.00 | $0.00 |
| SD/DD | KS | Model | | 20 | $85.00 | $1,700.00 |
| | | | | 33 | | $3,435.00 |

## DELIVERABLES

Parametric Model
A100 - Site Plan
A200 - Floor Plan
A240 - Roof Plan
A260 - Door/Window Schedule
A261 - Room Finish Schedule
A400 - Exterior Elevations
A500 - Building Sections
A700 - Interior Elevations
A701 - Interior Elevations
3D1 - Perspective Views

# JOHN GRABLE
A R C H I T E C T S  ·  I N C

**PREVIOUS BILLS PAID TO DATE**

| | Total paid to date | Reimbursables | Fees paid to date | Date |
|---|---|---|---|---|
| Retainer* | WAIVED | | $0.00 | |
| Bill 1 | $14,364.50 | $42.00 | $14,322.50 | DUE |
| Bill 2 | | | $0.00 | |
| Bill 3 | | | $0.00 | |
| Bill 4 | | | $0.00 | |
| Bill 5 | | | $0.00 | |
| Bill 6 | | | $0.00 | |
| Bill 7 | | | $0.00 | |
| Bill 8 | | | $0.00 | |
| Bill 9 | | | $0.00 | |
| Bill 10 | | | $0.00 | |
| Bill 11 | | | $0.00 | |
| Bill 12 | | | $0.00 | |
| Bill 13 | | | $0.00 | |
| Bill 14 | | | $0.00 | |
| Bill 15 | | | $0.00 | |
| Bill 16 | | | $0.00 | |
| Bill 17 | | | $0.00 | |
| Bill 18 | | | $0.00 | |
| Bill 19 | | | $0.00 | |
| Bill 20 | | | $0.00 | |
| | | | | |
| Total | $14,364.50 | $42.00 | $14,322.50 | |

*Retainer to be Credited to Final Bill

| **From:** | Matthew Martinez </o=mex02/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=mmartinez.johngrable.com_aa5dd8392> |
|---|---|
| **Sent:** | Tuesday, April 2, 2013 2:08 PM |
| **To:** | 'Daniel Boddie' <danielb@bodenllc.com> |
| **Subject:** | FW: Column plumb-Los Cerritos |

l this suffice?

# JOHN GRABLE
A R C H I T E C T S - I N C

MATTHEW M. MARTINEZ, ASSOC. AIA
222 AUSTIN HWY. SAN ANTONIO, TEXAS 78209
E: MMARTINEZ@JOHNGRABLE.COM
P: 210-820-3332 EX 35
W: WWW.JOHNGRABLE.COM

**From:** Victor M. De Anda Jr [mailto:victor@synergy-se.com]
**Sent:** Tuesday, April 02, 2013 2:03 PM
**To:** Matthew Martinez
**Subject:** Re: Column plumb-Los Cerritos

LOOKS VERY GOOD, JUST ADD THE PRIMER

THANKS


Victor M. De Anda Jr., P.E.
Synergy Structural Engineering, Inc.
6909 Springfield Ave. Suite 105
Laredo, TX. 78041
O: 956-753-5860
M: 956-237-7908


**From:** Matthew Martinez <mmartinez@johngrable.com>
**To:** Victor M. De Anda Jr <victor@synergy-se.com>
**t:** Tue, April 2, 2013 1:51:21 PM
**ject:** FW: Column plumb-Los Cerritos

Victor, Daniel's asking for written blessing, these (email below) are some adjustments you verbally blessed to help square the building up, let us know what you think, thanks
-Matt

# JOHN GRABLE
A R C H I T E C T S - I N C

MATTHEW M. MARTINEZ, ASSOC. AIA
222 AUSTIN HWY. SAN ANTONIO, TEXAS 78209
E: MMARTINEZ@JOHNGRABLE.COM
P: 210-820-3332 EX 35
W: WWW.JOHNGRABLE.COM

**From:** Daniel Boddie [mailto:danielb@bodenllc.com]
**Sent:** Tuesday, April 02, 2013 12:28 PM
**To:** Matthew Martinez
**Subject:** Column plumb-Los Cerritos

Matt,

Can you have Victor bless this for us? He gave us a verbal when he was onsite on how to do it, just need a written confirmation, please.

We cut a slot in the base plate of the column, moved it and welded a plate to stabilize the base plate.


DEFENDANT'S
EXHIBIT
114
SBS
PENGAD-Bayonne, N.J.





**Daniel Boddie** | Partner
BoDen, LLC | 210.885.9537 Cell |
11550 I.H. 10 West, Suite 395A San Antonio, TX 78230

**From:** Matthew Martinez <mmartinez@johngrable.com>
**Sent:** Monday, May 13, 2013 7:53 PM
**To:** Daniel Boddie <danielb@bodenllc.com>
**Subject:** Re: paint selections

---

Hey daniel, how are you procuring the marerial for the gutter, is that comming from shulte? The reason im asking is that the previous gc told us we could specify a shape, and they could break it to that shape , if the new erector is taking care of it how do we go about specifying the dims/shape? Let me know what you think, talk to you tomorrow . .

Sent from Samsung tablet

-------- Original message --------
From: Daniel Boddie <danielb@bodenllc.com>
Date: 05/13/2013 2:47 PM (GMT-06:00)
To: Matthew Martinez <mmartinez@johngrable.com>
Subject: Re: paint selections

Do you have samples of the angelum and tri motor paneling?

**From:** Matthew Martinez <mmartinez@johngrable.com>
**Date:** Friday, May 10, 2013 11:26 AM
**To:** Daniel Boddie <danielb@bodenllc.com>
**Subject:** RE: paint selections

Can we pick a spot in the hangar, like the southwest corner, where we have all the materials coming together, main steel , secondary steel, angelim, corrugated,and gyp in the media . . and get whatever we can mocked up, so we see everything working together . . . that's john and mine's first thought for a mock up location . . .



DEFENDANT'S
EXHIBIT
115
PENGAD-Bayonne, N.J.

Victor M. De Anda Jr <victor@synergy-se.com>      January 17, 2013  3:11 PM
To: Kyle Kieke <kkieke@sbsworld.net>
Cc: John Grable </O=MEX02/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=Jgrable.johngrable.com_55280b3ab>
Re: Gap between CMU and spandrel beam

1 Attachment, 292 KB

---

Kyle,
See attached  alternate anchorage detail

thanks


WE JUST MOVED TO OUR NEW OFFICE!!!!!!!!

Victor M. De Anda Jr., P.E.
Synergy Structural Engineering, Inc.
6909 Springfield Ave. Suite  105
Laredo, TX. 78041
O: 956-753-5860
M: 956-237-7908

---

**From:** Kyle Kieke <kkieke@sbsworld.net >
**To:** Victor M. De Anda Jr <victor@synergy-se.com >
**Sent:** Thu, January 17, 2013 10:57:22 AM
**Subject:** Gap between CMU and spandrel beam

Victor,

John Grable had us extend the slab out 4" for the lugs on the sides of the hanger.   We didn't take this into account for
the PEMB so now we have a 4-5" gap between the two at 20' AFF.   I need a design for some type of clip to fill this gap
and attach our anchor bolts to.   I need yo be able to shim this as well as needed.


DEFENDANT'S
EXHIBIT
116
SBS
PENGAD-Bayonne, N.J.



**SYNERGY STRUCTURAL ENGINEERING, INC.**
901 VICTORIA ST, SUITE "C" LAREDO, TX. 78040
(956) 753-5860 (fax) 753-6210
www.synergy-se.com
TBPE FIRM REGISTRATION No.: F-7661

Project No.: 12-013
Date: 01/17/13
Design By: VDA

Project Name: LOS CERRITOS HANGAR

CMU WALL

LATERAL GIRT

L 3x3x1/4 x 6' LONG
WELDED ALL AROUND
TO LATERAL GIRT

L 4x4x1/4 x 4" LONG
WELDED ON EACH SIDE
TO L3x3

ANCHOR BOLTS
AS PER PLAN DETAIL

① ALTERNATE ANCHORAGE DETAIL FOR CMU WALL

# SBS
# DEFENDANT'S
# EXHIBIT
# 119

| From: | Matthew Martinez <mmartinez@johngrable.com> |
|---|---|
| **Sent:** | Thursday, July 26, 2012 5:58 PM |
| **To:** | Jack Green <jgreen@sbsworld.net> |
| **Cc:** | John Grable <jgrable@johngrable.com>; Thomas Pittman <TPittman@lewisenergy.com> |
| **Subject:** | FW: Re: |
| **Attach:** | approved as noted metal building 2012_07_26.pdf |

JACK, PLEASE FIND NOTED AND APPROVED SHOP DRAWINGS FROM VICTOR, WE ARE VERIFYING THE DIMENSIONS ON OUR COPY AS VICTOR ASKS ON THE FIRST PAGE, THANKS
        -MATT



**MATTHEW M. MARTINEZ, ASSOC. AIA**
222 AUSTIN HWY, SAN ANTONIO, TEXAS 78209
E: MMARTINEZ@JOHNGRABLE.COM
P: 210-820-3332 EX. 35
W: WWW.JOHNGRABLE.COM

**From:** Victor M. De Anda Jr. [mailto:victor@synergy-se.com]
**Sent:** Thursday, July 26, 2012 4:50 PM
**To:** Matthew Martinez
**Subject:** Re:

Matt,
Attached please find the metal building shop drawings, please review the dims

thanks

Victor M. De Anda Jr., P.E.
Synergy Structural Engineering, Inc.
901 Victoria St. Suite "C"
Laredo, TX. 78040
O: 956-753-5860
F: 956-753-6210
M: 956-237-7908

**From:** Matthew Martinez <mmartinez@johngrable.com>
**To:** Victor M. De Anda Jr. <victor@synergy-se.com>



DEFENDANT'S
EXHIBIT
*119*
*SBS*

PENGAD-Bayonne, N.J.

VICTOR,
     PLEASE FIND ATTACHED SUMBITTALS AND JACK COMMENT BELOW, THE CRITICAL ITEM THIS WEEK TO REMAIN ON SCHEDULE IS THE ANCHOR BOLT PATTERN FOR THE RIGID FRAME COLUMNS, THANKS
     -MATT



MATTHEW M. MARTINEZ, ASSOC. AIA
222 AUSTIN HWY, SAN ANTONIO, TEXAS 78209
E: MMARTINEZ@JOHNGRABLE.COM
P: 210-820-3332 EX. 35
W: WWW.JOHNGRABLE.COM

**From:** Jack Green [mailto:jgreen@sbsworld.net]
**Sent:** Tuesday, July 24, 2012 3:50 PM
**To:** John Grable; Matthew Martinez
**Cc:** Thomas Pittman
**Subject:**

Please find the attached. As we discussed the changes we made last week are not incorporated on this set. Can you forward to Victor also.


Thanks,

Jack R Green
LEED Green Associate
Project Manager|Business Development
SBS Construction and Development
17 Scenic Loop Rd
Boerne, TX 78006

210-789-1898 cell
830-981-5308 fax

approved as noted metal building 2012_07_26.pdf



## SCHULTE BUILDING SYSTEMS
17600 BADTKE ROAD
HOCKLEY, TEXAS 77447
281-304-6111 office
281-304-6113 fax

### DRAWING INDEX

| ISSUE | PAGE | DESCRIPTION |
|---|---|---|
| A | C1 OF 2 | COVER PAGE |
| A | C2 OF 2 | NOTES PAGE |
| | | |
| A | F1 OF 4 | ANCHOR ROD PLAN/BASE PLATE DET. |
| A | F2 OF 4 | SLIDING DOOR A.B. PLAN/SECTIONS |
| A | F3 OF 4 | ANCHOR ROD REACTIONS |
| A | F4 OF 4 | ANCHOR ROD REACTIONS |
| | | |
| A | E1 OF | ROOF FRAMING PLAN |
| A | E2 OF | SOFFIT PLAN |
| A | E3 OF | FRAME CROSS-SECTION |
| A | E4 OF | FRAME CROSS-SECTION |
| A | E5 OF | FRAME CROSS-SECTION |
| A | E6 OF | FRAME CROSS-SECTION |
| A | E7 OF | FRAME CROSS-SECTION |
| A | E8 OF | SIDEWALL ELEVATION |
| A | E9 OF | SIDEWALL ELEVATION |
| A | E10 OF | SIDEWALL ELEVATION |
| A | E11 OF | ENDWALL ELEVATION |
| A | E12 OF | ENDWALL ELEVATION |
| A | E13 OF | ENDWALL SECTIONS |
| A | E14 OF | ENDWALL SECTIONS |
| A | E15 OF | INTERIOR FRAME ELEV./GUIDE BEAM PLAN |
| A | E16 OF | HEADER/GUIDE DETAIL CORN. |
| A | E17 OF | SLIDING DOOR DETAIL |
| A | E18 OF | SLIDING DOOR DETAIL |
| A | E19 OF | SLIDING DOOR SOFFIT PLAN/DET |
| | | |
| A | D1 OF | STANDARD DETAIL |
| A | D2 OF | STANDARD DETAIL |
| A | D3 OF | STANDARD DETAIL |
| A | D4 OF | STANDARD DETAIL |

### BUILDING DESCRIPTION

BUILDING SIZE: (BLDG. A) 98'-6 x 122'-6 x 32'-0 E.H.  SLOPE: 2.0:12
BUILDING SIZE: (BLDG. B) 9'-0 x 13'-6 x 29'-9 E.H.  SLOPE: 2.0:12
BUILDING SIZE: (BLDG. C) 7'-10 x 60'-8 x 6'-2 E.H.  SLOPE: 2.0:12
BUILDING SIZE: _____  SLOPE: _____

(BUILDING DIMENSIONS ARE NOMINAL, REFER TO PLANS)

This is to certify that this structure is designed utilizing the loads indicated and applied as required by the building code shown below. The certification is limited to the structural design of the framing and covering parts manufactured by the building manufacturer and is specified in the contract. Accessory items such as doors, window, louvers, translucent panels, and ventilators are not included. Also excluded are other parts of the project not provided by the building manufacturer such as foundations, masonry walls, mechanical equipment and erection of the building. The building should be erected on a properly designed foundation in accordance with the building manufacturer's design manual, the attached drawings and good erection practices.

Design Code    IBC 09

**General Loads**

| | | |
|---|---|---|
| Roof Dead Load (D) | 2.500 | psf |
| Roof Collateral Load (C) | 6 | psf |
| Roof Live Load (Lr) | 20.00 | psf |
| Tributary Live Load Reduction | Yes | |

**Snow Load**

| | | |
|---|---|---|
| Flat-Roof Snow Load (Pf) | 3.5000 | psf |
| Ground Snow Load (Pg) | 5.0000 | psf |
| Snow Exposure Factor (Ce) | 1 | |
| Snow Load Importance Factor (Is) | 1.0000 | |
| Thermal Factor (Ct) | 1.00 | |

**Wind Load**

| | | |
|---|---|---|
| Basic Wind Speed (3 sec. gust) | 90 | mph |
| Wind Importance Factor (Iw) | 1.00 | |
| Wind Exposure Category | C | |
| Internal Pressure Coefficient (GCpi) | 0.18 /-0.18 | |
| Wind Enclosure | Closed | |

**Seismic Load**

| | | |
|---|---|---|
| Seismic Importance Factor (Ie) | 1.00 | |
| Spectral Response Accelerations (Ss and S1) | 0.0780 | 0.0220 |
| Site Class | D | |
| Spectral Response Coefficients (Sds and Sd1) | 0.0832 | 0.0352 |
| Seismic Design Category | A | |
| Basic Seismic-Force-Resisting System(s) * | | |

| | Longitudinal | Lateral |
|---|---|---|
| Total Design Base Shear (V) | 6.0 Kips | 6.0 Kips |
| Seismic Response Coefficient(s) (Cs) | 0.0100 | 0.0100 |
| Response Modification Factor(s) (R) | 3.0 | 3.0 |
| Analysis Procedure: Equivalent Lateral Force | | |

* Ordinary Steel Concentrically Braced Frame(s) and/or Ordinary Steel Moment Frame(s)

### PANEL, TRIM AND FRAMING INFORMATION

**ROOF PANELS**
TYPE: VS-216 GAUGE: 24 COLOR: Med. Bronze (Kynar)
UL90 CERTIFICATION: NO

IF STANDING SEAM:    CLIP TYPE:    HIGH FLOATING

**WALL PANELS**
TYPE: PBR GAUGE: 26 COLOR: Need Std. Color

**LINER PANELS**
TYPE: _____ GAUGE: _____ COLOR: _____
HEIGHT: _____

**FASCIA PANELS**
TYPE: _____ GAUGE: _____ COLOR: _____

**SOFFIT PANELS**
TYPE: Rev. PBU GAUGE: 26 COLOR: Polar White

**PARTITION PANELS**
TYPE: _____ COLOR: _____

**TRIM**

| | |
|---|---|
| RAKE: | COLOR: Need Std. Color |
| EAVE: | COLOR: Need Std. Color |
| GUTTER STANDARD: | COLOR: Need Std. Color |
| GUTTER HIGH CAPACITY: | COLOR: Need Std. Color |
| DOWNSPOUT: | COLOR: Need Std. Color |
| VALLEY GUTTER: | COLOR: |
| HEADER: | COLOR: Need Std. Color |
| SILL: | COLOR: Need Std. Color |
| JAMB: | COLOR: Need Std. Color |
| BASE TRIM: | COLOR: Need Std. Color |
| CORNER: | COLOR: Need Std. Color |
| LINER: | COLOR: |
| SOFFIT: | COLOR: Polar White |
| FASCIA SILL: | COLOR: |
| CAP TRIM: | COLOR: |

**PRIMARY FRAMING**
(MAIN FRAMES & ENDWALL FRAMES)    Red-Oxide
(WIND COLUMNS & BENTS)

**SECONDARY FRAMING**
(GIRTS, EAVE STRUTS, PURLINS    Red-Oxide
DOOR/FRAMED OPNG. & CLIPS ETC.)

## SYNERGY STRUCTURAL ENGINEERING

☐ NO EXCEPTION TAKEN    ☑ EXCEPTIONS NOTED
☐ SUBMIT SPECIFIED ITEM    ☐ REVISE & SUBMIT

CHECKING IS ONLY FOR GENERAL CONFORMANCE WITH DESIGN CONCEPT OF PROJECT AND GENERAL COMPLIANCE WITH CONTRACT DOCUMENTS. CONTRACTOR IS RESPONSIBLE FOR CONFIRMING AND CORRELATING DIMENSIONS AT JOB SITE, INFORMATION WHICH PERTAINS TO FABRICATION PROCESSES OR CONSTRUCTION TECHNIQUES AND FOR COORDINATION OF WORK OF ALL TRADES. CHECKING OF SHOP DRAWINGS SHALL NOT RELIEVE THE CONTRACTOR OF RESPONSIBILITY FOR DEVIATION FROM REQUIREMENTS OR CONTRACT DOCUMENTS NOR FOR ERRORS OR OMISSIONS IN SHOP DRAWINGS

BY _____
DATE 07/26/12

ARCHITECT to VERIFY DIMS.

### REGISTRATION # F-12852

### DRAWING STATUS

☑ FOR APPROVAL:
THESE DRAWINGS, BEING FOR APPROVAL, ARE BY DEFINITION NOT FINAL, AND ARE FOR CONCEPTUAL REPRESENTATION ONLY. THEIR PURPOSE IS TO CONFIRM PROPER INTERPRETATION OF THE PROJECT DOCUMENTS. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

☑ FOR PERMIT:
THESE DRAWINGS, BEING FOR PERMIT, ARE BY DEFINITION NOT FINAL IN THAT, AS A MINIMAL, PIECE MARKINGS ARE NOT IDENTIFIED. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

☐ FOR CONSTRUCTION:
FINAL DRAWINGS.

### REVISIONS

| NO. | DATE | DESCRIPTION | BY | CKD |
|---|---|---|---|---|
| A | 7/20/12 | FOR PERMIT & APPROVAL | RD | |

## SCHULTE BUILDING SYSTEMS
17600 Badtke Road – Hockley, Texas 77447
PHONE: 281.304.6111  877.257.2534
FAX: 281.304.6113
www.SchulteBuildingSystems.com

| DESCRIPTION COVER PAGE | SIZE REFER TO C1 |
| PROJECT ROD LEWIS LOS CERRITOS HANGAR BLDG. | CUSTOMER SUPERIOR METAL SERVICES |
| JOBSITE | ADDRESS P.O. BOX 780849 |
| LOCATION UVALDE, TX. 78801 | SAN ANTONIO, TX. 78278 |
| CAD BY | DRAWN BY FR | DATE 7/13/12 | SCALE N.T.S. | JOB NO. 73935 | PLAN DWG. NO. A,B,C | SHEET NO. C1 OF 2 | ISSUE A |





ANCHOR ROD PLAN
NOTE: All Base Plates @ 100'-0" (FINISH FLOOR)

SECTION "B"
BASE SECTION

SECTION "A"
BASE SECTION

SECTION "A"
BASE SECTION

NOTE !!!
CUSTOMER PLEASE VERIFY ALL DIMENSIONS
ON RETURN APPROVAL DRAWINGS

CUSTOMER PLEASE
VERIFY THIS DIM.

ANCHOR ROD PROJECTION

ANCHOR RODS (BY OTHERS)

| DIA | PROJ * |
|-----|--------|
| 1/2" | 3 1/2" |
| 5/8" | 3" |
| 3/4" | 3 1/2" |
| 7/8" | 3 1/2" |
| 1" | 3 1/2" |
| 1 1/8" | 3 1/2" |
| 1 1/4" | 3 1/2" |

ANCHOR ROD DIAMETERS HAVE BEEN DESIGNED BY THE METAL
BUILDING MANUFACTURER BASED ON AISC METHOD WITH COMBINED
SHEAR AND TENSION.

THE SPECIFIED ANCHOR ROD DIAMETER ASSUMES F1554 GRADE 36
UNLESS NOTED OTHERWISE. ANCHOR ROD MATERIAL OF EQUAL
DIAMETER MEETING OR EXCEEDING THE STRENGTH REQUIREMENTS SET
FORTH ON THESE DRAWINGS MAY BE UTILIZED AT THE DISCRETION OF
THE FOUNDATION DESIGN ENGINEER. ANCHOR ROD EMBEDMENT LENGTH
SHALL BE DETERMINED BY THE FOUNDATION DESIGN ENGINEER. DESIGN
OF SHEAR ANGLES, TENSION PLATES, HAIRPINS, AND ANY OTHER
EMBEDDED MATERIAL IN THE CONCRETE SHALL BE DETERMINED BY
THE FOUNDATION DESIGN ENGINEER AND PROVIDED BY OTHERS.

NOTE: ANCHOR ROD PROJECTION IS FROM BOTTOM OF BASE PLATE.

DRAWING STATUS

☒ FOR APPROVAL:
THESE DRAWINGS, BEING FOR APPROVAL, ARE BY DEFINITION NOT
FINAL AND ARE FOR CONCEPTUAL REPRESENTATION ONLY. THEIR
PURPOSE IS TO CONFIRM PROPER INTERPRETATION OF THE PROJECT
DOCUMENTS. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE
CONSIDERED AS COMPLETE.

☒ FOR PERMIT:
THESE DRAWINGS, BEING FOR PERMIT, ARE BY DEFINITION NOT FINAL
IN THAT, AS A MINIMAL PRIZE MARKINGS ARE NOT IDENTIFIED. ONLY
DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS
COMPLETE.

☐ FOR CONSTRUCTION:
FINAL DRAWINGS.

| REVISIONS | | | | |
|-----|------|-------------|-----|-----|
| NO. | DATE | DESCRIPTION | BY | CK'D |
| A | 7/20/12 | FOR PERMIT & APPROVAL | RD | |

SBS

SCHULTE BUILDING SYSTEMS
17800 Berlin Road — Hockley, Texas 77447
PHONE: 281.304.6111  877.257.2554
FAX: 281.304.6113

| DESCRIPTION ANCHOR ROD PLAN & DETAILS | SIZE | REFER TO C1 |
|---|---|---|
| PROJECT ROD LEWIS LDG CERRITOS HANGAR BLDG | CUSTOMER SUPERIOR METAL SERVICES | |
| JOBSITE LOCATION UVALDE, TX, 78801 | ADDRESS P.O. BOX 780849 SAN ANTONIO, TX, 78278 | |
| DSG BY FR | DRWN BY FR | DATE 7/13/12 | SCALE N.T.S. | JOB NO. 73035 | CK BY FR | PROJ. BY A,B,C | SHEET NO. P1 OF | INDEX A |

www.SchulteBuildingSystems.com



SLIDING DOOR ANCHOR BOLT PLAN

NOTE !!!
ROTATE PLAN 90° TO ORIENT
WITH SHEET F1

SECTION "A"

SECTION "B"

SECTION "C"

SECTION "X-X"

NOTE !!!
CUSTOMER PLEASE VERIFY ALL DIMENSIONS
ON RETURN APPROVAL DRAWINGS

REFER TO SHEET F1 FOR DIMS.

ERECTION NOTES:
1. MAKE FIRST POUR - WORK THIS SECTION WITH MAIN BOLT SETTING.
2. SET LEVELING ANGLES ON 1/2"Ø ANCHOR BOLTS WITH DOUBLE NUTS.
3. SET RAILS AND ALIGN, RAIL MUST BE TRUE, STRAIGHT AND LEVEL.
4. ERECT ONE DOOR ON LONGEST RAIL RUN. ADJUST AS REQ'D FOR FREE RUNNING DOOR SYSTEM.
5. MAKE SECOND POUR.

SBS  SCHULTE BUILDING SYSTEMS
17903 Bottle Road — Hockley, Texas 77447
PHONE: 281.304.6111  877.337.2334
FAX: 281.304.6113
www.SchulteBuildingSystems.com

DESCRIPTION ANCHOR ROD PLAN (SLIDING DOOR)
ROD LEWIS LOS CERRITOS HANGAR BLDG.
CUSTOMER SUPERIOR METAL SERVICES
P.O. BOX 780649
SAN ANTONIO, TX 78278
LOCATION UVALDE, TX 78801

DRAWING STATUS
A  7/20/12  FOR PERMIT & APPROVAL  RO

DWN BY FR  DATE 7/13/12  SCALE N.T.S.  JOB NO. 73936
SHEET F2 OF
REV A



FRAME LINES: 1 2 3 4 5 6

COLUMN LINE

RIGID FRAME: BASIC COLUMN REACTIONS (k )

| Frame Line | Column Line | Dead Horiz | Dead Vert | Collateral Horiz | Collateral Vert | Live Horiz | Live Vert | Snow Horiz | Snow Vert | Wind_L1 Horiz | Wind_L1 Vert | Wind_R1 Horiz | Wind_R1 Vert |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5* | B | 2.9 | 7.7 | 6.2 | 12.5 | 9.0 | 20.8 | 2.1 | 10.2 | -14.7 | -33.3 | 0.5 | -23.6 |
| 5* | C | -2.9 | 7.7 | -6.2 | 12.5 | -9.0 | 20.8 | -2.1 | 10.2 | -0.5 | -23.6 | 14.7 | -33.3 |

| Frame Line | Column Line | Wind_L2 Horiz | Wind_L2 Vert | Wind_R2 Horiz | Wind_R2 Vert | LnWind1 Horiz | LnWind1 Vert | LnWind2 Horiz | LnWind2 Vert | Seismic_L Horiz | Seismic_L Vert | Seismic_R Horiz | Seismic_R Vert |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5* | B | -13.2 | -24.0 | 2.0 | -14.3 | -6.1 | -35.2 | -4.5 | -25.9 | -0.6 | -0.4 | 0.6 | 0.4 |
| 5* | C | -2.0 | -14.3 | 13.2 | -24.0 | 6.1 | -35.2 | 4.5 | -25.9 | -0.6 | 0.4 | 0.6 | -0.4 |

| Frame Line | Column Line | LnSeis Horiz | LnSeis Vert | LWND1_L2E Horiz | LWND1_L2E Vert | LWIND1_R2E Horiz | LWIND1_R2E Vert | LWND2_L2E Horiz | LWND2_L2E Vert | LWND2_R2E Horiz | LWND2_R2E Vert | F1UNB_SL_L Horiz | F1UNB_SL_L Vert |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5* | B | 0.0 | -4.1 | -0.1 | -3.3 | -0.8 | -0.6 | -0.1 | -3.3 | -0.8 | -0.6 | 3.0 | 5.9 |
| 5* | C | 0.0 | -4.1 | 0.8 | -0.6 | 0.1 | -3.3 | 0.8 | -0.6 | 0.1 | -3.3 | -3.0 | 3.8 |

| Frame Line | Column Line | F1UNB_SL_R Horiz | F1UNB_SL_R Vert |
|---|---|---|---|
| 5* | B | 3.0 | 3.8 |
| 5* | C | -3.0 | 5.9 |

| Frame Line | Column Line | Dead Horiz | Dead Vert | Collateral Horiz | Collateral Vert | Live Horiz | Live Vert | Snow Horiz | Snow Vert | Wind_L1 Horiz | Wind_L1 Vert | Wind_R1 Horiz | Wind_R1 Vert |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | B | 4.3 | 10.1 | 2.3 | 5.3 | 4.5 | 10.4 | 1.0 | 5.2 | -6.6 | -16.2 | -0.5 | -12.5 |
| 2 | C | -4.3 | 10.0 | -2.3 | 5.3 | -4.5 | 10.4 | -1.0 | 5.2 | 0.5 | -12.5 | 6.6 | -16.2 |

| Frame Line | Column Line | Wind_L2 Horiz | Wind_L2 Vert | Wind_R2 Horiz | Wind_R2 Vert | LnWind1 Horiz | LnWind1 Vert | LnWind2 Horiz | LnWind2 Vert | Seismic_L Horiz | Seismic_L Vert | Seismic_R Horiz | Seismic_R Vert |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | B | -5.8 | -11.5 | 0.3 | -7.9 | -3.0 | -11.2 | -2.2 | -6.6 | -0.3 | -0.2 | 0.3 | 0.2 |
| 2 | C | -0.3 | -7.9 | 5.8 | -11.5 | 3.0 | -11.2 | 2.2 | -6.6 | -0.3 | 0.2 | 0.3 | -0.2 |

| Frame Line | Column Line | LWND1_L2E Horiz | LWND1_L2E Vert | LWND1_R2E Horiz | LWND1_R2E Vert | LWND2_L2E Horiz | LWND2_L2E Vert | LWND2_R2E Horiz | LWND2_R2E Vert | F2UNB_SL_L Horiz | F2UNB_SL_L Vert | F2UNB_SL_R Horiz | F2UNB_SL_R Vert |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | B | -0.1 | -1.7 | -0.4 | -0.3 | -0.1 | -1.7 | -0.4 | -0.3 | 1.5 | 2.9 | 1.5 | 1.9 |
| 2 | C | 0.4 | -0.3 | 0.1 | -1.7 | 0.4 | -0.3 | 0.1 | -1.7 | -1.5 | 1.9 | -1.5 | 2.9 |

| Frame Line | Column Line | Dead Horiz | Dead Vert | Collateral Horiz | Collateral Vert | Live Horiz | Live Vert | Snow Horiz | Snow Vert | Wind_L1 Horiz | Wind_L1 Vert | Wind_R1 Horiz | Wind_R1 Vert |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B | 4.1 | 9.7 | 1.6 | 3.5 | 3.1 | 6.9 | 0.7 | 3.4 | -6.7 | -13.7 | -0.9 | -9.9 |
| 1 | C | -4.1 | 9.6 | -1.6 | 3.5 | -3.1 | 6.9 | -0.7 | 3.4 | 0.9 | -9.9 | 6.7 | -13.7 |

| Frame Line | Column Line | Wind_L2 Horiz | Wind_L2 Vert | Wind_R2 Horiz | Wind_R2 Vert | LnWind1 Horiz | LnWind1 Vert | LnWind2 Horiz | LnWind2 Vert | Seismic_L Horiz | Seismic_L Vert | Seismic_R Horiz | Seismic_R Vert |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B | -6.1 | -10.6 | -0.4 | -6.8 | -2.1 | -7.5 | -1.5 | -4.4 | -1.0 | -0.6 | 1.0 | 0.6 |
| 1 | C | 0.4 | -6.8 | 6.1 | -10.6 | 2.1 | -7.5 | 1.5 | -4.4 | -1.0 | 0.6 | 1.0 | -0.6 |

| Frame Line | Column Line | LWND1_L2E Horiz | LWND1_L2E Vert | LWND1_R2E Horiz | LWND1_R2E Vert | LWND2_L2E Horiz | LWND2_L2E Vert | LWND2_R2E Horiz | LWND2_R2E Vert | F3UNB_SL_L Horiz | F3UNB_SL_L Vert | F3UNB_SL_R Horiz | F3UNB_SL_R Vert |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B | 0.0 | -1.1 | -0.3 | -0.2 | 0.0 | -1.1 | -0.3 | -0.2 | 1.0 | 2.0 | 1.0 | 1.3 |
| 1 | C | 0.3 | -0.2 | 0.0 | -1.1 | 0.3 | -0.2 | 0.0 | -1.1 | -1.0 | 1.3 | -1.0 | 2.0 |

| Frame Line | Column Line | Dead Horiz | Dead Vert | Collateral Horiz | Collateral Vert | Live Horiz | Live Vert | Snow Horiz | Snow Vert | Wind_L1 Horiz | Wind_L1 Vert | Wind_R1 Horiz | Wind_R1 Vert |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | B | 1.9 | 5.2 | 2.7 | 6.1 | 5.3 | 12.1 | 1.2 | 5.9 | -11.0 | -23.2 | -1.4 | -16.9 |
| 6 | C | -1.9 | 5.2 | -2.7 | 6.1 | -5.3 | 12.1 | -1.2 | 5.9 | 1.4 | -16.9 | 11.0 | -23.2 |

| Frame Line | Column Line | Wind_L2 Horiz | Wind_L2 Vert | Wind_R2 Horiz | Wind_R2 Vert | LnWind1 Horiz | LnWind1 Vert | LnWind2 Horiz | LnWind2 Vert | Seismic_L Horiz | Seismic_L Vert | Seismic_R Horiz | Seismic_R Vert |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | B | -10.0 | -17.8 | -0.4 | -11.5 | -3.5 | -13.1 | -2.6 | -7.7 | -1.2 | -0.7 | 1.2 | 0.7 |
| 6 | C | 0.4 | -11.5 | 10.0 | -17.8 | 3.5 | -13.1 | 2.6 | -7.7 | -1.1 | 0.7 | 1.1 | -0.7 |

| Frame Line | Column Line | LWND1_L2E Horiz | LWND1_L2E Vert | LWND1_R2E Horiz | LWND1_R2E Vert | LWND2_L2E Horiz | LWND2_L2E Vert | LWND2_R2E Horiz | LWND2_R2E Vert | F4UNB_SL_L Horiz | F4UNB_SL_L Vert | F4UNB_SL_R Horiz | F4UNB_SL_R Vert |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | B | -0.1 | -1.9 | -0.4 | -0.3 | -0.1 | -1.9 | -0.4 | -0.3 | 1.8 | 3.4 | 1.7 | 2.2 |
| 6 | C | 0.4 | -0.3 | 0.1 | -1.9 | 0.4 | -0.3 | 0.1 | -1.9 | -1.7 | 2.2 | -1.8 | 3.4 |

5* Frame lines: 5 4 3

NOTES FOR REACTIONS

Building reactions are based on the following building data:

| | | |
|---|---|---|
| Width (ft) | = | 98.5 |
| Length (ft) | = | 123.0 |
| Eave Height (ft) | = | 32.0/ 32.0 |
| Roof Slope (rise/12 ) | = | 2.0/ 2.0 |
| Dead Load (psf ) | = | 2.5 |
| Collateral Load (psf ) | = | 6.0 |
| Roof Live Load (psf ) | = | 20.0 |
| Frame Live Load(psf ) | = | 12.0 |
| Snow Load (psf ) | = | 3.5 |
| Wind Speed (mph ) | = | 90.0 |
| Wind Code | = | IBC 09 |
| Exposure | = | C |
| Closed/Open | = | C |
| Importance Wind | = | 1.00 |
| Importance Seismic | = | 1.00 |
| Seismic Design Category | = | A |

| ID | Description |
|---|---|
| 1 | DL+CL+LL |
| 2 | 0.60DL+WL1 |
| 3 | 0.60DL+WR1 |
| 4 | 0.60DL+LnWnd1+LWIND1_L2E |
| 5 | 0.60DL+LnWnd1+LWIND1_R2E |
| 6 | 0.60DL+WR2+WS |
| 7 | 0.60DL+WP+LnWnd2 |
| 8 | DL+CL+0.75SL+0.75WR2+0.75WS |

RIGID FRAME: MAXIMUM REACTIONS, ANCHOR BOLTS, & BASE PLATES

| Frm Line | Col Line | Load ID | Hmax H | V Vmax | Load ID | Hmin H | V Vmin | Anc. Bolt Qty | Anc. Bolt Dia | Base Plate Width | Base Plate Length | Thick | Grout (in) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | B | 1 | 9.8 | 23.4 | 2 | -9.9 | -20.1 | 4 | 1.000 | 8.000 | 19.00 | 0.625 | 0.0 |
| 6 | C | 3 | 9.8 | -20.1 | 1 | -9.8 | 23.4 | 4 | 1.000 | 8.000 | 19.00 | 0.625 | 0.0 |
| | | 1 | -9.8 | 23.4 | 3 | 9.8 | -20.1 | | | | | | |

RIGID FRAME: MAXIMUM REACTIONS, ANCHOR BOLTS, & BASE PLATES

| Frm Line | Col Line | Load ID | Hmax H | V Vmax | Load ID | Hmin H | V Vmin | Anc. Bolt Qty | Anc. Bolt Dia | Base Plate Width | Base Plate Length | Thick | Grout (in) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5* | B | 1 | 18.1 | 41.0 | 2 | -13.0 | -28.7 | 4 | 1.000 | 10.00 | 19.00 | 0.625 | 0.0 |
| | | 1 | 18.1 | 41.0 | 4 | -4.5 | -33.9 | | | | | | |
| 5* | C | 3 | 13.0 | -28.7 | 1 | -18.1 | 41.0 | 4 | 1.000 | 10.00 | 19.00 | 0.625 | 0.0 |
| | | 1 | -18.1 | 41.0 | 5 | 4.5 | -33.9 | | | | | | |

5* Frame lines: 5 4 3

RIGID FRAME: MAXIMUM REACTIONS, ANCHOR BOLTS, & BASE PLATES

| Frm Line | Col Line | Load ID | Hmax H | V Vmax | Load ID | Hmin H | V Vmin | Anc. Bolt Qty | Anc. Bolt Dia | Base Plate Width | Base Plate Length | Thick | Grout (in) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | B | 1 | 11.1 | 25.8 | 2 | -4.0 | -10.1 | 4 | 1.000 | 10.00 | 19.00 | 0.625 | 0.0 |
| 2 | C | 3 | 4.0 | -10.2 | 1 | -11.1 | 25.7 | 4 | 1.000 | 10.00 | 19.00 | 0.625 | 0.0 |
| | | 1 | -11.1 | 25.7 | 3 | 4.0 | -10.2 | | | | | | |

RIGID FRAME: MAXIMUM REACTIONS, ANCHOR BOLTS, & BASE PLATES

| Frm Line | Col Line | Load ID | Hmax H | V Vmax | Load ID | Hmin H | V Vmin | Anc. Bolt Qty | Anc. Bolt Dia | Base Plate Width | Base Plate Length | Thick | Grout (in) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B | 1 | 8.7 | 20.1 | 2 | -4.2 | -7.9 | 4 | 1.000 | 12.00 | 19.00 | 0.625 | 0.0 |
| 1 | C | 3 | 4.2 | -7.9 | 1 | -8.7 | 20.0 | 4 | 1.000 | 12.00 | 19.00 | 0.625 | 0.0 |
| | | 1 | -8.7 | 20.0 | 3 | 4.2 | -7.9 | | | | | | |

BRACED BAY REACTIONS
(AT LINES B & C)

16.5 K    15.8 K
8.3 K    8.3 K
17.6 K    17.6 K

MAX. EW COLUMN REACTIONS
AT LINE 6

DL 4.0 K
6.7 K
DL + WL 4.0 K

MAX. EW COLUMN REACTIONS
AT LINE 1

DL 3.0 K
4.3 K
DL + WL 3.0 K

SBS SCHULTE BUILDING SYSTEMS
17800 Bedline Road — Hockley, Texas 77447
PHONE: 281.304.8111 877.357.2834
FAX: 281.304.8113
www.SchulteBuildingSystems.com

DESCRIPTION: ANCHOR ROD REACTIONS
ROD LEWIS LOS CERRITOS (HANGAR BLDG.)
CUSTOMER: SUPERIOR METAL SERVICES
P.O. BOX 780549
SAN ANTONIO, TX. 78278
LOCATION: UVALDE, TX. 78801
REFER TO C1
DR BY: FR   7/13/12   SCALE: N.T.S.   JOB NO: 73635   SHEET NO: F3 OF   REV: A

DRAWING STATUS
☒ FOR APPROVAL
☒ FOR PERMIT
☐ FOR CONSTRUCTION / FINAL DRAWINGS

REVISIONS
NO. | DATE | DESCRIPTION | BY | CK'D
A | 7/20/12 | FOR PERMIT & APPROVAL | RD

FRAME LINES: 1 2



COLUMN LINE

H
V

## RIGID FRAME: BASIC COLUMN REACTIONS (k )

| Frame Line | Column Line | Dead Horiz | Dead Vert | Collateral Horiz | Collateral Vert | Live Horiz | Live Vert | Snow Horiz | Snow Vert | Wind_L1 Horiz | Wind_L1 Vert | Wind_R1 Horiz | Wind_R1 Vert |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1* | A/D | 0.0 | 0.7 | 0.0 | 0.4 | 0.0 | 1.3 | 0.0 | 0.3 | -1.2 | -1.3 | 1.6 | -1.2 |

| Frame Line | Column Line | Wind_L2 Horiz | Wind_L2 Vert | Wind_R2 Horiz | Wind_R2 Vert | LnWind1 Horiz | LnWind1 Vert | LnWind2 Horiz | LnWind2 Vert | Seismic_L Horiz | Seismic_L Vert | Seismic_R Horiz | Seismic_R Vert |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1* | A/D | -2.1 | -0.7 | 0.7 | -0.6 | 1.6 | -9.4 | 0.7 | -8.8 | 0.0 | 0.0 | 0.0 | 0.0 |

| Frame Line | Column Line | LnSeis Horiz | LnSeis Vert | LWIND1_L2E Horiz | LWIND1_L2E Vert | LWIND1_R2E Horiz | LWIND1_R2E Vert | LWIND2_L2E Horiz | LWIND2_L2E Vert | LWIND2_R2E Horiz | LWIND2_R2E Vert |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1* | A/D | 0.0 | -1.5 | 0.0 | -0.3 | 0.0 | -0.1 | 0.0 | -0.3 | 0.0 | -0.1 |

1*   Frame lines:   1 2

## NOTES FOR REACTIONS

Building reactions are based on the following building data:

| | | |
|---|---|---|
| Width (ft) | = | 13.0 |
| Length (ft) | = | 9.0 |
| Eave Height (ft) | = | 29.8/ 32.0 |
| Roof Slope (rise/12 ) | = | 2.0 |
| Dead Load (psf ) | = | 2.5 |
| Collateral Load (psf ) | = | 6.0 |
| Live Load (psf ) | = | 20.0 |
| Snow Load (psf ) | = | 5.0 |
| Wind Speed (mph ) | = | 90.0 |
| Wind Code | = | IBC 09 |
| Exposure | = | C |
| Closed/Open | = | C |
| Importance Wind | = | 1.00 |
| Importance Seismic | = | 1.00 |
| Seismic Design Category | = | A |

| ID | Description |
|---|---|
| 1 | DL+CL+LL |
| 2 | 0.60DL+WL1 |
| 3 | 0.60DL+WR1 |
| 4 | 0.60DL+WL_2 |
| 5 | 0.60DL+LnWnd1+LWIND1_L2E |
| 6 | 0.60DL-LnWnd2+LWIND2_R2E |

## RIGID FRAME: MAXIMUM REACTIONS, ANCHOR BOLTS, & BASE PLATES

| Frm Line | Col Line | Load ID | Hmax H | V Vmax | Load ID | Hmin H | V Vmin | Anc. Bolt Qty | Anc. Bolt Dia | Base_Plate Width | Base_Plate Length | Thick | Grout (in) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1* | A OR D | 3 | 1.6 | -0.8 | 4 | -2.1 | -0.3 | 4 | 0.750 | 6.000 | 10.50 | 0.500 | 0.0 |
| | | 6 | 0.7 | 7.6 | 5 | -1.6 | -9.3 | | | | | | |

1*   Frame lines:   1 2



3.6 K

15.8 K

3.6 K

18.0 K          16.0 K

BRACED BAY REACTIONS
(AT LINES A & D)



DRAWING STATUS

FOR APPROVAL
THESE DRAWINGS, BEING FOR APPROVAL, ARE BY DEFINITION NOT FINAL, AND ARE FOR CONCEPTUAL REPRESENTATION ONLY. THEIR PURPOSE IS TO CONFIRM PROPER INTERPRETATION OF THE PROJECT DOCUMENTS. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

FOR PERMIT
THESE DRAWINGS, BEING FOR PERMIT, ARE BY DEFINITION NOT FINAL IN THAT, AS A MINIMUM, PIECE MARKINGS ARE NOT IDENTIFIED. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

FOR CONSTRUCTION
FINAL DRAWINGS.

SCHULTE BUILDING SYSTEMS
PHONE:
FAX:
www.SchulteBuildingSystems.com

DESCRIPTION ANCHOR ROD REACTIONS
ROD LEWIS LOS CERRITOS HANGAR BLDG.
OWNER SUPERIOR METAL SERVICES
ADDRESS P.O. BOX 780549
SAN ANTONIO, TX. 78278
LOCATION UVALDE, TX. 78801
DRAWN BY FR   DATE 7/13/12   SCALE N.T.S.   JOB NO. 73935
F4 OF   ISSUE A

| NO. | DATE | DESCRIPTION | BY | CK'D |
|---|---|---|---|---|
| A | 7/20/12 | FOR PERMIT & APPROVAL | RO | |



ROOF FRAMING PLAN
* ATTACH PANEL TO STRUT PURLIN WITH STANDARD CLIP

CUPOLA ROOF FRAMING PLAN

CUPOLA FRAME CROSS-SECTION
AT LINES 3, 4 & 5

REFER to SHEET P1 FOR DIMS

ERECTOR NOTES:
1) Roof strapping equally spaced in bays (As Shown).
2) Do not attach roof panel to purlin struts (If Required) with clip, unless noted
3) Triple-Lok seam is required.

SBS
SCHULTE BUILDING SYSTEMS
17800 Bottle Road — Hockley, Texas 77447
PHONE: 281.304.6111  877.257.2534
FAX: 281.304.6115
www.SchulteBuildingSystems.com

DESCRIPTION ROOF FRAMING PLAN
JOB NAME Rod Lewis Los Cerritos Hangar Bldg.
JOBSITE LOCATION UVALDE, TX. 78801
CUSTOMER SUPERIOR METAL SERVICES
P.O. BOX 780649
SAN ANTONIO, TX. 78278

DRAWING STATUS
REVISIONS
NO. | DATE | DESCRIPTION | BY
A | 7/20/12 | FOR PERMIT & APPROVAL | RD



SOFFIT PLAN
26 GA REV. PBU PANEL – POLAR WHITE

TD180X/D2

TD155X/D2    TD155Y/D2

TD160X/D2

TD163Y/D4

TD152Y/D4

TD160X/D2

TD152X/D3

TD154X/D3

TD160X/D2

TD155Y/D2

TD155X/D2

128'-4 O/D OF ROOF

DRAWING STATUS

FOR APPROVAL
THESE DRAWINGS, BEING FOR APPROVAL, ARE BY DEFINITION NOT
FINAL, AND ARE FOR CONCEPTUAL REPRESENTATION ONLY. THEIR
PURPOSE IS TO CONFIRM PROPER INTERPRETATION OF THE PROJECT
DOCUMENTS. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE
CONSIDERED AS COMPLETE.

FOR PERMIT
THESE DRAWINGS, BEING FOR PERMIT, ARE BY DEFINITION NOT FINAL,
IN THAT, AS A MINIMUM, PIECE MARKINGS ARE NOT IDENTIFIED. ONLY
DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS
COMPLETE.

FOR CONSTRUCTION,
FINAL DRAWINGS.

REVISIONS

| NO. | DATE | DESCRIPTION | BY | DATE |
|-----|------|-------------|----|----|
| A | 7/20/12 | FOR PERMIT & APPROVAL | RO | |

SCHULTE BUILDING SYSTEMS
17630 Beeline Road – Hockley, Texas 77447
PHONE    281.304.6111  877.237.2534
FAX    281.304.6113
www.SchulteBuildingSystems.com

SBS

DESCRIPTION SOFFIT PLAN    SIZE    REFER TO C1
PROJECT ROD LEWIS LOS CERRITOS HANGAR BLDG.    CUSTOMER SUPERIOR METAL SERVICES
LOCATION UVALDE, TX. 78901    ADDRESS P.O. BOX 780849
    SAN ANTONIO, TX. 78278
DWN BY    DATE    SCALE    JOB NO.    BY    REV    SHT NO.    ISSUE
FR    7/13/12    N.T.S.    73935    A.B.C.    C2 OF    A



**SPLICE PLATE & BOLT TABLE**

| Mark | Qty Top | Bot | Int | Type | Dia | Length | Width | Thick | Length |
|------|---------|-----|-----|------|-----|--------|-------|-------|--------|
| SP-1 | 6 | 6 | 2 | A325 | 1" | 2 3/4" | 1'-0" | 3/4" | 4'-2 1/16" |
| SP-2 | 6 | 6 | 0 | A325 | 3/4" | 2" | 8" | 1/2" | 2'-6 7/8" |
| SP-3 | 6 | 6 | 0 | A325 | 3/4" | 2" | 8" | 1/2" | 2'-7 1/8" |

**SPLICE PLATE & BOLT TABLE**

| Mark | Qty Top | Bot | Int | Type | Dia | Length | Width | Thick | Length |
|------|---------|-----|-----|------|-----|--------|-------|-------|--------|
| SP-4 | 4 | 0 | 0 | A325 | 5/8" | 1 3/4" | 8" | 3/8" | 10" |
| SP-5 | 4 | 0 | 0 | A325 | 5/8" | 1 1/4" | 8" | 3/8" | 10" |

FLANGE BRACES: FBxx (1 or 2)
  xx=length(in)
  (1) One Side, (2) Two Sides
A - 2X2X14Ga

**MEMBER TABLE**

| Mark | Web Depth Start/End | Web Plate Thick | Length | Outside Flange W x Thk x Length | Inside Flange W x Thk x Length |
|------|---------------------|-----------------|--------|---------------------------------|--------------------------------|
| RF1-101 | 10.0/10.0 | 0.135 | 106.6 | 6 x 1/4" x 348.9 | 6 x 1/4" x 338.9 |
|         | 10.0/10.0 | 0.135 | 240.0 | 6 x 1/4" x 10.3 |  |
| RF1-102 | W10X12 |  |  |  |  |

**MEMBER TABLE**

| Mark | Web Depth Start/End | Web Plate Thick | Length | Outside Flange W x Thk x Length | Inside Flange W x Thk x Length |
|------|---------------------|-----------------|--------|---------------------------------|--------------------------------|
| RF3-1 | 18.0/42.0 | 0.250 | 240.0 | 12 x 3/8" x 372.6 | 12 x 3/8" x 241.2 |
|       | 42.0/42.0 | 0.250 | 138.7 | 12 x 3/8" x 42.9 | 12 x 3/8" x 93.4 |
| RF3-2 | 42.0/24.0 | 0.250 | 200.2 | 8 x 5/16" x 193.1 | 6 x 3/8" x 200.9 |
| RF3-3 | 24.0/24.0 | 0.164 | 240.0 | 6 x 1/4" x 108.0 | 6 x 1/4" x 356.0 |
|       | 24.0/24.0 | 0.164 | 120.0 | 8 x 5/16" x 252.6 |  |
| RF3-4 | 42.0/42.0 | 0.250 | 138.7 | 12 x 3/8" x 42.9 | 12 x 3/8" x 93.4 |
|       | 42.0/18.0 | 0.250 | 240.0 | 12 x 3/8" x 372.6 | 12 x 3/8" x 241.2 |

MAIN FRAME ELEVATION: FRAME LINE 1

**DRAWING STATUS**

☒ FOR APPROVAL:
THESE DRAWINGS, BEING FOR APPROVAL, ARE BY DEFINITION NOT FINAL, AND ARE FOR CONCEPTUAL REPRESENTATION ONLY. THEIR PURPOSE IS TO CONFIRM PROPER INTERPRETATION OF THE PROJECT DOCUMENTS. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

☒ FOR PERMIT:
THESE DRAWINGS, BEING FOR PERMIT, ARE BY DEFINITION NOT FINAL IN THAT, AS A MINIMUM, PIECE MARKINGS ARE NOT IDENTIFIED. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

☐ FOR CONSTRUCTION:
FINAL DRAWINGS.

**REVISIONS**

| NO. | DATE | DESCRIPTION | BY | CK'D |
|-----|------|-------------|----|----|
| A | 7/20/12 | FOR PERMIT & APPROVAL | RD | |

**SBS**
SCHULTE BUILDING SYSTEMS
17800 BradHe Road - Hockley, Texas 77447
PHONE: 281.304.8111  877.257.2534
FAX: 281.304.8113
www.SchulteBuildingSystems.com

DESCRIPTION: FRAME CROSS-SECTION
PROJECT: ROD LEWIS LOS CERRITOS HANGAR BLDG.
CUSTOMER: SUPERIOR METAL SERVICES
ADDRESS: P.O. BOX 780849
LOCATION: UVALDE, TX 78801
SAN ANTONIO, TX. 78278
REFER TO C1

| CAD BY | DRWN BY | DATE | SCALE | JOB NO. | FR BLDG. | SHEET NO. | ISSUE |
|--------|---------|------|-------|---------|----------|-----------|-------|
| | FR | 7/13/12 | N.T.S. | 73935 | A,B,C. | E3 OF | A |



## SPLICE PLATE & BOLT TABLE

| Mark | Qty Top | Bol | Int | Type | Dia | Length | Width | Thick | Length |
|------|---------|-----|-----|------|-----|--------|-------|-------|--------|
| SP-1 | 6 | 6 | 2 | A325 | 1" | 2 3/4" | 10" | 3/4" | 4'-2" |
| SP-2 | 6 | 6 | 0 | A325 | 3/4" | 2" | 8" | 1/2" | 2'-6 7/8" |
| SP-3 | 6 | 6 | 0 | A325 | 3/4" | 2" | 6" | 1/2" | 2'-7 1/8" |

## SPLICE PLATE & BOLT TABLE

| Mark | Qty Top | Bol | Int | Type | Dia | Length | Width | Thick | Length |
|------|---------|-----|-----|------|-----|--------|-------|-------|--------|
| SP-4 | 4 | 0 | 0 | A325 | 5/8" | 1 3/4" | 6" | 3/8" | 10" |
| SP-5 | 4 | 0 | 0 | A325 | 5/8" | 1 1/4" | 6" | 3/8" | 10" |

FLANGE BRACES: FBxx (1 or 2)
xx=length(in)
(1) One Side; (2) Two Sides
A - 2X2X14Ga

## MEMBER TABLE

| Mark | Web Depth Start/End | Web Plate Thick | Length | Outside Flange W x Thk x Length | Inside Flange W x Thk x Length |
|------|---------------------|-----------------|--------|--------------------------------|-------------------------------|
| RF1-101 | 10.0/10.0 | 0.135 | 108.5 | 6 x 1/4 x 346.9 | 6 x 1/4 x 338.9 |
| RF1-102 | W10X12 | 0.135 | 240.0 | 6 x 1/4 x 10.3 | |

## MEMBER TABLE

| Mark | Web Depth Start/End | Web Plate Thick | Length | Outside Flange W x Thk x Length | Inside Flange W x Thk x Length |
|------|---------------------|-----------------|--------|--------------------------------|-------------------------------|
| RF2-1 | 18.0/42.0 | 0.250 | 240.0 | 10 x 5/16 x 362.9 | 10 x 3/8 x 241.2 |
| | 42.0/42.0 | 0.250 | 93.5 | 10 x 5/16 x 42.8 | 10 x 3/8 x 93.5 |
| RF2-2 | 42.0/24.0 | 0.313 | 46.2 | | |
| | 42.0/24.0 | 0.250 | 200.2 | 6 x 5/16 x 193.2 | 6 x 3/8 x 201.0 |
| RF2-3 | 24.0/24.0 | 0.164 | 240.0 | 6 x 1/4 x 108.0 | 6 x 1/4 x 356.0 |
| | 24.0/24.0 | 0.164 | 120.0 | 6 x 5/16 x 252.0 | |
| RF2-4 | 42.0/42.0 | 0.313 | 46.2 | 10 x 5/16 x 42.8 | 10 x 3/8 x 93.5 |
| | 42.0/42.0 | 0.250 | 93.5 | 10 x 5/16 x 362.9 | 10 x 3/8 x 241.2 |
| | 42.0/18.0 | 0.250 | 240.0 | | |

**MAIN FRAME ELEVATION: FRAME LINE 2**

## DRAWING STATUS

☒ FOR APPROVAL:
THESE DRAWINGS, BEING FOR APPROVAL, ARE BY DEFINITION NOT FINAL, AND ARE FOR CONCEPTUAL REPRESENTATION ONLY. THEIR PURPOSE IS TO CONFIRM PROPER INTERPRETATION OF THE PROJECT DOCUMENTS. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

☒ FOR PERMIT:
THESE DRAWINGS, BEING FOR PERMIT, ARE BY DEFINITION NOT FINAL IN THAT, AS A MINIMUM, PIECE MARKINGS ARE NOT IDENTIFIED. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

☐ FOR CONSTRUCTION:
FINAL DRAWINGS.

| NO. | DATE | DESCRIPTION | BY | CK'D |
|-----|------|-------------|-----|------|
| A | 7/20/12 | FOR PERMIT & APPROVAL | RD | |

REVISIONS

**SCHULTE BUILDING SYSTEMS**
17800 Bodtke Road - Hockley, Texas 77447
PHONE: 281.304.6111  877.237.2034
FAX: 281.304.6113
www.SchulteBuildingSystems.com

DESCRIPTION: FRAME CROSS-SECTION
NAME OF PROJECT: ROO LEWIS LOS CERRITOS HANGAR BLDG.  CUSTOMER: SUPERIOR METAL SERVICES
JOBSITE LOCATION: UVALDE, TX. 78801  ADDRESS: P.O. BOX 780649  SAN ANTONIO, TX. 78278
CAD BY: FR  DRAWN BY: FR  DATE: 7/13/12  SCALE: N.T.S.  JOB NO. 73935  PH BLDG NOS.: A,B,C  SHEET NO. E4 OF  ISS: A

SIZE: REFER TO C1



**MAIN FRAME ELEVATION: FRAME LINE 3**

**SPLICE PLATE & BOLT TABLE**

| Mark | Qty Top | Bot | Int | Type | Dia | Length | Width | Thick | Length |
|------|---------|-----|-----|------|-----|--------|-------|-------|--------|
| SP-1 | 6 | 6 | 2 | A325 | 1" | 2 3/4" | 10" | 3/4" | 4'-2 1/16" |
| SP-2 | 6 | 6 | 2 | A325 | 3/4" | 2" | 8" | 1/2" | 3'-0 15/16" |
| SP-3 | 6 | 6 | 2 | A325 | 3/4" | 2" | 6" | 1/2" | 3'-1 3/16" |

FLANGE BRACES: FBxx (1 or 2)
xx=length(in)
(1) One Side; (2) Two Sides
8 - 2X2X1/8

**MEMBER TABLE**

| Mark | Web Depth Start/End | Web Plate Thick | Length | Outside Flange W x Thk x Length | Inside Flange W x Thk x Length |
|------|---------------------|-----------------|--------|--------------------------------|-------------------------------|
| RF5-1 | 18.0/42.0 | 0.250 | 240.0 | 10 x 5/16" x 360.8 | 10 x 3/8" x 241.2 |
| | 42.0/42.0 | 0.250 | 93.5 | 10 x 5/16" x 42.8 | 10 x 1/2" x 93.5 |
| | 42.0/42.0 | 0.375 | 46.3 | | |
| RF5-2 | 42.0/30.0 | 0.250 | 200.2 | 8 x 5/16" x 193.2 | 8 x 1/2" x 200.6 |
| RF5-3 | 30.0/30.0 | 0.188 | 120.0 | 8 x 1/4" x 108.0 | 8 x 1/4" x 355.0 |
| | 30.0/30.0 | 0.164 | 240.0 | 6 x 5/16" x 252.0 | |
| RF5-4 | 42.0/30.0 | 0.375 | 46.3 | 10 x 5/16" x 42.8 | 10 x 1/2" x 93.5 |
| | 42.0/42.0 | 0.250 | 93.5 | 10 x 5/16" x 360.8 | 10 x 3/8" x 241.2 |
| | 42.0/18.0 | 0.250 | 240.0 | | |

**DRAWING STATUS**

☒ FOR APPROVAL:
THESE DRAWINGS, BEING FOR APPROVAL, ARE BY DEFINITION NOT FINAL AND ARE FOR CONCEPTUAL REPRESENTATION ONLY. THEIR PURPOSE IS TO CONFIRM PROPER INTERPRETATION OF THE PROJECT DOCUMENTS. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

☒ FOR PERMIT:
THESE DRAWINGS, BEING FOR PERMIT, ARE BY DEFINITION NOT FINAL IN THAT, AS A MINIMAL PIECE MARKINGS ARE NOT IDENTIFIED. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

☐ FOR CONSTRUCTION:
FINAL DRAWINGS.

**REVISIONS**

| NO. | DATE | DESCRIPTION | BY | CK'D |
|-----|------|-------------|-----|------|
| A | 7/20/12 | FOR PERMIT & APPROVAL | RD | |

**SBS — SCHULTE BUILDING SYSTEMS**
17800 Bootke Road – Hockley, Texas 77447
PHONE: 281.304.8111  877.257.2634
FAX: 281.304.8113
www.SchulteBuildingSystems.com

| | |
|---|---|
| DESCRIPTION: FRAME CROSS-SECTION | SIZE: REFER TO C1 |
| PROJECT: ROD LEWIS LOS CERRITOS HANGAR BLDG. | CUSTOMER: SUPERIOR METAL SERVICES |
| JOBSITE LOCATION: UVALDE, TX. 78801 | ADDRESS: P.O. BOX 780849 SAN ANTONIO, TX. 78278 |
| CAD BY: FR | DRAWN BY: FR | DATE: 7/13/12 | SCALE: N.T.S. | JOB NO.: 73935 | PM BY: A,B,C | SHEET NO.: ES OF | ISSUE: A |



MAIN FRAME ELEVATION: FRAME LINES 4 & 5

SPLICE PLATE & BOLT TABLE

| Mark | Qty Top | Qty Bot | Int | Type | Dia | Length | Width | Thick | Length |
|------|---------|---------|-----|------|-----|--------|-------|-------|--------|
| SP-1 | 6 | 6 | 2 | A325 | 1" | 2 3/4" | 10" | 3/4" | 4'-2 1/16" |
| SP-2 | 6 | 6 | 2 | A325 | 3/4" | 2" | 8" | 1/2" | 3'-0 15/16" |
| SP-3 | 6 | 6 | 2 | A325 | 3/4" | 2" | 6" | 1/2" | 3'-1 3/16" |

FLANGE BRACES: FBxx (1 or 2)
  xx=length(in)
  (1) One Side; (2) Two Sides
B — 2X2X1/8

MEMBER TABLE

| Mark | Web Depth Start/End | Web Plate Thick | Web Plate Length | Outside Flange W x Thk x Length | Inside Flange W x Thk x Length |
|------|---------------------|-----------------|------------------|----------------------------------|--------------------------------|
| RF1-1 | 18.0/42.0 | 0.250 | 240.0 | 10 x 5/16" x 360.8 | 10 x 3/8" x 241.2 |
| | 42.0/42.0 | 0.250 | 93.5 | 10 x 5/16" x 42.8 | 10 x 1/2" x 93.5 |
| | 42.0/42.0 | 0.375 | 46.3 | | |
| RF1-2 | 42.0/30.0 | 0.250 | 200.2 | 8 x 5/16" x 193.2 | 8 x 1/2" x 200.6 |
| RF1-3 | 30.0/30.0 | 0.188 | 120.0 | 6 x 1/4" x 108.0 | 6 x 1/4" x 355.0 |
| | 30.0/30.0 | 0.164 | 240.0 | 6 x 5/16" x 252.0 | |
| RF1-4 | 42.0/42.0 | 0.375 | 46.3 | 10 x 5/16" x 42.8 | 10 x 1/2" x 93.5 |
| | 42.0/42.0 | 0.250 | 93.5 | 10 x 5/16" x 360.8 | 10 x 3/8" x 241.2 |
| | 42.0/18.0 | 0.250 | 240.0 | | |

DRAWING STATUS

☒ FOR APPROVAL:
THESE DRAWINGS, BEING FOR APPROVAL, ARE BY DEFINITION NOT FINAL, AND ARE FOR CONCEPTUAL REPRESENTATION ONLY. THEIR PURPOSE IS TO CONFIRM PROPER INTERPRETATION OF THE PROJECT DOCUMENTS. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

☒ FOR PERMIT:
THESE DRAWINGS, BEING FOR PERMIT, ARE BY DEFINITION NOT FINAL IN THAT, AS A MINIMUM, PIECE MARKINGS ARE NOT IDENTIFIED. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

☐ FOR CONSTRUCTION:
FINAL DRAWINGS.

REVISIONS

| NO. | DATE | DESCRIPTION | BY | CK'D |
|-----|------|-------------|----|----|
| A | 7/20/12 | FOR PERMIT & APPROVAL | RD | |

SBS — SCHULTE BUILDING SYSTEMS
17800 Bodtke Road — Hockley, Texas 77447
PHONE: 281.304.8111 877.557.2634
FAX: 281.304.8113
www.SchulteBuildingSystems.com

| DESCRIPTION | FRAME CROSS-SECTION | SIZE | REFER TO C1 |
|---|---|---|---|
| PROJECT | ROD LEWIS LOS CERRITOS HANGAR BLDG. | CUSTOMER | SUPERIOR METAL SERVICES |
| JOBSITE LOCATION | UVALDE, TX. 78801 | ADDRESS | P.O. BOX 780649 SAN ANTONIO, TX. 78278 |

| CAD BY | DRAWN BY | DATE | SCALE | JOB NO. | FRAME LINES | SHEET NO. | ISSUE |
|--------|----------|------|-------|---------|-------------|-----------|-------|
| FR | | 7/13/12 | N.T.S. | 73935 | A,B,C | E6 OF | A |



## SPLICE PLATE & BOLT TABLE

| Mark | Qty Top | Bot | Int | Type | Dia | Length | Width | Thick | Length |
|---|---|---|---|---|---|---|---|---|---|
| SP-1 | 6 | 6 | 2 | A325 | 1" | 2 3/4" | 8" | 3/4" | 4'-1 15/16" |
| SP-2 | 6 | 6 | 0 | A325 | 3/4" | 2" | 8" | 1/2" | 2'-6 13/16" |
| SP-3 | 6 | 6 | 0 | A325 | 3/4" | 2" | 6" | 1/2" | 2'-7 1/16" |

FLANGE BRACES: FBxx (1 or 2)
  xx=length (in)
  (1) One Side; (2) Two Sides
A -- 2X2X14Ga

## MEMBER TABLE

| Mark | Web Depth Start/End | Web Plate Thick | Length | Outside Flange W x Thk x Length | Inside Flange W x Thk x Length |
|---|---|---|---|---|---|
| RF4-1 | 18.0/42.0 | 0.250 | 240.0 | 8 x 5/16" x 382.9 | 8 x 5/16" x 241.2 |
| | 42.0/42.0 | 0.250 | 93.6 | 8 x 1/4" x 42.8 | 8 x 5/16" x 93.6 |
| | 42.0/42.0 | 0.313 | 46.2 | | |
| RF4-2 | 42.0/24.0 | 0.250 | 202.4 | 6 x 1/4" x 195.4 | 6 x 1/4" x 203.2 |
| RF4-3 | 24.0/24.0 | 0.164 | 240.0 | 6 x 1/4" x 357.9 | 6 x 1/4" x 353.8 |
| | 24.0/24.0 | 0.164 | 117.9 | | |
| RF4-4 | 42.0/42.0 | 0.313 | 46.2 | 8 x 1/4" x 42.8 | 8 x 5/16" x 93.6 |
| | 42.0/42.0 | 0.250 | 93.6 | 8 x 1/4" x 362.9 | 8 x 5/16" x 241.2 |
| | 42.0/18.0 | 0.250 | 240.0 | | |

MAIN FRAME ELEVATION: FRAME LINE 6

## DRAWING STATUS

☒ FOR APPROVAL:
THESE DRAWINGS, BEING FOR APPROVAL, ARE BY DEFINITION NOT FINAL, AND ARE FOR CONCEPTUAL REPRESENTATION ONLY. THEIR PURPOSE IS TO CONFIRM PROPER INTERPRETATION OF THE PROJECT DOCUMENTS. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

☒ FOR PERMIT:
THESE DRAWINGS, BEING FOR PERMIT, ARE BY DEFINITION NOT FINAL IN THAT, AS A MINIMUM, PIECE MARKINGS ARE NOT IDENTIFIED. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

☐ FOR CONSTRUCTION:
FINAL DRAWINGS.

| NO. | DATE | DESCRIPTION | BY | CK'D |
|---|---|---|---|---|
| A | 7/20/12 | FOR PERMIT & APPROVAL | RD | |

REVISIONS

SCHULTE BUILDING SYSTEMS
17600 Badtke Road — Hockley, Texas 77447
PHONE: 281.304.6111  877.257.2534
FAX: 281.304.6113
www.SchulteBuildingSystems.com

DESCRIPTION: FRAME CROSS-SECTION
DRAWING: ROD LEWIS LOS CERRITOS HANGAR BLDG.
JOBSITE LOCATION: UVALDE, TX, 78801
CUSTOMER: SUPERIOR METAL SERVICES
ADDRESS: P.O. BOX 780849
SAN ANTONIO, TX. 78278

SIZE: REFER TO C1

| CAD BY | DRAWN BY | DATE | SCALE | JOB NO. | PIECE MARK DESC. | SHEET NO. | ISSUE |
|---|---|---|---|---|---|---|---|
| FR | FR | 7/13/12 | N.T.S. | 739.35 | A,B,C | E7 OF | A |



SIDEWALL FRAMING: FRAME LINE C

WIND BENT DETAIL

SECTION "A"

SECTION "B"

SECTION "C"

SECTION "D"

| MEMBER TABLE |
| --- |
| FRAME LINE C |

| MARK | PART |
| --- | --- |
| E-1 | 10.25E12 |
| E-2 | 10.25E12 |
| E-3 | 10.25E12 |
| E-4 | 10.25E14 |
| G-9 | W12x16 |
| G-10 | W14x22 |
| G-11 | C12x30 |
| G-12 | W12x16 |
| G-13 | W14x22 |
| RD-1 | RD1250 |

DRAWING STATUS

☒ FOR APPROVAL
THESE DRAWINGS, BEING FOR APPROVAL, ARE BY DEFINITION NOT FINAL, AND ARE FOR CONCEPTUAL REPRESENTATION ONLY. THEIR PURPOSE IS TO CONFIRM PROPER INTERPRETATION OF THE PROJECT DOCUMENTS. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

☒ FOR PERMIT
THESE DRAWINGS, BEING FOR PERMIT, ARE BY DEFINITION NOT FINAL. IN THAT, AS A MINIMAL, PESE MARKINGS ARE NOT IDENTIFIED. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

☐ FOR CONSTRUCTION,
FINAL DRAWINGS.

SCHULTE BUILDING SYSTEMS
17800 Badtke Road — Hockley, Texas 77447
PHONE: 281.304.4111  877.257.2534
FAX: 281.304.8113
www.SchulteBuildingSystems.com

DESCRIPTION: SIDEWALL ELEVATION
ROD LEWIS LOS CERRITOS HANGAR BLDG.
UVALDE, TX. 78801
CUSTOMER: SUPERIOR METAL SERVICES
P.O. BOX 780849
SAN ANTONIO, TX. 78278
SIZE: REFER TO C1
DRAWN BY: FR  DATE: 7/13/12  SCALE: N.T.S.  JOB NO. 7.3935

| NO. | DATE | DESCRIPTION | BY | CK'D |
| --- | --- | --- | --- | --- |
| A | 7/20/12 | FOR PERMIT & APPROVAL | RD | |

REVISIONS



MEMBER TABLE
FRAME LINE B

| MARK | PART |
|------|------|
| E-2 | 10.25E12 |
| E-3 | 10.25E12 |
| E-5 | 10.25E12 |
| E-6 | 10.25E14 |
| G-9 | W12x16 |
| G-10 | W14x22 |
| G-11 | C12x30 |
| G-12 | W12x16 |
| G-13 | W14x22 |
| RD-1 | RD1250 |

SIDEWALL FRAMING: FRAME LINE B

WIND BENT DETAIL

SECTION "A"

SECTION "B"

SECTION "C"

SECTION "D"

DRAWING STATUS

[X] FOR APPROVAL:
THESE DRAWINGS, BEING FOR APPROVAL, ARE BY DEFINITION NOT FINAL, AND ARE FOR CONCEPTUAL REPRESENTATION ONLY. THEIR PURPOSE IS TO CONFIRM PROPER INTERPRETATION OF THE PROJECT DOCUMENTS. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

[X] FOR PERMIT:
THESE DRAWINGS, BEING FOR PERMIT, ARE BY DEFINITION NOT FINAL IN THAT, AS A MINIMUM, PIECE MARKINGS ARE NOT IDENTIFIED. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

[ ] FOR CONSTRUCTION:
FINAL DRAWINGS.

| NO. | DATE | DESCRIPTION | BY | CK'D |
|-----|------|-------------|-----|------|
| A | 7/20/12 | FOR PERMIT & APPROVAL | RD | |

SBS SCHULTE BUILDING SYSTEMS
17600 Badtke Road — Hockley, Texas 77447
PHONE: 281.304.6111  877.257.2534
FAX: 281.304.6113
www.SchulteBuildingSystems.com

DESCRIPTION: SIDEWALL ELEVATION
JOB NAME: ROD LEWIS LOS CERRITOS HANGAR BLDG.
JOB LOCATION: UVALDE, TX. 78801
SIZE: REFER TO C1
CUSTOMER: SUPERIOR METAL SERVICES
ADDRESS: P.O. BOX 780849
SAN ANTONIO, TX. 78278

| DW BY | DRAWN BY | DATE | SCALE | JOB NO. | SHT SIZE | SHEET NO. | REV |
|-------|----------|------|-------|---------|----------|-----------|-----|
| FR | FR | 7/13/12 | N.T.S. | 73935 | A,B,C | E9 OF | A |



SIDEWALL ELEVATION: FRAME LINE A

SIDEWALL ELEVATION: FRAME LINE D

ENDWALL ELEVATION: FRAME LINE 2

SECTION "A"

SECTION "B"

SECTION "C"

SECTION "D"

SECTION "E"

NOTE !!!
CUSTOMER PLEASE PROVIDE WALL PANEL THICKNESS

MEMBER TABLE
FRAME LINE A

| MARK | PART |
|------|------|
| E-9 | 10.25E14 |
| E-10 | 10.25E14 |
| G-21 | W10x12 |
| G-26 | W8x10 |
| CB-11 | CB0250 |
| CB-12 | CB0250 |

SCHULTE BUILDING SYSTEMS
17800 Badtke Road — Hockley, Texas 77447
PHONE: 281.304.0111  877.267.2534
FAX: 281.304.0113
www.SchulteBuildingSystems.com

DESCRIPTION: SIDEWALL/ENDWALL ELEVATION
ROD LEWIS LOS CERRITOS HANGAR BLDG.
UVALDE, TX. 78801

SIZE: REFER TO C1
CUSTOMER: SUPERIOR METAL SERVICES
P.O. BOX 780849
SAN ANTONIO, TX. 78278

DRAWING STATUS

☒ FOR APPROVAL
THESE DRAWINGS, BEING FOR APPROVAL, ARE BY DEFINITION NOT FINAL, AND ARE FOR CONCEPTUAL REPRESENTATION ONLY. THEIR PURPOSE IS TO CONFIRM PROPER INTERPRETATION OF THE PROJECT DOCUMENTS. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

☒ FOR PERMIT
THESE DRAWINGS, BEING FOR PERMIT, ARE BY DEFINITION NOT FINAL IN THAT, AS A MINIMUM, PIECE MARKINGS ARE NOT IDENTIFIED. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

☐ FOR CONSTRUCTION
FINAL DRAWINGS.

| NO. | DATE | DESCRIPTION | BY | CKD |
|-----|------|-------------|----|----|
| A | 7/20/12 | FOR PERMIT & APPROVAL | RD | |

| CAD BY | DESGN BY | DATE | SCALE | JOB NO. | JOB NO. | SHEET NO. | ISSUE |
|--------|----------|------|-------|---------|---------|-----------|-------|
| FR | FR | 7/13/12 | N.T.S. | 73935 | A,B,C, | E10 OF | A |



ENDWALL FRAMING: FRAME LINE 6

SECTION "A"

SECTION "B"

SECTION "C"

SCHULTE BUILDING SYSTEMS
17800 Bottke Road — Hockley, Texas 77447
PHONE: 281.304.8111  877.237.2534
FAX: 281.304.8113
www.SchulteBuildingSystems.com

| DRAWING STATUS | | REVISIONS | | | | |
|---|---|---|---|---|---|---|
| | NO. | DATE | DESCRIPTION | BY | CKR | |
| ☒ FOR APPROVAL: THESE DRAWINGS, BEING FOR APPROVAL, ARE BY DEFINITION NOT FINAL AND ARE FOR CONCEPTUAL REPRESENTATION ONLY. THEIR PURPOSE IS TO CONFIRM PROPER INTERPRETATION OF THE PROJECT DOCUMENTS. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE. | A | 7/20/12 | FOR PERMIT & APPROVAL | RD | | |
| ☒ FOR PERMIT: THESE DRAWINGS, BEING FOR PERMIT, ARE BY DEFINITION NOT FINAL IN THAT, AS A MINIMUM, PIECE MARKINGS ARE NOT IDENTIFIED. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE. | | | | | | |
| ☐ FOR CONSTRUCTION: FINAL DRAWINGS. | | | | | | |

| DESCRIPTION | ENDWALL ELEVATION | SIZE | REFER TO C1 |
|---|---|---|---|
| CHECK BY | | | |
| PROJECT | ROD LEWIS-LOS CERRITOS HANGAR BLDG. | CUSTOMER | SUPERIOR METAL SERVICES |
| JOB SITE | | ADDRESS | P.O. BOX 780849 |
| LOCATION | UVALDE, TX. 78801 | | SAN ANTONIO, TX. 78278 |

| CAD BY | DRAWN BY | DATE | SCALE | JOB NO. | PRE-WELD REF. | SHEET NO. | ISSUE |
|---|---|---|---|---|---|---|---|
| | FR | 7/13/12 | N.T.S. | 73935 | A,B,C. | E11 OF | A |

**FLANGE BRACE TABLE**
**FRAME LINE 6**

| QTD | MARK | LENGTH |
|---|---|---|
| 1 | FB2A | 2'-9 1/2" |

**MEMBER TABLE**
**FRAME LINE 6**

| MARK | PART |
|---|---|
| EC-1 | W16x63 |
| EC-2 | W16x63 |
| G-1 | W8x10 |
| G-2 | W8x10 |
| G-3 | W8x10 |
| G-14 | W10x12 |
| G-15 | W10x12 |
| G-16 | W10x12 |



ENDWALL FRAMING: FRAME LINE 1

ENDWALL SHEETING: FRAME LINE 1
26 GA PBR PANEL — Need Std Color

SECTION "A"

SECTION "B"

SECTION "C"

MEMBER TABLE
FRAME LINE 1

| MARK | PART |
|------|------|
| EC-3 | 6x¼" FLANGES ³⁄₁₆"x11" WEB |
| EC-4 | 6x¼" FLANGES ³⁄₁₆"x11½" WEB |
| EC-4 | 6x¼" FLANGES ³⁄₁₆"x11½" WEB |
| EC-5 | 6x½" FLANGES ³⁄₁₆"x11" WEB |
| G-4 | W10x12 |
| G-5 | 8X25Z12 |
| G-6 | 8X25Z12 |
| G-7 | 8X25Z12 |
| G-8 | W10x12 |
| G-17 | 8X35C14 |
| G-18 | 8X35C14 |
| G-19 | 8X35C14 |
| G-20 | 8X35C14 |
| G-21 | W10x12 |
| G-22 | 12X35C14 |
| G-23 | 12X35C14 |
| G-24 | 12X35C14 |
| G-25 | 12X35C14 |

SCHULTE BUILDING SYSTEMS
17900 Bottke Road — Hockley, Texas 77447
PHONE: 281.304.6111   877.257.2534
FAX:   281.304.6113
www.SchulteBuildingSystems.com

DESCRIPTION ENDWALL ELEVATION
ROD LEWIS LOS CERRITOS HANGAR BLDG.
P.O. BOX 780849
SAN ANTONIO, TX 78278
LOCATION UVALDE, TX 78801
CUSTOMER SUPERIOR METAL SERVICES

DRAWN BY FR   DATE 7/13/12   SCALE N.T.S.   JOB NO. 73935
SHEET NO. A,B,C   E12 OF   ISSUE A

DRAWING STATUS

☒ FOR APPROVAL:
THESE DRAWINGS, BEING FOR APPROVAL, ARE BY DEFINITION NOT FINAL, AND ARE FOR CONCEPTUAL REPRESENTATION ONLY. THEIR PURPOSE IS TO CONFIRM PROPER INTERPRETATION OF THE PROJECT DOCUMENTS. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

☒ FOR PERMIT:
THESE DRAWINGS, BEING FOR PERMIT, ARE BY DEFINITION NOT FINAL. IN THAT, AS A MINIMAL, PIECE MARKINGS ARE NOT IDENTIFIED. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

☐ FOR CONSTRUCTION:
FINAL DRAWINGS.

REVISIONS
| NO. | DATE | DESCRIPTION | BY |
|-----|------|-------------|-----|
| A | 7/20/12 | FOR PERMIT & APPROVAL | RD |



SECTION "X"

SECTION "Y"



SECTION "Z"



INTERIOR FRAME ELEVATION: FRAME LINE 2
SPANDREL BEAM NOT SHOWN FOR CLARITY

GUIDE BEAM PLAN: BETWEEN LINES 1 & 2

| MEMBER TABLE |  |
| FRAME LINE 2 |  |
| MARK | PART |
| EC-7 | W8x18 |
| EC-8 | W8x18 |
| EC-9 | W8x18 |
| EC-10 | W8x18 |
| EC-11 | W8x18 |

DRAWING STATUS

☒ FOR APPROVAL
THESE DRAWINGS, BEING FOR APPROVAL, ARE BY DEFINITION NOT
FINAL AND ARE FOR CONCEPTUAL REPRESENTATION ONLY. THEIR
PURPOSE IS TO CONFIRM PROPER INTERPRETATION OF THE PROJECT
DOCUMENTS. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE
CONSIDERED AS COMPLETE.

☒ FOR PERMIT
THESE DRAWINGS, BEING FOR PERMIT, ARE BY DEFINITION NOT FINAL
IN THAT, AS A MINIMUM, PIECE MARKINGS ARE NOT IDENTIFIED. ONLY
DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS
COMPLETE.

☐ FOR CONSTRUCTION:
FINAL DRAWINGS.

REVISIONS

| NO. | DATE | DESCRIPTION | BY | CH'D |
| A | 7/20/12 | FOR PERMIT & APPROVAL | RO |  |

SBS
SCHULTE BUILDING SYSTEMS
17800 Badtke Road — Hockley, Texas 77447
PHONE: 281.304.4111  877.257.2634
FAX: 281.304.4113
www.SchulteBuildingSystems.com

DESCRIPTION: ENDWALL ELEVATION
DRAWN BY: ROD LEWIS LOS CERRITOS HANGAR BLDG.
JOB SITE LOCATION: UVALDE, TX. 78801
CAD BY: FR   DRAWN BY: FR   DATE: 7/13/12   SCALE: N.T.S.   JOB NO.: 73935

SIZE: REFER TO C1
CUSTOMER: SUPERIOR METAL SERVICES
ADDRESS: P.O. BOX 790849
SAN ANTONIO, TX. 78278
FR REV. DESC.: A,B,C   SHEET NO.: E15 OF   ISSUE: A





Mid-Span Support Detail



Interior Header BM To Stub Column Det.



Exterior Header BM To Stub Column Det.



Header/Guide System Support Cross Section



After Completed Installation And All Final
Adjustments Have Been Made For Plum Level,
Field Weld Slotted Connections As per Shown.

Header Welding Requirements

**DRAWING STATUS**

FOR APPROVAL:
THESE DRAWINGS, BEING FOR APPROVAL, ARE BY DEFINITION NOT FINAL, AND ARE FOR CONCEPTUAL REPRESENTATION ONLY. THEIR PURPOSE IS TO CONFIRM PROPER INTERPRETATION OF THE PROJECT DOCUMENTS. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

FOR PERMIT:
THESE DRAWINGS, BEING FOR PERMIT, ARE BY DEFINITION NOT FINAL, IN THAT, AS A MINIMUM, PIECE MARKINGS ARE NOT IDENTIFIED. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

FOR CONSTRUCTION:
FINAL DRAWINGS.

**SCHULTE BUILDING SYSTEMS**
17800 Badtke Road – Hockley, Texas 77447
PHONE: 281.304.8111  877.237.2534
FAX: 281.304.8113
www.SchulteBuildingSystems.com

DESCRIPTION: GUIDE/HEADER DETAILS
SIZE: REFER TO C1
PROJECT: ROD LEWS LOS CERRITOS HANGAR BLDG.
CUSTOMER: SUPERIOR METAL SERVICES
JOBSITE LOCATION: UVALDE, TX, 78801
ADDRESS: P.O. BOX 780849
SAN ANTONIO, TX, 78278

DRN BY: FR  DATE: 7/13/12  SCALE: N.T.S.  JOB NO: 73935  SHEET NO: E16 OF  ISSUE: A

REVISIONS
| NO. | DATE | DESCRIPTION | BY | CK'D |
| A | 7/20/12 | FOR PERMIT & APPROVAL | RO | |



**Door Leaf Assembly**

Drawing No. HS033

**Bottom Truss Wheel With Wheel Pocket**
(Shop Welded)

| STILE | Mark |
|---|---|
| 8" Stile | BTA8 * |
| 10" Stile | BTA10 * |

Drawing No. HS038

**Top Truss Assembly**
(Shop Welded)

| STILE | ① | ② |
|---|---|---|
| 10" Stile | C10 x 15.3 | C8 x 11.5 |

Drawing No. HS034

**Top Truss Guide Support Detail**

| STILE | ① | ② |
|---|---|---|
| 8" Stile | C8 x 11.5 | C6 x 8.2 |
| 10" Stile | C10 x 15.3 | C8 x 11.5 |
| 12" Stile | C12 x 20.7 | C10 x 15.3 |

Drawing No. HS035

**Top Truss Guide Detail**

| STILE | ① | ② |
|---|---|---|
| 8" Stile | C8 x 11.5 | C6 x 8.2 |
| 10" Stile | C10 x 15.3 | C8 x 11.5 |
| 12" Stile | C12 x 20.7 | C10 x 15.3 |

Drawing No. HS036

NOTE: These drawings are intended to depict general installation of item(s) described above. Some item(s) may have been omitted for clarity of presentation. Consult your erection manual or additional HS-Sheets for further guidelines and/or clarifications.

**DRAWING STATUS**

☒ FOR APPROVAL:
THESE DRAWINGS, BEING FOR APPROVAL, ARE BY DEFINITION NOT FINAL, AND ARE FOR CONCEPTUAL REPRESENTATION ONLY. THEIR PURPOSE IS TO CONFIRM PROPER INTERPRETATION OF THE PROJECT DOCUMENTS. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

☒ FOR PERMIT:
THESE DRAWINGS, BEING FOR PERMIT, ARE BY DEFINITION NOT FINAL IN THAT, AS A MINIMUM, PIECE MARKINGS ARE NOT IDENTIFIED. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

☐ FOR CONSTRUCTION:
FINAL DRAWINGS.

**REVISIONS**

| NO. | DATE | DESCRIPTION | BY | CK'D |
|---|---|---|---|---|
| A | 7/20/12 | FOR PERMIT & APPROVAL | RD | |

**SCHULTE BUILDING SYSTEMS**
17800 Bodha Road — Hockley, Texas 77447
PHONE: 281.304.6111  877.257.2534
FAX: 281.304.6113
www.SchulteBuildingSystems.com

DESCRIPTION: SLIDING DOOR DETAILS
CUSTOMER: SUPERIOR METAL SERVICES
PROJECT: ROD LEWIS LOS CERRITOS HANGAR BLDG.
JOBSITE LOCATION: UVALDE, TX. 78801
ADDRESS: P.O. BOX 780849
SAN ANTONIO, TX. 78278

SIZE: REFER TO C1

| CAD BY | DRAWN BY | DATE | SCALE | JOB NO. | | DWG. DESC. | SHEET NO. | ISSUE |
|---|---|---|---|---|---|---|---|---|
| | FR | 7/13/12 | N.T.S. | 73935 | | A,B,C. | E17 OF | A |



**DRAWING STATUS**

☒ FOR APPROVAL.
THESE DRAWINGS, BEING FOR APPROVAL, ARE BY DEFINITION NOT FINAL, AND ARE FOR CONCEPTUAL REPRESENTATION ONLY. THEIR PURPOSE IS TO CONFIRM PROPER INTERPRETATION OF THE PROJECT DOCUMENTS. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

☒ FOR PERMIT.
THESE DRAWINGS, BEING FOR PERMIT, ARE BY DEFINITION NOT FINAL IN THAT, AS A MINIMAL, PIECE MARKINGS ARE NOT IDENTIFIED. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

☐ FOR CONSTRUCTION.
FINAL DRAWINGS.

**SCHULTE BUILDING SYSTEMS**

| DESCRIPTION: | SLIDING DOOR DETAILS |
| TITLE: | ROD LEWIS LOS CERRITOS HANGAR BLDG. |
| LOCATION: | UVALDE, TX. 78801 |

CUSTOMER: SUPERIOR METAL SERVICES
P.O. BOX 780849
SAN ANTONIO, TX. 78278

DRAWN BY: FR — DATE 7/13/12 — N.T.S. — JOB NO. 73935

SHEET NO. E16 OF — ISSUE A



① Member Screw at 12" O.C.
② Stitch Screw at 12" O.C.
③ Panel Closure

**Soffit Section At Opening Header**

**Soffit Plan**

**Door System Soffit Section**

**System Beam Seal**

**SOFFIT PLAN: BETWEEN LINES 1 & 2**
26 GA RPBU SOFFIT

**DRAWING STATUS**

☒ FOR APPROVAL
THESE DRAWINGS, BEING FOR APPROVAL, ARE BY DEFINITION NOT FINAL, AND ARE FOR CONCEPTUAL REPRESENTATION ONLY. THEIR PURPOSE IS TO CONFIRM PROPER INTERPRETATION OF THE PROJECT DOCUMENTS. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

☒ FOR PERMIT
THESE DRAWINGS, BEING FOR PERMIT, ARE BY DEFINITION NOT FINAL IN THAT, AS A MINIMAL, PIECE MARKINGS ARE NOT IDENTIFIED. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

☐ FOR CONSTRUCTION
FINAL DRAWINGS.

**REVISIONS**

| NO. | DATE | DESCRIPTION | BY | CK'D |
|-----|------|-------------|-----|------|
| A | 7/20/12 | FOR PERMIT & APPROVAL | RD | |

**SCHULTE BUILDING SYSTEMS**
17800 Bedke Road — Hockley, Texas 77447
PHONE: 281.304.8111  877.257.2534
FAX: 281.304.8115
www.SchulteBuildingSystems.com

| | |
|---|---|
| DESCRIPTION SOFFIT PLAN | SIZE REFER TO C1 |
| PROJECT ROD LEWIS LOS CERRITOS HANGAR BLDG. | CUSTOMER SUPERIOR METAL SERVICES |
| JOBSITE LOCATION UVALDE, TX 78801 | ADDRESS P.O. BOX 780649  SAN ANTONIO, TX 78278 |

| CAD BY | DRAWN BY | DATE | SCALE | JOB NO. | BY | SEQ. | DWG | SHEET NO. | ISSUE |
|--------|----------|------|-------|---------|-----|------|-----|-----------|-------|
| | FR | 7/13/12 | N.T.S. | 73935 | | A,B,C | | E19 OF | A |



| | | DRAWING NO. |
|---|---|---|
| Roof Uplift and Wall Suction Strap Details | | SD102 |
| Strut Purlin and Spacer Detail — Interior | | SD108 |
| Girt to Hot Rolled Endwall Column Connection | | SD44 |
| Interior Bay Purlin Framing | | SD50 |
| Eave Strut at Interior Column — Flush Sidewall | | SD58 |
| Cable or Rod Brace to Frame Connection | | SD66 |
| Eave Panel Support Detail | | SD156 |

**DRAWING STATUS**

☒ FOR APPROVAL:
THESE DRAWINGS, BEING FOR APPROVAL, ARE BY DEFINITION NOT FINAL, AND ARE FOR CONCEPTUAL REPRESENTATION ONLY. THEIR PURPOSE IS TO CONFIRM PROPER INTERPRETATION OF THE PROJECT DOCUMENTS. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

☒ FOR PERMIT:
THESE DRAWINGS, BEING FOR PERMIT, ARE BY DEFINITION NOT FINAL IN THAT, AS A MINIMUM, PIECE MARKINGS ARE NOT IDENTIFIED. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

☐ FOR CONSTRUCTION:
FINAL DRAWINGS.

| REVISIONS | | | | |
|---|---|---|---|---|
| NO. | DATE | DESCRIPTION | BY | CK'D |
| A | 7/20/12 | FOR PERMIT & APPROVAL | RO | |

**SCHULTE BUILDING SYSTEMS**
17800 Bodtke Road — Hockley, Texas 77447
PHONE: 281.304.8111  877.257.2634
FAX: 281.304.6113
www.SchulteBuildingSystems.com

DESCRIPTION: DETAIL DRAWINGS
PROJECT: ROD LEWIS LOS CERRITOS HANGAR BLDG.
CUSTOMER: SUPERIOR METAL SERVICES
JOBSITE LOCATION: UVALDE, TX. 78801
ADDRESS: P.O. BOX 780849
SAN ANTONIO, TX. 78278

SIZE: REFER TO C1

| CAD BY | DRAFD BY | DATE | SCALE | JOB NO. | PH. BLDG. DESC. | SHEET NO. | ISSUE |
|---|---|---|---|---|---|---|---|
| | FR | 7/13/12 | N.T.S. | 73935 | A,B,C | D1 OF | A |



| DRAWING STATUS | | | | REVISIONS | | | |
|---|---|---|---|---|---|---|---|
| | | NO. | DATE | DESCRIPTION | | BY | CK'D |
| ☒ FOR APPROVAL | | A | 7/20/12 | FOR PERMIT & APPROVAL | | RB | |

SCHULTE BUILDING SYSTEMS
17600 Bodlke Road — Hockley, Texas 77447
PHONE: 281.304.6111 877.257.2534
FAX: 281.304.6113
www.SchulteBuildingSystems.com

| DESCRIPTION DETAIL DRAWINGS | SIZE | REFER TO C1 |
| JOB DESC. ROD LEWS LOS CERRITOS HANGAR BLDG. | CUSTOMER SUPERIOR METAL SERVICES |
| JOB SITE LOCATION UVALDE, TX. 78801 | ADDRESS P.O. BOX 780849 SAN ANTONIO, TX. 78278 |

| CAD FT | DRAWN BY | DATE | SCALE | JOB NO. | PG. NO. | SHEET NO. | ISSUE |
| | FR | 7/13/12 | N.T.S. | 73935 | A,B,C. | D2 OF | A |



| Drawing Title | Drawing No. |
|---|---|
| Downspout to Gutter Attachment Detail | TD95 |
| Downspout Kickout and Splice Detail — 3 1/2" x 5 3/8" Roll-Form | TD96 |
| Downspout Strap Attachment Detail — PBR — 3 1/2" x 5 3/8" Roll-Form | TD98 |
| Eave Canopy Downspout Detail | TD99 |
| Expansion End Cap Assembly | TD110 |
| Expansion Ridge Cap — TS-324/VS-216 | TD111X |
| Starting Rake Detail — VS-216 — Standard Rake - Open Wall (On Module) | TD152X |
| Finish Rake Detail — VS-216 — Standard Rake - Sheeted Wall (Off Module) (Option 1) | TD154X |
| High Eave Transition Detail — VS-216 | TD156 |
| Roof Panel Sections — VS-216 — TripleLok™ Seam | TD158 |

DRAWING STATUS

FOR APPROVAL:
THESE DRAWINGS, BEING FOR APPROVAL, ARE BY DEFINITION NOT FINAL, AND ARE FOR CONCEPTUAL REPRESENTATION ONLY. THEIR PURPOSE IS TO CONFIRM PROPER INTERPRETATION OF THE PROJECT DOCUMENTS. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

FOR PERMIT:
THESE DRAWINGS, BEING FOR PERMIT, ARE BY DEFINITION NOT FINAL IN THAT, AS A MINIMUM, PIECE MARK/NOS ARE NOT IDENTIFIED. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

FOR CONSTRUCTION:
FINAL DRAWINGS.

| NO. | DATE | DESCRIPTION | BY | CK'D |
|---|---|---|---|---|
| A | 7/20/12 | FOR PERMIT & APPROVAL | RD | |

SCHULTE BUILDING SYSTEMS
17600 Badtke Road — Hockley, Texas 77447
PHONE: 281.304.8111  877.257.2634
FAX: 281.304.8113
www.SchulteBuildingSystems.com

DESCRIPTION: DETAIL DRAWINGS
CUSTOMER: SUPERIOR METAL SERVICES
PROJECT: ROD LEWIS LOS CERRITOS HANGAR BLDG.
ADDRESS: P.O. BOX 780849
SAN ANTONIO, TX. 78278
LOCATION: UVALDE, TX. 78801

| DR BY | FR | DATE | 7/13/12 | SCALE | N.T.S. | JOB NO. | 73935 | SHEET NO. | D3 | SIZE | REFER TO C1 |



| Masonry and Open Trim Details – Below Eave | DRAWING NO. TD240 |
| TS-324/VS-216 Standard Trim Detail | DRAWING NO. TD291 |
| Ridge Detail – VS-216 | DRAWING NO. TD157 |
| Starting Rake Detail – VS-216  Standard Rake – Open Wall (On Module) | DRAWING NO. TD152Y |
| Finish Rake Detail – VS-216  Standard Rake – Open Wall (On Module) | DRAWING NO. TD163Y |
| Finish Rake Detail – VS-216  Standard Rake – Sheeted Wall (Off Module) (Option 1) | DRAWING NO. TD154Y |

DRAWING STATUS

☒ FOR APPROVAL:
THESE DRAWINGS, BEING FOR APPROVAL, ARE BY DEFINITION NOT FINAL AND ARE FOR CONCEPTUAL REPRESENTATION ONLY. THEIR PURPOSE IS TO CONFIRM PROPER INTERPRETATION OF THE PROJECT DOCUMENTS. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

☒ FOR PERMIT:
THESE DRAWINGS, BEING FOR PERMIT, ARE BY DEFINITION NOT FINAL IN THAT, AS A MINIMUM, PIECE MARKINGS ARE NOT IDENTIFIED. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

☐ FOR CONSTRUCTION:
FINAL DRAWINGS.

| REVISIONS | | | | |
| NO. | DATE | DESCRIPTION | BY | CK'D |
| A | 7/20/12 | FOR PERMIT & APPROVAL | RO | |

SBS
SCHULTE BUILDING SYSTEMS
SCHULTE BUILDING SYSTEMS
17600 Beatle Road — Hockley, Texas 77447
PHONE: 281.304.8111  877.357.2634
FAX: 281.304.8113
www.SchulteBuildingSystems.com

DESCRIPTION: DETAIL DRAWINGS
JOB NAME: ROD LEWIS LOS CERRITOS HANGAR BLDG.   CUSTOMER: SUPERIOR METAL SERVICES
JOBSITE
LOCATION: UVALDE, TX. 78801                ADDRESS: P.O. BOX 780849
                                            SAN ANTONIO, TX. 78278
GAB BY        DWG'D BY  DATE    SCALE   JOB NO.    PM DWG. DESC.  SHEET NO.  ISSUE
              FR        7/13/12 N.T.S.  73935      A,B,C,  D4 OF      A

SIZE    REFER TO C1

# SBS

# DEFENDANT'S

# EXHIBIT

# 120



# SCHULTE BUILDING SYSTEMS
17600 BADTKE ROAD
HOCKLEY, TEXAS 77447
281-304-6111 office
281-304-6113 fax

## DRAWING INDEX

| ISSUE | PAGE | DESCRIPTION |
|---|---|---|
| A | C1 OF 2 | COVER PAGE |
| A | C2 OF 2 | NOTES PAGE |
| | | |
| A | F1 OF 4 | ANCHOR ROD PLAN/BASE PLATE DET. |
| A | F2 OF 4 | SLIDING DOOR A.B. PLAN/SECTIONS |
| A | F3 OF 4 | ANCHOR ROD REACTIONS |
| A | F4 OF 4 | ANCHOR ROD REACTIONS |
| | | |
| A | E1 OF | ROOF FRAMING PLAN |
| A | E2 OF | SOFFIT PLAN |
| A | E3 OF | FRAME CROSS-SECTION |
| A | E4 OF | FRAME CROSS-SECTION |
| A | E5 OF | FRAME CROSS-SECTION |
| A | E6 OF | FRAME CROSS-SECTION |
| A | E7 OF | FRAME CROSS-SECTION |
| A | E8 OF | SIDEWALL ELEVATION |
| A | E9 OF | SIDEWALL ELEVATION |
| A | E10 OF | SIDEWALL ELEVATION |
| A | E11 OF | ENDWALL ELEVATION |
| A | E12 OF | ENDWALL ELEVATION |
| A | E13 OF | ENDWALL SECTIONS |
| A | E14 OF | ENDWALL SECTIONS |
| A | E15 OF | INTERIOR FRAME ELEV./GUIDE BEAM PLAN |
| A | E16 OF | HEADER/GUIDE DETAIL CONN. |
| A | E17 OF | SLIDING DOOR DETAIL |
| A | E18 OF | SLIDING DOOR DETAIL |
| A | E19 OF | SLIDING DOOR SOFFIT PLAN/DET |
| | | |
| A | D1 OF | STANDARD DETAIL |
| A | D2 OF | STANDARD DETAIL |
| A | D3 OF | STANDARD DETAIL |
| A | D4 OF | STANDARD DETAIL |

## BUILDING DESCRIPTION

BUILDING SIZE: (BLDG. A) 98'-6 x 122'-6 x 32'-0 E.H.    SLOPE: 2.0:12
BUILDING SIZE: (BLDG. B) 9'-0 x 13'-6 x 29'-9 E.H.    SLOPE: 2.0:12
BUILDING SIZE: (BLDG. C) 7'-10 x 60'-8 x 6'-2 E.H.    SLOPE: 2.0:12
BUILDING SIZE: _____    SLOPE: _____

(BUILDING DIMENSIONS ARE NOMINAL, REFER TO PLANS)

This is to certify that this structure is designed utilizing the loads indicated and applied as required by the building code shown below. The certification is limited to the structural design of the framing and covering parts manufactured by the building manufacturer and is specified in the contract. Accessory items such as doors, window, louvers, translucent panels, and ventilators are not included. Also excluded are other parts of the project not provided by the building manufacturer such as foundations, masonry walls, mechanical equipment and erection of the building. The building should be erected on a properly designed foundation in accordance with the building manufacturer's design manual, the attached drawings and good erection practices.

Design Code   IBC_09

General Loads
| Roof Dead Load (D) | 2.500 | psf |
| Roof Collateral Load (C) | 6 | psf |
| Roof Live Load (Lr) | 20.00 | psf |
| Tributary Live Load Reduction | Yes | |

Snow Load
| Flat-Roof Snow Load (Pf) | 3.5000 | psf |
| Ground Snow Load (Pg) | 5.0000 | psf |
| Snow Exposure Factor (Ce) | 1 | |
| Snow Load Importance Factor (Is) | 1.0000 | |
| Thermal Factor (Ct) | 1.00 | |

Wind Load
| Basic Wind Speed (3 sec. gust) | 90 | mph |
| Wind Importance Factor (Iw) | 1.00 | |
| Wind Exposure Category | C | |
| Internal Pressure Coefficient (GCpi) | 0.18 /-0.18 | |
| Wind Enclosure | Closed | |

Seismic Load
| Seismic Importance Factor (Ie) | 1.00 | |
| Spectral Response Accelerations (Ss and S1) | 0.0780 | 0.0220 |
| Site Class | D | |
| Spectral Response Coefficients (Sds and Sd1) | 0.0832 | 0.0352 |
| Seismic Design Category | A | |
| Basic Seismic-Force-Resisting System(s) * | | |

|  | Longitudinal | Lateral |
|---|---|---|
| Total Design Base Shear (V) | 6.0 Kips | 6.0 Kips |
| Seismic Response Coefficient(s) (Cs) | 0.0100 | 0.0100 |
| Response Modification Factor(s) (R) | 3.0 | 3.0 |
| Analysis Procedure: Equivalent Lateral Force | | |

* Ordinary Steel Concentrically Braced Frame(s) and/or Ordinary Steel Moment Frame(s)

## PANEL, TRIM AND FRAMING INFORMATION

### ROOF PANELS
TYPE: VS-216 GAUGE: 24 COLOR: Med. Bronze (Kynar)
UL90 CERTIFICATION: NO
IF STANDING SEAM: CLIP TYPE: HIGH FLOATING

### WALL PANELS
TYPE: PBR GAUGE: 26 COLOR: Need Std. Color

### LINER PANELS
TYPE: _____ GAUGE: ____ COLOR: _____
HEIGHT: _____

### FASCIA PANELS
TYPE: _____ GAUGE: ____ COLOR: _____

### SOFFIT PANELS
TYPE: Rev. PBU GAUGE: 26 COLOR: Polar White

### PARTITION PANELS
TYPE: _____ COLOR: _____

### TRIM
| RAKE: | COLOR: Need Std. Color |
| EAVE: | COLOR: Need Std. Color |
| GUTTER STANDARD: | |
| GUTTER HIGH CAPACITY: | COLOR: Need Std. Color |
| DOWNSPOUT: | COLOR: Need Std. Color |
| VALLEY GUTTER: | COLOR: |
| HEADER: | COLOR: |
| SILL: | COLOR: Need Std. Color |
| JAMB: | COLOR: Need Std. Color |
| BASE TRIM: | COLOR: Need Std. Color |
| CORNER: | COLOR: Need Std. Color |
| LINER: | COLOR: |
| SOFFIT: | COLOR: Polar White |
| FASCIA SILL: | COLOR: |
| CAP TRIM: | COLOR: |

### PRIMARY FRAMING
(MAIN FRAMES & ENDWALL FRAMES)   Red-Oxide
(WIND COLUMNS & BENTS)

### SECONDARY FRAMING
(GIRTS, EAVE STRUTS, PURLINS   Red-Oxide
DOOR/FRAMED OPNG. & CLIPS ETC.)

REGISTRATION # F-12852

DEFENDANT'S EXHIBIT 120 SBS


## DRAWING STATUS

☒ FOR APPROVAL
THESE DRAWINGS, BEING FOR APPROVAL, ARE BY DEFINITION NOT FINAL, AND ARE FOR CONCEPTUAL REPRESENTATION ONLY. THEIR PURPOSE IS TO CONFIRM PROPER INTERPRETATION OF THE PROJECT DOCUMENTS. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

☒ FOR PERMIT
THESE DRAWINGS, BEING FOR PERMIT, ARE BY DEFINITION NOT FINAL, IN THAT, AS A APPROVAL, PIECE MARKINGS ARE NOT IDENTIFIED. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

☐ FOR CONSTRUCTION
FINAL DRAWINGS.

### REVISIONS
| NO. | DATE | DESCRIPTION | BY | CK'D |
|---|---|---|---|---|
| A | 7/20/12 | FOR PERMIT & APPROVAL | FD | |

SCHULTE BUILDING SYSTEMS
17600 Badtke Road - Hockley, Texas 77447
PHONE: 281.304.6111  877.257.2534
FAX: 281.304.6113
www.SchulteBuildingSystems.com

| DESCRIPTION COVER PAGE | REFER TO C1 |
| SHOP ROD LEWIS LOS CERRITOS HANGAR BLDG | CUSTOMER SUPERIOR METAL SERVICES |
| JOB LOCATION UVALDE, TX 78801 | ADDRESS P.O. BOX 780849 |
| | SAN ANTONIO, TX 78278 |
| CKD BY | DRAFT BY FR | DATE 7/13/12 | SCALE N.T.S. | JOB NO. 73915 | FILE DWG. SPEC. 73915 | SHEET NO. C1 OF 2 | REV A |



BUNDLE LABEL EXAMPLES         PIECE LABEL EXAMPLES



ANCHOR ROD PLAN

NOTE 1!!
CUSTOMER PLEASE VERIFY ALL DIMENSIONS
ON RETURN APPROVAL DRAWINGS

30' FROM CL OF GRID
1 TO GRID 3 (6')

100' TO O/O OF
RIGID FRAME

80' CLEAR
OPENING

30' FROM CL OF GRID
1 TO GRID 3 (6')

SECTION "B"
BASE SECTION

SECTION "A"
BASE SECTION

SECTION "A"
BASE SECTION

SBS
SCHULTE BUILDING SYSTEMS



SLIDING DOOR ANCHOR BOLT PLAN

NOTE !!!
ROTATE PLAN 90° TO ORIENT
WITH SHEET F1

SECTION "A"

SECTION "B"

SECTION "C"

NOTE !!!
CUSTOMER PLEASE VERIFY ALL DIMENSIONS
ON RETURN APPROVAL DRAWINGS

SECTION "X-X"

ERECTION NOTES:

1. MAKE FIRST POUR — WORK THIS SECTION WITH MAIN BOLT SETTING.
2. SET LEVELING ANGLES ON 1/2"ø ANCHOR BOLTS WITH DOUBLE NUTS.
3. SET RAILS AND ALIGN; RAIL MUST BE TRUE, STRAIGHT AND LEVEL.
4. ERECT ONE DOOR ON LONGEST RAIL RUN.  ADJUST AS REQ'D FOR FREE RUNNING DOOR SYSTEM.
5. MAKE SECOND POUR.

DRAWING STATUS

SBS

SCHULTE BUILDING SYSTEMS



MAX. EW. COLUMN REACTIONS
AT LINE 6

MAX. EW. COLUMN REACTIONS
AT LINE 1



FRAME LINES: 1 2

COLUMN LINE

RIGID FRAME: BASIC COLUMN REACTIONS (k)

| Frame Line | Column Line | ----Dead---- Horiz | Vert | --Collateral-- Horiz | Vert | ----Live---- Horiz | Vert | ----Snow---- Horiz | Vert | --Wind_L1-- Horiz | Vert | --Wind_R1-- Horiz | Vert |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1* | A/D | 0.0 | 0.7 | 0.0 | 0.4 | 0.0 | 1.3 | 0.0 | 0.3 | -1.2 | -1.3 | 1.6 | -1.2 |

| Frame Line | Column Line | --Wind_L2-- Horiz | Vert | --Wind_R2-- Horiz | Vert | ----LwWnd1---- Horiz | Vert | ----LwWnd2---- Horiz | Vert | --Seismic_L-- Horiz | Vert | --Seismic_R-- Horiz | Vert |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1* | A/D | -2.1 | -0.7 | 0.7 | -0.6 | 1.5 | -9.4 | 0.7 | -9.9 | 0.0 | 0.0 | 0.0 | 0.0 |

| Frame Line | Column Line | ----LwSeis---- Horiz | Vert | --LWND1_L2E-- Horiz | Vert | --LWND1_R2E-- Horiz | Vert | --LWND2_L2E-- Horiz | Vert | --LWND2_R2E-- Horiz | Vert |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1* | A/D | 0.0 | -1.5 | 0.0 | -0.3 | 0.0 | -0.1 | 0.0 | -0.3 | 0.0 | -0.1 |

1* Frame lines: 1 2

NOTES FOR REACTIONS

Building reactions are based on
the following building data:

| | | |
|---|---|---|
| Width (ft) | = | 13.0 |
| Length (ft) | = | 9.0 |
| Eave Height (ft) | = | 29.8/ 32.0 |
| Roof Slope (rise/12) | = | 2.0 |
| Dead Load (psf) | = | 2.5 |
| Collateral Load (psf) | = | 6.0 |
| Live Load (psf) | = | 20.0 |
| Snow Load (psf) | = | 5.0 |
| Wind Speed (mph) | = | 90.0 |
| Wind Code | = | IBC 09 |
| Exposure | = | C |
| Closed/Open | = | C |
| Importance Wind | = | 1.00 |
| Importance Seismic | = | 1.00 |
| Seismic Design Category | = | A |

ID Description

1  DL+CL+LL
2  0.60DL+WL1
3  0.60DL+WR1
4  0.60DL+WL2
5  0.60DL+LnWnd1+LWND1_L2E
6  0.60DL-LnWnd2+LWND2_R2E

RIGID FRAME: MAXIMUM REACTIONS, ANCHOR BOLTS, & BASE PLATES

| Frm Line | Col Line | Load ID | Hmax H | V Vmax | Load ID | Hmin H | V Vmin | Anc_Bolt Qty | Dia | Base_Plate (in) Width | Length | Thick | Grout (in) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1* | A OR D | 3 | 1.6 | -0.8 | 4 | -2.1 | -0.3 | 4 | 0.750 | 6.000 | 10.50 | 0.500 | 0.0 |
| | | 6 | 0.7 | 7.6 | 5 | 1.6 | -9.3 | | | | | | |

1* Frame lines: 1 2

BRACED BAY REACTIONS
(AT LINES A & D)

SCHULTE BUILDING SYSTEMS
SBS
P.O. BOX 78040
SAN ANTONIO, TX. 78278

DRAWING STATUS

| NO. | DATE | DESCRIPTION | BY |
|---|---|---|---|
| A | 7/30/12 | FOR PERMIT & APPROVAL | |



ROOF FRAMING PLAN
* ATTACH PANEL TO STRUT PURLIN WITH STANDARD CLIP

CUPOLA ROOF FRAMING PLAN

CUPOLA FRAME CROSS-SECTION
AT LINES 3, 4 & 5



Delete
soffit panels

SEE FRONT AND BACK
RAKE OFFSET
EXTENSIONS ON ARCH
SHEET A940

SEE FRONT AND BACK
RAKE OFFSET
EXTENSIONS ON ARCH
SHEET A940

NO CLOSED SOFFITS
INCLUDED IN PROJECT

NO CLOSED SOFFITS
INCLUDED IN PROJECT

NO CLOSED SOFFITS
INCLUDED IN PROJECT

NO CLOSED SOFFITS
INCLUDED IN PROJECT

SOFFIT PLAN
26 GA REV. PBU PANEL - POLAR WHITE



MAIN FRAME ELEVATION: FRAME LINE 1

Roof to be
by customer

GALVALUM

GALVALUM



MAIN FRAME ELEVATION: FRAME LINE 2

GALVALUM

GALVALUM

FULL HT. C.M.U. @ POCKETS, FRONT WALLS, SEE ARCH SHEET A400.

FULL HT. C.M.U. @ POCKETS, FRONT WALLS, SEE ARCH SHEET A400.

FINISH FLOOR

SCHULTE BUILDING SYSTEMS



MAIN FRAME ELEVATION: FRAME LINE 3

NOTE:
C.M.U./STONE VENEER
CONTINUES FULL HT. WHEN
ADJACENT TO COLUMN GRID
INTESECTIONS: A-1:2, B-1:6, C-1:6
AND D-1:2, SEE ARCH SHEET
A200 FOR HORIZONTAL DIMS.



MAIN FRAME ELEVATION: FRAME LINES 4 & 5

NOTE:
C.M.U./STONE VENEER
CONTINUES FULL HT. WHEN
ADJACENT TO COLUMN GRID
INTESECTIONS: A-1:2, B-1:6, C-1:6
AND D-1:2, SEE ARCH SHEET
A200 FOR HORIZONTAL DIMS.

6" STUDS

4"-6"
STONE

20'

6" STUDS

4"-6"
STONE

20'

SCHULTE BUILDING SYSTEMS



MAIN FRAME ELEVATION: FRAME LINE 6

6" STUDS

6" STUDS

20'

20'

4"-6"
STONE
VENEER

4"-6"
STONE

NOTE:
C.M.U./STONE VENEER
CONTINUES FULL HT. WHEN
ADJACENT TO COLUMN GRID
INTESECTIONS: A-1:2, B-1:6, C-1:6
AND D-1:2, SEE ARCH SHEET
A200 FOR HORIZONTAL DIMS.

SCHULTE BUILDING SYSTEMS

SBS

DRAWING STATUS



120' CL TO CL OF E-W COLUMNS

6' CL TO CL OF GRIDS 1 TO 2

20' TO T.O. C.M.U.

20' TO T.O. C.M.U.

SIDEWALL FRAMING: FRAME LINE C

WIND BENT DETAIL

SECTION "A"

SECTION "B"

SECTION "C"

SECTION "D"

SBS
SCHULTE BUILDING SYSTEMS



SIDEWALL FRAMING: FRAME LINE B

120' CL TO CL OF E-W COLUMNS

6' CL TO CL OF GRIDS 1 TO 2

20' TO T. O. C.M.U.

20' TO T. O. C.M.U.

WIND BENT DETAIL

SECTION "A"

SECTION "B"

SECTION "C"

SECTION "D"



SIDEWALL ELEVATION: FRAME LINE A.

SIDEWALL ELEVATION: FRAME LINE D.

SECTION "A"

SECTION "B"

SECTION "C"

ENDWALL ELEVATION: FRAME LINE 2

SECTION "D"

SECTION "E"

8" C.M.U. W/ 4"-6" THK FULL HT. STONE VENEER @ POCKETS AND FRONT FACADE WALLS

NOTE:
C.M.U./STONE VENEER CONTINUES FULL HT. WHEN ADJACENT TO COLUMN GRID INTESECTIONS: A-1:2, B-1:6, C-1:6 AND D-1:2, SEE ARCH SHEET A200 FOR HORIZONTAL DIMS.

8" C.M.U. W/ 4"-6" THK FULL HT. STONE VENEER @ POCKETS AND FRONT FACADE WALLS

NO CLOSED SOFFITS @ FRONT AND REAR RAKE OVERHANGS

SCHULTE BUILDING SYSTEMS
SBS



NOTE:
C.M.U./STONE VENEER
CONTINUES FULL HT. WHEN
ADJACENT TO COLUMN GRID
INTESECTIONS: A-1:2, B-1:6, C-1:6
AND D-1:2, SEE ARCH SHEET
A200 FOR HORIZONTAL DIMS.

100' OUT-OT OUT
OF STEEL

20' TO
T.O.
C.M.U.

ENDWALL FRAMING: FRAME LINE 6

6" STUDS W/ 1"
PLYBOO SIDING,
INSIDE AND OUT

20' TO T.O. C.M.U.

SECTION "A"

SECTION "B"

SECTION "C"

DRAWING STATUS
SCHULTE BUILDING SYSTEMS



ENDWALL FRAMING: FRAME LINE 1

ENDWALL SHEETING: FRAME LINE 1

80' CLEAR DOOR OPENING

SEE COMMENTS ON SHEET 16, SECTIONS A,B AND C

SECTION "A"

SECTION "B"

SECTION "C"



SEE OVHG.
ARTICULATION ON
ARCH SHEET A940

SEE OVHG.
ARTICULATION
ON ARCH SHEET
A940

6' CL. TO CL

6' CL. TO CL

NO CLOSED
SOFFITS TO BE
INCLUDED IN
PEMB SCOPE

SECTION "X"

SECTION "Y"



SECTION "Z"

SBS
SCHULTE BUILDING SYSTEMS



INTERIOR FRAME ELEVATION: FRAME LINE 2
SPANDREL BEAM NOT SHOWN FOR CLARITY

100' OUT TO OUT

20' TO T.O. C.M.U.

20' TO T.O. C.M.U.

80' CLEAR OPENING

6' CL TO CL

80' CLEAR OPENING

GUIDE BEAM PLAN: BETWEEN LINES 1 & 2

DRAWING STATUS

SCHULTE BUILDING SYSTEMS



Mid-Span Support Detail

Interior Header BM To Stub Column Det.

Exterior Header BM To Stub Column Det.

Header/Guide System Support Cross Section

Header Welding Requirements

After Completed Installation And All Final
Adjustments Have Been Made For Plumb Level,
Field Weld Slotted Connections As per Shown.

SBS SCHULTE BUILDING SYSTEMS

DRAWING STATUS



Door Leaf Assembly — HS033

Bottom Truss Wheel With Wheel Pocket (Shop Welded) — HS038

Top Truss Assembly (Shop Welded) — HS034

| STILE | ① | ② |
|-------|------|------|
| 10" Stile | C10 x 15.3 | C8 x 11.5 |

Top Truss Guide Support Detail — HS035

| STILE | ① | ② |
|-------|------|------|
| 8" Stile | C8 x 11.5 | C6 x 8.2 |
| 10" Stile | C10 x 15.3 | C8 x 11.5 |
| 12" Stile | C12 x 20.7 | C10 x 15.3 |

Top Truss Guide Detail — HS036

| STILE | ① | ② |
|-------|------|------|
| 8" Stile | C8 x 11.5 | C6 x 8.2 |
| 10" Stile | C10 x 15.3 | C8 x 11.5 |
| 12" Stile | C12 x 20.7 | C10 x 15.3 |

SCHULTE BUILDING SYSTEMS

SBS

DRAWING STATUS

REVISIONS

| NO. | DATE | DESCRIPTION | BY | CK'D |
|-----|------|-------------|----|----|
| A | 7/20/12 | FOR PERMIT & APPROVAL | | KD |



PLEASE PROVIDE
ALL OPTIONS FOR
DOOR SHEETING



Soffit Section At Opening Header

Soffit Plan

Door System Soffit Section

System Beam Sect

6' CL TO CL OF GRIDS 1 TO 2

80' CLEAR OPENING

SOFFIT PLAN: BETWEEN LINES 1 & 2

SCHULTE BUILDING SYSTEMS

SBS

DESCRIPTION: SOFFIT PLAN
ROB LEWIS LOS CERRITOS HANGAR BLDG
SAN ANTONIO, TX 78270
UVALDE, TX 78801
SUPERIOR METAL SERVICES
P.O. BOX 780840

DRAWING STATUS
REVISIONS
NO. | DATE | DESCRIPTION | BY | CK
A | 7/20/12 | FOR PERMIT & APPROVAL | FD



| | DRAWING NO. |
|---|---|
| Roof Uplift and Wall Suction Strap Details | SD102 |
| Strut Purlin and Spacer Detail | SD108 |
| Girt to Hot Rolled Endwall Column Connection | SD44 |
| Interior Bay Purlin Framing | SD50 |
| Eave Strut at Interior Column | SD58 |
| Cable or Rod Brace to Frame Connection | SD66 |
| Eave Panel Support Detail | SD156 |

SBS  SCHULTE BUILDING SYSTEMS

DRAWING STATUS

REVISIONS



CAN WE ELIMINATE RAKE TRIM?

PROVIDE "BOX" GUTTER PROFILE

PLEASE PROVIDE ALL TRIM OPTIONS @ CORNERS

PLEASE PROVIDE MAXIMUM DIMENSION OF ROOF PANEL BEYOND CLIP

| Detail | Drawing No. |
|---|---|
| Wind Column/Wind Frame Detail | SD70 |
| Fastener Location "PBR" Panel at Wall | TD1 |
| Ridge, Parapet, & Fascia Trim Laps | TD86 |
| Panel Endlap Detail – VS-216 | TD171 |
| Trim Laps – Standard Profile | TD85 |
| Downspout Elevation | TD90 |
| Fastener Location "PBR" Panel at Roof | TD6 |
| Low Eave Detail – VS-216 | TD160X |
| Low Eave Detail – VS-216 | TD155X |
| Low Eave Detail – VS-216 | TD155Y |

SBS SCHULTE BUILDING SYSTEMS

DRAWING STATUS

DETAIL DRAWINGS
RICO LEWIS LOS CERRITOS HANGAR BLDG.
UVALDE, TX 78801
SUPERIOR METAL SERVICES
P.O. BOX 760640
SAN ANTONIO, TX 78276

NO. DATE DESCRIPTION BY DATE
A 7/20/12 FOR PERMIT & APPROVAL

DRAWN BY FR  DATE 7/13/12  SCALE N.T.S.



| | | | | |
|---|---|---|---|---|
| Downspout to Gutter Attachment Detail | Downspout Kickout and Splice Detail | Downspout Strap Attachment Detail — P9R | Eave Canopy Downspout Detail | Expansion End Cap Assembly |
| TD95 | TD96 | TD98 | TD99 | TD110 |
| Expansion Ridge Cap — TS-324/VS-216 | Starting Rake Detail — VS-216 | Finish Rake Detail — VS-216 | High Eave Transition Detail — VS-216 | Roof Panel Sections — VS-216 |
| TD111X | TD152X | TD154X | TD156 | TD158 |

DRAWING STATUS

SBS SCHULTE BUILDING SYSTEMS



CAN WE ELIMINATE
RAKE TRIM W/
EXPOSED SOFFITS

NO CLOSED
SOFFITS

John J. Grable, FAIA

| ROBERTSON ELECTRIC, INC. | § | IN THE DISTRICT COURT |
|---|---|---|
| | § | |
| v. | § | |
| | § | 216TH JUDICIAL DISTRICT |
| SELECT BUILDING SYSTEMS, | § | |
| INC., TRI-BAR RANCH CO., LTD., | § | |
| And G & R LAND COMPANY, INC. | § | KENDALL COUNTY, TEXAS |

## TRI-BAR RANCH COPMPANY, LTD., ROD LEWIS AND G&R LAND COMPANY, INC.'S TRIAL EXHIBIT LIST

| Tri-Bar Exhibit Number | Description | Admitted | Not Admitted |
|---|---|---|---|
| Tri-Bar 001 | SBS Pay Application No. 001 | | |
| Tri-Bar 002 | SBS Pay Application No. 002 | | |
| Tri-Bar 003 | SBS Pay Application No. 003 | | |
| Tri-Bar 004 | SBS Pay Application No. 004 | | |
| Tri-Bar 005 | SBS Pay Application No. 005 | | |
| Tri-Bar 006 | SBS Pay Application No. 006 | | |
| Tri-Bar 007 | SBS Pay Application No. 007 | | |
| Tri-Bar 008 | SBS Pay Application No. 008 | | |
| Tri-Bar 009 | SBS Pay Application No. 009 | | |
| Tri-Bar 0010 | Robertson Pay Application No. 3 | | |
| Tri-Bar 0011 | Robertson Pay Application No. 4 | | |
| Tri-Bar 0012 | Robertson Pay Application No. 5 | | |
| Tri-Bar 0013 | Robertson Pay Application No. 6 | | |
| Tri-Bar 0014 | Subcontract Between Select Building Systems and Select Management Systems | | |
| Tri-Bar 0015 | Texas Secretary of State Documentation regarding Select Management Systems, Inc. dba Superior Metal Services | | |
| Tri-Bar 0016 | 3/31/2012 Texas Franchise Tax Public Information Report for Select Management Services, Inc. | | |
| Tri-Bar 0017 | 6/1/2003 Select Management Systems, Inc. Assumed Name Certificate | | |
| Tri-Bar 0018 | SBS Subcontract Document Request - Superior Metal Services | | |
| Tri-Bar 0019 | Hangar Deficiency Legend NOTE: All documentation referenced in and supporting the calculations in the Hanger Deficiency Legend will be sent to lead counsel for SBS and Robertson via overnight mail. | | |
| Tri-Bar 0020 | 10/18/2013 Los Cerritos Hangar Deficiencies Report | | |
| Tri-Bar 0021 | 10/18/2013 Los Cerritos Hangar Corrective Action Report | | |
| Tri-Bar 0022 | 3/6/2013 Speedway Erection Service Company Los Cerritos Hangar Inspection Report | | |
| Tri-Bar 0023 | 5/2/2013 BoDen LLC Hangar Defect Report | | |
| Tri-Bar 0024 | 5/17/2012 Los Cerritos Hangar A100 | | |

| Tri-Bar Exhibit Number | Description | Admitted | Not Admitted |
|---|---|---|---|
| Tri-Bar 0025 | 5/17/2012 Los Cerritos Hangar A300 | | |
| Tri-Bar 0026 | 4/3/2012 Los Cerritos Hangar S-1through SD-1 | | |
| Tri-Bar 0027 | 6/26/2012 Los Cerritos Hangar S-1 through SD-1 | | |
| Tri-Bar 0028 | GlacierCap Management, LLC SBS Subcontractor Payment Stubs | | |
| Tri-Bar 0029 | SBS Subcontractor Lien Releases | | |
| Tri-Bar 0030 | Schulte Building Systems PEMB Drawings | | |
| Tri-Bar 0031 | 9/19/2012 J. Green PEMB Delay Narrative | | |
| Tri-Bar 0032 | 9/19/2012 Email from J. Grable to S. Schiffman RE: Los Cerritos | | |
| Tri-Bar 0033 | SBS Original Project Schedule | | |
| Tri-Bar 0034 | 9/11/2012 Email from J. Green to J. Grable re: Schedule | | |
| Tri-Bar 0035 | 9/11/2012 SBS Revised Project Schedule | | |
| Tri-Bar 0036 | 10/5/2012 J. Grable Weekly Progress Report | | |
| Tri-Bar 0037 | 11/2/2012 Email from J. Grable to J. Green | | |
| Tri-Bar 0038 | 11/2/2012 Email from J. Grable to R. Lewis re: Uvalde Hangar building delivery | | |
| Tri-Bar 0039 | 11/12/2012 Email from J. Grable to J. Green re: RIGID FRAME – WIND BENT CONFLICTS | | |
| Tri-Bar 0040 | 11/13/2012 Email from T. Pittman to J. Grable re: Los Cerritos | | |
| Tri-Bar 0041 | 11/13/2012 Email from J. Grable to J. Green | | |
| Tri-Bar 0042 | 11/14/2012 Email from S. Schiffman to J. Grable re: Los Cerritos | | |
| Tri-Bar 0043 | 11/28/2012 Email from J. Grable to T. Pittman Fwd: Uvalde Hangar flight request site visit | | |
| Tri-Bar 0044 | 11/14/2013 Email from C&S Enterprise to T. Pittman re: Revised estimate for Los Cerritos Hangar | | |
| Tri-Bar 0045 | 1/17/2013 Email from V. DeAnda to K. Kieke Re: Gap between CMU and spandrel beam | | |
| Tri-Bar 0046 | 1/29/2013 Email from T. Pittman to J. Grable re: SBS | | |
| Tri-Bar 0047 | 1/30/2013 Email from J. Grable to R. Lewis FW: steps for extending door pockets | | |
| Tri-Bar 0048 | 2/5/2013 Los Cerritos: Hangar Meeting Minutes (Substitute for Robertson Exhibit 12) | | |
| Tri-Bar 0049 | 2/12/2013 Email from J. Maywald to J. Green RE: Final Invoice—Los Cerritos | | |
| Tri-Bar 0050 | 2/28/2013 Email from T. Pittman to J. Grable re: Hangar | | |
| Tri-Bar 0051 | 3/1/2013 Email from J. Green to D. Morgan Fwd: Los Cerritos Structural Pictures | | |
| Tri-Bar 0052 | 3/1/2013 Email from D. Morgan to J. Green re: Los Cerritos Structural pictures | | |
| Tri-Bar 0053 | 3/6/2013 Email from M. Martinez to D. Boddie RE: Footings field measurements | | |
| Tri-Bar 0054 | 3/12/2013 Email from M. Martinez re: Field Shots of Formwork Pre-pour | | |

| Tri-Bar Exhibit Number | Description | Admitted | Not Admitted |
|---|---|---|---|
| Tri-Bar 0055 | 3/13/2013 Email from M. Martinez to V. DeAnda re: Pictures | | |
| Tri-Bar 0056 | SBS Photographs SBS 0590 – SBS 0616 | | |
| Tri-Bar 0057 | Email from D. Boddie to T. Pittman FW: sidewall fans | | |
| Tri-Bar 0058 | Email from B. Carnwarth to D. Boddie re: Light Fixtures left onsite | | |
| Tri-Bar 0059 | Slates Harwell Attorney Fee Statements | | |
| Tri-Bar 0060 | Goode Casseb Jones Riklin Choate & Watson Attorney Fee Statements | | |
| Tri-Bar 0061 | Email from J. Grable to J. Green FW: Submittal #3 Rebar Placement Shop Drawings with Attachment | | |
| Tri-Bar 0062 | 7/11/2013 Email from J. Briggs with Robertson Electric Lien Adjustment | | |
| Tri-Bar 0063 | SBS Weekly Reports (June 2012) | | |
| Tri-Bar 0064 | SBS Weekly Reports (July 2012) | | |
| Tri-Bar 0065 | SBS Weekly Report August 12, 2012 | | |
| Tri-Bar 0066 | SBS Weekly Reports (September 2012) | | |
| Tri-Bar 0067 | SBS Weekly Report November 4, 2012 | | |
| Tri-Bar 0068 | SBS Daily Reports (November 2012) | | |
| Tri-Bar 0069 | SBS Daily Reports (December 2012) | | |

Tri-Bar reserves the right to introduce any exhibit listed in the Trial Exhibit Lists of

Robertson Electric, Inc. and Select Building Systems, Inc.

Respectfully submitted,

**SLATES HARWELL, LLP**

By: /s/ John W. Slates
John W. Slates
State Bar No. 00794646
Colbie Brazell
State Bar No. 24050157

1700 Pacific Avenue, Suite 3800
Dallas, TX 75201-4761
(Telephone) (469) 317-1000
(Telecopier) (469) 317-1100

**ATTORNEYS FOR DEFENDANT TRI-BAR RANCH COMPANY, LTD.**

| Tri-Bar Exhibit Number | Description | Admitted | Not Admitted |
|---|---|---|---|

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been forwarded to all counsel via email on this 14th day of March 2015.

/s/ Colbie Brazell

# DEFENDANT'S EXHIBIT
# 1



# AIA® Document G702™ – 1992

## Application and Certificate for Payment

| | | | | | | |
|---|---|---|---|---|---|---|
| **TO OWNER:** | Tr-Bar Ranch Company, Ltd. 10101 Reunion Place, Ste 1000 San Antonio, TX 78216 | **PROJECT:** | Los Cerritos Hangar County Road 410 Uvalde, TX | **APPLICATION NO:** 001 | | **Distribution to:** OWNER: |
| | | | | **PERIOD TO:** July 31, 2012 | | ARCHITECT: X |
| | | | | **CONTRACT FOR:** General Construction | | |
| **FROM CONTRACTOR:** | Select Building Systems, Inc. 17 Scenic Loop Rd. Boerne, TX 78006 | **VIA ARCHITECT:** | John Grable Architects, Inc. 222 Austin Hwy. San Antonio, TX 78209 | **CONTRACT DATE:** May 03, 2012 **PROJECT NOS:** SSE / 12 / 013 | | CONTRACTOR: X FIELD: |
| | | | | | | OTHER: |

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM ................................................................. $ 1,226,074.00
2. NET CHANGE BY CHANGE ORDERS ................................................ $ 0.00
3. CONTRACT SUM TO DATE (Line 1 ± 2) ............................................ $ 1,226,074.00
4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) .......... $ 88,290.50
5. RETAINAGE:
   a. 10 % of Completed Work
      (Column D + E on G703)                  $ 8,829.05
   b. 0 % of Stored Material
      (Column F on G703)                      $ 0.00
   Total Retainage (Lines 5a + 5b or Total in Column I of G703) ................ $ 8,829.05
6. TOTAL EARNED LESS RETAINAGE ................................................... $ 79,461.45
   (Line 4 Less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT .............................. $ 0.00
   (Line 6 from prior Certificate)
8. CURRENT PAYMENT DUE ................................................................ $ 79,461.45
9. BALANCE TO FINISH, INCLUDING RETAINAGE
   (Line 3 less Line 6)                        $ 1,146,612.55

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $ 0.00 | $ 0.00 |
| Total approved this Month | $ 0.00 | $ 0.00 |
| TOTALS | $ 0.00 | $ 0.00 |
| NET CHANGES by Change Order | $ | 0.00 |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _____  Date: 7/27/12

State of: Texas
County of: Kendall
Subscribed and sworn to before me this 27th day of July 2012

Notary Public: _____
My Commission expires: 11-27-2015

> JOHN C. MAYWALD
> MY COMMISSION EXPIRES
> November 27, 2015

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED .......................................................... $ _____
(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)

ARCHITECT:
By: _____  Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

SBS 0486

AIA Document G702™ – 1992. Copyright © 1953, 1963, 1965, 1971, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:43:52 on 07/26/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:                                                                                          (1094220140)

EXHIBIT 1

1

 **AIA** Document G703™ – 1992

## Continuation Sheet

AIA Document, G702™–1992, Application and Certification for Payment, or G736™–2009,
Project Application and Project Certificate for Payment, Construction Manager as Adviser Edition,
containing Contractor's signed certification is attached.
In tabulations below, amounts are in US dollars.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO: 001

APPLICATION DATE: 07/31/2012

PERIOD TO: 07/31/2012

ARCHITECT'S PROJECT NO: SSE-12-013

**EXHIBIT 1**

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 1 | Mobilization | 2,000.00 | 0.00 | 2,000.00 | 0.00 | 2,000.00 | 100.00 % | 0.00 | 0.00 |
| 2 | Project Superintendent | 48,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 48,000.00 | 0.00 |
| 3 | Project Management | 10,000.00 | 0.00 | 1,156.23 | 0.00 | 1,156.23 | 11.56 % | 8,843.77 | 0.00 |
| 4 | Rental of Temporary Facilities, Equipment, etc. | 9,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 9,000.00 | 0.00 |
| 5 | Other General Conditions Costs | 3,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 3,000.00 | 0.00 |
| 6 | Travel | 12,000.00 | 0.00 | 115.23 | 0.00 | 115.23 | 0.96 % | 11,884.77 | 0.00 |
| 7 | General Liability Insurance | 4,904.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 4,904.00 | 0.00 |
| 8 | Builder's Risk Insurance | 1,840.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,840.00 | 0.00 |
| 9 | Casual Labor | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,000.00 | 0.00 |
| 10 | Final Cleaning | 1,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,800.00 | 0.00 |
| 11 | Debris Removal | 3,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 3,500.00 | 0.00 |
| 12 | Surveying & Staking | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,000.00 | 0.00 |
| 13 | Site Utilities | 17,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 17,500.00 | 0.00 |
| 14 | Foundation 12" thick | 140,000.00 | 0.00 | 40,300.00 | 0.00 | 40,300.00 | 28.79 % | 99,700.00 | 0.00 |
| 15 | Concrete Paving & Curbs | 71,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 71,000.00 | 0.00 |
| 16 | Mezzanines | 3,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 3,800.00 | 0.00 |
| 17 | Concrete Staining | 18,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 18,000.00 | 0.00 |

AIA Document G703™ – 1992. Copyright © 1963, 1965, 1966, 1967,1970, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:46:40 on 07/26/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes: (1781744710)

1

SBS 0487

EXHIBIT 1

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 18 | Masonry - CMU | 51,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 51,000.00 | 0.00 |
| 19 | Masonry - Stone | 44,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 44,000.00 | 0.00 |
| 20 | Misc Metals | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,000.00 | 0.00 |
| 21 | Rough Carpentry | 8,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 8,000.00 | 0.00 |
| 22 | Cabinets & Millwork | 14,150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 14,150.00 | 0.00 |
| 23 | Finish Carpentry | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,500.00 | 0.00 |
| 24 | Cedar Plank Cladding | 24,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 24,000.00 | 0.00 |
| 25 | Insulation & Fire stopping | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 2,500.00 | 0.00 |
| 26 | Caulking & Sealants | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 2,500.00 | 0.00 |
| 27 | MetalDoors & Hardware | 3,600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 3,600.00 | 0.00 |
| 28 | Storefront / Windows | 4,520.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 4,520.00 | 0.00 |
| 29 | Wood Doors & Hardware | 1,300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,300.00 | 0.00 |
| 30 | Overhead Door-14' | 3,250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 3,250.00 | 0.00 |
| 31 | Metal Stud / Drywall System | 5,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 5,000.00 | 0.00 |
| 32 | Paint | 17,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 17,500.00 | 0.00 |
| 33 | Suspended Ceilings | 6,300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 6,300.00 | 0.00 |
| 34 | Ceramic Tile | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 2,500.00 | 0.00 |
| 35 | Carpet & Cove Base | 5,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 5,000.00 | 0.00 |
| 36 | Fire Extinguishers & Cabinets | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,000.00 | 0.00 |
| 37 | Toilet Accessories | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,500.00 | 0.00 |
| 38 | Metal Building - Including Hangar Doors | 353,203.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 353,203.00 | 0.00 |
| 39 | Stairs | 6,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 6,000.00 | 0.00 |
| 40 | Plumbing | 54,750.00 | 0.00 | 19,000.00 | 0.00 | 19,000.00 | 34.70 % | 35,750.00 | 0.00 |

AIA Document G703™ – 1992. Copyright © 1963, 1965, 1966, 1967,1970, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:46:40 on 07/26/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:     * (1781744710)

2

SBS 0488

EXHIBIT 1

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 41 | HVAC | 28,437.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 28,437.00 | 0.00 |
| 42 | Big Ass Fans | 15,600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 15,600.00 | 0.00 |
| 43 | Electrical | 128,800.00 | 0.00 | 19,180.00 | 0.00 | 19,180.00 | 14.89 % | 109,620.00 | 0.00 |
| 44 | Contractor's Fee | 90,820.00 | 0.00 | 6,539.04 | 0.00 | 6,539.04 | 7.20 % | 84,280.96 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 0.00 | 0.00 |
| | GRAND TOTAL | $1,226,074.00 | $0.00 | $88,290.50 | $0.00 | $88,290.50 | 7.20 % | $1,137,783.50 | $0.00 |

SBS 0489

AIA Document G703™ – 1992. Copyright © 1963, 1965, 1966, 1967,1970, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:46:40 on 07/26/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes: (1781744710)

3

## CONTRACTOR RELEASE FORM
## CONDITIONAL WAIVER AND RELEASE UPON PAYMENT

Upon receipt by Select Building Systems, Inc. of a check from the Owner in the sum of **Seventy-nine Thousand Four Hundred Sixty-one & 45/100** Dollars ($ 79,461.45 ) payable to Select Building Systems, Inc., and when the check has been properly endorsed and has been paid by the bank upon which it is drawn, this document becomes effective to release any mechanic's lien, any state or federal statutory bond right, any private bond right, any claim for payment and any rights under any similar ordinance, rule or statute related to claim or payments rights for persons in the undersigned's position, that the undersigned has on the job of Los Cerritos Hangar located at County Road 410, Uvalde, TX to the following extent. This release covers a complete payment for labor, services, equipment, and/or materials furnished to the job site or to Select Building Systems, Inc. or one of its subcontractors or suppliers through July 31, 2012 only, and does not cover any retention or items furnished after said date.

Before any recipient of the document relies on it, said party should verify evidence of payment to the undersigned.

The undersigned warrants that he either has already paid or will use the monies he receives from this payment to promptly pay in full all of his laborers, subcontractors, materialmen and suppliers for all work, materials, equipment and/or services provided for or to the above referenced project up to the date of this waiver.

Date: 7/27/12

Select Building Systems, Inc.
(Company Name)

By:

David L. Morgan,
Title: Executive Vice President

The above person has personally appeared before me on this date, and is known to me as an officer or owner of the corporation or business referred to above, and I have witnessed his signature.

Name of Notary: John C. Maywald

Notary Signature:

Date: 7-27-12

Place Notary Seal Here:

JOHN C. MAYWALD
MY COMMISSION EXPIRES
November 27, 2015

SBS 0490

**EXHIBIT 1**

# REQUEST FOR PAYMENT

| From: | Select Building Systems, Inc.<br>P. O. Box 780849<br>San Antonio, TX  78278-0849 | To: | Tri-Bar Ranch Company, Ltd.<br>10101 Reunion Place, Ste 1000<br>San Antonio, TX  78216 | Invoice: 137800001<br>Invoice: 137800001<br>Invoice date: 7/31/2012<br>Period ending date: 7/31/2012 |

**Contract For:**

**Request for payment:**

| | | | |
|---|---|---|---|
| Original contract amount | $1,226,074.00 | | |
| Approved changes | $0.00 | | Project:  1378 |
| Revised contract amount | | $1,226,074.00 | Los Cerritos Hanaer |
| Contract completed to date | | $88,290.50 | Contract date:  5/17/2012 |
| Add-ons to date | $0.00 | | |
| Taxes to date | $0.00 | | |
| Less retainage | $8,829.05 | | Architect: |
| Total completed less retainage | | $79,461.45 | Scope: |
| Less previous requests | $0.00 | | |
| Current request for payment | | $79,461.45 | |
| Current billing | | $88,290.50 | |
| Current additional charges | $0.00 | | |
| Current tax | $0.00 | | |
| Less current retainage | $8,829.05 | | |
| Current amount due | | $79,461.45 | |
| Remaining contract to bill | $1,146,612.55 | | |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Changes approved in previous months by Owner | | |
| Total approved this Month | | |
| TOTALS | | |
| NET CHANGES by Change Order | | |

I hereby certify that the work performed and the materials supplied to date, as shown on the above represent the actual value of the accomplishment under the terms of the Contract (and all authorized changes thereof) between the undersigned and the Tri-Bar Ranch Company, Ltd. relating to the above referenced project. I also certify that the contractor has paid all amounts previously billed and paid by the owner.

CONTRACTOR:    Select Building Systems, Inc.          State Of Texas          . County Of Kendall

By: _____          Subscribed and sworn to before me this _____ day of _____,_____

Date: _____          Notary Public
                                              My commission expires: _____

SBS 0491

Los Cerritos Hangar
Cost Worksheet                                                      Draw on AIA forms (3 Originals)

| Phase Code | SOV Item # | | Budget | Change Orders | Revised Budget | Total Costs To-Date | Draw # 1 Costs |
|---|---|---|---|---|---|---|---|
| 15-400 | 40 | Plumbing | 54,750.00 | | 54,750.00 | 19,000.00 | 19,000.00 |
| 15-500 | 41 | HVAC | 28,437.00 | | 28,437.00 | | 0.00 |
| 11-999 | 42 | Big Ass Fans | 15,600.00 | | 15,600.00 | | 0.00 |
| 16-010 | 43 | Electrical | 128,800.00 | | 128,800.00 | 19,180.00 | 19,180.00 |
| | 44 | Contractor's Fee | 90,820.00 | | 90,820.00 | 6,539.04 | 6,539.04 |
| | | TOTALS | $1,226,074.00 | $0.00 | $1,226,074.00 | $88,290.50 | $88,290.50 |
| | | Percent of Cost Complete | | | $1,135,254.00 | $81,751.46 | 7.20% |

EXHIBIT 1

SBS 0503

# REQUEST FOR PA\_\_NT DETAIL

Project: 1378 / Los Cerritos Hanger     Invoice: 137800001     Invoice: 137800001     Period Ending Date: 7/31/2012     Page 2 of 3 Pages

| Item ID | Description | Total Contract Amount | Previously Completed Work | Work Completed This Period | Completed To Date | % Comp | Retainage Balance |
|---|---|---|---|---|---|---|---|
| 1 | Mobilization | 2,000.00 | | 2,000.00 | 2,000.00 | 100.00 | 200.00 |
| 2 | Project Superintendent | 48,000.00 | | | | | |
| 3 | Project Management | 10,000.00 | | 1,156.23 | 1,156.23 | 11.56 | 115.62 |
| 4 | Temporary Facilities/Equipment | 9,000.00 | | | | | |
| 5 | Other General Conditions | 3,000.00 | | | | | |
| 6 | Travel | 12,000.00 | | 115.23 | 115.23 | 0.96 | 11.52 |
| 7 | General Liability Insurance | 4,904.00 | | | | | |
| 8 | Builder's Risk Insurance | 1,840.00 | | | | | |
| 9 | Casual Labor | 1,000.00 | | | | | |
| 10 | Final Cleaning | 1,800.00 | | | | | |
| 11 | Debris Removal | 3,500.00 | | | | | |
| 12 | Surveying & Staking | 1,000.00 | | | | | |
| 13 | Site Utilities | 17,500.00 | | | | | |
| 14 | Foundation - 12" Thick | 140,000.00 | | 40,300.00 | 40,300.00 | 28.79 | 4,030.00 |
| 15 | Concrete Paving & Curbs | 71,000.00 | | | | | |
| 16 | Mezzanines | 3,800.00 | | | | | |
| 17 | Concrete Staining | 18,000.00 | | | | | |
| 18 | Masonry - CMU | 51,000.00 | | | | | |
| 19 | Masonry - Stone | 44,000.00 | | | | | |
| 20 | Misc Metals | 1,000.00 | | | | | |
| 21 | Rough Carpentry | 8,000.00 | | | | | |
| 22 | Cabinets & Millwork | 14,150.00 | | | | | |
| 23 | Finish Carpentry | 1,500.00 | | | | | |
| 24 | Cedar Plank Cladding | 24,000.00 | | | | | |
| 25 | Insulation & Fire Stopping | 2,500.00 | | | | | |
| 26 | Caulking & Sealants | 2,500.00 | | | | | |
| 27 | Metal Doors & Hardware | 3,600.00 | | | | | |
| 28 | Storefront & Windows | 4,520.00 | | | | | |
| 29 | Wood Doors & Hardware | 1,300.00 | | | | | |
| 30 | Overhead Door - 14' | 3,250.00 | | | | | |
| 31 | Metal Stud & Drywall System | 5,000.00 | | | | | |
| 32 | Paint | 17,500.00 | | | | | |
| 33 | Suspended Ceilings | 6,300.00 | | | | | |

EXHIBIT 1

SBS 0492

Project: 1378 / Los Cerritos Hanger        Invoice: 137800001        Invoice: 137800001        Period Ending Date: 7/31/2012        Page 3 of 3 Pages

| Item ID | Description | Total Contract Amount | Previously Completed Work | Work Completed This Period | Completed To Date | % Comp | Retainage Balance |
|---------|-------------|----------------------|---------------------------|----------------------------|-------------------|--------|-------------------|
| 34 | Ceramic Tile | 2,500.00 | | | | | |
| 35 | Carpet & Cove Base | 5,000.00 | | | | | |
| 36 | Fire Extinguishers & Cabinets | 1,000.00 | | | | | |
| 37 | Toilet Accessories | 1,500.00 | | | | | |
| 38 | Metal Building & Hangar Doors | 353,203.00 | | | | | |
| 39 | Stairs | 6,000.00 | | | | | |
| 40 | Plumbing | 54,750.00 | | 19,000.00 | 19,000.00 | 34.70 | 1,900.00 |
| 41 | HVAC | 28,437.00 | | | | | |
| 42 | Big Ass Fans | 15,600.00 | | | | | |
| 43 | Electrical | 128,800.00 | | 19,180.00 | 19,180.00 | 14.89 | 1,918.00 |
| 44 | Contractor's Fee | 90,820.00 | | 6,539.04 | 6,539.04 | 7.20 | 653.91 |

**EXHIBIT 1**

SBS 0493

| | Totals | 1,226,074.00 | | 88,290.50 | 88,290.50 | 7.20 | 8,829.05 |
|--|--------|--------------|--|-----------|-----------|------|----------|

# 鬥 S B S

CONSTRUCTION ● DEVELOPMENT

P.O. Box 780849
San Antonio, TX 78278-0849

Tri-Bar Ranch Company, Ltd.

Los Cerritos Hangar
County Road 410
Uvalde, TX

Draw. # 1
July 31, 2012

Schedule of Value
Item # 14

Foundation 12" Thick
$ 40,300.00

**EXHIBIT 1**

EXHIBIT D-1

APPLICATION AND CERTIFICATE FOR PAYMENT

TO:      SELECT BUILDING SYSTEMS, INC.
         P.O. BOX 780649
         SAN ANTONIO, TEXAS 78278-0649

FROM:    Ace Concrete Co
         851 S. IH 35
         Suite M
         New Braunfels TX 78130

PROJECT: Los Cerritos Hanger

DATE: July 25, 2012    Draw # or Invoice # ___21891___

1.  ORIGINAL CONTRACT AMOUNT . . . . . . . . $ 211,550.⁰⁰
2.  NET CHANGE BY CHANGE ORDERS. . . . . . . $ — 0 —
3.  CONTRACT SUM TO DATE . . . . . . . . . . $ 211550 —
4.  TOTAL COMPLETED TO DATE. . . . . . . . . $ 40300⁰⁰
5.  LESS 10% RETAINAGE . . . . . . . . . . . $( 4030⁰⁰ )
6.  LESS PREVIOUS NET REQUESTS . . . . . . . $( — 0 — )
7.  NET. . . . . . . . . . . . . . . . . . . $ 36,270⁰⁰

8.  GROSS AMOUNT THIS DRAW . . . . . . . . . $ 40300⁰⁰
9.  LESS 10% RETAINAGE . . . . . . . . . . . $( 4030 — )
10. NET DUE THIS DRAW. . . . . . . . . . . . $ 36270⁰⁰

SIGNATURE: _____
DESCRIPTION OF WORK: Trench, forms, tie rebar,
Rebar and Poly

```
         FOR SBS USE ONLY

Commitment # 2236
Job #       SBS 1378
Phase 03-300   Cat 304
Amount      40,300
Retainage   10%
SBS Draw #  1
Approval
```

EXHIBIT 1

**SBS**

CONSTRUCTION  •  DEVELOPMENT

P.O. Box 780849
San Antonio, TX 78278-0849

Tri-Bar Ranch Company, Ltd.

Los Cerritos Hangar
County Road 410
Uvalde, TX

Draw # 1
July 31, 2012

Schedule of Value
Item # 40

Plumbing
$ 19,000.00

SBS 0496

17 Scenic Loop Rd., Boerne, TX  78006
830.981.5929   Phone                  Fax   830.981.5308

**EXHIBIT 1**

EXHIBIT "D-1"

APPLICATION AND CERTIFICATE FOR PAYMENT

TO:    SELECT BUILDING SYSTEMS, INC.
        P.O. BOX 780849
        SAN ANTONIO, TEXAS 78278-0849

FROM:   _Texas Star Plbc. Inc_
        (name)
        _1115 Spring Rd._
        (street address)
        _Pipe Creek, TX. 78063_
        (city, state, zip)

PROJECT: _Los Cerritos Hanger_

DATE: _7/23/12_    Draw # or Invoice # _001_

1.   ORIGINAL CONTRACT AMOUNT . . . . . . . . . $ _54,750.00_
2.   NET CHANGE BY CHANGE ORDERS. . . . . . . $ _0_
3.   CONTRACT SUM TO DATE . . . . . . . . . . . $ _54,750.00_
4.   TOTAL COMPLETED TO DATE. . . . . . . . . . $ _19,000.00_
5.   LESS 10% RETAINAGE . . . . . . . . . . . . $( _- 1,900.00_ )
6.   LESS PREVIOUS NET REQUESTS . . . . . . . . $( _0_ )
7.   NET. . . . . . . . . . . . . . . . . . . . $ _17,100.00_

8.   GROSS AMOUNT THIS DRAW . . . . . . . . . . $ _19,000.00_
9.   LESS 10% RETAINAGE . . . . . . . . . . . . $( _1,900.00_ )
10.  NET DUE THIS DRAW. . . . . . . . . . . . . $ _17,100.00_

SIGNATURE: _[signature]_
DESCRIPTION OF WORK: _Under Ground Rough-in_
_Complete. Trench Drains Furnished_
_Value - $7,900.00_

| FOR SBS USE ONLY |
|---|
| Commitment # _2241_ |
| Job # _1378_ |
| Phase _15-400_ Cat. _Sub_ |
| Amount _19,000.00_ |
| Retainage _10%_ |
| SBS Draw # _1_ |
| Approval _[signature]_ |

SBS 0497

**EXHIBIT 1**

# CONTINUATION SHEET

Exhibit "D-2"

**EXHIBIT 1**

| SOV ITEM # | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | TOTAL COMPLETED TO DATE | % COMPLETE | BALANCE TO FINISH | RETAINAGE |
|---|---|---|---|---|---|---|---|---|
| | | | FROM PREVIOUS APPLICATIONS | THIS PERIOD | | | | |
| | Underground Road | 19,000.00 | Ø | 19,000.00 | $ 19,000.00 | 35% | 35,750.00 | 19,000.00 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | TOTALS | | | | | | | |

APPLICATION FOR PAYMENT - CONTINUATION SHEET

Page 20 of 24 of Select Building Systems, Inc. Subcontract

SBS 0498

Tri-Bar Ranch Company, Ltd.


Los Cerritos Hangar
County Road 410
Uvalde, TX


Draw # 1
July 31, 2012


Schedule of Value
Item # 43


Electrical
$ 19,180.00

**EXHIBIT 1**

Application and Certificate for Payment

To :   SBS Construction Inc.          Project:   **Los Cerritos Hanger**       Application No:            1
       17 Scenic Loop Rd
       Boerne, TX 78006                                                        Period To:          07/31/12

From :  Robertson Electric, Inc.      Via (Architect):                        Arch Project No:           0
        231 Derrick Dr.                                                       GC Project No:        C12-124
        Humble, TX 77338
        (281) 441-1304

Contract For:        $128,800.00                                              Contract Date:       5-Feb-06

Contractors Application for Payment

| Change Order Summary | | |
|---|---|---|
| Change Orders Approved In | Additions | Deductions |
| Previous Months By Owner | | |
| Total | 0.00 | 0 |
| Approved This Month | | |
| Number | Date Approved | |
| | Pending | 0.00 |
| | | |
| | Totals | 0.00 | 0 |
| Net Change By Change Orders | 0.00 | 0.00 |

Application is made for payment, as shown below, in connection with the contract Continuation sheet attached.

1. Original Contract Sum........................................................ $128,800.00
2. Net Change by Change Orders......................................... $0.00
3. Contract Sum To Date (line 1 +/- 2)............................... $128,800.00
4. Total Completed and Stored To Date............................... $19,180.00
   (Column G)
5. Retainage:
   a. 10.0% of completed work          $1,918.00
      (Column D + E)
   b. 0.15% of stored materials        $0.00
      (Column F)
   Total Retainage (Line 5a + 5b or
      Total in Column I)....................................................... $1,918.00
6. Total Earned Less Retainage......................................... $17,262.00
   (Line 4 less line 5 total)
7. Less Previous Billed.................................................... $0.00

8. Current Payment Due ................................................... $17,262.00
9. Balance to Finish Plus Retainage.................................. $111,538.00

| AMOUNT DUE THIS REQUEST (Line 8) | $17,262.00 |
|---|---|

CERTIFICATE OF THE SUBCONTRACTOR: I hereby certify that the work performed and the materials supplied to date, as shown on the above, represent the actual value of accomplishment under the terms of the Contract (and all authorized changes thereto) between the undersigned and SBS Construction, Inc. relating to the above referenced project.

I also certify that payments, less applicable retention, have been made through the period covered by previous payment received from the contractor, to (1) all my subcontractors (sub-contractors) and (2) for all materials and labor used in or in connection with the performance of the Contract. I further certify I have complied with Federal, State, and Local laws, including Social Security laws and Unemployment compensation laws and Workmen's Compensation Laws insofar as applicable to the performance of this Contract.

Conditioned only upon payment of the amount of this request, and in order to induce such payment, the undersigned does hereby waive, release, and relinquish all claim or right of lien which the undersigned may now have upon the premises above described, and undersigned further promises to indemnify and hold harm-less the Owner and Contractor from any liens or, claims of lien of any and all parties for the furnishing of labor, materials or services .. ... project for, by or through the undersigned, or any of its subcontra .. .. .. suppliers through and including the date of this request.

Robertson Electric, Inc.
Subcontractor

By: _____        Date:        7/20/2012
    Jarrod Robertson / President

State of TX       County of Harris
Subscribed and sworn before me this ___th day of _____, _____

Notary Public:_____

My Commission expires:_____

SBS 0500

EXHIBIT 1

**Robertson Electric, Inc.**
231 Derrick Dr.
Humble, TX 77338
281-441-1304

Application and Certificate for Payment
Contractor's signed certificate is attached.
In tabulations below, amount are stated to the nearest dollar.

**Los Cerritos Hanger**
Project No.
C12-124

Application No: 1
Application Date: 07/20/12
Period To: 07/31/12
Architects Project No:

| A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| Item | Description of Work | Schedule Value | Work Completed (D+E) | | Material Presently Stored | Total Completed And Stored To Date | Per - % (G/C) | Balance To Finish | Retainage |
| | | | From Previous Applications | This Period | | | | | |
| 1 | Insurance/Mobilization/Submittal | $12,800 | 0.00 | 7,680.00 | | 7,680 | 60% | 5,120 | 768 |
| 2 | Slab Rough-in | $11,500 | 0.00 | 11,500.00 | | 11,500 | 100% | 0 | 1,150 |
| 3 | Distribution/Feeders | $13,000 | 0.00 | 0.00 | | 0 | 0% | 13,000 | 0 |
| 4 | UG Service Conduit | $5,000 | 0.00 | 0.00 | | 0 | 0% | 5,000 | 0 |
| 5 | Light Fixture/Install | $32,000 | 0.00 | 0.00 | | 0 | 0% | 32,000 | 0 |
| 6 | Gear/Equipment install | $14,000 | 0.00 | 0.00 | | 0 | 0% | 14,000 | 0 |
| 7 | Branch Conduit and Wire | $37,000 | 0.00 | 0.00 | | 0 | 0% | 37,000 | 0 |
| 8 | Temporary Power | $2,500 | 0.00 | 0.00 | | 0 | 0% | 2,500 | 0 |
| 9 | Device Trim Out | $1,000 | 0.00 | 0.00 | | 0 | 0% | 1,000 | 0 |
| 10 | | $0 | 0.00 | 0.00 | | 0 | 0% | 0 | 0 |
| 11 | | $0 | 0.00 | 0.00 | | 0 | 0% | 0 | 0 |
| | | $0 | 0.00 | 0.00 | | 0 | 0% | 0 | 0 |
| 29 | TOTAL | $128,800 | 0.00 | 19,180.00 | 0.00 | 19,180 | 15% | 109,620 | 1,918 |

Submitted By:

Title: Jerod Robertson
Robertson Electric, Inc.

Date: 7/20/2012

EXHIBIT 1

SBS 0501

Los Cerritos Hangar
Cost Worksheet                                                      Draw on AIA forms (3 Originals)

| Phase Code | SOV Item # | | Budget | Change Orders | Revised Budget | Total Costs To-Date | Draw # 1 Costs |
|---|---|---|---|---|---|---|---|
| | 1 | Mobilization | 2,000.00 | | 2,000.00 | | 0.00 |
| 01-041 | 2 | Project Superintendent | 48,000.00 | | 48,000.00 | | 0.00 |
| 01-012 | 3 | Project Management | 10,000.00 | | 10,000.00 | 3,156.23 | 3,156.23 |
| 01-500 RE / TPE | 4 | Rental of Temporary Facilities, Equipment, etc. | 9,000.00 | | 9,000.00 | | 0.00 |
| 01-500 EXP | 5 | Other General Conditions Costs | 3,000.00 | | 3,000.00 | | 0.00 |
| 17-001 | 6 | Travel | 12,000.00 | | 12,000.00 | 115.23 | 115.23 |
| 01-760 GL | 7 | General Liability Insurance | 4,904.00 | | 4,904.00 | | 0.00 |
| 01-760 BR | 8 | Builder's Risk Insurance | 1,840.00 | | 1,840.00 | | 0.00 |
| 01-545 CL | 9 | Casual Labor | 1,000.00 | | 1,000.00 | | 0.00 |
| 01-710 SUB | 10 | Final Cleaning | 1,800.00 | | 1,800.00 | | 0.00 |
| 01-545 DEB | 11 | Debris Removal | 3,500.00 | | 3,500.00 | | 0.00 |
| 01-330 | 12 | Surveying & Staking | 1,000.00 | | 1,000.00 | | 0.00 |
| 02-732 SAN / 02-665 FIR | 13 | Site Utilities | 17,500.00 | | 17,500.00 | | 0.00 |
| 03-300 FOU | 14 | Foundation 12" thick | 140,000.00 | | 140,000.00 | 40,300.00 | 40,300.00 |
| 02-520 PAV | 15 | Concrete Paving & Curbs | 71,000.00 | | 71,000.00 | | 0.00 |
| 03-300 MEZ | 16 | Mezzanines | 3,800.00 | | 3,800.00 | | 0.00 |
| 03-300 STN | 17 | Concrete Staining | 18,000.00 | | 18,000.00 | | 0.00 |
| 04-001 CMU | 18 | Masonry - CMU | 51,000.00 | | 51,000.00 | | 0.00 |
| 04-001 STO | 19 | Masonry - Stone | 44,000.00 | | 44,000.00 | | 0.00 |
| 05-500 | 20 | Misc Metals | 1,000.00 | | 1,000.00 | | 0.00 |
| 06-110 | 21 | Rough Carpentry | 8,000.00 | | 8,000.00 | | 0.00 |
| 06-410 | 22 | Cabinets & Millwork | 14,150.00 | | 14,150.00 | | 0.00 |
| 06-200 | 23 | Finish Carpentry | 1,500.00 | | 1,500.00 | | 0.00 |
| 06-115 | 24 | Cedar Plank Cladding | 24,000.00 | | 24,000.00 | | 0.00 |
| 07-200 | 25 | Insulation & Fire stopping | 2,500.00 | | 2,500.00 | | 0.00 |
| 07-900 | 26 | Caulking & Sealants | 2,500.00 | | 2,500.00 | | 0.00 |
| 08-101 | 27 | Metal Doors & Hardware | 3,600.00 | | 3,600.00 | | 0.00 |
| 08-410 | 28 | Storefront / Windows | 4,520.00 | | 4,520.00 | | 0.00 |
| 08-201 | 29 | Wood Doors & Hardware | 1,300.00 | | 1,300.00 | | 0.00 |
| 08-331 | 30 | Overhead Door-14' | 3,250.00 | | 3,250.00 | | 0.00 |
| 09-111 | 31 | Metal Stud / Drywall System | 5,000.00 | | 5,000.00 | | 0.00 |
| 09-900 | 32 | Paint | 17,500.00 | | 17,500.00 | | 0.00 |
| 09-511 | 33 | Suspended Ceilings | 6,300.00 | | 6,300.00 | | 0.00 |
| 09-301 | 34 | Ceramic Tile | 2,500.00 | | 2,500.00 | | 0.00 |
| 09-680 | 35 | Carpet & Cove Base | 5,000.00 | | 5,000.00 | | 0.00 |
| 10-522 | 36 | Fire Extinguishers & Cabinets | 1,000.00 | | 1,000.00 | | 0.00 |
| 10-800 | 37 | Toilet Accessories | 1,500.00 | | 1,500.00 | | 0.00 |
| 13-121 | 38 | Metal Building - Including Hangar Doors | 353,203.00 | | 353,203.00 | | 0.00 |
| 05-510 | 39 | Stairs | 6,000.00 | | 6,000.00 | | 0.00 |

SBS 0502

EXHIBIT 1

# DEFENDANT'S EXHIBIT
# 2

 **AIA** Document G702™ – 1992

## Application and Certificate for Payment

| | | | | |
|---|---|---|---|---|
| TO OWNER: | Tr-Bar Ranch Company, Ltd.<br>10101 Reunion Place, Ste 1000<br>San Antonio, TX 78216 | PROJECT: | Los Cerritos Hanger<br>County Road 410<br>Uvalde, TX | APPLICATION NO: 002 |
| FROM<br>CONTRACTOR: | Select Building Systems, Inc.<br>17 Scenic Loop Rd.<br>Boerne, TX 78006 | VIA<br>ARCHITECT: | John Grable Architects, Inc.<br>222 Austin Hwy.<br>San Antonio, TX 78209 | |

APPLICATION NO: 002

PERIOD TO: August 31, 2012

CONTRACT FOR: General Construction

CONTRACT DATE: May 03, 2012

PROJECT NOS: SSE / 12 / 013

Distribution to:
OWNER:
ARCHITECT: X
CONTRACTOR: X
FIELD:
OTHER:

EXHIBIT 2

### CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM ............................................... $ 1,226,074.00
2. NET CHANGE BY CHANGE ORDERS ............................ $ 0.00
3. CONTRACT SUM TO DATE (Line 1 ± 2) ..................... $ 1,226,074.00
4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) ......... $ 208,852.32
5. RETAINAGE:
   a. 10 % of Completed Work
      (Column D + E on G703)            $ 20,885.23 ·
   b. 0 % of Stored Material
      (Column F on G703)               $ - 0.00
   Total Retainage (Lines 5a + 5b or Total in Column I of G703) ........... $ 20,885.23
6. TOTAL EARNED LESS RETAINAGE ..................................... $ 187,967.09
   (Line 4 Less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT ................. $ 79,461.45
   (Line 6 from prior Certificate)
8. CURRENT PAYMENT DUE .................................................. | $ 108,505.64 |
9. BALANCE TO FINISH, INCLUDING RETAINAGE
   (Line 3 less Line 6)              $ 1,038,106.91

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $ 0.00 | $ 0.00 |
| Total approved this Month | $ 0.00 | $ 0.00 |
| TOTALS | $ 0.00 | $ 0.00 |
| NET CHANGES by Change Order | $ | 0.00 |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _____  Date: 9/7/12

State of: Texas

County of: Kendall

Subscribed and sworn to before
me this 7th day of September 2012

Notary Public: _____
My Commission expires: 11-27-2015

JOHN C. MAYWALD
MY COMMISSION EXPIRES
November 27, 2015

### ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ............................................................ $ _____
(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)

ARCHITECT:

By: _____  Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

SBS 0504

AIA Document G702™ – 1992. Copyright © 1953, 1963, 1965, 1971, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 10:26:10 on 09/07/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes: (1132081237)

1

 **Document G703™ – 1992**

## Continuation Sheet

AIA Document, G702™–1992, Application and Certification for Payment, or G736™–2009,
Project Application and Project Certificate for Payment, Construction Manager as Adviser Edition,
containing Contractor's signed certification is attached.
In tabulations below, amounts are in US dollars.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO: 002
APPLICATION DATE: 08/31/2012
PERIOD TO: 08/31/2012
ARCHITECT'S PROJECT NO: SSE-12-013

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 1 | Mobilization | 2,000.00 | 2,000.00 | 0.00 | 0.00 | 2,000.00 | 100.00 % | 0.00 | 0.00 |
| 2 | Project Superintendent | 48,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 48,000.00 | 0.00 |
| 3 | Project Management | 10,000.00 | 1,156.23 | 3,491.55 | 0.00 | 4,647.78 | 46.48 % | 5,352.22 | 0.00 |
| 4 | Rental of Temporary Facilities, Equipment, etc. | 9,000.00 | 0.00 | 351.81 | 0.00 | 351.81 | 3.91 % | 8,648.19 | 0.00 |
| 5 | Other General Conditions Costs | 3,000.00 | 0.00 | 417.92 | 0.00 | 417.92 | 13.93 % | 2,582.08 | 0.00 |
| 6 | Travel | 12,000.00 | 115.23 | 624.91 | 0.00 | 740.14 | 6.17 % | 11,259.86 | 0.00 |
| 7 | General Liability Insurance | 4,904.00 | 0.00 | 4,904.00 | 0.00 | 4,904.00 | 100.00 % | 0.00 | 0.00 |
| 8 | Builder's Risk Insurance | 1,840.00 | 0.00 | 188.82 | 0.00 | 188.82 | 10.26 % | 1,651.18 | 0.00 |
| 9 | Casual Labor | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,000.00 | 0.00 |
| 10 | Final Cleaning | 1,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,800.00 | 0.00 |
| 11 | Debris Removal | 3,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 3,500.00 | 0.00 |
| 12 | Surveying & Staking | 2,177.50 | 0.00 | 2,177.50 | 0.00 | 2,177.50 | 100.00 % | 0.00 | 0.00 |
| 13 | Site Utilities | 16,322.50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 16,322.50 | 0.00 |
| 14 | Foundation 12" thick | 140,000.00 | 40,300.00 | 99,380.00 | 0.00 | 139,680.00 | 99.77 % | 320.00 | 0.00 |
| 15 | Concrete Paving & Curbs | 71,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 71,000.00 | 0.00 |
| 16 | Mezzanines | 3,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 3,800.00 | 0.00 |
| 17 | Concrete Staining | 18,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 18,000.00 | 0.00 |

AIA Document G703™ – 1992. Copyright © 1963, 1965, 1966, 1967,1970, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 10:31:00 on 09/07/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes: (1516451631)

EXHIBIT 2

SBS 0505

EXHIBIT 2

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G÷C) | BALANCE TO FINISH (C-G) | RETAINAGE (IF VARIABLE RATE) |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D+E) | THIS PERIOD | | | | | |
| 18 | Masonry - CMU | 51,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 51,000.00 | 0.00 |
| 19 | Masonry - Stone | 44,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 44,000.00 | 0.00 |
| 20 | Misc Metals | 1,000.00 | 0.00 | 97.70 | 0.00 | 97.70 | 9.77 % | 902.30 | 0.00 |
| 21 | Rough Carpentry | 8,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 8,000.00 | 0.00 |
| 22 | Cabinets & Millwork | 14,150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 14,150.00 | 0.00 |
| 23 | Finish Carpentry | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,500.00 | 0.00 |
| 24 | Cedar Plank Cladding | 24,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 24,000.00 | 0.00 |
| 25 | Insulation & Fire stopping | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 2,500.00 | 0.00 |
| 26 | Caulking & Sealants | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 2,500.00 | 0.00 |
| 27 | MetalDoors & Hardware | 3,600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 3,600.00 | 0.00 |
| 28 | Storefront / Windows | 4,520.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 4,520.00 | 0.00 |
| 29 | Wood Doors & Hardware | 1,300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,300.00 | 0.00 |
| 30 | Overhead Door-14' | 3,250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 3,250.00 | 0.00 |
| 31 | Metal Stud / Drywall System | 5,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 5,000.00 | 0.00 |
| 32 | Paint | 17,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 17,500.00 | 0.00 |
| 33 | Suspended Ceilings | 6,300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 6,300.00 | 0.00 |
| 34 | Ceramic Tile | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 2,500.00 | 0.00 |
| 35 | Carpet & Cove Base | 5,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 5,000.00 | 0.00 |
| 36 | Fire Extinguishers & Cabinets | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,000.00 | 0.00 |
| 37 | Toilet Accessories | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,500.00 | 0.00 |
| 38 | Metal Building - Including Hangar Doors | 353,203.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 353,203.00 | 0.00 |
| 39 | Stairs | 6,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 6,000.00 | 0.00 |
| 40 | Plumbing | 54,750.00 | 19,000.00 | 0.00 | 0.00 | 19,000.00 | 34.70 % | 35,750.00 | 0.00 |

AIA Document G703™ – 1992. Copyright © 1963, 1965, 1966, 1967,1970, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 10:31:00 on 09/07/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes: (1516451631)

2

SBS 0506

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 41 | HVAC | 28,437.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 28,437.00 | 0.00 |
| 42 | Big Ass Fans | 15,600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 15,600.00 | 0.00 |
| 43 | Electrical | 128,800.00 | 19,180.00 | 0.00 | 0.00 | 19,180.00 | 14.89 % | 109,620.00 | 0.00 |
| 44 | Contractor's Fee | 90,820.00 | 6,539.04 | 8,927.61 | 0.00 | 15,466.65 | 17.03 % | 75,353.35 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 0.00 | 0.00 |
| | GRAND TOTAL | $1,226,074.00 | $88,290.50 | $120,561.82 | $0.00 | $208,852.32 | 17.03 % | $1,017,221.68 | $0.00 |

EXHIBIT 2

SBS 0507

AIA Document G703™ – 1992. Copyright © 1963, 1965, 1966, 1967,1970, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 10:31:00 on 09/07/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:                                                                                                                          (1516451631)

3

## CONTRACTOR RELEASE FORM
## CONDITIONAL WAIVER AND RELEASE UPON PAYMENT

Upon receipt by Select Building Systems, Inc. of a check from the Owner in the sum of
**One Hundred Eight Thousand Five Hundred Five & 64/100** Dollars ($ 108,505.64 ) payable to Select
Building Systems, Inc., and when the check has been properly endorsed and has been paid by the bank
upon which it is drawn, this document becomes effective to release any mechanic's lien, any state or
federal statutory bond right, any private bond right, any claim for payment and any rights under any
similar ordinance, rule or statute related to claim or payments rights for persons in the undersigned's
position, that the undersigned has on the job of Los Cerritos Hangar located at County Road 410,
Uvalde, TX to the following extent. This release covers a complete payment for labor, services,
equipment, and/or materials furnished to the job site or to Select Building Systems, Inc. or one of its
subcontractors or suppliers through August 31, 2012 only, and does not cover any retention or items
furnished after said date.

Before any recipient of the document relies on it, said party should verify evidence of payment to the
undersigned.

The undersigned warrants that he either has already paid or will use the monies he receives from this
payment to promptly pay in full all of his laborers, subcontractors, materialmen and suppliers for all work,
materials, equipment and/or services provided for or to the above referenced project up to the date of this
waiver.

Date: 9/7/12

Select Building Systems, Inc.
(Company Name)

By: 

David L. Morgan,
Title: Executive Vice President

The above person has personally appeared before me on this date, and is known to me as an officer or
owner of the corporation or business referred to above, and I have witnessed his signature.

Name of Notary: John C. Maywald

Notary Signature: 

Date: 9-7-12

Place Notary Seal Here:

JOHN C. MAYWALD
MY COMMISSION EXPIRES
November 27, 2015

SBS 0508

**EXHIBIT 2**

# REQUEST FOR PAYMENT

| From: | Select Building Systems, Inc.<br>P. O. Box 780849<br>San Antonio, TX 78278-0849 | To: | Tri-Bar Ranch Company, Ltd.<br>10101 Reunion Place, Ste 1000<br>San Antonio, TX 78216 | Invoice: 137800002<br>Invoice: 137800002<br>Invoice date: 8/31/2012<br>Period ending date: 8/31/2012 |

Contract For:

## Request for payment:

| | | |
|---|---|---|
| Original contract amount | $1,226,074.00 | |
| Approved changes | $0.00 | Project: 1378 |
| Revised contract amount | $1,226,074.00 | Los Cerritos Hanger |
| Contract completed to date | $208,852.32 | |
| Add-ons to date | $0.00 | Contract date: 5/17/2012 |
| Taxes to date | $0.00 | |
| Less retainage | $20,885.23 | Architect: |
| Total completed less retainage | $187,967.09 | Scope: |
| Less previous requests | $79,461.45 | |
| Current request for payment | $108,505.64 | |
| Current billing | $120,561.82 | |
| Current additional charges | $0.00 | |
| Current tax | $0.00 | |
| Less current retainage | $12,056.18 | |
| Current amount due | $108,505.64 | |
| Remaining contract to bill | $1,038,106.91 | |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Changes approved in previous months by Owner | | |
| Total approved this Month | 1,177.50 | -1,177.50 |
| TOTALS | 1,177.50 | -1,177.50 |
| NET CHANGES by Change Order | | |

I hereby certify that the work performed and the materials supplied to date, as shown on the above represent the actual value of the accomplishment under the terms of the Contract (and all authorized changes thereof) between the undersigned and the Tri-Bar Ranch Company, Ltd. relating to the above referenced project. I also certify that the contractor has paid all amounts previously billed and paid by the owner.

CONTRACTOR:     Select Building Systems, Inc.          State Of Texas          County Of Kendall

By: _____          Subscribed and sworn to before me this _____ day of_____,_____

Date: _____          Notary Public
                                                My commission expires:

SBS 0509



# REQUEST FOR PA⋯NT DETAIL



| Item ID | Description | Total Contract Amount | Previously Completed Work | Work Completed This Period | Completed To Date | % Comp | Retainage Balance |
|---|---|---|---|---|---|---|---|
| 1 | Mobilization | 2,000.00 | 2,000.00 | | 2,000.00 | 100.00 | 200.00 |
| 2 | Project Superintendent | 48,000.00 | | | | | |
| 3 | Project Management | 10,000.00 | 1,156.23 | 3,491.55 | 4,647.78 | 46.48 | 464.78 |
| 4 | Temporary Facilities/Equipment | 9,000.00 | | 351.81 | 351.81 | 3.91 | 35.18 |
| 5 | Other General Conditions | 3,000.00 | | 417.92 | 417.92 | 13.93 | 41.79 |
| 6 | Travel | 12,000.00 | 115.23 | 624.91 | 740.14 | 6.17 | 74.01 |
| 7 | General Liability Insurance | 4,904.00 | | 4,904.00 | 4,904.00 | 100.00 | 490.40 |
| 8 | Builder's Risk Insurance | 1,840.00 | | 188.82 | 188.82 | 10.26 | 18.88 |
| 9 | Casual Labor | 1,000.00 | | | | | |
| 10 | Final Cleaning | 1,800.00 | | | | | |
| 11 | Debris Removal | 3,500.00 | | | | | |
| 12 | Surveying & Staking | 2,177.50 | | 2,177.50 | 2,177.50 | 100.00 | 217.75 |
| 13 | Site Utilities | 16,322.50 | | | | | |
| 14 | Foundation - 12" Thick | 140,000.00 | 40,300.00 | 99,380.00 | 139,680.00 | 99.77 | 13,968.00 |
| 15 | Concrete Paving & Curbs | 71,000.00 | | | | | |
| 16 | Mezzanines | 3,800.00 | | | | | |
| 17 | Concrete Staining | 18,000.00 | | | | | |
| 18 | Masonry - CMU | 51,000.00 | | | | | |
| 19 | Masonry - Stone | 44,000.00 | | | | | |
| 20 | Misc Metals | 1,000.00 | | 97.70 | 97.70 | 9.77 | 9.77 |
| 21 | Rough Carpentry | 8,000.00 | | | | | |
| 22 | Cabinets & Millwork | 14,150.00 | | | | | |
| 23 | Finish Carpentry | 1,500.00 | | | | | |
| 24 | Cedar Plank Cladding | 24,000.00 | | | | | |
| 25 | Insulation & Fire Stopping | 2,500.00 | | | | | |
| 26 | Caulking & Sealants | 2,500.00 | | | | | |
| 27 | Metal Doors & Hardware | 3,600.00 | | | | | |
| 28 | Storefront & Windows | 4,520.00 | | | | | |
| 29 | Wood Doors & Hardware | 1,300.00 | | | | | |
| 30 | Overhead Door - 14' | 3,250.00 | | | | | |
| 31 | Metal Stud & Drywall System | 5,000.00 | | | | | |
| 32 | Paint | 17,500.00 | | | | | |
| 33 | Suspended Ceilings | 6,300.00 | | | | | |

EXHIBIT 2

SBS 0510

| Item ID | Description | Total Contract Amount | Previously Completed Work | Work Completed This Period | Completed To Date | % Comp | Retainage Balance |
|---|---|---|---|---|---|---|---|
| 34 | Ceramic Tile | 2,500.00 | | | | | |
| 35 | Carpet & Cove Base | 5,000.00 | | | | | |
| 36 | Fire Extinguishers & Cabinets | 1,000.00 | | | | | |
| 37 | Toilet Accessories | 1,500.00 | | | | | |
| 38 | Metal Building & Hangar Doors | 353,203.00 | | | | | |
| 39 | Stairs | 6,000.00 | | | | | |
| 40 | Plumbing | 54,750.00 | 19,000.00 | | 19,000.00 | 34.70 | 1,900.00 |
| 41 | HVAC | 28,437.00 | | | | | |
| 42 | Big Ass Fans | 15,600.00 | | | | | |
| 43 | Electrical | 128,800.00 | 19,180.00 | | 19,180.00 | 14.89 | 1,918.00 |
| 44 | Contractor's Fee | 90,820.00 | 6,539.04 | 8,927.61 | 15,466.65 | 17.03 | 1,546.67 |

SBS 0511

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Totals | 1,226,074.00 | 88,290.50 | 120,561.82 | 208,852.32 | 17.03 | 20,885.23 |

EXHIBIT 2

**Los Cerritos Hangar**

Cost Worksheet                                                                                    Draw on AIA forms (3 Originals)

| Phase Code | SOV Item # | | Budget | Reallocation Change Orders | Owner Change Orders | Revised Budget | Total Costs To-Date | 8/31/2012 Draw # 2 Costs |
|---|---|---|---|---|---|---|---|---|
| | 1 | Mobilization | 2,000.00 | | | 2,000.00 | 2,000.00 | 0.00 |
| 01-041 | 2 | Project Superintendent | 48,000.00 | | | 48,000.00 | | 0.00 |
| 01-012 | 3 | Project Management | 10,000.00 | | | 10,000.00 | 4,647.78 | 3,491.55 |
| 01-500 RE / TPE | 4 | Rental of Temporary Facilities, Equipment, etc. | 9,000.00 | | | 9,000.00 | 351.81 | 351.81 |
| 01-500 EXP | 5 | Other General Conditions Costs | 3,000.00 | | | 3,000.00 | 417.92 | 417.92 |
| 17-001 | 6 | Travel | 12,000.00 | | | 12,000.00 | 740.14 | 624.91 |
| 01-760 GL | 7 | General Liability Insurance | 4,904.00 | | | 4,904.00 | 4,904.00 | 4,904.00 |
| 01-760 BR | 8 | Builder's Risk Insurance | 1,840.00 | | | 1,840.00 | 188.82 | 188.82 |
| 01-545 CL | 9 | Casual Labor | 1,000.00 | | | 1,000.00 | | 0.00 |
| 01-710 SUB | 10 | Final Cleaning | 1,800.00 | | | 1,800.00 | | 0.00 |
| 01-545 DEB | 11 | Debris Removal | 3,500.00 | | | 3,500.00 | | 0.00 |
| 01-330 | 12 | Surveying & Staking | 1,000.00 | 1,177.50 | | 2,177.50 | 2,177.50 | 2,177.50 |
| 02-732 SAN / 02-665 FIR | 13 | Site Utilities | 17,500.00 | (1,177.50) | | 16,322.50 | | 0.00 |
| 03-300 FOU | 14 | Foundation 12" thick | 140,000.00 | | | 140,000.00 | 139,680.00 | 99,380.00 |
| 02-520 PAV | 15 | Concrete Paving & Curbs | 71,000.00 | | | 71,000.00 | | 0.00 |
| 03-300 MEZ | 16 | Mezzanines | 3,800.00 | | | 3,800.00 | | 0.00 |
| 03-300 STN | 17 | Concrete Staining | 18,000.00 | | | 18,000.00 | | 0.00 |
| 04-001 CMU | 18 | Masonry - CMU | 51,000.00 | | | 51,000.00 | | 0.00 |
| 04-001 STO | 19 | Masonry - Stone | 44,000.00 | | | 44,000.00 | | 0.00 |
| 05-500 | 20 | Misc Metals | 1,000.00 | | | 1,000.00 | 97.70 | 97.70 |
| 06-110 | 21 | Rough Carpentry | 8,000.00 | | | 8,000.00 | | 0.00 |
| 06-410 | 22 | Cabinets & Millwork | 14,150.00 | | | 14,150.00 | | 0.00 |
| 06-200 | 23 | Finish Carpentry | 1,500.00 | | | 1,500.00 | | 0.00 |
| 06-115 | 24 | Cedar Plank Cladding | 24,000.00 | | | 24,000.00 | | 0.00 |
| 07-200 | 25 | Insulation & Fire stopping | 2,500.00 | | | 2,500.00 | | 0.00 |
| 07-900 | 26 | Caulking & Sealants | 2,500.00 | | | 2,500.00 | | 0.00 |
| 08-101 | 27 | MetalDoors & Hardware | 3,600.00 | | | 3,600.00 | | 0.00 |
| 08-410 | 28 | Storefront / Windows | 4,520.00 | | | 4,520.00 | | 0.00 |
| 08-201 | 29 | Wood Doors & Hardware | 1,300.00 | | | 1,300.00 | | 0.00 |
| 08-331 | 30 | Overhead Door-14' | 3,250.00 | | | 3,250.00 | | 0.00 |
| 09-111 | 31 | Metal Stud / Drywall System | 5,000.00 | | | 5,000.00 | | 0.00 |
| 09-900 | 32 | Paint | 17,500.00 | | | 17,500.00 | | 0.00 |
| 09-511 | 33 | Suspended Ceilings | 6,300.00 | | | 6,300.00 | | 0.00 |
| 09-301 | 34 | Ceramic Tile | 2,500.00 | | | 2,500.00 | | 0.00 |
| 09-680 | 35 | Carpet & Cove Base | 5,000.00 | | | 5,000.00 | | 0.00 |
| 10-522 | 36 | Fire Extinguishers & Cabinets | 1,000.00 | | | 1,000.00 | | 0.00 |
| 10-800 | 37 | Toilet Accessories | 1,500.00 | | | 1,500.00 | | 0.00 |
| 13-121 | 38 | Metal Building - Including Hangar Doors | 353,203.00 | | | 353,203.00 | | 0.00 |
| 05-510 | 39 | Stairs | 6,000.00 | | | 6,000.00 | | 0.00 |
| 15-400 | 40 | Plumbing | 54,750.00 | | | 54,750.00 | 19,000.00 | 0.00 |

EXHIBIT 2

SBS 0512

Los Cerritos Hangar
Cost Worksheet        Draw on AIA forms (3 Originals)

| Phase Code | SOV Item # | | Budget | Reallocation Change Orders | Owner Change Orders | Revised Budget | Total Costs To-Date | 8/31/2012 Draw # 2 Costs |
|---|---|---|---|---|---|---|---|---|
| 15-500 | 41 | HVAC | 28,437.00 | | | 28,437.00 | | 0.00 |
| 11-999 | 42 | Big Ass Fans | 15,600.00 | | | 15,600.00 | | 0.00 |
| 16-010 | 43 | Electrical | 128,800.00 | | | 128,800.00 | 19,180.00 | 0.00 |
| | 44 | Contractor's Fee | 90,820.00 | | | 90,820.00 | 15,466.65 | 8,927.61 |
| | | TOTALS | $1,226,074.00 | $0.00 | $0.00 | $1,226,074.00 | $208,852.32 | $120,561.82 |
| | | Percent of Cost Complete | | | | $1,135,254.00 | $193,385.67 | 17.03% |

EXHIBIT 2

SBS 0513



### GLACIERCAP
CONSTRUCTION

## UNCONDITIONAL WAIVER AND RELEASE UPON PROGRESS PAYMENT

The undersigned has been paid and has received a progress payment in the sum of $ 108,505.64 for labor, services, equipment, or material furnished to __GlacierCap Construction, LLC__ on the job of Los Cerritos Hangar located at Uvalde, Tx., and does hereby release any mechanic's lien, stop notice or bond right that the undersigned has on the above referenced job to the following extent. This release covers a progress payment for labor, services, equipment or materials furnished by __Select Building Systems, Inc.__ through 8/31/2012 only and does not cover any retention retained before or after the release date; extras furnished before the release date for which payment has not been received; extras or items furnished after the release date. Rights based upon work performed or items furnished under a written change order which has been fully executed by the parties prior to the release date are covered by this release unless specifically reserved by the claimant in this release. This release of any mechanic's lien, stop notice, or bond right shall not otherwise affect the contract rights, including rights between parties to the contract based upon a rescission, abandonment, or breach of the contract, or the right of the undersigned to recover compensation for furnished labor, services, equipment, or material covered by this release if that furnished labor, services, equipment, or material was not compensated by the progress payment.

DATED: _October 19, 2012_

_Select Building Systems, Inc._
[Company Name]

By: _____

_David L. Morgan_
[Print Name]

_Executive V.P._
[Title]

NOTICE: THIS DOCUMENT WAIVES RIGHTS UNCONDITIONALLY AND STATES THAT YOU HAVE BEEN PAID FOR GIVING UP THOSE RIGHTS. THIS DOCUMENT IS ENFORCEABLE AGAINST YOU IF YOU SIGN IT, EVEN IF YOU HAVE NOT BEEN PAID. IF YOU HAVE NOT BEEN PAID, USE A CONDITIONAL RELEASE FORM.

Return to:
GlacierCap Construction, LLC
10067 Jones Maltsberger Rd
San Antonio, TX 78216

SBS 0514

## EXHIBIT 2

 **AIA**® Document G702™ – 1992

## Application and Certificate for Payment

| | | | |
|---|---|---|---|
| **TO OWNER:** Tri-Bar Ranch Company, Ltd.<br>10101 Reunion Place, Ste 1000<br>San Antonio, TX 78216 | **PROJECT:** | Los Cerritos Hanger<br>County Road 410<br>Uvalde, TX | **APPLICATION NO:** 003<br>**PERIOD TO:** September 30, 2012<br>**CONTRACT FOR:** General Construction | **Distribution to:**<br>OWNER:<br>ARCHITECT: X |
| **FROM CONTRACTOR:** Select Building Systems, Inc.<br>17 Scenic Loop Rd.<br>Boerne, TX 78006 | **VIA ARCHITECT:** | John Grable Architects, Inc.<br>222 Austin Hwy.<br>San Antonio, TX 78209 | **CONTRACT DATE:** May 03, 2012<br>**PROJECT NOS:** SSE / 12 / 013 | CONTRACTOR: X<br>FIELD:<br>OTHER: |

EXHIBIT 2

### CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM ........................................................ $    1,226,074.00
2. NET CHANGE BY CHANGE ORDERS ...................................... $            0.00
3. CONTRACT SUM TO DATE (Line 1 ± 2) .............................. $    1,226,074.00
4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) .......... $      240,281.33
5. RETAINAGE:
   a. 10 % of Completed Work
     (Column D + E on G703)      $      24,028.13
   b. 0 % of Stored Material
     (Column F on G703)      $           0.00
   Total Retainage (Lines 5a + 5b or Total in Column I of G703) ............... $      24,028.13
6. TOTAL EARNED LESS RETAINAGE ...................................... $      216,253.20
   (Line 4 Less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT ....................... $      187,967.09
   (Line 6 from prior Certificate)
8. CURRENT PAYMENT DUE ................................................ $      28,286.11
9. BALANCE TO FINISH, INCLUDING RETAINAGE
   (Line 3 less Line 6)      $    1,009,820.80

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $ 0.00 | $ 0.00 |
| Total approved this Month | $ 0.00 | $ 0.00 |
| TOTALS | $ 0.00 | $ 0.00 |
| NET CHANGES by Change Order | $ | 0.00 |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _____ Date: 9/29/12

State of: Texas
County of: Kendall
Subscribed and sworn to before
me this 27th day of September 2012

Notary Public: _____
My Commission expires: 11-27-2015

> JOHN C. MAYWALD
> MY COMMISSION EXPIRES
> November 27, 2015

### ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ..................................................... $ _____
*(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)*

ARCHITECT:
By: _____ Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

SBS 0515

AIA Document G702™ – 1992. Copyright © 1953, 1963, 1965, 1971, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 11:09:13 on 10/01/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes: (1467111471)

1

# DEFENDANT'S EXHIBIT
3

 **Document G703™ – 1992**

## Continuation Sheet

AIA Document, G702™-1992, Application and Certification for Payment, or G736™-2009,
Project Application and Project Certificate for Payment, Construction Manager as Adviser Edition,
containing Contractor's signed certification is attached.
In tabulations below, amounts are in US dollars.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO: 003

APPLICATION DATE: 09/30/2012

PERIOD TO: 09/30/2012

ARCHITECT'S PROJECT NO: SSE-12-013

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 1 | Mobilization | 2,000.00 | 2,000.00 | 0.00 | 0.00 | 2,000.00 | 100.00 % | 0.00 | 0.00 |
| 2 | Project Superintendent | 48,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 48,000.00 | 0.00 |
| 3 | Project Management | 10,000.00 | 4,647.78 | 956.78 | 0.00 | 5,604.56 | 56.05 % | 4,395.44 | 0.00 |
| 4 | Rental of Temporary Facilities, Equipment, etc. | 9,000.00 | 351.81 | 0.00 | 0.00 | 351.81 | 3.91 % | 8,648.19 | 0.00 |
| 5 | Other General Conditions Costs | 3,000.00 | 417.92 | 603.46 | 0.00 | 1,021.38 | 34.05 % | 1,978.62 | 0.00 |
| 6 | Travel | 12,000.00 | 740.14 | 375.88 | 0.00 | 1,116.02 | 9.30 % | 10,883.98 | 0.00 |
| 7 | General Liability Insurance | 4,904.00 | 4,904.00 | 0.00 | 0.00 | 4,904.00 | 100.00 % | 0.00 | 0.00 |
| 8 | Builder's Risk Insurance | 1,840.00 | 188.82 | 377.64 | 0.00 | 566.46 | 30.79 % | 1,273.54 | 0.00 |
| 9 | Casual Labor | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,000.00 | 0.00 |
| 10 | Final Cleaning | 1,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,800.00 | 0.00 |
| 11 | Debris Removal | 3,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 3,500.00 | 0.00 |
| 12 | Surveying & Staking | 2,177.50 | 2,177.50 | 0.00 | 0.00 | 2,177.50 | 100.00 % | 0.00 | 0.00 |
| 13 | Site Utilities | 16,322.50 | 0.00 | 9,800.00 | 0.00 | 9,800.00 | 60.04 % | 6,522.50 | 0.00 |
| 14 | Foundation 12" thick | 140,000.00 | 139,680.00 | 0.00 | 0.00 | 139,680.00 | 99.77 % | 320.00 | 0.00 |
| 15 | Concrete Paving & Curbs | 71,000.00 | 0.00 | 16,000.00 | 0.00 | 16,000.00 | 22.54 % | 55,000.00 | 0.00 |
| 16 | Mezzanines | 3,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 3,800.00 | 0.00 |
| 17 | Concrete Staining | 18,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 18,000.00 | 0.00 |

AIA Document G703™ – 1992. Copyright © 1963, 1965, 1966, 1967,1970, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 11:12:38 on 10/01/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes: (1799906414)

1

SBS 0516

EXHIBIT 3

EXHIBIT 3

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 18 | Masonry - CMU | 51,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 51,000.00 | 0.00 |
| 19 | Masonry - Stone | 44,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 44,000.00 | 0.00 |
| 20 | Misc Metals | 1,000.00 | 97.70 | 0.00 | 0.00 | 97.70 | 9.77 % | 902.30 | 0.00 |
| 21 | Rough Carpentry | 8,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 8,000.00 | 0.00 |
| 22 | Cabinets & Millwork | 14,150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 14,150.00 | 0.00 |
| 23 | Finish Carpentry | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,500.00 | 0.00 |
| 24 | Cedar Plank Cladding | 24,000.00 | 0.00 | 981.18 | 0.00 | 981.18 | 4.09 % | 23,018.82 | 0.00 |
| 25 | Insulation & Fire stopping | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 2,500.00 | 0.00 |
| 26 | Caulking & Sealants | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 2,500.00 | 0.00 |
| 27 | Metal Doors & Hardware | 3,600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 3,600.00 | 0.00 |
| 28 | Storefront / Windows | 4,520.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 4,520.00 | 0.00 |
| 29 | Wood Doors & Hardware | 1,300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,300.00 | 0.00 |
| 30 | Overhead Door-14' | 3,250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 3,250.00 | 0.00 |
| 31 | Metal Stud / Drywall System | 5,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 5,000.00 | 0.00 |
| 32 | Paint | 17,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 17,500.00 | 0.00 |
| 33 | Suspended Ceilings | 6,300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 6,300.00 | 0.00 |
| 34 | Ceramic Tile | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 2,500.00 | 0.00 |
| 35 | Carpet & Cove Base | 5,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 5,000.00 | 0.00 |
| 36 | Fire Extinguishers & Cabinets | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,000.00 | 0.00 |
| 37 | Toilet Accessories | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,500.00 | 0.00 |
| 38 | Metal Building - Including Hangar Doors | 353,203.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 353,203.00 | 0.00 |
| 39 | Stairs | 6,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 6,000.00 | 0.00 |
| 40 | Plumbing | 54,750.00 | 19,000.00 | 0.00 | 0.00 | 19,000.00 | 34.70 % | 35,750.00 | 0.00 |

AIA Document G703™ – 1992. Copyright © 1963, 1965, 1966, 1967, 1970, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 11:12:38 on 10/01/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes: (1799906414)

2

SBS 0517

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 41 | HVAC | 28,437.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 28,437.00 | 0.00 |
| 42 | Big Ass Fans | 15,600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 15,600.00 | 0.00 |
| 43 | Electrical | 128,800.00 | 19,180.00 | 0.00 | 0.00 | 19,180.00 | 14.89 % | 109,620.00 | 0.00 |
| 44 | Contractor's Fee | 90,820.00 | 15,466.65 | 2,334.07 | 0.00 | 17,800.72 | 19.60 % | 73,019.28 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 0.00 | 0.00 |
| | GRAND TOTAL | $1,226,074.00 | $208,852.32 | $31,429.01 | $0.00 | $240,281.33 | 19.60 % | $985,792.67 | $0.00 |

EXHIBIT 3

SBS 0518

AIA Document G703™ – 1992. Copyright © 1963, 1965, 1966, 1967,1970, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 11:12:38 on 10/01/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:                                                                                                                                   (1799906414)

3

# CONTRACTOR CONDITIONAL WAIVER AND RELEASE FOR PROGRESS PAYMENTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

Project: Los Cerritos Hangar
County Road 410
Uvalde, TX
Job No. 12-10-1378

Upon receipt by the signer of this document of a check from <u>Tri-Bar Ranch Company, Ltd.</u> (*maker of check*) in the sum of $ <u>28,286.11</u> payable to <u>Select Building Systems, Inc.</u> (*payee or payees of check*) and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release any mechanic's lien right, any right arising from a payment bond that complies with a state or federal statute, any common law payment bond right, any claim for payment, and any rights under any similar ordinance, rule, or statute related to claim or payment rights for persons in the signer's position that the signer has on the property of <u>Tri-Bar Ranch Company, Ltd.</u> (*owner*) located at <u>County Road 410, Uvalde, TX</u> (*location*) to the following extent: <u>General Contractor</u> (*job description*).

This release covers a progress payment for all labor, services, equipment, or materials furnished to the property or to <u>Tri-Bar Ranch Company, Ltd.</u> (*person with whom signer contracted*) as indicated in the attached statement(s) or progress payment request(s), except for unpaid retention, pending modifications and changes, or other items furnished.

Before any recipient of this document relies on this document, the recipient should verify evidence of payment to the signer.

The signer warrants that the signer has already paid or will use the funds received from this progress payment to ¬omptly pay in full all of the signer's laborers, subcontractors, materialmen, and suppliers for all work, materials, ₁ipment, or services provided for or to the above referenced project in regard to the attached statement(s) or progress ₚayment request(s).

Date: _____9/29_____, 20 /2

_____Select Building Systems, Inc._____ (Company Name)

By: _____ (Signature)

Its: _____ (Title)

## ACKNOWLEDGMENT

STATE OF TEXAS §

COUNTY OF _Kerr_ §

This instrument was acknowledged before me on this the _____ day of _September_____, 20 /2 , by _David C. Morgan_, the _Exec. VP_ of _Select Building Systems Inc_ a Texas _Corporation_, on behalf of said _Corporation_.

_____
Notary Public, State of Texas

<table><tr><td>JOHN C. MAYWALD<br>MY COMMISSION EXPIRES<br>November 27, 2015 .</td></tr></table>

Printed Name: _John C. Maywald_
My Commission Expires: _11-27-2015_

SBS 0519

1

**EXHIBIT 3**

# REQUEST FOR PAYMENT

| From: | Select Building Systems, Inc.<br>P. O. Box 780849<br>San Antonio, TX 78278-0849 | To: | Tri-Bar Ranch Company, Ltd.<br>10101 Reunion Place, Ste 1000<br>San Antonio, TX 78216 | Invoice: 137800003<br>Invoice: 137800003<br>Invoice date: 9/30/2012<br>Period ending date: 9/30/2012 |

Contract For:

## Request for payment:

| | | |
|---|---|---|
| Original contract amount | $1,226,074.00 | |
| Approved changes | $0.00 | |
| Revised contract amount | | $1,226,074.00 |
| Contract completed to date | | $240,281.33 |
| Add-ons to date | $0.00 | |
| Taxes to date | $0.00 | |
| Less retainage | $24,028.13 | |
| Total completed less retainage | | $216,253.20 |
| Less previous requests | $187,967.09 | |
| Current request for payment | . | $28,286.11 |
| Current billing | | $31,429.01 |
| Current additional charges | $0.00 | |
| Current tax | $0.00 | |
| Less current retainage | $3,142.90 | |
| Current amount due | | $28,286.11 |
| Remaining contract to bill | $1,009,820.80 | |

Project: 1378
Los Cerritos Hanger

Contract date: 5/17/2012

Architect:

Scope:

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Changes approved in previous months by Owner | 1,177.50 | -1,177.50 |
| Total approved this Month | | |
| TOTALS | 1,177.50 | -1,177.50 |
| NET CHANGES by Change Order | | |

I hereby certify that the work performed and the materials supplied to date, as shown on the above represent the actual value of the accomplishment under the terms of the Contract (and all authorized changes thereof) between the undersigned and the Tri-Bar Ranch Company, Ltd. relating to the above referenced project. I also certify that the contractor has paid all amounts previously billed and paid by the owner.

CONTRACTOR:     Select Building Systems, Inc.

By: _____

Date: _____

State Of Texas                    County Of Kendall

Subscribed and sworn to before me this _____ day of _____._____

Notary Public
My commission expires:

EXHIBIT 3



SBS 0520

**EXHIBIT 3**

| Item ID | Description | Total Contract Amount | Previously Completed Work | Work Completed This Period | Completed To Date | % Comp | Retainage Balance |
|---|---|---|---|---|---|---|---|
| 1 | Mobilization | 2,000.00 | 2,000.00 | | 2,000.00 | 100.00 | 200.00 |
| 2 | Project Superintendent | 48,000.00 | | | | | |
| 3 | Project Management | 10,000.00 | 4,647.78 | 956.78 | 5,604.56 | 56.05 | 560.46 |
| 4 | Temporary Facilities/Equipment | 9,000.00 | 351.81 | | 351.81 | 3.91 | 35.18 |
| 5 | Other General Conditions | 3,000.00 | 417.92 | 603.46 | 1,021.38 | 34.05 | 102.14 |
| 6 | Travel | 12,000.00 | 740.14 | 375.88 | 1,116.02 | 9.30 | 111.60 |
| 7 | General Liability Insurance | 4,904.00 | 4,904.00 | | 4,904.00 | 100.00 | 490.40 |
| 8 | Builder's Risk Insurance | 1,840.00 | 188.82 | 377.64 | 566.46 | 30.79 | 56.64 |
| 9 | Casual Labor | 1,000.00 | | | | | |
| 10 | Final Cleaning | 1,800.00 | | | | | |
| 11 | Debris Removal | 3,500.00 | | | | | |
| 12 | Surveying & Staking | 2,177.50 | 2,177.50 | | 2,177.50 | 100.00 | 217.75 |
| 13 | Site Utilities | 16,322.50 | | 9,800.00 | 9,800.00 | 60.04 | 980.00 |
| 14 | Foundation - 12" Thick | 140,000.00 | 139,680.00 | | 139,680.00 | 99.77 | 13,968.00 |
| 15 | Concrete Paving & Curbs | 71,000.00 | | 16,000.00 | 16,000.00 | 22.54 | 1,600.00 |
| 16 | Mezzanines | 3,800.00 | | | | | |
| 17 | Concrete Staining | 18,000.00 | | | | | |
| 18 | Masonry - CMU | 51,000.00 | | | | | |
| 19 | Masonry - Stone | 44,000.00 | | | | | |
| 20 | Misc Metals | 1,000.00 | 97.70 | | 97.70 | 9.77 | 9.77 |
| 21 | Rough Carpentry | 8,000.00 | | | | | |
| 22 | Cabinets & Millwork | 14,150.00 | | | | | |
| 23 | Finish Carpentry | 1,500.00 | | | | | |
| 24 | Cedar Plank Cladding | 24,000.00 | | 981.18 | 981.18 | 4.09 | 98.12 |
| 25 | Insulation & Fire Stopping | 2,500.00 | | | | | |
| 26 | Caulking & Sealants | 2,500.00 | | | | | |
| 27 | Metal Doors & Hardware | 3,600.00 | | | | | |
| 28 | Storefront & Windows | 4,520.00 | | | | | |
| 29 | Wood Doors & Hardware | 1,300.00 | | | | | |
| 30 | Overhead Door - 14' | 3,250.00 | | | | | |
| 31 | Metal Stud & Drywall System | 5,000.00 | | | | | |
| 32 | Paint | 17,500.00 | | | | | |
| 33 | Suspended Ceilings | 6,300.00 | | | | | |

SBS 0521

# REQUEST FOR PAY MENT DETAIL

| Item ID | Description | Total Contract Amount | Previously Completed Work | Work Completed This Period | Completed To Date | % Comp | Retainage Balance |
|---|---|---|---|---|---|---|---|
| 34 | Ceramic Tile | 2,500.00 | | | | | |
| 35 | Carpet & Cove Base | 5,000.00 | | | | | |
| 36 | Fire Extinguishers & Cabinets | 1,000.00 | | | | | |
| 37 | Toilet Accessories | 1,500.00 | | | | | |
| 38 | Metal Building & Hangar Doors | 353,203.00 | | | | | |
| 39 | Stairs | 6,000.00 | | | | | |
| 40 | Plumbing | 54,750.00 | 19,000.00 | | 19,000.00 | 34.70 | 1,900.00 |
| 41 | HVAC | 28,437.00 | | | | | |
| 42 | Big Ass Fans | 15,600.00 | | | | | |
| 43 | Electrical | 128,800.00 | 19,180.00 | | 19,180.00 | 14.89 | 1,918.00 |
| 44 | Contractor's Fee | 90,820.00 | 15,466.65 | 2,334.07 | 17,800.72 | 19.60 | 1,780.07 |

SBS 0522

| Totals | | 1,226,074.00 | 208,852.32 | 31,429.01 | 240,281.33 | 19.60 | 24,028.13 |

EXHIBIT 3

Los Cerritos Hangar
Cost Worksheet

Draw on AIA forms (3 Originals)

| Phase Code | SOV Item # | | Budget | Reallocation Change Orders | Owner Change Orders | Revised Budget | Total Costs To-Date | 9/30/2012 Draw # 3 Costs |
|---|---|---|---|---|---|---|---|---|
| | 1 | Mobilization | 2,000.00 | | | 2,000.00 | 2,000.00 | 0.00 |
| 01-041 | 2 | Project Superintendent | 48,000.00 | | | 48,000.00 | | 0.00 |
| 01-012 | 3 | Project Management | 10,000.00 | | | 10,000.00 | 5,604.56 | 956.78 |
| 01-500 RE / TPE | 4 | Rental of Temporary Facilities, Equipment, etc. | 9,000.00 | | | 9,000.00 | 351.81 | 0.00 |
| 01-500 EXP/SAF | 5 | Other General Conditions Costs | 3,000.00 | | | 3,000.00 | 1,021.38 | 603.46 |
| 17-001 | 6 | Travel | 12,000.00 | | | 12,000.00 | 1,116.02 | 375.88 |
| 01-760 GL | 7 | General Liability Insurance | 4,904.00 | | | 4,904.00 | 4,904.00 | 0.00 |
| 01-760 BR | 8 | Builder's Risk Insurance | 1,840.00 | | | 1,840.00 | 566.46 | 377.64 |
| 01-545 CL | 9 | Casual Labor | 1,000.00 | | | 1,000.00 | | 0.00 |
| 01-710 SUB | 10 | Final Cleaning | 1,800.00 | | | 1,800.00 | | 0.00 |
| 01-545 DEB | 11 | Debris Removal | 3,500.00 | | | 3,500.00 | | 0.00 |
| 01-330 | 12 | Surveying & Staking | 1,000.00 | 1,177.50 | | 2,177.50 | 2,177.50 | 0.00 |
| 02-732 SAN / 02-665 FIR | 13 | Site Utilities | 17,500.00 | (1,177.50) | | 16,322.50 | 9,800.00 | 9,800.00 |
| 03-300 FOU | 14 | Foundation 12" thick | 140,000.00 | | | 140,000.00 | 139,680.00 | 0.00 |
| 02-520 PAV | 15 | Concrete Paving & Curbs | 71,000.00 | | | 71,000.00 | 16,000.00 | 16,000.00 |
| 03-300 MEZ | 16 | Mezzanines | 3,800.00 | | | 3,800.00 | | 0.00 |
| 03-300 STN | 17 | Concrete Staining | 18,000.00 | | | 18,000.00 | | 0.00 |
| 04-001 CMU | 18 | Masonry - CMU | 51,000.00 | | | 51,000.00 | | 0.00 |
| 04-001 STO | 19 | Masonry - Stone | 44,000.00 | | | 44,000.00 | | 0.00 |
| 05-500 | 20 | Misc Metals | 1,000.00 | | | 1,000.00 | 97.70 | 0.00 |
| 06-110 | 21 | Rough Carpentry | 8,000.00 | | | 8,000.00 | | 0.00 |
| 06-410 | 22 | Cabinets & Millwork | 14,150.00 | | | 14,150.00 | | 0.00 |
| 06-200 | 23 | Finish Carpentry | 1,500.00 | | | 1,500.00 | | 0.00 |
| 06-115 | 24 | Cedar Plank Cladding | 24,000.00 | | | 24,000.00 | 981.18 | 981.18 |
| 07-200 | 25 | Insulation & Fire stopping | 2,500.00 | | | 2,500.00 | | 0.00 |
| 07-900 | 26 | Caulking & Sealants | 2,500.00 | | | 2,500.00 | | 0.00 |
| 08-101 | 27 | MetalDoors & Hardware | 3,600.00 | | | 3,600.00 | | 0.00 |
| 08-410 | 28 | Storefront / Windows | 4,520.00 | | | 4,520.00 | | 0.00 |
| 08-201 | 29 | Wood Doors & Hardware | 1,300.00 | | | 1,300.00 | | 0.00 |
| 08-331 | 30 | Overhead Door-14' | 3,250.00 | | | 3,250.00 | | 0.00 |
| 09-111 | 31 | Metal Stud / Drywall System | 5,000.00 | | | 5,000.00 | | 0.00 |
| 09-900 | 32 | Paint | 17,500.00 | | | 17,500.00 | | 0.00 |
| 09-511 | 33 | Suspended Ceilings | 6,300.00 | | | 6,300.00 | | 0.00 |
| 09-301 | 34 | Ceramic Tile | 2,500.00 | | | 2,500.00 | | 0.00 |
| 09-680 | 35 | Carpet & Cove Base | 5,000.00 | | | 5,000.00 | | 0.00 |
| 10-522 | 36 | Fire Extinguishers & Cabinets | 1,000.00 | | | 1,000.00 | | 0.00 |
| 10-800 | 37 | Toilet Accessories | 1,500.00 | | | 1,500.00 | | 0.00 |
| 13-121 | 38 | Metal Building - Including Hangar Doors | 353,203.00 | | | 353,203.00 | | 0.00 |
| 05-510 | 39 | Stairs | 6,000.00 | | | 6,000.00 | | 0.00 |
| 15-400 | 40 | Plumbing | 54,750.00 | | | 54,750.00 | 19,000.00 | 0.00 |
| 15-500 | 41 | HVAC | 28,437.00 | | | 28,437.00 | | 0.00 |
| 11-999 | 42 | Big Ass Fans | 15,600.00 | | | 15,600.00 | | 0.00 |

SBS 0523

EXHIBIT 3

Los Cerritos Hangar
Cost Worksheet                                                                    Draw on AIA forms (3 Originals)

| Phase Code | SOV Item # | | | Budget | Reallocation Change Orders | Owner Change Orders | Revised Budget | Total Costs To-Date | 9/30/2012 Draw # 3 Costs |
|---|---|---|---|---|---|---|---|---|---|
| 16-010 | 43 | Electrical | | 128,800.00 | | | 128,800.00 | 19,180.00 | 0.00 |
| | 44 | Contractor's Fee | | 90,820.00 | | | 90,820.00 | 17,800.72 | 2,334.07 |
| | | | TOTALS | $1,226,074.00 | $0.00 | $0.00 | $1,226,074.00 | $240,281.33 | $31,429.01 |
| | | | Percent of Cost Complete | | | | $1,135,254.00 | $222,480.61 | 19.60% |

EXHIBIT 3

SBS 0524

**EXHIBIT 3**

# DEFENDANT'S EXHIBIT
# 4

 **AIA**® Document G702™ – 1992

## Application and Certificate for Payment

| | | | |
|---|---|---|---|
| TO OWNER: | Tri-Bar Ranch Company, Ltd.<br>10101 Reunion Place, Ste 1000<br>San Antonio, TX 78216 | PROJECT: | Los Cerritos Hanger<br>County Road 410<br>Uvalde, TX |
| FROM<br>CONTRACTOR: | Select Building Systems, Inc.<br>17 Scenic Loop Rd.<br>Boerne, TX 78006 | VIA<br>ARCHITECT: | John Grable Architects, Inc.<br>222 Austin Hwy.<br>San Antonio, TX 78209 |

APPLICATION NO: 004
PERIOD TO: October 31, 2012
CONTRACT FOR: General Construction
CONTRACT DATE: May 03, 2012
PROJECT NOS: SSE-12-013 / /

Distribution to:
OWNER:
ARCHITECT: X
CONTRACTOR: X
FIELD:
OTHER:

### CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM ........................................................... $ 1,226,074.00
2. NET CHANGE BY CHANGE ORDERS ............................................ $ 0.00
3. CONTRACT SUM TO DATE (Line 1 ± 2) ....................................... $ 1,226,074.00
4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) .......... $ 244,216.51
5. RETAINAGE:
   a. 10 % of Completed Work
      (Column D + E on G703) $ 24,421.65
   b. 0 % of Stored Material
      (Column F on G703) $ 0.00
   Total Retainage (Lines 5a + 5b or Total in Column I of G703) ............... $ 24,421.65
6. TOTAL EARNED LESS RETAINAGE ............................................ $ 219,794.86
   (Line 4 Less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT ........................... $ 216,253.20
   (Line 6 from prior Certificate)
8. CURRENT PAYMENT DUE ......................................................... | $ 3,541.66 |
9. BALANCE TO FINISH, INCLUDING RETAINAGE
   (Line 3 less Line 6) $ 1,006,279.14

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $ 0.00 | $ 0.00 |
| Total approved this Month | $ 0.00 | $ 0.00 |
| TOTALS | $ 0.00 | $ 0.00 |
| NET CHANGES by Change Order | $ | 0.00 |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _____ Date: 10/31/12

State of: Texas
County of: Kendall
Subscribed and sworn to before
me this 31st day of October 2012

Notary Public: _____
My Commission expires: 11-27-2015

JOHN C. MAYWALD
MY COMMISSION EXPIRES
November 27, 2015

### ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ........................................................... $ _____
(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)

ARCHITECT:

By: _____ Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

SBS 0525

AIA Document G702™ – 1992. Copyright © 1953, 1963, 1965, 1971, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 09:46:47 on 11/01/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes: (1245078376)

1

EXHIBIT 4

# AIA Document G703™ – 1992

## Continuation Sheet

AIA Document, G702™–1992, Application and Certification for Payment, or G736™–2009,
Project Application and Project Certificate for Payment, Construction Manager as Adviser Edition,
containing Contractor's signed certification is attached.
In tabulations below, amounts are in US dollars.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO: 004
APPLICATION DATE: 10/31/2012
PERIOD TO: 10/31/2012
ARCHITECT'S PROJECT NO: SSE-12-013

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 1 | Mobilization | 2,000.00 | 2,000.00 | 0.00 | 0.00 | 2,000.00 | 100.00 % | 0.00 | 0.00 |
| 2 | Project Superintendent | 48,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 48,000.00 | 0.00 |
| 3 | Project Management | 10,000.00 | 5,604.56 | 1,298.52 | 0.00 | 6,903.08 | 69.03 % | 3,096.92 | 0.00 |
| 4 | Rental of Temporary Facilities, Equipment, etc. | 9,000.00 | 351.81 | 357.22 | 0.00 | 709.03 | 7.88 % | 8,290.97 | 0.00 |
| 5 | Other General Conditions Costs | 3,000.00 | 1,021.38 | 0.00 | 0.00 | 1,021.38 | 34.05 % | 1,978.62 | 0.00 |
| 6 | Travel | 12,000.00 | 1,116.02 | 0.00 | 0.00 | 1,116.02 | 9.30 % | 10,883.98 | 0.00 |
| 7 | General Liability Insurance | 4,904.00 | 4,904.00 | 0.00 | 0.00 | 4,904.00 | 100.00 % | 0.00 | 0.00 |
| 8 | Builder's Risk Insurance | 1,840.00 | 566.46 | 188.82 | 0.00 | 755.28 | 41.05 % | 1,084.72 | 0.00 |
| 9 | Casual Labor | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,000.00 | 0.00 |
| 10 | Final Cleaning | 1,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,800.00 | 0.00 |
| 11 | Debris Removal | 3,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 3,500.00 | 0.00 |
| 12 | Surveying & Staking | 2,177.50 | 2,177.50 | 0.00 | 0.00 | 2,177.50 | 100.00 % | 0.00 | 0.00 |
| 13 | Site Utilities | 16,322.50 | 9,800.00 | 0.00 | 0.00 | 9,800.00 | 60.04 % | 6,522.50 | 0.00 |
| 14 | Foundation 12" thick | 140,000.00 | 139,680.00 | 0.00 | 0.00 | 139,680.00 | 99.77 % | 320.00 | 0.00 |
| 15 | Concrete Paving & Curbs | 71,000.00 | 16,000.00 | 0.00 | 0.00 | 16,000.00 | 22.54 % | 55,000.00 | 0.00 |
| 16 | Mezzanines | 3,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 3,800.00 | 0.00 |
| 17 | Concrete Staining | 18,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 18,000.00 | 0.00 |

AIA Document G703™ – 1992. Copyright © 1963, 1965, 1966, 1967, 1970, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 09:47:58 on 11/01/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes: (1313359958)

1

SBS 0526

EXHIBIT 4

EXHIBIT 4

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 18 | Masonry - CMU | 51,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 51,000.00 | 0.00 |
| 19 | Masonry - Stone | 44,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 44,000.00 | 0.00 |
| 20 | Misc Metals | 1,000.00 | 97.70 | 0.00 | 0.00 | 97.70 | 9.77 % | 902.30 | 0.00 |
| 21 | Rough Carpentry | 8,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 8,000.00 | 0.00 |
| 22 | Cabinets & Millwork | 14,150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 14,150.00 | 0.00 |
| 23 | Finish Carpentry | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,500.00 | 0.00 |
| 24 | Cedar Plank Cladding | 24,000.00 | 981.18 | 0.00 | 0.00 | 981.18 | 4.09 % | 23,018.82 | 0.00 |
| 25 | Insulation & Fire stopping | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 2,500.00 | 0.00 |
| 26 | Caulking & Sealants | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 2,500.00 | 0.00 |
| 27 | MetalDoors & Hardware | 3,600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 3,600.00 | 0.00 |
| 28 | Storefront / Windows | 4,520.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 4,520.00 | 0.00 |
| 29 | Wood Doors & Hardware | 1,300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,300.00 | 0.00 |
| 30 | Overhead Door-14' | 3,250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 3,250.00 | 0.00 |
| 31 | Metal Stud / Drywall System | 5,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 5,000.00 | 0.00 |
| 32 | Paint | 17,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 17,500.00 | 0.00 |
| 33 | Suspended Ceilings | 6,300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 6,300.00 | 0.00 |
| 34 | Ceramic Tile | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 2,500.00 | 0.00 |
| 35 | Carpet & Cove Base | 5,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 5,000.00 | 0.00 |
| 36 | Fire Extinguishers & Cabinets | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,000.00 | 0.00 |
| 37 | Toilet Accessories | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,500.00 | 0.00 |
| 38 | Metal Building - Including Hangar Doors | 353,203.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 353,203.00 | 0.00 |
| 39 | Stairs | 6,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 6,000.00 | 0.00 |
| 40 | Plumbing | 54,750.00 | 19,000.00 | 1,800.00 | 0.00 | 20,800.00 | 37.99 % | 33,950.00 | 0.00 |

AIA Document G703™ – 1992. Copyright © 1963, 1965, 1966, 1967, 1970, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 09:47:58 on 11/01/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes: (1313359958)

2

SBS 0527

EXHIBIT 4

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 41 | HVAC | 28,437.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 28,437.00 | 0.00 |
| 42 | Big Ass Fans | 15,600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 15,600.00 | 0.00 |
| 43 | Electrical | 128,800.00 | 19,180.00 | 0.00 | 0.00 | 19,180.00 | 14.89 % | 109,620.00 | 0.00 |
| 44 | Contractor's Fee | 90,820.00 | 17,800.72 | 290.62 | 0.00 | 18,091.34 | 19.92 % | 72,728.66 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 0.00 | 0.00 |
| | GRAND TOTAL | $1,226,074.00 | $240,281.33 | $3,935.18 | $0.00 | $244,216.51 | 19.92 % | $981,857.49 | $0.00 |

SBS 0528

AIA Document G703™ – 1992. Copyright © 1963, 1965, 1966, 1967,1970, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 09:47:58 on 11/01/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes: (1313359958)

3

# CONTRACTOR CONDITIONAL WAIVER AND RELEASE FOR PROGRESS PAYMENTS

* * * * * * * * * * * * *

Project: Los Cerritos Hangar
County Road 410
Uvalde, TX
Job No. 12-10-1378

Upon receipt by the signer of this document of a check from <u>Tri-Bar Ranch Company, Ltd.</u> (*maker of check*) in the sum of $ <u>3,541.66</u> payable to <u>Select Building Systems, Inc.</u> (*payee or payees of check*) and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release any mechanic's lien right, any right arising from a payment bond that complies with a state or federal statute, any common law payment bond right, any claim for payment, and any rights under any similar ordinance, rule, or statute related to claim or payment rights for persons in the signer's position that the signer has on the property of <u>Tri-Bar Ranch Company, Ltd.</u> (*owner*) located at <u>County Road 410, Uvalde, TX</u> (*location*) to the following extent: <u>General Contractor</u> (*job description*).

This release covers a progress payment for all labor, services, equipment, or materials furnished to the property or to <u>Tri-Bar Ranch Company, Ltd.</u> (*person with whom signer contracted*) as indicated in the attached statement(s) or progress payment request(s), except for unpaid retention, pending modifications and changes, or other items furnished.

Before any recipient of this document relies on this document, the recipient should verify evidence of payment to the signer.

The signer warrants that the signer has already paid or will use the funds received from this progress payment to mptly pay in full all of the signer's laborers, subcontractors, materialmen, and suppliers for all work, materials, quipment, or services provided for or to the above referenced project in regard to the attached statement(s) or progress payment request(s).

Date: ___10/31___, 20 _12_

_____Select Building Systems, Inc._____ (Company Name)

By: _____ EVP (Signature)

Its: _EXECUTIVE V.P._ (Title)

## ACKNOWLEDGMENT

STATE OF TEXAS §

COUNTY OF _KENDALL_ §

This instrument was acknowledged before me on this the 31st day of _October_, 20 _12_, by _DAVID L. MORGAN_, the _Exec. VP_ of _Select Building Systems_ a Texas _Corporation_, on behalf of said _Corporation_.

_____

JOHN C. MAYWALD
MY COMMISSION EXPIRES
November 27, 2015

Notary Public, State of Texas

SBS 0529

Printed Name: _John C. Maywald_
My Commission Expires: _11-27-2015_

1

**EXHIBIT 4**

# REQUEST FOR PAYMENT

| From: | Select Building Systems, Inc.<br>P. O. Box 780849<br>San Antonio, TX 78278-0849 | To: | Tri-Bar Ranch Company, Ltd.<br>10101 Reunion Place, Ste 1000<br>San Antonio, TX 78216 | Invoice: 137800004<br>Invoice: 137800004<br>Invoice date: 10/31/2012<br>Period ending date: 10/31/2012 |

Contract For:

## Request for payment:

| | | | |
|---|---|---|---|
| Original contract amount | $1,226,074.00 | | |
| Approved changes | $0.00 | Project: 1378 | |
| Revised contract amount | | $1,226,074.00 | Los Cerritos Hanger |
| | | | |
| Contract completed to date | | $244,216.51 | Contract date: 5/17/2012 |
| Add-ons to date | $0.00 | | |
| Taxes to date | $0.00 | | Architect: |
| Less retainage | $24,421.65 | | |
| Total completed less retainage | | $219,794.86 | Scope: |
| Less previous requests | $216,253.20 | | |
| Current request for payment | | $3,541.66 | |
| Current billing | | $3,935.18 | |
| Current additional charges | $0.00 | | |
| Current tax | $0.00 | | |
| Less current retainage | $393.52 | | |
| Current amount due | | $3,541.66 | |
| Remaining contract to bill | $1,006,279.14 | | |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Changes approved in previous months by Owner | 1,177.50 | -1,177.50 |
| Total approved this Month | | |
| TOTALS | 1,177.50 | -1,177.50 |
| NET CHANGES by Change Order | | |

I hereby certify that the work performed and the materials supplied to date, as shown on the above represent the actual value of the accomplishment under the terms of the Contract (and all authorized changes thereof) between the undersigned and the Tri-Bar Ranch Company, Ltd. relating to the above referenced project. I also certify that the contractor has paid all amounts previously billed and paid by the owner.

CONTRACTOR: Select Building Systems, Inc.

By: _____

Date: _____

State Of Texas        County Of Kendall

Subscribed and sworn to before me this _____ day of _____, _____

Notary Public
My commission expires:

EXHIBIT 4

SBS 0530

# REQUEST FOR PA⸱ ⸱T DETAIL

Project: 1378 / Los Cerritos Hanger   Invoice: 137800004   Invoice: 137800004   Period Ending Date: 10/31/2012   Page 2 of 3 Pages

| Item ID | Description | Total Contract Amount | Previously Completed Work | Work Completed This Period | Completed To Date | % Comp | Retainage Balance |
|---|---|---|---|---|---|---|---|
| 1 | Mobilization | 2,000.00 | 2,000.00 | | 2,000.00 | 100.00 | 200.00 |
| 2 | Project Superintendent | 48,000.00 | | | | | |
| 3 | Project Management | 10,000.00 | 5,604.56 | 1,298.52 | 6,903.08 | 69.03 | 690.31 |
| 4 | Temporary Facilities/Equipment | 9,000.00 | 351.81 | 357.22 | 709.03 | 7.88 | 70.90 |
| 5 | Other General Conditions | 3,000.00 | 1,021.38 | | 1,021.38 | 34.05 | 102.14 |
| 6 | Travel | 12,000.00 | 1,116.02 | | 1,116.02 | 9.30 | 111.60 |
| 7 | General Liability Insurance | 4,904.00 | 4,904.00 | | 4,904.00 | 100.00 | 490.40 |
| 8 | Builder's Risk Insurance | 1,840.00 | 566.46 | 188.82 | 755.28 | 41.05 | 75.52 |
| 9 | Casual Labor | 1,000.00 | | | | | |
| 10 | Final Cleaning | 1,800.00 | | | | | |
| 11 | Debris Removal | 3,500.00 | | | | | |
| 12 | Surveying & Staking | 2,177.50 | 2,177.50 | | 2,177.50 | 100.00 | 217.75 |
| 13 | Site Utilities | 16,322.50 | 9,800.00 | | 9,800.00 | 60.04 | 980.00 |
| 14 | Foundation - 12" Thick | 140,000.00 | 139,680.00 | | 139,680.00 | 99.77 | 13,968.00 |
| 15 | Concrete Paving & Curbs | 71,000.00 | 16,000.00 | | 16,000.00 | 22.54 | 1,600.00 |
| 16 | Mezzanines | 3,800.00 | | | | | |
| 17 | Concrete Staining | 18,000.00 | | | | | |
| 18 | Masonry - CMU | 51,000.00 | | | | | |
| 19 | Masonry - Stone | 44,000.00 | | | | | |
| 20 | Misc Metals | 1,000.00 | 97.70 | | 97.70 | 9.77 | 9.77 |
| 21 | Rough Carpentry | 8,000.00 | | | | | |
| 22 | Cabinets & Millwork | 14,150.00 | | | | | |
| 23 | Finish Carpentry | 1,500.00 | | | | | |
| 24 | Cedar Plank Cladding | 24,000.00 | 981.18 | | 981.18 | 4.09 | 98.12 |
| 25 | Insulation & Fire Stopping | 2,500.00 | | | | | |
| 26 | Caulking & Sealants | 2,500.00 | | | | | |
| 27 | Metal Doors & Hardware | 3,600.00 | | | | | |
| 28 | Storefront & Windows | 4,520.00 | | | | | |
| 29 | Wood Doors & Hardware | 1,300.00 | | | | | |
| 30 | Overhead Door - 14' | 3,250.00 | | | | | |
| 31 | Metal Stud & Drywall System | 5,000.00 | | | | | |
| 32 | Paint | 17,500.00 | | | | | |
| 33 | Suspended Ceilings | 6,300.00 | | | | | |

EXHIBIT 4

SBS 0531

# REQUEST FOR PA____ __T DETAIL

Project: 1378 / Los Cerritos Hanger  Invoice: 137800004  Invoice: 137800004  Period Ending Date: 10/31/2012  Page 3 of 3 Pages

| Item ID | Description | Total Contract Amount | Previously Completed Work | Work Completed This Period | Completed To Date | % Comp | Retainage Balance |
|---|---|---|---|---|---|---|---|
| 34 | Ceramic Tile | 2,500.00 | | | | | |
| 35 | Carpet & Cove Base | 5,000.00 | | | | | |
| 36 | Fire Extinguishers & Cabinets | 1,000.00 | | | | | |
| 37 | Toilet Accessories | 1,500.00 | | | | | |
| 38 | Metal Building & Hangar Doors | 353,203.00 | | | | | |
| 39 | Stairs | 6,000.00 | | | | | |
| 40 | Plumbing | 54,750.00 | 19,000.00 | 1,800.00 | 20,800.00 | 37.99 | 2,080.00 |
| 41 | HVAC | 28,437.00 | | | | | |
| 42 | Big Ass Fans | 15,600.00 | | | | | |
| 43 | Electrical | 128,800.00 | 19,180.00 | | 19,180.00 | 14.89 | 1,918.00 |
| 44 | Contractor's Fee | 90,820.00 | 17,800.72 | 290.62 | 18,091.34 | 19.92 | 1,809.14 |

SBS 0532

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals | | 1,226,074.00 | 240,281.33 | 3,935.18 | 244,216.51 | 19.92 | 24,421.65 |

EXHIBIT 4

Los Cerritos Hangar
Cost Worksheet                                                                 Draw on AIA forms (3 Originals)

EXHIBIT 4

| Phase Code | SOV Item # | | Budget | Reallocation Change Orders | Owner Change Orders | Revised Budget | 10/31/2012 Total Costs To-Date | Draw # 4 Costs |
|---|---|---|---|---|---|---|---|---|
| | 1 | Mobilization | 2,000.00 | | | 2,000.00 | 2,000.00 | 0.00 |
| 01-041 | 2 | Project Superintendent | 48,000.00 | | | 48,000.00 | | 0.00 |
| 01-012 | 3 | Project Management | 10,000.00 | | | 10,000.00 | 6,903.08 | 1,298.52 |
| 01-500 RE / TPE | 4 | Rental of Temporary Facilities, Equipment, etc. | 9,000.00 | | | 9,000.00 | 709.03 | 357.22 |
| 01-500 EXP/SAF | 5 | Other General Conditions Costs | 3,000.00 | | | 3,000.00 | 1,021.38 | 0.00 |
| 17-001 | 6 | Travel | 12,000.00 | | | 12,000.00 | 1,116.02 | 0.00 |
| 01-760 GL | 7 | General Liability Insurance | 4,904.00 | | | 4,904.00 | 4,904.00 | 0.00 |
| 01-760 BR | 8 | Builder's Risk Insurance | 1,840.00 | | | 1,840.00 | 755.28 | 188.82 |
| 01-545 CL | 9 | Casual Labor | 1,000.00 | | | 1,000.00 | | 0.00 |
| 01-710 SUB | 10 | Final Cleaning | 1,800.00 | | | 1,800.00 | | 0.00 |
| 01-545 DEB | 11 | Debris Removal | 3,500.00 | | | 3,500.00 | | 0.00 |
| 01-330 | 12 | Surveying & Staking | 1,000.00 | 1,177.50 | | 2,177.50 | 2,177.50 | 0.00 |
| 02-732 SAN / 02-665 FIR | 13 | Site Utilities | 17,500.00 | (1,177.50) | | 16,322.50 | 9,800.00 | 0.00 |
| 03-300 FOU | 14 | Foundation 12" thick | 140,000.00 | | | 140,000.00 | 139,680.00 | 0.00 |
| 02-520 PAV | 15 | Concrete Paving & Curbs | 71,000.00 | | | 71,000.00 | 16,000.00 | 0.00 |
| 03-300 MEZ | 16 | Mezzanines | 3,800.00 | | | 3,800.00 | | 0.00 |
| 03-300 STN | 17 | Concrete Staining | 18,000.00 | | | 18,000.00 | | 0.00 |
| 04-001 CMU | 18 | Masonry - CMU | 51,000.00 | | | 51,000.00 | | 0.00 |
| 04-001 STO | 19 | Masonry - Stone | 44,000.00 | | | 44,000.00 | | 0.00 |
| 05-500 | 20 | Misc Metals | 1,000.00 | | | 1,000.00 | 97.70 | 0.00 |
| 06-110 | 21 | Rough Carpentry | 8,000.00 | | | 8,000.00 | | 0.00 |
| 06-410 | 22 | Cabinets & Millwork | 14,150.00 | | | 14,150.00 | | 0.00 |
| 06-200 | 23 | Finish Carpentry | 1,500.00 | | | 1,500.00 | | 0.00 |
| 06-115 | 24 | Cedar Plank Cladding | 24,000.00 | | | 24,000.00 | 981.18 | 0.00 |
| 07-200 | 25 | Insulation & Fire stopping | 2,500.00 | | | 2,500.00 | | 0.00 |
| 07-900 | 26 | Caulking & Sealants | 2,500.00 | | | 2,500.00 | | 0.00 |
| 08-101 | 27 | MetalDoors & Hardware | 3,600.00 | | | 3,600.00 | | 0.00 |
| 08-410 | 28 | Storefront / Windows | 4,520.00 | | | 4,520.00 | | 0.00 |
| 08-201 | 29 | Wood Doors & Hardware | 1,300.00 | | | 1,300.00 | | 0.00 |
| 08-331 | 30 | Overhead Door-14' | 3,250.00 | | | 3,250.00 | | 0.00 |
| 09-111 | 31 | Metal Stud / Drywall System | 5,000.00 | | | 5,000.00 | | 0.00 |
| 09-900 | 32 | Paint | 17,500.00 | | | 17,500.00 | | 0.00 |
| 09-511 | 33 | Suspended Ceilings | 6,300.00 | | | 6,300.00 | | 0.00 |
| 09-301 | 34 | Ceramic Tile | 2,500.00 | | | 2,500.00 | | 0.00 |
| 09-680 | 35 | Carpet & Cove Base | 5,000.00 | | | 5,000.00 | | 0.00 |
| 10-522 | 36 | Fire Extinguishers & Cabinets | 1,000.00 | | | 1,000.00 | | 0.00 |
| 10-800 | 37 | Toilet Accessories | 1,500.00 | | | 1,500.00 | | 0.00 |
| 13-121 | 38 | Metal Building - Including Hangar Doors | 353,203.00 | | | 353,203.00 | | 0.00 |
| 05-510 | 39 | Stairs | 6,000.00 | | | 6,000.00 | | 0.00 |
| 15-400 | 40 | Plumbing | 54,750.00 | | | 54,750.00 | 20,800.00 | 1,800.00 |
| 15-500 | 41 | HVAC | 28,437.00 | | | 28,437.00 | | 0.00 |

SBS 0533

Los Cerritos Hangar
Cost Worksheet

EXHIBIT 4

Draw on AIA forms (3 Originals)

| Phase Code | SOV Item # | | Budget | Reallocation Change Orders | Owner Change Orders | Revised Budget | 10/31/2012 Total Costs To-Date | Draw # 4 Costs |
|---|---|---|---|---|---|---|---|---|
| 11-999 | 42 | Big Ass Fans | 15,600.00 | | | 15,600.00 | | 0.00 |
| 16-010 | 43 | Electrical | 128,800.00 | | | 128,800.00 | 19,180.00 | 0.00 |
| | 44 | Contractor's Fee | 90,820.00 | | | 90,820.00 | 18,091.34 | 290.62 |
| | | TOTALS | $1,226,074.00 | $0.00 | $0.00 | $1,226,074.00 | $244,216.51 | $3,935.18 |
| | | Percent of Cost Complete | | | | $1,135,254.00 | $226,125.17 | 19.92% |

SBS 0534

# DEFENDANT'S
# EXHIBIT
# 5

 **AIA** Document G702™ – 1992

## Application and Certificate for Payment

| | | | | |
|---|---|---|---|---|
| TO OWNER: | Tri-Bar Ranch Company, Ltd.<br>10101 Reunion Place, Ste 1000<br>San Antonio, TX 78216 | PROJECT: | Los Cerritos Hanger<br>County Road 410<br>Uvalde, TX | APPLICATION NO: 005<br>PERIOD TO: November 30, 2012<br>CONTRACT FOR: General Construction |
| FROM<br>CONTRACTOR: | Select Building Systems, Inc.<br>17 Scenic Loop Rd.<br>Boerne, TX 78006 | VIA<br>ARCHITECT: | John Grable Architects, Inc.<br>222 Austin Hwy.<br>San Antonio, TX 78209 | CONTRACT DATE: May 03, 2012<br>PROJECT NOS: SSE-12-013 / / |

Distribution to:
OWNER:
ARCHITECT: X
CONTRACTOR: X
FIELD:
OTHER:

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM ............................................................. $ 1,226,074.00
2. NET CHANGE BY CHANGE ORDERS ......................................... $ · 0.00
3. CONTRACT SUM TO DATE (Line 1 ± 2) ................................... $ 1,226,074.00
4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) .......... $ 545,990.99
5. RETAINAGE:
   a. 10 % of Completed Work
     (Column D + E on G703)     $ 54,599.10
   b. 0 % of Stored Material
     (Column F on G703)     $ 0.00
   Total Retainage (Lines 5a + 5b or Total in Column I of G703) ................ $ 54,599.10
6. TOTAL EARNED LESS RETAINAGE ........................................ $ 491,391.89
   (Line 4 Less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT ........................ $ 219,794.86
   (Line 6 from prior Certificate)
8. CURRENT PAYMENT DUE .................................................... $ 271,597.03
9. BALANCE TO FINISH, INCLUDING RETAINAGE
   (Line 3 less Line 6)     $ 734,682.11

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $ 0.00 | $ 0.00 |
| Total approved this Month | $· 0.00 | $ 0.00 |
| TOTALS | $ 0.00 | $ 0.00 |
| NET CHANGES by Change Order | $ | 0.00 |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _____ Date: 12/8/12

State of: Texas
County of: Kendall
Subscribed and sworn to before
me this _____ day of _____ 20__

Notary Public: _____
My Commission expires: 11-07-2015

JOHN C. HAYWALD
MY COMMISSION EXPIRES
November 27, 2015

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ............................................................... $ _____
(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)

ARCHITECT:

By: _____ . Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

SBS 0535

AIA Document G702™ – 1992. Copyright © 1953, 1963, 1965, 1971, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:17:22 on 12/03/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:     (1802251114)

EXHIBIT 5

1

 **AIA** Document G703™ – 1992

## Continuation Sheet

AIA Document, G702™–1992, Application and Certification for Payment, or G736™–2009,
Project Application and Project Certificate for Payment, Construction Manager as Adviser Edition,
containing Contractor's signed certification is attached.
In tabulations below, amounts are in US dollars.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO: 005
APPLICATION DATE: 11/30/2012
PERIOD TO: 11/30/2012
ARCHITECT'S PROJECT NO: SSE-12-013

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 1 | Mobilization | 2,000.00 | 2,000.00 | 0.00 | 0.00 | 2,000.00 | 100.00 % | 0.00 | 0.00 |
| 2 | Project Superintendent | 48,000.00 | 0.00 | 716.38 | 0.00 | 716.38 | 1.49 % | 47,283.62 | 0.00 |
| 3 | Project Management | 10,000.00 | 6,903.08 | 1,435.14 | 0.00 | 8,338.22 | 83.38 % | 1,661.78 | 0.00 |
| 4 | Rental of Temporary Facilities, Equipment, etc. | 9,000.00 | 709.03 | 2,000.82 | 0.00 | 2,709.85 | 30.11 % | 6,290.15 | 0.00 |
| 5 | Other General Conditions Costs | 3,000.00 | 1,021.38 | 21.21 | 0.00 | 1,042.59 | 34.75 % | 1,957.41 | 0.00 |
| 6 | Travel | 12,000.00 | 1,116.02 | 26.06 | 0.00 | 1,142.08 | 9.52 % | 10,857.92 | 0.00 |
| 7 | General Liability Insurance | 4,904.00 | 4,904.00 | 0.00 | 0.00 | 4,904.00 | 100.00 % | 0.00 | 0.00 |
| 8 | Builder's Risk Insurance | 1,840.00 | 755.28 | 188.82 | 0.00 | 944.10 | 51.31 % | 895.90 | 0.00 |
| 9 | Casual Labor | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,000.00 | 0.00 |
| 10 | Final Cleaning | 1,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,800.00 | 0.00 |
| 11 | Debris Removal | 3,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 3,500.00 | 0.00 |
| 12 | Surveying & Staking | 2,177.50 | 2,177.50 | 0.00 | 0.00 | 2,177.50 | 100.00 % | 0.00 | 0.00 |
| 13 | Site Utilities | 16,322.50 | 9,800.00 | 0.00 | 0.00 | 9,800.00 | 60.04 % | 6,522.50 | 0.00 |
| 14 | Foundation 12" thick | 140,000.00 | 139,680.00 | 0.00 | 0.00 | 139,680.00 | 99.77 % | 320.00 | 0.00 |
| 15 | Concrete Paving & Curbs | 71,000.00 | 16,000.00 | 0.00 | 0.00 | 16,000.00 | 22.54 % | 55,000.00 | 0.00 |
| 16 | Mezzanines | 3,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 3,800.00 | 0.00 |
| 17 | Concrete Staining | 18,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 18,000.00 | 0.00 |

AIA Document G703™ – 1992. Copyright © 1963, 1965, 1966, 1967,1970, 1976, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:18:23 on 12/03/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:                                                                                                            (1987399802)

**EXHIBIT 5**

SBS 0536

EXHIBIT 5

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 18 | Masonry - CMU | 51,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 51,000.00 | 0.00 |
| 19 | Masonry - Stone | 44,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 44,000.00 | 0.00 |
| 20 | Misc Metals | 1,000.00 | 97.70 | 0.00 | 0.00 | 97.70 | 9.77 % | 902.30 | 0.00 |
| 21 | Rough Carpentry | 8,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 8,000.00 | 0.00 |
| 22 | Cabinets & Millwork | 14,150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 14,150.00 | 0.00 |
| 23 | Finish Carpentry | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,500.00 | 0.00 |
| 24 | Cedar Plank Cladding | 24,000.00 | 981.18 | 0.00 | 0.00 | 981.18 | 4.09 % | 23,018.82 | 0.00 |
| 25 | Insulation & Fire stopping | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 2,500.00 | 0.00 |
| 26 | Caulking & Sealants | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 2,500.00 | 0.00 |
| 27 | Metal Doors & Hardware | 3,600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 3,600.00 | 0.00 |
| 28 | Storefront / Windows | 4,520.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 4,520.00 | 0.00 |
| 29 | Wood Doors & Hardware | 1,300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,300.00 | 0.00 |
| 30 | Overhead Door-14' | 3,250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 3,250.00 | 0.00 |
| 31 | Metal Stud / Drywall System | 5,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 5,000.00 | 0.00 |
| 32 | Paint | 17,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 17,500.00 | 0.00 |
| 33 | Suspended Ceilings | 6,300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 6,300.00 | 0.00 |
| 34 | Ceramic Tile | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 2,500.00 | 0.00 |
| 35 | Carpet & Cove Base | 5,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 5,000.00 | 0.00 |
| 36 | Fire Extinguishers & Cabinets | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,000.00 | 0.00 |
| 37 | Toilet Accessories | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,500.00 | 0.00 |
| 38 | Metal Building - Including Hangar Doors | 353,203.00 | 0.00 | 256,155.24 | 0.00 | 256,155.24 | 72.52 % | 97,047.76 | 0.00 |
| 39 | Stairs | 6,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 6,000.00 | 0.00 |
| 40 | Plumbing | 54,750.00 | 20,800.00 | 0.00 | 0.00 | 20,800.00 | 37.99 % | 33,950.00 | 0.00 |

AIA Document G703™ — 1992. Copyright © 1963, 1965, 1966, 1967,1970, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:18:23 on 12/03/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes: (1987399802)

2

SBS 0537

EXHIBIT 5

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 41 | HVAC | 28,437.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 28,437.00 | 0.00 |
| 42 | Big Ass Fans | 15,600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 15,600.00 | 0.00 |
| 43 | Electrical | 128,800.00 | 19,180.00 | 18,880.00 | 0.00 | 38,060.00 | 29.55 % | 90,740.00 | 0.00 |
| 44 | Contractor's Fee | 90,820.00 | 18,091.34 | 22,350.81 | 0.00 | 40,442.15 | 44.53 % | 50,377.85 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 0.00 | 0.00 |
| | GRAND TOTAL | $1,226,074.00 | $244,216.51 | $301,774.48 | $0.00 | $545,990.99 | 44.53 % | $680,083.01 | $0.00 |

SBS 0538

AIA Document G703™ – 1992. Copyright © 1963, 1965, 1966, 1967,1970, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:18:23 on 12/03/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes: (1987399802)

3

# CONTRACTOR CONDITIONAL WAIVER AND RELEASE FOR PROGRESS PAYMENTS

**\* \* \* \* \* \* \* \* \* \* \* \* \***

Project: Los Cerritos Hangar
County Road 410
Uvalde, TX
Job No. 12-10-1378

Upon receipt by the signer of this document of a check from <u>Tri-Bar Ranch Company, Ltd.</u> (*maker of check*) in the sum of $ _271,597.03_ payable to <u>Select Building Systems, Inc.</u> (*payee or payees of check*) and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release any mechanic's lien right, any right arising from a payment bond that complies with a state or federal statute, any common law payment bond right, any claim for payment, and any rights under any similar ordinance, rule, or statute related to claim or payment rights for persons in the signer's position that the signer has on the property of <u>Tri-Bar Ranch Company, Ltd.</u> (*owner*) located at <u>County Road 410, Uvalde, TX</u> (*location*) to the following extent: <u>General Contractor</u> (*job description*).

This release covers a progress payment for all labor, services, equipment, or materials furnished to the property or to <u>Tri-Bar Ranch Company, Ltd.</u> (*person with whom signer contracted*) as indicated in the attached statement(s) or progress payment request(s), except for unpaid retention, pending modifications and changes, or other items furnished.

Before any recipient of this document relies on this document, the recipient should verify evidence of payment to the signer.

The signer warrants that the signer has already paid or will use the funds received from this progress payment to promptly pay in full all of the signer's laborers, subcontractors, materialmen, and suppliers for all work, materials, equipment, or services provided for or to the above referenced project in regard to the attached statement(s) or progress payment request(s).

Date: _12/3_, 20 _12_

___Select Building Systems, Inc.___ (Company Name)

By: _____ EVP (Signature)

Its: _Executive V.P._ (Title)

## ACKNOWLEDGMENT

STATE OF TEXAS §

COUNTY OF KENDALL §

This instrument was acknowledged before me on this the _3rd_ day of _December_, 20 _12_, by _David L. Morgan_, the _Executive Vice President_ of _Select Building Systems, Inc._ a Texas _Corporation_, on behalf of said _Corporation_.

_____
Notary Public, State of Texas

Printed Name: _John C Maywald_
My Commission Expires: _11-27-2015_

JOHN C. MAYWALD
MY COMMISSION EXPIRES
November 27, 2015

1

SBS 0539

**EXHIBIT 5**

# REQUEST FOR PAYMENT

| From: | Select Building Systems, Inc.<br>P. O. Box 780849<br>San Antonio, TX 78278-0849 | To: | Tri-Bar Ranch Company, Ltd.<br>10101 Reunion Place, Ste 1000<br>San Antonio, TX 78216 | Invoice: 137800005<br>Invoice: 137800005<br>Invoice date: 11/30/2012<br>Period ending date: 11/30/2012 |

Contract For:

**Request for payment:**

| | | | |
|---|---|---|---|
| Original contract amount | $1,226,074.00 | | |
| Approved changes | $0.00 | Project: 1378 | |
| Revised contract amount | | $1,226,074.00 | Los Cerritos Hanger |
| Contract completed to date | | $545,990.99 | Contract date: 5/17/2012 |
| Add-ons to date | $0.00 | | |
| Taxes to date | $0.00 | | |
| Less retainage | $54,599.10 | | Architect: |
| Total completed less retainage | | $491,391.89 | Scope: |
| Less previous requests | $219,794.86 | | |
| Current request for payment | | $271,597.03 | |
| Current billing | | $301,774.48 | |
| Current additional charges | $0.00 | | |
| Current tax | $0.00 | | |
| Less current retainage | $30,177.45 | | |
| Current amount due | | $271,597.03 | |
| Remaining contract to bill | $734,682.11 | | |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Changes approved in previous months by Owner | 1,177.50 | -1,177.50 |
| Total approved this Month | | |
| TOTALS | 1,177.50 | -1,177.50 |
| NET CHANGES by Change Order | | |

I hereby certify that the work performed and the materials supplied to date, as shown on the above represent the actual value of the accomplishment under the terms of the Contract (and all authorized changes thereof) between the undersigned and the Tri-Bar Ranch Company, Ltd. relating to the above referenced project. I also certify that the contractor has paid all amounts previously billed and paid by the owner.

CONTRACTOR:     Select Building Systems, Inc.          State Of Texas          County Of Kendall

By: _____          Subscribed and sworn to before me this _____ day of _____, _____

Date: _____          Notary Public
                                              My commission expires:

SBS 0540

| Item ID | Description | Total Contract Amount | Previously Completed Work | Work Completed This Period | Completed To Date | % Comp | Retainage Balance |
|---|---|---|---|---|---|---|---|
| 1 | Mobilization | 2,000.00 | 2,000.00 | | 2,000.00 | 100.00 | 200.00 |
| 2 | Project Superintendent | 48,000.00 | | 716.38 | 716.38 | 1.49 | 71.64 |
| 3 | Project Management | 10,000.00 | 6,903.08 | 1,435.14 | 8,338.22 | 83.38 | 833.82 |
| 4 | Temporary Facilities/Equipment | 9,000.00 | 709.03 | 2,000.82 | 2,709.85 | 30.11 | 270.98 |
| 5 | Other General Conditions | 3,000.00 | 1,021.38 | 21.21 | 1,042.59 | 34.75 | 104.26 |
| 6 | Travel | 12,000.00 | 1,116.02 | 26.06 | 1,142.08 | 9.52 | 114.21 |
| 7 | General Liability Insurance | 4,904.00 | 4,904.00 | | 4,904.00 | 100.00 | 490.40 |
| 8 | Builder's Risk Insurance | 1,840.00 | 755.28 | 188.82 | 944.10 | 51.31 | 94.40 |
| 9 | Casual Labor | 1,000.00 | | | | | |
| 10 | Final Cleaning | 1,800.00 | | | | | |
| 11 | Debris Removal | 3,500.00 | | | | | |
| 12 | Surveying & Staking | 2,177.50 | 2,177.50 | | 2,177.50 | 100.00 | 217.75 |
| 13 | Site Utilities | 16,322.50 | 9,800.00 | | 9,800.00 | 60.04 | 980.00 |
| 14 | Foundation - 12" Thick | 140,000.00 | 139,680.00 | | 139,680.00 | 99.77 | 13,968.00 |
| 15 | Concrete Paving & Curbs | 71,000.00 | 16,000.00 | | 16,000.00 | 22.54 | 1,600.00 |
| 16 | Mezzanines | 3,800.00 | | | | | |
| 17 | Concrete Staining | 18,000.00 | | | | | |
| 18 | Masonry - CMU | 51,000.00 | | | | | |
| 19 | Masonry - Stone | 44,000.00 | | | | | |
| 20 | Misc Metals | 1,000.00 | 97.70 | | 97.70 | 9.77 | 9.77 |
| 21 | Rough Carpentry | 8,000.00 | | | | | |
| 22 | Cabinets & Millwork | 14,150.00 | | | | | |
| 23 | Finish Carpentry | 1,500.00 | | | | | |
| 24 | Cedar Plank Cladding | 24,000.00 | 981.18 | | 981.18 | 4.09 | 98.12 |
| 25 | Insulation & Fire Stopping | 2,500.00 | | | | | |
| 26 | Caulking & Sealants | 2,500.00 | | | | | |
| 27 | Metal Doors & Hardware | 3,600.00 | | | | | |
| 28 | Storefront & Windows | 4,520.00 | | | | | |
| 29 | Wood Doors & Hardware | 1,300.00 | | | | | |
| 30 | Overhead Door - 14' | 3,250.00 | | | | | |
| 31 | Metal Stud & Drywall System | 5,000.00 | | | | | |
| 32 | Paint | 17,500.00 | | | | | |
| 33 | Suspended Ceilings | 6,300.00 | | | | | |

EXHIBIT 5

SBS 0541

REQUEST FOR PA'     IT DETAIL

Project: 1378 / Los Cerritos Hanger          Invoice: 137800005          Invoice: 137800005          Period Ending Date: 11/30/2012          Page 3 of 3 Pages

| Item ID | Description | Total Contract Amount | Previously Completed Work | Work Completed This Period | Completed To Date | % Comp | Retainage Balance |
|---|---|---|---|---|---|---|---|
| 34 | Ceramic Tile | 2,500.00 | | | | | |
| 35 | Carpet & Cove Base | 5,000.00 | | | | | |
| 36 | Fire Extinguishers & Cabinets | 1,000.00 | | | | | |
| 37 | Toilet Accessories | 1,500.00 | | | | | |
| 38 | Metal Building & Hangar Doors | 353,203.00 | | 256,155.24 | 256,155.24 | 72.52 | 25,615.52 |
| 39 | Stairs | 6,000.00 | | | | | |
| 40 | Plumbing | 54,750.00 | 20,800.00 | | 20,800.00 | 37.99 | 2,080.00 |
| 41 | HVAC | 28,437.00 | | | | | |
| 42 | Big Ass Fans | 15,600.00 | | | | | |
| 43 | Electrical | 128,800.00 | 19,180.00 | 18,880.00 | 38,060.00 | 29.55 | 3,806.00 |
| 44 | Contractor's Fee | 90,820.00 | 18,091.34 | 22,350.81 | 40,442.15 | 44.53 | 4,044.23 |
| | Totals | 1,226,074.00 | 244,216.51 | 301,774.48 | 545,990.99 | 44.53 | 54,599.10 |

EXHIBIT 5

SBS 0542

Los Cerritos Hangar
Cost Worksheet                                                    Draw on AIA forms (3 Originals)

| Phase Code | SOV Item # | | Budget | Reallocation Change Orders | Owner Change Orders | Revised Budget | 11/30/2012 Total Costs To-Date | Draw # 5 Costs |
|---|---|---|---|---|---|---|---|---|
| | 1 | Mobilization | 2,000.00 | | | 2,000.00 | 2,000.00 | 0.00 |
| 01-041 | 2 | Project Superintendent | 48,000.00 | | | 48,000.00 | 716.38 | 716.38 |
| 01-012 | 3 | Project Management | 10,000.00 | | | 10,000.00 | 8,338.22 | 1,435.14 |
| 01-500 RE / TPE | 4 | Rental of Temporary Facilities, Equipment, etc. | 9,000.00 | | | 9,000.00 | 2,709.85 | 2,000.82 |
| 01-500 EXP/SAF | 5 | Other General Conditions Costs | 3,000.00 | | | 3,000.00 | 1,042.59 | 21.21 |
| 17-001 | 6 | Travel | 12,000.00 | | | 12,000.00 | 1,142.08 | 26.06 |
| 01-760 GL | 7 | General Liability Insurance | 4,904.00 | | | 4,904.00 | 4,904.00 | 0.00 |
| 01-760 BR | 8 | Builder's Risk Insurance | 1,840.00 | | | 1,840.00 | 944.10 | 188.82 |
| 01-545 CL | 9 | Casual Labor | 1,000.00 | | | 1,000.00 | | 0.00 |
| 01-710 SUB | 10 | Final Cleaning | 1,800.00 | | | 1,800.00 | | 0.00 |
| 01-545 DEB | 11 | Debris Removal | 3,500.00 | | | 3,500.00 | | 0.00 |
| 01-330 | 12 | Surveying & Staking | 1,000.00 | 1,177.50 | | 2,177.50 | 2,177.50 | 0.00 |
| 02-732 SAN / 02-665 FIR | 13 | Site Utilities | 17,500.00 | (1,177.50) | | 16,322.50 | 9,800.00 | 0.00 |
| 03-300 FOU | 14 | Foundation 12" thick | 140,000.00 | | | 140,000.00 | 139,680.00 | 0.00 |
| 02-520 PAV | 15 | Concrete Paving & Curbs | 71,000.00 | | | 71,000.00 | 16,000.00 | 0.00 |
| 03-300 MEZ | 16 | Mezzanines | 3,800.00 | | | 3,800.00 | | 0.00 |
| 03-300 STN | 17 | Concrete Staining | 18,000.00 | | | 18,000.00 | | 0.00 |
| 04-001 CMU | 18 | Masonry - CMU | 51,000.00 | | | 51,000.00 | | 0.00 |
| 04-001 STO | 19 | Masonry - Stone | 44,000.00 | | | 44,000.00 | | 0.00 |
| 05-500 | 20 | Misc Metals | 1,000.00 | | | 1,000.00 | 97.70 | 0.00 |
| 06-110 | 21 | Rough Carpentry | 8,000.00 | | | 8,000.00 | | 0.00 |
| 06-410 | 22 | Cabinets & Millwork | 14,150.00 | | | 14,150.00 | | 0.00 |
| 06-200 | 23 | Finish Carpentry | 1,500.00 | | | 1,500.00 | | 0.00 |
| 06-115 | 24 | Cedar Plank Cladding | 24,000.00 | | | 24,000.00 | 981.18 | 0.00 |
| 07-200 | 25 | Insulation & Fire stopping | 2,500.00 | | | 2,500.00 | | 0.00 |
| 07-900 | 26 | Caulking & Sealants | 2,500.00 | | | 2,500.00 | | 0.00 |
| 08-101 | 27 | MetalDoors & Hardware | 3,600.00 | | | 3,600.00 | | 0.00 |
| 08-410 | 28 | Storefront / Windows | 4,520.00 | | | 4,520.00 | | 0.00 |
| 08-201 | 29 | Wood Doors & Hardware | 1,300.00 | | | 1,300.00 | | 0.00 |
| 08-331 | 30 | Overhead Door-14' | 3,250.00 | | | 3,250.00 | | 0.00 |
| 09-111 | 31 | Metal Stud / Drywall System | 5,000.00 | | | 5,000.00 | | 0.00 |
| 09-900 | 32 | Paint | 17,500.00 | | | 17,500.00 | | 0.00 |
| 09-511 | 33 | Suspended Ceilings | 6,300.00 | | | 6,300.00 | | 0.00 |
| 09-301 | 34 | Ceramic Tile | 2,500.00 | | | 2,500.00 | | 0.00 |
| 09-680 | 35 | Carpet & Cove Base | 5,000.00 | | | 5,000.00 | | 0.00 |
| 10-522 | 36 | Fire Extinguishers & Cabinets | 1,000.00 | | | 1,000.00 | | 0.00 |
| 10-800 | 37 | Toilet Accessories | 1,500.00 | | | 1,500.00 | | 0.00 |
| 13-121 | 38 | Metal Building - Including Hangar Doors | 353,203.00 | | | 353,203.00 | 256,155.24 | 256,155.24 |
| 05-510 | 39 | Stairs | 6,000.00 | | | 6,000.00 | | 0.00 |
| 15-400 | 40 | Plumbing | 54,750.00 | | | 54,750.00 | 20,800.00 | 0.00 |
| 15-500 | 41 | HVAC | 28,437.00 | | | 28,437.00 | | 0.00 |
| 11-999 | 42 | Big Ass Fans | 15,600.00 | | | 15,600.00 | | 0.00 |

SBS 0543


EXHIBIT 5

Los Cerritos Hangar
Cost Worksheet                                                Draw on AIA forms (3 Originals)

| Phase Code | SOV Item # | | | Budget | Reallocation Change Orders | Owner Change Orders | Revised Budget | 11/30/2012 Total Costs To-Date | Draw # 5 Costs |
|---|---|---|---|---|---|---|---|---|---|
| 16-010 | 43 | Electrical | | 128,800.00 | | | 128,800.00 | 38,060.00 | 18,880.00 |
| | 44 | Contractor's Fee | | 90,820.00 | | | 90,820.00 | 40,442.15 | 22,350.81 |
| | | | TOTALS | $1,226,074.00 | $0.00 | $0.00 | $1,226,074.00 | $545,990.99 | $301,774.48 |
| | | | Percent of Cost Complete | | | | $1,135,254.00 | $505,548.84 | 44.53% |

EXHIBIT 5

SBS 0544

# DEFENDANT'S
# EXHIBIT
# 6

 **Document G702™ – 1992**

## Application and Certificate for Payment

| | | | | |
|---|---|---|---|---|
| **TO OWNER:** | Tri-Bar Ranch Company, Ltd.<br>10101 Reunion Place, Ste 1000<br>San Antonio, TX 78216 | **PROJECT:** | Los Cerritos Hanger<br>County Road 410<br>Uvalde, TX | **APPLICATION NO:** 006<br>**PERIOD TO:** December 31, 2012<br>**CONTRACT FOR:** General Construction |
| **FROM**<br>**CONTRACTOR:** | Select Building Systems, Inc.<br>17 Scenic Loop Rd.<br>Boerne, TX 78006 | **VIA**<br>**ARCHITECT:** | John Grable Architects, Inc.<br>222 Austin Hwy.<br>San Antonio, TX 78209 | **CONTRACT DATE:** May 03, 2012<br>**PROJECT NOS:** SSE-12-013 / / |

**Distribution to:**
OWNER:
ARCHITECT: X
CONTRACTOR: X
FIELD:
OTHER:

EXHIBIT 6

### CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM ................................................................. $ 1,226,074.00
2. NET CHANGE BY CHANGE ORDERS ................................................. $ 0.00
3. CONTRACT SUM TO DATE (Line 1 ± 2) ............................................. $ 1,226,074.00
4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) ........... $ 700,471.39
5. RETAINAGE:
   a. 10 % of Completed Work
      (Column D + E on G703)     $ 70,047.14
   b. 0 % of Stored Material
      (Column F on G703)     $ 0.00

   Total Retainage (Lines 5a + 5b or Total in Column I of G703) ................ $ 70,047.14
6. TOTAL EARNED LESS RETAINAGE ................................................... $ 630,424.25
   (Line 4 Less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT .................................. $ 491,391.89
   (Line 6 from prior Certificate)
8. CURRENT PAYMENT DUE ............................................................. $ 139,032.36
9. BALANCE TO FINISH, INCLUDING RETAINAGE ·
   (Line 3 less Line 6)     $ 595,649.75

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $ 0.00 | $ 0.00 |
| Total approved this Month | $ 0.00 | $ 0.00 |
| TOTALS | $ 0.00 | $ 0.00 |
| NET CHANGES by Change Order | $ | 0.00 |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _____ Date: 12/28/12

State of: Texas

County of: Kendall

Subscribed and sworn to before
me this 28th day of December 2012

Notary Public: _____
My Commission expires: _____

 JOHN C. MAYWALD
MY COMMISSION EXPIRES
November 27, 2015

### ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ................................................................. $ _____

*(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)*

ARCHITECT:

By: _____ Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

**SBS 0545**

AIA Document G702™ – 1992. Copyright © 1953, 1963, 1965, 1971, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 15:14:46 on 12/28/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes: (1483684200)

1

 **Document G703™ – 1992**

## Continuation Sheet

AIA Document, G702™–1992, Application and Certification for Payment, or G736™–2009, Project Application and Project Certificate for Payment, Construction Manager as Adviser Edition, containing Contractor's signed certification is attached.
In tabulations below, amounts are in US dollars.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO: 006
APPLICATION DATE: 12/28/2012
PERIOD TO: 12/31/2012
ARCHITECT'S PROJECT NO: SSE-12-013

| A | B | C | WORK COMPLETED | | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| 1 | Mobilization | 2,000.00 | 2,000.00 | 0.00 | 0.00 | 2,000.00 | 100.00 % | 0.00 | 0.00 |
| 2 | Project Superintendent | 48,000.00 | 716.38 | 4,536.73 | 0.00 | 5,253.11 | 10.94 % | 42,746.89 | 0.00 |
| 3 | Project Management | 10,000.00 | 8,338.22 | 1,230.11 | 0.00 | 9,568.33 | 95.68 % | 431.67 | 0.00 |
| 4 | Rental of Temporary Facilities, Equipment, etc. | 9,000.00 | 2,709.85 | 1,033.82 | 0.00 | 3,743.67 | 41.60 % | 5,256.33 | 0.00 |
| 5 | Other General Conditions Costs | 3,000.00 | 1,042.59 | 518.53 | 0.00 | 1,561.12 | 52.04 % | 1,438.88 | 0.00 |
| 6 | Travel | 12,000.00 | 1,142.08 | 2,435.89 | 0.00 | 3,577.97 | 29.82 % | 8,422.03 | 0.00 |
| 7 | General Liability Insurance | 4,904.00 | 4,904.00 | 0.00 | 0.00 | 4,904.00 | 100.00 % | 0.00 | 0.00 |
| 8 | Builder's Risk Insurance | 1,840.00 | 944.10 | 188.82 | 0.00 | 1,132.92 | 61.57 % | 707.08 | 0.00 |
| 9 | Casual Labor | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,000.00 | 0.00 |
| 10 | Final Cleaning | 1,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,800.00 | 0.00 |
| 11 | Debris Removal | 3,500.00 | 0.00 | 750.00 | 0.00 | 750.00 | 21.43 % | 2,750.00 | 0.00 |
| 12 | Surveying & Staking | 2,177.50 | 2,177.50 | 0.00 | 0.00 | 2,177.50 | 100.00 % | 0.00 | 0.00 |
| 13 | Site Utilities | 16,322.50 | 9,800.00 | 0.00 | 0.00 | 9,800.00 | 60.04 % | 6,522.50 | 0.00 |
| 14 | Foundation 12" thick | 140,000.00 | 139,680.00 | 0.00 | 0.00 | 139,680.00 | 99.77 % | 320.00 | 0.00 |
| 15 | Concrete Paving & Curbs | 71,000.00 | 16,000.00 | 0.00 | 0.00 | 16,000.00 | 22.54 % | 55,000.00 | 0.00 |
| 16 | Mezzanines | 3,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 3,800.00 | 0.00 |
| 17 | Concrete Staining | 18,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 18,000.00 | 0.00 |

AIA Document G703™ – 1992. Copyright © 1963, 1965, 1966, 1967, 1970, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 15:15:51 on 12/28/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes: (1481000814)

1

SBS 0546

**EXHIBIT 6**

EXHIBIT 6

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 18 | Masonry - CMU | 51,000.00 | 0.00 | 49,000.00 | 0.00 | 49,000.00 | 96.08 % | 2,000.00 | 0.00 |
| 19 | Masonry - Stone | 44,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 44,000.00 | 0.00 |
| 20 | Misc Metals | 1,000.00 | 97.70 | 0.00 | 0.00 | 97.70 | 9.77 % | 902.30 | 0.00 |
| 21 | Rough Carpentry | 8,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 8,000.00 | 0.00 |
| 22 | Cabinets & Millwork | 14,150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 14,150.00 | 0.00 |
| 23 | Finish Carpentry | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,500.00 | 0.00 |
| 24 | Cedar Plank Cladding | 24,000.00 | 981.18 | 0.00 | 0.00 | 981.18 | 4.09 % | 23,018.82 | 0.00 |
| 25 | Insulation & Fire stopping | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 2,500.00 | 0.00 |
| 26 | Caulking & Sealants | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 2,500.00 | 0.00 |
| 27 | MetalDoors & Hardware | 3,600.00 | 0.00 | 2,762.68 | 0.00 | 2,762.68 | 76.74 % | 837.32 | 0.00 |
| 28 | Storefront / Windows | 4,520.00 | 0.00 | 1,019.00 | 0.00 | 1,019.00 | 22.54 % | 3,501.00 | 0.00 |
| 29 | Wood Doors & Hardware | 1,300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,300.00 | 0.00 |
| 30 | Overhead Door-14' | 3,250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 3,250.00 | 0.00 |
| 31 | Metal Stud / Drywall System | 5,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 5,000.00 | 0.00 |
| 32 | Paint | 17,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 17,500.00 | 0.00 |
| 33 | Suspended Ceilings | 6,300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 6,300.00 | 0.00 |
| 34 | Ceramic Tile | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 2,500.00 | 0.00 |
| 35 | Carpet & Cove Base | 5,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 5,000.00 | 0.00 |
| 36 | Fire Extinguishers & Cabinets | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,000.00 | 0.00 |
| 37 | Toilet Accessories | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,500.00 | 0.00 |
| 38 | Metal Building - Including Hangar Doors | 353,203.00 | 256,155.24 | 59,851.50 | 0.00 | 316,006.74 | 89.47 % | 37,196.26 | 0.00 |
| 39 | Stairs | 6,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 6,000.00 | 0.00 |
| 40 | Plumbing | 54,750.00 | 20,800.00 | 0.00 | 0.00 | 20,800.00 | 37.99 % | 33,950.00 | 0.00 |

AIA Document G703™ — 1992. Copyright © 1963, 1965, 1966, 1967,1970, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 15:15:51 on 12/28/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:                                                                                                    (1481000814)

2

SBS 0547

EXHIBIT 6

| A | B | C | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 41 | HVAC | 28,437.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 28,437.00 | 0.00 |
| 42 | Big Ass Fans | 15,600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 15,600.00 | 0.00 |
| 43 | Electrical | 128,800.00 | 38,060.00 | 19,710.00 | 0.00 | 57,770.00 | 44.85 % | 71,030.00 | 0.00 |
| 44 | Contractor's Fee | 90,820.00 | 40,442.15 | 11,443.32 | 0.00 | 51,885.47 | 57.13 % | 38,934.53 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 0.00 | 0.00 |
| | GRAND TOTAL | $1,226,074.00 | $545,990.99 | $154,480.40 | $0.00 | $700,471.39 | 57.13 % | $525,602.61 | $0.00 |

SBS 0548

AIA Document G703™ – 1992. Copyright © 1963, 1965, 1966, 1967,1970, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 15:15:51 on 12/28/2012 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes: (1461000814)

## CONTRACTOR CONDITIONAL WAIVER AND RELEASE FOR PROGRESS PAYMENTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

Project: Los Cerritos Hangar
County Road 410
Uvalde, TX
Job No. 12-10-1378

Upon receipt by the signer of this document of a check from Tri-Bar Ranch Company, Ltd. (*maker of check*) in the sum of $ 139,032.36 payable to Select Building Systems, Inc. (*payee or payees of check*) and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release any mechanic's lien right, any right arising from a payment bond that complies with a state or federal statute, any common law payment bond right, any claim for payment, and any rights under any similar ordinance, rule, or statute related to claim or payment rights for persons in the signer's position that the signer has on the property of Tri-Bar Ranch Company, Ltd. (*owner*) located at County Road 410, Uvalde, TX (*location*) to the following extent: General Contractor (*job description*).

This release covers a progress payment for all labor, services, equipment, or materials furnished to the property or to Tri-Bar Ranch Company, Ltd. (*person with whom signer contracted*) as indicated in the attached statement(s) or progress payment request(s), except for unpaid retention, pending modifications and changes, or other items furnished.

Before any recipient of this document relies on this document, the recipient should verify evidence of payment to the signer.

The signer warrants that the signer has already paid or will use the funds received from this progress payment to ~mptly pay in full all of the signer's laborers, subcontractors, materialmen, and suppliers for all work, materials, ipment, or services provided for or to the above referenced project in regard to the attached statement(s) or progress payment request(s).

Date: 12/28 , 20 12

Select Building Systems, Inc. (Company Name)

By: _____ (Signature)

Its: EXECUTIVE V.P. (Title)

### ACKNOWLEDGMENT

STATE OF TEXAS §

COUNTY OF KENDALL §

This instrument was acknowledged before me on this the 20th day of December , 20 12 , by David L. Morgan , the Executive Vice President of Select Building Systems, Inc. a Texas Corporation , on behalf of said Corporation .

_____
Notary Public, State of Texas

JOHN C. MAYWALD
MY COMMISSION EXPIRES
November 27, 2015

Printed Name: John C. Maywald
My Commission Expires: 11/27/2015

1

SBS 0549

## EXHIBIT 6

# REQUEST FOR PAYMENT

| From: | Select Building Systems, Inc.<br>P. O. Box 780849<br>San Antonio, TX 78278-0849 | To: | Tri-Bar Ranch Company, Ltd.<br>10101 Reunion Place, Ste 1000<br>San Antonio, TX 78216 | Invoice: 137800006<br>Invoice: 137800006<br>Invoice date: 12/31/2012<br>Period ending date: 12/31/2012 |

Contract For:

## Request for payment:

| | | |
|---|---|---|
| Original contract amount | $1,226,074.00 | |
| Approved changes | $0.00 | |
| Revised contract amount | | $1,226,074.00 |
| | | |
| Contract completed to date | | $700,471.39 |
| Add-ons to date | $0.00 | |
| Taxes to date | $0.00 | |
| Less retainage | $70,047.14 | |
| Total completed less retainage | | $630,424.25 |
| Less previous requests | $491,391.89 | |
| Current request for payment | | $139,032.36 |
| Current billing | | $154,480.40 |
| Current additional charges | $0.00 | |
| Current tax | $0.00 | |
| Less current retainage | $15,448.04 | |
| Current amount due | | $139,032.36 |
| Remaining contract to bill | $595,649.75 | |

Project: 1378

Los Cerritos Hanaer

Contract date: 5/17/2012

Architect:

Scope:

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Changes approved in previous months by Owner | 1,177.50 | -1,177.50 |
| Total approved this Month | 3,060.00 | -3,060.00 |
| TOTALS | 4,237.50 | -4,237.50 |
| NET CHANGES by Change Order | | |

I hereby certify that the work performed and the materials supplied to date, as shown on the above represent the actual value of the accomplishment under the terms of the Contract (and all authorized changes thereof) between the undersigned and the Tri-Bar Ranch Company, Ltd. relating to the above referenced project. I also certify that the contractor has paid all amounts previously billed and paid by the owner.

| | | |
|---|---|---|
| CONTRACTOR: Select Building Systems, Inc. | State Of Texas | County Of Kendall |
| By: _____ | Subscribed and sworn to before me this _____ day of _____,_____ | |
| Date: _____ | Notary Public<br>My commission expires: | |

SBS 0550

EXHIBIT 6

**EXHIBIT 6**

| Item ID | Description | Total Contract Amount | Previously Completed Work | Work Completed This Period | Completed To Date | % Comp | Retainage Balance |
|---|---|---|---|---|---|---|---|
| 1 | Mobilization | 2,000.00 | 2,000.00 | | 2,000.00 | 100.00 | 200.00 |
| 2 | Project Superintendent | 48,000.00 | 716.38 | 4,536.73 | 5,253.11 | 10.94 | 525.31 |
| 3 | Project Management | 10,000.00 | 8,338.22 | 1,230.11 | 9,568.33 | 95.68 | 956.83 |
| 4 | Temporary Facilities/Equipment | 9,000.00 | 2,709.85 | 1,033.82 | 3,743.67 | 41.60 | 374.36 |
| 5 | Other General Conditions | 3,000.00 | 1,042.59 | 518.53 | 1,561.12 | 52.04 | 156.11 |
| 6 | Travel | 12,000.00 | 1,142.08 | 2,435.89 | 3,577.97 | 29.82 | 357.80 |
| 7 | General Liability Insurance | 4,904.00 | 4,904.00 | | 4,904.00 | 100.00 | 490.40 |
| 8 | Builder's Risk Insurance | 1,840.00 | 944.10 | 188.82 | 1,132.92 | 61.57 | 113.28 |
| 9 | Casual Labor | 1,000.00 | | | | | |
| 10 | Final Cleaning | 1,800.00 | | | | | |
| 11 | Debris Removal | 3,500.00 | | 750.00 | 750.00 | 21.43 | 75.00 |
| 12 | Surveying & Staking | 2,177.50 | 2,177.50 | | 2,177.50 | 100.00 | 217.75 |
| 13 | Site Utilities | 16,322.50 | 9,800.00 | | 9,800.00 | 60.04 | 980.00 |
| 14 | Foundation - 12" Thick | 140,000.00 | 139,680.00 | | 139,680.00 | 99.77 | 13,968.00 |
| 15 | Concrete Paving & Curbs | 71,000.00 | 16,000.00 | | 16,000.00 | 22.54 | 1,600.00 |
| 16 | Mezzanines | 3,800.00 | | | | | |
| 17 | Concrete Staining | 18,000.00 | | | | | |
| 18 | Masonry - CMU | 51,000.00 | | 49,000.00 | 49,000.00 | 96.08 | 4,900.00 |
| 19 | Masonry - Stone | 44,000.00 | | | | | |
| 20 | Misc Metals | 1,000.00 | 97.70 | | 97.70 | 9.77 | 9.77 |
| 21 | Rough Carpentry | 8,000.00 | | | | | |
| 22 | Cabinets & Millwork | 14,150.00 | | | | | |
| 23 | Finish Carpentry | 1,500.00 | | | | | |
| 24 | Cedar Plank Cladding | 24,000.00 | 981.18 | | 981.18 | 4.09 | 98.12 |
| 25 | Insulation & Fire Stopping | 2,500.00 | | | | | |
| 26 | Caulking & Sealants | 2,500.00 | | | | | |
| 27 | Metal Doors & Hardware | 3,600.00 | | 2,762.68 | 2,762.68 | 76.74 | 276.27 |
| 28 | Storefront & Windows | 4,520.00 | | 1,019.00 | 1,019.00 | 22.54 | 101.90 |
| 29 | Wood Doors & Hardware | 1,300.00 | | | | | |
| 30 | Overhead Door - 14' | 3,250.00 | | | | | |
| 31 | Metal Stud & Drywall System | 5,000.00 | | | | | |
| 32 | Paint | 17,500.00 | | | | | |
| 33 | Suspended Ceilings | 6,300.00 | | | | | |

SBS 0551

| Item ID | Description | Total Contract Amount | Previously Completed Work | Work Completed This Period | Completed To Date | % Comp | Retainage Balance |
|---|---|---|---|---|---|---|---|
| 34 | Ceramic Tile | 2,500.00 | | | | | |
| 35 | Carpet & Cove Base | 5,000.00 | | | | | |
| 36 | Fire Extinguishers & Cabinets | 1,000.00 | | | | | |
| 37 | Toilet Accessories | 1,500.00 | | | | | |
| 38 | Metal Building & Hangar Doors | 353,203.00 | 256,155.24 | 59,851.50 | 316,006.74 | 89.47 | 31,600.67 |
| 39 | Stairs | 6,000.00 | | | | | |
| 40 | Plumbing | 54,750.00 | 20,800.00 | | 20,800.00 | 37.99 | 2,080.00 |
| 41 | HVAC | 25,377.00 | | | | | |
| 42 | Big Ass Fans | 18,660.00 | | | | | |
| 43 | Electrical | 128,800.00 | 38,060.00 | 19,710.00 | 57,770.00 | 44.85 | 5,777.00 |
| 44 | Contractor's Fee | 90,820.00 | 40,442.15 | 11,443.32 | 51,885.47 | 57.13 | 5,188.57 |

EXHIBIT 6

SBS 0552

| Totals | 1,226,074.00 | 545,990.99 | 154,480.40 | 700,471.39 | 57.13 | 70,047.14 |
|---|---|---|---|---|---|---|

Los Cerritos Hangar
Cost Worksheet                                                    Draw on AIA forms (3 Originals)

| Phase Code | SOV Item # | | Budget | Reallocation Change Orders | Owner Change Orders | Revised Budget | Total Costs To-Date | Draw # 6 Costs |
|---|---|---|---|---|---|---|---|---|
| | 1 | Mobilization | 2,000.00 | | | 2,000.00 | 2,000.00 | 0.00 |
| 01-041 | 2 | Project Superintendent | 48,000.00 | | | 48,000.00 | 5,253.11 | 4,536.73 |
| 01-012 | 3 | Project Management | 10,000.00 | | | 10,000.00 | 9,568.33 | 1,230.11 |
| 01-500 RE/TPE/MAT/PC | 4 | Rental of Temporary Facilities, Equipment, etc. | 9,000.00 | | | 9,000.00 | 3,743.67 | 1,033.82 |
| 01-500 EXP/SAF | 5 | Other General Conditions Costs | 3,000.00 | | | 3,000.00 | 1,561.12 | 518.53 |
| 17-001 | 6 | Travel | 12,000.00 | | | 12,000.00 | 3,577.97 | 2,435.89 |
| 01-760 GL | 7 | General Liability Insurance | 4,904.00 | | | 4,904.00 | 4,904.00 | 0.00 |
| 01-760 BR | 8 | Builder's Risk Insurance | 1,840.00 | | | 1,840.00 | 1,132.92 | 188.82 |
| 01-545 CL | 9 | Casual Labor | 1,000.00 | | | 1,000.00 | | 0.00 |
| 01-710 SUB | 10 | Final Cleaning | 1,800.00 | | | 1,800.00 | | 0.00 |
| 01-545 DEB | 11 | Debris Removal | 3,500.00 | | | 3,500.00 | 750.00 | 750.00 |
| 01-330 | 12 | Surveying & Staking | 1,000.00 | 1,177.50 | | 2,177.50 | 2,177.50 | 0.00 |
| 02-732 SAN / 02-665 FIR | 13 | Site Utilities | 17,500.00 | (1,177.50) | | 16,322.50 | 9,800.00 | 0.00 |
| 03-300 FOU | 14 | Foundation 12" thick | 140,000.00 | | | 140,000.00 | 139,680.00 | 0.00 |
| 02-520 PAV | 15 | Concrete Paving & Curbs | 71,000.00 | | | 71,000.00 | 16,000.00 | 0.00 |
| 03-300 MEZ | 16 | Mezzanines | 3,800.00 | | | 3,800.00 | | 0.00 |
| 03-300 STN | 17 | Concrete Staining | 18,000.00 | | | 18,000.00 | | 0.00 |
| 04-001 CMU | 18 | Masonry - CMU | 51,000.00 | | | 51,000.00 | 49,000.00 | 49,000.00 |
| 04-001 STO | 19 | Masonry - Stone | 44,000.00 | | | 44,000.00 | | 0.00 |
| 05-500 | 20 | Misc Metals | 1,000.00 | | | 1,000.00 | 97.70 | 0.00 |
| 06-110 | 21 | Rough Carpentry | 8,000.00 | | | 8,000.00 | | 0.00 |
| 06-410 | 22 | Cabinets & Millwork | 14,150.00 | | | 14,150.00 | | 0.00 |
| 06-200 | 23 | Finish Carpentry | 1,500.00 | | | 1,500.00 | | 0.00 |
| 06-115 | 24 | Cedar Plank Cladding | 24,000.00 | | | 24,000.00 | 981.18 | 0.00 |
| 07-200 | 25 | Insulation & Fire stopping | 2,500.00 | | | 2,500.00 | | 0.00 |
| 07-900 | 26 | Caulking & Sealants | 2,500.00 | | | 2,500.00 | | 0.00 |
| 08-101 | 27 | MetalDoors & Hardware | 3,600.00 | | | 3,600.00 | 2,762.68 | 2,762.68 |
| 08-410 | 28 | Storefront / Windows | 4,520.00 | | | 4,520.00 | 1,019.00 | 1,019.00 |
| 08-201 | 29 | Wood Doors & Hardware | 1,300.00 | | | 1,300.00 | | 0.00 |
| 08-331 | 30 | Overhead Door-14' | 3,250.00 | | | 3,250.00 | | 0.00 |
| 09-111 | 31 | Metal Stud / Drywall System | 5,000.00 | | | 5,000.00 | | 0.00 |
| 09-900 | 32 | Paint | 17,500.00 | | | 17,500.00 | | 0.00 |
| 09-511 | 33 | Suspended Ceilings | 6,300.00 | | | 6,300.00 | | 0.00 |
| 09-301 | 34 | Ceramic Tile | 2,500.00 | | | 2,500.00 | | 0.00 |
| 09-680 | 35 | Carpet & Cove Base | 5,000.00 | | | 5,000.00 | | 0.00 |
| 10-522 | 36 | Fire Extinguishers & Cabinets | 1,000.00 | | | 1,000.00 | | 0.00 |
| 10-800 | 37 | Toilet Accessories | 1,500.00 | | | 1,500.00 | | 0.00 |
| 13-121 | 38 | Metal Building - Including Hangar Doors | 353,203.00 | | | 353,203.00 | 316,006.74 | 59,851.50 |
| 05-510 | 39 | Stairs | 6,000.00 | | | 6,000.00 | | 0.00 |
| 15-400 | 40 | Plumbing | 54,750.00 | | | 54,750.00 | 20,800.00 | 0.00 |

SBS 0553



EXHIBIT 6

Los Cerritos Hangar
Cost Worksheet                                                      Draw on AIA forms (3 Originals)

| Phase Code | SOV Item # | | Budget | Reallocation Change Orders | Owner Change Orders | Revised Budget · | Total Costs To-Date | Draw # 6 Costs |
|---|---|---|---|---|---|---|---|---|
| 15-500 | 41 | HVAC | 28,437.00 | (3,060.00) | | 25,377.00 | | 0.00 |
| 11-999 | 42 | Big Ass Fans | 15,600.00 | 3,060.00 | | 18,660.00 | | 0.00 |
| 16-010 | 43 | Electrical | 128,800.00 | | | 128,800.00 | 57,770.00 | 19,710.00 |
| | 44 | Contractor's Fee | 90,820.00 | | | 90,820.00 | 51,885.47 | 11,443.32 |
| | | TOTALS | $1,226,074.00 | $0.00 | $0.00 | $1,226,074.00 | $700,471.39 | $154,480.40 |
| | | Percent of Cost Complete | | | | $1,135,254.00 | $648,585.92 | 57.13% |

EXHIBIT 6

SBS 0554

 **Document G702™ – 1992**

## Application and Certificate for Payment

EXHIBIT 6

| | | | | | |
|---|---|---|---|---|---|
| **TO OWNER:** | Tri-Bar Ranch Company, Ltd.<br>10101 Reunion Place, Ste 1000<br>San Antonio, TX 78216 | **PROJECT:** | Los Cerritos Hanger<br>County Road 410<br>Uvalde, TX | **APPLICATION NO:** 007<br>**PERIOD TO:** January 31, 2013<br>**CONTRACT FOR:** General Construction | **Distribution to:**<br>OWNER:<br>ARCHITECT: X |
| **FROM CONTRACTOR:** | Select Building Systems, Inc.<br>17 Scenic Loop Rd.<br>Boerne, TX 78006 | **VIA ARCHITECT:** | John Grable Architects, Inc.<br>222 Austin Hwy.<br>San Antonio, TX 78209 | **CONTRACT DATE:** May 03, 2012<br>**PROJECT NOS:** SSE-12-013 / / | CONTRACTOR: X<br>FIELD:<br>OTHER: |

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM ............................................................ $ 1,226,074.00
2. NET CHANGE BY CHANGE ORDERS ........................................... $ 72,144.00
3. CONTRACT SUM TO DATE (Line 1 ± 2) ...................................... $ 1,298,218.00
4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) .......... $ 832,549.13
5. RETAINAGE:
   a. 10 % of Completed Work
   (Column D + E on G703) $ 83,254.91
   b. 0 % of Stored Material
   (Column F on G703) $ 0.00
   Total Retainage (Lines 5a + 5b or Total in Column I of G703) ............... $ 83,254.91
6. TOTAL EARNED LESS RETAINAGE ............................................ $ 749,294.22
   (Line 4 Less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT ..................................... $ 630,424.25
   (Line 6 from prior Certificate)
8. CURRENT PAYMENT DUE ...................................................... $ 118,869.97
9. BALANCE TO FINISH, INCLUDING RETAINAGE
   (Line 3 less Line 6) $ 548,923.78

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $ 72,144.00 | $ 0.00 |
| Total approved this Month | $ 0.00 | $ 0.00 |
| TOTALS | $ 72,144.00 | $ 0.00 |
| NET CHANGES by Change Order | $ | 72,144.00 |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _____ Date: 2/5/13

State of: TEXAS

County of: KENDALL

Subscribed and sworn to before
me this 5th day of February 2013

Notary Public: _____

My Commission expires: 11-27-2015

> JOHN C. MAYWALD
> MY COMMISSION EXPIRES
> November 27, 2015

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ............................................................ $ _____

*(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)*

ARCHITECT:

By: _____ Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

SBS 0555

AIA Document G702™ – 1992. Copyright © 1953, 1963, 1965, 1971, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:52:33 on 02/01/2013 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes: (1129786159)

1

EXHIBIT 6

# DEFENDANT'S EXHIBIT 7

 **AIA** Document G703™ – 1992

## Continuation Sheet

AIA Document, G702™–1992, Application and Certification for Payment, or G736™–2009,
Project Application and Project Certificate for Payment, Construction Manager as Adviser Edition,
containing Contractor's signed certification is attached.
In tabulations below, amounts are in US dollars.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO: 007

APPLICATION DATE: 01/31/2013

PERIOD TO: 01/31/2013

ARCHITECT'S PROJECT NO: SSE-12-013

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 1 | Mobilization | 2,000.00 | 2,000.00 | 0.00 | 0.00 | 2,000.00 | 100.00 % | 0.00 | 0.00 |
| 2 | Project Superintendent | 48,000.00 | 5,253.11 | 3,586.98 | 0.00 | 8,840.09 | 18.42 % | 39,159.91 | 0.00 |
| 3 | Project Management | 10,000.00 | 9,568.33 | 1,614.23 | 0.00 | 11,182.56 | 111.83 % | -1,182.56 | 0.00 |
| 4 | Rental of Temporary Facilities, Equipment, etc. | 9,000.00 | 3,743.67 | 930.47 | 0.00 | 4,674.14 | 51.93 % | 4,325.86 | 0.00 |
| 5 | Other General Conditions Costs | 3,000.00 | 1,561.12 | 316.51 | 0.00 | 1,877.63 | 62.59 % | 1,122.37 | 0.00 |
| 6 | Travel | 12,000.00 | 3,577.97 | 2,035.13 | 0.00 | 5,613.10 | 46.78 % | 6,386.90 | 0.00 |
| 7 | General Liability Insurance | 4,904.00 | 4,904.00 | 0.00 | 0.00 | 4,904.00 | 100.00 % | 0.00 | 0.00 |
| 8 | Builder's Risk Insurance | 1,840.00 | 1,132.92 | 188.82 | 0.00 | 1,321.74 | 71.83 % | 518.26 | 0.00 |
| 9 | Casual Labor | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,000.00 | 0.00 |
| 10 | Final Cleaning | 1,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,800.00 | 0.00 |
| 11 | Debris Removal | 3,500.00 | 750.00 | 0.00 | 0.00 | 750.00 | 21.43 % | 2,750.00 | 0.00 |
| 12 | Surveying & Staking | 2,177.50 | 2,177.50 | 0.00 | 0.00 | 2,177.50 | 100.00 % | 0.00 | 0.00 |
| 13 | Site Utilities | 16,322.50 | 9,800.00 | 0.00 | 0.00 | 9,800.00 | 60.04 % | 6,522.50 | 0.00 |
| 14 | Foundation 12" thick | 140,000.00 | 139,680.00 | 0.00 | 0.00 | 139,680.00 | 99.77 % | 320.00 | 0.00 |
| 15 | Concrete Paving & Curbs | 71,000.00 | 16,000.00 | 0.00 | 0.00 | 16,000.00 | 22.54 % | 55,000.00 | 0.00 |
| 16 | Mezzanines | 3,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 3,800.00 | 0.00 |
| 17 | Concrete Staining | 18,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 18,000.00 | 0.00 |

AIA Document G703™ – 1992. Copyright © 1963, 1965, 1966, 1967,1970, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 08:51:43 on 02/05/2013 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:                                                                                     (2004169594)

SBS 0556

EXHIBIT 7

EXHIBIT 7

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 18 | Masonry - CMU | 51,000.00 | 49,000.00 | 3,650.00 | 0.00 | 52,650.00 | 103.24 % | -1,650.00 | 0.00 |
| 19 | Masonry - Stone | 44,000.00 | 0.00 | 8,650.00 | 0.00 | 8,650.00 | 19.66 % | 35,350.00 | 0.00 |
| 20 | Misc Metals | 1,000.00 | 97.70 | 0.00 | 0.00 | 97.70 | 9.77 % | 902.30 | 0.00 |
| 21 | Rough Carpentry | 8,000.00 | 0.00 | 4,251.64 | 0.00 | 4,251.64 | 53.15 % | 3,748.36 | 0.00 |
| 22 | Cabinets & Millwork | 14,150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 14,150.00 | 0.00 |
| 23 | Finish Carpentry | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,500.00 | 0.00 |
| 24 | Cedar Plank Cladding | 24,000.00 | 981.18 | 0.00 | 0.00 | 981.18 | 4.09 % | 23,018.82 | 0.00 |
| 25 | Insulation & Fire stopping | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 2,500.00 | 0.00 |
| 26 | Caulking & Sealants | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 2,500.00 | 0.00 |
| 27 | MetalDoors & Hardware | 3,600.00 | 2,762.68 | 0.00 | 0.00 | 2,762.68 | 76.74 % | 837.32 | 0.00 |
| 28 | Storefront / Windows | 4,520.00 | 1,019.00 | 3,501.00 | 0.00 | 4,520.00 | 100.00 % | 0.00 | 0.00 |
| 29 | Wood Doors & Hardware | 1,300.00 | 0.00 | 1,242.96 | 0.00 | 1,242.96 | 95.61 % | 57.04 | 0.00 |
| 30 | Overhead Door-14' | 3,250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 3,250.00 | 0.00 |
| 31 | Metal Stud / Drywall System | 5,000.00 | 0.00 | 1,835.17 | 0.00 | 1,835.17 | 36.70 % | 3,164.83 | 0.00 |
| 32 | Paint | 17,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 17,500.00 | 0.00 |
| 33 | Suspended Ceilings | 6,300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 6,300.00 | 0.00 |
| 34 | Ceramic Tile | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 2,500.00 | 0.00 |
| 35 | Carpet & Cove Base | 5,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 5,000.00 | 0.00 |
| 36 | Fire Extinguishers & Cabinets | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,000.00 | 0.00 |
| 37 | Toilet Accessories | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,500.00 | 0.00 |
| 38 | Metal Building - Including Hangar Doors | 353,203.00 | 316,006.74 | 15,185.95 | 0.00 | 331,192.69 | 93.77 % | 22,010.31 | 0.00 |
| 39 | Stairs | 6,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 6,000.00 | 0.00 |
| 40 | Plumbing | 54,750.00 | 20,800.00 | 0.00 | 0.00 | 20,800.00 | 37.99 % | 33,950.00 | 0.00 |

AIA Document G703™ – 1992. Copyright © 1963, 1965, 1966, 1967,1970, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 08:51:43 on 02/05/2013 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes: (2004169594)

2

SBS 0557

**EXHIBIT 7**

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 41 | HVAC | 28,437.00 | 0.00 | 6,420.00 | 0.00 | 6,420.00 | 22.58 % | 22,017.00 | 0.00 |
| 42 | Big Ass Fans | 15,600.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 15,600.00 | 0.00 |
| 43 | Electrical | 128,800.00 | 57,770.00 | 31,480.00 | 0.00 | 89,250.00 | 69.29 % | 39,550.00 | 0.00 |
| 44 | Contractor's Fee | 90,820.00 | 51,885.47 | 6,793.33 | 0.00 | 58,678.80 | 64.61 % | 32,141.20 | 0.00 |
| CO1 | Masonry | 12,700.00 | 0.00 | 12,700.00 | 0.00 | 12,700.00 | 100.00 % | 0.00 | 0.00 |
| CO1 | Cedar Plank Cladding | 6,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 6,800.00 | 0.00 |
| CO1 | Metal Building | 12,000.00 | 0.00 | 12,000.00 | 0.00 | 12,000.00 | 100.00 % | 0.00 | 0.00 |
| CO1 | Electrical | 9,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 9,800.00 | 0.00 |
| CO1 | Contractor's Fee | 3,300.00 | 0.00 | 1,976.00 | 0.00 | 1,976.00 | 59.88 % | 1,324.00 | 0.00 |
| CO2 | Storefront/Windows | 25,504.00 | 0.00 | 12,703.29 | 0.00 | 12,703.29 | 49.81 % | 12,800.71 | 0.00 |
| CO2 | Contractor's Fee | 2,040.00 | 0.00 | 1,016.26 | 0.00 | 1,016.26 | 49.82 % | 1,023.74 | 0.00 |
| | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 0.00 | 0.00 |
| | GRAND TOTAL | $1,298,218.00 | $700,471.39 | $132,077.74 | $0.00 | $832,549.13 | 64.13 % | $465,668.87 | $0.00 |

SBS 0558

AIA Document G703™ – 1992. Copyright © 1963, 1965, 1966, 1967, 1970, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 08:51:43 on 02/05/2013 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:                                                                                                           (2004169594)

3

## CONTRACTOR CONDITIONAL WAIVER AND RELEASE FOR PROGRESS PAYMENTS

\* \* \* \* \* \* \* \* \* \* \* \*

Project: Los Cerritos Hangar
County Road 410
Uvalde, TX
Job No. 12-10-1378

Upon receipt by the signer of this document of a check from <u>Tri-Bar Ranch Company, Ltd.</u> (*maker of check*) in the sum of $ <u>118,869.97</u> payable to <u>Select Building Systems, Inc.</u> (*payee or payees of check*) and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release any mechanic's lien right, any right arising from a payment bond that complies with a state or federal statute, any common law payment bond right, any claim for payment, and any rights under any similar ordinance, rule, or statute related to claim or payment rights for persons in the signer's position that the signer has on the property of <u>Tri-Bar Ranch Company, Ltd.</u> (*owner*) located at <u>County Road 410, Uvalde, TX</u> (*location*) to the following extent: <u>General Contractor</u> (*job description*).

This release covers a progress payment for all labor, services, equipment, or materials furnished to the property or to <u>Tri-Bar Ranch Company, Ltd.</u> (*person with whom signer contracted*) as indicated in the attached statement(s) or progress payment request(s), except for unpaid retention, pending modifications and changes, or other items furnished.

Before any recipient of this document relies on this document, the recipient should verify evidence of payment to the signer.

The signer warrants that the signer has already paid or will use the funds received from this progress payment to mptly pay in full all of the signer's laborers, subcontractors, materialmen, and suppliers for all work, materials, ipment, or services provided for or to the above referenced project in regard to the attached statement(s) or progress payment request(s).

Date: _____2/5_____, 20 _13_

_____Select Building Systems, Inc._____ (Company Name)

By: _____ (Signature)

Its: _DAVID L. Morgan exec VP_ (Title)

### ACKNOWLEDGMENT

STATE OF TEXAS §

COUNTY OF KENDALL §

This instrument was acknowledged before me on this the _5th_ day of _February_, 20_13_, by _David L. Morgan_, the _Executive Vice President_ of _Select Building Systems, Inc._ a Texas _Corporation_, on behalf of said _Corporation_.

JOHN C. MAYWALD
MY COMMISSION EXPIRES
November 27, 2015

_____
Notary Public, State of Texas
Printed Name: _John C. Maywald_
My Commission Expires: _11/27/2015_

1

SBS 0559

**EXHIBIT 7**

# REQUEST FOR PAYMENT

| From: | Select Building Systems, Inc.<br>P. O. Box 780849<br>San Antonio, TX 78278-0849 | To: | Tri-Bar Ranch Company, Ltd.<br>10101 Reunion Place, Ste 1000<br>San Antonio, TX 78216 | Invoice:<br>Invoice:<br>Invoice date:<br>Period ending date: | 137800007<br>137800007<br>1/31/2013<br>1/31/2013 |

Contract For:

**Request for payment:**

| | | | |
|---|---|---|---|
| Original contract amount | $1,226,074.00 | | |
|   Approved changes | $72,144.00 | | Project: 1378 |
|   Revised contract amount | | $1,298,218.00 | Los Cerritos Hanger |
| Contract completed to date | | $832,549.13 | Contract date: 5/17/2012 |
|   Add-ons to date | $0.00 | | |
|   Taxes to date | $0.00 | | |
|   Less retainage | $83,254.91 | | Architect: |
|   Total completed less retainage | | $749,294.22 | Scope: |
|   Less previous requests | $630,424.25 | | |
|   Current request for payment | | $118,869.97 | |
| Current billing | | $132,077.74 | |
|   Current additional charges | $0.00 | | |
|   Current tax | $0.00 | | |
|   Less current retainage | $13,207.77 | | |
| Current amount due | | $118,869.97 | |
| Remaining contract to bill | $548,923.78 | | |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Changes approved in previous months by Owner | 4,237.50 | -4,237.50 |
| Total approved this Month | 72,144.00 | |
| TOTALS | 76,381.50 | -4,237.50 |
| NET CHANGES by Change Order | 72,144.00 | |

I hereby certify that the work performed and the materials supplied to date, as shown on the above represent the actual value of the accomplishment under the terms of the Contract (and all authorized changes thereof) between the undersigned and the Tri-Bar Ranch Company, Ltd. relating to the above referenced project. I also certify that the contractor has paid all amounts previously billed and paid by the owner.

CONTRACTOR: Select Building Systems, Inc.

By: _____

Date: _____

State Of Texas      County Of Kendall

Subscribed and sworn to before me this _____ day of _____,_____

Notary Public
My commission expires:

EXHIBIT 7

SBS 0560

EXHIBIT 7

| Item ID | Description | Total Contract Amount | Previously Completed Work | Work Completed This Period | Completed To Date | % Comp | Retainage Balance |
|---|---|---|---|---|---|---|---|
| 1 | Mobilization | 2,000.00 | 2,000.00 | | 2,000.00 | 100.00 | 200.00 |
| 2 | Project Superintendent | 48,000.00 | 5,253.11 | 3,586.98 | 8,840.09 | 18.42 | 884.01 |
| 3 | Project Management | 10,000.00 | 9,568.33 | 1,614.23 | 11,182.56 | 111.83 | 1,118.25 |
| 4 | Temporary Facilities/Equipment | 9,000.00 | 3,743.67 | 930.47 | 4,674.14 | 51.93 | 467.41 |
| 5 | Other General Conditions | 3,000.00 | 1,561.12 | 316.51 | 1,877.63 | 62.59 | 187.76 |
| 6 | Travel | 12,000.00 | 3,577.97 | 2,035.13 | 5,613.10 | 46.78 | 561.31 |
| 7 | General Liability Insurance | 4,904.00 | 4,904.00 | | 4,904.00 | 100.00 | 490.40 |
| 8 | Builder's Risk Insurance | 1,840.00 | 1,132.92 | 188.82 | 1,321.74 | 71.83 | 132.16 |
| 9 | Casual Labor | 1,000.00 | | | | | |
| 10 | Final Cleaning | 1,800.00 | | | | | |
| 11 | Debris Removal | 3,500.00 | 750.00 | | 750.00 | 21.43 | 75.00 |
| 12 | Surveying & Staking | 2,177.50 | 2,177.50 | | 2,177.50 | 100.00 | 217.75 |
| 13 | Site Utilities | 16,322.50 | 9,800.00 | | 9,800.00 | 60.04 | 980.00 |
| 14 | Foundation - 12" Thick | 140,000.00 | 139,680.00 | | 139,680.00 | 99.77 | 13,968.00 |
| 15 | Concrete Paving & Curbs | 71,000.00 | 16,000.00 | | 16,000.00 | 22.54 | 1,600.00 |
| 16 | Mezzanines | 3,800.00 | | | | | |
| 17 | Concrete Staining | 18,000.00 | | | | | |
| 18 | Masonry - CMU | 51,000.00 | 49,000.00 | 3,650.00 | 52,650.00 | 103.24 | 5,265.00 |
| 19 | Masonry - Stone | 44,000.00 | | 8,650.00 | 8,650.00 | 19.66 | 865.00 |
| 20 | Misc Metals | 1,000.00 | 97.70 | | 97.70 | 9.77 | 9.77 |
| 21 | Rough Carpentry | 8,000.00 | | 4,251.64 | 4,251.64 | 53.15 | 425.16 |
| 22 | Cabinets & Millwork | 14,150.00 | | | | | |
| 23 | Finish Carpentry | 1,500.00 | | | | | |
| 24 | Cedar Plank Cladding | 24,000.00 | 981.18 | | 981.18 | 4.09 | 98.12 |
| 25 | Insulation & Fire Stopping | 2,500.00 | | | | | |
| 26 | Caulking & Sealants | 2,500.00 | | | | | |
| 27 | Metal Doors & Hardware | 3,600.00 | 2,762.68 | | 2,762.68 | 76.74 | 276.27 |
| 28 | Storefront & Windows | 4,520.00 | 1,019.00 | 3,501.00 | 4,520.00 | 100.00 | 452.00 |
| 29 | Wood Doors & Hardware | 1,300.00 | | 1,242.96 | 1,242.96 | 95.61 | 124.30 |
| 30 | Overhead Door - 14' | 3,250.00 | | | | | |
| 31 | Metal Stud & Drywall System | 5,000.00 | | 1,835.17 | 1,835.17 | 36.70 | 183.52 |
| 32 | Paint | 17,500.00 | | | | | |
| 33 | Suspended Ceilings | 6,300.00 | | | | | |

SBS 0561

Project: 1378 / Los Cerritos Hanger      Invoice: 137800007      Invoice: 137800007      Period Ending Date: 1/31/2013      

| Item ID | Description | Total Contract Amount | Previously Completed Work | Work Completed This Period | Completed To Date | % Comp | Retainage Balance |
|---------|-------------|----------------------|---------------------------|----------------------------|-------------------|--------|-------------------|
| 34 | Ceramic Tile | 2,500.00 | | | | | |
| 35 | Carpet & Cove Base | 5,000.00 | | | | | |
| 36 | Fire Extinguishers & Cabinets | 1,000.00 | | | | | |
| 37 | Toilet Accessories | 1,500.00 | | | | | |
| 38 | Metal Building & Hangar Doors | 353,203.00 | 316,006.74 | 15,185.95 | 331,192.69 | 93.77 | 33,119.27 |
| 39 | Stairs | 6,000.00 | | | | | |
| 40 | Plumbing | 54,750.00 | 20,800.00 | | 20,800.00 | 37.99 | 2,080.00 |
| 41 | HVAC | 25,377.00 | | 6,420.00 | 6,420.00 | 25.30 | 642.00 |
| 42 | Big Ass Fans | 18,660.00 | | | | | |
| 43 | Electrical | 128,800.00 | 57,770.00 | 31,480.00 | 89,250.00 | 69.29 | 8,925.00 |
| 44 | Contractor's Fee | 90,820.00 | 51,885.47 | 6,793.33 | 58,678.80 | 64.61 | 5,867.89 |
| CO1a | Masonry | 12,700.00 | | 12,700.00 | 12,700.00 | 100.00 | 1,270.00 |
| CO1b | Cedar Plank Cladding | 6,800.00 | | | | | |
| CO1c | Metal Building | 12,000.00 | | 12,000.00 | 12,000.00 | 100.00 | 1,200.00 |
| CO1d | Electrical | 9,800.00 | | | | | |
| CO1e | Contractor Fee | 3,300.00 | | 1,976.00 | 1,976.00 | 59.88 | 197.60 |
| CO2a | Storefront / Windows | 25,504.00 | | 12,703.29 | 12,703.29 | 49.81 | 1,270.33 |
| CO2b | Contractor Fee | 2,040.00 | | 1,016.26 | 1,016.26 | 49.82 | 101.63 |

SBS 0562

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Totals | | 1,298,218.00 | 700,471.39 | 132,077.74 | 832,549.13 | 64.13 | 83,254.91 |

EXHIBIT 7

**Los Cerritos Hangar**
**Cost Worksheet** — Draw on AIA forms (3 Originals)

EXHIBIT 7

| Phase Code | SOV Item # | | Budget | Reallocation Change Orders | Owner Change Orders | Revised Budget | 1/31/2013 Total Costs To-Date | Draw # 7 Costs |
|---|---|---|---|---|---|---|---|---|
| | 1 | Mobilization | 2,000.00 | | | 2,000.00 | 2,000.00 | 0.00 |
| 01-041 | 2 | Project Superintendent | 48,000.00 | | | 48,000.00 | 8,840.09 | 3,586.98 |
| 01-012 | 3 | Project Management | 10,000.00 | | | 10,000.00 | 11,182.56 | 1,614.23 |
| 01-500 RE/TPE/MAT/PC | 4 | Rental of Temporary Facilities, Equipment, etc. | 9,000.00 | | | 9,000.00 | 4,674.14 | 930.47 |
| 01-500 EXP/SAF | 5 | Other General Conditions Costs | 3,000.00 | | | 3,000.00 | 1,877.63 | 316.51 |
| 17-001 | 6 | Travel | 12,000.00 | | | 12,000.00 | 5,613.10 | 2,035.13 |
| 01-760 GL | 7 | General Liability Insurance | 4,904.00 | | | 4,904.00 | 4,904.00 | 0.00 |
| 01-760 BR | 8 | Builder's Risk Insurance | 1,840.00 | | | 1,840.00 | 1,321.74 | 188.82 |
| 01-545 CL | 9 | Casual Labor | 1,000.00 | | | 1,000.00 | | 0.00 |
| 01-710 SUB | 10 | Final Cleaning | 1,800.00 | | | 1,800.00 | | 0.00 |
| 01-545 DEB | 11 | Debris Removal | 3,500.00 | | | 3,500.00 | 750.00 | 0.00 |
| 01-330 | 12 | Surveying & Staking | 1,000.00 | 1,177.50 | | 2,177.50 | 2,177.50 | 0.00 |
| 02-732 SAN / 02-665 FIR | 13 | Site Utilities | 17,500.00 | (1,177.50) | | 16,322.50 | 9,800.00 | 0.00 |
| 03-300 FOU | 14 | Foundation 12" thick | 140,000.00 | | | 140,000.00 | 139,680.00 | 0.00 |
| 02-520 PAV | 15 | Concrete Paving & Curbs | 71,000.00 | | | 71,000.00 | 16,000.00 | 0.00 |
| 03-300 MEZ | 16 | Mezzanines | 3,800.00 | | | 3,800.00 | | 0.00 |
| 03-300 STN | 17 | Concrete Staining | 18,000.00 | | | 18,000.00 | | 0.00 |
| 04-001 CMU | 18 | Masonry - CMU | 51,000.00 | | | 51,000.00 | 52,650.00 | 3,650.00 |
| 04-001 STO | 19 | Masonry - Stone | 44,000.00 | | | 44,000.00 | 8,650.00 | 8,650.00 |
| 05-500 | 20 | Misc Metals | 1,000.00 | | | 1,000.00 | 97.70 | 0.00 |
| 06-110 | 21 | Rough Carpentry | 8,000.00 | | | 8,000.00 | 4,251.64 | 4,251.64 |
| 06-410 | 22 | Cabinets & Millwork | 14,150.00 | | | 14,150.00 | | 0.00 |
| 06-200 | 23 | Finish Carpentry | 1,500.00 | | | 1,500.00 | | 0.00 |
| 06-115 | 24 | Cedar Plank Cladding | 24,000.00 | | | 24,000.00 | 981.18 | 0.00 |
| 07-200 | 25 | Insulation & Fire stopping | 2,500.00 | | | 2,500.00 | | 0.00 |
| 07-900 | 26 | Caulking & Sealants | 2,500.00 | | | 2,500.00 | | 0.00 |
| 08-101 | 27 | MetalDoors & Hardware | 3,600.00 | | | 3,600.00 | 2,762.68 | 0.00 |
| 08-410 | 28 | Storefront / Windows | 4,520.00 | | | 4,520.00 | 4,520.00 | 3,501.00 |
| 08-201 | 29 | Wood Doors & Hardware | 1,300.00 | | | 1,300.00 | 1,242.96 | 1,242.96 |
| 08-331 | 30 | Overhead Door-14' | 3,250.00 | | | 3,250.00 | | 0.00 |
| 09-111 | 31 | Metal Stud / Drywall System | 5,000.00 | | | 5,000.00 | 1,835.17 | 1,835.17 |
| 09-900 | 32 | Paint | 17,500.00 | | | 17,500.00 | | 0.00 |
| 09-511 | 33 | Suspended Ceilings | 6,300.00 | | | 6,300.00 | | 0.00 |
| 09-301 | 34 | Ceramic Tile | 2,500.00 | | | 2,500.00 | | 0.00 |
| 09-680 | 35 | Carpet & Cove Base | 5,000.00 | | | 5,000.00 | | 0.00 |
| 10-522 | 36 | Fire Extinguishers & Cabinets | 1,000.00 | | | 1,000.00 | | 0.00 |
| 10-800 | 37 | Toilet Accessories | 1,500.00 | | | 1,500.00 | | 0.00 |
| 13-121 | 38 | Metal Building - Including Hangar Doors | 353,203.00 | | | 353,203.00 | 331,192.69 | 15,185.95 |
| 05-510 | 39 | Stairs | 6,000.00 | | | 6,000.00 | | 0.00 |
| 15-400 | 40 | Plumbing | 54,750.00 | | | 54,750.00 | 20,800.00 | 0.00 |
| 15-500 | 41 | HVAC | 28,437.00 | (3,060.00) | | 25,377.00 | 6,420.00 | 6,420.00 |

SBS 0563



**Los Cerritos Hangar**

Cost Worksheet

Draw on AIA forms (3 Originals)

| Phase Code | SOV Item # | | Budget | Reallocation Change Orders | Owner Change Orders | Revised Budget | 1/31/2013 Total Costs To-Date | Draw # 7 Costs |
|---|---|---|---|---|---|---|---|---|
| 11-999 | 42 | Big Ass Fans | 15,600.00 | 3,060.00 | | 18,660.00 | | 0.00 |
| 16-010 | 43 | Electrical | 128,800.00 | | | 128,800.00 | 89,250.00 | 31,480.00 |
| | 44 | Contractor's Fee | 90,820.00 | | | 90,820.00 | 58,678.80 | 6,793.33 |
| 04-001 CMU | CO1 | Masonry - CMU | | | 6,350.00 | 6,350.00 | 6,350.00 | 6,350.00 |
| 04-001 STO | CO1 | Masonry - Stone | | | 6,350.00 | 6,350.00 | 6,350.00 | 6,350.00 |
| 06-115 | CO1 | Cedar Plank Cladding | | | 6,800.00 | 6,800.00 | | 0.00 |
| 13-121 MAT | CO1 | Metal Building - Including Hangar Doors | | | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 |
| 16-010 | CO1 | Electrical | | | 9,800.00 | 9,800.00 | | 0.00 |
| | CO1 | Contractor's Fee | | | 3,300.00 | 3,300.00 | 1,976.00 | 1,976.00 |
| 08-410 | CO2 | Storefront / Windows | | | 25,504.00 | 25,504.00 | 12,703.29 | 12,703.29 |
| | CO2 | Contractor's Fee | | | 2,040.00 | 2,040.00 | 1,016.26 | 1,016.26 |
| | | **TOTALS** | **$1,226,074.00** | **$0.00** | **$72,144.00** | **$1,298,218.00** | **$832,549.13** | **$132,077.74** |
| | | Percent of Cost Complete - Original K | | | | $1,135,254.00 | $733,474.78 | 64.61% |
| | | Percent of Cost Complete - Change Orders | | | | 66,804.00 | 37,403.29 | 55.99% |

EXHIBIT 7

SBS 0564

# REQUEST FOR PAYMENT



**From:** Select Building Systems, Inc.
P. O. Box 780849
San Antonio, TX 78278-0849

**To:** Tri-Bar Ranch Company, Ltd.
10101 Reunion Place, Ste 1000
San Antonio, TX 78216

Invoice: 137800008
Invoice: 137800008
Invoice date: 4/1/2013
Period ending date: 4/1/2013

Contract For:

## Request for payment:

| | | | |
|---|---|---|---|
| Original contract amount | $1,226,074.00 | | |
| Approved changes | $91,930.00 | | Project: 1378 |
| Revised contract amount | | $1,318,004.00 | Los Cerritos Hanger |
| Contract completed to date | | $917,952.76 | Contract date: 5/17/2012 |
| Add-ons to date | $0.00 | | |
| Taxes to date | $0.00 | | |
| Less retainage | $91,795.27 | | Architect: |
| Total completed less retainage | | $826,157.49 | Scope: |
| Less previous requests | $749,294.22 | | |
| Current request for payment | | $76,863.27 | |
| Current billing | | $85,403.63 | |
| Current additional charges | $0.00 | | |
| Current tax | $0.00 | | |
| Less current retainage | $8,540.36 | | |
| Current amount due | | $76,863.27 | |
| Remaining contract to bill | $491,846.51 | | |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Changes approved in previous months by Owner | 96,167.50 | -4,237.50 |
| Total approved this Month | | |
| TOTALS | 96,167.50 | -4,237.50 |
| NET CHANGES by Change Order | 91,930.00 | |

I hereby certify that the work performed and the materials supplied to date, as shown on the above represent the actual value of the accomplishment under the terms of the Contract (and all authorized changes thereof) between the undersigned and the Tri-Bar Ranch Company, Ltd. relating to the above referenced project. I also certify that the contractor has paid all amounts previously billed and paid by the owner.

CONTRACTOR:     Select Building Systems, Inc.

By: _____

Date: _____

State Of Texas

Subscribed and sworn to before me this _____ day of _____, _____

Notary Public
My commission expires:

County Of Kendall

SBS 0565

# REQUEST FOR PA\` IT DETAIL


Project: 1378 / Los Cerritos Hanger     Invoice: 137800008     Invoice: 137800008     Period Ending Date: 4/1/2013     Page 2 of 3 Pages

| Item ID | Description | Total Contract Amount | Previously Completed Work | Work Completed This Period | Completed To Date | % Comp | Retainage Balance |
|---|---|---|---|---|---|---|---|
| 1 | Mobilization | 2,000.00 | 2,000.00 | | 2,000.00 | 100.00 | 200.00 |
| 2 | Project Superintendent | 48,000.00 | 8,840.09 | 4,017.53 | 12,857.62 | 26.79 | 1,285.76 |
| 3 | Project Management | 10,000.00 | 11,182.56 | 585.90 | 11,768.46 | 117.68 | 1,176.84 |
| 4 | Temporary Facilities/Equipment | 9,000.00 | 4,674.14 | 7,827.14 | 12,501.28 | 138.90 | 1,250.12 |
| 5 | Other General Conditions | 3,000.00 | 1,877.63 | 198.98 | 2,076.61 | 69.22 | 207.66 |
| 6 | Travel | 12,000.00 | 5,613.10 | 2,251.14 | 7,864.24 | 65.54 | 786.42 |
| 7 | General Liability Insurance | 4,904.00 | 4,904.00 | -1,471.20 | 3,432.80 | 70.00 | 343.28 |
| 8 | Builder's Risk Insurance | 1,840.00 | 1,321.74 | -33.74 | 1,288.00 | 70.00 | 128.79 |
| 9 | Casual Labor | 1,000.00 | | | | | |
| 10 | Final Cleaning | 1,800.00 | | | | | |
| 11 | Debris Removal | 3,500.00 | 750.00 | 1,100.00 | 1,850.00 | 52.86 | 185.00 |
| 12 | Surveying & Staking | 2,177.50 | 2,177.50 | | 2,177.50 | 100.00 | 217.75 |
| 13 | Site Utilities | 16,322.50 | 9,800.00 | | 9,800.00 | 60.04 | 980.00 |
| 14 | Foundation - 12" Thick | 140,000.00 | 139,680.00 | | 139,680.00 | 99.77 | 13,968.00 |
| 15 | Concrete Paving & Curbs | 71,000.00 | 16,000.00 | 8,500.00 | 24,500.00 | 34.51 | 2,450.00 |
| 16 | Mezzanines | 3,800.00 | | 581.30 | 581.30 | 15.30 | 58.13 |
| 17 | Concrete Staining | 18,000.00 | | | | | |
| 18 | Masonry - CMU | 51,000.00 | 52,650.00 | 660.72 | 53,310.72 | 104.53 | 5,331.07 |
| 19 | Masonry - Stone | 44,000.00 | 8,650.00 | -4,410.00 | 4,240.00 | 9.64 | 424.00 |
| 20 | Misc Metals | 1,000.00 | 97.70 | | 97.70 | 9.77 | 9.77 |
| 21 | Rough Carpentry | 8,000.00 | 4,251.64 | 2,489.00 | 6,740.64 | 84.26 | 674.06 |
| 22 | Cabinets & Millwork | 14,150.00 | | | | | |
| 23 | Finish Carpentry | 1,500.00 | | | | | |
| 24 | Cedar Plank Cladding | 24,000.00 | 981.18 | 2,489.00 | 3,470.18 | 14.46 | 347.02 |
| 25 | Insulation & Fire Stopping | 2,500.00 | | | | | |
| 26 | Caulking & Sealants | 2,500.00 | | | | | |
| 27 | Metal Doors & Hardware | 3,600.00 | 2,762.68 | 845.69 | 3,608.37 | 100.23 | 360.84 |
| 28 | Storefront & Windows | 4,520.00 | 4,520.00 | | 4,520.00 | 100.00 | 452.00 |
| 29 | Wood Doors & Hardware | 1,300.00 | 1,242.96 | | 1,242.96 | 95.61 | 124.30 |
| 30 | Overhead Door - 14' | 3,250.00 | | | | | |
| 31 | Metal Stud & Drywall System | 5,000.00 | 1,835.17 | 4,970.50 | 6,805.67 | 136.11 | 680.57 |
| 32 | Paint | 17,500.00 | | | | | |
| 33 | Suspended Ceilings | 6,300.00 | | | | | |

EXHIBIT 7

SBS 0566

**EXHIBIT 7**

| Item ID | Description | Total Contract Amount | Previously Completed Work | Work Completed This Period | Completed To Date | % Comp | Retainage Balance |
|---|---|---|---|---|---|---|---|
| 34 | Ceramic Tile | 2,500.00 | | | | | |
| 35 | Carpet & Cove Base | 5,000.00 | | | | | |
| 36 | Fire Extinguishers & Cabinets | 1,000.00 | | | | | |
| 37 | Toilet Accessories | 1,500.00 | | | | | |
| 38 | Metal Building & Hangar Doors | 353,203.00 | 331,192.69 | 18,534.58 | 349,727.27 | 99.02 | 34,972.73 |
| 39 | Stairs | 6,000.00 | | | | | |
| 40 | Plumbing | 54,750.00 | 20,800.00 | 650.00 | 21,450.00 | 39.18 | 2,145.00 |
| 41 | HVAC | 25,377.00 | 6,420.00 | 3,788.00 | 10,208.00 | 40.23 | 1,020.80 |
| 42 | Big Ass Fans | 18,660.00 | | | | | |
| 43 | Electrical | 128,800.00 | 89,250.00 | | 89,250.00 | 69.29 | 8,925.00 |
| 44 | Contractor's Fee | 90,820.00 | 58,678.80 | 4,823.60 | 63,502.40 | 69.92 | 6,350.25 |
| CO1a | Masonry | 12,700.00 | 12,700.00 | | 12,700.00 | 100.00 | 1,270.00 |
| CO1b | Cedar Plank Cladding | 6,800.00 | | | | | |
| CO1c | Metal Building | 12,000.00 | 12,000.00 | | 12,000.00 | 100.00 | 1,200.00 |
| CO1d | Electrical | 9,800.00 | | | | | |
| CO1e | Contractor Fee | 3,300.00 | 1,976.00 | | 1,976.00 | 59.88 | 197.60 |
| CO2a | Storefront / Windows | 25,504.00 | 12,703.29 | 6,684.71 | 19,388.00 | 76.02 | 1,938.80 |
| CO2b | Contractor Fee | 2,040.00 | 1,016.26 | 534.78 | 1,551.04 | 76.03 | 155.11 |
| CO3a | Masonry - CMU | 2,000.00 | | 2,000.00 | 2,000.00 | 100.00 | 200.00 |
| CO3b | Foundation 12" Thick | 10,220.00 | | 10,220.00 | 10,220.00 | 100.00 | 1,022.00 |
| CO3c | Generator Rental | 6,100.00 | | 6,100.00 | 6,100.00 | 100.00 | 610.00 |
| CO3d | Contractor Fee | 1,466.00 | | 1,466.00 | 1,466.00 | 100.00 | 146.60 |

SBS 0567

| Totals | | 1,318,004.00 | 832,549.13 | 85,403.63 | 917,952.76 | 69.65 | 91,795.27 |
|---|---|---|---|---|---|---|---|

# REQUEST FOR PAYMENT

From: Select Building Systems, Inc.
P. O. Box 780849
San Antonio, TX  78278-0849

To: Tri-Bar Ranch Company, Ltd.
10101 Reunion Place, Ste 1000
San Antonio, TX  78216

Invoice: 137800009
Invoice: 137800009
Invoice date: 4/2/2013
Period ending date: 4/2/2013

Contract For:

Request for payment:

| | | | |
|---|---|---|---|
| Original contract amount | $1,226,074.00 | | |
| Approved changes | $91,930.00 | | Project: 1378 |
| Revised contract amount | | $1,318,004.00 | Los Cerritos Hanger |
| Contract completed to date | | $917,952.76 | Contract date: 5/17/2012 |
| Add-ons to date | $0.00 | | |
| Taxes to date | $0.00 | | |
| Less retainage | $0.00 | | Architect: |
| Total completed less retainage | | $917,952.76 | Scope: |
| Less previous requests | $826,157.49 | | |
| Current request for payment | | $91,795.27 | |
| Current billing | | $0.00 | |
| Current additional charges | $0.00 | | |
| Current tax | $0.00 | | |
| Less current retainage | -$91,795.27 | | |
| Current amount due | | $91,795.27 | |
| Remaining contract to bill | $400,051.24 | | |

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Changes approved in previous months by Owner | 96,167.50 | -4,237.50 |
| Total approved this Month | | |
| TOTALS | 96,167.50 | -4,237.50 |
| NET CHANGES by Change Order | 91,930.00 | |

I hereby certify that the work performed and the materials supplied to date, as shown on the above represent the actual value of the accomplishment under the terms of the Contract (and all authorized changes thereof) between the undersigned and the Tri-Bar Ranch Company, Ltd. relating to the above referenced project. I also certify that the contractor has paid all amounts previously billed and paid by the owner.

CONTRACTOR:     Select Building Systems, Inc.

By: _____

Date: _____

State Of Texas                    County Of Kendall

Subscribed and sworn to before me this _____ day of _____, _____

Notary Public
My commission expires:

SBS 0568

REQUEST FOR PA'    JT DETAIL

Project: 1378 / Los Cerritos Hanger          Invoice: 137800009          Invoice: 137800009          Period Ending Date: 4/2/2013          Page 2 of 3 Pages

| Item ID | Description | Total Contract Amount | Previously Completed Work | Work Completed This Period | Completed To Date | % Comp | Retainage Balance |
|---|---|---|---|---|---|---|---|
| 1 | Mobilization | 2,000.00 | 2,000.00 | | 2,000.00 | 100.00 | |
| 2 | Project Superintendent | 48,000.00 | 12,857.62 | | 12,857.62 | 26.79 | |
| 3 | Project Management | 10,000.00 | 11,768.46 | | 11,768.46 | 117.68 | |
| 4 | Temporary Facilities/Equipment | 9,000.00 | 12,501.28 | | 12,501.28 | 138.90 | |
| 5 | Other General Conditions | 3,000.00 | 2,076.61 | | 2,076.61 | 69.22 | |
| 6 | Travel | 12,000.00 | 7,864.24 | | 7,864.24 | 65.54 | |
| 7 | General Liability Insurance | 4,904.00 | 3,432.80 | | 3,432.80 | 70.00 | |
| 8 | Builder's Risk Insurance | 1,840.00 | 1,288.00 | | 1,288.00 | 70.00 | |
| 9 | Casual Labor | 1,000.00 | | | | | |
| 10 | Final Cleaning | 1,800.00 | | | | | |
| 11 | Debris Removal | 3,500.00 | 1,850.00 | | 1,850.00 | 52.86 | |
| 12 | Surveying & Staking | 2,177.50 | 2,177.50 | | 2,177.50 | 100.00 | |
| 13 | Site Utilities | 16,322.50 | 9,800.00 | | 9,800.00 | 60.04 | |
| 14 | Foundation - 12" Thick | 140,000.00 | 139,680.00 | | 139,680.00 | 99.77 | |
| 15 | Concrete Paving & Curbs | 71,000.00 | 24,500.00 | | 24,500.00 | 34.51 | |
| 16 | Mezzanines | 3,800.00 | 581.30 | | 581.30 | 15.30 | |
| 17 | Concrete Staining | 18,000.00 | | | | | |
| 18 | Masonry - CMU | 51,000.00 | 53,310.72 | | 53,310.72 | 104.53 | |
| 19 | Masonry - Stone | 44,000.00 | 4,240.00 | | 4,240.00 | 9.64 | |
| 20 | Misc Metals | 1,000.00 | 97.70 | | 97.70 | 9.77 | |
| 21 | Rough Carpentry | 8,000.00 | 6,740.64 | | 6,740.64 | 84.26 | |
| 22 | Cabinets & Millwork | 14,150.00 | | | | | |
| 23 | Finish Carpentry | 1,500.00 | | | | | |
| 24 | Cedar Plank Cladding | 24,000.00 | 3,470.18 | | 3,470.18 | 14.46 | |
| 25 | Insulation & Fire Stopping | 2,500.00 | | | | | |
| 26 | Caulking & Sealants | 2,500.00 | | | | | |
| 27 | Metal Doors & Hardware | 3,600.00 | 3,608.37 | | 3,608.37 | 100.23 | |
| 28 | Storefront & Windows | 4,520.00 | 4,520.00 | | 4,520.00 | 100.00 | |
| 29 | Wood Doors & Hardware | 1,300.00 | 1,242.96 | | 1,242.96 | 95.61 | |
| 30 | Overhead Door - 14' | 3,250.00 | | | | | |
| 31 | Metal Stud & Drywall System | 5,000.00 | 6,805.67 | | 6,805.67 | 136.11 | |
| 32 | Paint | 17,500.00 | | | | | |
| 33 | Suspended Ceilings | 6,300.00 | | | | | |

EXHIBIT 7

SBS 0569

| Item ID | Description | Total Contract Amount | Previously Completed Work | Work Completed This Period | Completed To Date | % Comp | Retainage Balance |
|---|---|---|---|---|---|---|---|
| 34 | Ceramic Tile | 2,500.00 | | | | | |
| 35 | Carpet & Cove Base | 5,000.00 | | | | | |
| 36 | Fire Extinguishers & Cabinets | 1,000.00 | | | | | |
| 37 | Toilet Accessories | 1,500.00 | | | | | |
| 38 | Metal Building & Hangar Doors | 353,203.00 | 349,727.27 | | 349,727.27 | 99.02 | |
| 39 | Stairs | 6,000.00 | | | | | |
| 40 | Plumbing | 54,750.00 | 21,450.00 | | 21,450.00 | 39.18 | |
| 41 | HVAC | 25,377.00 | 10,208.00 | | 10,208.00 | 40.23 | |
| 42 | Big Ass Fans | 18,660.00 | | | | | |
| 43 | Electrical | 128,800.00 | 89,250.00 | | 89,250.00 | 69.29 | |
| 44 | Contractor's Fee | 90,820.00 | 63,502.40 | | 63,502.40 | 69.92 | |
| CO1a | Masonry | 12,700.00 | 12,700.00 | | 12,700.00 | 100.00 | |
| CO1b | Cedar Plank Cladding | 6,800.00 | | | | | |
| CO1c | Metal Building | 12,000.00 | 12,000.00 | | 12,000.00 | 100.00 | |
| CO1d | Electrical | 9,800.00 | | | | | |
| CO1e | Contractor Fee | 3,300.00 | 1,976.00 | | 1,976.00 | 59.88 | |
| CO2a | Storefront / Windows | 25,504.00 | 19,388.00 | | 19,388.00 | 76.02 | |
| CO2b | Contractor Fee | 2,040.00 | 1,551.04 | | 1,551.04 | 76.03 | |
| CO3a | Masonry - CMU | 2,000.00 | 2,000.00 | | 2,000.00 | 100.00 | |
| CO3b | Foundation 12" Thick | 10,220.00 | 10,220.00 | | 10,220.00 | 100.00 | |
| CO3c | Generator Rental | 6,100.00 | 6,100.00 | | 6,100.00 | 100.00 | |
| CO3d | Contractor Fee | 1,466.00 | 1,466.00 | | 1,466.00 | 100.00 | |

SBS 0570

| Totals | | 1,318,004.00 | 917,952.76 | | 917,952.76 | 69.65 | |
|---|---|---|---|---|---|---|---|

EXHIBIT 7

EXHIBIT 7

# DEFENDANT'S EXHIBIT
# 8

EXHIBIT 8

# AIA® Document G702™ – 1992

## Application and Certificate for Payment

| | | | | | |
|---|---|---|---|---|---|
| TO OWNER: | Tri-Bar Ranch Company, Ltd.<br>10101 Reunion Place, Ste 1000<br>San Antonio, TX 78216 | PROJECT: | Los Cerritos Hanger<br>County Road 410<br>Uvalde, TX | APPLICATION NO: 008<br>PERIOD TO: February 06, 2012<br>CONTRACT FOR: General Construction | Distribution to:<br>OWNER:<br>ARCHITECT: X |
| FROM<br>CONTRACTOR: | Select Building Systems, Inc.<br>17 Scenic Loop Rd.<br>Boerne, TX 78006 | VIA<br>ARCHITECT: | John Grable Architects, Inc.<br>222 Austin Hwy.<br>San Antonio, TX 78209 | CONTRACT DATE: May 03, 2012<br>PROJECT NOS: SSE-12-013 / / | CONTRACTOR: X<br>FIELD:<br>OTHER: |

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM ........................................................................ $ 1,226,074.00

2. NET CHANGE BY CHANGE ORDERS ............................................. $ 91,930.00

3. CONTRACT SUM TO DATE (Line 1 ± 2) .................................. $ 1,318,004.00

4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) .......... $ 917,952.76

5. RETAINAGE:

    a. 10 % of Completed Work
      (Column D + E on G703)            $ 91,795.28

    b. 0 % of Stored Material
      (Column F on G703)            $ 0.00

    Total Retainage (Lines 5a + 5b or Total in Column I of G703) ............... $ 91,795.28

6. TOTAL EARNED LESS RETAINAGE ................................................ $ 826,157.48
    (Line 4 Less Line 5 Total)

7. LESS PREVIOUS CERTIFICATES FOR PAYMENT ................... $ 749,294.22
    (Line 6 from prior Certificate)

8. CURRENT PAYMENT DUE .......................................... $ 76,863.27

9. BALANCE TO FINISH, INCLUDING RETAINAGE
    (Line 3 less Line 6)            $ 491,846.52

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $ 72,144.00 | $ 0.00 |
| Total approved this Month | $ 19,786.00 | $ 0.00 |
| TOTALS | $ 91,930.00 | $ 0.00 |
| NET CHANGES by Change Order | $ | 91,930.00 |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _____        Date: _____

State of: TEXAS

County of: KENDALL

Subscribed and sworn to before
me this _____ day of _____ 2013

Notary Public: _____

My Commission expires: _____

> JOHN C. MAYWALD
> MY COMMISSION EXPIRES
> November 27, 2015

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ................................................................ $ _____

(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)

ARCHITECT:

By: _____        Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA Document G702™ – 1992. Copyright © 1953, 1963, 1965, 1971, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 15:21:01 on 02/18/2013 under Order No.3477160118_1 which expires on 05/17/2013, and is not for resale.
User Notes:            (1260398681)

1



# Document G703™ – 1992

## Continuation Sheet

AIA Document, G702™–1992, Application and Certification for Payment, or G736™–2009, Project Application and Project Certificate for Payment, Construction Manager as Adviser Edition, containing Contractor's signed certification is attached.
In tabulations below, amounts are in US dollars.
Use Column I on Contracts where variable retainage for line items may apply.

APPLICATION NO: 008
APPLICATION DATE: 02/15/2013
PERIOD TO: 02/06/2013
ARCHITECT'S PROJECT NO: SSE-12-013

| A | B | C | D | E | F | G | H | I |
|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 1 | Mobilization | 2,000.00 | 2,000.00 | 0.00 | 0.00 | 2,000.00 | 100.00 % | 0.00 | 0.00 |
| 2 | Project Superintendent | 18,557.41 | 8,840.09 | 4,017.53 | 0.00 | 12,857.62 | 69.29 % | 5,699.79 | 0.00 |
| 3 | Project Management | 16,812.09 | 11,182.56 | 585.90 | 0.00 | 11,768.46 | 70.00 % | 5,043.63 | 0.00 |
| 4 | Rental of Temporary Facilities, Equipment, etc. | 17,858.97 | 4,674.14 | 7,827.14 | 0.00 | 12,501.28 | 70.00 % | 5,357.69 | 0.00 |
| 5 | Other General Conditions Costs | 3,000.00 | 1,877.63 | 198.98 | 0.00 | 2,076.61 | 69.22 % | 923.39 | 0.00 |
| 6 | Travel | 11,234.63 | 5,613.10 | 2,251.14 | 0.00 | 7,864.24 | 70.00 % | 3,370.39 | 0.00 |
| 7 | General Liability Insurance | 4,904.00 | 4,904.00 | -1,471.20 | 0.00 | 3,432.80 | 70.00 % | 1,471.20 | 0.00 |
| 8 | Builder's Risk Insurance | 1,840.00 | 1,321.74 | -33.74 | 0.00 | 1,288.00 | 70.00 % | 552.00 | 0.00 |
| 9 | Casual Labor | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,000.00 | 0.00 |
| 10 | Final Cleaning | 1,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,800.00 | 0.00 |
| 11 | Debris Removal | 2,642.86 | 750.00 | 1,100.00 | 0.00 | 1,850.00 | 70.00 % | 792.86 | 0.00 |
| 12 | Surveying & Staking | 2,177.50 | 2,177.50 | 0.00 | 0.00 | 2,177.50 | 100.00 % | 0.00 | 0.00 |
| 13 | Site Utilities | 12,322.50 | 9,800.00 | 0.00 | 0.00 | 9,800.00 | 79.53 % | 2,522.50 | 0.00 |
| 14 | Foundation 12" thick | 139,680.00 | 139,680.00 | 0.00 | 0.00 | 139,680.00 | 100.00 % | 0.00 | 0.00 |
| 15 | Concrete Paving & Curbs | 71,000.00 | 16,000.00 | 8,500.00 | 0.00 | 24,500.00 | 34.51 % | 46,500.00 | 0.00 |
| 16 | Mezzanines | 3,800.00 | 0.00 | 581.30 | 0.00 | 581.30 | 15.30 % | 3,218.70 | 0.00 |
| 17 | Concrete Staining | 18,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 18,000.00 | 0.00 |

AIA Document G703™ – 1992. Copyright © 1963, 1965, 1966, 1967,1970, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 16:19:15 on 02/18/2013 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes: (959464520)

EXHIBIT 8

EXHIBIT 8

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | MATERIALS, PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G + C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 18 | Masonry - CMU | 57,100.00 | 52,650.00 | 660.72 | 0.00 | 53,310.72 | 93.36 % | 3,789.28 | 0.00 |
| 19 | Masonry - Stone | 54,000.00 | 8,650.00 | -4,410.00 | 0.00 | 4,240.00 | 7.85 % | 49,760.00 | 0.00 |
| 20 | Misc Metals | 1,000.00 | 97.70 | 0.00 | 0.00 | 97.70 | 9.77 % | 902.30 | 0.00 |
| 21 | Rough Carpentry | 8,000.00 | 4,251.64 | 2,489.00 | 0.00 | 6,740.64 | 84.26 % | 1,259.36 | 0.00 |
| 22 | Cabinets & Millwork | 14,150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 14,150.00 | 0.00 |
| 23 | Finish Carpentry | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,500.00 | 0.00 |
| 24 | Cedar Plank Cladding | 24,000.00 | 981.18 | 2,489.00 | 0.00 | 3,470.18 | 14.46 % | 20,529.82 | 0.00 |
| 25 | Insulation & Fire stopping | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 2,500.00 | 0.00 |
| 26 | Caulking & Sealants | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 2,500.00 | 0.00 |
| 27 | Metal Doors & Hardware | 3,608.37 | 2,762.68 | 845.69 | 0.00 | 3,608.37 | 100.00 % | 0.00 | 0.00 |
| 28 | Storefront / Windows | 4,520.00 | 4,520.00 | 0.00 | 0.00 | 4,520.00 | 100.00 % | 0.00 | 0.00 |
| 29 | Wood Doors & Hardware | 1,300.00 | 1,242.96 | 0.00 | 0.00 | 1,242.96 | 95.61 % | 57.04 | 0.00 |
| 30 | Overhead Door-14' | 3,250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 3,250.00 | 0.00 |
| 31 | Metal Stud / Drywall System | 13,105.67 | 1,835.17 | 4,970.50 | 0.00 | 6,805.67 | 51.93 % | 6,300.00 | 0.00 |
| 32 | Paint | 17,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 17,500.00 | 0.00 |
| 33 | Suspended Ceilings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 0.00 | 0.00 |
| 34 | Ceramic Tile | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 2,500.00 | 0.00 |
| 35 | Carpet & Cove Base | 5,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 5,000.00 | 0.00 |
| 36 | Fire Extinguishers & Cabinets | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,000.00 | 0.00 |
| 37 | Toilet Accessories | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,500.00 | 0.00 |
| 38 | Metal Building - Including Hangar Doors | 355,003.00 | 331,192.69 | 18,534.58 | 0.00 | 349,727.27 | 98.51 % | 5,275.73 | 0.00 |
| 39 | Stairs | 6,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 6,000.00 | 0.00 |
| 40 | Plumbing | 54,750.00 | 20,800.00 | 650.00 | 0.00 | 21,450.00 | 39.18 % | 33,300.00 | 0.00 |

AIA Document G703 ™ – 1992. Copyright © 1963, 1965, 1966, 1967,1970, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 15:19:15 on 02/18/2013 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes: (959464520)

2

EXHIBIT 8

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED. | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 41 | HVAC | 25,377.00 | 6,420.00 | 3,788.00 | 0.00 | 10,208.00 | 40.23 % | 15,169.00 | 0.00 |
| 42 | Big Ass Fans | 18,660.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 18,660.00 | 0.00 |
| 43 | Electrical | 128,800.00 | 89,250.00 | 0.00 | 0.00 | 89,250.00 | 69.29 % | 39,550.00 | 0.00 |
| 44 | Contractor's Fee | 90,820.00 | 58,678.80 | 4,823.60 | 0.00 | 63,502.40 | 69.92 % | 27,317.60 | 0.00 |
| CO1 | Masonry | 12,700.00 | 12,700.00 | 0.00 | 0.00 | 12,700.00 | 100.00 % | 0.00 | 0.00 |
| CO1 | Cedar Plank Cladding | 6,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 6,800.00 | 0.00 |
| CO1 | Metal Building | 12,000.00 | 12,000.00 | 0.00 | 0.00 | 12,000.00 | 100.00 % | 0.00 | 0.00 |
| CO1 | Electrical | 9,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 9,800.00 | 0.00 |
| CO1 | Contractor's Fee | 3,300.00 | 1,976.00 | 0.00 | 0.00 | 1,976.00 | 59.88 % | 1,324.00 | 0.00 |
| CO2 | Storefront/Windows | 25,504.00 | 12,703.29 | 6,684.71 | 0.00 | 19,388.00 | 76.02 % | 6,116.00 | 0.00 |
| CO2 | Contractor's Fee | 2,040.00 | 1,016.26 | 534.78 | 0.00 | 1,551.04 | 76.03 % | 488.96 | 0.00 |
| CO3 | Masonry-CMU | 2,000.00 | 0.00 | 2,000.00 | 0.00 | 2,000.00 | 100.00 % | 0.00 | 0.00 |
| CO3 | Foundation 12" thick | 10,220.00 | 0.00 | 10,220.00 | 0.00 | 10,220.00 | 100.00 % | 0.00 | 0.00 |
| CO3 | Generator Rental | 6,100.00 | 0.00 | 6,100.00 | 0.00 | 6,100.00 | 100.00 % | 0.00 | 0.00 |
| CO3 | Contractor's Fee | 1,466.00 | 0.00 | 1,466.00 | 0.00 | 1,466.00 | 100.00 % | 0.00 | 0.00 |
| | GRAND TOTAL | $1,318,004.00 | $832,549.13 | $85,403.63 | $0.00 | $917,952.76 | 69.65 % | $400,051.24 | $0.00 |

AIA Document G703™ – 1992. Copyright © 1963, 1965, 1966, 1967,1970, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 15:19:15 on 02/18/2013 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes: (959464520)

3

# CONTRACTOR CONDITIONAL WAIVER AND RELEASE FOR PROGRESS PAYMENTS

\* \* \* \* \* \* \* \* \* \* \* \* \*

Project: Los Cerritos Hangar
County Road 410
Uvalde, TX
Job No. 12-10-1378

Upon receipt by the signer of this document of a check from <u>Tri-Bar Ranch Company, Ltd.</u> (*maker of check*) in the sum of $ <u>76,863.27</u> payable to <u>Select Building Systems, Inc.</u> (*payee or payees of check*) and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release any mechanic's lien right, any right arising from a payment bond that complies with a state or federal statute, any common law payment bond right, any claim for payment, and any rights under any similar ordinance, rule, or statute related to claim or payment rights for persons in the signer's position that the signer has on the property of <u>Tri-Bar Ranch Company, Ltd.</u> (*owner*) located at <u>County Road 410, Uvalde, TX</u> (*location*) to the following extent: General Contractor (*job description*).

This release covers a progress payment for all labor, services, equipment, or materials furnished to the property or to <u>Tri-Bar Ranch Company, Ltd.</u> (*person with whom signer contracted*) as indicated in the attached statement(s) or progress payment request(s), except for unpaid retention, pending modifications and changes, or other items furnished.

Before any recipient of this document relies on this document, the recipient should verify evidence of payment to the signer.

The signer warrants that the signer has already paid or will use the funds received from this progress payment to promptly pay in full all of the signer's laborers, subcontractors, materialmen, and suppliers for all work, materials, equipment, or services provided for or to the above referenced project in regard to the attached statement(s) or progress payment request(s).

Date: ___Feb 18___, 20 _13_

___Select Building Systems, Inc.___ (Company Name)

By: _____ (Signature)

Its: __D.C. Morgan Executive V.P__ (Title)

## ACKNOWLEDGMENT

STATE OF TEXAS § 

COUNTY OF KENDALL §

This instrument was acknowledged before me on this the __18th__ day of __February__, 20 _13_, by __David L. Morgan__, the __Executive Vice President__ of __Select Building Systems, Inc.__ a Texas __Corporation__, on behalf of said __Corporation__.

JOHN C. MAYWALD
MY COMMISSION EXPIRES
November 27, 2015

_____
Notary Public, State of Texas

Printed Name: __John C. Maywald__
My Commission Expires: __11-27-2015__

1

**EXHIBIT 8**

EXHIBIT 8

# DEFENDANT'S
# EXHIBIT
# 9

EXHIBIT 9

# AIA® Document G702™ – 1992

## Application and Certificate for Payment

| | | | |
|---|---|---|---|
| **TO OWNER:** | Tri-Bar Ranch Company, Ltd. 10101 Reunion Place, Ste 1000 San Antonio, TX 78216 | **PROJECT:** | Los Cerritos Hanger County Road 410 Uvalde, TX |
| **FROM CONTRACTOR:** | Select Building Systems, Inc. 17 Scenic Loop Rd. Boerne, TX 78006 | **VIA ARCHITECT:** | John Grable Architects, Inc. 222 Austin Hwy. San Antonio, TX 78209 |

**APPLICATION NO:** 009 Retainage
**PERIOD TO:** February 06, 2013
**CONTRACT FOR:** General Construction
**CONTRACT DATE:** May 03, 2012
**PROJECT NOS:** SSE-12-013 / /

**Distribution to:**
OWNER:
ARCHITECT: X
CONTRACTOR: X
FIELD:
OTHER:

## CONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Contract.
Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL CONTRACT SUM ............................................. $ 1,226,074.00
2. NET CHANGE BY CHANGE ORDERS ............................. $ 91,930.00
3. CONTRACT SUM TO DATE (Line 1 ± 2) .......................... $ 1,318,004.00
4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) .......... $ 917,952.76
5. RETAINAGE:
   a. 0 % of Completed Work
      (Column D + E on G703)          $ 0.00
   b. 0 % of Stored Material
      (Column F on G703)             $ 0.00
   Total Retainage (Lines 5a + 5b or Total in Column I of G703) ........ $ 0.00
6. TOTAL EARNED LESS RETAINAGE ....................................... $ 917,952.76
   (Line 4 Less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT ................... $ 826,157.48
   (Line 6 from prior Certificate)
8. CURRENT PAYMENT DUE ...................................... $ 91,795.28
9. BALANCE TO FINISH, INCLUDING RETAINAGE
   (Line 3 less Line 6)               $ 400,051.24

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $ 91,930.00 | $ 0.00 |
| Total approved this Month | $ 0.00 | $ 0.00 |
| TOTALS | $ 91,930.00 | $ 0.00 |
| NET CHANGES by Change Order | $ | 91,930.00 |

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from the Owner, and that current payment shown herein is now due.

CONTRACTOR:

By: _____ Date: FEB 18, 2013

State of: TEXAS
County of: KENDALL
Subscribed and sworn to before
me this 18th day of February 2013
Notary Public: _____
My Commission expires: 11-27-2015

JOHN C. MAYWALD MY COMMISSION EXPIRES November 27, 2015

## ARCHITECT'S CERTIFICATE FOR PAYMENT

In accordance with the Contract Documents, based on on-site observations and the data comprising this application, the Architect certifies to the Owner that to the best of the Architect's knowledge, information and belief the Work has progressed as indicated, the quality of the Work is in accordance with the Contract Documents, and the Contractor is entitled to payment of the AMOUNT CERTIFIED.

AMOUNT CERTIFIED ................................................... $ _____

(Attach explanation if amount certified differs from the amount applied. Initial all figures on this Application and on the Continuation Sheet that are changed to conform with the amount certified.)

ARCHITECT:

By: _____ Date: _____

This Certificate is not negotiable. The AMOUNT CERTIFIED is payable only to the Contractor named herein. Issuance, payment and acceptance of payment are without prejudice to any rights of the Owner or Contractor under this Contract.

AIA Document G702™ – 1992. Copyright © 1953, 1963, 1965, 1971, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 15:26:31 on 02/18/2013 under Order No.3477160118_1 which expires on 05/17/2013, and is not for resale.
User Notes: (1784300335)

1

 **Document G703™ – 1992**

## Continuation Sheet

AIA Document, G702™–1992, Application and Certification for Payment, or G736™–2009, Project Application and Project Certificate for Payment, Construction Manager as Adviser Edition, containing Contractor's signed certification is attached.

In tabulations below, amounts are in US dollars.

Use Column I on Contracts where variable retainage for line items may apply.

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 1 | Mobilization | 2,000.00 | 2,000.00 | 0.00 | 0.00 | 2,000.00 | 100.00 % | 0.00 | 0.00 |
| 2 | Project Superintendent | 18,557.41 | 12,857.62 | 0.00 | 0.00 | 12,857.62 | 69.29 % | 5,699.79 | 0.00 |
| 3 | Project Management | 16,812.09 | 11,768.46 | 0.00 | 0.00 | 11,768.46 | 70.00 % | 5,043.63 | 0.00 |
| 4 | Rental of Temporary Facilities, Equipment, etc. | 17,858.97 | 12,501.28 | 0.00 | 0.00 | 12,501.28 | 70.00 % | 5,357.69 | 0.00 |
| 5 | Other General Conditions Costs | 3,000.00 | 2,076.61 | 0.00 | 0.00 | 2,076.61 | 69.22 % | 923.39 | 0.00 |
| 6 | Travel | 11,234.63 | 7,864.24 | 0.00 | 0.00 | 7,864.24 | 70.00 % | 3,370.39 | 0.00 |
| 7 | General Liability Insurance | 4,904.00 | 3,432.80 | 0.00 | 0.00 | 3,432.80 | 70.00 % | 1,471.20 | 0.00 |
| 8 | Builder's Risk Insurance | 1,840.00 | 1,288.00 | 0.00 | 0.00 | 1,288.00 | 70.00 % | 552.00 | 0.00 |
| 9 | Casual Labor | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,000.00 | 0.00 |
| 10 | Final Cleaning | 1,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,800.00 | 0.00 |
| 11 | Debris Removal | 2,642.86 | 1,850.00 | 0.00 | 0.00 | 1,850.00 | 70.00 % | 792.86 | 0.00 |
| 12 | Surveying & Staking | 2,177.50 | 2,177.50 | 0.00 | 0.00 | 2,177.50 | 100.00 % | 0.00 | 0.00 |
| 13 | Site Utilities | 12,322.50 | 9,800.00 | 0.00 | 0.00 | 9,800.00 | 79.53 % | 2,522.50 | 0.00 |
| 14 | Foundation 12" thick | 139,680.00 | 139,680.00 | 0.00 | 0.00 | 139,680.00 | 100.00 % | 0.00 | 0.00 |
| 15 | Concrete Paving & Curbs | 71,000.00 | 24,500.00 | 0.00 | 0.00 | 24,500.00 | 34.51 % | 46,500.00 | 0.00 |
| 16 | Mezzanines | 3,800.00 | 581.30 | 0.00 | 0.00 | 581.30 | 15.30 % | 3,218.70 | 0.00 |
| 17 | Concrete Staining | 18,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 18,000.00 | 0.00 |

AIA Document G703™ – 1992. Copyright © 1963, 1965, 1966, 1967, 1970, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 15:25:39 on 02/18/2013 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes: (1181512298)

 1



EXHIBIT 9

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 18 | Masonry - CMU | 57,100.00 | 53,310.72 | 0.00 | 0.00 | 53,310.72 | 93.36 % | 3,789.28 | 0.00 |
| 19 | Masonry - Stone | 54,000.00 | 4,240.00 | 0.00 | 0.00 | 4,240.00 | 7.85 % | 49,760.00 | 0.00 |
| 20 | Misc Metals | 1,000.00 | 97.70 | 0.00 | 0.00 | 97.70 | 9.77 % | 902.30 | 0.00 |
| 21 | Rough Carpentry | 8,000.00 | 6,740.64 | 0.00 | 0.00 | 6,740.64 | 84.26 % | 1,259.36 | 0.00 |
| 22 | Cabinets & Millwork | 14,150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 14,150.00 | 0.00 |
| 23 | Finish Carpentry | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,500.00 | 0.00 |
| 24 | Cedar Plank Cladding | 24,000.00 | 3,470.18 | 0.00 | 0.00 | 3,470.18 | 14.46 % | 20,529.82 | 0.00 |
| 25 | Insulation & Fire stopping | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 2,500.00 | 0.00 |
| 26 | Caulking & Sealants | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 2,500.00 | 0.00 |
| 27 | Metal Doors & Hardware | 3,608.37 | 3,608.37 | 0.00 | 0.00 | 3,608.37 | 100.00 % | 0.00 | 0.00 |
| 28 | Storefront / Windows | 4,520.00 | 4,520.00 | 0.00 | 0.00 | 4,520.00 | 100.00 % | 0.00 | 0.00 |
| 29 | Wood Doors & Hardware | 1,300.00 | 1,242.96 | 0.00 | 0.00 | 1,242.96 | 95.61 % | 57.04 | 0.00 |
| 30 | Overhead Door-14' | 3,250.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 3,250.00 | 0.00 |
| 31 | Metal Stud / Drywall System | 13,105.67 | 6,805.67 | 0.00 | 0.00 | 6,805.67 | 51.93 % | 6,300.00 | 0.00 |
| 32 | Paint | 17,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 17,500.00 | 0.00 |
| 33 | Suspended Ceilings | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 0.00 | 0.00 |
| 34 | Ceramic Tile | 2,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 2,500.00 | 0.00 |
| 35 | Carpet & Cove Base | 5,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 5,000.00 | 0.00 |
| 36 | Fire Extinguishers & Cabinets | 1,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,000.00 | 0.00 |
| 37 | Toilet Accessories | 1,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 1,500.00 | 0.00 |
| 38 | Metal Building - Including Hangar Doors | 355,003.00 | 349,727.27 | 0.00 | 0.00 | 349,727.27 | 98.51 % | 5,275.73 | 0.00 |
| 39 | Stairs | 6,000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 6,000.00 | 0.00 |
| 40 | Plumbing | 54,750.00 | 21,450.00 | 0.00 | 0.00 | 21,450.00 | 39.18 % | 33,300.00 | 0.00 |

AIA Document G703™ – 1992. Copyright © 1963, 1965, 1966, 1967,1970, 1976, 1983 and 1992 by The American Institute of Architects, All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 15:25:39 on 02/18/2013 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes: (1181512298)

2



| A | B | C | WORK COMPLETED | | MATERIALS PRESENTLY STORED (NOT IN D OR E) | TOTAL COMPLETED AND STORED TO DATE (D+E+F) | % (G ÷ C) | BALANCE TO FINISH (C - G) | RETAINAGE (IF VARIABLE RATE) |
|---|---|---|---|---|---|---|---|---|---|
| ITEM NO. | DESCRIPTION OF WORK | SCHEDULED VALUE | FROM PREVIOUS APPLICATION (D + E) | THIS PERIOD | | | | | |
| 41 | HVAC | 25,377.00 | 10,208.00 | 0.00 | 0.00 | 10,208.00 | 40.23 % | 15,169.00 | 0.00 |
| 42 | Big Ass Fans | 18,660.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 18,660.00 | 0.00 |
| 43 | Electrical | 128,800.00 | 89,250.00 | 0.00 | 0.00 | 89,250.00 | 69.29 % | 39,550.00 | 0.00 |
| 44 | Contractor's Fee | 90,820.00 | 63,502.40 | 0.00 | 0.00 | 63,502.40 | 69.92 % | 27,317.60 | 0.00 |
| CO1 | Masonry | 12,700.00 | 12,700.00 | 0.00 | 0.00 | 12,700.00 | 100.00 % | 0.00 | 0.00 |
| CO1 | Cedar Plank Cladding | 6,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 6,800.00 | 0.00 |
| CO1 | Metal Building | 12,000.00 | 12,000.00 | 0.00 | 0.00 | 12,000.00 | 100.00 % | 0.00 | 0.00 |
| CO1 | Electrical | 9,800.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 % | 9,800.00 | 0.00 |
| CO1 | Contractor's Fee | 3,300.00 | 1,976.00 | 0.00 | 0.00 | 1,976.00 | 59.88 % | 1,324.00 | 0.00 |
| CO2 | Storefront/Windows | 25,504.00 | 19,388.00 | 0.00 | 0.00 | 19,388.00 | 76.02 % | 6,116.00 | 0.00 |
| CO2 | Contractor's Fee | 2,040.00 | 1,551.04 | 0.00 | 0.00 | 1,551.04 | 76.03 % | 488.96 | 0.00 |
| CO3 | Masonry-CMU | 2,000.00 | 2,000.00 | 0.00 | 0.00 | 2,000.00 | 100.00 % | 0.00 | 0.00 |
| CO3 | Foundation 12" thick | 10,220.00 | 10,220.00 | 0.00 | 0.00 | 10,220.00 | 100.00 % | 0.00 | 0.00 |
| CO3 | Generator Rental | 6,100.00 | 6,100.00 | 0.00 | 0.00 | 6,100.00 | 100.00 % | 0.00 | 0.00 |
| CO3 | Contractor's Fee | 1,466.00 | 1,466.00 | 0.00 | 0.00 | 1,466.00 | 100.00 % | 0.00 | 0.00 |
| | GRAND TOTAL | $1,318,004.00 | $917,952.76 | $0.00 | $0.00 | $917,952.76 | 69.65 % | $400,051.24 | $0.00 |

EXHIBIT 9

AIA Document G703™ – 1992. Copyright © 1963, 1965, 1966, 1967, 1970, 1978, 1983 and 1992 by The American Institute of Architects. All rights reserved. WARNING: This AIA® Document is protected by U.S. Copyright Law and International Treaties. Unauthorized reproduction or distribution of this AIA® Document, or any portion of it, may result in severe civil and criminal penalties, and will be prosecuted to the maximum extent possible under the law. This document was produced by AIA software at 15:25:39 on 02/18/2013 under Order No.3477160119_1 which expires on 05/17/2013, and is not for resale.
User Notes:     (1181512298)

3

## CONDITIONAL WAIVER AND RELEASE ON FINAL PAYMENT

Project: Los Cerritos Hangar
County Road 410
Uvalde, TX
Job No. 12-10-1378

On receipt by the signer of this document of a check from <u>Tri-Bar Ranch Company, Ltd.</u> (*maker of check*) in the sum of $ <u>91,795.28</u> payable to <u>Select Building Systems, Inc.</u> (*payee or payees of check*) and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release any mechanic's lien right, any right arising from a payment bond that complies with a state or federal statute, any common law payment bond right, any claim for payment, and any rights under any similar ordinance, rule, or statute related to claim or payment rights for persons in the signer's position that the signer has on the property of <u>Tri-Bar Ranch Company, Ltd.</u> (*owner*) located at <u>County Road 410, Uvalde, TX</u> (*location*) to the following extent: <u>General Contractor</u> (*job description*).

This release covers the final payment to the signer for all labor, services, equipment, or materials furnished to the property or to <u>Tri-Bar Ranch Company, Ltd.</u> (*person with whom signer contracted*).

Before any recipient of this document relies on this document, the recipient should verify evidence of payment to the signer.

The signer warrants that the signer has already paid or will use the funds received from this progress payment to promptly pay in full all of the signer's laborers, subcontractors, materialmen, and suppliers for all work, material equipment, or services provided for or to the above referenced project up to the date of this waiver and release.

Date _FEB 18, 2013_

<u>Select Building Systems, Inc.</u> _____ (Company Name)

By:  _____ (Signature)
_D.C. Morgan  Executive V.P._ (Title)

State of Texas     §
                     §
County of Kendall     §

BEFORE ME, the undersigned authority, on this day personally appeared <u>David L. Morgan</u>, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she is the <u>Executive Vice President</u> of <u>Select Building Systems, Inc.</u>, and that he/she executed this instrument on behalf of said corporation as its act and deed, for the purposes and consideration therein expressed.

GIVEN under my hand and seal of office, this the _18th_ day of _February_, _2013_

<div style="border:1px solid black; display:inline-block; padding:4px;">
JOHN C. MAYWALD
MY COMMISSION EXPIRES
November 27, 2015
</div>

_____
Notary Public, State of Texas

**EXHIBIT 9**

EXHIBIT 9

# DEFENDANT'S EXHIBIT 10

**Robertson Electric, Inc.**
**231 Derrick Dr.**
**Humble, TX 77338**
**(281) 441-1304**
**(281) 441-1342**

# LETTER OF TRANSMITTAL

| | | | |
|---|---|---|---|
| DATE: | 12/18/2012 | JOB NO: | C12-124 |
| ATTN: | **Accounting** | | |
| RE: | **Los Cerritos Hanger** | | |
| | Highway 55 and County Rd 410 | | |
| | | | |
| | Fax: @ jobsite | | |
| | Fax: @ office | | |

TO: **SBS Construction Inc.**
17 Scenic Loop Rd
Boerne, TX 78006
Phone: 281-441-9124
Fax: 281-441-9126

WE ARE SENDING YOU: __X__ Attached _____ Under separate cover via _____

_____ Shop Drawings _____ Prints _____ Plans _____ Samples _____ Specs
_____ Copy of letter _____ Change Order _____

| COPIES | DATE | NO. | DESCRIPTION |
|---|---|---|---|
| 1 | 12/18/12 | 3 | **December** Invoice-Progress Billing $17,739.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

THESE ARE TRANSMITTED as checked below:

X For approval _____ Approved as submitted _____ Resubmit _____ copies for approval
_____ For your use _____ Approved as noted _____ Submit _____ copies for distribution
_____ As requested _____ Returned for Corrections _____ Return _____ corrected prints
_____ For review and comment

REMARKS: _____

RECEIVED BY: _____ SIGNED: _____

DATE: _____ Jerrod Robertson

COPY TO: A/R Correspondence File

**EXHIBIT 10**

# INVOICE

**Robertson Electric, Inc.**

231 Derrick Dr.
Humble, TX 77338
(281) 441-1304
(281) 441-1342



| DATE | NUMBER |
|------|--------|
| 12/18/2012 | 8 |

**Terms:**     **Net 30**

**SOLD TO:**

    **SBS Construction Inc.**
    17 Scenic Loop Rd
    Boerne, TX 78006

**Project Info:**

    **Los Cerritos Hanger**
    Highway 55 and County Rd 410

    Project No.     C12-124

**Per Contract**

| | |
|---|---|
| Estimated Contract Amount | $128,800.00 |
| Plus: Change Orders | $0.00 |
| Adjusted Contract Amount | $128,800.00 |
| | |
| 45% Completed To Date | $57,770.00 |
| Less      10% Retention | $5,777.00 |
| Total Less Retention | $51,993.00 |
| Less: Previous Applications | $34,254.00 |

**TOTAL AMOUNT DUE THIS INVOICE**      **$17,739.00**

NOTE:   If payment amount differs from invoice amount,
        please notify us immediately.

EXHIBIT 10

Application and Certificate for Payment

To :     **SBS Construction Inc.**     Project:     **Los Cerritos Hanger**     Application No:     **3**

        17 Scenic Loop Rd          Highway 55 and County Rd 410

        Boerne, TX 78006                                 Period To:     12/31/12

From :     **Robertson Electric, Inc.**     Via (Architect):     Arch Project No:     0

        **231 Derrick Dr.**                                          GC Project No:     C12-124

        **Humble, TX 77338**

        **(281) 441-1304**

Contract For:     $128,800.00                                    Contract Date:     5-Feb-06

**Contractors Application for Payment**

Application is made for payment, as shown below, in connection with the contract
Continuation sheet attached.

| Change Order Summary | | |
|---|---|---|
| Change Orders Approved In Previous Months By Owner | Additions | Deductions |
| Total | 0.00 | 0 |
| Approved This Month | | |
| Number   Date Approved | | |
|       Pending | 0.00 | |
|       Totals | 0.00 | 0 |
| Net Change By Change Orders | 0.00 | 0.00 |

1. Original Contract Sum......................................... $128,800.00
2. Net Change by Change Orders............................. $0.00
3. Contract Sum To Date (line 1 +/- 2)..................... $128,800.00
4. Total Completed and Stored To Date..................... $57,770.00
    (Column G)
5. Retainage:
    a. 10.0% of completed work     $5,777.00
      (Column D + E)
    b. 0.15% of stored materials     $0.00
      (Column F)
Total Retainage (Line 5a + 5b or
    Total in Column I)........................................... $5,777.00
6. Total Earned Less Retainage.............................. $51,993.00
    (Line 4 less line 5 total)
7. Less Previous Billed...................................... $34,254.00

8. Current Payment Due .................................... $17,739.00
9. Balance to Finish Plus Retainage....................... $76,807.00

**AMOUNT DUE THIS REQUEST (Line 8)**         **$17,739.00**

**CERTIFICATE OF THE SUBCONTRACTOR:** I hereby certify that the work performed and the materials supplied to date, as shown on the above, represent the actual value of accomplishment under the terms of the Contract (and all authorized changes thereto) between the undersigned and SBS Construction, relating to the above referenced project.

I also certify that payments, less applicable retention, have been made through the period covered by previous payment received from the contractor, to (1) all my subcontractors (sub-contractors) and (2) for all materials and labor used in or in connection with the performance of the Contract. I further certify I have complied with Federal, State, and Local laws, including Social Security laws and Unemployment compensation laws and Workmen's Compensation Laws insofar as applicable to the performance of this Contract.

Conditioned only upon payment of the amount of this request, and in order to induce such payment, the undersigned does hereby waive, release, and relinquish all claim or right of lien which the undersigned may now have upon the premises above described, and undersigned further promises to indemnify and hold harm-less the Owner and Contractor from any liens or claims of lien of a    all parties for the furnishing of labor, materials or services on the    for, by or through the undersigned, or any of its subcontractors or suppliers through and including the date of this request.

Robertson Electric, Inc.
----------------------------
Subcontractor

By: _____     Date:     12/18/2012
    Jerrod Robertson / President

State of TX     County of Harris
Subscribed and sworn before me this ____th day of _____, _____

Notary Public:_____

My C___ssion expires:_____

EXHIBIT 10

**Robertson** **'ric, Inc.**
231 r.
Humble, . /338
281-441-1304

| | | |
|---|---|---|
| Application and Certificate for Payment | **Los Cerritos Hanger** | Application No: 3 |
| Contractor's signed certificate is attached. | Project No. | Application Date: 12/18/12 |
| In tabulations below, amount are stated to the nearest dollar. | **C12-124** | Period To: 12/31/12 |
| | | Architects Project No: |

| A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| Item | Description of Work | Schedule Value | Work Completed (D+E) From Previous | This Period | Material Presently | Total Completed And Stored | Per - % | Balance | Retainage |
| 1 | Insurance/Mobilization/Submital | $12,800 | 7,680.00 | 5,120.00 | | 12,800 | 100% | 0 | 1,280 |
| 2 | Slab Rough-in | $11,500 | 11,500.00 | 0.00 | | 11,500 | 100% | 0 | 1,150 |
| 3 | Distribution/Feeders | $13,000 | 0.00 | 0.00 | | 0 | 0% | 13,000 | 0 |
| 4 | UG Service Conduit | $5,000 | 0.00 | 0.00 | | 0 | 0% | 5,000 | 0 |
| 5 | Light Fixture/Install | $32,000 | 12,160.00 | 2,240.00 | | 14,400 | 45% | 17,600 | 1,440 |
| 6 | Gear/Equipment install | $14,000 | 6,720.00 | 0.00 | | 6,720 | 48% | 7,280 | 672 |
| 7 | Branch Conduit and Wire | $37,000 | 0.00 | 11,100.00 | | 11,100 | 30% | 25,900 | 1,110 |
| 8 | Temporary Power | $2,500 | 0.00 | 1,250.00 | | 1,250 | 50% | 1,250 | 125 |
| 9 | Device Trim Out | $1,000 | 0.00 | 0.00 | | 0 | 0% | 1,000 | 0 |
| 10 | | $0 | 0.00 | 0.00 | | 0 | 0% | 0 | 0 |
| 11 | | $0 | 0.00 | 0.00 | | 0 | 0% | 0 | 0 |
| 29 | TOTAL | $128,800 | 38,060.00 | 19,710.00 | 0.00 | 57,770 | 45% | 71,030 | 5,777 |

Submitted By: _____

Title: _____
       Jerrod Robertson
       Robertson Electric, Inc.

Date _____ 12/18/2012 _____

EXHIBIT 10

# DEFENDANT'S EXHIBIT 11

**Robertson Electric, Inc.**
231 Derrick Dr.
**Humble, TX 77338**
**(281) 441-1304**
**(291) 441-1342**

# LETTER OF TRANSMITTAL

TO: **SBS Construction Inc.**
17 Scenic Loop Rd
Boerne, TX 78006
Phone: 281-441-9124
Fax: 281-441-9126

| DATE: | 1/21/2013 | JOB NO: | C12-124 |
|---|---|---|---|
| ATTN: | **Accounting** | | |
| RE: | **Los Cerritos Hanger** | | |
| | Highway 55 and County Rd 410 | | |
| | Fax: @ jobsite | | |
| | Fax: @ office | | |

WE ARE SENDING YOU: __X__ Attached _____ Under separate cover via ....

| _____ Shop Drawings | _____ Prints | Plans | _____ Samples | _____ Specs |
| _____ Copy of letter | _____ Change Order | | | |

| COPIES | DATE | NO. | DESCRIPTION | |
|---|---|---|---|---|
| 1 | 01/21/13 | 4 | **January**  Invoice-Progress Billing | **$28,332.00** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

THESE ARE TRANSMITTED as checked below:

| X  For approval | _____ Approved as submitted | Resubmit _____ copies for approval |
| For your use | _____ Approved as noted | Submit _____ copies for distribution |
| _____ As requested | _____ Returned for Corrections | Return _____ corrected prints |
| For review and comment | | |

REMARKS:

RECEIVED BY: _____

DATE: _____

SIGNED: _____
Jerrod Robertson

COPY TO: A/R Correspondence File

**EXHIBIT 11**

# INVOICE

**Robertson Electric, Inc.**

231 Derrick Dr.
Humble, TX 77338
(281) 441-1304
(281) 441-1342



| DATE | NUMBER |
|------|--------|
| 1/21/2013 | 4 |

**Terms:**     **Net 30**

**SOLD TO:**

**SBS Construction Inc.**
17 Scenic Loop Rd
Boerne, TX 78006

**Project Info:**

**Los Cerritos Hanger**
Highway 55 and County Rd 410

Project No.     C12-124

**Per Contract**

| | |
|---|---|
| Estimated Contract Amount | $128,800.00 |
| Plus: Change Orders | $0.00 |
| Adjusted Contract Amount | $128,800.00 |
| | |
| 69% Completed To Date | $89,250.00 |
| Less 10% Retention | $8,925.00 |
| Total Less Retention | $80,325.00 |
| Less: Previous Applications | $51,993.00 |

**TOTAL AMOUNT DUE THIS INVOICE**       **$28,332.00**

NOTE: If payment amount differs from invoice amount,
please notify us immediately.

EXHIBIT 11

Application and Certificate for Payment

| | | | | Page 1 | |
|---|---|---|---|---|---|
To : SBS Construction Inc.     Project: **Los Cerritos Hanger**     Application No:    4
17 Scenic Loop Rd     Highway 55 and County Rd 410
· Boerne, TX 78006     Period To:    01/31/13

From : Robertson Electric, Inc.     Via (Architect):     Arch Project No:    0
231 Derrick Dr.     GC Project No:    C12-124
Humble, TX 77338
(281) 441-1304

Contract For:    $128,800.00        Contract Date:    5-Feb-06

Contractors Application for Payment

| Change Order Summary | | | |
|---|---|---|---|
| Change Orders Approved In Previous Months By Owner | | Additions | Deductions |
| Total | | 0.00 | 0 |
| Approved This Month | | | |
| Number | Date Approved | | |
| | Pending | 0.00 | |
| | Totals | 0.00 | 0 |
| Net Change By Change Orders | | 0.00 | 0.00 |

Application is made for payment, as shown below, in connection with the contract Continuation sheet attached.

1. Original Contract Sum................................................ $128,800.00
2. Net Change by Change Orders............................... $0.00
3. Contract Sum To Date (line 1 +/- 2).................. $128,800.00
4. Total Completed and Stored To Date................. $89,250.00
   (Column G)
5. Retainage:
   a. 10.0% of completed work      $8,925.00
   (Column D + E)
   b. 0.15% of stored materials      $0.00
   (Column F)
   Total Retainage (Line 5a + 5b or
   Total in Column I)........................................... $8,925.00
6. Total Earned Less Retainage.............................. $80,325.00
   (Line 4 less line 5 total)
7. Less Previous Billed........................................... $51,993.00

8. Current Payment Due .......................................... $28,332.00
9. Balance to Finish Plus Retainage...................... $48,475.00

**AMOUNT DUE THIS REQUEST (Line 8)**      $28,332.00

**EXHIBIT 1**

**CERTIFICATE OF THE SUBCONTRACTOR: I hereby certify that the work** performed and the materials supplied to date, as shown on the above, represent the actual value of accomplishment under the terms of the Contract (and all authorized changes thereto) between the undersigned and SBS Construction. relating to the above referenced project.

I also certify that payments, less applicable retention, have been made through the period covered by previous payment received from the contractor, to (1) all my subcontractors (sub-contractors) and (2) for all materials and labor used in or in connection with the performance of the Contract. I further certify I have complied with Federal, State, and Local laws, including Social Security laws and Unemployment compensation laws and Workmen's Compensation Laws insofar as applicable to the performance of this Contract.

Conditioned only upon payment of the amount of this request, and in order to induce such payment, the undersigned does hereby waive, release, and relinquish all claim or right of lien which the undersigned may now have upon the premises above described, and undersigned further promises to indemnify and h͏   ͏rm-less the Owner and Contractor from any liens or claims of lien of a   ͏   ͏ll parties for the furnishing of labor, materials or services on the p͏.͏ct for, by or through the undersigned, or any of its subcontractors or suppliers through and including the date of this request

Robertson Electric, Inc.
**Subcontractor**

By: _____      Date:    1/21/2013
Jerrod Robertson / President

State of TX    County of Harris
Subscribed and sworn before me this ___th day of _____, _____

Notary Public:_____

My Co      ion expires:_____

**Robertso▨ ▨ric, Inc.**
231 L▨ ▨r.
Humble, TX 77338
281-441-1304

Application and Certificate for Payment | **Los Cerritos Hanger** | Application No: | 4
Contractor's signed certificate is attached. | Project No. | Application Date: | 01/21/13
In tabulations below, amount are stated to the nearest dollar. | **C12-124** | Period To: | 01/31/13
| | Architects Project No: |

| A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| Item | Description of Work | Schedule Value | Work Completed (D+E) From Previous | This Period | Material Presently | Total Completed And Stored | Per - % | Balance | Retainage |
| 1 | Insurance/Mobilization/Submital | $12,800 | 12,800.00 | 0.00 | | 12,800 | 100% | 0 | 1,280 |
| 2 | Slab Rough-in | $11,500 | 11,500.00 | 0.00 | | 11,500 | 100% | 0 | 1,150 |
| 3 | Distribution/Feeders | $13,000 | 0.00 | 0.00 | | 0 | 0% | 13,000 | 0 |
| 4 | UG Service Conduit | $5,000 | 0.00 | 0.00 | | 0 | 0% | 5,000 | 0 |
| 5 | Light Fixture/Install | $32,000 | 14,400.00 | 11,200.00 | | 25,600 | 80% | 6,400 | 2,560 |
| 6 | Gear/Equipment install | $14,000 | 6,720.00 | 2,380.00 | | 9,100 | 65% | 4,900 | 910 |
| 7 | Branch Conduit and Wire | $37,000 | 11,100.00 | 16,650.00 | | 27,750 | 75% | 9,250 | 2,775 |
| 8 | Temporary Power | $2,500 | 1,250.00 | 1,250.00 | | 2,500 | 100% | 0 | 250 |
| 9 | Device Trim Out | $1,000 | 0.00 | 0.00 | | 0 | 0% | 1,000 | 0 |
| 10 | | $0 | 0.00 | 0.00 | | 0 | 0% | 0 | 0 |
| 11 | | $0 | 0.00 | 0.00 | | 0 | 0% | 0 | 0 |
| 29 | TOTAL | $128,800 | 57,770.00 | 31,480.00 | 0.00 | 89,250 | 69% | 39,550 | 8,925 |

Submitted By:

Title: Jerrod Robertson
Robertson Electric, Inc.

Date 1/21/2013

EXHIBIT 11

# DEFENDANT'S EXHIBIT 12

**Robertson Electric, Inc.**
**231 Derrick Dr.**
**Humble, TX 77338**
**(281) 441-1304**
**'281) 441-1342**

# LETTER OF TRANSMITTAL

| | | | |
|---|---|---|---|
| DATE: | 2/6/2013 | JOB NO: | C12-124 |
| ATTN: | Accounting | | |
| RE: | **Los Cerritos Hanger** | | |
| | Highway 55 and County Rd 410 | | |

TO:     **SBS Construction Inc.**
          17 Scenic Loop Rd
          Boerne, TX 78006
          Phone: 281-441-9124
          Fax: 281-441-9126

| | |
|---|---|
| Fax: @ jobsite | |
| Fax: @ office | |

WE ARE SENDING YOU:   **X**   Attached _____ Under separate cover via   _____

_____ Shop Drawings   _____ Prints   _____ Plans   _____ Samples   _____ Specs
_____ Copy of letter   _____ Change Order   _____   _____

| COPIES | DATE | NO. | DESCRIPTION |
|--------|--------|-----|-------------|
| I | 02/06/13 | 5 | **February**   Invoice-Progress Billing   **$5,400.00** |
| | | | |
| | | | **\*\*\*Demobilizing\*\*\*** |
| | | | |
| | | | |
| | | | |
| | | | |

THESE ARE TRANSMITTED as checked below:

| | | |
|---|---|---|
| **X**  For approval | _____ Approved as submitted | _____ Resubmit _____ copies for approval |
| _____ For your use | _____ Approved as noted | _____ Submit _____ copies for distribution |
| _____ As requested | _____ Returned for Corrections | _____ Return _____ corrected prints |
| _____ For review and comment | | |

REMARKS: _____

_____

_____

_____

RECEIVED BY: _____        SIGNED: _____
DATE: _____                    Jerrod Robertson

                                                            COPY TO: A/R Correspondence File

EXHIBIT 12

# INVOICE

**Robertson Electric, Inc.**

231 Derrick Dr.
Humble, TX 77338
(281) 441-1304
(281) 441-1342



| DATE | NUMBER |
|------|--------|
| 2/6/2013 | 5 |

**Terms:** **Net 30**

**SOLD TO:**

**SBS Construction Inc.**
17 Scenic Loop Rd
Boerne, TX 78006

**Project Info:**

**Los Cerritos Hanger**
Highway 55 and County Rd 410

Project No.    C12-124

## Per Contract

| | |
|---|---|
| Estimated Contract Amount | $128,800.00 |
| Plus: Change Orders | $0.00 |
| Adjusted Contract Amount | $128,800.00 |
| | |
| 74% Completed To Date | $95,250.00 |
| Less        10% Retention | $9,525.00 |
| Total Less Retention | $85,725.00 |
| Less: Previous Applications | $80,325.00 |

**TOTAL AMOUNT DUE THIS INVOICE**         $5,400.00

NOTE:   If payment amount differs from invoice amount,
please notify us immediately.

EXHIBIT 12

Application and Certificate for Payment

To: **SBS Construction Inc.**
17 Scenic Loop Rd
Boerne, TX 78006

Project: **Los Cerritos Hanger**
Highway 55 and County Rd 410

Page 1

Application No: 5

Period To: 02/06/13

From: **Robertson Electric, Inc.**
231 Derrick Dr.
Humble, TX 77338
(281) 441-1304

Via (Architect):

Arch Project No: 0
GC Project No: C12-124

Contract For: $128,800.00

Contract Date: 5-Feb-06

### Contractors Application for Payment

| Change Order Summary | | |
|---|---|---|
| Change Orders Approved In | Additions | Deductions |
| Previous Months By Owner | | |
| Total | 0.00 | 0 |
| Approved This Month | | |
| Number | Date Approved | 0.00 |
| | Pending | |
| | | |
| | Totals | 0.00 | 0 |
| Net Change By Change Orders | 0.00 | 0.00 |

Application is made for payment, as shown below, in connection with the contract
Continuation sheet attached.

| | |
|---|---|
| 1. Original Contract Sum.............................................. | $128,800.00 |
| 2. Net Change by Change Orders............................. | $0.00 |
| 3. Contract Sum To Date (line 1 +/- 2)....................... | $128,800.00 |
| 4. Total Completed and Stored To Date.................... | $95,250.00 |
|    (Column G) | |
| 5. Retainage: | |
|    a. 10.0% of completed work (Column D + E) | $9,525.00 |
|    b. 0.15% of stored materials (Column F) | $0.00 |
| Total Retainage (Line 5a + 5b or Total in Column I)................................... | $9,525.00 |
| 6. Total Earned Less Retainage............................... (Line 4 less line 5 total) | $85,725.00 |
| 7. Less Previous Billed.......................................... | $80,325.00 |
| 8. Current Payment Due .......................................... | $5,400.00 |
| 9. Balance to Finish Plus Retainage........................ | $43,075.00 |

**AMOUNT DUE THIS REQUEST (Line 8)**     **$5,400.00**

**CERTIFICATE OF THE SUBCONTRACTOR:** I hereby certify that the work performed and the materials supplied to date, as shown on the above, represent the actual value of accomplishment under the terms of the Contract (and all authorized changes thereto) between the undersigned and SBS Construction. relating to the above referenced project.

I also certify that payments, less applicable retention, have been made through the period covered by previous payment received from the contractor, to (1) all my subcontractors (sub-contractors) and (2) for all materials and labor used in or in connection with the performance of the Contract. I further certify I have complied with Federal, State, and Local laws, including Social Security laws and Unemployment compensation laws and Workmen's Compensation Laws insofar as applicable to the performance of this Contract.

Conditioned only upon payment of the amount of this request, and in order to induce such payment, the undersigned does hereby waive, release, and relinquish all claim or right of lien which the undersigned may now have upon the premises above described, and undersigned further promises to indemnify and hold harm-less the Owner and Contractor from any liens or claims of lien of ar··· ···d all parties for the furnishing of labor, materials or services on th ··· t for, by or through the undersigned, or any of its subcontractors or ··· ···iers through and including the date of this request.

Robertson Electric, Inc.
Subcontractor

By: _____ Date: 2/6/2013
Jerrod Robertson / President

State of TX     County of Harris
Subscribed and sworn before me this ____th day of _____, _____

Notary Public:_____

My Commission expires:_____

**Robertson Electric, Inc.**
231          Dr.
Humb.          338
281-4... ,304

| Application and Certificate for Payment | **Los Cerritos Hanger** | Application No: | 5 |
| Contractor's signed certificate is attached. | Project No. | Application Date: | 02/06/13 |
| In tabulations below, amount are stated to the nearest dollar. | **C12-124** | Period To: | 02/06/13 |
| | | Architects Project No: | |

| A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| Item | Description of Work | Schedule Value | Work Completed (D+E) From Previous | This Period | Material Presently | Total Completed And Stored | Per - % | Balance | Retainage |
| 1 | Insurance/Mobilization/Submital | $12,800 | 12,800.00 | 0.00 | | 12,800 | 100% | 0 | 1,280 |
| 2 | Slab Rough-in | $11,500 | 11,500.00 | 0.00 | | 11,500 | 100% | 0 | 1,150 |
| 3 | Distribution/Feeders | $7,000 | 0.00 | 0.00 | | 0 | 0% | 7,000 | 0 |
| 4 | UG Service Conduit | $5,000 | 0.00 | 0.00 | | 0 | 0% | 5,000 | 0 |
| 5 | Light Fixture/Install | $32,000 | 25,600.00 | 0.00 | | 25,600 | 80% | 6,400 | 2,560 |
| 6 | Gear/Equipment install | $14,000 | 9,100.00 | 0.00 | | 9,100 | 65% | 4,900 | 910 |
| 7 | Branch Conduit and Wire | $37,000 | 27,750.00 | 0.00 | | 27,750 | 75% | 9,250 | 2,775 |
| 8 | Temporary Power | $2,500 | 2,500.00 | 0.00 | | 2,500 | 100% | 0 | 250 |
| 9 | Device Trim Out | $1,000 | 0.00 | 0.00 | | 0 | 0% | 1,000 | 0 |
| 10 | Demobilizing | $6,000 | 0.00 | 6,000.00 | | 6,000 | 100% | 0 | 600 |
| 11 | | $0 | 0.00 | 0.00 | | 0 | 0% | 0 | 0 |
| 29 | TOTAL | $128,800 | 89,250.00 | 6,000.00 | 0.00 | 95,250 | 74% | 33,550 | 9,525 |

Submitted By:

Title:          Jerad Robertson
Robertson Electric, Inc.

Date          2/6/2013

EXHIBIT 12

# DEFENDANT'S EXHIBIT
# 13

**Robertson Electric, Inc.**
**231 Derrick Dr.**
**Humble, TX 77338**
**(281) 441-1304**
**'?81) 441-1342**

# LETTER OF TRANSMITTAL

| DATE: | 2/6/2013 | JOB NO: | C12-124 |
|---|---|---|---|
| ATTN: | **Accounting** | | |

TO:  **SBS Construction Inc.**
17 Scenic Loop Rd
Boerne, TX 78006
Phone: 281-441-9124
Fax: 281-441-9126

| RE: | **Los Cerritos Hanger** |
|---|---|
| | Highway 55 and County Rd 410 |
| | Fax: @ jobsite |
| | Fax: @ office |

WE ARE SENDING YOU:   X   Attached        Under separate cover via  _____

_____ Shop Drawings    _____ Prints    _____ Plans    _____ Samples    _____ Specs
_____ Copy of letter    _____ Change Order    _____

| COPIES | DATE | NO. | DESCRIPTION |
|---|---|---|---|
| 1 | 02/06/13 | 6 | **February**   Invoice-Progress Billing   **$9,525.00** |
| | | | |
| | | | ***Retainage*** |
| | | | |
| | | | |
| | | | |
| | | | |

THESE ARE TRANSMITTED as checked below:

X   For approval          _____ Approved as submitted          _____ Resubmit ____ copies for approval
_____ For your use          _____ Approved as noted          _____ Submit ____ copies for distribution
_____ As requested          _____ Returned for Corrections          _____ Return ____ corrected prints
_____ For review and comment

REMARKS: _____

RECEIVED BY: _____

DATE: _____

SIGNED: _____
Jerrod Robertson

COPY TO: A/R Correspondence File

EXHIBIT 13

# INVOICE

**Robertson Electric, Inc.**

231 Derrick Dr.
Humble, TX 77338
(281) 441-1304
(281) 441-1342



| DATE | NUMBER |
|------|--------|
| 2/6/2013 | 6 |

**Terms:**     **Net 30**

## SOLD TO:

**SBS Construction Inc.**
17 Scenic Loop Rd
Boerne, TX 78006

## Project Info:

**Los Cerritos Hanger**
Highway 55 and County Rd 410

Project No.     C12-124

**Per Contract**

| | |
|---|---|
| Estimated Contract Amount | $128,800.00 |
| Plus: Change Orders | $0.00 |
| Adjusted Contract Amount | $128,800.00 |
| | |
| 74% Completed To Date | $95,250.00 |
| Less 0% Retention | $0.00 |
| Total Less Retention | $95,250.00 |
| Less: Previous Applications | $85,725.00 |

**TOTAL AMOUNT DUE THIS INVOICE**     $9,525.00

NOTE: If payment amount differs from invoice amount,
please notify us immediately.

EXHIBIT 13

Application and Certificate for Payment

To : SBS Construction Inc.
17 Scenic Loop Rd
Boerne, TX 78006

Project: **Los Cerritos Hanger**
Highway 55 and County Rd 410

Application No: 6

Period To: 02/06/13

From : Robertson Electric, Inc.
231 Derrick Dr.
Humble, TX 77338
(281) 441-1304

Via (Architect):

Arch Project No: 0
GC Project No: C12-124

Contract For: $128,800.00

Contract Date: 5-Feb-06

Contractors Application for Payment

| Change Order Summary | | |
|---|---|---|
| Change Orders Approved In Previous Months By Owner | Additions | Deductions |
| Total | 0.00 | 0 |
| Approved This Month | | |
| Number | Date Approved | |
| | Pending | 0.00 |
| | Totals | 0.00 | 0 |
| Net Change By Change Orders | 0.00 | 0.00 |

Application is made for payment, as shown below, in connection with the contract
Continuation sheet attached.

| | |
|---|---|
| 1. Original Contract Sum.............................................. | $128,800.00 |
| 2. Net Change by Change Orders................................ | $0.00 |
| 3. Contract Sum To Date (line 1 +/- 2)...................... | $128,800.00 |
| 4. Total Completed and Stored To Date.................... | $95,250.00 |
| (Column G) | |
| 5. Retainage: | |
| a. 10.0% of completed work | $0.00 |
| (Column D + E) | |
| b. 0.15% of stored materials | $0.00 |
| (Column F) | |
| Total Retainage (Line 5a + 5b or | |
| Total in Column I)............................................. | $0.00 |
| 6. Total Earned Less Retainage............................... | $95,250.00 |
| (Line 4 less line 5 total) | |
| 7. Less Previous Billed.............................................. | $85,725.00 |
| 8. Current Payment Due ........................................... | $9,525.00 |
| 9. Balance to Finish Plus Retainage........................ | $33,550.00 |

**AMOUNT DUE THIS REQUEST (Line 8)** $9,525.00

**CERTIFICATE OF THE SUBCONTRACTOR:** I hereby certify that the work performed and the materials supplied to date, as shown on the above, represent the actual value of accomplishment under the terms of the Contract (and all authorized changes thereto) between the undersigned and SBS Construction. relating to the above referenced project.

I also certify that payments, less applicable retention, have been made through the period covered by previous payment received from the contractor, to (1) all my subcontractors (sub-contractors) and (2) for all materials and labor used in or in connection with the performance of the Contract. I further certify I have complied with Federal, State, and Local laws, including Social Security laws and Unemployment compensation laws and Workmen's Compensation Laws insofar as applicable to the performance of this Contract.

Conditioned only upon payment of the amount of this request, and in order to induce such payment, the undersigned does hereby waive, release, and relinquish all claim or right of lien which the undersigned may now have upon the premises above described, and undersigned further promises to indemnify and hold harm-less the Owner and Contractor from any liens or claims of lien of ar    d all parties for the furnishing of labor, materials or services on th       t for, by or through the undersigned, or any of its subcontractors or    ⸗iers through and including the date of this request.

Robertson Electric, Inc.
**Subcontractor**

By: _____ Date: 2/6/2013
Jerrod Robertson / President

State of TX     County of Harris
Subscribed and sworn before me this ___th day of _____, _____

Notary Public:_____

My Co⁀ ⁀ssion expires:_____

**Robertsor ⁻ ⁻tric, Inc.**
231 ' ⁻ r.
Humbl. '338
281-441-1304

| Application and Certificate for Payment | Los Cerritos Hanger | Application No: | 6 |
|---|---|---|---|
| Contractor's signed certificate is attached. | Project No. | Application Date: | 02/06/13 |
| In tabulations below, amount are stated to the nearest dollar. | C12-124 | Period To: | 02/06/13 |
| | | Architects Project No: | |

| A | B | C | D | E | F | G | H | I | J |
|---|---|---|---|---|---|---|---|---|---|
| Item | Description of Work | Schedule Value | Work Completed (D+E) From Previous | This Period | Material Presently | Total Completed And Stored | Per - % | Balance | Retainage |
| 1 | Insurance/Mobilization/Submital | $12,800 | 12,800.00 | 0.00 | | 12,800 | 100% | 0 | 1,280 |
| 2 | Slab Rough-in | $11,500 | 11,500.00 | 0.00 | | 11,500 | 100% | 0 | 1,150 |
| 3 | Distribution/Feeders | $7,000 | 0.00 | 0.00 | | 0 | 0% | 7,000 | 0 |
| 4 | UG Service Conduit | $5,000 | 0.00 | 0.00 | | 0 | 0% | 5,000 | 0 |
| 5 | Light Fixture/Install | $32,000 | 25,600.00 | 0.00 | | 25,600 | 80% | 6,400 | 2,560 |
| 6 | Gear/Equipment Install | $14,000 | 9,100.00 | 0.00 | | 9,100 | 65% | 4,900 | 910 |
| 7 | Branch Conduit and Wire | $37,000 | 27,750.00 | 0.00 | | 27,750 | 75% | 9,250 | 2,775 |
| 8 | Temporary Power | $2,500 | 2,500.00 | 0.00 | | 2,500 | 100% | 0 | 250 |
| 9 | Device Trim Out | $1,000 | 0.00 | 0.00 | | 0 | 0% | 1,000 | 0 |
| 10 | Demobilizing | $6,000 | 6,000.00 | 0.00 | | 6,000 | 100% | 0 | 600 |
| 11 | | $0 | 0.00 | 0.00 | | 0 | 0% | 0 | 0 |
| 29 | TOTAL | $128,800 | 95,250.00 | 0.00 | 0.00 | 95,250 | 74% | 33,550 | 9,525 |

Submitted By:

Title: Jerrod Robertson
Robertson Electric, Inc.

Date 2/6/2013

EXHIBIT 13

# DEFENDANT'S EXHIBIT
## 14

# SUBCONTRACT

Between

## SELECT BUILDING SYSTEMS, INC. ("Contractor")
### dba SBS CONSTRUCTION

And

## SELECT MANAGEMENT SYSTEMS, INC. ("Subcontractor")

This Subcontract agreement is made as of the __30th__ day of _October_ , __2012__ , by and between _Select Building Systems, Inc.,_ located at 17 Scenic Loop Road, Boerne, TX 78006 ("Contractor") and Select Management Systems, Inc., P.O. Box 781929, San Antonio, TX 78278 ("Subcontractor") as follows: ·

WHEREAS:

1.01.   The Contractor has or is about to enter into a contract with_ Tri-Bar Ranch Company, Ltd., 10101 Reunion Place, Ste. 1000, San Antonio, TX 78216_ ("Owner");

1.02    The Contractor has agreed to perform certain labor and furnish certain material for the erection, construction and completion of: _ Los Cerritos Hanger, County Road 410, Uvalde, TX 78801 (Legal Description attached hereto as Exhibit "A") (the "Project");

1.03    The Project is to be constructed and completed as per the plans and specifications prepared by _ John Grable Architects, 222 Austin Hwy., San Antonio, TX 78209 (the "Architect");

1.04    The Contractor and Subcontractor desire to contract with reference to part of the Project upon the following terms and conditions:

## ARTICLE 2 - SCOPE OF WORK

2.01    Subcontractor shall furnish and pay for all necessary labor, materials, equipment, supervision, use fees, permits, licenses, insurance and sales taxes and perform, in and on the Project, in a good and workmanlike manner, and in strict compliance with all of the Contract Documents and all additions, amendments and deletions thereto, all of the work necessary for the satisfactory completion of the part of the Project described below:

Provide all labor, tools, materials, equipment, supervision, use fees, permits, licenses, sales taxes and · insurance necessary to accomplish all metal building erection work, as required for a complete job, to include, but not be limited to:

1.  Install all clear span main framing members and all related secondary framing. This will include columns, rafters, beams, door & window framing, wall girts and roof purlins.
2.  Install all structural framing and decking.
3.  Install of Hangar sliding door is included in this subcontract.
4.  Install of ships-ladders and all necessary framing is included in this subcontract.
5.  Install framing at the cupola and all required bracing and roof panels and flashings.

Page 1 of 24 of Select Building Systems, Inc. Subcontract . . ...

SBS 0409

Initials:
_____G.C.
_____SUB

# EXHIBIT 14

6. Install standing seam roof and provide assistance with roofing machine operation (panels) complete with clips, etc.
7. Install all roof and wall insulation as required.
8. Install all exterior siding with offsets, trims, and downspouts complete.
9. Install all base trim, closures, top trim, gutters and downspouts with 1-1/2" hole at each downspout.
10. Install all soffit panels and related flashings per the plan locations.
11. Install all flashings and trim associated with wall and/or roof penetrations.
12. Install all walk & roll up doors.
13. Materials, forklift and/or man lift to be provided by this subcontractor, as required to complete this subcontract. White tire only on finished floor.
14. Job must be cleaned and organized daily. Without notice contractor reserves the right to supply labor for subcontractor to comply with job organization and cleanliness. Contractor will back charge any subcontractor for this labor as necessary. Subcontractor agrees to be back charged for contractor supplied clean up personnel pertaining to the subcontractor's segment of work.

*Intent of this scope of work, and prior discussions, is that there be no change orders.*

*Subcontractor shall provide any and all MSDS/HazMat information pertaining to your trades use to SBS superintendent prior to starting work.*

OSHA COMPLIANCE IS NECESSARY AT ALL TIMES, ADA and local safety regulations is included. Approved Hard hats and footwear shall be worn at all times. Safety glasses and additional safety equipment shall be used as required by specific tasks. All safety equipment shall be maintained, inspected and in good working order and condition. Consistent abuse of OSHA standards or obvious neglect of life safety is unacceptable. Continuous enforcement by the contractor due to neglect of the subcontractor, will not be tolerated and the violating individual(s) that is an employee or manager of the subcontractor will be asked to leave the job. If after initial suspension the same individual(s) or manager, of the subcontractor persists in non-compliance or life safety issues, that individual will be expelled permanently from the job site.
The project is to be kept clean and orderly at all times. Subcontractor shall clean up daily, and all trash is to be placed in the project provided dumpster daily, or sooner if required. SBS will charge $20 per hour for clean up if SBS provides it. Any silt fence removed and/or damaged by this Subcontractor shall be replaced at this Subcontractor's expense.
Punch out items shall be completed within 48 hours. All work is to be completed as per the contract documents, and all City, County, State and Trade codes. This contract is for a complete project, inspected, tested and ready for the next trade.
Subcontractor's English speaking, on-site foreman is required for safety and communications, and will check-in with the SBS jobsite superintendent at the beginning of work each day. Subcontractor shall be furnished with a construction schedule, designed for the timely completion of this project. Subcontractor will maintain the timeline, in whole and in part, to progress the project. (the "Work")

2.02    Subcontractor shall also furnish and pay for all labor, materials, equipment, supervision, fees, permits, licenses, insurance and work which may be required to conform the Work hereunder to comply with all laws, ordinances, orders, rules, regulations, and requirements. of all federal, state, and municipal. governments and appropriate departments, boards and offices thereof, and of the insurance organization having jurisdiction, or any other body or entity exercising similar functions.

Page 2 of 24 of Select Building Systems, Inc. Subcontract

Initials:
_____G.C.
_____SUB

SBS 0410

EXHIBIT 14

## ARTICLE 3 - CONTRACT DOCUMENTS

3.01    The Contract Documents for this Subcontract consist of this Agreement and all Exhibits attached hereto, the drawings, the plans, the specifications, all addenda issued prior to and all modifications issued after execution of this Agreement. These documents form the "Subcontract" and are considered a part of this Agreement as if fully set forth herein.

3.02    The Contract Documents also include the Bidding Requirements and General Conditions.

3.03    Subcontractor represents that it has examined and is familiar with the Contract Documents. A copy of the above referenced Contract Documents which are applicable to the Work and Project are available to the Subcontractor upon request by Subcontractor to Contractor in writing as provided herein. It shall be no defense that Subcontractor has not seen one or more of the Contract Documents where Subcontractor made no written request for copies of same.

-3.04    The Work must be performed and completed in strict conformity with the Contract Documents. Subcontractor shall be bound to Contractor by all of the terms and conditions of the Contract Documents and assumes toward the Contractor all obligations and responsibilities which Contractor under the Contract Documents assumes toward the Owner with respect to Subcontractor's Work. Subcontractor agrees not to violate any terms, covenants or conditions of the Contract Documents, and will commit no act which will cause the Contractor to be in breach of the Contract Documents. Subcontractor further agrees to comply with any additional specifications, drawings or explanations furnished by the Architect, engineer or Contractor to detail and/or illustrate the work to be done.

3.05    If the Owner, for any reason authorized under the Contract Documents, terminates the contract between Owner and Contractor, Contractor shall have the right to terminate this Subcontract. In the event the Contractor terminates this Subcontract under this provision, Subcontractor shall not be entitled to recover any damages from Contractor, whether direct, actual, delay, incidental or consequential, EXCEPT to the extent Contractor recovers and receives payment from the Owner for any direct cost for labor and materials (not profit) incurred by Subcontractor in the prosecution of its Work prior to the date of termination. Subcontractor shall not be entitled to recover any further amounts from Contractor as a result of any such termination, including but not limited to lost profits, incidental damages, delay damages, consequential damages, or any other damage amount.

3.06    Plan Details: Drawings provided by John Grable Architects, Inc. dated 1/3/2012 .

*Prints and specification shall be provided on-site by authorized SBS representative. No plans, prints, or specifications are included with this document, other than those details outlined in Article 2.*

The above listed plans are subject to revision by the Engineers,
Architects or other professionals associated with this Project.
Revised Plans will supersede the Plans listed herein.

## ARTICLE 4 - TIME IS OF THE ESSENCE

4.01    The Work shall be commenced by Subcontractor on or before ___October 29th___ , ___2012___ . Subject to adjustments authorized in writing by the Contractor, the Work shall be substantially completed not later than ___December 25th___ , ___2012___ (the "Time for Performance").

SBS 0411

Initials:
_____ G.C.
_____ SUB

**EXHIBIT 14**

4.02 The Time for Performance by the Subcontractor is of the essence. Subcontractor acknowledges the completion date for the Project as noted in the Contractor Documents. Subcontractor agrees to perform its Work in the areas, at the times, and on the days, including make up for lost days, weather delays or to maintain the necessary job progress as directed by the Contractor's Job Superintendent. Subcontractor shall work weekends or extended hours and provide all necessary equipment to perform the Work and maintain progress, at no extra charge, to make up for lost days, weather delays or to maintain necessary job progress as directed by the Contractor's Job Superintendent.

4.03 No extension of time will be valid without the Contractor's written consent after claim made by the Subcontractor in accordance with Paragraph 8.09. At the Contractor's sole and absolute discretion, the Time for Performance may be extended, for any reason or no reason, without invalidating any part of this Agreement and without subjecting Contractor to any liability under this Agreement, except as expressly authorized herein. Any extension of Time for Performance must be in writing and signed by the Contractor. No verbal extension of time will be recognized, regardless of the source.

## ARTICLE 5 - CONTRACT AMOUNT

5.01 The Contractor shall pay the Subcontractor for the Work performed, subject to adjustments and other applicable provisions of this Subcontract, the Contract Sum of One Hundred Thirty Seven Thousand One Hundred Thirty Two and 00/100 Dollars ($ 137,132.00 ). (Note: Contract Sum includes all sales taxes, use fees, permits, labor, material, equipment, rentals, and all other expenses of any kind necessary for Subcontractor to satisfactorily complete the Work)

5.02 Within ten (10) days from Subcontractor's execution hereof and before any payments are made hereunder, Subcontractor, utilizing forms provided by Contractor, shall submit to Contractor the following: (i) a true and correct list (name, address, phone number and description of service or material) of all suppliers and any subcontractors which Subcontractor intends to or may use in performing the Work, including all labor, suppliers of material, and rental of equipment (Exhibit "F"), and (ii) a fair and proper itemized schedule of values for all items of Work included in this Subcontract which shall be broken down and itemized as to the value of labor and cost of material for each item (the "Subcontractor's Schedule of Values")(Exhibit "G"). Subcontractor shall provide to Contractor, upon Contractor's request at any time, sufficient evidence as to the correctness of the Subcontractor's Schedule of Values. When approved by Contractor, the Subcontractor's Schedule of Values may be used by the Contractor for computation of partial payments hereunder. If, however, the Contractor should, at any time, determine, in Contractor's sole and absolute discretion, that the Subcontractor's Schedule of Values is incorrect, inflated, understated, or does not accurately reflect the true value of the Work, or portions thereof therein described, Contractor shall have the right to revise the Subcontractor's Schedule of Values to reflect what Contractor believes is the correct value, and the revised schedule shall be utilized as the basis for computation of partial payments thereafter.

5.03 On or before the 15th of each month or otherwise as directed by Contractor, Subcontractor shall present to Contractor an estimate of the Work completed by it prior to the date of the estimate for payment which must be presented, on the forms supplied by Contractor ("Application and Certificate for Payment" attached hereto as Exhibits "D-1 & D-2"). Subcontractor's Request for Payment shall be based upon the Subcontractor's Schedule of Values or revised schedule as applicable, and shall state, with respect to each item, the percentage of work completed on that item for which payment is requested.

5.04 Contractor shall review Subcontractor's Request for Payment. Subcontractor understands that Contractor is relying upon Subcontractor's Request for Payment in making Contractor's application for

Page 4 of 24 of Select Building Systems, Inc. Subcontract

SBS 0412

Initials:

_____ G.C.

_____ SUB

## EXHIBIT 14

payment to the Owner. Contractor may reject or approve items on the Request for Payment, or Contractor may conditionally approve all or part of Subcontractor's Request for Payment. If Subcontractor's Request for Payment is approved or conditionally approved by Contractor and is received by the Contractor timely, Contractor shall pay Subcontractor, less 10 % retainage ("Retainage") on or about the 15th of the following month, or at such time as Subcontractor satisfies the conditions upon which approval was based, such as completion of certain items or repairs of certain items identified by Contractor as provided in Paragraph 8.02. If there is a dispute over any item not approved or not paid by Contractor to Subcontractor based upon the percentage of completion, cost of repair, or other applicable charge against the Work, said dispute will be resolved by the Architect in the Architect's sole and absolute discretion, as provided herein. The obligation of the Contractor to pay the Subcontractor is expressly conditioned upon the Contractor receiving funds from the Owner which cover the portion of the Work covered by the Request for Payment. THE SUBCONTRACTOR IS NOT ENTITLED TO ANY PAYMENT UNLESS AND UNTIL THE CONTRACTOR RECEIVES PAYMENT FROM THE OWNER, and then, Subcontractor is only entitled to payment subject to withholding as provided herein.

5.05    Subcontractor may make a Request for Payment for materials or equipment not yet incorporated into the Work, but which are delivered and suitably stored at the site or some other insured location, on the condition that Subcontractor identify the material or equipment, its quantity, and the cost of same. Subcontractor shall obtain Contractor's written consent to have delivered, store, and Request Payment for said materials at least 20 days before said materials are delivered.

5.06    Before issuance of the payments identified above, Subcontractor shall be required to verify to Contractor, and supply evidence as required by Contractor, that Subcontractor has paid for all labor and material, equipment, and all bills, payrolls, fees permits and all other known indebtedness connected with Subcontractor's Work for which payment is being received, and shall release and hold the Contractor harmless from any all claims which Subcontractor may have against Contractor up to that time, including but not limited to claims for delay. Such verification and release shall be on a form supplied by the Contractor. Falsification of such verification shall be grounds for immediate termination of this Subcontract.

5.07    Thirty days after this Subcontract is fully completed and performed by the Subcontractor and after the Subcontractor delivers, to the Contractor, a binder containing "as built" drawings, warranty information, equipment operating manuals, and other documents of the like, the Subcontractor will make request for final payment in the same manner as provided above. Final payment shall be made after the Work and the aforementioned "binder" is accepted in writing by the Contractor. The Subcontractor shall execute a complete release of any and all claims against the Owner, Architect and Contractor prior to issuance of any final payment. Notwithstanding any provision in this Subcontract to the contrary, final payment will not be issued until 30 days after the Work has been accepted and approved by Contractor or Architect, if required as provided herein.

5.08    The Subcontractor shall make prompt payment to anyone furnishing labor, materials, services, or equipment to the Subcontractor for the Project. Such prompt payment is of the essence. In all cases of non-payment by the Subcontractor, the Contractor is authorized, at the Subcontractor's sole expense, to make such payment. All payments so made by Contractor, and all expenses incurred by Contractor in making such payments, including but not limited to attorneys fees for lien releases, shall be applied against the next Request for Payment or deducted from any progress payment yet to be paid. In making such payments and discharging such liens, Contractor shall not be required to adjust or determine any claims or disputes between the Subcontractor and the laborer, mechanic, or materialman, nor shall Contractor be required to withhold any money or take any action to protect Subcontractor or any of Subcontractor's rights. Should any lien or claim

Page 5 of 24 of Select Building Systems, Inc. Subcontract.

Initials:
G.C.
SUB

SBS 0413

**EXHIBIT 14**

develop, whether during the Time for Performance or after final payment, Subcontractor shall promptly pay to the Contractor (within 10 days after demand) all monies that may be required in discharging such lien or claim, and shall reimburse the Contractor for all losses, expenses, including reasonable attorneys fees, it may incur or sustain as a result thereof.

5.09   Regardless of the terms of payment provided herein, Contractor shall be permitted to retain from payments due to Subcontractor an amount sufficient to cover: (i) any required Retainage, plus (ii) an amount sufficient to satisfy all delinquent obligations of the Subcontractor for labor, materials, equipment, or services furnished or to be furnished by Subcontractor, plus (iii) an amount sufficient to cover the cost to complete any item or to repair, replace, fix or cure any work performed by Subcontractor. The amount, which Contractor may retain under subpart (ii) and (iii), shall be determined by Contractor in its discretion, with any dispute over the amount to be decided by the Architect in accordance with paragraph 8.02.

5.10   Effect of Payment   No payment, either partial or final, made under this Subcontract shall be construed to be an acceptance of defective Work or improper materials or a waiver of any right of Contractor hereunder, and no partial payment shall be evidence of performance, in whole or in part, or this Subcontract or any of Subcontractor's obligations hereunder.

## ARTICLE 6 - BONDING REQUIREMENTS

6.01   No bonding required. Signed, verified, and notarized affidavits of payment and releases will be required with the delivery of all draws and before issuance of each check. (See Exhibits "B" and "C")

## ARTICLE 7 - INSURANCE

7.01   Prior to starting work, the Subcontractor shall obtain the required insurance from a responsible insurer, and shall furnish satisfactory evidence to the Contractor that the Subcontractor has complied with the requirements of this Article and the Contract Documents:

Special Provisions:____N/A

Subcontractor shall have their insurance agent/company forward a certificate of insurance, listing Select Building Systems, Inc. as an additional named insured, to the Select Building Systems Corporate office before beginning work. Coverage must include, but not be limited to, general liability insurance of not less than $ 1,000,000. Worker's Compensation not less than State required minimum coverage, and insurance on any vehicles (if any vehicle of Subcontractor will enter the Project site).

7.02   Subcontractor shall purchase and maintain such insurance as will protect it and Contractor from claims under laws which protect worker from injuries on the job, including but not limited to Worker's Compensation Insurance, disability insurance, disability benefits, and other similar insurance to protect workers of the Subcontractor or those who are injured by the Subcontractor. Subcontractor shall also obtain insurance covering public liability, property damage, fire, casualty, and coverage for any damages caused by Subcontractor arising out of Subcontractor's Work with extended coverage up to the minimum limits of the amount stated above in the Special Provisions. Such insurance policies shall contain a provision requiring the Contractor be given at least fifteen (15) days written notice prior to cancellation.

7.03   Subcontractor is responsible to carry and maintain any other insurance coverage it deems necessary to protect said Subcontractor, including insurance on tools, equipment, supplies, and other items or

**EXHIBIT 14**

to protect against theft, conversion, breakage, misuse, accidental damage, or other perils, conditions or damages. As a consequence, Subcontractor hereby waives all rights it has against the Contractor, the Architect, other subcontractors, the Owner, and any other person or entity for damages arising out of, or relating to, any matter, event or condition which was or could have been covered by Subcontractor's insurance as provided in this Article.

7.04    In the event of a loss suffered by Contractor, as a result of acts of the subcontractor or their agents, which is covered by insurance obtained by Subcontractor, Contractor shall be entitled to said insurance proceeds up to the amount of its loss. IN THE EVENT THAT SUBCONTRACTOR FAILS TO OBTAIN INSURANCE FOR ANY MATTER REFERENCED IN THIS ARTICLE 7, OR SAID INSURANCE LAPSES, OR FOR ANY REASON SAID INSURANCE DOES NOT PAY A CLAIM, SUBCONTRACTOR HEREBY INDEMNIFIES AND HOLDS CONTACTOR HARMLESS FROM ANY DAMAGES, CLAIMS, OR LOSSES WHICH CONTRACTOR MAY SUFFER OR INCUR, AND AGREES TO PAY THE SAME, INCLUDING ALL COSTS, EXPENSES AND ATTORNEYS FEES TO ENFORCE THOSE RIGHTS.

## ARTICLE 8 - SUBCONTRACTOR RIGHTS AND DUTIES

8.01    No Subcontracting  The Subcontractor shall not assign this Subcontract, nor subcontract the whole or portions of this Subcontract, without the prior written consent of the Contractor. The Subcontractor shall not assign any amounts due or to become due under this Subcontract without prior written notice to the Contractor.

8.02    Satisfaction Clause  All work by Subcontractor shall be done to the satisfaction of the Contractor and Architect. If the Subcontractor decides to dispute, challenge or contest any matter under Articles 2, 3, or 5, Subcontractor shall do so promptly, but in no event later than 48 hours after the Subcontractor receives or becomes aware of the matter (whichever occurs first). To challenge the matter, the Subcontractor shall, within the time stated above, notify the Architect in writing of the nature of the dispute, stating the Contractor's position and the Subcontractor's position, and asking for a determination as to the disputed issues. The Architect will provide the Contractor with copies of all documents submitted by Subcontractor, and Contractor shall make a response, either in writing or verbally. After receiving the Contractor's response, the Architect shall make a decision regarding the dispute. In all disputes relating to the correctness of construction, meaning and requirements of the specifications and drawings, the percentage of completion, the amounts and necessity of repairs, and the value of work performed, the decision of the Architect shall be final and binding on the Subcontractor. Failure of the Subcontractor to timely request a determination shall operate as acceptance by the Subcontractor of Contractor's position, and shall operate to waive Subcontractor's right to challenge the correctness of the position of the Contractor at a later date.

8.03    Subcontractor's Duties  Without limiting any other requirement or obligation of the Subcontractor, Subcontractor:

a.      Shall promptly submit all shop drawings and samples, data and specifications as to materials to be used as may be required by Contractor, Architect or the Contract Documents so as not to delay any work on the Project;

b.      Shall keep informed as to the progress of the Project and shall have all required workmen and equipment available and all necessary materials fabricated, assembled, delivered and ready for installation so as to

Page 7 of 24 of Select Building Systems, Inc. Subcontract

SBS 0415

Initials:
G.C.
SUB

**EXHIBIT 14**

commence and prosecute its work as soon as the progress of the Project will permit, and when requested, shall furnish satisfactory evidence that preliminary arrangements have been made;

c.     Shall commence its work at the earliest time the progress of the Project will permit and in any event not later than 3 days after written notice to do so from Contractor, shall prosecute its work, including all changes and additions thereto, rapidly, continuously, and uninterruptedly, and shall complete all of its work, including changes and additions, so as not to interfere with or delay the completion of the Project;

d.     Shall cooperate and coordinate its work with Contractor and the other subcontractors to avoid delay of or interference with any work of the Contractor or other subcontractors;

e.     If directed by the Contractor, shall prosecute its work in such sequence and at such locations as may be directed by Contractor to maintain and expedite the progress of the Project as a whole, and Contractor shall have the right to establish and determine the schedule under which the Subcontractor shall perform its work. If Subcontractor is required to work overtime or additional shifts in order to meet the schedule of the Contractor, the cost thereof shall be solely the responsibility of the Subcontractor and Subcontractor shall have no claim against the Contractor for any additional expense;

f.     Shall be liable to the Contractor for all extra costs, expenses and damages of any nature which may be incurred by Contractor as a result of any delay or hindrance of the Project or of the Work or of the work of any other subcontractor; and, without limiting the foregoing, if any delay or hindrance by the Subcontractor shall result in or render the Contractor liable for damages to the Owner, another subcontractor or any other entity, Subcontractor shall be liable to Contractor for the entire amount of such damages and for all other extra costs and expenses incurred by Contractor, and Contractor shall have the right to offset such damages, costs and expenses against any payments due to the Subcontractor under this Subcontract;

g.     Shall, at all times, man the Project with competent and adequate supervision and a sufficient number of skilled and competent workmen and sufficient equipment, materials, supplies to perform its Work;

h.     Shall be solely responsible for complying with the Immigration Reform and Control Act of 1986, for completing and maintaining "Employment Eligibility Verification" documentation (INS Form I-9) on all persons who perform work for the Subcontractor on the Project, and shall be solely responsible for complying with all applicable health and safety standards, Federal, state and local, pertaining to its Work, its personnel and equipment, and shall pay and be held liable for all fines, liens, and other costs associated with violation of any provision in Article 8. **Safety is the rule, not the**

SBS 0416

Initials:
_____ G.C.
_____ SUB

**EXHIBIT 14**

exception;

i.    Shall comply with all laws, ordinances, rules, regulations and orders of any public authority bearing on the performance of the Work, including but not limited to all Department of Labor, Occupational Safety and Health Act ("OSHA"). Subcontractor shall secure and pay for all permits and governmental licenses, fees and inspections necessary for the proper execution and completion of the Work;

j.    Shall pay for all materials, equipment and labor used in, or in connection with, the performance of this Subcontract, and shall furnish satisfactory evidence, when requested by the Contractor or Architect to verify compliance with this requirement;

k.    Shall, on a daily basis, keep the premises free from accumulation of waste materials or rubbish arising out of the operations of Subcontractor. Subcontractor shall move excess material promptly from one work area to another. If Subcontractor fails to perform this duty, the cost thereof shall be charged to the Subcontractor by the Contractor.

8.04    Warranty  The Subcontractor warrants, for a period of 1 year from the date of substantial completion (defined as the issuance of a Certificate of Occupancy or a Temporary Certificate of Occupancy, whichever is issued first), to the Owner and Contractor that all Work shall be performed in a good and workmanlike manner, free from faults and defects, and of such quality as would pass in the trade without exception. All Work shall be completed in accordance with the Contract Documents, except as authorized by Change Order as provided below. In the absence of a Change Order, any substitutions or work not strictly complying with the Contract Documents may be considered defective. The warranty contained herein is in addition to and not a limitation on any other warranty or remedy, and shall survive any termination of this Subcontract.

8.05    Warranty Claims  If, within the warranty period described above, or any other applicable warranty period, any of the Work is found to be defective, faulty or not in compliance with the Contract Documents, the Subcontractor shall correct such problem or defect promptly after notice from Contractor or Owner to do so. If Subcontractor fails or refuses to correct such problem or defect within 10 days from receipt of such notice, Contractor may correct the problem, and Subcontractor shall be liable for all costs, expenses and fees associated with the correction.

8.06    Change Orders  Changes in, additions to, revisions of and deletions from Subcontractor's Work may be made by Contractor without invalidating this Subcontract. All changes, additions, revisions and deletions, including any deviation from the plans and specifications, shall be in writing in the form of a Change Order (See Exhibit "E") which must be signed by the Contractor in order to be valid. **Subcontractor shall not begin any change, addition, or revision without a written Change Order signed by the Contractor.** If the change, addition, or revision will increase the Contract Sum, the Change Order must reflect the increase; otherwise, there will be no increase in the Contract Sum. **It is the Subcontractor's responsibility to submit to the Contractor any Change Order on the form provided by Contractor, including but not limited to any change in the Contract Sum.** If the Contractor requests (either verbally or in writing) that the Subcontractor provide to the Contractor a price for which the Subcontractor will perform work under a change by the Owner, the Subcontractor shall deliver to the Contractor the price in writing within 10 days from the

Page 9 of 24 of Select Building Systems, Inc. Subcontract

SBS 0417

Initials:
G.C.
SUB

**EXHIBIT 14**

date the Contractor makes the request. If the Subcontractor fails to provide the price within the time, Contractor may insert an amount for the change in its change order with the Owner, and Subcontractor hereby agrees to perform the change for the price inserted by the Contractor into the change order. If Subcontractor seeks to perform any Work which deviates from the engineering plans, in any way, Subcontractor must have any such proposed change signed by the Project Engineer, in addition to having the Contractor's prior written authorization for the change.

8.07    Writing Required for Payment  Except as may be specifically and expressly agreed in writing to the contrary, Contractor shall not be liable for any changes in or addition to Subcontractor's Work or for any extra costs incurred by Subcontractor as a result of any such change or addition in any amount in excess of that which Subcontractor or Contractor shall recover and collect from Owner. **Please Take Note:** it does not matter how many witnesses hear the Contractor make an alleged verbal agreement to pay for a change; if there is no written Change Order in compliance with this section, Subcontractor shall not be entitled to any compensation for the change, addition or revision.

8.08    Claims By Subcontractor  Subcontractor shall make all claims promptly to the Contractor for additional costs, damage to property, material or equipment, delay damages (subject to provisions relating specifically thereto), and extensions of time; provided, however, that Subcontractor shall present its claims in writing to Contractor within such time as will provide Contractor a reasonable opportunity to review such claims (at least 3 business days) and present the same to the Architect and/or Owner within the time permitted by the Contract Documents. If Subcontractor fails to present any such claim timely to Contractor, same shall be conclusively deemed to have been waived. In no event will Contractor be liable to Subcontractor for any costs, damage to property, material or equipment, or any other expenses except to the extent that Contractor recovers and collects said amount from the Owner or the responsible party. **Please Take Note: CONTRACTOR SHALL NOT BE LIABLE OR RESPONSIBLE FOR ANY DAMAGE TO OR LOSS OF SUBCONTRACTOR'S WORK, MATERIALS OR PROPERTY UNLESS SAME SHALL BE SOLELY CAUSED BY THE DIRECT NEGLIGENCE OF CONTRACTOR, ITSELF.**

8.09    Limited Claims for Delay  In agreeing to complete its Work, Subcontractor represents that it has taken into consideration and made allowances for all ordinary delays and hindrances incidental to the Work, including but not limited to delays of carriers, delays in fabrication or delivery of material or equipment, unavailability of workmen or materials, and changes, additions and deletions to or from its Work or the work of others, and that it is cognizant of the fact that under the Contract Documents, Contractor is required to complete the Project within a specified period of time and may be liable for damages for failure to do so.

8.09.1  Should the Subcontractor be delayed, obstructed, hindered or interfered with in the commencement, prosecution or completion of the Work ("Delay of Work"), by any cause, whether an act, omission, neglect, or default of Contractor or of anyone employed by Contractor, or by any other contractor or subcontractor on the Project, or by the Architect, the Owner, the engineer, or any of their agents or employees, or by damage due to fire, theft, or other casualty, or by act of God, or any other cause, the Subcontractor shall be entitled to an extension of the Contract Time subject to the restrictions provided herein. In order to be entitled to an extension of the Contract Time, Subcontractor shall:

a.    Notify the Contractor in writing of the cause(s) of the Delay of Work within 48 hours of the commencement thereof, and

SBS 0418

Initials:
G.C.
SUB

**EXHIBIT 14**

b.  Demonstrate to the Contractor in writing, and verbally if requested, that Subcontractor could not have anticipated or avoided the Delay of Work and that Subcontractor has and will use all available means to minimize the consequences thereof.

8.09.2  Subcontractor agrees that it shall not be entitled to nor will it claim any cost reimbursement, compensation or damages of any kind for any Delay of Work except to the extent that Contractor is entitled to a corresponding cost reimbursement, compensation or damages from the Owner under the Contract Documents for such Delay of Work, and then only to the extent of the amount, if any, which Contractor, on behalf of Subcontractor, actually receives from the Owner on account of such Delay of Work. The amount, if any, that the Subcontractor may receive from the amount recovered from the Owner shall be limited to any changes or additions to the Work received therefore by the Contractor from the Owner. Subcontractor shall not be entitled to any additional compensation resulting therefrom. In addition, Subcontractor shall be responsible for paying, in advance, all costs and expenses, including reasonable attorneys fees, for Contractor to submit and pursue such claims against the Owner, and shall sign any and all agreements required to be signed by the Contractor regarding the submission of the claim, and settlement of same, including any releases required.

8.10  Indemnification  To the fullest extent permitted by law the Subcontractor shall fully and completely indemnify and hold harmless the Contractor, Surety, the Owner, the Architect and all of their agents and employees from and against all claims, damages, losses and expenses including but not limited to, attorney's fees, arising out of or resulting from the performance of the Subcontractor's work under, in connection with, in the course of, or incidental to the Subcontractor's Work under this Subcontract, or in connection herewith (regardless of any concurrent fault, cause or negligence of Contractor) or any breach of or failure to comply with any of the provisions of this Subcontract or the Contract Documents by Subcontractor. In entering into this Subcontract, Subcontractor understands and agrees to indemnify and hold harmless Contractor, Owner and Architect from the consequences of Subcontractor's own negligence and actions of Subcontractor's employees, agents, officers and representatives.

8.10.1  Subcontractor shall also indemnify and hold harmless Contractor, Surety, Owner and Architect from any claim, damage, loss or expense which is attributable to bodily injury, sickness, disease, or death, or to injury to or destruction of tangible property, including the loss of use resulting therefrom arising out of or resulting from the performance of the Subcontractor's work under, in connection with, in the course of, or incidental to the Subcontractor's Work under this Subcontract, or in connection herewith (regardless of any concurrent fault, cause or negligence of Contractor) or any breach of or failure to comply with any of the provisions of this Subcontract or the Contract Documents by Subcontractor. In entering into this Subcontract, Subcontractor understands and agrees to indemnify and hold harmless Contractor, Owner and Architect from the consequences of Subcontractor's own negligence and actions of Subcontractor's employees, agents, officers and representatives.

8.10.2  Subcontractor shall also indemnify and hold harmless Contractor,

Initials:
_____ G.C.
_____ SUB

SBS 0419

**EXHIBIT 14**

Surety, Owner and Architect from any claim, damage, loss or expense which is attributable to or arises from work performed by the Subcontractor, or any supplier of the Subcontractor, or any of Subcontractor's agents, that is not performed in accordance with the Contract Documents regardless of cause or any concurrent or contributing fault of Contractor. In entering into this Subcontract, Subcontractor understands and agrees to indemnify and hold harmless Contractor, Owner and Architect from the consequences of Subcontractor's own negligence and actions of Subcontractor's employees, agents, officers and representatives.

8.10.3 In any and all claims against the Contractor, the Owner, the Architect or any of their agents or employees by any employee of the Subcontractor, anyone directly or indirectly employed by it, or anyone for whose acts it may be liable, the indemnification obligation under this Paragraph 8.10 shall not be limited in any way by any limitation on the amount or type of damages, compensation or benefits payable by or for the Subcontractor under workers' or workmen's compensation acts, disability benefit acts or other employee benefit acts.

8.11    Surface Preparation  If Subcontractor deems that the surfaces or work to which its Work is to be applied or affixed, including grading, is unsatisfactory or unsuitable, Subcontractor must provide Contractor with written notification of said condition before taking any remedial action or other proceeding with the Work, otherwise, Subcontractor shall be fully and solely responsible and liable for any and all expense, loss, damages and costs associated or resulting from said condition, and Contractor shall be relieved of any and all liability in connection therewith.

8.12    Subcontractor's Remedies    If the Contractor does not pay the Subcontractor through no fault of the Subcontractor, within 7 (seven) days from the time payment should be made as provided in herein, the Subcontractor may, without prejudice to any other remedy he may have, upon 7 (seven) additional days written notice to the Contractor, stop his work until payment of the amount owing has been received. If the Subcontractor has not timely complied with the provisions of Paragraph 8.02, Subcontractor shall be deemed to have waived the rights stated in this paragraph, and any stoppage of work will be considered a material breach of the Contract Documents.

## ARTICLE IX - Contractor

9.01    Rights and Responsibilities    The Contractor shall be bound to the Subcontractor by the terms of this Agreement.

9.02    Services Provided by the Contractor    The Contractor shall cooperate with the Subcontractor in scheduling and performing its work to avoid conflicts or interference in the Subcontractor's work, and shall expedite written responses to submittals made by the Subcontractor. As soon as practicable after execution of the Subcontract, the Contractor shall provide the Subcontractor a copy of the estimated progress schedule of the Contractor's entire work which the Owner/Contractor has prepared and submitted for the Contractor's and the Architect's information, together with such additional scheduling details as will enable the Subcontractor to plan and perform its work properly. It is the responsibility and obligation of the Subcontractor to examine the progress schedule and to keep Contractor informed of any changes which might be necessary to keep Subcontractor on schedule. The Subcontractor shall be notified of any subsequent changes in the progress schedule and the additional scheduling details. If Subcontractor does not receive a progress schedule, or cannot perform the Work within the progress schedule, or notices any deficiencies or

Page 12 of 24 of Select Building Systems, Inc. Subcontract

Initials:
_____ G.C.
_____ SUB

SBS 0420

## EXHIBIT 14

problems with the progress schedule, it is the Subcontractor's responsibility to notify the Contractor in writing of same. Failure of Subcontractor to provide written notice of same will result in waiver by Subcontractor of any complaint about the progress of the Project or the progress schedule at a later time.

9.03 <u>Remedies for Breach</u>    If the Subcontractor, at any time in the opinion of the Contractor, refuses or defaults or neglects to carry out the Work in accordance with the Contract Documents, or becomes insolvent, bankrupt or unable to pay its bills when due, or if Subcontractor fails to provide sufficient men or materials or supervision to diligently complete the Work (to be determined in Contractor's sole discretion), Contractor, after 3 (three) calendar days written notice to Subcontractor of such failure, refusal, default or neglect, may provide any such labor, materials, tools, or equipment and deduct the cost thereof from any money due to the Subcontractor, and/or Contractor may also terminate Subcontractor's right to proceed with its Work or any part of the Work, and/or terminate the Subcontract and finish the work by whatever method Contractor may deem expedient, all in Contractor's sole and absolute discretion. Subcontractor shall be liable for all costs and expenses associated with finishing the Work, whether by Contractor or by other subcontractors hired by Contractor.

9.03.1 <u>Measure of Damages</u> In the event that this Subcontract is terminated for any reason, regardless of fault, the parties agree that the measure of damages shall be as follows: (1) if the unpaid balance of the Contract Sum exceeds the expense of finishing the Work, such excess shall be paid to the Subcontractor, or (2) if the expense of finishing the Work exceeds the unpaid balance of the Contract Sum, the Subcontractor shall pay the difference to the Contractor. In addition, Subcontractor shall be liable for any expenses of Contractor relating to extended project overhead, corporate office overhead, profit, Contractor's legal fees, any liquidated damages payable by Contractor, all rental charges and other costs incurred in completing the Work. In calculating damages hereunder, the Subcontractor shall have no claim for unpaid labor performed or materials provided.

9.03.2 <u>No Payment Due</u> In the event of termination for any reason, the Contractor may withhold sufficient amounts from any such payment for Work satisfactorily completed to cover any loss which Contractor may suffer as a result of the failure of Subcontractor to satisfactorily fulfill its obligations hereunder. Acceptance of payment upon termination by the Subcontractor shall waive any further rights of Subcontractor against Contractor. Nothing herein shall limit Contractor's rights to damages as a result of Subcontractor's failure to fulfill his obligations hereunder.

## ARTICLE X - Working Conditions

10.01    Special working conditions and labor matters applicable to this Project:

**100% Hard Hat, 100% Safety Glasses, Glass Containers Are Prohibited.**

## ARTICLE XI Miscellaneous Provisions

11.01    Terms used in this Agreement which are defined in the Conditions of the Contract shall have the meanings as designated in AIA Document A201, General Conditions of the Contract for Construction.

Initials:
_____G.C.
_____SUB

**EXHIBIT 14**

11.02   If Contractor shall employ an attorney to enforce any provision of this Subcontract, assert a claim against the Subcontractor, to investigate, respond to or settle any claims by any party or third party relating in any way to the Work, or to defend against any claims asserted by Subcontractor or on Subcontractor's behalf, Subcontractor shall pay to Contractor the amount of attorneys fees, costs and expenses incurred by Contractor, and all such amounts may be deducted or paid with any funds owing from Contractor to Subcontractor.

. 11.03   This Subcontract shall be deemed performable in part in Boerne, Texas. Payment is due and payable in Boerne, Texas. The parties agree that Boerne, Texas is an acceptable and convenient location to resolve any disputes, and hereby consent and agree that any dispute arising hereunder shall be resolved in Kendall County, Texas. The parties further agree, regardless of the site of the Project, that Texas law shall govern all aspects of this Subcontract.

. 11.04   The Subcontractor represents that in the event of any claim or damage arising under this . Subcontract, the said Subcontractor can be adequately compensated by money damages. Subcontractor hereby waives any and all other rights and remedies to which it might otherwise be or become entitled, save only for its claim to money damages. Subcontractor hereby agrees to waive any right to seek or recover incidental, consequential and punitive damages against, through or from Contractor.

11.05   This Subcontract and the Contract Documents, insofar as they relate in any way to the Work, constitute the entire agreement between the parties hereto, and it is expressly understood and agreed that there are no other verbal or written agreements between the parties. This Subcontract may only be amended or modified in writing and in accordance with the terms and provisions hereof.

11.06   Notices   All notices, requests, and other demands referenced or provided hereunder must be in writing, and, to the extent required to be given to the Contractor, shall be made by hand delivery, by facsimile transmission or by first class United States mail to the address shown on the first page of this Subcontract, or at such other place as designated in writing by Contractor. If to Subcontractor, all notices . shall be made by hand delivery or by certified mail to the address shown below or as otherwise provided in . writing by Subcontractor.

11.07   The Contract Sum shall not be subject to adjustment due to fluctuations in material costs, labor rates, or other market conditions; either anticipated or unforeseen. The Subcontractor shall perform due diligence during the bidding and estimating of the Work to ensure that the Contract Sum is sufficient. compensation for satisfactory completion of the Scope of Work. Equitable adjustment(s) to the Contract Sum resulting from changes to or deviations from the Scope of Work listed herein shall be subject to the terms and provisions hereof.

Initials:
G.C.
SUB

SBS 0422

**EXHIBIT 14**

This Agreement entered into as of the day and year first written above.

**SELECT BUILDING SYSTEMS, INC.**
**CONTRACTOR**

By: _____
 Signature / Title

Printed
Name: _D.C. Morgan Exec. VP_

Date: _10/30/12_

**Contact Info:**

Job Site: _____

Job Site Fax: _____

Corp. Office: _(830) 981-5929_

Corp. Fax: _(830) 981-5308_

**SELECT MANAGEMENT SYSTEMS, INC.**
**SUBCONTRACTOR**

By: _____
 Signature / Title

Printed
Name: _L. Wright_

Date: _10/30/12_

**Contact Info:**

Office: _(830) 981-5940_

Fax: _(830) 981-5948_

Mobile: _____

Contact: _Bill Leonard_

SBS 0423

**EXHIBIT 14**

EXHIBIT "A"

## LEGAL DESCRIPTION OF PROPERTY

THIS PAGE INTENTIONALLY LEFT BLANK

SBS 0424

**EXHIBIT 14**

EXHIBIT "B"
## CONDITIONAL WAIVER AND RELEASE ON PROGRESS PAYMENTS

Project:_____
Job No._____

    Upon receipt by the signer of this document of a check from <u>Select Building Systems, Inc.</u> *(maker of check)* in the sum of $_____ payable to _____ *(payee or payees of check)* and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release any mechanic's lien right, any right arising from a payment bond that complies with a state or federal statute, any common law payment bond right, any claim for payment, and any rights under any similar ordinance, rule, or statute related to claim or payment rights for persons in the signer's position that the signer has on the property of _____*(owner)* located at _____ *(location)* to the following extent: _____*(job description)*.

    This release covers a progress payment for all labor, services, equipment, or materials furnished to the property or to <u>Select Building Systems, Inc.</u> *(person with whom signer contracted)* as indicated in the attached statement(s) or progress payment request(s), except for unpaid retention, pending modifications and changes, or other items furnished.

    Before any recipient of this document relies on this document, the recipient should verify evidence of payment to the signer.

    The signer warrants that the signer has already paid or will use the funds received from this progress payment to promptly pay in full all of the signer's laborers, subcontractors, materialmen, and suppliers for all work, materials, equipment, or services provided for or to the above referenced project in regard to the attached statement(s) or progress payment request(s).

    x:_____

_____ (Company Name)

By: _____ (Signature)

_____ (Title)


State of _____ §
                 §
County of _____ §

    BEFORE ME, the undersigned authority, on this day personally appeared _____, known to me to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she is the _____ of _____, and that he/she executed this instrument on behalf of said corporation as its act and deed, for the purposes and consideration therein expressed.

    GIVEN under my hand and seal of office, this the _____ day of _____, _____

_____
Notary Public, State of_____

SBS 0425

**EXHIBIT 14**

**NOTICE:**

This document waives rights unconditionally and states that you have been paid for giving up those rights. It is prohibited for a person to require you to sign this document if you have not been paid the paymer amount set forth below. If you have not been paid, use a conditional release form.

## UNCONDITIONAL WAIVER AND RELEASE ON FINAL PAYMENT

Project: _____

Job No._____

The signer of this document has been paid in full for all labor, services, equipment, or materials furnished to Property or to _____ *(person with whom signer contracted)* on the propert _____ *(owner)* locate _____ *(location)* to the following ex _____ *(job description)*. The si̧ therefore waives and releases any mechanic's lien right, any right arising from a payment bond that complies with a stat federal statute, any common law payment bond right, any claim for payment, and any rights under any similar ordinance, rul statute related to claim or payment rights for persons in the signer's position.

The signer warrants that the signer has already paid or will use the funds received from this progress paymer promptly pay in full all of the signer's laborers, subcontractors, materialmen, and suppliers for all work, materials, equipmen services provided for or to the above referenced project up to the date of this waiver and release.

Date_____

_____ (Company Name)

By_____ (Signature)

_____ (Title)

State of_____ §

§

County of _____ §

BEFORE ME, the undersigned authority, on this day personally appeared _____, known to me tc the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she is the _____ of _____, and that he/she executed this instrument on behal said corporation as its act and deed, for the purposes and consideration therein expressed.

GIVEN under my hand and seal of office, this the _____ day of _____, _____

_____

Notary Public, State of_____

SBS 0426

**EXHIBIT 14**

EXHIBIT "D-1"

APPLICATION AND CERTIFICATE FOR PAYMENT

TO:     SELECT BUILDING SYSTEMS, INC.
          P.O. BOX 780849
          SAN ANTONIO, TEXAS 78278-0849

FROM:      _____
          (name)

          _____
          (street address)

          _____
          (city, state, zip)

PROJECT:  _____

DATE: _____  Draw # or Invoice # _____

1.  ORIGINAL CONTRACT AMOUNT . . . . . . . . . $_____

2.  NET CHANGE BY CHANGE ORDERS. . . . . . . $_____

3.  CONTRACT SUM TO DATE . . . . . . . . . . $_____

4.  TOTAL COMPLETED TO DATE. . . . . . . . . $_____

5.  LESS 10% RETAINAGE . . . . . . . . . . . $(_____)

6.  LESS PREVIOUS NET REQUESTS . . . . . . . $(_____)

7.  NET. . . . . . . . . . . . . . . . . . . $_____

8.  GROSS AMOUNT THIS DRAW . . . . . . . . . $_____

9.  LESS 10% RETAINAGE . . . . . . . . . . . $(_____)

10. NET DUE THIS DRAW. . . . . . . . . . . . $_____

SIGNATURE:_____

DESCRIPTION OF WORK:_____
_____
_____

| FOR SBS USE ONLY | |
| --- | --- |
| Commitment # | _____ |
| Job # | _____ |
| Phase _____ Cat | _____ |
| Amount | _____ |
| Retainage | _____ |
| SBS Draw # | _____ |
| Approval | _____ |

SBS 0427

**EXHIBIT 14**

| SOV ITEM # | DESCRIPTION OF WORK | SCHEDULED VALUE | WORK COMPLETED | | TOTAL COMPLETED TO DATE | % COMPLETE | BALANCE TO FINISH | RETAINAGE |
|---|---|---|---|---|---|---|---|---|
| | | | FROM PREVIOUS APPLICATIONS | THIS PERIOD | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | TOTALS | | | | | | | |

**APPLICATION FOR PAYMENT - CONTINUATION SHEET**

Exhibit "D-2"

EXHIBIT 14

Page 20 of 24 of Select Building Systems, Inc. Subcontract.

SBS 0428

EXHIBIT "E"

| SBS OFFICE USE ONLY | | | |
|---|---|---|---|
| Increase to Budget? Y/N | ☐ | Phase _____ | Amount _____ |
| Change order to Owner / Customer? Y/N | ☐ | CO # _____ | Amount _____ |
| | | Days _____ | |

## SUB-CONTRACTOR
## CHANGE ORDER

**Project Name & Address:**

Change Order # _____

Contract # _____

SBS Job # _____

SBS Phase Code _____

You are directed to make the following changes in this Contract:
(Provide detailed explanation w/breakdown or attach backup)

*Change Order must be signed by Sub-Contractor prior to submission to Select Building Systems, Inc. Not valid until signed by BOTH the Contractor and Sub-tractor. Signature of the Contractor indicates his agreement herewith, including any adjustment in the Contract Sum or Contract Time. Subcontractor may not ' against this Change Order until signed Subcontract and Change Order are received from Select Building Systems, Inc.;, and release of funds may be subject to .eptance of the Change Order by the property Owner/Client.*

The original (Contract Sum)(Guaranteed Maximum Cost) was                                    $_____

Net change by previously authorized Change Orders                                    $_____

Net (Contract Sum)(Guaranteed Maximum Cost) prior to this Change Order was                                    $_____

The (Contract Sum)(Guaranteed Maximum Cost) will be (increased)(decreased)
(unchanged) by this Change Order                                    $_____

The new (Contract Sum)(Guaranteed Maximum Cost) including this Change Order
will be                                    $_____

The Contract Time will be (increased)(decreased)(unchanged) by                                    _____ Days

The Date of Substantial Completion as of the date of this Change Order therefore is _____

AUTHORIZED:

_____                    _____**SBS Construction**_____

*SUB-CONTRACTOR*                                        *CONTRACTOR*

_____                    _____**Boerne, Texas 78006**_____

*Address*                                                    *Address*

By_____                    By_____

Date_____                    Date_____

| PROCESSED | |
|---|---|
| Superintendent | |
| Project Manager | |
| Contracts | |

Page 21 of 24 of Select Building Systems, Inc. Subcontract                    SBS 0429

## EXHIBIT 14

Exhibit "F"

## Supplier / Subcontractor List
For

_____(Company Name) for

contract dated _____

| Supplier / Subcontractor Name | Address, City, State, Zip | Phone | Description of Material / Work |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(Make additional copies of this page if necessary. You may use this form or a form of your design as long as it provides the required information.)

SBS 0430

**EXHIBIT 14**

Exhibit "G"

## Schedule of Values
For

_____ (Company Name) for

contract dated _____

| Item | Amount |
|------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

(Make additional copies of this page if necessary. You may use this form or a form of your design as long as it provides the required information.)

SBS 0431

**EXHIBIT 14**

SELECT BUILDING SYSTEMS, INC.          (830) 981-5929 Phone
P.O. BOX 780849                          (830) 981-5308 Fax
SAN ANTONIO, TX 78278-0849

## SUBSTITUTE W-9

Company Name      _____

Company Address      _____

City, State, Zip      _____

To:    OUR SUPPLIERS OF GOODS AND SERVICES

The Internal Revenue Service has released more stringent 1099 reporting requirements; consequently, it has become necessary to obtain the tax identification number (either Social Security number of sole proprietor, or individuals; or Employer Identification number for other entities) for each vendor with whom we do business. Please assist us by completing the information at the bottom of the page and return this form to us at the address above as soon as possible.

A $50 penalty may be imposed by the IRS and we are required by law to deduct Backup Withholding of 28% for each invoice we pay for service, labor, rents, fees and similar items if your taxpayer identification number is not provided.

Please contact the INTERNAL REVENUE SERVICE directly to answer any questions you may have concerning this request.

Business or Trade              Taxpayer ID # or SS #       (If using a SS#, Print the
                                                     Name of the Individual
1.    ( ) Corporation                                  to whom the SS# belongs)
2.    ( ) Partnership              _____
3.    ( ) Individual / Proprietorship (SS#)   _____
4.    ( ) Other                          _____    _____

My company provides SELECT BUILDING SYSTEMS, INC. with:

( ) Merchandise           ( ) Service        ( ) Other

Under Penalties of perjury, I certify that:

1.    ( )    The number shown on this form is my correct taxpayer ID # and
2.    ( )    I am not subject to backup withholding because: (a) I am exempt
                  from backup withholding, or (b) I have not been notified by the Internal Revenue Service that I am subject
                  to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified
                  me that I am no longer subject to backup withholding.

Signature:          _____

Printed Name of Person Signing:   _____

Date:                _____

SBS 0432

**EXHIBIT 14**

# DEFENDANT'S EXHIBIT 15

# TEXAS SECRETARY of STATE
# NANDITA BERRY

**UCC** | **Business Organizations** | **Trademarks** | **Notary** | **Account** | **Help/Fees** | **Briefcase** | **Logout**

### BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 139625300 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | April 8, 1996 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 17427660687 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:**      SELECT MANAGEMENT SYSTEMS, INC.
**Address:**   17 SCENIC LOOP RD
BOERNE, TX 78006 USA

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Assumed Name | Date of Filing | Expiration Date | Inactive Date | Name Status | Counties |
|---|---|---|---|---|---|
| SUPERIOR METAL SERVICES | June 13, 2003 | June 13, 2013 | June 13, 2013 | Expired | All Counties |

[ Order ]    [ Return to Search ]

Instructions:
● To place an order for additional information about a filing press the 'Order' button.

## EXHIBIT 15

## TEXAS SECRETARY of STATE
## NANDITA BERRY

**UCC** | **Business Organizations** | **Trademarks** | **Notary** | **Account** | **Help/Fees** | **Briefcase** |
**Logout**

### BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 139625300 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | April 8, 1996 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 17427660687 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** SELECT MANAGEMENT SYSTEMS, INC.
**Address:** 17 SCENIC LOOP RD
BOERNE, TX 78006 USA

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Name | Address | Inactive Date |
|---|---|---|
| David L Morgan III | 17 Scenic Loop Rd Boerne, TX 78006 USA | |

Order     Return to Search

Instructions:
● To place an order for additional information about a filing press the 'Order' button.

**EXHIBIT 15**

# TEXAS SECRETARY of STATE
# NANDITA BERRY

**UCC | Business Organizations | Trademarks | Notary | Account | Help/Fees | Briefcase | Logout**

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 139625300 | **Entity Type:** | Domestic For-Profit Corporation |
| **Original Date of Filing:** | April 8, 1996 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | | |
| **Tax ID:** | 17427660687 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** SELECT MANAGEMENT SYSTEMS, INC.

**Address:** 17 SCENIC LOOP RD
BOERNE, TX 78006 USA

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES |
|---|---|---|---|---|---|

| Last Update | Name | Title | Address |
|---|---|---|---|
| July 28, 2012 | STEPHEN S SCHIFFMAN | PRESIDENT | P.O. BOX 781929 SAN ANTONIO, TX 78278 USA |
| July 28, 2012 | STEPHEN S SCHIFFMAN | DIRECTOR | P.O. BOX 781929 SAN ANTONIO, TX 78278 USA |
| July 28, 2012 | DAVID L MORGAN III | SECRETARY | P.O. BOX 781929 SAN ANTONIO, TX 78278 USA |
| July 28, 2012 | DAVID L MORGAN III | DIRECTOR | P.O. BOX 781929 SAN ANTONIO, TX 78278 USA |

[ Order ]     [ Return to Search ]

Instructions:
● To place an order for additional information about a filing press the 'Order' button.

EXHIBIT 15

**EXHIBIT 15**

# DEFENDANT'S EXHIBIT 16

00012280308          **Filing Number: 139625300**

180701 12-07-11
TX2012
Ver. 3.0    05-102
(Rev.9-11/30)
■ Tcode   13196

**Texas Franchise Tax Public Information Report**

*To be filed by Corporations, Limited Liability Companies (LLC) and Financial Institutions*

**This report MUST be signed and filed to satisfy franchise tax requirements**

2214

ˈ Taxpayer number

■ Report year

You have certain rights *under Chapter 552 and 559, Government Code,
to review, request, and correct information we have on file about you.
Contact us at (800) 252-1381 or (512) 463-4600.*

17427660687                    2012

Taxpayer name   SELECT MANAGEMENT SYSTEMS, INC.

Mailing address
17 SCENIC LOOP RD

City BOERNE          | State TX        | ZIP Code 78006| Plus 4

Secretary of State (SOS) file number or
Comptroller file number

0139625300

☐ Check box if there are currently no changes from previous year; if no information is displayed, complete the applicable information in Sections A, B and C.

Principal office   17 SCENIC LOOP RD, BOERNE, TX 78006

Principal place of business     17 SCENIC LOOP RD, BOERNE, TX 78006

Officer, director and member information is reported as of the date a Public Information
Report is completed. The information is updated annually as part of the franchise tax
**Please sign below!** report. There is no requirement or procedure for supplementing the information as
officers, directors, or members change throughout the year.

*1742765068712*

**SECTION A**   Name, title and mailing address of each officer, director or member.

| Name | Title | | Director | Term | m m d d y y |
|---|---|---|---|---|---|
| STEPHEN S. SCHIFFMAN | PRESIDENT | | [X] YES | expiration | |
| Mailing address | City | | State | | ZIP Code |
| P.O. BOX 781929 | SAN ANTONIO | | TX | | 78278 |
| Name | Title | | Director | Term | m m d d y y |
| DAVID L. MORGAN, III | SECRETARY | | [X] YES | expiration | |
| Mailing address | City | | State | | ZIP Code |
| P.O. BOX 781929 | SAN ANTONIO | | TX | | 78278 |
| Name | Title | | Director | Term | m m d d y y |
| | | | ☐ YES | expiration | |
| Mailing address | City | | State | | ZIP Code |

**SECTION B**   Enter the information required for each corporation or LLC, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
| | | | |

**SECTION C**   Enter the information required for each corporation or LLC, if any, that owns an interest of 10 percent or more in this entity or limited liability company.

| Name of owned (parent) corporation or limited liability company | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| SELECT BUILDING SYSTEMS, INC. | TX | 0136363500 | 100.00 |

Registered agent and registered office currently on file. (see instructions if you need to make changes)
Agent: DAVID L. MORGAN , III
Office: 17 SCENIC LOOP RD                | City BOERNE        | State TX | ZIP Code 78006 .

☐ Check box if you need forms to change
the registered agent or registered office information.

The above information is required by Section 171.203 of the Tax Code for each corporation or limited liability company that files a Texas Franchise Tax Report. Use additional sheets
for Sections A, B, and C, if necessary. The information will be available for public inspection.

I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has
been mailed to each person named in this report who is an officer, director or member and who is not currently employed by this, or a related, corporation or limited liability company.

**sign
here** ▶   EVP     | Title EXEC VP    | Date 3/13/12   | Area code and phone number
(830)981-5929

*Texas Comptroller Official Use Only*



| VE/DE | ☐ | PIR IND | ☐ |

1019

**EXHIBIT 16**

# DEFENDANT'S EXHIBIT
# 17



Office of the Secretary of State
Corporations Section
P.O. Box 13697
Austin, Texas 78711-3697

FILED
In the Office of the
Secretary of State of Texas

JUN 1 3 2003

Corporations Section

## ASSUMED NAME CERTIFICATE
## FOR FILING WITH THE SECRETARY OF STATE

1. The name of the corporation, limited liability company, limited partnership, or registered limited liability partnership as stated in its articles of incorporation, articles of organization, certificate of limited partnership, application for certificate of authority or comparable document is

SELECT MANAGEMENT SYSTEMS, INC.

2. The assumed name under which the business or professional service is or is to be conducted or rendered is

SUPERIOR METAL SERVICES

3. The state, country, or other jurisdiction under the laws of which it was incorporated, organized or associated is STATE OF TEXAS                          and the

address of its registered or similar office in that jurisdiction is

13409 NW MILITARY HWY., SUITE 300, SAN ANTONIO, TX 78231

4. The period, not to exceed 10 years, during which the assumed name will be used is

10 YEARS

5. The entity is a (check one):
   A.
   - ☑ Business Corporation          ☐ Non-Profit Corporation
   - ☐ Professional Corporation      ☐ Professional Association
   - ☐ Limited Liability Company     ☐ Limited Partnership
   - ☐ Registered Limited Liability Partnership

   B. If the entity is some other type business, professional or other association that is incorporated, please specify below (e.g., bank, savings and loan association, etc.)

6. If the entity is required to maintain a registered office in Texas, the address of the registered office is 13409 NW MILITARY HWY., SUITE 300, SAN ANTONIO,

TEXAS 78231                          and the name of its registered agent

at such address is DAVID L. MORGAN

The address of the principal office (if not the same as the registered office) is

EXHIBIT 17

7.  If the entity is not required to or does not maintain a registered office in Texas, the office address in Texas is _____

_____

and if the entity is not incorporated, organized or associated under the laws of Texas, the address of its place of business in Texas is _____

_____

and the office address elsewhere is _____

_____

8.  The county or counties where business or professional services are being or are to be conducted or rendered under such assumed name are (if applicable, use the designation "ALL" or "ALL EXCEPT")
    ALL _____

_____

9.  The undersigned, if acting in the capacity of an attorney-in-fact of the entity, certifies that the entity has duly authorized the attorney-in-fact in writing to execute this document.

By _____
    Signature of officer, general partner, manager,
    representative or attorney-in-fact of the entity

## NOTE

This form is designed to meet statutory requirements for filing with the secretary of state and is not designed to meet filing requirements on the county level. Filing requirements for assumed name documents to be filed with the county clerk differ. Assumed name documents filed with the county clerk are to be executed and acknowledged by the filing party, which requires that the document be notarized.

Form No. 503
Revised 9/99

EXHIBIT 17

# DEFENDANT'S
# EXHIBIT
# 18

# Subcontract Document Request

**Project Information:**

SBS Job #: _____ 1378 _____

Name: _____ Los Cerritos Hangar _____

Address: _____ Co Rd 410 and Hwy 55 _____

City, State, Zip: _____ Uvalde, TX _____

**Subcontractor Information:**

Name: _____ Superior Metal Services _____

Address: _____

City, State, Zip: _____

Contact: _____

Contact Phone Numbers:     Office _____ Fax

_____ Mobile _____ Pager

_____ Residence

## ARTICLE I – The Work

Detailed Scope of Work: **Provide labor, tools, materials, equipment, pumps and insurance to complete all concrete work, to include, but not be limited to:**

1)      Install all clear span main framing members and all related secondary framing. This will include columns, rafters, beams, door & window framing, wall girts and roof purlins.
2)      Install all structural framing and decking.
3)      Install of Hangar sliding door is included in this contract.
4)      Install of shipsladders and all necessary framing is included in this contract.
5)      Install framing at the cupola and all required bracing and roof panels and flashings.
6)      Install standing seam roof and provide assistance with roofing machine operation (panels) complete with clips, etc.
7)      Install all roof and wall insulation as required.
8)      Install all exterior siding with offsets, trims, and downspouts complete.
9)      Install all base trim, closures, top trim, gutters and downspouts with 1-1/2" hole at each downspout.
10)     Install all soffit panels and related flashings per the plan locations.
11)     Install all flashings and trim associated with wall and/or roof penetrations.
12)     Install all walk & roll up doors.
13)     Materials, forklift and/or man lift to be provided by this subcontractor, as required to complete this contract. White tire only on finished floor
14)     The project is to be kept clean and orderly at all times.
15)     Subcontractor shall clean up daily.

SBS 0668

**EXHIBIT 18**

16) Compliance with all applicable ADA, OSHA and local safety regulations is included.
17) Subcontractor shall provide MSDS/HazMat sheets to project superintendent.
18) Hard hats and leather footwear are required for all personnel at all times.
19) All work is to be completed as per the contract documents ands all City, County, State and Trade codes.
20) Subcontractor shall have an English speaking, on-site foreman, who shall check in with the superintendent each morning.
21) Subcontractor shall work with the superintendent for the timely completion of this project.
22) Intent of this scope of work, is that there be no change orders. This contract is for a complete project, inspected, tested, and ready for the next trade.

(attach additional
sheets as necessary)

_____

_____

## ARTICLE II – The Contract Documents

Contract Documents:                    Plans dated -3-2012, sealed by Victor De Onda
(List all items provided
to the Subcontractor for          Architectural plans by John Grable dated     1/3/2012
bidding purposes)
(attach additional           _____
sheets as necessary)
                             _____

                             _____

## ARTICLE III – Time of Commencement & Substantial Completion

Start Date:_____October 29, 2012_____          Completion Date:_____December 25th, 2012_____

SBS 0669

Subcontractor:_____

**EXHIBIT 18**

**ARTICLE IV – The Contract Sum & Payment**

Contract Amount:_____137,132_____ Includes all applicable Sales Taxes.

| S Phase Code: | Phase | Amount |
|---|---|---|
| 13-121 | $137,132_____ | $137,132_____ |

Contract Type: **Fixed Price** Cost Plus_____

Retention %:____10%____ (Minimum of 10%)

Schedule of Values:_____
(attach additional
sheets as necessary)  _____

_____

Requested Draw and Payment Schedule:_____
(if different than Monthly Draw Schedule,
Subject to Approval)
(attach additional sheets as necessary)

**ARTICLE VIII – Contractor**

Liquidated Damages (if any): _____

**ARTICLE IX – Working Conditions**

:cial Working Conditions (if any):_____

_____

_____

**ARTICLE X - Miscellaneous Provisions**

Miscellaneous Provisions (if any):_____

_____

_____

SBS 0670

Subcontractor:_____

**EXHIBIT 18**

EXHIBIT 18

# DEFENDANT'S EXHIBIT 19

| Type | Subcontractor | Deficiencies | Corrective Action | Invoice # | Cost to Correct | Photos of Deficiencies | Photos of Corrective Action |
|---|---|---|---|---|---|---|---|
| PEMB Labor | United Erectors | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion | Remove and Install roof insulation and new roof sheets | 3995 & 3402 | $103,729.00 | 1-27 | 1-12 |
| PEMB Labor | United Erectors | Building Erected out of plumb by 2" | Level and plumb building | 3986 | $5,000.00 | 42 & 48 | 12, 13 & 20 |
| PEMB Labor | United Erectors | Hangar Door Frame above was out of alignment with door track. | Remove and Re-install hangar doors | 3988 | $5,000.00 | 42 & 44-46 | 18 |
| PEMB Labor | United Erectors | Angle supports for door tracks installed incorrectly and caused door track to bend and break. | Re-align hangar door rails with new angles | 3988 | $3,000.00 | 30 ,31 & 38 | 18, 24 & 25 |
| PEMB Labor | United Erectors | Lateral wind bracing beams located in front of windows. | Lower all beams: 37SB1; 38SB1; 34SB2L; 34SBR2R | 3986 | $10,000.00 | 40 | 14 & 15 |
| PEMB Labor | United Erectors | Lateral wind bracing beams located in front of windows. | Re-attach both beams 37SB1 at column line 5 & 4 for winds rods | 3986 | $5,000.00 | 28 & 40 | 14 & 15 |
| PEMB Labor | United Erectors | Lateral wind bracing beams located in front of windows. | Attach beams 335B1 and 36Sb1 with two clips, one welded to beam | 3986 | $10,000.00 | 28 & 40 | 14 & 15 |
| PEMB Labor | United Erectors | Door tracks were improperly aligned | Fix all of top framing for hangar door to roll on correct bottom track | 3988 | $5,000.00 | 29, 38 | 18 |
| PEMB Labor | United Erectors | Misc. area's through out building lacked complete installation of specified bolts. | Check all bolts and install missing bolts | 3988 | $2,000.00 | 44,45 & 46 | 1-11 & 16 |
| PEMB Labor | United Erectors | Door pockets were modified in field by SBS due to incorrect foundation size. | C/O # 1 Fabrication of pocket doors | 3995 | $5,500.00 | 42, 60 - 62 | 18 |
| PEMB Labor | United Erectors | Door pockets were modified in field by SBS due to incorrect foundation size. | remove all material at door pockets, replace with new material | 3988 | $5,000.00 | 42, 60 - 62 | 24, 25 |
| PEMB Labor | United Erectors | Unspecified materials used at pilots office. | Install columns and rectangular tube at pilot office | 3988 | $5,000.00 | | 14 |
| PEMB Labor | United Erectors | Unspecified materials used at kitchen. | Install columns and rectangular tube at living quarters | 3988 | $5,000.00 | | 19 |
| PEMB Labor | United Erectors | Building Erected out of plumb. | Re-install wind rods in south and north sidewalls | 3988 | $5,000.00 | 28 | 14, 15 & 16 |
| PEMB Material | MBCI | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion | Invoice # 3996887 - Roof sheets | 3996887 | $1,385.22 | 5, 6, 9, 11 & 14 | 1, 6-8 & 11 |
| PEMB Material | MBCI | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion | Invoice # 3978735 - Roof Sheets & Rake support | 3978735 | $22,443.08 | 11, 14 | 1, 5, 6-8 & 11 |
| PEMB Material | MBCI | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion | Invoice # 4048039 - Roof Sheets, Eve plates, Screws, & Tape Seal | 4048039 | $4,602.17 | 7, 8, 18, 22, 23 | 1-11 |
| PEMB Material | MBCI | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion | Invoice # 3978734 - Roof Sheets, Rake Trim, 2x4 Angle, Eve Plates, Ridge Flashing, Gutter, Down Spout, Misc. Screws, Roof Clips, Tape Seal, Backhoe plates, Misc. Roof accessories | 3978734 | $19,897.94 | 7, 18, 21, 22, 23 | 1-11 |
| PEMB Material | MBCI | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion | Invoice # 3991125 - Ridge cap | 3991125 | $378.88 | 15, 16 | 1 , 9 & 11 |
| PEMB Material | MBCI | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion | Invoice # 3996712 - Ridge hip fix | 3996712 | $405.83 | 1 & 3 | 1 , 9 & 11 |
| PEMB Material | MBCI | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion | Invoice # 4025105 - Hand Crimp | 4025105 | $265.22 | | |
| PEMB Material | MBCI | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion | Invoice # 4024889 - Seamer Rental | 4024889 | $990.49 | 1-27 | |
| PEMB Material | MBCI | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion | Invoice # 4009549 - Ridge and closer strips | 4009549 | $167.05 | 1, 3, 4 | 1-4 & 9- 11 |
| PEMB Material | MBCI | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion. | Invoice # 3989474 - Roof Clips | 3989474 | $2,235.90 | 10 | 1-11 |
| Concrete Labor | RMJ | Improper location of grade beam and foundation | Brick lug and Grade Beam | 2 | $11,500.00 | 64-70 | 21-23 |
| Concrete Labor | RMJ | Improper location of grade beam and foundation | Door Track Extensions | 2 | $4,000.00 | 60, 64, 65 & 72 | 24 & 25 |
| Concrete Labor | RMJ | Improper location of grade beam and foundation | Pilaster Extensions | 2 | $2,000.00 | 66-70 | 21-23 |
| Concrete Labor | RMJ | Improper location of grade beam and foundation | Epoxy Dowels at Existing | 2 | $2,500.00 | 76 & 77 | 21-23 |
| Concrete Material | DGJ | Improper location of grade beam and foundation | Concrete Footings | 6104 | $6,365.10 | 64 - 70 & 72 | 21-23 |
| Concrete Cutting | Texas Curb Cut | Concrete level poured too high to accomidate final materials. | Saw Cut and remove concrete for trench drain | 137923 | $8,118.75 | 81 & 82 | 26 & 27 |
| Plumbing | Central Back Hoe & Utility | Incificiant amount of material left on site by SBS. | Trench Drain - use existing trench drains and purchasing additional channels and extension frame system per engineer. | CBU-002 | $13,718.11 | 81 & 82 | 26 & 27 |
| HVAC | Holts Mechanical | Fan Provided by SBS was too large to fit into opening of cupola | Purchase new fans because SBS provided incorrect materials. | C/O #1 | $7,564.00 | | 19 |
| Electrical | C&S Enterprise | Wireing installed by SBS was undersized and under rated to accomidate electrical load. | Remove existing wiring to 120V wall outlet in hangar area, and replace with larger wire to allow for voltage drop | 1123700 | $1,875.00 | 84-86 | |
| Electrical | C&S Enterprise | Wireing installed by SBS was undersized and under rated to accomidate electrical load. | Reconfigure wall outlets and j-boxes for powered lovers in masonry block walls in hangar area to reflect engineered drawing | 1123700 | $1,525.00 | 84-86 | |
| Electrical | C&S Enterprise | Wiring for Light fixtures placed in incorrect locations | Relocate fixtures in Hangar area to reflect engineered drawings in hangar area | 1123700 | $1,135.00 | 84-86 | 19 |

EXHIBIT 19                                    TR_01809

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Demolition | Mesquite Interiors | Framing system installed by SBS did not meet engineered specifications. | Demolition of existing light gauge framing | 11108 | $19,662.00 | 49-59 | |
| Consulting Fee | Speedway Erection | Identification of specific deficiencies. | Determine extent of corrective actions required to complete the hangar. | 13-0308 | $11,032.00 | | |
| Total | | | | | $317,995.74 | | |

**EXHIBIT 19**

TR_01810

# DEFENDANT'S EXHIBIT 20

Lewis Energy Group

# Los Cerritos Hangar Deficiencies

Jennifer Swisher
10/18/2013



Lewis Energy Group

**EXHIBIT 20**

TR_01720



Inside of ridge shows gaps that will allow water to penetrate, appears ridge is only screw to roof sheets.

1

01721



Roof sheets to long/close together at this condition. Normally there is a 4" to 6" gap No expansion will be allowed, no back up plate present.

2

**EXHIBIT 20**

TR_01722



Gap at ridge closure will allow water to enter, wrong closure used, wrong tape seal used.

3

_01723



Wrong closure piece used at ridge cap. will allow water entry during wind driven rain event. .

4

**EXHIBIT 20**



Roof sheets not seamed properly, roof sheets pulled apart at bottom.



Roof sheets trimmed back at cupola steel framing, and burned during welding activities.

6

**EXHIBIT 20**

TR_01726



Large void due to improper eave flashing.

7

R_01727



Large void due to improper eave flashing. Field fabricated flashing installed incorrectly.

8

EXHIBIT 20

TR_01728



Roof sheets trimmed back at cupola beam, no trim present. Roof sheets burned from welding beams. It is unknown if work was performed by certified welder.

9

_01729



Three different types of roof clips found on site, metal building drawings call out "High Floating" Clips.

10

EXHIBIT 20

TR_01730



Drawings specify full sheets to be used on roof. Shown here as a panel splice not in accordance with the drawings.

11

_01731



Shows roof drop off at front end wall. Same condition at both sides of building due to improper field fabrication of shortened door pockets.

12

EXHIBIT 20

TR_01732



Closer views of roof drop off.

13

_01733



Most of roof is one full length sheet, some laps are used for unknown reason. Laps are not in accordance with the drawings and specifications.

14

**EXHIBIT 20**

TR_01734



Ridge cap end lap, lacks fasteners. Documents specify 14-16 fasteners. This shows maybe 6.

15

EXHIBIT 20

R_01735



Wrong closure and tape seal used at ridge.

16

EXHIBIT 20

TR_01736



Gap due to wrong closure used, will allow water to enter.

R_01737



Drawings specify eave plate should be used at this condition in lieu of roof clip.

18

**EXHIBIT 20**

TR_01738



Roof sheets not aligned and no trim or gutters. Roof sheet not as specified on Metal Building
Drawings

19

EXHIBIT 20

R_01739



Trim missing, roof sheet cut and bent over rake.

20

**EXHIBIT 20**



No trim or gutters present, roof sheet bent up and over rake.

21

EXHIBIT 20

R_01741



According to drawings eave plate should be used at this condition in lieu of roof clip

22

**EXHIBIT 20**



Close view of roof dip, screws at end of standing seam panel, eave plate missing/not installed. Different size clips causing deformation of roof sheets.

23

R_01743



Closer view of roof slop change at front end wall due to shortening of pocket doors. The geometry of the roof slop was miss calculated when door pockets where field modified.

24

**EXHIBIT 20**

TR_01744



Roof slope change at front end wall due to shortening of pocket doors.

25

EXHIBIT 20

R_01745



Roof dips approximately 4" at front end wall due to improper field modification of pocket door frames.

26

**EXHIBIT 20**

TR_01746



Roof dips approximately 4" at frond end wall due to improper field modification of pocket door frames.

27

EXHIBIT 20

R_01747



Need wind brace clips installed from column to recessed CMU wall.

28

EXHIBIT 20

TR_01748



Laser indicated upper door track out of alignment up to 1 ½".

29

EXHIBIT 20

R_01749



Door track angle supports broken and bent. Needed concrete poured prior to installing doors. C&S Enterprise indicated that pocket door had fallen down after installation. Note CMU blocks installed for additional support of track.

30

**EXHIBIT 20**



Door track angle supports broken and bent. Needed concrete poured prior to installing doors. C&S Enterprise indicated that pocket door had fallen down after installation. Note CMU blocks installed for additional support of track.

31

EXHIBIT 20

R_01751



Purlin stitch bolts missing and loose throughout the project. See example above.

32

**EXHIBIT 20**

TR_01752



Purlins not attached, no purlin stitch bolts present, appears additional purlin is missing.

33

EXHIBIT 20

R_01753



Door stop angles not welded to track, screwed on, appears out of light gauge material.

34

**EXHIBIT 20**

TR_01754



Mid span support beam installed backwards, attachment clip cut off and re-welded 1 3/8" higher to push out/ try to align upper door track. Will need to be re-done when building is plumb.

35

EXHIBIT 20

R_01755



Beams at cupola welded at top of beam only, unknown if performed by a certified welder.

36

EXHIBIT 20

TR_01756



Column at pocket door was added on to at the top, bolts missing at connection due to misalignment.

37

EXHIBIT 20

R_01757



Door track will need to be realigned, possibly removed and replaced. Laser indicated upper door track out of alignment up to 1 ½".

38

**EXHIBIT 20**

TR_01758



Purlin not attached, possible missing double purlin.

39

R_01759



Spandrel beams need to be removed, straightened, and reinstalled below window line.

40

**EXHIBIT 20**



Tube/trim missing at cupola.

41

EXHIBIT 20

R_01761



Hangar doors and pocket door columns out of plumb, incorrectly field modified. Rather then correcting the footing, door pockets where shortened to match the concrete poured in place.

42

**EXHIBIT 20**



Tube/trim missing at cupola

43

EXHIBIT 20

R_01763



Bolts missing/loose at hangar door, X-Bracing also missing.

44

**EXHIBIT 20**



Bolts missing/loose at hangar door, X-Bracing also missing.

45

EXHIBIT 20

R_01765



Bolts missing/loose on hangar door concrete should have been poured prior to installing.

46

**EXHIBIT 20**



Lower spandrel beam at end wall, needs to be cut loose and reattached. Bolts not attached to fully grouted cell in the CMU block.

47



The super structure was erected out of plumb, end wall columns lean two inches towards west. Note gap at bottom of column vs top of column. **EXHIBIT 20**

48

TR_01768



Framing installed at the incorrect elevation per the architectural plans. Kyle with SBS noted that they needed to lower the framing 6.5" in an onsite meeting with Daniel Boddie and Tom Pittman. This framing does not meet the architectural criteria for metal stud framing. The drawings noted this framing to be 16 ga. Galvanized framing. The substitution of this material was not requested and not approved by the owner or architect.



The Purlins used as joists were bent to accommodate cross bracing thus compromising structural stability at these locations. The office, kitchen, media room and pilots area were not engineered and not approved by the owner or JGA.

50

**EXHIBIT 20**

TR_01770



Photo of the bent purlins once the bracing was removed. Note the field modification to the purlins.



Spacing of the purlins did not match the architectural drawings. Located at 16" OC. Note, the box beam headers did not exist to frame the openings.



Missing Double purlin at the inside corner.



Additional photo of the modification to the purlins to accommodate the bracing creating a weak point in the structure.

54

**EXHIBIT 20**



Incorrect type of steel framing. The Architectural drawings show a layout that does not match the way this work is.



Light gauge framing above the CMU walls. Double stud columns were not utilized in the construction of the    windows. Headers were not used in the construction of the windows.

56

**EXHIBIT 20**



Spacing of the purlins installed not per the architectural drawings. Installed at 2' OC not 16".



Additional area showing the incorrect spacing of the framing above the CMU walls. Framing installed to set back on the CMU thus causing a possible leak area. Framing should have been set back so that dens glass sheathing would be flush with the exterior face of the CMU wall as per the architectural details

**EXHIBIT 20**

58

TR_01778



Third area showing incorrect spacing of the light gauge framing above the CMU walls. This framing does not meet the 16ga galvanized metal stud specs per the architectural drawings.



Hangar doors and pocket door columns out of plumb, incorrectly field modified. Rather than correcting the footing, door pockets where shortened to match the concrete poured in place. Need to be removed and corrected.

EXHIBIT 20

60
TR_01780



Hangar doors and pocket door columns out of plumb, incorrectly field modified. Rather than correcting the footing, door pockets where shortened to match the concrete poured in place. Need to be removed and corrected.



Hangar doors and pocket door columns out of plumb, incorrectly field modified. Rather than correcting the footing, door pockets where shortened to match the concrete poured in place. Need to be removed and corrected.

**EXHIBIT 20**

62
TR_01782



Broken Ties holding up trench drain.

EXHIBIT 20



Column base showing grade beam not flush with the brick lug. Hangar pocket doors installed at the incorrect size. They both need to be extended appx 2' 6".

EXHIBIT 20

64

TR_01784



Column base showing grade beam not flush with the brick lug. Hangar pocket doors installed at the incorrect size. They both need to be extended appx 2' 6".

65
R_01785



Column base showing grade beam not flush with the brick lug.

EXHIBIT 20

66
TR_01786



Column base showing grade beam not flush with the brick lug.

67

R_01787



Column base showing grade beam not flush with the brick lug.

EXHIBIT 20

68
TR_01788



Column base showing grade beam not flush with the brick lug.



Column base showing grade beam not flush with the brick lug.

EXHIBIT 20

70
TR_01790



Loose rebar at masonry walls.



Column base showing grade beam not flush with the brick lug. Note CMU supporting the wall.

**EXHIBIT 20**

TR_01792



Slab depression in the wrong location. Architectural drawings show at 9'2",
Installed at 9' 10 1/2".

73

EX T 20

R_01793



Slab depression measurement. Architectural drawings show 9'-2".

74

EXHIBIT 20

TR_01794



Existing condition of concrete paving upon arrival to the jobsite.



Installed additional dowels per the structural drawings at 1' OC.
Previously Installed at 2' OC.

EXHIBIT 20

76

TR_01796



Installing additional dowels at 1' OC.



Installed missing redwood expansion joint at paving.

**EXHIBIT 20**

78
TR_01798



Installed missing redwood expansion joint at paving.



Concrete being placed at paving.

EXHIBIT 20

80
TR_01800



Trench drain set incorrectly, too high above concrete. Concrete poured incorrectly, need positive slop on the drain, concrete near drain will have to be removed.



Trench drain set incorrectly, too high above concrete. Concrete poured incorrectly, need positive slop on the drain, concrete near drain will have to be removed.

**EXHIBIT 20**

82
TR_01802



Bent angle support. Hangar door installed out of sequence causing the supports to buckle.



Exterior wiring roughed in, wrong wire size. Wire needs to be demolished due to incorrect installation.

84

**EXHIBIT 20**

TR_01804



Exterior wiring roughed in, wrong wire size. Wire needs to be demolished due to incorrect installation.

85

R_01805



Conduit roughed in with wire pulled. Wire pulled at incorrect length and size. Wire needs to be demolished due to incorrect installation.

86

**EXHIBIT 20**

TR_01806

# DEFENDANT'S EXHIBIT 21

Lewis Energy Group

# Los Cerritos Hangar Corrective Action

Jennifer Swisher
10/18/2013



Lewis Energy Group®

**EXHIBIT 21**

TR_01692

_01693





2

**EXHIBIT 21**



3

_01695



**EXHIBIT 21**



5

_01697



6

**EXHIBIT 21**

TR_01698



7

 _01699



8

EXHIBIT 21

TR_01700



9

EXHIBIT 21

_01701



10

**EXHIBIT 21**

TR_01702



11

_01703



12

**EXHIBIT 21**

TR_01704



13

_01705



14

**EXHIBIT 21**

TR_01706



15

_01707



16

EXHIBIT 21

TR_01708



17

_01709



18

**EXHIBIT 21**

TR_01710



19

EXHIBIT 21

R_01711



20

**EXHIBIT 21**



21

_01713



**EXHIBIT 21**



23

3_01715



24

**EXHIBIT 21**

TR_01716



25

_01717



EXHIBIT 21

26

TR_01718



27

EXHIBIT 21

_01719

# DEFENDANT'S EXHIBIT 22

# Speedway Erection Service Company

7135 Eckhert Road
San Antonio, Texas 78238
210-681-5066    fax 210-681-6837
www.speedwayerection.com

DATE:                    6 March 2013

SUBJECT:                 Los Cerritos Hangar Inspection

ATTN:                    Daniel Boddie, BoDen, LLC

During a non-destructive inspection of a partially erected Metal Building outside of Uvalde, the following deficiencies were noted, and need to be repaired for the building to be completed. Due to the non destructive nature of this inspection, this is not a comprehensive or complete list of deficiencies, and additional work may be required to complete this project. This inspection only noted the Metal Building, no other trades were inspected.

**Scope of work:**
Metal building size: 102'x121'x32' 2:12 Double Slope
Remove roof and insulation
Remove Clerestory structure/roof
Install missing strut spacers and purlins
Install missing purlin stitch bolts and rafter bolts
Rack over and plum building
Weld new clips to spandrel beams
Modify pipe struts at hangar door
Modify door pockets
Remove hangar doors and upper door track
Remove bottom hangar door track
Reinstall hangar door tracks and extensions
Install hangar door cable bracing, plum doors
Sheet and trim hangar doors
Remove and replace (8) upper spandrel beams
Install new roof and insulation
Install soffit at overhangs and clerestory
Install wall sheets above CMU walls, above hangar doors and back end wall
Install interior liners above CMU walls, above hangar doors and back end wall
Install Mezzanine decking and framing for 2nd and 3rd floor mezzanines
Sheet partial living quarter exterior walls
Install (2) straight stairs to 2nd floor of mezzanine
Install guard rail at 3rd floor of mezzanine
Rake Trim, Gutters and downspouts

Note: Based on non-destructive inspection, additional repairs may be needed after work commences

*Making Our Mark Through Excellence in Safety*

EXHIBIT 22

TR_00346

------------------------------------------------------------------

**Materials needed to be ordered and fabricated to complete project:**

Roof Sheets and associated screws, fasteners, closures, clips, tape seal.

Wall Sheets and associated screws, trims, flashings, tapes and seals as required

Hangar door sheets, fasteners bracing, screws, bolts, fasteners, rubber closures as specified.

Soffit panels, trim fasteners, closures and seals.

Rake trim, gutters, downspouts and associated caulking, rivets, straps and fasteners.

Mezzanine angles, decking and screws, fasteners, etc.

Interior liner panels and associated screws, trims, flashings, seals as required.

Clips for spandrel beams on sidewalls, anchors at all spandrel beams possible flange brace tie downs.

Roof and Cupola Insulation package.

Unknown Quantity of assorted connection bolts that are missing, not present throughout structure.

Note: Based on non-destructive inspection, additional repairs may be needed after work commences.

TR_00347

EXHIBIT 22

OSHA is making this document, the Notice of Proposed Rulemaking (NPRM) for Occupational Exposure to Respirable Crystalline Silica, available for informational purposes only. This document has been submitted for publication in the Federal Register. Until the date of publication, the NPRM can be found at www.osha.gov/silica/nprm.pdf. After publication, the NPRM can be accessed from www.osha.gov/silica or through the Federal Register website at www.federalregister.gov.

## DEPARTMENT OF LABOR

## Occupational Safety and Health Administration

## 29 CFR Parts 1910, 1915, and 1926

## [Docket No. OSHA-2010-0034]

## RIN 1218-AB70

## Occupational Exposure to Respirable Crystalline Silica

**AGENCY:** Occupational Safety and Health Administration (OSHA), Department of Labor.

**ACTION:** Proposed rule; request for comments.

**SUMMARY:** The Occupational Safety and Health Administration (OSHA) proposes to amend its existing standards for occupational exposure to respirable crystalline silica. The basis for issuance of this proposal is a preliminary determination by the Assistant Secretary of Labor for Occupational Safety and Health that employees exposed to respirable crystalline silica face a significant risk to their health at the current permissible exposure limits and that promulgating these proposed standards will substantially reduce that risk.

This document proposes a new permissible exposure limit, calculated as an 8-hour time-weighted average, of 50 micrograms of respirable crystalline silica per cubic meter of air (50 $\mu g/m^3$). OSHA also proposes other ancillary provisions for employee protection such as preferred methods for controlling exposure, respiratory protection, medical surveillance, hazard communication, and recordkeeping. OSHA is proposing two separate regulatory texts – one for general industry and maritime, and the other for construction – in order to tailor requirements to the circumstances found in these sectors.

1

TR_00348

EXHIBIT 22

# DEFENDANT'S EXHIBIT 23



| | |
|---|---|
| **Los Cerritos Hangar** | **BoDen LLC** |
| **Uvalde, TX** | |
| **Legal Review Meeting (onsite)-Agenda** | **May 2, 2013** |

Call In Info: N/A     Pass ID #:  N/A     Host ID#:  N/A

**Attendees**:  Daniel Boddie   danielb@bodenllc.com     - BoD
Tom Pittman    tpittman@lewisenergy.com     -LEG
Matt Martinez   mmartinez@johngrable.com     -JGA
John Grable    jgrable@johngrable.com     -JGA

**Distribution**: all attendees and the following:

**Abbreviations**:          JGA-John Grable  BoD-BoDen LLC
LEG- Lewis Energy

| **Mtg. # and Item:** | **Action Required By:** |
|---|---|

## Foundation (Concrete)

**1.01- Grade Beam Issue:**

- Forms Moved last minute, Grade beam did not move.
  - Brick lug was not supported.
- Engineered solution-12"x12" grade beam around the entire perimeter.

**1.02 Brick Lug Extension:**

- Brick lugs were poured at incorrect sizes to accommodate 12" Stone veneer.
- Due to extension of lugs, doorframe needs to be relocated.

**1.03 Door Pocket:**
- Hangar door pocket made to accommodate 76'-4" wingspan. Design intent was to accommodate 80' wingspan. Drawings showed accommodate 81'+ wingspan.

## Structure (Masonry, light gauge framing, Steel & Roofing)

**2.01- Structural Steel:**

- Building "racked" 2" toward the west.
  - Building was out of plumb beyond industry standard steel tolerances. Reference MBCI packet.
- Missing Misc. bolts and connections.
  - Reference photos in Speedway report.
- Door Pocket re-fabricated in field to accommodate incorrect concrete placement.

TR_00349

EXHIBIT 23



## 2.02 Masonry:

- Missing bond beam in certain places.
- Cracks in mortar joints
  - Separation between CMU block and mortar.

## 2.03 Light Gauge Framing

- Framing installed at living areas was not installed per the architectural documents.
- Framing specifically called out on structural drawings as 6" 14ga. Galvanized framing.
  - Framing installed was red steel, light gauge.
- Framing installed above CMU was light gauge red framing. Not per plans/specs.

## 2.04 Roofing

- Reference Speedway report.
- Rolled onsite, and installed incorrectly
- Seamed incorrectly.
- Used incorrect clips/ several different clips.
- Used incorrect screws.
- Left out end damns.
- Left out angle at rakes.
- Incorrect fastener pattern.
- Incorrect closure strips.
- Incorrect tape used at closure strips.
- Laps found in 2 locations. Laps installed incorrectly.

**EXHIBIT 23**                                                              **TR_00350**

# DEFENDANT'S EXHIBIT
# 24

EXHIBIT 24

JOHN GRABLE FAIA
ARCHITECTS · INC

222 AUSTIN HIGHWAY
SAN ANTONIO, TEXAS 78209
p 210 820 3332  f 210 820 3334  w JOHNGRABLE.COM

NOTE
All drawings and written
material appearing herein
constitute original and
unpublished work of the
architect and may not be
reproduced, used, disclosed
without the written consent of
the architect.

TRI BAR RANCH COMPANY
LOS CERRITOS HANGAR
UVALDE, TX
PROJECT ADDRESS

DRAWN:
CHECKED:
APPROVED:
DATE: 5-17-12
SHEET NO.

A100

SITE PLAN

REVISIONS:

PRICING/BID SET

# DEFENDANT'S EXHIBIT
## 25

EXHIBIT 25

1  BLDG. SECTION-SHORT
   SCALE 3/16" = 1'-0"

2  BLDG SECTION-LONG
   SCALE 3/16" = 1'-0"

JOHN GRABLE
ARCHITECTS, INC.
222 AUSTIN HIGHWAY
SAN ANTONIO, TEXAS 78209
210 820 3332  F 210 820 3334  W JOHNGRABLE.COM

TRI-BAR RANCH COMPANY
LOS CERRITOS HANGAR
UVALDE, TX

PROJECT ADDRESS

DRAWN:
CHECKED:
APPROVED:
DATE: 5.17.12
SHEET NO.

A300

# DEFENDANT'S EXHIBIT 26



EXHIBIT 26

S-1



EXHIBIT 26

JOHN GRABLE
ARCHITECTS INC.

222 AUSTIN HIGHWAY
SAN ANTONIO, TEXAS 78209

SSE
SYNERGY
STRUCTURAL
ENGINEERING, INC.

REVISIONS:

"This document is released for the purpose of interim review under the authority of Victor M. De Anda Jr., P.E. 92641. It is not to be used for construction, bidding or permit purposes."

ROD LEWIS
LOS CERRITOS HANGAR
Address

PROJECT ADDRESS

| | |
|---|---|
| DRAWN: | VDA |
| CHECKED: | VDA |
| PROJECT NO: | SSE-12-013 |
| DATE: | APRIL 3, 2012. |
| SHEET NO. | |

S-2



EXHIBIT 26

**FOUNDATION NOTES**

**KEYED FOUNDATION NOTES**

**CMU WALL REINFORCING SCHEDULE**

**ANCHOR BOLT LENGTH SCHEDULE**

**FOOTING SCHEDULE**

TYPE "I"        TYPE "D"

② FOOTING SCHEDULE
SCALE: N.T.S.

① FOUNDATION PLAN
SCALE 1/8" = 1'-0"

REVISIONS:

"This document is released for the purpose of interim review under the authority of Victor M. De Anda Jr., P.E. 92641. It is not to be used for construction, bidding or permit purposes."

JOHN GRABLE
ARCHITECTS
222 AUSTIN HIGHWAY
SAN ANTONIO, TEXAS 78209
P 210 820 3332  F 210 820 3334  WWW.JOHNGRABLE.COM

SSE
SYNERGY
STRUCTURAL
ENGINEERING, INC.

ROD LEWIS
LOS CERRITOS HANGAR
Address

PROJECT ADDRESS

DRAWN: VDA
CHECKED: VDA
PROJECT NO: SSE-12-013
DATE: APRIL 3, 2012.
SHEET NO.

S-3



## KEYED FRAMING NOTES

## FRAMING NOTES

**SLOPE 2:12**

**SLOPE 2:12**

(1) ROOF FRAMING PLAN
SCALE:1/8" = 1'-0"

(2) CMU WALL AND METAL STUD WALL CONNECTION
SCALE:1" = 1'-0"

EXHIBIT 26

JOHN GRABLE
ARCHITECTS INC.

222 AUSTIN HIGHWAY
SAN ANTONIO, TEXAS 78209
P 210 820 3332  F 210 820 3354  WWW.JOHNGRABLE.COM

SSE
SYNERGY
STRUCTURAL
ENGINEERING, INC.

"This document is released for the purpose of interim review under the authority of Victor M. De Anda Jr., P.E. 93641. It is not to be used for construction, bidding or permit purposes."

**REVISIONS:**

ROD LEWIS
LOS CERRITOS HANGAR
Address

**PROJECT ADDRESS**

| | |
|---|---|
| DRAWN: | VDA |
| CHECKED: | VDA |
| PROJECT NO: | SSE-12-013 |
| DATE: | APRIL 3, 2012 |
| SHEET NO. | |

# S-4

EXHIBIT 26



(1) PRE-ENGINEERED RIGID FRAME ELEVATION RF-1
SCALE: 1/8" = 1'-0"

(2) PRE-ENGINEERED RIGID FRAME ELEVATION RF-2
SCALE: 1/8" = 1'-0"

(3) PRE-ENGINEERED RIGID FRAME ELEVATION RF-3
SCALE: 1/8" = 1'-0"

(4) PRE-ENGINEERED RIGID FRAME ELEVATION RF-4
SCALE: 1/8" = 1'-0"

PROJECT: ROD LEWIS
LOS CERRITOS HANGAR
Address

SYNERGY STRUCTURAL ENGINEERING, INC.
101 VICTORIA ST. SUITE "C"
LAREDO, TX. 78040

JOHN GRABLE
ARCHITECTS INC
222 AUSTIN HIGHWAY
SAN ANTONIO, TEXAS 78209
P 210 820 3332 F 210 820 3334 WWW.JOHNGRABLE.COM

SHEET NO: S-5
DATE: APRIL 3, 2012
PROJECT NO: SSI-121-011
CHECKED: VDA
DRAWN: VDA

REVISIONS:



EXHIBIT 26

**MEZZANINE FRAMING PLAN**
SCALE 1/8" = 1'-0"

**KEYED FRAMING NOTES**

**FRAMING NOTES**

**METAL JOIST BEARING ON BOX HEADER**
SCALE 1" = 1'-0"

**METAL JOIST BEARING ON WALL**
SCALE 1" = 1'-0"

**METAL JOIST BEARING ON STEEL BEAM**
SCALE 1" = 1'-0"

**METAL JOIST BEARING ON WALL**
SCALE 1" = 1'-0"

**STEEL BEAM TO COLUMN CONNECTION**
SCALE 1" = 1'-0"

**METAL JOIST BEARING ON WALL AT CANTILEVER**
SCALE 1" = 1'-0"

JOHN GRABLE
ARCHITECTS
222 AUSTIN HIGHWAY
SAN ANTONIO, TEXAS 78209
P 210 820 3332 / 210 820 3334 WWW.JOHNGRABLE.COM

SSE
SYNERGY
STRUCTURAL
ENGINEERING, INC.

**REVISIONS:**

"This document is released for the purpose of interim review under the authority of Victor M. De Anda Jr., P.E. 92641. It is not to be used for construction, bidding or permit purposes."

ROD LEWIS
LOS CERRITOS HANGAR
Address

**PROJECT ADDRESS**

| | |
|---|---|
| DRAWN: | VDA |
| CHECKED: | VDA |
| PROJECT NO: | SSE-12-813 |
| DATE: | APRIL 3, 2012. |
| SHEET NO. | |

# S-6



TYPICAL HEADER CONNECTION
7  SCALE 1" = 1'-0"

TYPICAL METAL STUD NON-BEARING WALL ELEVATION
4  SCALE: 1" = 1'-0"

TYPICAL METAL STUD TO TRACK AT TOP OR BTM OF WALL
1  SCALE: 1" = 1'-0"

TYPICAL METAL STUD AT CONCRETE SLAB ON GRADE
5  SCALE: 1" = 1'-0"

| LOCATION | SPACING (U.N.O.) |
|---|---|
| EXTERIOR WALL | 16" O.C. MAX |
| INTERIOR BEARING | 24" O.C. MAX |
| INTERIOR NON-BRG | 32" O.C. MAX |

TYPICAL INTERSECTION
2  SCALE: 1" = 1'-0"

CMU WALL AND METAL STUD WALL CONNECTION
8  SCALE: 1" = 1'-0"

TYPICAL CORNER
6  SCALE 1" = 1'-0"

TYPICAL SILL AND HEADER DETAIL
3  SCALE: 1" = 1'-0"

REVISIONS:

"This document is released for the purpose of interim review under the authority of Victor M. De Anda Jr., P.E. 92541. It is not to be used for construction, bidding or permit purposes."

JOHN GRABLE

222 AUSTIN HIGHWAY
SAN ANTONIO, TEXAS 78209
P 210 820 3332 F 210 820 3334 www.johngrable.com

SSE SYNERGY STRUCTURAL ENGINEERING, INC.

ROD LEWIS
LOS CERRITOS HANGAR
Address

PROJECT ADDRESS

| DRAWN: | VDA |
|---|---|
| CHECKED: | VDA |
| PROJECT NO: | SSE-12-011 |
| DATE: | APRIL 3, 2012. |
| SHEET NO. | |

S-7

EXHIBIT 26



EXHIBIT 26

SSE
SYNERGY
STRUCTURAL
ENGINEERING, INC.

JOHN GRABLE
ARCHITECTS INC

222 AUSTIN HIGHWAY
SAN ANTONIO, TEXAS 78209

P 210 820 3332 F 210 820 3334 WWW.JOHNGRABLE.COM

PROJECT ADDRESS

ROD LEWIS

LOS CERRITOS HANGAR

Address

DRAWN: VDA
CHECKED: VDA
PROJECT NO: SSE-22-013
DATE: APRIL 3, 2022.
SHEET NO. 1

SD-1

REVISIONS:

# DEFENDANT'S EXHIBIT 27



EXHIBIT 27

S-1





EXHIBIT 27

FOUNDATION PLAN
SCALE 1/8" = 1'-0"

FOOTING SCHEDULE
SCALE N.T.S

JOHN GRABLE
ARCHITECTS INC

222 AUSTIN HIGHWAY
SAN ANTONIO, TEXAS 78209
P 210 820 3332 F 210 820 3334 WWW.JOHNGRABLE.COM

SSE
SYNERGY
STRUCTURAL
ENGINEERING, INC.

ROD LEWIS
LOS CERRITOS HANGAR
Address

PROJECT ADDRESS

REVISIONS:

| DRAWN: | VDA |
|---|---|
| CHECKED: | VDA |
| PROJECT NO: | SSE-12-013 |
| DATE: | JUNE 26, 2012. |

SHEET NO.

# S-3

FOUNDATION NOTES

KEYED FOUNDATION NOTES

CMU WALL REINFORCING SCHEDULE

ANCHOR BOLT LENGTH SCHEDULE



**EXHIBIT 27**

① **ROOF FRAMING PLAN**
SCALE: 1/8" = 1'-0"

② **CMU WALL AND METAL STUD WALL CONNECTION**
SCALE: 1" = 1'-0"

SLOPE 2:12

SLOPE 2:12

**KEYED FRAMING NOTES**

**FRAMING NOTES**

JOHN GRABLE
ARCHITECTS, INC.

222 AUSTIN HIGHWAY
SAN ANTONIO, TEXAS 78209
P 210 820 3332 F 210 820 5534 WWW.JOHNGRABLE.COM

SSE
SYNERGY
STRUCTURAL
ENGINEERING, INC.

ROD LEWIS
LOS CERRITOS HANGAR
Address

| PROJECT ADDRESS | |
|---|---|
| DRAWN: | VDA |
| CHECKED: | VDA |
| PROJECT NO: | SSE-12-013 |
| DATE: | JUNE 26, 2012. |
| SHEET NO. | |

# S-4

REVISIONS:



EXHIBIT 27

① PRE-ENGINEERED RIGID FRAME ELEVATION RF-1
SCALE: 1/8" = 1'-0"

② PRE-ENGINEERED RIGID FRAME ELEVATION RF-2
SCALE: 1/8" = 1'-0"

③ PRE-ENGINEERED RIGID FRAME ELEVATION RF-3
SCALE: 1/8" = 1'-0"

④ PRE-ENGINEERED RIGID FRAME ELEVATION RF-4
SCALE: 1/8" = 1'-0"

PROJECT: ROD LEWIS
PROJECT ADDRESS: LOS CERRITOS HANGAR
Address

DRAWN:
CHECKED: VDA
PROJECT NO: SSE-12-001
DATE: JUNE 26, 2012
SHEET NO.
S-5

SYNERGY STRUCTURAL ENGINEERING, INC.
801 VICTORIA ST. SUITE "C"
LAREDO, TX. 78040

JOHN GRABLE
ARCHITECTS INC
222 AUSTIN HIGHWAY
SAN ANTONIO, TEXAS 78209
P 210 820 3332 F 210 820 3334 WWW.JOHNGRABLE.COM

REVISIONS:



EXHIBIT 27

## KEYED FRAMING NOTES

## FRAMING NOTES

### MEZZANINE FRAMING PLAN
SCALE 1/8" = 1'-0"

### METAL JOIST BEARING ON BOX HEADER
SCALE 1" = 1'-0"

### METAL JOIST BEARING ON STEEL BEAM
SCALE 1" = 1'-0"

### STEEL BEAM TO COLUMN CONNECTION
SCALE 1" = 1'-0"

### METAL JOIST BEARING ON WALL
SCALE 1" = 1'-0"

### METAL JOIST BEARING ON WALL
SCALE 1" = 1'-0"

### METAL JOIST BEARING ON WALL, AT CANTILEVER
SCALE 1" = 1'-0"

JOHN GRABLE
ARCHITECTS INC
222 AUSTIN HIGHWAY,
SAN ANTONIO, TEXAS 78209
P 210 820 3332 F 210 820 3334 WWW.JOHNGRABLE.COM

SYNERGY
STRUCTURAL
ENGINEERING, INC

REVISIONS:

ROD LEWIS
LOS CERRITOS HANGAR
Address

PROJECT ADDRESS

| | |
|---|---|
| DRAWN: | VDA |
| CHECKED: | VDA |
| PROJECT NO: | SSE-12-013 |
| DATE: | JUNE 26, 2012 |
| SHEET NO. | |

S-6



**EXHIBIT 27**

**7 TYPICAL HEADER CONNECTION**
SCALE: 1" = 1'-0"

**4 TYPICAL METAL STUD NON-BEARING WALL ELEVATION**
SCALE: 1" = 1'-0"

**1 TYPICAL METAL STUD TO TRACK AT TOP OR BTM OF WALL**
SCALE: 1" = 1'-0"

**5 TYPICAL METAL STUD AT CONCRETE SLAB ON GRADE**
SCALE: 1" = 1'-0"

**2 TYPICAL INTERSECTION**
SCALE: 1" = 1'-0"

**8 CMU WALL AND METAL STUD WALL CONNECTION**
SCALE: 1" = 1'-0"

**6 TYPICAL CORNER**
SCALE: 1" = 1'-0"

**3 TYPICAL SILL AND HEADER DETAIL**
SCALE: 1" = 1'-0"

JOHN GRABLE
ARCHITECT INC.
222 AUSTIN HIGHWAY
SAN ANTONIO, TEXAS 78209
P 210 820 3332 F 210 820 3334 WWW.JOHNGRABLE.COM

SSE
SYNERGY
STRUCTURAL
ENGINEERING, INC.

REVISIONS:

ROD LEWIS
LOS CERRITOS HANGAR
Address

PROJECT ADDRESS

DRAWN: VDA
CHECKED: VDA
PROJECT NO: SSE-12-013
DATE: JUNE 26, 2012.
SHEET NO.

**S-7**



# DEFENDANT'S EXHIBIT 28

**GLACIERCAP MANAGEMENT, LLC**

801597

| DATE | INVOICE NO. | COMMENT | AMOUNT | DISCOUNT | NET AMOUNT |
|------|-------------|---------|--------|----------|------------|
| 02/06/13 | J793 | LOS CERRITOS HANGAR | 10,208.00 | 0.00 | 10,208.00 |

Check: 801597          04/10/13          COMPTON AIR CONDITIONING & HEA          **TOTAL:**          10,208.00

**EXHIBIT 28**

TR_01560

GLACIERCAP MANAGEMENT, LLC                                                    801814

| DATE | INVOICE NO. | COMMENT | AMOUNT | DISCOUNT | NET AMOUNT |
|------|-------------|---------|--------|----------|------------|
| 07/12/13 | 51291 | TRIBAR RANCH - LOS CERRITOS HANGAR | 23,720.15 | 0.00 | 23,720.15 |

*Rod approved 8/14/13*

Check: 801814          08/16/13     ASSOCIATED GLASS                    **TOTAL:**          23,720.15

**EXHIBIT 28**

TR_01563

GLACIERCAP MANAGEMENT, LLC                                                          801874

| DATE | INVOICE NO. | COMMENT | AMOUNT | DISCOUNT | NET AMOUNT |
|------|-------------|---------|--------|----------|------------|
| 08/13/13 | 51549 | LOS CERRITOS HANGAR | 6,238.65 | 0.00 | 6,238.65 |

*Rod approved
9/6/13*

Check: 801874          09/06/13     ASSOCIATED GLASS                TOTAL:        6,238.65

**EXHIBIT 28**

TR_01564

**TRIBAR RANCH COMPANY, LTD.**

<div align="right">302128</div>

| DATE | INVOICE NO. | COMMENT | AMOUNT | DISCOUNT | NET AMOUNT |
|------|-------------|---------|--------|----------|------------|
| 08/12/13 | 130812 | LOS CERRITOS HANGAR | 19,745.00 | 0.00 | 19,745.00 |

Check: 302128          08/12/13     GALLERY OF STONE                    **TOTAL:**          19,745.00

**EXHIBIT 28**

TR_01567

**TRIBAR RANCH COMPANY, LTD.**

302129

| DATE | INVOICE NO. | COMMENT | AMOUNT | DISCOUNT | NET AMOUNT |
|------|-------------|---------|--------|----------|------------|
| 08/12/13 | 30812 | LOS CERRITOS HANGAR | 36,204.13 | 0.00 | 36,204.13 |

Check: 302129       08/12/13       MORRELL MASONRY SUPPLY, INC.              **TOTAL:**    36,204.13

TR_01568

**EXHIBIT 28**

EXHIBIT 28

# DEFENDANT'S EXHIBIT 29

## UNCONDITIONAL WAIVER AND RELEASE UPON FINAL PAYMENT

The undersigned has been paid in full for all labor, services, equipment or material furnished to __Tri-Bar Ranch Company, LTD.__ on the job of __Los Cerritos Hangar__ located at __55 County Road 410, Uvalde, Uvalde County, Texas__, in the amount of __$10,208.00__ and does hereby waive and release any right to a mechanic's lien, stop notice, or any right against a labor and material bond on the job, except for disputed claims for extra work.

DATED:

_5/27/2013_

Compton HVAC

By: _____

[Signature]

_Ross Compton_

[Print Name]

_Owner_

[Title]

NOTICE: THIS DOCUMENT WAIVES RIGHTS UNCONDITIONALLY AND STATES THAT YOU HAVE BEEN PAID FOR GIVING UP THOSE RIGHTS. THIS DOCUMENT IS ENFORCEABLE AGAINST YOU IF YOU SIGN IT.

**Return to:**
**GlacierCap Management, LLC**
**10067 Jones Maltsberger Rd**
**San Antonio, TX 78216**
**Fax: (210) 384-5031**

STATE OF TEXAS
COUNTY OF BEXAR



J RAMOS
Notary Public
STATE OF TEXAS
My Comm. Exp. Aug 20, 2013

Jean Ramos
NOTARY PUBLIC

**EXHIBIT 29**

TR_001691

UNITED ERECTORS
PO Box 681803
San Antonio, Texas 78268
office (210) 521-8351
fax (210) 521-1849

INVOICE

May 17, 2013

To: Lewis Energy Group.        INVOICE # 3402
    19067 Jones Maltsberger      Job: Los Cerritos Ranch
    San Antonio, Texas 78218    Terms: Upon Receipt
                                 MSA NO. 11487

DESCRIPTION

Labor to complete following work as agreed:
  Repairs:
  1. Remove second half roof and insulation, on and off
  2. Install second half roof insulation and new roof sheet, on and off

            Total labor cost              $ 48,000.00

  Add:
  Change Order #2
  1. Extra cost to fabricate and erect one large over head door opening.

            Total Extra Labor cost        $ 3,310.00
            Total cost of material         $ 5,260.00

            TOTAL DUE                      $ 56,570.00

Thank you

**EXHIBIT 29**

## UNCONDITIONAL WAIVER AND RELEASE UPON PROGRESS PAYMENT

The undersigned has been paid and has received a progress payment in the sum of $ 22,444.30 for labor, services, equipment, or material furnished to __Tri-Bar Ranch Company, LTD__ on the job of Los Cerritos Hangar located at 55 County Road 410, Uvalde, Uvalde County, Texas and does hereby release any mechanic's lien, stop notice or bond right that the undersigned has on the above referenced job to the following extent. This release covers a progress payment for labor, services, equipment or materials furnished by __Associated Glass__, through 06/27/2013 only and does not cover any retention retained before or after the release date; extras furnished before the release date for which payment has not been received; extras or items furnished after the release date. Rights based upon work performed or items furnished under a written change order which has been fully executed by the parties prior to the release date are covered by this release unless specifically reserved by the claimant in this release. This release of any mechanic's lien, stop notice, or bond right shall not otherwise affect the contract rights, including rights between parties to the contract based upon a rescission, abandonment, or breach of the contract, or the right of the undersigned to recover compensation for furnished labor, services, equipment, or material covered by this release if that furnished labor, services, equipment, or material was not compensated by the progress payment.

DATED: _6 27-13_

Associated Glass

By: _Irene Wilkinson_

_Irene Wilkinson_
[Print Name]

_Construction Assistant_
[Title]

NOTICE: THIS DOCUMENT WAIVES RIGHTS UNCONDITIONALLY AND STATES THAT YOU HAVE BEEN PAID FOR GIVING UP THOSE RIGHTS. THIS DOCUMENT IS ENFORCEABLE AGAINST YOU IF YOU SIGN IT.

Return to:
GlacierCap Management, LLC
10067 Jones Maltsberger Rd
San Antonio, TX 78216
Fax: (210) 384-5031

TR_00621

**EXHIBIT 29**

## CONDITIONAL WAIVER AND RELEASE ON FINAL PAYMENT

Project: <u>Los Cerritos Hangar</u>

Job No. <u>N/A</u>

On receipt by the signer of this document of a check from <u>Tri-Bar Ranch Company, Ltd.</u> (maker of check) in the sum of $19,745.00 payable to <u>Gallery of Stone</u> (payee or payees of check) and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release any mechanic's lien right, any right arising from a payment bond that complies with a state or federal statute, any common law payment bond right, any claim for payment, and any rights under any similar ordinance, rule, or statute related to claim or payment rights for persons in the signer's position that the signer has on the property of Tri-Bar Ranch Company, Ltd. (owner) located at 55 CR 410, Uvalde County, Texas (location) to the following extent: Los Cerritos Hanger (job description), including but not limited to the Affidavit Claiming Mechanic's and Materialman's Lien dated April 8, 2013, recorded as Document No. 2013001314, Real Property Records of Uvalde County, Texas.

This release covers the final payment to the signer for all labor, services, equipment, or materials furnished to the property or to <u>Tri-Bar Ranch Company, Ltd.</u> (person with whom signer contracted).

Before any recipient of this document relies on this document, the recipient should verify evidence of payment to the signer.

The signer warrants that the signer has already paid or will use the funds received from this final payment to promptly pay in full all of the signer's laborers, subcontractors, materialmen, and suppliers for all work, materials, equipment, or services provided for or to the above referenced project up to the date of this waiver and release.

Date    <u>7 August 2013</u>

<u>Gallery of Stone</u> (Company name)

By _____ (Signature)

_____ (Title)

**EXHIBIT 29**

**CONDITIONAL WAIVER AND RELEASE ON FINAL PAYMENT**

Project: Los Cerritos Hangar

Job No. N/A

On receipt by the signer of this document of a check from Tri-Bar Ranch Company, Ltd. (maker of check) in the sum of $34,288.00 payable to Ace Concrete Company (payee or payees of check) and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release any mechanic's lien right, any right arising from a payment bond that complies with a state or federal statute, any common law payment bond right, any claim for payment, and any rights under any similar ordinance, rule, or statute related to claim or payment rights for persons in the signer's position that the signer has on the property of Tri-Bar Ranch Company, Ltd. (owner) located at 55 CR 410, Uvalde County, Texas (location) to the following extent: Los Cerritos Hanger (job description), including but not limited to Mechanic's and Materialman's Lien Affidavit executed by Michael L. Davis on March 18, 2013 and filed on March 30, 2013 in Instrument Number 2013000999 Official Public Records Uvalde County, Texas.

This release covers the final payment to the signer for all labor, services, equipment, or materials furnished to the property or to Tri-Bar Ranch Company, Ltd. (person with whom signer contracted).

Before any recipient of this document relies on this document, the recipient should verify evidence of payment to the signer.

The signer warrants that the signer has already paid or will use the funds received from this final payment to promptly pay in full all of the signer's laborers, subcontractors, materialmen, and suppliers for all work, materials, equipment, or services provided for or to the above referenced project up to the date of this waiver and release.

Date    11 November 2013

Ace Concrete Company (Company name)

By _____ (Signature)

_____ (Title)

Pres.

TR_00641

**EXHIBIT 29**

THE STATE OF TEXAS §
§
COUNTY OF _____ §

This instrument was acknowledged before me, the undersigned notary public, on the _ day of November, 2013, by _____, _____ of Ace Concrete Company, on behalf of Ace Concrete Company.



DAVID MATHEWS SALAZAR
NOTARY PUBLIC
STATE OF TEXAS
MY COMM. EXP. 4/16/17

_____
Notary Public in and for
the State of Texas

TR_00642

EXHIBIT 29

RELEASE    2013003034
13 PGS

# FULL AND FINAL RELEASE OF
# MECHANIC'S AND MATERIALMAN'S LIEN

**Date:**       August 19, 2013

**Claimant:**   MORRELL MASONRY SUPPLY, INC. (called "Claimant").

**Owner:**      Tri-Bar Ranch Company, LTD

**Property:**   RES B3 (200 FT X 200 FT) WOODLAND ACRES ANNEX SEC 7. MORE PARTICULARLY DESCRIBED ON EXHIBIT "A" ATTACHED HERETO AND MADE PART HEREOF FOR ALL PURPOSES

More commonly known as:
County Road 410, Uvalde, TX.

Claimant did on or about April 10, 2013, assert a mechanic's and materialman's lien (the "Lien") for $31,504.13 on the Property by an affidavit filed in the Real Property Records of Uvalde County, Texas, under County Clerk's File No. 2013001241 reference to which is here made for all purposes) covering the Property.

Claimant has and does hereby fully release and discharge the Property (together with all improvements thereon and appurtenances thereto) and its owner from any and all claims, debts or causes of action for labor and materials provided to the Property on or before February 2013 and from the Lien which is hereby discharged, satisfied and relinquished.

MORRELL MASONRY SUPPLY, INC.

By: Karalynn Cromeens
Karalynn Cromeens
Agent

STATE OF TEXAS          §

HARRIS COUNTY           §

This instrument was sworn to and acknowledged before me on August 19th 2013, Karalynn Cromeens Agent of MORRELL MASONRY SUPPLY, INC.

Notary Public, State of Texas



JESSICA MORA
MY COMMISSION EXPIRES
June 30, 2015

TR_00643

**EXHIBIT 29**

## CONDITIONAL WAIVER AND RELEASE ON FINAL PAYMENT

Project: Los Cerritos Hangar

Job No. N/A

On receipt by the signer of this document of a check from GlacierCap Management, LLC (maker of check) in the sum of $ 2,730.00 payable to Texas Star Plumbing (payee or payees of check) and when the check has been properly endorsed and has been paid by the bank on which it is drawn, this document becomes effective to release any mechanic's lien right, any right arising from a payment bond that complies with a state or federal statute, any common law payment bond right, any claim for payment, and any rights under any similar ordinance, rule, or statute related to claim or payment rights for persons in the signer's position that the signer has on the property of GlacierCap Management, LLC (owner) located at 405 CR 410 (location) to the following extent: Los Cerritos Hangar (job description).

This release covers the final payment to the signer for all labor, services, equipment, or materials furnished to the property or to Texas Star Plumbing (person with whom signer contracted).

Before any recipient of this document relies on this document, the recipient should verify evidence of payment to the signer.

The signer warrants that the signer has already paid or will use the funds received from this final payment to promptly pay in full all of the signer's laborers, subcontractors, materialmen, and suppliers for all work, materials, equipment, or services provided for or to the above referenced project up to the date of this waiver and release.

Date __10/14/13__

TR_01682

**EXHIBIT 29**

_Tx. Star Pub, Inc_ (Company name)

By _(signature)_ (Signature)  MAX MAYORGA LLC

_PRESIDENT_ (Title)

TR_01663

**EXHIBIT 29**

EXHIBIT 29

# DEFENDANT'S EXHIBIT 30



# SCHULTE BUILDING SYSTEMS
17600 BADTKE ROAD
HOCKLEY, TEXAS 77447
281-304-6111 office
281-304-6113 fax

## DRAWING INDEX

| ISSUE | PAGE | DESCRIPTION |
|---|---|---|
| A | C1 OF 2 | COVER PAGE |
| A | C2 OF 2 | NOTES PAGE |
| | | |
| | | |
| A | F1 OF 4 | ANCHOR ROD PLAN/BASE PLATE DET. |
| A | F2 OF 4 | SLIDING DOOR A.B. PLAN/SECTIONS |
| A | F3 OF 4 | ANCHOR ROD REACTIONS |
| A | F4 OF 4 | ANCHOR ROD REACTIONS |
| | | |
| | | |
| A | E1 OF | ROOF FRAMING PLAN |
| A | E2 OF | SOFFIT PLAN |
| A | E3 OF | FRAME CROSS-SECTION |
| A | E4 OF | FRAME CROSS-SECTION |
| A | E5 OF | FRAME CROSS-SECTION |
| A | E6 OF | FRAME CROSS-SECTION |
| A | E7 OF | FRAME CROSS-SECTION |
| A | E8 OF | SIDEWALL ELEVATION |
| A | E9 OF | SIDEWALL ELEVATION |
| A | E10 OF | SIDEWALL ELEVATION |
| A | E11 OF | ENDWALL ELEVATION |
| A | E12 OF | ENDWALL ELEVATION |
| A | E13 OF | ENDWALL SECTIONS |
| A | E14 OF | ENDWALL SECTIONS |
| A | E15 OF | INTERIOR FRAME ELEV./GUIDE BEAM PLAN |
| A | E16 OF | HEADER/GUIDE DETAIL CONN. |
| A | E17 OF | SLIDING DOOR DETAIL |
| A | E18 OF | SLIDING DOOR DETAIL |
| A | E19 OF | SLIDING DOOR SOFFIT PLAN/DET |
| | | |
| | | |
| A | D1 OF | STANDARD DETAIL |
| A | D2 OF | STANDARD DETAIL |
| A | D3 OF | STANDARD DETAIL |
| A | D4 OF | STANDARD DETAIL |
| | | |
| | | |

## BUILDING DESCRIPTION

BUILDING SIZE: (BLDG. A) 98'-6 x 122'-6 x 32'-0 E.H.   SLOPE: 2.0:12
BUILDING SIZE: (BLDG. B) 9'-0 x 13'-6 x 29'-9 E.H.   SLOPE: 2.0:12
BUILDING SIZE: (BLDG. C) 7'-10 x 60'-8 x 6'-2 E.H.   SLOPE: 2.0:12
BUILDING SIZE: _____   SLOPE: _____
(BUILDING DIMENSIONS ARE NOMINAL, REFER TO PLANS)

This is to certify that this structure is designed utilizing the loads indicated and applied as required by the building code shown below. The certification is limited to the structural design of the framing and covering parts manufactured by the building manufacturer and is specified in the contract. Accessory items such as doors, window, louvers, translucent panels, and ventilators are not included. Also excluded are other parts of the project not provided by the building manufacturer such as foundations, masonry walls, mechanical equipment and erection of the building. The building should be erected on a properly designed foundation in accordance with the building manufacturer's design manual, the attached drawings and good erection practices.

Design Code  IBC  09

General Loads
| | | |
|---|---|---|
| Roof Dead Load (D) | 2.500 | psf |
| Roof Collateral Load (C) | 6 | psf |
| Roof Live Load (Lr) | 20.00 | psf |
| Tributary Live Load Reduction | Yes | |

Snow Load
| | | |
|---|---|---|
| Flat-Roof Snow Load (Pf) | 3.5000 | psf |
| Ground Snow Load (Pg) | 5.0000 | psf |
| Snow Exposure Factor (Ce) | 1 | |
| Snow Load Importance Factor (Is) | 1.0000 | |
| Thermal Factor (Ct) | 1.00 | |

Wind Load
| | | |
|---|---|---|
| Basic Wind Speed (3 sec. gust) | 90 | mph |
| Wind Importance Factor (Iw) | 1.00 | |
| Wind Exposure Category | C | |
| Internal Pressure Coefficient (GCpi) | 0.18 /-0.18 | |
| Wind Enclosure | Closed | |

Seismic Load
| | | |
|---|---|---|
| Seismic Importance Factor (Ie) | 1.00 | |
| Spectral Response Accelerations (Sa and S1) | 0.0780 | 0.0220 |
| Site Class | D | |
| Spectral Response Coeffecients (Sds and Sd1) | 0.0832 | 0.0352 |
| Seismic Design Category | A | |
| Basic Seismic-Force-Resisting System(s) * | | |

| | Longitudinal | Lateral |
|---|---|---|
| Total Design Base Shear (V) | 6.0 Kips | 6.0 Kips |
| Seismic Response Coefficient(s) (Cs) | 0.0100 | 0.0100 |
| Response Modification Factor(s) (R) | 3.0 | 3.0 |
| Analysis Procedure: Equivalent Lateral Force | | |

* Ordinary Steel Concentrically Braced Frame(s) and/or Ordinary Steel Moment Frame(s)

## PANEL, TRIM AND FRAMING INFORMATION
### ROOF PANELS
TYPE: VS-216 GAUGE: 24 COLOR: Med. Bronze (Kynar)
UL90 CERTIFICATION: NO

IF STANDING SEAM:   CLIP TYPE:   HIGH FLOATING

### WALL PANELS
TYPE: PBR  GAUGE: 26  COLOR: Need Std. Color

### LINER PANELS
TYPE: _____ GAUGE: ____ COLOR: _____
HEIGHT: _____

### FASCIA PANELS
TYPE: _____ GAUGE: ____ COLOR: _____

### SOFFIT PANELS
TYPE: Rev. PBU GAUGE: 26  COLOR: Polar White

### PARTITION PANELS
TYPE: _____ COLOR: _____

### TRIM
| | |
|---|---|
| RAKE: | COLOR: Need Std. Color |
| EAVE: | COLOR: Need Std. Color |
| GUTTER STANDARD: | COLOR: Need Std. Color |
| GUTTER HIGH CAPACITY: | COLOR: Need Std. Color |
| DOWNSPOUT: | COLOR: Need Std. Color |
| VALLEY GUTTER: | COLOR: |
| HEADER: | COLOR: Need Std. Color |
| SILL: | COLOR: Need Std. Color |
| JAMB: | COLOR: Need Std. Color |
| BASE TRIM: | COLOR: Need Std. Color |
| CORNER: | COLOR: Need Std. Color |
| LINER: | COLOR: |
| SOFFIT: | COLOR: Polar White |
| FASCIA SILL: | COLOR: |
| CAP TRIM: | COLOR: |

### PRIMARY FRAMING
(MAIN FRAMES & ENDWALL FRAMES)   Red-Oxide
(WIND COLUMNS & BENTS)

### SECONDARY FRAMING
(GIRTS, EAVE STRUTS, PURLINS   Red-Oxide
DOOR/FRAMED OPNG. & CLIPS ETC.)

## SYNERGY STRUCTURAL ENGINEERING

☐ NO EXCEPTION TAKEN    ☑ EXCEPTIONS NOTED
☐ SUBMIT SPECIFIED ITEM  ☐ REVISE & SUBMIT

CHECKING IS ONLY FOR GENERAL CONFORMANCE WITH DESIGN CONCEPT OF PROJECT AND GENERAL COMPLIANCE WITH CONTRACT DOCUMENTS CONTRACTOR IS RESPONSIBLE FOR CONFIRMING AND CORRELATING DIMENSIONS AT JOBSITE, INFORMATION WHICH PERTAINS TO FABRICATION PROCESSES OR CONSTRUCTION TECHNIQUES AND FOR COORDINATION OF WORK OF ALL TRADES CHECKING OF SHOP DRAWINGS SHALL NOT RELIEVE THE CONTRACTOR OF RESPONSIBILITY FOR DEVIATION FROM REQUIREMENTS OR CONTRACT DOCUMENTS NOR FOR ERRORS OR OMISSIONS IN SHOP DRAWINGS

BY _____
DATE 07/26/12

ARCHITECT to VERIFY DIMS.

## REGISTRATION # F-12852

## DRAWING STATUS

☑ FOR APPROVAL:
THESE DRAWINGS, BEING FOR APPROVAL, ARE BY DEFINITION NOT FINAL, AND ARE FOR CONCEPTUAL REPRESENTATION ONLY. THEIR PURPOSE IS TO CONFIRM PROPER INTERPRETATION OF THE PROJECT DOCUMENTS. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

☑ FOR PERMIT:
THESE DRAWINGS, BEING FOR PERMIT, ARE BY DEFINITION NOT FINAL IN THAT, AS A MINIMUM, PIECE MARKINGS ARE NOT IDENTIFIED. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

☐ FOR CONSTRUCTION:
FINAL DRAWINGS.

| REVISIONS | | | | |
|---|---|---|---|---|
| NO. | DATE | DESCRIPTION | BY | CK'D |
| A | 7/20/12 | FOR PERMIT & APPROVAL | RD | |

## SCHULTE BUILDING SYSTEMS
17600 Badtke Road — Hockley, Texas 77447
PHONE: 281.304.6111  877.257.2534
FAX: 281.304.6113
www.SchulteBuildingSystems.com

| DESCRIPTION: COVER PAGE | SIZE: REFER TO C1 |
| CUSTOMER: SUPERIOR METAL SERVICES |
| JOB NAME: ROD LEWIS LOS CERRITOS HANGAR BLDG. |
| JOBSITE LOCATION: UVALDE, TX. 78801 | ADDRESS: P.O. BOX 780649  SAN ANTONIO, TX. 78278 |

| CAD BY: | DRAFT BY | DATE | SCALE | JOB NO. | PH. REV | ERCT NO | SHEET NO. | ISSUE |
| | FR | 7/13/12 | N.T.S. | 73935 | | | A,B,C, C1 OF 2 | A |

**EXHIBIT 30**



**EXHIBIT 30**



ANCHOR ROD PLAN
NOTE: All Base Plates @ 100'-0" (FINISH FLOOR)

NOTE !!!
CUSTOMER PLEASE VERIFY ALL DIMENSIONS
ON RETURN APPROVAL DRAWINGS

ANCHOR ROD PROJECTION

ANCHOR RODS (BY OTHERS)

DRAWING STATUS

SCHULTE BUILDING SYSTEMS

EXHIBIT 30



SLIDING DOOR ANCHOR BOLT PLAN

**NOTE !!!**
ROTATE PLAN 90° TO ORIENT
WITH SHEET F1

SECTION "A"

SECTION "B"

SECTION "C"

SECTION "X-X"

**NOTE !!!**
CUSTOMER PLEASE VERIFY ALL DIMENSIONS
ON RETURN APPROVAL DRAWINGS

REFER TO SHEET F1 FOR DIMS.

**ERECTION NOTES:**

1. MAKE FIRST POUR — WORK THIS SECTION WITH MAIN BOLT SETTING.
2. SET LEVELING ANGLES ON 1/2"∅ ANCHOR BOLTS WITH DOUBLE NUTS.
3. SET RAILS AND ALIGN; RAIL MUST BE TRUE, STRAIGHT AND LEVEL.
4. ERECT ONE DOOR ON LONGEST RAIL RUN. ADJUST AS REQ'D FOR FREE RUNNING DOOR SYSTEM.
5. MAKE SECOND POUR.

**EXHIBIT 30**

SCHULTE BUILDING SYSTEMS
17900 Beeline Road — Hockley, Texas 77447
PHONE: 281.304.8111  877.257.2534
FAX: 281.304.8113
www.SchulteBuildingSystems.com

DESCRIPTION ANCHOR ROD PLAN (SLIDING DOOR)   REFER TO C1
ROD LEWIS LOS CERRITOS HANGAR BLDG.   SUPERIOR METAL SERVICES
UVALDE, TX 78801   P.O. BOX 780849
SAN ANTONIO, TX. 78278

DRAWN BY FR   7/13/12   N.T.S.   73935   A.B.C.   F2 OF   A

**DRAWING STATUS**

| | REVISIONS | | | |
|---|---|---|---|---|
| NO. | DATE | DESCRIPTION | BY | CK'D |
| A | 7/20/12 | FOR PERMIT & APPROVAL | RO | |



FRAME LINES: 1 2 3 4 5 6

Ⓑ ———————————— Ⓒ COLUMN LINE

**RIGID FRAME:** MAXIMUM REACTIONS, ANCHOR BOLTS, & BASE PLATES

| Frm Line | Col Line | Load ID | Hmax H | V Vmax | Load ID | Hmin H | V Vmin | Anc._Bolt Qty | Dia | Base_Plate (in) Width | Length | Thick | Grout (in) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | B | 1 | 9.8 | 23.4 | 2 | -9.9 | -20.1 | 4 | 1.000 | 8.000 | 19.00 | 0.625 | 0.0 |
| 6 | C | 3 | 9.8 | -20.1 | 1 | -9.8 | 23.4 | 4 | 1.000 | 8.000 | 19.00 | 0.625 | 0.0 |
|   |   | 1 | -9.8 | 23.4 | 3 | 9.8 | -20.1 |   |   |   |   |   |   |

**RIGID FRAME:** MAXIMUM REACTIONS, ANCHOR BOLTS, & BASE PLATES

| Frm Line | Col Line | Load ID | Hmax H | V Vmax | Load ID | Hmin H | V Vmin | Anc._Bolt Qty | Dia | Base_Plate (in) Width | Length | Thick | Grout (in) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5* | B | 1 | 18.1 | 41.0 | 2 | -13.0 | -28.7 | 4 | 1.000 | 10.00 | 19.00 | 0.625 | 0.0 |
|   |   | 1 | 18.1 | 41.0 | 4 | -4.5 | -33.9 |   |   |   |   |   |   |
| 5* | C | 3 | 13.0 | -28.7 | 1 | -18.1 | 41.0 | 4 | 1.000 | 10.00 | 19.00 | 0.625 | 0.0 |
|   |   | 1 | -18.1 | 41.0 | 5 | 4.5 | -33.9 |   |   |   |   |   |   |

5* Frame lines: 5 4 3

**RIGID FRAME:** MAXIMUM REACTIONS, ANCHOR BOLTS, & BASE PLATES

| Frm Line | Col Line | Load ID | Hmax H | V Vmax | Load ID | Hmin H | V Vmin | Anc._Bolt Qty | Dia | Base_Plate (in) Width | Length | Thick | Grout (in) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | B | 1 | 11.1 | 25.8 | 2 | -4.0 | -10.1 | 4 | 1.000 | 10.00 | 19.00 | 0.625 | 0.0 |
| 2 | C | 3 | 4.0 | -10.2 | 1 | -11.1 | 25.7 | 4 | 1.000 | 10.00 | 19.00 | 0.625 | 0.0 |
|   |   | 1 | -11.1 | 25.7 | 3 | 4.0 | -10.2 |   |   |   |   |   |   |

**RIGID FRAME:** MAXIMUM REACTIONS, ANCHOR BOLTS, & BASE PLATES

| Frm Line | Col Line | Load ID | Hmax H | V Vmax | Load ID | Hmin H | V Vmin | Anc._Bolt Qty | Dia | Base_Plate (in) Width | Length | Thick | Grout (in) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B | 1 | 8.7 | 20.1 | 2 | -4.2 | -7.9 | 4 | 1.000 | 12.00 | 19.00 | 0.625 | 0.0 |
| 1 | C | 3 | 4.2 | -7.9 | 1 | -8.7 | 20.0 | 4 | 1.000 | 12.00 | 19.00 | 0.625 | 0.0 |
|   |   | 1 | -8.7 | 20.0 | 3 | 4.2 | -7.9 |   |   |   |   |   |   |

**RIGID FRAME:** BASIC COLUMN REACTIONS (k )

| Frame Line | Column Line | Dead Horiz | Vert | Collateral Horiz | Vert | Live Horiz | Vert | Snow Horiz | Vert | Wind_L1 Horiz | Vert | Wind_R1 Horiz | Vert |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5* | B | 2.9 | 7.7 | 6.2 | 12.5 | 9.0 | 20.8 | 2.1 | 10.2 | -14.7 | -33.3 | 0.5 | -23.6 |
| 5* | C | -2.9 | 7.7 | -6.2 | 12.5 | -9.0 | 20.8 | -2.1 | 10.2 | -0.5 | -23.6 | 14.7 | -33.3 |

| Frame Line | Column Line | Wind_L2 Horiz | Vert | Wind_R2 Horiz | Vert | LnWind1 Horiz | Vert | LnWind2 Horiz | Vert | Seismic_L Horiz | Vert | Seismic_R Horiz | Vert |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5* | B | -13.2 | -24.0 | 2.0 | -14.3 | -6.1 | -35.2 | -4.5 | -25.9 | -0.6 | -0.4 | 0.6 | 0.4 |
| 5* | C | -2.0 | -14.3 | 13.2 | -24.0 | 6.1 | -35.2 | 4.5 | -25.9 | -0.6 | 0.4 | 0.6 | -0.4 |

| Frame Line | Column Line | LnSeis Horiz | Vert | LWND1_L2E Horiz | Vert | LWND1_R2E Horiz | Vert | LWND2_L2E Horiz | Vert | LWND2_R2E Horiz | Vert | F1UNB_SL_L Horiz | Vert |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5* | B | 0.0 | -4.1 | -0.1 | -3.3 | -0.8 | -0.6 | -0.1 | -3.3 | -0.8 | -0.6 | 3.0 | 5.9 |
| 5* | C | 0.0 | -4.1 | 0.8 | -0.6 | 0.1 | -3.3 | 0.8 | -0.6 | 0.1 | -3.3 | -3.0 | 3.8 |

| Frame Line | Column Line | F1UNB_SL_R Horiz | Vert |
|---|---|---|---|
| 5* | B | 3.0 | 3.8 |
| 5* | C | -3.0 | 5.9 |

| Frame Line | Column Line | Dead Horiz | Vert | Collateral Horiz | Vert | Live Horiz | Vert | Snow Horiz | Vert | Wind_L1 Horiz | Vert | Wind_R1 Horiz | Vert |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | B | 4.3 | 10.1 | 2.3 | 5.3 | 4.5 | 10.4 | 1.0 | 5.2 | -6.6 | -16.2 | -0.5 | -12.5 |
| 2 | C | -4.3 | 10.0 | -2.3 | 5.3 | -4.5 | 10.4 | -1.0 | 5.2 | 0.5 | -12.5 | 6.6 | -16.2 |

| Frame Line | Column Line | Wind_L2 Horiz | Vert | Wind_R2 Horiz | Vert | LnWind1 Horiz | Vert | LnWind2 Horiz | Vert | Seismic_L Horiz | Vert | Seismic_R Horiz | Vert |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | B | -5.8 | -11.5 | 0.3 | -7.9 | -3.0 | -11.2 | -2.2 | -6.6 | -0.3 | -0.2 | 0.3 | 0.2 |
| 2 | C | -0.3 | -7.9 | 5.8 | -11.5 | 3.0 | -11.2 | 2.2 | -6.6 | -0.3 | 0.2 | 0.3 | -0.2 |

| Frame Line | Column Line | LWND1_L2E Horiz | Vert | LWND1_R2E Horiz | Vert | LWND2_L2E Horiz | Vert | LWND2_R2E Horiz | Vert | F2UNB_SL_L Horiz | Vert | F2UNB_SL_R Horiz | Vert |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | B | -0.1 | -1.7 | -0.4 | -0.3 | -0.1 | -1.7 | -0.4 | -0.3 | 1.5 | 2.9 | 1.5 | 1.9 |
| 2 | C | 0.4 | -0.3 | 0.1 | -1.7 | 0.4 | -0.3 | 0.1 | -1.7 | -1.5 | 1.9 | -1.5 | 2.9 |

| Frame Line | Column Line | Dead Horiz | Vert | Collateral Horiz | Vert | Live Horiz | Vert | Snow Horiz | Vert | Wind_L1 Horiz | Vert | Wind_R1 Horiz | Vert |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B | 4.1 | 9.7 | 1.6 | 3.5 | 3.1 | 6.9 | 0.7 | 3.4 | -6.7 | -13.7 | -0.9 | -9.9 |
| 1 | C | -4.1 | 9.6 | -1.6 | 3.5 | -3.1 | 6.9 | -0.7 | 3.4 | 0.9 | -9.9 | 6.7 | -13.7 |

| Frame Line | Column Line | Wind_L2 Horiz | Vert | Wind_R2 Horiz | Vert | LnWind1 Horiz | Vert | LnWind2 Horiz | Vert | Seismic_L Horiz | Vert | Seismic_R Horiz | Vert |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B | -6.1 | -10.6 | -0.4 | -6.8 | -2.1 | -7.5 | -1.5 | -4.4 | -1.0 | -0.6 | 1.0 | 0.6 |
| 1 | C | 0.4 | -6.8 | 6.1 | -10.6 | 2.1 | -7.5 | 1.5 | -4.4 | -1.0 | 0.6 | 1.0 | -0.6 |

| Frame Line | Column Line | LWND1_L2E Horiz | Vert | LWND1_R2E Horiz | Vert | LWND2_L2E Horiz | Vert | LWND2_R2E Horiz | Vert | F3UNB_SL_L Horiz | Vert | F3UNB_SL_R Horiz | Vert |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | B | 0.0 | -1.1 | -0.3 | -0.2 | 0.0 | -1.1 | -0.3 | -0.2 | 1.0 | 2.0 | 1.0 | 1.3 |
| 1 | C | 0.3 | -0.2 | 0.0 | -1.1 | 0.3 | -0.2 | 0.0 | -1.1 | -1.0 | 1.3 | -1.0 | 2.0 |

| Frame Line | Column Line | Dead Horiz | Vert | Collateral Horiz | Vert | Live Horiz | Vert | Snow Horiz | Vert | Wind_L1 Horiz | Vert | Wind_R1 Horiz | Vert |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | B | 1.9 | 5.2 | 2.7 | 6.1 | 5.3 | 12.1 | 1.2 | 5.9 | -11.0 | -23.2 | -1.4 | -16.9 |
| 6 | C | -1.9 | 5.2 | -2.7 | 6.1 | -5.3 | 12.1 | -1.2 | 5.9 | 1.4 | -16.9 | 11.0 | -23.2 |

| Frame Line | Column Line | Wind_L2 Horiz | Vert | Wind_R2 Horiz | Vert | LnWind1 Horiz | Vert | LnWind2 Horiz | Vert | Seismic_L Horiz | Vert | Seismic_R Horiz | Vert |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | B | -10.0 | -17.8 | -0.4 | -11.5 | -3.5 | -13.1 | -2.6 | -7.7 | -1.2 | -0.7 | 1.2 | 0.7 |
| 6 | C | 0.4 | -17.8 | 10.0 | -17.8 | 3.5 | -13.1 | 2.6 | -7.7 | -1.1 | 0.7 | 1.1 | -0.7 |

| Frame Line | Column Line | LWND1_L2E Horiz | Vert | LWND1_R2E Horiz | Vert | LWND2_L2E Horiz | Vert | LWND2_R2E Horiz | Vert | F4UNB_SL_L Horiz | Vert | F4UNB_SL_R Horiz | Vert |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | B | -0.1 | -1.9 | -0.4 | -0.3 | -0.1 | -1.9 | -0.4 | -0.3 | 1.8 | 3.4 | 1.7 | 2.2 |
| 6 | C | 0.4 | -0.3 | 0.1 | -1.9 | 0.4 | -0.3 | 0.1 | -1.9 | -1.7 | 2.2 | -1.8 | 3.4 |

5* Frame lines: 5 4 3

**NOTES FOR REACTIONS**

Building reactions are based on the following building data:

| | |
|---|---|
| Width (ft) | = 98.5 |
| Length (ft) | = 123.0 |
| Eave Height (ft) | = 32.0/ 32.0 |
| Roof Slope (rise/12 ) | = 2.0/ 2.0 |
| Dead Load (psf ) | = 2.5 |
| Collateral Load (psf ) | = 6.0 |
| Roof Live Load(psf ) | = 20.0 |
| Frame Live Load(psf ) | = 12.0 |
| Snow Load (psf ) | = 3.5 |
| Wind Speed (mph ) | = 90.0 |
| Wind Code | = IBC 09 |
| Exposure | = C |
| Closed/Open | = C |
| Importance Wind | = 1.00 |
| Importance Seismic | = 1.00 |
| Seismic Design Category | = A |

ID  Description

1  DL+CL+LL
2  0.60DL+WL1
3  0.60DL+WR1
4  0.60DL+LnWnd1+LWND1_L2E
5  0.60DL+LnWnd1+LWND1_R2E
6  0.60DL+WR2+WS
7  0.60DL+WP+LnWnd2
8  DL+CL+0.75SL+0.75WR2+0.75WS

**BRACED BAY REACTIONS**
(AT LINES B & C)

16.5 K   ⑤      ④
15.8 K
8.3 K    8.3 K
17.6 K   17.6 K

DL 4.0 K
6.7 K
DL + WL 4.0 K

**MAX. EW COLUMN REACTIONS**
AT LINE 6

DL 3.0 K
4.3 K
DL + WL 3.0 K

**MAX. EW. COLUMN REACTIONS**
AT LINE 1

SCHULTE BUILDING SYSTEMS
17400 bastite Road — Hockley, Texas 77447
PHONE: 281.304.6111  877.357.2434
FAX: 281.304.6113
www.Schultebuildingsystems.com

ANCHOR ROD REACTIONS
ROD LEWIS LOS CERRITOS HANGAR BLDG  CUSTOMER: SUPERIOR METAL SERVICES
UVALDE, TX 78801  SAN ANTONIO, TX 78278
P.O. BOX 780849
FR  7/13/12  N.T.S.  73035  A,B,C,  F3 OF  A

DRAWING STATUS
REVISIONS
A  7/20/12  FOR PERMIT & APPROVAL  RD

EXHIBIT 30



FRAME LINES: 1 2

Ⓐ Ⓑ
Ⓓ Ⓒ
COLUMN LINE

H
V

**RIGID FRAME:** MAXIMUM REACTIONS, ANCHOR BOLTS, & BASE PLATES

| Frm Line | Col Line | Column Reactions (k) | | | | | | Anc. Bolt Qty | Bolt Dia | Base_Plate (in) | | | Grout (in) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Load ID | Hmax H | V Vmax | Load ID | Hmin H | V Vmin | | | Width | Length | Thick | |
| 1* | A OR D | 3 | 1.6 | −0.8 | 4 | −2.1 | −0.3 | 4 | 0.750 | 6.000 | 10.50 | 0.500 | 0.0 |
| | | 6 | 0.7 | 7.6 | 5 | 1.6 | −9.3 | | | | | | |

1* Frame lines: 1 2

**RIGID FRAME:** BASIC COLUMN REACTIONS (k )

| Frame Line | Column Line | Dead | | Collateral | | Live | | Snow | | Wind_L1 | | Wind_R1 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Horiz | Vert | Horiz | Vert | Horiz | Vert | Horiz | Vert | Horiz | Vert | Horiz | Vert |
| 1* | A/D | 0.0 | 0.7 | 0.0 | 0.4 | 0.0 | 1.3 | 0.0 | 0.3 | −1.2 | −1.3 | 1.6 | −1.2 |

| Frame Line | Column Line | Wind_L2 | | Wind_R2 | | LnWind1 | | LnWind2 | | Seismic_L | | Seismic_R | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Horiz | Vert | Horiz | Vert | Horiz | Vert | Horiz | Vert | Horiz | Vert | Horiz | Vert |
| 1* | A/D | −2.1 | −0.7 | 0.7 | −0.6 | 1.6 | −9.4 | 0.7 | −8.8 | 0.0 | 0.0 | 0.0 | 0.0 |

| Frame Line | Column Line | LnSeis | | LWND1_L2E | | LWND1_R2E | | LWND2_L2E | | LWND2_R2E | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Horiz | Vert | Horiz | Vert | Horiz | Vert | Horiz | Vert | Horiz | Vert |
| 1* | A/D | 0.0 | −1.5 | 0.0 | −0.3 | 0.0 | −0.1 | 0.0 | −0.3 | 0.0 | −0.1 |

1* Frame lines: 1 2

**NOTES FOR REACTIONS**

Building reactions are based on
the following building data:

| | | |
|---|---|---|
| Width (ft) | = | 13.0 |
| Length (ft) | = | 9.0 |
| Eave Height (ft) | = | 29.8/ 32.0 |
| Roof Slope (rise/12 ) | = | 2.0 |
| Dead Load (psf ) | = | 2.5 |
| Collateral Load (psf ) | = | 6.0 |
| Live Load (psf ) | = | 20.0 |
| Snow Load (psf ) | = | 5.0 |
| Wind Speed (mph ) | = | 90.0 |
| Wind Code | = | IBC 09 |
| Exposure | = | C |
| Closed/Open | = | C |
| Importance Wind | = | 1.00 |
| Importance Seismic | = | 1.00 |
| Seismic Design Category | = | A |

| ID | Description |
|---|---|
| 1 | DL+CL+LL |
| 2 | 0.60DL+WL1 |
| 3 | 0.60DL+WR1 |
| 4 | 0.60DL+WL2 |
| 5 | 0.60DL+LnWnd1+LWND1_L2E |
| 6 | 0.60DL−LnWnd2+LWND2_R2E |

② ①

3.6 K

15.8 K

3.6 K

18.0 K    18.0 K

BRACED BAY REACTIONS
(AT LINES A & D)

EXHIBIT 30

SCHULTE BUILDING SYSTEMS
17900 Beechke Road — Hockley, Texas 77447
PHONE: 281.304.8119  877.257.2634
FAX: 281.304.8113
www.SchulteBuildingSystems.com

DESCRIPTION: ANCHOR ROD REACTIONS    SIZE: REFER TO C1
PROJECT: ROD LEWIS LOS CERRITOS HANGAR BLDG   CUSTOMER: SUPERIOR METAL SERVICES
JOBSITE LOCATION: UVALDE, TX, 78001    ADDRESS: P.O. BOX 780649   SAN ANTONIO, TX, 78278
DRAWN BY: FR   DATE: 7/13/12   SCALE: N.T.S.   JOB NO: 73935   PG: A,B,C,   SHEET NO: f4 OF   REV: A

DRAWING STATUS

FOR APPROVAL:
THESE DRAWINGS, BEING FOR APPROVAL, ARE BY DEFINITION NOT FINAL, AND ARE FOR CONCEPTUAL REPRESENTATION ONLY. THEIR PURPOSE IS TO CONFIRM PROPER INTERPRETATION OF THE PROJECT DOCUMENTS. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

FOR PERMIT:
THESE DRAWINGS, BEING FOR PERMIT, ARE BY DEFINITION NOT FINAL IN THAT, AS A MINIMUM, PIECE MARKINGS ARE NOT IDENTIFIED. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

FOR CONSTRUCTION:
FINAL DRAWINGS.

| REVISIONS | | | | |
|---|---|---|---|---|
| NO. | DATE | DESCRIPTION | BY | CK'D |
| A | 7/20/12 | FOR PERMIT & APPROVAL | RD | |



ROOF FRAMING PLAN
* ATTACH PANEL TO STRUT PURLIN
WITH STANDARD CLIP

CUPOLA ROOF FRAMING PLAN

CUPOLA FRAME CROSS-SECTION
AT LINES 3, 4 & 5

WALL PANEL
(BY OTHERS)

MAIN FRAME RAFTER

ERECTOR NOTES:
1) Roof stropping equally spaced
in bays (As Shown).
2) Do not attach roof panel to purlin
struts (If Required) with clip, unless noted
3) Triple-Lok seam is required.

REFER TO SHEET F1 FOR DIMS

**EXHIBIT 30**



SOFFIT PLAN
26 GA REV. PBU PANEL – POLAR WHITE

EXHIBIT 30



SPLICE PLATE & BOLT TABLE

| Mark | Qty Top | Bot | Int | Type | Dia | Length | Width | Thick | Length |
|---|---|---|---|---|---|---|---|---|---|
| SP-1 | 6 | 6 | 2 | A325 | 1" | 2 3/4" | 1'-0" | 3/4" | 4'-2 1/16" |
| SP-2 | 6 | 6 | 0 | A325 | 3/4" | 2" | 8" | 1/2" | 2'-6 7/8" |
| SP-3 | 6 | 6 | 0 | A325 | 3/4" | 2" | 6" | 1/2" | 2'-7 1/8" |

SPLICE PLATE & BOLT TABLE

| Mark | Qty Top | Bot | Int | Type | Dia | Length | Width | Thick | Length |
|---|---|---|---|---|---|---|---|---|---|
| SP-4 | 4 | 0 | 0 | A325 | 5/8" | 1 3/4" | 6" | 3/8" | 10" |
| SP-5 | 4 | 0 | 0 | A325 | 5/8" | 1 1/4" | 6" | 3/8" | 10" |

FLANGE BRACES: FBxx (1 or 2)
 xx=length(in)
 (1) One Side; (2) Two Sides
 A - 2X2X14Ga

MEMBER TABLE

| Mark | Web Depth Start/End | Web Plate Thick | Length | Outside Flange W x Thk x Length | Inside Flange W x Thk x Length |
|---|---|---|---|---|---|
| RF1-101 | 10.0/10.0 | 0.135 | 108.6 | 6 x 1/4 x 348.9 | 6 x 1/4 x 348.9 |
| | 10.0/10.0 | 0.135 | 240.0 | 6 x 1/4 x 10.3 | |
| RF1-102 | W10X12 | | | | |

MEMBER TABLE

| Mark | Web Depth Start/End | Web Plate Thick | Length | Outside Flange W x Thk x Length | Inside Flange W x Thk x Length |
|---|---|---|---|---|---|
| RF3-1 | 18.0/42.0 | 0.250 | 240.0 | 12 x 3/8 x 372.6 | 12 x 3/8 x 241.2 |
| | 42.0/42.0 | 0.250 | 139.7 | 12 x 3/8 x 42.9 | 12 x 3/8 x 93.4 |
| RF3-2 | 42.0/24.0 | 0.250 | 200.2 | 8 x 5/16 x 193.1 | 8 x 3/8 x 200.9 |
| RF3-3 | 24.0/24.0 | 0.164 | 240.0 | 6 x 1/4 x 108.0 | 6 x 1/4 x 356.0 |
| | 24.0/24.0 | 0.164 | 120.0 | 6 x 5/16 x 252.0 | |
| RF3-4 | 42.0/42.0 | 0.250 | 139.7 | 12 x 3/8 x 42.9 | 12 x 3/8 x 93.4 |
| | 42.0/18.0 | 0.250 | 240.0 | 12 x 3/8 x 372.6 | 12 x 3/8 x 241.2 |

MAIN FRAME ELEVATION: FRAME LINE 1

DRAWING STATUS

☒ FOR APPROVAL:
THESE DRAWINGS, BEING FOR APPROVAL, ARE BY DEFINITION NOT FINAL, AND ARE FOR CONCEPTUAL REPRESENTATION ONLY. THEIR PURPOSE IS TO CONFIRM PROPER INTERPRETATION OF THE PROJECT DOCUMENTS. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

☒ FOR PERMIT:
THESE DRAWINGS, BEING FOR PERMIT, ARE BY DEFINITION NOT FINAL IN THAT, AS A MINIMAL, PIECE MARKINGS ARE NOT IDENTIFIED. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

☐ FOR CONSTRUCTION:
FINAL DRAWINGS.

REVISIONS

| NO. | DATE | DESCRIPTION | BY | CK'D |
|---|---|---|---|---|
| A | 7/20/12 | FOR PERMIT & APPROVAL | RD | |

SCHULTE BUILDING SYSTEMS
17500 Badtke Road — Hockley, Texas 77447
PHONE: 281.304.6111  877.257.2534
FAX: 281.304.6113
www.SchulteBuildingSystems.com

DESCRIPTION: FRAME CROSS-SECTION    SIZE: REFER TO C1
PROJECT: ROD LEWIS LOS CERRITOS HANGAR BLDG.   CUSTOMER: SUPERIOR METAL SERVICES
JOBSITE LOCATION: UVALDE, TX 78801    ADDRESS: P.O. BOX 780849
SAN ANTONIO, TX. 78278

| CAD BY | DRWN BY | DATE | SCALE | JOB NO. | SHT NO. | REV |
|---|---|---|---|---|---|---|
| | FR | 7/13/12 | N.T.S. | 73935 | A,B,C. E3 OF | A |

EXHIBIT 30



MAIN FRAME ELEVATION: FRAME LINE 2

**EXHIBIT 30**



**SPLICE PLATE & BOLT TABLE**

| Mark | Qty Top | Bot | Int | Type | Dia | Length | Width | Thick | Length |
|------|---------|-----|-----|------|-----|--------|-------|-------|--------|
| SP-1 | 6 | 6 | 2 | A325 | 1" | 2 3/4" | 10" | 3/4" | 4'-2 1/16" |
| SP-2 | 6 | 6 | 2 | A325 | 3/4" | 2" | 8" | 1/2" | 3'-0 15/16" |
| SP-3 | 6 | 6 | 2 | A325 | 3/4" | 2" | 6" | 1/2" | 3'-1 3/16" |

FLANGE BRACES: FBxx (1 or 2)
   xx=length(in)
   (1) One Side; (2) Two Sides
B - 2X2X1/8

**MEMBER TABLE**

| Mark | Web Depth Start/End | Web Plate Thick | Length | Outside Flange W x Thk x Length | Inside Flange W x Thk x Length |
|------|---------------------|-----------------|--------|--------------------------------|-------------------------------|
| RFS-1 | 18.0/42.0 | 0.250 | 240.0 | 10 x 5/16" x 360.8 | 10 x 3/8" x 241.2 |
|  | 42.0/42.0 | 0.250 | 93.5 | 10 x 5/16" x 42.8 | 10 x 1/2" x 93.5 |
|  | 42.0/42.0 | 0.375 | 46.3 |  |  |
| RFS-2 | 42.0/30.0 | 0.250 | 200.2 | 8 x 5/16" x 193.2 | 8 x 1/2" x 200.6 |
| RFS-3 | 30.0/30.0 | 0.188 | 120.0 | 6 x 1/4" x 108.0 | 6 x 1/4" x 355.0 |
|  | 30.0/30.0 | 0.164 | 240.0 | 6 x 1/4" x 252.0 |  |
| RFS-4 | 42.0/42.0 | 0.375 | 46.3 | 10 x 5/16" x 42.8 | 10 x 1/2" x 93.5 |
|  | 42.0/42.0 | 0.250 | 93.5 | 10 x 5/16" x 360.8 | 10 x 3/8" x 241.2 |
|  | 42.0/18.0 | 0.250 | 240.0 |  |  |

MAIN FRAME ELEVATION: FRAME LINE 3

**SCHULTE BUILDING SYSTEMS**
17800 Badtke Road – Hockley, Texas 77447
PHONE: 281.304.4111  877.257.2534
FAX: 281.304.4113
www.SchulteBuildingSystems.com

DESCRIPTION FRAME CROSS-SECTION  SIZE REFER TO C1
ROD LEWIS LOS CERRITOS HANGAR BLDG  CUSTOMER SUPERIOR METAL SERVICES
JOBSITE LOCATION UVALDE, TX. 78801  ADDRESS P.O. BOX 780649
SAN ANTONIO, TX. 78278
CAD BY FR  DRWN BY FR  DATE 7/13/12  SCALE N.T.S.  JOB NO. 73935  SHEET NO. E5 OF  ISSUE A

**DRAWING STATUS**

FOR APPROVAL:
☒ THESE DRAWINGS, BEING FOR APPROVAL, ARE BY DEFINITION NOT FINAL, AND ARE FOR CONCEPTUAL REPRESENTATION ONLY. THEIR PURPOSE IS TO CONFIRM PROPER INTERPRETATION OF THE PROJECT DOCUMENTS. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

FOR PERMIT:
☒ THESE DRAWINGS, BEING FOR PERMIT, ARE BY DEFINITION NOT FINAL IN THAT, AS A MINIMUM, PIECE MARKINGS ARE NOT IDENTIFIED. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

☐ FOR CONSTRUCTION:
FINAL DRAWINGS.

REVISIONS
| NO. | DATE | DESCRIPTION | BY | CK'D |
|-----|------|-------------|----|----|
| A | 7/20/12 | FOR PERMIT & APPROVAL | RD |  |

**EXHIBIT 30**



**SPLICE PLATE & BOLT TABLE**

| Mark | Qty Top | Bot | Int | Type | Dia | Length | Width | Thick | Length |
|------|-----|-----|-----|------|-----|--------|-------|-------|--------|
| SP-1 | 6 | 6 | 2 | A325 | 1" | 2 3/4" | 10" | 3/4" | 4'-2 1/16" |
| SP-2 | 6 | 6 | 2 | A325 | 3/4" | 2" | 8" | 1/2" | 3'-0 15/16" |
| SP-3 | 6 | 6 | 2 | A325 | 3/4" | 2" | 6" | 1/2" | 3'-1 3/16" |

FLANGE BRACES: FBxx (1 or 2)
xx=length(in)
(1) One Side; (2) Two Sides
B - 2X2X1/8

**MEMBER TABLE**

| Mark | Web Depth Start/End | Web Plate Thick | Length | Outside Flange W x Thk x Length | Inside Flange W x Thk x Length |
|------|------|------|------|------|------|
| RF1-1 | 18.0/42.0 | 0.250 | 240.0 | 10 x 5/16" x 360.8 | 10 x 3/8" x 241.2 |
|  | 42.0/42.0 | 0.250 | 93.5 | 10 x 5/16" x 42.8 | 10 x 1/2" x 93.5 |
| RF1-2 | 42.0/42.0 | 0.375 | 46.3 |  |  |
| RF1-3 | 42.0/30.0 | 0.250 | 200.2 | 8 x 5/16" x 193.2 | 8 x 1/2" x 200.6 |
|  | 30.0/30.0 | 0.188 | 120.0 | 6 x 1/4" x 108.0 | 6 x 1/4" x 355.0 |
|  | 30.0/30.0 | 0.164 | 240.0 | 6 x 5/16" x 252.0 |  |
| RF1-4 | 42.0/42.0 | 0.375 | 46.3 | 10 x 5/16" x 42.8 | 10 x 1/2" x 93.5 |
|  | 42.0/42.0 | 0.250 | 93.5 | 10 x 5/16" x 360.8 | 10 x 3/8" x 241.2 |
|  | 42.0/18.0 | 0.250 | 240.0 |  |  |

MAIN FRAME ELEVATION: FRAME LINES 4 & 5

**DRAWING STATUS**

☒ FOR APPROVAL:
THESE DRAWINGS, BEING FOR APPROVAL, ARE BY DEFINITION NOT FINAL, AND ARE FOR CONCEPTUAL REPRESENTATION ONLY. THEIR PURPOSE IS TO CONFIRM PROPER INTERPRETATION OF THE PROJECT DOCUMENTS. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

☒ FOR PERMIT:
THESE DRAWINGS, BEING FOR PERMIT, ARE BY DEFINITION NOT FINAL IN THAT, AS A MINIMUM, PIECE MARKINGS ARE NOT IDENTIFIED. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

☐ FOR CONSTRUCTION:
FINAL DRAWINGS.

| REVISIONS | | | | |
|------|------|------|------|------|
| NO. | DATE | DESCRIPTION | BY | CK'D |
| A | 7/20/12 | FOR PERMIT & APPROVAL | RO |  |

**SCHULTE BUILDING SYSTEMS**
17600 Badtke Road — Hockley, Texas 77447
PHONE: 281.304.6111   877.257.2534
FAX: 281.304.6113
www.SchulteBuildingSystems.com

DESCRIPTION: FRAME CROSS-SECTION
JOB: ROD LEWIS LOS CERRITOS HANGAR BLDG.
JOBSITE LOCATION: UVALDE, TX. 78801

CUSTOMER: SUPERIOR METAL SERVICES
ADDRESS: P.O. BOX 780849
SAN ANTONIO, TX. 78278

SIZE: REFER TO C1

CAD BY: FR | DWN BY: FR | DATE: 7/13/12 | SCALE: N.T.S. | JOB NO.: 73935 | SHEET NO.: E6 OF | REV: A

EXHIBIT 30



MAIN FRAME ELEVATION: FRAME LINE 6

SCHULTE BUILDING SYSTEMS

17600 Bauthe Road — Hockley, Texas 77447
PHONE: 281.304.6111  877.257.5534
FAX: 281.304.6113
www.SchulteBuildingSystems.com

DESCRIPTION: FRAME CROSS-SECTION   SIZE: REFER TO C1
DRAWN BY: ROD LEWIS LOS CERRITOS HANGAR BLDG   CUSTOMER: SUPERIOR METAL SERVICES
JOBSITE LOCATION: UVALDE, TX 78801   ADDRESS: P.O. BOX 780849   SAN ANTONIO, TX. 78278
CKD BY   DRAFTED BY: FR   DATE: 7/13/12   SCALE: N.T.S.   JOB NO: 73935   DWG: A,B,C.   SHEET NO: E7 OF   REV: A

DRAWING STATUS

☒ FOR APPROVAL:
THESE DRAWINGS, BEING FOR APPROVAL, ARE BY DEFINITION NOT FINAL, AND ARE FOR CONCEPTUAL REPRESENTATION ONLY. THEIR PURPOSE IS TO CONFIRM PROPER INTERPRETATION OF THE PROJECT DOCUMENTS. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

☒ FOR PERMIT:
THESE DRAWINGS, BEING FOR PERMIT, ARE BY DEFINITION NOT FINAL IN THAT, AS A MINIMUM, PIECE MARKINGS ARE NOT IDENTIFIED. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

☐ FOR CONSTRUCTION:
FINAL DRAWINGS.

| REVISIONS | | | | |
|---|---|---|---|---|
| NO. | DATE | DESCRIPTION | BY | CKD |
| A | 7/20/12 | FOR PERMIT & APPROVAL | RD | |

EXHIBIT 30



SIDEWALL FRAMING: FRAME LINE C

WIND BENT DETAIL

SECTION "A"

SECTION "B"

SECTION "C"

SECTION "D"

| MEMBER TABLE | |
| FRAME LINE C | |
| MARK | PART |
| E-1 | 10.25E12 |
| E-2 | 10.25E12 |
| E-3 | 10.25E12 |
| E-4 | 10.25E14 |
| G-9 | W12x16 |
| G-10 | W14x22 |
| G-11 | C12x30 |
| G-12 | W12x16 |
| G-13 | W14x22 |
| RD-1 | RD1250 |

DRAWING STATUS

FOR APPROVAL:
THESE DRAWINGS, BEING FOR APPROVAL, ARE BY DEFINITION NOT FINAL, AND ARE FOR CONCEPTUAL REPRESENTATION ONLY. THEIR PURPOSE IS TO CONFIRM PROPER INTERPRETATION OF THE PROJECT DOCUMENTS. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

FOR PERMIT:
THESE DRAWINGS, BEING FOR PERMIT, ARE BY DEFINITION NOT FINAL. IN THAT, AS A MINIMUM, PIECE MARKINGS ARE NOT IDENTIFIED. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

FOR CONSTRUCTION:
FINAL DRAWINGS.

| NO. | DATE | DESCRIPTION | BY | CK'D |
| A | 7/20/12 | FOR PERMIT & APPROVAL | RO | |

SBS
SCHULTE BUILDING SYSTEMS
17600 Badtke Road – Hockley, Texas 77447
PHONE: 281.304.8111  877.257.2534
FAX: 281.304.6113
www.SchulteBuildingSystems.com

SIDEWALL ELEVATION   SIZE   REFER TO C1
ROD LEWIS LOS CERRITOS HANGAR BLDG   CUSTOMER  SUPERIOR METAL SERVICES
ADDRESS  P.O. BOX 780649
UVALDE, TX 78801   SAN ANTONIO, TX. 78278
DRAWN BY  FR   DATE 2/13/12   SCALE N.T.S.   JOB NO. 73035   SHEET NO. A,B,C,   E8  OF   ISSUE A

EXHIBIT 30



SIDEWALL FRAMING: FRAME LINE B

WIND BENT DETAIL

SECTION "A"

SECTION "B"

SECTION "C"

SECTION "D"

SCHULTE BUILDING SYSTEMS
17600 Botika Road – Hockley, Texas 77447
PHONE. 281.304.6111 877.257.2534
FAX: 281.304.6113
www.SchulteBuildingSystems.com

EXHIBIT 30



SIDEWALL ELEVATION: FRAME LINE A

SIDEWALL ELEVATION: FRAME LINE D

ENDWALL ELEVATION: FRAME LINE 2

SECTION "A"

SECTION "B"

SECTION "C"

SECTION "D"

SECTION "E"

**EXHIBIT 30**



FLANGE BRACE TABLE
FRAME LINE 6

| V/D | MARK | LENGTH |
|---|---|---|
| 1 | FB2A | 2'-9 1/2" |

MEMBER TABLE
FRAME LINE 6

| MARK | PART |
|---|---|
| EC-1 | W16B63 |
| EC-2 | W16B63 |
| G-1 | W8x10 |
| G-2 | W8x10 |
| G-3 | W8x10 |
| G-14 | W10x12 |
| G-15 | W10x12 |
| G-16 | W10x12 |

ENDWALL FRAMING: FRAME LINE 6

SECTION "A"

SECTION "B"

SECTION "C"

DRAWING STATUS

☒ FOR APPROVAL
THESE DRAWINGS, BEING FOR APPROVAL, ARE BY DEFINITION NOT FINAL, AND ARE FOR CONCEPTUAL REPRESENTATION ONLY. THEIR PURPOSE IS TO CONFIRM PROPER INTERPRETATION OF THE PROJECT DOCUMENTS. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

☒ FOR PERMIT
THESE DRAWINGS, BEING FOR PERMIT, ARE BY DEFINITION NOT FINAL IN THAT, AS A MINIMAL, PRICE MARKINGS ARE NOT IDENTIFIED. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

☐ FOR CONSTRUCTION

☐ FINAL DRAWINGS

REVISIONS

| NO. | DATE | DESCRIPTION | BY | CHK |
|---|---|---|---|---|
| A | 7/20/12 | FOR PERMIT & APPROVAL | EO | |

SBS
SCHULTE BUILDING SYSTEMS
17500 Radtke Road – Hockley, Texas 77447
PHONE: 281.304.8111 877.237.2334
FAX: 281.304.9113
www.SchulteBuildingSystems.com

DESCRIPTION: ENDWALL ELEVATION
PROJECT: ROD LEWIS LOS CERRITOS HANGAR BLDG.
JOBSITE LOCATION: UVALDE, TX. 78801
CUSTOMER: SUPERIOR METAL SERVICES
ADDRESS: P.O. BOX 780849
SAN ANTONIO, TX. 78278

| DRAWN BY | DATE | SCALE | JOB NO. |
|---|---|---|---|
| FR | 7/13/12 | N.T.S. | 73935 |

SIZE: REFER TO C1
SHEET NO. E11 OF

EXHIBIT 30



ENDWALL FRAMING: FRAME LINE 1

ENDWALL SHEETING: FRAME LINE 1

26 GA PBR PANEL - Need Std Color

SECTION "A"

SECTION "B"

SECTION "C"

SCHULTE BUILDING SYSTEMS
17600 Badtke Road — Hockley, Texas 77447
PHONE: 281.304.8111 877.257.2534
FAX: 281.304.8113
www.SchulteBuildingSystems.com

| DESCRIPTION | ENDWALL ELEVATION | SIZE | REFER TO C1 |
| CUSTOMER | SUPERIOR METAL SERVICES |
| JOB NAME | ROD LEWIS LOS CERRITOS HANGAR BLDG. |
| JOBSITE LOCATION | UVALDE, TX 78801 | ADDRESS | P.O. BOX 780649 SAN ANTONIO, TX 78278 |

EXHIBIT 30

DRAWING STATUS

FOR APPROVAL:
THESE DRAWINGS, BEING FOR APPROVAL, ARE BY DEFINITION NOT FINAL, AND ARE FOR CONCEPTUAL REPRESENTATION ONLY. THEIR PURPOSE IS TO CONFIRM PROPER INTERPRETATION OF THE PROJECT DOCUMENTS. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

FOR PERMIT:
THESE DRAWINGS, BEING FOR PERMIT, ARE BY DEFINITION NOT FINAL IN THAT, AS A MINIMAL, PIECE MARKINGS ARE NOT IDENTIFIED. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

FOR CONSTRUCTION:
FINAL DRAWINGS.

| NO. | DATE | DESCRIPTION | BY | CK'D |
|---|---|---|---|---|
| A | 7/20/12 | FOR PERMIT & APPROVAL | RD | |

REVISIONS

| CAD BY | DRAFT BY | DATE | SCALE | JOB NO. |
| | FR | 7/13/12 | N.T.S. | 73935 |



**EXHIBIT 30**



SECTION "Z"

**EXHIBIT 30**



INTERIOR FRAME ELEVATION: FRAME LINE 2
SPANDREL BEAM NOT SHOWN FOR CLARITY

GUIDE BEAM PLAN: BETWEEN LINES 1 & 2

MEMBER TABLE
FRAME LINE 2

| MARK | PART |
|------|------|
| EC-7 | W8x18 |
| EC-8 | W8x18 |
| EC-9 | W8x18 |
| EC-10 | W8x18 |
| EC-11 | W8x18 |

DRAWING STATUS

☒ FOR APPROVAL:
THESE DRAWINGS, BEING FOR APPROVAL, ARE BY DEFINITION NOT FINAL, AND ARE FOR CONCEPTUAL REPRESENTATION ONLY. THEIR PURPOSE IS TO CONFIRM PROPER INTERPRETATION OF THE PROJECT DOCUMENTS. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

☒ FOR PERMIT:
THESE DRAWINGS, BEING FOR PERMIT, ARE BY DEFINITION NOT FINAL IN THAT, AS A MINIMUM, PIECE MARKINGS ARE NOT IDENTIFIED. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

☐ FOR CONSTRUCTION:
FINAL DRAWINGS.

REVISIONS

| NO. | DATE | DESCRIPTION | BY | CKT |
|-----|------|-------------|-----|-----|
| A | 7/20/12 | FOR PERMIT & APPROVAL | RD | |

SBS
SCHULTE BUILDING SYSTEMS
17800 Bodho Road – Hockley, Texas 77447
PHONE: 281.304.4111  877.257.2534
FAX: 281.304.0115
www.SchulteBuildingSystems.com

DESCRIPTION: ENDWALL ELEVATION        SIZE: REFER TO C1
DRAWN BY: ROD LEWIS LOS CERRITOS HANGAR BLDG.   CUSTOMER: SUPERIOR METAL SERVICES
JOBSITE LOCATION: UVALDE, TX 78801   ADDRESS: P.O. BOX 780849
                                              SAN ANTONIO, TX 78278
CAD BY: FR   DWG'D BY: 7/13/12   SCALE: N.T.S.   JOB NO.: 73935   PART DWG REV: A,B,C   SHEET NO.: E15 OF   ISSUE: A

EXHIBIT 30



Mid-Span Support Detail

Interior Header BM To Stub Column Det.

Exterior Header BM To Stub Column Det.

Header/Guide System Support Cross Section

Header Welding Requirements

After Completed Installation And All Final
Adjustments Have Been Made For Plum Level,
Field Weld Slotted Connections As per Shown.

DRAWING STATUS

FOR APPROVAL:
THESE DRAWINGS, BEING FOR APPROVAL, ARE BY DEFINITION NOT
FINAL, AND ARE FOR CONCEPTUAL REPRESENTATION ONLY. THEIR
PURPOSE IS TO CONFIRM PROPER INTERPRETATION OF THE PROJECT
DOCUMENTS. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE
CONSIDERED AS COMPLETE.

FOR PERMIT:
THESE DRAWINGS, BEING FOR PERMIT, ARE BY DEFINITION NOT FINAL
IN THAT, AS A MINIMUM, PIECE MARKINGS ARE NOT IDENTIFIED. ONLY
DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS
COMPLETE.

FOR CONSTRUCTION:
FINAL DRAWINGS.

REVISIONS

| NO. | DATE | DESCRIPTION | BY | CK'D |
|-----|------|-------------|----|----|
| A | 7/20/12 | FOR PERMIT & APPROVAL | RD | |

SCHULTE BUILDING SYSTEMS
17600 Badtke Road - Hockley, Texas 77447
PHONE: 281.304.6111  877.257.2534
FAX: 281.304.6113
www.SchulteBuildingSystems.com

DESCRIPTION: GUIDE/HEADER DETAILS
PROJECT: ROD LEWIS LOS CERRITOS HANGAR BLDG.
JOBSITE LOCATION: UVALDE, TX. 78801
SIZE: REFER TO C1
CUSTOMER: SUPERIOR METAL SERVICES
ADDRESS: P.O. BOX 780849
SAN ANTONIO, TX. 78278

| CAD BY | DRAWN BY | DATE | SCALE | JOB NO. | PM | DWG TITLE | SHEET NO. | ISSUE |
|--------|----------|------|-------|---------|----|----|----|----|
| | FR | 7/13/12 | N.T.S. | 73935 | | A,B,C, | E16 OF | A |

EXHIBIT 30



EXHIBIT 30



EXHIBIT 30



① Member Screw at 12" O.C.
② Stitch Screw at 12" O.C.
③ Panel Closure

**Soffit Section At Opening Header**

**Soffit Plan**

**Door System Soffit Section**

**System Beam Seal**

**SOFFIT PLAN: BETWEEN LINES 1 & 2**
26 GA RPBU SOFFIT

**DRAWING STATUS**

☒ FOR APPROVAL:
THESE DRAWINGS, BEING FOR APPROVAL, ARE BY DEFINITION NOT FINAL, AND ARE FOR CONCEPTUAL REPRESENTATION ONLY. THEIR PURPOSE IS TO CONFIRM PROPER INTERPRETATION OF THE PROJECT DOCUMENTS. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

☒ FOR PERMIT:
THESE DRAWINGS, BEING FOR PERMIT, ARE BY DEFINITION NOT FINAL IN THAT, AS A MINIMAL, PIECE MARKINGS ARE NOT IDENTIFIED. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

☐ FOR CONSTRUCTION:
FINAL DRAWINGS.

REVISIONS

| NO. | DATE | DESCRIPTION | BY | CK'D |
|-----|------|-------------|-----|------|
| A | 7/20/12 | FOR PERMIT & APPROVAL | RD | |

**SCHULTE BUILDING SYSTEMS**
17600 Beattie Road – Hockley, Texas 77447
PHONE: 281.304.6111  877.257.2534
FAX: 281.304.6113
www.SchulteBuildingSystems.com

DESCRIPTION: SOFFIT PLAN
SIZE: REFER TO C1
CUSTOMER: SUPERIOR METAL SERVICES

JOB NAME: ROD LEWIS LOS CERRITOS HANGAR BLDG.
ADDRESS: P.O. BOX 700849
LOCATION: UVALDE, TX. 78801
SAN ANTONIO, TX. 78278

CAD BY | DRAFTED BY | DATE | SCALE | JOB NO.
| FR | 7/13/12 | N.T.S. | 73935 |
PH DWG: A,B,C | SHEET NO: E19 OF | ISSUE: A

**EXHIBIT 30**



| Roof Uplift and Wall Suction Strap Details | SD102 |
| Strut Purlin and Spacer Detail — Interior | SD108 |
| Girt to Hot Rolled Endwall Column Connection | SD44 |
| Interior Bay Purlin Framing | SD50 |
| Eave Strut at Interior Column — Flush Sidewall | SD58 |
| Cable or Rod Brace to Frame Connection | SD66 |
| Eave Panel Support Detail | SD156 |

DRAWING STATUS

☒ FOR APPROVAL.
THESE DRAWINGS, BEING FOR APPROVAL, ARE BY DEFINITION NOT FINAL, AND ARE FOR CONCEPTUAL REPRESENTATION ONLY. THEIR PURPOSE IS TO CONFIRM PROPER INTERPRETATION OF THE PROJECT DOCUMENTS. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

☒ FOR PERMIT.
THESE DRAWINGS, BEING FOR PERMIT, ARE BY DEFINITION NOT FINAL IN THAT, AS A MINIMUM, PIECE MARKINGS ARE NOT IDENTIFIED. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

☐ FOR CONSTRUCTION.
FINAL DRAWINGS.

SCHULTE BUILDING SYSTEMS
17800 Badtke Road – Hockley, Texas 77447
PHONE: 281.304.6111  877.257.2534
FAX: 281.304.6113
www.SchulteBuildingSystems.com

DESCRIPTION: DETAIL DRAWINGS
PROJECT: ROD LEWIS LOS CERRITOS HANGAR BLDG.
JOB SITE LOCATION: UVALDE, TX. 78801
SIZE: REFER TO C1
CUSTOMER: SUPERIOR METAL SERVICES
ADDRESS: P.O. BOX 780849
SAN ANTONIO, TX. 78278

CAD BY: FR
DRAWN BY: FR
DATE: 7/13/12
SCALE: N.T.S.
JOB NO.: 73935
SHEET NO.: D1 OF
ISSUE: A

| NO. | DATE | DESCRIPTION | BY | CKD |
| A | 7/20/12 | FOR PERMIT & APPROVAL | RO | |

EXHIBIT 30



EXHIBIT 30



| Drawing | Drawing No. |
|---|---|
| Downspout to Gutter Attachment Detail | TD95 |
| Downspout Kickout and Splice Detail — 3 1/2" x 5 3/8" Roll-Form | TD96 |
| Downspout Strap Attachment Detail — PBR — 3 1/2" x 5 3/8" Roll-Form | TD98 |
| Eave Canopy Downspout Detail | TD99 |
| Expansion End Cap Assembly | TD110 |
| Expansion Ridge Cap — TS-324/VS-216 | TD111X |
| Starting Rake Detail — VS-216 — Standard Rake - Open Wall (On Module) | TD152X |
| Finish Rake Detail — VS-216 — Standard Rake - Sheeted Wall (Off Module) (Option 1) | TD154X |
| High Eave Transition Detail — VS-216 | TD156 |
| Roof Panel Sections — VS-216 TripleLok™ Seam | TD158 |

EXHIBIT 30

SCHULTE BUILDING SYSTEMS
17800 Badtke Road – Hockley, Texas 77447
PHONE: 281.304.4111  877.257.2534
FAX: 281.304.4113
www.SchulteBuildingSystems.com

DRAWING STATUS

FOR APPROVAL:
THESE DRAWINGS, BEING FOR APPROVAL, ARE BY DEFINITION NOT FINAL, AND ARE FOR CONCEPTUAL REPRESENTATION ONLY. THEIR PURPOSE IS TO CONFIRM PROPER INTERPRETATION OF THE PROJECT DOCUMENTS. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

FOR PERMIT:
THESE DRAWINGS, BEING FOR PERMIT, ARE BY DEFINITION NOT FINAL IN THAT, AS A MINIMUM, PIECE MARKINGS ARE NOT IDENTIFIED. ONLY DRAWINGS ISSUED "FOR CONSTRUCTION" CAN BE CONSIDERED AS COMPLETE.

FOR CONSTRUCTION:
FINAL DRAWINGS.

REVISIONS
| NO. | DATE | DESCRIPTION | BY | CK'D |
|---|---|---|---|---|
| A | 7/20/12 | FOR PERMIT & APPROVAL | RD | |

DESCRIPTION DETAIL DRAWINGS   SIZE REFER TO C1
PROJECT ROD LEWIS LOS CERRITOS HANGAR BLDG.   CUSTOMER SUPERIOR METAL SERVICES
JOBSITE LOCATION UVALDE, TX. 78801   ADDRESS P.O. BOX 780549   SAN ANTONIO, TX. 78278
CAD BY: FR   DRAWN BY: 7/13/12   SCALE N.T.S.   JOB NO. 73935   SHEET NO. D3 OF   REV. A



EXHIBIT 30

# DEFENDANT'S EXHIBIT 31

## September 19, 2012

As requested the following is a narrative of the process the PEMB has taken since contract. This recap includes the dates and tasks talked about by Steve Schiffman in our meeting Monday a week ago. It also notates for the record dates of other occurrences that have affected the time line.

## Los Cerritos PEMB Schedule

May 17th: Meeting with owner receiving commitment to go to contract. Mr. Lewis executed the contract subject to attorney review and issued instructions to proceed. Discussion was held on the eave height of the ridged frame structure in relation to the tail height of a newer plane that was to be accommodated. Although it was the intention based on Mr. Lewis's commitment to the contract to issue a purchase order on the metal building immediately, the analysis of the newer plane requirements put this in abeyance.

May 21st: Owner's attorney with held contract signature page until contract legal ease was completed

May 31st: Contract executed signature page signed by all parties received

June 15th: Receive instructions and height to raise rigid frame structure eave to accommodate newer plane.

June 21st: Completed discussions with the building manufacturer in regards to eave height change

June 21st: Issued purchase order to the building manufacturer

July 7th: Released order for embeds based on information to date

July 25th: Received the PEMB shop drawings

July 31st: Received shop drawing approval with notation that they were subject to other architectural revisions. Manufacturer requests notification of any other changes.

Aug 6th: Change of block wall height forwarded to manufacturer for load and reaction analysis

Aug 8th: Manufacturer responded to reaction and load analysis of the wall height change

Aug 10th: Manufacturer instructed to start detailing shop drawings

EXHIBIT 31

EXHIBIT 31

<u>August 20<sup>th</sup> thru August 23rd:</u>  Poured foundation

<u>Aug 24th:</u>  Anchor bolt as built survey completed and provided to manufacturer for detailing

<u>September 20<sup>th</sup>:</u> Anticipated date for detailing to be completed and building main frame to go into manufacturing

<u>October 15<sup>th</sup>:</u>  The anticipated date that building main frame will be delivered to site.

We are working towards getting the paving prepped and poured in the next few weeks and the septic system is scheduled to be installed at the end of this week/beginning of next. The remaining trench drains are to be set by Monday.

Respectfully submitted,

Jack Green,
Project Manager



# DEFENDANT'S EXHIBIT 32

From:        John Grable [jgrable@johngrable.com]
Sent:        Wednesday, September 19, 2012 8:36 PM
To:          Steve Schiffman; Jack Green
Cc:          Matthew Martinez
Subject:     RE: Los Cerritos

**From:** John Grable
**Sent:** Wednesday, September 19, 2012 4:28 PM
**To:** John Grable
**Subject:** Re: Los Cerritos

Steve and Jack

Thanks you for the report!

I am thinking this must have been a real challenge as it has been 10 days since we met to discuss the project schedule changes at GC offices.
We knew from the following events that a revision in the original project schedule was eminent after a positive Uvalde site visit with Rod on August 9th Jack stated that the building delivery was 3-4 weeks away - then on September 7th the building delivery was now another 4-5 weeks away and was counter to everything I had been told up to that date.

We just need a record to reflect reasons why - as the history of feedback since May - have certain events have affected the schedule and the answer has always been - no we are on track with original schedule –this is then recorded in my weekly reports. I needed your help to explain this sudden change 4-1/2 months into an 8 month project after being told schedule has not change.

Did not leverage your draw request as I had already submitted that for approval without your written response - my original request to Jack was to explain the sudden change in the project schedule during this draw request approval process by including your written explanation. But I could not wait any longer and moved forward.
As you can probably imagine this was a big shock to Tom and I and we were just trying to manage this important detail change from our end of the table....that is all!

Thank you for your offer to assist in changeover of material board but I was not so inclined to go throw another painful episode to get this produced as I assumed you needed all that time to deliver this report. This is why Tom and I took charge of the material sample wall change over to promote a positive flow of information to the client. We know how important it is to stay ahead of the process with respect to flow of positive information and do not want to deal with repercussions if we don't.

I will be sending you additional information for pricing of the new wood siding material as the ply boo has been rejected due to poor performance of product.
We believe we have a good alternative for our client and are excited for him to review for approval.

Thank you for working hard on pushing your metal building supplier to deliver this critical path item! Glad you are committed to the project!

Is it safe to say that for the month of September SBS field work for the project includes:
1. remaining tench drains are to be set

SBS 0686

**EXHIBIT 32**

2. water curing and foundation form boards removed
3. septic system to be installed
4. conducting inter office operations toward getting paving prepped and poured in the next few weeks (not the concrete apron at the front door)

Thank you for all your hard work and dedication
Best
John


Sent from my iPad

On Sep 19, 2012, at 9:35 AM, "Steve Schiffman" <sschiffman@sbsworld.net> wrote:

John,

I will be glad to get you guys any information requested and also to continue working with you guys on the site material mock up. Please understand that Jack is still in the lead as project manager and he supplied both you and Tom with the updated schedule that was requested in the meeting. If you want a narrative then I will have Jack provide one. That is simple. It is unnecessary to iterate your interpretation of my responsibilities and to tie a simple report to the draw. Tom does not have to take over any perceived SBS responsibilities. No requests have been received to my knowledge for any assistance. I will discuss this directly with Tom. Communicate what is needed with reasonable time to respond and we will do so. SBS will gladly provide anything necessary to service the project or your firm. We have been working daily with our supplier to make things happen on the building fabrication and to reduce time lines of construction. SBS has a vested interest in doing so.

Call me for any further discussion.schedule

Steve

Stephen S. Schiffman
President - SBS Construction
17 Scenic Loop Road
Boerne, Texas 78006
210.379.7708


On Sep 18, 2012, at 11:07 PM, "John Grable" <jgrable@johngrable.com> wrote:

Gentlemen
We processed the draw request and co #2
Stephen
Since you took the lead on schedule adjustment changes
Please address in writing exactly what you stated in meeting with Tom and I

Jack was silent as you did all the talking
I want you to put in writing exactly what you said

SBS 0687

**EXHIBIT 32**

We are on high center until you perform
You took the lead in scheduling meeting not Jack

Tom is making changes to site material mock up so you can focus full attention to this past request

Respectfully

John

John Grable FAIA

www.johngrable.com

Begin forwarded message:

> **From:** Thomas Pittman <TPittman@lewisenergy.com>
> **Date:** September 18, 2012 6:25:58 PM CDT
> **To:** John Grable <jgrable@johngrable.com>
> **Subject: Los Cerritos**
>
> Hello John,
>
> I am in receipt of your letter from Jack Green regarding the schedule response. However, it still does not address what we are looking for. Let me try to make this clear. I want a detailed written explanation as to what the specifics were that impacted the schedule regarding the PEMB building. It simply needs to be the same response and reason we heard from them in our last meeting.
>
> The rain delays and the supplier issues are academic as to the impact of the PEMB delivery. We recognize these delays to an extent and understand how they can impact the schedule but we still need to have a record of the delays on the PEMB. This is not meant to be a negative thing or an attempt to assess blame. It is simply something we need to have in our files as a form of documentation. Furthermore, in doing this we can have a record of why there was a delay because of changing the building size etc. I don't want to have to reconstruct this at the end of the project when we are asked why we missed the original completion date.
>
> I'm sure SBS will do everything possible regarding making up days on the schedule. Please keep this email between us. I don't mind you sharing concerns with SBS but his email needs to remain confidential.
>
> I hope this helps.
>
> Regards.

SBS 0688

**EXHIBIT 32**

Thomas L. Pittman
Director of Construction, Lewis Energy Grp.
tpittman@lewisenergy.com
work: (210) 384-5892
cell:   (210) 262-1686
10067 Jones Maltsberger
San Antonio, Tx.  78216

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY
CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS
PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C.
SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY
ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY
TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL,
SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE
INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION,
COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS
MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN
ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY
BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES
SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

SBS 0689

From:           John Grable [jgrable@johngrable.com]
Sent:           Friday, October 19, 2012 7:27 PM
To:            Jack Green; Steve Schiffman; Tom Pittman
Subject:       Uvalde Hangar

What are you guys doing?
No responses
No reports
No performance
Need too discuss tonight when i land from Chicago!!!!

Taking off now

John Grable FAIA

www.johngrable.com

Begin forwarded message:

> From: Rod Lewis <Rod@lewisenergy.com>
> Date: October 19, 2012, 7:21:58 PM CDT
> To: John Grable <jgrable@johngrable.com>
> Cc: Thomas Pittman <TPittman@lewisenergy.com>, Parnak Charkhchi
> <PCharkhchi@lewisenergy.com>, "'tony@weigandcmc.com'" <tony@weigandcmc.com>
> Subject: Re: Cowboy House - Additional Drawings
>
> I will be standing by John. I also went by Uvalde today to check on progress. We still have not poured the slab to ramp area. I was asked to sign another draw request, but don't understand what they are drawing upon as there has been barely any progress since the original slab was poured I'm guessing 45 days ago now at least.
>
> Can you explain why I would be asked to pay additional monies now? Thanks.

From: John Grable [mailto:jgrable@johngrable.com]
Sent: Friday, October 19, 2012 06:58 PM
To: Rod Lewis
Cc: Thomas Pittman; Parnak Charkhchi
Subject: Cowboy House - Additional Drawings

Rod,

Conference in Chicago very productive and inspiring, team continuing to move forward on single Cowboy Housing. I have attached additional drawings which show development of project, including cost efficient removal of Main Kitchen Laundry east porch as discussed in previous emails. The complex is really developing, bare necessities combined with elemental materials will tie together beautifully with the land!!!

will send renderings showing material pallet as well as additional images from Terrell Hills project showing stucco finish

Respectfully,

SBS 0690

**EXHIBIT 32**

John



**JOHN GRABLE FAIA**
222 Austin Hwy #1 San Antonio, TX 78209
p 210.820.3332  ·  210.820.3334
www.johngrable.com

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

SBS 0691

# DEFENDANT'S EXHIBIT 33

EXHIBIT 33



| ID | 🛈 | Task Name | Duration | Start | Finish |
|---|---|---|---|---|---|
| 1 | | Single Story Hangar (12,800) square ft | 178 days | Thu 4/26/12 | Mon 12/31/12 |
| 2 | | General Conditions | 35 days | Wed 5/2/12 | Fri 6/22/12 |
| 3 | ✓ | Receive notice to proceed and sign contract | 3 days | Thu 5/31/12 | Mon 6/4/12 |
| 4 | 🔲 | Prepare and submit project schedule | 2 days | Wed 5/2/12 | Thu 5/3/12 |
| 5 | ✓ | Prepare and submit schedule of values | 2 days | Thu 5/31/12 | Fri 6/1/12 |
| 6 | ✓ | Obtain building permits | 2 days | Tue 6/5/12 | Wed 6/6/12 |
| 7 | ✓ | Submit preliminary shop drawings | 2 wks | Mon 6/11/12 | Fri 6/22/12 |
| 8 | | Long Lead Procurement | 74 days | Thu 4/26/12 | Tue 8/7/12 |
| 9 | 🔲 | Submit shop drawings and order long lead items - steel | 2 wks | Wed 5/2/12 | Tue 5/15/12 |
| 10 | 🔲 | Submit Shop drawings and long lead items - storefront | 2 wks | Thu 4/26/12 | Wed 5/9/12 |
| 11 | ✓ | Submit shop drawings and order long lead items - plumbing | 2 wks | Tue 5/29/12 | Mon 6/11/12 |
| 12 | ✓ | Submit shop drawings and order long lead items - electric | 2 wks | Tue 5/29/12 | Mon 6/11/12 |
| 13 | ✓ | Submit shop drawings and order long lead items - HVAC | 2 wks | Tue 5/29/12 | Mon 6/11/12 |
| 14 | | Detail, fabricate and deliver steel | 12 wks | Wed 5/16/12 | Tue 8/7/12 |
| 15 | | Mobilize on Site | 5 days | Tue 6/5/12 | Mon 6/11/12 |
| 16 | | Install temporary power | 1 day | Tue 6/5/12 | Tue 6/5/12 |
| 17 | ✓ | Install temporary water service | 2 days | Tue 6/5/12 | Wed 6/6/12 |
| 18 | | Set up site office | 2 days | Thu 6/7/12 | Fri 6/8/12 |
| 19 | | Set line and grade benchmarks | 1 day | Mon 6/11/12 | Mon 6/11/12 |
| 20 | | Site Grading and Utilities | 21 days | Tue 6/12/12 | Tue 7/10/12 |
| 21 | 🔲 | Rough grade site (cut and fill) | 2.4 wks | Tue 6/12/12 | Wed 6/27/12 |
| 22 | | Install storm drainage | 3 days | Thu 6/28/12 | Mon 7/2/12 |
| 23 | | Perform final site grading | 2 days | Mon 7/2/12 | Tue 7/3/12 |
| 24 | | Erect building batter boards and layout building | 1 wk | Wed 7/4/12 | Tue 7/10/12 |
| 25 | | Foundations | 25 days | Wed 7/11/12 | Tue 8/14/12 |
| 26 | | Excavate foundations | 1 wk | Wed 7/11/12 | Tue 7/17/12 |
| 27 | | Form column piers and spread foundations | 3 days | Wed 7/18/12 | Fri 7/20/12 |
| 28 | 🔲 | Rough-in electric and plumbing | 6 days | Tue 7/17/12 | Tue 7/24/12 |
| 29 | | Set reinforcing and anchor bolts | 3 days | Mon 7/23/12 | Wed 7/25/12 |
| 30 | | Pour column piers and foundations | 5 days | Thu 7/26/12 | Wed 8/1/12 |
| 31 | | Inspect piers and foundations | 2 days | Thu 8/2/12 | Fri 8/3/12 |
| 32 | | Strip column piers and foundation forms | 7 days | Mon 8/6/12 | Tue 8/14/12 |
| 33 | | Steel Erection | 45 days | Wed 8/15/12 | Tue 10/16/12 |
| 34 | | Erect steel columns, beams and joist - 1st and 2nd floors | 3 wks | Wed 8/15/12 | Tue 9/4/12 |
| 35 | | Install miscellaneous iron and bracing - 1st and 2nd floors | 2 wks | Wed 9/5/12 | Tue 9/18/12 |
| 36 | | Install roof | 2 wks | Wed 9/19/12 | Tue 10/2/12 |
| 37 | | Install stairs and miscellaneous metal | 1 wk | Wed 10/3/12 | Tue 10/9/12 |
| 38 | | Touch-up paint on steel | 1 wk | Wed 10/10/12 | Tue 10/16/12 |
| 39 | | Carpentry Work | 10 days | Wed 10/3/12 | Tue 10/16/12 |
| 40 | | Install exterior sheathing and metal studs | 2 wks | Wed 10/3/12 | Tue 10/16/12 |
| 41 | | Masonry Work | 81 days | Tue 6/12/12 | Tue 10/2/12 |
| 42 | | Rough-in plumbing at toilets and masonry walls | 1 wk | Tue 6/12/12 | Mon 6/18/12 |
| 43 | | Install exterior masonry work | 6 wks | Wed 8/15/12 | Tue 9/25/12 |
| 44 | | Install tile in toilet rooms | 1 wk | Tue 6/19/12 | Mon 6/25/12 |
| 45 | | Clean masonry | 1 wk | Wed 9/26/12 | Tue 10/2/12 |
| 46 | | Clean toilet room tile | 1 wk | Tue 6/26/12 | Mon 7/2/12 |
| 47 | | Paving | 6 days | Mon 8/6/12 | Fri 8/10/12 |
| 48 | | Install concrete taxiway | 3 days | Mon 8/6/12 | Wed 8/8/12 |

Page 1

SBS 0699

EXHIBIT 33

| ID | | Task Name | Duration | Start | Finish |
|---|---|---|---|---|---|
| 49 | | Install concrete drives | 2 days | Thu 8/9/12 | Fri 8/10/12 |
| 50 | | Window wall and store front closures | 25 days | Wed 9/26/12 | Tue 10/30/12 |
| 51 | | Install interior stud walls and drywall | 3 wks | Wed 10/3/12 | Tue 10/23/12 |
| 52 | | Install interior doors and hardware | 1 wk | Wed 10/24/12 | Tue 10/30/12 |
| 53 | | Install store front doors and hardware | 2 wks | Wed 9/26/12 | Tue 10/9/12 |
| 54 | | Building Finishes | 30 days | Wed 10/24/12 | Tue 12/4/12 |
| 55 | | Install millwork and wood trim | 1 wk | Wed 10/24/12 | Tue 10/30/12 |
| 56 | | Paint walls and woodwork | 1 wk | Wed 10/31/12 | Tue 11/6/12 |
| 57 | | Install conduit at ceiling plenum space | 1 wk | Wed 10/24/12 | Tue 10/30/12 |
| 58 | | Install duct in ceiling plenum space | 1 wk | Wed 10/31/12 | Tue 11/6/12 |
| 59 | | Install ceiling grid | 2 wks | Wed 11/7/12 | Tue 11/20/12 |
| 60 | | Install ceiling tile | 2 wks | Wed 11/21/12 | Tue 12/4/12 |
| 61 | | Paint Concrete floors | 2 wks | Wed 11/21/12 | Tue 12/4/12 |
| 62 | | Install hardware and accessories | 1 wk | Wed 11/7/12 | Tue 11/13/12 |
| 63 | | Plumbing | 15 days | Wed 10/24/12 | Tue 11/13/12 |
| 64 | | Rough-in plumbing in drywall walls | 1 wk | Wed 10/24/12 | Tue 10/30/12 |
| 65 | | Set plumbing fixtures and trim | 1 wk | Wed 10/31/12 | Tue 11/6/12 |
| 66 | | Flush, test, and clean piping and fixtures | 1 wk | Wed 11/7/12 | Tue 11/13/12 |
| 67 | | Electrical | 121 days | Tue 6/12/12 | Tue 11/27/12 |
| 68 | | Rough-in electrical in masonry walls | 1 wk | Tue 6/12/12 | Mon 6/18/12 |
| 69 | | Rough-in electrical in drywall walls | 1 wk | Wed 10/24/12 | Tue 10/30/12 |
| 70 | | Pull wire in conduit and set area transformers | 1 wk | Wed 10/31/12 | Tue 11/6/12 |
| 71 | | Install and terminate electrical devices | 2 wks | Wed 11/7/12 | Tue 11/20/12 |
| 72 | | Make electrical terminations for HVAC equipment | 1 day | Wed 11/7/12 | Wed 11/7/12 |
| 73 | | Install light fixtures - test and clean | 1 wk | Wed 11/21/12 | Tue 11/27/12 |
| 74 | | Heating and Ventilating - AC | 50 days | Wed 9/26/12 | Tue 12/4/12 |
| 75 | | Rough-in mechanical in masonry walls | 1 wk | Wed 9/26/12 | Tue 10/2/12 |
| 76 | | Rough-in mechanical in drywall walls | 1 wk | Wed 9/26/12 | Tue 10/2/12 |
| 77 | | Install duct in building chase | 1 wk | Wed 10/3/12 | Tue 10/9/12 |
| 78 | | Set HVAC trim and test and balance system | 2 wks | Wed 11/21/12 | Tue 12/4/12 |
| 79 | | Final Clean-up and Occupancy | 35 days | Wed 10/24/12 | Tue 12/11/12 |
| 80 | | Install carpet | 1 wk | Wed 10/24/12 | Tue 10/30/12 |
| 81 | | Final Clean | 4 days | Wed 10/31/12 | Mon 11/5/12 |
| 82 | | Remove debris from building and do final clean-up | 4 days | Wed 12/5/12 | Mon 12/10/12 |
| 83 | | Substantial completion date | 1 day | Tue 12/11/12 | Tue 12/11/12 |
| 84 | | Complete Final Inspections | 3 days | Tue 12/11/12 | Thu 12/13/12 |
| 85 | | Perform architect's inspection | 1 day | Tue 12/11/12 | Tue 12/11/12 |
| 86 | | Perform local building agency inspection | 1 day | Wed 12/12/12 | Wed 12/12/12 |
| 87 | | Perform Fire Marshal's inspection | 1 day | Thu 12/13/12 | Thu 12/13/12 |
| 88 | | Complete punch list items from all inspections | 2 wks | Fri 12/14/12 | Thu 12/27/12 |
| 89 | | Obtain certificate of occupancy | 2 days | Fri 12/28/12 | Mon 12/31/12 |
| 90 | | Issue final completion documents including warranties | 1 day | Fri 12/28/12 | Fri 12/28/12 |

SBS 0700

EXHIBIT 33



| ID | ⓘ | Task Name | Duration | Start | Finish |
|---|---|---|---|---|---|
| 1 | | Single Story Hangar (12,800) square ft | 174 days | Thu 4/26/12 | Mon 12/31/12 |
| 2 | | General Conditions | 38 days | Wed 5/2/12 | Fri 6/22/12 |
| 3 | ✓ | Receive notice to proceed and sign contract | 3 days | Thu 5/31/12 | Mon 6/4/12 |
| 4 | ▣ | Prepare and submit project schedule | 2 days | Wed 5/2/12 | Thu 5/3/12 |
| 5 | ✓ | Prepare and submit schedule of values | 2 days | Thu 5/31/12 | Fri 6/1/12 |
| 6 | ✓ | Obtain building permits | 2 days | Tue 6/5/12 | Wed 6/6/12 |
| 7 | ✓ | Submit preliminary shop drawings | 2 wks | Mon 6/11/12 | Fri 6/22/12 |
| 8 | | Long Lead Procurement | 74 days | Thu 4/26/12 | Tue 8/7/12 |
| 9 | ▣ | Submit shop drawings and order long lead items - steel | 2 wks | Wed 5/2/12 | Tue 5/15/12 |
| 10 | ▣ | Submit Shop drawings and long lead items - storefront | 2 wks | Thu 4/26/12 | Wed 5/9/12 |
| 11 | ✓ | Submit shop drawings and order long lead items - plumbing | 2 wks | Tue 5/29/12 | Mon 6/11/12 |
| 12 | ✓ | Submit shop drawings and order long lead items - electric | 2 wks | Tue 5/29/12 | Mon 6/11/12 |
| 13 | ✓ | Submit shop drawings and order long lead items - HVAC | 2 wks | Tue 5/29/12 | Mon 6/11/12 |
| 14 | | Detail, fabricate and deliver steel | 12 wks | Wed 5/16/12 | Tue 8/7/12 |
| 15 | | Mobilize on Site | 5 days | Tue 6/5/12 | Mon 6/11/12 |
| 16 | | Install temporary power | 1 day | Tue 6/5/12 | Tue 6/5/12 |
| 17 | ✓ | Install temporary water service | 2 days | Tue 6/5/12 | Wed 6/6/12 |
| 18 | | Set up site office | 2 days | Thu 6/7/12 | Fri 6/8/12 |
| 19 | | Set line and grade benchmarks | 1 day | Mon 6/11/12 | Mon 6/11/12 |
| 20 | | Site Grading and Utilities | 21 days | Tue 6/12/12 | Tue 7/10/12 |
| 21 | ▣ | Rough grade site (cut and fill) | 2.4 wks | Tue 6/12/12 | Wed 6/27/12 |
| 22 | | Install storm drainage | 3 days | Thu 6/28/12 | Mon 7/2/12 |
| 23 | | Perform final site grading | 2 days | Mon 7/2/12 | Tue 7/3/12 |
| 24 | | Erect building batter boards and layout building | 1 wk | Wed 7/4/12 | Tue 7/10/12 |
| 25 | | Foundations | 25 days | Wed 7/11/12 | Tue 8/14/12 |
| 26 | | Excavate foundations | 1 wk | Wed 7/11/12 | Tue 7/17/12 |
| 27 | | Form column piers and spread foundations | 3 days | Wed 7/18/12 | Fri 7/20/12 |
| 28 | ▣ | Rough-in electric and plumbing | 6 days | Tue 7/17/12 | Tue 7/24/12 |
| 29 | | Set reinforcing and anchor bolts | 3 days | Mon 7/23/12 | Wed 7/25/12 |
| 30 | | Pour column piers and foundations | 5 days | Thu 7/26/12 | Wed 8/1/12 |
| 31 | | Inspect piers and foundations | 2 days | Thu 8/2/12 | Fri 8/3/12 |
| 32 | | Strip column piers and foundation forms | 7 days | Mon 8/6/12 | Tue 8/14/12 |
| 33 | | Steel Erection | 45 days | Wed 8/15/12 | Tue 10/16/12 |
| 34 | | Erect steel columns, beams and joist - 1st and 2nd floors | 3 wks | Wed 8/15/12 | Tue 9/4/12 |
| 35 | | Install miscellaneous iron and bracing - 1st and 2nd floors | 2 wks | Wed 9/5/12 | Tue 9/18/12 |
| 36 | | Install roof | 2 wks | Wed 9/19/12 | Tue 10/2/12 |
| 37 | | Install stairs and miscellaneous metal | 1 wk | Wed 10/3/12 | Tue 10/9/12 |
| 38 | | Touch-up paint on steel | 1 wk | Wed 10/10/12 | Tue 10/16/12 |
| 39 | | Carpentry Work | 10 days | Wed 10/3/12 | Tue 10/16/12 |
| 40 | | Install exterior sheathing and metal studs | 2 wks | Wed 10/3/12 | Tue 10/16/12 |
| 41 | | Masonry Work | 81 days | Tue 6/12/12 | Tue 10/2/12 |
| 42 | | Rough-in plumbing at toilets and masonry walls | 1 wk | Tue 6/12/12 | Mon 6/18/12 |
| 43 | | Install exterior masonry work | 6 wks | Wed 8/15/12 | Tue 9/25/12 |
| 44 | | Install tile in toilet rooms | 1 wk | Tue 6/19/12 | Mon 6/25/12 |
| 45 | | Clean masonry | 1 wk | Wed 9/26/12 | Tue 10/2/12 |
| 46 | | Clean toilet room tile | 1 wk | Tue 6/26/12 | Mon 7/2/12 |
| 47 | | Paving | 5 days | Mon 8/6/12 | Fri 8/10/12 |
| 48 | | Install concrete taxiway | 3 days | Mon 8/6/12 | Wed 8/8/12 |

SBS 0701

EXHIBIT 33



| ID | ❶ | Task Name | Duration | Start | Finish |
|---|---|---|---|---|---|
| 49 | | Install concrete drives | 2 days | Thu 8/9/12 | Fri 8/10/12 |
| 50 | | Window wall and store front closures | 25 days | Wed 9/26/12 | Tue 10/30/12 |
| 51 | | Install interior stud walls and drywall | 3 wks | Wed 10/3/12 | Tue 10/23/12 |
| 52 | | Install interior doors and hardware | 1 wk | Wed 10/24/12 | Tue 10/30/12 |
| 53 | | Install store front doors and hardware | 2 wks | Wed 9/26/12 | Tue 10/9/12 |
| 54 | | Building Finishes | 30 days | Wed 10/24/12 | Tue 12/4/12 |
| 55 | | Install millwork and wood trim | 1 wk | Wed 10/24/12 | Tue 10/30/12 |
| 56 | | Paint walls and woodwork | 1 wk | Wed 10/31/12 | Tue 11/6/12 |
| 57 | | Install conduit at ceiling plenum space | 1 wk | Wed 10/24/12 | Tue 10/30/12 |
| 58 | | Install duct in ceiling plenum space | 1 wk | Wed 10/31/12 | Tue 11/6/12 |
| 59 | | Install ceiling grid | 2 wks | Wed 11/7/12 | Tue 11/20/12 |
| 60 | | Install ceiling tile | 2 wks | Wed 11/21/12 | Tue 12/4/12 |
| 61 | | Paint Concrete floors | 2 wks | Wed 11/21/12 | Tue 12/4/12 |
| 62 | | Install hardware and accessories | 1 wk | Wed 11/7/12 | Tue 11/13/12 |
| 63 | | Plumbing | 15 days | Wed 10/24/12 | Tue 11/13/12 |
| 64 | | Rough-in plumbing in drywall walls | 1 wk | Wed 10/24/12 | Tue 10/30/12 |
| 65 | | Set plumbing fixtures and trim | 1 wk | Wed 10/31/12 | Tue 11/6/12 |
| 66 | | Flush, test, and clean piping and fixtures | 1 wk | Wed 11/7/12 | Tue 11/13/12 |
| 67 | | Electrical | 121 days | Tue 6/12/12 | Tue 11/27/12 |
| 68 | | Rough-in electrical in masonry walls | 1 wk | Tue 6/12/12 | Mon 6/18/12 |
| 69 | | Rough-in electrical in drywall walls | 1 wk | Wed 10/24/12 | Tue 10/30/12 |
| 70 | | Pull wire in conduit and set area transformers | 1 wk | Wed 10/31/12 | Tue 11/6/12 |
| 71 | | Install and terminate electrical devices | 2 wks | Wed 11/7/12 | Tue 11/20/12 |
| 72 | | Make electrical terminations for HVAC equipment | 1 day | Wed 11/7/12 | Wed 11/7/12 |
| 73 | | Install light fixtures - test and clean | 1 wk | Wed 11/21/12 | Tue 11/27/12 |
| 74 | | Heating and Ventilating - AC | 50 days | Wed 9/26/12 | Tue 12/4/12 |
| 75 | | Rough-in mechanical in masonry walls | 1 wk | Wed 9/26/12 | Tue 10/2/12 |
| 76 | | Rough-in mechanical in drywall walls | 1 wk | Wed 9/26/12 | Tue 10/2/12 |
| 77 | | Install duct in building chase | 1 wk | Wed 10/3/12 | Tue 10/9/12 |
| 78 | | Set HVAC trim and test and balance system | 2 wks | Wed 11/21/12 | Tue 12/4/12 |
| 79 | | Final Clean-up and Occupancy | 35 days | Wed 10/24/12 | Tue 12/11/12 |
| 80 | | Install carpet | 1 wk | Wed 10/24/12 | Tue 10/30/12 |
| 81 | | Final Clean | 4 days | Wed 10/31/12 | Mon 11/5/12 |
| 82 | | Remove debris from building and do final clean-up | 4 days | Wed 12/5/12 | Mon 12/10/12 |
| 83 | ⊞ | Substantial completion date | 1 day | Tue 12/11/12 | Tue 12/11/12 |
| 84 | | Complete Final Inspections | 3 days | Tue 12/11/12 | Thu 12/13/12 |
| 85 | | Perform architect's inspection | 1 day | Tue 12/11/12 | Tue 12/11/12 |
| 86 | | Perform local building agency inspection | 1 day | Wed 12/12/12 | Wed 12/12/12 |
| 87 | | Perform Fire Marshal's inspection | 1 day | Thu 12/13/12 | Thu 12/13/12 |
| 88 | | Complete punch list items from all inspections | 2 wks | Fri 12/14/12 | Thu 12/27/12 |
| 89 | | Obtain certificate of occupancy | 2 days | Fri 12/28/12 | Mon 12/31/12 |
| 90 | | Issue final completion documents including warranties | 1 day | Fri 12/28/12 | Fri 12/28/12 |

SBS 0702

# DEFENDANT'S EXHIBIT 34

**Jennie Briggs**

| | |
|---|---|
| **From:** | Jack Green <jgreen@sbsworld.net> |
| **Sent:** | Tuesday, September 11, 2012 6:48 PM |
| **To:** | John Grabie |
| **Cc:** | Thomas Pittman |
| **Subject:** | Schedule |
| **Attachments:** | Schedule Revised by SSS 9-10-12.pdf |

John/Tom,

Please see revised schedule. Doing everything possible to tighten it back up.

Let me know if you have any questions.

Thanks,

Jack R Green
LEED Green Associate
Project Manager | Business Development
SBS Construction and Development
17 Scenic Loop Rd
Boerne, TX 78006

`10-789-1898 cell
d30-981-5308 fax

Redacted

**EXHIBIT 34**

# DEFENDANT'S EXHIBIT 35

EXHIBIT 35



| ID | ❶ | Task Name | Duration | Start | Finish |
|---|---|---|---|---|---|
| 1 | | Single Story Hangar (12,800) square ft | 200 days? | Thu 4/26/12 | Wed 1/30/13 |
| 2 | | General Conditions | 38 days | Wed 5/2/12 | Fri 6/22/12 |
| 3 | ✓ | Receive notice to proceed and sign contract | 3 days | Thu 5/31/12 | Mon 6/4/12 |
| 4 | ⬛ | Prepare and submit project schedule | 2 days | Wed 5/2/12 | Thu 5/3/12 |
| 5 | ✓ | Prepare and submit schedule of values | 2 days | Thu 5/31/12 | Fri 6/1/12 |
| 6 | ✓ | Obtain building permits | 2 days | Tue 6/5/12 | Wed 6/6/12 |
| 7 | ✓ | Submit preliminary shop drawings | 2 wks | Mon 6/11/12 | Fri 6/22/12 |
| 8 | | Long Lead Procurement | 126 days? | Thu 4/26/12 | Thu 10/18/12 |
| 9 | ✓ | Submit shop drawings and order long lead items - steel | 51 days? | Fri 6/15/12 | Fri 8/24/12 |
| 10 | ✓ | Raise height of building | 5 days? | Fri 6/15/12 | Thu 6/21/12 |
| 11 | ✓ | Issue building purchase order | 1 day | Tue 7/24/12 | Tue 7/24/12 |
| 12 | ✓ | Receive shop drawings | 5 days? | Wed 7/25/12 | Tue 7/31/12 |
| 13 | ✓ | Change roof design | 3 days | Mon 8/6/12 | Wed 8/8/12 |
| 14 | ✓ | Anchor bolt survey/as-built | 2 days | Thu 8/23/12 | Fri 8/24/12 |
| 15 | ⬛ | Submit Shop drawings and long lead items - storefront | 2 wks | Thu 4/26/12 | Wed 5/9/12 |
| 16 | ✓ | Submit shop drawings and order long lead items - plumbing | 2 wks | Tue 5/29/12 | Mon 6/11/12 |
| 17 | ✓ | Submit shop drawings and order long lead items - electric | 2 wks | Tue 5/29/12 | Mon 6/11/12 |
| 18 | ✓ | Submit shop drawings and order long lead items - HVAC | 2 wks | Tue 5/29/12 | Mon 6/11/12 |
| 19 | ⬛ | Detail, fabricate and deliver steel | 8 wks | Fri 8/24/12 | Thu 10/18/12 |
| 20 | | Mobilize on Site | 5 days | Tue 6/5/12 | Mon 6/11/12 |
| 21 | | Install temporary power | 1 day | Tue 6/5/12 | Tue 6/5/12 |
| 22 | ✓ | Install temporary water service | 2 days | Tue 6/5/12 | Wed 6/6/12 |
| 23 | | Set up site office | 2 days | Thu 6/7/12 | Fri 6/8/12 |
| 24 | | Set line and grade benchmarks | 1 day | Mon 6/11/12 | Mon 6/11/12 |
| 25 | | Site Grading and Utilities | 21 days | Tue 6/12/12 | Tue 7/10/12 |
| 26 | ⬛ | Rough grade site (cut and fill) | 2.4 wks | Tue 6/12/12 | Wed 6/27/12 |
| 27 | | Install storm drainage | 3 days | Thu 6/28/12 | Mon 7/2/12 |
| 28 | | Perform final site grading | 2 days | Mon 7/2/12 | Tue 7/3/12 |
| 29 | | Erect building batter boards and layout building | 1 wk | Wed 7/4/12 | Tue 7/10/12 |
| 30 | | Foundations | 38 days | Wed 7/11/12 | Fri 8/31/12 |
| 31 | | Excavate foundations | 1 wk | Wed 7/11/12 | Tue 7/17/12 |
| 32 | | Form column piers and spread foundations | 3 days | Wed 7/18/12 | Fri 7/20/12 |
| 33 | ⬛ | Rough-in electric and plumbing | 6 days | Tue 7/17/12 | Tue 7/24/12 |
| 34 | | Set reinforcing and anchor bolts | 3 days | Mon 7/23/12 | Wed 7/25/12 |
| 35 | ⬛ | Pour column piers and foundations | 5 days | Tue 8/14/12 | Mon 8/20/12 |
| 36 | | Inspect piers and foundations | 2 days | Tue 8/21/12 | Wed 8/22/12 |
| 37 | | Strip column piers and foundation forms | 7 days | Thu 8/23/12 | Fri 8/31/12 |
| 38 | | Steel Erection | 30 days | Fri 10/19/12 | Thu 11/29/12 |
| 39 | ⬛ | Erect steel columns, beams and joist - 1st and 2nd floors | 2 wks | Fri 10/19/12 | Thu 11/1/12 |
| 40 | | Install miscellaneous iron and bracing - 1st and 2nd floors | 1 wk | Fri 11/2/12 | Thu 11/8/12 |
| 41 | | Install roof | 1 wk | Fri 11/9/12 | Thu 11/15/12 |
| 42 | | Install stairs and miscellaneous metal | 1 wk | Fri 11/16/12 | Thu 11/22/12 |
| 43 | | Touch-up paint on steel | 1 wk | Fri 11/23/12 | Thu 11/29/12 |
| 44 | | Carpentry Work | 10 days | Fri 11/16/12 | Thu 11/29/12 |
| 45 | | Install exterior sheathing and metal studs | 2 wks | Fri 11/16/12 | Thu 11/29/12 |
| 46 | | Masonry Work | 84 days | Tue 6/12/12 | Fri 10/5/12 |
| 47 | | Rough-in plumbing at toilets and masonry walls | 1 wk | Tue 6/12/12 | Mon 6/18/12 |
| 48 | | Install exterior masonry work | 4 wks | Mon 9/3/12 | Fri 9/28/12 |
| 49 | | Install tile in toilet rooms | 1 wk | Tue 6/19/12 | Mon 6/25/12 |

Project: Commercial Construction
Date: Tue 9/11/12

| | | | |
|---|---|---|---|
| Critical | ▭ | Task | ▭ |
| Critical Split | ⋯⋯ | Split | ⋯⋯ |
| Critical Progress | ▬▬ | Task Progress | ▬▬ |

| | | | |
|---|---|---|---|
| Baseline | ▭ | Milestone | ◆ |
| Baseline Split | ⋯⋯ | Summary Progress | ▬▬ |
| Baseline Milestone | ◇ | Summary | ▬▬ |

| | | | |
|---|---|---|---|
| Project Summary | ▬▬ | Deadline | ⇩ |
| External Tasks | ▭ | | |
| External Milestone | ◆ | | |

Page 1

TRIBAR_0000

EXHIBIT 35

| ID | ❶ | Task Name | Duration | Start | Finish |
|----|---|-----------|----------|-------|--------|
| 50 | | Clean masonry | 1 wk | Mon 10/1/12 | Fri 10/5/12 |
| 51 | | Clean toilet room tile | 1 wk | Tue 6/26/12 | Mon 7/2/12 |
| 52 | | Paving | 5 days | Thu 8/23/12 | Wed 8/29/12 |
| 53 | | Install concrete taxiway | 3 days | Thu 8/23/12 | Mon 8/27/12 |
| 54 | | Install concrete drives | 2 days | Tue 8/28/12 | Wed 8/29/12 |
| 55 | | Window wall and store front closures | 49 days | Mon 10/1/12 | Thu 12/6/12 |
| 56 | | Install interior stud walls and drywall | 2 wks | Fri 11/16/12 | Thu 11/29/12 |
| 57 | | Install interior doors and hardware | 1 wk | Fri 11/30/12 | Thu 12/6/12 |
| 58 | | Install store front doors and hardware | 1 wk | Mon 10/1/12 | Fri 10/5/12 |
| 59 | | Building Finishes | 20 days | Fri 11/30/12 | Thu 12/27/12 |
| 60 | | Install millwork and wood trim | 1 wk | Fri 11/30/12 | Thu 12/6/12 |
| 61 | | Paint walls and woodwork | 1 wk | Fri 12/7/12 | Thu 12/13/12 |
| 62 | | Install conduit at ceiling plenum space | 1 wk | Fri 11/30/12 | Thu 12/6/12 |
| 63 | | Install duct in ceiling plenum space | 1 wk | Fri 12/7/12 | Thu 12/13/12 |
| 64 | | Install ceiling grid | 1 wk | Fri 12/14/12 | Thu 12/20/12 |
| 65 | | Install ceiling tile | 1 wk | Fri 12/21/12 | Thu 12/27/12 |
| 66 | | Paint Concrete floors | 1 wk | Fri 12/21/12 | Thu 12/27/12 |
| 67 | | Install hardware and accessories | 1 wk | Fri 12/14/12 | Thu 12/20/12 |
| 68 | | Plumbing | 15 days | Fri 11/30/12 | Thu 12/20/12 |
| 69 | | Rough-in plumbing in drywall walls | 1 wk | Fri 11/30/12 | Thu 12/6/12 |
| 70 | | Set plumbing fixtures and trim | 1 wk | Fri 12/7/12 | Thu 12/13/12 |
| 71 | | Flush, test, and clean piping and fixtures | 1 wk | Fri 12/14/12 | Thu 12/20/12 |
| 72 | | Electrical | 148 days | Tue 6/12/12 | Thu 1/3/13 |
| 73 | | Rough-in electrical in masonry walls | 1 wk | Tue 6/12/12 | Mon 6/18/12 |
| 74 | | Rough-in electrical in drywall walls | 1 wk | Fri 11/30/12 | Thu 12/6/12 |
| 75 | | Pull wire in conduit and set area transformers | 1 wk | Fri 12/7/12 | Thu 12/13/12 |
| 76 | | Install and terminate electrical devices | 2 wks | Fri 12/14/12 | Thu 12/27/12 |
| 77 | | Make electrical terminations for HVAC equipment | 1 day | Fri 12/14/12 | Fri 12/14/12 |
| 78 | | Install light fixtures - test and clean | 1 wk | Fri 12/28/12 | Thu 1/3/13 |
| 79 | | Heating and Ventilating - AC | 69 days | Mon 10/1/12 | Thu 1/3/13 |
| 80 | | Rough-in mechanical in masonry walls | 1 wk | Mon 10/1/12 | Fri 10/5/12 |
| 81 | | Rough-in mechanical in drywall walls | 1 wk | Mon 10/1/12 | Fri 10/5/12 |
| 82 | | Install duct in building chase | 1 wk | Mon 10/8/12 | Fri 10/12/12 |
| 83 | | Set HVAC trim and test and balance system | 2 wks | Fri 12/21/12 | Thu 1/3/13 |
| 84 | | Final Clean-up and Occupancy | 30 days | Fri 11/30/12 | Thu 1/10/13 |
| 85 | | Install carpet | 1 wk | Fri 11/30/12 | Thu 12/6/12 |
| 86 | | Final Clean | 4 days | Fri 12/7/12 | Wed 12/12/12 |
| 87 | | Remove debris from building and do final clean-up | 4 days | Fri 1/4/13 | Wed 1/9/13 |
| 88 | ▦ | Substantial completion date | 1 day | Thu 1/10/13 | Thu 1/10/13 |
| 89 | | Complete Final Inspections | 3 days | Thu 1/10/13 | Mon 1/14/13 |
| 90 | | Perform architect's inspection | 1 day | Thu 1/10/13 | Thu 1/10/13 |
| 91 | | Perform local building agency inspection | 1 day | Fri 1/11/13 | Fri 1/11/13 |
| 92 | | Perform Fire Marshal's Inspection | 1 day | Mon 1/14/13 | Mon 1/14/13 |
| 93 | | Complete punch list items from all inspections | 2 wks | Tue 1/15/13 | Mon 1/28/13 |
| 94 | | Obtain certificate of occupancy | 2 days | Tue 1/29/13 | Wed 1/30/13 |
| 95 | | Issue final completion documents including warranties | 1 day | Tue 1/29/13 | Tue 1/29/13 |

Project: Commercial Construction
Date: Tue 9/11/12

| | | | |
|---|---|---|---|
| Critical | Task | Baseline | Milestone |
| Critical Split | Split | Baseline Split | Summary Progress |
| Critical Progress | Task Progress | Baseline Milestone ◇ | Summary |

| | | |
|---|---|---|
| Project Summary | Deadline |
| External Tasks | |
| External Milestone ◆ | |

Page 2

TRIBAR_000(

EXHIBIT 35



TRIBAR_000(

EXHIBIT 35



TRIBAR_000(

# DEFENDANT'S EXHIBIT
36



# JOHN GRABLE

A R C H I T E C T S - I N C

## WEEKLY PROGRESS REPORT

Project: Los Cerritos Hangar – UVALDE, TEXAS

Date Issued: 10.05.2012

Subject: PROJECT CONSTRUCTION PROCESS REPORT #17 - Week Ending 10-05-12

Present: Compilation of numerous conversations with the following team members:

Rod Lewis – Tom Pittman – Lingo Gonzales - (LEG – GCC- TBR)

John Grable, FAIA-JGA
Matt Martinez, JGA Project Captain – (JGA)
Jack Green, Construction Manager - SBS Construction – (SBS)
Don Barker PE - Don Barker and Associates

Victor De Anda PE – Synergy Structural Engineering, Inc. (SSE, Inc)

1. Draw Application #003 has been approved for the amount of $28,286.11 SBS has provide a conditional lien waiver which is validated upon receipt of Tri Bar payment check.

2. Change Order #2 to add two rows of the upper clerestory windows has been signed by JGA based upon e mail approval by Rod on Tuesday September 4, 2012. Window frame finish for fixed and operable is mill finished aluminum to blend in with metal siding material that will be galvanized metal we are also presenting galvalum for profile options not available but preferred profile for consideration. JGA invoice for services And SBS Draw Request and CO #2 was JGA hand deliver to TP GCC on Friday. See attachements.



3. SBS stated still on target for main steel frame delivery to site on October 15, 2012. This matches current updated schedule. Erection will begin the same week of delivery.

4. Rod has approved the exotic hardwood Angelim Pedra 5/4 x 6 inch boards as presented on the hangar material wall mockup. Product will be sealed with SW spar polyurethane. Wood material is scheduled for interior use only for the one story office and slapping quarter walls.



EXHIBIT 36

5. SBS and JGA gathering metal siding profiles for Hangar material wall mockup. Rod has stated he would like to see galvanized metal used for a more traditional hill country look. We are also presenting galvalum metal for siding profiles not available in galvanized



6. Tom and I are excited about this metal panel profile as a great candidate for the hill country look we are maintaining for the new hangar. Believe this is a "reverse roll u –panel "that can be produced in galvanized and galvalum material. SBS and JGA both have larger samples in the works from two sources so can get one or the other by the upcoming mid week

7. Concrete will be poured for Hangar door front apron (r bar steel is in place) as soon as local concrete supplier (only and small business concrete supplier around) has been paid for last foundation pour.

Respectfully

John Grable FAIA

Distribution: Rod Lewis, Tom Pittman, Parnak

Prepared By: John J. Grable FAIA

Date Issued: 10.05.2012

222 Austin Highway #1          Tel: 210.822.3332
San Antonio TX, 78209          Fax: 210.822.3334

EXHIBIT 36

# DEFENDANT'S EXHIBIT 37

**From:** John Grable <jgrable@johngrable.com>
**Sent:** Friday, November 02, 2012 4:25 PM
**To:** 'Jack Green'
**Cc:** Thomas Pittman

Jack

Received your draw request # 4
Light draw for +- $3,500....

1.See no request for concrete for concrete pour for the hangar apron?...
We have had one rain this month...steel in place and paid for is rusting
When are you going to pour concrete?
2. thanks for phone call update regarding building delivery scheduled for Wed Nov 7, 2012.
SBS sending equipment out this week for steel erection immediately upon building delivery
As discussed have narrowed metal panel selection to D Panel 26 gauge Galvanized and have requested approval from Owner
Need updated shop drawings from you on PEB from Shulte – want to track down roof trim and soffit details.
Please verify steel erection begins this week.
3. Are you getting letter from Shulte Building Systems regarding delays – especially the chronic revised and missed delivery dates you provided Tom Pittman and myself.

Thank you

John

## JOHN GRABLE
ARCHITECTS - INC

JOHN GRABLE FAIA
222 Austin Hwy #1 San Antonio, TX 78209
p 210.820.3332   f 210.820.3334
www.johngrable.com

1

**EXHIBIT 37**

# DEFENDANT'S EXHIBIT 38

| | |
|---|---|
| **From:** | John Grable <jgrable@johngrable.com> |
| **Sent:** | Friday, November 02, 2012 5:34 PM |
| **To:** | Rod Lewis |
| **Cc:** | PCharkhchi@lewisenergy.com; 'tony@weigandcmc.com'; tpittman@lewisenergy.com; Matthew Martinez |
| **Subject:** | Uvalde Hangar building delivery |

Rod

Following up on our last discussions regarding rigid building frame delivery for the Uvalde Hangar discussed during our meeting October 22, 2012:

BOTTOM LINE AFTER VERIFYING TODAY @ 4 PM WITH ERIC KEYES – BUILDING SALESMAN WITH BUILDING SUPPLIER SHULTE BUILDING SYSTEMS that on TUESDAY 11-6-12 – FOUR –FIVE TRUCKS WILL BE LOADED WITH REMAINING BUILDING COMPONENTS AND DELIVERED TO UVALDE SITE ON WED 11-7-12.
SBS HAS INFORMED TOM PITTMAN AND I THEY ARE SENDING OUT EQUIPTMENT TO SITE TO BEGIN THE IMMEDIATE ERECTION OF THE RIGID BUILDING FRAME.

With building delivery and erection at Uvalde site for Wed/Thursday next week outlined below is proactive backup plan to ensure timely completion of Hangar Structure.
Outline of Tom Pittman and JGA immediate response to the chronic misinformation for specific building delivery dates provided by SBS after our discussions during 10-22-12 meeting to prepare for Option #3 (Glacier Cap take over construction)

1. Ascertain real schedule of building delivery schedule – not "inconsistent and incorrect" delivery dates provided by SBS.
    a. Answer : JGA made direct contact with Building Supplier - Shulte Building Systems located in Hockley, Texas. After numerous conversations with the salesman Eric Keys 281-304-6111 regarding exact building delivery dates versus dates provided by SBS productions schedules were completely different than what we have been informed by SBS Contractors. Building supplier stated over commitment on their part has exceeded their capacity to provide a timely delivery of building product. Their response was honest and straight forward leaving us befuddled by SBS responses to specific delivery dates.
2. Call to action by TP and JGA that simple truthful answers by Schulte Building Systems were better than ones provided by SBS on delivery dates – JGA delivered Construction Documents to TP who has released to skillful and qualified subs and suppliers for pricing for same scope of work as contracted by SBS.


Rod

We are moving forward to provide you options as we continue to press SBS to perform as negotiated – discussed – and contracted for. Payment status to SBS foir work performed is not overdrawn or payed. We want to proivide more options to protect and complete this great project without any further delays and mis information received by SBS..

Respectfully

Iohn

PS

1

EXHIBIT 38

Office sending up to date Construction Documentslater today
I am available to discuss if required but we have a proactive game plan moving forward to protect your interests



JOHN GRABLE FAIA
222 Austin Hwy #1 San Antonio, TX 78209
p 210.820.3332    f 210.820.3334
www.johngrable.com

2

**EXHIBIT 38**

# DEFENDANT'S EXHIBIT 39

| From: | John Grable <jgrable@johngrable.com> |
|---|---|
| Sent: | Monday, November 12, 2012 8:24 PM |
| To: | Jack Green |
| Cc: | Matthew Martinez; Jack Green; Tom Pittman |
| Subject: | Re: RIGID FRAME - WIND BENT CONFLICTS |

Jack

Thanks again and please no more field modifications as these remedies will not be accepted. Looking forward to Schulte Building Systems official response.

John

John Grable FAIA

www.johngrable.com

On Nov 12, 2012, at 5:30 PM, "Jack Green" <jgreen@sbsworld.net> wrote:

> Aware of this issue, working on remedies, have some answers tomorrow.
>
> Thanks,
>
> Jack Green
> SBS Construction and Development
> Business Development
> 210-789-1898
>
>
> On Nov 12, 2012, at 5:17 PM, "Matthew Martinez" <mmartinez@johngrable.com> wrote:
>
>> JACK, PLEASE FIND ATTACHED SHOP DRAWINGS, PAGES 14 AND 15 SHOW THE
>> CONFLICT AREAS WITH RED ANNOTATIONS. IN SUMMARY, THE CROSS BRACING NEEDS
>> TO INTERSECT WITH THE UPPER SPANDREL BEAM, AND THERE ARE SOME
>> MISSALIGNMENTS IN THE BOLT HOLE LOCATIONS @ THE WIND BENT TO RIGID FRAME
>> CONNECTIONS. ALL PARTIES ARE WORRIED THAT THE SLOTS MADE TO ACCOMMODATE
>> THESE ALIGNMENTS MIGHT UNDERMINE THE STRUCTURAL INTEGRITY OF THE BUILDING
>> . . . WE'RE EVENTUALLY LOOKING FOR SOME DOCUMENTED REMEDIES FROM THE
>> PEMB. LET ME KNOW IF YOU HAVE ANY QUESTIONS, THANKS
>> -MATT
>>
>> <image001.jpg>
>> MATTHEW M. MARTINEZ, ASSOC. AIA
>> 222 AUSTIN HWY, SAN ANTONIO, TEXAS 78209
>> E: MMARTINEZ@JOHNGRABLE.COM
>> P: 210-820-3332 EX. 35
>> W: WWW.JOHNGRABLE.COM
>>
>> <Los Cerritos - Drawing Set MARKUP.pdf>

1

EXHIBIT 39

# DEFENDANT'S EXHIBIT 40

| From: | Thomas Pittman <TPittman@lewisenergy.com> |
|---|---|
| Sent: | Tuesday, November 13, 2012 3:30 PM |
| To: | John Grable |
| Subject: | Los Cerritos |

John,

The condition at the Wind Bents has me concerned. I'm not apposed to slotting girts to allow cross bracing to pass through, but field modifications to the Wind Bents is unacceptable. We will not accept any field modified components other then modifying girts or purlins, and only to a minor extent.

I expect to see a plan of action no later then noon tomorrow to rectify this problem. Contractually we bought a new PEMB, not one to be modified on site.


Thomas L. Pittman
Director of Construction, Lewis Energy Grp.
tpittman@lewisenergy.com
work: (210) 384-5892
cell: (210) 262-1686
10067 Jones Maltsberger
San Antonio, Tx. 78216

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

1

**EXHIBIT 40**

# DEFENDANT'S EXHIBIT 41

From:      John Grable [jgrable@johngrable.com]
Sent:      Tuesday, November 13, 2012 10:44 PM
To:      Jack Green
Cc:      Tom Pittman; Steve Schiffman; Matthew Martinez
Subject:      Re:

Jack

Thanks
My concern is that i contacted Eric before you and after we talked he said he would call you. That would be around noon time as you stated.

I am glad you told erectors to cease making modifications but my concern is why they did so in the beginning? No SBS management was present at site when field modifications were initiated.

Modifications to date do not represent a brand new PEMB as contracted for.

Needless to say all are apprehensive at best based on performance of initial erection especially after lengthy delays of delivery and performance to date in actions to erect delivered structure.

To my knowledge i have been instructed to receive no later than noon tomorrow written response from you and Schulte Building Systems on plan of action to remedy modification actions performed outside of shop drawing specifications. Owner expects a brand new PEMB not one modified outside of shop drawing specifications.

Thank you

John Grable FAIA

www.johngrable.com

On Nov 13, 2012, at 7:27 PM, "Jack Green" <jgreen@sbsworld.net> wrote:

> John,
>
> I understand the concern, I think we have had a miscommunication, I spoke with Erick at Schulte around lunchtime today, at the same time SBS personnel were onsite documenting the field modifications that have occurred. I was alerted of the modifications on Monday prior to your email and instructed the field crew to stop with any modifications until instructed otherwise.
>
> I have been on the phone with Erick and have been assured that the modifications thus far are typical with accepted industry practices and have in no way compromised the integrity of the structure.
>
> We have verified that the components for the building do match the shop drawings in quantity. The steel to steel connections are normally accessed as the building is being assembled, we are currently working through this process.

EXHIBIT
A-5

SBS 0692

file://Z:\Los Ceritos\Grable memos\gRAble.      9/16/2013

EXHIBIT 41

I will have a letter from Schulte addressing your concerns to you as soon as I receive it.

Has there been any decisions on our change orders and wall finish selections? I need to release materials in order to keep progressing on the project.

Regards,

Jack Green
210-789-1898

On Nov 13, 2012, at 4:59 PM, "John Grable" <jgrable@johngrable.com> wrote:

> Jack
>
> Notifying you that we called Schulte Building Systems just before noon to discuss concerns with Eric Keys that the Wind Bents predrilled holes were not aligning up and were being field modified (or slotted) to fit by your erection crew. My main concern that promted my call was (after reading today on shop drawings that contractor had 5 days to alert Schulte of any defects) and that today was last day per shop drawing specs that replacement of defected parts were not allowed – I wanted know what plan of action you had taken. Eric said he had not heard from you yet and would probably call you to discuss this issue.
>
> Specs also called for no field adjustments to delivered building without contacting Schulte and receiving approval for field modifications and since your erection crews were doing this without prior consent from PEBM manufacturer (unless someone from SBS had contacted another party at Schulte) I am alerting you to this fact.
>
> Has anyone from SBS visited the site and verified that all PEBM building components are true and correct to the plans and specifications?
>
> The Owner is paying for a brand new PEMB and will not accept anything less than same. Based on my series of statements and questions above - the Owner wants a written plan of action to rectify all known and unknown problems by noon tomorrow. Considering how building delivery process history – I would like to think that all building components were inspected and verified immediately after delivery in case there were any adjustments to be made based on the Schulte Building System specifications outlined on the shop drawings.
>
> Awaiting your plan of action
> Thank you
>
> John
>
> <image003.jpg>
>    www.johngrable.com

SBS 0693

**EXHIBIT 41**

# DEFENDANT'S EXHIBIT
# 42

## Dave Morgan

| | |
|---|---|
| **ɔm:** | Steve Schiffman |
| **Sent:** | Wednesday, November 14, 2012 7:00 PM |
| **To:** | 'John Grable'; Tom Pittman |
| **Cc:** | Matthew Martinez; Jack Green; Dave Morgan; 'erickk@sbslp.com'; Bill Leonard; Randy Ferrell; 'Fred Koetting' |
| **Subject:** | RE: Los Ceritos |

Gentlemen:

I received the email from John. I have called John and talked with Tom. We have had discussions and consulted with Schulte Building Systems. Along with Jack Green we have assessed comments. We have forwarded letters from Schulte's engineer in regards to future action to be taken. I have reviewed the erection today along with our metal building erection team Bill Leonard and Randy Ferrell.

The time period in the specifications has never been enforced by Schulte Building Materials upon SBS Construction due to the ongoing relationship between the parties and the volume of business SBS does with Schulte and therefore SBS was not concerned with the time period limitation of the specification. To ease concern the specification has formally been extended to thirty days by Schulte in the letter forwarded today. Schulte and SBS have teamed on many projects and neither has used the denotations in the specifications to circumvent responsibility for justified actions or structural compliance.

¯RS in discussion with the erector knew of field modifications prior to correspondence from the architect. SBS tructed the erection crew to cease further modifications. SBS after learning from the erection crew that ɪnodifications were necessary dispatched Bill Leonard first thing yesterday morning to access the erection and gather appropriate information to professionally analyze and discuss the erection process with Schulte. SBS contacted Schulte shortly after the assessment was made and pictures were forwarded to discuss the areas that had been field modified with Schulte. Without proper photographs and personal review a discussion with Schulte would have been simply to put Schulte on notice about perceived erection field modifications that are not considered irregular in the industry.

The two field modifications that have been reflected upon were the misalignment of bolt holes marrying the wind bents to the taped column and the flange on the wind bent being modified to fit inside the taped column flange where they marry. Neither have been deemed concerns by Schulte's structural engineer. Nevertheless, Schulte is arranging their engineer to be on site before week end to visually inspect the modifications and write a report.

All components when unloaded as normal procedure were segregated by type, inventoried and verified.

The SBS team will wait for Schulte's field assessment and consult with the owner's representatives in regards to any corrective action/process recommended by the structural engineer and proceed from that point. SBS will continue the erection process but will not proceed with any future erection discrepancies without giving the owner representative notice to assess and respond with direction.

Both SBS and Schulte's sole intent is to deliver a quality new structure that will service the owner appropriately for years to come.

*ɪephen S. Schiffman, President*

Stephen S. Schiffman, President

1

SBS 1887

**EXHIBIT 42**

SBS Construction  
⌐ Scenic Loop Road  
⸝erne, Texas 78006  
Office: 830-981-5929  
Fax:    830-981-5308  
Direct Line : 830-981-5945  
Cell:    210--379-7708  
Email: sschiffman@sbsworld.net

On Nov 13, 2012, at 4:59 PM, "John Grable" <jgrable@johngrable.com> wrote:

Jack

Notifying you that we called Schulte Building Systems just before noon to discuss concerns with Eric Keys that the Wind Bents predrilled holes were not aligning up and were being field modified (or slotted) to fit by your erection crew. My main concern that promted my call was (after reading today on shop drawings that contractor had 5 days to alert Schulte of any defects) and that today was last day per shop drawing specs that replacement of defected parts were not allowed – I wanted know what plan of action you had taken. Eric said he had not heard from you yet and would probably call you to discuss this issue.

Specs also called for no field adjustments to delivered building without contacting Schulte and receiving approval for field modifications and since your erection crews were doing this without prior consent from PEBM manufacturer (unless someone from SBS had contacted another party at Schulte) I am alerting you to this fact.

Has anyone from SBS visited the site and verified that all PEBM building components are true and correct to the plans and specifications?

The Owner is paying for a brand new PEMB and will not accept anything less than same. Based on my series of statements and questions above - the Owner wants a written plan of action to rectify all known and unknown problems by noon tomorrow.
Considering how building delivery process history – I would like to think that all building components were inspected and verified immediately after delivery in case there were any adjustments to be made based on the Schulte Building System specifications outlined on the shop drawings.

Awaiting your plan of action  
Thank you

John

<image003.jpg>  
www.johngrable.com

2                                              SBS 1888

EXHIBIT 42

# DEFENDANT'S EXHIBIT
# 43

I forgot to copy you
Want to provide you with a heads up as Rod's interests are in jeopardy if we don't act quickly to protect his interests

I am ready to move forward on the alternative plan after i heard SBS has only 4 workers at site yesterday when they stated they would have 6. They are not performing per their schedule or word.

See you at ten!

J

John Grable FAIA

www.johngrable.com

Begin forwarded message:

> **From:** John Grable <jgrable@johngrable.com>
> **Date:** November 28, 2012, 6:44:16 AM CST
> **To:** "tony@weigandcmc.com" <tony@weigandcmc.com>
> **Subject: Re: Uvalde Hangar flight request site visit**
>
> Tony
> Lets all meet when we return?
> I know this is very important and the issues on this project are at a critical mass
> Rod is not happy and this is a unacceptable situation that must be resolved immediately
> Please provide a time we can meet on this based on your schedule
>
> Thank you
>
> John
>
>
> John Grable FAIA
>
> www.johngrable.com
>
> On Nov 28, 2012, at 6:37 AM, "tony@weigandcmc.com" <tony@weigandcmc.com> wrote:
>
> > John,

1

**EXHIBIT 43**

I appreciate your desire to react quickly to Rod's concerns. I hope the review went well. I expect your report today.

Next time I request to attend a meeting like this, I would appreciate more effort on your part to accomodate my schedule. This project, as are all projects being executed by GCC on any of Rod's properties, are now part of my responsibilities. You, Tom, and I could have taken this opportunity to work on a number of different issues during the flight while ensuring we are all on the same page in regards to the activities at Uvalde.

Tony


------- Original Message --------
Subject: RE: Uvalde Hangar flight request site visit
From: John Grable <jgrable@johngrable.com>
Date: Mon, November 26, 2012 4:26 pm
To: Tony Weigand <tony@weigandcmc.com>

> Tony
>
> My apologies but I can only get the Structural Engineer and Tom
> Pittman to the site on Wed at 10 am and cannot reschedule for
> Thursday
> Their schedules are full and We must act quickly to ease Rod's mind on
> these issues – ( I know I am preaching to the choir on this one)I
> We can report back to you later on that afternoon or call in at the site to
> you to discuss all that is discovered. I plan on extensive photo
> documentation and scrutiny by all.
>
> If the building proves to be everything that is specified and has passed
> not only our reviews - JGA, GC, and Synergy Engineering as well as the
> Schulte Building Systems we are then in a position to decide whether we
> want to continue with the less than satisfactory performance of SBS. I
> know that Tom Pittman has been pricing completion of the hangar
> structure with his group of qualified subs and suppliers so that
> a Alternative Plan of action can be presented and considered as a viable
> alternative.
>
> The failure of SBS to perform in a timely matter and within the project
> schedule has been severely compromised and is a great source of
> frustration to Rod as well as the rest of his team. I know you are
> managing many fires throughout Rod's world and our goal here is not to
> upstage anyone in any way but solve this nagging problem - one way or
> another - so Rod can have peace of mind. This project is supposed to be
> a fun endeavor but has turn sour months ago and we have been
> laboring to resolve this intolerable issue.
>
> I trust this is satisfactory to you...is there any way you can adjust your
> morning schedule to depart with us at Hangar 3 at 8:30 am on Wed. as
> we should return by 1 am same day. It sure would be a great for team.



2

**EXHIBIT 43**

Bob Cardin has reserved the Polatus PC12 for the flight and travel time to site is about 35 minutes each way.

Respectfully

John

www.johngrable.com

**From:** Tony Weigand [mailto:tony@weigandcmc.com]
**Sent:** Monday, November 26, 2012 2:21 PM
**To:** Rod Lewis
**Cc:** John Grable; Parnak Charkhchi; Thomas Pittman; Matthew Martinez; Bob Cardin
**Subject:** Re: Uvalde Hangar flight request site visit

John

Can you delay this trip until Thursday afternoon? I would like to attend and have other meetings on Wednesday and Thursday am.

Tony
General Manager

On 26 Nov 2012, at 14:12, Rod Lewis <Rod@lewisenergy.com> wrote:

> John- I guess you got the jest of my email to the guys. I will feel much more comfortable after we get the torqued checked out and the metal thickness verified.
>
> On location of the fueling station that looks good to me, but coordinate with Bob C as he know what we need and where we need it.
>
> On aircraft, you are welcome to fly out in the Cirrus if it is still there. If not the Pilatus. Thanks.
>
> **From:** John Grable [mailto:jgrable@johngrable.com]
> **Sent:** Monday, November 26, 2012 2:28 PM
> **To:** Rod Lewis
> **Cc:** Parnak Charkhchi; Tony Weigand; Thomas Pittman; Matthew Martinez
> **Subject:** Uvalde Hangar flight request site visit
>
> Rod

3

**EXHIBIT 43**

I am respectfully requesting an early morning flight —
Wednesday November 28, 2012 to Los Cerritos Ranch for
the purpose of my Construction Observation field visit for
Matt Martinez and myself.

I have the structural Engineer Victor De Anda and Tom
Pittman scheduled to meet us there to follow up on the
Schulte Building engineering team and SBS that met TP
for review of install techniques.

Purpose is to perform a thorough review of install
techniques and bolt torque.

Building specifications call for a more rigid steel frame
with the following structural requirements:

1. LL over 360 more rigi9d requirement due to masonry
   not metal skin veneer
2. Winds load design data of 90 mph gusts up to 3
   second gusts
3. International Building Codes (IBC 2009) floor live load
   of 150 pounds per sq ft
4. Reinforced concrete foundation using 4000 psi design
   mix

This building is not a light weight structure and the height
may make the steel appear to light or small — we must
revivify what Schulte Building Systems has told us

Will also check on upcoming fuel station location...
Have you had a chance to review what I have sent on
Friday — trying to provide options that will allow proper
information for the correct long term decisions
I would like to meet with you this week to review —
perhaps prior to my proposed site visit?

Please see break down of building structural
components...
Note that there are structural cmu walls similar to those
at LEG Yard that work in tandem to the Rigid Structural
Steel Frame — we could present model to you on
computer if you have time to meet on the fueling station.

Respectfully

John

4

EXHIBIT 43

&lt;image001.jpg&gt;
www.johngrable.com

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

EXHIBIT 43

EXHIBIT 43

# DEFENDANT'S EXHIBIT 44

| | |
|---|---|
| **From:** | C & S Enterprise, Inc. <sales@c-s-enterprise.com> |
| **Sent:** | Monday, January 14, 2013 2:39 PM |
| **To:** | TPittman@lewisenergy.com; mmartinez@johngrable.com |
| **Cc:** | sales@c-s-enterprise.com |
| **Subject:** | Revised estimate for Los Cerritos Hangar |
| **Attachments:** | Proposal_1840_from_C__S_Enterprise_Inc.pdf |

Tom, here is the adders for the Cerritos Hanger project, listed on the bottum of the original quote. these are the things I can see that are not the original drawing I have.

Any questions please give me a call.

Thanks,
Bob Carnwath
C & S Enterprise, Inc.
210-590-6629

----------------------- Proposal Summary -------------------------
Proposal # : 1840
Proposal Date: 01/14/2013
Total: $76,486.75
The complete version has been provided as an attachment to this email.
-----------------------------------------------------------------------

1

**EXHIBIT 44**

# Proposal

| Date | Proposal # |
|------|-----------|
| 01/14/2013 | 1840 |

| Exp. Date |
|-----------|
| |

## C&S Enterprise, Inc.
### Electrical Contractor

155 Remount - San Antonio, TX 78218 - (210) 590-6629
sales@c-s-enterprise.com - LIC# SEC21085
Regulated by the Texas department of licensing and regulation, P.O. box 12157 Austin TX 78711
(800) 803-9102, (512) 463-6599 web site: www.license.state.tx.us

### Address

Jennie Briggs
10067 Jones Maltsberger
San Antonio, TX 78216

| Job Name |
|----------|
| Los Cerritos Hanger |

| Activity | Amount |
|----------|--------|
| • Ref: Electrical wiring of new Los Cerritos Hanger as follows: | 0.00 |
| • Service: | 0.00 |
| 20'- Duct bank | |
| 600A Rated sub panel "MDP" | |
| Feeder to panel "MDP" | |
| 400A Rated sub panel "LA" | |
| Feeder to panel "LA" | |
| • Lighting: | 0.00 |
| Provide and install- | |
| 11- Single pole switches | |
| 2- 3-way switches | |
| Lighting controls for High-Bay lighting in hanger area | |
| 14- Type "DL" fixtures | |
| 9- Type "FA" fixtures | |
| 1- Type "FB" fixture | |
| 32- Type "HA" fixtures | |
| 4- Type "WP" fixtures | |
| 2- Type "WW' fixtures | |
| 12- Type 'VS" fixtures | |
| 8- Type "EM" fixtures | |
| | |
| Continue to the next page. | |

Now accepting all major credit cards.

**EXHIBIT 44**

| Activity | Amount |
|---|---|
| · Outlets: | 0.00 |
| 3- 120V GFI outlets | |
| 17- 120V wall outlets | |
| 7- W/P outlets in hanger area | |
| Power for 1- motorized louver | |
| 6- DED 120V GFI outlets | |
| Power to 2- air compressors | |
| Power to 1- water heater | |
| Power to 2- Largei fans in hanger area | |
| • HVAC: | 0.00 |
| Provide power to- | |
| 3- Air handlers | |
| 3- Outdoor A/C units | |
| 2- Exhaust fans- Restrooms | |
| • Permit | 0.00 |
| • Excludes: *Data/telephone Wiring *Fire Alarm | 0.00 |
| • Total Labor (non taxable) | 26,360.00 |
| • Total Material | 46,360.00T |
| • - | |
| Adders for additional wiring per revised drawings 11-2-12 as follows: (difference is between the 85% and the 100% drawings) | |
| Provide and install- | |
| *Panel LB and feeder.............................................$4,987.00 | |
| *Panel LF and feeder.............................................$5,575.00 | |
| *1-Inverter panel per sheet E102 note3.............$1,557.00 | |
| *3-Aircraft power units.........................................$3,950.00 | |
| *Power to motorized door control panel (Controls not included).....$1,275.00 | |
| *120V power to powered ventilation lovers.......................................$1,575.00 | |
| *Power to 2-Tug chargers.........................................................................$975.00 | |
| *Power to 2-additional waterheaters (Instant hots)...........................$1,225.00 | |
| Total adders............................................................................................$21,119.00 (This includes tax on all materials only) | |

This quote is good for 30 days.

| | |
|---|---|
| SubTotal | $72,720.00 |
| Tax (8.125%) | $3,766.75 |
| Total | $76,486.75 |

Accepted By            Accepted Date

Now accepting all major credit cards.

EXHIBIT 44

EXHIBIT 44

# DEFENDANT'S EXHIBIT 45

**Kyle Kieke**

ım:                Victor M. De Anda Jr [victor@synergy-se.com]
_ɔnt:              Thursday, January 17, 2013 3:12 PM
To:                Kyle Kieke
Cc:                John Grable FAIA
Subject:           Re: Gap between CMU and spandrel beam
Attachments:       detail 2013_01_17.pdf

Kyle,
See attached alternate anchorage detail

thanks


WE JUST MOVED TO OUR NEW OFFICE!!!!!!!!

Victor M. De Anda Jr., P.E.
Synergy Structural Engineering, Inc.
ᴈ909 Springfield Ave. Suite 105
  ɔredo, TX. 78041
O: 956-753-5860
M: 956-237-7908

---

**From:** Kyle Kieke <kkieke@sbsworld.net>
**To:** Victor M. De Anda Jr <victor@synergy-se.com>
**Sent:** Thu, January 17, 2013 10:57:22 AM
**Subject:** Gap between CMU and spandrel beam

Victor,

John Grable had us extend the slab out 4" for the lugs on the sides of the hanger. We didn't take this into account for the PEMB so now we have a 4-5" gap between the two at 20' AFF. I need a design for some type of clip to fill this gap and attach our anchor bolts to. I need yo be able to shim this as well as needed.

EXHIBIT 45

# DEFENDANT'S EXHIBIT 46

| From: | Thomas Pittman <TPittman@lewisenergy.com> |
|---|---|
| Sent: | Tuesday, January 29, 2013 10:13 AM |
| To: | John Grable |
| Subject: | SBS |

Hello John,

I continue to be underwhelmed with the performance of SBS. I went yesterday and they had only 4 masons working. After repeated requests, and threats for that matter, SBS has yet to man the project properly in my opinion. Consequently, I want you to issue a 72 hour request to SBS in writing stating, that we are giving you a 72 hour notice, that you man the project properly or we will terminate the contract for cause.

I understand they are waiting on us for the revised framing of the interior partitions but that has nothing to do with the critical path that continues to suffer. I expect to see your letter at the end of the day.

Respectfully,

Thomas L. Pittman
Director of Construction, Lewis Energy Grp.
tpittman@lewisenergy.com
work: (210) 384-5892
.ell: (210) 262-1686
10067 Jones Maltsberger
San Antonio, Tx. 78216

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

1

**EXHIBIT 46**

# DEFENDANT'S EXHIBIT
# 47

| From: | John Grable <jgrable@johngrable.com> |
| --- | --- |
| Sent: | Wednesday, January 30, 2013 11:33 AM |
| To: | Rod Lewis; Tom Pittman <tpittman@lewisenergy.com> |
| Cc: | Matthew Martinez; Parnak Charkhchi |
| Subject: | FW: steps for extending door pockets |

Rod

Tom Pittman and I had a conference call with Kyle regarding the steps required to make right the original spec for an 80 foot wide door.
Kyle has submitted the procedure as listed below.
These adjustment are not "scab –on" fixes but brand new additional components and will not affect the look and functionality of the hangar structure.

This will not result in any additional cost to you – SBS will pay for this out of their own pocket since this was the original specification.
Kyle Kieke stated he estimates it will take 3 weeks to complete these adjustments abut is waiting for the metal building supplier to confirm delivery of the additional steel columns that are located in the back of the interior of the hangar door pocket.



**JOHN GRABLE FAIA**
222 Austin Hwy #1 San Antonio, TX 78209
p 210.820.3332    f 210.820.3334
www.johngrable.com

---

**From:** Kyle Kieke [mailto:kkieke@sbsworld.net]
**Sent:** Wednesday, January 30, 2013 8:23 AM
**To:** John Grable; Matthew Martinez
**Cc:** Jack Green
**Subject:** steps for extending door pockets

- Pour additional slab footing and cut existing slab to allow for bottom door track extension.
- Install two additional heavy steel columns which will form new pocket end wall.
- Install additional lateral framing between new columns and existing structure.
- Remove old end wall framing and cable cross braces and move all pieces to new end wall.
- Install rafter extensions and purlins for additional roofing
- Extend lower and upper door track.
- Remove 13 roof sheets (per side), re-roll and install longer roof sheets.

Thanks,

 yle Kieke

Project Superintendent

1

**EXHIBIT 47**

SBS Construction
kkieke@sbsworld.net
C: 830-388-9267
F: 830-981-5303

2

**EXHIBIT 47**

# DEFENDANT'S EXHIBIT
## 48

Meeting Minutes

# LOS CERRITOS: HANGAR MEETING

Date: FEBRUARY 5, 2013
Time: 2:00 PM

PLACE: GCC OFFICES
MEETING CALLED BY: TOM
IN ATTENDANCE: STEVE, JACK, KYLE, JOHN,
TOM,

TP: BRIEFLY. MET WITH ROD. HE WANTS TO TERMINATE THE CONTRACT. SO, HE WANTS TO FIND OUT WHERE YOURE AT, MAKE AS AMIABLE AS POSSIBLE. I KNOW YOU HAVE ADDITIONAL MATERIAL NEED TO BE PAID FOR. WE'LL PAY YOUR FEE THAT YOU'RE DUE. AS SOON AS POSSIBLE. HE CAME OUT YESTERDAY. DID YOU SEE HIM?

KYLE: NODS.

TOM: FELT THAT WE GAVE EVERY CHANCE. LOT OF DELAYS.

STEVE: OKAY. WE'RE DISAPPOINTED. WE UNDERSTAND PART OF IT.

TOM: DISAPPOINTED TOO. WE HAVE TO MOVE FORWARD. WE ALL KNEW WHAT KIND OF CLIENT WE HAD. WE NEED TO MAKE SOMETHING HAPPEN.

JOHN: WE'RE NEXT.

STEVE: WE DON'T WISH THAT. WE WOULD LIKE TO CONTINUE. IF APPEAL PROCESS, LIKE TO KNOW WHAT IT WOULD BE. NOT SEEN THE BEST SIDE OF SBS CONSTRUCTION FOR MANY REASONS.

TOM: DON'T WANT TO MAKE THIS A REAL PUBLIC THING. KEEP IT ON THE DOWN LOW FOR BOTH OF US. TOO LATE TO APPEAL.

STEVE: HAVE TO ASK.

TOM: WOULD HAVE ASKED THE SAME THING. NO UNCERTAIN TERMS THIS MORNING WITH ROD. IF WE CAN, LET'S FIND OUT WHERE WE ARE, ANYTHING OUTSTANDING. ALL BILLS THAT YOU'RE OWED. ALL PAYMENTS THAT YOU'RE OWED.

JACK: SOME ISSUE WITH WHAT WE'VE DONE NOT IN CONTRACT. CHANGE ORDER.

TP: NOT BE A PROBLEM. WWANT TO PROTECT YOU ON THIS.

STEVE: WE WANT TO BE FAIR TOO.

TONY: SORRY I'M LATE.

TOM: JUST INFORMED THAT WE'RE TERMINATING AND THAT WE'RE GOING TO BE FAIR. TWO OUTSTANDING DRAWS AND CHANGE ORDERS NOT PROCESSED. WILL GET PROCESSED AND PAID. TRY TO WORK WITH WHOMEVER YOU HAVE CONTRACT WITH IF THEY WANT TO CONTINUE OR IF THEY WANT TO LEAVE.

STEVE: WE'LL BE GLAD TO FORWARD THEIR CONTRACTS TO SEE SCOPE OF WORK AND WHAT FINANCIAL OBLIGATIONS ARE.

TOM: I'D LIKE TO SEE THAT. I GUESS WE BOTH OF SOME HOMEWORK TO DO, BUT TO CONTINUE WITH MEETING IS MOOT.

EXHIBIT 48

STEVE: DO WE DEAL DIRECTLY WITH YOU?

TOM: CONFIRMS.

STEVE: MAY TAKE TIME TO FIGURE OUT WHERE WE ARE WITH SUBCONTRACTORS. NEGOTIATION SOMETHING OUT WITH THEM UNLESS YOU'RE GOING TO CONTINUE. CONTINUE WITH CONTRACTS WOULD BE LESS PROBLEMS BECAUSE WE WOULDN'T HAVE TO DEAL WITH THEM ON FINANCIAL PROCESS.

TOM: BEEN THROUGH IT BEFORE.

STEVE: WE NEVER HAVE IN 45 YEARS OF CONSTRUCTION. I VISITED JOB YESTERDAY AND I UNDERSTAND. WE ARE UP FRONT, FORTHRIGHT PEOPLE. WE HAD SOME PROBLEMS. WE ARE TRULY SORRY ABOUT IT.

TOM: WE ARE TOO. NOT A WIN-WIN SCENARIO FOR ANYONE. WE'VE GOT TO MAINTAIN A CERTAIN PROCESS AND A CERTAIN QUALITY FOR ROD, AND HE WANTS TO CHANGE. SO WE'RE GOING TO MAKE A CHANGE. IF YOU COULD GET WITH ME ON THAT AS SOON AS POSSIBLE. WE'LL GET PAYMENT DONE AS SOON AS POSSIBLE.

STEVE: CAN WE SIGN RELEASES?

TOM: ABSOLUTELY. CONTRACTUALLY, WE DON'T HAVE TO PAY YOU UNTIL PROJECT IS FINISHED. WE AREN'T GOING TO DO THAT. WE DON'T FEEL LIKE THAT IS A GOOD BUSINESS DECISION FOR EITHER OF US. I DON'T WANT TO START POSTURING ONE WAY OR THE OTHER. FINISH IT IN A BUSINESS-LIKE MANNER.

STEVE: WE ARE CAPABLE OF DOING THAT. I'LL LET DAVE MORGAN TAKE IT FROM HERE SINCE HE HANDLES THAT END OF OUR HOUSE.

TONY: WE'LL NEED COMPLETE ACCOUNTING OF ANY MATERIALS FOR THE JOB.

TOM: TALKED ABOUT THAT.

STEVE: WE CAN GET YOU THAT.

JACK: WE CAN WORK THROUGH THAT.

JOHN: DID YOU GET CONFIRMATION FROM SHELTE ON COLUMNS?

KYLE: HAVE ON SITE BY FRIDAY.

JOHN: THE PROCESS THAT WILL START TO BUTTON THAT UP.

KYLE: UVALDE CONCRETE BATCH PLANT IS STILL DOWN. OPEN NEXT WEEK. NO GUARANTEE.

TONY: IS THAT PART OF PROBLEM?

KYLE: ONE OF SEVERAL DIFFERENT THINGS. CAN'T DO FOOTINGS, RAMP. THEY'RE ONLY GAME IN TOWN.

JOHN: ONLY CONCRETE FOR MILES.

JACK: ONLY ONE THAT CAN POUR THE JOB. WE WERE THEIR BIGGEST POUR.

JGA: 300 YARDS?

JACK: 400.

STEVE: ON FAIR BASIS, CONTINUE TO GIVE ALL INFO YOU NEED FOR ANYTHING IN FUTURE.

TONY: WHAT DID YOU DECIDE ON INTERIM? WORK WITH THEM?

TOM: DON'T SEE ANY BENEFIT IN THAT TONY. I THINK WE'RE AT A POINT WHERE WE CAN MAKE CLEAN SPLIT. WE NEED TO DO DAMAGE CONTROL AND SEE WHO/WHAT'S GOING TO HAPPEN. WE'LL FIGURE IT OUT. THAT'S IT.

###

EXHIBIT 48

# DEFENDANT'S EXHIBIT 49

**John Maywald**

**ɔm:**                John Maywald
**Sent:**            Tuesday, February 12, 2013 3:55 PM
**To:**                 Jack Green; Dave Morgan
**Cc:**                 Randy Ferrell; Steve Schiffman
**Subject:**      RE: Final Invoice - Los Cerritos

I will be here.

*John Maywald*
*Vice President - Finance*
*Select Building Systems, Inc.*
*SBS Construction*
*17 Scenic Loop Rd.*
*Boerne, TX 78006*
jmaywald@sbsworld.net
(830) 981-5937 Phone / Fax
(830) 981-5308 Corporate Fax

---

**ɔm:** Jack Green
**ᴊent:** Tuesday, February 12, 2013 11:37 AM
**To:** Dave Morgan
**Cc:** John Maywald; Randy Ferrell; Steve Schiffman
**Subject:** Re: Final Invoice - Los Cerritos

Hit the send button too soon, all sub cost has been received, making sure all expenses are in. How does 9:30 in the morning work for everybody.

Jack Green
210-789-1898

On Feb 12, 2013, at 11:22 AM, "Dave Morgan" <dmorgan@sbsworld.net> wrote:

> We need to get the final accounting for Los Cerritos to Tom Pittman asap ... I think the best way is for all of us to get in a room, look the door, turn off cell phones and go through each piece together so John can assemble into a final invoice ... we need FINAL bills from all subs to get this done – they were supposed to be here last Friday ... I understand that Jack is still working on that part of the puzzle ... Randy needs to gather all the info on SMS as I understand that there were a lot of costs assigned to SMS that should not have been in their arena ... we can work out the internal pieces but need to know how to present to Tom ...
>
> Jack – you are in charge ... let us know when you will have all the info from all the subs and when we can all meet ... sooner the better ...

1                                               SBS 0246

**EXHIBIT 49**

High Priority !!!!

Dave

David L. Morgan, III
Executive Vice President

Chief Operating Officer
Select Building Systems, Inc.
    dba SBS Construction
Phone:  (830) 981-5929, extension 1946
Fax:  (830) 981-5308
E-mail:  *dmorgan@sbsworld.net*

2

SBS 0247



**EXHIBIT 49**

# DEFENDANT'S EXHIBIT 50

| From: | Thomas Pittman <TPittman@lewisenergy.com> |
|---|---|
| Sent: | Thursday, February 28, 2013 7:35 PM |
| To: | John Grable |
| Subject: | Hangar |

Looks like we're going to have to take the roof off before we can rack the building to plumb. Usually this would have been done prior to the roof going on. Another example of poor workmanship

Sent from my iPhone

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

1

EXHIBIT 50

# DEFENDANT'S EXHIBIT
# 51

## Dave Morgan

**⌐m:** Jack Green
**Sent:** Friday, March 01, 2013 6:20 PM
**To:** Dave Morgan
**Subject:** Fwd: Los Cerritos Structural pictures
**Attachments:** image003.jpg; ATT273410.htm; Structural Issues discovered 2.27.13.pdf; ATT273411.htm

FYI, can I send a response asking if the problem is with the building can we proceed with paying the other subcontractors? Or should we wait until Monday and make formal?

Jack Green
210-789-1898

Begin forwarded message:

> **From:** John Grable <jgrable@johngrable.com>
> **Date:** March 1, 2013, 5:55:33 PM CST
> **To:** "Jack Green (jgreen@sbsworld.net)" <jgreen@sbsworld.net>
> **Cc:** "Tom Pittman <tpittman@lewisenergy.com>" <tpittman@lewisenergy.com>, "Stephen S. Schiffman (sschiffman@sbsworld.net)" <sschiffman@sbsworld.net>
> **Subject: FW: Los Cerritos Structural pictures**
>
> Jack
>
> I wanted to share with you these images as the inspection reports are start to file in.
> We are not finish with all the investigative research – this is still in process.
> All payment requests are on hold until replacement/repair costs are identified.
>
> Will continue to keep you apprised of the situation
>
> John

SBS 1948

1

**EXHIBIT 51**

EXHIBIT 51



SBS 1949

EXHIBIT 51



SBS 1950



Shim plate, not on drawings.

EXHIBIT 51

SBS 1951



Notice dip in roof line.

EXHIBIT 51

SBS 1952



Missing Beam,
previously
installed,
damaged roof,
uninstalled.

SBS 1953

EXHIBIT 51



Better Picture of dip in roof line

SBS 1954

EXHIBIT 51



SBS 1955

EXHIBIT 51



SBS 1956

EXHIBIT 51



EXHIBIT 51



er picture
condition
roofing

SBS 1958

EXHIBIT 51



Im proper placement of screw.

SBS 1959

EXHIBIT 51



cut improperly

SBS 1960

EXHIBIT 51



SBS 1961

EXHIBIT 51



not straight.

SBS 1962

EXHIBIT 51



Not in alignment

SBS 1963

EXHIBIT 51



Missing brace

EXHIBIT 51



Missing bolt

SBS 1965

EXHIBIT 51



Large gap
between Z Purlins

EXHIBIT 51



Not attached on
the other side

SBS 1967

EXHIBIT 51



Notice wave in roof line.

SBS 1968

EXHIBIT 51



Roofing clips under investigation.

SBS 1969

EXHIBIT 51



not enough screws.

Improper end dams. Water infiltration point

SBS 1970

EXHIBIT 51



not enough screws

SBS 1971

EXHIBIT 51



spliced roof
panel, no screws

EXHIBIT 51



notice change in pitch.

SBS 1973

EXHIBIT 51



second roof panel splice no screws

SBS 1974

EXHIBIT 51



not fully welded.

SBS 1975

EXHIBIT 51



horrible flashing detail.

not welded

EXHIBIT 51



Incorect material for this applicaiton.

SBS 1977

EXHIBIT 51



Incorrect mate[rial] for this application.

SBS 1978

EXHIBIT 51



floating clip, under investigation.

# DEFENDANT'S EXHIBIT 52

## Dave Morgan

**om:**               Dave Morgan
**Sent:**           Friday, March 01, 2013 6:41 PM
**To:**                Jack Green
**Subject:**       Re: Los Cerritos Structural pictures

Still think we need to have the answers to the areas of Grabels letter .

Sent from my HTC EVO 4G LTE exclusively from Sprint

----- Reply message -----
From: "Jack Green" <jgreen@sbsworld.net>
To: "Dave Morgan" <dmorgan@sbsworld.net>
Subject: Los Cerritos Structural pictures
Date: Fri, Mar 1, 2013 6:22 PM

FYI, can I send a response asking if the problem is with the building can we proceed with paying the other subcontractors? Or should we wait until Monday and make formal?

;k Green
_10-789-1898

Begin forwarded message:

> From: John Grable <jgrable@johngrable.com>
> Date: March 1, 2013, 5:55:33 PM CST
> To: "Jack Green (jgreen@sbsworld.net)" <jgreen@sbsworld.net>
> Cc: "Tom Pittman <tpittman@lewisenergy.com>" <tpittman@lewisenergy.com>, "Stephen S. Schiffman (sschiffman@sbsworld.net)" <sschiffman@sbsworld.net>
> Subject: FW: Los Cerritos Structural pictures
>
> Jack
>
> I wanted to share with you these images as the inspection reports are start to file in.
> We are not finish with all the investigative research – this is still in process.
> All payment requests are on hold until replacement/repair costs are identified.
>
> Will continue to keep you apprised of the situation
>
> John
>


>    www.johngrable.com
>

SBS 1980

**EXHIBIT 52**

**Dave Morgan**

Any suggestions?

Jack Green
210-789-1898

Begin forwarded message:

> **From:** Kristan Neil <neil.kris321@gmail.com>
> **Date:** March 5, 2013, 12:53:43 PM CST
> **To:** Jgreen@sbsworld.net
> **Subject: Tri-Bar Ranch / Los Cerritos Hangar**
>
> Jack,
>    I am getting in contact with Lewis Energy to get these open invoices paid on this job. Do I have your permission to forward them a copy of the invoices that we made out to SBS? I just need the okay from you before we do that so we can avoid sending out intents. Thanks.
>
>
> **Respectfully,**
> **Kristan Neil**
> **Associated Glass, LTD.**
> **333 W. Cevallos**
> **San Antonio, Texas 78204**
> **Phone: 210-655-5858**
> **Fax: 210-655-6433**

1

SBS 1981

EXHIBIT 52

# DEFENDANT'S EXHIBIT 53

| **'rom:** | Matthew Martinez <mmartinez@johngrable.com> |
| **.ent:** | Wednesday, March 06, 2013 10:46 AM |
| **Subject:** | RE: Footings field measurements |

ILL CHECK THE SUBMITTALS AGAIN, BUT ALL WE APPROVED WAS THE SPEC "VS-216, 24 GA." UNDER: PANEL, TRIM AND FAMING INFORMATION ROOF PANELS, ON THE <u>SCHULTE SHOP DRAWINGS,</u> WE DON'T HAVE ANY ROOF SUBMITTALS FROM SBS . . .



MATTHEW M. MARTINEZ, ASSOC. AIA
222 AUSTIN HWY, SAN ANTONIO, TEXAS 78209
E: MMARTINEZ@JOHNGRABLE.COM
P: 210-820-3332 EX. 35
W: WWW.JOHNGRABLE.COM

**From:** Daniel Boddie [mailto:danielb@bodenllc.com]
**Sent:** Wednesday, March 06, 2013 10:39 AM
**To:** Matthew Martinez
**Subject:** Re: Footings field measurements

Jothing was approved by JGA correct?

**Daniel Boddie** | Partner
BoDen, LLC | <u>210.885.9537</u> Cell |
11550 I.H. 10 West, Suite <u>395A San Antonio, TX 78230</u>

On Mar 6, 2013, at 10:24 AM, Matthew Martinez <<u>mmartinez@johngrable.com</u>> wrote:

> THANKS FOR THIS INFO DANIEL, I JUST TALKED TO ERICK KEY, AND THEY DID NOT SUPPLY THE ROOF WITH THE PEMB PACKAGE, THEY SPEC'D THAT ROOF FOR THE ENGINEER TO DO THE LOAD CALCS, SBS PURCHASED THE MATERIAL AND ROLLED THE PANELS THEMSELVES I BELIEVE
>
> <image001.jpg>
> MATTHEW M. MARTINEZ, ASSOC. AIA
> 222 AUSTIN HWY, SAN ANTONIO, TEXAS 78209
> E: MMARTINEZ@JOHNGRABLE.COM
> P: 210-820-3332 EX. 35
> W: WWW.JOHNGRABLE.COM
>
> **From:** Daniel Boddie [mailto:danielb@bodenllc.com]
> **Sent:** Tuesday, March 05, 2013 9:42 PM
> **To:** Matthew Martinez
> **Subject:** Footings field measurements
>
> Sorry this took so long...Busy Day...

1

EXHIBIT 53

SW Corner
CMU 5'-11" @ south face
Lug 5'-5" @ South Face
CMU 5'-4" @ West Face
Lug 6'-1/2" @ West Face

NW Corner
CMU 5'-3 1/2" @ West Face
Lug 5'-8 1/4" @ West Face
CMU 5'-11" @ North Face
Lug 5'-4 3/4" @ North Face

Thanks,

DB

2
**EXHIBIT 53**

# DEFENDANT'S EXHIBIT 54

| **From:** | Matthew Martinez <mmartinez@johngrable.com> |
| **it:** | Tuesday, March 12, 2013 3:19 PM |
| **Subject:** | Emailing: IMG_1462, crooked steel beam, IMG_1458 |
| **Attachments:** | IMG_1462.jpg; crooked steel beam.jpg; IMG_1458.jpg |

HERE ARE SOME FIELD SHOTS OF THE FORMWORK PRE-POUR . . . JUST FYI

1

EXHIBIT 54



EXHIBIT 54



EXHIBIT 54



EXHIBIT 54

# DEFENDANT'S EXHIBIT
# 55

**From:** Matthew Martinez <mmartinez@johngrable.com>
**Sent:** Wednesday, March 13, 2013 10:43 AM
**Subject:** RE: Pictures

Thanks victor, that makes sense. Team, see direction below . . .



MATTHEW M. MARTINEZ, ASSOC. AIA
222 AUSTIN HWY, SAN ANTONIO, TEXAS 78209
E: MMARTINEZ@JOHNGRABLE.COM
P: 210-820-3332 EX. 35
W: WWW.JOHNGRABLE.COM

---

**From:** Victor M. De Anda Jr [mailto:victor@synergy-se.com]
**Sent:** Wednesday, March 13, 2013 10:32 AM
**To:** Matthew Martinez
**Subject:** Re: Pictures

Matt,
Attached please find the detail that was previously submitted as part of the lug extension. They
ll need to pour all the way down to the bottom of the grade beam

Thanks

WE JUST MOVED TO OUR NEW OFFICE!!!!!!!!!

Victor M. De Anda Jr., P.E.
Synergy Structural Engineering, Inc.
6909 Springfield Ave. Suite 105
Laredo, TX. 78041
O: 956-753-5860
M: 956-237-7908

---

**From:** Matthew Martinez <mmartinez@johngrable.com>
**To:** John Grable <jgrable@johngrable.com>; Victor M De Anda Jr <victor@synergy-se.com>
**Cc:** Daniel Boddie <danielb@bodenllc.com>

1

EXHIBIT 55

**Sent:** Wed, March 13, 2013 10:13:25 AM
**Subject:** FW: Pictures

Team,

attached are some pictures taken by Daniel of as-built conditions of the hangar foundation, and as you can see, ɘ lug of the pilasters havd no foundation below approx. 10". We'd like to solicit any input for structural implications, repair, or reinforcement of this area, to get us back to normal.

My first thoughts are:

We are planning to widen the footprint of the pilaster to support a wider stone veneer in this area, can we use this pour, properly reinforced as spec'd, to support this cantilevered lug.  Is it as simple as doweling into it to continue load transfer? Please advise all, thanks

-matt



MATTHEW M. MARTINEZ, ASSOC. AIA
222 AUSTIN HWY, SAN ANTONIO, TEXAS 78209
E: MMARTINEZ@JOHNGRABLE.COM
P: 210-820-3332 EX. 35
W: WWW.JOHNGRABLE.COM

---

**From:** Daniel Boddie [mailto:danielb@bodenllc.com]
**Sent:** Wednesday, March 13, 2013 9:53 AM
**To:** Matthew Martinez
**Subject:** Pictures

**EXHIBIT 55**



EXHIBIT 55



EXHIBIT 55

8



EXHIBIT 55



**EXHIBIT 55**



EXHIBIT 55

**Daniel Boddie** | Partner
BoDen, LLC | 210.885.9537 Cell |
'550 I.H. 10 West, Suite 395A San Antonio, TX 78230

13

**EXHIBIT 55**

# DEFENDANT'S EXHIBIT 56



EXHIBIT 56

SBS 0590

EXHIBIT 56



SBS 0591



EXHIBIT 56

SBS 0592

EXHIBIT 56



SBS 0593

EXHIBIT 56



SBS 0594

EXHIBIT 56



SBS 0595

EXHIBIT 56



SBS 0596

EXHIBIT 56



SBS 0597

EXHIBIT 56



SBS 0598



EXHIBIT 56

SBS 0599



SBS 0600

EXHIBIT 56



EXHIBIT 56

SBS 0601

EXHIBIT 56



SBS 0602



EXHIBIT 56

SBS 0603

EXHIBIT 56



SBS 0604

EXHIBIT 56



SBS 0605

EXHIBIT 56

SBS 0606



EXHIBIT 56

SBS 0607



EXHIBIT 56

SBS 0608

EXHIBIT 56

SBS 0609



EXHIBIT 56

SBS 0610



SBS 0611

EXHIBIT 56



EXHIBIT 56

SBS 0612

EXHIBIT 56

SBS 0613

EXHIBIT 56

SBS 0614



EXHIBIT 56

SBS 0615



EXHIBIT 56

SBS 0616

EXHIBIT 56

# DEFENDANT'S EXHIBIT 57

| | |
|---|---|
| **From:** | Daniel Boddie <danielb@bodenllc.com> |
| **Sent:** | Thursday, May 16, 2013 10:27 PM |
| **To:** | Thomas Pittman |
| **Subject:** | FW: sidewall fans |
| **Attachments:** | Holt sidewall fans - Submittal.pdf |

Has jeff talked to you about these?

I think I mentioned to you that the existing fan would not fit in the coupla as it was too big (the one left behind by SBS). In speaking with Jeff, it sounded like you knew about it. Just wanted to verifyŠ.

Daniel Boddie | Partner
BoDen, LLC | 210.885.9537 <tel:210.885.9537> Cell |
11550 I.H. 10 West, Suite 395A San Antonio, TX 78230 <x-apple-data-detectors://4>

On 5/16/13 3:32 PM, "Jeff Holt" <jeff@holtsmechanical.com> wrote:

>Please see the attachment.
>
>Regards,
>
>Jeff Holt | Project Manager
>P: 210.661.7500 | F: 210.662.9122 | C: 210.843.5723
>E: jeff@holtsmechanical.com
>A: 5522 Rittiman | San Antonio, TX 78218
>
>Holts Mechanicals Legal Disclaimer: This email may contain confidential
>information.
>If you are not the intended recipient, you must not disclose or use the
>information contained in it. If you received this email in error,
>please notify us immediately by return email and delete the document.
>
>
>-----Original Message-----
>From: thomaso@mechreps.com [mailto:thomaso@mechreps.com]
>Sent: Friday, May 10, 2013 10:08 AM
>To: Jeff Holt
>Subject: sidewall fans
>
>see attached

1

TR_01515

**EXHIBIT 57**

# DEFENDANT'S EXHIBIT
## 58

Yes, the cost on what was left behind was around $10,000.00

Bob Carnwath

155 Remount San Antonio, TX 78218
bob@c-s-enterprise.com | phone #210-995-2185 | fax #210-967-6613
www.c-s-enterprise.com
C&S Enterprise supports thefundraising initiative: Web: www.limelightproducts.net

Electrical Contractor

---

**From:** Daniel Boddie [mailto:danielb@bodenllc.com]
**Sent:** Wednesday, June 26, 2013 04:54 PM
**To:** Jennifer Swisher <jswisher@lewisenergy.com>; Bob Carnwath
**Subject:** Re: Light fixtures left onsite

Bob,

ɲ you ball park the cost of the fixtures left on site for Ms. Swisher?

Thanks,

**Daniel Boddie** | Partner
BoDen, LLC | 210.885.9537 Cell |
11550 I.H. 10 West, Suite 395A San Antonio, TX 78230

**BoDen Legal Disclaimer:** This email may contain confidential information. If this email is not intended for you, you must not disclose or use the information contained in it. If you received this email in error, please notify us immediately via return email and delete all information.

---

**From:** Jennifer Swisher <jswisher@lewisenergy.com>
**Date:** Wednesday, June 26, 2013 4:15 PM
**To:** Daniel Boddie <danielb@bodenllc.com>
**Subject:** RE: Light fixtures left onsite

ɟ we have prices for all of these? Could we get some from Bob Carnwath? We need to see what these fixtures cost so we will know if the lien against us by the electrician are sufficient for not.

1
**EXHIBIT 58**

Thanks,



Lewis Energy Group·
**Jennifer Swisher**, Construction Coordinator
10067 Jones Maltsberger, San Antonio, Tx, 78216
Email: jswisher@lewisenergy.com
Phone: (210) 384-5036
Cell:    (210) 240-2677

---

**From:** Daniel Boddie [mailto:danielb@bodenllc.com]
**Sent:** Wednesday, June 26, 2013 10:33 AM
**To:** Jennifer Swisher
**Subject:** Light fixtures left onsite

Jennifer,

This is the list from Bob Carnwath regarding quantities of fixtures left behind at the jobsite.

Thanks,

ηiel **Boddie** | Partner
)en, LLC | 210.885.9537 Cell |
11550 I.H. 10 West, Suite 395A San Antonio, TX 78230

**BoDen Legal Disclaimer:** This email may contain confidential information. If this email is not intended for you, you must not disclose or use the information contained in it. If you received this email in error, please notify us immediately via return email and delete all information.

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

**EXHIBIT 58**

# DEFENDANT'S EXHIBIT
# 59

# Slates Harwell LLP

1700 Pacific, Suite 3800
Dallas, TX  75201
Telephone:  (469) 317-1000      Fax:  (469) 317-1100
FEIN    46-2942335


August 7, 2013

|  |  |  |
|---|---|---|
| Invoice No. |  | 62 |
| Reference No. | 2050-0001 | JS |


Tony Trevino
Lewis Energy Group
10101 Reunion Pl, Ste 1000
San Antonio, TX  78216

### Professional Services

For services rendered for period through 07/31/2013 in connection with:
SBS Construction

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 07/02/2013 | CB | Review and analyze all client documents; review and analyze Robertson and SBS pleadings; strategy regarding formulating response to Robertson and SBS claims; begin legal research to ███████████████████████. | 5.30 | 1,325.00 |
| 07/02/2013 | JS | Review SBS Answer, Cross Claim and Third Party Claims, review file in relation to documents relevant to responding to same; analysis of issues related to venue; review contracts in relation to same; coordinate with Colbie Brazell on additional research in relation to same; prepare for and participate in call with Wes Sharple regarding ██████████████; further motion to transfer venue analysis; correspondence to counsel for Robertson regarding issues with claim; review correspondence from Wes Sharples ████████████████████████; follow up correspondence to counsel for Robertson regarding motion to transfer venue; review additonal correspondence from Wes Sharples ███████████████████; review███████; received from Wes Sharples. | 2.90 | 1,116.50 |
| 07/03/2013 | CB | Continue legal research regarding ability to transfer case to Bexar or Hidalgo counties on mandatory venue grounds; draft motion to transfer venue, original answer, and cross-claim against SBS; review and analyze documents in case file in connection with drafting same; revise and edit | 6.40 | 1,600.00 |

EXHIBIT 59

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
|  |  | same; receive and review additional client documents including lien analysis and SBS draw requests. |  |  |
| 07/03/2013 | JS | Telephone conference with Wes Sharples regarding follow up issues on motion to transfer venue and strategy for proceeding; coordinate with Colbie Brazell on preparing answer and motion to transfer venue; correspondence to Wes Sharples regarding follow up issues in relation to same. | 0.50 | 192.50 |
| 07/08/2013 | CB | Revise and edit Tri-Bar motion to transfer venue, answer, and counter-claim; finalize same for filing; file and serve same. | 0.60 | 150.00 |
| 07/08/2013 | JS | Review and revise answer and motion to transfer venue prepared by Colbie Brazell; coordinate filing of same; telephone conference with Wes Sharples regarding update on status and issues with Robertson Electric; review summary of costs in relation to electrical scope of work and potential claims for defective work against Robertson; extended telephone conference with counsel for Robertson Electric regarding issues in case, potential for settlement and request for pay applications; correspondence to Wes Sharples regarding request for complete copy of construction file; follow up correspondence to counsel for Robertson regarding various issues related to settlement; | 1.30 | 500.50 |
| 07/09/2013 | JS | Review correspondence from Wes Sharpels regarding additional informaton on Tri-Bar position on amounts owed to Robertson; various correspondence with counsel for Robertson regarding the parties positions on liabillty and settlement; review invoices and other documentation received from Robertson counsel and initial analysis of same; correspondence to Wes Sharpels transmitting same. | 0.70 | 269.50 |
| 07/10/2013 | JS | Extended correspondence with counsel for Robertson setting forth positions on liability and settlement issues; various follow up correspondence regarding same. | 0.40 | 154.00 |
| 07/12/2013 | CB | Review and analyze client documents, including project file. | 0.30 | 75.00 |
| 07/15/2013 | CB | Review and analyze construction file; review and analyze invoices produced by Robertson; analysis and legal research regarding validity of Robertson and SBS liens; draft brief memorandum summarizing status of documentation of termination and notice of SBS defective work prior to termination. | 3.90 | 975.00 |
| 07/16/2013 | CB | Continue reviewing and analyzing client documents and documents informally produced by Robertson regarding Robertson's claim on unpaid invoices; begin draw and pay application document analysis regarding SBS's claim for damages. | 0.80 | 200.00 |

EXHIBIT 59

| Date | Init | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 07/16/2013 | JS | Review summary of document review prepared by Colbie Brazell; analysis of issues related to Robertson Electric claims; | 0.80 | 308.00 |
| 07/17/2013 | CB | Conduct reconciliation and analysis of all SBS pay applications and change orders paid/unpaid to ascertain damages amounts claimed by SBS for use in damages model; conference call with W. Sharples regarding strategy for responding to Robertson lawsuit and damages analysis; strategy regarding potentially filing motion to dismiss Robertson's tortious interference with contract claim; brief research regarding deadline to file motion to dismiss; strategy regarding drafting answer to lawsuit for G&R and R. Lewis. | 1.50 | 375.00 |
| 07/17/2013 | JS | Review correspondence from Wes Sharples and Tony Trevino regarding status of matter; prepare for and participate in conference call with Wes Sharples regarding Robertson issues and other pending issues; meeting with Colbie Brazell regarding follow up issues; | 1.20 | 462.00 |
| 07/18/2013 | CB | Review and analyze Robertson/SBS subcontract for use in evaluating Robertson's tortious interference claims; conference call with W. Sharples regarding preparing answer and defenses on behalf of G&R and R. Lewis; strategy regarding drafting answers; begin drafting answers. | 0.70 | 175.00 |
| 07/18/2013 | JS | Telephone conference with Wes Sharples regarding answering on behalf of other owner parties and strategy for proceeding; coordinate with Colbie Brazell on analysis of tortious interference issues and contractual provisions in subcontract and SBS contract relevant to same; | 0.60 | 231.00 |
| 07/22/2013 | CB | Read and analyze SBS's response to motion to transfer venue and cases cited in connection with same; draft motion to transfer venue, answer, and verified denial for R. Lewis and G&R; revise and edit same. | 2.30 | 575.00 |
| 07/22/2013 | JS | Review and analysis of SBS response to Motion to Transfer Venue and cases cited in same. | 0.60 | 231.00 |
| 07/24/2013 | JS | Review correspondence from Jimmie Brown regarding status of settlement issues; correspondence to Wes Sharples regarding same; review correspondence from Wes responding to same and correspondence to Jimmie Brown regarding same; review follow up correspondence from Jimmie Brown regarding same and forward same to Wes Sharples; review draft answers and motions to transfer venue for Rod Lewis and G&R Land Company and revise and edit same; correspondence to Wes Sharples transmitting draft answers; various follow up correspondence with Jimmie Brown regarding proposed settlement meeting. | 1.10 | 423.50 |
| 07/24/2013 | CB | Strategy regarding arguments to utilize in replying to SBS's response to motion to transfer venue; | 0.50 | 125.00 |

EXHIBIT 59

brief legal research regarding evidence required to prove venue facts,

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/25/2013 | CB | Conference call with W. Sharples regarding finalizing R. Lewis and G&R verified answers; research secretary of state website to determine proper individual to verify G&R answer; revise G&R answer with updated verification information; begin drafting correspondence to opposing counsel regarding analysis of Robertson's damages and scheduling settlement conference, | 0.90 | 225.00 |
| 07/25/2013 | JS | Telephone conference with Wes Sharples regarding Robertson meeting issues and answers for G&R and Lewis. | 0.30 | 115.50 |
| 07/29/2013 | CB | Perform detailed analysis of all Robertson pay application amounts claimed compared to work actually performed per Tri-Bar; draft correspondence to counsel for Robertson detailing invalidity of Robertson pay application amounts claimed; re-calculate Robertson retainage amounts owed for use in correspondence to Robertson's counsel; research regarding elements of tortious interference claim. | 2.90 | 725.00 |
| 07/30/2013 | JS | Review correspondence from Wes Sharples regarding Morrell Masonry issues; telephone conference with Wes Sharples regarding same; review property code in relation to same and potenial for interpleader; follow up telephone conference with Wes Sharples regarding same; initial review of discovery served by SBS and coordinate with Colbie Brazzel regarding responses to same. | 0.70 | 269.50 |
| 07/31/2013 | JS | Review and revise Settlement Agreement; correspondence to Wes Sharples regarding same. | 0.40 | 154.00 |
| 07/31/2013 | JS | Review and analysis of revised form of settlement agreement received from Wes Sharples; extended telephone conference with counsel for Morrel Masonry regarding settlement issues; telephone conference with Wes Sharples regarding same; | 0.60 | 231.00 |
| | | **Total Fees** | 38.20 | $11,183.50 |

| Date | Atty | Description | Quantity | Amount |
|---|---|---|---|---|
| 07/09/2013 | JS | Kendall County District Clerk | 35.00 | 35.00 |
| 07/13/2013 | JS | Certified Mail Postage | 13.02 | 13.02 |
| | | **Total Disbursments** | 86.22 | $11,231.52 |

**Total Amount Due on this Invoice**      $11,231.52

EXHIBIT 59

## Timekeeper Summary

| Timekeeper Name | Hours | Rate | Amount |
|-----------------|-------|------|--------|
| John Slates | 12.10 | 385.00 | $4,658.50 |
| Colbie Brazell | 26.10 | 250.00 | $6,525.00 |
| **Totals** | 38.20 | | $11,183.50 |

**EXHIBIT 59**

# Slates Harwell LLP

1700 Pacific, Suite 3800
Dallas, TX 75201
Telephone: (469) 317-1000    Fax: (469) 317-1100
FEIN    46-2942335

September 9, 2013

|                 |           |     |
|-----------------|-----------|-----|
| Invoice No.     |           | 142 |
| Reference No.   | 2050-0001 | JS  |

Tony Trevino
Lewis Energy Group
10101 Reunion Pl, Ste 1000
San Antonio, TX  78216

**Professional Services**

For services rendered for period through 08/31/2013 in connection with:
SBS Construction

| | | | | Hours | Amount |
|---|---|---|---|---|---|
| 08/01/2013 | JS | | Draft revised language for settlement agreement and forward same to Wes Sharples; review follow up correspondence from Wes Sharples ███ ████████████; revise and edit settlement; correspondence to counsel for Morrell regarding same; review proposed changes to form of settlement agreement received from counsel for Morrell and respond to same. | 0.50 | 192.50 |
| 08/02/2013 | CB | | Begin drafting objections and responses to SBS request for production. | 0.90 | 225.00 |
| 08/05/2013 | JS | | Telephone conference with Karalynn Cromeens regarding settlement agreement language; follow up correspondence regarding same; telephone conference with Wes Sharples regarding █████ ████████████; follow up with Karalynn Cromeens regarding same; draft correspondence to Karaynn Cormeens with proposed language on same; review revised language proposed by Karalyn Cromeens; correspondence to Wes Sharples regarding ████████review response to same; revise and edit settlement agreement to include representation on claims paid; review correspondence from Wes Sharples regarding ████████████████████ telephone conference with  counsel for Morrell regarding same; revise and edit summary of Robertson issues and forward to counsel for Robertson; | 0.90 | 346.50 |
| 08/05/2013 | CB | | Continue drafting objections and responses to SBS's request for production, including i███████ ████████████████ | 4.10 | 1,025.00 |

**EXHIBIT 59**

███████████████████ begin drafting discovery to SBS, including interrogatories, request for production, and request for admission; begin drafting ████████████████████ ██ for use in drafting discovery and preparing outline and strategy for SBS's corporate representative deposition.

| Date | | Description | Hours | Amount |
|------|----|-------------|-------|--------|
| 08/06/2013 | JS | Review correspondence from counsel for Robertson regarding potential meeting; review correspondence from counsel for Morrell regarding execution of settlement agreement; review correspondence from Wes Sharples regarding ██████████████████████; follw up correspondence regarding same. | 0.20 | 77.00 |
| 08/07/2013 | JS | Correspondence with Wes Sharples regarding ████████████; correspondence to counsel for Robertson regarding settlement issues; review correspondence from counsel for Morrell regarding status of execution; forward same to Wes Sharples; telephone conference with Wes Sharples regarding ████████ ████████; follow up telephone conference with Wes Sharples regarding █████████ ██████████████egarding same; review and analysis of Robertson's response to motion to transfer venue; review Robertson's discovery requests; coordinate with Colbie Brazell regarding preparing responses to same | 0.60 | 231.00 |
| 08/07/2013 | CB | Finish drafting responses to SBS's request for production; revise and edit same; receive and analyze Robertson response to Tri-Bar motion to transfer venue; receive and analyze Robertson discovery to Tri-Bar and begin drafting responses to same. | 3.10 | 775.00 |
| 08/08/2013 | JS | Telephone conference with Wes Sharples regarding █████████████; coordinate with Colbie Hale regarding same. | 0.30 | 115.50 |
| 08/08/2013 | CB | Strategy regarding drafting discovery to SBS and Robertson and other outstanding case issues. | 0.20 | 50.00 |
| 08/09/2013 | CB | Conduct research regarding elements and defenses to tortious interference claim; read and analyze cases regarding same; analysis of tortious interference case law as applied to facts of case as developed to date; draft memorandum summarizing research and analysis of same. | 5.40 | 1,350.00 |
| 08/12/2013 | CB | Perform research regarding "major transaction" and performance of contract venue analysis; read and analyze cases regarding same; begin drafting first amended motion to transfer venue and alternative motion to sever SBS's claims; brief research regarding severance standard for use in draft motion. | 3.70 | 925.00 |
| 08/13/2013 | CB | Continue reading and analyzing cases regarding venue based on major transaction and venue | 2.30 | 575.00 |

EXHIBIT 59

selection clauses; continue drafting amended motion to transfer venue and motion to sever; analysis of Robertson invoices and case documents ████████████ ████████████; draft brief memorandum to J. Slates summarizing results of analysis of same.

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 08/13/2013 | JS | Review correspondence from Jimmie Brown regarding potential settlement; coresspondence to Wes Sharples regarding ████.; review and revise summary of research; correspondence forwarding same to Wes Sharples | 0.40 | 154.00 |
| 08/14/2013 | CB | Receive and brief review of SBS's responses to Robertson's first set of request for production and interrogatories. | 0.10 | 25.00 |
| 08/15/2013 | JS | Review SBS's discovery responses to Robertson Electric and analysis of same. | 0.30 | 115.50 |
| 08/15/2013 | CB | Strategy regarding drafting discovery to SBS and Robertson. | 0.10 | 25.00 |
| 08/19/2013 | CB | Finalize and file R. Lewis and G&R motion to transfer venue and original answers; continue drafting Tri-Bar first amended motion to transfer venue, incorporating additional case law research and venue arguments; read and analyze case law in connection with drafting same. | 2.90 | 725.00 |
| 08/20/2013 | CB | Draft first amended motion to transfer venue; revise and edit same; draft affidavit in support of motion to transfer venue. | 6.00 | 1,500.00 |
| 08/20/2013 | JS | Telephone conference with counsel for Roberston regarding potential meeting; review and revise responses to SBS request for production; | 0.20 | 77.00 |
| 08/21/2013 | JS | Extended telephone conference with Jimmie Brown regarding issues in case and potential telephone conference with clients to discuss potential settlement; | 0.30 | 115.50 |
| 08/26/2013 | CB | Draft objections and responses to Robertson's interrogatories and request for production ("RFP"); strategy regarding drafting comprehensive case memorandum; review and analyzes SBS's response to Robertson's interrogatories and RFP; draft and transmit correspondence to counsel for SBS regarding obtaining documents produced by SBS in response to Robertson RFP. | 3.80 | 950.00 |
| 08/26/2013 | JS | Review and revise responses to SBS discovery; draft requests for production to SBS; draft interrogatories to SBS; draft requests for production to Roberstson; draft interrogatories to Robertson; | 2.10 | 808.50 |
| 08/27/2013 | JS | Correspondence with Wes Sharples regarding ████; telephone conference with Wes Sharples regarding ████; reviewing draft discovery and further revision and editing of same; correspondence forwarding same to Wes Sharples; review and revise responses to Robertson | 1.20 | 462.00 |

**EXHIBIT 59**

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| | | discovery requests; correspondence to Wes Sharples regarding ███. | | |
| 08/27/2013 | CB | Receive and review Schulte Building's petition in intervention; finish drafting responses to Robertson interrogatories and RFPs; begin drafting responses to Roberston and SBS request for disclosure. | 3.10 | 775.00 |
| 08/27/2013 | CB | Draft ██████████████████████ | 0.30 | 75.00 |
| 08/28/2013 | JS | Telephone conference with Wes Sharples regarding ██████████; | 0.60 | 231.00 |
| 08/28/2013 | CB | Telephone call with W. Sharples re: ████████████████; revise and edit discovery responses. | 1.00 | 250.00 |
| 08/29/2013 | CB | Review and analyze documents produced by SBS in response to Robertson discovery requests. | 1.10 | 275.00 |
| 08/30/2013 | CB | Draft and edit responses to SBS request for disclosure; review and identify all documents ████████████████████ | 3.80 | 950.00 |
| 08/30/2013 | JS | Review notes related to amount of settlement offer to make to Robertson; | 0.20 | 77.00 |
| 08/30/2013 | JS | Review notes of pay application analysis to determine correct settlement amount and coordinate with Colbie Brazell in relation to same. | 0.20 | 77.00 |
| | | **Total Fees** | 49.90 | **$13,555.00** |

| Date | | Description | Amount | |
|---|---|---|---|---|
| 08/19/2013 | JS | Postage | 12.62 | |
| 08/26/2013 | JS | Kendall County District Clerk - filing fee | 35.00 | |
| | | **Total Disbursments** | | 47.62 |
| | | | | $13,602.62 |
| | | **Total Amount Due on this Invoice** | | **$13,602.62** |

**Timekeeper Summary**

| Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|
| Colbie Brazell | 41.90 | 250.00 | $10,475.00 |
| John Slates | 8.00 | 385.00 | $3,080.00 |
| **Totals** | 49.90 | | $13,555.00 |

**EXHIBIT 59**

# Slates Harwell LLP

1700 Pacific, Suite 3800
Dallas, TX 75201
Telephone: (469) 317-1000     Fax: (469) 317-1100
FEIN     46-2942335

October 15, 2013

Invoice No.                    215
Reference No.     2050-0001     JS

Tony Trevino
Lewis Energy Group
10101 Reunion Pl, Ste 1000
San Antonio, TX 78216

## Professional Services

For services rendered for period through 09/30/2013 in connection with:
SBS Construction

| | | | Hours | Amount |
|---|---|---|---|---|
| 09/02/2013 | JS | Review Schulte Building Systems petition in intervention and analysis of issues related to same. | 0.30 | 115.50 |
| 09/03/2013 | CB | Finalize and serve responses to SBS's request for production. | 0.80 | 200.00 |
| 09/03/2013 | JS | Review revised form of responses to SBS requests for production; coordinate with Colbie Brazell on service of same. | 0.20 | 77.00 |
| 09/04/2013 | JS | Review correspondence from Wes Sharples regarding ███████████ and coordinate with Colbie Brazell regarding same; review various correspondence regarding same. | 0.30 | 115.50 |
| 09/04/2013 | CB | Revise and edit responses to Robertson request for production and interrogatories; exchange emails with W. Sharples regarding ██████ ████████ | 0.60 | 150.00 |
| 09/05/2013 | JS | Various correspondence regarding discovery responses to SBS. | 0.20 | 77.00 |
| 09/05/2013 | CB | Exchange multiple communications with client group regarding ████████████████ ████████; finalize and serve Robertson discovery responses. | 0.50 | 125.00 |
| 09/06/2013 | JS | Review various correspondence regarding Robertson discovery and final form of same. | 0.20 | 77.00 |
| 09/06/2013 | CB | Receive and review correspondence from T. Clark regarding document production status; draft and transmit response to same; receive and analyze additional information and documents from T. Weigand to assist in  supplementing interrogatory | 0.60 | 150.00 |

EXHIBIT 59

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| | | responses. | | |
| 09/09/2013 | CB | Review, analyze, and prepare all documents for production for in-person review by T. Clark; conference with T. Clark regarding document production contents and logistics; draft Robertson supplement interrogatory responses; review and analyze SBS contract valuation analysis, SBS deficiency report, and job transaction detail report to aid in drafting interrogatory responses and compiling damages model; draft and transmit correspondence to J. Brown regarding supplemental interrogatory responses and status of document production; finalize and serve supplementary interrogatory responses; continue compiling lists of documents needed for production. | 6.20 | 1,550.00 |
| 09/09/2013 | JS | Coordinate with Colbie Brazell on issues for document production to SBS. | 0.30 | 115.50 |
| 09/10/2013 | CB | Revise, finalize, and serve first request for production and interrogatories on SBS; draft and transmit correspondence to counsel for Schulte enclosing all recently served discovery. | 1.70 | 425.00 |
| 09/19/2013 | CB | Revisions to amended motion to transfer venue, including drafting [REDACTED]. | 0.80 | 200.00 |
| 09/20/2013 | JS | Initial review of documents received from architect; coordinate with Colbie Brazell on detailed review of same; correspondence to Wes Sharples transmitting same. | 0.40 | 154.00 |
| 09/20/2013 | CB | Receive and brief review of [REDACTED]; draft brief summary detailing new documents provided in production. | 0.30 | 75.00 |
| 09/23/2013 | JS | Review correspondence from Wes Sharples regarding [REDACTED]. | 0.10 | 38.50 |
| 09/23/2013 | CB | Analysis of [REDACTED] | 0.70 | 175.00 |
| 09/24/2013 | JS | Review [REDACTED]; forward [REDACTED] Wes Sharples; review pay applications #7 and #8 for change order information; | 1.10 | 423.50 |
| 09/24/2013 | CB | Conference call with W. Sharples regarding [REDACTED]; continue compiling damages analysis; review of change orders and SBS draws to reconcile with damage claim. | 1.30 | 325.00 |
| | | **Total Fees** | 16.60 | $4,568.50 |

**EXHIBIT 59**

|            |    |                 | Amount |
|------------|----|-----------------|--------|
| 09/25/2013 | JS | Federal Express | 23.05  |

**Total Disbursments**                                                    $23.05

**Total Amount Due on this Invoice**                              $4,591.55

### Timekeeper Summary

| Timekeeper Name | Hours | Rate   | Amount     |
|-----------------|-------|--------|------------|
| Colbie  Brazell | 13.50 | 250.00 | $3,375.00  |
| John  Slates    | 3.10  | 385.00 | $1,193.50  |
| **Totals**      | 16.60 |        | $4,568.50  |

**EXHIBIT 59**

# Slates Harwell LLP

1700 Pacific, Suite 3800
Dallas, TX 75201
Telephone: (469) 317-1000    Fax: (469) 317-1100
FEIN    46-2942335


November 8, 2013

Invoice No.                    309
Reference No.    2050-0001    JS


Tony Trevino
Lewis Energy Group
10101 Reunion Pl, Ste 1000
San Antonio, TX  78216

## Professional Services

For services rendered for period through 10/31/2013 in connection with:
SBS Construction

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/01/2013 | JS | Telephone conference with Wes Sharples regarding ███████████████████; telephone conference with  counsel for SBS regarding same. | 0.40 | 154.00 |
| 10/04/2013 | JS | Correspondence to opposing counsel transmitting initial damages analysis; | 0.20 | 77.00 |
| 10/08/2013 | JS | Review correspondence from counsel for SBS setting forth position on settlement; prepare for and participate in extended  telephone conference with clients regarding ████████n; review contract in relation to ████████ ██████████████; review updated summary on amounts due received from SBS; analysis of issues related to ██████████ █████████; coordinate with Giselle Gafford reg additonal research on same; telephone conference with Tom Clark regarding timing of document production. | 1.60 | 616.00 |
| 10/09/2013 | JS | Review and analysis of SBS responses to requests for production and interrogatories and forward same to clients; review subpoena to third parties received from counsel for SBS; forward same to clients; | 0.30 | 115.50 |
| 10/09/2013 | GG | Review and analysis of SBS's responses to Tri-Bar's Request for Production of Documents and Interrogatories. | 0.20 | 54.00 |
| 10/10/2013 | JS | Telephone conference with counsel for SBS regarding discovery issues; correspondence to | 0.50 | 192.50 |

EXHIBIT 59

| | | | | |
|---|---|---|---|---|
| | | Wes Sharples regarding ▮▮▮; review correspondence from Wes Sharples regarding ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮; correspondence to John Grable ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮; correspondence to Jimmie Brown regarding discovery responses. | | |
| 10/10/2013 | GG | Research regarding ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮; Analysis of case law re: same. | 2.20 | 594.00 |
| 10/11/2013 | JS | Review correspondence from counsel for Robertson regarding discovery issues; telephone conference with counsel for SBS regarding document production issues; | 0.20 | 77.00 |
| 10/16/2013 | GG | Research regarding ▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Analysis of case law re: same; Reserach Memo to J. Slates re: same. | 3.20 | 864.00 |
| 10/16/2013 | GG | Receipt and analysis of documents produced by SBS in response to Tri-Bar's RFPs; Analysis of collection of documents produced by Grable. | 0.50 | 135.00 |
| 10/16/2013 | JS | Review research performed by Giselle Gafford on ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and analysis of issues related to same; coordinate with Giselle Gafford regarding follow up issues in relation to same. | 0.20 | 77.00 |
| 10/16/2013 | JS | Selected review of documents produced by architect; | 0.60 | 231.00 |
| 10/17/2013 | JS | Coordinate with Giselle Gafford on document review issues and related discovery issues; telephone conference with Jimmie Brown regarding outstanding discovery issues; telephone conference with Tom Clark regarding same; continue review of selected architect documents. | 0.80 | 308.00 |
| 10/17/2013 | GG | Strategy regarding document review, document production, and discovery responses; Analysis of pleadings and discovery responses. | 0.60 | 162.00 |
| 10/18/2013 | JS | Correspondence with Wes Sharples regarding ▮▮▮▮▮▮▮; telephone conference with counsel for Robertson regarding mediation issues. | 0.20 | 77.00 |
| 10/21/2013 | JS | Initial review of documents received from Wes Sharples; telephone conference with Wes Sharples ▮▮▮▮▮; coordinate with Giselle Gafford regarding review of same; | 0.40 | 154.00 |
| 10/23/2013 | GG | Coordinate Tri-Bar's supplemental production of documents including Tri-Bar's supplemental claims documentation and Grable documents. | 0.20 | 54.00 |
| 10/24/2013 | GG | Research regarding ▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; Analysis of case law and AIA | 3.60 | 972.00 |

EXHIBIT 59

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| | | A201 Commentary re: same. | | |
| 10/29/2013 | GG | Review SBS documents and client files for Robertson Electric Pay Applications Nos. 1-2; Email correspondence to client ███. | 0.50 | 135.00 |

**Total Fees**           16.40         $5,049.00

|  | | | Amount |
|---|---|---|---|
| 09/05/2013 | JS | Certified Mail Postage | 12.22 |
| 10/31/2013 | JS | Litigation support vendors | 162.38 |

**Total Disbursments**         $174.60

**Total Amount Due on this Invoice**         $5,223.60

## Timekeeper Summary

| Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|
| Giselle Gafford | 11.00 | 270.00 | $2,970.00 |
| John Slates | 5.40 | 385.00 | $2,079.00 |
| **Totals** | 16.40 | | $5,049.00 |

EXHIBIT 59

# Slates Harwell LLP

1700 Pacific, Suite 3800
Dallas, TX 75201
Telephone: (469) 317-1000    Fax: (469) 317-1100
FEIN    46-2942335



December 13, 2013

Invoice No.            396
Reference No.    2050-0001    JS

Tony Trevino
Lewis Energy Group
10101 Reunion Pl, Ste 1000
San Antonio, TX 78216

## Professional Services

For services rendered for period through 11/30/2013 in connection with:
SBS Construction

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/05/2013 | CB | Review, analyze, and flag key documents in SBS document production (2,013 pages); revise, finalize, and serve responses to SBS and Robertson request for disclosure; brief review of summary of AIA legal analysis regarding key contractual provisions; locate and analyze SBS daily and weekly project reports; brief review of additional documents produced by J. Grable and W. Sharples; brief telephone conference with W. Sharples regarding ███████████. | 4.90 | 1,225.00 |
| 11/05/2013 | JS | Telephone conference with Wes Sharples regarding ███████████; coordinate with Colbie Brazell on various follow up issues; coordinate document review issues and other pending issues. | 0.40 | 154.00 |
| 11/06/2013 | JS | Review daily reports received from Colbie Brazell; coordinate with Colbie Brazell regarding additional issues in relation to same; review correspondence from opposing counsel regarding request for daily reports. | 0.30 | 115.50 |
| 11/06/2013 | CB | Review and analyze SBS daily and weekly reports; draft and transmit email to W. Sharples ███████████; draft and transmit email to T. Clark regarding verifying possession of all SBS daily and weekly reports; receive and review response from T. Clark to same. | 0.70 | 175.00 |
| 11/07/2013 | CB | Receive and brief review of Tri-Bar email correspondence flash drive; receive and respond to correspondence from T. Clark verifying production | 0.20 | 50.00 |

EXHIBIT 59

| Date | | Description | Hours | Amount |
|------|--|-------------|-------|--------|
| | | of all SBS daily and weekly reports; finish review of documents produced by SBS. | | |
| 11/08/2013 | CB | Complete review and analysis of all Tri-Bar emails for privilege and production; strategy and coordination regarding supplemental production of emails. | 0.80 | 200.00 |
| 11/08/2013 | DJ | Prepare documents for privilege review; prepare production disks for opposing counsel. | 0.40 | 60.00 |
| 11/11/2013 | JS | Correspondence to opposing counsel regarding mediation issues and scheduling same; review status of pending issues. | 0.20 | 77.00 |
| 11/11/2013 | CB | Receive and read correspondence from J. Brown regarding interrogatory responses and document production; receive and review correspondence from T. Clark regarding document production and scheduling mediation; begin drafting response to J. Brown correspondence. | 0.70 | 175.00 |
| 11/12/2013 | CB | Draft, revise, and edit correspondence to J. Brown regarding various discovery disputes; finalize exhibits to correspondence. | 1.60 | 400.00 |
| 11/15/2013 | JS | Corrrespondence with Wes Sharples regarding ████████████; follow up telephone conference with Wes Sharples regarding same. | 0.30 | 115.50 |
| 11/18/2013 | JS | Review draft letter to Jimmie Brown and revise and edit same; coordinate with Colbie Brazell on document production issues; | 0.20 | 77.00 |
| 11/18/2013 | CB | Review and analysis of ████████████ ██████; draft memorandum summarizing results of review and categorizing supporting documents; finalize and transmit correspondence to J. Brown regarding discovery issues. | 1.30 | 325.00 |
| 11/19/2013 | JS | Review subpoenas to third parties from SBS; correspondence to counsel for SBS regarding same; correspondence to Wes Sharples regarding ████. | 0.20 | 77.00 |
| 11/20/2013 | CB | Receive and analyze subpoenas from SBS to non-party entities to determine whether objections to subpoenas needed. | 0.30 | 75.00 |
| 11/21/2013 | JS | Review correspondence from Tom Clark regarding issues with document production; review correspondence from Wes Sharples regarding ████████; correspondence to Wes Sharples regarding ████████████████; telephone conference with Wes Sharples regarding ██████████████ | 0.60 | 231.00 |
| 11/21/2013 | CB | Receive and review correspondence from SBS's counsel regarding discovery issues; perform analysis of production of settlement documents with subcontractors; draft email summarizing status of production of subcontractor settlement documents; prepare additional subcontractor settlement documents for production; telephone conference with W. Sharples re: ██████████ | 1.40 | 350.00 |

EXHIBIT 59

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| | | ██████████████; begin drafting responses to SBS counsel re: discovery issues. | | |
| 11/21/2013 | JS | Telephone conference with Neena Singh regarding ████████████████; revise and edit same; correspondence transmitting same; analysis of nondisclosure issues in relation to release of Morrell Masonry settlement agreement to opposing counsel; review Morrell Masonry settlement; correspondence to counsel for Morrell regarding nondisclosure issues. | 0.70 | 269.50 |
| 11/26/2013 | CB | Receive and review correspondence from T. Clark regarding supplemental document production; investigation into status of supplemental production. | 0.30 | 75.00 |
| | | **Total Fees** | 15.50 | $4,226.50 |

| Date | | Description | Amount |
|---|---|---|---|
| 09/25/2013 | JS | Blend Document Technologies - # 26296--Litigation support vendors | 211.09 |
| 10/09/2013 | JS | Thomson Reuters - #828364254. Online research | 196.77 |
| 10/10/2013 | JS | Thomson Reuters - #828364254. Online research | 29.33 |
| 10/16/2013 | JS | Thomson Reuters - #828364254. Online research | 52.35 |
| 10/24/2013 | JS | Thomson Reuters - #828364254. Online research | 51.28 |
| 10/24/2013 | JS | Certified Mail Postage | 12.62 |
| 10/28/2013 | JS | Platinum IDS - #39280 | 162.38 |
| 11/12/2013 | JS | Certified Mail Postage | 12.62 |
| 11/18/2013 | JS | Certified Mail Postage | 6.97 |
| | | **Total Disbursments** | $735.41 |

**Total Amount Due on this Invoice**                              $4,961.91

## Timekeeper Summary

| Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|
| Colbie Brazell | 12.20 | 250.00 | $3,050.00 |
| Debbie Jones | 0.40 | 150.00 | $60.00 |
| John Slates | 2.90 | 385.00 | $1,116.50 |
| **Totals** | 15.50 | | $4,226.50 |

EXHIBIT 59

# Slates Harwell LLP

1700 Pacific, Suite 3800
Dallas, TX 75201
Telephone: (469) 317-1000     Fax:  (469) 317-1100
FEIN     46-2942335

January 15, 2014

|  |  |  |
|---|---|---|
| Invoice No. | | 445 |
| Reference No. | 2050-0001 | JS |

Tony Trevino
Lewis Energy Group
10101 Reunion Pl, Ste 1000
San Antonio, TX  78216

## Professional Services

For services rendered for period through 12/31/2013 in connection with:
SBS Construction

| | | | Hours | Amount |
|---|---|---|---|---|
| 12/02/2013 | CB | Coordinate production of Tri-Bar/Glacier Cap emails. | 0.20 | 50.00 |
| 12/09/2013 | CB | Draft correspondence to T. Clark regarding supplemental document production and various discovery issues. | 0.70 | 175.00 |
| 12/10/2013 | CB | Revise and finalize correspondence to T. Clark regarding discovery issues and supplemental document production. | 0.40 | 100.00 |
| 12/11/2013 | CB | Finalize and transmit correspondence to T. Clark | 0.10 | 25.00 |
| 12/13/2013 | CB | Draft responses to Robertson's Request For Admissions; receive and analyze Robertson motion to compel; begin drafting response to motion to compel; receive and review email correspondence from T. Clark regarding various discovery issues; draft response to same; coordination with D. Jones regarding supplemental document production. | 4.40 | 1,100.00 |
| 12/16/2013 | JS | Revise and edit responses to requests for admission; coordinate with Colbie Brazell on service of same; coordinate with Colbie Brazell on status of various pending discovery issues. | 0.40 | 154.00 |
| 12/16/2013 | CB | Review and analysis of Tri-Bar document production to determine whether post-SBS termination documents produced; draft correspondence to W. Sharples regarding ███████████████████; strategy regarding production of supplemental subcontractor release documentation; finalize and serve responses to Robertson request for admission. | 0.60 | 150.00 |

EXHIBIT 59

| Date | TK | Description | Hours | Amount |
|---|---|---|---|---|
| 12/16/2013 | JS | Telephone conference with John Grable regarding ████████████████. | 0.20 | 77.00 |
| 12/17/2013 | CB | Draft and transmit email to W. Sharples regarding ████████████████. | 0.20 | 50.00 |
| 12/17/2013 | JS | Review correspondence from counsel for Robertson Electric regarding hearing date for motion to compel; review calendar in relation to same. | 0.20 | 77.00 |
| 12/17/2013 | CB | Receive and review proposed hearing dates on motion to compel from J. Brown; perform research regarding ████████████ and draft summary regarding results of research of same; strategy regarding ████████. | 0.40 | 100.00 |
| 12/19/2013 | JS | Telephone conference with Wes Sharples ████████████████. | 0.40 | 154.00 |
| 12/19/2013 | CB | Draft response to motion to compel; perform caselaw research regarding interrogatory verification rules; telephone conference with court clerk re: obtaining local rules; receive and analyze local rules; conference call with W. Sharples re: ████████████. | 3.30 | 825.00 |
| 12/30/2013 | JS | Review correspondence from Jimmie Brown regarding setting of hearing; analysis of issues related to preparations needed for same. | 0.20 | 77.00 |
| | | **Total Fees** | 11.70 | $3,114.00 |

| Date | TK | Description | Amount |
|---|---|---|---|
| 12/11/2013 | JS | Certified Mail Postage | 14.74 |
| 12/16/2013 | JS | Certified Mail Postage | 5.01 |
| | | **Total Disbursments** | $19.75 |

**Total Amount Due on this Invoice**                      **$3,133.75**

### Timekeeper Summary

| Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|
| Colbie Brazell | 10.30 | 250.00 | $2,575.00 |
| John Slates | 1.40 | 385.00 | $539.00 |
| **Totals** | 11.70 | | $3,114.00 |

**EXHIBIT 59**

# Slates Harwell LLP

1700 Pacific, Suite 3800
Dallas, TX 75201
Telephone: (469) 317-1000    Fax: (469) 317-1100
FEIN    46-2942335

February 5, 2014

Invoice No.             520
Reference No.    2050-0001   JS

Tony Trevino
Lewis Energy Group
10101 Reunion Pl, Ste 1000
San Antonio, TX 78216

**Professional Services**

For services rendered for period through 01/31/2014 in connection with:
SBS Construction

| | | | Hours | Amount |
|---|---|---|---|---|
| 01/02/2014 | JS | Coordinate with Colbie Brazell on document production issues. | 0.20 | 77.00 |
| 01/02/2014 | CB | Exchange telephone calls and emails with SBS's local counsel re: discovery conference; review and analyze documents produced by C&S and BoDen in response to SBS subpoena. | 1.60 | 400.00 |
| 01/08/2014 | CB | Draft response to Robertson motion to compel. | 2.20 | 550.00 |
| 01/09/2014 | CB | Calculate discovery answer deadlines for use in motion to compel and brief research regarding same; continue drafting response to motion to compel. | 0.70 | 175.00 |
| 01/10/2014 | CB | Draft and transmit email to W. Sharples re: ▮▮▮▮ ▮▮▮▮▮▮▮▮ receive and brief review of additional client documents ▮▮▮▮▮▮ for production. | 0.40 | 100.00 |
| 01/13/2014 | CB | Extended telephone conference with counsel for SBS regarding Tri-Bar's responses to all of SBS's requests for production; draft memorandum to W. Sharples ▮▮▮▮▮▮ ▮▮▮▮▮▮; telephone conference with W. Sharples regarding ▮▮▮▮▮▮ ▮▮▮▮▮▮; continue drafting response to Robertson motion to compel. | 5.10 | 1,275.00 |
| 01/13/2014 | JS | Analysis of ▮▮▮▮ in advance of call with Wes Sharples; telephone conference with Colbie Brazell and Wes Sharples regarding ▮▮▮ ▮▮▮▮▮▮; review summary | 0.70 | 269.50 |

EXHIBIT 59

| | | | | |
|---|---|---|---|---|
| | | of pending discovery issues and disputes prepared by Colbie Brazell and analysis of ████████ ██████████████; telephone conference with Wes Sharples regarding ████. | | |
| 01/14/2014 | JS | Review various correspondence with Jimmie Brown regarding pending motion to compel. | 0.20 | 77.00 |
| 01/14/2014 | CB | Calculate and calendar deadline for discovery period to close pursuant to Texas Rule of Civil Procedure 190.3 (Level 2); continue drafting response to motion to compel; finalize and serve supplemental document production containing post-SBS pay applications; draft correspondence to J. Brown regarding supplemental document production; receive lengthy correspondence from J. Brown regarding discovery objections; draft response to same. | 5.30 | 1,325.00 |
| 01/14/2014 | CB | Review and analyze Tri-Bar responses to Robertson request for production to aid in drafting response to motion to compel. | 0.10 | 25.00 |
| 01/15/2014 | JS | Review further correspondence with Jimmie Brown regarding motion to compel issues. | 0.20 | 77.00 |
| 01/15/2014 | CB | Finish drafting response to Robertson motion to compel; exchange emails with W. Sharples regarding ████████████████. | 2.40 | 600.00 |
| 01/16/2014 | CB | Draft and transmit email to W. Sharples re: ████████████████; receive and review email from J. Smith re: motion to compel hearing. | 0.30 | 75.00 |
| 01/17/2014 | CB | Extended telephone conference with W. Sharples regarding ██████████████████████████████; receive and review correspondence from J. Brown regarding objections to discovery responses; draft proposed responses to objections and transmit to W. Sharples; receive and review correspondence from SBS regarding motion to compel. | 3.50 | 875.00 |
| 01/17/2014 | JS | Review correspondence from Jimmie Brown regarding discovery dispute; coordinate with Colbie Brazell on strategy to take with respect to same. | 0.20 | 77.00 |
| 01/20/2014 | CB | Draft detailed correspondence to counsel for Robertson and counsel for SBS itemizing and addressing outstanding discovery issues; receive and review multiple emails from W. Sharples regarding ███████████████████; receive and review correspondence from SBS requesting privilege log; receive and review ████████████████ from W. Sharples and prepare same for production. | 4.80 | 1,200.00 |
| 01/20/2014 | JS | Review draft correspondence to SBS and Robertson on outstanding discovery issues; coordinate with Colbie Brazell regarding same. | 0.30 | 115.50 |
| 01/21/2014 | CB | Telephone conference with J. Cluck re: revisions to request for production responses and motion to compel; draft and transmit brief update to W. | 0.30 | 75.00 |

EXHIBIT 59

| | | | | |
|---|---|---|---|---|
| | | Sharples re: ███████████████████. | | |
| 01/22/2014 | CB | Multiple telephone conferences with J. Brown regarding outstanding discovery issues; draft first revised responses to SBS request for production; draft list of outstanding document issues; draft and transmit correspondence to J. Brown and J. Cluck regarding supplemental document production; finalize and serve revised discovery responses. | 2.50 | 625.00 |
| 01/23/2014 | CB | Telephone conference with W. Sharples re: ████████████████████; receive and review proposed Rule 11 agreement regarding discovery from J. Brown; attention to various outstanding discovery issues. | 2.00 | 500.00 |
| 01/24/2014 | CB | Receive and review correspondence from J. Brown regarding Rule 11 Agreement. | 0.10 | 25.00 |
| 01/27/2014 | CB | Receive and review correspondence from J. Brown regarding discovery dispute and motion to compel hearing; receive ██████████████ from W. Sharples and coordinate uploading of same for use in review/production; | 0.30 | 75.00 |
| 01/28/2014 | CB | Begin drafting privilege log responsive to SBS and Robertson request for same; review and analyze recent client document production for privilege and responsiveness. | 0.70 | 175.00 |
| 01/29/2014 | CB | Begin revising responses to Robertson discovery, including interrogatories, request for production, and request for disclosure; review and analysis of BoDen document production in response to SBS subpoena; begin reviewing and categorizing documents for production in response to Robertson request for production; draft log detailing various document productions produced by Tri-Bar. | 4.40 | 1,100.00 |
| 01/31/2014 | CB | Detailed review of additional client emails to analyze for privilege and responsiveness; finish drafting privilege log; perform brief legal research regarding applicability of various privileges in connection with drafting same; continued review of BoDen document production to identify responsive documents produced by BoDen not included in Tri-Bar document production; draft email to W. Sharples ███████████████████████████████████████. | 3.80 | 950.00 |

**Total Fees**                                                      42.30              $10,818.00

                                                                   Amount
01/14/2014     JS       Certified Mail Postage                      29.25

**Total Disbursments**                                                                  $29.25

EXHIBIT 59

**Total Amount Due on this Invoice**     **$10,847.25**

## Timekeeper Summary

| Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|
| Colbie Brazell | 40.50 | 250.00 | $10,125.00 |
| John Slates | 1.80 | 385.00 | $693.00 |
| **Totals** | 42.30 | | $10,818.00 |

**EXHIBIT 59**

# Slates Harwell LLP

1700 Pacific, Suite 3800
Dallas, TX 75201
Telephone: (469) 317-1000    Fax: (469) 317-1100
FEIN    46-2942335

March 11, 2014

|  |  |  |
|---|---|---|
| Invoice No. | | 616 |
| Reference No. | 2050-0001 | JS |

Tony Trevino
Lewis Energy Group
10101 Reunion Pl, Ste 1000
San Antonio, TX 78216

## Professional Services

For services rendered for period through 02/28/2014 in connection with:
SBS Construction

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 02/01/2014 | CB | Receive and review correspondence from W. Sharples regarding ██████████ ████. | 0.10 | 25.00 |
| 02/03/2014 | CB | Review and analyze documents produced by Speedway Erection in response to SBS subpoena; continue drafting first revised responses to Robertson request for production, request for disclosure, and interrogatories; continue review and analysis of client documents to determine documents to be withheld for privilege; finish drafting privilege log; coordinate with D. Jones regarding location and organization of all previous document productions; draft comprehensive list identifying all previous SBS document productions; draft and transmit email to W. Sharples regarding ███████████████; draft list identifying categories of documents requested by Robertson. | 4.40 | 1,100.00 |
| 02/03/2014 | JS | Review draft privilege log and attention to status of various other pending issues. | 0.20 | 77.00 |
| 02/04/2014 | JS | Review correspondence regarding pending discovery issues. | 0.10 | 38.50 |
| 02/04/2014 | CB | Draft withholding statements to SBS and Robertson; finalize privilege logs to SBS and Robertson; draft correspondence to SBS and Robertson serving withholding statements and privilege logs; draft correspondence to SBS regarding supplemental document production; finalize and serve supplemental document production; receive and respond to email from W. Sharples ████████████████ | 1.50 | 375.00 |

## EXHIBIT 59

| | | | | |
|---|---|---|---|---|
| 02/05/2014 | CB | Review and analyze all of Tri-Bar's previously-produced documents in order to identify documents responsive to Robertson's requests for production; revise and edit responses to Robertson request for production; prepare documents for production. | 2.80 | 700.00 |
| 02/06/2014 | CB | Coordinate with vendor regarding document production to Robertson; review and analysis of all documents to be included in Robertson document production; continue finalizing responses to Robertson discovery; receive and review ███████████████████ from W. Sharples. | 0.80 | 200.00 |
| 02/10/2014 | CB | Finish drafting revised responses to Robertson discovery; finalize all documents for production in response to Robertson requests for production; draft correspondence to all counsel regarding revised responses; serve all revised discovery responses. | 2.60 | 650.00 |
| 02/13/2014 | CB | Receive and review correspondence from J. Brown regarding objections to revised discovery responses; analyze same and draft summary to W. Sharples regarding ████████████████ ██████; review and analyze documents produced by SBS to ascertain all lien notices sent by Robertson; brief analysis regarding ███████ ████████████; telephone conference with W. Sharples regarding ████████████████ ██████████. | 2.60 | 650.00 |
| 02/14/2014 | CB | Receive and review ██████████████████ ██████████████ from W. Sharples; prepare additional documents regarding correspondence from Robertson for production; draft and transmit correspondence to J. Brown regarding supplemental document production. | 0.70 | 175.00 |
| 02/17/2014 | JS | Review and revise motion to transfer venue. | 0.10 | 38.50 |
| 02/17/2014 | CB | Strategy regarding responding to J. Brown correspondence regarding Tri-Bar's discovery responses. | 0.10 | 25.00 |
| 02/18/2014 | JS | Review cases cited in amended motion to transfer venue; revise and edit draft amended motion to transfer venue. | 1.10 | 423.50 |
| 02/18/2014 | JS | Telephone conference with Wes Sharples regarding ████████████████████ ██████████ and coordinate with Colbie Brazell regarding same. | 0.20 | 77.00 |
| 02/18/2014 | CB | Begin drafting revisions to first amended motion to transfer venue. | 0.30 | 75.00 |
| 02/19/2014 | JS | Correspondence with opposing counsel regarding scheduling mediation. | 0.20 | 77.00 |
| 02/19/2014 | CB | Strategy regarding selecting mediator and scheduling mediation; telephone call to Judge Brown office regarding potential mediation dates; strategy regarding revisions to motion to transfer | 0.30 | 75.00 |

EXHIBIT 59

| | | | | |
|---|---|---|---|---|
| | | venue based upon Robertson's filing of first amended petition. | | |
| 02/20/2014 | CB | Coordinate availability for mediation dates with potential mediator Brown, T. Clark, and J. Slates. | 0.10 | 25.00 |
| 02/21/2014 | CB | Receive and review lengthy correspondence from J. Brown regarding discovery complaints and various case issues. | 0.40 | 100.00 |
| 02/24/2014 | CB | Draft and transmit correspondence to counsel regarding scheduling of mediation; draft revisions to motion to transfer venue; perform additional legal research regarding motion to transfer venue; strategy regarding response to J. Brown correspondence. | 1.40 | 350.00 |
| 02/25/2014 | CB | Draft revised motion to transfer venue and affidavit in support; finalize same for filing; draft and transmit correspondence to W. Sharples regarding ████. | 3.20 | 800.00 |

| | | | |
|---|---|---|---|
| **Total Fees** | | 23.20 | $6,056.50 |

| | | | Amount | |
|---|---|---|---|---|
| 02/04/2014 | JS | Package Shipping | 18.10 | |
| 02/06/2014 | JS | EliteDocuTech - #41136. Litigation support vendors | 101.81 | |
| 02/10/2014 | JS | Package Shipping | 17.40 | |
| 02/14/2014 | JS | Certified Mail Postage | 17.00 | |

| | |
|---|---|
| **Total Disbursments** | $154.31 |

| | |
|---|---|
| **Total Amount Due on this Invoice** | $6,210.81 |

### Timekeeper Summary

| Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|
| Colbie Brazell | 21.30 | 250.00 | $5,325.00 |
| John Slates | 1.90 | 385.00 | $731.50 |
| **Totals** | 23.20 | | $6,056.50 |

**EXHIBIT 59**

# Slates Harwell LLP

1700 Pacific, Suite 3800
Dallas, TX 75201
Telephone: (469) 317-1000    Fax: (469) 317-1100
FEIN    46-2942335

April 3, 2014

Invoice No.                       694
Reference No.    2050-0001    JS

Tony Trevino
Lewis Energy Group
10101 Reunion Pl, Ste 1000
San Antonio, TX  78216

**Professional Services**

For services rendered for period through 03/31/2014 in connection with:
SBS Construction

| | | | Hours | Amount |
|---|---|---|---|---|
| 03/03/2014 | CB | Read and analyze brand new case issued by Texas Supreme Court favorably interpreting "major transaction" venue provision for purposes of venue arguments; incorporate case into first amended motion for summary judgment. | 0.90 | 225.00 |
| 03/04/2014 | JS | Review revised draft of amended motion to transfer venue. | 0.20 | 77.00 |
| 03/05/2014 | CB | Draft and transmit correspondence to T. Clark and W. Sharples regarding finalizing mediation dates. | 0.10 | 25.00 |
| 03/05/2014 | JS | Coordinate with Colbie Brazell on mediation scheduling issues. | 0.10 | 38.50 |
| 03/06/2014 | JS | Various correspondence with client and opposing counsel regarding mediation scheduling. | 0.20 | 77.00 |
| 03/06/2014 | CB | Exchange multiple communications with proposed mediator, W. Sharples, and opposing counsel regarding scheduling upcoming mediation. | 0.30 | 75.00 |
| 03/07/2014 | CB | Continue exchanging correspondence with counsel and mediator regarding mediation scheduling and pricing; draft ▮▮▮▮▮▮▮▮▮▮▮▮▮ or W. Sharples; draft damages analysis; receive and review first amended motion to compel; receive and review correspondence from J. Brown re: motion to compel and settlement; exchange emails with W. Sharples re: ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮. | 3.80 | 950.00 |
| 03/07/2014 | JS | Review ▮▮▮▮▮▮▮▮ prepared by Colbie Brazell for client; review correspondence from Jimmie Brown regarding hearing on motion to compel. | 0.30 | 115.50 |

EXHIBIT 59

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/10/2014 | CB | Prepare for telephone conference with W. Sharples, including ██████████████ ████████████████████; read and analyze Robertson motion to compel and begin drafting response to same; draft and transmit correspondence to J. Brown regarding setting hearing date on motion to compel; revise and edit ████████████ requested by W. Sharples, including ██████████████ ████████ | 2.90 | 725.00 |
| 03/10/2014 | JS | Analysis of pending issues; telephone conference ██████████████; analysis of SBS damage claims; analysis of ████████; | 0.60 | 231.00 |
| 03/12/2014 | CB | Telephone conference with W. Sharples re: ████ ████████████. | 0.20 | 50.00 |
| 03/13/2014 | CB | Revise affidavit in support of motion to transfer venue; continue coordination among various parties regarding scheduling mediation; review and analyze various contractual provisions in connection with motion to transfer venue. | 0.80 | 200.00 |
| 03/18/2014 | CB | Draft and transmit email to W. Sharples regarding ████████████████; brief conference with J. Slates regarding strategy for drafting response to motion to compel. | 0.20 | 50.00 |
| 03/18/2014 | CB | Continue efforts to finalize mediation schedule with parties and mediator. | 0.10 | 25.00 |
| 03/19/2014 | CB | ████████████████████████ | 0.40 | 100.00 |
| 03/19/2014 | CB | Confirm mediation date with all parties and mediators; draft and transmit notice of mediation to T. Clark. | 0.20 | 50.00 |
| 03/19/2014 | CB | Exchange multiple emails with W. Sharples regarding ████████████████; receive and review mediation packet. | 0.30 | 75.00 |
| 03/19/2014 | CB | Draft and transmit email to T. Clark re: inclusion of Robertson and Schulte at mediation; strategy re: drafting correspondence to J. Brown re motion to compel. | 0.20 | 50.00 |
| 03/20/2014 | JS | Various correspondence regarding pending discovery issues. | 0.20 | 77.00 |
| 03/20/2014 | CB | Receive and review notice of hearing on Robertson motion to compel; forward same to W. Sharples regarding ████████████████. | 0.20 | 50.00 |
| 03/21/2014 | CB | Begin drafting correspondence to J. Brown regarding motion to compel. | 0.30 | 75.00 |
| 03/24/2014 | CB | Draft detailed correspondence to J. Brown regarding mediation and motion to compel; draft response to Robertson first amended motion to | 5.90 | 1,475.00 |

EXHIBIT 59

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| | | compel; revise and edit same; receive and review R. Lewis affidavit for motion to transfer venue; strategy regarding timing for filing motion to transfer venue and requesting hearing dates. | | |
| 03/25/2014 | CB | Receive and review notice of hearing on motion to compel from J. Brown; receive and review correspondence from T. Clark regarding T. Pittman contact information; perform investigation into various lawsuits filed against T. Pittman and continue efforts to obtain contact information; strategy regarding response to motion to compel; begin revising responses to request for disclosure and response to motion to compel. | 3.70 | 925.00 |
| 03/26/2014 | CB | Receive and review request for disclosure from Schulte to Tri-Bar and R. Lewis; revise motion to compel response and file same; finalize and file first amended motion to transfer venue; draft second revised request for disclosure responses including T. Pittman contact information and serve same; draft correspondence to T. Clark regarding lawsuit information provided regarding T. Pittman; begin preparing for motion to compel hearing, including reading and analyzing all discovery responses previously served in case; telephone conference with W. Sharples regarding ███████ ████████████████████; strategy regarding arguments to present at motion to compel hearing. | 5.50 | 1,375.00 |
| 03/26/2014 | JS | Review various correspondence regarding discovery issues; correspondence with client regarding ████; correspondence to counsel for SBS regarding same; analysis of impact of Tom Pittman issues on case; telephone conference with Wes Sharples regarding ██████████; analysis of issues related to motion to compel hearing; | 1.40 | 539.00 |
| 03/27/2014 | CB | Draft order denying motion to compel; calculate and calendar discovery close and expert designation deadlines; begin preparing for hearing on motion to compel, including creating hearing binders and other key documents for use at hearing. | 2.70 | 675.00 |
| 03/27/2014 | DJ | Update document production chart in preparation for hearing on Motion to Compel. | 0.30 | 45.00 |
| 03/28/2014 | CB | Continue preparing for motion to compel hearing, including reading and analyzing relevant case law and identifying all documents withheld as privileged. | 0.60 | 150.00 |
| 03/30/2014 | JS | Travel from Dallas TX to Boerne TX via San Antonio for hearing on motion to compel including preparation for hearing. | 3.60 | 1,386.00 |
| 03/31/2014 | JS | Prepare for and attend hearing on motion to compel and return travel to Dallas TX from Boerne via San Antonio. | 6.90 | 2,656.50 |
| | | **Total Fees** | 43.10 | $12,567.50 |

EXHIBIT 59

| Date | | Description | Amount |
|------|------|-------------|--------|
| 03/03/2014 | JS | Thomson Reuters - #829338788 | 66.75 |
| 03/24/2014 | DJ | Thomson Reuters - #829338788 | 40.45 |
| 03/26/2014 | DJ | Special Delivery Service, Inc. - #447672 | 247.25 |
| 03/26/2014 | DJ | Special Delivery Service, Inc. - #447672 | 105.50 |
| 03/28/2014 | DJ | Thomson Reuters - #829338788 | 33.01 |

**Total Disbursments**                                          $492.96

**Total Amount Due on this Invoice**                       $13,060.46

## Timekeeper Summary

| Timekeeper Name | Hours | Rate | Amount |
|-----------------|-------|------|--------|
| Colbie Brazell | 29.30 | 250.00 | $7,325.00 |
| Debbie Jones | 0.30 | 150.00 | $45.00 |
| John Slates | 13.50 | 385.00 | $5,197.50 |
| **Totals** | 43.10 | | $12,567.50 |

EXHIBIT 59

# Slates Harwell LLP

1700 Pacific, Suite 3800
Dallas, TX 75201
Telephone: (469) 317-1000    Fax: (469) 317-1100
FEIN    46-2942335


May 6, 2014

Invoice No.                    783
Reference No.    2050-0001    JS


Tony Trevino
Lewis Energy Group
10101 Reunion Pl, Ste 1000
San Antonio, TX  78216

## Professional Services

For services rendered for period through 04/30/2014 in connection with:
SBS Construction

| | | | Hours | Amount |
|---|---|---|---|---|
| 03/30/2014 | CB | Travel to Boerne for motion to compel hearing and continue preparing for motion to compel hearing. | 3.30 | 825.00 |
| 03/31/2014 | CB | Continue preparing for motion to compel hearing; attend motion to compel hearing; conference with all party attorneys regarding discovery dispute and scheduling mediation; travel from motion to compel hearing. | 7.00 | 1,750.00 |
| 04/01/2014 | JS | Telephone conference with Wes Sharples regarding ███████████████████ | 0.20 | 77.00 |
| 04/01/2014 | CB | Begin drafting responses to Schulte request for disclosure; exchange correspondence with W. Sharples re: ███████████ | 0.10 | 25.00 |
| 04/02/2014 | CB | Draft Rule 11 Agreement regarding discovery dispute with Robertson | 0.30 | 75.00 |
| 04/03/2014 | CB | Draft and transmit correspondence to all counsel regarding setting hearing date on motion to transfer venue; draft and transmit correspondence to all counsel regarding proposed mediation dates; draft and transmit correspondence to J. Brown regarding Rule 11 agreement; draft and transmit correspondence to W. Sharples regarding ████████████████████████; receive and review proposed agreed order from J. Brown regarding discovery dispute; receive and review correspondence from J. Brown regarding mediation, settlement, and hearing date scheduling; strategy regarding scheduling mediation; coordination with mediator's office | 1.90 | 475.00 |

**EXHIBIT 59**

| Date | Init. | Description | Hours | Amount |
|---|---|---|---|---|
| | | regarding potential alternative mediation dates. | | |
| 04/04/2014 | CB | Receive correspondence from T. Clark regarding motion to transfer venue hearing; draft and transmit correspondence to W. Sharples regarding ▮▮▮▮ ▮▮▮▮. | 0.30 | 75.00 |
| 04/07/2014 | JS | Telephone conference with Wes Sharples regarding ▮▮▮▮▮▮▮▮ coordinate with Colbie Brazell regarding same. | 0.20 | 77.00 |
| 04/07/2014 | CB | Execute and transmit agreed order and calendar deadline to respond to same; draft and transmit correspondence to J. Brown regarding agreed order and mediation scheduling. | 0.70 | 175.00 |
| 04/08/2014 | CB | Draft and finalize order setting motion to transfer venue hearing; communicate with clerk regarding setting same; continue efforts to coordinate mediation date amongst parties. | 0.60 | 150.00 |
| 04/09/2014 | CB | Revise and supplement responses to Robertson discovery; receive and review email from J. Brown regarding mediation. | 2.90 | 725.00 |
| 04/10/2014 | JS | Analysis of issues related to mediation; coordinate with Colbie Brazell regarding same; analysis of issues related to motion to transfer venue; review correspondence to clients regarding revised discoverry. | 0.40 | 154.00 |
| 04/10/2014 | CB | Continue revising responses to Robertson discovery, including drafting revised verification; draft and transmit email to W. Sharples re: ▮▮▮▮▮▮▮. | 0.40 | 100.00 |
| 04/14/2014 | CB | Phone call to T. Clark regarding mediation; strategy conference with J. Slates regarding mediation. | 0.20 | 50.00 |
| 04/15/2014 | CB | Exchange emails with W. Sharples regarding ▮▮▮▮▮▮. | 0.10 | 25.00 |
| 04/15/2014 | JS | Correspondence with counsel for SBS regarding mediation and including Robertson in mediation. | 0.20 | 77.00 |
| 04/16/2014 | CB | Receive and review email communications from W. Sharples and J. Brown regarding mediation; forward notice of hearing to all parties; calendar respondent's deadline to respond to motion to transfer venue. | 0.30 | 75.00 |
| 04/16/2014 | CB | Receive and brief review of SBS's motion for summary judgment; conference with J. Slates regarding mediation and summary judgment motion; email to all counsel regarding mediation. | 0.50 | 125.00 |
| 04/17/2014 | JS | Review order setting hearing on motion to transfer venue. | 0.10 | 38.50 |
| 04/18/2014 | CB | Exchange email communications with W. Sharples regarding ▮▮▮▮▮▮▮ ▮▮▮; revise interrogatory responses regarding verification upon personal knowledge. | 0.40 | 100.00 |
| 04/22/2014 | JS | Telephone conference with Wes Sharples regarding ▮▮▮▮▮▮▮ ▮▮▮. | 0.30 | 115.50 |

EXHIBIT 59

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 04/22/2014 | CB | Receive email from W. Sharples regarding ████████████████████; receive and review correspondence from SBS counsel regarding setting motion for summary judgment for hearing; telephone conference with W. Sharples regarding ████████████████████████; strategy regarding summary judgment hearing setting. | 0.50 | 125.00 |
| 04/23/2014 | CB | Receive and review email communication from SBS counsel regarding scheduling summary judgment hearing; draft correspondence to all counsel regarding scheduling mediation; exchange additional email communications with T. Valega regarding scheduling mediation. | 0.30 | 75.00 |
| 04/24/2014 | JS | Various correspondence regarding discovery responses; analysis of issues related to same; telephone conference with Wes Sharples regarding ████ follow up regarding ████. | 0.60 | 231.00 |
| 04/24/2014 | CB | Draft and revise Tri-Bar responses to Robertson's request for disclosure, request for production, and interrogatories; telephone conference with W. Sharples regarding ████████████████████. | 0.90 | 225.00 |
| 04/25/2014 | CB | Revise, finalize, and serve responses to Robertson request for production, request for disclosure, and interrogatories and Shulte request for disclosure. | 1.10 | 275.00 |
| 04/27/2014 | CB | Receive and review correspondence from J. Brown regarding mediation and summary judgment. | 0.10 | 25.00 |
| 04/29/2014 | CB | Read and analyze SBS motion for summary judgment; begin extensive researching, reading, and analyzing of case law regarding SBS motion for summary judgment in order to prepare for drafting response; receive and read SBS response to Tri-Bar motion to transfer venue; receive and read SBS supplemental responses to Tri-Bar's interrogatories; receive and read SBS amended cross-claim against Tri-Bar; receive and read Robertson second amended petition. | 4.20 | 1,050.00 |
| 04/30/2014 | JS | Review SBS's amended response to motion to transfer venue and analysis of issues raised in same. | 0.40 | 154.00 |
| 04/30/2014 | CB | Continue research for use in response to SBS motion for summary judgment; telephone call to mediator regarding scheduling mediation; conference with J. Slates re: various case issues, including strategy for response to motion for summary judgment and motion to transfer venue. | 1.40 | 350.00 |
| 04/30/2014 | JS | Review various pleadings filed by SBS and coordinate with Colbie Brazell regarding same. | 0.40 | 154.00 |
| | | **Total Fees** | 30.30 | $7,953.00 |

EXHIBIT 59

|            |    |                                                      | Amount   |
|------------|----|------------------------------------------------------|----------|
| 03/31/2014 | CB | Colbie Brazell - Boerne, TX for hearing 3/30-31/14   | 215.14   |
| 03/31/2014 | JS | Slates - Boerne, TX for hearing 3/30-31/14           | 1,029.10 |
| 04/25/2014 | JS | Certified Mail Postage                               | 7.82     |

**Total Disbursments**                                                        $1,252.06


**Total Amount Due on this Invoice**                                          $9,205.06


## Timekeeper Summary

| Timekeeper Name | Hours | Rate   | Amount     |
|-----------------|-------|--------|------------|
| Colbie  Brazell | 27.50 | 250.00 | $6,875.00  |
| John  Slates    | 2.80  | 385.00 | $1,078.00  |
| **Totals**      | 30.30 |        | $7,953.00  |

**EXHIBIT 59**

# Slates Harwell LLP

1700 Pacific, Suite 3800
Dallas, TX 75201
Telephone: (469) 317-1000    Fax: (469) 317-1100
FEIN    46-2942335



June 10, 2014

| | |
|---|---|
| Invoice No. | 862 |
| Reference No. | 2050-0001    JS |

Tony Trevino
Lewis Energy Group
10101 Reunion Pl, Ste 1000
San Antonio, TX  78216

## Professional Services

For services rendered for period through 05/31/2014 in connection with:
SBS Construction

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 05/02/2014 | CB | Perform research on ▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓ for use in response to SBS motion for summary judgment; draft ▓▓▓▓▓▓▓ to W. Sharples; read and analyze federal and Texas case law regarding ▓▓▓▓▓▓▓▓. | 2.10 | 525.00 |
| 05/05/2014 | CB | Receive and brief review of SBS's responses to Robertson's request for disclosure; receive and review SBS's first amended answer to Tri-Bar's cross claim. | 0.20 | 50.00 |
| 05/05/2014 | JS | Review various correspondence regarding pending discovery issues; review amended answer; review amended petition; coordinate with Colbie Brazell regarding pending issues with motion for summary judgment and other issues. | 0.90 | 346.50 |
| 05/05/2014 | CB | Strategy conference regarding MSJ response and motion to transfer venue reply brief; begin preparing motion to transfer venue reply brief. | 0.80 | 200.00 |
| 05/06/2014 | JS | Review research on ▓▓▓▓▓▓▓; coordinate with Colbie Brazell on strategy for proceeding. | 0.70 | 269.50 |
| 05/09/2014 | CB | Receive and review correspondence from W. Sharples regarding ▓▓▓▓▓▓▓; draft and transmit response to same. | 0.20 | 50.00 |
| 05/12/2014 | CB | Conference call with W. Sharples and T. Weigand regarding ▓▓▓▓▓▓▓; continue legal research and analysis for use in response to SBS | 6.60 | 1,650.00 |

## EXHIBIT 59

| | | | | |
|---|---|---|---|---|
| | | motion for summary judgment. | | |
| 05/13/2014 | JS | Analysis of issues related to filing motion to continue summary judgment hearing and motion to strike summary judgment evidence and telephone conference with Colbie Brazell regarding same.` | 0.20 | 77.00 |
| 05/13/2014 | CB | Draft motion for continuance of SBS summary judgment; draft Objection to Defendant Select Building System ("SBS")'s Summary Judgment Evidence and Motion to Strike, including detailed analysis of admissibility of all MSJ evidence submitted by SBS and legal research in connection with same. | 6.60 | 1,650.00 |
| 05/14/2014 | CB | Receive and review Robertson's motion for summary judgment; receive correspondence from J. Brown regarding scheduling T. Pittman deposition; draft and revise motion to strike SBS's summary judgment evidence; draft and revise special exception to SBS motion for summary judgment; continue drafting motion to continue and response to SBS motion for summary judgment; exchange email communications with J. Grable regarding ███████████████████████. | 6.40 | 1,600.00 |
| 05/15/2014 | CB | Telephone conference with J. Grable and M. Martinez regarding ███████████████████; begin drafting affidavits for use in MSJ response; continue drafting MSJ response and legal research in connection with drafting same. | 6.60 | 1,650.00 |
| 05/16/2014 | CB | Continue drafting MSJ response; revise, edit, finalize and file motion to strike and special exceptions. | 5.40 | 1,350.00 |
| 05/16/2014 | JS | Review motion to strike MSJ evidence and special exceptions to MSJ and revise and edit same; coordinate with Colbie Brazell regarding finalizing same. | 0.80 | 308.00 |
| 05/19/2014 | CB | Finish drafting response to SBS motion for summary judgment; begin legal research for use in motion to transfer venue reply brief. | 5.40 | 1,350.00 |
| 05/20/2014 | DJ | (Linda) Review and analyze documents for MSJ response exhibits. | 0.70 | 105.00 |
| 05/20/2014 | CB | Review and analyze case documents and begin preparing exhibits to motion for summary judgment; receive and review ███████████ ██████████ provided by W. Sharples; review case documents regarding payment to SBS subcontractors and draft ████████████████ █████████████████; draft affidavits of J. Grable, T. Pittman, and D. Boddie; telephone conference with D. Boddie regarding ██████; draft and transmit email to J. Grable regarding ██████; exchange multiple emails with W. Sharples regarding ████████████████████. | 8.50 | 2,125.00 |

**EXHIBIT 59**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 05/21/2014 | CB | Revise T. Pittman affidavit; telephone conference with W. Sharples regarding ███████ █████ draft affidavit of S. Mowrer; continue review and analysis of documents for use as summary judgment exhibits; continue analysis of damages model; telephone conference with M. Martinez of JGA regarding finalizing affidavit; continue drafting motion to continue; continue working on motion to transfer venue reply brief. | 5.10 | 1,275.00 |
| 05/21/2014 | DJ | (Linda)  Review and analyze documents for MSJ response exhibits. | 1.80 | 270.00 |
| 05/21/2014 | JS | Analysis of issues related to supporting summary judgment evidence and coordinate with Colbie Brazell regarding same. | 0.40 | 154.00 |
| 05/22/2014 | CB | Finish drafting motion to continue; continue drafting reply brief to motion to transfer venue; multiple extended telephone conferences with Grable and Martinez re: finalizing affidavits; revise Grable and GlacierCap affidavist; finalize and file Motion to continue; correspond with court clerk regarding setting various motions for hearing; exchange email communications with W. Sharples regarding ██████████████████; email to D. Boddie regarding status of finalizing affidavit. | 7.90 | 1,975.00 |
| 05/23/2014 | CB | Continue drafting motion to transfer venue reply brief; exchange multiple communications with D. Boddie, W. Sharples, and J. Grable regarding ███████ ████████████████. | 4.50 | 1,125.00 |
| 05/24/2014 | CB | Finish drafting reply brief supporting motion to transfer venue; revise and edit same. | 1.40 | 350.00 |
| 05/25/2014 | CB | Revise and edit response to SBS motion for summary judgment to correspond with finalized affidavit cites; continue compiling exhibits for response. | 1.80 | 450.00 |
| 05/27/2014 | CB | Revise, finalize, and file MSJ response and motion to transfer venue reply brief; receive order setting Robertson MSJ for hearing; communicate at length with D. Boddie regarding obtaining notarized signature on affidavit; draft correspondence to counsel re; scheduling Pittman deposition. | 6.80 | 1,700.00 |
| 05/28/2014 | CB | Exchange correspodence with counsel regarding scheduling Pittman deposition. | 0.10 | 25.00 |
| 05/29/2014 | CB | Begin drafting proposed orders on all motions set for hearing on June 3; communicate with T. Clark regarding scheduling T. Pittman deposition. | 0.50 | 125.00 |
| 05/29/2014 | DJ | (Linda)  Draft Orders Granting Tri-Bar's Motion to Strike, Motion for Continuance, Motion to Transfer Venue and Special Exception and Order Denying SBS' Motion for Summary Judgment for June 3 hearing. | 0.40 | 60.00 |
| 05/30/2014 | CB | Draft ███████ email to W. Sharples regarding ██████████; begin analysis and strategy regarding response to Robertson MSJ. | 0.70 | 175.00 |

EXHIBIT 59

|                    | **Total Fees** | 83.50 | $20,990.00 |
| --- | --- | --- | --- |

|            |     |                                                    | Amount |
| --- | --- | --- | --- |
| 04/29/2014 | JS  | Thomson Reuters - #829532753                       | 147.31 |
| 05/12/2014 | JS  | Thomson Reuters - #829710377                       | 24.79  |
| 05/14/2014 | DJ  | Thomson Reuters - #829710377                       | 4.63   |
| 05/21/2014 | JS  | Certified Mail Postage                             | 18.10  |
| 05/22/2014 | DJ  | Thomson Reuters - #829710377                       | 102.08 |
| 05/23/2014 | DJ  | Thomson Reuters - #829710377                       | 93.12  |
| 05/27/2014 | DJ  | Thomson Reuters - #829710377                       | 15.52  |
| 05/27/2014 | DJ  | Special Delivery Service, Inc. - #452441           | 153.25 |
| 05/27/2014 | DJ  | Special Delivery Service, Inc. - #452441           | 39.27  |

**Total Disbursments**                                                    $598.07

**Total Amount Due on this Invoice**                          $21,588.07

## Timekeeper Summary

| Timekeeper Name | Hours | Rate   | Amount      |
| --- | --- | --- | --- |
| Colbie  Brazell | 77.60 | 250.00 | $19,400.00  |
| Debbie Jones    | 2.90  | 150.00 | $435.00     |
| John  Slates    | 3.00  | 385.00 | $1,155.00   |
| **Totals**      | 83.50 |        | $20,990.00  |

**EXHIBIT 59**

# Slates Harwell LLP

1700 Pacific, Suite 3800
Dallas, TX 75201
Telephone: (469) 317-1000    Fax: (469) 317-1100
FEIN    46-2942335

July 8, 2014

|  |  |  |
|---|---|---|
| Invoice No. |  | 951 |
| Reference No. | 2050-0001 | JS |

Tony Trevino
Lewis Energy Group
10101 Reunion Pl, Ste 1000
San Antonio, TX  78216

## Professional Services

For services rendered for period through 06/30/2014 in connection with:
SBS Construction

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 06/02/2014 | CB | Prepare for venue and MSJ hearings; receive and review correspondence from T. Clark regarding pulling MSJ hearing; telephone conference with J. Cluck regarding venue hearing; travel to San Antonio while continuing preparing for hearing, including drafting argument outline. | 8.80 | 2,200.00 |
| 06/02/2014 | JS | Travel to Boerne for hearing on motion to transfer venue. | 2.60 | 1,001.00 |
| 06/03/2014 | JS | Prepare for and attend hearing on motion to transfer venue; return travel to Dallas, TX from same. | 5.10 | 1,963.50 |
| 06/03/2014 | CB | Prepare for and argue motion to transfer venue at hearing; return travel to Dallas. | 5.60 | 1,400.00 |
| 06/04/2014 | CB | Receive and review correspondence from J. Brown; conference call with W. Sharples regarding ▮▮▮▮▮; research and analyze case law on ▮▮▮▮▮ for use in motion for summary judgment against Robertson; brief research regarding ▮▮▮▮▮. | 3.40 | 850.00 |
| 06/04/2014 | JS | Telephone conference with Wes Sharples regarding ▮▮▮▮▮; | 0.50 | 192.50 |
| 06/05/2014 | CB | Receive and respond to email from W. Sharples regarding ▮▮▮▮▮; continue legal research regarding response to Robertson motion for summary judgment ("MSJ"). | 0.80 | 200.00 |
| 06/06/2014 | CB | Continue research on ▮▮▮▮▮ for use in | 3.70 | 925.00 |

## EXHIBIT 59

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| | | response to Robertson MSJ and potential MSJ on ▇▇▇▇▇▇▇. | | |
| 06/06/2014 | JS | Analysis of issues related to strategy for proceeding on Robertson motion for summary judgment; coordinate with Colbie Brazell regarding ▇▇▇▇▇▇▇▇▇▇▇; correspondence with Wes Sharples regarding ▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇; telephone conference with Wes Sharples regarding same; | 0.80 | 308.00 |
| 06/09/2014 | CB | Continue reading and analyzing case law regarding ▇▇▇▇▇▇▇ for use in MSJ response. | 2.20 | 550.00 |
| 06/10/2014 | CB | Telephone conference with W. Sharples regarding ▇▇▇▇▇▇▇; brief research regarding ▇▇▇▇▇▇▇▇▇▇▇; conference with J. Slates regarding ▇▇▇▇▇▇▇. | 1.40 | 350.00 |
| 06/12/2014 | JS | Correspondence to counsel for Robertson regarding discovery needed for response to motion for summary judgment. | 0.20 | 77.00 |
| 06/13/2014 | CB | Receive and review correspondence from W. Sharples regarding ▇▇▇▇▇▇▇. | 0.10 | 25.00 |
| 06/17/2014 | CB | Receive, read, and analyze SBS first amended motion for summary judgment and begin drafting response to same; legal research regarding hearing notice required for amended summary judgment filing; legal research regarding ▇▇▇▇▇▇▇; draft objections and motion to strike SBS first amended motion for summary judgment evidence; begin drafting motion to reset SBS hearing on first amended motion for summary judgment; revise correspondence to J. Brown regarding request for deposition of Robertson corporate representative. | 4.60 | 1,150.00 |
| 06/17/2014 | JS | Review SBS Subcontract with Robertson for issues for MSJ and discovery; review correspondence from Jimmie Brown regarding request for deposition; draft response to same; review Tri-Bar/SBS contract for issues for motion for summary judgment; coordinate with Colbie Brazell on research to ▇▇▇▇▇▇▇▇▇▇▇; review email from Colbie Brazell summarizing research on same; being reviewing cases relative to ▇▇▇▇▇▇▇ and motion for summary judgment regarding same. | 1.90 | 731.50 |
| 06/18/2014 | JS | Review correspondence regarding selection of local counsel ▇▇▇▇▇▇▇. | 0.10 | 38.50 |
| 06/18/2014 | CB | Continue research regarding ▇▇▇▇▇▇▇ ▇▇▇▇; draft and transmit email to W. Sharples regarding same; draft motion to strike Robertson summary judgment evidence; continue drafting response to Robertson motion for summary judgment. | 4.90 | 1,225.00 |

**EXHIBIT 59**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 06/19/2014 | CB | Receive order setting SBS amended motion for summary judgment for hearing; receive email from J. Brown regarding same; draft and exchange emails with W. Sharples regarding ███████ ████████████████; continue drafting response to Robertson motion for summary judgment and continue legal research in connection with drafting same. | 5.50 | 1,375.00 |
| 06/19/2014 | JS | Review correspondence regarding amended motion for summary judgment and evidence needed to support response to same. | 0.20 | 77.00 |
| 06/20/2014 | CB | Draft response to Robertson motion for summary judgment and perform legal research in connection with drafting same. | 5.40 | 1,350.00 |
| 06/23/2014 | CB | Finish drafting response to Robertson motion for summary judgment; revise and edit same; revise and edit motion to strike Robertson summary judgment evidence. | 5.30 | 1,325.00 |
| 06/23/2014 | JS | Review and revise draft response to motion for summary judgment; review and evaluate motion to strike Robertson motion for summary judgment evidence. | 0.60 | 231.00 |
| 06/24/2014 | JS | Correspondence to counsel for Robertson regarding discovery issues; further review of response to motion for summary judgment; analysis of evidence ████████████; corespondence to Wes Sharples regarding ██████████. | 0.60 | 231.00 |
| 06/24/2014 | CB | Draft T. Pittman affidavit for use in response to Robertson motion for summary judgment ("MSJ"); revise MSJ response to correspond to affidavit cites; begin preparing exhibits to response for filing; draft and transmit email to W. Sharples regarding ███████ strategy conference with J. Slates regaring ████████████████████████████████████████; brief legal research regarding █████████. | 3.10 | 775.00 |
| 06/24/2014 | JS | Analysis of issues with evidence presented in motion to strike and coordinate with Colbie Brazell regarding same; strategize with respect to oral argument on motion for summary judgment. | 0.40 | 154.00 |
| 06/25/2014 | CB | Draft amended answer to Robertson and SBS claims to assert additional affirmative defenses; finalize, file, and serve same; draft response to SBS amended motion for summary judgment. | 1.10 | 275.00 |
| 06/26/2014 | CB | Exchange emails with W. Sharples regarding ████████████████████████████. | 0.10 | 25.00 |
| 06/26/2014 | JS | Review correspondence regarding response to motion for summary judgment and Pittman affidavit. | 0.10 | 38.50 |
| 06/27/2014 | CB | Draft response to SBS first revised motion for summary judgment; exchange multiple emails with | 0.40 | 100.00 |

EXHIBIT 59

W. Sharples and John Grable associates regarding
█████████████████████████████.

| Date | TK | Description | Hours | Amount |
|------|----|-------------|-------|--------|
| 06/27/2014 | JS | Review correspondence regarding evidence to support response to motion for summary judgment; review correspondence from Jimmie Brown regarding discovery issues; review correspondence from Jimmie Brown regarding setlement negotiations. | 0.40 | 154.00 |
| 06/30/2014 | CB | Continue drafting response to SBS revised motion for summary judgment; telephone conference with W. Sharples, T. Pittman, and J. Grable regarding ███████████████; revise T. Pittman affidavit for Robertson summary judgment response; additional document review and analysis regarding ████████████████. | 5.70 | 1,425.00 |
| 06/30/2014 | JS | Review various correspondence regarding pending issues with motion for summary judgment. | 0.20 | 77.00 |

**Total Fees**          75.80          $20,799.50

| Date | TK | Description | Amount |
|------|----|-------------|--------|
| 06/02/2014 | JS | Thomson Reuters - #829903077 | 63.63 |

**Total Disbursments**                            $63.63

**Total Amount Due on this Invoice**          $20,863.13

## Timekeeper Summary

| Timekeeper Name | Hours | Rate | Amount |
|-----------------|-------|------|--------|
| Colbie  Brazell | 62.10 | 250.00 | $15,525.00 |
| John  Slates | 13.70 | 385.00 | $5,274.50 |
| **Totals** | 75.80 | | $20,799.50 |

EXHIBIT 59

# Slates Harwell LLP

1700 Pacific, Suite 3800
Dallas, TX 75201
Telephone: (469) 317-1000    Fax: (469) 317-1100
FEIN    46-2942335

August 12, 2014

Invoice No.              1030
Reference No.    2050-0001    JS

Tony Trevino
Lewis Energy Group
10101 Reunion Pl, Ste 1000
San Antonio, TX 78216

## Professional Services

For services rendered for period through 07/31/2014 in connection with:
SBS Construction

| | | | Hours | Amount |
|---|---|---|---|---|
| 07/01/2014 | JS | Review revised response to SBS amended motion for summary judgment and amended motion to strike summary judgment evidence; coordinate with Colbie Brazell regarding same. | 0.60 | 231.00 |
| 07/01/2014 | CB | Finish drafting response to SBS first amended motion for summary judgment; exchange email correspondence with W. Sharples regarding █████ ███████ receive and review executed affidavit of T. Pittman for use in response to Robertson motion for summary judgment. | 3.30 | 825.00 |
| 07/02/2014 | CB | Revise response to Robertson motion for summary judgment; begin preparing exhibits to SBS and Robertson summary judgment responses; finalize responses for filing; draft order setting motions to strike for hearing; communication with court clerk regarding setting motions to strike for hearing; finalize, file, and serve motions to strike; begin drafting revised responses to Robertson request for disclosure. | 3.80 | 950.00 |
| 07/03/2014 | CB | Revise response to SBS first amended motion for summary judgment; finalize and file responses to SBS and Robertson summary judgment motions; draft correspondence to counsel serving responses. | 0.90 | 225.00 |
| 07/07/2014 | JS | Analysis of issues for hearing on motions for summary judgment and local counsel; review fourth supplemental responses to requests for disclosure; review correspondence to █████████ ████████ | 0.30 | 115.50 |

## EXHIBIT 59

| 07/07/2014 | CB | Receive and read Robertson's response to Tri-Bar's motion to continue motion for summary judgment; exchange emails with J. Brown regarding same; finish drafting revised responses to request for disclosure; finalize and serve disclosure responses; telephone interview with R. Mosty, potential local counsel; strategy conference with J. Slates regarding ▮▮▮▮▮▮ ▮▮▮▮▮▮. | 2.60 | 650.00 |
| 07/08/2014 | CB | Telephone conference with F. Jones regarding representation as local counsel and multiple follow-up emails regarding engagement of services; review F. Jones notice of appearance; receive and read J. Brown MSJ reply brief; brief legal research regarding follow-up to arguments asserted in reply brief; telephone conference with W. Sharples regarding ▮▮▮▮▮▮ ▮▮▮▮▮ begin compiling MSJ hearing binders; began identifying key case law for use at hearing. | 2.90 | 725.00 |
| 07/08/2014 | JS | Further analysis of ▮▮▮▮▮▮ and telephone conference with Wes Sharples regarding same. | 0.20 | 77.00 |
| 07/09/2014 | JS | Travel to San Antonio and prepare for hearing on motion for summary judgment including review of all relevant cases. | 5.90 | 2,271.50 |
| 07/09/2014 | CB | Prepare for Robertson and Tri-Bar summary judgment hearings, including compiling hearing binders and highlighting/annotating relevant caselaw; draft orders on all pending motions set for hearing on 7/10; conference with J. Slates regarding ▮▮▮▮▮▮; compile service evidence and case law to rebut Robertson's argument that summary judgment evidence not timely filed. | 5.10 | 1,275.00 |
| 07/10/2014 | CB | Prepare for summary judgment hearings; review and execute engagement letter for local counsel; review and analyze all discovery responses to aid in strategy for trial and deposition preparation; draft and serve fifth revised responses to request for disclosure, including additional witnesses and experts; conference with J. Slates regarding ▮▮▮ ▮▮▮. | 2.10 | 525.00 |
| 07/10/2014 | JS | Continued preparation for hearing on SBS and Robertson motions for summary judgment; meeting with local counsel prior to hearing; meeting with Tony Trevino and local counsel following hearing; return travel from San Antonio including analysis of issues related to ongoing discovery; strategy for trial and work need to prepare for trial; review all discovery responses from all parties to dates; review all expert designations of all parties to date; analysis of issues related to potentially agreeing that discovery is closed; review documents produced by parties for exhibits to be used at trial | 8.20 | 3,157.00 |

**EXHIBIT 59**

and witnesses to prove up same; coordinate with Colbie Brazell on supplementing discovery responses.

| Date | Init | Description | Hours | Amount |
|---|---|---|---|---|
| 07/11/2014 | CB | Review Robertson's responses to request for disclosure. | 0.10 | 25.00 |
| 07/14/2014 | CB | Email to W. Sharples regarding ███████; calendar same. | 0.10 | 25.00 |
| 07/15/2014 | JS | Analysis of issues related to strategy for proceeding; correspondence with clients regarding ███; telephone conference with clients regarding ███; coordinate with Colbie Brazell on various follow up issues. | 0.60 | 231.00 |
| 07/15/2014 | CB | Telephone conference with W. Sharples and T. Trevino regarding ████████; continue review, analysis, and compilation of documents supporting damages claim against SBS. | 1.20 | 300.00 |
| 07/16/2014 | CB | Review, analyze, and categorize documents produced by all parties for use in trial preparation. | 1.90 | 475.00 |
| 07/18/2014 | JS | Review correspondence from Wes Sharples regarding ██████; follow up with potential mediators regarding same. | 0.20 | 77.00 |
| 07/21/2014 | CB | Receive and review supplemental document production from J. Brown. | 0.20 | 50.00 |
| 07/30/2014 | JS | Review correspondence from Wes Sharples regarding ██████; review prior correspondence from Tom Clark regarding available dates for mediation; correspondence to Tom Clark regarding same; correspondence to Wes Sharples regarding ████████████████. | 0.20 | 77.00 |

| **Total Fees** | | | 40.40 | $12,287.00 |

| Date | Init | Description | Amount |
|---|---|---|---|
| 06/03/2014 | JS | Slates Travel Expenses | 601.83 |
| 06/03/2014 | JS | John W. Slates - #Tribar 0603 | 14.00 |
| 06/03/2014 | JS | Brazell Travel Expenses | 636.97 |
| 07/02/2014 | DJ | EliteDocuTech - #43198 | 396.71 |
| 07/03/2014 | JS | Certified Mail Postage | 86.05 |
| 07/09/2014 | JS | Thomson Reuters - #830090894 | 95.00 |
| 07/10/2014 | JS | John W. Slates - #Tribar hrg 710 | 14.00 |
| 07/10/2014 | JS | Slates Travel Expenses | 782.40 |

| **Total Disbursments** | | | $2,626.96 |

**Total Amount Due on this Invoice**     **$14,913.96**

**EXHIBIT 59**

## Timekeeper Summary

| Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|
| Colbie  Brazell | 24.20 | 250.00 | $6,050.00 |
| John  Slates | 16.20 | 385.00 | $6,237.00 |
| **Totals** | 40.40 | | $12,287.00 |

**EXHIBIT 59**

# Slates Harwell LLP

1700 Pacific, Suite 3800
Dallas, TX 75201
Telephone: (469) 317-1000    Fax: (469) 317-1100
FEIN    46-2942335

September 5, 2014

Invoice No.              1103
Reference No.    2050-0001    JS

Tony Trevino
Lewis Energy Group
10101 Reunion Pl, Ste 1000
San Antonio, TX 78216

### Professional Services

For services rendered for period through 08/31/2014 in connection with:
SBS Construction

| | | | Hours | Amount |
|---|---|---|---|---|
| 08/07/2014 | JS | Review correspondence from Wes Sharples regarding ███████████ follow up with counsel for SBS regarding same. | 0.20 | 77.00 |
| 08/13/2014 | CB | Phone call to clerk and email to F. Jones, local counsel, regarding ██████████████ ██████████. | 0.20 | 50.00 |
| 08/13/2014 | CB | Email to K. Leal regarding ████████ ██████. | 0.10 | 25.00 |
| 08/13/2014 | JS | Correspondence with counsel for SBS regarding scheduling mediation. | 0.10 | 38.50 |
| 08/13/2014 | CB | Exchange emails with client group regarding ███████. | 0.10 | 25.00 |
| 08/14/2014 | CB | Review case file regarding deposition requests. | 0.10 | 25.00 |
| 08/15/2014 | CB | Phone call with T. Clark regarding mediation; email to client group regarding ████. | 0.20 | 50.00 |
| 08/18/2014 | JS | Correspondence with mediator regarding scheduling mediation; | 0.20 | 77.00 |
| 08/19/2014 | JS | Various correspondence regarding mediation scheduling. | 0.20 | 77.00 |
| 08/19/2014 | CB | Finalize mediation scheduling. | 0.10 | 25.00 |
| 08/19/2014 | CB | Receive and review supplemental document production from Robertson Electric. | 0.10 | 25.00 |
| 08/20/2014 | CB | Receive and review correspondence from J. Brown regarding mediation. | 0.10 | 25.00 |
| 08/26/2014 | CB | Exchange emails with F. Jones regarding ██████ ████████████. | 0.10 | 25.00 |
| 08/27/2014 | CB | Exchange emails with F. Jones regarding ████ ████████. | 0.10 | 25.00 |

### EXHIBIT 59

| 08/29/2014 | CB | Receive email from F. Jones regarding ▆▆ ▆▆▆▆▆▆▆▆ receive correspondence from counsel for Schulte regarding mediation. | 0.10 | 25.00 |
|---|---|---|---|---|
| | | **Total Fees** | 2.00 | $594.50 |

**Total Amount Due on this Invoice**                                                           $594.50

## Timekeeper Summary

| Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|
| Colbie  Brazell | 1.30 | 250.00 | $325.00 |
| John  Slates | 0.70 | 385.00 | $269.50 |
| **Totals** | 2.00 | | $594.50 |

**EXHIBIT 59**

# Slates Harwell LLP

1700 Pacific, Suite 3800
Dallas, TX 75201
Telephone: (469) 317-1000     Fax:  (469) 317-1100
FEIN    46-2942335

October 10, 2014

|  |  |
|---|---|
| Invoice No. | 1196 |
| Reference No.   2050-0001 | JS |

Tony Trevino
Lewis Energy Group
10101 Reunion Pl, Ste 1000
San Antonio, TX  78216

## Professional Services

For services rendered for period through 09/30/2014 in connection with:
SBS Construction

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 09/02/2014 | CB | Draft and transmit correspondence to counsel regarding mediation scheduling. | 0.10 | 25.00 |
| 09/08/2014 | CB | Receive and review Robertson's mediation statement and amended responses to request for disclosure. | 0.50 | 125.00 |
| 09/09/2014 | CB | Begin drafting mediation statement and mediation information sheet. | 0.10 | 25.00 |
| 09/10/2014 | JS | Review correspondence from Wes Sharples regarding ██████████████; begin preparing for mediation. | 0.50 | 192.50 |
| 09/11/2014 | CB | Draft mediation position paper and attorney information sheet; compile evidentiary binder for use in mediation; brief caselaw update research regarding ██████████████ for use in mediation statement. | 6.40 | 1,600.00 |
| 09/12/2014 | JS | Review and revise mediation statement; prepare summary of strengths and weaknesses of case; review various pleadings and discovery to prepare for mediation. | 2.30 | 885.50 |
| 09/12/2014 | CB | Analysis SBS damages model for use in upcoming mediation; draft ██████████ per W. Sharples request. | 0.80 | 200.00 |
| 09/15/2014 | JS | Telephone conference with Wes Sharples regarding ██████████████████ ████████; continue review of project cost documentation. | 0.60 | 231.00 |
| 09/16/2014 | CB | Prepare for mediation. | 0.50 | 125.00 |
| 09/16/2014 | JS | Continue preparing for mediation | 1.20 | 462.00 |

## EXHIBIT 59

**2050-0001**                                                    **Invoice No:**      **1196**
**Tri-Bar Ranch Company, Ltd.**                                  **Invoice Date:**  **10/10/2014**

| Date | TK | Description | Hours | Amount |
|------|-----|------------|-------|--------|
| 09/17/2014 | JS | Travel to San Antonio including continuing review of materials in preparation for mediation; participate in mediation; return travel from San Antonio including beginning outline of motion for summary judgment against Robertson. | 12.10 | 4,658.50 |
| 09/17/2014 | CB | Assist in mediation negotiations by performing research regarding ███████████████; draft email summary to J. Slates regarding same. | 1.30 | 325.00 |
| 09/18/2014 | CB | Strategy conference with J, Slates regarding ████████████████████ | 0.30 | 75.00 |
| 09/22/2014 | JS | Review correspondence from mediator to opposing counsel regarding pending settlement negotiations and analysis of issues related to same. | 0.20 | 77.00 |
| 09/29/2014 | CB | Read and analyze Plaintiff's Third Amended Original Petition | 0.20 | 50.00 |
| | | **Total Fees** | 27.10 | **$9,056.50** |

| Date | TK | Description | Amount | |
|------|-----|------------|--------|--|
| 09/17/2014 | DJ | Thomson Reuters - #830467306 | 73.08 | |
| | | **Total Disbursments** | | $73.08 |

**Total Amount Due on this Invoice**                                        **$9,129.58**

### Timekeeper Summary

| Timekeeper Name | Hours | Rate | Amount |
|-----------------|-------|------|--------|
| Colbie Brazell | 10.20 | 250.00 | $2,550.00 |
| John Slates | 16.90 | 385.00 | $6,506.50 |
| **Totals** | 27.10 | | $9,056.50 |

EXHIBIT 59

# Slates Harwell LLP

1700 Pacific, Suite 3800
Dallas, TX 75201
Telephone: (469) 317-1000    Fax: (469) 317-1100
FEIN    46-2942335


November 5, 2014

|  |  |  |
|---|---|---|
| Invoice No. | | 1341 |
| Reference No. | 2050-0001 | JS |


Tony Trevino
Lewis Energy Group
10101 Reunion Pl, Ste 1000
San Antonio, TX 78216

## Professional Services

For services rendered for period through 10/31/2014 in connection with:
SBS Construction

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/06/2014 | CB | Strategy regarding post-mediation development of case. | 0.10 | 25.00 |
| 10/07/2014 | JS | Prepare for and participate in telephone conference with clients regarding ▮▮▮▮▮▮▮; telephone conference with Tom Clark regarding settlement issues; | 0.40 | 154.00 |
| 10/07/2014 | CB | Correspondence to court clerk regarding available summary judgment dates; telephone conference with client group regarding ▮▮▮▮▮▮▮ ▮▮▮▮. | 0.30 | 75.00 |
| 10/08/2014 | CB | Correspond with court clerk regarding available summary judgment hearing dates; draft motion for summary judgment against Robertson's claims; begin drafting no-evidence motion for summary judgment as to Robertson's claims against G&R. | 5.20 | 1,300.00 |
| 10/08/2014 | JS | Review correspondence from court on available hearing dates; correspondence to opposing counsel regarding same; telephone conference with Tom Clark regarding settlement negotiations; review correspondence from counsel for Robertson regarding hearing setting; correspondence to counsel for Robertson regarding same. | 0.40 | 154.00 |
| 10/09/2014 | CB | Draft motion for summary judgment. | 1.60 | 400.00 |
| 10/09/2014 | JS | Telephone conference with counsel for SBS regarding settlement; telephone conference with Wes Sharples regarding ▮▮▮; follow up telephone conference with with Wes Sharples regarding ▮▮▮. | 0.60 | 231.00 |
| 10/10/2014 | CB | Draft motion for summary judgment against | 3.50 | 875.00 |

EXHIBIT 59

|            |    |                                                                                                                                                                                                                                     |      |        |
|------------|----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|--------|
|            |    | Robertson's claims.                                                                                                                                                                                                                      |      |        |
| 10/11/2014 | CB | Draft G&R no evidence motion for summary judgment.                                                                                                                                                                                       | 2.10 | 525.00 |
| 10/13/2014 | JS | Revise and edit motion for summary judgment against Robertson; revise and edit no evidence motion for summary judgment on G&R.                                                                                                            | 0.80 | 308.00 |
| 10/14/2014 | CB | Revise Robertson motion for summary judgment; follow-up research regarding ████████; ███████████ ; telephone conference with W. Sharples regarding ███████ ██████ strategy regarding filing and service of summary judgment .motion.      | 3.30 | 825.00 |
| 10/15/2014 | CB | Additional revisions and edits to Tri-Bar and G&R motions for summary judgment; correspond with F. Jones (local counsel) regarding ███████; ██████████████ finalize motions and prepare same for filing; draft proposed order setting motions for hearing; exchange email communications with W. Sharples regarding ████████. | 3.10 | 775.00 |
| 10/16/2014 | CB | Finalize, file, and serve G&R and Tri-Bar summary judgment motions; communicate with F. Jones regarding ██████████████; receive and serve order setting summary judgment hearing.                                                         | 1.10 | 275.00 |
| 10/16/2014 | JS | Coordinate with Colbie Brazell on finalizing motions for summary judgement and filing of same; review correspondence regarding same.                                                                                                     | 0.30 | 115.50 |
| 10/17/2014 | CB | Draft and transmit email to client group regarding ████████████████.                                                                                                                                                                     | 0.10 | 25.00  |
| 10/20/2014 | CB | Receive and respond to correspondence from T. Clark regarding missing document production.                                                                                                                                               | 0.20 | 50.00  |
| 10/20/2014 | CB | Review and and analyze Tri-Bar document production to ascertain costs to complete Robertson scope of electrical work.                                                                                                                     | 0.70 | 175.00 |
| 10/22/2014 | JS | Extended telephone conference with Tom Clark regarding potential settlement strategies; telephone conference with Wes Sharples regarding ████████████; correspondence with all parties regarding hearing date for motion for summary judgment; correspondence with local counsel regarding ████; telephone conference with Wes Sharples regarding ███████████ | 0.50 | 192.50 |
| 10/23/2014 | JS | Telephone conference with Wes Sharples regarding ███████████████; correspondence Jimmie Brown regarding motion for summary judgment hearing issues; review correspondence from court regarding available hearing dates; correspondence to Jimmie Brown regarding same; telephone conference with Jimmie Brown regarding same; telephone conference with Wes Sharples | 0.80 | 308.00 |

**EXHIBIT 59**

regarding ███.

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/23/2014 | CB | Read and analyze Robertson response to Tri-Bar motion for summary judgment; begin preparing reply to same. | 0.40 | 100.00 |
| 10/24/2014 | JS | Correspondence to all counsel regarding proposal for motion for continuance. | 0.20 | 77.00 |
| 10/27/2014 | JS | Telephone conference with Wes Sharples regarding ████████████████████; draft correspondence to Wes Sharples ████████████████████; attention to status of pending issues. | 0.40 | 154.00 |
| 10/28/2014 | CB | Receive and read Robertson's motion for continuance of summary judgment hearing. | 0.20 | 50.00 |
| 10/29/2014 | CB | Strategy regarding Robertson summary judgment reply brief. | 0.10 | 25.00 |
| 10/31/2014 | JS | Correspondence with counsel for Tri Bar regarding settlement; correspondence with clients regarding ███. | 0.30 | 115.50 |

**Total Fees**      26.70      $7,309.50

| Date | | Description | Amount |
|---|---|---|---|
| 09/17/2014 | DJ | John W. Slates - #091714-Boerne | 17.00 |
| 09/17/2014 | DJ | Air Fare/Slates to Boerne, TX | 462.20 |
| 10/08/2014 | DJ | Thomson Reuters - #830664600 | 37.98 |
| 10/09/2014 | DJ | Thomson Reuters - #830664600 | 16.68 |
| 10/14/2014 | DJ | Thomson Reuters - #830664600 | 36.42 |
| 10/15/2014 | DJ | Thomson Reuters - #830664600 | 6.34 |
| 10/16/2014 | DJ | Special Delivery Service, Inc. - #102514 | 220.50 |
| 10/20/2014 | DJ | Certified Mail Postage | 5.95 |

**Total Disbursments**      $803.07

**Total Amount Due on this Invoice**      $8,112.57

### Timekeeper Summary

| Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|
| Colbie Brazell | 22.00 | 250.00 | $5,500.00 |
| John Slates | 4.70 | 385.00 | $1,809.50 |
| **Totals** | 26.70 | | $7,309.50 |

EXHIBIT 59

# Slates Harwell LLP

1700 Pacific, Suite 3800
Dallas, TX 75201
Telephone: (469) 317-1000    Fax: (469) 317-1100
FEIN    46-2942335

December 5, 2014

|                 |           |    |
|-----------------|-----------|----|
| Invoice No.     |           | 1433 |
| Reference No.   | 2050-0001 | JS |

Tony Trevino
Lewis Energy Group
10101 Reunion Pl, Ste 1000
San Antonio, TX  78216

## Professional Services

For services rendered for period through 11/30/2014 in connection with:
SBS Construction

| Date | Atty | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 11/03/2014 | JS | Review Tri-Bar's response to motion for summary judgment; review Tri-Bar's motion for continuance; telephone conference with local counsel regarding ███████████████; telephone conference with local counsel | 1.10 | 423.50 |
| 11/04/2014 | JS | Correspondence with local counsel regarding ████████████████ correspondence with Wes Sharples regarding ████████████ ██████; coordinate with Colbie Brazell regarding same; begin preparing for hearing on motion for summary judgment. | 0.80 | 308.00 |
| 11/04/2014 | CB | Analyze ██████████████ to assess ████████████████████████; draft brief memorandum summarizing analysis of same; telephone conference with F. Jones regarding ████████████████████████; strategy regarding response to motion for continuance; draft response to motion for continuance. | 4.40 | 1,100.00 |
| 11/05/2014 | JS | Review draft response to motion to continuance and revise and edit same; correspondence with local counsel regarding ████; review correspondence regarding need to reset trial setting; coordinate with Colbie Brazell regarding same; telephone conference with Wes Sharples regarding ████. | 0.50 | 192.50 |
| 11/05/2014 | CB | Multiple telephone calls with local counsel regarding ████████ finalize and file response; prepare for MSJ hearing; receive and | 2.90 | 725.00 |

EXHIBIT 59

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| | | review email from court clerk re: trial reset; email to client group and phone call with J. Grable re: ████. | | |
| 11/06/2014 | CB | Telephone conference with client group regarding ████████████████████; exchange multiple communications with all counsel and court clerk regarding finalizing schedule for re-setting dates; draft and transmit orders re-setting MSJ and trial dates. | 1.60 | 400.00 |
| 11/06/2014 | JS | Follow up correspondence with all counsel regarding hearing and trial schedule; telephone conference with clients regarding ████████; analysis of ████████; additional correspondence with all parties regarding scheduling; telephone conference with Jimmie Brown regarding same; coordinate with Colbie Brazell on resetting hearing and trial with court; various follow up correspondence with court regarding scheduling issues; correspondence to clients regarding ████. | 1.10 | 423.50 |
| 11/07/2014 | CB | Receive and review signed order resetting MSJ and trial dates; circulate orders to all counsel. | 0.20 | 50.00 |
| 11/07/2014 | JS | Attention to correspondence from court confirming resetting of hearing dates. | 0.10 | 38.50 |
| 11/11/2014 | JS | Telephone conference with Wes Sharples regarding ████████; review ████ for purposes of ████████████; review mediation statement in relation to same; draft ████████████████. | 1.30 | 500.50 |
| 11/11/2014 | CB | Assist with draft ████████████. | 0.20 | 50.00 |
| 11/12/2014 | CB | Assist in drafting ████████. | 0.20 | 50.00 |
| 11/12/2014 | JS | Review correspondence from client regarding ████████████████. | 0.10 | 38.50 |
| 11/13/2014 | JS | Attention to status of pending issues; correspondence with clients regarding ████████. | 0.20 | 77.00 |
| 11/18/2014 | JS | Attention to correspondence from Wes Sharples regarding ████████████; revise and edit and finalize same; attention to status of pending issues with settlement, motion for summary judgment and trial. | 0.30 | 115.50 |
| 11/24/2014 | JS | Correspondence with clients regarding ████ ████████. | 0.10 | 38.50 |
| | | **Total Fees** | 15.10 | $4,531.00 |

**Total Amount Due on this Invoice**  $4,531.00

**EXHIBIT 59**

## Timekeeper Summary

| Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|
| Colbie Brazell | 9.50 | 250.00 | $2,375.00 |
| John Slates | 5.60 | 385.00 | $2,156.00 |
| **Totals** | 15.10 | | $4,531.00 |

EXHIBIT 59

# Slates Harwell LLP

1700 Pacific, Suite 3800
Dallas, TX 75201
Telephone: (469) 317-1000    Fax: (469) 317-1100
FEIN    46-2942335

January 8, 2015

|  |  |  |
|---|---|---|
| Invoice No. |  | 1526 |
| Reference No. | 2050-0001 | JS |

Tony Trevino
Lewis Energy Group
10101 Reunion Pl, Ste 1000
San Antonio, TX 78216

**Professional Services**

For services rendered for period through 12/31/2014 in connection with:
SBS Construction

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 12/03/2014 | JS | Review motion to strike Pittman Affidavit filed by Robertson and analysis of same; correspondence to clients regarding ▮▮▮ coordinate with Colbie Brazell on response to same. | 0.40 | 154.00 |
| 12/03/2014 | CB | Read and analyze Robertson's motion to strike affidavit of T. Pittman; strategy regarding response to same; begin drafting response; attention to file regarding document management. | 1.00 | 250.00 |
| 12/08/2014 | JS | Review correspondence from John Grable regarding contribution to settlement; analysis of issues related to same; correspondence to clients regarding ▮▮▮; analysis of issues to prepare for hearing on motion for summary judgment | 0.40 | 154.00 |
| 12/08/2014 | CB | Draft response to Robertson motion to strike. | 1.20 | 300.00 |
| 12/09/2014 | CB | Draft response to Robertson motion to strike; strategy conference call with client group regarding ▮▮▮▮▮▮. | 3.40 | 850.00 |
| 12/09/2014 | JS | Telephone conference with clients regarding ▮▮▮▮▮▮; telephone conference with John Grable regarding same. | 0.30 | 115.50 |
| 12/10/2014 | CB | Finish drafting response to Roberston motion to strike; revise and edit same; draft reply brief in support of motion for summary judgment. | 4.10 | 1,025.00 |
| 12/10/2014 | CB | Draft reply brief in support of summary judgment motion against Robertson and perform research in connection with drafting same. | 1.10 | 275.00 |
| 12/11/2014 | CB | Finish drafting reply brief in support of motion for summary judgment; revise and edit same. | 5.60 | 1,400.00 |

**EXHIBIT 59**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/14/2014 | JS | Correspondence with opposing counsel regarding potential settlement.; review and revise reply to response to motion for summary judgment; review and revise response to motion to strike. | 1.30 | 500.50 |
| 12/15/2014 | JS | Further review and revise response to motion to strike Pittman affidavit; telephone conference with counsel for SBS regarding settlement; further review and revise response to motion to strike. | 0.60 | 231.00 |
| 12/15/2014 | CB | Revise and finalize summary judgment reply brief and motion to strike response for filing. | 0.40 | 100.00 |
| 12/16/2014 | CB | Review settlement correspondence from SBS; additional research and review of caselaw regarding addressing ███████████████ ████████; prepare for summary judgment hearing, including annotating and highlighting all relevant caselaw for judge's hearing binder. | 3.10 | 775.00 |
| 12/16/2014 | CB | Receive and read Robertson's sur-reply to motion for summary judgment. | 0.30 | 75.00 |
| 12/16/2014 | JS | Begin preparing for hearing on motion for summary judgment; coordinate with Colbie Brazell regarding same; coordinate with Wes Sharples regarding ████████████████████████████. | 0.50 | 192.50 |
| 12/17/2014 | JS | Review sur-reply filed by counsel for Robertson; telephone conference with Tom Clark regarding settlement issues; review pleadings and cases and prepare for hearing on motion for summary judgment; travel to San Antonio, Texas including continued preparation for hearin on motion for summary judgment. | 6.10 | 2,348.50 |
| 12/17/2014 | CB | Prepare for summary judgment hearing, including analysis and annotation of all caselaw used in summary judgment briefing. | 3.10 | 775.00 |
| 12/18/2014 | CB | Begin drafting correspondence to J. Brown negating claim that disclosure responses were never received; locate documentation confirming same; begin trial preparation. | 1.10 | 275.00 |
| 12/18/2014 | JS | Further preparation for hearing; meeting with client and local counsel regarding ████; attend hearing on motion for summary judgment against Robertson; return travel from San Antonio to Dallas including analysis of issues for preparing for trial. | 6.40 | 2,464.00 |
| 12/26/2014 | CB | Receive and brief review of Robertson trial exhibit list; receive and review correspondence from J, Brown regarding trial preparation and settlement. | 0.30 | 75.00 |
| 12/29/2014 | JS | Further analysis of issues in relation to preparing for trial; review cases for ████████████████ ████████████████; coordinate with Colbie Brazell on preparing motion for reconsidersation; correspondence with clients regarding ██ ████████; follow up correspondence with Wes Sharples regarding ████. | 1.20 | 462.00 |
| 12/29/2014 | CB | Conference with J. Slates regarding ██████████ begin drafting key witness outlines; begin review and selection of trial exhibits. | 1.20 | 300.00 |

EXHIBIT 59

| Date | | Description | | |
|---|---|---|---|---|
| 12/30/2014 | CB | Continue trial preparation, including analyzing and selecting trial exhibits; legal research for use in bench brief on ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ draft order on Tri-Bar motion for summary judgment regarding Robertson inability to recover fees. | 0.70 | 175.00 |
| 12/31/2014 | CB | Receive and review Schulte's notice of non-suit. | 0.10 | 25.00 |
| | | **Total Fees** | 43.90 | $13,297.00 |

|  |  | | Amount | |
|---|---|---|---|---|
| 12/10/2014 | DJ | Thomson Reuters - #831037286 Westlaw.  Online research | 20.69 | |
| 12/11/2014 | DJ | Thomson Reuters - #831037286 Westlaw | 56.43 | |
| 12/15/2014 | DJ | Special Delivery Service, Inc. - #467896 Account #:  4693171000.  Delivery services/messengers | 167.00 | |
| 12/15/2014 | DJ | Special Delivery Service, Inc. - #467896 Account #:  4693171000.  Delivery services/messengers | 106.50 | |
| 12/17/2014 | DJ | Thomson Reuters - #831037286 Westlaw.  Online research | 133.95 | |
| 12/17/2014 | DJ | Slates - SW - Travel to San Antonio | 326.20 | |
| 12/18/2014 | DJ | John W. Slates - #JS 12-18 - OUt of town travel | 8.65 | |
| 12/18/2014 | DJ | Slates - SW - Travel to San Antonio - La Quinta | 79.35 | |
| 12/18/2014 | DJ | Slates - SW - Travel to San Antonio - Avis | 53.51 | |
| 12/18/2014 | DJ | Slates - SW - Travel to San Antonio | 4.05 | |
| 12/18/2014 | DJ | John W. Slates -San Antonio trip DFW Parking - travel 12/17-18/14. | 17.00 | |
| | | **Total Disbursments** | | $973.33 |

**Total Amount Due on this Invoice**                              $14,270.33

**Timekeeper Summary**

| Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|
| Colbie  Brazell | 26.70 | 250.00 | $6,675.00 |
| John  Slates | 17.20 | 385.00 | $6,622.00 |
| **Totals** | 43.90 | | $13,297.00 |

EXHIBIT 59

# DEFENDANT'S EXHIBIT
# 60

# GOODE CASSEB JONES RIKLIN CHOATE & WATSON

A Professional Corporation

Post Office Box 120480
San Antonio, TX 78212-9680
(210) 733-6030 Fax (210) 733-0330

July 31, 2014
Invoice #: 55788     FRJ
Billed through: July 31, 2014

TRI-BAR RANCH COMPANY LTD.
C/O COLBIE BRAZELL
SLATES HARWELL LLP
1700 PACIFIC AVE. SUITE 3800

DALLAS, TX 75201

Client Id.    4425
Matter Id.    00002
Reference:

## PROFESSIONAL SERVICES RENDERED

| Date | Init | Description | | | | Amount |
|------|------|-------------|---|---|---|--------|
| 07/08/14 | SLD | PREPARATION OF NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL. | 1.00 hrs | 125.00 /hr | | $125.00 |
| 07/09/14 | FRJ | FILE NOTICE OF ADDITIONAL COUNSEL. REVIEW BRIEFING ON THE MOTIONS TO BE HEARD TOMORROW. REVIEW AND RESPOND TO EMAIL COMMUNICATIONS FROM COLBIE AND JOHN. | 2.00 hrs | 250.00 /hr | | $500.00 |
| 07/09/14 | SLD | PREPARATION OF LETTER TO ALL COUNSEL SERVING THE NOTICE OF APPEARANCE OF F. JONES AS ADDITIONAL COUNSEL. | 0.20 hrs | 125.00 /hr | | $25.00 |
| 07/09/14 | JRL | ONLINE RESEARCH WITH LEXIS NEXIS AND TEXAS SECRETARY OF STATE TO OBTAIN INFORMATION ON THE BUSINESS INTERTEX ELECTRONICS AND THEIR REGISTERED AGENT. | 0.20 hrs | 110.00 /hr | | $22.00 |
| 07/10/14 | FRJ | ATTEND HEARING ON MOTIONS FOR SUMMARY JUDGMENT FILED BY SBS AND ROBERTSON. CONFERENCES WITH J. SLATES AND TONY TREVINO. | 2.50 hrs | 250.00 /hr | | $625.00 |

**TOTAL FEES BILLED**       **$1,297.00**

**DISBURSEMENTS**       $0.00       Units       Amount

EXHIBIT 60

# GOODE CASSEB JONES RIKLIN CHOATE & WATSON
## A Professional Corporation
Post Office Box 120480
San Antonio, TX 78212-9680
(210) 733-6030  Fax (210) 733-0330

August 31, 2014
Invoice #:  55930          FRJ
Billed through:  August 31, 2014

TRI-BAR RANCH COMPANY LTD.

C/O COLBIE BRAZELL
SLATES HARWELL LLP
1700 PACIFIC AVE.  SUITE 3800

DALLAS, TX  75201

Client Id.    4425
Matter Id.   00002
Reference:

## PROFESSIONAL SERVICES RENDERED

| Date | Init | Description | Hrs | | Rate | Amount |
|------|------|-------------|-----|-----|------|--------|
| 08/26/14 | FRJ | REVIEW AND RESPOND TO EMAIL FROM COLBIE REGARDING ▆▆▆▆▆ INSTRUCTIONS TO PARALEGAL REGARDING SAME. | 0.30 | hrs | 250.00 /hr | $75.00 |
| 08/27/14 | FRJ | REVIEW INFORMATION FROM PARALEGAL AND FORWARD SAME TO COLBIE.  REVIEW EMAIL BACK FROM COLBIE - ▆▆▆▆▆ | 0.30 | hrs | 250.00 /hr | $75.00 |
| 08/27/14 | SLD | TELEPHONE CONFERENCE WITH TAMI, COURT COORDINATOR, CONCERNING DEADLINES FOR EXCHANGING WITNESS LISTS AND TRIALS EXHIBITS. | 0.10 | hrs | 125.00 /hr | $12.50 |
| 08/28/14 | FRJ | REVIEW FILE AT THE COURTHOUSE WITH THE DISTRICT CLERK TO MAKE SURE THAT THERE HAS BEEN NO SCHEDULING ORDER ENTERED IN THIS FILE. | 1.00 | hrs | 250.00 /hr | $250.00 |
| 08/29/14 | FRJ | PREPARATION OF EMAIL TO COLBIE REGARDING ▆▆▆▆▆.  REVIEW AND RESPOND TO EMAIL FROM PARALEGAL REGARDING MEDIATION. | 0.20 | hrs | 250.00 /hr | $50.00 |

**TOTAL FEES BILLED**     **$462.50**

**DISBURSEMENTS**     $0.00     Units     Amount

EXHIBIT 60

**BILLING SUMMARY:**  **TOTAL FEES** $462.50

**TOTAL CHARGES FOR THIS BILL** $462.50

PAST DUE  **BALANCE FORWARD** $1,297.00

**TOTAL BALANCE DUE** $1,759.50

**MAIL ALL PAYMENTS TO P O BOX 120480, SAN ANTONIO, TX 78212**
**PLEASE CHECK FOR ANY BALANCE FORWARD.**
**IF INVOICE COPIES ARE NEEDED, CALL OR EMAIL THE BILLING DEPARTMENT.**

**FEE SUMMARY**

| | | | | | | |
|---|---|---|---|---|---|---|
| SLD | DENTON, SHERRY L | 0.10 | Hours @ | 125.00 | Per Hour | $12.50 |
| FRJ | JONES, FRED R | 1.80 | Hours @ | 250.00 | Per Hour | $450.00 |
| | | 1.90 | | | | $462.50 |

Federal ID# 74-2600387

Privileged and Confidential Attorney-Client Communication

**EXHIBIT 60**

# GOODE CASSEB JONES RIKLIN CHOATE & WATSON

A Professional Corporation

Post Office Box 120480
San Antonio, TX 78212-9680
(210) 733-6030  Fax (210) 733-0330

October 31, 2014
Invoice #:  56206          FRJ
Billed through:  October 31, 2014

TRI-BAR RANCH COMPANY LTD.

C/O COLBIE BRAZELL
SLATES HARWELL LLP
1700 PACIFIC AVE.  SUITE 3800

DALLAS, TX  75201

Client Id.    4425

Matter Id.    00002
Reference:

## PROFESSIONAL SERVICES RENDERED

| | | | | | |
|---|---|---|---|---|---|
| 10/15/14 FRJ | REVIEW AND RESPOND TO EMAIL FROM C. BRAZELL.  REVIEW RECENT EMAILS AND MAKE PLANS TO GO TO THE COURTHOUSE TOMORROW. | 0.50 | hrs | 250.00 /hr | $125.00 |
| 10/16/14 FRJ | EXCHANGE EMAILS WITH COLBIE BRAZELL AND STAFF.  ARRANGE FOR FILING OF MOTIONS FOR SUMMARY JUDGMENT AND OBTAINING JUDGE PALMER'S SIGNATURE ON THE ORDER SETTING THE MOTIONS FOR HEARING. | 2.00 | hrs | 250.00 /hr | $500.00 |
| 10/16/14 SLD | TELEPHONE CONFERENCE WITH TAMI, JUDGE PALMER'S COURT COORDINATOR, TO OBTAIN A SETTING ON DEFENDANTS TRI-BAR AND G&R'S MOTION FOR SUMMARY JUDGMENT. | 0.10 | hrs | 125.00 /hr | $12.50 |
| 10/23/14 FRJ | WORK WITH PARALEGAL ON RE-SETTING THE MOTION FOR SUMMARY JUDGMENT, AND REVIEW RECENT EMAILS FROM VARIOUS COUNSEL IN THIS CASE. | 0.30 | hrs | 250.00 /hr | $75.00 |
| 10/23/14 SLD | TELEPHONE CONFERENCE WITH TAMI, JUDGE PALMER'S COURT COORDINATOR, REGARDING DATES AVAILABLE TO RESET THE MSJ HEARING. | 0.10 | hrs | 125.00 /hr | $12.50 |
| 10/24/14 FRJ | PREPARATION OF EMAIL TO CLIENT GROUP ███ ████████████████████████.  REVIEW EMAILS FROM OPPOSING COUNSEL, SAYING THAT THEY DO NOT AGREE THAT THE TRIAL OF THE CASE SHOULD BE CONTINUED. | 0.20 | hrs | 250.00 /hr | $50.00 |

**TOTAL FEES BILLED**          $775.00

**DISBURSEMENTS**                    $0.00          Units          Amount

EXHIBIT 60

BILLING SUMMARY:                                    TOTAL FEES              $775.00
                                         TOTAL CHARGES FOR THIS BILL        $775.00


                                              BALANCE FORWARD             $1,759.50

                                              TOTAL BALANCE DUE           $2,534.50

| MAIL ALL PAYMENTS TO P O BOX 120480, SAN ANTONIO, TX 78212 |
| PLEASE CHECK FOR ANY BALANCE FORWARD. |
| IF INVOICE COPIES ARE NEEDED, CALL OR EMAIL THE BILLING DEPARTMENT. |

FEE SUMMARY

| | | | | | | |
|---|---|---|---|---|---|---|
| SLD | DENTON, SHERRY L | 0.20 | Hours @ | 125.00 | Per Hour | $25.00 |
| FRJ | JONES, FRED R | 3.00 | Hours @ | 250.00 | Per Hour | $750.00 |
| | | 3.20 | | | | $775.00 |

Federal ID# 74-2600387

Privileged and Confidential Attorney-Client Communication

EXHIBIT 60

# GOODE CASSEB JONES RIKLIN CHOATE & WATSON

A Professional Corporation
Post Office Box 120480
San Antonio, TX 78212-9680
(210) 733-6030 Fax (210) 733-0330

November 30, 2014
Invoice #:  56416          FRJ
Billed through:  November 30, 2014

TRI-BAR RANCH COMPANY LTD.
C/O COLBIE BRAZELL
SLATES HARWELL LLP
1700 PACIFIC AVE.  SUITE 3800

DALLAS, TX  75201

Client Id.    4425
Matter Id.    00002
Reference:

## PROFESSIONAL SERVICES RENDERED

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/03/14 | FRJ | REVIEW EMAILS FROM ALL COUNSEL REGARDING SCHEDULING ISSUES.  PREPARATION OF EMAIL TO J. SLATES REGARDING ████████. TELEPHONE CONFERENCE WITH J. SLATES REGARDING ████████ | 0.40 | hrs | 250.00 /hr | $100.00 |
| 11/04/14 | FRJ | TELEPHONE CONFERENCE WITH C. BRAZELL REGARDING ████████ EXCHANGE EMAILS WITH COLBIE ON THIS SUBJECT AND ████████ | 0.40 | hrs | 250.00 /hr | $100.00 |
| 11/05/14 | FRJ | COORDINATION OF EFFORTS REGARDING RESPONSE TO MOTION FOR CONTINUANCE OF HEARING ON OUR MOTION FOR SUMMARY JUDGMENT.  EXCHANGE EMAILS WITH C. BRAZELL ████████.  INSTRUCTIONS TO STAFF. TRAVEL TO COURTHOUSE TO FILE THE RESPONSE AND TALK TO THE COURT COORDINATOR. | 1.00 | hrs | 250.00 /hr | $250.00 |
| 11/05/14 | SLD | TELEPHONE CONFERENCE WITH THE KENDALL COUNTY DISTRICT CLERK TO CONFIRM PLAINTIFF'S MOTION FOR CONTINUANCE WAS FILED AND VERIFIED AND TELEPHONE CONFERENCE WITH C. BRAZELL ████████ | 0.20 | hrs | 125.00 /hr | $25.00 |
| 11/06/14 | SLD | PREPARATION OF E-MAIL COMMUNICATION TO TAMI, JUDGE PALMER'S COURT COORDINATOR, CONCERNING DATES IN DECEMBER TO RESET TRI-BAR'S MSJ. | 0.20 | hrs | 125.00 /hr | $25.00 |
| 11/07/14 | FRJ | OBTAINING JUDGE PALMER'S SIGNATURE ON ORDERS RESETTING THE MOTION FOR SUMMARY JUDGMENT AND TRIAL. | 0.80 | hrs | 250.00 /hr | $200.00 |

**TOTAL FEES BILLED**                                 **$700.00**

## EXHIBIT 60

**DISBURSEMENTS**                                  $0.00         Units       Amount

| BILLING SUMMARY: | | |
|---|---|---|
| | TOTAL FEES | $700.00 |
| | TOTAL CHARGES FOR THIS BILL | $700.00 |
| | BALANCE FORWARD | $775.00 |
| | TOTAL BALANCE DUE | $1,475.00 |

MAIL ALL PAYMENTS TO P O BOX 120480, SAN ANTONIO, TX 78212
PLEASE CHECK FOR ANY BALANCE FORWARD.
IF INVOICE COPIES ARE NEEDED, CALL OR EMAIL THE BILLING DEPARTMENT.

**FEE SUMMARY**

| | | | | | | |
|---|---|---|---|---|---|---|
| SLD | DENTON, SHERRY L | 0.40 | Hours @ | 125.00 | Per Hour | $50.00 |
| FRJ | JONES, FRED R | 2.60 | Hours @ | 250.00 | Per Hour | $650.00 |
| | | 3.00 | | | | $700.00 |

Federal ID# 74-2600387

Privileged and Confidential Attorney-Client Communication

EXHIBIT 60

# GOODE CASSEB JONES RIKLIN CHOATE & WATSON
## A Professional Corporation
Post Office Box 120480
San Antonio, TX 78212-9680
(210) 733-6030  Fax (210) 733-0330

December 31, 2014
Invoice #:  56577          FRJ
Billed through:  December 31, 2014

TRI-BAR RANCH COMPANY LTD.

C/O COLBIE BRAZELL
SLATES HARWELL LLP
1700 PACIFIC AVE.  SUITE 3800

DALLAS, TX  75201

Client Id.     4425

Matter Id.    00002
Reference:

## PROFESSIONAL SERVICES RENDERED

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/16/14 FRJ | HANDLE RESPONSE TO MOTION TO STRIKE AND FILING WITH DISTRICT CLERK. MEETING WITH DISTRICT CLERK TO MAKE SURE THE RESPONSE IS TIMELY FILED. PREPARATION OF EMAIL TO COLBIE AND JOHN REGARDING █████ | 1.00 | hrs | 250.00 /hr | $250.00 |
| 12/18/14 FRJ | ATTEND HEARING ON TRI-BAR'S MOTION FOR SUMMARY JUDGMENT AND CONFERENCES WITH CLIENT GROUP. | 2.00 | hrs | 250.00 /hr | $500.00 |

| | | |
|---|---|---|
| | **TOTAL FEES BILLED** | **$750.00** |

| **DISBURSEMENTS** | $0.00 | Units | Amount |
|---|---|---|---|

| **BILLING SUMMARY:** | **TOTAL FEES** | **$750.00** |
|---|---|---|
| | **TOTAL CHARGES FOR THIS BILL** | **$750.00** |

| | |
|---|---|
| **BALANCE FORWARD** | **$0.00** |
| **TOTAL BALANCE DUE** | **$750.00** |

---

**MAIL ALL PAYMENTS TO P O BOX 120480, SAN ANTONIO, TX  78212**
**PLEASE CHECK FOR ANY BALANCE FORWARD.**
**IF INVOICE COPIES ARE NEEDED, CALL OR EMAIL THE BILLING DEPARTMENT.**

---

**FEE SUMMARY**

| | | | | | |
|---|---|---|---|---|---|
| FRJ | JONES, FRED R | 3.00  Hours @ | 250.00 | Per Hour | $750.00 |
| | | 3.00 | | | $750.00 |

Federal ID# 74-2600387

Privileged and Confidential Attorney-Client Communication

## EXHIBIT 60

# DEFENDANT'S EXHIBIT 61

| | |
|---|---|
| **From:** | John Grable |
| **Sent:** | Wednesday, June 20, 2012 10:22 AM |
| **To:** | Jack Green |
| **Cc:** | tpittman@lewisenergy.com; Matthew Martinez; Javier Alonso; John Grable |
| **Subject:** | FW: Submittall #3 Rebar Pacement Shop rawings120618 |
| **Attachments:** | Approved as noted foundation reinforcing 2012_06_19.pdf |

Jack

Please find approved submittal for the concrete steel reinforcement

Thanks
John Grable



**JOHN GRABLE**
A R C H I T E C T S · I N C

**JOHN GRABLE FAIA**
222 Austin Hwy #1 San Antonio, TX 78209
p 210.820.3332    f 210.820.3334
www.johngrable.com

---

**From:** Victor M. De Anda Jr. [mailto:victor@synergy-se.com]
**Sent:** Tuesday, June 19, 2012 12:13 PM
**To:** John Grable
**Subject:** Re: Submittall #3 Rebar Pacement Shop rawings120618

John,
attached please find the shop drawings. There is one item for your review

thanks


Victor M. De Anda Jr., P.E.
Synergy Structural Engineering, Inc.
901 Victoria St. Suite "C"
Laredo, TX. 78040
O: 956-753-5860
F: 956-753-6210
M: 956-237-7908

---

1
# EXHIBIT 61

**From:** John Grable <jgrable@johngrable.com>
**To:** Victor M. De Anda Jr. <victor@synergy-se.com>
**Sent:** Tue, June 19, 2012 11:46:15 AM
**Subject:** FW: Submittall #3 Rebar Pacement Shop rawings120618

Victor

Attached please find steel re bar submittals

Thanks
John



**JOHN GRABLE FAIA**
222 Austin Hwy #1 San Antonio, TX 78209
p 210.820.3332    f 210.820.3334
www.johngrable.com

---

**From:** Jack Green [mailto:jgreen@sbsworld.net]
**Sent:** Monday, June 18, 2012 3:29 PM
**To:** John Grable; Thomas Pittman
**Cc:** Matthew Martinez
**Subject:** Submittall #3 Rebar Pacement Shop rawings120618

Submittal # 3 rebar placement drawings for approval a requested.

Thanks,


Jack R Green
LEED Green Associate
Project Manager|Business Development
SBS Construction and Development
17 Scenic Loop Rd
Boerne, TX 78006

210-789-1898 cell
830-981-5308 fax

2
**EXHIBIT 61**

 **SYNERGY STRUCTURAL ENGINEERING, INC.**

901 Victoria St. Suite "C" Laredo, TX. 78040
(956) 753-5860 (fax) 753-6210 synergy@synergy-se.com
TBPE Firm Registration No.: F-7661

# Transmittal Letter

| | | | |
|---|---|---|---|
| Date: | June 19, 2012 | Project name: | Los Cerritos Hangar |
| To: | John Grable Architects, Inc. | Project No.: | SSE-12-013 |
| | 222 Austin Hwy #1 | | |
| | San Antonio, TX. 78209 | | |
| Attn: | Mr. John Grable, AIA | | |

**WE TRANSMIT**
x herewith
☐ under separate cover
☐ as requested

**FOR YOUR**
☐ review and comment
x information
☐ records

**THE FOLLOWING**
☐ drawings
☐ specifications
☐ change order
x shop drawings
☐ OTHER:

| ITEM NUMBER | COPIES | DESCRIPTION |
|---|---|---|
| 1 | 1 | Foundation Reinforcing Shop Drawings |
| 2 | | |
| 3 | | |
| 4 | | |

**REMARKS**

**By:** Victor M. De Anda Jr., P.E     **Received By:**     **Date:**

                                        **Printed Name:**     **Time:**

EXHIBIT 61

# ⚏ **S B S**

CONSTRUCTION • DEVELOPMENT

P.O. Box 780849
San Antonio, TX 78278-0849

LETTER OF TRANSMITTAL

| TO:<br>John Grable Architects- Inc<br>222 Austin Highway # 1<br>San Antonio, TX 78209<br><br>Glacier Cap Construction<br>10067 Jones Maltsberger<br>San Antonio, TX 78216<br><br>ATTENTION: John Grable/Matt Martinez/Thomas Pittman | DATE  06/18/2012     JOB NO, SBS # 1378<br>RE:<br>Los Cerritos Hangar<br>Uvalde, TX<br><br><br><br>Submittal #3 |

We are sending you the following:

- ☐ **Attached**
- ☐ Under separate cover via _____

- ☐ SHOP DRAWING
- ☐ **SPECIFICATIONS**
- ☐ SEPIAS
- ☐ PRINTS
- ☐ CATALOGS
- ☐ BUDGET PRICES
- ☐ BROCHURES
- ☐ COPY OF LETTER
- ☐ PRESENTATION
- ☐ SKETCHES/RENDERINGS
- ☐ QUOTATIONS
- ☐ SAMPLES
- ☐ OTHER· _____
  _____
  _____
  _____

| COPIES | DATE | NUMBER | DESCRIPTION |
|--------|------|--------|-------------|
| Email | 6/18/2012 | 6 | Rebar placement shop drawings |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

These are transmitted as checked below:

- ☐ **FOR APPROVAL**
- ☐ FOR YOUR USE
- ☐ AS REQUESTED
- ☐ FOR REVIEW AND COMMENT

- ☐ APPROVED AS SUBMITTED
- ☐ APPROVED AS NOTED
- ☐ RETURNED FOR CORRECTION
- ☐ PRINTS RETURNED AFTER LOAN TO US
- ☐ FOR BIDS DUE _____ 19___

- ☐ RE-SUBMIT__6_COPIES FOR APPROVAL
- ☐ SUBMIT___COPIES FOR DISTRIBUTION
- ☐ RETURN___CORRECTED PRINTS

REMARKS: _____

Copy to:                              Signed
                                      Phone
    Project File                      Fax

                  *rec'd 06/18/12 VDR*

P.O. Box 780849  San Antonio, TX 78278

| REQ | QTY | BARS | SZ | LNGTH | MARK | TYP | A | B | C | D | E | F/R | G | J | O | H |
|-----|-----|------|----|----|------|-----|---|---|---|---|---|-----|---|---|---|---|
| | | FOUNDATION | | | | | | | | | | | | | | |

**@ SPREAD FOOTINGS (778 SF)**

| x 1 | 43 | 43 | #5 | 40-00 | | | | | | | | | | CONT @ 12" EW (BOTT) | | |

**BEAM MK B1 (16" X 36") 494 LF**
**\*\*\*\* TYP EXTERIOR BEAM \*\*\*\***

| x 1 | 54 | 54 | #6 | 40-00 | | | | | | | | | | 2 TOP & BOTT | | |
| x 1 | 332 | 332 | #3 | 7-07 | 301 | T1 | -04 | -112 | 2-06 | -112 | 2-06 | | -04 | TIES @ 18" | | |

**BEAM MK B2 (12" X 36") 914 LF**
**\*\*\*\* TYP EXTERIOR BEAM \*\*\*\***

| x 1 | 100 | 100 | #6 | 40-00 | | | | | | | | | | 2 TOP & BOTT | | |
| x 1 | 610 | 610 | #3 | 7-00 | 302 | T1 | -04 | -072 | 2-062 | -072 | 2-062 | | -04 | TIES @ 18" | | |

**BEAM DROP BARS @ DRAIN**

| | | | | | | | | | | | | | | \*\*\* @ 3" SLOPE \*\*\* | | |
| x 3 | 4 | 12 | #6 | 6-00 | 601 | 17 | | 1-00 | 5-00 | | | | | TOP HOOK BARS | | |
| x 3 | 2 | 6 | #6 | 14-04 | 602 | 4 | | 3-00 | 2-10 | 2-08 | 2-10 | 3-00 | | 12-08 | 2-00 | 2-00 |
| | | | | | | | | | | | | | | TOP BARS | | |
| x 3 | 2 | 6 | #6 | 16-04 | 603 | 4 | | 3-00 | 2-10 | 4-08 | 2-10 | 3-00 | | 14-08 | 2-00 | 2-00 |
| | | | | | | | | | | | | | | BOTT BARS | | |

| #2 | | | #8 | | CUSTOMER: | ACE CONCRETE | SHIP: |
|----|----|----|----|----|----|----|----|
| #3 = | 2653 | | #9 | | JOB: | ROD LEWIS LOS CERRITOS HA | |
| #4 | | | #10 | | LOCATION: | | JOB NO: **ST247-01** |
| #5 = | 1794 | | #11 | | | | DR:   DATE: 06-15-2012 |
| #6 = | 9636 | | OTHER | | CITY: | | REVISED: |
| #7 | | | SHEET = | 13983 | PO/JOB NO: | | REF. SH:        RP-1 |
| | | | LOAD = | 48014 | TEL NO. | | SHEET 1 OF 5 |

## EXHIBIT 61

## Schneider Steel
## REBAR CUT SHEET AND SHIPPING LIST

| REQ | QTY | BARS | SZ | LNGTH | MARK | TYP | A | B | C | D | E | F/R | G | O | H | K |
|-----|-----|------|-----|-------|------|-----|-----|------|------|------|------|------|-----|-----------|------|------|
| x 3 | 2 | 6 | #3 | 9-11 | 303 | T1 | -04 | -072 | 4-00 | -072 | 4-00 | | -04 | TIES | | |
| | | | | | | | | | | | | | *** @ 1" SLOPE *** | | |
| x 4 | 4 | 16 | #6 | 6-00 | 601 | 17 | | 1-00 | 5-00 | | | | | TOP HOOK BARS | | |
| x 4 | 2 | 8 | #6 | 13-10 | 604 | 4 | | 3-00 | 2-07 | 2-08 | 2-07 | 3-00 | | 12-04 | 1-10 | 1-10 |
| | | | | | | | | | | | | | TOP BARS | | |
| x 4 | 2 | 8 | #6 | 15-10 | 605 | 4 | | 3-00 | 2-07 | 4-08 | 2-07 | 3-00 | | 14-04 | 1-10 | 1-10 |
| | | | | | | | | | | | | | BOTT BARS | | |
| x 4 | 2 | 8 | #3 | 9-07 | 304 | T1 | -04 | -072 | 3-10 | -072 | 3-10 | | -04 | TIES | | |

**BEAM CORNERS**

| REQ | QTY | BARS | SZ | LNGTH | MARK | TYP | A | B | C | D | E | F/R | G | O | H | K |
|-----|-----|------|-----|-------|------|-----|---|------|------|---|---|---|---|---------|---|---|
| x 26 | 4 | 104 | #6 | 6-00 | 606 | 17 | | 3-00 | 3-00 | | | | | CORNERS | | |

**MAS DWLS @ 32" OC**

| REQ | QTY | BARS | SZ | LNGTH | MARK | TYP | A | B | C | D | E | F/R | G | O | H | K |
|-----|-----|------|-----|-------|------|-----|---|---|---|---|---|---|---|----------|---|---|
| x 1 | 165 | 165 | #5 | 4-06 | | | | | | | | | | MAS DWLS | | |

**TRENCH DRAIN MK TD1 (64 LF)**

. . . . . . . . . . . . . . . . . . . . . . . . .

**PLEASE VERIFY IF DRAIN IS 15" DEEP**

. . . . . . . . . . . . . . . . . . . . . .

| REQ | QTY | BARS | SZ | LNGTH | MARK | TYP | A | B | C | D | E | F/R | G | O | H | K |
|-----|-----|------|-----|-------|------|-----|---|------|------|------|---|---|---|-------------------|---|---|
| x 1 | 13 | 13 | #4 | 40-00 | | | | | | | | | | 7 CONT | | |
| x 1 | 65 | 65 | #4 | 4-08 | 401 | S10 | | 1-05 | 1-10 | 1-05 | | | | VERTS @ 12" | | |
| x 1 | 130 | 130 | #5 | 4-00 | 501 | 17 | | 1-00 | 3-00 | | | | | SLAB DWLS @ 12" EF | | |

| | | | | | | |
|------|------|-------|------|-------------------|------------------------------|--------------------------|
| #2 | | #8 | | CUSTOMER: | ACE CONCRETE | SHIP: |
| #3 = | 51 | #9 | | JOB: | ROD LEWIS LOS CERRITOS HA | |
| #4 = | 550 | #10 | | LOCATION: | | JOB NO: **ST247-01** |
| #5 = | 1316 | #11 | | | | DR: DATE: 06-15-2012 |
| #6 = | 1437 | OTHER | | CITY: | | REVISED: |
| #7 | | SHEET = | 3354 | PO/JOB NO: | | REF. SH: RP-1 |
| | | LOAD = | 48014 | TEL NO. | | SHEET 2 OF 5 |

**EXHIBIT 61**

## Schneider Steel
## REBAR CUT SHEET AND SHIPPING LIST

| REQ | QTY | BARS | SZ | LNGTH | MARK | TYP | A | B | C | D | E | F/R | G | J | O | H | K |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |

*TRENCH DRAIN MK TD2 (78 LF)*

. . . . . . . . . . . . . . . . . . . . . . . . .

*PLEASE VERIFY IF DRAIN IS 13" DEEP*

. . . . . . . . . . . . . . . . . . . . . . . .

| REQ | QTY | BARS | SZ | LNGTH | MARK | TYP | A | B | C | D | E | F/R | G | J | O | H | K |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| x 1 | 15 | 15 | #4 | 40-00 | | | | | | | | | | 7 CONT | | | |
| x 1 | 79 | 79 | #4 | 4-04 | 402 | S10 | | 1-03 | 1-10 | 1-03 | | | | VERTS @ 12" | | | |
| x 1 | 158 | 158 | #5 | 4-00 | 501 | 17 | | 1-00 | 3-00 | | | | | SLAB DWLS @ 12" EF | | | |

*HAIRPINS @ COLUMNS*

| REQ | QTY | BARS | SZ | LNGTH | MARK | TYP | A | B | C | D | E | F/R | G | J | O | H | K |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| x 22 | 1 | 22 | #5 | 13-04 | 502 | 4 | | | 6-00 | 1-04 | 6-00 | | | | | 4-06 | 5-092 | 1-07 |
| | | | | | | | | | | | | | | HAIRPINS | | | |
| x 22 | 1 | 22 | #5 | 11-00 | 503 | 4 | | | 5-00 | 1-00 | 5-00 | | | | | 2-04 | 4-112 | -08 |
| | | | | | | | | | | | | | | HAIRPINS | | | |

*SLAB @ 12" OC EA WAY*

. . . . . . . . . . . . . . . . . . . . . . . . .

*PLEASE VERIFY LAP*

. . . . . . . . . . . . . . . . . . . . . . . . .

*** FIELD TRIM @ DRAIN ***

| REQ | QTY | BARS | SZ | LNGTH | MARK | TYP | A | B | C | D | E | F/R | G | J | O | H | K |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| x 1 | 115 | 115 | #5 | 34-10 | 504 | 2 | -10 | 34-00 | | | | | | @ MK S1 | | | |
| x 1 | 115 | 116 | #5 | 40-00 | | | | | | | | | | " " (LP 2-6) | | | |

| #2 | | #8 | | | CUSTOMER: | ACE CONCRETE | | SHIP: |
|---|---|---|---|---|---|---|---|---|
| #3 | | #9 | | | JOB: | ROD LEWIS LOS CERRITOS HA | | |
| #4 = | 630 | #10 | | | LOCATION: | | | JOB NO: **ST247-01** |
| #5 = | 10193 | #11 | | | | | | DR: DATE: 06-15-2012 |
| #6 | | OTHER | | | CITY: | | | REVISED: |
| #7 | | SHEET = | 10823 | | PO/JOB NO: | | | REF. SH: RP-1 |
| | | LOAD = | 48014 | | TEL NO. | | | SHEET 3 OF 5 |

**EXHIBIT 61**

# Schneider Steel
## REBAR CUT SHEET AND SHIPPING LIST

| REQ | QTY | BARS | SZ | LNGTH | MARK | TYP | A | B | C | D | E | F/R | G | J | O | H | K |
|-----|-----|------|-----|-------|------|-----|-----|-------|---|---|---|-----|-----|----------|---|---|---|
| x 1 | 115 | 115 | #5 | 34-10 | 504 | 2 | -10 | 34-00 | | | | | | @ MK S1 | | | |
| x 1 | 9 | 9 | #5 | 25-04 | 505 | 2 | -10 | 25-06 | | | | | | @ MK S2 | | | |
| x 1 | 18 | 18 | #5 | 40-00 | | | | | | | | | | " " (LP 2-6) 2 RUNS | | | |
| x 1 | 9 | 9 | #5 | 25-04 | 505 | 2 | -10 | 25-06 | | | | | | @ MK S2 | | | |
| x 1 | 102 | 102 | #5 | 26-10 | 506 | 2 | -10 | 26-00 | | | | | | @ MK S3 | | | |
| x 1 | 204 | 204 | #5 | 40-00 | | | | | | | | | | " " (LP 2-6) 2 RUNS | | | |
| x 1 | 102 | 102 | #5 | 26-10 | 506 | 2 | -10 | 26-00 | | | | | | @ MK S3 | | | |
| x 1 | 22 | 22 | #5 | 9-02 | 507 | 2 | -10 | 7-06 | | | | | -10 | @ MK S4 | | | |

| | | | | |
|----|----|----|----|----|
| #2 | | #8 | | |
| #3 | | #9 | | |
| #4 | | #10 | | |
| #5 = | 19854 | #11 | | |
| #6 | | OTHER | | |
| #7 | | SHEET = | 19854 | |
| | | LOAD = | 48014 | |

CUSTOMER: ACE CONCRETE
JOB: ROD LEWIS LOS CERRITOS HA
LOCATION:

CITY:
PO/JOB NO:
TEL NO.

SHIP:

JOB NO: **ST247-01**
DR:   DATE: 06-15-2012
REVISED:
REF. SH:          RP-1
SHEET 4 OF 6

EXHIBIT 61

# Schneider Steel
# REBAR CUT SHEET AND SHIPPING LIST

| SIZE | TOTAL | | STRAIGHT | | LIGHT BENT | | HEAVY BENT | |
|------|--------|--------|--------|--------|--------|--------|--------|--------|
| | PIECES | WEIGHT | PIECES | WEIGHT | PIECES | WEIGHT | PIECES | WEIGHT |
| #3 Gr 60 | 956 | 2604 | | | 956 | 2604 | | |
| #4 Gr 60 | 172 | 1180 | 28 | 748 | 144 | 432 | | |
| #5 Gr 60 | 1351 | 33157 | 545 | 16628 | | | 806 | 16529 |
| #6 Gr 60 | 314 | 11073 | 154 | 9252 | | | 160 | 1821 |
| | | | | | | | | |
| Total | 2793 | 48014 | 727 | 26628 | 1100 | 3036 | 966 | 18350 |

Long bar is: size #5, Str, 40-00

Largest h (arc): size 5 type 4    5-092   Widest Bent Bar: Mark=502  type=4    Width= 4-06

CUSTOMER:       ACE CONCRETE
JOB:            ROD LEWIS LOS CERRITOS HA
LOCATION:

CITY:
PO/JOB NO:
TEL NO.

SHIP:

JOB NO:   **ST247-01**
DR:   DATE: 06-15-2012
REVISED:
REF. SH:          RP-1
SHEET 5 OF 5

EXHIBIT 61

## Schneider Steel
## REBAR CUT SHEET AND SHIPPING LIST

**Type T1**

**Type 17**

**Type 4**

**Type S10**

**Type 2**

CUSTOMER:   ACE CONCRETE
JOB:   ROD LEWIS LOS CERRITOS HA
LOCATION:

CITY:
PO/JOB NO:
TEL NO.

SHIP:

JOB NO:   **ST247-01**
DR:   DATE: 06-15-2012
REVISED:
REF. SH:   RP-1

**EXHIBIT 61**

EXHIBIT 61



FOUNDATION PLAN

TYP BEAM SECTION     TYP BEAM SECTION

SYNERGY STRUCTURAL ENGINEERING

☐ NO EXCEPTION TAKEN    ☑ EXCEPTIONS NOTED
☐ SUBMIT SPECIFIED ITEM  ☐ REVISE & SUBMIT

CHECKING IS ONLY FOR GENERAL CONFORMANCE WITH DESIGN
CONCEPT OF PROJECT AND GENERAL COMPLIANCE WITH CONTRACT
DOCUMENTS CONTRACTOR IS RESPONSIBLE FOR CONFIRMING AND
CORRELATING DIMENSIONS AT JOB SITE, INFORMATION WHICH
PERTAINS TO FABRICATION PROCESS OR OF CONSTRUCTION
TECHNIQUES AND FOR COORDINATION OF WORK OF ALL TRADES
CHECKING OF SHOP DRAWINGS DOES NOT RELIEVE THE
CONTRACTOR OF RESPONSIBILITY FOR DEVIATION FROM
REQUIREMENTS OR CONTRACT DOCUMENTS NOR FOR ERRORS OR
OMISSIONS IN DRAWINGS

BY _____
DATE ____06/19/12____

— PLEASE NOTE THAT OVERALL DIMS
CHANGED DUE TO REVISIONS ON
06/18/12

— ARCHITECT TO VERIFY DEPTHS OF
DRAINS.

FOR REBAR PLACEMENT NOT
FOR CONSTRUCTION

| | |
|---|---|
| PHONE: (210) 337-5200 | *SCHNEIDER* |
| FAX: (210) 337-4737 | *STEEL* |
| 1327 GEMBLER ROAD | |
| SAN ANTONIO, TX 78219 | |

| REVISION | | |
|---|---|---|
| JOB NAME | LOS CERRITOS HANGER | |
| CUSTOMER | ACE CONCRETE | JOB NO. S1247 |
| DETAILS OF | FOUNDATION | DATE 6/13/12 |
| DETAILER | SS | SHEET NO. RP-1 |

# DEFENDANT'S EXHIBIT 62

**From:** Jennie Briggs <JBriggs@lewisenergy.com>
**Sent:** Thursday, July 11, 2013 2:31 PM
**Subject:** Los Cerritos Hangar: Robertson 'Lectric
**Attachments:** Los Cerritos Hangar - Robertson Electric Lien Adjustment.pdf

Thanks!

THE ELECTRONIC TRANSMISSION (AND/OR THE DOCUMENTS ACCOMPANYING IT) MAY CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER THAT IS PROTECTED BY THE ELECTRONIC COMMUNICATIONS PRIVACY ACT, 18 U.S.C. SECTIONS 2510 AND 2521 AND MAY BE LEGALLY PRIVILEGED. THIS MESSAGE (AND ANY ASSOCIATED FILES) IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS CONFIDENTIAL, SUBJECT TO COPYRIGHT OR CONSTITUTES A TRADE SECRET. IF YOU ARE NOT THE INTENDED RECIPIENT YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, COPYING OR DISTRIBUTION OF THIS MESSAGE, OR FILES ASSOCIATED WITH THIS MESSAGE IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY LEWIS ENERGY GROUP'S LEGAL DEPARTMENT IMMEDIATELY BY TELEPHONE (210-384-3200) AND DESTROY THE ORIGINAL MESSAGE. MESSAGES SENT TO AND FROM US MAY BE MONITORED. THANK YOU!

EXHIBIT 62

Los Cerritos Hangar: Robertson Electric

| DRAW 3 | Schedule | Earned - Robertson | Drawing | GCC Side | Difference | Reasoning |
|---|---|---|---|---|---|---|
| Insurance/Mobilization | $ 12,800.00 | $ 7,680.00 | $ 5,120.00 | $ 5,120.00 | $ - | Acceptable |
| Slab Rough-in | $ 11,500.00 | $ 11,500.00 | $ - | $ - | $ - | N/A |
| Distribution/Feeders | $ 13,000.00 | $ - | $ - | $ - | $ - | N/A |
| UG Service Conduit | $ 5,000.00 | $ - | $ - | $ - | $ - | N/A |
| Light Fixture/Install | $ 32,000.00 | $ 12,160.00 | $ 2,240.00 | $ - | $ (2,240.00) | Light fixtures remaining onsite were valued at $10,000, add 20% mark up, approx $12,000. This amount was drawn previously, no other monies to be collected for fixtures onsite.) |
| Gear/Equipment install | $ 14,000.00 | $ 6,720.00 | $ - | $ - | $ - | N/A |
| Branch Conduit & Wire | $ 37,000.00 | $ - | $ 11,100.00 | $ 3,600.00 | $ (7,500.00) | Evaluation that the material and labor in conduit and wire that were installed in early February was valued at approx $3,600. |
| Temporary Power | $ 2,500.00 | $ - | $ 1,250.00 | $ - | $ (1,250.00) | Generator onsite at the time of contract term was provided by GC. |
| Device Trim out | $ 1,000.00 | $ - | $ - | $ - | $ - | N/A |
| TOTAL | $ 128,800.00 | $ 38,060.00 | $ 19,710.00 | $ 8,720.00 | $ (10,990.00) | |
| Lien Amount | $60,990.00 | | | | | |
| Draw 3 Reductions for Cause | $ (10,990.00) | | | | | |
| Settlement Amount Draw 3 | $50,000.00 | | | | | |

| DRAW 4 | Schedule | Earned - Robertson | Drawing | GCC Side | Difference | Reasoning |
|---|---|---|---|---|---|---|
| Insurance/Mobilization | $ 12,800.00 | $ 12,800.00 | $ - | $ - | $ - | N/A |
| Slab Rough-in | $ 11,500.00 | $ 11,500.00 | $ - | $ - | $ - | N/A |
| Distribution/Feeders | $ 13,000.00 | $ - | $ - | $ - | $ - | N/A |
| UG Service Conduit | $ 5,000.00 | $ - | $ - | $ - | $ - | N/A |
| Light Fixture/Install | $ 32,000.00 | $ 14,400.00 | $ 11,200.00 | $ - | $ (11,200.00) | No fixtures installed beyond what was drawn previously. |
| Gear/Equipment install | $ 14,000.00 | $ 6,720.00 | $ 2,380.00 | $ - | $ (2,380.00) | No gear installed beyond what was drawn previously. |
| Branch Conduit & Wire | $ 37,000.00 | $ 11,100.00 | $ 16,650.00 | $ - | $ (16,650.00) | All conduit and wire installed was paid in previous draws. |
| Temporary Power | $ 2,500.00 | $ 1,250.00 | $ 1,250.00 | $ - | $ (1,250.00) | Generator onsite at the time of contract term was provided by GC. |
| Device Trim out | $ 1,000.00 | $ - | $ - | $ - | $ - | N/A |
| TOTAL | $ 128,800.00 | $ 57,770.00 | $ 31,480.00 | $ - | $ (31,480.00) | |
| Lien Amount | $ 60,990.00 | | | | | |
| Adjusted after Exam of Draw 3 | $ 50,000.00 | | | | | |
| Draw 4 Reductions for Cause | $ (31,480.00) | | | | | |
| Settlement Amount Draw 4 | $ 18,520.00 | | | | | |

| DRAW 5 | Schedule | Earned - Robertson | Drawing | GCC Side | Difference | Reasoning |
|---|---|---|---|---|---|---|
| Insurance/Mobilization | $ 12,800.00 | $ 12,800.00 | $ - | $ - | $ - | N/A |
| Slab Rough-in | $ 11,500.00 | $ 11,500.00 | $ - | $ - | $ - | N/A |
| Distribution/Feeders | $ 7,000.00 | $ - | $ - | $ - | $ - | N/A |
| UG Service Conduit | $ 5,000.00 | $ - | $ - | $ - | $ - | N/A |
| Light Fixture/Install | $ 32,000.00 | $ 25,600.00 | $ - | $ - | $ - | N/A |
| Gear/Equipment install | $ 14,000.00 | $ 9,100.00 | $ - | $ - | $ - | N/A |
| Branch Conduit & Wire | $ 37,000.00 | $ 27,750.00 | $ - | $ - | $ - | N/A |
| Temporary Power | $ 2,500.00 | $ 2,500.00 | $ - | $ - | $ - | N/A |
| Device Trim out | $ 1,000.00 | $ - | $ - | $ - | $ - | N/A |
| Demobilization | $ 6,000.00 | $ - | $ 6,000.00 | $ 5,000.00 | $ (1,000.00) | A liberal estimate is that a small group of employees, with travel costs, taking three days to organize materials and remove tools would take three days and cost approx $5,000. |
| TOTAL | $ 128,800.00 | $ 89,250.00 | $ 6,000.00 | $ 5,000.00 | $ (1,000.00) | |
| Lien Amount | $ 60,990.00 | | | | | |
| Adjusted after Exam of Draw 4 | $ 18,520.00 | | | | | |
| Draw 5 Reductions for Cause | $ (1,000.00) | | | | | |
| Settlement Amount Draw 5 | $ 17,520.00 | | | | | |

| DRAW 6 | Schedule | Earned - Robertson | Drawing | GCC Side | Difference | Reasoning |
|---|---|---|---|---|---|---|
| Insurance/Mobilization | $ 12,800.00 | $ 12,800.00 | $ 1,280.00 | $ 768.00 | $ (512.00) | Retainage acceptable to drawn amounts prior to Draw 3, dated 12.18.12. |
| Slab Rough-in | $ 11,500.00 | $ 11,500.00 | $ 1,150.00 | $ 1,150.00 | $ - | N/A |
| Distribution/Feeders | $ 7,000.00 | $ - | $ - | $ - | $ - | N/A |
| UG Service Conduit | $ 5,000.00 | $ - | $ - | $ - | $ - | N/A |
| Light Fixture/Install | $ 32,000.00 | $ 25,600.00 | $ 2,560.00 | $ 1,216.00 | $ (1,344.00) | Retainage acceptable to drawn amounts prior to Draw 3, dated 12.18.12. |
| Gear/Equipment install | $ 14,000.00 | $ 9,100.00 | $ 910.00 | $ 672.00 | $ (238.00) | Retainage acceptable to drawn amounts prior to Draw 3, dated 12.18.12. |
| Branch Conduit & Wire | $ 37,000.00 | $ 27,750.00 | $ 2,775.00 | $ - | $ (2,775.00) | Retainage acceptable to drawn amounts prior to Draw 3, dated 12.18.12. |
| Temporary Power | $ 2,500.00 | $ 2,500.00 | $ 250.00 | $ - | $ (250.00) | Retainage acceptable to drawn amounts prior to Draw 3, dated 12.18.12. |
| Device Trim out | $ 1,000.00 | $ - | $ - | $ - | $ - | N/A |
| Demobilization | $ 6,000.00 | $ 6,000.00 | $ - | $ - | $ - | N/A |
| TOTAL | $ 128,800.00 | $ 95,250.00 | $ 8,925.00 | $ 3,806.00 | $ (5,119.00) | |
| Lien Amount | $ 60,990.00 | | | | | |
| Adjusted after Exam of Draw 5 | $ 17,520.00 | | | | | |
| Draw 6 Reductions for Cause | $ (5,119.00) | | | | | |
| Settlement Amount Draw 5 | $ 12,401.00 | | | | | |

EXHIBIT 62

# DEFENDANT'S EXHIBIT 63

# *WEEKLY REPORT*

|  **SBS Construction**<br>P.O. Box 780849<br>San Antonio, Texas 78278 | **PROJECT #** | 1378 |
|---|---|---|
| | **PROJECT:** | Los Cerritos Hangar |
| | **Email Distribution** | Rod Lewis, Thomas Pittman, Parnak Charkhchi |
| | | John Grable, Matt Martinez |
| | | Steve Schiffman, Jack Green |

| | |
|---|---|
| Contract Status Report for the Week Ending: | 6/10/2012 |
| Submitted By: | Jack Green |
| Date Submitted: | 6/8/2012 |

| | | | |
|---|---|---|---|
| Contract Date: | 05/31/2012 | Original Contract Amount: | $1,226,074.00 |
| Start Date: | 05/31/2012 | Approved Change: | $44,604.00 |
| Contract Time: | 173 days | Current Contract Amount: | $1,271,208.00 |
| Estimated Completion Date: | 12/31/2012 | Pending Changes: | N/A |
| Total Rain Days: | 0 | Pending Contract Amount: | $1,271,208.00 |
| Rain Days This Week: | 0 | Additional Time Required: | 0 |

## Work Completed This Week

Ordered survey company to set bench mark and building corners on existing pad.

Turned in submittals for approval on the following; slab reinforcing, concrete mix design, trench drains electrical fixtures, plumbing fixtures, mechanical equipment, macro fans.

## Work to be Completed Next Week

Conduct survey (Bldg corners and ff elevation), submit septic system requirements, test pad.

Begin working with power company to get power/transformer to the site.

## Subcontractor Problems

N/A

## Outstanding Issues

Need final plans to finish submittals.



**EXHIBIT**
tabbies **TB63**

# *WEEKLY REPORT*

|  SBS Construction<br>P.O. Box 780849<br>San Antonio, Texas 78278 | PROJECT # | 1378 |
|---|---|---|
| | PROJECT: | Los Cerritos Hangar |
| | **Email Distribution** | Rod Lewis, Thomas Pittman, Parnak Charkhchi |
| | | John Grable, Matt Martinez |
| | | Steve Schiffman, Jack Green |

| Contract Status Report for the Week Ending: | 6/17/2012 |
|---|---|
| Submitted By: | Jack Green |
| Date Submitted: | 6/8/2012 |

| Contract Date: | 05/31/2012 | Original Contract Amount: | $1,226,074.00 |
|---|---|---|---|
| Start Date: | 05/31/2012 | Approved Change: | $44,604.00 |
| Contract Time: | 173 days | Current Contract Amount: | $1,271,208.00 |
| Estimated Completion Date: | 12/31/2012 | Pending Changes: | N/A |
| Total Rain Days: | 0 | Pending Contract Amount: | $1,271,208.00 |
| Rain Days This Week: | 0 | Additional Time Required: | 0 |

## Work Completed This Week

Met onsite with Medina Co-Op, will have proposal for power service on Monday or Tuesday. Transformer can be set in about 4 weeks.

KFW Surveying set building corners with off sets, benchmark, etc.

Submitting electrical switchgear and rebar shop drawings.

## Work to be Completed Next Week

Continue with submittal process.

## Subcontractor Problems

N/A

## Outstanding Issues

N/A

SBS 1406

# WEEKLY REPORT

| | | PROJECT # | 1378 |
|---|---|---|---|
|  **SBS Construction**<br>P.O. Box 780849<br>San Antonio, Texas 78278 | | PROJECT: | Los Cerritos Hangar |
| | Email Distribution | Rod Lewis, Thomas Pittman, Parnak Charkhchi | |
| | | John Grable, Matt Martinez | |
| | | Steve Schiffman, Jack Green | |

| Contract Status Report for the Week Ending: | 6/24/2012 |
|---|---|
| Submitted By: | Jack Green |
| Date Submitted: | 6/22/2012 |

| | | | |
|---|---|---|---|
| Contract Date: | 05/31/2012 | Original Contract Amount: | $1,226,074.00 |
| Start Date: | 05/31/2012 | Approved Change: | $44,604.00 |
| Contract Time: | 173 days | Current Contract Amount: | $1,271,208.00 |
| Estimated Completion Date: | 12/31/2012 | Pending Changes: | N/A |
| Total Rain Days: | 0 | Pending Contract Amount: | $1,271,208.00 |
| Rain Days This Week: | 0 | Additional Time Required: | 0 |

## Work Completed This Week

Released Concrete Contractor. Received rebar shop drawing approval.

Submittal turned in for electrical switchgear, rebar shop drawings.

## Work to be Completed Next Week

Set batter boards, set forms, start to trench beams.

## Subcontractor Problems

N/A

## Outstanding Issues

Uvalde Concrete has no fly ash available.

Need plumbing submittal approval/comments (trench drains)

TR_00153

# DEFENDANT'S EXHIBIT
# 64

# *WEEKLY REPORT*



| | | PROJECT # | 1378 |
|---|---|---|---|
| **SBS Construction** P.O. Box 780849 San Antonio, Texas 78278 | | PROJECT: | Los Cerritos Hangar |
| | **Email Distribution** | Rod Lewis, Thomas Pittman, Parnak Charkhchi | |
| | | John Grable, Matt Martinez | |
| | | Steve Schiffman, Jack Green | |

| Contract Status Report for the Week Ending: | 07/02/2012 |
|---|---|
| **Submitted By:** | Jack Green |
| **Date Submitted:** | 6/22/2012 |

| | | | |
|---|---|---|---|
| **Contract Date:** | 05/31/2012 | **Original Contract Amount:** | $1,226,074.00 |
| **Start Date:** | 05/31/2012 | **Approved Change:** | $44,604.00 |
| **Contract Time:** | 173 days | **Current Contract Amount:** | $1,271,208.00 |
| **Estimated Completion Date:** | 12/31/2012 | **Pending Changes:** | N/A |
| **Total Rain Days:** | 0 | **Pending Contract Amount:** | $1,271,208.00 |
| **Rain Days This Week:** | 0 | **Additional Time Required:** | 0 |

## Work Completed This Week

Forms set, begin beam excavation.

## Work to be Completed Next Week

Continue with form work, start plumber???

On schedule to receive anchor bolt pattern next week . Looking to have complete PEMB package for approval by 7-20.

## Subcontractor Problems

N/A

## Outstanding Issues

Still pending submittals on plumbing, electrical fixtures, mix design. Need plumbing as soon as possible, Specifically trench drains.



EXHIBIT
TB64

# *WEEKLY REPORT*

| | | PROJECT # | 1378 |
|---|---|---|---|
|  **SBS Construction**<br>P.O. Box 780849<br>San Antonio, Texas 78278 | | PROJECT: | Los Cerritos Hangar |
| | **Email Distribution** | Rod Lewis, Thomas Pittman, Parnak Charkhchi | |
| | | John Grable, Matt Martinez | |
| | | Steve Schiffman, Jack Green | |

| Contract Status Report for the Week Ending: | 07/08/2012 |
|---|---|
| Submitted By: | Jack Green |
| Date Submitted: | 6/22/2012 |

| Contract Date: | 05/31/2012 | Original Contract Amount: | $1,226,074.00 |
|---|---|---|---|
| Start Date: | 05/31/2012 | Approved Change: | $44,604.00 |
| Contract Time: | 173 days | Current Contract Amount: | $1,271,208.00 |
| Estimated Completion Date: | 12/31/2012 | Pending Changes: | N/A |
| Total Rain Days: | 0 | Pending Contract Amount: | $1,271,208.00 |
| Rain Days This Week: | 0 | Additional Time Required: | 0 |

| Work Completed This Week |
|---|
| Continue forms, form complete by Saturday on slab. |
| Received final structural drawings on Tuesday (7/3/2012) |
| Received plumbing submittals last Friday (6/29/2012) |

| Work to be Completed Next Week |
|---|
| Begin plumbing rough in (slab) begin electrical rough ( slab) |
| |
| |
| |
| |

| Subcontractor Problems |
|---|
| N/A |
| |
| |
| |

| Outstanding Issues |
|---|
| |
| |

SBS 1409

# WEEKLY REPORT

|  **SBS Construction**<br>P.O. Box 780849<br>San Antonio, Texas 78278 | PROJECT # | 1378 |
|---|---|---|
| | PROJECT: | Los Cerritos Hangar |
| | **Email Distribution** | Rod Lewis, Thomas Pittman, Parnak Charkhchi |
| | | John Grable, Matt Martinez |
| | | Steve Schiffman, Jack Green |

| Contract Status Report for the Week Ending: | 07/15/2012 |
|---|---|
| Submitted By: | Jack Green |
| Date Submitted: | 7/13/2012 |

| Contract Date: | 05/31/2012 | Original Contract Amount: | $1,226,074.00 |
|---|---|---|---|
| Start Date: | 05/31/2012 | Approved Change: | $44,604.00 |
| Contract Time: | 173 days | Current Contract Amount: | $1,271,208.00 |
| Estimated Completion Date: | 12/31/2012 | Pending Changes: | N/A |
| Total Rain Days: | 0 | Pending Contract Amount: | $1,271,208.00 |
| Rain Days This Week: | 0 | Additional Time Required: | 0 |

## Work Completed This Week

Forms Completed, Plumber was delayed due to rain, will be on site Monday

## Work to be Completed Next Week

Continue plumbing, begin rebar install.

## Subcontractor Problems

N/A

## Outstanding Issues

# *WEEKLY REPORT*



| | SBS Construction P.O. Box 780849 San Antonio, Texas 78278 | **PROJECT #** | 1378 |
|---|---|---|---|
| | | **PROJECT:** | Los Cerritos Hangar |
| | | **Email Distribution** | Rod Lewis, Thomas Pittman, Parnak Charkhchi |
| | | | John Grable, Matt Martinez |
| | | | Steve Schiffman, Jack Green |

| | |
|---|---|
| **Contract Status Report for the Week Ending:** | 07/22/2012 |
| **Submitted By:** | Jack Green |
| **Date Submitted:** | 7/23/2012 |

| | | | |
|---|---|---|---|
| **Contract Date:** | 05/31/2012 | **Original Contract Amount:** | $1,226,074.00 |
| **Start Date:** | 05/31/2012 | **Approved Change:** | $44,604.00 |
| **Contract Time:** | 173 days | **Current Contract Amount:** | $1,271,208.00 |
| **Estimated Completion Date:** | 12/31/2012 | **Pending Changes:** | N/A |
| **Total Rain Days:** | 0 | **Pending Contract Amount:** | $1,271,208.00 |
| **Rain Days This Week:** | 0 | **Additional Time Required:** | 0 |

## Work Completed This Week
Plumbing underground roughed in.

## Work to be Completed Next Week
Backfill, compact, install rebar.

## Subcontractor Problems
N/A

## Outstanding Issues
Shop drawings for PEMB due this week.

SBS 1410

# WEEKLY REPORT

| | | PROJECT # | 1378 |
|---|---|---|---|
| **SBS Construction**  P.O. Box 780849 San Antonio, Texas 78278 | | **PROJECT:** | Los Cerritos Hangar |
| | | **Email Distribution** | Rod Lewis, Thomas Pittman, Parnak Charkhchi |
| | | | John Grable, Matt Martinez |
| | | | Steve Schiffman, Jack Green |

| Contract Status Report for the Week Ending: | 07/29/2012 |
|---|---|
| Submitted By: | Jack Green |
| Date Submitted: | 7/27/2012 |

| Contract Date: | 05/31/2012 | Original Contract Amount: | $1,226,074.00 |
|---|---|---|---|
| Start Date: | 05/31/2012 | Approved Change: | $44,604.00 |
| Contract Time: | 173 days | Current Contract Amount: | $1,271,208.00 |
| Estimated Completion Date: | 12/31/2012 | Pending Changes: | N/A |
| Total Rain Days: | 0 | Pending Contract Amount: | $1,271,208.00 |
| Rain Days This Week: | 0 | Additional Time Required: | 0 |

| Work Completed This Week |
|---|
| Plumbing underground complete and tested, backfilled. Vapor barrier, installed, rebar is being installed |
| PEMB shop drawings have been submitted, received approval from structural, Architectural approval/comments expected by end of day. |

| Work to be Completed Next Week |
|---|
| Electrical rough in, in slab. Set anchor bolts, prep for pour. Shooting to pour the week of August 6th. |

| Subcontractor Problems |
|---|
| N/A |

| Outstanding Issues |
|---|

TR_00156

# DEFENDANT'S
# EXHIBIT
# 65

# WEEKLY REPORT

| | | PROJECT # | 1378 |
|---|---|---|---|
|  | **SBS Construction**<br>P.O. Box 780849<br>San Antonio, Texas 78278 | PROJECT: | Los Cerritos Hangar |
| | | **Email Distribution** | Rod Lewis, Thomas Pittman, Parnak Charkhchi |
| | | | John Grable, Matt Martinez |
| | | | Steve Schiffman, Jack Green |

| Contract Status Report for the Week Ending: | 08/12/2012 |
|---|---|
| Submitted By: | Jack Green |
| Date Submitted: | 8/11/2012 |

| Contract Date: | 05/31/2012 | Original Contract Amount: | $1,226,074.00 |
|---|---|---|---|
| Start Date: | 05/31/2012 | Approved Change: | $44,604.00 |
| Contract Time: | 173 days | Current Contract Amount: | $1,271,208.00 |
| Estimated Completion Date: | 12/31/2012 | Pending Changes: | N/A |
| Total Rain Days: | 0 | Pending Contract Amount: | $1,271,208.00 |
| Rain Days This Week: | 0 | Additional Time Required: | 0 |

### Work Completed This Week
All rebar set and inspected, forms and block outs complete.

### Work to be Completed Next Week
Set anchors, set slab drop for bathroom/office.   Prep for pour

### Subcontractor Problems
N/A

### Outstanding Issues
Working with Uvalde Concrete to get a firm pour date.



EXHIBIT
TB 65

TR_00157

# DEFENDANT'S EXHIBIT 66

# *WEEKLY REPORT*

| | | PROJECT # | 1378 |
|---|---|---|---|
|  **SBS Construction**<br>P.O. Box 780849<br>San Antonio, Texas 78278 | | PROJECT: | Los Cerritos Hangar |
| | | Email Distribution | Rod Lewis, Thomas Pittman, Parnak Charkhchi |
| | | | John Grable, Matt Martinez |
| | | | Steve Schiffman, Jack Green |

| Contract Status Report for the Week Ending: | 09/09/2012 |
|---|---|
| Submitted By: | Jack Green |
| Date Submitted: | 9/7/2012 |

| | | | |
|---|---|---|---|
| Contract Date: | 05/31/2012 | Original Contract Amount: | $1,226,074.00 |
| Start Date: | 05/31/2012 | Approved Change: | $44,604.00 |
| Contract Time: | 173 days | Current Contract Amount: | $1,271,208.00 |
| Estimated Completion Date: | 12/31/2012 | Pending Changes: | $27,544.32 |
| Total Rain Days: | 0 | Pending Contract Amount: | $1,271,208.00 |
| Rain Days This Week: | 0 | Additional Time Required: | 0 |

## Work Completed This Week

Window pricing complete. Mock ups are complete at glacier caps yard.

Building set for delivery week of October 1st, trying to get this moved up, will have an update Monday. 9/10/2012

## Work to be Completed Next Week

Prep for paving, end of the week.

## Project issues

Grable is setting a meeting with plyboo rep to discuss fading issues.

Water pressure might be an issue in servicing the new building, need to discuss with Tom.

## Outstanding Issues

Utility fees to Medina Coop still need to be paid.

Need approval on mock ups to release material.



EXHIBIT
TB 66

SBS 1413

# *WEEKLY REPORT*



| | | PROJECT # | 1378 |
|---|---|---|---|
| **SBS Construction** P.O. Box 780849 San Antonio, Texas 78278 | | **PROJECT:** | Los Cerritos Hangar |
| | | **Email Distribution** | Rod Lewis, Thomas Pittman, Parnak Charkhchi |
| | | | John Grable, Matt Martinez |
| | | | Steve Schiffman, Jack Green |

| Contract Status Report for the Week Ending: | 09/30/2012 |
|---|---|
| Submitted By: | Jack Green |
| Date Submitted: | 9/28/2012 |

| | | | |
|---|---|---|---|
| **Contract Date:** | 05/31/2012 | **Original Contract Amount:** | $1,226,074.00 |
| **Start Date:** | 05/31/2012 | **Approved Change:** | $44,604.00 |
| **Contract Time:** | 173 days | **Current Contract Amount:** | $1,271,208.00 |
| **Estimated Completion Date:** | 12/31/2012 | **Pending Changes:** | $27,544.32 |
| **Total Rain Days:** | 6 | **Pending Contract Amount:** | $1,271,208.00 |
| **Rain Days This Week:** | 0 | **Additional Time Required:** | 0 |

| Work Completed This Week |
|---|
| Septic System installed and complete, Rebar for concrete paving set. |
| Building set for Delivery the week of October 15th. |
| |
| **Work to be Completed Next Week** |
| Pour maybe? Provide metal samples for cladding revision request. |
| |
| **Project issues** |
| Uvalde Concrete is trying to set us up for end of next week or beginning of the following week for concrete. |
| Need to know about windows, and wood supplier information. |
| |
| **Outstanding Issues** |
| Utility fees to Medina Coop still need to be paid- Was working with Jennie Briggs at Glacier cap regarding this issue earlier in the week. |
| Need approval on mock ups to release material. |

SBS 1414

# DEFENDANT'S EXHIBIT 67

# *WEEKLY REPORT*



| | | PROJECT # | 1378 |
|---|---|---|---|
| **SBS Construction** P.O. Box 780849 San Antonio, Texas 78278 | | **PROJECT:** | Los Cerritos Hangar |
| | | **Email Distribution** | Rod Lewis, Thomas Pittman, Parnak Charkhchi |
| | | | John Grable, Matt Martinez |
| | | | Steve Schiffman, Jack Green |

| Contract Status Report for the Week Ending: | 11/4/2012 |
|---|---|
| **Submitted By:** | Jack Green |
| **Date Submitted:** | 11/5/2012 |

| | | | |
|---|---|---|---|
| **Contract Date:** | 05/31/2012 | **Original Contract Amount:** | $1,226,074.00 |
| **Start Date:** | 05/31/2012 | **Approved Change:** | $0.00 |
| **Contract Time:** | 173 days | **Current Contract Amount:** | $1,271,208.00 |
| **Estimated Completion Date:** | 01/30/2012 | **Pending Changes:** | $72,144.00 |
| **Total Rain Days:** | 6 | **Pending Contract Amount:** | $1,271,208.00 |
| **Rain Days This Week:** | 0 | **Additional Time Required:** | 0 |

| Work Completed This Week |
|---|
| Rebar for paving and septic system installed week ending 9/30/2012 |
| Received first load of steel for project, more loads to follow next week as steel. |
| Deliver of more equipment and material in preparation for steel delivery. |
| **Work to be Completed Next Week** |
| Begin steel erection, deliver remainder of building on Wed and Thursday. |
| |
| **Project issues** |
| Change Order # One was submitted on **July 7, 2012** still have not received signed copy |
| Change Order # Two was submitted on **October 4, 2012** still have not received signed copy |
| **Outstanding Issues** |
| Still waiting on modeling of wood selections for interior siding, still waiting on approval of exterior wall selection-masonry and steel exterior. |
| Still working with concrete contractor to negotiate cod/ pour date. |



EXHIBIT
TB 67

SBS 1417

# DEFENDANT'S EXHIBIT 68

| SBS CONSTRUCTION DAILY FIELD REPORT | | | | | | | |
|---|---|---|---|---|---|---|---|
| **PROJECT NAME:** | | | Los Cerritos Hanger | | | | |
| **SBS PROJECT NO.** | | | | 1378 | | | |
| **ARCHITECT PROJECT NO.** | | | | | | | |
| **DAILY REPORT NO.** | | 1 | **DAY:** | Tuesday | **DATE:** | | 11/20/2012 |
| **CONTRACT DAYS** | | | **REMAINING DAYS** | | | | |

| WEATHER | | | | | | | |
|---|---|---|---|---|---|---|---|
| **TIME** | | **AM** | | | **TIME** | | **PM** |
| **SUNNY** | X | | | | **SUNNY** | | |
| **CLOUDY** | | | | | **CLOUDY** | | |
| **RAIN** | | | | | **RAIN** | | |
| **TEMP LOW** | 52 | F° | | | **TEMP LOW** | | F° |
| **TEMP HIGH** | 80 | F° | | | **TEMP HIGH** | | F° |

| WORK FORCE | | | |
|---|---|---|---|
| **CLASSIFICATION** | **MEN** | **HOURS** | **DESCRIPTION** |
| PROJECT MANAGER | | | |
| SUPERINTENDENT | 1 | 8 | |
| SMS | 5 | 10 | Purlins substantially complete |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| EQUIPMENT | | | |
|---|---|---|---|
| **DESCRIPTION** | **NUMBER** | **DESCRIPTION** | **NUMBER** |
| Skytrak | 1 | | |
| Generator | 1 | | |

**INSPECTIONS / TESTING / VISITORS**

Tom Pittman - Glacier Cap Construction - Site visit

**WORK DESCRIPTION SUMMARY**

Toilet serviced

Dumpster service by City of Uvalde ONLY - will have answer regarding service availability by Tues. 01 Dec

| SUPERINTENDENT | Kyle Kieke | DATE: | 11/20/2012 |
|---|---|---|---|



EXHIBIT TB68

SBS 1516

## SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | | Los Cerritos Hanger | | | | |
|---|---|---|---|---|---|---|
| SBS PROJECT NO. | | 1378 | | | | |
| ARCHITECT PROJECT NO. | | | | | | |
| DAILY REPORT NO. | 1 | DAY: | Wedensday | DATE: | 11/21/2012 | |
| CONTRACT DAYS | | REMAINING DAYS | | | | |

### WEATHER

| TIME | | AM | | | TIME | | PM |
|---|---|---|---|---|---|---|---|
| SUNNY | X | | | | SUNNY | | |
| CLOUDY | | | | | CLOUDY | | |
| RAIN | | | | | RAIN | | |
| TEMP LOW | 57 | F° | | | TEMP LOW | | F° |
| TEMP HIGH | 80 | F° | | | TEMP HIGH | | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | | | |
| SUPERINTENDENT | 1 | 5 | |
| SMS | 3 | 5 | Re-tap wind bent bolts, Line 6 spandrel braces |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Skytrak | 1 | | |
| Generator | 1 | | |

### INSPECTIONS / TESTING/ VISITORS

City of Uvalde - Trash Collection - site visit to determine feasability of dumpster service

### WORK DESCRIPTION SUMMARY

No work allowed through Thanksgiving weekend per Tom Pittman, will resume work Monday 26 Nov

City of Uvalde will provide dumpster service starting Monday 26 Nov, still need to determine additional cost due for mileage

| SUPERINTENDENT | | Kyle Kieke | DATE: | | 11/21/2012 |
|---|---|---|---|---|---|

SBS 1517

## SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | | Los Cerritos Hanger | | | | | |
|---|---|---|---|---|---|---|---|
| SBS PROJECT NO. | | 1378 | | | | | |
| ARCHITECT PROJECT NO. | | | | | | | |
| DAILY REPORT NO. | 3 | DAY: | Wedensday | DATE: | 11/26/2012 | | |
| CONTRACT DAYS | | REMAINING DAYS | | | | | |

### WEATHER

| TIME | | AM | | | TIME | | PM |
|---|---|---|---|---|---|---|---|
| SUNNY | X | | | | SUNNY | | |
| CLOUDY | | | | | CLOUDY | | |
| RAIN | | | | | RAIN | | |
| TEMP LOW | 59 | F° | | | TEMP LOW | | F° |
| TEMP HIGH | 75 | F° | | | TEMP HIGH | | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | | | |
| SUPERINTENDENT | 1 | 7 | |
| SMS | 3 | 9 | Install north/south eave purlins |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Skytrak | 1 | | |
| Generator | 1 | | |

### INSPECTIONS / TESTING/ VISITORS

| |
|---|
| |
| |
| |

### WORK DESCRIPTION SUMMARY

Dumpster delivered - additional one-time set up fee of $150, total set-up fee and first dumpster's rent - $750

| SUPERINTENDENT | | Kyle Kieke | DATE: | 11/26/2012 |
|---|---|---|---|---|

SBS 1518

## SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | | Los Cerritos Hanger | | | | |
|---|---|---|---|---|---|---|
| SBS PROJECT NO. | | 1378 | | | | |
| ARCHITECT PROJECT NO. | | | | | | |
| DAILY REPORT NO. | 4 | DAY: | Tuesday | DATE: | 11/27/2012 | |
| CONTRACT DAYS | | REMAINING DAYS | | | | |

### WEATHER

| TIME | | AM | | | TIME | | PM |
|---|---|---|---|---|---|---|---|
| SUNNY | X | | | | SUNNY | | |
| CLOUDY | | | | | CLOUDY | | |
| RAIN | | | | | RAIN | | |
| TEMP LOW | 49 | F° | | | TEMP LOW | | F° |
| TEMP HIGH | 70 | F° | | | TEMP HIGH | | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | | | |
| SUPERINTENDENT | 1 | 8 | |
| SMS | 5 | 9 | Install purlin straps |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 1 |
| Skytrak | 1 | Generator | 1 |

### INSPECTIONS / TESTING/ VISITORS

Lingo - Ranch Foreman

Monica Rokohl - Ranch Manager - will check to see if we can work this weekend

### WORK DESCRIPTION SUMMARY

High morning winds forced temporay work stoppage, resumed as normal after lunch

SMS will plus up crew to 6 workers for remainder of heavy steel erection

Purlin straps 50% complete

| SUPERINTENDENT | Kyle Kieke | DATE: | 11/27/2012 |
|---|---|---|---|

1of 1

SBS 1519

## SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | | Los Cerritos Hanger | | | | | |
|---|---|---|---|---|---|---|---|
| SBS PROJECT NO. | | 1378 | | | | | |
| ARCHITECT PROJECT NO. | | | | | | | |
| DAILY REPORT NO. | 5 | DAY: | Wedensday | DATE: | | 11/28/2012 | |
| CONTRACT DAYS | | REMAINING DAYS | | | | | |

### WEATHER

| TIME | | AM | | | TIME | | PM |
|---|---|---|---|---|---|---|---|
| SUNNY | X | | | | SUNNY | | |
| CLOUDY | | | | | CLOUDY | | |
| RAIN | | | | | RAIN | | |
| TEMP LOW | 35 | F° | | | TEMP LOW | | F° |
| TEMP HIGH | 68 | F° | | | TEMP HIGH | | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 1 | 3 | Site meeting |
| SUPERINTENDENT | 1 | 8 | Site meeting |
| SMS | 6 | 9 | Heavy steel erection, purlin straps, bracing |
| Robertson Electric | 1 | 1 | Delivered trailer with fixtures |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 1 |
| Skytrak | 1 | Generator | 1 |

### INSPECTIONS / TESTING/ VISITORS

John Grable - JGA

Matt Martinez - JGA

Tom Pittman - Glacier Cap Construction

Victor DeAnda - Synergy Structural Engineering

Bob Cardin - Lewis Energy

### WORK DESCRIPTION SUMMARY

Remaining south elevation columns and spandrels complete

Cross bracing over wind bents installed

Crane will be onsite Friday, 30 Nov to move additional columns, flange beams

Will discuss additional plane parking pads and trenching with Lingo tomorrow morning

Combination lock at ranch gate has been changed to keyed lock

### SUBCONTRACTOR PERSONNEL ON SITE

Martin Rojas - SMS

SBS 1520

| | |
|---|---|
| *Luis Villalobos - SMS* | |
| *Miguel Villalobos - SMS* | |
| *Luis Fuentes - SMS* | |
| *Fidel Montanyes - SMS* | |
| *Alejandro Baldovino - SMS* | |
| *Doug McLean - Robertson Electric* | |

| VEHICLES ON SITE | |
|---|---|
| *Robertson Electric - 735 94D (trailer)* | *SMS - 39X NN7* |
| *Superintendent - 60L FV9* | |

| SUPERINTENDENT | *Kyle Kieke* | DATE: | *11/28/2012* |
|---|---|---|---|

SBS 1521

## SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | | Los Cerritos Hanger | | | | |
|---|---|---|---|---|---|---|
| SBS PROJECT NO. | | 1378 | | | | |
| ARCHITECT PROJECT NO. | | | | | | |
| DAILY REPORT NO. | 6 | DAY: | Thursday | DATE: | 11/29/2012 | |
| CONTRACT DAYS | | REMAINING DAYS | | | | |

### WEATHER

| TIME | | AM | | | TIME | | PM |
|---|---|---|---|---|---|---|---|
| SUNNY | | | | | SUNNY | | |
| CLOUDY | X | | | | CLOUDY | | |
| RAIN | | | | | RAIN | | |
| TEMP LOW | 50 | F° | | | TEMP LOW | | F° |
| TEMP HIGH | 63 | F° | | | TEMP HIGH | | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 1 | 9 | |
| SMS | 6 | 9 | Main door header framing |
| Robertson Electric | 0 | 0 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 1 |
| Skytrak | 1 | Generator | 1 |

### INSPECTIONS / TESTING / VISITORS

| |
|---|
| |
| |
| |
| |
| |

### WORK DESCRIPTION SUMMARY

| |
|---|
| Commenced installation of main door header framing |
| Field frabrication of main door pockets will be complete and should be installed by COB tomorrow |
| Discussed additional building pad for additional plane parking and utiltiy trenching with Lingo |
| Crane will be onsite tomorrow to lift remaining cuploa purlins and heavy steel over main hanger door |
| Have resolved hanger framing discrepancies with Erick Key |
| |
| |
| |

### SUBCONTRACTOR PERSONNEL ON SITE

Martin Rojas - SMS

SBS 1522

| | |
|---|---|
| *Luis Villalobos - SMS* | |
| *Miguel Villalobos - SMS* | |
| *Luis Fuentes - SMS* | |
| *Fidel Montanyes - SMS* | |
| *Alejandro Baldovino - SMS* | |
| | |
| **VEHICLES ON SITE** | |
| *Superintendent - 60L FV9* | *SMS - 39X NN7* |
| | |

| **SUPERINTENDENT** | *Kyle Kieke* | **DATE:** | *11/29/2012* |
|---|---|---|---|

SBS 1523

## SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | Los Cerritos Hanger | | | | | |
|---|---|---|---|---|---|---|
| SBS PROJECT NO. | 1378 | | | | | |
| ARCHITECT PROJECT NO. | | | | | | |
| DAILY REPORT NO. | 7 | DAY: | Friday | DATE: | 11/30/2012 | |
| CONTRACT DAYS | | REMAINING DAYS | | | | |

### WEATHER

| TIME | | AM | | | TIME | | PM |
|---|---|---|---|---|---|---|---|
| SUNNY | X | | | | SUNNY | | |
| CLOUDY | X | | | | CLOUDY | | |
| RAIN | | | | | RAIN | | |
| TEMP LOW | 59 | F° | | | TEMP LOW | | F° |
| TEMP HIGH | 73 | F° | | | TEMP HIGH | | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 1 | 7 | |
| SMS | 7 | 6 | Cupola purlins, hanger door header framing |
| Robertson Electric | 0 | 0 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 1 |
| 40 ton crane | 1 | Generator | 1 |
| Skytrak | 1 | | |

### INSPECTIONS / TESTING/ VISITORS

### WORK DESCRIPTION SUMMARY

Corrected placement of flange beams supporting eave over hanger door

Completed installation of cupola purlins

Material cleared to allow for additional building pad

Window specs forwarded to Schulte to commence shop fabrication for cupola framing members

Insulation to be delivered on site Monday, 03 Dec

### SUBCONTRACTOR PERSONNEL ON SITE

SBS 1524

| | |
|---|---|
| Martin Rojas - SMS | |
| Luis Villalobos - SMS | |
| Miguel Villalobos - SMS | |
| Luis Fuentes - SMS | |
| Fidel Montanyes - SMS | |
| Alejandro Baldovino - SMS | |
| Arturo Rodriguez - Americrane | |
| **VEHICLES ON SITE** | |
| Superintendent - 60L FV9 | SMS - 39X NN7 |
| | |

| **SUPERINTENDENT** | Kyle Kieke | **DATE:** | 11/30/2012 |
|---|---|---|---|

SBS 1525

# DEFENDANT'S EXHIBIT 69

## SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | | Los Cerritos Hanger | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SBS PROJECT NO. | | 1378 | | | | | | |
| ARCHITECT PROJECT NO. | | | | | | | | |
| DAILY REPORT NO. | 8 | DAY: | Monday | DATE: | | 12/3/2012 | | |
| CONTRACT DAYS | | REMAINING DAYS | | | | | | |

### WEATHER

| TIME | | AM | | | TIME | | PM |
|---|---|---|---|---|---|---|---|
| SUNNY | | | | | SUNNY | X | |
| CLOUDY | X | | | | CLOUDY | | |
| RAIN | X | Drizzle | | | RAIN | | |
| TEMP LOW | 59 | F° | | | TEMP LOW | | F° |
| TEMP HIGH | | F° | | | TEMP HIGH | 76 | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 1 | 8 | |
| SMS | 6 | 10 | Hanger door header, deliver insulation |
| Robertsone Electric | 0 | 0 | |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 0 | 0 | |
| Rangel Brick | 0 | 0 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 1 |
| Skytrak | 1 | Generator | 1 |
| | | | |

### INSPECTIONS / TESTING/ VISITORS

Johnny Rangel, Freddie Venegas, Ryan Hill - Rangel Brick - site meeting to submit bid

### WORK DESCRIPTION SUMMARY

Roofing insulation delivered, 1st load - 2nd/3rd loads tomorrow & Wed.

Continue installation of main hanger door header framing

Hanger header framing / hanger door pocket framing complete by COB Tuesday, 04 Dec

On schedule to begin roofing this Thurdsay, 06 Dec.

### SUBCONTRACTOR PERSONNEL ON SITE


**EXHIBIT**
tabbies TB 69

SBS 1526

| | |
|---|---|
| Martin Rojas - SMS | |
| Luis Villalobos - SMS | |
| Miguel Villalobos - SMS | |
| Luis Fuentes - SMS | |
| Fidel Montanyes - SMS | |
| Alejandro Baldovino - SMS | |
| | |

| VEHICLES ON SITE | | | |
|---|---|---|---|
| Superintendent - 60L FV9 | SMS - 39X NN7 | | |
| Rangel Brick - AE9 3894 | | | |
| **SUPERINTENDENT** | Kyle Kieke | **DATE:** | 12/3/2012 |

SBS 1527

## SBS CONSTRUCTION DAILY FIELD REPORT

| | | | | | | |
|---|---|---|---|---|---|---|
| **PROJECT NAME:** | | *Los Cerritos Hanger* | | | | |
| **SBS PROJECT NO.** | | *1378* | | | | |
| **ARCHITECT PROJECT NO.** | | | | | | |
| **DAILY REPORT NO.** | 9 | **DAY:** | *Tuesday* | **DATE:** | *12/4/2012* | |
| **CONTRACT DAYS** | | **REMAINING DAYS** | | | | |

### WEATHER

| TIME | | AM | | | TIME | | PM |
|---|---|---|---|---|---|---|---|
| SUNNY | | | | | SUNNY | X | |
| CLOUDY | X | | | | CLOUDY | | |
| RAIN | | | | | RAIN | | |
| TEMP LOW | 57 | F° | | | TEMP LOW | | F° |
| TEMP HIGH | | F° | | | TEMP HIGH | 80 | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 1 | 8 | |
| SMS | 5 | 10 | Door pocket framing, deliver insulation |
| Robertsone Electric | 0 | 0 | |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 0 | 0 | |
| Rangel Brick | 0 | 0 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 1 |
| Skytrak | 1 | Generator | 1 |

### INSPECTIONS / TESTING / VISITORS

### WORK DESCRIPTION SUMMARY

Remaining insulation delivered and covered on slab

Roofing coils delivered, secured in storage connex

Hanger header framing substantially complete, will require adjustment once doors installed

Door pocket framing will be complete tomorrow, 05 Dec

On schedule to begin roofing Thursday, 06 Dec

### SUBCONTRACTOR PERSONNEL ON SITE

SBS 1528

| Martin Rojas - SMS | |
|---|---|
| Luis Fuentes - SMS | |
| Fidel Montanyes - SMS | |
| Alejandro Baldovino - SMS | |
| Julio Barriaga - SMS | |
| | |
| | |
| **VEHICLES ON SITE** | |
| Superintendent - 60L FV9 | SMS - 39X NN7 |
| | |

| **SUPERINTENDENT** | *Kyle Kieke* | **DATE:** | *12/3/2012* |
|---|---|---|---|

SBS 1529

# SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | Los Cerritos Hanger | | | |
|---|---|---|---|---|
| SBS PROJECT NO. | 1378 | | | |
| ARCHITECT PROJECT NO. | | | | |
| DAILY REPORT NO. | 10 | DAY: | Wednesday | DATE: | 12/5/2012 |
| CONTRACT DAYS | | REMAINING DAYS | | | |

## WEATHER

| TIME | | AM | | | TIME | | PM | |
|---|---|---|---|---|---|---|---|---|
| SUNNY | x | | | | SUNNY | X | | |
| CLOUDY | | | | | CLOUDY | | | |
| RAIN | | | | | RAIN | | | |
| TEMP LOW | 44 | F° | | | TEMP LOW | | | F° |
| TEMP HIGH | | F° | | | TEMP HIGH | | 80 | F° |

## WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 1 | 8 | |
| SMS | 5 | 10 | Door pocket framing, deliver insulation |
| Robertsone Electric | 0 | 0 | |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 0 | 0 | |
| Rangel Brick | 0 | 0 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

## EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 1 |
| Skytrak | 1 | Generator | 1 |

## INSPECTIONS / TESTING / VISITORS

## WORK DESCRIPTION SUMMARY

Door pocket framing substantially complete

Roofing coils delivered, secured in storage connex

Will begin roofing tomorrow as scheduled

## SUBCONTRACTOR PERSONNEL ON SITE

SBS 1532

| | |
|---|---|
| *Martin Rojas - SMS* | |
| *Luis Fuentes - SMS* | |
| *Fidel Montanyes - SMS* | |
| *Alejandro Baldovino - SMS* | |
| *Julio Barriaga - SMS* | |
| | |
| | |
| **VEHICLES ON SITE** | |
| *Superintendent - 60L FV9* | *SMS - 39X NN7* |
| | |

| **SUPERINTENDENT** | *Kyle Kieke* | **DATE:** | *12/5/2012* |
|---|---|---|---|

SBS 1533

## SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | | Los Cerritos Hanger | | | | | |
|---|---|---|---|---|---|---|---|
| SBS PROJECT NO. | | 1378 | | | | | |
| ARCHITECT PROJECT NO. | | | | | | | |
| DAILY REPORT NO. | 12 | DAY: | Friday | DATE: | 12/7/2012 | | |
| CONTRACT DAYS | | REMAINING DAYS | | | | | |

### WEATHER

| TIME | | AM | | | TIME | | PM |
|---|---|---|---|---|---|---|---|
| SUNNY | X | | | | SUNNY | X | |
| CLOUDY | | | | | CLOUDY | | |
| RAIN | | | | | RAIN | | |
| TEMP LOW | 58 | F° | | | TEMP LOW | | F° |
| TEMP HIGH | | F° | | | TEMP HIGH | 72 | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 1 | 5 | |
| SMS | 6 | 10 | Continue to roll roofing |
| Robertsone Electric | 0 | 0 | |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 0 | 0 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 1 |
| Skytrak | 1 | Generator | 1 |
| 40 ton crane | 1 | Roofing machine | 1 |

### INSPECTIONS / TESTING/ VISITORS

Chris Freudenrich - SMS

### WORK DESCRIPTION SUMMARY

Roll roofing sheets complete

### SUBCONTRACTOR PERSONNEL ON SITE

SBS 1536

| | |
|---|---|
| *Martin Rojas - SMS* | |
| *Luis Fuentes - SMS* | |
| *Fidel Montanyes - SMS* | |
| *Alejandro Baldovino - SMS* | |
| *Julio Barriaga - SMS* | |
| | |
| | |
| **VEHICLES ON SITE** ||
| *Superintendent - 60L FV9* | *SMS - 39X NN7* |

| **SUPERINTENDENT** | *Kyle Kieke* | **DATE:** | *12/7/2012* |
|---|---|---|---|

SBS 1537

## SBS CONSTRUCTION DAILY FIELD REPORT

| | | | | |
|---|---|---|---|---|
| PROJECT NAME: | | *Los Cerritos Hanger* | | |
| SBS PROJECT NO. | | *1378* | | |
| ARCHITECT PROJECT NO. | | | | |
| DAILY REPORT NO. | *13* | DAY: *Monday* | DATE: | *12/10/2012* |
| CONTRACT DAYS | | REMAINING DAYS | | |

### WEATHER

| TIME | | AM | | | TIME | | PM |
|---|---|---|---|---|---|---|---|
| SUNNY | *X* | | | | SUNNY | *X* | |
| CLOUDY | | | | | CLOUDY | | |
| RAIN | | | | | RAIN | | |
| TEMP LOW | *40* | F° | | | TEMP LOW | | F° |
| TEMP HIGH | | F° | | | TEMP HIGH | *58* | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| *PROJECT MANAGER* | *0* | *0* | |
| *SUPERINTENDENT* | *1* | *7* | |
| *SMS* | *5* | *9* | |
| *Robertsone Electric* | *0* | *0* | *Hanger door header adjustments* |
| *Ace Concrete* | *0* | *0* | |
| *Texas Star Plumbing* | *0* | *0* | |
| *Compton HVAC* | *0* | *0* | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| *Boom lift* | *1* | *Scissor lift* | *1* |
| *Skytrak* | *1* | *Generator* | *1* |
| | | | |

### INSPECTIONS / TESTING/ VISITORS

*Tom Pittman - Lewis Energy - site visit*

*Max Mayorga - Texas Star Plumbing - site visit to discuss hanger door drain, scheduling*

### WORK DESCRIPTION SUMMARY

*High winds today and forecasted for tomorrow - preventing roof installation*

*Begin adjusting hanger door header in preparation to hang hanger doors, will continue to do so until winds subside*

*Eric Key - Schulte Building Systems - will be on site tomorrow*

### SUBCONTRACTOR PERSONNEL ON SITE

SBS 1538

| | |
|---|---|
| Martin Rojas - SMS | |
| Luis Fuentes - SMS | |
| Fidel Montanyes - SMS | |
| Alejandro Baldovino - SMS | |
| Julio Barriaga - SMS | |
| | |
| | |
| **VEHICLES ON SITE** | |
| Superintendent - 60L FV9 | SMS - 39X NN7 |

| SUPERINTENDENT | Kyle Kieke | DATE: | 12/10/2012 |
|---|---|---|---|

SBS 1539

## SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | | Los Cerritos Hanger | | | | | |
|---|---|---|---|---|---|---|---|
| SBS PROJECT NO. | | 1378 | | | | | |
| ARCHITECT PROJECT NO. | | | | | | | |
| DAILY REPORT NO. | 14 | DAY: | Tuesday | DATE: | 12/11/2012 | | |
| CONTRACT DAYS | | REMAINING DAYS | | | | | |

### WEATHER

| TIME | | AM | | | TIME | | PM |
|---|---|---|---|---|---|---|---|
| SUNNY | X | | | | SUNNY | X | |
| CLOUDY | | | | | CLOUDY | | |
| RAIN | | | | | RAIN | | |
| TEMP LOW | 26 | F° | | | TEMP LOW | | F° |
| TEMP HIGH | | F° | | | TEMP HIGH | 55 | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 1 | 8 | |
| SMS | 5 | 9 | Install insulation/roofing |
| Robertsone Electric | 0 | 0 | |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 0 | 0 | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 1 |
| Skytrak | 1 | Generator | 1 |
| | | | |

### INSPECTIONS / TESTING/ VISITORS

Bill Leonard - SMS - site visit

Erick Key - Schulte Building Systems - site visit

### WORK DESCRIPTION SUMMARY

Roofing/insulation started on southern roof face

CMU block scheduled for delivery tomorrow

### SUBCONTRACTOR PERSONNEL ON SITE

SBS 1540

| Martin Rojas - SMS | |
|---|---|
| Luis Fuentes - SMS | |
| Fidel Montanyes - SMS | |
| Alejandro Baldovino - SMS | |
| Julio Barriaga - SMS | |
| | |
| | |
| **VEHICLES ON SITE** | |
| Superintendent - 60L FV9 | SMS - 39X NN7 |
| SMS - BN43579 | Schulte - MFB331 |

| **SUPERINTENDENT** | Kyle Kieke | **DATE:** | 12/11/2012 |
|---|---|---|---|

SBS 1541

## SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | | Los Cerritos Hanger | | | | |
|---|---|---|---|---|---|---|
| SBS PROJECT NO. | | 1378 | | | | |
| ARCHITECT PROJECT NO. | | | | | | |
| DAILY REPORT NO. | 15 | DAY: | Wednesday | DATE: | 12/12/2012 | |
| CONTRACT DAYS | | REMAINING DAYS | | | | |

### WEATHER

| TIME | | AM | | | TIME | | PM |
|---|---|---|---|---|---|---|---|
| SUNNY | X | | | | SUNNY | X | |
| CLOUDY | | | | | CLOUDY | | |
| RAIN | | | | | RAIN | | |
| TEMP LOW | 36 | F° | | | TEMP LOW | | F° |
| TEMP HIGH | | F° | | | TEMP HIGH | 57 | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 1 | 7 | |
| SMS | 5 | 9 | Install insulation/roofing |
| Robertsone Electric | 0 | 0 | |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 0 | 0 | |
| Gallery of Stones | 1 | 1 | CMU materials delivery |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 1 |
| Skytrak | 1 | Generator | 1 |
| | | | |

### INSPECTIONS / TESTING/ VISITORS

Lingo - Lewis Energy Group

### WORK DESCRIPTION SUMMARY

Roofing/insulation southern roof face complete

CMU/sand/rebar delivered on site

Lingo told me today that the extra pads for additional plane parking are on hold until further notice pending finalized changes

### SUBCONTRACTOR PERSONNEL ON SITE

SBS 1542

## SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | | | Los Cerritos Hanger | | | | | |
|---|---|---|---|---|---|---|---|---|
| SBS PROJECT NO. | | | 1378 | | | | | |
| ARCHITECT PROJECT NO. | | | | | | | | |
| DAILY REPORT NO. | | 16 | DAY: | Thursday | DATE: | | 12/13/2012 | |
| CONTRACT DAYS | | | REMAINING DAYS | | | | | |

### WEATHER

| TIME | | AM | | | TIME | | PM | |
|---|---|---|---|---|---|---|---|---|
| SUNNY | | | | | SUNNY | | | |
| CLOUDY | X | | | | CLOUDY | X | | |
| RAIN | | | | | RAIN | | | |
| TEMP LOW | 36 | F° | | | TEMP LOW | | | F° |
| TEMP HIGH | | F° | | | TEMP HIGH | | 57 | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 1 | 9 | |
| SMS | 5 | 9 | Install insulation/roofing |
| Robertsone Electric | 2 | 1 | Deliver material |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 0 | 0 | |
| Gallery of Stones | 2 | 1 | CMU materials, equipment delivery |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 1 |
| Skytrak | 1 | Generator | 1 |
| | | | |

### INSPECTIONS / TESTING/ VISITORS

Lingo - Lewis Energy Group

### WORK DESCRIPTION SUMMARY

Roofing/insulation 75% complete, should be close to complete by COB tomorrow

Additional CMU materials and scoffolding delivered, more to follow tomorrow

Robertson Electric delivered additional material and should start hanging conduit next Tues.

Mason has requested to work this Saturday - pending answer from client

### SUBCONTRACTOR PERSONNEL ON SITE

SBS 1544

| | |
|---|---|
| Martin Rojas - SMS | Jerrod Robertson - Robertson Electric |
| Luis Fuentes - SMS | Richard Ecterhoff - Robertson Electric |
| Fidel Montanyes - SMS | |
| Alejandro Baldovino - SMS | |
| Julio Barriaga - SMS | |
| Jose Ramos - Gallery of Stones | |
| Phil Garza - Gallery of Stones | |
| **VEHICLES ON SITE** | |
| Superintendent - 60L FV9 | SMS - 39X NN7 |
| Robertson Electric - AL93811 | Gallery of Stones - GV300B |

| SUPERINTENDENT | Kyle Kieke | DATE: | 12/13/2012 |
|---|---|---|---|

SBS 1545

## SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | | Los Cerritos Hanger | | | | | |
|---|---|---|---|---|---|---|---|
| SBS PROJECT NO. | | 1378 | | | | | |
| ARCHITECT PROJECT NO. | | | | | | | |
| DAILY REPORT NO. | 17 | DAY: | Friday | DATE: | 12/14/2012 | | |
| CONTRACT DAYS | | REMAINING DAYS | | | | | |

### WEATHER

| TIME | | AM | | | TIME | | PM |
|---|---|---|---|---|---|---|---|
| SUNNY | | | | | SUNNY | | |
| CLOUDY | X | | | | CLOUDY | X | |
| RAIN | | | | | RAIN | X | |
| TEMP LOW | 52 | F° | | | TEMP LOW | | F° |
| TEMP HIGH | | F° | | | TEMP HIGH | 61 | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 1 | 8 | |
| SMS | 5 | 6 | Install insulation/roofing |
| Robertsone Electric | 0 | 0 | |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 0 | 0 | |
| Gallery of Stones | 4 | 4 | Final CMU delivery, begin install |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 1 |
| Skytrak | 1 | Generator | 1 |

### INSPECTIONS / TESTING/ VISITORS

### WORK DESCRIPTION SUMMARY

Roofing 95% complete, will finish Monday, 17 Dec - weather prevented completion

Mason has begun CMU wall construction, will work tomorrow as well

### SUBCONTRACTOR PERSONNEL ON SITE

SBS 1546

| | |
|---|---|
| Martin Rojas - SMS | Nolberto Galarza - Gallery of Stones |
| Luis Fuentes - SMS | Hugo Esquivel - Gallery of Stones |
| Fidel Montanyes - SMS | |
| Alejandro Baldovino - SMS | |
| Julio Barriaga - SMS | |
| Jose Romo - Gallery of Stones | |
| Jaime Galarza - Gallery of Stones | |
| **VEHICLES ON SITE** | |
| Superintendent - 60L FV9 | SMS - 39X NN7 |
| O5CSR6 - Gallery of Stones | |
| **SUPERINTENDENT** | Kyle Kieke | **DATE:** | 12/14/2012 |

## SBS CONSTRUCTION DAILY FIELD REPORT

| PROJECT NAME: | | | Los Cerritos Hanger | | | | | |
|---|---|---|---|---|---|---|---|---|
| SBS PROJECT NO. | | | 1378 | | | | | |
| ARCHITECT PROJECT NO. | | | | | | | | |
| DAILY REPORT NO. | 18 | DAY: | Saturday | DATE: | 12/15/2012 | | | |
| CONTRACT DAYS | | REMAINING DAYS | | | | | | |

### WEATHER

| TIME | | AM | | | TIME | | PM |
|---|---|---|---|---|---|---|---|
| SUNNY | X | | | | SUNNY | X | |
| CLOUDY | | | | | CLOUDY | | |
| RAIN | | | | | RAIN | | |
| TEMP LOW | 55 | F° | | | TEMP LOW | | F° |
| TEMP HIGH | | F° | | | TEMP HIGH | 69 | F° |

### WORK FORCE

| CLASSIFICATION | MEN | HOURS | DESCRIPTION |
|---|---|---|---|
| PROJECT MANAGER | 0 | 0 | |
| SUPERINTENDENT | 0 | 0 | |
| SMS | 0 | 0 | |
| Robertsone Electric | 0 | 0 | |
| Ace Concrete | 0 | 0 | |
| Texas Star Plumbing | 0 | 0 | |
| Compton HVAC | 0 | 0 | |
| Gallery of Stones | 4 | 7 | CMU wall construction |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

### EQUIPMENT

| DESCRIPTION | NUMBER | DESCRIPTION | NUMBER |
|---|---|---|---|
| Boom lift | 1 | Scissor lift | 1 |
| Skytrak | 1 | Generator | 1 |
| | | | |

### INSPECTIONS / TESTING/ VISITORS

### WORK DESCRIPTION SUMMARY

Continue CMU wall construction

### SUBCONTRACTOR PERSONNEL ON SITE

SBS 1548

| | |
|---|---|
| Nolberto Galarza - Gallery of Stones | |
| Hugo Esquivel - Gallery of Stones | |
| Jose Romo - Gallery of Stones | |
| Jaime Galarza - Gallery of Stones | |
| | |
| | |
| | |
| **VEHICLES ON SITE** | |
| | |
| O5CSR6 - Gallery of Stones | |

| SUPERINTENDENT | Kyle Kieke | DATE: | 12/14/2012 |
|---|---|---|---|

SBS 1549

# DEFENDANT'S EXHIBIT 70

| TAB | TYPE | SUBCONTRACTOR | DEFICIENCIES | CORRECTIVE ACTION | INVOICE # | COST TO CORRECT | PHOTOS OF DEFICIENCIES | PHOTOS OF CORRECTIVE ACTION |
|---|---|---|---|---|---|---|---|---|
| 1 | PEMB Labor | United Erectors | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion | Remove and install roof insulation and new roof sheets | 3995 & 3402 | $103,729.00 | 1-27 | 1-12 |
| 2 | PEMB Labor | United Erectors | Building Erected out of plumb by 2" | Level and plumb building | 3986 | $5,000.00 | 42 & 48 | 12, 13 & 20 |
| 3 | PEMB Labor | United Erectors | Hangar Door Frame above was out of alignment with door track | Remove and Re-install hangar doors | 3988 | $5,000.00 | 42 & 44-46 | 18 |
| 4 | PEMB Labor | United Erectors | Angle supports for door tracks installed incorrectly and caused door track to bend and break | Re-align hangar door rails with new angles | 3988 | $3,000.00 | 30 ,31 & 38 | 18, 24 & 25 |
| 5 | PEMB Labor | United Erectors | Lateral wind bracing beams located in front of windows | Lower all beams: 37SB1; 38SB1; 34SB2L; 34SBR2R | 3986 | $10,000.00 | 40 | 14 & 15 |
| 6 | PEMB Labor | United Erectors | Lateral wind bracing beams located in front of windows | Re-attach both beams 37SB1 at column line 5 & 4 for winds rods | 3986 | $5,000.00 | 28 & 40 | 14 & 15 |
| 7 | PEMB Labor | United Erectors | Lateral wind bracing beams located in front of windows | Attach beams 33SB1 and 36Sb1 with two clips, one welded to beam | 3986 | $10,000.00 | 28 & 40 | 14 & 15 |
| 8 | PEMB Labor | United Erectors | Door tracks were improperly aligned | Fix all of top framing for hangar door to roll on correct bottom track | 3988 | $5,000.00 | 29, 38 | 18 |
| 9 | PEMB Labor | United Erectors | Misc. areas through out building lacked complete installation of specified bolts | Check all bolts and install missing bolts | 3988 | $2,000.00 | 44,45 & 46 | 1-11 & 16 |
| 10 | PEMB Labor | United Erectors | Door pockets were modified in field by SBS due to incorrect foundation size | C/O # 1 Fabrication of pocket doors | 3995 | $5,500.00 | 42, 60 - 62 | 18 |
| 11 | PEMB Labor | United Erectors | Door pockets were modified in field by SBS due to incorrect foundation size | Remove all material at door pockets, replace with new material | 3988 | $5,000.00 | 42, 60 - 62 | 24, 25 |
| 12 | PEMB Labor | United Erectors | Unspecified materials used at pilots office | Install columns and rectangular tube at pilot office | 3988 | $5,000.00 | | 14 |
| 13 | PEMB Labor | United Erectors | Unspecified materials used at kitchen | Install columns and rectangular tube at living quarters | 3988 | $5,000.00 | | 19 |
| 14 | PEMB Labor | United Erectors | Building Erected out of plumb | Re-install wind rods in south and north sidewalls | 3988 | $5,000.00 | 28 | 14, 15 & 16 |
| 15 | PEMB Material | MBCI | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion | Invoice # 3996887 - Roof sheets | 3996887 | $1,385.22 | 5, 6, 9, 11 & 14 | 1, 6-8 & 11 |
| 16 | PEMB Material | MBCI | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion | Invoice # 3978735 - Roof Sheets & Rake support | 3978735 | $22,443.08 | 11, 14 | 1, 5, 6-8 & 11 |
| 17 | PEMB Material | MBCI | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion | Invoice # 4048039 - Roof Sheets, Eve plates, Screws, & Tape Seal | 4048039 | $4,602.17 | 7, 8, 18, 22, 23 | 1-11 |
| 18 | PEMB Material | MBCI | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion | Invoice # 3978734 - Roof Sheets, Rake Trim, 2x4 Angle, Eve Plates, Ridge Flashing, Gutter, Down Spout, Misc. Screws, Roof Clips, Tape Seal, Backhoe plates, Misc. Roof accessories | 3978734 | $19,897.94 | 7, 18, 21, 22, 23 | 1-11 |
| 19 | PEMB Material | MBCI | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion | Invoice # 3991125 - Ridge cap | 3991125 | $378.88 | 15, 16 | 1, 9 & 11 |
| 20 | PEMB Material | MBCI | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion | Invoice # 3996712 - Ridge hip fix | 3996712 | $405.83 | 1 & 3 | 1, 9 & 11 |
| 21 | PEMB Material | MBCI | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion | Invoice # 4025105 - Hand Crimp | 4025105 | $265.22 | | |
| 22 | PEMB Material | MBCI | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion | Invoice # 4024889 - Seamer Rental | 4024889 | $990.49 | 1-27 | |
| 23 | PEMB Material | MBCI | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion | Invoice # 4009549 - Ridge and closer strips | 4009549 | $167.05 | 1, 3, 4 | 1-4 & 9-11 |
| 24 | PEMB Material | MBCI | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion | Invoice # 3989474 - Roof Clips | 3989474 | $2,235.90 | 10 | 1-11 |
| 25 | Concrete Labor | RMJ | Improper location of grade beam and foundation | Brick lug and Grade Beam | 2 | $11,500.00 | 64-70 | 21-23 |
| 26 | Concrete Labor | RMJ | Improper location of grade beam and foundation | Door Track Extensions | 2 | $4,000.00 | 60, 64, 65 & 72 | 24 & 25 |
| 27 | Concrete Labor | RMJ | Improper location of grade beam and foundation | Pilaster Extensions | 2 | $2,000.00 | 66-70 | 21-23 |
| 28 | Concrete Labor | RMJ | Improper location of grade beam and foundation | Epoxy Dowels at Existing | 2 | $2,500.00 | 76 & 77 | 21-23 |

| | Category | Contractor | Deficiency | Corrective Action | Ref | Amount | Pages | Pages |
|---|---|---|---|---|---|---|---|---|
| 29 | Concrete Material | DGJ | Improper location of grade beam and foundation | Concrete Footings | 6104 | $6,365.10 | 64 - 70 & 72 | 21-23 |
| | Concrete Cutting | Texas Curb Cut | Concrete level poured too high to accomidate final materials | Saw Cut and remove concrete for trench drain | 137923 | $8,118.75 | 81 & 82 | 26 & 27 |
| 31 | Plumbing | Central Back Hoe & Utility | Insufficient amount of material left on site by SBS | Trench Drain - use existing trench drains and purchasing additional channels and extension frame system per engineer. | CBU-002 | $13,718.11 | 81 & 82 | 26 & 27 |
| 32 | HVAC | Holts Mechanical | Fan Provided by SBS was too large to fit into opening of cupola | Purchase new fans because SBS provided incorrect materials. | C/O #1 | $7,564.00 | | 19 |
| 33 | Electrical | C&S Enterprise | Wiring installed by SBS was undersized and under rated to accommodate electrical load | Remove existing wiring to 120V wall outlet in hangar area, and replace with larger wire to allow for voltage drop | 1123700 | $1,875.00 | 84-86 | |
| 34 | Electrical | C&S Enterprise | Wiring installed by SBS was undersized and under rated to accommodate electrical load | Reconfigure wall outlets and j-boxes for powered lovers in masonry block walls in hangar area to reflect engineered drawing | 1123700 | $1,525.00 | 84-86 | |
| 35 | Electrical | C&S Enterprise | Wiring for Light fixtures placed in incorrect locations | Relocate fixtures in Hangar area to reflect engineered drawings in hangar area | 1123700 | $1,135.00 | 84-86 | 19 |
| 36 | Demolition | Mesquite Interiors | Framing system installed by SBS did not meet engineered specifications | Demolition of existing light gauge framing | 11108 | $19,662.00 | 49-59 | |
| 37 | Consulting Fee | Speedway Erection | Identification of specific deficiencies | Determine extent of corrective actions required to complete the hangar | 13-0308 | $11,032.00 | | |
| | Total | | | | | $317,995.74 | | |

TAB 1

| | |
|---|---|
| Type: | PEMB Labor |
| Subcontractor: | United Erectors |
| Deficiencies: | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion |
| Corrective Action: | Remove and install roof insulation and new roof sheets |
| Invoice #: | 3995 & 3402 |
| Cost to Correct: | $103,729.00 |
| Photos of Deficiencies: | 1-27 |
| Photos of Corrective Action: | 1-12 |

TR_001690

**UNITED ERECTORS**
PO Box 681803
San Antonio, Texas  78268
office (210) 521-8351
fax (210) 521-1849

# INVOICE

April 17, 2013

To: Lewis Energy Group
    10067 Jones Maltsberger
    San Antonio, Texas  78216

INVOICE # 3995
Job: Los Cerritos Ranch
Terms: Upon Receipt
MSA NO.  11487

## DESCRIPTION

Labor to complete following work as agreed:
  Repairs:
  1. Remove half roof and insulation, on and off
  2. Install half roof insulation and new roof sheet, on and off

|  |  |
|---|---|
| Total labor cost | $ 45,000.00 |
| Total material cost | $ 10,729.86 |

Add:
Change Order #1
1. Extra cost to fabricate pocket door material to fix

| Total Extra Labor cost | $ 5,500.00 |
|---|---|

| TOTAL DUE | $ 61,229.86 |
|---|---|

Thank you.

TR_001691

**UNITED ERECTORS**
PO Box 681803
San Antonio, Texas 78268
office (210) 521-8351
fax (210) 521-1849

# INVOICE

May 17, 2013

To: Lewis Energy Group
    10067 Jones Maltsberger
    San Antonio, Texas 78216

INVOICE # 3402
Job: Los Cerritos Ranch
Terms: Upon Receipt
MSA NO. 11487

## DESCRIPTION

Labor to complete following work as agreed:
  Repairs:
  1. Remove second half roof and insulation, on and off
  2. Install second half roof insulation and new roof sheet, on and off

|  |  |
|---|---|
| Total labor cost | $ 48,000.00 |

Add:
Change Order #2
1. Extra cost to fabricate and erect one large over head door opening.

|  |  |
|---|---|
| Total Extra Labor cost | $ 3,310.00 |
| Total cost of material | $ 5,260.00 |
| **TOTAL DUE** | **$ 56,570.00** |

Thank you



Inside of ridge shows gaps that will allow water to penetrate, appears ridge is only screw to roof sheets.



Roof sheets to long/close together at this condition. Normally there is a 4" to 6" gap No expansion will be allowed, no back up plate present.



Gap at ridge closure will allow water to enter, wrong closure used, wrong tape seal used.

3

IR_01723



Wrong closure piece used at ridge cap. will allow water entry during wind driven rain event. .

4





Roof sheets not seamed properly, roof sheets pulled apart at bottom.

5

..._01725



Roof sheets trimmed back at cupola steel framing, and burned during welding activities.

6



Large void due to improper eave flashing.

7

..._01727



Large void due to improper eave flashing. Field fabricated flashing installed incorrectly.

8



Roof sheets trimmed back at cupola beam, no trim present. Roof sheets burned from welding beams. It is unknown if work was performed by certified welder.

9

..._01729



Three different types of roof clips found on site, metal building drawings call out "High Floating" Clips.



Drawings specify full sheets to be used on roof. Shown here as a panel splice not in accordance with the drawings.

11

11s_01731



Shows roof drop off at front end wall. Same condition at both sides of building due to improper field fabrication of shortened door pockets.

12



Closer views of roof drop off.

13

...._01733



Most of roof is one full length sheet, some laps are used for unknown reason. Laps are not in accordance with the drawings and specifications.

14



Ridge cap end lap, lacks fasteners. Documents specify 14-16 fasteners. This shows maybe 6.

15

_01735



Wrong closure and tape seal used at ridge.



Gap due to wrong closure used, will allow water to enter.

17

..._01737



Drawings specify eave plate should be used at this condition in lieu of roof clip.

18



Roof sheets not aligned and no trim or gutters. Roof sheet not as specified on Metal Building Drawings

19

_01739



Trim missing, roof sheet cut and bent over rake.

20



No trim or gutters present, roof sheet bent up and over rake.

21



According to drawings eave plate should be used at this condition in lieu of roof clip

22



Close view of roof dip, screws at end of standing seam panel, eave plate missing/not installed. Different size clips causing deformation of roof sheets.

23

._01743



Closer view of roof slop change at front end wall due to shortening of pocket doors. The geometry of the roof slop was miss calculated when door pockets where field modified.

24



Roof slope change at front end wall due to shortening of pocket doors.

25

IN_01745



Roof dips approximately 4" at front end wall due to improper field modification of pocket door frames.

26



Roof dips approximately 4" at frond end wall due to improper field modification of pocket door frames.

27

ᴵᴵˢ_01747



1

TR_01693



2



3

TR_01695







5

TR_01697



6







8

1700



9

TR_01701



10

J1702



11

TR_01703

12



01704

<u>TAB 2</u>

| | |
|---|---|
| Type: | PEMB Labor |
| Subcontractor: | United Erectors |
| Deficiencies: | Building erected out of plumb by 2" |
| Corrective Action: | Level and plumb building |
| Invoice #: | 3986 |
| Cost to Correct: | $5,000.00 |
| Photos of Deficiencies: | 42 & 48 |
| Photos of Corrective Action: | 12-13 & 20 |

TR_001689

**UNITED ERECTORS**
PO Box 681803
San Antonio, Texas   78268

# INVOICE

March 28, 2013

To: Lewis Energy Group
3986
    10067 Jones Maltsberger
Cerritos Ranch
    San Antonio, Texas   78216
Receipt

INVOICE #

Job: Los

Terms:   Upon

## DESCRIPTION

Labor to complete following work as agreed:
  Repairs:
  1.  Level and plumb building
  2.  Lower all beams : 37SB1; 38SB1; 34SB2L; 34SBR2R
  3.  Re-touch both beams 37SB1 at column line 5 & 4 for wind rods
  4.  Attach beams 35SB1 and 36SB1, one welded to beam and
      the other welded to clip and anchored to bond beam in CMU wall

New Construction:
  1.  Install perimeter angle at mezzanine and panels

Total labor cost

$ 35,000.00

Thank you.

_[handwritten: Steve, this is the work being done to "fix" the structural frame. We need to reframe the building. This will come out of 34k we are holding from 885. As always, see how first we construct this? Thanks Tom]_

_[handwritten: 3/27/13]_

Proj. Name _Los Cerritos Ranch Hanger_
Proj. Code _1305.000_
Cost Code _180-01_

Type S M L

Approved By _____ Date _____



Hangar doors and pocket door columns out of plumb, incorrectly field modified. Rather then correcting the footing, door pockets where shortened to match the concrete poured in place.

_01762



The super structure was erected out of plumb, end wall columns lean two inches towards west. Note gap at bottom of column vs top of column.

48



12

TR_01704



13

01705



TR_01712

<u>TAB 3</u>

Type:                          PEMB Labor

Subcontractor:                 United Erectors

Deficiencies:                  Hangar door frame above was out of alignment with door track

Corrective Action:             Remove and re-install hangar doors

Invoice #:                     3988

Cost to Correct:               $5,000.00

Photos of Deficiencies:        42 & 44-46

Photos of Corrective          18
Action:

TR_001688

**UNITED ERECTORS**
PO Box 681803
San Antonio, Texas   78268
office (210) 521-8351
fax (210) 521-1849

# INVOICE

April 8, 2013

To:  Lewis Energy Group
     10067 Jones Maltsberger
     San Antonio, Texas   78216

INVOICE # 3988
Job: Los Cerritos Ranch
Terms:  Upon Receipt

## DESCRIPTION

Labor to complete following work as agreed:
  Repairs:
  1. Remove Hanger doors
  2. Re-align hanger door rails with new angles
  3. Fix all of top framing for hanger door to roll on correct bottom track
  4. Remove all material at door pockets, replace with new material
  5. Check all bolts and install missing bolts
  6. Install columns and rectangular tube at pilot office
  7. Install columns and rectangular tube at living quarters
  8. Reinstall wind rods in south and north sidewalls

New Construction:
  1. Install one tube at cupola


|                      |              |
|----------------------|--------------|
| Total labor cost     | $ 35,000.00  |
| Total material cost  | $ 10,634.82  |
|                      |              |
| Total Due            | $ 45,634.82  |

Thank you.



Hangar doors and pocket door columns out of plumb, incorrectly field modified. Rather then correcting the footing, door pockets where shortened to match the concrete poured in place.

42



Bolts missing/loose at hangar door, X-Bracing also missing.



Bolts missing/loose at hangar door, X-Bracing also missing.

45



Bolts missing/loose on hangar door concrete should have been poured prior to installing.

46



18

TR_01710

## TAB 4

| | |
|---|---|
| Type: | PEMB Labor |
| Subcontractor: | United Erectors |
| Deficiencies: | Angle supports for door tracks installed incorrectly and caused door track to bend and break |
| Corrective Action: | Re-align hangar door rails with new angles |
| Invoice #: | 3988 |
| Cost to Correct: | $3,000.00 |
| Photos of Deficiencies: | 30-31 & 38 |
| Photos of Corrective Action: | 18, 24-25 |

TR_001688

**UNITED ERECTORS**
PO Box 681803
San Antonio, Texas  78268
office (210) 521-8351
fax (210) 521-1849

# INVOICE

April 8, 2013

To:  Lewis Energy Group
10067 Jones Maltsberger
San Antonio, Texas  78216

INVOICE #  3988
Job: Los Cerritos Ranch
Terms:  Upon Receipt

## DESCRIPTION

Labor to complete following work as agreed:
Repairs:
1.  Remove Hanger doors
2.  Re-align hanger door rails with new angles
3.  Fix all of top framing for hanger door to roll on correct bottom track
4.  Remove all material at door pockets, replace with new material
5.  Check all bolts and install missing bolts
6.  Install columns and rectangular tube at pilot office
7.  Install columns and rectangular tube at living quarters
8.  Reinstall wind rods in south and north sidewalls

New Construction:
1.  Install one tube at cupola

| | |
|---|---|
| Total labor cost | $ 35,000.00 |
| Total material cost | $ 10,634.82 |
| Total Due | $ 45,634.82 |

Thank you.



Door track angle supports broken and bent. Needed concrete poured prior to installing doors. C&S Enterprise indicated that pocket door had fallen down after installation. Note CMU blocks installed for additional support of track.

30

..._01750



Door track angle supports broken and bent. Needed concrete poured prior to installing doors. C&S Enterprise indicated that pocket door had fallen down after installation. Note CMU blocks installed for additional support of track.

31



Door track will need to be realigned, possibly removed and replaced. Laser indicated upper door track out of alignment up to 1 ½".

38



18

TR_01710



24





25

<u>TAB 5</u>

Type: PEMB Labor

Subcontractor: United Erectors

Deficiencies: Lateral wind bracing beams located in front of windows

Corrective Action: Lower all beams: 37SB1; 38SB1; 34SB2L; 34SBR2R

Invoice #: 3986

Cost to Correct: $10,000.00

Photos of Deficiencies: 40

Photos of Corrective Action: 14-15

**UNITED ERECTORS**
PO Box 681803
San Antonio, Texas    78268

# INVOICE

March 28, 2013

To:  Lewis Energy Group
3986
    10067 Jones Maltsberger
Cerritos Ranch
    San Antonio, Texas    78216
Receipt

INVOICE #

Job: Los

Terms:  Upon

## DESCRIPTION

Labor to complete following work as agreed:
  Repairs:
1.  Level and plumb building
2.  Lower all beams : 37SB1; 38SB1; 34SB2L; 34SBR2R
3.  Re-touch both beams 37SB1 at column line 5 & 4 for wind rods
4.  Attach beams 35SB1 and 36SB1, one welded to beam and
    the other welded to clip and anchored to bond beam in CMU wall

New Construction:
1.  Install perimeter angle at mezzanine and panels

Total labor cost

$ 35,000.00

Thank you.

Proj. Name _LOS Cerritos Ranch-Hanger_
Proj. Code _1205.000_
★ Cost Code _130-01_

Type  S  M  L

Approved By_____ Date_____



Spandrel beams need to be removed, straightened, and reinstalled below window line.

J1760



14

TR_01706



15

## TAB 6

| | |
|---|---|
| Type: | PEMB Labor |
| Subcontractor: | United Erectors |
| Deficiencies: | Lateral wind bracing beams located in front of windows |
| Corrective Action: | Re-attach both beams 37SB1 at column line 5 & 4 for winds rods |
| Invoice #: | 3986 |
| Cost to Correct: | $5,000.00 |
| Photos of Deficiencies: | 28 & 40 |
| Photos of Corrective Action: | 14-15 |

**UNITED ERECTORS**
PO Box 681803
San Antonio, Texas   78268

# INVOICE

March 28, 2013

To:  Lewis Energy Group
3986
        10067 Jones Maltsberger
Cerritos Ranch
        San Antonio, Texas   78216
Receipt

INVOICE #

Job: Los

Terms:  Upon

## DESCRIPTION

Labor to complete following work as agreed:
  Repairs:
  1.   Level and plumb building
  2.   Lower all beams : 37SB1; 38SB1; 34SB2L; 34SBR2R
  3.   Re-touch both beams 37SB1 at column line 5 & 4 for wind rods
  4.   Attach beams 35SB1 and 36SB1, one welded to beam and
        the other welded to clip and anchored to bond beam in CMU wall

New Construction:
  1.   Install perimeter angle at mezzanine and panels

Total labor cost

$ 35,000.00

Thank you.

*STEVE, THIS IS THE WORK BEING DONE TO "FIX" THE STRUCTURAL FRAME. WE NEED TO REFRAME THE BUILDING THIS WILL COME OUT OF 34K WE ARE HOLDING FROM SBS AS ALWAYS, SEE HOW FIRST WE CONNECT THIS*

3/29/13

Proj. Name LOS Cerritos Ranch Hanger
Proj. Code 1205·000
★ Cost Code 180-01

Type S  M  L

Approved By_____ Date_____



Need wind brace clips installed from column to recessed CMU wall.

28

. _J1748



Spandrel beams need to be removed, straightened, and reinstalled below window line.

40



TR_01706



15

<u>TAB 7</u>

Type:                          PEMB Labor

Subcontractor:                 United Erectors

Deficiencies:                  Lateral wind bracing beams located in front of windows

Corrective Action:             Attach beams 35B1 and 36Sb1 with two clips, one welded to beam

Invoice #:                     3986

Cost to Correct:               $10,000.00

Photos of Deficiencies:        28 & 40

Photos of Corrective          14-15
Action:

TR_001689

**UNITED ERECTORS**
PO Box 681803
San Antonio, Texas   78268

# INVOICE

March 28, 2013

To:  Lewis Energy Group
3986
      10067 Jones Maltsberger
Cerritos Ranch
      San Antonio, Texas   78216
Receipt

INVOICE #

Job: Los

Terms:  Upon

## DESCRIPTION

Labor to complete following work as agreed:
  Repairs:
  1.  Level and plumb building
  2.  Lower all beams : 37SB1; 38SB1; 34SB2L; 34SBR2R
  3.  Re-touch both beams 37SB1 at column line 5 & 4 for wind rods
  4.  Attach beams 35SB1 and 36SB1, one welded to beam and
       the other welded to clip and anchored to bond beam in CMU wall

New Construction:
  1.  Install perimeter angle at mezzanine and panels

Total labor cost

$ 35,000.00

Thank you.

Proj. Name _LOS Cerritos Ranch-Hanger_
Proj. Code _1205.000_
Cost Code _180-01_

Type  S  M  L

Approved By _____ Date _____



Need wind brace clips installed from column to recessed CMU wall.

. _J1748



Spandrel beams need to be removed, straightened, and reinstalled below window line.

40



14

TR_01706



15

01707

## TAB 8

| | |
|---|---|
| Type: | PEMB Labor |
| Subcontractor: | United Erectors |
| Deficiencies: | Door tracks were improperly aligned |
| Corrective Action: | Fix all of top framing for hangar door to roll on correct bottom track |
| Invoice #: | 3988 |
| Cost to Correct: | $5,000.00 |
| Photos of Deficiencies: | 29 & 38 |
| Photos of Corrective Action: | 18 |

TR_001688

**UNITED ERECTORS**
PO Box 681803
San Antonio, Texas 78268
office (210) 521-8351
fax (210) 521-1849

# INVOICE

April 8, 2013

To: Lewis Energy Group
10067 Jones Maltsberger
San Antonio, Texas 78216

INVOICE # 3988
Job: Los Cerritos Ranch
Terms: Upon Receipt

## DESCRIPTION

Labor to complete following work as agreed:
Repairs:
1. Remove Hanger doors
2. Re-align hanger door rails with new angles
3. Fix all of top framing for hanger door to roll on correct bottom track
4. Remove all material at door pockets, replace with new material
5. Check all bolts and install missing bolts
6. Install columns and rectangular tube at pilot office
7. Install columns and rectangular tube at living quarters
8. Reinstall wind rods in south and north sidewalls

New Construction:
1. Install one tube at cupola

| | |
|---|---|
| Total labor cost | $ 35,000.00 |
| Total material cost | $ 10,634.82 |
| Total Due | $ 45,634.82 |

Thank you.



Laser indicated upper door track out of alignment up to 1 ½".

01749



Door track will need to be realigned, possibly removed and replaced. Laser indicated upper door track out of alignment up to 1 ½".



18

TR_01710

<u>TAB 9</u>

| | |
|---|---|
| Type: | PEMB Labor |
| Subcontractor: | United Erectors |
| Deficiencies: | Misc. areas throughout building lacked complete installation of specified bolts |
| Corrective Action: | Check all bolts and install missing bolts |
| Invoice #: | 3988 |
| Cost to Correct: | $2,000.00 |
| Photos of Deficiencies: | 44-46 |
| Photos of Corrective Action: | 1-11 & 16 |

TR_001688

**UNITED ERECTORS**
PO Box 681803
San Antonio, Texas   78268
office (210) 521-8351
fax (210) 521-1849

# INVOICE

April 8, 2013

To: Lewis Energy Group
    10067 Jones Maltsberger
    San Antonio, Texas   78216

INVOICE #  3988
Job: Los Cerritos Ranch
Terms:  Upon Receipt

## DESCRIPTION

Labor to complete following work as agreed:
  Repairs:
  1. Remove Hanger doors
  2. Re-align hanger door rails with new angles
  3. Fix all of top framing for hanger door to roll on correct bottom track
  4. Remove all material at door pockets, replace with new material
  5. Check all bolts and install missing bolts
  6. Install columns and rectangular tube at pilot office
  7. Install columns and rectangular tube at living quarters
  8. Reinstall wind rods in south and north sidewalls

New Construction:
  1. Install one tube at cupola

| | | |
|---|---|---|
| Total labor cost | | $ 35,000.00 |
| Total material cost | | $ 10,634.82 |
| Total Due | | $ 45,634.82 |

Thank you.



Bolts missing/loose at hangar door, X-Bracing also missing.

44

ι ι ι _01764



Bolts missing/loose at hangar door, X-Bracing also missing.

45

65



Bolts missing/loose on hangar door concrete should have been poured prior to installing.

46



1

TR_01693



2



_01694



3

TR_01695



4

_01696



5

TR_01697



6





7

_017700

8



9

TR_01701



10

_01702



11



16

_01708

<u>TAB 10</u>

| | |
|---|---|
| Type: | PEMB Labor |
| Subcontractor: | United Erectors |
| Deficiencies: | Door pockets were modified in field by SBS due to incorrect foundation size |
| Corrective Action: | C/O # 1 Fabrication of pocket doors |
| Invoice #: | 3995 |
| Cost to Correct: | $5,500.00 |
| Photos of Deficiencies: | 42, 60-62 |
| Photos of Corrective Action: | 18 |

TR_001690

**UNITED ERECTORS**
PO Box 681803
San Antonio, Texas 78268
office (210) 521-8351
fax (210) 521-1849

# INVOICE

April 17, 2013

To: Lewis Energy Group
10067 Jones Maltsberger
San Antonio, Texas 78216

INVOICE # 3995
Job: Los Cerritos Ranch
Terms: Upon Receipt
MSA NO. 11487

## DESCRIPTION

Labor to complete following work as agreed:
Repairs:
1. Remove half roof and insulation, on and off
2. Install half roof insulation and new roof sheet, on and off

| | |
|---|---|
| Total labor cost | $ 45,000.00 |
| Total material cost | $ 10,729.86 |

Add:
Change Order #1
1. Extra cost to fabricate pocket door material to fix

| | |
|---|---|
| Total Extra Labor cost | $ 5,500.00 |

| | |
|---|---|
| TOTAL DUE | $ 61,229.86 |

Thank you.



Hangar doors and pocket door columns out of plumb, incorrectly field modified. Rather then correcting the footing, door pockets where shortened to match the concrete poured in place.

42

_01762



Hangar doors and pocket door columns out of plumb, incorrectly field modified. Rather than correcting the footing, door pockets where shortened to match the concrete poured in place. Need to be removed and corrected.



Hangar doors and pocket door columns out of plumb, incorrectly field modified. Rather than correcting the footing, door pockets where shortened to match the concrete poured in place. Need to be removed and corrected.

_01781



Hangar doors and pocket door columns out of plumb, incorrectly field modified. Rather than correcting the footing, door pockets where shortened to match the concrete poured in place. Need to be removed and corrected.



TR_01710

## TAB 11

| | |
|---|---|
| Type: | PEMB Labor |
| Subcontractor: | United Erectors |
| Deficiencies: | Door pockets were modified in field by SBS due to incorrect foundation size |
| Corrective Action: | Remove all material at door pockets, replace with new material |
| Invoice #: | 3988 |
| Cost to Correct: | $5,000.00 |
| Photos of Deficiencies: | 42, 60-62 |
| Photos of Corrective Action: | 24-25 |

TR_001688

**UNITED ERECTORS**
PO Box 681803
San Antonio, Texas  78268
office (210) 521-8351
fax (210) 521-1849


# INVOICE


April 8, 2013


To: Lewis Energy Group
    10067 Jones Maltsberger
    San Antonio, Texas   78216

INVOICE # 3988
Job: Los Cerritos Ranch
Terms:  Upon Receipt


## DESCRIPTION


Labor to complete following work as agreed:
 Repairs:
 1. Remove Hanger doors
 2. Re-align hanger door rails with new angles
 3. Fix all of top framing for hanger door to roll on correct bottom track
 4. Remove all material at door pockets, replace with new material
 5. Check all bolts and install missing bolts
 6. Install columns and rectangular tube at pilot office
 7. Install columns and rectangular tube at living quarters
 8. Reinstall wind rods in south and north sidewalls

New Construction:
 1. Install one tube at cupola


| | |
|---|---|
| Total labor cost | $ 35,000.00 |
| Total material cost | $ 10,634.82 |
| Total Due | $ 45,634.82 |


Thank you.



Hangar doors and pocket door columns out of plumb, incorrectly field modified. Rather then correcting the footing, door pockets where shortened to match the concrete poured in place.

42



Hangar doors and pocket door columns out of plumb, incorrectly field modified. Rather than correcting the footing, door pockets where shortened to match the concrete poured in place. Need to be removed and corrected.



Hangar doors and pocket door columns out of plumb, incorrectly field modified. Rather than correcting the footing, door pockets where shortened to match the concrete poured in place. Need to be removed and corrected.



Hangar doors and pocket door columns out of plumb, incorrectly field modified. Rather than correcting the footing, door pockets where shortened to match the concrete poured in place. Need to be removed and corrected.



24

TR_01716



25

_01717

TAB 12

| | |
|---|---|
| Type: | PEMB Labor |
| Subcontractor: | United Erectors |
| Deficiencies: | Unspecified materials used at pilots office |
| Corrective Action: | Install columns and rectangular tube at pilot office |
| Invoice #: | 3988 |
| Cost to Correct: | $5,000.00 |
| Photos of Deficiencies: | |
| Photos of Corrective Action: | 14 |

TR_001688

**UNITED ERECTORS**
PO Box 681803
San Antonio, Texas 78268
office (210) 521-8351
fax (210) 521-1649

# INVOICE

April 8, 2013

To: Lewis Energy Group          INVOICE # 3988
10067 Jones Maltsberger          Job: Los Cerritos Ranch
San Antonio, Texas 78216          Terms: Upon Receipt

## DESCRIPTION

Labor to complete following work as agreed:
Repairs:
1. Remove Hanger doors
2. Re-align hanger door rails with new angles
3. Fix all of top framing for hanger door to roll on correct bottom track
4. Remove all material at door pockets, replace with new material
5. Check all bolts and install missing bolts
6. Install columns and rectangular tube at pilot office
7. Install columns and rectangular tube at living quarters
8. Reinstall wind rods in south and north sidewalls

New Construction:
1. Install one tube at cupola

| | |
|---|---|
| Total labor cost | $ 35,000.00 |
| Total material cost | $ 10,634.82 |
| Total Due | $ 45,634.82 |

Thank you.



14

TR_01706

<u>TAB 13</u>

Type:                          PEMB Labor

Subcontractor:                 United Erectors

Deficiencies:                  Unspecified materials used at kitchen

Corrective Action:             Install columns and rectangular tube at living quarters

Invoice #:                     3988

Cost to Correct:               $5,000.00

Photos of Deficiencies:

Photos of Corrective          19
Action:

TR_001688

**UNITED ERECTORS**
PO Box 681803
San Antonio, Texas 78268
office (210) 521-8351
fax (210) 521-1849

# INVOICE

April 8, 2013

To: Lewis Energy Group
10067 Jones Maltsberger
San Antonio, Texas 78216

INVOICE # 3988
Job: Los Cerritos Ranch
Terms: Upon Receipt

## DESCRIPTION

Labor to complete following work as agreed:
Repairs:
1. Remove Hanger doors
2. Re-align hanger door rails with new angles
3. Fix all of top framing for hanger door to roll on correct bottom track
4. Remove all material at door pockets, replace with new material
5. Check all bolts and install missing bolts
6. Install columns and rectangular tube at pilot office
7. Install columns and rectangular tube at living quarters
8. Reinstall wind rods in south and north sidewalls

New Construction:
1. Install one tube at cupola

| | |
|---|---|
| Total labor cost | $ 35,000.00 |
| Total material cost | $ 10,634.82 |
| Total Due | $ 45,634.82 |

Thank you.



19

TR_01711

TAB 14

| | |
|---|---|
| Type: | PEMB Labor |
| Subcontractor: | United Erectors |
| Deficiencies: | Building Erected out of plumb |
| Corrective Action: | Re-install wind rods in south and north sidewalls |
| Invoice #: | 3988 |
| Cost to Correct: | $5,000.00 |
| Photos of Deficiencies: | 28 |
| Photos of Corrective Action: | 14-16 |

TR_001688

**UNITED ERECTORS**
PO Box 681803
San Antonio, Texas  78268
office (210) 521-8351
fax (210) 521-1849

# INVOICE

April 8, 2013

To: Lewis Energy Group
    10067 Jones Maltsberger
    San Antonio, Texas  78216

INVOICE # 3988
Job: Los Cerritos Ranch
Terms: Upon Receipt

## DESCRIPTION

Labor to complete following work as agreed:
  Repairs:
1. Remove Hanger doors
2. Re-align hanger door rails with new angles
3. Fix all of top framing for hanger door to roll on correct bottom track
4. Remove all material at door pockets, replace with new material
5. Check all bolts and install missing bolts
6. Install columns and rectangular tube at pilot office
7. Install columns and rectangular tube at living quarters
8. Reinstall wind rods in south and north sidewalls

New Construction:
1. Install one tube at cupola

| | |
|---|---|
| Total labor cost | $ 35,000.00 |
| Total material cost | $ 10,634.82 |
| Total Due | $ 45,634.82 |

Thank you.

Need wind brace clips installed from column to recessed CMU wall.



_J1748



14

TR_01706



15

1R_01707



16

TR_01708

<u>TAB 15</u>

Type:                          PEMB Material

Subcontractor:                 MBCI

Deficiencies:                  Roofing System not installed per plans and specifications, and did not
                               create a waterproof structure upon completion

Corrective Action:             Invoice # 3996887 - Roof sheets

Invoice #:                     3996887

Cost to Correct:               $1,385.22

Photos of Deficiencies:        5-6, 9, 11 & 14

Photos of Corrective          1, 6-8 & 11
Action:

TR_001676

REMITTANCE COPY



**MBCI**
Metal Roof and Wall Systems
A Division of NCI Group, Inc.

HOUSTON HARDY
14031 WEST HARDY
PO BOX 38217
HOUSTON, TX 77060-5304
281-448-8555

MAIL REMITTANCE TO

MBCI LOCKBOX
PO BOX 840326
DALLAS, TX 75284-0326
US

| PAGE | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 1 | 13-MAY-13 | 3996887 |

SOLD TO : 155644
GLACIERCAP MANAGEMENT LLC

BILL OF LADING NUMBER    16128471

BILL TO
GLACIERCAP MANAGEMENT LLC
10101 REUNION PLACE
SUITE 1000
SAN ANTONIO, TX 78216
(210) 384-5046

RECEIVED
MAY 16 2013

SHIP TO
GLACIERCAP MANAGEMENT LLC
LOS CERRITOS RANCH
UVALDE, TX 78801
210-262-2756 Robert

| DATE OF ORDER | DATE SHIPPED | CUSTOMER P.O. NO. /ORDERED BY | SALES COORDINATOR | TERMS | ORDER NUMBER |
|---|---|---|---|---|---|
| 10-MAY-13 | 13-MAY-13 | | J. Garcia 004 | 1/2% 10, NET 30 | 4145627 |

| LINE | DESCRIPTION | Gn | COLOR | Qty | SHEET LENGTH | SQ. FT. PER SHEET | TOTAL SQ.FT. OF MATE | UNIT PRICE | OPT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | MS BATTEN 18 STRI SL MAS | 24 | MPLNS | 2 | 58' 7" | 78.17 | 156.22 | 0.8100 | | |
| | | | | (Total Linear Feet | 117.17 | 156.22 | Sub Total | | | 179.85 |
| 2000 | CH FBT COMPANY TRUCK | | | | | | | 100.00 | | 100.00 |
| 3000 | CH FUEL SURCHG CO TRUCK | | | 1 | | | 0 | 0.00 | | 0.00 |
| 4000 | CH SPECIAL PACKAGING | | | | | | 70 | 0.00 | | 0.00 |

****THIS ORDER HAS PANELS WITH STRIATIONS REPRESENTED BY THE CODE "STRI". THIS IS AN OPTION YOU AS THE
CUSTOMER HAVE CHOSEN. PLEASE CONTACT YOUR SALESPERSON IMMEDIATELY IF THIS IS NOT THE CORRECT OPTION.
EACH ORDER LINE NEEDS TO BE REVIEWED FOR THIS OPTION. ****

Proj. Name Los Cerritos Hardy
Proj. Code 1245-000
Cost Code 25101

Type S M L

Approved By _____ Date 5/24/13

| CUSTOMER JOB NAME/# | ESTIMATED SHIPPING WT | SHEET PACKAGING | PACKAGES@ |
|---|---|---|---|
| | 212.1636 | TRIM PACKAGING | PACKAGES@ |

SHIP VIA  MASON DIXON LINES     MINI REGION:  0031A

A CARRYING CHARGE OF .833% PER MONTH(10%PER ANNUM) WILL BE CHARGED ON PAST DUE ACCOUNTS AND A
REASONABLE ATTORNEY'S FEES IF THIS ACCOUNT IS PLACED FOR COLLECTION. ALL INVOICES DUE AND PAYABLE IN
HOUSTON , HARRIS COUNTY, TEXAS. ALL FREIGHT F.O.B SHIPPING POINT.

SEE TERMS AND CONDITIONS ON REVERSE SIDE

**YOU MAY DEDUCT $6.40,  IF PAID BEFORE MAY 24TH 2013**

Roofing & Haarga

Page 1 of 1

| | | |
|---|---|---|
| NON-TAXABLE ITEMS | | 0.00 |
| TAXABLE ITEMS | | 1,279.85 |
| SUBTOTAL OF ALL ITEMS | | 1,279.85 |
| STATE TAX | 6.25 | 79.97 |
| CITY TAX | | 0.00 |
| OTHER TAX | 2 | 25.60 |
| TOTAL AMOUNT OF ORDER | | 1,385.22 |
| DEPOSIT | | 0.00 |
| TOTAL AMOUNT DUE | | 1,385.22 |



Roof sheets not seamed properly, roof sheets pulled apart at bottom.

..._01725



Roof sheets trimmed back at cupola steel framing, and burned during welding activities.

6



Roof sheets trimmed back at cupola beam, no trim present. Roof sheets burned from welding beams. It is unknown if work was performed by certified welder.

9

..._01729



Drawings specify full sheets to be used on roof. Shown here as a panel splice not in accordance with the drawings.



Most of roof is one full length sheet, some laps are used for unknown reason. Laps are not in accordance with the drawings and specifications.

14

..._01734



1

TR_01693



6



TR_01699



8

01700



11

TR_01703

TAB 16

| | |
|---|---|
| Type: | PEMB Material |
| Subcontractor: | MBCI |
| Deficiencies: | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion |
| Corrective Action: | Invoice # 3978735 - Roof Sheets & Rake support |
| Invoice #: | 3978735 |
| Cost to Correct: | $22,443.08 |
| Photos of Deficiencies: | 11 & 14 |
| Photos of Corrective Action: | 1, 5, 6-8 & 11 |

TR_001672



**M.B.C.I.**
Metal Roof and Wall Systems
A Division of NCI Group, Inc.

REMITTANCE COPY

HOUSTON HARDY
14031 WEST HARDY
PO BOX 38217
HOUSTON, TX 77060-5304
281-445-8555

**MAIL REMITTANCE TO**
MBCI LOCKBOX
PO BOX 840326
DALLAS, TX 75284-0326
US

| PAGE | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 1 | 12-APR-13 | 3978735 |

BILL OF LADING NUMBER 18048651

SOLD TO: 156644
GLACIERCAP MANAGEMENT LLC

**RECEIVED APR 18 2013 BY:**

**BILL TO**
GLACIERCAP MANAGEMENT LLC
10101 REUNION PLACE
SUITE 1000
SAN ANTONIO, TX 78216
(210) 384-5046

**SHIP TO**
GLACIERCAP MANAGEMENT LLC
LOS CERRITOS RANCH
UVALDE, TX 78801
210-262-2756 ROBERT

| DATE OF ORDER | DATE SHIPPED | CUSTOMER P.O.NO./ORDERED BY | SALES COORDINATOR | TERMS | ORDER NUMBER |
|---|---|---|---|---|---|
| 04-APR-13 | 12-APR-13 | | J. Garcia 004 | 1/2% 10, NET 30 | 4120906 |

| LINE | DESCRIPTION | Ga | COLOR | Qty | SHEET LENGTH | SQ. FT. PER SHEET | TOTAL SQ. FT. OR MATL | UNIT PRICE | OPT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | HS BATLOK 16 STRI_BL_MAS | 24 | GLMPLUS | 24 | 63'-5" | 84.69 | 1967.88 | 115.00 | | |
| 2000 | HS BATLOK 16 STRI_BL_MAS | 24 | GLMPLUS | 82 | 58'-7" | 78.11 | 6405.02 | 115.00 | | |
| 3000 | HS BATLOK 16 STRI_BL_MAS | 24 | GLMPLUS | 90 | 54'-7" | 72.75 | 6550.2 | 115.00 | | |
| 4000 | HS BATLOK 16 STRI_BL_MAS | 24 | GLMPLUS | | | | 282.41 | 115.00 | | |
| | | | | (Total Linear Feet | 11,308.33) | | 15025.24 | Sub Total | | 17,336.53 |
| 41000 | | 18 | RED-OX | 85 | 20'-0" | | | 31.75 | | 5431.10 |
| 42000 | CH EXT COMPANY TRUCK | | | 1 | | | 0 | 2,750.00 | | 2,750.00 |
| 43000 | CH FUEL SURCHG CO TRUCK | | | | | | | 0.00 | | |
| 45000 | CH BAR WATERPRF W ADHESIVE | | | 1 | | | 0 | 125.00 | | 125.00 |

****THIS ORDER HAS PANELS WITH STRIATIONS REPRESENTED BY THE CODE "STRI". THIS IS AN OPTION YOU AS THE CUSTOMER HAVE CHOSEN. PLEASE CONTACT YOUR SALES PERSON IMMEDIATELY IF THIS IS NOT THE CORRECT OPTION. EACH ORDER LINE NEEDS TO BE REVIEWED FOR THIS OPTION.****
SAME AS JOB 4116183
CHANGED GUTTER ON PANEL
DELETED PBD & FL8144A PER ROBERT A.

Proj. Name LOS CERRITOS - HWY
Proj. Code 1205-093
Cost Code 155-01
Type & M L
Approved By _____ Date _____

| CUSTOMER JOB NAME/# | ESTIMATED SHIPPING WT | SHEET PACKAGING | PACKAGES@ | |
|---|---|---|---|---|
| | 20886.9125 | TRIM PACKAGING | PACKAGES@ | |

| SHIP VIA MASON DIXON LINES | MINI REGION: 0031A | NON-TAXABLE ITEMS | 0.00 |
|---|---|---|---|

A CARRYING CHARGE OF .833% PER MONTH (10% PER ANNUM) WILL BE CHARGED ON PAST DUE ACCOUNTS AND A REASONABLE ATTORNEY'S FEES IF THIS ACCOUNT IS PLACED FOR COLLECTION. ALL INVOICES DUE AND PAYABLE IN HOUSTON, HARRIS COUNTY, TEXAS. ALL FREIGHT F.O.B. SHIPPING POINT.

SEE TERMS AND CONDITIONS ON REVERSE SIDE

**YOU MAY DEDUCT $103.66, IF PAID BEFORE APRIL 23RD 2013**

Roofing & Hangar

| | | |
|---|---|---|
| TAXABLE ITEMS | | 20,732.63 |
| SUBTOTAL OF ALL ITEMS | | 20,732.63 |
| STATE TAX | 6.25 | 1,295.79 |
| CITY TAX | | 0.00 |
| OTHER TAX | 2 | 414.66 |
| TOTAL AMOUNT OF ORDER | | 22,443.08 |
| DEPOSIT | | 0.00 |
| TOTAL AMOUNT DUE | | 22,443.08 |

Page 1 of 1



Drawings specify full sheets to be used on roof. Shown here as a panel splice not in accordance with the drawings.

11



Most of roof is one full length sheet, some laps are used for unknown reason. Laps are not in accordance with the drawings and specifications.

14

01734



1



5

R_01697



6



7

TR_01699



8

TR_01700



11



_01703

TAB 17

| | |
|---|---|
| Type: | PEMB Material |
| Subcontractor: | MBCI |
| Deficiencies: | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion |
| Corrective Action: | Invoice # 4048039 - Roof Sheets, Eve plates, Screws, & Tape Seal |
| Invoice #: | 4048039 |
| Cost to Correct: | $4,602.17 |
| Photos of Deficiencies: | 7, 8, 18, 22-23 |
| Photos of Corrective Action: | 1-11 |

TR_001682



**Metal Roof and Wall Systems**
A Division of NCI Group, Inc.

HOUSTON HARDY
14031 WEST HARDY
PO BOX 38217
HOUSTON, TX 77060-5304
281-445-8555

| | MAIL REMITTANCE TO |
|---|---|
| | MBCI LOCKBOX |
| | PO BOX 840326 |
| | DALLAS, TX 75284-0326 |
| | US |

| PAGE | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 1 | 23-JUL-13 | 4048039 |

BILL OF LADING 16324801
NUMBER

SOLD TO : 155644
GLACIERCAP MANAGEMENT LLC

| B I L L T O | GLACIERCAP MANAGEMENT LLC<br>10101 REUNION PLACE<br>SUITE 1000<br>SAN ANTONIO, TX 78216<br>(210) 384-5045 | S H I P T O | GLACIERCAP MANAGEMENT LLC<br>LOS CERRITOS RANCH<br>UVALDE, TX 78801<br>210-3 |
|---|---|---|---|

| DATE OF ORDER | DATE SHIPPED | CUSTOMER P.O.NO./ORDERED BY | SALES COORDINATOR | TERMS | ORDER NUMBER |
|---|---|---|---|---|---|
| 19-JUL-13 | 23-JUL-13 | DOS CERRITOS | J. Garcia 004 | 1/2% 10, NET 30 | 4196548 |

| LINE | DESCRIPTION | Ga | COLOR | Qty | SHEET LENGTH | SQ. FT. PER SHEET | TOTAL SQ. FT OF MATL | UNIT PRICE | OPT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | MS BATLOK 16 _STRI_BL_WAS | 24 | GLMPLUS | 33 | 40'- 0" | 53.33 | 1759.89 | 115.00 | | |
| | | | | (Total Linear Feet | | 1,320.00 ) | 1759.89 | Sub Total | | 3,823.87 |
| 2000 | BW7600 EAVE PLATE-LO | 14 | RED-OX | 7 | 8'- 0" | | 0 | 12.64 | | 88.48 |
| 3000 | BN7712 EK SUPPORT-2L LOW | 14 | RED-OX | 10 | 20'- 0" | | 0 | 29.45 | | 294.50 |
| 4000 | #17B 12-14X1-1/2 DRILLER WW | | PLATED | 2000 | | | 0 | 84.20 | | 168.40 |
| 5000 | #1E 1/4-14X1-1/4 LL DRILLER WW | | PLATED | 2000 | | | 0 | 222.37 | | 444.74 |
| 6000 | #4 1/4-14X7/8 LL LAP TEK WW | | PLATED | 2000 | | | 0 | 157.19 | | 314.38 |
| 7000 | BM804 TAPE SEAL-TRI-BEAD-8 | | | 1 | | | 0 | 32.06 | | 32.06 |
| 9000 | CH FRT COMPANY TRUCK | | | 1 | | | 0 | 885.00 | | 885.00 |
| 10000 | CH FUEL SURCHG CO TRUCK | | | 1 | | | 0 | 0.00 | | 0.00 |
| 11000 | CH SPECIAL PACKAGING | | | 1 | | | 0 | 0.00 | | 0.00 |

****THIS ORDER HAS PANELS WITH STRIATIONS REPRESENTED BY THE CODE "STRI". THIS IS AN OPTION YOU AS THE CUSTOMER HAVE CHOSEN. PLEASE CONTACT YOUR SALES PERSON IMMEDIATELY IF THIS IS NOT THE CORRECT OPTION. EACH ORDER LINE NEEDS TO BE REVIEWED FOR THIS OPTION.****

| CUSTOMER JOB NAME/# | ESTIMATED SHIPPING WT | SHEET PACKAGING | PACKAGES@ | |
|---|---|---|---|---|
| DOS CERRITOS | 7855.8676 | TRIM PACKAGING | PACKAGES# | |

SHIP VIA BLASCHKE TRUCKING      MINI REGION: 0031A

| | | |
|---|---|---|
| NON-TAXABLE ITEMS | | 0.00 |

A CARRYING CHARGE OF .833% PER MONTH (10% PER ANNUM) WILL BE CHARGED ON PAST DUE ACCOUNTS AND A REASONABLE ATTORNEY'S FEES IF THIS ACCOUNT IS PLACED FOR COLLECTION. ALL INVOICES DUE AND PAYABLE IN HOUSTON , HARRIS COUNTY,TEXAS. ALL FREIGHT F.O.B SHIPPING POINT.

| | | |
|---|---|---|
| TAXABLE ITEMS | | 4,251.43 |
| SUBTOTAL OF ALL ITEMS | | 4,251.43 |

SEE TERMS AND CONDITIONS ON NEXT PAGE

| | | |
|---|---|---|
| STATE TAX | 6.25 | 265.71 |
| CITY TAX | | 0.00 |

YOU MAY DEDUCT $21.26, IF PAID BEFORE AUGUST 3RD 2013

| | | |
|---|---|---|
| OTHER TAX | 2 | 85.02 |
| TOTAL AMOUNT OF ORDER | | 4,602.17 |
| DEPOSIT | | 0.00 |
| TOTAL AMOUNT DUE | | 4,602.17 |

Page 1 of 1



Large void due to improper eave flashing.

..._01727



Large void due to improper eave flashing. Field fabricated flashing installed incorrectly.

8

1728



Drawings specify eave plate should be used at this condition in lieu of roof clip.

_01738



According to drawings eave plate should be used at this condition in lieu of roof clip

22



Close view of roof dip, screws at end of standing seam panel, eave plate missing/not installed. Different size clips causing deformation of roof sheets.

23

01743



1

TR_01693



_01694



3

TR_01695



_01696



5

TR_01697



6

TR_01698



7



8



9

TR_01701



10

01702



11

TR_01703

## TAB 18

Type:                      PEMB Material

Subcontractor:         MBCI

Deficiencies:           Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion

Corrective Action:     Invoice # 3978734 - Roof Sheets, Rake Trim, 2x4 Angle, Eve Plates, Ridge Flashing, Gutter, Down Spout, Misc. Screws, Roof Clips, Tape Seal, Backhoe plates, Misc. Roof accessories

Invoice #:               3978734

Cost to Correct:       $19,897.94

Photos of Deficiencies:   7, 18, 21-23

Photos of Corrective Action:            1-11

TR_001671



**Metal Roof and Wall Systems**
A Division of NCI Group, Inc.

REMITTANCE COPY

HOUSTON HARDY
14031 WEST HARDY
PO BOX 38217
HOUSTON, TX 77060-5304
281-445-8655

MAIL REMITTANCE TO

MBCI LOCKBOX
PO BOX 840326
DALLAS, TX 75284-0326
US

SOLD TO : 158644
GLACIERCAP MANAGEMENT LLC

| PAGE | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 1 | 12-APR-13 | 3978734 |
| BILL OF LADING NUMBER | 16048661 | |

**RECEIVED APR 1 6 2013 BY:___**

BILL TO
GLACIERCAP MANAGEMENT LLC
10101 REUNION PLACE
SUITE 1000
SAN ANTONIO, TX 78216
(210) 384-5046*

SHIP TO
GLACIERCAP MANAGEMENT LLC
LOS CERRITOS RANCH
UVALDE, TX 78801
210-262-2756 ROBERT

| DATE OF ORDER | DATE SHIPPED | CUSTOMER P.O.NO.,ORDERED BY | SALES COORDINATOR | TERMS | ORDER NUMBER |
|---|---|---|---|---|---|
| 04-APR-13 | 12-APR-13 | | J. Garcia 004 | 1/2% 10, NET 30 | 4120805 |

| LINE | DESCRIPTION | Ga | COLOR | QTY | SHEET LENGTH | SQ. FT. PER SHEET | TOTAL SQ. FT. OF MAT'L | UNIT PRICE | OPT. PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 5000 | HS BATT OK 16 STRL BL MAS | 24 | GLMPLUS | 8 | 20'-9 1/2" | | | | | |
| 6000 | HS BATT OK 16 STRL BL MAS | 24 | GLMPLUS | 100 | 7'-5" | 9.89 | 989 | 115.00 | | |
| | | | | | (Total Linear Feet | 908.00 ) | 1210.76 | Sub Total | | 1,392.37 |
| 8000 | 2X4 ANGLE 20' | 14 | RED OX | 27 | 20'-0" | | | 36.50 | 0 | 985.50 |
| 9000 | HV491 G EAVE REVEL HIGH | 14 | RED OX | 74 | 8'- | | | 12.89 | 0 | 1028.80 |
| 12000 | FL110 SCULP RAKE TRI GP | 26 | GLMPLUS | 29 | 10'-2" | | | 45.23 | 0 | 1,311.67 |
| 13000 | FL116 RAKE SLIDE | 26 | GLMPLUS | 29 | 10'-2" | | | 6.48 | 0 | 187.92 |
| 14000 | FL125 FLOAT PEAK BOX TH2 | 26 | GLMPLUS | 2 | | | | 66.59 | 0 | 133.18 |
| 15000 | FL134 SCULP RAKE END LH | 26 | GLMPLUS | 4 | | | | 14.38 | 0 | 57.52 |
| 16000 | FL134 SCULP RAKE END RH | 26 | GLMPLUS | 4 | | | | 14.38 | 0 | 57.52 |
| 17000 | FL200 RIDGE FLASHING 2H2 | 26 | GLMPLUS | 14 | 10'-2" | | | 22.82 | 0 | 319.48 |
| 18000 | FL201 RIDGE END CAP 1:1.2 | 26 | GLMPLUS | 2 | | | | 11.66 | 0 | 23.32 |
| 19000 | FL245 GUTTER END 2:12 LH | 26 | GLMPLUS | 6 | | | | 8.15 | 0 | 22.90 |
| 20000 | FL245 GUTTER END 2:12 RH | 26 | GLMPLUS | 4 | | | | 8.15 | 0 | 32.60 |
| 21000 | FL247H SCULP GUTTER 2:12 | 26 | GLMPLUS | 56 | 10'-2" | | | 28.31 | 0 | 1,585.36 |
| 22000 | FL272 BOX PANEL TAP TRIM 2:12 | 26 | GLMPLUS | 56 | 10'- | | | | 0 | 885.15 |
| 23000 | FL275 PARAPET HI EAV 2:12 | 26 | GLMPLUS | 28 | 10'-2" | | | 16.12 | 0 | 451.36 |
| 24000 | FL31G DWNSPT W/46 EL | 26 | GLMPLUS | 14 | 20'-2" | | | 42.51 | 0 | 595.14 |
| 25000 | FL31H DOWNSPOUT | 26 | GLMPLUS | 10 | 20'-3" | | | 34.45 | 0 | 344.50 |
| 26000 | FL392 DOWNSPOUT STRA | 26 | GLMPLUS | 43 | | | | 2.90 | 0 | 124.60 |
| 27000 | #12 10X1 PANCAKE SD NW | | PLATED | 250 | | | | 57.51 | 0 | 14.38 |
| 28000 | #18 1/8X3/16 202 RIVET SS | | PLATED | 2500 | | | | 70.93 | 0 | 177.33 |

Proj. Name___
Proj. Code 1205-OUV
Cost Code 18031010
Type S M L
Approved By ___ Date ___

| CUSTOMER JOB NAME/# | | ESTIMATED SHIPPING WT | SHEET PACKAGING | PACKAGES@ |
|---|---|---|---|---|
| | | 8030,5626 | TRIM PACKAGING | PACKAGES@ |

| | | | |
|---|---|---|---|
| SHIP VIA MASON DIXON LINES | MINI REGION: 0031A | NON-TAXABLE ITEMS | |
| | | TAXABLE ITEMS | |
| | | SUBTOTAL OF ALL ITEMS | |
| | | STATE TAX | |
| | | CITY TAX | |
| | | OTHER TAX | |
| | | TOTAL AMOUNT OF ORDER | |
| | | DEPOSIT | |
| | | TOTAL AMOUNT DUE | |

A CARRYING CHARGE OF .833% PER MONTH(10% PER ANNUM) WILL BE CHARGED ON PAST DUE ACCOUNTS AND A REASONABLE ATTORNEY'S FEES IF THIS ACCOUNT IS PLACED FOR COLLECTION. ALL INVOICES DUE AND PAYABLE IN HOUSTON, HARRIS COUNTY, TEXAS. ALL FREIGHT F.O.B SHIPPING POINT.

SEE TERMS AND CONDITIONS ON REVERSE SIDE

*Roof, trim & gutters for Hangar*

Page 1 of 2

TR_001670



Metal Roof and Wall Systems
A Division of NCI Group, Inc.

REMITTANCE COPY

HOUSTON HARDY
14031 WEST HARDY
PO BOX 38217
HOUSTON, TX 77060-6304
281-446-8655

MAIL REMITTANCE TO
MBCI LOCKBOX
PO BOX 840326
DALLAS, TX 75284-0326
US

| PAGE | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 2 | 12-APR-13 | 3978734 |

BILL OF LADING NUMBER   16048661

SOLD TO : 155644
GLACIERCAP MANAGEMENT LLC

**B I L L T O:**
GLACIERCAP MANAGEMENT LLC
10101 REUNION PLACE
SUITE 1000
SAN ANTONIO, TX 78216
(210) 384-5046

**S H I P T O:**
GLACIERCAP MANAGEMENT LLC
LOS CERRITOS RANCH
UVALDE, TX 78801
210-282-2756 ROBERT

| DATE OF ORDER | DATE SHIPPED | CUSTOMER P.O.NO./ORDERED BY | SALES COORDINATOR | TERMS | ORDER NUMBER |
|---|---|---|---|---|---|
| 04-APR-13 | 12-APR-13 | | J. Garcia 804 | 1/2% 10, NET 30 | 4120905 |

| LINE | DESCRIPTION | Ga | COLOR | Qty | SHEET LENGTH | SQ.FT. PER SHEET | TOTAL SQ.FT. OF MATL | UNIT PRICE | OPT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 29000 | #14 7/8X3/8 POP RIVET SS | | PLATED | 388 | | | 0 | 117.80 | | |
| 30000 | #17 12-14X1 DRILLER WW | | PLATED | 2500 | | | 0 | 78.70 | | 199.25 |
| 31000 | #1A 12-14X1 DRILLER NW | | PLATED | 6750 | | | 0 | 47.93 | | 323.53 |
| 32000 | #17 12-14X1 1/4 DRILLER WW | | PLATED | 2250 | | | 0 | 232.97 | | 600.39 |
| 33000 | #4 1/4-14X7/8 LL LAP | | PLATED | 2250 | | | 0 | 157.19 | | 353.68 |
| 34000 | #6 1/4-14X1-1/4 SHOULDER TEK 2 NW | | PLATED | 250 | | | 0 | 131.32 | | 32.83 |
| 35000 | | 18 | GALV | | | | 18 | | | 361.44 |
| 36000 | HW222 CLIP-SL-HIGH 2 FLOATING | | | 2550 | | | 0 | 0.97 | | 2,473.50 |
| 37000 | HW430 CLOSURE-OUSL-QS-16" | 24 | GALPLUS | 505 | | | 0 | | | 1,410.56 |
| 38000 | HW504 TAPE SEAL-TRI-BEAD B | | | 30 | | | 0 | 32.06 | | 961.80 |
| 39000 | HW540 TUBE SEALANT URETHANE | | WHITE | 20 | | | 0 | 5.54 | | 110.80 |
| 40000 | HW0756-BACKUP PLATE-SL/SL/LS-16 | 16 | RED GA | 560 | | | 0 | | | |
| 41000 | CH TRIM STD. PKG BOX | | | 1 | | | 0 | 225.00 | | 225.00 |
| 44000 | CH FRT COMPANY TRUCK | | | 1 | | | 0 | 1,250.00 | | 1,250.00 |

*** THIS ORDER HAS PANELS WITH STRIATIONS PRESENTED BY THE SUPERBIRT. THIS IS AN OPTION YOU AS THE CUSTOMER HAVE CHOSEN. PLEASE CONTACT YOUR SALES PERSON IMMEDIATELY IF THIS IS NOT THE CORRECT OPTION. EACH ORDER LINE NEEDS TO BE REVIEWED FOR THIS OPTION. ***
SAME AS CCS-6110790
CHANGED CUSTOMER NAME.
DELETED PBD & FL 514A PER ROBERT A.

| CUSTOMER JOB NAME/# | ESTIMATED SHIPPING WT | SHEET PACKAGING | PACKAGES@ | |
|---|---|---|---|---|
| | 8030.5625 | TRIM PACKAGING | PACKAGES@ | |

SHIP VIA  MASON DIXON LINES     MINI REGION:  0031A

A CARRYING CHARGE OF .833% PER MONTH(10%PER ANNUM) WILL BE CHARGED ON PAST DUE ACCOUNTS AND A REASONABLE ATTORNEY'S FEES IF THIS ACCOUNT IS PLACED FOR COLLECTION. ALL INVOICES DUE AND PAYABLE IN HOUSTON , HARRIS COUNTY,TEXAS. ALL FREIGHT F.O.B SHIPPING POINT.

SEE TERMS AND CONDITIONS ON REVERSE SIDE

**YOU MAY DEDUCT $91.91, IF PAID BEFORE APRIL 23RD 2013**

Cont.

| | | |
|---|---|---|
| NON-TAXABLE ITEMS | | 0.00 |
| TAXABLE ITEMS | | 18,381.45 |
| SUBTOTAL OF ALL ITEMS | | 18,381.46 |
| STATE TAX | 6.25 | 1,148.83 |
| CITY TAX | | 0.00 |
| OTHER TAX | 2 | 367.65 |
| TOTAL AMOUNT OF ORDER | | 19,897.93 |
| DEPOSIT | | 0.00 |
| TOTAL AMOUNT DUE | | 19,897.93 |

Page 2 of 2



Large void due to improper eave flashing.

7

. . ._01727



Drawings specify eave plate should be used at this condition in lieu of roof clip.



No trim or gutters present, roof sheet bent up and over rake.

21



According to drawings eave plate should be used at this condition in lieu of roof clip

22



Close view of roof dip, screws at end of standing seam panel, eave plate missing/not installed. Different size clips causing deformation of roof sheets.

23

._01743



1

TR_01693

2



1694



3



4



5

TR_01697



6





7



8



9



10



11

TAB 19

| | |
|---|---|
| Type: | PEMB Material |
| Subcontractor: | MBCI |
| Deficiencies: | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion |
| Corrective Action: | Invoice # 3991125 - Ridge cap |
| Invoice #: | 3991125 |
| Cost to Correct: | $378.88 |
| Photos of Deficiencies: | 15-16 |
| Photos of Corrective Action: | 1, 9 & 11 |



**M B C I.**
*Metal Roof and Wall Systems*
*A Division of NCI Group, Inc.*

**REPRINT**

SAN ANTONIO
6877 I-10 EAST
PO BOX 68
CONVERSE, TX 78109
210-661-2408

MAIL REMITTANCE TO
MBCI LOCKBOX
PO BOX 840326
DALLAS, TX 75284-0326
US

| PAGE | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 1 | 03-MAY-13 | 3991125 |

BILL OF LADING NUMBER   16108931

SOLD TO : 155644
GLACIERCAP MANAGEMENT LLC

| | | |
|---|---|---|
| **B I L L   T O** | GLACIERCAP MANAGEMENT LLC<br>10101 REUNION PLACE<br>SUITE 1000<br>SAN ANTONIO, TX 78216<br>(210) 384-5046 | **S H I P   T O** GLACIERCAP MANAGEMENT LLC<br>CPU<br>6877 IH 10 EAST<br>CONVERSE *, TX 78109-6102<br>(210) 384-5046 |

| DATE OF ORDER | DATE SHIPPED | CUSTOMER P.O.NO./ORDERED BY | SALES COORDINATOR | TERMS | ORDER NUMBER |
|---|---|---|---|---|---|
| 03-MAY-13 | 03-MAY-13 | ENCINAL | J. Garcia 934 | 1/2% 10, NET 30 | 4141029 |

| LINE | DESCRIPTION | GA | COLOR | QTY | SHEET LENGTH | SQ.FT. PER SHEET | TOTAL SQ.FT. IQ MAT'L | UNIT PRICE | OPT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | RI-D-R RIDGE CAP | | | | | | | | | |
| | _ 1:12 | | | | (Total Linear Feet | 111.87) | 0 | | Sub Total | 360.00 |
| 2000 | CHTR'T COMPANY TRUCK | | | | | | 0 | 0.00 | | 17.00 |
| 3000 | CH FUEL SURCHG CO TRUCK | | | 1 | | | 0 | 0.00 | | 0.00 |
| 4000 | CH SHEET & PACKAGING | | | | | | 0 | 0.00 | | 0.00 |
| | **** DO NOT PRODUCE PRODUCTION ORDER FROM HOME | | | | | | | | | |

Proj. Name ___
Proj. Code ___
Cost Code ___
Type ___
Approved by ___  Date ___

| CUSTOMER JOB NAME/# | ESTIMATED SHIPPING WT | SHEET PACKAGING | PACKAGES@ | |
|---|---|---|---|---|
| ENCINAL | 332.6155 | TRIM PACKAGING | PACKAGES@ | |

| SHIP VIA | CPU | MINI REGION: | 0031A |
|---|---|---|---|

A CARRYING CHARGE OF .833% PER MONTH(10%PER ANNUM) WILL BE CHARGED ON PAST DUE ACCOUNTS AND A REASONABLE ATTORNEY'S FEES IF THIS ACCOUNT IS PLACED FOR COLLECTION. ALL INVOICES DUE AND PAYABLE IN HOUSTON , HARRIS COUNTY, TEXAS. ALL FREIGHT F.O.B SHIPPING POINT.

SEE TERMS AND CONDITIONS ON REVERSE SIDE

YOU MAY DEDUCT $1.75, IF PAID BEFORE MAY 14TH 2013

| | | |
|---|---|---|
| NON-TAXABLE ITEMS | | 0.00 |
| TAXABLE ITEMS | | 350.00 |
| SUBTOTAL OF ALL ITEMS | | 350.00 |
| STATE TAX | 6.25 | 21.87 |
| CITY TAX | 1.25 | 4.38 |
| OTHER TAX | .75 | 2.63 |
| TOTAL AMOUNT OF ORDER | | 378.88 |
| DEPOSIT | | 0.00 |
| TOTAL AMOUNT DUE | | 378.88 |

Roofing & Hangar

Page 1 of 1



Ridge cap end lap, lacks fasteners. Documents specify 14-16 fasteners. This shows maybe 6.

_01735



Wrong closure and tape seal used at ridge.

16

...__01736



1

TR_01693



9



11

<u>TAB 20</u>

| | |
|---|---|
| Type: | PEMB Material |
| Subcontractor: | MBCI |
| Deficiencies: | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion |
| Corrective Action: | Invoice # 3996712 - Ridge hip fix |
| Invoice #: | 3996712 |
| Cost to Correct: | $405.83 |
| Photos of Deficiencies: | 1 & 3 |
| Photos of Corrective Action: | 1, 9 & 11 |

TR_001675



**Metal Roof and Wall Systems**
A Division of NCI Group, Inc.

REMITTANCE COPY

SAN ANTONIO
8677 I-10 EAST
PO BOX 69
CONVERSE, TX 78109
210-661-2408

MAIL REMITTANCE TO
MBCI LOCKBOX
PO BOX 840326
DALLAS, TX 75284-0326
US

| PAGE | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 1 | 13-MAY-13 | 3996712 |

BILL OF LADING NUMBER   16128161

SOLD TO : 155644
GLACIERCAP MANAGEMENT LLC

**BILL TO**
GLACIERCAP MANAGEMENT LLC
10101 REUNION PLACE
SUITE 1000
SAN ANTONIO, TX 78216
(210) 384-5046

RECEIVED
MAY 15 2013
BY:_____

**SHIP TO**
GLACIERCAP MANAGEMENT LLC
CPU
8677 IH 10 EAST
CONVERSE *, TX 78109-5102
(210) 384-5046

| DATE OF ORDER | DATE SHIPPED | CUSTOMER P.O.NO./ORDERED BY | SALES COORDINATOR | TERMS | ORDER NUMBER |
|---|---|---|---|---|---|
| 09-MAY-13 | 13-MAY-13 | | J. Garcia 004 | 1/2% 10, NET 30 | 4144483 |

| LINE | DESCRIPTION | Ga | COLOR | Qty | SHEET LENGTH | SQ. FT. PER SHEET | TOTAL SQ.FT. OF MATL | UNIT PRICE | OPT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | RC212 RIDGE/HIP FIX 1:12 | 24 | GEMPLUS | 13 | 10' 8" | | 0 | 26.85 | | 354.90 |
| 2000 | CH TRIM STD. PKG BOX UF | | | 1 | | | 0 | 20.00 | | 20.00 |
| 3000 | CH FRT COMPANY TRUCK | | | 1 | | | 0 | 0.00 | | 0.00 |
| 4000 | CH FUEL SURCHG CO TRUCK | | | 1 | | | 0 | 0.00 | | 0.00 |

Proj. Name Los Combs Hanger
Proj. Code 205-000
Cost Code 200-01

Type S - M - L

Approved By _____ Date 5/24/13
5/24/13

| CUSTOMER JOB NAME/# | ESTIMATED SHIPPING WT | SHEET PACKAGING | PACKAGES@ | |
|---|---|---|---|---|
| | 275.38 | TRIM PACKAGING | PACKAGES@ | |

SHIP VIA   CPU        MINI REGION:  0031A

A CARRYING CHARGE OF .8333% PER MONTH(10% PER ANNUM) WILL BE CHARGED ON PAST DUE ACCOUNTS AND A REASONABLE ATTORNEY'S FEES IF THIS ACCOUNT IS PLACED FOR COLLECTION. ALL INVOICES DUE AND PAYABLE IN HOUSTON , HARRIS COUNTY,TEXAS. ALL FREIGHT F.O.B SHIPPING POINT.

SEE TERMS AND CONDITIONS ON REVERSE SIDE

**YOU MAY DEDUCT $1.87, IF PAID BEFORE MAY 24TH 2013**

Roofing @ Hangar

Page 1 of 1

| | | |
|---|---|---|
| NON-TAXABLE ITEMS | | 0.00 |
| TAXABLE ITEMS | | 374.90 |
| SUBTOTAL OF ALL ITEMS | | 374.90 |
| STATE TAX | 6.25 | 23.43 |
| CITY TAX | 1.25 | 4.69 |
| OTHER TAX | .75 | 2.81 |
| TOTAL AMOUNT OF ORDER | | 405.83 |
| DEPOSIT | | 0.00 |
| TOTAL AMOUNT DUE | | 405.83 |



Inside of ridge shows gaps that will allow water to penetrate, appears ridge is only screw to roof sheets.

. . ._01721



Gap at ridge closure will allow water to enter, wrong closure used, wrong tape seal used.

3



1

TR_01693



9



11

TR_01703

<u>TAB 21</u>

| | |
|---|---|
| Type: | PEMB Material |
| Subcontractor: | MBCI |
| Deficiencies: | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion |
| Corrective Action: | Invoice # 4025105 - Hand Crimp |
| Invoice #: | 4025105 |
| Cost to Correct: | $265.22 |
| Photos of Deficiencies: | |
| Photos of Corrective Action: | |

TR_001679



MBCI
Metal Roof and Wall Systems
a Division of NCI Group, Inc.

RECEIVE
JUN 28 2013
BY:

HOUSTON HARDY
14031 WEST HARDY
PO BOX 38217
HOUSTON, TX 77060-5304
281-445-8555

MAIL REMITTANCE TO
MBCI LOCKBOX
PO BOX 840326
DALLAS, TX 76204-0325
US

| PAGE | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 1 | 24-JUN-13 | 4025105 |

BILL OF LADING NUMBER

SOLD TO : 155644
GLACIERCAP MANAGEMENT LLC

| | | | |
|---|---|---|---|
| B I L L T O | GLACIERCAP MANAGEMENT LLC 10101 REUNION PLACE SUITE 1000 SAN ANTONIO, TX 78216 (210) 384-5046 | S H I P T O | GLACIERCAP MANAGEMENT LLC DOS CERRITOS RANCH 5504 BANDERA RD SUITE 504 SAN ANTONIO, TX 78228 210-262-2766 ROBERT |

| DATE OF ORDER | DATE SHIPPED | CUSTOMER P.O.NO./ORDERED BY | SALES COORDINATOR | TERMS | ORDER NUMBER |
|---|---|---|---|---|---|
| 07-MAY-13 | 24-JUN-13 | | C. Smith 001 | NET ON RECEIPT | 4143048 |

| LINE | DESCRIPTION | GA | COLOR | QTY | SHEET LENGTH FT SM | SQ FT PER SHEET | TOTAL SQ FT OF MATL | UNIT PRICE | OPT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | CH SPECIAL PACKAGING | | | | | | 0 | 0.00 | | 0.00 |
| 2000 | CH FRT OS CARRIER | | | 1 | | | 0 | 150.00 | | 150.00 |
| 3000 | CH FUEL SURCHG OS CARRIER | | | 1 | | | 0 | 0.00 | | 0.00 |
| 4000 | BEAM RENT BATLOK HANDCRMP MONTH | | | 1 | | | 0 | 95.00 | | 95.00 |

BLHT-352

SHIPPED 05/09/2013
RETURNED 05/31/2013

Proj. Name Los Cerritos Plaza
Proj. Code 125-000
Cost Code 2012012

Type S M L

Approved By _____ Date 7/31/13

| CUSTOMER JOB NAME/# | ESTIMATED SHIPPING WT | SHEET PACKAGING | PACKAGES@ | |
|---|---|---|---|---|
| 4120905 | 0 | TRIM PACKAGING | PACKAGES@ | |

| SHIP VIA | | MINI REGION: 0031A | NON-TAXABLE ITEMS | 0.00 |
|---|---|---|---|---|

A CARRYING CHARGE OF .833% PER MONTH(10%PER ANNUM) WILL BE CHARGED ON PAST DUE ACCOUNTS AND A REASONABLE ATTORNEY'S FEES IF THIS ACCOUNT IS PLACED FOR COLLECTION. ALL INVOICES DUE AND PAYABLE IN HOUSTON , HARRIS COUNTY,TEXAS. ALL FREIGHT F.O.B SHIPPING POINT.

SEE TERMS AND CONDITIONS ON REVERSE SIDE

Handcrimp Rental Foot & Hanger

| | | |
|---|---|---|
| TAXABLE ITEMS | | 246.00 |
| SUBTOTAL OF ALL ITEMS | | 246.00 |
| STATE TAX | 6.25 | 15.32 |
| CITY TAX | | 0.00 |
| OTHER TAX | 2 | 4.90 |
| TOTAL AMOUNT OF ORDER | | 265.22 |
| DEPOSIT | | 0.00 |
| TOTAL AMOUNT DUE | | 265.22 |

Page 1 of 1

TAB 22

| | |
|---|---|
| Type: | PEMB Material |
| Subcontractor: | MBCI |
| Deficiencies: | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion |
| Corrective Action: | Invoice # 4024889 - Seamer Rental |
| Invoice #: | 4024889 |
| Cost to Correct: | $990.49 |
| Photos of Deficiencies: | 1-27 |
| Photos of Corrective Action: | |

TR_001678

RECEIVED
JUN 2 8 2013

**MBCI**
Metal Roof and Wall Systems
A Division of NCI Group, Inc.

REMITTANCE COPY

HOUSTON HARDY
14031 WEST HARDY
PO BOX 38217
HOUSTON, TX 77080-5304
281-445-8655

MAIL REMITTANCE TO
MBCI LOCKBOX
PO BOX 840326
DALLAS, TX 78284-0326
US

| PAGE | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 1 | 24-JUN-13 | 4024889 |

SOLD TO : 155644
GLACIERCAP MANAGEMENT LLC

BILL OF LADING NUMBER

BILL TO
GLACIERCAP MANAGEMENT LLC
10101 REUNION PLACE
SUITE 1000
SAN ANTONIO, TX 78216
(210) 384-5046

SHIP TO
GLACIERCAP MANAGEMENT LLC
DOS CERRITOS RANCH
5504 BANDERA RD
SUITE 504
SAN ANTONIO, TX 78228
210-262-2756  ROBERT

| DATE OF ORDER | DATE SHIPPED | CUSTOMER P.O.NO./ORDERED BY | SALES COORDINATOR | TERMS | ORDER NUMBER |
|---|---|---|---|---|---|
| 07-MAY-13 | 24-JUN-13 | | C. Smith 001 | NET ON RECEIPT | 4143039 |

| LINE | DESCRIPTION | Ga | COLOR | Qty | SHEET LENGTH | SQ. FT. PER SHEET | TOTAL SQ.FT. OF MATL | UNIT PRICE | OPT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | CH SPECIAL PACKAGING | | | | | | 0 | 0.00 | | 0.00 |
| 2000 | CH FRT OS CARRIER | | | 1 | | | 0 | 400.00 | | 400.00 |
| 3000 | CH FUEL SURCHG OS CARRIER | | | 1 | | | 0 | 0.00 | | 0.00 |
| 4000 | BEAM RENT HS BATLOK WEEK | | | 3 | | | 0 | 135.00 | | 405.00 |
| 5000 | BEAM RENT HS BATLOK DAY | | | | | | 0 | 30.00 | | 30.00 |
| 6000 | CH MISCELLANEOUS REPLACE PENDANT CORD BECAUSE IT WAS CUT. | | | 1 | | | 0 | 80.00 | | 80.00 |

BLHS-233

SHIPPED    05/09/2013
RETURNED  05/31/2013

Proj. Name Los Cerritos Hanger
Proj. Code
Cost Code 200-02

Type S M L

Approved By _____ Date _____

| CUSTOMER JOB NAME/# | ESTIMATED SHIPPING WT | SHEET PACKAGING | PACKAGES@ |
|---|---|---|---|
| 4120905 | 0 | TRIM PACKAGING | PACKAGES@ |

SHIP VIA                    MINI REGION:  0031A

A CARRYING CHARGE OF .833% PER MONTH(10% PER ANNUM) WILL BE CHARGED ON PAST DUE ACCOUNTS AND A REASONABLE ATTORNEY'S FEES IF THIS ACCOUNT IS PLACED FOR COLLECTION. ALL INVOICES DUE AND PAYABLE IN HOUSTON , HARRIS COUNTY, TEXAS. ALL FREIGHT F.O.B SHIPPING POINT.

SEE TERMS AND CONDITIONS ON REVERSE SIDE

| | | |
|---|---|---|
| NON-TAXABLE ITEMS | | 0.00 |
| TAXABLE ITEMS | | 915.00 |
| SUBTOTAL OF ALL ITEMS | | 915.00 |
| STATE TAX | 6.25 | 57.19 |
| CITY TAX | | 0.00 |
| OTHER TAX | 2 | 18.30 |
| TOTAL AMOUNT OF ORDER | | 990.49 |
| DEPOSIT | | 0.00 |
| TOTAL AMOUNT DUE | | 990.49 |

Page 1 of 1



Inside of ridge shows gaps that will allow water to penetrate, appears ridge is only screw to roof sheets.



Roof sheets to long/close together at this condition. Normally there is a 4" to 6" gap No expansion will be allowed, no back up plate present.

2

IR_01722



Gap at ridge closure will allow water to enter, wrong closure used, wrong tape seal used.

3

iR_01723



Wrong closure piece used at ridge cap, will allow water entry during wind driven rain event. .



Roof sheets not seamed properly, roof sheets pulled apart at bottom.

..._01725



Roof sheets trimmed back at cupola steel framing, and burned during welding activities.

6



Large void due to improper eave flashing.

_01727



Large void due to improper eave flashing. Field fabricated flashing installed incorrectly.

8

FH_01728



Roof sheets trimmed back at cupola beam, no trim present. Roof sheets burned from welding beams. It is unknown if work was performed by certified welder.

9



Three different types of roof clips found on site; metal building drawings call out "High Floating" Clips.

10



Drawings specify full sheets to be used on roof. Shown here as a panel splice not in accordance with the drawings.

11



Shows roof drop off at front end wall. Same condition at both sides of building due to improper field fabrication of shortened door pockets.

12



Closer views of roof drop off.

13

..._01733



Most of roof is one full length sheet, some laps are used for unknown reason. Laps are not in accordance with the drawings and specifications.

14



Ridge cap end lap, lacks fasteners. Documents specify 14-16 fasteners. This shows maybe 6.

_01735



Wrong closure and tape seal used at ridge.

16



Gap due to wrong closure used, will allow water to enter.

17

..._01737



Drawings specify eave plate should be used at this condition in lieu of roof clip.



Roof sheets not aligned and no trim or gutters. Roof sheet not as specified on Metal Building Drawings

19

_01739



Trim missing, roof sheet cut and bent over rake.

20



No trim or gutters present, roof sheet bent up and over rake.

_01741



According to drawings eave plate should be used at this condition in lieu of roof clip

22



Close view of roof dip, screws at end of standing seam panel, eave plate missing/not installed. Different size clips causing deformation of roof sheets.

23

. _01743



Closer view of roof slop change at front end wall due to shortening of pocket doors. The geometry of the roof slop was miss calculated when door pockets where field modified.



Roof slope change at front end wall due to shortening of pocket doors.

25

1..._01745



Roof dips approximately 4" at front end wall due to improper field modification of pocket door frames.



Roof dips approximately 4" at frond end wall due to improper field modification of pocket door frames.

27

IR_01747

TAB 23

| | |
|---|---|
| Type: | PEMB Material |
| Subcontractor: | MBCI |
| Deficiencies: | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion |
| Corrective Action: | Invoice # 4009549 - Ridge and closer strips |
| Invoice #: | 4009549 |
| Cost to Correct: | $167.05 |
| Photos of Deficiencies: | 1, 3-4 |
| Photos of Corrective Action: | 1-4 & 9-11 |



**MBCI**
Metal Roof and Wall Systems
A Division of NCI Group, Inc.

**REPRINT**

HOUSTON HARDY
14031 WEST HARDY
PO BOX 38217
HOUSTON, TX 77060-5304
281-445-8555

MAIL REMITTANCE TO
MBCI LOCKBOX
PO BOX 840326
DALLAS, TX 75284-0326
US

| PAGE | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 1 | 01-JUN-13 | 4008549 |

BILL OF LADING NUMBER 16178932

SOLD TO : 155644
GLACIERCAP MANAGEMENT LLC

**BILL TO:**
GLACIERCAP MANAGEMENT LLC
10101 REUNION PLACE
SUITE 1000
SAN ANTONIO, TX 78216
(210) 384-6046

**SHIP TO:**
GLACIERCAP MANAGEMENT LLC
LOS CERRITOS RANCH
UVALDE, TX 78801
????

| DATE OF ORDER | DATE SHIPPED | CUSTOMER P.O.NO./ORDERED BY | SALES COORDINATOR | TERMS | ORDER NUMBER |
|---|---|---|---|---|---|
| 23-MAY-13 | 01-JUN-13 | | J. Garcia 004 | 1/2% 10, NET 30 | 4154486 |

| LINE | DESCRIPTION | GA | COLOR | QTY | SHEET LENGTH | SQ FT PER SHEET | TOTAL SQ FT OF MATL | UNIT PRICE | OPT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | PBD PANEL | 26 | GALVZ | | | | | 83.50 | | |
| 2000 | PBD PANEL | 26 | GALVZ | 12 | 39'-0" | 95.17 | 782.04 | 83.50 | | |
| 3000 | PBD PANEL | 26 | GALVZ | 12 | 22'-8" | 84.22 | 770.64 | 83.50 | | |
| 4000 | PBD PANEL | | GALVZ | | | | | | | |
| 5000 | PBD PANEL | 26 | GALVZ | 12 | 20'-2" | 57.14 | 685.88 | 83.50 | | |
| 6000 | PBD PANEL | 26 | GALVZ | 12 | 20'-2" | 57.14 | 685.88 | 83.50 | | |
| 7000 | PBD PANEL | | GALVZ | | | | | | | |
| 8000 | PBD PANEL | 26 | GALVZ | 14 | 7'-1-1/2" | 20.19 | 282.66 | 83.50 | | |
| 9000 | PBD PANEL | 26 | GALVZ | 100 | 6'-11-1/2" | 19.72 | 1972 | 83.50 | | |
| 10000 | PBD PANEL | 26 | GALVZ | | | | | | | |
| | | | | (Total Linear Feet | 2,724.171 | 7713.16 | 300 | cim | 8,497.88 |
| 11000 | PBD PANEL_EAST | 26 | GALVZ | 82 | 22'-0" | 62.33 | 5111.06 | 83.50 | | |
| 12000 | PBD PANEL_WEST | 26 | GALVZ | 28 | 20'-0" | 56.67 | 1473.42 | 83.50 | | |
| | | | | (Total Linear Feet | | 1473.42 | | | 1,230.47 |
| 12100 | SP24 SPECIAL 2_1_5" FL514 | 24 | GALVZ | 10 | | | | 2.28 | 100 | |
| 12200 | SP24 SPECIAL | 24 | GALVZ | 80 | 12'-0" | 5 | 400 | 2.28 | 384.00 | 1,296.00 |
| 12300 | SP24 SPECIAL_1_1_12 1/2" #1 | 24 | GALVZ | 40 | 10'-6" | 10.42 | 416.8 | 2.28 | 144.00 | 1,094.00 |
| 12400 | SP24 SPECIAL_1_1_ 1/2" #2 | 24 | GALVZ | 80 | | | 400 | 2.28 | 288.00 | 912.00 |
| 12500 | SP24 SPECIAL_1_1_7 1/2" #3 | 24 | GALVZ | 40 | 10'-0" | 6.25 | 250 | 2.28 | 144.00 | 714.00 |
| 13000 | FL212 RIDGE/HIP-FIX 1/2 | 24 | GLMPLUS | 1 | 10'-2" | | 0 | 60.70 | | 60.70 |
| 14000 | SP24 SPECIAL_3_1/8" 3/4" | 24 | GLMPLUS | 10 | | | 14150 | 1.49 | 110 | |
| 20000 | SP26 SPECIAL 2_2_24_SP3 | 26 | GLMPLUS | 30 | 10'-3" | 3.39 | 101.7 | 3.49 | 72.00 | 426.93 |
| 21000 | #17 12-14X1 DRILLER WW | | PLATED | 7000 | | | 0 | 132.83 | | 929.31 |
| 22000 | FOP 10 CLOSURE-BTM OS-16" | 26 | GLMPLUS | | | | | 7.66 | | |
| 23000 | NW463_O_PANEL_CLOSUR WA01 | | | 500 | 31'-0" | | 0 | 0.93 | | 465.00 |
| 23100 | CH FUEL SURCHG OS | | | 1 | | | 0 | 0.00 | | 0.00 |

| CUSTOMER JOB NAME/# | ESTIMATED SHIPPING WT | SHEET PACKAGING | PACKAGES@ |
|---|---|---|---|
| | 16926.4588 | TRIM PACKAGING | PACKAGES@ |

SHIP VIA PRIME INC tr/#P76   MINI REGION: 0031A

A CARRYING CHARGE OF .033% PER MONTH(10%PER ANNUM) WILL BE CHARGED ON PAST DUE ACCOUNTS AND A REASONABLE ATTORNEY'S FEES IF THIS ACCOUNT IS PLACED FOR COLLECTION. ALL INVOICES OUE AND PAYABLE IN HOUSTON, HARRIS COUNTY, TEXAS. ALL DEPOSITS NON-REFUNDABLE.

SEE TERMS AND CONDITIONS ON REVERSE SIDE

Profit Code _____
Cost Code _____
Type S M L
Approved By _____ Date _____

Page 1 of 2

| | |
|---|---|
| NON-TAXABLE ITEMS | |
| TAXABLE ITEMS | |
| SUBTOTAL OF ALL ITEMS | |
| STATE TAX | |
| CITY TAX | |
| OTHER TAX | |
| TOTAL AMOUNT OF ORDER | |
| DEPOSIT | |
| TOTAL AMOUNT DUE | |



Gap at ridge closure will allow water to enter, wrong closure used, wrong tape seal used.

3

IR_01723



Inside of ridge shows gaps that will allow water to penetrate, appears ridge is only screw to roof sheets.



Wrong closure piece used at ridge cap. will allow water entry during wind driven rain event. .

4

ır_01724



1

TR_01693



2

01694



3

TR_01695





9

TR_01701



10





11

TR_01703

<u>TAB 24</u>

| | |
|---|---|
| Type: | PEMB Material |
| Subcontractor: | MBCI |
| Deficiencies: | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion |
| Corrective Action: | Invoice # 3989474 - Roof Clips |
| Invoice #: | 3989474 |
| Cost to Correct: | $2,235.90 |
| Photos of Deficiencies: | 10 |
| Photos of Corrective Action: | 1-11 |

TR_001673



**Metal Roof and Wall Systems**
A Division of NCI Group, Inc.

SAN ANTONIO
8677 I-10 EAST
PO BOX 69
CONVERSE, TX 78109
210-661-2408

**MAIL REMITTANCE TO**

MBCI LOCKBOX
PO BOX 840326
DALLAS, TX 75284-0326
US

| PAGE | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 1 | 01-MAY-13 | 3988474 |

SOLD TO: 155844
GLACIERCAP MANAGEMENT LLC

| BILL OF LADING NUMBER | 16101271 |
|---|---|

**BILL TO**
GLACIERCAP MANAGEMENT LLC
10101 REUNION PLACE
SUITE 1000
SAN ANTONIO, TX 78216
(210) 384-6046

**SHIP TO**
GLACIERCAP MANAGEMENT LLC
CPU
8677 IH 10 EAST
CONVERSE *, TX 78109-5102
(210) 384-6046

| DATE OF ORDER | DATE SHIPPED | CUSTOMER P.O.NO./ORDERED BY | SALES COORDINATOR | TERMS | ORDER NUMBER |
|---|---|---|---|---|---|
| 30-APR-13 | 01-MAY-13 | Airport | J. Garcia 004 | 1/2% 10, NET 30 | 4137707 |

| LINE | DESCRIPTION | Ga | COLOR | Qty | SHEET LENGTH | SQ. FT. PER SHEET | TOTAL SQ.FT. OF MATL | UNIT PRICE | OPT. PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | HW222 CLIP-BL-HIGH 2 FLOATING | | | 2550 | | | 0 | 0.81 | | 2,065.50 |
| 2000 | CH SPECIAL PACKAGING | | | 1 | | | 0 | 0.00 | | 0.00 |
| 3000 | CH FUEL SURCHG CO TRUCK | | | 1 | | | 0 | 0.00 | | 0.00 |
| 4000 | CH FRT COMPANY TRUCK | | | 1 | | | 0 | 0.00 | | 0.00 |

| CUSTOMER JOB NAME/# | ESTIMATED SHIPPING WT | SHEET PACKAGING | PACKAGES@ | |
|---|---|---|---|---|
| | 714 | TRIM PACKAGING | PACKAGES@ | |

SHIP VIA   CPU          MINI REGION:  0031A

A CARRYING CHARGE OF .833% PER MONTH(10%PER ANNUM) WILL BE CHARGED ON PAST DUE ACCOUNTS AND A REASONABLE ATTORNEY'S FEES IF THIS ACCOUNT IS PLACED FOR COLLECTION. ALL INVOICES DUE AND PAYABLE IN HOUSTON , HARRIS COUNTY,TEXAS. ALL FREIGHT F.O.B SHIPPING POINT.

SEE TERMS AND CONDITIONS ON REVERSE SIDE

YOU MAY DEDUCT $10.33, IF PAID BEFORE MAY 12TH 2013

| | | |
|---|---|---|
| NON-TAXABLE ITEMS | | 0.00 |
| TAXABLE ITEMS | | 2,065.50 |
| SUBTOTAL OF ALL ITEMS | | 2,065.50 |
| STATE TAX | 6.25 | 129.09 |
| CITY TAX | 1.25 | 25.82 |
| OTHER TAX | .75 | 15.49 |
| TOTAL AMOUNT OF ORDER | | 2,235.90 |
| DEPOSIT | | 0.00 |
| TOTAL AMOUNT DUE | | 2,235.90 |



Three different types of roof clips found on site, metal building drawings call out "High Floating" Clips.

10

..._01730



1

TR_01693



1694



3



4

01696



5

TR_01697



6



7

TR_01699



8

TN_01700



9

TR_01701



10





11

TR_01703

<u>TAB 25</u>

Type:                        Concrete Labor

Subcontractor:               RMJ

Deficiencies:                Improper location of grade beam and foundation

Corrective Action:           Brick lug and Grade Beam

Invoice #:                   2

Cost to Correct:             $11,500.00

Photos of Deficiencies:      64-70

Photos of Corrective        21-23
Action:

TR_001684



**R** M J
Construction Services LLC

180 CR 762   Devine, Texas 78016        phone: 210.912.3404
JamesF.RMJ@gmail.com

August 28, 2013

Attn: Daniel Boddie

Re:  Los Cerritos Ranch Concrete Deficiencies Breakdown

| LOS CERRITOS HANGAR IMPROVEMENTS | $ 20,000.00 |
|---|---|
| • Brick Lug/Grade Beam | $ 11,500.00 |
| • Door Track Extensions | $  4,000.00 |
| • Pilaster Extensions | $  2,000.00 |
| • "Pour Only" Slab (Epoxy/Dowel Installation) | $  2,500.00 |

James Fierros


RMJ Construction Services llc



## Invoice

attn: Deanna Boedeker

Bill to: GLACIER CAP CONSTRUCTION, LLC
10067 JonesMaltsberger
San Antonio, Texas 78216
210.384.3204

INVOICE NO. 2

INVOICE DATE: 04/23/13

Project: **LOS CERRITOS**

| Item No. | Description of Work | Value | Previous Application | % | Balance to Finish | Total Billed | Ret. | THIS PERIOD |
|---|---|---|---|---|---|---|---|---|
| 1 | 10,000 sq ft "Slabs" | $53,500.00 | | 100% | $53,500.00 | $0.00 | | $53,500.00 |
| 2 | 10,000 sq ft "pour only" | $13,722.00 | | 100% | $0.00 | $13,722.00 | | $0.00 |
| 3 | Structural Tank pads | $15,000.00 | | 0% | $15,000.00 | $0.00 | | $0.00 |
| 4 | Brick Lug / Door Track | $17,500.00 | | 100% | $17,500.00 | $0.00 | | $17,500.00 |
| 5 | Pour on Metal Deck | $9,000.00 | | 100% | $9,000.00 | $0.00 | | $9,000.00 |
| | TOTALS | $108,722.00 | $0.00 | | $95,000.00 | | 0 | $80,000.00 |

| # | Change Orders | | | | | | | THIS PERIOD |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | Total Change Orders | | | | | | | $0.00 |
| | TOTALS | | | | | | | $80,000.00 |

Payment to:

**RMJ Construcion Services LLC**
**180 Cr 762**
**Devine, Texas 78016**
**Ph. 210.912.3404**
**JamesF.RMJ@gmail.com**



Column base showing grade beam not flush with the brick lug. Hangar pocket doors installed at the incorrect size. They both need to be extended appx 2' 6".

_01784



Column base showing grade beam not flush with the brick lug. Hangar pocket doors installed at the incorrect size. They both need to be extended appx 2' 6".



Column base showing grade beam not flush with the brick lug.

66

..._01786



Column base showing grade beam not flush with the brick lug.



Column base showing grade beam not flush with the brick lug.



Column base showing grade beam not flush with the brick lug.



Column base showing grade beam not flush with the brick lug.

_01790



21

TR_01713







23

TR_01715

TAB 26

| | |
|---|---|
| Type: | Concrete Labor |
| Subcontractor: | RMJ |
| Deficiencies: | Improper location of grade beam and foundation |
| Corrective Action: | Door Track Extensions |
| Invoice #: | 2 |
| Cost to Correct: | $4,000.00 |
| Photos of Deficiencies: | 60, 64-65 & 72 |
| Photos of Corrective Action: | 24-25 |

TR_001684



188 CR 762    Devine, Texas 78016         phone: 210.912.3484
          JamesF.RMJ@gmail.com

August 28, 2013

Attn: Daniel Boddie

Re:  Los Cerritos Ranch Concrete Deficiencies Breakdown

| LOS CERRITOS HANGAR IMPROVEMENTS | $ 20,000.00 |
|---|---|
| • Brick Lug/Grade Beam | $ 11,500.00 |
| • Door Track Extensions | $  4,000.00 |
| • Pilaster Extensions | $  2,000.00 |
| • "Pour Only" Slab (Epoxy/Dowel Installation) | $  2,500.00 |

James Fierros


RMJ Construction Services llc



**R** **M J**

**Construction Services LLC**

## Invoice

attn: Deanna Boedeker

Bill to: GLACIER CAP CONSTRUCTION, LLC
10067 JonesMaltsberger
San Antonio, Texas 78216
210.384.3204

INVOICE NO.    2

INVOICE DATE:    04/23/13

Project: **LOS CERRITOS**

| Item No. | Description of Work | Value | Previous Application | % | Balance to Finish | Total Billed | Ret. | THIS PERIOD |
|---|---|---|---|---|---|---|---|---|
| 1 | 10,000 sq ft "Slabs" | $53,500.00 | | 100% | $53,500.00 | $0.00 | | $53,500.00 |
| 2 | 10,000 sq ft "pour only" | $13,722.00 | | 100% | $0.00 | $13,722.00 | | $0.00 |
| 3 | Structural Tank pads | $15,000.00 | | 0% | $15,000.00 | $0.00 | | $0.00 |
| 4 | Brick Lug / Door Track | $17,500.00 | | 100% | $17,500.00 | $0.00 | | $17,500.00 |
| 5 | Pour on Metal Deck | $9,000.00 | | 100% | $9,000.00 | $0.00 | | $9,000.00 |
| | TOTALS | $108,722.00 | $0.00 | | $95,000.00 | | 0 | $80,000.00 |

| # | Change Orders | | | | | | | THIS PERIOD |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | Total Change Orders | | | | | | | $0.00 |
| | TOTALS | | | | | | | $80,000.00 |

Payment to:       **RMJ Construcion Services LLC**
**180 Cr 762**
**Devine, Texas 78016**
**Ph. 210.912.3404**
**JamesF.RMJ@gmail.com**

TR_01685



Hangar doors and pocket door columns out of plumb, incorrectly field modified. Rather than correcting the footing, door pockets where shortened to match the concrete poured in place. Need to be removed and corrected.

60



Column base showing grade beam not flush with the brick lug. Hangar pocket doors installed at the incorrect size. They both need to be extended appx 2' 6".



Column base showing grade beam not flush with the brick lug. Hangar pocket doors installed at the incorrect size. They both need to be extended appx 2' 6".

_01785



Column base showing grade beam not flush with the brick lug. Note CMU supporting the wall.



24



25

_01717

TAB 27

| | |
|---|---|
| Type: | Concrete Labor |
| Subcontractor: | RMJ |
| Deficiencies: | Improper location of grade beam and foundation |
| Corrective Action: | Pilaster Extensions |
| Invoice #: | 2 |
| Cost to Correct: | $2,000.00 |
| Photos of Deficiencies: | 66-70 |
| Photos of Corrective Action: | 21-23 |

TR_001684



## Construction Services LLC

188 CR 762    Devine, Texas 78816        phone: 210.912.3404
JamesF.RMJ@gmail.com

August 28, 2013

Attn: Daniel Boddie

Re: Los Cerritos Ranch Concrete Deficiencies Breakdown

| LOS CERRITOS HANGAR IMPROVEMENTS | $ 20,000.00 |
| --- | --- |
| • Brick Lug/Grade Beam | $ 11,500.00 |
| • Door Track Extensions | $ 4,000.00 |
| • Pilaster Extensions | $ 2,000.00 |
| • "Pour Only" Slab (Epoxy/Dowel Installation) | $ 2,500.00 |

James Fierros

RMJ Construction Services llc

 
# R MJ

Construction Services LLC

## Invoice

attn:    Deanna Boedeker

Bill to:    GLACIER CAP CONSTRUCTION, LLC
10067 JonesMaltsberger
San Antonio, Texas 78216
210.384.3204

INVOICE NO.    2

INVOICE DATE:    04/23/13

Project:    **LOS CERRITOS**

| Item No. | Description of Work | Value | Previous Application | % | Balance to Finish | Total Billed | Ret. | THIS PERIOD |
|---|---|---|---|---|---|---|---|---|
| 1 | 10,000 sq ft "Slabs" | $53,500.00 | | 100% | $53,500.00 | $0.00 | | $53,500.00 |
| 2 | 10,000 sq ft "pour only" | $13,722.00 | | 100% | $0.00 | $13,722.00 | | $0.00 |
| 3 | Structural Tank pads | $15,000.00 | | 0% | $15,000.00 | $0.00 | | $0.00 |
| 4 | Brick Lug / Door Track | $17,500.00 | | 100% | $17,500.00 | $0.00 | | $17,500.00 |
| 5 | Pour on Metal Deck | $9,000.00 | | 100% | $9,000.00 | $0.00 | | $9,000.00 |
| | TOTALS | $108,722.00 | $0.00 | | $95,000.00 | | 0 | $80,000.00 |

| # | Change Orders | | | | | | | THIS PERIOD |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | Total Change Orders | | | | | | | $0.00 |
| | TOTALS | | | | | | | $80,000.00 |

Payment to:

**RMJ Construcion Services LLC**
**180 Cr 762**
**Devine, Texas 78016**
**Ph. 210.912.3404**
**JamesF.RMJ@gmail.com**

TR_01685



Column base showing grade beam not flush with the brick lug.

66



Column base showing grade beam not flush with the brick lug.



Column base showing grade beam not flush with the brick lug.

_01788



Column base showing grade beam not flush with the brick lug.



Column base showing grade beam not flush with the brick lug.

70

. _01790



TR_01713



22

R_01714



23

TR_01715

<u>TAB 28</u>

Type:                            Concrete Labor

Subcontractor:           RMJ

Deficiencies:           Improper location of grade beam and foundation

Corrective Action:       Epoxy Dowels at Existing

Invoice #:               2

Cost to Correct:         $2,500.00

Photos of Deficiencies:    76-77

Photos of Corrective     21-23
Action:

TR_001684



180 CR 762   Devine, Texas 75016        phone: 210.912.3404
        JamesF.RMJ@gmail.com

August 28, 2013

Attn: Daniel Boddie

Re: Los Cerritos Ranch Concrete Deficiencies Breakdown


| LOS CERRITOS HANGAR IMPROVEMENTS | $ 20,000.00 |
| --- | --- |
| • Brick Lug/Grade Beam | $ 11,500.00 |
| • Door Track Extensions | $  4,000.00 |
| • Pilaster Extensions | $  2,000.00 |
| • "Pour Only" Slab (Epoxy/Dowel Installation) | $  2,500.00 |


James Fierros


RMJ Construction Services llc



**Construction Services LLC**

## Invoice

attn: Deanna Boedeker

Bill to: GLACIER CAP CONSTRUCTION, LLC
10067 JonesMaltsberger
San Antonio, Texas 78216
210.384.3204

INVOICE NO. 2

INVOICE DATE: 04/23/13

Project: **LOS CERRITOS**

| Item No. | Description of Work | Value | Previous Application | % | Balance to Finish | Total Billed | Ret. | THIS PERIOD |
|---|---|---|---|---|---|---|---|---|
| 1 | 10,000 sq ft "Slabs" | $53,500.00 | | 100% | $53,500.00 | $0.00 | | $53,500.00 |
| 2 | 10,000 sq ft "pour only" | $13,722.00 | | 100% | $0.00 | $13,722.00 | | $0.00 |
| 3 | Structural Tank pads | $15,000.00 | | 0% | $15,000.00 | $0.00 | | $0.00 |
| 4 | Brick Lug / Door Track | $17,500.00 | | 100% | $17,500.00 | $0.00 | | $17,500.00 |
| 5 | Pour on Metal Deck | $9,000.00 | | 100% | $9,000.00 | $0.00 | | $9,000.00 |
| | TOTALS | $108,722.00 | $0.00 | | $95,000.00 | | 0 | $80,000.00 |

| # | Change Orders | | | | | | | THIS PERIOD |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | Total Change Orders | | | | | | | $0.00 |
| | TOTALS | | | | | | | $80,000.00 |

Payment to:

**RMJ Construcion Services LLC**
**180 Cr 762**
**Devine, Texas 78016**
**Ph. 210.912.3404**
JamesF.RMJ@gmail.com

TR_01685



Installed additional dowels per the structural drawings at 1' OC.
Previously Installed at 2' OC.

ι ٫_ى1796



Installing additional dowels at 1' OC.



21

TR_01713



22



23

TR_01715

<u>TAB 29</u>

| | |
|---|---|
| Type: | Concrete Material |
| Subcontractor: | DGJ |
| Deficiencies: | Improper location of grade beam and foundation |
| Corrective Action: | Concrete Footings |
| Invoice #: | 6104 |
| Cost to Correct: | $6,365.10 |
| Photos of Deficiencies: | 64-70 & 72 |
| Photos of Corrective Action: | 21-23 |

# D.G.J. Transport, Inc.
# PO Box 1730
# Uvalde,, TX 78802

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/29/2013 | 6104 |

| Phone # | 830 5911674 |
|---------|-------------|
| Fax # | 8305911388 |

| Bill To |
|---------|
| BoDen, LLC<br>11550 IH 10 West, Siute 395A<br>San Antonio, Tx 78230 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| Montell, TX | Due on receipt | |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| RM-3300 | Ready Mix 4000 PSI. cu.yd.     Tk# 4252--4257<br>4-17-2013 | 60 | 98.00 | 5,880.00T |

*Footings*

Pay from this invoice, no statement will be sent.          Thank you for your buisness.

| | |
|---|---|
| Subtotal | $5,880.00 |
| Sales Tax  (8.25%) | $485.10 |
| Total | $6,365.10 |
| Balance Due | $6,365.10 |



Column base showing grade beam not flush with the brick lug. Hangar pocket doors installed at the incorrect size. They both need to be extended appx 2' 6".

64

_01784



Column base showing grade beam not flush with the brick lug. Hangar pocket doors installed at the incorrect size. They both need to be extended appx 2' 6".

65



Column base showing grade beam not flush with the brick lug.

66

..._01786



Column base showing grade beam not flush with the brick lug.

67

787



Column base showing grade beam not flush with the brick lug.



Column base showing grade beam not flush with the brick lug.



Column base showing grade beam not flush with the brick lug.

70

_01790



Column base showing grade beam not flush with the brick lug. Note CMU supporting the wall.



TR_01713



22

R_01714



23

TAB 30

| | |
|---|---|
| Type: | Concrete Cutting |
| Subcontractor: | Texas Curb Cut |
| Deficiencies: | Concrete level poured too high to accommodate final materials |
| Corrective Action: | Saw Cut and remove concrete for trench drain |
| Invoice #: | 137923 |
| Cost to Correct: | $8,118.75 |
| Photos of Deficiencies: | 81-82 |
| Photos of Corrective Action: | 26-27 |

# Texas Cutting & Coring

San Antonio Division
17332 Bell North Drive, Schertz, TX. 78154
(210) 637-6869

RECEIVED
JUL 1 2 2013
BY:

PLEASE REMIT PAYMENT TO:
17 Indian Meadows, Round Rock, Tx 78664
Tel (512) 447-4477 Fax (512) 255-5974

| | |
|---|---|
| INVOICE NO: | T37923 |
| INVOICE DATE: | 06/28/13 |
| PAYMENT TERMS: | Net 10 Days |
| PURCH ORDER #: | DANIEL |
| JOB REQUEST #: | |
| ORDERED BY: | |

GLACIERCAP MANAGEMENT
10101 REUNION PLACE
#1000
SAN ANTONIO, 76

**JOB SITE**

Operator: MANUEL SANCHEZ -
LOS CERRITOS RANCH
EL CASA VERDE
COUNTY RD 410
UVALDE, TX

| DATE/TICKET | QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 06/20/13 176069 | 1.00 | SAW CUT HAND REMOVE & HAUL OFF 18 80' X 12" WIDE TRENCH IN A DRAIN TROUGH, HAD TO USE PLATFORMS TO BE ABLE TO CUT THIS | 7,500.000 | 7,500.00 |
| | | *We appreciate your business!* | | |
| | | Proj. Name *Los Cerritos Hangar* | | |
| | | Proj. Code 1205-000 | | |
| | | Cost Code 150-04 | | |
| | | Type S M L | | |
| | | Approved By GS Date 7/1/13 | | |

PT 012159, 012161, 012162, 012163

| | |
|---|---|
| SALE AMOUNT: | 7,500.00 |
| SALES TAX: | 618.75 |
| TOTAL AMOUNT: | $8,118.75 |

TEXAS CUTTING & CORING, INC. WORK POLICIES:
* We accept no responsibility for layout.
* We accept no liability for water damage or any damage to buried conduit, pipe, wood, beams or footings concealed in or under concrete or asphalt, surfaces, or within the cutting, drilling, demolition or excavation depths requested
* Any claims for damage must be reported to our office within 48 hours after the damage was done and TEXAS CUTTING & CORING, INC. reserves the right to inspect this damage and repair it or sublet the repairs prior to accepting any back charges.



Trench drain set incorrectly, too high above concrete. Concrete poured incorrectly, need positive slop on the drain, concrete near drain will have to be removed.

81



Trench drain set incorrectly, too high above concrete. Concrete poured incorrectly, need positive slop on the drain, concrete near drain will have to be removed.



26

TR_01718



27

_01719

TAB 31

| | |
|---|---|
| Type: | Plumbing |
| Subcontractor: | Central Back Hoe & Utility |
| Deficiencies: | Insufficient amount of material left on site by SBS |
| Corrective Action: | Trench Drain - use existing trench drains and purchasing additional channels and extension frame system per engineer |
| Invoice #: | CBU-002 |
| Cost to Correct: | $13,718.11 |
| Photos of Deficiencies: | 81-82 |
| Photos of Corrective Action: | 26-27 |

TR_01866

# APPLICATION FOR PAYMENT

*Form WT-001*

| HAND CARRY or OVERNIGHT DELIVERY TO: | FROM: | PROJECT: **Los Cerritos Hanger Uvalde Texas** |
|---|---|---|
| Glacier Cap Construction, LLC. | Contractor: Central Backhoe & Utilities, Ltd | CONTRACT NO: |
| 10067 Jonesmaltsberger | Remitance 10080 Braun Road | APPLICATION NO: 2 |
| San Antonio, Texas 78216 | Address: San Antonio, TX 78254 | PERIOD TO: 6/30/2013 |
| (210) 384-3204 | Phone No. 210-688-3244    Fax No. 210-688-3451 | INVOICE DATE: 6/25/2013 |
| (210) 375-0823 Facsimile | | |

## APPLICATION: 1

Application is made for Payment, as shown below, in connection with the Contract. Schedule of Values, WT-002, is attached.

| | | | |
|---|---|---|---|
| 1 | ORIGINAL CONTRACT SUM | $ | 80,553 |
| 2 | Net change by Change Orders | $ | 22,507 |
| 3 | CONTRACT SUM TO DATE (Line 1 +/- 2) | $ | 103,060 |
| 4 | TOTAL COMPLETED & STORED TO DATE | $ | 90,218 |

(Column G on *WT-002*)

5   RETENTION

a   __0__ % of Completed Work   $ __0__
(Column D + E on *WT-002*)

b   __0__ % of Stored Material   $ __0__
(Column F on WT-002)

c   __0__ % of Contract Sum   $ __0__
(Column F on WT-002)

| | | |
|---|---|---|
| Total Retention (Lines 5a + 5b, or Line 5c) | $ | 90,218 |
| 6 TOTAL EARNED LESS RETENTION | $ | |
| (Line 4 less Line 5 Total) | | |
| 7 LESS PREVIOUS CERTIFICATES FOR PAYMENT | $ | 52,000 |
| 8 CURRENT PAYMENT DUE | $ | **40,718** |

### CHANGE ORDER SUMMARY

| | Additions | Deductions | Net Change |
|---|---|---|---|
| Previously Approved | $ - | $ - | $ - |
| Approved this Month | $ 22,507.14 | $ - | $ 22,507.14 |
| Totals | $ 22,507.14 | $ - | $ 22,507.14 |

### CERTIFICATION:

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from Glacier Cap, and that the current payment shown herein is now due.

**CONTRACTOR:**   Central Backhoe & Utlities, Ltd

By:    Date: 6-21-13

Michael Martinez / Project Manager
Printed Name and Title

State of:   TEXAS   County of: BEXAR

Subscribed and sworn to before me this 21st   day of June 2013

Notary Public: Cathy Chambers

My Commission expires: 1-28-14

**CATHY CHAMBERS**
MY COMMISSION EXPIRES
JANUARY 28, 2014

# SCHEDULE OF VALUES

*Form CBU-002*

FROM:

Contractor: Central Backhoe & Utilities, Ltd

Remitance 10080 Braun Road

Address: San Antonio, TX 78254

PROJECT: **Los Cerritos Hanger Uvalde Texas**

CONTRACT NO:

APPLICATION NO: 2

PERIOD TO: 6/30/2013

INVOICE DATE: 6/252013

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | Work Completed | | Materials | Total Completed | % | | Retainage |
| Item # | Description of Item | Scheduled Value | From Previous Application | This Period | Presently Stored (Not in D or E) | And Stored to Date (D+E+F) | (G/C) | Balance to Finish (C-G) | Held 0% |
| 1 | Mobilization | $ 1,500 | $ 1,500 | | $ - | $ 1,500 | 100% | | $ |
| 2 | Concrete Demo | $ 10,000 | $ 10,000 | | $ - | $ 10,000 | 100% | | $ |
| 3 | First floor under slab rough-in | $ 11,500 | $ 11,500 | | $ - | $ 11,500 | 100% | | $ |
| 4 | First floor top-out | $ 14,500 | $ 14,500 | | $ - | $ 14,500 | 100% | $ - | $ |
| 5 | Second floor rough-in | $ 8,500 | $ 8,500 | | $ - | $ 8,500 | 100% | $ - | $ |
| 6 | Second floor top-out | $ 8,500 | $ 6,000 | $ 2,500 | $ - | $ 6,000 | 100% | | $ |
| 7 | Overhead domestic water ( hose bibbs in bay) | $ 9,000 | $ - | $ 9,000 | $ - | $ 9,000 | 100% | $ - | $ - |
| 8 | Overhead air lines | $ 6,500 | $ - | $ 6,500 | $ - | $ 6,500 | 100% | $ - | $ - |
| 9 | Fixtures/Equipment | $ 10,553 | $ - | $ 4,000 | $ - | $ 4,000 | 38% | $ 6,553 | $ - |
| 10 | Change Order #2 Trench Drain | $ 13,718 | $ - | $ 13,718 | $ - | $ 13,718 | 100% | $ 0 | $ - |
| 11 | Change Order #3 Oil Separator | $ 8,789 | $ - | $ 5,000 | $ - | $ 5,000 | 57% | $ 3,789 | $ - |
| 12 | | | $ - | $ - | $ - | $ - | 0% | $ - | $ - |
| 13 | | | $ - | $ - | $ - | $ - | 0% | $ - | $ - |
| 14 | | | $ - | $ - | $ - | $ - | 0% | $ - | $ - |
| 15 | | | $ - | $ - | $ - | $ - | 0% | $ - | $ - |
| 16 | | | $ - | $ - | $ - | $ - | 0% | $ - | $ - |
| 17 | | | $ - | $ - | $ - | $ - | 0% | $ - | $ - |
| 18 | | | $ - | $ - | $ - | $ - | 0% | $ - | $ - |
| 19 | | | $ - | $ - | $ - | $ - | 0% | $ - | $ - |
| 20 | | | $ - | $ - | $ - | $ - | 0% | $ - | $ - |
| 21 | | | $ - | $ - | $ - | $ - | 0% | $ - | $ - |
| 22 | | | $ - | $ - | $ - | $ - | 0% | $ - | $ - |
| 23 | | | $ - | $ - | $ - | $ - | 0% | $ - | $ - |
| 24 | | | $ - | $ - | $ - | $ - | 0% | $ - | $ - |
| 25 | | | $ - | $ - | $ - | $ - | 0% | $ - | $ - |
| 26 | | | $ - | $ - | $ - | $ - | 0% | $ - | $ - |
| | Total CBU-002 | $ 103,060 | $ 52,000 | $ 40,718 | $ - | $ 90,218 | 88% | $ 12,842 | $ - |



Trench drain set incorrectly, too high above concrete. Concrete poured incorrectly, need positive slop on the drain, concrete near drain will have to be removed.

81



Trench drain set incorrectly, too high above concrete. Concrete poured incorrectly, need positive slop on the drain, concrete near drain will have to be removed.



26

TR_01718



27

TAB 32

| | |
|---|---|
| Type: | HVAC |
| Subcontractor: | Holts Mechanical |
| Deficiencies: | Fan Provided by SBS was too large to fit into opening of cupola |
| Corrective Action: | Purchase new fans because SBS provided incorrect materials |
| Invoice #: | C/O #1 |
| Cost to Correct: | $7,564.00 |
| Photos of Deficiencies: | |
| Photos of Corrective Action: | 19 |

# Proposal

## HM HOLTS MECHANICAL

5522 RITTIMAN ROAD
SAN ANTONIO, TX 78218
210-661-7500   Fax 210-662-9122
TACLA3476C

| Submitted to | |
|---|---|
| GLACIER CAP CONSTRUCTION C/O LEWIS ENERGY GROUP P.O. BOX 469020 SAN ANTONIO, TX 78246 ATTN: DANIEL | |

( EXTRAS )

| Date |
|---|
| 5/17/2013 |

| Customer Phone | 210-384-5892 |
|---|---|
| Customer Fax | |

| Job Name | Job Location | Address |
|---|---|---|
| LOS CERRITOS HANGER | | UVALDE, TX |

### Description

PROVIDE AND INSTALL 2 NEW HIGH VOLUME VERTICAL WALL FANS FOR UP IN THE CUPOLA DUE TO THE FACT THAT THE ONE THAT WAS SPECIFIED WILL NOT FIT IN THE SPACE. INCLUDE: FAN, HOUSING, BACK DRAFT DAMPER, OSHA SCREEN AND WALL LOUVER.

BILLED AS PER JOB PROGRESS
BILLED IN FULL UPON COMPLETION
SALES TAX ON MATERIALS ONLY

Note: This proposal may be withdrawn by us if not accepted within 90 days. SALES TAX ON MATERIALS ONLY

**Base Proposal**      **$7,564.00**

All material is guaranteed to be as specified. All work to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written order and will become an extra charge over and above the estimate. All agreements contingent upon strikes beyond our control. Owner to carry fire, natural disaster and other necessary insurance. Our workmen are fully covered by Workman's Compensation Insurance.

Authorized Signature    *Jeff Holt*

Acceptance of Proposal. The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Signature _____   Date _____

Regulated by the Texas Department of Licensing and Registration, P.O. Box 12157, Austin, TX 78711, 800-803-9202, 512-463-6599, www.license.state.tx.us



19

TR_01711

TAB 33

| | |
|---|---|
| Type: | Electrical |
| Subcontractor: | C&S Enterprise |
| Deficiencies: | Wiring installed by SBS was undersized and under rated to accommodate electrical load |
| Corrective Action: | Remove existing wiring to 120V wall outlet in hangar area, and replace with larger wire to allow for voltage drop |
| Invoice #: | 1123700 |
| Cost to Correct: | $1,875.00 |
| Photos of Deficiencies: | 84-86 |
| Photos of Corrective Action: | |



**C&S Enterprise, Inc.**
*Electrical Contractor*

155 Remount Drive San Antonio, Texas 78218

(210) 590-6629 Fax (210) 967-6613
www.c-s-enterprise.com

Ref: Los Cerritos Hanger

# Deficiencies

- Remove existing wiring to 120V wall outlets in hanger area, and replace with larger wire to allow for voltage drop....$1,875.00

- Reconfigure wall outlets and j-boxes for powered lovers in masonry block walls in hanger area to reflect engineered drawing....$1,525.00

- Relocate fixtures in Hanger area to reflect engineered drawings in hanger area......1,135.00

# Total repairs.....................$4,535.00



**EXHIBIT**
D-2



Exterior wiring roughed in, wrong wire size. Wire needs to be demolished due to incorrect installation.

84



Exterior wiring roughed in, wrong wire size. Wire needs to be demolished due to incorrect installation.

85



Conduit roughed in with wire pulled. Wire pulled at incorrect length and size. Wire needs to be demolished due to incorrect installation.

86

TAB 34

| | |
|---|---|
| Type: | Electrical |
| Subcontractor: | C&S Enterprise |
| Deficiencies: | Wiring installed by SBS was undersized and under rated to accommodate electrical load |
| Corrective Action: | Reconfigure wall outlets and j-boxes for powered lovers in masonry block walls in hangar area to reflect engineered drawing |
| Invoice #: | 1123700 |
| Cost to Correct: | $1,525.00 |
| Photos of Deficiencies: | 84-86 |
| Photos of Corrective Action: | |


**& prise, inc.**
*Electrical Contractor*

155 Remount Drive San Antonio, Texas 78218

(210) 590-6629 Fax (210) 967-6613
www.c-s-enterprise.com

Ref: Los Cerritos Hanger

# Deficiencies

- Remove existing wiring to 120V wall outlets in hanger area, and replace with larger wire to allow for voltage drop....$1,875.00

- Reconfigure wall outlets and j-boxes for powered lovers in masonry block walls in hanger area to reflect engineered drawing....$1,525.00

- Relocate fixtures in Hanger area to reflect engineered drawings in hanger area......1,135.00

# Total repairs.....................$4,535.00


**EXHIBIT**
D-2



Exterior wiring roughed in, wrong wire size. Wire needs to be demolished due to incorrect installation.

84



Exterior wiring roughed in, wrong wire size. Wire needs to be demolished due to incorrect installation.

85



Conduit roughed in with wire pulled. Wire pulled at incorrect length and size. Wire needs to be demolished due to incorrect installation.

ɔ1806

TAB 35

| | |
|---|---|
| Type: | Electrical |
| Subcontractor: | C&S Enterprise |
| Deficiencies: | Wiring for Light fixtures placed in incorrect locations |
| Corrective Action: | Relocate fixtures in Hangar area to reflect engineered drawings in hangar area |
| Invoice #: | 1123700 |
| Cost to Correct: | $1,135.00 |
| Photos of Deficiencies: | 84-86 |
| Photos of Corrective Action: | 19 |



**C&S Enterprise, Inc.**
*Electrical Contractor*

155 Remount Drive San Antonio, Texas 78218

(210) 590-6629 Fax (210) 967-6613
www.c-s-enterprise.com

Ref: Los Cerritos Hanger

# Deficiencies

- Remove existing wiring to 120V wall outlets in hanger area, and replace with larger wire to allow for voltage drop....$1,875.00

- Reconfigure wall outlets and j-boxes for powered lovers in masonry block walls in hanger area to reflect engineered drawing....$1,525.00

- Relocate fixtures in Hanger area to reflect engineered drawings in hanger area......1,135.00

# Total repairs.....................$4,535.00



EXHIBIT
D-2



Exterior wiring roughed in, wrong wire size. Wire needs to be demolished due to incorrect installation.

84

_J1804



Exterior wiring roughed in, wrong wire size. Wire needs to be demolished due to incorrect installation.

85



Conduit roughed in with wire pulled. Wire pulled at incorrect length and size. Wire needs to be demolished due to incorrect installation.

)1806



19

TAB 36

Type:                          Demolition

Subcontractor:                 Mesquite Interiors

Deficiencies:                  Framing system installed by SBS did not meet engineered
                               specifications

Corrective Action:             Demolition of existing light gauge framing

Invoice #:                     11108

Cost to Correct:               $19,662.00

Photos of Deficiencies:        49-59

Photos of Corrective
Action:

TR_001683



**MESQUITE**
INTERIORS, L.P.

11802 Warfield Street
San Antonio, TX 78216-3213

(210) 341-3412 Tel
(210) 341-6505 Fax

August 29, 2013

Daniel Boddie

Los Cerritos Corrective Work

1.) Gas – 3 vehicles – 5 days - @ 190 miles round-trip = 2,850 miles - $ 1,140.00
2.) Drive time – 8 men @ 5 days = 160 MH OT = $ 7,938.00
3.) Regular time – 8 men @ 5 days = 320 MH = $ 10,584.00
4.) T O T A L - $ 19,662.00





Framing installed at the incorrect elevation per the architectural plans. Kyle with SBS noted that they needed to lower the framing 6.5" in an onsite meeting with Daniel Boddie and Tom Pittman. This framing does not meet the architectural criteria for metal stud framing. The drawings noted this framing to be 16 ga. Galvanized framing. The substitution of this material was not requested and not approved by the owner or architect.

49

..._01769



The Purlins used as joists were bent to accommodate cross bracing thus compromising structural stability at these locations. The office, kitchen, media room and pilots area were not engineered and not approved by the owner or JGA.

01770



Photo of the bent purlins once the bracing was removed. Note the field modification to the purlins.

. . ._01771



Spacing of the purlins did not match the architectural drawings. Located at 16" OC. Note, the box beam headers did not exist to frame the openings.



Missing Double purlin at the inside corner.



Additional photo of the modification to the purlins to accommodate the bracing creating a weak point in the structure.



Incorrect type of steel framing. The Architectural drawings show a layout that does not match the way this work is.



Light gauge framing above the CMU walls. Double stud columns were not utilized in the construction of the    windows. Headers were not used in the construction of the windows.

56

.._v1776



Spacing of the purlins installed not per the architectural drawings. Installed at 2' OC not 16".

..._01777



Additional area showing the incorrect spacing of the framing above the CMU walls. Framing installed to set back on the CMU thus causing a possible leak area. Framing should have been set back so that dens glass sheathing would be flush with the exterior face of the CMU wall as per the architectural details

1778



Third area showing incorrect spacing of the light gauge framing above the CMU walls. This framing does not meet the 16ga galvanized metal stud specs per the architectural drawings.

<u>TAB 37</u>

| | |
|---|---|
| Type: | Consulting Fee |
| Subcontractor: | Speedway Erection |
| Deficiencies: | Identification of specific deficiencies |
| Corrective Action: | Determine extent of corrective actions required to complete the hangar |
| Invoice #: | 13-0308 |
| Cost to Correct: | $11,032.00 |
| Photos of Deficiencies: | |
| Photos of Corrective Action: | |

TR_001686

# Speedway Erection Service Company  INVOICE

*Making Our Mark Through Excellence in Safety*

| | |
|---|---|
| DATE: | March 25, 2013 |
| INVOICE # | 13-0308 |

7135 Eckhert Road
San Antonio, Texas 78238
Phone 210.681.5066  Fax 210.681.6837

**Bill To:**

Valarie Lewis, Glacier Cap Construction, LLC
10067 Jonesmaltsberger
San Antonio, Texas 78230

**Ship To:**

Los Cerritos Hangar
CR 410
Uvalde, Texas

E-mail:  Deanna@lewisenergy.com

*Comments or Special Instructions:*

| SALESPERSON | Project Number | SHIP DATE | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|
| D. Scott Grover | 13-110 | | | | Net 10th |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | Provide labor and equipment for investigation to determine extent of corrective actions and materials needed to complete hangar in Uvalde, Texas | | $ 11,032.00 |
| | | SUBTOTAL | $ 11,032.00 |
| | | Shipping | |
| | | Sales Tax | |
| | | Less Retainage | $ - |
| | | TOTAL | $ 11,032.00 |

Make checks payable to Speedway Erection Service Company.
Please direct questions to Annette Zamora 210-681-5066 or
email annettez@speedwayerection.com

*Please respond with any question within 10 days. After*
*10 days, invoices will be considered accurate.*

**THANK YOU FOR YOUR BUSINESS!**

# DEFENDANT'S
# EXHIBIT
# 70

| TAB | TYPE | SUBCONTRACTOR | DEFICIENCIES | CORRECTIVE ACTION | INVOICE # | COST TO CORRECT | PHOTOS OF DEFICIENCIES | PHOTOS OF CORRECTIVE ACTION |
|---|---|---|---|---|---|---|---|---|
| 1 | PEMB Labor | United Erectors | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion | Remove and Install roof insulation and new roof sheets | 3995 & 3402 | $103,729.00 | 1-27 | 1-12 |
| 2 | PEMB Labor | United Erectors | Building Erected out of plumb by 2" | Level and plumb building | 3986 | $5,000.00 | 42 & 48 | 12, 13 & 20 |
| 3 | PEMB Labor | United Erectors | Hangar Door Frame above was out of alignment with door track | Remove and Re-install hangar doors | 3988 | $5,000.00 | 42 & 44-46 | 18 |
| 4 | PEMB Labor | United Erectors | Angle supports for door tracks installed incorrectly and caused door track to bend and break | Re-align hangar door rails with new angles | 3988 | $3,000.00 | 30 ,31 & 38 | 18, 24 & 25 |
| 5 | PEMB Labor | United Erectors | Lateral wind bracing beams located in front of windows | Lower all beams: 37SB1; 38SB1; 34SB2L; 34SBR2R | 3986 | $10,000.00 | 40 | 14 & 15 |
| 6 | PEMB Labor | United Erectors | Lateral wind bracing beams located in front of windows | Re-attach both beams 375B1 at column line 5 & 4 for winds rods | 3986 | $5,000.00 | 28 & 40 | 14 & 15 |
| 7 | PEMB Labor | United Erectors | Lateral wind bracing beams located in front of windows | Attach beams 335B1 and 36Sb1 with two clips, one welded to beam | 3986 | $10,000.00 | 28 & 40 | 14 & 15 |
| 8 | PEMB Labor | United Erectors | Door tracks were improperly aligned | Fix all of top framing for hangar door to roll on correct bottom track | 3988 | $5,000.00 | 29, 38 | 18 |
| 9 | PEMB Labor | United Erectors | Misc. areas through out building lacked complete installation of specified bolts | Check all bolts and install missing bolts | 3988 | $2,000.00 | 44,45 & 46 | 1-11 & 16 |
| 10 | PEMB Labor | United Erectors | Door pockets were modified in field by SBS due to incorrect foundation size | C/O # 1 Fabrication of pocket doors | 3995 | $5,500.00 | 42, 60 - 62 | 18 |
| 11 | PEMB Labor | United Erectors | Door pockets were modified in field by SBS due to incorrect foundation size | Remove all material at door pockets, replace with new material | 3988 | $5,000.00 | 42, 60 - 62 | 24, 25 |
| 12 | PEMB Labor | United Erectors | Unspecified materials used at pilots office | Install columns and rectangular tube at pilot office | 3988 | $5,000.00 | | 14 |
| 13 | PEMB Labor | United Erectors | Unspecified materials used at kitchen | Install columns and rectangular tube at living quarters | 3988 | $5,000.00 | | 19 |
| 14 | PEMB Labor | United Erectors | Building Erected out of plumb | Re-install wind rods in south and north sidewalls | 3988 | $5,000.00 | 28 | 14, 15 & 16 |
| 15 | PEMB Material | MBCI | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion | Invoice # 3996887 - Roof sheets | 3996887 | $1,385.22 | 5, 6, 9, 11 & 14 | 1, 6-8 & 11 |
| 16 | PEMB Material | MBCI | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion | Invoice # 3978735 - Roof Sheets & Rake support | 3978735 | $22,443.08 | 11, 14 | 1, 5, 6-8 & 11 |
| 17 | PEMB Material | MBCI | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion | Invoice # 4048039 - Roof Sheets, Eve plates, Screws, & Tape Seal | 4048039 | $4,602.17 | 7, 8, 18, 22, 23 | 1-11 |
| 18 | PEMB Material | MBCI | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion | Invoice # 3978734 - Roof Sheets, Rake Trim, 2x4 Angle, Eve Plates, Ridge Flashing, Gutter, Down Spout, Misc. Screws, Roof Clips, Tape Seal, Backhoe plates, Misc. Roof accessories | 3978734 | $19,897.94 | 7, 18, 21, 22, 23 | 1-11 |
| 19 | PEMB Material | MBCI | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion | Invoice # 3991125 - Ridge cap | 3991125 | $378.88 | 15, 16 | 1, 9 & 11 |
| 20 | PEMB Material | MBCI | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion | Invoice # 3996712 - Ridge hip fix | 3996712 | $405.83 | 1 & 3 | 1, 9 & 11 |
| 21 | PEMB Material | MBCI | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion | Invoice # 4025105 - Hand Crimp | 4025105 | $265.22 | | |
| 22 | PEMB Material | MBCI | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion | Invoice # 4024889 - Seamer Rental | 4024889 | $990.49 | 1-27 | |
| 23 | PEMB Material | MBCI | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion | Invoice # 4009549 - Ridge and closer strips | 4009549 | $167.05 | 1, 3, 4 | 1-4 & 9-11 |
| 24 | PEMB Material | MBCI | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion | Invoice # 3989474 - Roof Clips | 3989474 | $2,235.90 | 10 | 1-11 |
| 25 | Concrete Labor | RMJ | Improper location of grade beam and foundation | Brick lug and Grade Beam | 2 | $11,500.00 | 64-70 | 21-23 |
| 26 | Concrete Labor | RMJ | Improper location of grade beam and foundation | Door Track Extensions | 2 | $4,000.00 | 60, 64, 65 & 72 | 24 & 25 |
| 27 | Concrete Labor | RMJ | Improper location of grade beam and foundation | Pilaster Extensions | 2 | $2,000.00 | 66-70 | 21-23 |
| 28 | Concrete Labor | RMJ | Improper location of grade beam and foundation | Epoxy Dowels at Existing | 2 | $2,500.00 | 76 & 77 | 21-23 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 29 | Concrete Material | DGJ | Improper location of grade beam and foundation | Concrete Footings | 6104 | $6,365.10 | 64 - 70 & 72 | 21-23 |
| | Concrete Cutting | Texas Curb Cut | Concrete level poured too high to accomidate final materials | Saw Cut and remove concrete for trench drain | 137923 | $8,118.75 | 81 & 82 | 26 & 27 |
| 31 | Plumbing | Central Back Hoe & Utility | Insufficient amount of material left on site by SBS | Trench Drain - use existing trench drains and purchasing additional channels and extension frame system per engineer. | CBU-002 | $13,718.11 | 81 & 82 | 26 & 27 |
| 32 | HVAC | Holts Mechanical | Fan Provided by SBS was too large to fit into opening of cupola | Purchase new fans because SBS provided incorrect materials. | C/O #1 | $7,564.00 | | 19 |
| 33 | Electrical | C&S Enterprise | Wiring installed by SBS was undersized and under rated to accommodate electrical load | Remove existing wiring to 120V wall outlet in hangar area, and replace with larger wire to allow for voltage drop | 1123700 | $1,875.00 | 84-86 | |
| 34 | Electrical | C&S Enterprise | Wiring installed by SBS was undersized and under rated to accommodate electrical load | Reconfigure wall outlets and j-boxes for powered lovers in masonry block walls in hangar area to reflect engineered drawing | 1123700 | $1,525.00 | 84-86 | |
| 35 | Electrical | C&S Enterprise | Wiring for Light fixtures placed in incorrect locations | Relocate fixtures in Hangar area to reflect engineered drawings in hangar area | 1123700 | $1,135.00 | 84-86 | 19 |
| 36 | Demolition | Mesquite Interiors | Framing system installed by SBS did not meet engineered specifications | Demolition of existing light gauge framing | 11108 | $19,662.00 | 49-59 | |
| 37 | Consulting Fee | Speedway Erection | Identification of specific deficiencies | Determine extent of corrective actions required to complete the hangar | 13-0308 | $11,032.00 | | |
| | | | | | | | | |
| | Total | | | | | $317,995.74 | | |

## TAB 1

Type:                    PEMB Labor

Subcontractor:        United Erectors

Deficiencies:          Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion

Corrective Action:    Remove and install roof insulation and new roof sheets

Invoice #:              3995 & 3402

Cost to Correct:       $103,729.00

Photos of Deficiencies:   1-27

Photos of Corrective    1-12
Action:

TR_001690

**UNITED ERECTORS**
PO Box 681803
San Antonio, Texas 78268
office (210) 521-8351
fax (210) 521-1849

# INVOICE

April 17, 2013

To: Lewis Energy Group
10067 Jones Maltsberger
San Antonio, Texas 78216

INVOICE # 3995
Job: Los Cerritos Ranch
Terms: Upon Receipt
MSA NO. 11487

## DESCRIPTION

Labor to complete following work as agreed:
  Repairs:
  1. Remove half roof and insulation, on and off
  2. Install half roof insulation and new roof sheet, on and off

| | |
|---|---|
| Total labor cost | $ 45,000.00 |
| Total material cost | $ 10,729.86 |

Add:
Change Order #1
1. Extra cost to fabricate pocket door material to fix

| | |
|---|---|
| Total Extra Labor cost | $ 5,500.00 |

| | |
|---|---|
| TOTAL DUE | $ 61,229.86 |

Thank you.

TR_001691

**UNITED ERECTORS**
PO Box 681803
San Antonio, Texas   78268
office (210) 521-8351
fax (210) 521-1849

# INVOICE

May 17, 2013

To: Lewis Energy Group
    10067 Jones Maltsberger
    San Antonio, Texas   78216

INVOICE # 3402
Job: Los Cerritos Ranch
Terms: Upon Receipt
MSA NO. 11487

## DESCRIPTION

Labor to complete following work as agreed:
    Repairs:
    1. Remove  second half roof and insulation, on and off
    2. Install  second half roof insulation and new roof sheet, on and off

| | |
|---|---|
| Total labor cost | $ 48,000.00 |

Add:
Change Order #2
1. Extra cost to fabricate and erect one large over head door opening.

| | |
|---|---|
| Total Extra Labor cost | $ 3,310.00 |
| Total cost of material | $ 5,260.00 |
| TOTAL DUE | $ 56,570.00 |

Thank you



Inside of ridge shows gaps that will allow water to penetrate, appears ridge is only screw to roof sheets.

01721



Roof sheets to long/close together at this condition. Normally there is a 4" to 6" gap No expansion will be allowed, no back up plate present.

2



Gap at ridge closure will allow water to enter, wrong closure used, wrong tape seal used.

3

ıℜ_01723



Wrong closure piece used at ridge cap. will allow water entry during wind driven rain event. .





Roof sheets not seamed properly, roof sheets pulled apart at bottom.

..._01725



Roof sheets trimmed back at cupola steel framing, and burned during welding activities.

6



Large void due to improper eave flashing.

7

..._01727



Large void due to improper eave flashing. Field fabricated flashing installed incorrectly.

8



Roof sheets trimmed back at cupola beam, no trim present. Roof sheets burned from welding beams. It is unknown if work was performed by certified welder.

9

..._01729



Three different types of roof clips found on site, metal building drawings call out "High Floating" Clips.



Drawings specify full sheets to be used on roof. Shown here as a panel splice not in accordance with the drawings.

11



Shows roof drop off at front end wall. Same condition at both sides of building due to improper field fabrication of shortened door pockets.

12



Closer views of roof drop off.

13

..._01733



Most of roof is one full length sheet, some laps are used for unknown reason. Laps are not in accordance with the drawings and specifications.

34

14



Ridge cap end lap, lacks fasteners. Documents specify 14-16 fasteners. This shows maybe 6.

_01735



Wrong closure and tape seal used at ridge.

16



Gap due to wrong closure used, will allow water to enter.

17

..._01737



Drawings specify eave plate should be used at this condition in lieu of roof clip.

18



Roof sheets not aligned and no trim or gutters. Roof sheet not as specified on Metal Building Drawings

19



Trim missing, roof sheet cut and bent over rake.



No trim or gutters present, roof sheet bent up and over rake.

21



According to drawings eave plate should be used at this condition in lieu of roof clip



Close view of roof dip, screws at end of standing seam panel, eave plate missing/not installed. Different size clips causing deformation of roof sheets.

23

. . _01743



Closer view of roof slop change at front end wall due to shortening of pocket doors. The geometry of the roof slop was miss calculated when door pockets where field modified.



Roof slope change at front end wall due to shortening of pocket doors.

IN_01745



Roof dips approximately 4" at front end wall due to improper field modification of pocket door frames.

26

46



Roof dips approximately 4" at frond end wall due to improper field modification of pocket door frames.

27

i.._01747



1

TR_01693



2

01694



3

TR_01695



4


1696



5

TR_01697



6

7





8



9

TR_01701



10

J1702



TR_01703



12

01704

TAB 2

Type:                          PEMB Labor

Subcontractor:                 United Erectors

Deficiencies:                  Building erected out of plumb by 2"

Corrective Action:             Level and plumb building

Invoice #:                     3986

Cost to Correct:               $5,000.00

Photos of Deficiencies:        42 & 48

Photos of Corrective          12-13 & 20
Action:

UNITED ERECTORS
PO Box 681803
San Antonio, Texas    78268

# I N V O I C E

March 28, 2013

To:  Lewis Energy Group
3986
     10067 Jones Maltsberger
Cerritos Ranch
     San Antonio, Texas    78216
Receipt

INVOICE #

Job: Los

Terms:  Upon

## DESCRIPTION

Labor to complete following work as agreed:
  Repairs:
  1.  Level and plumb building
  2.  Lower all beams : 37SB1; 38SB1; 34SB2L; 34SBR2R
  3.  Re-touch both beams 37SB1 at column line 5 & 4 for wind rods
  4.  Attach beams 35SB1 and 36SB1, one welded to beam and
       the other welded to clip and anchored to bond beam in CMU wall

New Construction:
  1.  Install perimeter angle at mezzanine and panels

Total labor cost

$ 35,000.00

Thank you.

Proj. Name _Los Cerritos Ranch-Hanger_
Proj. Code _1205.000_
Cost Code _180-01_

Type  S   M   L

Approved By _____ Date _____



Hangar doors and pocket door columns out of plumb, incorrectly field modified. Rather then correcting the footing, door pockets where shortened to match the concrete poured in place.

42

_01762



The super structure was erected out of plumb, end wall columns lean two inches towards west. Note gap at bottom of column vs top of column.

48



12

TR_01704



13



20

## TAB 3

Type:                          PEMB Labor

Subcontractor:                 United Erectors

Deficiencies:                  Hangar door frame above was out of alignment with door track

Corrective Action:             Remove and re-install hangar doors

Invoice #:                     3988

Cost to Correct:               $5,000.00

Photos of Deficiencies:        42 & 44-46

Photos of Corrective          18
Action:

TR_001688

**UNITED ERECTORS**
PO Box 681803
San Antonio, Texas 78268
office (210) 521-8351
fax (210) 521-1849

# INVOICE

April 8, 2013

To: Lewis Energy Group
    10067 Jones Maltsberger
    San Antonio, Texas 78216

INVOICE # 3988
Job: Los Cerritos Ranch
Terms: Upon Receipt

## DESCRIPTION

Labor to complete following work as agreed:
  Repairs:
1. Remove Hanger doors
2. Re-align hanger door rails with new angles
3. Fix all of top framing for hanger door to roll on correct bottom track
4. Remove all material at door pockets, replace with new material
5. Check all bolts and install missing bolts
6. Install columns and rectangular tube at pilot office
7. Install columns and rectangular tube at living quarters
8. Reinstall wind rods in south and north sidewalls

New Construction:
1. Install one tube at cupola

| | |
|---|---|
| Total labor cost | $ 35,000.00 |
| Total material cost | $ 10,634.82 |
| Total Due | $ 45,634.82 |

Thank you.



Hangar doors and pocket door columns out of plumb, incorrectly field modified. Rather then correcting the footing, door pockets where shortened to match the concrete poured in place.

42

_01762



Bolts missing/loose at hangar door, X-Bracing also missing.

44



Bolts missing/loose at hangar door, X-Bracing also missing.

45



Bolts missing/loose on hangar door concrete should have been poured prior to installing.

46



18

TR_01710

<u>TAB 4</u>

Type:                          PEMB Labor

Subcontractor:                 United Erectors

Deficiencies:                  Angle supports for door tracks installed incorrectly and caused door track to bend and break

Corrective Action:             Re-align hangar door rails with new angles

Invoice #:                     3988

Cost to Correct:               $3,000.00

Photos of Deficiencies:        30-31 & 38

Photos of Corrective
Action:                        18, 24-25

TR_001688

**UNITED ERECTORS**
PO Box 681803
San Antonio, Texas 78268
office (210) 521-8351
fax (210) 521-1849

# INVOICE

April 8, 2013

To: Lewis Energy Group
    10067 Jones Maltsberger
    San Antonio, Texas 78216

INVOICE # 3988
Job: Los Cerritos Ranch
Terms: Upon Receipt

## DESCRIPTION

Labor to complete following work as agreed:
  Repairs:
1. Remove Hanger doors
2. Re-align hanger door rails with new angles
3. Fix all of top framing for hanger door to roll on correct bottom track
4. Remove all material at door pockets, replace with new material
5. Check all bolts and install missing bolts
6. Install columns and rectangular tube at pilot office
7. Install columns and rectangular tube at living quarters
8. Reinstall wind rods in south and north sidewalls

New Construction:
1. Install one tube at cupola

| | |
|---|---|
| Total labor cost | $ 35,000.00 |
| Total material cost | $ 10,634.82 |
| Total Due | $ 45,634.82 |

Thank you.



Door track angle supports broken and bent. Needed concrete poured prior to installing doors. C&S Enterprise indicated that pocket door had fallen down after installation. Note CMU blocks installed for additional support of track.

30

. . . _01750



Door track angle supports broken and bent. Needed concrete poured prior to installing doors. C&S Enterprise indicated that pocket door had fallen down after installation. Note CMU blocks installed for additional support of track.

751



Door track will need to be realigned, possibly removed and replaced. Laser indicated upper door track out of alignment up to 1 ½".

38

J1758



18

TR_01710



24





25

TR_01717

<u>TAB 5</u>

Type:                          PEMB Labor

Subcontractor:                 United Erectors

Deficiencies:                  Lateral wind bracing beams located in front of windows

Corrective Action:             Lower all beams: 37SB1; 38SB1; 34SB2L; 34SBR2R

Invoice #:                     3986

Cost to Correct:               $10,000.00

Photos of Deficiencies:        40

Photos of Corrective          14-15
Action:

TR_001689

**UNITED ERECTORS**
PO Box 681803
San Antonio, Texas    78268

# INVOICE

March 28, 2013

To:  Lewis Energy Group
3986
        10067 Jones Maltsberger
Cerritos Ranch
        San Antonio, Texas    78216
Receipt

INVOICE #

Job: Los

Terms:  Upon

## DESCRIPTION

Labor to complete following work as agreed:
    Repairs:
    1.   Level and plumb building
    2.   Lower all beams : 37SB1; 38SB1; 34SB2L; 34SBR2R
    3.   Re-touch both beams 37SB1 at column line 5 & 4 for wind rods
    4.   Attach beams 35SB1 and 36SB1, one welded to beam and
         the other welded to clip and anchored to bond beam in CMU wall

New Construction:
    1.   Install perimeter angle at mezzanine and panels

Total labor cost

$ 35,000.00

Thank you.

Proj. Name LOS Cerritos Ranch-Hanger
Proj. Code 1205.000
Cost Code 130-01

Type  S  M  L

Approved By_____ Date_____



Spandrel beams need to be removed, straightened, and reinstalled below window line.

40



14

TR_01706



15

01707

## TAB 6

| | |
|---|---|
| Type: | PEMB Labor |
| Subcontractor: | United Erectors |
| Deficiencies: | Lateral wind bracing beams located in front of windows |
| Corrective Action: | Re-attach both beams 37SB1 at column line 5 & 4 for winds rods |
| Invoice #: | 3986 |
| Cost to Correct: | $5,000.00 |
| Photos of Deficiencies: | 28 & 40 |
| Photos of Corrective Action: | 14-15 |

**UNITED ERECTORS**
PO Box 681803
San Antonio, Texas    78268

# INVOICE

March 28, 2013

To:  Lewis Energy Group
3986
      10067 Jones Maltsberger
Cerritos Ranch
      San Antonio, Texas    78216
Receipt

INVOICE #

Job: Los

Terms:  Upon

## DESCRIPTION

Labor to complete following work as agreed:
  Repairs:
  1.  Level and plumb building
  2.  Lower all beams : 37SB1; 38SB1; 34SB2L; 34SBR2R
  3.  Re-touch both beams 37SB1 at column line 5 & 4 for wind rods
  4.  Attach beams 35SB1 and 36SB1, one welded to beam and
       the other welded to clip and anchored to bond beam in CMU wall

New Construction:
  1.  Install perimeter angle at mezzanine and panels

Total labor cost

$ 35,000.00

Thank you.

*[handwritten notes:]* STEVE, THIS IS THE WORK BEING DONE TO "FIX" THE STRUCTURAL FRAME. WE NEED TO REFRAME THE BUILDING THIS WILL COME OUT OF 34K WE ARE HOLDING FROM SES AS ALWAYS, SEE HOW FIRST WE CORRECTTHIS

*3/29/13*

Proj. Name Los cerritos Ranch Hanger
Proj. Code 1205·000
★ Cost Code 180-01

Type S  M  L

Approved By_____ Date_____



Need wind brace clips installed from column to recessed CMU wall.

28

. _J1748



Spandrel beams need to be removed, straightened, and reinstalled below window line.

40



TR_01706



15

01707

TAB 7

Type:                          PEMB Labor

Subcontractor:                 United Erectors

Deficiencies:                  Lateral wind bracing beams located in front of windows

Corrective Action:             Attach beams 35B1 and 36Sb1 with two clips, one welded to beam

Invoice #:                     3986

Cost to Correct:               $10,000.00

Photos of Deficiencies:        28 & 40

Photos of Corrective
Action:                        14-15

**UNITED ERECTORS**
PO Box 681803
San Antonio,  Texas    78268

# INVOICE

March 28, 2013

To:  Lewis Energy Group
3986
        10067 Jones Maltsberger
Cerritos Ranch
        San Antonio, Texas    78216
Receipt

INVOICE #

Job: Los

Terms:  Upon

## DESCRIPTION

Labor to complete following work as agreed:
    Repairs:
    1.  Level and plumb building
    2.  Lower all beams : 37SB1; 38SB1; 34SB2L; 34SBR2R
    3.  Re-touch both beams 37SB1 at column line 5 & 4 for wind rods
    4.  Attach beams 35SB1 and 36SB1, one welded to beam and
            the other welded to clip and anchored to bond beam in CMU wall

New Construction:
    1.  Install perimeter angle at mezzanine and panels

Total labor cost

$ 35,000.00

Thank you.

Proj. Name _LOS Cerritos Ranch-Hanger_
Proj. Code _1205.000_
Cost Code _180.01_

Type  S  M  L

Approved By _____ Date _____



Need wind brace clips installed from column to recessed CMU wall.

28



Spandrel beams need to be removed, straightened, and reinstalled below window line.

40



14

TR_01706



15

TAB 8

| | |
|---|---|
| Type: | PEMB Labor |
| Subcontractor: | United Erectors |
| Deficiencies: | Door tracks were improperly aligned |
| Corrective Action: | Fix all of top framing for hangar door to roll on correct bottom track |
| Invoice #: | 3988 |
| Cost to Correct: | $5,000.00 |
| Photos of Deficiencies: | 29 & 38 |
| Photos of Corrective Action: | 18 |

TR_001688

# UNITED ERECTORS
PO Box 681803
San Antonio, Texas   78268
office (210) 521-8351
fax (210) 521-1849

# INVOICE

April 8, 2013

To: Lewis Energy Group      INVOICE # 3988
      10067 Jones Maltsberger      Job: Los Cerritos Ranch
      San Antonio, Texas   78216      Terms:  Upon Receipt

## DESCRIPTION

Labor to complete following work as agreed:
  Repairs:

1. Remove Hanger doors
2. Re-align hanger door rails with new angles
3. Fix all of top framing for hanger door to roll on correct bottom track
4. Remove all material at door pockets, replace with new material
5. Check all bolts and install missing bolts
6. Install columns and rectangular tube at pilot office
7. Install columns and rectangular tube at living quarters
8. Reinstall wind rods in south and north sidewalls

New Construction:
1. Install one tube at cupola

| | |
|---|---|
| Total labor cost | $ 35,000.00 |
| Total material cost | $ 10,634.82 |
| Total Due | $ 45,634.82 |

Thank you.



Laser indicated upper door track out of alignment up to 1 ½".

nn_01749



Door track will need to be realigned, possibly removed and replaced. Laser indicated upper door track out of alignment up to 1 ½".



18

TR_01710

TAB 9

| | |
|---|---|
| Type: | PEMB Labor |
| Subcontractor: | United Erectors |
| Deficiencies: | Misc. areas throughout building lacked complete installation of specified bolts |
| Corrective Action: | Check all bolts and install missing bolts |
| Invoice #: | 3988 |
| Cost to Correct: | $2,000.00 |
| Photos of Deficiencies: | 44-46 |
| Photos of Corrective Action: | 1-11 & 16 |

TR_001688

**UNITED ERECTORS**
PO Box 681803
San Antonio, Texas 78268
office (210) 521-8351
fax (210) 521-1849


# INVOICE


April 8, 2013


To: Lewis Energy Group                    INVOICE # 3988
    10067 Jones Maltsberger               Job: Los Cerritos Ranch
    San Antonio, Texas 78216              Terms: Upon Receipt


## DESCRIPTION


Labor to complete following work as agreed:
  Repairs:
  1. Remove Hanger doors
  2. Re-align hanger door rails with new angles
  3. Fix all of top framing for hanger door to roll on correct bottom track
  4. Remove all material at door pockets, replace with new material
  5. Check all bolts and install missing bolts
  6. Install columns and rectangular tube at pilot office
  7. Install columns and rectangular tube at living quarters
  8. Reinstall wind rods in south and north sidewalls

New Construction:
  1. Install one tube at cupola


|                     |              |
|---------------------|--------------|
| Total labor cost    | $ 35,000.00  |
| Total material cost | $ 10,634.82  |
|                     |              |
| Total Due           | $ 45,634.82  |


Thank you.



Bolts missing/loose at hangar door, X-Bracing also missing.

44

ιιι_01764



Bolts missing/loose at hangar door, X-Bracing also missing.

45

65



Bolts missing/loose on hangar door concrete should have been poured prior to installing.

46

r._01766



1

TR_01693



2

_01694



3

TR_01695



4

_01696



5

TR_01697



6

FR_01698



7

_01700

8



9

TR_01701



10

_01702



11

TR_01703



16

_01708

## TAB 10

Type:                          PEMB Labor

Subcontractor:                 United Erectors

Deficiencies:                  Door pockets were modified in field by SBS due to incorrect foundation size

Corrective Action:             C/O # 1 Fabrication of pocket doors

Invoice #:                     3995

Cost to Correct:               $5,500.00

Photos of Deficiencies:        42, 60-62

Photos of Corrective          18
Action:

TR_001690

**UNITED ERECTORS**
PO Box 681803
San Antonio, Texas   78266
office (210) 521-8351
fax (210) 521-1849

# INVOICE

April 17, 2013

To: Lewis Energy Group
     10067 Jones Maltsberger
     San Antonio, Texas   78216

INVOICE # 3995
Job: Los Cerritos Ranch
Terms:  Upon Receipt
MSA NO.  11487

## DESCRIPTION

Labor to complete following work as agreed:
   Repairs:
   1. Remove half roof and insulation, on and off
   2. Install half roof insulation and new roof sheet, on and off

| | |
|---|---|
| Total labor cost | $ 45,000.00 |
| Total material cost | $ 10,729.86 |

Add:
Change Order #1
1. Extra cost to fabricate pocket door material to fix

| | |
|---|---|
| Total Extra Labor cost | $ 5,500.00 |

| | |
|---|---|
| TOTAL DUE | $ 61,229.86 |

Thank you.



Hangar doors and pocket door columns out of plumb, incorrectly field modified. Rather then correcting the footing, door pockets where shortened to match the concrete poured in place.

42



Hangar doors and pocket door columns out of plumb, incorrectly field modified. Rather than correcting the footing, door pockets where shortened to match the concrete poured in place. Need to be removed and corrected.



Hangar doors and pocket door columns out of plumb, incorrectly field modified. Rather than correcting the footing, door pockets where shortened to match the concrete poured in place. Need to be removed and corrected.



Hangar doors and pocket door columns out of plumb, incorrectly field modified. Rather than correcting the footing, door pockets where shortened to match the concrete poured in place. Need to be removed and corrected.



18

TR_01710

## TAB 11

Type:                              PEMB Labor

Subcontractor:                     United Erectors

Deficiencies:                      Door pockets were modified in field by SBS due to incorrect
                                   foundation size

Corrective Action:                 Remove all material at door pockets, replace with new material

Invoice #:                         3988

Cost to Correct:                   $5,000.00

Photos of Deficiencies:            42, 60-62

Photos of Corrective
Action:                            24-25

TR_001688

**UNITED ERECTORS**
PO Box 681803
San Antonio, Texas  78268
office (210) 521-8351
fax (210) 521-1849

# INVOICE

April 8, 2013

To: Lewis Energy Group
    10067 Jones Maltsberger
    San Antonio, Texas  78216

INVOICE # 3988
Job: Los Cerritos Ranch
Terms:  Upon Receipt

## DESCRIPTION

Labor to complete following work as agreed:
  Repairs:
  1. Remove Hanger doors
  2. Re-align hanger door rails with new angles
  3. Fix all of top framing for hanger door to roll on correct bottom track
  4. Remove all material at door pockets, replace with new material
  5. Check all bolts and install missing bolts
  6. Install columns and rectangular tube at pilot office
  7. Install columns and rectangular tube at living quarters
  8. Reinstall wind rods in south and north sidewalls

New Construction:
1. Install one tube at cupola

| | |
|---|---|
| Total labor cost | $ 35,000.00 |
| Total material cost | $ 10,634.82 |
| Total Due | $ 45,634.82 |

Thank you.



Hangar doors and pocket door columns out of plumb, incorrectly field modified. Rather then correcting the footing, door pockets where shortened to match the concrete poured in place.

42



Hangar doors and pocket door columns out of plumb, incorrectly field modified. Rather than correcting the footing, door pockets where shortened to match the concrete poured in place. Need to be removed and corrected.



Hangar doors and pocket door columns out of plumb, incorrectly field modified. Rather than correcting the footing, door pockets where shortened to match the concrete poured in place. Need to be removed and corrected.



Hangar doors and pocket door columns out of plumb, incorrectly field modified. Rather than correcting the footing, door pockets where shortened to match the concrete poured in place. Need to be removed and corrected.



24

TR_01716



25

<u>TAB 12</u>

Type:                          PEMB Labor

Subcontractor:                 United Erectors

Deficiencies:                  Unspecified materials used at pilots office

Corrective Action:             Install columns and rectangular tube at pilot office

Invoice #:                     3988

Cost to Correct:               $5,000.00

Photos of Deficiencies:

Photos of Corrective          14
Action:

TR_001688

**UNITED ERECTORS**
PO Box 681803
San Antonio, Texas 78268
office (210) 521-8351
fax (210) 521-1649

# INVOICE

April 8, 2013

To: Lewis Energy Group
10067 Jones Maltsberger
San Antonio, Texas 78216

INVOICE # 3988
Job: Los Cerritos Ranch
Terms: Upon Receipt

## DESCRIPTION

Labor to complete following work as agreed:
Repairs:
1. Remove Hanger doors
2. Re-align hanger door rails with new angles
3. Fix all of top framing for hanger door to roll on correct bottom track
4. Remove all material at door pockets, replace with new material
5. Check all bolts and install missing bolts
6. Install columns and rectangular tube at pilot office
7. Install columns and rectangular tube at living quarters
8. Reinstall wind rods in south and north sidewalls

New Construction:
1. Install one tube at cupola

| | |
|---|---|
| Total labor cost | $ 35,000.00 |
| Total material cost | $ 10,634.82 |
| Total Due | $ 45,634.82 |

Thank you.



14

TR_01706

<u>TAB 13</u>

Type:                           PEMB Labor

Subcontractor:                  United Erectors

Deficiencies:                   Unspecified materials used at kitchen

Corrective Action:              Install columns and rectangular tube at living quarters

Invoice #:                      3988

Cost to Correct:                $5,000.00

Photos of Deficiencies:

Photos of Corrective           19
Action:

TR_001688

**UNITED ERECTORS**
PO Box 681803
San Antonio, Texas 78268
office (210) 521-8351
fax (210) 521-1849

# INVOICE

April 8, 2013

To: Lewis Energy Group
10067 Jones Maltsberger
San Antonio, Texas 78216

INVOICE # 3988
Job: Los Cerritos Ranch
Terms: Upon Receipt

## DESCRIPTION

Labor to complete following work as agreed:
Repairs:
1. Remove Hanger doors
2. Re-align hanger door rails with new angles
3. Fix all of top framing for hanger door to roll on correct bottom track
4. Remove all material at door pockets, replace with new material
5. Check all bolts and install missing bolts
6. Install columns and rectangular tube at pilot office
7. Install columns and rectangular tube at living quarters
8. Reinstall wind rods in south and north sidewalls

New Construction:
1. Install one tube at cupola

| | |
|---|---|
| Total labor cost | $ 35,000.00 |
| Total material cost | $ 10,634.82 |
| Total Due | $ 45,634.82 |

Thank you.



19

TR_01711

TAB 14

| | |
|---|---|
| Type: | PEMB Labor |
| Subcontractor: | United Erectors |
| Deficiencies: | Building Erected out of plumb |
| Corrective Action: | Re-install wind rods in south and north sidewalls |
| Invoice #: | 3988 |
| Cost to Correct: | $5,000.00 |
| Photos of Deficiencies: | 28 |
| Photos of Corrective Action: | 14-16 |

TR_001688

**UNITED ERECTORS**
PO Box 681803
San Antonio, Texas 78268
office (210) 521-8351
fax (210) 521-1849

# INVOICE

April 8, 2013

To: Lewis Energy Group
10067 Jones Maltsberger
San Antonio, Texas 78216

INVOICE # 3988
Job: Los Cerritos Ranch
Terms: Upon Receipt

## DESCRIPTION

Labor to complete following work as agreed:
Repairs:

1. Remove Hanger doors
2. Re-align hanger door rails with new angles
3. Fix all of top framing for hanger door to roll on correct bottom track
4. Remove all material at door pockets, replace with new material
5. Check all bolts and install missing bolts
6. Install columns and rectangular tube at pilot office
7. Install columns and rectangular tube at living quarters
8. Reinstall wind rods in south and north sidewalls

New Construction:

1. Install one tube at cupola

|  |  |
|---|---|
| Total labor cost | $ 35,000.00 |
| Total material cost | $ 10,634.82 |
| Total Due | $ 45,634.82 |

Thank you.

Need wind brace clips installed from column to recessed CMU wall.



_J1748



14

TR_01706



15



16

TR_01708

<u>TAB 15</u>

| | |
|---|---|
| Type: | PEMB Material |
| Subcontractor: | MBCI |
| Deficiencies: | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion |
| Corrective Action: | Invoice # 3996887 - Roof sheets |
| Invoice #: | 3996887 |
| Cost to Correct: | $1,385.22 |
| Photos of Deficiencies: | 5-6, 9, 11 & 14 |
| Photos of Corrective Action: | 1, 6-8 & 11 |

TR_001676



Metal Roof and Wall Systems
A Division of NCI Group, Inc.

REMITTANCE COPY

HOUSTON HARDY
14031 WEST HARDY
PO BOX 38217
HOUSTON, TX 77060-5304
281-448-8555

MAIL REMITTANCE TO

MBCI LOCKBOX
PO BOX 840326
DALLAS, TX 75284-0326
US

| PAGE | INVOICE DATE | INVOICE NO. |
|------|--------------|-------------|
| 1 | 13-MAY-13 | 3996887 |

BILL OF LADING NUMBER 16128471

SOLD TO: 155644
GLACIERCAP MANAGEMENT LLC

| | |
|---|---|
| **BILL TO** | GLACIERCAP MANAGEMENT LLC<br>10101 REUNION PLACE<br>SUITE 1000<br>SAN ANTONIO, TX 78216<br>(210) 384-6046 | **SHIP TO** | GLACIERCAP MANAGEMENT LLC<br>LOS CERRITOS RANCH<br>UVALDE, TX 78801<br>210-262-2756 Robert |

RECEIVED MAY 16 2013

| DATE OF ORDER | DATE SHIPPED | CUSTOMER P.O.NO./ORDERED BY | SALES COORDINATOR | TERMS | ORDER NUMBER |
|---|---|---|---|---|---|
| 10-MAY-13 | 13-MAY-13 | | J. Garcia 004 | 1/2% 10, NET 30 | 4145527 |

| LINE | DESCRIPTION | Gn | COLOR | QTY | SHEET LENGTH | SQ. FT. PER SHEET | TOTAL SQ.FT. OF MATL | UNIT PRICE | OPT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | MS BATTEN STRI BL MAS | 24 | MPLN | 2 | 58 7 | 78 17 | 156.22 | 1.1500 | | |
| | | | | (Total Linear Feet | 117.17 | 156.22 | | Sub Total | | 179.85 |
| 2000 | CH FBT COMPANY TRUCK | | | | | | 0 | 1,100.00 | | 1,100.00 |
| 3000 | CH FUEL SURCHG CO TRUCK | | | 1 | | | 0 | 0.00 | | 0.00 |
| 4000 | CH SPECIAL PACKAGING | | | | | | 0 | 0.00 | | 0.00 |

****THIS ORDER HAS PANELS WITH STRIATIONS REPRESENTED BY THE CODE "STRI". THIS IS AN OPTION YOU AS THE
CUSTOMER HAVE CHOSEN. PLEASE CONTACT YOUR SALES PERSON IMMEDIATELY IF THIS IS NOT THE CORRECT OPTION.
EACH ORDER LINE NEEDS TO BE REVIEWED FOR THIS OPTION.****

Proj. Name _____
Proj. Code _____
Cost Code _____

Type S M L

Approved By _____ Date _____

| CUSTOMER JOB NAME/# | ESTIMATED SHIPPING WT | SHEET PACKAGING | PACKAGES@ |
|---|---|---|---|
| | 212.1636 | TRIM PACKAGING | PACKAGES@ |

SHIP VIA MASON DIXON LINES    MINI REGION: 0031A

A CARRYING CHARGE OF .833% PER MONTH(10%PER ANNUM) WILL BE CHARGED ON PAST DUE ACCOUNTS AND A
REASONABLE ATTORNEY'S FEES IF THIS ACCOUNT IS PLACED FOR COLLECTION. ALL INVOICES DUE AND PAYABLE IN
HOUSTON , HARRIS COUNTY,TEXAS. ALL FREIGHT F.O.B SHIPPING POINT.

SEE TERMS AND CONDITIONS ON REVERSE SIDE

YOU MAY DEDUCT $6.40, IF PAID BEFORE MAY 24TH 2013

| | | |
|---|---|---|
| NON-TAXABLE ITEMS | | 0.00 |
| TAXABLE ITEMS | | 1,279.85 |
| SUBTOTAL OF ALL ITEMS | | 1,279.85 |
| STATE TAX | 6.25 | 79.97 |
| CITY TAX | | 0.00 |
| OTHER TAX | 2 | 25.60 |
| TOTAL AMOUNT OF ORDER | | 1,385.22 |
| DEPOSIT | | 0.00 |
| TOTAL AMOUNT DUE | | 1,385.22 |



Page 1 of 1



Roof sheets not seamed properly, roof sheets pulled apart at bottom.

..._01725



Roof sheets trimmed back at cupola steel framing, and burned during welding activities.

6



Roof sheets trimmed back at cupola beam, no trim present. Roof sheets burned from welding beams. It is unknown if work was performed by certified welder.

9



Drawings specify full sheets to be used on roof. Shown here as a panel splice not in accordance with the drawings.



Most of roof is one full length sheet, some laps are used for unknown reason. Laps are not in accordance with the drawings and specifications.

14

..._01734



1

TR_01693



6

01698



7



8

201700



11

TR_01703

<u>TAB 16</u>

Type:                                 PEMB Material

Subcontractor:                        MBCI

Deficiencies:                         Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion

Corrective Action:                    Invoice # 3978735 - Roof Sheets & Rake support

Invoice #:                            3978735

Cost to Correct:                      $22,443.08

Photos of Deficiencies:               11 & 14

Photos of Corrective
Action:                               1, 5, 6-8 & 11

TR_001672



Metal Roof and Wall Systems
A Division of NCI Group, Inc.

RECEIVED
APR 1 8 2013
BY:

**REMITTANCE COPY**

HOUSTON HARDY
14031 WEST HARDY
PO BOX 38217
HOUSTON, TX 77060-5304
281-445-8555

**MAIL REMITTANCE TO**

MBCI LOCKBOX
PO BOX 840326
DALLAS, TX 75284-0326
US

| PAGE | INVOICE DATE | INVOICE NO. |
|------|--------------|-------------|
| 1 | 12-APR-13 | 3978735 |

BILL OF LADING NUMBER   18048651

SOLD TO: 155644
GLACIERCAP MANAGEMENT LLC

BILL TO:
GLACIERCAP MANAGEMENT LLC
10101 REUNION PLACE
SUITE 1000
SAN ANTONIO, TX 78216
(210) 384-5046

SHIP TO:
GLACIERCAP MANAGEMENT LLC
LOS CERRITOS RANCH
UVALDE, TX 78801
210-262-2756 ROBERT

| DATE OF ORDER | DATE SHIPPED | CUSTOMER P.O.NO./ORDERED BY | SALES COORDINATOR | TERMS | ORDER NUMBER |
|---|---|---|---|---|---|
| 04-APR-13 | 12-APR-13 | | J. Garcia 004 | 1/2% 10, NET 30 | 4120905 |

| LINE | DESCRIPTION | Ga | COLOR | Qty | SHEET LENGTH | SQ. FT. PER SHEET | TOTAL SQ. FT OR MATL | UNIT PRICE | OPT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | HS BATLOK 16 STRI_BL_MAS | 24 | GLMPLUS | 21 | 83'-5" | 84.59 | 1807.86 | 115.00 | | |
| 2000 | HS BATLOK 16 STRI_BL_MAS | 24 | GLMPLUS | 82 | 58'-7" | 78.11 | 6405.02 | 115.00 | | |
| 3000 | HS BATLOK 16 STRI_BL_MAS | 24 | GLMPLUS | 90 | 64'-7" | 72.78 | 6550.2 | 115.00 | | |
| 4000 | HS BATLOK 16 STRI_BL_MAS | 24 | GLMPLUS | | | | 282.41 | 115.00 | | |
| | | | | (Total Linear Feet | 11,308.33) | | 15025.24 | Sub Total | | 17,336.53 |
| 41000 | MTR2-2 BK SUPPLY BL SLK-RIII/D-UTL | 14 | RED-OX | 65 | 20'3" | | 0 | 61.75 | | 521.10 |
| 42000 | CH EXT COMPANY TRUCK | | | 1 | | | 0 | 2,750.00 | | 2,750.00 |
| 43000 | CH FUEL SURCHG OC TRUCK | | | | | | 0 | 0.00 | | 0.00 |
| 45000 | CH BAR WATERPRF W ADHESIVE (2) | | | 1 | | | 0 | 125.00 | | 125.00 |

****THIS ORDER HAS PANELS WITH STRIATIONS REPRESENTED BY THE CODE "STRI". THIS IS AN OPTION YOU AS THE CUSTOMER HAVE CHOSEN. PLEASE CONTACT YOUR SALES PERSON IMMEDIATELY IF THIS IS NOT THE CORRECT OPTION. EACH ORDER LINE NEEDS TO BE REVIEWED FOR THIS OPTION.****

SAME AS JOB 4116163
CHANGED CUSTOMER P/N
DELETED P8D & FL8114A PER ROBERT A.

Proj. Name LOS CERR - HWY
Proj. Code 1205-093
Cost Code 155-01

Type S M L

Approved By _____ Date _____

| CUSTOMER JOB NAME/# | ESTIMATED SHIPPING WT | SHEET PACKAGING | PACKAGES@ | |
|---|---|---|---|---|
| | 20886.9125 | TRIM PACKAGING | PACKAGES@ | |

SHIP VIA   MASON DIXON LINES       MINI REGION:   0031A

A CARRYING CHARGE OF .833% PER MONTH/10%PER ANNUM WILL BE CHARGED ON PAST DUE ACCOUNTS AND A REASONABLE ATTORNEY'S FEES IF THIS ACCOUNT IS PLACED FOR COLLECTION. ALL INVOICES DUE AND PAYABLE IN HOUSTON, HARRIS COUNTY, TEXAS, ALL FREIGHT F.O.B SHIPPING POINT.

SEE TERMS AND CONDITIONS ON REVERSE SIDE

**YOU MAY DEDUCT $103.66, IF PAID BEFORE APRIL 23RD 2013**

Roofing & Hanger

| | | |
|---|---|---|
| NON-TAXABLE ITEMS | | 0.00 |
| TAXABLE ITEMS | | 20,732.83 |
| SUBTOTAL OF ALL ITEMS | | 20,732.83 |
| STATE TAX | 6.25 | 1,295.79 |
| CITY TAX | | 0.00 |
| OTHER TAX | 2 | 414.66 |
| TOTAL AMOUNT OF ORDER | | 22,443.08 |
| DEPOSIT | | 0.00 |
| TOTAL AMOUNT DUE | | 22,443.08 |

Page 1 of 1



Drawings specify full sheets to be used on roof. Shown here as a panel splice not in accordance with the drawings.

11



Most of roof is one full length sheet, some laps are used for unknown reason. Laps are not in accordance with the drawings and specifications.

14



1

TR_01693



5

R_01697



6



7



8

TR_01700



11

_01703

TAB 17

| | |
|---|---|
| Type: | PEMB Material |
| Subcontractor: | MBCI |
| Deficiencies: | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion |
| Corrective Action: | Invoice # 4048039 - Roof Sheets, Eve plates, Screws, & Tape Seal |
| Invoice #: | 4048039 |
| Cost to Correct: | $4,602.17 |
| Photos of Deficiencies: | 7, 8, 18, 22-23 |
| Photos of Corrective Action: | 1-11 |

TR_001682



Metal Roof and Wall Systems
A Division of NCI Group, Inc.

REPRINT

HOUSTON HARDY
14031 WEST HARDY
PO BOX 38217
HOUSTON, TX 77060-5304
281-445-8555

| | MAIL REMITTANCE TO |
|---|---|
| | MBCI LOCKBOX |
| | PO BOX 840326 |
| | DALLAS, TX 75284-0326 |
| | US |

| PAGE | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 1 | 23-JUL-13 | 4048039 |

BILL OF LADING 16324801
NUMBER

SOLD TO : 155644
GLACIERCAP MANAGEMENT LLC

| B I L L  T O | | S H I P  T O |
|---|---|---|
| GLACIERCAP MANAGEMENT LLC | | GLACIERCAP MANAGEMENT LLC |
| 10101 REUNION PLACE | | LOS CERRITOS RANCH |
| SUITE 1000 | | UVALDE, TX 78801 |
| SAN ANTONIO, TX 78216 | | 210-3 |
| (210) 384-5045 | | |

| DATE OF ORDER | DATE SHIPPED | CUSTOMER P.O.NO./ORDERED BY | SALES COORDINATOR | TERMS | ORDER NUMBER |
|---|---|---|---|---|---|
| 19-JUL-13 | 23-JUL-13 | DOS CERRITOS | J. Garcia 004 | 1/2% 10, NET 30 | 4196848 |

| LINE | DESCRIPTION | Ga | COLOR | Qty | SHEET LENGTH | SQ. FT. PER SHEET | TOTAL SQ. FT OF MATL | UNIT PRICE | OPT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | MS BATLOK 16 _STRI_BL_MAS | 24 | GLXPLUS | 33 | 40'- 0" | 53.33 | 1759.89 | 115.60 | | |
| | | | | (Total Linear Feet | 1,320.00 ) | | 1759.89 | Sub Total | | 3,823.87 |
| 2000 | BW7600 EAVE PLATE-LO | 14 | RED-OX | 7 | 8'- 0" | | 0 | 12.64 | | 88.48 |
| 3000 | BN7712 EK SUPPORT-BL LOW | 14 | RED-OX | 10 | 10'- 0" | | 0 | 29.45 | | 294.50 |
| 4000 | #17B 12-14X1-1/2 DRILLER WW | | PLATED | 2000 | | | 0 | 84.20 | | 168.40 |
| 5000 | #1B 1/4-14X1-1/4 LL DRILLER WW | | PLATED | 2000 | | | 0 | 222.37 | | 444.74 |
| 6000 | #4 1/4-14X7/8 LL LAP TEK WW | | PLATED | 2000 | | | 0 | 157.19 | | 314.38 |
| 7000 | BM904 TAPE SEAL-TRI-BEAD-8 | | | 1 | | | 0 | 32.06 | | 32.06 |
| 9000 | CH FRT COMPANY TRUCK | | | 1 | | | 0 | 885.00 | | 885.00 |
| 10000 | CH FUEL SURCHG CO TRUCK | | | 1 | | | 0 | 0.00 | | 0.00 |
| 11000 | CH SPECIAL PACKAGING | | | 1 | | | 0 | 0.00 | | 0.00 |

****THIS ORDER HAS PANELS WITH STRIATIONS REPRESENTED BY THE CODE "STRI". THIS IS AN OPTION YOU AS THE CUSTOMER HAVE CHOSEN. PLEASE CONTACT YOUR SALES PERSON IMMEDIATELY IF THIS IS NOT THE CORRECT OPTION. EACH ORDER LINE NEEDS TO BE REVIEWED FOR THIS OPTION.****

| CUSTOMER JOB NAME/# | ESTIMATED SHIPPING WT | SHEET PACKAGING | PACKAGES# | |
|---|---|---|---|---|
| DOS CERRITOS | 7855.8676 | TRIM PACKAGING | PACKAGES# | |

| SHIP VIA BLASCHKE TRUCKING | MINI REGION: 0031A | NON-TAXABLE ITEMS | 0.00 |
|---|---|---|---|

A CARRYING CHARGE OF .833% PER MONTH(10%PER ANNUM) WILL BE CHARGED ON PAST DUE ACCOUNTS AND A REASONABLE ATTORNEY'S FEES IF THIS ACCOUNT IS PLACED FOR COLLECTION. ALL INVOICES DUE AND PAYABLE IN HOUSTON , HARRIS COUNTY,TEXAS. ALL FREIGHT F.O.B SHIPPING POINT.

SEE TERMS AND CONDITIONS ON NEXT PAGE

YOU MAY DEDUCT $21.26, IF PAID BEFORE AUGUST 3RD 2013

Page 1 of 1

| | | |
|---|---|---|
| TAXABLE ITEMS | | 4,251.43 |
| SUBTOTAL OF ALL ITEMS | | 4,251.43 |
| STATE TAX | 6.25 | 265.71 |
| CITY TAX | | 0.00 |
| OTHER TAX | 2 | 85.02 |
| TOTAL AMOUNT OF ORDER | | 4,602.17 |
| DEPOSIT | | 0.00 |
| TOTAL AMOUNT DUE | | 4,602.17 |



Large void due to improper eave flashing.

..._01727



Large void due to improper eave flashing. Field fabricated flashing installed incorrectly.



Drawings specify eave plate should be used at this condition in lieu of roof clip.

18



According to drawings eave plate should be used at this condition in lieu of roof clip

22



Close view of roof dip, screws at end of standing seam panel, eave plate missing/not installed. Different size clips causing deformation of roof sheets.

23

_01743



1

TR_01693



_01694



3



4





5

TR_01697



6

Л_01698



7



8

_01700



9

10



01702



11

TR_01703

TAB 18

| | |
|---|---|
| Type: | PEMB Material |
| Subcontractor: | MBCI |
| Deficiencies: | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion |
| Corrective Action: | Invoice # 3978734 - Roof Sheets, Rake Trim, 2x4 Angle, Eve Plates, Ridge Flashing, Gutter, Down Spout, Misc. Screws, Roof Clips, Tape Seal, Backhoe plates, Misc. Roof accessories |
| Invoice #: | 3978734 |
| Cost to Correct: | $19,897.94 |
| Photos of Deficiencies: | 7, 18, 21-23 |
| Photos of Corrective Action: | 1-11 |

TR_001671

RECEIVED APR 1 6 2013 BY:



**MBCI**
Metal Roof and Wall Systems
A Division of NCI Group, Inc.

REMITTANCE COPY

HOUSTON HARDY
14031 WEST HARDY
PO BOX 38217
HOUSTON, TX 77060-5304
281-445-8655

MAIL REMITTANCE TO
MBCI LOCKBOX
PO BOX 840326
DALLAS, TX 75284-0326
US

| PAGE | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 1 | 12-APR-13 | 3978734 |

BILL OF LADING NUMBER 16048661

SOLD TO: 158644
GLACIERCAP MANAGEMENT LLC

| | | |
|---|---|---|
| B I L L T O | GLACIERCAP MANAGEMENT LLC 10101 REUNION PLACE SUITE 1000 SAN ANTONIO, TX 78216 (210) 384-5046* | |
| S H I P T O | GLACIERCAP MANAGEMENT LLC LOS CERRITOS RANCH UVALDE, TX 78801 210-262-2756 ROBERT | |

| DATE OF ORDER | DATE SHIPPED | CUSTOMER P.O.NO.,ORDERED BY | SALES COORDINATOR | TERMS | ORDER NUMBER |
|---|---|---|---|---|---|
| 04-APR-13 | 12-APR-13 | | J. Garcia 004 | 1/2% 10, NET 30 | 4120805 |

| LINE | DESCRIPTION | Ga | COLOR | QN | SHEET LENGTH | SQ. FT. PER SHEET | TOTAL SQ. FT. OF MAT'L | UNIT PRICE | QNT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 5000 | HS BATT OK 16 STRL BL MAS | 24 | GLMPLUS | 8 | 20'-8 1/2" | | | 115.00 | | |
| 6000 | HS BATT OK 16 STRL BL MAS | 24 | GLMPLUS | 100 | 7'-5" | 9.89 | 989 | 115.00 | | |
| | | | | (Total Linear Feet | | 908.00) | 1210.78 | Sub Total | | 1,392.37 |
| 8000 | 2X4 ANGLE 20' | 14 | RED OX | 27 | 20'-0" | | | 36.50 | 0 | 985.50 |
| 9000 | HV4061 EAVE FEVIE HIGH | 14 | RED OX | 70 | 8'-6" | | | 12.98 | 0 | 1,908.60 |
| 12000 | FL110 SCULP RAKE TRI | 26 | GLMPLUS | 29 | 10'-2" | | | 45.23 | 0 | 1,311.67 |
| 13000 | FL116 RAKE SLIDE | 26 | GLMPLUS | 29 | 10'-2" | | | 6.48 | 0 | 187.92 |
| 14000 | FL125 FLOAT PEAK BOX 2112 | 26 | GLMPLUS | 2 | | | | 66.59 | 0 | 133.18 |
| 15000 | FL134 SCULP RAKE END LH | 26 | GLMPLUS | 4 | | | | 14.38 | 0 | 57.52 |
| 16000 | FL134 SCULP RAKE END RH | 26 | GLMPLUS | 4 | | | | 14.38 | 0 | 57.52 |
| 17000 | FL200 RIDGE FLASHING 2112 | 26 | GLMPLUS | 14 | 10'-2" | | | 22.82 | 0 | 319.48 |
| 18000 | FL201 RIDGE END CAP 1112 | 26 | GLMPLUS | 2 | | | | 11.66 | 0 | 23.32 |
| 19000 | FL245 GUTTER END 2:12 LH | 26 | GLMPLUS | 6 | | | | 9.16 | 0 | 22.80 |
| 20000 | FL245 GUTTER END 2:12 RH | 26 | GLMPLUS | 4 | | | | 9.16 | 0 | 32.60 |
| 21000 | FL247H SCULP GUTTER 2:12 | 26 | GLMPLUS | 58 | 10'-2" | | | 28.31 | 0 | 1,585.36 |
| 22000 | FL272 BOX PANEL TAP TRIM 2112 | 26 | GLMPLUS | 58 | 10' | | | | 0 | 555.15 |
| 23000 | FL275 PARAPET HI EAV 2112 | 26 | GLMPLUS | 28 | 10'-2" | | | 16.12 | 0 | 451.36 |
| 24000 | FL31G DWNSPT W/46 EL | 26 | GLMPLUS | 14 | 20'-2" | | | 42.51 | 0 | 595.14 |
| 25000 | FL31H DOWNSPOUT | 26 | GLMPLUS | 10 | 20'-3" | | | 34.45 | 0 | 344.50 |
| 26000 | FL392 DOWNSPOUT STRA | 26 | GLMPLUS | 42 | | | | 2.90 | 0 | 121.80 |
| 27000 | #12 10X1 PANCAKE SD NW | | PLATED | 250 | | | | 57.51 | 0 | 14.38 |
| 28000 | #14 1/8X3/16 902 RIVET SS | | PLATED | 2500 | | | | 70.93 | 0 | 177.33 |

| CUSTOMER JOB NAME/# | ESTIMATED SHIPPING WT 8030.5625 | SHEET PACKAGING | PACKAGES@ |
|---|---|---|---|
| | | TRIM PACKAGING | PACKAGES@ |

| SHIP VIA MASON DIXON LINES | MINI REGION: 0031A | NON-TAXABLE ITEMS | |
|---|---|---|---|

A CARRYING CHARGE OF .833% PER MONTH(10%PER ANNUM) WILL BE CHARGED ON PAST DUE ACCOUNTS AND A REASONABLE ATTORNEY'S FEES IF THIS ACCOUNT IS PLACED FOR COLLECTION. ALL INVOICES DUE AND PAYABLE IN HOUSTON, HARRIS COUNTY,TEXAS. ALL FREIGHT F.O.B SHIPPING POINT.

SEE TERMS AND CONDITIONS ON REVERSE SIDE

| | |
|---|---|
| TAXABLE ITEMS | |
| SUBTOTAL OF ALL ITEMS | |
| STATE TAX | |
| CITY TAX | |
| OTHER TAX | |
| TOTAL AMOUNT OF ORDER | |
| DEPOSIT | |
| TOTAL AMOUNT DUE | |

Proj. Name ___
Proj. Code 1205-0LU
Cost Code ___
Type S M L
Approved By ___ Date ___

Roof, trim & gutters for Hangar

Page 1 of 2

TR_001670



**MBCI**
Metal Roof and Wall Systems
A Division of NCI Group, Inc.

REMITTANCE COPY

HOUSTON HARDY
14031 WEST HARDY
PO BOX 38217
HOUSTON, TX 77060-6304
281-445-8655

| | MAIL REMITTANCE TO |
|---|---|
| | MBCI LOCKBOX |
| | PO BOX 840326 |
| | DALLAS, TX 75284-0326 |
| | US |

| PAGE | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 2 | 12-APR-13 | 3978734 |

BILL OF LADING NUMBER  16048661

SOLD TO : 155644
GLACIERCAP MANAGEMENT LLC

**BILL TO**
GLACIERCAP MANAGEMENT LLC
10101 REUNION PLACE
SUITE 1000
SAN ANTONIO, TX 78216
(210) 384-5046

**SHIP TO**
GLACIERCAP MANAGEMENT LLC
LOS CERRITOS RANCH
UVALDE, TX 78801
210-262-2756 ROBERT

| DATE OF ORDER | DATE SHIPPED | CUSTOMER P.O.NO./ORDERED BY | SALES COORDINATOR | TERMS | ORDER NUMBER |
|---|---|---|---|---|---|
| 04-APR-13 | 12-APR-13 | | J. Garcia 604 | 1/2% 10, NET 30 | 4120905 |

| LINE | DESCRIPTION | Ga | COLOR | Qty | SHEET LENGTH | SQ.FT. PER SHEET | TOTAL SQ.FT. OF MATL | UNIT PRICE | OPT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 29000 | #14 7/8X3/8 POP RIVET SS | | PLATED | 388 | | | 0 | 117.80 | | |
| 30000 | #17 12-14X1 DRILLER WW | | PLATED | 2500 | | | 0 | 78.70 | | 199.25 |
| 31000 | #1A 12-14X1 DRILLER NW | | PLATED | 6750 | | | 0 | 47.93 | | 323.53 |
| 32000 | #17 14-21-7/8 DRILLER WW | | PLATED | 2250 | | | 0 | 232.37 | | 600.00 |
| 33000 | #4 1/4-14X7/8 LL LAP TEK 3 WW | | PLATED | 2250 | | | 0 | 157.19 | | 353.68 |
| 34000 | #6 1/4-14X1-1/4 SHOULDER TEK 2 NW | | PLATED | 250 | | | 0 | 131.32 | | 32.83 |
| 35000 | CL44 CUTTER S-BAT | 18 | GALV | 120 | | | 18 | 0.66 | | 301.44 |
| 36000 | HW222 CLIP-SL-HIGH 2 FLOATING | | | 2550 | | | 0 | 0.97 | | 2,473.50 |
| 37000 | HW410 CLOSURE-O/SL-QS-16" | 24 | GALPLUS | 508 | | | 0 | 4.67 | | 1,419.55 |
| 38000 | HW504 TAPE SEAL-TRI-BEAD 8 | | | 30 | | | 0 | 32.06 | | 961.80 |
| 39000 | HW540 TUBE SEALANT URETHANE | | WHITE | 20 | | | 0 | 5.54 | | 110.80 |
| 40000 | HW278 BACKUP PLATE BL/SL/LS-16 | 16 | RED GA | 488 | | | 0 | 13.1? | | 962.24 |
| 41000 | GH TRIM STD. PKG BOX | | | 1 | | | 0 | 225.00 | | 225.00 |
| 44000 | GH FRT COMPANY TRUCK | | | 1 | | | 0 | 1,250.00 | | 1,250.00 |

*** THIS ORDER HAS PANELS WITH STRIATIONS REPRESENTED BY THE SUPER GIRL. THIS IS AN OPTION YOU AS THE CUSTOMER HAVE CHOSEN. PLEASE CONTACT YOUR SALES PERSON IMMEDIATELY IF THIS IS NOT THE CORRECT OPTION. EACH ORDER LINE NEEDS TO BE REVIEWED FOR THIS OPTION. *** SAME AS 005-0111790

CHANGED CUSTOMER NAME.
DELETED PBD & FL 514A PER ROBERT A.

| CUSTOMER JOB NAME/# | ESTIMATED SHIPPING WT | SHEET PACKAGING | PACKAGES@ |
|---|---|---|---|
| | 8030.5625 | TRIM PACKAGING | PACKAGES@ |

SHIP VIA  MASON DIXON LINES    MINI REGION: 0031A

A CARRYING CHARGE OF .833% PER MONTH(10% PER ANNUM) WILL BE CHARGED ON PAST DUE ACCOUNTS AND A REASONABLE ATTORNEY'S FEES IF THIS ACCOUNT IS PLACED FOR COLLECTION. ALL INVOICES DUE AND PAYABLE IN HOUSTON , HARRIS COUNTY, TEXAS. ALL FREIGHT F.O.B SHIPPING POINT.

SEE TERMS AND CONDITIONS ON REVERSE SIDE

**YOU MAY DEDUCT $91.91, IF PAID BEFORE APRIL 23RD 2013**

| | | |
|---|---|---|
| NON-TAXABLE ITEMS | | 0.00 |
| TAXABLE ITEMS | | 18,381.45 |
| SUBTOTAL OF ALL ITEMS | | 18,381.45 |
| STATE TAX | 6.25 | 1,148.83 |
| CITY TAX | | 0.00 |
| OTHER TAX | 2 | 367.65 |
| TOTAL AMOUNT OF ORDER | | 19,897.33 |
| DEPOSIT | | 0.00 |
| TOTAL AMOUNT DUE | | 19,897.93 |

Page 2 of 2



Large void due to improper eave flashing.

..._01727



Drawings specify eave plate should be used at this condition in lieu of roof clip.

18



No trim or gutters present, roof sheet bent up and over rake.

_01741



According to drawings eave plate should be used at this condition in lieu of roof clip

22



Close view of roof dip, screws at end of standing seam panel, eave plate missing/not installed. Different size clips causing deformation of roof sheets.

._01743



1

TR_01693



2

1694



3



4



5



6

1698



7



8



9



10



11

TR_01703

TAB 19

| | |
|---|---|
| Type: | PEMB Material |
| Subcontractor: | MBCI |
| Deficiencies: | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion |
| Corrective Action: | Invoice # 3991125 - Ridge cap |
| Invoice #: | 3991125 |
| Cost to Correct: | $378.88 |
| Photos of Deficiencies: | 15-16 |
| Photos of Corrective Action: | 1, 9 & 11 |



**REPRINT**

SAN ANTONIO
8877 I-10 EAST
PO BOX 68
CONVERSE, TX 78109
210-661-2408

Metal Roof and Wall Systems
A Division of NCI Group, Inc.

**MAIL REMITTANCE TO**
MBCI LOCKBOX
PO BOX 840326
DALLAS, TX 75284-0326
US

SOLD TO : 155644
GLACIERCAP MANAGEMENT LLC

| PAGE | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 1 | 03-MAY-13 | 3991125 |

BILL OF LADING NUMBER   16108931

| B I L L T O | GLACIERCAP MANAGEMENT LLC<br>10101 REUNION PLACE<br>SUITE 1000<br>SAN ANTONIO, TX 78216<br>(210) 384-5046 | S H I P T O | GLACIERCAP MANAGEMENT LLC<br>CPU<br>8877 IH 10 EAST<br>CONVERSE *, TX 78109-6102<br>(210) 384-5046 |

| DATE OF ORDER | DATE SHIPPED | CUSTOMER P.O. NO./ORDERED BY | SALES COORDINATOR | TERMS | ORDER NUMBER |
|---|---|---|---|---|---|
| 03-MAY-13 | 03-MAY-13 | ENCINAL | J. Garcia 904 | 1/2% 10, NET 30 | 4141029 |

| LINE | DESCRIPTION | GA | COLOR | QTY | SHEET LENGTH | SQ.FT. PER SHEET | TOTAL SQ.FT. OF MAT'L | UNIT PRICE | OPT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | | | | | | | | | | |
| | | | | (Total Linear Feet | 111.87) | 0 | Sub Total | | 360.00 |
| 2000 | OTHER COMPANY TRUCK | | | | | | | 0.00 | | 0.00 |
| 3000 | CH FUEL SURCHG CO TRUCK | | | 1 | | | 0 | 0.00 | | 0.00 |
| 1000 | CH BREAK OF PACKAGING | | | | | | | 0.00 | | 0.00 |

DO NOT PRODUCE. PRODUCTION ON ORDER 4140612DM

Proj. Name
Proj. Code
Cost Code
Type
Approved by         Date

| CUSTOMER JOB NAME/# | ESTIMATED SHIPPING WT | SHEET PACKAGING | PACKAGES@ | |
|---|---|---|---|---|
| ENCINAL | 332,6155 | TRIM PACKAGING | PACKAGES@ | |

SHIP VIA   CPU          MINI REGION:   0061A

A CARRYING CHARGE OF .833% PER MONTH(10%PER ANNUM) WILL BE CHARGED ON PAST DUE ACCOUNTS AND A REASONABLE ATTORNEY'S FEES IF THIS ACCOUNT IS PLACED FOR COLLECTION. ALL INVOICES DUE AND PAYABLE IN HOUSTON , HARRIS COUNTY, TEXAS. ALL FREIGHT F.O.B SHIPPING POINT.

SEE TERMS AND CONDITIONS ON REVERSE SIDE

YOU MAY DEDUCT $1.75, IF PAID BEFORE MAY 14TH 2013

Roofing &
Hangar

| | | |
|---|---|---|
| NON-TAXABLE ITEMS | | 0.00 |
| TAXABLE ITEMS | | 350.00 |
| SUBTOTAL OF ALL ITEMS | | 350.00 |
| STATE TAX | 6.25 | 21.87 |
| CITY TAX | 1.25 | 4.38 |
| OTHER TAX | .75 | 2.63 |
| TOTAL AMOUNT OF ORDER | | 378.88 |
| DEPOSIT | | 0.00 |
| TOTAL AMOUNT DUE | | 378.88 |

Page 1 of 1



Ridge cap end lap, lacks fasteners. Documents specify 14-16 fasteners. This shows maybe 6.

_01735



Wrong closure and tape seal used at ridge.

16



1

TR_01693



9



11

TR_01703

<u>TAB 20</u>

| | |
|---|---|
| Type: | PEMB Material |
| Subcontractor: | MBCI |
| Deficiencies: | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion |
| Corrective Action: | Invoice # 3996712 - Ridge hip fix |
| Invoice #: | 3996712 |
| Cost to Correct: | $405.83 |
| Photos of Deficiencies: | 1 & 3 |
| Photos of Corrective Action: | 1, 9 & 11 |

TR_001675



**MBCI**
Metal Roof and Wall Systems
A Division of NCI Group, Inc.

REMITTANCE COPY

SAN ANTONIO
8677 I-10 EAST
PO BOX 69
CONVERSE, TX 78109
210-661-2409

MAIL REMITTANCE TO
MBCI LOCKBOX
PO BOX 840326
DALLAS, TX 75284-0326
US

| PAGE | INVOICE DATE | INVOICE NO. |
|------|-------------|-------------|
| 1 | 13-MAY-13 | 3996712 |

SOLD TO : 155644
GLACIERCAP MANAGEMENT LLC

BILL OF LADING NUMBER      16128161

**BILL TO**
GLACIERCAP MANAGEMENT LLC
10101 REUNION PLACE
SUITE 1000
SAN ANTONIO, TX 78216
(210) 384-5048

RECEIVED
MAY 15 2013
BY: _____

**SHIP TO**
GLACIERCAP MANAGEMENT LLC
CPU
8677 IH 10 EAST
CONVERSE *, TX 78109-5102
(210) 384-5048

| DATE OF ORDER | DATE SHIPPED | CUSTOMER P.O.NO./ORDERED BY | SALES COORDINATOR | TERMS | ORDER NUMBER |
|---------------|--------------|------------------------------|-------------------|-------|--------------|
| 09-MAY-13 | 13-MAY-13 | | J. Garcia 004 | 1/2% 10, NET 30 | 4144483 |

| LINE | DESCRIPTION | Ga | COLOR | Qty | SHEET LENGTH | SQ. FT. PER SHEET | TOTAL SQ.FT. OF MATL | UNIT PRICE | OPT PRICE | AMOUNT |
|------|-------------|----|-------|-----|--------------|-------------------|----------------------|------------|-----------|--------|
| 1000 | R212 RIDGE/HIP TX 1:12 | 24 | GEMPLUS | 14 | 10'8" | | 0 | 25.35 | | 354.90 |
| 2000 | CH TRIM STD. PKG BOX LF | | | 1 | | | 0 | 20.00 | | 20.00 |
| 3000 | CH FRT COMPANY TRUCK | | | 1 | | | 0 | 0.00 | | 0.00 |
| 4000 | CH FUEL SURCHG CO TRUCK | | | 1 | | | 0 | 0.00 | | 0.00 |

Proj. Name Los Cumbos Hanger
Proj. Code 4205-000
Cost Code 200-01
Type S - M - L
Approved By _____ Date 5/24/13
5/24/13

| CUSTOMER JOB NAME/# | ESTIMATED SHIPPING WT 275.38 | SHEET PACKAGING | PACKAGES@ | |
|---------------------|------------------------------|------------------|-----------|--|
| | | TRIM PACKAGING | PACKAGES@ | |

SHIP VIA   CPU          MINI REGION:   0031A

A CARRYING CHARGE OF .8333% PER MONTH(10%PER ANNUM) WILL BE CHARGED ON PAST DUE ACCOUNTS AND A REASONABLE ATTORNEY'S FEES IF THIS ACCOUNT IS PLACED FOR COLLECTION. ALL INVOICES DUE AND PAYABLE IN HOUSTON , HARRIS COUNTY,TEXAS. ALL FREIGHT F.O.B SHIPPING POINT.

SEE TERMS AND CONDITIONS ON REVERSE SIDE

**YOU MAY DEDUCT $1.87, IF PAID BEFORE MAY 24TH 2013**

Roofing & Hangar

Page 1 of 1

| | | |
|--|--|--|
| NON-TAXABLE ITEMS | | 0.00 |
| TAXABLE ITEMS | | 374.90 |
| SUBTOTAL OF ALL ITEMS | | 374.90 |
| STATE TAX | 6.25 | 23.43 |
| CITY TAX | 1.25 | 4.69 |
| OTHER TAX | .75 | 2.81 |
| TOTAL AMOUNT OF ORDER | | 405.83 |
| DEPOSIT | | 0.00 |
| TOTAL AMOUNT DUE | | 405.83 |



Inside of ridge shows gaps that will allow water to penetrate, appears ridge is only screw to roof sheets.



Gap at ridge closure will allow water to enter, wrong closure used, wrong tape seal used.

3



1

TR_01693



TR_ _01



11

TR_01703

<u>TAB 21</u>

| | |
|---|---|
| Type: | PEMB Material |
| Subcontractor: | MBCI |
| Deficiencies: | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion |
| Corrective Action: | Invoice # 4025105 - Hand Crimp |
| Invoice #: | 4025105 |
| Cost to Correct: | $265.22 |
| Photos of Deficiencies: | |
| Photos of Corrective Action: | |

TR_001679



RECEIVE
JUN 28 2013
BY:

MBCI
Metal Roof and Wall Systems
a Division of NCI Group, Inc.

HOUSTON HARDY
14031 WEST HARDY
PO BOX 38217
HOUSTON, TX 77060-5304
281-445-8555

MAIL REMITTANCE TO
MBCI LOCKBOX
PO BOX 840326
DALLAS, TX 76204-0325
US

| PAGE | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 1 | 24-JUN-13 | 4025105 |

SOLD TO : 155644
GLACIERCAP MANAGEMENT LLC

BILL OF LADING
NUMBER

| | | |
|---|---|---|
| B I L L T O | GLACIERCAP MANAGEMENT LLC<br>10101 REUNION PLACE<br>SUITE 1000<br>SAN ANTONIO, TX 78216<br>(210) 384-5046 | S H I P T O | GLACIERCAP MANAGEMENT LLC<br>DOS CERRITOS RANCH<br>5504 BANDERA RD<br>SUITE 604<br>SAN ANTONIO, TX 78228<br>210-262-2756  ROBERT |

| DATE OF ORDER | DATE SHIPPED | CUSTOMER P.O.NO./ORDERED BY | SALES COORDINATOR | TERMS | ORDER NUMBER |
|---|---|---|---|---|---|
| 07-MAY-13 | 24-JUN-13 | | C. Smith 001 | NET ON RECEIPT | 4143048 |

| LINE | DESCRIPTION | GA | COLOR | QTY | SHEET LENGTH SS SM | SQ. FT. PER SHEET | TOTAL SQ.FT. OF MAT'L | UNIT PRICE | OPT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | CH SPECIAL PACKAGING | | | | | | 0 | 0.00 | | 0.00 |
| 2000 | CH FRT OS CARRIER | | | 1 | | | 0 | 150.00 | | 150.00 |
| 3000 | CH FUEL SURCHG OS CARRIER | | | 1 | | | 0 | 0.00 | | 0.00 |
| 4000 | BEAM RENT BAT LOK HANDCRIMP MONTH | | | 1 | | | 0 | 95.00 | | 95.00 |
| | BLHT-362 | | | | | | | | | |
| | SHIPPED   05/09/2013 RETURNED   05/  /2013 | | | | | | | | | |

Proj. Name _Los Cerros Plaza_
Proj. Code _V25-000_
Cost Code _205-212_

Type S M L

Approved By _OS_   Date _7/31/13_

| CUSTOMER JOB NAME/# | ESTIMATED SHIPPING WT | SHEET PACKAGING | PACKAGES@ |
|---|---|---|---|
| 4120905 | 0 | TRIM PACKAGING | PACKAGES@ |

SHIP VIA          MINI REGION:  0031A

A CARRYING CHARGE OF .833% PER MONTH(10% PER ANNUM) WILL BE CHARGED ON PAST DUE ACCOUNTS AND A REASONABLE ATTORNEY'S FEES IF THIS ACCOUNT IS PLACED FOR COLLECTION. ALL INVOICES DUE AND PAYABLE IN HOUSTON , HARRIS COUNTY,TEXAS. ALL FREIGHT F.O.B SHIPPING POINT.

SEE TERMS AND CONDITIONS ON REVERSE SIDE

_Handcrimp Rental Foot & Hanger_

| | | |
|---|---|---|
| NON-TAXABLE ITEMS | | 0.00 |
| TAXABLE ITEMS | | 245.00 |
| SUBTOTAL OF ALL ITEMS | | 245.00 |
| STATE TAX | 6.25 | 15.32 |
| CITY TAX | | 0.00 |
| OTHER TAX | 2 | 4.90 |
| TOTAL AMOUNT OF ORDER | | 265.22 |
| DEPOSIT | | 0.00 |
| TOTAL AMOUNT DUE | | 265.22 |

Page 1 of 1

TAB 22

| | |
|---|---|
| Type: | PEMB Material |
| Subcontractor: | MBCI |
| Deficiencies: | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion |
| Corrective Action: | Invoice # 4024889 - Seamer Rental |
| Invoice #: | 4024889 |
| Cost to Correct: | $990.49 |
| Photos of Deficiencies: | 1-27 |
| Photos of Corrective Action: | |

TR_001678



REMITTANCE COPY
RECEIVED JUN 2 8 2013

**MBCI**
Metal Roof and Wall Systems
A Division of NCI Group, Inc.

HOUSTON HARDY
14031 WEST HARDY
PO BOX 38217
HOUSTON, TX 77060-5304
281-445-8666

| MAIL REMITTANCE TO |
| --- |
| MBCI LOCKBOX |
| PO BOX 840326 |
| DALLAS, TX 75284-0326 |
| US |

| PAGE | INVOICE DATE | INVOICE NO. |
| --- | --- | --- |
| 1 | 24-JUN-13 | 4024889 |

BILL OF LADING NUMBER

SOLD TO : 155644
GLACIERCAP MANAGEMENT LLC

| | B I L L T O | | S H I P T O | |
| --- | --- | --- | --- | --- |
| | GLACIERCAP MANAGEMENT LLC | | GLACIERCAP MANAGEMENT LLC | |
| | 10101 REUNION PLACE | | DOS CERRITOS RANCH | |
| | SUITE 1000 | | 5504 BANDERA RD | |
| | SAN ANTONIO, TX 78216 | | SUITE 504 | |
| | (210) 384-5046 | | SAN ANTONIO, TX 78228 | |
| | | | 210-262-2756 ROBERT | |

| DATE OF ORDER | DATE SHIPPED | CUSTOMER P.O.NO./ORDERED BY | SALES COORDINATOR | TERMS | ORDER NUMBER |
| --- | --- | --- | --- | --- | --- |
| 07-MAY-13 | 24-JUN-13 | | C. Smith 001 | NET ON RECEIPT | 4143039 |

| LINE | DESCRIPTION | Ga | COLOR | Qty | SHEET LENGTH | SQ. FT. PER SHEET | TOTAL SQ.FT. OF MATL | UNIT PRICE | OPT PRICE | AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1000 | CH SPECIAL PACKAGING | | | | | | 0 | 50.00 | | 0.00 |
| 2000 | CH FRT OS CARRIER | | | 1 | | | 0 | 400.00 | | 400.00 |
| 3000 | CH FUEL SURCHG OS CARRIER | | | 1 | | | 0 | 0.00 | | 0.00 |
| 4000 | BEAM RENT HS BATLOK WEEK | | | 3 | | | 0 | 135.00 | | 405.00 |
| 5000 | BEAM RENT HS BATLOK DAY | | | 1 | | | 0 | 30.00 | | 30.00 |
| 6000 | CH MISCELLANEOUS REPLACE PENDANT CORD BECAUSE IT WAS CUT. | | | 1 | | | 0 | 80.00 | | 80.00 |

BLHS-233

SHIPPED    05/09/2013
RETURNED  05/31/2013

Proj. Name Los Cerritos Hanger
Proj. Code
Cost Code 200-02

Type S M L

Approved By _____ Date _____

| CUSTOMER JOB NAME/# | ESTIMATED SHIPPING WT | SHEET PACKAGING | PACKAGES@ | |
| --- | --- | --- | --- | --- |
| 4120905 | 0 | TRIM PACKAGING | PACKAGES@ | |

| SHIP VIA | MINI REGION: 0031A | | |
| --- | --- | --- | --- |

A CARRYING CHARGE OF .833% PER MONTH(10%PER ANNUM) WILL BE CHARGED ON PAST DUE ACCOUNTS AND A REASONABLE ATTORNEY'S FEES IF THIS ACCOUNT IS PLACED FOR COLLECTION. ALL INVOICES DUE AND PAYABLE IN HOUSTON, HARRIS COUNTY, TEXAS. ALL FREIGHT F.O.B SHIPPING POINT.

SEE TERMS AND CONDITIONS ON REVERSE SIDE

| | | |
| --- | --- | --- |
| NON-TAXABLE ITEMS | | 0.00 |
| TAXABLE ITEMS | | 915.00 |
| SUBTOTAL OF ALL ITEMS | | 915.00 |
| STATE TAX | 6.25 | 57.19 |
| CITY TAX | | 0.00 |
| OTHER TAX | 2 | 18.30 |
| TOTAL AMOUNT OF ORDER | | 990.49 |
| DEPOSIT | | 0.00 |
| TOTAL AMOUNT DUE | | 990.49 |

Page 1 of 1



Inside of ridge shows gaps that will allow water to penetrate, appears ridge is only screw to roof sheets.



Roof sheets to long/close together at this condition. Normally there is a 4" to 6" gap No expansion will be allowed, no back up plate present.

2

IR_01722



Gap at ridge closure will allow water to enter, wrong closure used, wrong tape seal used.

3

ır_01723



Wrong closure piece used at ridge cap, will allow water entry during wind driven rain event. .



Roof sheets not seamed properly, roof sheets pulled apart at bottom.

5

..._01725



Roof sheets trimmed back at cupola steel framing, and burned during welding activities.

6



Large void due to improper eave flashing.

7

..._01727



Large void due to improper eave flashing. Field fabricated flashing installed incorrectly.

8

ᴘᴍ_01728



Roof sheets trimmed back at cupola beam, no trim present. Roof sheets burned from welding beams. It is unknown if work was performed by certified welder.

9



Three different types of roof clips found on site; metal building drawings call out "High Floating" Clips.



Drawings specify full sheets to be used on roof. Shown here as a panel splice not in accordance with the drawings.

11



Shows roof drop off at front end wall. Same condition at both sides of building due to improper field fabrication of shortened door pockets.



Closer views of roof drop off.

13

...\_01733



Most of roof is one full length sheet, some laps are used for unknown reason. Laps are not in accordance with the drawings and specifications.

14



Ridge cap end lap, lacks fasteners. Documents specify 14-16 fasteners. This shows maybe 6.

_01735



Wrong closure and tape seal used at ridge.

16



Gap due to wrong closure used, will allow water to enter.

..._01737



Drawings specify eave plate should be used at this condition in lieu of roof clip.

18

38



Roof sheets not aligned and no trim or gutters. Roof sheet not as specified on Metal Building Drawings

19



Trim missing, roof sheet cut and bent over rake.

20



No trim or gutters present, roof sheet bent up and over rake.

_01741



According to drawings eave plate should be used at this condition in lieu of roof clip

22



Close view of roof dip, screws at end of standing seam panel, eave plate missing/not installed. Different size clips causing deformation of roof sheets.

23

._01743



Closer view of roof slop change at front end wall due to shortening of pocket doors. The geometry of the roof slop was miss calculated when door pockets where field modified.

24

44



Roof slope change at front end wall due to shortening of pocket doors.

25

IG_01745



Roof dips approximately 4" at front end wall due to improper field modification of pocket door frames.

26

46



Roof dips approximately 4" at frond end wall due to improper field modification of pocket door frames.

27

<u>TAB 23</u>

| | |
|---|---|
| Type: | PEMB Material |
| Subcontractor: | MBCI |
| Deficiencies: | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion |
| Corrective Action: | Invoice # 4009549 - Ridge and closer strips |
| Invoice #: | 4009549 |
| Cost to Correct: | $167.05 |
| Photos of Deficiencies: | 1, 3-4 |
| Photos of Corrective Action: | 1-4 & 9-11 |

TR_001677



**MBCI**
Metal Roof and Wall Systems
A Division of NCI Group, Inc.

REPRINT

REPRINT

HOUSTON HARDY
14031 WEST HARDY
PO BOX 38217
HOUSTON, TX 77060-5304
281-445-8555

**MAIL REMITTANCE TO**
MBCI LOCKBOX
PO BOX 840326
DALLAS, TX 75284-0326
US

| PAGE | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 1 | 01-JUN-13 | 4008549 |

| BILL OF LADING NUMBER | 16178932 |
|---|---|

SOLD TO : 155844
GLACIERCAP MANAGEMENT LLC

**BILL TO:**
GLACIERCAP MANAGEMENT LLC
10101 REUNION PLACE
SUITE 1000
SAN ANTONIO, TX 78216
(210) 384-6046

**SHIP TO:**
GLACIERCAP MANAGEMENT LLC
LOS CERRITOS RANCH
UVALDE, TX 78801
????

| DATE OF ORDER | DATE SHIPPED | CUSTOMER P.O.NO./ORDERED BY | SALES COORDINATOR | TERMS | ORDER NUMBER |
|---|---|---|---|---|---|
| 23-MAY-13 | 01-JUN-13 | | J. Garcia 004 | 1/2% 10, NET 30 | 4154486 |

| LINE | DESCRIPTION | GA | COLOR | QTY | SHEET LENGTH | LBS PER SHEET | TOTAL LBS OF MATL | UNIT PRICE | OPT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | PBD PANEL | 26 | GALVZ | | | 61.29 | 735.51 | 83.50 | | |
| 2000 | PBD PANEL | 26 | GALVZ | 12 | 39'-0" | 65.17 | 782.04 | 83.50 | | |
| 3000 | PBD PANEL | 26 | GALVZ | 12 | 22'-5" | 64.22 | 770.64 | 83.50 | | |
| 4000 | PBD PANEL | 26 | GALVZ | 10 | | | | | | |
| 5000 | PBD PANEL | 26 | GALVZ | 12 | 20'-2" | 57.14 | 685.68 | 83.50 | | |
| 6000 | PBD PANEL | 26 | GALVZ | 12 | 20'-2" | 57.14 | 685.68 | 83.50 | | |
| 7000 | PBD PANEL | 26 | GALVZ | | | | | | | |
| 8000 | PBD PANEL | 26 | GALVZ | 14 | 7'-1-1/2" | 20.19 | 282.66 | 83.50 | | |
| 9000 | PBD PANEL | 26 | GALVZ | 100 | 6'-11-1/2" | 19.72 | 1972 | 83.50 | | |
| 10000 | PBD PANEL | 26 | GALVZ | | | | | | | |
| | | | | (Total Linear Feet | 2,724.177 | 7719.16 | 300 cim | | 8,497.89 |
| 11000 | PBD PANEL_EAST | 26 | GALVZ | 82 | 22'-0" | 62.33 | 5111.06 | 83.50 | | |
| | | | | | | | | 300 | | |
| 12000 | PBD PANEL_WEST | 26 | GALVZ | 28 | 20'-0" | 58.67 | 1473.42 | 83.50 | | |
| | | | | (Total Linear Feet | 835.001 | 1773.42 | S/6 cim | | 1,230.17 |
| 12100 | SP24 SPECIAL | 24 | GALVZ | 10 | | 6.87 | | 2.28 | 100 | |
| | _2_1_8" FL514 | | | | | | | | | |
| 12200 | SP24 SPECIAL | 24 | GALVZ | 80 | 12'-0" | 5 | 400 | 2.28 | 384.00 | 1,296.00 |
| | _2_1_8_FL513 | | | | | | | | | |
| 12300 | SP24 SPECIAL _1_1_12 | 24 | GALVZ | 40 | 10'-6" | 10.42 | 416.8 | 2.28 | 144.00 | 1,094.00 |
| | 1/2" #1 | | | | | | | | | |
| 12400 | SP24 SPECIAL _1_1_ | 24 | GALVZ | 80 | | 6.25 | 500 | 2.28 | 288.00 | 974.00 |
| | 1/2" #2 | | | | | | | | | |
| 12500 | SP24 SPECIAL _1_1_7 | 24 | GALVZ | 40 | 10'-0" | 6.25 | 250 | 2.28 | 144.00 | 714.00 |
| | 1/2" #3 | | | | | | | | | |
| 13000 | FL212 RIDGE/HIP-FIX | 24 | GLMPLUS | 1 | 19'-2" | | 0 | 60.70 | | 60.70 |
| | _112 | | | | | | | | | |
| 14000 | SP24 SPECIAL_3_1_ | 24 | GLMPLUS | 10 | | | 0 | 2.48 | 80.00 | |
| | 3/4" | | | | | | | | | |
| 20000 | SP26 SPECIAL | 26 | GLMPLUS | 30 | 10'-2" | 3.39 | 101.7 | 3.49 | 72.00 | 426.93 |
| | _22_24_SP3 | | | | | | | | | |
| 21000 | #17 12-14X1 DRILLER | | PLATED | 7000 | | | 0 | 132.83 | | 929.31 |
| | WW | | | | | | | | | |
| 22000 | EDU TO CLOSURE BUST | 26 | GLMPLUS | | | | | | 7.68 | |
| | OS-16" | | | | | | | | | |
| 23000 | NWA63-D PANEL CLOSUR | | | 500 | 31-0? | | 0 | 0.93 | | 465.00 |
| | W/ADH | | | | | | | | | |
| 23100 | CH FUEL SURCHG OS | | | 1 | | | 0 | 0.00 | | 0.00 |

| CUSTOMER JOB NAME/# | ESTIMATED SHIPPING WT | SHEET PACKAGING | PACKAGES@ |
|---|---|---|---|
| | 16926.4588 | TRIM PACKAGING | PACKAGES@ |

SHIP VIA PRIME INC tr//#P76     MINI REGION: 0031A

A CARRYING CHARGE OF .083% PER MONTH(10%PER ANNUM) WILL BE CHARGED ON PAST DUE ACCOUNTS AND A REASONABLE ATTORNEY'S FEES IF THIS ACCOUNT IS PLACED FOR COLLECTION. ALL INVOICES DUE AND PAYABLE IN HOUSTON, HARRIS COUNTY, TEXAS. ALL DEPOSITS NON-REFUNDABLE.

SEE TERMS AND CONDITIONS ON THE REVERSE SIDE

Profit Code _____
Cost Code _____

Type S M L

Approved By _____ Date _____

Page 1 of 2

| | |
|---|---|
| NON-TAXABLE ITEMS | |
| TAXABLE ITEMS | |
| SUBTOTAL OF ALL ITEMS | |
| STATE TAX | |
| CITY TAX | |
| OTHER TAX | |
| TOTAL AMOUNT OF ORDER | |
| DEPOSIT | |
| TOTAL AMOUNT DUE | |

Hangar



Gap at ridge closure will allow water to enter, wrong closure used, wrong tape seal used.

3

IR_01723



Inside of ridge shows gaps that will allow water to penetrate, appears ridge is only screw to roof sheets.



Wrong closure piece used at ridge cap. will allow water entry during wind driven rain event. .

4

ıʀ_01724



1

TR_01693



2



3

TR_01695



01696



9

TR_01701



10





11

TR_01703

TAB 24

| | |
|---|---|
| Type: | PEMB Material |
| Subcontractor: | MBCI |
| Deficiencies: | Roofing System not installed per plans and specifications, and did not create a waterproof structure upon completion |
| Corrective Action: | Invoice # 3989474 - Roof Clips |
| Invoice #: | 3989474 |
| Cost to Correct: | $2,235.90 |
| Photos of Deficiencies: | 10 |
| Photos of Corrective Action: | 1-11 |

TR_001673



Metal Roof and Wall Systems
A Division of NCI Group, Inc.

REPRINT

SAN ANTONIO
8677 I-10 EAST
PO BOX 69
CONVERSE, TX 78109
210-661-2408

**MAIL REMITTANCE TO**

MBCI LOCKBOX
PO BOX 840326
DALLAS, TX 75284-0326
US

| PAGE | INVOICE DATE | INVOICE NO. |
|---|---|---|
| 1 | 01-MAY-13 | 3988474 |

SOLD TO : 155644
GLACIERCAP MANAGEMENT LLC

| BILL OF LADING NUMBER | 16101271 |
|---|---|

**BILL TO**
GLACIERCAP MANAGEMENT LLC
10101 REUNION PLACE
SUITE 1000
SAN ANTONIO, TX 78216
(210) 384-6046

**SHIP TO**
GLACIERCAP MANAGEMENT LLC
CPU
8677 IH 10 EAST
CONVERSE *, TX 78109-5102
(210) 384-6046

| DATE OF ORDER | DATE SHIPPED | CUSTOMER P.O.NO./ORDERED BY | SALES COORDINATOR | TERMS | ORDER NUMBER |
|---|---|---|---|---|---|
| 30-APR-13 | 01-MAY-13 | Airport | J. Garcia 004 | 1/2% 10, NET 30 | 4137707 |

| LINE | DESCRIPTION | Ga | COLOR | Qty | SHEET LENGTH | SQ. FT. PER SHEET | TOTAL SQ.FT. OF MATL | UNIT PRICE | OPT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1000 | RW222 CLIP-SL-HIGH 2 FLOATING | | | 2550 | | | 0 | 0.81 | | 2,065.50 |
| 2000 | CH SPECIAL PACKAGING | | | 1 | | | 0 | 0.00 | | 0.00 |
| 3000 | CH FUEL SURCHG CO TRUCK | | | 1 | | | 0 | 0.00 | | 0.00 |
| 4000 | CH FRT COMPANY TRUCK | | | 1 | | | 0 | 0.00 | | 0.00 |

| CUSTOMER JOB NAME/# | ESTIMATED SHIPPING WT | SHEET PACKAGING | PACKAGES@ | |
|---|---|---|---|---|
| | 714 | TRIM PACKAGING | PACKAGES@ | |

SHIP VIA   CPU          MINI REGION:   0031A

A CARRYING CHARGE OF .833% PER MONTH(10%PER ANNUM) WILL BE CHARGED ON PAST DUE ACCOUNTS AND A REASONABLE ATTORNEY'S FEES IF THIS ACCOUNT IS PLACED FOR COLLECTION. ALL INVOICES DUE AND PAYABLE IN HOUSTON , HARRIS COUNTY,TEXAS. ALL FREIGHT F.O.B SHIPPING POINT.

SEE TERMS AND CONDITIONS ON REVERSE SIDE

YOU MAY DEDUCT $10.33, IF PAID BEFORE MAY 12TH 2013

| | | |
|---|---|---|
| NON-TAXABLE ITEMS | | 0.00 |
| TAXABLE ITEMS | | 2,065.50 |
| SUBTOTAL OF ALL ITEMS | | 2,065.50 |
| STATE TAX | 6.25 | 129.09 |
| CITY TAX | 1.25 | 25.82 |
| OTHER TAX | .75 | 15.49 |
| TOTAL AMOUNT OF ORDER | | 2,235.90 |
| DEPOSIT | | 0.00 |
| TOTAL AMOUNT DUE | | 2,235.90 |

Page 1 of 1



Three different types of roof clips found on site, metal building drawings call out "High Floating" Clips.

10

_01730



1

TR_01693



2369



3



4



5

TR_01697



6



7

TR_01699



8



9

TR_01701



10





11

TR_01703

TAB 25

| | |
|---|---|
| Type: | Concrete Labor |
| Subcontractor: | RMJ |
| Deficiencies: | Improper location of grade beam and foundation |
| Corrective Action: | Brick lug and Grade Beam |
| Invoice #: | 2 |
| Cost to Correct: | $11,500.00 |
| Photos of Deficiencies: | 64-70 |
| Photos of Corrective Action: | 21-23 |

TR_001684



180 CR 782   Devine, Texas 78016        phone: 210.912.3404
     JamesF.RMJ@gmail.com

August 28, 2013

Attn: Daniel Boddie

Re:  Los Cerritos Ranch Concrete Deficiencies Breakdown

| LOS CERRITOS HANGAR IMPROVEMENTS | $ 20,000.00 |
|---|---|
| • Brick Lug/Grade Beam | $ 11,500.00 |
| • Door Track Extensions | $ 4,000.00 |
| • Pilaster Extensions | $ 2,000.00 |
| • "Pour Only" Slab (Epoxy/Dowel Installation) | $ 2,500.00 |

James Fierros


RMJ Construction Services llc



## Invoice

| attn: | Deanna Boedeker | | |
|---|---|---|---|
| Bill to: | GLACIER CAP CONSTRUCTION, LLC | INVOICE NO. | 2 |
| | 10067 JonesMaltsberger | | |
| | San Antonio, Texas 78216 | INVOICE DATE: | 04/23/13 |
| | 210.384.3204 | | |

Project:    **LOS CERRITOS**

| Item No. | Description of Work | Value | Previous Application | % | Balance to Finish | Total Billed | Ret. | THIS PERIOD |
|---|---|---|---|---|---|---|---|---|
| 1 | 10,000 sq ft "Slabs" | $53,500.00 | | 100% | $53,500.00 | $0.00 | | $53,500.00 |
| 2 | 10,000 sq ft "pour only" | $13,722.00 | | 100% | $0.00 | $13,722.00 | | $0.00 |
| 3 | Structural Tank pads | $15,000.00 | | 0% | $15,000.00 | $0.00 | | $0.00 |
| 4 | Brick Lug / Door Track | $17,500.00 | | 100% | $17,500.00 | $0.00 | | $17,500.00 |
| 5 | Pour on Metal Deck | $9,000.00 | | 100% | $9,000.00 | $0.00 | | $9,000.00 |
| | TOTALS | $108,722.00 | $0.00 | | $95,000.00 | | 0 | $80,000.00 |

| # | Change Orders | | | | | | | THIS PERIOD |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | Total Change Orders | | | | | | | $0.00 |
| | TOTALS | | | | | | | $80,000.00 |

Payment to:

**RMJ Construcion Services LLC**
**180 Cr 762**
**Devine, Texas 78016**
**Ph. 210.912.3404**
JamesF.RMJ@gmail.com

TR_01685



Column base showing grade beam not flush with the brick lug. Hangar pocket doors installed at the incorrect size. They both need to be extended appx 2' 6".



Column base showing grade beam not flush with the brick lug. Hangar pocket doors installed at the incorrect size. They both need to be extended appx 2' 6".



Column base showing grade beam not flush with the brick lug.

66

..._01786



Column base showing grade beam not flush with the brick lug.



Column base showing grade beam not flush with the brick lug.



Column base showing grade beam not flush with the brick lug.



Column base showing grade beam not flush with the brick lug.



21







23

TR_01715

## TAB 26

| | |
|---|---|
| Type: | Concrete Labor |
| Subcontractor: | RMJ |
| Deficiencies: | Improper location of grade beam and foundation |
| Corrective Action: | Door Track Extensions |
| Invoice #: | 2 |
| Cost to Correct: | $4,000.00 |
| Photos of Deficiencies: | 60, 64-65 & 72 |
| Photos of Corrective Action: | 24-25 |



**R** M J

Construction Services LLC

180 CR 762    Devine, Texas 78016        phone: 210.912.3404
JamesF.RMJ@gmail.com

August 28, 2013

Attn: Daniel Boddie

Re: Los Cerritos Ranch Concrete Deficiencies Breakdown

| LOS CERRITOS HANGAR IMPROVEMENTS | $ 20,000.00 |
|---|---|
| • Brick Lug/Grade Beam | $ 11,500.00 |
| • Door Track Extensions | $ 4,000.00 |
| • Pilaster Extensions | $ 2,000.00 |
| • "Pour Only" Slab (Epoxy/Dowel Installation) | $ 2,500.00 |

James Fierros


RMJ Construction Services llc




**Construction Services LLC**

## Invoice

attn: Deanna Boedeker

Bill to: GLACIER CAP CONSTRUCTION, LLC
10067 JonesMaltsberger
San Antonio, Texas 78216
210.384.3204

INVOICE NO. 2

INVOICE DATE: 04/23/13

Project: **LOS CERRITOS**

| Item No. | Description of Work | Value | Previous Application | % | Balance to Finish | Total Billed | Ret. | THIS PERIOD |
|---|---|---|---|---|---|---|---|---|
| 1 | 10,000 sq ft "Slabs" | $53,500.00 | | 100% | $53,500.00 | $0.00 | | $53,500.00 |
| 2 | 10,000 sq ft "pour only" | $13,722.00 | | 100% | $0.00 | $13,722.00 | | $0.00 |
| 3 | Structural Tank pads | $15,000.00 | | 0% | $15,000.00 | $0.00 | | $0.00 |
| 4 | Brick Lug / Door Track | $17,500.00 | | 100% | $17,500.00 | $0.00 | | $17,500.00 |
| 5 | Pour on Metal Deck | $9,000.00 | | 100% | $9,000.00 | $0.00 | | $9,000.00 |
| | TOTALS | $108,722.00 | $0.00 | | $95,000.00 | | 0 | $80,000.00 |

| # | Change Orders | | | | | | | THIS PERIOD |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | Total Change Orders | | | | | | | $0.00 |
| | TOTALS | | | | | | | $80,000.00 |

Payment to:

**RMJ Construcion Services LLC**
**180 Cr 762**
**Devine, Texas 78016**
**Ph. 210.912.3404**
**JamesF.RMJ@gmail.com**

TR_01685



Hangar doors and pocket door columns out of plumb, incorrectly field modified. Rather than correcting the footing, door pockets where shortened to match the concrete poured in place. Need to be removed and corrected.



Column base showing grade beam not flush with the brick lug. Hangar pocket doors installed at the incorrect size. They both need to be extended appx 2' 6".



Column base showing grade beam not flush with the brick lug. Hangar pocket doors installed at the incorrect size. They both need to be extended appx 2' 6".

.._01785



Column base showing grade beam not flush with the brick lug. Note CMU supporting the wall.



24

TR_01716



25

TAB 27

| | |
|---|---|
| Type: | Concrete Labor |
| Subcontractor: | RMJ |
| Deficiencies: | Improper location of grade beam and foundation |
| Corrective Action: | Pilaster Extensions |
| Invoice #: | 2 |
| Cost to Correct: | $2,000.00 |
| Photos of Deficiencies: | 66-70 |
| Photos of Corrective Action: | 21-23 |

TR_001684



180 CR 762   Devine, Texas 78016        phone: 210.912.3404
JamesF.RMJ@gmail.com

August 28, 2013

Attn: Daniel Boddie

Re:  Los Cerritos Ranch Concrete Deficiencies Breakdown

| LOS CERRITOS HANGAR IMPROVEMENTS | $ 20,000.00 |
|---|---|
| • Brick Lug/Grade Beam | $ 11,500.00 |
| • Door Track Extensions | $  4,000.00 |
| • Pilaster Extensions | $  2,000.00 |
| • "Pour Only" Slab (Epoxy/Dowel Installation) | $  2,500.00 |

James Fierros

RMJ Construction Services llc

 

**Construction Services LLC**

## Invoice

attn: Deanna Boedeker

Bill to: GLACIER CAP CONSTRUCTION, LLC
10067 JonesMaltsberger
San Antonio, Texas 78216
210.384.3204

INVOICE NO.    2

INVOICE DATE:    04/23/13

Project:    **LOS CERRITOS**

| Item No. | Description of Work | Value | Previous Application | % | Balance to Finish | Total Billed | Ret. | THIS PERIOD |
|---|---|---|---|---|---|---|---|---|
| 1 | 10,000 sq ft "Slabs" | $53,500.00 | | 100% | $53,500.00 | $0.00 | | $53,500.00 |
| 2 | 10,000 sq ft "pour only" | $13,722.00 | | 100% | $0.00 | $13,722.00 | | $0.00 |
| 3 | Structural Tank pads | $15,000.00 | | 0% | $15,000.00 | $0.00 | | $0.00 |
| 4 | Brick Lug / Door Track | $17,500.00 | | 100% | $17,500.00 | $0.00 | | $17,500.00 |
| 5 | Pour on Metal Deck | $9,000.00 | | 100% | $9,000.00 | $0.00 | | $9,000.00 |
| | TOTALS | $108,722.00 | $0.00 | | $95,000.00 | | 0 | $80,000.00 |

| # | Change Orders | | | | | | | THIS PERIOD |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | Total Change Orders | | | | | | | $0.00 |
| | TOTALS | | | | | | | $80,000.00 |

Payment to:

**RMJ Construcion Services LLC**
**180 Cr 762**
**Devine, Texas 78016**
**Ph. 210.912.3404**
**JamesF.RMJ@gmail.com**

TR_01685



Column base showing grade beam not flush with the brick lug.

..._01786

Column base showing grade beam not flush with the brick lug.

67





Column base showing grade beam not flush with the brick lug.



Column base showing grade beam not flush with the brick lug.



Column base showing grade beam not flush with the brick lug.

. . _01790



21



22



23

TR_01715

<u>TAB 28</u>

Type:                              Concrete Labor

Subcontractor:                RMJ

Deficiencies:                  Improper location of grade beam and foundation

Corrective Action:          Epoxy Dowels at Existing

Invoice #:                       2

Cost to Correct:             $2,500.00

Photos of Deficiencies:   76-77

Photos of Corrective       21-23
Action:

TR_001684



180 CR 762   Devine, Texas 78016        phone: 210.912.3404
     JamesF.RMJ@gmail.com

August 28, 2013

Attn: Daniel Boddie

Re:  Los Cerritos Ranch Concrete Deficiencies Breakdown

| LOS CERRITOS HANGAR IMPROVEMENTS | $ 20,000.00 |
|---|---|
| • Brick Lug/Grade Beam | $ 11,500.00 |
| • Door Track Extensions | $  4,000.00 |
| • Pilaster Extensions | $  2,000.00 |
| • "Pour Only" Slab (Epoxy/Dowel Installation) | $  2,500.00 |

James Fierros


RMJ Construction Services llc



Construction Services LLC

## Invoice

attn: Deanna Boedeker

Bill to: GLACIER CAP CONSTRUCTION, LLC
10067 JonesMaltsberger
San Antonio, Texas 78216
210.384.3204

INVOICE NO. 2

INVOICE DATE: 04/23/13

Project: **LOS CERRITOS**

| Item No. | Description of Work | Value | Previous Application | % | Balance to Finish | Total Billed | Ret. | THIS PERIOD |
|---|---|---|---|---|---|---|---|---|
| 1 | 10,000 sq ft "Slabs" | $53,500.00 | | 100% | $53,500.00 | $0.00 | | $53,500.00 |
| 2 | 10,000 sq ft "pour only" | $13,722.00 | | 100% | $0.00 | $13,722.00 | | $0.00 |
| 3 | Structural Tank pads | $15,000.00 | | 0% | $15,000.00 | $0.00 | | $0.00 |
| 4 | Brick Lug / Door Track | $17,500.00 | | 100% | $17,500.00 | $0.00 | | $17,500.00 |
| 5 | Pour on Metal Deck | $9,000.00 | | 100% | $9,000.00 | $0.00 | | $9,000.00 |
| | TOTALS | $108,722.00 | $0.00 | | $95,000.00 | | 0 | $80,000.00 |

| # | Change Orders | | | | | | | THIS PERIOD |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | Total Change Orders | | | | | | | $0.00 |
| | TOTALS | | | | | | | $80,000.00 |

Payment to:

**RMJ Construcion Services LLC**
**180 Cr 762**
**Devine, Texas 78016**
**Ph. 210.912.3404**
**JamesF.RMJ@gmail.com**

TR_01685



Installed additional dowels per the structural drawings at 1' OC.
Previously Installed at 2' OC.

76

ı ı _ 01796



Installing additional dowels at 1' OC.



21

TR_01713



22



23

TR_01715

TAB 29

| | |
|---|---|
| Type: | Concrete Material |
| Subcontractor: | DGJ |
| Deficiencies: | Improper location of grade beam and foundation |
| Corrective Action: | Concrete Footings |
| Invoice #: | 6104 |
| Cost to Correct: | $6,365.10 |
| Photos of Deficiencies: | 64-70 & 72 |
| Photos of Corrective Action: | 21-23 |

TR_001668

# D.G.J. Transport, Inc.
## PO Box 1730
## Uvalde,, TX 78802

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/29/2013 | 6104 |

| Phone # | 830 5911674 |
|---------|-------------|
| Fax # | 8305911388 |

| Bill To |
|---------|
| BoDen, LLC<br>11550 IH 10 West, Siute 395A<br>San Antonio, Tx 78230 |

| P.O. No. | Terms | Project |
|----------|-------|---------|
| Montell, TX | Due on receipt | |

| Item | Description | Qty | Rate | Amount |
|------|-------------|-----|------|--------|
| RM-3500 | Ready Mix 4000 PSI. cu.yd.     Tk# 4252--4257<br>4-17-2013 | 60 | 98.00 | 5,880.00T |

Footings

Pay from this invoice, no statement will be sent.          Thank you for your buisness.

| | |
|---|---|
| Subtotal | $5,880.00 |
| Sales Tax (8.25%) | $485.10 |
| Total | $6,365.10 |
| Balance Due | $6,365.10 |

TR 01668



Column base showing grade beam not flush with the brick lug. Hangar pocket doors installed at the incorrect size. They both need to be extended appx 2' 6".



Column base showing grade beam not flush with the brick lug. Hangar pocket doors installed at the incorrect size. They both need to be extended appx 2' 6".



Column base showing grade beam not flush with the brick lug.

..._01786



Column base showing grade beam not flush with the brick lug.

67



Column base showing grade beam not flush with the brick lug.

_01788



Column base showing grade beam not flush with the brick lug.



Column base showing grade beam not flush with the brick lug.

_01790



Column base showing grade beam not flush with the brick lug. Note CMU supporting the wall.



21

TR_01713



22

R_01714



23

TR_01715

TAB 30

| | |
|---|---|
| Type: | Concrete Cutting |
| Subcontractor: | Texas Curb Cut |
| Deficiencies: | Concrete level poured too high to accommodate final materials |
| Corrective Action: | Saw Cut and remove concrete for trench drain |
| Invoice #: | 137923 |
| Cost to Correct: | $8,118.75 |
| Photos of Deficiencies: | 81-82 |
| Photos of Corrective Action: | 26-27 |

TR_001687

# Texas Cutting & Coring

San Antonio Division
17332 Bell North Drive, Schertz, TX. 78154
(210) 637-6869

RECEIVED
JUL 1 2 2013
BY:

PLEASE REMIT PAYMENT TO:
17 Indian Meadows, Round Rock, Tx 78664
Tel (512) 447-4477 Fax (512) 255-5974

INVOICE NO: 137923
INVOICE DATE: 06/28/13
PAYMENT TERMS:Net 10 Days
PURCH ORDER #: DANIEL
JOB REQUEST #:
ORDERED BY:

GLACIERCAP MANAGEMENT
10101 REUNION PLACE
#1000
SAN ANTONIO, 76

**JOB SITE**

Operator: MANUEL SANCHEZ -
LOS CERRITOS RANCH
EL CASA VERDE
COUNTY RD 410
UVALDE, TX

| DATE/TICKET | QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| 06/20/13 176069 | 1.00 | SAW CUT HAND REMOVE & HAUL OFF 18 80' X 12" WIDE TRENCH IN A DRAIN TROUGH, HAD TO USE PLATFORMS TO BE ABLE TO CUT THIS<br><br>We appreciate your business!<br><br>Proj. Name _Los Cerritos Hangar_<br>Proj. Code _1205-000_<br>Cost Code _150-04_<br>Type S M L<br>Approved By _GS_ Date _7/1/13_ | 7,500.000 | 7,500.00 |

PT 012159, 012161, 012162, 012163

| | |
|---|---|
| SALE AMOUNT: | 7,500.00 |
| SALES TAX: | 618.75 |
| TOTAL AMOUNT: | $8,118.75 |

TEXAS CUTTING & CORING, INC. WORK POLICIES:
* We accept no responsibility for layout.
* We accept no liability for water damage or any damage to buried conduit, pipe, wood, beams or footings connected in or under concrete or asphalt, surfaces, or within the cutting, drilling, demolition or excavation depths requested.
* Any claims for damage must be reported to our office within 48 hours after the damage was done and TEXAS CUTTING & CORING, INC. reserves the right to inspect the damage and repair it or sublet the repairs prior to accepting any back charges.



Trench drain set incorrectly, too high above concrete. Concrete poured incorrectly, need positive slop on the drain, concrete near drain will have to be removed.

81

_J1801



Trench drain set incorrectly, too high above concrete. Concrete poured incorrectly, need positive slop on the drain, concrete near drain will have to be removed.



26

TR_01718



27

01719

TAB 31

| | |
|---|---|
| Type: | Plumbing |
| Subcontractor: | Central Back Hoe & Utility |
| Deficiencies: | Insufficient amount of material left on site by SBS |
| Corrective Action: | Trench Drain - use existing trench drains and purchasing additional channels and extension frame system per engineer |
| Invoice #: | CBU-002 |
| Cost to Correct: | $13,718.11 |
| Photos of Deficiencies: | 81-82 |
| Photos of Corrective Action: | 26-27 |

TR_01866

# APPLICATION FOR PAYMENT

## *Form WT-001*

| HAND CARRY or OVERNIGHT DELIVERY TO: | FROM: | PROJECT: **Los Cerritos Hanger Uvalde Texas** |
|---|---|---|
| Glacier Cap Construction, LLC. | Contractor: Central Backhoe & Utilities, Ltd | CONTRACT NO: |
| 10067 Jonesmaltsberger | Remitance 10080 Braun Road | APPLICATION NO: 2 |
| San Antonio, Texas 78216 | Address: San Antonio, TX 78254 | PERIOD TO: 6/30/2013 |
| (210) 384-3204 | Phone No. 210-688-3244   Fax No. 210-688-3451 | INVOICE DATE: 6/25/2013 |
| (210) 375-0823 Facsimile | | |

## APPLICATION: 1

Application is made for Payment, as shown below, in connection with the Contract.
Schedule of Values, WT-002, is attached.

| | | | |
|---|---|---|---|
| 1 | ORIGINAL CONTRACT SUM | $ | 80,553 |
| 2 | Net change by Change Orders | $ | 22,507 |
| 3 | CONTRACT SUM TO DATE (Line 1 +/- 2) | $ | 103,060 |
| 4 | TOTAL COMPLETED & STORED TO DATE | $ | 90,218 |

(Column G on *WT-002*)

5 RETENTION

a    0 % of Completed Work    $    0
(Column D + E on *WT-002*)

b    0 % of Stored Material    $    0
(Column F on WT-002)

c    0 % of Contract Sum    $    0
Total Retention (Lines 5a + 5b, or Line 5c)    $    90,218

6 TOTAL EARNED LESS RETENTION    $
(Line 4 less Line 5 Total)

7 LESS PREVIOUS CERTIFICATES FOR PAYMENT    $    52,000

8 CURRENT PAYMENT DUE    $    40,718

| CHANGE ORDER SUMMARY | Additions | Deductions | Net Change |
|---|---|---|---|
| Previously Approved | $ - | $ - | $ - |
| Approved this Month | $ 22,507.14 | $ - | $ 22,507.14 |
| Totals | $ 22,507.14 | $ - | $ 22,507.14 |

### CERTIFICATION:

The undersigned Contractor certifies that to the best of the Contractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Contract Documents, that all amounts have been paid by the Contractor for Work for which previous Certificates for Payment were issued and payments received from Glacier Cap, and that the current payment shown herein is now due.

**CONTRACTOR:**    Central Backhoe & Utlities, Ltd

By:                                         Date: 6-21-13

Michael Martinez / Project Manager
Printed Name and Title

State of:    TEXAS        County of: BEXAR
Subscribed and sworn to before me this 21 st    day of June 2013

Notary Public: Cathy Chambers
My Commission expires: 1-28-14

CATHY CHAMBERS
MY COMMISSION EXPIRES
JANUARY 28, 2014

TR_001866

# SCHEDULE OF VALUES

*Form CBU-002*

PAGE 2 OF 2 PAGES

TR 01667

FROM:

Contractor: Central Backhoe & Utilities, Ltd

Remitance 10080 Braun Road

Address: San Antonio, TX 78254

PROJECT: **Los Cerritos Hanger Uvalde Texas**

CONTRACT NO:

APPLICATION NO: 2

PERIOD TO: 6/30/2013

INVOICE DATE: 6/252013

| A | B | C | D | E | F | G | | H | I |
|---|---|---|---|---|---|---|---|---|---|
| | | | Work Completed | | Materials | Total Completed | % | Balance to | Retainage Held 0% |
| Item # | Description of Item | Scheduled Value | From Previous Application | This Period | Presently Stored (Not in D or E) | And Stored to Date (D+E+F) | (G/C) | Finish (C-G) | |
| 1 | Mobilization | $ 1,500 | $ 1,500 | | $ - | $ 1,500 | 100% | | $ |
| 2 | Concrete Demo | $ 10,000 | $ 10,000 | | $ - | $ 10,000 | 100% | | $ |
| 3 | First floor under slab rough-in | $ 11,500 | $ 11,500 | | $ - | $ 11,500 | 100% | | $ |
| 4 | First floor top-out | $ 14,500 | $ 14,500 | | $ - | $ 14,500 | 100% | $ - | $ |
| 5 | Second floor rough-in | $ 8,500 | $ 8,500 | | $ - | $ 8,500 | 100% | $ - | $ |
| 6 | Second floor top-out | $ 8,500 | $ 6,000 | $ 2,500 | $ - | $ 6,000 | 100% | | $ |
| 7 | Overhead domestic water ( hose bibbs in bay) | $ 9,000 | $ - | $ 9,000 | $ - | $ 9,000 | 100% | $ - | $ - |
| 8 | Overhead air lines | $ 6,500 | $ - | $ 6,500 | $ - | $ 6,500 | 100% | $ - | $ - |
| 9 | Fixtures/Equipment | $ 10,553 | $ - | $ 4,000 | $ - | $ 4,000 | 38% | $ 6,553 | $ - |
| 10 | Change Order #2 Trench Drain | $ 13,718 | $ - | $ 13,718 | $ - | $ 13,718 | 100% | $ 0 | $ - |
| 11 | Change Order #3 Oil Separator | $ 8,789 | $ - | $ 5,000 | $ - | $ 5,000 | 57% | $ 3,789 | $ - |
| 12 | | | $ - | $ - | $ - | $ - | 0% | $ - | $ - |
| 13 | | | $ - | $ - | $ - | $ - | 0% | $ - | $ - |
| 14 | | | $ - | $ - | $ - | $ - | 0% | $ - | $ - |
| 15 | | | $ - | $ - | $ - | $ - | 0% | $ - | $ - |
| 16 | | | $ - | $ - | $ - | $ - | 0% | $ - | $ - |
| 17 | | | $ - | $ - | $ - | $ - | 0% | $ - | $ - |
| 18 | | | $ - | $ - | $ - | $ - | 0% | $ - | $ - |
| 19 | | | $ - | $ - | $ - | $ - | 0% | $ - | $ - |
| 20 | | | $ - | $ - | $ - | $ - | 0% | $ - | $ - |
| 21 | | | $ - | $ - | $ - | $ - | 0% | $ - | $ - |
| 22 | | | $ - | $ - | $ - | $ - | 0% | $ - | $ - |
| 23 | | | $ - | $ - | $ - | $ - | 0% | $ - | $ - |
| 24 | | | $ - | $ - | $ - | $ - | 0% | $ - | $ - |
| 25 | | | $ - | $ - | $ - | $ - | 0% | $ - | $ - |
| 26 | | | $ - | $ - | $ - | $ - | 0% | $ - | $ - |
| | Total CBU-002 | $ 103,060 | $ 52,000 | $ 40,718 | $ - | $ 90,218 | 88% | $ 12,842 | $ - |

TR_001667



Trench drain set incorrectly, too high above concrete. Concrete poured incorrectly, need positive slop on the drain, concrete near drain will have to be removed.

81



Trench drain set incorrectly, too high above concrete. Concrete poured incorrectly, need positive slop on the drain, concrete near drain will have to be removed.



26

TR_01718




27

_01719

<u>TAB 32</u>

Type: HVAC

Subcontractor: Holts Mechanical

Deficiencies: Fan Provided by SBS was too large to fit into opening of cupola

Corrective Action: Purchase new fans because SBS provided incorrect materials

Invoice #: C/O #1

Cost to Correct: $7,564.00

Photos of Deficiencies:

Photos of Corrective Action: 19

# Proposal

## HM HOLTS MECHANICAL

5522 RITTIMAN ROAD
SAN ANTONIO, TX 78218
210-661-7500   Fax 210-662-9122
TACLA3476C

| Submitted to |
| --- |
| GLACIER CAP CONSTRUCTION |
| C/O LEWIS ENERGY GROUP |
| P.O. BOX 469020 |
| SAN ANTONIO, TX 78246 |
| ATTN: DANIEL |

EXTRAS

| Date |
| --- |
| 5/17/2013 |

| Customer Phone | 210-384-5892 |
| --- | --- |
| Customer Fax | |

| Job Name | Job Location | Address |
| --- | --- | --- |
| LOS CERRITOS HANGER | | UVALDE, TX |

### Description

PROVIDE AND INSTALL 2 NEW HIGH VOLUME VERTICAL WALL FANS FOR UP IN THE CUPOLA DUE TO THE FACT THAT THE ONE THAT WAS SPECIFIED WILL NOT FIT IN THE SPACE. INCLUDE: FAN, HOUSING, BACK DRAFT DAMPER, OSHA SCREEN AND WALL LOUVER.

BILLED AS PER JOB PROGRESS
BILLED IN FULL UPON COMPLETION
SALES TAX ON MATERIALS ONLY

Note: This proposal may be withdrawn by us if not accepted within 90 days. SALES TAX ON MATERIALS ONLY

| Base Proposal | $7,564.00 |
| --- | --- |

All material is guaranteed to be as specified. All work to be completed in a workmanlike manner according to standard practices. Any alteration or deviation from above specifications involving extra costs will be executed only upon written orders and will become an extra charge over and above the estimate. All agreements contingent upon strikes beyond our control. Owner to carry fire, natural disaster and other necessary insurance. Our workmen are fully covered by Workman's Compensation Insurance.

Authorized Signature   *Jeff Holt*

Acceptance of Proposal. The above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.   Signature _____   Date _____

Regulated by the Texas Department of Licensing and Registration, P.O. Box 12157, Austin, TX 78711, 800-803-9202, 512-463-6599, www.license.state.tx.us



19

TR_01711

TAB 33

Type:                          Electrical

Subcontractor:                 C&S Enterprise

Deficiencies:                  Wiring installed by SBS was undersized and under rated to
                               accommodate electrical load

Corrective Action:             Remove existing wiring to 120V wall outlet in hangar area, and
                               replace with larger wire to allow for voltage drop

Invoice #:                     1123700

Cost to Correct:               $1,875.00

Photos of Deficiencies:        84-86

Photos of Corrective
Action:



**C&S prise, Inc.**
*Electrical Contractor*

155 Remount Drive San Antonio, Texas 78218

(210) 590-6629 Fax (210) 967-6613
www.c-s-enterprise.com

Ref: Los Cerritos Hanger

# Deficiencies

- Remove existing wiring to 120V wall outlets in hanger area, and replace with larger wire to allow for voltage drop....$1,875.00

- Reconfigure wall outlets and j-boxes for powered lovers in masonry block walls in hanger area to reflect engineered drawing....$1,525.00

- Relocate fixtures in Hanger area to reflect engineered drawings in hanger area......1,135.00

# Total repairs......................$4,535.00



EXHIBIT
D-2



Exterior wiring roughed in, wrong wire size. Wire needs to be demolished due to incorrect installation.

84



Exterior wiring roughed in, wrong wire size. Wire needs to be demolished due to incorrect installation.

1805



Conduit roughed in with wire pulled. Wire pulled at incorrect length and size. Wire needs to be demolished due to incorrect installation.

86

TAB 34

| | |
|---|---|
| Type: | Electrical |
| Subcontractor: | C&S Enterprise |
| Deficiencies: | Wiring installed by SBS was undersized and under rated to accommodate electrical load |
| Corrective Action: | Reconfigure wall outlets and j-boxes for powered lovers in masonry block walls in hangar area to reflect engineered drawing |
| Invoice #: | 1123700 |
| Cost to Correct: | $1,525.00 |
| Photos of Deficiencies: | 84-86 |
| Photos of Corrective Action: | |



**C&S Enterprise, Inc.**
*Electrical Contractor*

155 Remount Drive San Antonio, Texas 78218

(210) 590-6629 Fax (210) 967-6613
www.c-s-enterprise.com

Ref: Los Cerritos Hanger

# Deficiencies

- Remove existing wiring to 120V wall outlets in hanger area, and replace with larger wire to allow for voltage drop....$1,875.00

- Reconfigure wall outlets and j-boxes for powered lovers in masonry block walls in hanger area to reflect engineered drawing....$1,525.00

- Relocate fixtures in Hanger area to reflect engineered drawings in hanger area......1,135.00

# Total repairs......................$4,535.00



EXHIBIT
D-2



Exterior wiring roughed in, wrong wire size. Wire needs to be demolished due to incorrect installation.

84



Exterior wiring roughed in, wrong wire size. Wire needs to be demolished due to incorrect installation.

85



Conduit roughed in with wire pulled. Wire pulled at incorrect length and size. Wire needs to be demolished due to incorrect installation.

ɹ1806

TAB 35

| | |
|---|---|
| Type: | Electrical |
| Subcontractor: | C&S Enterprise |
| Deficiencies: | Wiring for Light fixtures placed in incorrect locations |
| Corrective Action: | Relocate fixtures in Hangar area to reflect engineered drawings in hangar area |
| Invoice #: | 1123700 |
| Cost to Correct: | $1,135.00 |
| Photos of Deficiencies: | 84-86 |
| Photos of Corrective Action: | 19 |



**C&S Enterprise, Inc.**
*Electrical Contractor*

155 Remount Drive San Antonio, Texas 78218

(210) 590-6629 Fax (210) 967-6613
www.c-s-enterprise.com

Ref: Los Cerritos Hanger

# Deficiencies

- Remove existing wiring to 120V wall outlets in hanger area, and replace with larger wire to allow for voltage drop....$1,875.00

- Reconfigure wall outlets and j-boxes for powered lovers in masonry block walls in hanger area to reflect engineered drawing....$1,525.00

- Relocate fixtures in Hanger area to reflect engineered drawings in hanger area......1,135.00

## Total repairs.....................$4,535.00



EXHIBIT

D-2



Exterior wiring roughed in, wrong wire size. Wire needs to be demolished due to incorrect installation.

84

_J1804



Exterior wiring roughed in, wrong wire size. Wire needs to be demolished due to incorrect installation.

85

805



Conduit roughed in with wire pulled. Wire pulled at incorrect length and size. Wire needs to be demolished due to incorrect installation.

)1806



19

TAB 36

| | |
|---|---|
| Type: | Demolition |
| Subcontractor: | Mesquite Interiors |
| Deficiencies: | Framing system installed by SBS did not meet engineered specifications |
| Corrective Action: | Demolition of existing light gauge framing |
| Invoice #: | 11108 |
| Cost to Correct: | $19,662.00 |
| Photos of Deficiencies: | 49-59 |
| Photos of Corrective Action: | |



11802 Warfield Street
San Antonio, TX 78216-3213

(210) 341-3412 Tel
(210) 341-6506 Fax

August 29, 2013

Daniel Boddie

Los Cerritos Corrective Work

1.)  Gas – 3 vehicles – 5 days - @ 190 miles round-trip = 2,850 miles - $ 1,140.00
2.)  Drive time – 8 men @ 5 days = 160 MH OT = $ 7,938.00
3.)  Regular time – 8 men @ 5 days = 320 MH = $ 10,584.00
4.)  T O T A L - $ 19,662.00





Framing installed at the incorrect elevation per the architectural plans. Kyle with SBS noted that they needed to lower the framing 6.5" in an onsite meeting with Daniel Boddie and Tom Pittman. This framing does not meet the architectural criteria for metal stud framing. The drawings noted this framing to be 16 ga. Galvanized framing. The substitution of this material was not requested and not approved by the owner or architect.

49

. . ._01769



The Purlins used as joists were bent to accommodate cross bracing thus compromising structural stability at these locations. The office, kitchen, media room and pilots area were not engineered and   not approved by the owner or JGA.

50



Photo of the bent purlins once the bracing was removed. Note the field modification to the purlins.

. . ._01771



Spacing of the purlins did not match the architectural drawings. Located at 16" OC. Note, the box beam headers did not exist to frame the openings.

1772



Missing Double purlin at the inside corner.



Additional photo of the modification to the purlins to accommodate the bracing creating a weak point in the structure.



Incorrect type of steel framing. The Architectural drawings show a layout that does not match the way this work is.

55



Light gauge framing above the CMU walls. Double stud columns were not utilized in the construction of the    windows. Headers were not used in the construction of the windows.

56

51776



Spacing of the purlins installed not per the architectural drawings. Installed at 2' OC not 16".



Additional area showing the incorrect spacing of the framing above the CMU walls. Framing installed to set back on the CMU thus causing a possible leak area. Framing should have been set back so that dens glass sheathing would be flush with the exterior face of the CMU wall as per the architectural details

1778



Third area showing incorrect spacing of the light gauge framing above the CMU walls. This framing does not meet the 16ga galvanized metal stud specs per the architectural drawings.

<u>TAB 37</u>

| | |
|---|---|
| Type: | Consulting Fee |
| Subcontractor: | Speedway Erection |
| Deficiencies: | Identification of specific deficiencies |
| Corrective Action: | Determine extent of corrective actions required to complete the hangar |
| Invoice #: | 13-0308 |
| Cost to Correct: | $11,032.00 |
| Photos of Deficiencies: | |
| Photos of Corrective Action: | |

TR_001686

# Speedway Erection Service Company  INVOICE

*Making Our Mark Through Excellence in Safety*

|  |  |
|---|---|
| DATE: | March 25, 2013 |
| INVOICE # | 13-0308 |

7135 Eckhert Road
San Antonio, Texas 78238
Phone 210.681.5066   Fax 210.681.6837

**Bill To:**

Valarie Lewis, Glacier Cap Construction, LLC
10067 Jonesmaltsberger
San Antonio, Texas 78230

**Ship To:**

Los Cerritos Hangar
CR 410
Uvalde, Texas

E-mail:   Deanna@lewisenergy.com

*Comments or Special Instructions:*

| SALESPERSON | Project Number | SHIP DATE | SHIP VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|
| D. Scott Grover | 13-110 |  |  |  | Net 10th |

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
|  | Provide labor and equipment for investigation to determine extent of corrective actions and materials needed to complete hangar in Uvalde, Texas |  | $ 11,032.00 |
|  | SUBTOTAL | | $ 11,032.00 |
|  | Shipping | | |
|  | Sales Tax | | |
|  | Less Retainage | | $ - |
|  | TOTAL | | $ 11,032.00 |

Make checks payable to Speedway Erection Service Company.
Please direct questions to Annette Zamora 210-681-5066 or
email annettez@speedwayerection.com

*Please respond with any question within 10 days.  After
10 days, invoices will be considered accurate.*

**THANK YOU FOR YOUR BUSINESS!**